| | |
|---|---|
| **From:** | Kollath, Andrea [PRDUS] |
| **To:** | Kinaszczuk, Judy [CPGRAUS] |
| **Sent:** | 6/13/2011 3:25:26 PM |
| **Subject:** | FW: NDA 22406 FDA label review |
| **Attachments:** | NDA 22406 label comments_6 13 11.doc |

**From:** Newman, Tyree [mailto:Tyree.Newman@fda.hhs.gov]
**Sent:** Monday, June 13, 2011 11:22 AM
**To:** Kollath, Andrea [PRDUS]
**Cc:** Jalota, Sanjay [PRDUS]
**Subject:** NDA 22406 FDA label review

Good morning Andrea, please see the attached redlined version of the label regarding NDA 22406 for your review and comments.  Please accept changes you agree to and for changes you do not, keep in track changes.

**Please provide your response by Thursday, COB, June 16, 2011.**

Kind regards,

Tyree

Tyree Newman
Regulatory Project Manager
Food and Drug Administration
Division of Hematology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research
10903 New Hampshire Ave.
Silver Spring, MD 20993
301-796-3907 (phone)
301-796-9845 (fax)
Tyree.Newman@fda.hhs.gov

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

HIGHLIGHTS OF PRESCRIBING INFORMATION
These highlights do not include all the information needed to use
XARELTO® XARELTO (rivaroxaban) safely and effectively. See full
prescribing information for XARELTO® XARELTO

XARELTO (rivaroxaban) film-coated oral tablets
Initial U.S. Approval: [XXXX]

WARNING: SPINAL/EPIDURAL HEMATOMA

Epidural or spinal hematomas may occur in patients who are
anticoagulated and are receiving neuraxial anesthesia or undergoing
spinal puncture. These hematomas may result in long-term or permanent
paralysis. Consider these risks when scheduling patients for spinal
procedures. Factors that can increase the risk of developing epidural or
spinal hematomas in these patients include:
- use of indwelling epidural catheters
- concomitant use of other drugs that affect hemostasis, such as non-
  steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors,
  other anticoagulants
- a history of traumatic or repeated epidural or spinal punctures
- a history of spinal deformity or spinal surgery.

Monitor patients frequently for signs and symptoms of neurological
impairment. If neurological compromise is noted, urgent treatment is
necessary.

Consider the benefits and risks before neuraxial intervention in patients
anticoagulated or to be anticoagulated for thromboprophylaxis [see
Warnings and Precautions (5.1) and Drug Interactions (7)].

----------------INDICATIONS AND USAGE----------------
XARELTO® is a direct factor Xa inhibitor indicated for the prophylaxis of
deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients
undergoing knee or hip replacement surgery. (1)

----------------DOSAGE AND ADMINISTRATION----------------
- 10 mg orally, once daily with or without food (2)
If concomitant use with P-gp and strong CYP3A4 inducers cannot be avoided
can be avoided consider an increase to 20 mg once daily with food
once daily with food (2.1)

----------------DOSAGE FORMS AND STRENGTHS----------------
Tablet: 10 mg (3)

----------------CONTRAINDICATIONS----------------
- Hypersensitivity to XARELTO (4)
- Patients with active major pathological bleeding (4)
- Patients with hepatic disease associated with coagulopathy leading to a
  clinically relevant bleeding risk (4)

----------------WARNINGS AND PRECAUTIONS----------------
Spinal/epidural hematoma. Review recommendations for epidural catheter
removal and XARELTO® administration (5.1)

FULL PRESCRIBING INFORMATION: CONTENTS*

1   INDICATIONS AND USAGE
2   DOSAGE AND ADMINISTRATION
3   DOSAGE FORMS AND STRENGTHS
4   CONTRAINDICATIONS
5   WARNINGS AND PRECAUTIONS
    5.1   Spinal/Epidural Anesthesia or Puncture
    5.2   Risk of Bleeding
    5.3   Effect of Strong Inhibitors of Both CYP3A4 and P-
          glycoprotein on Rivaroxaban Exposure
6   ADVERSE REACTIONS
    6.1   Commonly-Observed Adverse Drug Reactions in
          Double-Blind Controlled Clinical Studies
    6.2   Other Adverse Drug Reactions Observed During the
          Premarketing Evaluation of XARELTO® XARELTO

- Risk of bleeding: XARELTO® can cause serious and, sometimes, fatal
  bleeding. Promptly evaluate signs and symptoms of blood loss. (5.2)
- Pregnancy related hemorrhage: Use XARELTO with caution in pregnant
  women due to the potential for obstetric hemorrhage and/or emergent
  delivery. Promptly evaluate signs and symptoms of blood loss with an
  anticoagulant that is not readily reversible. (5.3) Strong inhibitors of both
  CYP3A4 and P-gp: Concomitant use of ketoconazole or ritonavir with
  XARELTO® is not recommended (5.3)

----------------ADVERSE REACTIONS----------------
The most common adverse reactions (>5%) were nausea, vomiting, post-
procedural hemorrhage and anemia. (6)

To report SUSPECTED ADVERSE REACTIONS, contact Ortho-
McNeil-Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at
1-800-FDA-1088 or www.fda.gov/medwatch.

----------------DRUG INTERACTIONS----------------
- P-gp and strong CYP3A4 inhibitors: Avoid Concomitant use
  should be avoided (7.1)
- P-gp and weak or moderate CYP3A4 inhibitors: Avoid
  Concomitant use should be avoided in patients with renal
  impairment (7.2)
- P-gp and strong CYP3A4 inducers: Avoid Concomitant use
  Rifampicin: use with caution should be avoided or consider an
  increased dose increase considered (2.1, 7.3)
- Anticoagulants: Avoid Concomitant use should be avoided (7.4)
- Clopidogrel: Avoid Concomitant use should be avoided (7.6)
- Use caution with dP/Dmgs mgs that may increase bleeding risk
  (e.g., NSAIDs, aAspirinSA, naproxen, clopidogrel) should be
  used used with caution. (7.5)

----------------USE IN SPECIFIC POPULATIONS----------------
Pregnancy: use is not recommended (8.1)
Nursing: use with caution (8.3)

- Nursing mothers: discontinue drug or discontinue nursing (8.3)
- Renal impairment: CrCl 30 to <50 mL/min: Use with caution in
  moderate impairment (CrCl 30 to 50 mL/min) in patients
  receiving specific concomitant medications (e.g., strong CYP3A4
  inhibitors). Avoid use in severe impairment (CrCl 15 to <30
  mL/min), use with caution. CrCl <15 mL/min, use is not
  recommended. (8.6b)
- Hepatic impairment: Avoid use in moderate (Child-Pugh B) and
  severe (Child-Pugh C) hepatic impairment. Avoid use in any
  degree of hepatic disease associated with coagulopathy. Avoid use
  in mild (Child-Pugh A) with coagulopathy, moderate (Child-Pugh
  B) or severe (Child-Pugh C) impairment. (8.7)

See 17 for PATIENT COUNSELING INFORMATION.
                                        Revised: MM/20XX

7   DRUG INTERACTIONS
8   USE IN SPECIFIC POPULATIONS
    8.1   Pregnancy
    8.2   Labor and Delivery
    8.3   Nursing Mothers
    8.4   Pediatric Use
    8.5   Geriatric Use
    8.6   Renal Impairment
    8.7   Hepatic Impairment
10  OVERDOSAGE
11  DESCRIPTION
12  CLINICAL PHARMACOLOGY
    12.1   Mechanism of Action
    12.2   Pharmacodynamics
    12.3   Pharmacokinetics

Comment [A1]: Note to Sponsor: Remove all
references. Update TOC and cross-references
throughout labeling if necessary. Remove any
annotations to your NDA.

Formatted: Bullets and Numbering

Formatted: Bullets and Numbering

Comment [A2]: Sponsor please revise to include
relevant changes to sections

13 NON-CLINICAL TOXICOLOGY
    13.1 Carcinogenesis, Mutagenesis, and Impairment of
    Fertility
14 CLINICAL STUDIES
16 HOW SUPPLIED/STORAGE AND HANDLING
17 PATIENT COUNSELING INFORMATION

17.1 Instructions for Patient Use
17.2 Bleeding Risks
17.3 Concomitant Medication
17.4 Pregnancy
17.5 Nursing

*Sections or subsections omitted from the full prescribing information are not listed

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852124

**FULL PRESCRIBING INFORMATION**

WARNING: SPINAL/EPIDURAL HEMATOMA

Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:
- use of indwelling epidural catheters
- concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants
- a history of traumatic or repeated epidural or spinal punctures
- a history of spinal deformity or spinal surgery.

Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.

Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis [see Warnings and Precautions (5.1) and Drug Interactions (7)].

## 1   INDICATIONS AND USAGE

XARELTO® (rivaroxaban) Tablets are indicated for the prophylaxis of deep vein thrombosis (DVT), which may lead to pulmonary embolism (PE) and pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery.

## 2   DOSAGE AND ADMINISTRATION

The recommended dose of XARELTO® is 10 mg taken orally once daily with or without food [see Clinical Pharmacology (12.3)]. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established. XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min). Use of XARELTO® is not recommended in patients with kidney failure (CrCl <15 mL/min) [see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)].

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.
- For patients undergoing knee replacement surgery, treatment duration of 124 days is recommended.

> **Comment [A3]:** Note to Sponsor: the mean duration of treatment in clinical trials was 12 days.

If a dose of XARELTO® is not taken at the scheduled time, the dose should be taken as soon as possible on the same day and continued on the following day with the once daily intake as recommended.

*Administration via GI feeding tube:*

XARELTO® dose is not to be administered earlier than 6 hours after the removal of epidural catheterRivaroxaban . If traumatic spinal puncture occurs, the administration of XARELTO® is to be delayed for 24 hours.

Aabsorption of rivaroxaban is dependent on the site of drug release in the gastrointestinal (GI) tract (gastric versus small intestine). When administering XARELTO® should not be administered via a feeding tube, confirm  to patients who are unable to take the tablet

3

formulation unless gastric placement of the tube is confirmed *[see Clinical Pharmacology (12.3)]*.

### 2.1   Use with P-gp and strong CYP3A4 inducers:

Concomitant use of XARELTO® with a P-gp and strong CYP3A4 inducer (ege.g., avasimibe, carbamazepine, phenytoin, rifampin, St. John's wort) should be avoided.

A XARELTO dose increase to 20 mg (i.e., two 10 mg tablets) should be considered Iif these drugs must be coadministered a XARELTO® dose increase to 20 mg (i.e., two 10 mg tablets) should be considered. The 20 mg dose should be taken with food .   *[see Drug Interactions (7.2), and Clinical Pharmacology (12.3) ]*.

Formatted: Bullets and Numbering

## 3   DOSAGE FORMS AND STRENGTHS

XARELTO® 10 mg tablets are round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side.

## 4   CONTRAINDICATIONS

XARELTO® is contraindicated in patients with:

active pathological bleeding [see Warnings and Precautions (5.2)]

- hypersensitivity to XARELTO
- active major bleeding *[see Warnings and Precautions (5.2)]*hepatic disease associated with coagulopathy leading to a bleeding risk *[see Clinical Pharmacology (12.3)]* hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Clinical Pharmacology (12.3)]*.

## 5   WARNINGS AND PRECAUTIONS
### 5.1   Spinal/Epidural Anesthesia or Puncture

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis. *[see Bboxed Warning*warning]

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO®.  The next XARELTO® dose is not to be administered earlier than 6 hours after the removal of the catheter.  If traumatic puncture occurs, the administration of XARELTO® is to be delayed for 24 hours.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**5.2   Risk of Bleeding**

XARELTO® increases the risk of bleeding and can cause serious and, sometimes, _fatal bleeding. Major hemorrhages including intracranial, epidural hematoma, gastrointestinal, retinal, and adrenal bleeding have been reported. Use XARELTO® with extreme caution in conditions with increased risk of hemorrhage, such as congenital or acquired bleeding disorders, active ulcerative gastrointestinal disease, uncontrolled hypertension, recent hemorrhagic stroke, or recent brain, spinal, ophthalmological surgery, or labor and delivery.

Concomitant use of drugs affecting hemostasis increases the risk of bleeding. These include such as platelet aggregation inhibitors, other antithrombotic agents, fibrinolytic therapy, thienopyridines and chronic use of non-steroidal anti-inflammatory drugs (NSAIDS)] _[see Drug Interactions (7.4),(7.5),(7.6)]._

Risk factors for bleeding include, the use of drugs that increase the risk of bleeding in general [e.g., anti-platelet agents, heparin, fibrinolytic therapy, clopidogrel thienopyridines and chronic use of non-steroidal anti-inflammatory drugs (NSAIDS)], and labor and delivery. _[see Drug Interactions (7.4),(7.5),(7.6)]_ Bleeding can occur at any site during therapy with XARELTO®. An unexplained fall in hematocrit or blood pressure should lead to a search for a bleeding site. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).

**5.3   Risk of pregnancy related hemorrhage**

XARELTO should be used with caution in pregnant women. XARELTO dosing in pregnancy has not been studied. The anticoagulant effect of XARELTO cannot be monitored with standard laboratory testing nor readily reversed. Promptly evaluate any signs or symptoms suggestingof blood loss (e.g., a drop in hemoglobin and/or hematocrit, hypotension, or fetal distress).

XARELTO® increases the risk of bleeding and can cause serious and fatal bleeding. Major Major hemorrhages including intracranial, gastrointestinal, retinal, and adrenal bleeding have been reported. Avoid use of XARELTO® in patients who have conditions associated with with increased risk of hemorrhage.

Concomitant use of drugs affecting hemostasis increase the risk of bleeding such as platelet aggregation inhibitors, other antithrombotic agents, fibrinolytic therapy, and chronic use of non-steroidal anti-inflammatory drugs (NSAIDS)].

Formatted: Bullets and Numbering

Bleeding can occur at any site during therapy with XARELTO®. An unexplained fall in hematocrit or blood pressure should lead to a search for a bleeding site. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).

## 5.4   Renal impairment

There are insufficient safety data in patients with severe renal impairment (CrCl <30 mL/min). The use of XARELTO is not recommended in patients with severe renal impairment (creatinine clearance <30 mL/min) due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population., who are at increased risk of bleeding, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population  Patients who develop acute renal failure while on XARELTO should discontinue the treatment.

XARELTO should be used with caution in patients with moderate renal impairment (CrCl 30-

49 mL/min) concomitantly receiving other drugs which increase rivaroxaban plasma concentrations.Observe closely and promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension) in patients with moderate renal impairment (CrLeCrl 30-50 mL//min). Patients who develop acute renal failure while on XARELTO should discontinue the treatment *[see Renal Impairment (8.5)].*

## 5.5   Hepatic Impairment

Clinical data in patients with moderate hepatic impairment indicate a significant increase in rivaroxaban exposure and pharmacodynamic effects.  No clinical data are available for patients with severe hepatic impairment.   *[see Clinical Pharmacology (12.3)].*

XARELTO is not recommended in patients with moderate or severe hepatic impairment or patients with hepatic disease associated with coagulopathy *[see Hepatic Impairment (8.6)].*

**Laboratory Abnormalities**

Patients who develop increased transaminase levels should be monitored until the abnormalities resolve. Should an increase in ALT or AST of >3 times ULN persist or symptoms develop, discontinuation of XARELTO® is recommended. XARELTO® should be used with caution in patients who have a history of liver disease. *[see Laboratory Abnormalities (5.1)].*

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852128

Patients who develop thrombocytopenia of any degree should be monitored closely *[see Laboratory Abnormalities (5.1)]*.

**6Effect of Strong Inhibitors of Both CYP3A4 and P-glycoprotein on Rivaroxaban Exposure**

6The concomitant use of XARELTO® with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) increases exposure to rivaroxaban (160% on average) and is not recommended *[see Clinical Pharmacology (12.3)]*.

**6    ADVERSE REACTIONS**

**6.1    Adverse reactions in clinical trials**

In three randomized, controlled clinical trials in elective joint replacement surgery, XXXX patients received XARELTO 10 mg orally once daily. The mean duration of XARELTO treatment was 11.8 days in the total knee replacement studies and 33.4 days in the total hip replacement studies.A total of 6183 patients received XARELTO in four randomized and controlled clinical studies.

Patients received XARELTO 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement studies and 33.4 days in the total hip replacement studies.[1]  Overall, the mean age of the patients studied in the XARELTO group was 64 years, 60% were female and 79% were Caucasian.[2]  Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery.

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

Hemorrhage

The most common adverse reactions with XARELTO were bleeding complications *[see Warnings and Precautions (5.1)]*.  The rates of major bleeding events, major bleeding events combined with non-major bleeding events and any bleeding events observed in patients in clinical trials areis shown in Table 1.

**Comment [A4]:** Note to Sponsor: the Office of Scientific Investigation has determined that the results from Record 4 trial are unreliable.  Please remove all references to Record 4 trial in Section: 6 and throughout  the labeling except for those adverse reactions (AR) that were not seen in the other Record studies and are necessary to ensure the safe and effective use of the drug.  Please describe these ARs in text form. The Office of Scientific Investigation has also determined several clinical sites from RECORD 1-3 studies are unreliable. Please remove the results from unreliable sites in RECORD 1-3 studies.

**Table 1      Treatment Emergent Bleeding Events[*] in Patients Undergoing Hip or Knee Replacement Surgeries Rates**

> Comment [A5]: Sponsor define bleeding events

| | XARELTO 10 mg | Enoxaparin[#] |
|---|---|---|
| **Total treated patients** | **N = 6183** | **N = 6200** |
| | **n (%)** | **n (%)** |
| Major bleeding event[§] | 24 (0.4) | 13 (0.2) |
| Fatal bleeding | 2 (0.03) | 0 |
| Bleeding into a critical organ | 3 (0.05) | 5 (0.08) |
| Bleeding that required re-operation | 12 (0.192) | 7 (0.11) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cellsMajor or Non-major bleeding event | 8197 (0.133.2) | 1158 (0.022.6) |
| Any bleeding event | 434 (7.0) | 401 (6.5) |
| **Hip Surgery Studies** | **N = 3437** | **N = 3453** |
| | **n (%)** | **n (%)** |
| Major bleeding event[§] | 7 (0.2) | 3 (0.1) |
| Fatal bleeding | 1 (0.03) | 0 |
| Bleeding into a critical organ | 1 (0.03) | 1 (0.03) |
| Bleeding that required re-operation | 2 (0.06) | 1 (0.03) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cellsMajor or Non-major bleeding event | 3111 (0.093.2) | 190 (0.032.6) |
| Any bleeding event | 214 (6.2) | 199 (5.8) |
| **Knee Surgery Studies** | **N = 2746** | **N = 2747** |
| | **n (%)** | **n (%)** |
| Major bleeding event[§] | 17 (0.6) | 10 (0.4) |
| Fatal bleeding | 1 (0.04) | 0 |
| Bleeding into a critical organ | 2 (0.07) | 4 (0.15) |
| Bleeding that required re-operation | 10 (0.4) | 6 (0.2) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cellsMajor or Non-major bleeding event | 586 (0.183.1) | 068 (2.5) |
| Any bleeding event | 220 (8.0) | 202 (7.4) |

> Comment [A6]: Sponsor Add minor bleeding numbers
>
> Formatted: Indent: Left: 0.38", First line: 0"
> Formatted: Indent: Left: 0.38", First line: 0"
> Formatted: Indent: Left: 0.38", First line: 0"
> Formatted: Indent: Left: 0.38"
> Formatted: Indent: Left: 0.38"
> Formatted: Indent: Left: 0.38"
> Formatted: Indent: Left: 0.38"
> Formatted: Indent: Left: 0.38"
> Formatted: Indent: Left: 0.38"
> Formatted: Indent: Left: 0.38"
> Formatted: Indent: Left: 0.38"
> Formatted: Indent: Left: 0.38"

[*] BA treatment-emergent bleeding events was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication[‡] Patients may have more than one event.

[#] Includes the placebo-controlled period for Sstudy 2 , enoxaparin dosing was 40 mg once daily or 30 mg twice daily[¶]

[§] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units of blood.[‖]

Following XARELTO treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.[6]

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852130

**Elevations of Serum Aminotransferases**

In clinical trials, increases in alanine (ALT) and aspartate (AST) aminotransferase levels greater than 3 times the upper limit of normal were reported in 2.5% and 2.6% of patients, respectively, during treatment with XARELTO® versus 3.7% and 3.4% of patients, respectively, during treatment with enoxaparin sodium.

Patients who develop increased transaminase levels should be monitored until the abnormalities resolve. Should an increase in ALT or AST of >3 times ULN persist or symptoms develop, withdrawal of XARELTO® is recommended. XARELTO® should be used with caution in patients who have a history of liver disease.

**Thrombocytopenia**

Platelet counts < 100,000/mm$^3$ or a decrese 50% from baseline occurred at a rate of 2.5% in patients given XARELTO® and 2.6% in patients given enoxaparin in the clinical trials. Platelet counts less than 50,000/mm$^3$ occurred at a rate of 0.1% in patients given XARELTO® and 0.1% in patients given enoxaparin. There were 10 (0.2%) and 9 (0.2%) cases of reported thrombocytopenia events on rivaroxaban and enoxaparin, respectively and 7(0.1%) and 7 (0.1%) cases of reported platelet count decreased events on rivaroxaban and enoxaparin, respectively.

Thrombocytopenia of any degree should be monitored closely.

**Other Adverse Reactions**

The other most common ADRs (reported by ≥5% of patients receiving XARELTO®) in the clinical studies were nausea (12.7%), vomiting (9.8%), post-procedural hemorrhage (8.1%), and anemia (6.6%).[7]

Table 4 shows otherall adverse drug reactions (ADRs) reported in ≥1% of XARELTO-treated patients in the clinical RECORD studies.

**Table 4     Other Treatment-Emergent Adverse Drug Reactions[*] Reported by ≥1% of XARELTO -Treated Patients in Clinical Studies the Four RECORD Studies - Safety Population[†]**

| System/Organ Class | XARELTO 10 mg (N = 6183) n (%) | Enoxaparin[‡] (N = 6200) n (%) |
|---|---|---|
| Blood and lymphatic system disorders | | |
| Anemia | 408 (6.6) | 414 (6.7) |
| Cardiac disorders | | |
| Tachycardia | 146  (2.4) | 149 (2.4) |
| Gastrointestinal disorders | | |
| Nausea | 788 (12.7) | 797 (12.9) |
| Vomiting | 605 (9.8) | 610 (9.8) |
| Constipation | 573 (9.3) | 596 (9.6) |
| Diarrhea | 158 (2.6) | 182 (2.9) |
| Dyspepsia | 78 (1.3) | 91 (1.5) |
| Upper abdominal pain | 62 (1.0) | 51 (0.8) |
| Injury, poisoning and procedural complications General disorders and administration site conditions | | |
| Pyrexia | 719 (11.6) | 712 (11.5) |
| Peripheral edema | 419 (6.8) | 409 (6.6) |
| Wound healing complications | 214 (3.5) | 169 (2.8) |
| Wound secretion | 146 (2.4) | 106 (1.7) |
| Investigations | | |
| Alanine aminitransferase increased | 134 (2.2) | 183 (3.0) |
| Aspartate aminotransferase increased | 110 (1.8) | 140 (2.3) |
| Gamma-glutamyltransferase increased | 119 (1.9) | 173 (2.8) |
| Musculoskeletal and connective tissue disorders | | |
| Pain in extremity | 203 (3.3) | 167 (2.7) |
| Increased muscle tone and cramping | 163 (2.7) | 124 (2.0) |
| Nervous system disorders | | |
| Dizziness | 259 (4.2) | 243 (3.9) |
| Headache | 153 (2.5) | 151 (2.4) |
| Syncope | 62 (1.0) | 37 (0.6) |
| Skin and subcutaneous tissue disorders | | |
| Pruritus | 22543 (3.64.0) | 209 (3.42 (3.3) |
| Blister | 104 (1.7) | 68 (1.1) |
| Rash | 83 (1.3) | 87 (1.4) |
| Vascular disorders | | |
| Post-procedural hemorrhage | 503 (8.1) | 496 (8.0) |
| Hematoma | 86 (1.4) | 92 (1.5) |

[*]  A treatment-emergent ADR was defined as occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.[9]

[†]  Includes the placebo-controlled period of the Study RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)[10]

The following adverse drug reactions ADRs occurred in <1% of XARELTO-treated patients in the clinical RECORD  studies:s' pooled safety data.

**Blood and lymphatic system disorders:** hemorrhagic anemia, thrombocythemia

10

XARELTO_JANSSEN_05852132

Cardiac disorders: palpitation

**Endocrine disorders:** adrenal hemorrhage

**Eye Disorder:** eye hemorrhage

**Gastrointestinal disorders:** GI tract hemorrhage, dry mouth, dyspepsia

Hepatobiliary disorders: cytolytic hepatitis, hepatic function abnormal, jaundice,

**Injury, poisoning and procedural complications:** contusion

Investigations: blood bilirubin increased, blood alkaline phosphatase increased, blood amylase increased, lipase increased.

Metabolism and nutrition disorders: anorexia, decreased appetite

Musculoskeletal and connective tissue disorders: hemathrosis

**Renal and urinary disorders:** Dysuria bleeding of the urethral tract, hematuria, urinary retention, blood creatinine increased, blood urea increased, renal impairment

**Reproductive system and breast disorders: genital tract bleeding**

**Respiratory, thoracic and mediastinal disorders: nosebleed, respiratory tract hemorrhage**

**Skin and subcutaneous tissue disorders: alopecia, allergic dermatitis, ecchymosis, erythema, hyperhidrosis, urticaria**

**Vascular disorders: arterial hemorrhage[11]Laboratory Abnormalities**

**Laboratory Abnormalities in Clinical Studies**

| Laboratory Abnormality | XARELTO®XARELTO 10 mg | Enoxaparin |
|---|---|---|
| Alanine aminitransferase >3 x ULN | 152/6131 (2.5%) | 227/6131 (3.7%) |
| Aspartate aminotransferase >3 x ULN | 160/6131 (2.6%) | 209/6131 (3.4%) |
| Total bilirubin >1.5 x ULN | 169/6133 (2.8%) | 158/6131 (2.6%) |
| Gamma-glutamyltransferase >3 x ULN | 401/6133 (6.5%) | 553/6132 (9.0%) |
| Platelet counts <100.000/mm³ or <50% of baseline value | 152/6023 (2.5%) | 157/6015 (2.6%) |

**Formatted:** Indent: First line: 0"

**Formatted:** Indent: First line: 0"

**6.4 Postmarketing Experience**

The following adverse reactions have been reported in countries where XARELTO®XARELTO has been marketed.  Because these reactions are reported voluntarily from a population of

11

uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Blood and lymphatic system disorders:  agranulocytosis

Gastrointestinal disorders: retroperitoneal hemorrhage

Hepatobiliary disorders: jaundice, cholestasis, cytolitic hepatitis

Immune system disorder: hypersensitivity, anaphylactic reaction, anaphylactic shock

Nervous system disorders: cerebral Additional adverse drug reactions identified from post-marketing experience in other countries include intracranial hehemorrhages, subdural hematoma, epidural hematoma, hemiparesis,

Skin and subcutaneous tissue disorders:jaundice, cholestasis cytolitic hepatitis, hypersensitivity, anaphylactic reaction, anaphylactic shock, agranulocytosis, and Stevens-Johnson syndrome.

> **Formatted:** Bullets and Numbering

7XARELTO® was studied in 12,383 patients (6183 XARELTO®-treated, 6200 enoxaparin-treated patients) in the Phase 3 **RE**gulation of **C**oagulation in **Or**thopedic Surgery to Prevent **D**VT and PE (RECORD) 1, 2, 3 and 4 studies.

7Patients received XARELTO® 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement (RECORD 3 and 4) studies and 33.4 days in the total hip replacement (RECORD 1 and 2) studies. Overall, the mean age of the patients studied in the XARELTO® group was 64 years, 60% were female and 79% were Caucasian. Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery.

7Throughout this section, adverse drug reactions (ADRs) are reported. Adverse drug reactions Adverse drug reactions are adverse events that were considered to be reasonably associated with be reasonably associated with the use of XARELTO® based on the comprehensive assessment of comprehensive assessment of the available adverse event information. A causal relationship for information. A causal relationship for XARELTO® cannot be reliably established in individual in individual cases. Furthermore, because clinical trials are conducted under widely varying varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may clinical trials of another drug and may not reflect the rates observed in clinical practice. Adverse

12

observed in clinical practice. Adverse drug reactions are presented within each frequency frequency grouping and system organ classes.

### *7Drug Discontinuations in RECORD*

7The overall frequency of permanent discontinuation of study drug due to adverse events was lower for XARELTO® (3.7%) than for enoxaparin (4.7%) primarily due to lower frequencies of DVT (0.3% vs. 0.6%) and PE (0.2% vs. 0.4%), respectively. The frequency of any bleeding ADR leading to discontinuation was 0.8% in the XARELTO® group and 0.6% in the enoxaparin group. The two most frequent bleeding ADRs leading to discontinuation were operative hemorrhage (0.1%) and hematuria (0.1%). The two most common reasons for discontinuation due to non-bleeding ADRs were nausea (0.1%) and vomiting (0.1%).

### **7Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies**

7Based on its mechanism of action, XARELTO® increases the risk for bleeding events *[see Contraindications (4) and Warnings and Precautions (5.1)]*.

7The centrally adjudicated rates of major bleeding events, non-major clinically relevant bleeding events and any bleeding events observed in patients in the individual RECORD studies are shown in Table 1.

13

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_05852135**

7Table 1    **Treatment Emergent Bleeding Event Rates[*] for Individual RECORD Studies—Safety Population**

| 7 | 7XARELTO® 10 mg 7 | 7Enoxaparin[†] 7 |
|---|---|---|
| **7RECORD 1–Hip Surgery Study** | **7N = 2209** **7n (%)** | **7N = 2224** **7n (%)** |
| 7Major bleeding event[‡] | 76 (0.3) | 72 (0.1) |
| 7Non-major clinically relevant bleeding event | 765 (2.9) | 754 (2.4) |
| 7Any bleeding event | 7133 (6.0) | 7131 (5.9) |
| **7RECORD 2–Hip Surgery Study** | **7N = 1228** **7n (%)** | **7N = 1229** **7n (%)** |
| 7Major bleeding event[‡] | 71 (0.1) | 71 (0.1) |
| 7Non-major clinically relevant bleeding event | 740 (3.3) | 733 (2.7) |
| 7Any bleeding event | 781 (6.6) | 768 (5.5) |
| **7RECORD 3–Knee Surgery Study** | **7N = 1220** **7n (%)** | **7N = 1239** **7n (%)** |
| 7Major bleeding event[‡] | 77 (0.6) | 76 (0.5) |
| 7Non-major clinically relevant bleeding event | 733 (2.7) | 728 (2.3) |
| 7Any bleeding event | 760 (4.9) | 760 (4.8) |
| **7RECORD 4–Knee Surgery Study** | **7N = 1526** **7n (%)** | **7N = 1508** **7n (%)** |
| 7Major bleeding event[‡] | 710 (0.7) | 74 (0.3) |
| 7Non-major clinically relevant bleeding event | 739 (2.6) | 730 (2.0) |
| 7Any bleeding event | 7160 (10.5) | 7142 (9.4) |

7[*] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last drug) until two days after the last dose of double-blind study medication

7[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

7[‡] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

7

7A pooled analysis of the centrally adjudicated rates of major bleeding events, major bleeding events combined with non-major clinically relevant bleeding events and any bleeding events observed in patients over the entire double-blind treatment periods for all RECORD studies (total duration pool) is shown in Table 2.

14

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_05852136**

Table 2    Treatment Emergent Bleeding Event Rates[*]–Safety Population: Total Duration Pool

|  | XARELTO® 10 mg | Enoxaparin[*] | HR (95% CI)[‡] |
|---|---|---|---|
| **Total treated patients** | N = 6183<br>n (%) | N = 6200<br>n (%) | |
| Major bleeding event[§] | 24 (0.4) | 13 (0.2) | 1.8 (0.9, 3.6) |
| Major or Non-major clinically relevant bleeding event | 197 (3.2) | 158 (2.6) | 1.3 (1.0, 1.5) |
| Any bleeding event | 434 (7.0) | 401 (6.5) | 1.1 (0.9, 1.2) |
| **Hip Surgery Studies** | N = 3437<br>n (%) | N = 3453<br>n (%) | |
| Major bleeding event[§] | 7 (0.2) | 3 (0.1) | 2.3 (0.6, 9.0) |
| Major or Non-major clinically relevant bleeding event | 111 (3.2) | 90 (2.6) | 1.2 (0.9, 1.6) |
| Any bleeding event | 214 (6.2) | 199 (5.8) | 1.1 (0.9, 1.3) |
| **Knee Surgery Studies** | N = 2746<br>n (%) | N = 2747<br>n (%) | |
| Major bleeding event[§] | 17 (0.6) | 10 (0.4) | 1.7 (0.8, 3.7) |
| Major or Non-major clinically relevant bleeding event | 86 (3.1) | 68 (2.5) | 1.3 (0.9, 1.7) |
| Any bleeding event | 220 (8.0) | 202 (7.4) | 1.1 (0.9, 1.3) |

[*] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last drug) until two days after the last dose of double-blind study medication

[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[‡] HR=Hazard Ratio; CI=confidence interval

[§] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

A separate analysis in patients in active-control treatment periods for all RECORD studies, excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group (active control pool), is shown in Table 3.

15

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852137

Table 3    Treatment Emergent Bleeding Event Rates* –Safety Population: Active-Control Pool

| | XARELTO® 10 mg | Enoxaparin† | HR (95% CI)‡ |
|---|---|---|---|
| **Total treated patients** | **N = 6183**<br>**n (%)** | **N = 6200**<br>**n (%)** | |
| Major bleeding event§ | 23 (0.4) | 13 (0.2) | 1.8 (0.9, 3.5) |
| Major or Non-major clinically relevant bleeding event | 190 (3.1) | 156 (2.5) | 1.2 (1.0, 1.5) |
| Any bleeding event | 424 (6.9) | 397 (6.4) | 1.1 (0.9, 1.2) |

* A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last until two days after the last dose of double-blind study medication

† Enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

‡ HR=Hazard Ratio; CI=confidence interval

§ Major bleeding was defined as bleeding that was either fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

Overall, the incidence of major bleeding events was low for both XARELTO®-treated patients and enoxaparin-treated patients. Following XARELTO® treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

As shown in Table 4, the most common ADRs (reported by ≥5% of patients receiving XARELTO®) in the four Phase 3 RECORD studies were nausea (12.7%), vomiting (9.8%), post-procedural hemorrhage (8.1%), and anemia (6.6%).

Table 4 shows all ADRs reported in ≥1% of XARELTO®-treated patients in the RECORD studies.

16

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852138

Table 4     Treatment-Emergent Adverse Drug Reactions[*] Reported by ≥1% of XARELTO®-Treated Patients in the Four RECORD Studies - Safety Population

| System/Organ Class | XARELTO® 710 mg (N = 6183) n (%) | Enoxaparin[†] (N = 6200) n (%) |
|---|---|---|
| Blood and lymphatic system disorders | | |
| Anemia | 408 (6.6) | 414 (6.7) |
| Gastrointestinal disorders | | |
| Nausea | 788 (12.7) | 797 (12.9) |
| Vomiting | 605 (9.8) | 610 (9.8) |
| General disorders and administration site conditions | | |
| Wound secretion | 146 (2.4) | 106 (1.7) |
| Vascular disorders | | |
| Post-procedural hemorrhage | 503 (8.1) | 496 (8.0) |
| Hematoma | 86 (1.4) | 92 (1.5) |

[*] A treatment-emergent ADR was defined as occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of two days after the last dose of double-blind study medication.

[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

## Other Adverse Drug Reactions Observed During the Premarketing Evaluation of XARELTO®

The following adverse drug reactions occurred in <1% of XARELTO®-treated patients in the RECORD studies' pooled safety data.

**Blood and lymphatic system disorders:** hemorrhagic anemia

**Endocrine disorders:** adrenal hemorrhage

**Eye Disorder:** eye hemorrhage

**Gastrointestinal disorders:** GI tract hemorrhage

**Injury, poisoning and procedural complications:** contusion

**Renal and urinary disorders:** bleeding of the urethral tract, hematuria

**Respiratory, thoracic and mediastinal disorders:** nosebleed, respiratory tract hemorrhage

**Reproductive system and breast disorders:** genital tract bleeding

**Vascular disorders:** arterial hemorrhage

17

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_05852139

7Adverse drug reactions identified from all other completed and ongoing studies in any phase of clinical development with XARELTO® include intracranial hemorrhages (subdural, subarachnoid and intra-parenchymal hemorrhages that may or may not have been fatal) and vascular pseudoaneurysm formation following percutaneous intervention.

7Overall, rates of laboratory assessed hepatic dysfunction [aspartate (AST) and alanine (ALT) aminotransferase elevations greater than 3 times the upper limit of normal] were lower in patients receiving XARELTO® compared to patients receiving enoxaparin (AST 2.6% vs. 3.4%, ALT 2.5% vs. 3.7%, respectively) across the four studies.

## 7   DRUG INTERACTIONS
Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2)breast cancer resistance protein (BCRP) transporters.  Inhibitors and inducers of these CYP450 enzymes or transporters may result in clinically relevant changes in rivaroxaban exposure.

> **Comment [A7]:** Note to sponsor:  there is potential for confusion of BCRP abbr. and reference to cancer therefore we are using an alternate abbr.

### 6.37.1 Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport SystemsDrug Interactions
In drug interaction studies Clinical studies evaluating Tthe concomitant use of XARELTO® with combined P-gp and CYP3A4 inhibitors  strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) reported clinically relevantsignificant increases  exposure to in rivaroxaban  exposure and pharmacodynamic effects (i.e., Factor Xa inhibition and PT prolongation) were observed.  Clinically relevant iIncreases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (P-gp and strong CYP3A4 inhibitor):*  The rivaroxaban sSteady state rivaroxaban AUC increased 2.6-fold and $C_{max}$ increased 1.7-foldincreased by 160% and 70%, respectively., respectively.  A sSimilar increases in $E_{max}$ and AUC for Factor Xa inhibition and PT prolongationpharmacodynamic effects was were also observed. also reported. These increases in rivaroxaban exposure may increase bleeding risk.These changes were deemed clinically relevant.

- *Ritonavir (P-gp and strong CYP3A4 inhibitor):*  Single-dose rivaroxaban AUC and $C_{max}$ increased by 150% and 60%, respectively.  Similar increases in pharmacodynamic effects were also observed.  These increases in rivaroxaban exposure may increase bleeding risk. The rivaroxaban AUC increased 2.5-fold and $C_{max}$ increased 1.6-fold, respectively. A similar

18

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852140

increase in E~max~ and AUC for Factor Xa inhibition and PT prolongation was also reported. These increases in rivaroxaban exposure may increase bleeding risk.These changes were deemed clinically relevant.

- *Clarithromycin (P-gp and strong CYP3A4 inhibitor):* Increases in single-dose rivaroxaban AUC (50%) and $C_{max}$ (40%) were observed. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition. The rivaroxaban AUC increased 1.5-fold and $C_{max}$ increased 1.4-fold, respectively. These changes were not deemed clinically relevant.

- *Erythromycin (P-gp and moderate CYP3A4 inhibitor):* Both the rivaroxaban AUC and $C_{max}$ increased by 1.330%-fold. These changes were not deemed clinically relevant.

The lack of a relevant change insmaller increases in  exposure observed for clarithromycin compared to the other P-gp and strong CYP3A4 inhibitorsketoconazole or ritonavir may be due to the relative difference in in the degree of P-gp inhibitioninhibition.

Avoid Since the relative inhibitory potency of various P-gp inhibitors have not been conclusively defined, the concomitant use of XARELTO®XARELTO with a combined P-gp and strong CYP3A4 inhibitors (e.g., itraconazole, lopinavir/ritonavir, ritonavir, ketoconazole, indinavir/ritonavir, and conivaptan) should be avoided unless clinical studiesdata suggest a relevant change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin).

and is not recommended *[see Clinical Pharmacology (12.3)]*.

◄ - - - | **Formatted:** Bullets and Numbering |

### 7.2   Complex Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Avoid the use of XARELTO in patients with renal impairment who are also receiving a P-gp and weak to moderate CYP3A4 inhibitors (e.g., verapamil, erythromycin, diltiazem, dronedarone quinidine, ranolazine, amiodarone, felodipine, and azithromycin). Based on simulated data, this scenario Tthe concomitant use of XARELTO® with a P-gp and weak to moderate CYP3A4 inhibitor (e.g., verapamil, erythromycin, diltiazem, dronedarone quinidine, ranolazine, amiodarone, felodipine, and azithromycin) should be avoided in patients with any degree of renal impairment since this combined drug and disease aeffectss on both pathways of rivaroxaban's elimination and may lead to alead to increases in exposure which may  clinically relevant increase in exposure and pharmacodynamics not observed with either condition alone. Clinically relevant increases exposure to rivaroxaban may increase bleeding risk. *[see Use in Specific Populations (8.6)]*

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852141

**7.3   Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems**

In a drug interaction study, Cco-administration of XARELTO® (20 mg single dose with food) with the a P-gp and strong CYP3A4 inducer (rifampicin; (titrated up to 600 mg once daily) led to an approximate decrease of 50% decrease in mean rivaroxaban AUC andand a  22% in AUC and decrease in C$_{max}$, respectively.  A Ssimilar decreases in E$_{max}$ and AUC for Factor Xa inhibition and PT prolongation wapharmacodynamic effects were also observed. s also reported. TThese changes were deemed clinically relevant. Clinically relevant decreases in exposure to rivaroxaban may decrease efficacy.

Avoid Cconcomitant use of XARELTO®XARELTO with a P-gp and strong CYP3A4 inducer (e.g., carbamazepine, phenytoin, rifampin, St. John's wort) should be avoided.  Consider an increase in A XARELTO dose increase should be considered if these drugs must be coadministered Therefore, XARELTO® is not recommended in patients receiving concomitant systemic treatment with a P-gp and strong CYP3A4 inducer (eg, avasimibe, carbamazepine, phenytoin, rifampin, St. John's wort). If XARELTO® must be coadministered with a P-gp and strong CYP3A4 inducer, an increase in the XARELTO® dose should be considered *[see Dosage and Administration (2.1)]*.

**7.4   Anticoagulants**

CombinedIn a drug interaction study, single -doses of   administration of enoxaparin (40 mg single subcutaneousdose subQ) withand XARELTO® (10 mg single dose) given concomitantly resulted in an clinically relevant additive effect on anti-factor Xa activity without additive effects prothrombin time (PT), and activated partial thromboplastin time (aPTT).  Enoxaparin did not affect the pharmacokinetics of rivaroxaban.  In another study,

Combined administration ofsingle doses of warfarin (15 mg) withand XARELTO® (5 mg single dose) resulted in an clinically relevant additive effect on anti-factor Xa activity and prothrombin time (PT).  Warfarin did not affect the pharmacokinetics of rivaroxaban in this small study.  The safety of long-term concomitant use of these drugs havehas not been studied.

Avoid Cconcurrent use of XARELTO® with other any other anticoagulants should be avoided due to the increased bleeding risk. During therapeutic transition periods patients should be observed closely.  Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension). *[see Warnings and Precautions (5.2)]*.

20

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_05852142**

**7.5   NSAIDs/Aspirin**

No In a single- dose drug interaction study there were no clinically relevant pharmacokinetic interaction or pharmacodynamic interactions were observed after concomitant administration of naproxen or aspirin (acetylsalicylic acid) with XARELTO®.   The safety of long-term concomitant use of these drugs has not been studied.

NSAIDs/Aspirin are known to increase bleeding, and bleeding risk may be increased when these drugs are used concomitantly with XARELTO.

Because these drugs typically increase the bleeding risk. However, since there may be individuals with a more pronounced pharmacodynamic response, XARELTO® should be used with caution iif patients are treated concomitantly with non-steroidal anti-inflammatory drugs and platelet aggregation inhibitors.  because these drugs typically increase the bleeding risk. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension) if patients are treated concomitantly with NSAIDs and/or platelet aggregation inhibitors . *[see Warnings and Precautions (5.2)]*.

**7.6   Clopidogrel**

In two a drug interaction studystudies where cClopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose)  and XARELTO Xarleto  did not show a pharmacokinetic interaction with XARELTO® (15 mg single dose) were co-administered in healthy subjects,, but a clinically relevant in  aan increase in bleeding time to (4.8- to 8.5-fold)45 minutes was observed in approximately 45% and 30% of patients in these studies, respectively.  Theis change in bleeding time wasis approximately twice the maximum increase seen with either drug alone. There was no change in the pharmacokinetics of either drug.    These findings were confirmed in an earlier exploratory study.

Avoid Since characteristics that would identify patients at risk for the clinically relevant increased bleeding time were not obvious and may not be anticipated, cCconcurrent administration of clopidogrelshould be avoided with XARELTO. *[see Warnings and Precautions (5.2)].]*

The concomitant use of XARELTO® with strong CYP3A4 and P-gp inducers (e.g., rifampicin) decreased exposure to rivaroxaban and these inducers should be co-administered with caution *[see Clinical Pharmacology (12.3)]*. XARELTO® should also be used with caution if patients are treated concomitantly with drugs that typically increase the bleeding risk (e.g., NSAIDs, acetylsalicylic acid (ASA), naproxen, clopidogrel) *[see Warnings and Precautions (5.2) and Clinical Pharmacology (12.3)]*.

21

**HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER**

Coadministration of drugs strongly inhibiting only one of the rivaroxaban elimination pathways, either CYP3A4 or P-gp (e.g., clarithromycin, erythromycin); or drugs altering gastric pH (omeprazole, ranitidine or aluminum hydroxide/magnesium hydroxide) does not require a dose adjustment of XARELTO® *[see Clinical Pharmacology (12.3)].*

## 7~~8~~ USE IN SPECIFIC POPULATIONS
### 7.1~~8.1~~ Pregnancy

Pregnancy Category C

There are no adequate or well-controlled studies of XARELTO in pregnant women, and dosing for pregnant women has not been established.  Use XARELTO with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible.  The anticoagulant effect of XARELTO cannot be reliably monitored with standard laboratory testing.  Animal reproduction studies showed no increased risk of structural malformations but increased post-implantation pregnancy loss occurred in rabbits.  XARELTO should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus.

Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits.  Rivaroxaban crosses the placenta in animals.  Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of ≥ 10 mg/kg rivaroxaban during the period of organogenesis. This dose is about 11 times the human exposure of unbound drug, based on AUC comparisons at the maximum recommended human dose of 10 mg /day.  Fetal body weights decreased when pregnant rats were given oral doses of 120 mg/kg.  This dose is about 40 times the human exposure of unbound drug.

### *8.2*Pregnancy Category: B

[Formatted: Bullets and Numbering]

8.2There are no adequate and well-controlled studies on the use of rivaroxaban in pregnant women.

8.2No primary teratogenic potential was identified, but animal reproduction studies have shown pronounced maternal toxicity (e.g., hemorrhagic complications) with secondary effects on fetal development. Reproduction studies have been performed in rats and rabbits at exposure levels up to 40 (rat) and 94 (rabbit) times the therapeutic exposure levels based on unbound AUC in humans at a rivaroxaban dose of 10 mg/day. Because animal reproduction studies are not always predictive of human response, and due to the intrinsic risk of bleeding and the evidence that rivaroxaban crosses the placenta, XARELTO® is not recommended in pregnancy.

22

**8.2Labor and Delivery**

8.2The effect of XARELTO® on labor and delivery in humans is unknown.

*Formatted: No bullets or numbering*

*Formatted: Heading 2*

8.2    Labor and Delivery

Safety and effectiveness of rivaroxaban during labor and delivery have not been studied in clinical trials.  However, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40mg/kg (17 times maximum human exposure of the unbound drug at the human dose of 10 mg/kg).

8.3    Nursing Mothers

It is not known if rivaroxaban is excreted in human milk.  Rivaroxaban and/or its metabolites were excreted into the milk of rats.  Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

**8.4**

*Formatted: Bullets and Numbering*

8.4    Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

**8.5Nursing Mothers**

*Formatted: No bullets or numbering*

*Formatted: Bullets and Numbering*

8.5In rats, rivaroxaban is secreted into breast milk (2.1% of dose based on radiolabel recovery). Because many drugs are excreted in human milk, caution should be exercised when XARELTO® is administered to a nursing woman.

**8.5Pediatric Use**

8.5Safety and effectiveness have not been established in children and adolescents <18 years of age.

**7.58.5 Geriatric Use**

*Comment [A8]: Note to sponsor:  Format this section per CFR 201.57(H)(v).  tyree to get reference from Ann.*

No dosage adjustment of XARELTO® is necessary in elderly patients. Of the total number of patients in the RECORD studies of evaluating XARELTO®XARELTO, about 53% were 65 years and over, while about 15% were 75 years and older. In clinical trials the efficacy of XARELTO®XARELTO in the elderly (65 years or older) was similar to that seen in patients younger than 65 years. As would be expected, bBoth thrombotic and bleeding event rates were higher in these older patients, but the efficacy and safety results versus enoxaparin were similar [see Clinical Studies (14), and Clinical Pharmacology (12.3) ].

25

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852145

Of the total number of patients in the clinical studies of XARELTO®, about 53% were 65 years and over, while about 15% were 75 years and older.[12] As would be expected, both thrombotic[13] and bleeding event rates were higher in these older patients as compared to younger patients, but the efficacy and safety results versus enoxaparin were similar to those observed in younger patients. Exercise caution when using XARELTO® in elderly patients, paying particular attention to concomitant medications (especially anti-platelet medication). *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

Elderly subjects exhibited an increase in exposure that may be caused by age related changes in renal function.  All patients 65 years of age and older should have an assessment of renal function prior to starting therapy with XARELTO and should be followed closely during treatment. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension) *[see Clinical Pharmacology (12.3)]* to those observed in younger patients.

### 8.6   Females of Reproductive Potential

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

8.7 *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

### 7.68.7 Renal Impairment

The safety and pharmacokinetics of single-dose XARELTO® (10 mg) were evaluated in a study in healthy subjects (ClcrCrCl ≥ 80 mL/min (n=8)) with and in subjects with varying degrees of A clinicalrenal impairment (see Table X).  Compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased in subjects with renal impairment.  Increases in pharmacodynamic effects were also observed.

Table X: Percent increase of rivaroxaban PK and PD parameters from normal in patients with renal insufficiency from a dedicated renal impairment study

| Parameter | | Renal Impairment Class (CrLcrCl (mL/min)) | | |
|---|---|---|---|---|
| | | Mild (50 to 79) N = X8 | Moderate (30 to 49) N = X8 | Severe (15 to 30) N = X8 |
| Exposure (% increase relative to normal) | AUC | 44 | 52 | 64 |
| | $C_{max}$ | 28 | 12 | 26 |
| FXa Inhibition (% increase relative to normal) | AUC | 50 | 86 | 100 |
| | $E_{max}$ | 9 | 10 | 12 |
| PT Prolongation (% increase relative to normal) | AUC | 33 | 116 | 144 |
| | $E_{max}$ | 4 | 17 | 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CLcr = creatinine clearance

24

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852146

Patients with any degree of renal impairment with concurrent use of P-gp and weak to moderate CYP3A4 inhibitors may have increases in exposure which may increase bleeding risk. *[see Drug Interactions (7.2)]*.

The combined analysis of the RECORD studies did not show an increase in bleeding risk for subjects with moderate renal impairment and reported a possible increase in total VTE in this population.  Observe closely and promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension) in patients with moderate renal impairment (CrLeCrl 30-50 mL//min▮▮▮▮).  Avoid the use of XARELTO® in given patients with severe renal impairment (CLrcCrl < 30 mL/min▮▮▮▮).

XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since the combination may lead to clinically relevant increased rivaroxaban plasma concentrations[14] *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*.

XARELTO® should not be used in patients with severe renal impairment (CrCl 15 to <30 mL/min), who are at increased risk of bleeding, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population *[see Clinical Pharmacology (12.3)]. [see Warnings and Precautions (5.3) and Clinical Pharmacology (12.3)]*.

Given this reported increased exposure and effect observed subjects with severe renal impairment, the use of this drug in this population should be avoided.

Although a relevant change in inhibition of Factor Xa and PT prolongation was noted in the dedicated renal impairment study for patients with moderate renal impairment, the combined analysis of the RECORD studies did not show an increase in bleeding risk for subjects with moderate renal impairment and reported a possible increase in total VTE in this population. Therefore, patients with moderate renal impairment should be observed closely. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).

8.8 Patients with any degree of renal impairment may be at risk for a clinically relevant increase in rivaroxaban exposure with the concurrent use of P-gp and weak to moderate CYP3A4 inhibitors. *[see Drug Interactions (7.2)]*XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since the combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*.

25

*8.8*XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min), who are at increased risk of bleeding and thrombosis, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population *[see Clinical Pharmacology (12.3)].* No clinical data are available for patients with kidney failure (CrCl <15 mL/min). Therefore, use of XARELTO® is not recommended in these patients *[see Dosage and Administration (2) and Clinical Pharmacology (12.3)].*

### 7.7 8.8 Hepatic Impairment

The safety and pharmacokinetics of single-dose XARELTO® (10 mg) were evaluated in a study in healthy subjects (n=16) with and subjects with varying degrees of hepatic impairment (see Table X). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with hepatic impairment. Increases in pharmacodynamic effects were also observed.

Table X: Percent increase of rivaroxaban PK and PD parameters from normal in patients with hepatic insufficiency from a dedicated hepatic impairment study

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
|---|---|---|---|
| | | Mild (Child-Pugh A) N = X8 | Moderate (Child-Pugh B) N = X8 |
| Exposure (% increase relative to normal) | AUC | 15 | 127 |
| | $C_{max}$ | 0 | 27 |
| FXa Inhibition (% increase relative to normal) | AUC | 8 | 159 |
| | $E_{max}$ | 0 | 24 |
| PT Prolongation (% increase relative to normal) | AUC | 6 | 114 |
| | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and ND = not determined

Avoid T̶the use of XARELTO® should be avoided in moderate (Child-Pugh B̶Child-Pugh B) and severe (Child-Pugh C̶A̶DD) hepatic impairment. In addition, avoid the use of XARELTO® should be avoided in any degree of hepatic disease associated with coagulopathy *[see Warnings and Precautions (5.2, 5.3)].*

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852148

10In light of this reported increased exposure and pharmacodynamic effect observed in subjects observed in subjects with moderate hepatic impairment and the lack of information regarding of information regarding exposure in severe hepatic impairment, the use of XARELTO® should use of XARELTO® should be avoided in moderate and severe hepatic impairment. In addition, impairment. In addition, the use of XARELTO® should be avoided in any degree of hepatic degree of hepatic disease associated with coagulopathy.No dose adjustment is necessary in patients with mild hepatic impairment.

[Formatted: Indent: Left: 0"]

10Limited clinical data in patients with moderate hepatic impairment indicate a significant increase in the pharmacological activity of XARELTO®. No clinical data are available for patients with severe hepatic impairment *[see Clinical Pharmacology (12.3)]*.

## 10  OVERDOSAGE

Overdose of XARELTO may lead to hemorrhagic complications. A specific antidote of rivaroxaban is not available. Discontinue XARELTO treatment and initiate appropriate therapy if bleeding complications associated with overdosage occur. The use of activated charcoal to reduce absorption in case of XARELTO® overdose may be considered. Due to the high plasma protein binding rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*.Rare cases of overdose have been reported. Due to limited absorption, no further increase in average plasma exposure is expected at supratherapeutic doses of ≥50 mg rivaroxaban.

[Comment [A9]: Sponsor: What data exists for treatment of an overdose?]

A specific antidote antagonizing the pharmacodynamic effect of rivaroxaban is not available. The use of activated charcoal to reduce absorption in case of XARELTO® overdose may be considered. Due to the high plasma protein binding rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*.

[Comment [A10]: Sponsor: What do you do for cases regarding an overdose?]

11*Management of Bleeding:* Should a bleeding complication arise in a patient receiving patient receiving rivaroxaban, the next administration should be delayed or treatment should be delayed or treatment should be discontinued as appropriate. Rivaroxaban has a half-life of Rivaroxaban has a half-life of approximately 5 to 9 hours in young individuals (20 to 45 years) individuals (20 to 45 years) and 11 to 13 hours in elderly individuals (≥75 years). Appropriate (≥75 years). Appropriate symptomatic treatment should be used as needed.

[Formatted: Bullets and Numbering]

11If bleeding cannot be controlled by the above measures, administration of one of specific procoagulant reversal agents should be considered, such as prothrombin complex concentrate prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), complex concentrate (APCC), or recombinant factor VIIa (r-FVIIa). However, there is currently

27

However, there is currently very limited clinical experience with the use of these products in these products in individuals receiving XARELTO®.

11Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving XARELTO®. There is neither scientific rationale for benefit nor experience with the systemic hemostatics desmopressin and aprotinin individuals receiving XARELTO®.

## 11  DESCRIPTION

Rivaroxaban, a factor Xa inhibitor, is tThe chemical name of rivaroxaban, the active ingredient in XARELTO®XARELTO Tablets with the chemical name, is _5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide. ____The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:



Rivaroxaban is a pure (S)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each XARELTO®XARELTO tablet contains 10 mg of rivaroxaban. The inactive ingredients of XARELTO®XARELTO are: Microcrystalline cellulose, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, sodium lauryl sulfate, and Opadry® Pink 14F94373, a proprietary filmcoating mixture containing polyethylene glycol 3350, hypromellose, titanium dioxide, and ferric oxide red.

## 12  CLINICAL PHARMACOLOGY
### 12.1 Mechanism of Action

XARELTO®XARELTO is an highly selective and orally bioavailable direct factor Xa inhibitor. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852150

role in the cascade of blood coagulation. One molecule of factor Xa is able to generate more than 1000 molecules of thrombin due to the amplification nature of the coagulation cascade.

**12.2 Pharmacodynamics**

Routine monitoring of coagulation parameters is not required with XARELTO® use.

Dose-dependent inhibition of factor Xa activity was observed in humans and the prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban.__ The relationship between PT and rivaroxaban plasma concentration is linear and closely correlated. If assessment of the pharmacodynamic effect of rivaroxaban is considered necessary in individual cases, PT (measured in seconds) is recommended. The Neoplastin® PT assay was measured in the RECORD program and the median (with 5/95 percentiles) for PT (Neoplastin®) 2 to 4 hours after tablet intake (i.e., at the time of maximum effect) was 18 (13 to 26) seconds. The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamic effect The predictive value of these coagulation parameters for relevant bleeding risk or efficacy has not been adequately studied . .

Cardiac Electrophysiology: In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO® (15 mg and 45 mg, single dose).

**12.3 Pharmacokinetics**

Absorption

The absolute bioavailability of rivaroxaban is high (estimated to be 80% to 100%) for the 10 mg dose. Rivaroxaban is rapidly absorbed with maximum concentrations ($C_{max}$) appearing 2 to 4 hours after tablet intake__.

Intake with food does not affect rivaroxaban AUC or $C_{max}$ at the 10 mg dose.  Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady- state after multiple doses. Intake with food does not affect rivaroxaban AUC or $C_{max}$ at the 10 mg dose. XARELTO® 10 mg can be taken with or without food.

The pharmacokinetics of rivaroxaban was not affected by drugs altering gastric plI. Coadministration of XARELTO® (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily) or the antacid aluminum hydroxide/magnesium hydroxide (10 mL) did not show an e clinically relevant affect on the bioavailability and exposure of rivaroxaban.

Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and $C_{max}$ compared to tablet was reported when rivaroxaban granulate is

29

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852151

released in proximal small intestine.  Exposure is further reduced when drug is released in the distal small intestine, or ascending colon.  Therefore, Avoid administration of rivaroxaban via a method that could deposit drug directly into the proximal small intestine (e.g., feeding tube) which can result in reduced absorption and related drug exposure and should be avoided *[see Dose and Administration (2.1)]..*

Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady state after multiple doses. Variability in rivaroxaban pharmacokinetics is moderate with inter-individual variability (CV%) ranging from 30% to 40% except for the day of surgery and the following day when variability in exposure is high (70%).

### Distribution

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

### Metabolism

Approximately 51% of an orally administered [$^{14}$C]-rivaroxaban dose was recovered as metabolites in urine and feces. Oxidative degradation catalyzed by CYP3A4/5 (35%) and CYP2J2 (27%) and hydrolysis (27%) are the major sites of biotransformation Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

Approximately 51% of an orally administered [$^{14}$C] rivaroxaban dose was recovered as metabolites in urine and feces. Oxidative degradation of the morpholinone moiety (catalyzed by CYP3A4/5 (~35%) and CYP2J2 (~27%) and hydrolysis of the amide bonds (~27%) are the major sites of biotransformation to reasonably inactive moieties. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

### Excretion

Following oral administration of a [$^{14}$C]- rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug, 30% as metabolites) and 28% was recovered in feces (7% as unchanged drug, 21% as metabolites).  Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate ~5:1 ratio).  Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated BCRP). breast cancer resistance protein (BcrpBCRP). Rivaroxaban's affinity for influx transporter proteins is unknown.

30

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following intravenous administration. _The terminal elimination half-life of rivaroxaban is 5 to 9 hours in young healthy subjects aged 20 to 45 years.

Special Populations
*Gender and Race*
There were no clinically relevant effects of gGender or race did not influence the on the pharmacokinetics or pharmacodynamics of XARELTO®XARELTO.

*Race*
Healthy Japanese subjects were found to have 50% higher exposure compared to other ethnicities including Chinese.

*Elderly*
In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 1.550%-fold higher, mainly due to reduced (apparent) total body and renal clearance. _Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly.

Therefore, aAll patients greater than 65 years of age should have an assessment of renal function prior to starting therapy with XARELTO® and should be observed closely. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension). *[see Use in Specific Populations (8.5)]*Elderly subjects (aged 65 to 83 years) exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. The terminal elimination half-life is 11 to 13 hours in the elderly.

*Body Weight*
Compared to body weights of 70 to 80 kg, eExtremes in body weight (<50 kg or >120 kg) had nodid not result in clinically meaningful influencerelevant changesinfluence in rivaroxaban exposure (less than 25%) on rivaroxaban plasma concentrations. No dose adjustment of XARELTO® is necessary based on body weight.

*Hepatic Impairment*
A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in cirrhotic subjects with hepatic impairment (classified as Child-Pugh A or B) compared to healthy control subjects with normal hepatic function. In subjects with mild hepatic impairment (Child-Pugh A) rivaroxaban mean AUC increased approximately 20%, compared to healthy subjects. No relevant difference in pharmacodynamic effects was observed between these groups. In subjects with moderate hepatic impairment (Child-Pugh B), rivaroxaban mean

31

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852153

AUC increased approximately 130% and mean unbound rivaroxaban AUC increased approximately 160%, compared to healthy subjects. Similar increases in the inhibition of factor Xa activity (160%) and prolongation of PT (110%) were observed.

XARELTO® has not been studied in subjects with severe hepatic impairment (Child-Pugh C).

XARELTO® is contraindicated in patients with hepatic disease associated with coagulopathy as use in these patients may lead to a clinically relevant bleeding risk *[see Contraindications (4)]*.

### Renal Impairment

A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in subjects with varying degrees of chronic renal insufficiency compared to healthy control subjects with normal renal function (CrCL ≥80 mL/min). The study included subjects with renal insufficiency classified on the basis of CrCL as mild (50 to <80 mL/min), moderate (30 to <50 mL/min), and severe (15 to <30 mL/min). CrCL was measured by 24-hour urinary creatinine clearance measurements.

In subjects with mild, moderate, or severe renal impairment, average rivaroxaban AUC values increased 40%, 50%, and 60%, respectively, as compared to subjects with normal renal function and corresponding increases in pharmacodynamic effects were more pronounced. The overall inhibition of factor Xa activity was increased on average by 50%, 90%, and 100%, respectively, as compared to subjects with normal renal function. Prolongation of PT was similarly increased on average by 30%, 120%, and 140%, respectively.

Because limited clinical data are available for patients with severe renal impairment (CrCL 15 to <30 mL/min) and because these patients are at an increased risk of both bleeding and thrombosis due to their underlying disease, XARELTO® should be used with caution in these patients *[see Dosage and Administration (2) and Use in Specific Populations (8.6)]*.

No clinical data are available for patients with kidney failure (CrCL <15 mL/min), therefore, use of XARELTO® is not recommended in these patients.

### Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.

Furthermore, *iIn vitro* data also indicates a low rivaroxaban inhibitory potential for P-gp and Bcrp ABCG2 transporters.

32

<u>In addition,</u> Effects of Rivaroxaban on Other Drugs

T̶here were no mutual <u>relevant</u>significant changes in rivaroxaban exposure pharmacokinetic interactions between <u>in studies comparing concomitant</u> rivaroxaban 20 mg and 7.5 mg <u>single dose</u> of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily <u>dose</u> of atorvastatin (substrate of CYP3A4 and P-gp).

*Effects of Other Drugs on Rivaroxaban*

**Combined CYP3A4 and P-gp Strong Inhibitors**

*Ketoconazole:* Rivaroxaban 10 mg administered alone once daily for 5 days, followed by concomitant administration with ketoconazole 400 mg once daily for another 5 days resulted in clinically significant increases in plasma concentrations (160% increase in rivaroxaban steady-state AUC and a 70% increase in $C_{max}$) and pharmacodynamic effects.

*Ritonavir:* Ritonavir 600 mg administered alone twice daily for 5 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in clinically significant increases in plasma concentrations (150% increase in rivaroxaban AUC and a 60% increase in $C_{max}$) and pharmacodynamic effects.

XARELTO$^{®}$ is not recommended in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) *[see Warnings and Precautions (5.3)]*.

**Other Combined CYP3A4 and P-gp or Bcrp Inhibitors**

*Clarithromycin:* Clarithromycin 500 mg administered alone twice daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 50% increase in rivaroxaban AUC and a 40% increase in $C_{max}$.

*Erythromycin:* Erythromycin 500 mg administered alone three times daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 30% increase in rivaroxaban AUC and $C_{max}$.

The increases in exposure seen with these inhibitors are within the magnitude of the normal variability of rivaroxaban AUC and $C_{max}$, and are not considered to be clinically relevant.

Other coadministered drugs strongly inhibiting only one of the major elimination pathways, either CYP3A4/5, P-gp, or Bcrp are expected to increase rivaroxaban plasma concentrations to a lesser extent, which would not be considered clinically relevant.

**Combined CYP3A4 and P-gp Strong Inducers**

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

*Rifampicin:* Rifampicin titrated up to a 600 mg once daily dose, followed by concomitant administration with a single rivaroxaban 20 mg dose, resulted in an approximate 50% decrease in rivaroxaban AUC and a 22% decrease in $C_{max}$, with parallel decreases in its pharmacodynamic effects.

Strong CYP3A4 and/or P-gp inducers should be co-administered with caution.

**Other Drugs**

**Anticoagulants**

*Enoxaparin:* After combined administration of enoxaparin (40 mg subcutaneous single dose) with rivaroxaban 10 mg single dose, an additive effect on anti-factor Xa activity was observed without additive effects on clotting tests [prothrombin time (PT), activated partial thromboplastin time (aPTT)]. Enoxaparin did not affect the pharmacokinetics of rivaroxaban.

**NSAIDS and Platelet Aggregation Inhibitors**

*Naproxen:* No clinically relevant pharmacokinetic interaction or prolongation of capillary bleeding time was observed after concomitant administration of rivaroxaban (15 mg single dose) and 500 mg naproxen (two consecutive days).

*Acetylsalicylic acid (ASA):* No clinically relevant pharmacokinetic or pharmacodynamic (including capillary bleeding time) interactions were observed when rivaroxaban (15 mg single dose) was co-administered with acetylsalicylic acid (500 mg on the first day and 100 mg on the next day).

*Clopidogrel:* Clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) did not show a pharmacokinetic interaction with rivaroxaban (15 mg single dose), however, a clinically relevant increase (when compared to rivaroxaban administered alone) in capillary bleeding time was observed in a subset of subjects, which was not correlated to platelet aggregation, P-selectin or GPIIb/IIIa receptor levels.

**12.4Drugs Which Affect Gastric pH**

12.4*Omeprazole, Ranitidine, and Aluminum Hydroxide/Magnesium Hydroxide*: None of these drugs affected the pharmacokinetics of rivaroxaban.

**12.4 QT/QTc Prolongation**

Cardiac Electrophysiology: In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO®XARELTO (15 mg and 45 mg, single- dose).

34

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852156

## 13  NON-CLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, and Impairment of Fertility

Rivaroxaban was not carcinogenic when administered by oral gavage to mice or rats for up to 2 years.  The systemic exposures (AUCs) of unbound rivaroxaban in male and female mice at the highest dose tested (60 mg/kg/day) were 3- and 5-times, respectively, the human exposure of unbound drug at the human dose of 10 mg day.  Systemic exposures of unbound drug in male and female rats at the highest dose tested (60 mg/kg/day) were 4- and 10-times, respectively, the human exposure. No data are available on carcinogenicity.

Rivaroxaban produced no evidence of was not mutagenic in genotoxic potential when evaluated in a test for gene mutation in bacteria (Ames-Test) or clastogenic , an *in vitro* test for chromosomal aberrations in V79 Chinese hamster lung cells *in vitro* or in the *in vivo* in the mouse micronucleus test *in vivo*.

No impairment of fertility was observed in male or female rats when given when treated with up to 200 mg/kg/day of rivaroxaban orally.  This dose resulting resulted in exposure levels, based on the unbound AUC, at least 33-fold  times above the the therapeutic exposure in humans at a given 10 mg rivaroxaban daily dose of 10 mg/day.

## 14  CLINICAL STUDIES

The Phase 3 clinical development of XARELTO® included 4 randomized, double-blind clinical studies collectively referred to as the **RE**gulation of **C**oagulation in **OR**thopedic Surgery to Prevent **D**VT and PE (RECORD) studies. XARELTO®XARELTO was studied in 12,383 patients  (6183 XARELTO®XARELTO-treated,  6200 enoxaparin-treated patients) in the RECORD 1, 2, 3 and 4three studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO®XARELTO 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, the two studies, a total of 7050 patients were randomized and 6890 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 83% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement and patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min, or patients with significant liver disease (hepatitis or cirrhosis).  In RECORD Study 1, the mean exposure duration (± SD) to active XARELTO®XARELTO and enoxaparin was 33.4 ± 6.9 and 33.7 ± 8.2 days, respectively.  In RECORD Study 2, the mean exposure duration to active XARELTO®XARELTO and enoxaparin was 33.5 ± 6.9 and 12.4 ±

**Comment [A11]:** Note to Sponsor: The Office of Scientific Investigation has determined that the results from RECORD 4 are unreliable.  Please remove all references to RECORD 4 trial in Section 14. The Office of Scientific Investigation has also determined several clinical sites from RECORD 1-3 studies are unreliable. Please remove the results from the unreliable sites in RECORD 1-3 studies from Section 14 .

35

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852157

3.0 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration.

The efficacy data for RECORD 1 and 2 are provided in Table 5 below. The primary endpoint was a composite endpoint of any DVT (proximal and/or distal), non-fatal PE, and death from all causes referred to in Table 5 as total venous thromboembolism (VTE). In RECORD 1, total VTE was statistically significantly reduced in XARELTO®-treated patients compared to the enoxaparin-treated patients [1.1% vs. 3.7%, respectively; Relative Risk Reduction (RRR) 70% (95% CI: 49, 82); p<0.001]. In RECORD 2, total VTE was also statistically significantly reduced in the XARELTO® group compared to the enoxaparin followed by placebo group [2.0% vs. 9.3%, respectively; RRR 79% (95% CI: 65, 87); p<0.001]. In both RECORD 1 and 2, the secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was statistically significantly reduced in the XARELTO® group versus the comparator group (p<0.001 for each study).

36

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_05852158**

Table 5    Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population

| Treatment Dosage and Duration | RECORD Study 1 | | | Study RECORD 2 | | |
|---|---|---|---|---|---|---|
| | XARELTO® XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR[*], p-value | XARELTO ®XARELTO 10 mg once daily | Enoxaparin[†] 40 mg once daily | RRR[*], p-value |
| **Number of Subjects** | N = 1595 | N = 1558 | | N = 864 | N = 869 | |
| **Total VTE** | 18 (1.1%) | 58 (3.7%) | 70% (95% CI: 49, 82), p<0.001 | 17 (2.0%) | 81 (9.3%) | 79% (95% CI: 65, 87), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal and/or Distal DVT | 1 2 (<0.81%) | 53 31 (32.40%) | | 14 5 (10.6%) | 71 41 (85.21%) | |
| Distal DVT | 12 (0.8%) | 27 (1.7%) | | 11 (1.3%) | 49 (5.6%) | |
| Non-fatal PE | 4 (0.3%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 6 (0.7%) | |
| **Number of Subjects** | N- 1686 | N- 1678 | | N- 961 | N- 962 | |
| **Major VTE[**] rate** | 4 (0.2%) | 33 (2.0%) | 88% (95%CI: 66, 96), p<0.001 | 6 (0.6%) | 49 (5.1%) | 88% (95% CI: 71, 95), p<0.001 |
| **Components of Major VTE** | | | | | | |
| Proximal DVT | 1 (<0.1%) | 31 (1.9%) | | 5 (0.5%) | 44 (4.6%) | |
| Non-fatal PE | 4 (0.2%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.4%) | |
| VTE-related death | 0 (0%) | 1 (<0.1%) | | 0 (0%) | 1 (0.1%) | |
| Number of Subjects Symptomatic DVT | 6 (0.3%) | 11 (0.5%) | | 3 (0.2%) | 15 (1.2%) | |

**Comment [A12]:** Note to Sponsor: Define major VTE

**Formatted:** Font: Times New Roman Bold, Superscript

**Formatted:** Highlight

**Formatted:** Indent: Left: 0"

**Comment [A13]:** Min to define? Delete?

[*] Relative Risk Reduction; CI–confidence interval
[†] Includes the placebo-controlled period of the RECORD 2 study
[**] (Note to sponsor: include the definition of major VTE)

Two randomized, double-blind, clinical studies (RECORD 3 and 4) in patients undergoing elective total knee replacement surgery compared XARELTO®XARELTO 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD Study 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. In RECORD Study 4, the enoxaparin regimen was 30 mg twice daily started 12 to 24 hours postoperatively. The mean age (± SD) of patients in the RECORD 3 and 4 two studies was 66 ± 9.5 (range 21 to 91) years with 58% of patients ≥65 years. Sixty-six percent (66%) of patients were female. More than 70% of patients were White, 13% were Asian, and less than 4% were Black. The studies excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min or patients with significant liver disease (hepatitis or cirrhosis). In RECORD Study 3, the mean exposure duration (± SD) to active XARELTO®XARELTO and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. In

**Formatted:** Not Highlight

37

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

RECORD Study 4, the mean exposure duration to active XARELTO®XARELTO and enoxaparin was 11.7 ± 2.5 and 11.0 ± 2.4 days, respectively.

_The efficacy data for RECORD 3 and 4 are provided in Table 6 below. The primary endpoint was a composite endpoint of any DVT, non-fatal PE, and death from any cause referred to in Table 6 as total VTE. In RECORD 3, total VTE was statistically significantly reduced in XARELTO®-treated patients compared to enoxaparin-treated patients [9.6% vs. 18.9%, respectively; RRR 49% (95% CI: 35, 61); p<0.001]. In RECORD 4, total VTE was also statistically significantly reduced in the XARELTO® group compared to the enoxaparin group [6.9% vs. 10.1%, respectively; RRR 32% (95% CI: 8, 49); p=0.012]. The secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was reduced in XARELTO®-treated patients compared to enoxaparin-treated patients in both RECORD 3 (p=0.01) and RECORD 4 (p=0.127).

38

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852160

Table 6    Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Knee Replacement Surgery-Modified Intent-to-Treat Population

| Treatment Dosage and Duration | RECORD Study 3 | | | StudyRECORD 4 | | |
|---|---|---|---|---|---|---|
| | XARELTO®XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR*, p-value | XARELTO®XARELTO 10 mg once daily | Enoxaparin 30 mg twice daily | RRR*, p-value |
| Number of Subjects | N = 824 | N = 878 | | N = 965 | N= 959 | |
| Total VTE | 79 (9.6%) | 166 (18.9%) | 49% (95% CI: 35, 61), p=0.001 | 67 (6.9%) | 97 (10.1%) | 32% (95% CI: 8, 49), p=0.012 |
| Components of events contributing to Total VTE | | | | | | |
| Proximal and/or Distal DVT | 79 (91.61%) | 160 20 (18.22.3%) | | 61 8 (60.38%) | 86 14 (91.05%) | |
| Distal DVT | 74 (9.0%) | 156 (17.8%) | | 57 (5.9%) | 82 (8.6%) | |
| Non-fatal PE | 0 (0%) | 4 (0.5%) | | 5 (0.5%) | 8 (0.8%) | |
| Death (any cause) | 0 (0%) | 2 (0.2%) | | 2 (0.2%) | 3 (0.3%) | |
| Number of Subjects | N = 908 | N = 925 | | N = 1122 | N = 1112 | |
| Major VTE** rate | 9 (1.0%) | 24 (2.6%) | 61% (95% CI: 17, 82), p=0.01 | 13 (1.2%) | 22 (2.0%) | 41% (95%CI: -17, 70), p=0.127 |
| Components of events contributing to Major VTE | | | | | | |
| Proximal DVT | 9 (1.0%) | 20 (2.2%) | | 8 (0.7%) | 14 (1.3%) | |
| Non-fatal PE | 0 (0%) | 4 (0.4%) | | 5 (0.5%) | 8 (0.7%) | |
| VTE-related death | 0 (0%) | 0 (0%) | | 1 (0.1%) | 0 (0%) | |
| Number of Subjects | N = 1220 | N = 1239 | | N = 1526 | N = 1508 | |
| Symptomatic DVT | 8 (0.7%) | 24 (1.9%) | | 11 (0.7%) | 18 (1.2%) | |

*Relative Risk Reduction; CI=confidence interval
** (Note to sponsor: include the definition of major VTE)

*[Formatted: Indent: Left: 0"]*
*[Formatted: Highlight]*
*[Formatted: Indent: Left: 0"]*

16Based on a pooled analysis of the four RECORD studies, the efficacy of XARELTO® on total XARELTO® on total VTE in various age, gender, body weight and creatinine clearance subgroups was consistent with the efficacy observed in the overall population. For the subgroups population. For the subgroups of White, Asian and Hispanic patients, efficacy results were results were consistent with the overall population, but the number of Black patients was patients was insufficient to reliably assess effects.

*[Formatted: Bullets and Numbering]*

39

16As shown in Table 7, a pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE/death [(0.6% XARELTO®-treated patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); p<0.001]. XARELTO® use tended to reduce the rates of each component of the composite endpoint.

16Table 7:   Integrated Analysis of Symptomatic VTE or All-Cause Death for RECORD 1-4—Safety Population: Double-Blind Treatment Period

| 16Treatment Dosage and Duration | 16*XARELTO*[®] 16 16 | 16Enoxaparin/Placebo 16 16 | 16RRR[†], 16p-value |
|---|---|---|---|
| 16**Total Treated Patients** | **16N = 6183** | **16N = 6200** | **16** |
| 16Composite Endpoints | | | |
| 16Symptomatic VTE/death 16 | 1635 (0.6%) | 1682 (1.3%) | 1658% 16(95% CI: 37, 71), 16p<0.001 |
| 16Death/PE | 1617 (0.3%) | 1633 (0.5%) | 1649% 16(95% CI: 8, 71), 16p=0.025 |
| 16Components of composite endpoints | | | |
| 16VTE | 1628 (0.5%) | 1668 (1.1%) | 16 |
| 16PE | 1610 (0.2%) | 1619 (0.3%) | 16 |
| 16Any death | 168 (0.1%) 16 | 1616 (0.3%) | 16 |
| 16**Hip Surgery Studies** | **16N = 3437** | **16N = 3453** | **16** |
| 16Composite Endpoints | | | |
| 16Symptomatic VTE/death | 1615 (0.4%) | 1635 (1.0%) | 1657% 16(95% CI: 22, 77), 16p=0.006 |
| 16Death/PE | 1611 (0.3%) | 1616 (0.5%) | 1631% 16(95% CI: -48, 68), 16p=0.334 |
| 16Components of composite endpoints | | | |
| 16VTE | 169 (0.3%) | 1626 (0.8%) | 16 |
| 16PE | 165 (0.2%) | 167 (0.2%) | 16 |
| 16Any death | 166 (0.2%) | 1611 (0.3%) | 16 |
| 16**Knee Surgery Studies** | **16N = 2746** | **16N = 2747** | **16** |
| 16Composite Endpoints | | | |
| 16Symptomatic VTE/death | 1620 (0.7%) | 1647 (1.7%) | 1658% 16(95% CI: 28, 75), 16p=0.001 |
| 16Death/PE | 166 (0.2%) | 1617 (0.6%) | 1665% 16(95% CI: 11, 86), 16p=0.027 |
| 16Components of composite endpoints | | | |
| 16VTE | 1619 (0.7%) | 1642 (1.5%) | 16 |
| 16PE | 165 (0.2%) | 1612 (0.4%) | 16 |
| 16Any death | 162 (0.1%) | 165 (0.2%) | 16 |

16[*] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily or 30 mg twice daily
16[†] Relative Risk Reduction; CI=confidence interval
16

16A separate pooled analysis of symptomatic events in the active-control treatment periods for all RECORD studies (i.e., excluding Day 12 to Day 35 in RECORD 2 when placebo was was administered in the enoxaparin treatment group) of the RECORD studies are shown in studies are shown in Table 8.

16Table 8:   Integrated Analysis of Symptomatic VTE or All-Cause Death for RECORD 1-4—Safety
Population: Active-Control Pool

| 16Treatment Dosage and Duration | 16XARELTO[16] 16N = 6183 | 16Enoxaparin[*] 16N = 6200 | 16RRR[†], 16p-value |
|---|---|---|---|
| 16Composite Endpoints | | | |
| 16Symptomatic VTE/death | 1632 (0.5%) | 1667 (1.1%) | 1652% 16(95% CI: 27, 69), 16p<0.001 |
| 16Death/PE | 1615 (0.2%) | 1626 (0.4%) | 1643% 16(95% CI: -8, 70), 16p=0.088 |
| 16Components of composite endpoints | | | |
| 16VTE | 1626 (0.4%) | 1657 (0.9%) | 16 |
| 16PE | 169 (0.2%) | 1616 (0.3%) | 16 |
| 16Any death | 167 (0.1%) | 1612 (0.2%) | 16 |

16[*] Enoxaparin dosing was 40 mg once daily or 30 mg twice daily
16[†] Relative Risk Reduction; CI=confidence interval

16

## 16  HOW SUPPLIED/STORAGE AND HANDLING

XARELTO (rivaroxaban) Tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side. The tablets are supplied in the packages listed:

NDC 50458-580-30          Bottle containing 30 tabletsXARELTO® (rivaroxaban) Tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side and are supplied in bottles of 30 (NDC 50458-580-30).

XARELTO® is also available in a single hospital unit dose carton containing 10 blister cards of 10 tablets each (NDC 50458-580-10 Blister package containing 100 tablets (10 blister cards containing 10 tablets each)).

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30° C (59°-86° F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

## 17  PATIENT COUNSELING INFORMATION
### 17.1 Instructions for Patient Use

- Advise patients to take XARELTO® only as directed.
- Remind patients not to discontinue XARELTO® prematurely without first talking to their healthcare professional.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

- If a dose is missed, advise the patient to take XARELTO® as soon as possible and continue on the following day with their once daily dose regimen.

**17.2 Bleeding Risks**

If patients have had neuraxial anesthesia or spinal puncture, and particularly, if they are taking concomitant NSAIDs or platelet inhibitors, advice patients they should be informed to watch to watch for signs and symptoms of spinal or epidural hematoma, such as tingling, numbness (especially in the lower limbs) and muscular weakness. If any of these symptoms occur advise the patient toshould contact his or her physician immediately.

Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO®XARELTO. Patients should report any unusual bleeding or bruising to their physician *[see Warnings and Precautions (5.2)]*.

**17.3 Concomitant Medication and Herbals**

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs or herbals, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

**17.4 Pregnancy and pregnancy-related hemorrhage**

Advise Ppatients to inform should immediately notify their physician immediately if they become pregnant or intend to become pregnant during treatment with XARELTO®XARELTO *[see Use in Specific Populations (8.1)]*.

Advise pregnant women receiving XARELTO to immediately report to their physician any bleeding or symptoms of blood loss *[see Warnings and Precautions (5.3)]*.

**17.5 Nursing**

Advise Ppatients to discuss with should notify their physician if they are nursing or intend to nurse during anticoagulant treatment with XARELTO®XARELTO *[see Use in Specific Populations (8.3)]*.

**17.6 Females of Reproductive Potential**

Advise patients who can become pregnant to discuss pregnancy planning with their physician *[see Use in Specific Populations (8.6)]*.

Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852165

Manufactured for:
Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.
Raritan, NJ 08869

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 20XX

---

[1] eCTD Module 5.3.5.3.7 Integrated Summary of Efficacy, Section 3.3

[2] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.4

[3] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.2

[4] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.1

[5] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.5.1.6.1

[6] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.5.1.6.1.2

[7] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 5.1.1.10

[8] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 5.1.1.10

[9] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.2

[10] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.1

[11] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.5.1.6.2

[12] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.4

[13] eCTD Module 5.3.5.3.7 Integrated Summary of Efficacy, Section 3.5.1

[14] eCTD Module 2.5 Clinical Overview, Section 6

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05852166