## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*HELEN LLOYD and FRANK LLOYD, her husband v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO:  2:16-cv-01390-EEF-MBN**

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW Plaintiffs, Helen Lloyd, deceased, and Frank Lloyd, her widowed husband, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Helen Lloyd, passed away on July 15, 2017, as reported to the Court in the Suggestion of Death filed on November 6, 2017.  On August 29, 2017, the Register of Wills for New Castle County, State of Delaware, appointed Franklin D. Lloyd as the Personal Representative of the Estate of Helen Lloyd, attached hereto as Exhibit A.  Plaintiffs thus move pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Franklin D. Lloyd, Personal Representative of the Estate of Helen Lloyd, as the named party in place of Helen Lloyd.

WHEREFORE, Plaintiffs pray that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated: November 6, 2017

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.