## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*HELEN LLOYD and FRANK LLOYD, her husband, v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO:  2:16-cv-01390-EEF-MBN**

<u>**ORDER**</u>

THIS MATTER having come before the Court on Plaintiffs' Motion to Substitute Franklin D. Lloyd, as Personal Representative of the Estate of Helen Lloyd, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiffs' Motion to Substitute is **HEREBY GRANTED.**

Dated this _____ day of _____, 2017

_____
Honorable Eldon E. Fallon
United States District Court Judge