EXHIBIT A

# EXHIBIT A

Form No. 6 - Short Certificate



**NEW CASTLE COUNTY, SS.**

I, Ciro Poppiti, III, Register of Wills for New Castle County, State of Delaware, do hereby certify that on the 29th day of AUGUST, 2017, LETTERS OF ADMINISTRATION upon the Estate of HELEN LLOYD, deceased, were in due form of law granted unto FRANKLIN D. LLOYD, who is/are now the Personal Representative(s) upon said estate, to all whose acts, as such, full faith and credit are to be given. I do further certify that the Personal Representative(s) is/are invested with full authority to direct and execute the transfer, assignment, or reissue of any stocks, bonds, documents of title, money in banks, or other securities of any incorporated company, being owned and held by the decedent at the time of his/her death and now constituting part of his/her personal estate. This appointment is still in full force and effect.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and official seal, this 29th day of AUGUST, 2017.

File # 167439

_____
**Register of Wills**

NOT VALID WITHOUT IMPRESSED SEAL

CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION
## State of Delaware
## Department of Health and Social Services

**STATE FILE NUMBER:** 107-17-004932

**DECEDENT'S INFORMATION:**
**NAME:** *HELEN LLOYD*
**AKA's:** NOT LISTED
**SEX:** FEMALE   **SOCIAL SECURITY NUMBER:** 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   **ARMED FORCES:** NO
**DATE OF DEATH:** JUL 15 2017   **DATE OF BIRTH:** DEC 23 1968   **AGE:** 48 YEARS

**PLACE OF DEATH INFORMATION:**
**TYPE:** DECEDENT'S HOME
**FACILITY NAME AND ADDRESS:** 2110 Grafton DRIVE, WILMINGTON, NEW CASTLE COUNTY, 19808

**DISPOSITION INFORMATION:**
**METHOD:** CREMATION   **PLACE:** FAMILY CREMATION SERVICE
**LOCATION:** WILMINGTON, DELAWARE

**DEMOGRAPHIC INFORMATION:**
**RESIDENCE:** 2110 Grafton DRIVE, WILMINGTON, NEW CASTLE COUNTY, DELAWARE, 19808
**PLACE OF BIRTH:** DELAWARE   **MARITAL STATUS:** MARRIED
**SURVIVING SPOUSE'S NAME:** FRANKLIN LLOYD
**FATHER'S NAME:** ADAM PETREY
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** SANDRA O'NEILL

**INFORMANT'S INFORMATION:**
**INFORMANT'S NAME:** FRANKLIN LLOYD   **RELATIONSHIP:** Husband
**MAILING ADDRESS:** 2110 GRAFTON DRIVE, WILMINGTON, DELAWARE, 19808

**FUNERAL HOME:** CREMATION SERVICE OF DELAWARE, 519 PHILADELPHIA PIKE, WILMINGTON, NEW CASTLE COUNTY, DELAWARE, 19809
**FUNERAL DIRECTOR:** JOSHUA SCHOENBERG   **LICENSE NUMBER:** K1-0000653

**CAUSE OF DEATH - PART I**
ADVERSE REACTION TO COMBINED EFFECTS OF FENTANYL AND OXYCODONE INTOXICATION

**PART II** HYPERTENSIVE CARDIOVASCULAR DISEASE. MORBID OBESITY.
**ME CONTACTED?** YES   **AUTOPSY PERFORMED?** YES   **AUTOPSY AVAILABLE?** YES
**ACTUAL OR PRESUMED TIME OF DEATH:** 19:19   **MANNER OF DEATH:** ACCIDENT

**INJURY INFORMATION:**
**DATE OF INJURY:** JUL 15 2017   **TIME OF INJURY:** 18:24   **INJURY AT WORK?** NO
**PLACE OF INJURY:** RESIDENCE
**LOCATION OF INJURY:** 2110 GRAFTON DRIVE, WILMINGTON, NEW CASTLE COUNTY, DELAWARE, 19805
**HOW THE INJURY OCCURRED?**
USED DRUGS (FOUND ON DATE AND TIME NOTED)

**CERTIFIER NAME AND TITLE:** JENNIE VERSHVOVSKY, MD   **LICENSE NUMBER:** NOT LISTED
**CERTIFIER'S ADDRESS:** 200 SOUTH ADAMS STREET, WILMINGTON, NEW CASTLE COUNTY, DELAWARE, 19801

**DATE FILED:** AUG 10 2017
**DATE OF ISSUANCE:** AUG 22 2017
**SPECIAL INSTRUCTIONS:**

L1087213




This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

State Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE