UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 *<br>* SECTION L *<br>* JUDGE ELDON E. FALLON *<br>* MAG. JUDGE NORTH |

*****************************************************

**THIS DOCUMENT RELATES TO:**

*Barbara Henry v. Janssen Research & Development LLC, et al.,*
Case No. 2:17-cv-02667-EEF-MBN

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys John J. Driscoll and Christopher J. Quinn of The Driscoll Firm, P.C. and attorneys Anne Andrews, John C. Thornton, III, and Lila Razmara of Andrews Thornton Higgins Razmara LLP, and pursuant to the request of the Plaintiff, Barbara Henry, move jointly for the withdrawal of Anne Andrews, John C. Thornton, III, and Lila Razmara of Andrews Thornton Higgins Razmara LLP and substitution of John J. Driscoll and Christopher J. Quinn of The Driscoll Firm, P.C. in place thereof.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Driscoll Firm, P.C. |
| Address: | 211 North Broadway, Ste. 4050<br>St. Louis, MO 63102 |
| Telephone: | (314) 932-3232 |
| Facsimile: | (314) 932-3233 |
| E-mail: | john@thedriscollfirm.com<br>chris@thedriscollfirm.com |

| | |
|---|---|
| The Driscoll Firm, P.C. | Andrews Thornton Higgins Razmara LLP |
| */s/ John J. Driscoll* | */s/ Anne Andrews* |
| John J. Driscoll | Anne Andrews |
| Christopher J. Quinn | John C. Thornton, III |
| 211 North Broadway, Ste. 4050 | Lila Razmara |
| St. Louis, MO 63102 | 2 Corporate Park, Ste. 110 |
| Tel: (314) 932-3232 | Irvine, CA 92606 |
| Fax: (314) 932-3233 | (949) 748-1000 |
| john@thedriscollfirm.com | aa@andrewsthornton.com |
| chris@thedriscollfirm.com | jct@andrewsthornton.com |
| | lr@andrewsthornton.com |

Date: November 6, 2017

Date: November 1, 2017