UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**

*Barbara Henry v. Janssen Research & Development LLC, et al.,*
**Case No. 2:17-cv-02667-EEF-MBN**

## ORDER

The Court has before it the Joint Motion for Withdrawal and Substitution of Counsel (Rec. Doc. ____).

**IT IS ORDERED** that the Joint Motion for Withdrawal and Substitution of Counsel is hereby **GRANTED** and John J. Driscoll and Christopher J. Quinn of The Driscoll Firm, P.C. are substituted for Anne Andrews, John C. Thornton, III, and Lila Razmara of Andrews Thornton Higgins Razmara LLP.

New Orleans, Louisiana this _____ day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE