UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that counsel for Plaintiff Carol Robinson, on behalf of the Estate of Albert Robinson, Jr. at Ahdoot & Wolfson, PC has a change of business address and requests that the Court and counsel amend their records to reflect such change. Counsel's old business address was as follows:

    1016 Palm Avenue

    West Hollywood, CA 90069

Counsel respectfully requests that all orders, notices, pleadings, letters, and all other communications to Ahdoot &Wolfson, PC shall be addressed to the new business address as follows:

    10728 Lindbrook Drive

    Los Angeles, CA 90024

1

NOTICE OF CHANGE OF ADDRESS

Dated: November 6, 2017            Respectfully submitted,

By:   */s/ Robert Ahdoot*
      Robert Ahdoot, CA Bar No. 172098
      rahdoot@ahdootwolfson.com
      **AHDOOT & WOLFSON, PC**
      10728 Lindbrook Drive
      Los Angeles, California 90024
      Phone: 310-474-9111
      Fax: 310-474-8585

NOTICE OF CHANGE OF ADDRESS

**CERTIFICATE OF SERVICE**

      I, Robert Ahdoot, counsel for Plaintiff Carol Robinson, on behalf of the Estate of Albert Robinson, Jr., hereby certify that on November 6, 2017, I caused to be filed true and correct copies of the foregoing NOTICE OF CHANGE OF ADDRESS electronically using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record.

Dated: November 6, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert Ahdoot*
　　　　　　　　　　　　　　　　　　　　　　　　Robert Ahdoot