**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | **MDL No.:    2592**<br>**SECTION:        L**<br>**JUDGE:          ELDON E. FALLON**<br>**MAG. JUDGE: MICHAEL NORTH** |
| This Document Relates to:<br><br>*Barbara Jankowski, Case No.16-2489* | |

## RESPONSE TO ORDER TO SHOW CAUSE
## IN CONSIDERATION OF UNPAID FILING FEES

COMES NOW Plaintiff, BARBARA JANKOWSKI, by and through the undersigned counsel, and responds to This Court's Order to Show Cause regarding unpaid filing fees [Doc. No. 7887].

1. Plaintiff, BARBARA JANKOWSKI ("Plaintiff"), filed her claim by way of a joint Complaint  on March 11, 2016 [Case No. 16-2099].

2. On March 25, 2016, Plaintiff filed a Short Form Complaint.

3. On August 16, 2017, Plaintiff's case was ordered dismissed.

4. Due to administrative oversight, Plaintiff failed to submit the required filing fee pursuant to Pretrial Order No. 11B.

5. On October 27, 2017, this Court issued an Order to Show Cause regarding an unpaid filing fee for this dismissed case.

6.  Plaintiff subsequently promptly paid the filing fee on October 27, 2017 (a copy of the receipt is attached hereto as Exhibit A).

7.  Counsel respectfully apologizes for the delay in submitting the filing fee and requests that the Order to Show Cause be dissolved.

Respectfully submitted,

Dated: November 7, 2017

**GRANT & EISENHOFER P.A.**

By*:*    */s/ Thomas V. Ayala*

Jay W. Eisenhofer
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501
jeisenhofer@gelaw.com

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on November 7, 2017.

*/s/ Thomas V. Ayala*
Thomas V. Ayala

# EXHIBIT A

**Inna Watson**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Friday, October 27, 2017 5:11 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-02489-EEF-MBN Jankowski v. Janssen Research & Development LLC, et al Filing Fee Payment - Case Opening 400 |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Louisiana**

**Notice of Electronic Filing**

The following transaction was entered by Ayala, Thomas on 10/27/2017 at 4:11 PM CDT and filed on 10/27/2017

| | |
|---|---|
| **Case Name:** | Jankowski v. Janssen Research & Development LLC, et al |
| **Case Number:** | 2:16-cv-02489-EEF-MBN |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Filing fee paid from Barbara Jankowski re [1] Complaint, (Filing fee $ 400 receipt number 053L-6440621) (Ayala, Thomas)**

**2:16-cv-02489-EEF-MBN Notice has been electronically mailed to:**

Jay W. Eisenhofer      jeisenhofer@gelaw.com

M. Elizabeth Graham      egraham@gelaw.com, awalker@gelaw.com, ebarker@gelaw.com, iwatson@gelaw.com, ssmiertka@gelaw.com, tayala@gelaw.com

Thomas Victor Ayala      tayala@gelaw.com, ebarker@gelaw.com, iwatson@gelaw.com, jaguirre@gelaw.com, tbibby@gelaw.com

**2:16-cv-02489-EEF-MBN Notice has been delivered by other means to:**