UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No:  <u>2:17-cv-7688</u> |

THIS DOCUMENT RELATES TO:
Ida L. Barrett o/b/o
Her deceased husband, Eugene L. Barrett v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-7688

### **NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and file this Notice of

Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 7th day of November 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)
