UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| | ) | SECTION: L |
| KENNETH J. ROWELL, | ) ) | JUDGE FALLON |
| Plaintiff, | ) ) ) | MAG. JUDGE NORTH |
| v. | ) ) ) | Civil Action No.: 2017-cv-100009 L (5) |
| JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JOHNSON AND JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, f/k/a BAYER SCHERING PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; BAYER AG; and JOHN DOES 1-5, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that counsel for Plaintiff Kenneth Rowell, on his behalf at Anastopoulo Law Firm, LLC, has a change of business address and requests that the Court and counsel amend their respective records to reflect such change. Counsel's old business address was as follows:

1

62 Columbus Street

Charleston, SC 29403

Counsel respectfully requests that all orders, notices, pleadings, letters, and all other communications to Anastopoulo Law Firm, LLC, shall be address to the new business address as follows:

32 Ann Street

Charleston, SC 29403

Respectfully Submitted,

**ANASTOPOULO LAW FIRM, LLC**

*/s Matthew L. Nall*
Eric M. Poulin, Esquire
*eric@akimlawfirm.com*
Fed. I.D. Number: 11251
Roy T. Willey, IV, Esquire
*roy@akimlawfirm.com*
Fed. I.D. Number: 11664
Matthew L. Nall, Esquire
*matt@akimlawfirm.com*
Fed. I.D. Number: 12326
62 Columbus St.
Charleston, S.C. 29403
(843) 614-8888
(843) 853-2291 (fax)

**ATTORNEYS FOR PLAINTIFF**

Charleston, South Carolina
November 7, 2017

## **CERTIFICATE OF SERVICE**

I, Matthew L. Nall, counsel for Kenneth Rowell, hereby certify that on November 7, 2017, I caused to be filed a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS electronically using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record.

Dated: November 7, 2017

*/s Matthew L. Nall*
Eric M. Poulin, Esquire
*eric@akimlawfirm.com*
Fed. I.D. Number: 11251
Roy T. Willey, IV, Esquire
*roy@akimlawfirm.com*
Fed. I.D. Number: 11664
Matthew L. Nall, Esquire
*matt@akimlawfirm.com*
Fed. I.D. Number: 12326
32 Ann St.
Charleston, S.C. 29403
(843) 614-8888
(843) 853-2291 (fax)

**ATTORNEYS FOR PLAINTIFF**