UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Judy Goff*
**Civil Action No. 2:16-cv-16931**

## ORDER

For the reasons stated on the record at the hearing on June 28, 2017, plaintiff's motion for a voluntary dismissal without prejudice is denied. Defendants' request to dismiss this case with prejudice is granted. The case is dismissed with prejudice.

New Orleans, Louisiana, on this 7th day of November, 2017.

Judge Eldon E. Fallon
United States District Court Judge

90383636.1