UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Rose Jackson v. Janssen Research & Development, LLC. et al.*
CA# 2:16-cv-1390

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7960, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Janice Rogers, as Administrator of the Estate of Rose Jackson, is substituted for Plaintiff Rose Jackson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 7th day of November, 2017.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT COURT JUDGE