UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Helen Lloyd and Frank Lloyd, her husband, v. Janssen Research & Development, LLC. et al.*
CA# 2:16-cv-1390

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7963, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Franklin D. Lloyd, as Personal Representative of the Estate of Helen Lloyd, is substituted for Plaintiff Helen Lloyd as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 7th day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE