UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | **Relates To:** |
| | ) | 2:15-cv-05141 |
| | ) | 2:15-cv-05143 |
| | ) | 2:17-cv-04835 |
| | ) | 2:15-cv-05145 |
| | ) | 2:15-cv-04938 |
| | ) | 2:15-cv-05139 |
| | ) | 2:15-cv-05144 |
| | ) | 2:15-cv-05146 |
| | ) | 2:15-cv-05140 |
| | ) | 2:16-cv-13292 |

**Motion and Order to Enroll as Counsel of Record**

Now into court, through undersigned counsel, respectfully come Plaintiffs, who move this Court to allow James L. Ward, Jr. to enroll as counsel of record for all Plaintiffs in the above actions.

Chance M. Farr remains enrolled as co-counsel on all cases.

Dated: November 8, 2017

s/ Chance M. Farr_____
Chance M. Farr
McGowan, Hood & Felder, LLC
1539 Health Care Drive
Rock Hill, SC 29732
cfarr@mcgowanhood.com
Phone: (803) 327-7800
Facsimile: (803) 324-1483

s/ James L. Ward, Jr.
James L. Ward, Jr.
McGowan, Hood & Felder, LLC
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
jward@mcgowanhood.com
(843) 388-7202
