UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Large v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-06567**

### PLAINTIFF'S MOTION TO SUBSTITUE PARTY PLAINTIFF

NOW INTO COURT, comes Rachal Rojas for the Plaintiff and moves this Honorable Court for an order substituting Lynda Sue Large as the proposed personal representative on behalf of her deceased husband, John Large, for the following reasons:

I. On July 7th, 2017, a Complaint was filed in the above referenced matter by John Large acting as the plaintiff.

II. On August 3rd, 2017, Plaintiff John Large passed away.

III. The decedent's wife, Lynda Sue Large, as the surviving spouse is the Proper Plaintiff and wishes to be substituted on behalf of John Large, in this case.

Wherefore, movant prays for said substitution.

Date: November 08, 2017

Respectfully submitted,


Respectfully submitted,
By: */s/ Rachal Rojas*
Rachal Rojas
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                            */s/ Rachal Rojas*
                                                            Attorney for Plaintiff