# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    )     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION   )
                                   )     SECTION L
                                   )
                                   )     JUDGE ELDON E. FALLON
                                   )
                                   )     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
***Large v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:17-cv-06567**

## <u>PROPOSED ORDER TO SUBSTITUE PARTY</u>

      Considering the foregoing Motion to Substitute:

      IT IS HERBY ORDERED, ADJUDGED AND DECREED that Lynda Sue Large, is

named the new proposed personal representative behalf of her deceased husband, John Large, be

substituted as the proper party plaintiff, herein.

      Signed New Orleans, Louisiana this _____ day of _____, 2017.


      Date: November 08, 2017


                                  Respectfully submitted,


                                    Respectfully submitted,
                                    By:  */s/ Rachal Rojas*_____
                                    Rachal Rojas
                                    JOHNSON LAW GROUP
                                    2925 Richmond Avenue
                                    Suite 1700
                                    Houston, TX 77098
                                    Telephone: (713) 626- 9336
                                    *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


*/s/ Rachal Rojas*_____
Attorney for Plaintiff