UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Dora Mingo ("Plaintiff"), who, pursuant to Local Rule 78.1, respectfully requests that the Court hear oral argument on her Rule 59 Motion for a New Trial (Doc. 7586) at 9:00 a.m. on Tuesday, December 12, 2017.  Plaintiff respectfully suggests that such oral argument would be helpful in resolving the issues raised in the referenced motion, and further suggests that opposing counsel for Defendants have confirmed their availability on the proposed hearing date.

*HERMAN, HERMAN & KATZ, LLC*

By: /s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone:  (504) 581-4892
ldavis@hhklawfirm.com
*Co-Plaintiffs' Liaison Counsel*

*GAINSBURGH BENJAMIN DAVID MEUNIER*
*& WARSHAUER, LLC*

<u>By: /s/ Gerald E. Meunier</u>
Gerald E. Meunier (Bar No. 9471)
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
*Co-Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2017 a copy of the above and foregoing Request for Oral Argument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>/s/ Gerald E. Meunier</u>
**Gerald E. Meunier**

2