UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:17-cv-5753</u> |

THIS DOCUMENT RELATES TO:
Otis S. Jackson o/b/o
Her deceased sister, Betty J. Morrison v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-5753

### NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 9th day of November 2017.

/s/ David B. Owen Jiménez<br>
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC<br>
1510 Ave. F.D. Roosevelt, Ste. 6A1<br>
Guaynabo, Puerto Rico 00968<br>
Tel: (844) 345-3784<br>
Fax: (844) 644-1230<br>
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)