# UNITED STATES DISTRICT COURT
## FOR THE EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| JOAN CORRIGAN AND JAMES CORRIGAN ) | MDL NO. 2592 |
| *Plaintiff(s)* ) | |
| v. ) | SECTION L |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT ) | JUDGE ELDON E. FALLON |
| LLC f/k/a JOHNSON AND JOHNSON ) | |
| PHARMACEUTICAL RESEARCH AND ) | MAG. JUDGE NORTH |
| DEVELOPMENT LLC ) | |
| JANSSEN ORTHO LLC,  JANSSEN ) | |
| PHARMACEUTICALS, INC. f/k/a JANSSEN ) | |
| PHARMACEUTICA, INC. f/k/a ORTHO- ) | |
| MCNEIL-JANSSEN PHARMACEUTICALS, ) | |
| INC., JOHNSON & JOHNSON COMPANY ) | Civil No. 2:17-cv-04876 |
| BAYER HEATHCARE ) | |
| PHARMACEUTICALS, INC., BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE, LLC, BAYER ) | |
| HEALTHCARE AG, and BAYER AG ) | |
| *Defendant(s)* ) | |

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

NOW INTO COURT, through undersigned counsel, come plaintiffs Joan Corrigan and James Corrigan.  Plaintiffs respectfully move the Honorable Court for an extension of time within which to serve process on Defendants Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC and Janssen Ortho, LLC, et al.  In support of this Motion, Plaintiffs submit their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated: November 9, 2017

        By: */s/ Brian Goldstein*_____
Brian Goldstein, Esq.
CELLINO & BARNES, PC
*Attorneys for Plaintiffs*
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Brian Goldstein*_____
Attorney for Plaintiff