UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| JOAN CORRIGAN AND JAMES CORRIGAN ) | MDL NO. 2592 |
|     *Plaintiff(s)* ) | |
|     v. ) | SECTION L |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT ) | JUDGE ELDON E. FALLON |
| LLC f/k/a JOHNSON AND JOHNSON ) | |
| PHARMACEUTICAL RESEARCH AND ) | MAG. JUDGE NORTH |
| DEVELOPMENT LLC ) | |
| JANSSEN ORTHO LLC, JANSSEN ) | |
| PHARMACEUTICALS, INC. f/k/a JANSSEN ) | |
| PHARMACEUTICA, INC. f/k/a ORTHO- ) | |
| MCNEIL-JANSSEN PHARMACEUTICALS, ) | |
| INC., JOHNSON & JOHNSON COMPANY ) | Civil No. 2:17-cv-04876 |
| BAYER HEATHCARE ) | |
| PHARMACEUTICALS, INC., BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE, LLC, BAYER ) | |
| HEALTHCARE AG, and BAYER AG ) | |
|     *Defendant(s)* ) | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on November 30, 2017 Plaintiffs' Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: November 9, 2017

By: */s/ Brian Goldstein*_____
Brian Goldstein, Esq.
CELLINO & BARNES, PC
*Attorneys for Plaintiffs*
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          */s/ Brian Goldstein*_____
                                          Attorney for Plaintiffs