UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| JOAN CORRIGAN AND JAMES CORRIGAN  )<br>          *Plaintiff(s)*                                            )<br>                    v.                                                   )<br>                                                                         )<br>JANSSEN RESEARCH & DEVELOPMENT  )<br>LLC f/k/a JOHNSON AND JOHNSON         )<br>PHARMACEUTICAL RESEARCH AND      )<br>DEVELOPMENT LLC                                  )<br>JANSSEN ORTHO LLC,  JANSSEN             )<br>PHARMACEUTICALS, INC. f/k/a JANSSEN )<br>PHARMACEUTICA, INC. f/k/a ORTHO-       )<br>MCNEIL-JANSSEN PHARMACEUTICALS,  )<br>INC., JOHNSON & JOHNSON COMPANY   )<br>BAYER HEATHCARE                                     )<br>PHARMACEUTICALS, INC., BAYER           )<br>PHARMA AG, BAYER CORPORATION,        )<br>BAYER HEALTHCARE, LLC, BAYER           )<br>HEALTHCARE AG, and BAYER AG             )<br>          *Defendant(s)*                                           ) | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH<br><br><br><br><br>Civil No. 2:17-cv-04876 |

## **PROPOSED ORDER**

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge