**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * | MDL 2592<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | * <br> * | JUDGE ELDON E. FALLON |
| *Boudreaux v. Bayer Corp., et al.*<br>*Case No. 2:14-cv-02720* | * <br> * <br> * | MAG. JUDGE NORTH |
| *Joseph Orr, Jr., et al. v. Janssen et al.*<br>*Case No. 2:15-cv-03708* | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

**JOINT RECORD DESIGNATIONS**
**FOR *BOUDREAUX* AND *ORR* APPEALS**

---

\* Documents captioned for *Boudreaux* are marked with "B;" documents captioned for *Orr* are marked with "O;" and documents captioned for both are marked with "B+O.

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| | | Entire Docket for 14-cv-2592 |
| 1305 (B+O) | | CMO 2 re: Schedule (09/18/15) |
| 4223 (B+O) | | CMO 2A, Amending CMO 2 re: Schedule (09/21/16) |
| 4510 (B+O) | | CMO 2B, Amending CMO 2A re: Schedule (11/10/16) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 4807 (B+O) | | CMO 2C, Amending CMO 2A re: Schedule (12/20/16) |
| 5108 (B+O) | | Defendants' Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., under Federal Rule of Evidence 702, With Exhibits (01/20/17) |
| 5109 (B+O) | | Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, With Exhibits (01/20/17) |
| 5110 (B+O) | | Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims, With Exhibits (01/20/17) |
| 5111 (B+O) | | Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, MD, under Federal Rule of Evidence 702, With Exhibits (01/20/17) |
| 5112 (B+O) | | Defendants' Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, under Federal Rule of Evidence 702, With Exhibits (01/20/17) |
| 5113 (B+O) | | Defendants' *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens, With Exhibits (01/20/17) |
| 5114 (B+O) | | Defendants' Joint *Daubert* Motion to Exclude Opinions and Testimony Regarding the Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases, With Exhibits (01/20/17) |
| 5115 (B+O) | | Defendants' Joint Motion for Partial Summary Judgment as to Plaintiffs' Design Defect Claims Under the Louisiana Products Liability Act, with Supporting Memorandum and Exhibits (01/20/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5116 (B+O) | | Plaintiffs' Motion to Preclude James A. Reiffel, MD (And Any Other Medical Expert's Testimony) About Attorney Advertising and Earlier Cancer Detection, with Supporting Memorandum and Exhibits (01/20/17) |
| 5118 (B) | | Defendants' Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine, With Exhibits (01/20/17) |
| 5119 (O) | | Defendants' Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine, With Exhibits (01/20/17) |
| 5120 (B+O) | | Defendants' Joint *Daubert* Motion to Exclude Certain Opinions of Nathaniel Winstead, MD, with Supporting Memorandum and Exhibits (01/20/17) |
| 5121 (B+O) | | Plaintiffs' Motion to Preclude Speculative Expert Testimony About Potential Outcomes from Other Anticoagulants, with Supporting Memorandum and Exhibits (01/20/17) |
| 5127 (B+O) | 5128 (motion to seal); 5160 (seal granted) | Plaintiffs' Motion to Preclude Certain Testimony from J. Michael Gaziano, MD, MPH, with Supporting Memorandum and Exhibits (01/20/17) |
| 5201 (B+O) | | CMO 2D, Amending CMO 2A re: Schedule (01/30/17) |
| 5334 (B+O) | | Court Order Correcting CMO 2D re: Hearing and Argument Date for Dispositive and Daubert Motions (02/06/17) |
| 5340 (B) | | Stipulation and Order re: Dismissal of Certain Causes (02/06/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5341 (O) | | Stipulation and Order re: Dismissal of Certain Causes of Action (02/07/17) |
| 5399 (B+O) | | Plaintiffs' Motion to Preclude Speculative Testimony from Six Defense Experts About Potential Outcomes from Other Anticoagulants, with Supporting Memorandum and Exhibits (02/10/17) |
| 5401 (B+O) | 5403 (motion to seal); 5437 (seal granted) | Plaintiffs' Motion to Preclude Expert Testimony from Scott Boniol, MD and William Franklin Peacock, IV, MD, FACEP about the Benefits of Earlier Detections from Anticoagulant-Related Bleeding Events, with Supporting Memorandum and Exhibits (02/10/17) |
| 5404 (B+O) | | Plaintiffs' Motion to Preclude Expert Testimony from Scott Boniol, MD, About Attorney Advertising, with Supporting Memorandum and Exhibits (02/10/17) |
| 5510 (B+O) | | Court Order Extending Briefing Deadlines for Dispositive Motions (02/23/17) |
| 5521 (B+O) | 5602 (order granting motion to seal); 5603 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, under Federal Rule of Evidence 702, With Exhibits (02/27/17) |
| 5525 (O) | 5608 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine, With Exhibits (02/27/17) |
| 5526 (B) | 5609 (order granting motion to seal); 5629 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine, With Exhibits (02/27/17) |
| 5527 (B+O) | 5641 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding: (1) Unapproved Dosing and Monitoring Regimens; and (2) The Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases, with Exhibits (02/27/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5529 (B+O) | 5530 (motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion to Preclude James A. Reiffel, MD (And Any Other Medical Expert's Testimony) About Attorney Advertising and Earlier Cancer Detection, with Exhibits (03/27/17) |
| 5531 (B+O) | 5652 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, with Exhibits (02/27/17) |
| 5532 (B+O) | 5650 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure to Warn Claims, with Exhibits (02/27/17) |
| 5534 (B+O) |  | Defendants' Opposition to Plaintiffs' Motion to Preclude Certain Testimony from J. Michael Gaziano, MD, MPH, with Exhibits (02/27/17) |
| 5569 (B+O) | 5520 (filed as exhibit to motion to seal) | Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., under Federal Rule of Evidence 702, With Exhibits (02/27/17) |
| 5570 (B+O) | 5523 (filed as exhibit to motion to seal; 03/27/17); 5566 (seal granted) | Plaintiffs' Opposition to Defendants' Joint *Daubert* Motion to Exclude Certain Opinions of Nathaniel Winstead, MD, with Exhibits (03/02/17) |
| 5599 (B+O) | 5522 (filed as exhibit to motion to seal) | Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, M.D. under Federal Rule of Evidence 702, With Exhibits (02/27/17) |
| 5606 (B+O) | 5524 (filed as exhibit to motion to seal; 02/27/17); 5604 (seal granted) | Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment as to Plaintiffs' Design Defect Claims Under the Louisiana Products Liability Act, with Exhibits (03/20/17) |
| 5626 (B+O) | 5533 (filed as exhibit to motion to seal; 02/27/17); 5616 (seal granted) | Defendants' Memorandum in Opposition to Plaintiffs' Motion to Preclude Speculative Expert Testimony About Potential Outcomes from Other Anticoagulants, with Exhibits (03/03/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5642 (B+O) | 5405 (motion to seal); 5436 (seal granted) | Defendants' Memorandum in Opposition to Plaintiffs' Motion to Preclude Expert Testimony from Scott Boniol, MD, About Attorney Advertising (03/06/17) |
| 5643 (B+O) | 5644 (motion to seal); 5655 (seal granted) | Defendants' Memorandum in Opposition to Plaintiffs' Motion to Preclude Expert Testimony from Scott Boniol, MD and William Franklin Peacock, IV, MD, FACEP about the Benefits of Earlier Detections from Anticoagulant-Related Bleeding Events (03/06/17) |
| 5645 (B+O) | | Defendants' Memorandum in Opposition to Plaintiffs' Motion to Preclude Speculative Expert Testimony About Potential Outcomes from Other Anticoagulants, with Exhibits (03/06/07) |
| 5676 (B+O) | 5696 (order granting motion to seal); 5697 (sealed motion) | Defendants' Reply Memorandum in Further Support of their Joint Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., under Federal Rule of Evidence 702 (03/10/17) |
| 5677 (B+O) | 5678 (filed as exhibit to motion to seal); 5698 (order granting motion to seal) | Defendants' Reply in Support of Their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims (03/10/17) |
| 5683 (B+O) | | Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Preclude Certain Testimony from J. Michael Gaziano, MD, MPH, with Exhibits (03/10/17) |
| 5684 (B+O) | | Plaintiffs' Reply Memorandum in Support of Motion to Preclude Speculative Expert Testimony About Potential Outcomes from Other Anticoagulants (03/10/17) |
| 5685 (B+O) | | Plaintiffs' Reply in Support of Plaintiffs' Motion to Preclude James A. Reiffel, MD (And Any Other Medical Expert's Testimony) About Attorney Advertising and Earlier Cancer Detection (03/10/17) |
| 5686 (B+O) | 5749 (order granting motion to seal); 5781 (sealed motion) | Defendants' Reply Memorandum in Further Support of their Joint Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, under Federal Rule of Evidence 702 (03/10/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5687 (B+O) | 5750 (order granting motion to seal); 5782 (sealed motion) | Defendants' Reply Memorandum in Further Support of their Joint Motion *in Limine* to Exclude Certain Opinions of David A. Kessler, MD, under Federal Rule of Evidence 702 (03/10/17) |
| 5688 (B+O) | 5690 (filed as exhibit to motion to seal); 5752 (order granting motion to seal) | Defendants' Consolidated Reply in Support of Their *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding (1) Unapproved Dosing and Monitoring Regimens and (2) The Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases (03/10/17) |
| 5689 (B+O) | 5751 (order granting motion to seal); 5783 (sealed motion) | Defendants' Reply Memorandum of Law in Further Support of Their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims (03/10/17) |
| 5691 (O) | 5753 (order granting motion to seal); 5784 (sealed motion) | Defendants' Reply Memorandum of Law In Support of Their Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine (03/10/17) |
| 5692 (B) | 5754 (order granting motion to seal); 5785 (sealed motion) | Defendants' Reply Memorandum of Law In Support of Their Joint Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine (03/10/17) |
| 5700 (B+O) | 5679 (filed as exhibit to motion to seal; 03/10/17); 5699 (seal granted) | Defendants' Reply Memorandum of Law In Support of Their Joint Motion for Partial Summary Judgment as to Plaintiffs' Design Defect Claims Under the Louisiana Products Liability Act (03/13/17) |
| 5760 (B+O) | | Plaintiffs' Reply Memorandum in Support of Motion to Preclude Expert Testimony from Scott Boniol, MD, About Attorney Advertising (03/15/17) |
| 5761 (B+O) | | Plaintiffs' Reply Memorandum in Support of Motion to Preclude Expert Testimony from Scott Boniol, MD and William Franklin Peacock, IV, MD, FACEP about the Benefits of Earlier Detections from Anticoagulant-Related Bleeding Events (03/15/17) |
| 5762 (B+O) | | Plaintiffs' Reply Memorandum in Support of Motion to Preclude Speculative Testimony from Six Defense Experts About Potential Outcomes from Other Anticoagulants, with Exhibits (03/15/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5780 (B+O) | 5681 (filed as exhibit to motion to seal; 03/10/17); 5748 (seal granted) | Defendants' Reply Memorandum In support of Their Joint *Daubert* Motion to Exclude Certain Opinions of Nathaniel Winstead, MD (03/14/17) |
| 5794 (B) | | Court Order Scheduling Pretrial Conference and Argument on Motions in Limine (03/16/17) |
| 5878 (B&O) | | Court Order Taking Certain Motions Under Submission (03/23/17) |
| 5904 (B+O) | | Defendants' Post-Hearing Brief on Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims (03/27/17) |
| 5919 (B) | | Plaintiffs' Motion in Limine No. 4 Regarding the Relationship Between Plaintiff and His Attorneys, with Supporting Memorandum and Exhibits (03/29/17) |
| 5920 (B) | | Plaintiffs' Motion in Limine No. 7 Regarding Hearsay Statements from Medical Associations, with Supporting Memorandum (03/29/17) |
| 5921 (B) | | Plaintiffs' Motion in Limine No. 8 Regarding Plaintiffs' Counsel's Advertisements, with Supporting Memorandum and Exhibits (03/29/17) |
| 5922 (B) | | Plaintiffs' Motion in Limine No. 9 Regarding Plaintiffs' Counsels' Communications or Meetings with Mr. Boudreaux's Prescribing or Treating Physicians, with Supporting Memorandum (03/29/17) |
| 5923 (B) | | Plaintiffs' Motion in Limine No. 10 Regarding Alleged "Litigation Crisis," "Lawsuit Crisis," "Lawsuit Abuse," or "Lawyer-Driven Litigation," with Supporting Memorandum and Exhibits (03/29/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5924 (B) | | Plaintiffs' Motion in Limine No. 11 Regarding Personal Use of Xarelto, with Supporting Memorandum and Exhibits (03/29/17) |
| 5925 (B) | | Plaintiffs' Motion in Limine No. 12 Regarding Individual Character Evidence, with Supporting Memorandum and Exhibits (03/29/17) |
| 5926 (B) | | Plaintiffs' Motion in Limine No. 13 Regarding Defendants' Corporate Character and Good Acts, with Supporting Memorandum and Exhibits (03/29/17) |
| 5927 (B) | | Plaintiffs' Motion in Limine No. 14 Regarding Preemption and State Tort Laws, with Supporting Memorandum and Exhibits (03/29/17) |
| 5928 (B) | | Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, with Supporting Memorandum and Exhibit (03/29/17) |
| 5929 (B) | | Plaintiffs' Motion in Limine No. 16 Regarding the Effect of State Tort Laws, with Supporting Memorandum and Exhibits (03/29/17) |
| 5930 (B) | | Plaintiffs' Motion in Limine No. 17 Regarding Potential Adverse Effects of Plaintiffs' Verdict, with Supporting Memorandum and Exhibits (03/29/17) |
| 5931 (B) | | Plaintiffs' Motion in Limine No. 19 Regarding FDA Approval/Invited Development, with Supporting Memorandum and Exhibits (03/2917) |
| 5933 (B) | | Defendants' Joint Motion in Limine No. 2 to Exclude Evidence and Argument Regarding Marketing, Advertising, or Promotional Materials Not Relied on by Plaintiffs' Prescribing Physician, with Supporting Memorandum and Exhibits (03/29/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5935 (B) | | Defendants' Joint Motion in Limine No. 8 Regarding the September 2015 Xarelto Label and/or Related Correspondence, with Supporting Memorandum and Exhibits (03/29/17) |
| 5937 (B) | | Defendants' Motion in Limine No. 10 to Exclude Dr. Cuculich and Dr. Smart's Testimony Regarding Defendants' Detail Representatives, with Supporting Memorandum and Exhibits (03/29/17) |
| 5940 (B) | | Defendants' Motion in Limine No. 7 to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or that is Inconsistent with the FDA's September 2016 Reanalysis, with Supporting Memorandum and Exhibits (03/29/17) |
| 5942 (B) | | Defendants' Motion in Limine No. 5 to Exclude Evidence of Argument Related to Use of Xarelto for Treatment of ACS, with Supporting Memorandum and Exhibits (03/29/17) |
| 5943 (B) | | Plaintiffs' Motion in Limine No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval, with Supporting Memorandum (03/29/17) |
| 5944 (B) | | Plaintiffs' Motion in Limine No. 23 Regarding Diluted Warnings, with Supporting Memorandum (03/29/17) |
| 5946 (B) | | Plaintiffs' Motion in Limine No. 26 Regarding Compensation of Dr. Kessler, with Supporting Memorandum and Exhibit (03/29/17) |
| 5947 (B) | | Defendants' Motion in Limine No. 6 to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto, with Supporting Memorandum and Exhibits (03/29/17) |
| 5949 (B) | | Plaintiffs' Motion in Limine No. 28 Regarding Xarelto's Ability to Save Lives, with Supporting Memorandum (03/2917) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5950 (B) | | Defendants' Motion in Limine No. 9 to Exclude Evidence of Dr. Califf's Proposal to Pursue "Rocket 2.0," with Supporting Memorandum and Exhibit (03/29/17) |
| 5951 (B) | | Plaintiffs' Motion in Limine No. 24 Regarding References to Advertising or Choice of Counsel, with Supporting Memorandum and Exhibits (03/29/17) |
| 5952 (B) | | Plaintiffs' Motion in Limine No. 27 Regarding Mr. Joseph Boudreaux's Other Prescriptions, with Supporting Memorandum and Exhibits (03/29/17) |
| 5954 (B) | | Defendants' Motion in Limine No. 3 to Exclude Evidence of Foreign Labeling and Regulatory Actions, with Supporting Memorandum and Exhibits (03/29/17) |
| 5955 (B) | | Defendants' Omnibus Motion in Limine No. 1, with Supporting Memorandum (03/29/17) |
| 5956 (B) | | Defendants' Omnibus Motion in Limine No. 2, with Supporting Memorandum (03/29/17) |
| 5957 (B) | | Defendants' Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments, with Supporting Memorandum and Exhibits (03/29/17) |
| 5958 (B) | | Defendants' Motion in Limine No. 4 Regarding the RECORD 4 Clinical Trial and SEIFE 2015, with Supporting Memorandum and Exhibits (03/29/17) |
| 5966 (B+O) | | Plaintiffs' Reply Memorandum in Opposition to Defendants' Post Hearing Letter Brief on Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, with exhibit (03/30/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 5988 (B+O) | | Defendants' Post-Hearing Reply Brief on Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims (04/03/17) |
| 6004 (B+O) | | Transcript of Motion Hearing Held on March 23, 2017 (04/05/17) |
| 6024 (B) | | Stipulation and Order re: Dismissal of Certain Defendants and Liability for Remaining Defendants (04/05/17) |
| 6025 (O) | | Stipulation and Order re: Dismissal of Certain Defendants and Liability for Remaining Defendants (04/05/17) |
| 6050 (B+O) | | Plaintiffs' Reply Memorandum in Opposition to Defendants' April 3, 2017 Supplemental Post Hearing Letter Brief on Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims (04/06/17) |
| 6112 (O) | | Motion for Leave to File Amended Complaint, with Supporting Memorandum and Exhibits (04/07/12) |
| 6132 (O) | | Order Granting Motion for Leave to File Amended Complaint (vacated) (04/10/17) |
| 6133 (O) | | Amended Complaint (04/10/17) |
| 6141 (B) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 2 to Exclude Evidence and Argument Regarding Marketing, Advertising, or Promotional Materials Not Relied on by Plaintiffs' Prescribing Physician, with Exhibits (04/12/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6145 (O) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 8 Regarding the September 2015 Xarelto Label and/or Related Correspondence, with Exhibits (04/12/17) |
| 6146 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 9 Regarding Plaintiffs' Counsels' Communications or Meetings with Mr. Boudreaux's Prescribing or Treating Physicians (04/12/17) |
| 6148 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 23 Regarding Diluted Warnings (04/12/17) |
| 6149 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 12 Regarding Individual Character Evidence (04/12/17) |
| 6150 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 13 Regarding Defendants' Corporate Character and Good Acts (04/12/17) |
| 6152 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 17 Regarding Potential Adverse Effects of Plaintiffs' Verdict (04/12/17) |
| 6153 (B) | | Plaintiffs' Response in Opposition to Defendants' Omnibus Motion in Limine No. 2 with Exhibits (04/12/17) |
| 6154 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 14 Regarding Preemption and State Tort Laws and Motion in Limine No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval, with Exhibits (04/12/17) |
| 6155 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 28 Regarding Xarelto's Ability to Save Lives, with Exhibit (04/12/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6159 (B) | | Plaintiffs' Response in Opposition to Defendants' Omnibus Motion in Limine No. 1, with Exhibits (04/12/17) |
| 6160 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 16 Regarding the Effect of State Tort Laws, with Exhibits (04/12/17) |
| 6163 (B) | | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 6 to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto (04/12/17) |
| 6165 (B) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 10 to Exclude Dr. Cuculich and Dr. Smart's Testimony Regarding Defendants' Detail Representatives (04/12/17) |
| 6167 (B) | | Plaintiffs' Response in Opposition to Defendants' Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments (04/12/17) |
| 6168 (B) | 6171 (filed as exhibit to motion to seal); 6218 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 11 Regarding Personal Use of Xarelto, with Exhibits (04/12/17) |
| 6172 (B) | 6174 (filed as exhibit to motion to seal); 6219 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 26 Regarding Compensation of Dr. Kessler, with Exhibit (04/12/17) |
| 6173 (B) | 6175 (filed as exhibit to motion to seal); 6220 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 4 Regarding the Relationship Between Plaintiff and His Attorneys and Motion in Limine No. 24 Regarding References to Advertising or Choice of Counsel, with Exhibits (04/12/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6176 (B) | 6177 (filed as exhibit to motion to seal); 6221 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 27 Regarding Mr. Joseph Boudreaux's Other Prescriptions, with Exhibits (04/12/17) |
| 6178 (B) | 6179 (filed as exhibit to motion to seal); 6222 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 8 Regarding Plaintiffs' Counsel's Advertisements and Motion in Limine No. 10 Regarding Alleged "Litigation Crisis," "Lawsuit Crisis," "Lawsuit Abuse," or "Lawyer-Driven Litigation," with Exhibits (04/12/17) |
| 6180 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 19 Regarding FDA Approval/Invited Development (04/12/17) |
| 6181 (B) | 6182 (filed as exhibit to motion to seal); 6223 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 7 Regarding Hearsay Statements from Medical Associations, with Exhibits (04/12/17) |
| 6189 (B) | 6193 (filed as exhibit to motion to seal); 6224 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, with Exhibits (04/12/17) |
| 6196 (B+O) | | Court Order re Defendants' Motion for Partial Summary Judgment on Dosing, Monitoring, and Other Design-Related Claims (04/13/17) |
| 6197 (B+O) | | Court Order re Defendants' Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims (04/13/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6198 (B+O) | | Court Order re Daubert Motions (04/13/17) |
| 6227 (B) | | Defendants' Reply in Support of Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments (04/17/17) |
| 6228 (B) | 6144 (filed as an exhibit to motion to seal; 04/12/17); 6205 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding the RECORD 4 Clinical Trial and SEIFE 2015, with Exhibits (04/17/17) |
| 6230 (B) | 6151 (filed as an exhibit to motion to seal; 04/12/17); 6207 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 9 to Exclude Evidence of Dr. Califf's Proposal to Pursue "Rocket 2.0," with Exhibits (04/17/17) |
| 6232 (B+O) | | Order re Defendants' Motions for Partial Summary Judgment Based on the Learned Intermediary Doctrine (04/17/17) |
| 6235 (B) | 6162 (filed as an exhibit to motion to seal; 04/12/17); 6212 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 7 to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or that is Inconsistent with the FDA's September 2016 Reanalysis (04/17/17) |
| 6236 (B) | 6166 (filed as an exhibit to motion to seal; 04/12/17); 6236 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 5 to Exclude Evidence of Argument Related to Use of Xarelto for Treatment of ACS, with Exhibits (04/17/17) |
| 6238 (B) | | Defendants' Proposed Jury Instructions and Verdict Form (04/17/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6239 (B) | 6169 (filed as an exhibit to motion to seal; 04/12/17); 6215 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 3 to Exclude Evidence of Foreign Labeling and Regulatory Actions, with Exhibits (04/17/17) |
| 6240 (B+O) | | Court Order Denying Defendants' Joint Motion for Partial Summary Judgment as to Plaintiffs' Design Defect Claims (04/17/17) |
| 6254 (B) | | Court Order re: Motions in Limine (04/18/17) |
| 6255 (O) | | Court Order Vacating Order Granting Motion for Leave to File Amended Complaint and Resetting Motion for Submission (04/18/17) |
| 6277 (B) | | Defendants' Motion to Quash Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, with Supporting Memorandum and Exhibits (04/19/17) |
| 6286 (B) | | Plaintiffs' Response in Opposition to Defendants' Motion to Quash Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action, with Exhibit (04/20/17) |
| 6294 (B) | | Joint Stipulation on Motions in Limine (04/21/17) |
| 6295 (B) | | Minute Order Denying Motion to Quash (04/21/17) |
| 6298 (B) | | Stipulation and Order re: Dismissal of Certain Causes of Action (04/24/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6299 (B) | | Court Order Compelling Dr. Gary Peters to Appear at Trial (04/24/17) |
| 6309 (B) | | Defendants' Opposition to Plaintiffs' Request for a Limiting Instruction Objection Regarding the FDA's Response to Janssen's Labeling Submission (04/25/17) |
| 6312 (B) | | Defendants' Corrected Brief in Opposition to Plaintiffs' Request for a Limiting Instruction Objection Regarding the FDA's Response to Janssen's Labeling Submission (04/26/17) |
| 6314 (B) | | Order re: Deposition Designations and Objections for Susan Geiger, with Attachments (04/24/17) |
| 6315 (B) | | Order re: Deposition Designations and Objections for Dr. Scott Berkowitz, with Attachments (04/26/17) |
| 6318 (B) | | Defendants' Motion to Strike Testimony of Dr. David A. Kessler or, in the Alternative, to Give a Curative Instruction (04/26/17) |
| 6319 (B) | | Defendants' Motion to Strike Testimony of Dr. David A. Kessler (04/26/17) |
| 6320 (B) | | Minute Order re: Defendants' Motion to Strike Testimony of Dr. David A. Kessler and for Judicial Admission (04/26/17) |
| 6323 (B) | | Order re: Deposition Designations and Objections for Theodore Spiro, with Attachments (04/27/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6325 (B) | | Order re: Deposition Designations and Objections for Nauman Shah, with Attachments (04/27/17) |
| 6329 (B) | | Order re: Deposition Designations and Objections for Patricia Torr, with Attachments (04/27/17) |
| 6337 (B) | | Plaintiffs' Response in Opposition to Defendants' Motion to Strike Testimony of Dr. David A. Kessler (04/28/17) |
| 6338 (B) | | Plaintiffs' Response in Opposition to Defendants' Motion to Strike Testimony of Dr. David A. Kessler or, in the Alternative, to Give a Curative Instruction, with Exhibit (04/28/17) |
| 6345 (B) | | Defendants' Motion for Judgment as a Matter of Law at the Close of Plaintiffs' Case (04/29/17) |
| 6346 (B) | | Defendants' Second Motion for Judgment as a Matter of Law at the Close of Plaintiffs' Case (04/29/17) |
| 6347 (B) | | Defendants' Offer of Proof to Allow Evidence of Lawyer Advertising (04/30/17) |
| 6348 (B) | | Plaintiffs' Proposed Jury Instructions and Jury Verdict Interrogatories (04/30/17) |
| 6351 (B) | | Minute Order re: Defendants' Motions for Judgment as a Matter of Law at the Close of Plaintiffs' Case (04/28/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6362 (B) | | Court Order Denying Defendants' Motions to Strike Testimony of Dr. David A. Keller and Defendants' Motions for Judgment as a Matter of Law (05/01/17) |
| 6376 (B) | | Defendants' Motion for Judgment as a Matter of Law at the Close of Evidence (05/03/17) |
| 6377 (B) | | Defendants' Objections to the Court's Final Jury Instructions (05/03/17) |
| 6378 (B) | | Plaintiffs' Motion for Judgment as a Matter of Law at the Close of Defendants' Case, with Supporting Memorandum (05/03/17) |
| 6379 (B) | | Plaintiffs' Motion to Strike FDA Redlined Documents, or, in the Alternative, Instruct the Jury to Disregard the Documents and Preclude Argument Regarding FDA Actions, with Supporting Memorandum (05/03/17) |
| 6389 (O) | | Defendants' Opposition to Plaintiffs' Motion for Leave to File Amended Complaint (05/03/17) |
| 6391 (B) | | Certificate of Trial Exhibits (05/03/17) |
| 6392 (B) | | Jury Verdict (05/03/17) |
| 6393 (B) | | Court's Jury Instructions (05/03/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6394 (B) | | Court's Verdict Form (05/03/17) |
| 6397 (B) | | Court Order Denying Defendants' Motion for Judgment, Plaintiffs' Motion for Judgment, and Plaintiffs' Motion to Strike (05/04/17) |
| 6411 (B) | | Trial Exhibit Lists (05/03/17) |
| 6421 (O) | | CMO 2E re: Schedule (05/08/17) |
| 6435 (B) | | Transcript of Jury Trial, Volume I, Morning Session, Held on April 24, 2017 (05/10/17) |
| 6436 (B) | | Transcript of Jury Trial, Volume I, Afternoon Session, Held on April 24, 2017 (05/10/17) |
| 6437 (B) | | Transcript of Jury Trial, Volume II, Morning Session, Held on April 25, 2017 (05/10/17) |
| 6438 (B) | | Transcript of Jury Trial, Volume II, Afternoon Session, Held on April 25, 2017 (05/10/17) |
| 6439 (B) | | Transcript of Jury Trial, Volume III, Morning Session, Held on April 26, 2017 (05/10/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6440 (B) | | Transcript of Jury Trial, Volume III, Afternoon Session, Held on April 26, 2017 (05/10/17) |
| 6441 (B) | | Transcript of Jury Trial, Volume IV, Held on April 27, 2017 (05/10/17) |
| 6442 (B) | | Transcript of Jury Trial, Volume V, Morning Session, Held on April 28, 2017 (05/10/17) |
| 6443 (B) | | Transcript of Jury Trial, Volume V, Afternoon Session, Held on April 28, 2017 (05/10/17) |
| 6445 (O) | | Plaintiffs' Motion in Limine No. 11 to Preclude Testimony and Argument About Personal Use, with Supporting Memorandum and Exhibits (05/10/17) |
| 6448 (B) | | Transcript of Jury Trial, Volume VI, Morning Session, Held on May 1, 2017 (05/11/17) |
| 6449 (B) | | Transcript of Jury Trial, Volume VI, Afternoon Session, Held on May 1, 2017 (05/11/17) |
| 6450 (B) | | Transcript of Jury Trial, Volume VII, Held on May 2, 2017 (05/11/17) |
| 6451 (B) | | Transcript of Jury Trial, Volume VIII, Held on May 3, 2017 (05/11/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6458 (O) | 6418 (filed as an exhibit to motion for leave to file; 05/08/17); 6457 (file granted) | Plaintiffs' Reply in Support of Motion for Leave to File Amended Complaint (05/11/17) |
| 6468 (O) | | Plaintiffs' Motion in Limine No. 25 Regarding References to Fiction Allegedly Authored by Susan Parisian, M.D., with Supporting Memorandum (05/12/17) |
| 6469 (O) | | Plaintiffs' Motion in Limine No. 31 Regarding Homeopathic Treatments and Use of Supplements, with Supporting Memorandum and Exhibits (05/12/17) |
| 6471 (O) | | Plaintiffs' Motion in Limine No. 32 Regarding Unrelated Litigation, with Supporting Memorandum (05/12/17) |
| 6472 (O) | | Plaintiffs' Motion in Limine No. 33 Regarding the FDA's Alleged Rejection of Defendants' Attempts to Modify the Xarelto Label, with Supporting Memorandum (05/12/17) |
| 6474 (O) | | Plaintiffs' Motion in Limine No. 30 Regarding Plaintiffs' Experts' Submissions of Publications or Opinions to the FDA or Other Organizations, with Supporting Memorandum and Exhibits (05/12/17) |
| 6475 (O) | | Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, with Supporting Memorandum and Exhibit (05/12/17) |
| 6476 (O) | | Plaintiffs' Motion in Limine No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval, with Supporting Memorandum (05/12/17) |
| 6477 (O) | | Plaintiffs' Motion in Limine No. 36 to Preclude Evidence or Argument Suggesting that Plaintiff, Joseph Orr, Jr., Has Dated Since His Wife's Death, with Supporting Memorandum (05/12/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6480 (O) | | Plaintiffs' Motion in Limine No. 35 to Admit Evidence of Defendants' Statements Outside the United States that Directly Contradict their Position that PT Neoplastin is Not Useful and Does Not Work to Determine the Anticoagulant Activity of Xarelto, with Supporting Memorandum and Exhibits (05/12/17) |
| 6482 (O) | | Defendants' Motion in Limine to Exclude Dr. Cuong Bui's Testimony Regarding the Xarelto Label, with Supporting Memorandum and Exhibit (05/12/17) |
| 6485 (O) | | Defendants' Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments, with Supporting Memorandum and Exhibits (05/12/17) |
| 6486 (O) | | Court Order Denying Motion for Leave to File Amended Complaint (05/12/17) |
| 6491 (O) | | Defendants' Motion in Limine to Exclude Reference to Dr. Robert Califf as FDA Commissioner, with Supporting Memorandum and Exhibits (05/12/17) |
| 6492 (O) | | Plaintiffs' Motion in Limine No. 37 to Preclude the False and Misleading Argument that a PT Test Must be Specifically Approved by the FDA for Use with Xarelto, with Supporting Memorandum and Exhibits (05/12/17) |
| 6493 (O) | | Plaintiffs' Motion in Limine No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP, with Supporting Memorandum and Exhibits (05/12/17) |
| 6497 (B) | | Judgment Order (05/15/17) |
| 6511 (O) | | Plaintiffs' Proposed Jury Instructions (05/16/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6521 (O) | | Defendants' Preliminary Proposed Jury Instructions and Verdict Form (05/16/17) |
| 6522 (B) | | Amended Judgment Order (05/16/17) |
| 6531 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 11 to Preclude Testimony and Argument About Personal Use, with Exhibits (05/17/17) |
| 6534 (O) | | Joint Stipulation on Issues Not Requiring Motions in Limine (05/18/17) |
| 6535 (O) | | Joint Stipulation on Motion in Limine Filings and Rulings (05/18/17) |
| 6538 (O) | | Plaintiffs' Motion for Leave to File Reply (05/19/17) |
| 6545 (O) | | Court Order Granting Motion for Leave to File Reply (05/22/17) |
| 6546 (O) | | Plaintiffs' Reply in Support of Plaintiffs' Motion in Limine No. 11 to Preclude Testimony and Argument About Personal Use, with Exhibit (05/22/17) |
| 6548 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 25 Regarding References to Fiction Allegedly Authored by Susan Parisian, M.D., with Exhibit (05/22/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 6549 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 33 Regarding the FDA's Alleged Rejection of Defendants' Attempts to Modify the Xarelto Label, with Exhibit (05/22/17) |
| 6550 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 36 to Preclude Evidence or Argument Suggesting that Plaintiff, Joseph Orr, Jr., Has Dated Since His Wife's Death (05/22/17) |
| 6552 (O) | | Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion in Limine No. 32 Regarding Plaintiffs' Involvement in the BP Oil Spill Litigation, with Exhibits (05/22/17) |
| 6554 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 31 Regarding Homeopathic Treatments and Use of Supplements, with Exhibits (05/22/17) |
| 6556 (O) | | Defendants' Motion to Quash Subpoena for Sanjay Jalota to Appear and Testify at a Hearing or Trial in a Civil Action, with Supporting Memorandum and Exhibits (05/22/17) |
| 6559 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 30 Regarding Plaintiffs' Experts' Submissions of Publications or Opinions to the FDA or Other Organizations, with Exhibits (05/23/17) |
| 6560 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 35 to Admit Evidence of Defendants' Statements Outside the United States that Directly Contradict their Position that PT Neoplastin is Not Useful and Does Not Work to Determine the Anticoagulant Activity of Xarelto, with Exhibits (05/23/17) |
| 6561 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 37 to Preclude the False and Misleading Argument that a PT Test Must be Specifically Approved by the FDA for Use with Xarelto, with Exhibits (05/23/17) |
| 6564 (O) | | Plaintiffs' Response in Opposition to Defendants' Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments (05/23/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6565 (O) | | Plaintiffs' Response in Opposition to Defendants' Motion in Limine to Exclude Reference to Dr. Robert Califf as FDA Commissioner (05/23/17) |
| 6567 (O) | | Plaintiffs' Response in Opposition to Defendants' Motion in Limine to Exclude Dr. Cuong Bui's Testimony Regarding the Xarelto Label, with Exhibits (05/23/17) |
| 6571 (O) | | Plaintiffs' Response in Opposition to Defendants' Motion to Quash Subpoena for Sanjay Jalota to Appear and Testify at a Hearing or Trial in a Civil Action, with Exhibits (05/23/17) |
| 6572 (O) | | Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, with Exhibits (05/23/17) |
| 6575 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval, with Exhibits (05/23/17) |
| 6579 (O) | | Parties' Joint Proposed Pre-Trial Order (05/23/17) |
| 6583 (O) | 6547 (filed as exhibit to motion to seal); 6582 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP (05/24/17) |
| 6601 (O) | | (Amended) Stipulation and Order re: Dismissal of Certain Causes of Action (05/24/17) |
| 6636 (O) | | Transcript of Pretrial Conference Held on 04/21/17 (05/25/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6640 (O) | | Court Order Denying Motion to Quash re: Mr. Sanjay Jalota (05/26/17) |
| 6643 (O) | 6581 (filed as an exhibit to motion to file; 05/24/17); 6642 (file granted) | Plaintiffs' Supplemental Memorandum in Opposition to Motion in Limine to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or that is Inconsistent with the FDA's September 2016 Reanalysis (05/26/17) |
| 6645 (O) | | Court Order re Motions in Limine (05/26/17) |
| 6646 (O) | | Court Order re Motion in Limine re Dr. Smart (05/26/17) |
| 6651 (O) | | Court Order Denying Motion to Quash and Accepting and Adopting Joint Proposed Pretrial Order (05/24/17) |
| 6673 (O) | | Defendants' Renewed Motion to Exclude Certain Dosing-Related Opinions of Dr. Smart, MD, FACC, FACP (05/30/17) |
| 6674 (O) | | Plaintiffs' Response in Opposition to Defendants' Renewed Motion to Exclude Certain Dosing-Related Opinions of Dr. Smart, MD, FACC, FACP, with Exhibits (05/31/17) |
| 6678 (O) | | Plaintiffs' Motion to Preclude Expert Testimony from Dr. Cuong Bui, with Exhibits (05/31/17) |
| 6680 (O) | | Order re: Deposition Designations and Objections for Dr. Christopher Nessel, with Attachments (05/30/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6681 (O) | | Order re: Deposition Designations and Objections for Dr. Gary Peters, with Attachments (05/31/17) |
| 6682 (O) | | Order re: Deposition Designations and Objections for Patricia Torr, with Attachments (05/31/17) |
| 6686 (O) | | Minute Order: Denying Defendants' Renewed Motion to Exclude Certain Dosing-Related Opinions of Dr. Smart (05/31/17) |
| 6693 (O) | 6694 (sealed exhibits) | Defendants' Joint Opposition to Plaintiffs' Motion to Preclude Expert Testimony from Dr. Cuong Bui (06/01/17) |
| 6695 (O) | | Order re: Deposition Designations and Objections for Dr. Bernhard Glombitza, with Attachments (06/01/17) |
| 6696 (O) | | Order re: Deposition Designations and Objections for Dr. Theodore Spiro, with Attachments (06/01/17) |
| 6701 (O) | | Order re: Deposition Designations and Objections for Dr. Andrea Horvat-Brocker, with Attachments (06/02/17) |
| 6703 (O) | | Order re: Deposition Designations and Objections for Kenneth Todd Moore, with Attachments (06/01/17) |
| 6705 (O) | 6708 (filed as exhibit to motion to seal); 6769 (order granting motion to seal) | Defendants' Motion to Exclude the Admission of Certain Documents Reflecting Communications with Foreign Regulators, with Supporting Memorandum and Exhibits (06/04/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 6706 (O) | 6707 (sealed exhibit); 6768 (order granting motion to seal) | Defendants' Joint Motion to Exclude Irrelevant and Prejudicial Opinions of Dr. Peter Liechty Based on Alleged Design-Defect Claims That Have Been Dismissed with Prejudice (06/04/17) |
| 6709 (O) | | Minute Order re: Motion to Preclude Expert Testimony from Dr. Cuong Bui (06/02/17) |
| 6711 (O) | | Plaintiffs' Opposition to Defendants' Motion to Exclude the Admission of Certain Documents Reflecting Communications with Foreign Regulators, with Exhibit (06/05/17) |
| 6712 (O) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion to Exclude Alleged Design Defect Opinions of Dr. Liechty, with Exhibits (06/05/17) |
| 6723 (O) | | Order re: Deposition Designations and Objections for Dr. Scott Berkowitz, with Attachments (06/05/17) |
| 6724 (O) | | Minute Order re: Defendants' Motion to Exclude the Admission of Certain Documents Reflecting Communications with Foreign Regulators (06/05/17) |
| 6727 (O) | | Order re: Deposition Designations and Objections for Susan Geiger, with Attachments (06/06/17) |
| 6728 (O) | | Plaintiffs' Proposed Jury Verdict Interrogatories, with Exhibit (06/06/17) |
| 6730 (O) | | Plaintiffs' Bench Memorandum re Loss of Chance of Survival (06/06/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6731 (O) | | Plaintiffs' Bench Memorandum in Support of the Inclusion of the "Objective" Evidence Standard in the Second (Causation) Prong of the "Learned Intermediary" Doctrine in the Jury Instructions (06/06/17) |
| 6732 (O) | | Plaintiffs' Revised and Supplemental Proposed Jury Instructions (06/06/17) |
| 6733 (O) | | Order re: Deposition Designations and Objections for Nauman Shah, with Attachments (06/06/17) |
| 6757 (O) | | Minute Order Denying Motion as Moot (06/07/17) |
| 6759 (O) | | Defendants' Revised and Supplemental Proposed Jury Instructions and Verdict Form (06/07/17) |
| 6761 (O) | | Defendants' Bench Memorandum in Opposition to the Inclusion of the "Objective" Evidence Standard in the Second (Causation) Prong of the "Learned Intermediary" Doctrine in the Jury Instructions (06/07/17) |
| 6762 (O) | | Defendants' Bench Memorandum in Opposition to Plaintiffs' Bench Memorandum re Loss of Chance of Survival (06/07/12) |
| 6765 (O) | | Defendants' Bench Memorandum in Opposition to Plaintiffs' Proposed Jury Instructions Suggesting that Defendants Had a Duty to Warn Dr. Bui (06/07/17) |
| 6766 (O) | | Defendants' Objections to Plaintiffs' Revised and Supplemental Proposed Instructions (06/07/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6770 (O) | | Defendants' Motion for Judgment as a Matter of Law at the Close of Plaintiffs' Case (06/08/17) |
| 6771 (O) | | Defendants' Supplemental Memorandum in Support of Motion for Judgment as a Matter of Law at the Close of Plaintiffs' Case (06/08/17) |
| 6776 (O) | | Defendants' Motion for Judgment as a Matter of Law at the Close of Evidence (06/09/17) |
| 6778 (O) | | Defendants' Supplemental Memorandum in Support of Motion for Judgment as a Matter of Law at the Close of Evidence (06/09/17) |
| 6779 (O) | | Minute Order re: Defendants' Motion for Judgment as a Matter of Law at the Close of Plaintiffs' Case (06/08/17) |
| 6780 (O) | | Minute Order re: Defendants' Motion for Judgment as a Matter of Law at the Close of Evidence (06/09/17) |
| 6782 (O) | | Plaintiffs' Memorandum in Opposition to Defendants' Motion for Judgment as a Matter of Law at the Close of Plaintiffs' Case (06/09/17) |
| 6783 (O) | | Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Motion for Judgment as a Matter of Law at the Close of Plaintiffs' Case (06/09/17) |
| 6784 (O) | | Plaintiffs' Memorandum in Opposition to Defendants' Motion for Judgment as a Matter of Law at the Close of Evidence (06/09/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6797 (O) | | Defendants' Second Revised and Supplemental Proposed Jury Instructions and Verdict Form (06/11/17) |
| 6798 (O) | | Defendants' Bench Memorandum in Support of their Objection to the Court's Refusal to Include a Medical Causation Question on the Verdict Form (06/11/17) |
| 6799 (O) | | Defendants' Objections to the Court's Final Jury Instructions and Verdict Form (06/11/17) |
| 6800 (O) | | Defendants' Motion to Strike, or in the Alternative, to Complete Instructions Regarding FDA's "Changes Being Effected" Regulation (06/11/17) |
| 6815 (O) | | Court's Jury Instructions (06/12/17) |
| 6816 (O) | | Certification of Trial Exhibits (06/12/17) |
| 6817 (O) | | Court's Proposed Jury Verdict Form (06/12/17) |
| 6818 (B) | | Plaintiffs' Rule 59 Motion for a New Trial, with Supporting Memorandum and Exhibits (06/12/17) |
| 6822 (O) | | Jury Verdict Form (06/12/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 6830 (O) | | Trial Exhibit Lists (05/03/17) |
| 6834 (O) | | Transcript of Jury Trial, Volume I, Morning Session, Held May 30, 2017 (06/14/17) |
| 6835 (O) | | Transcript of Jury Trial, Volume I, Afternoon Session, Held May 30, 2017 (06/14/17) |
| 6836 (O) | | Transcript of Jury Trial, Volume II, Morning Session, Held May 31, 2017 (06/14/17) |
| 6837 (O) | | Transcript of Jury Trial, Volume II, Afternoon Session, Held May 31, 2017 (06/14/17) |
| 6838 (O) | | Transcript of Jury Trial, Volume III, Morning Session, Held June 1, 2017 (06/14/17) |
| 6839 (O) | | Transcript of Jury Trial, Volume III, Afternoon Session, Held June 1, 2017 (06/14/17) |
| 6840 (O) | | Transcript of Jury Trial, Volume IV, Morning Session, Held June 2, 2017 (06/14/17) |
| 6841 (O) | | Transcript of Jury Trial, Volume IV, Afternoon Session, Held June 2, 2017 (06/14/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6842 (O) | | Transcript of Jury Trial, Volume V, Morning Session, Held June 5, 2017 (06/14/17) |
| 6843 (O) | | Transcript of Jury Trial, Volume V, Afternoon Session, Held June 5, 2017 (06/14/17) |
| 6844 (O) | | Transcript of Jury Trial, Volume VI, Morning Session, Held June 6, 2017 (06/14/17) |
| 6845 (O) | | Transcript of Jury Trial, Volume VI, Afternoon Session, Held June 6, 2017 (06/14/17) |
| 6846 (O) | | Transcript of Jury Trial, Volume VII, Morning Session, Held June 7, 2017 (06/14/17) |
| 6847 (O) | | Transcript of Jury Trial, Volume VII, Afternoon Session, Held June 7, 2017 (06/14/17) |
| 6848 (O) | | Transcript of Jury Trial, Volume VIII, Morning Session, Held June 8, 2017 (06/14/17) |
| 6849 (O) | | Transcript of Jury Trial, Volume VIII, Afternoon Session, Held June 8, 2017 (06/14/17) |
| 6850 (O) | | Transcript of Jury Trial, Volume IX, Morning Session, Held June 9, 2017 (06/14/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6851 (O) | | Transcript of Jury Trial, Volume IX, Afternoon Session, Held June 9, 2017 (06/14/17) |
| 6852 (O) | | Transcript of Jury Trial, Volume X, Held June 12, 2017 (06/14/17) |
| 6864 (O) | | Court Order Denying Certain Motions as Moot (06/15/17) |
| 6876 (O) | | Judgment Order (06/15/17) |
| 6903 (B) | | Court Order Continuing Submission Date for Motion for New Trial (06/19/17) |
| 7047 (O) | | Plaintiffs' Rule 59 Motion for a New Trial, with Supporting Memorandum and Exhibits (06/12/17) |
| 7048 (B) | | Defendants' Opposition to Plaintiffs' Rule 59 Motion for a New Trial, with Exhibits |
| 7085 (B+O) | | Court Order Continuing Hearing Date for Motions for New Trials (07/18/17) |
| 7177 (B) | 7119 (filed as exhibit to motion for leave to file; 07/25/17); 7176 (file granted) | Plaintiffs' Reply Memorandum in Support of Rule 59 Motion for a New Trial, with Exhibits (08/01/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7447 (O) | | Defendants' Opposition to Plaintiffs' Rule 59 Motion for a New Trial, with Exhibits (08/28/17) |
| 7604 (O) | 7593 (filed as exhibit to motion for leave to file; 09/15/17); 7603 (file granted) | Plaintiffs' Reply Memorandum in Support of Rule 59 Motion for a New Trial, with Exhibits (09/18/17) |
| 7615 (B+O) | | Minute Order re Rule 59 Motion (09/19/17) |
| 7644 (B+O) | | Order re Rule 59 Motion (09/20/17) |
| 7645 (B+O) | | Transcript of Motion Hearing Held on September 19, 2017 (09/21/17) |
| 7829 (O) | | Notice of Appeal (10/18/17) |
| 7830 (B) | | Notice of Appeal (10/18/17) |
| 7911 (B) | | Notice of Conditional Cross-Appeal (11/01/17) |
| 7912 (O) | | Notice of Conditional Cross-Appeal (11/01/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7985 (O) | | Transcript of *Orr* Pretrial Conference (05/24/17) |

| DESIGNATIONS FROM THE *BOUDREAUX* DOCKET (14-CV-2720) | |
|---|---|
| **RECORD DOC. \*** | **DOCUMENT DESCRIPTION** |
| | Entire Docket for 14-cv-2720 |
| 1 | Complaint |
| 9 | Answer by Bayer Corporation |
| 10 | Answer by Bayer HealthCare, LLC |
| 11 | Answer by Bayer Healthcare Pharmaceuticals, Inc. |
| 15 | Order Transferring Case |
| 16 | Answer by Janssen Defendants |
| 19 | Stipulation and Order re Dismissal of Certain Defendants |
| 20 | Judgment on Jury Verdict |
| 21 | Amended Judgment on Jury Verdict |

| DESIGNATIONS FROM THE *ORR* DOCKET (15-CV-3708) ||
|---|---|
| **RECORD DOC. \*** | **DOCUMENT DESCRIPTION** |
|  | Entire Docket for 15-cv-3708 |
| 1 | Complaint |
| 13 | Order re Dismissal of Certain Defendants |
| 14 | Judgment on Jury Verdict |

Dated:  November 13, 2017          Respectfully submitted,


/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
*HERMAN, HERMAN & KATZ, LLC*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
Email:  ldavis@hhklawfirm.com


Gerald E. Meunier (Bar No. 9471)
*GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Telephone:  (504) 522-2304
Facsimile: (504) 528-9973
Email:  gmeunier@gainsben.com


*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2017 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**