UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | SECTION L |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | Relates To: |
| | ) | 2:15-cv-05141 |
| | ) | 2:15-cv-05143 |
| | ) | 2:17-cv-04835 |
| | ) | 2:15-cv-05145 |
| | ) | 2:15-cv-04938 |
| | ) | 2:15-cv-05139 |
| | ) | 2:15-cv-05144 |
| | ) | 2:15-cv-05146 |
| | ) | 2:15-cv-05140 |
| | ) | 2:16-cv-13292 |

**Order**

Considering the motion to enroll James L. Ward, Jr. as counsel of record for Plaintiffs in the above actions.

IT IS SO ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this   9th   day of   November   , 20 1 7

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE