UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Large v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-6567

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7980, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lynda Sue Large, on behalf of her deceased husband, John Large, is substituted for Plaintiff John Large as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 9th day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE