UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Otis S. Jackson o/b/o Her deceased sister, Betty J. Morrison v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:17-cv-5753

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7982, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Otis S. Jackson, on behalf of her deceased sister, Betty J. Morrison, is substituted for Plaintiff Betty J. Morrison as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 9th day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE