UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

In consideration of the agreement reached by the parties regarding discovery,

**IT IS ORDERED** that the hearing set for Tuesday, November 14, 2017 at 1:30 p.m. is hereby **CANCELLED**. Furthermore, the submission dates for Defendants' motions for partial summary judgment (preemption motions), R. Docs. 7653, 7660, have been continued to a later date. Following the completion of discovery, the parties will confer in order to propose to the Court a new timetable for briefing deadlines.

New Orleans, Louisiana this 13th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE