UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To: *Louviere v. Janssen Research & Development, et al.*; Civil Case No.: 15-cv-4790 | JUDGE FALLON |
| | MAG. JUDGE NORTH |

## UNOPPOSED MOTION TO AMEND ORDER AND REASONS (REC. DOC. 7732) AND TO ENTER SEPARATE JUDGMENT DISMISSING THIS CASE

**NOW INTO COURT**, through undersigned counsel, come Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson (collectively "Defendants'), who move this Court to Amend this Court's Order and Reasons (Rec. Doc. 7732) and to enter a separate judgment dismissing this case in its entirety:

I.

On October 10, 2017, this Court granted the Defendants' Motion for Summary Judgment on the basis of prescription (Rec. Doc. 7732). Four Defendants, Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare AG, and Bayer AG, were not included in the Court's Order that granted the Motion for Summary Judgment, because those entities have not been served and have not made an appearance.

II.

Defendants move the Court to also include Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare AG, and Bayer AG as additional defendants to be dismissed with prejudice on summary judgment for the same reasons stated in this Court's Order and Reasons dated October 10, 2017. The dismissal on basis of prescription applies equally to these unserved entities. Defendants include with this Motion a proposed judgment granting this Motion to Amend this Court's Order and Reasons.

III.

Defendants further request that the Court enter as a separate judgment under Fed. R. Civ. P. 58 dismissing all defendants from this case with prejudice. A proposed separate judgment is included with this Motion.

IV.

Plaintiff does not oppose this Motion to Amend the Court's Order and Reasons of October 10, 2017 to include these additional four unserved Bayer entities or the request for entry of separate judgment dismissing all defendants. Plaintiff retains and reserves all rights to contest on appeal the grant of summary judgment by the Court as to any and all named Defendants herein, served and not served.

WHEREFORE, Defendants request that the Court grant their unopposed motion to Amend the Court's Order and Reasons of October 10, 2017 and to enter judgment dismissing the case in its entirety.

Respectfully submitted:

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Andrew Solow*
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, NY   10019-9710
Telephone: (212) 836-8485
sglickstein@apks.com
*Counsel for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

**DRINKER BIDDLE & REATH LLP**
*A Delaware Limited Liability Partnership*

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com
*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          /s/ *John F. Olinde*