UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Miller v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-05826

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant his Motion for Extension of Time within Which to Serve Process and issue an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated: November 14, 2017                    Respectfully submitted,

/s/ Michael J. Famiglietti
Michael John Famiglietti (MF 6754)
ROSENBERG & GLUCK, LLP
1176 Portion Road
Holtsville, NY 11742
Telephone: (631) 451-7900
Facsimile: (631) 451-7955
Email: mfamiglietti@lilawyer.com
*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michael J. Famiglietti