**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Miller v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-05826

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Now comes Plaintiff in the above-listed action, through undersigned counsel, respectfully moves this Court for an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG (the "Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

In support of his motion, Plaintiffs state as follows:

All of the foregoing actions have been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592. However, due to inadvertent oversight on behalf of undersigned counsel, streamlined service of Plaintiff's complaints in these actions were not properly effected as set forth in Pre-Trial Order #10, 10A and 10B as to some or all of the Defendants. Undersigned counsel regrets its failure to properly oversee and accomplish streamlined service of the complaint and summons in the

above-listed action and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by the Plaintiff herein, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow him an additional thirty (30) days within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Dated: November 14, 2017                            Respectfully submitted,

/s/ Michael J. Famiglietti
Michael John Famiglietti (MF 6754)
ROSENBERG & GLUCK, LLP
1176 Portion Road
Holtsville, NY 11742
Telephone:  (631) 451-7900
Facsimile:  (631) 451-7955
Email: mfamiglietti@lilawyer.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michael J. Famiglietti