UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Miller v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-05826

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time within Which to Serve Process filed by Plaintiff in the above-listed action, through undersigned counsel will be submitted to the Court on Wednesday, the 6th of December 2017, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated: November 14, 2017

Respectfully submitted,

/s/ Michael J. Famiglietti
Michael John Famiglietti (MF 6754)
ROSENBERG & GLUCK, LLP
1176 Portion Road
Holtsville, NY 11742
Telephone: (631) 451-7900
Facsimile: (631) 451-7955
Email: mfamiglietti@lilawyer.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.



/s/ Michael J. Famiglietti