UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION:<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Case No. 2:17-cv-08518-EEF-MBN |

THIS DOCUMENT RELATES TO: *Evelyn Abiodun v. Janssen Research & Development, LLC, et al.; No. 2:17-cv-08518-EEF-MBN*

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff Evelyn Abiodun, by and through undersigned counsel, and pursuant to Feeral Rule of Civil Procedure 15(a)(1)(A) files this Motion for Leave to File Amended Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to correct Plaintiff's name, incorrectly spelled in the complaint filed on August 31, 2017. Plaintiff's name is "Evelyn Abiodun" and was incorrectly identified in Plaintiff's Complaint as "Evelyn Aviodun." Plaintiff's Amended Complaint, changing only the spelling of Plaintiff's name, is atttached hereto as Exhibit A. Plaintiff also requests that the Court direct the proper officials to correct the case caption in the CM/ECF E-Filing system in the above-captioned matter to reflect the name change of Plaintiff.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system andthereby served upon all counsel of record by electronic filing on the 15th day of November, 2017.

    Respectfully Submitted:

    By: /s/ Sarah A. Wolter

Sarah A. Wolter, Esq., CO Bar No. 47599
Vance Andrus, LA Bar No. 2484
Aimee H. Wagstaff, Esq., CO Bar No. 36819
ANDRUS WAGSTAFF, PC
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: sarah.wolter@andruswagstaff.com