UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON D. FALLON<br><br>MAG JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Billy Mills v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:16-cv-16405

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant his Motion for Extension of Time within Which to Serve Process and issue an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B. A brief memorandum in support of Plaintiff's motion is submitted herewith.

Dated: November 15, 2017

Respectfully submitted,

*/ s / Robert P. Miller*
Robert P. Miller        (0073037)
ROURKE & BLUMENTHAL, LLP
495 South High Street, Suite 450
Columbus, Ohio  43215
T:  614.220.9200
F:  614.220.7900
rmiller@randbllp.com
*Attorney for Plaintiff Billy Mills*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        */ s / Robert P. Miller*