**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

JACK HOLMES                                                                 Civil Action No.: 2:16-cv-10054

**SUGGESTION OF DEATH**

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Jack Holmes.

Dated: November 16, 2017

                                                                                                                 Respectfully Submitted,

                                                                                                                 **JACKSON ALLEN & WILLIAMS, LLP**

                                                                                                                 /s/ Jennifer Williams
                                                                                                                 John H. Allen, III, Esq. - Trial/Lead Counsel
                                                                                                                 tallen@jacksonallenfirm.com
                                                                                                                 Jennifer Williams, Esq.
                                                                                                                 jwilliams@jacksonallenfirm.com
                                                                                                                 3838 Oak Lawn Ave., Suite 1100
                                                                                                                 Dallas, Texas 75219
                                                                                                                 (214) 521-2300
                                                                                                                 (214) 452-5637 (Facsimile)

                                                                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jennifer Williams
Jennifer Williams, Esq.