UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                                               :
                                                               :   SECTION L
                                                               :
                                                               :   JUDGE ELDON E. FALLON
                                                               :
_____ :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

JACK HOLMES                                                     Civil Action No.: 2:16-cv-10054

## MOTION TO SUBSTITUTE PARTY

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Nancy Holmes on behalf of her deceased spouse, Jack Holmes.

1. Jack Holmes filed a products liability case against Defendants on May 19, 2016.

2. Plaintiff Jack Holmes died on October 26, 2017.

3. Jack Holmes' products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on November 16, 2017, attached hereto as "Exhibit A."

5. Nancy Holmes, surviving spouse of Jack Holmes, is a proper party to substitute for plaintiff-decedent, Jack Holmes, and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A

motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: November 16, 2017

Respectfully Submitted,

**JACKSON ALLEN & WILLIAMS, LLP**

/s/ Jennifer Williams
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jennifer Williams
Jennifer Williams, Esq.