# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :  MDL No. 2592
                               :
                               :  SECTION L
                               :
                               :  JUDGE ELDON E. FALLON
                               :
_____:  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

JACK HOLMES                              Civil Action No.: 2:16-cv-10054

## SUGGESTION OF DEATH

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Jack Holmes.

Dated: November 16, 2017

Respectfully Submitted,

**JACKSON ALLEN & WILLIAMS, LLP**

/s/ Jennifer Williams
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jennifer Williams
Jennifer Williams, Esq.