UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

JACK HOLMES                                                         Civil Action No.: 2:16-cv-10054

## ORDER

This matter, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is HEREBY GRANTED, and that Nancy Holmes, surviving spouse of Jack Holmes, is substituted as Plaintiff in this action.

New Orleans, Louisiana, this _____ day of _____, 2017.


_____
Hon. Eldon E. Fallon
United States District Court Judge