UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No: <u>2:17-cv-7156</u> |

THIS DOCUMENT RELATES TO:
Michelle Kostivitch o/b/o
Her deceased mother, Valerie F. Caramanico v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-7156

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this Honorable Court for an order substituting Michelle Kostivitch on behalf of her deceased mother, Valerie F. Caramanico, for the following reasons:

**I.** On July 27th, 2017, Valerie F. Caramanico filed a Complaint in the above referenced matter.

**II.** On June 3rd, 2017, Valerie F. Caramanico died, without her daughter notifying her legal representatives.

**III.** The decedents daughter, Michelle Kostivitch, is the Proper Plaintiff and wishes to be substituted on behalf of Valerie F. Caramanico, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 16th day of November 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

      /s/ David B. Owen Jiménez
      David B. Owen Jiménez (#301113)