UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION:  L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Billy Mills v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:16-cv-16405

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Now comes Plaintiff in the above-listed action, through undersigned counsel, respectfully requests this Court for an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.  In support of his motion, Plaintiff states as follows:

The foregoing action has been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592 on November 16, 2016.  On that same date, Plaintiff's counsel filed two (2) other separate Xarelto claims within the MDL.  However, due to an inadvertent clerical error on behalf of the undersigned counsel's office, streamlined service of Plaintiff's Complaint in this action was not property effected as set forth in Pre-Trial Order #10, 10A and 10B as to Defendant Bayer Pharma AG.  The Complaint filed in one of the other cases was contemporaneously attached and sent through the streamlined service instead of the Complaint associated with the *Mills v. Janssen Research & Development, LLC, et*

*al*. case. Plaintiff's counsel was unaware of this error which was not discovered until just recently. Undersigned counsel regrets its failure to accomplish streamlined service of the Complaint and Summons in the above-listed action and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by Mr. Mills, and as such, no actual prejudice has or will occur to Defendants by this Court granting relief sought herein.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow him an additional thirty (30) days within which to effect service on Defendant through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Dated: November 16, 2017    Respectfully submitted,

*/ s / Robert P. Miller*
Robert P. Miller    (0073037)
ROURKE & BLUMENTHAL, LLP
495 South High Street, Suite 450
Columbus, Ohio  43215
T:  614.220.9200
F:  614.220.7900
rmiller@randbllp.com
*Attorney for Plaintiff Billy Mills*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          */ s / Robert P. Miller*