**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Billy Mills v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:16-cv-16405

**ORDER**

Considering the foregoing Motion for Extension of Time within Which to Serve Process:

**IT IS HEREBY ORDERED** that Plaintiff in the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendant Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon