UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION:  L |
| | JUDGE ELDON E. FALLON |
| | MAG JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Billy Mills v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:16-cv-16405

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion for Extension of Time within Which to Serve Process on Defendant Bayer Pharma AG is hereby set for submission before District Judge Eldon E. Fallon on **December 6, 2017 at 9:00 a.m.**

Robert P. Miller       (OH 0073037)
ROURKE & BLUMENTHAL, LLP
495 S. High Street, Suite 450
Columbus, Ohio  43215
T:  614.220.9200
rmiller@randbllp.com
*Attorney for Plaintiff Billy Mills*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the LAED and via MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PTO 17, this 16th day of November, 2017.

Robert P. Miller