UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAG. JUDGE NORTH |

*************************************************

**THIS DOCUMENT RELATES TO:**
*Robert G. Haynes, Sr. v. Janssen Research & Development LLC, et al.,*
Case No. 2:17-cv-02063-EEF-MBN

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant him an additional thirty (30) days from the date an Order is entered in which to effect service on Defendants, including via the streamlined procedures for informal service of process set forth in Pre-Trial Orders 10, 10A and 10B. In support of this motion, Plaintiff states as follows:

Plaintiff filed his state court complaint against Defendants on November 22, 2016. *See* Rec. Doc. 1-1. Before the complaint was served, Defendants removed the case to federal court and "tagged" it before the Judicial Panel on Multidistrict Litigation, which ordered the case transferred to this Court for coordinated or consolidated proceedings in this multidistrict litigation. *See* Rec. Docs. 1, 8-10. Plaintiff submitted his Plaintiff Fact Sheet along with medical and pharmacy records documenting Plaintiff's Xarelto-related injury. In response, Defendants submitted a Notice of Unserved Complaint, which alerted counsel to the fact that although Defendants removed the action to federal court and had it transferred to the MDL, Defendants were apparently not served due to an

1

oversight.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by the Plaintiff herein, and Defendants have had actual notice of Plaintiffs' claims and allegations since at least the time they removed this action to federal court (and attached a copy of Plaintiff's complaint) on February 20, 2017. *See* Doc. No. 1. As such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that this Court grant him an additional thirty (30) days from the date an Order is entered in which to effect service on Defendants, including via the streamlined procedures for informal service of process set forth in Pre-Trial Orders 10, 10A and 10B, and such other and further relief the Court deems just and proper.

Dated: November 16, 2017    Respectfully submitted,

By:    */s/ John J. Driscoll*
John J. Driscoll
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: */s/ John J. Driscoll*
John J. Driscoll
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com

*Attorneys for Plaintiff*