UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**
*Robert G. Haynes, Sr. v. Janssen Research & Development LLC, et al.,*
Case No. 2:17-cv-02063-EEF-MBN

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Extension of Time Within Which to Serve Process filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 6th of December 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

| | | |
|---|---|---|
| Dated: November 16, 2017 | | Respectfully submitted, |
| | By: | */s/ John J. Driscoll* <br> John J. Driscoll <br> Christopher J. Quinn <br> THE DRISCOLL FIRM, P.C. <br> 211 N. Broadway, 40th Floor <br> St. Louis, MO 63102 <br> Tel: (314) 932-3232 <br> Fax: (314) 932-3233 <br> john@thedriscollfirm.com <br> chris@thedriscollfirm.com <br> <br> *Attorneys for Plaintiff* |

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: */s/ John J. Driscoll*
John J. Driscoll
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com

*Attorneys for Plaintiff*