UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Jean Larie Simon, et al. v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-04162**

### RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING DEFICIENCIES

Now comes Plaintiffs, Jean Larie Simon and Lynette Simon, on behalf of decedent Glenda Simon, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (ECF No. 7722) and by and through undersigned counsel submits this response to Defendants' Motion.

Plaintiffs brought this lawsuit on behalf of the estate of decedent, Glenda Simon, and are having trouble obtaining all of the necessary records arising from the decedent's usage and treatment related to Xarelto. Undersigned counsel has communicated with Plaintiffs regarding the need to obtain records that demonstrate proof of ingestion and an injury relating to Xarelto. Plaintiffs are aware of the necessity of such records, and are planning to travel across state lines to obtain said records in person. To date records regarding proof of injury have been obtained, but additional records regarding usage have not. Counsel for Plaintiffs requested in writing an extension of time from counsel for Defendants to obtain any missing records, without a response.

Undersigned counsel has been diligent in investigating this claim, informed Plaintiffs that undersigned counsel exhausted all sources of information to obtain Xarelto usage, and requested

1

Plaintiffs' help. It is counsel's belief that Plaintiffs are genuinely trying to assist in the decedent's claim, and should be given the opportunity to do so. For this reason, Plaintiffs request that Defendants' Motion for Order to Show Cause regarding this case should be denied, or, in the alternative, Plaintiffs be given an extension of time by the Court to cure current deficiencies.

November 16, 2017                                    Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*

Barrett Beasley