UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To: *Louviere v. Janssen Research & Development, et al.*; Civil Case No.: 15-cv-4790 | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**O R D E R**

Considering the Unopposed Motion to Amend Order and Reasons,

**IT IS ORDERED** that Defendants' Motion to Amend Order and Reasons dated October 10, 2017 (Rec. Doc. 7732) is GRANTED to additionally include summary judgment in favor of Defendants, Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare AG, and Bayer AG.

This  15th  day of   November       , 2017, New Orleans, Louisiana.

_____

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**