UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To: *Louviere v. Janssen Research & Development, et al.*; Civil Case No.: 15-cv-4790 | JUDGE FALLON |
| | MAG. JUDGE NORTH |

## JUDGMENT

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for Summary Judgment, R. Doc. 5415, and Motion to Amend Order and Reasons, R. Doc.7994, is GRANTED, dismissing with prejudice all of plaintiff's claims against Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare AG, and Bayer AG.

This  15th  day of   November  , 2017, New Orleans, Louisiana.

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**