UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | JUDGE FALLON |
| GARY PENT, ON BEHALF OF THE ESTATE OF PATRICIA PENT, DECEASED, AND GARY PENT, INDIVIDUALLY, | | MAGISTRATE JUDGE NORTH |
| | | Civil Action No.: 15-cv-05164 |
| Plaintiff, | : | |
| | : | MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF GARY PENT, ON BEHALF OF THE ESTATE OF PATRICIA PENT, DECEASED, AND GARY PENT, INDIVIDUALLY |
| vs. | : | |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER HEALTHCARE LLC, and BAYER AG, | : | |
| Defendants. | | |

The law firm of Douglas and London, P.C. and all associated counsel, through Michael A. London, Esq., respectfully moves for leave to withdraw as counsel of record for Plaintiff Gary Pent, on Behalf of the Estate of Patricia Pent, Deceased, and Gary Pent, Individually. In support of its motion, Counsel states as follows:

1. A conflict has arisen between Plaintiff Pent and counsel, making it unreasonably difficult for Douglas & London, P.C. to continue to represent Plaintiff Pent in this action and to comply with Pre-Trial Order No. 13 ("PTO 13"). Under these circumstances, Douglas & London, P.C., is unable to represent Plaintiff Pent, and therefore requests leave to withdraw as counsel of record in this matter and no longer be sent further notices of the Court.

2. Granting this motion would not delay trial of this matter or otherwise prejudice Defendants, as this matter is part of MDL 2592 and is not yet not scheduled for trial.

3. Pursuant to Local Rule 83.211 the law firm has notified Plaintiff of this motion for leave to withdraw via certified mail at his last known residential address, which is 516 Williamsburg Drive, Apt. F, Belleville, IL 62221.

4. The notice to Plaintiff also advises him that he should retain other counsel immediately.

5. Along with this motion, Douglas and London, P.C. are submitting a memorandum in support of the requested relief, along with the declaration of Michael A. London.

WHEREFORE, Douglas and London, P.C, request that this Honorable Court grant it leave to withdraw as counsel of record for Plaintiff and that, should Plaintiff choose to continue to pursue this matter on his own or with new counsel, he be given 45 days from the day that he or his new counsel enter an appearance and as such other and further relief the Court deems just and appropriate under the circumstances.

Dated: November 17, 2017

RESPECTFULLY SUBMITTED,

/s/ Michael A. London
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane 6th Floor
New York, New York 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff, Gary Pent, has been provided a copy of this **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF** and notified of all deadlines and pending court appearance by certified mail at Plaintiff's last known address, which is 516 Williamsburg Drive, Apt. F, Belleville, IL 62221.

I ALSO HERBY CERTIFY that on November 17, 2017. I electronically filed the **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF** with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

Dated: November 17, 2017

/s/ Michael A. London
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane 6th Floor
New York, New York 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com