# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY CRAWFORD,<br><br>                  Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; AND BAYER AG,<br><br>                  Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH<br><br>NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*<br><br>CIVIL ACTION No. 17-cv-10881 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff, through her undersigned counsel, hereby provides notice of dismissal of the above-captioned case against all Defendants in its entirety, *with prejudice,* with each party to bear its own costs. Counsel certifies that it has been less than 30 days from the date that the case was docketed in the MDL and that no individual answer has been filed by any Defendant in this matter. Also, the undersigned counsel certifies that counsel has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all filing fees have been paid.

Dated: November 17, 2017                                **NASTLAW LLC**
                                                               /s/ *Dianne M. Nast*
                                                                Dianne M. Nast, Esquire
                                                                Daniel N. Gallucci, Esquire

00339181

2

        Joanne E. Matusko, Esquire
        1101 Market Street, Suite 2801
        Philadelphia, Pennsylvania 19107
        Telephone:  (215) 923-9300
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 17, 2017, the foregoing Notice of Voluntary Dismissal *With Prejudice* was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Plaintiffs and Defendants by operation of the Court's electronic filing system.

/s/ *Dianne M. Nast*