UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>JURY TRIAL DEMANDED<br><br>Civil Action No: 2:17-cv-08927 |

THIS DOCUMENT RELATES TO:
*Frank Terrore v. Janssen Research & Development, LLC et al.*
Civil Action No. 2:17-cv-08927-EEF-MBN

## MEMORANDUM IN SUPPORT OF MOTION
## FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully request this Honorable Court for an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in the Pre-Trial #10. In support of this motion, Plaintiff states as follows:

1. On September 12, 2017, Plaintiff, by and through his counsel, filed his Complaint with the Court.

2. Summons were due for serve of process in November 17, 2017.

3. Furthermore, as indicated in the filed Complaint, the undersigned counsel who is associated with the Johnston Law Firm is based in Guaynabo, Puerto Rico.

4. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

5. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

6. Plaintiff counsel has not been able to serve process and hereby requests a thirty (30) days from the date the Order is entered in which to effect service on the Defendants.

7. An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to serve process from the date the Order is entered in which to effect service on the Defendants.

Respectfully submitted this 17 day of November, 2017.

/s/ Joel Figueroa-Rivera
Joel Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
joel@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of november, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Joel Figueroa-Rivera
Joel Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
joel@masstortslaw.com