UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE ELDON E. FALLON |
| *Odis McWilliams v. Janssen Research & Development LLC, et al.* Case No. 2:15-cv-6977 | * * * * | MAGISTRATE JUDGE NORTH |

*********************************************

## SUGGESTION OF DEATH

Georgia McWilliams, wife of Odis D. McWilliams, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Odis D. McWilliams, Plaintiff of record in the above captioned case. Mr. McWilliams passed away on October 25, 2017 during the pendency of this action. Mr. McWilliams' surviving spouse will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Dated: November 20, 2017        Respectfully submitted,

/s/ *M. Palmer Lambert*
Gerald E. Meunier (#9471)
M. Palmer Lambert (#33228)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on November 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ M. Palmer Lambert*
                                            M. PALMER LAMBERT