# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**ANITA WELLS**
Civil Case No.: 2:16-cv-04305

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE IN CONSIDERATION OF UNPAID FILING FEES

COMES NOW Plaintiff, Anita Wells, by and through the undersigned counsel and responds to This Court's Order to Show Cause regarding unpaid filing fees [Doc. 7887].

1. Plaintiff, Anita Wells ("Plaintiff"), filed her claim as part of a Bundled Complaint on April 14, 2016 [Severed Case No.: 2:16-cv-04305].

2. On August 10, 2017, Plaintiff and Defendants filed a Stipulation of Dismissal [dismissal entered on November 7, 2017].

3. Due to a clerical error, Plaintiff failed to submit the required filing fee pursuant to Pretrial Order No. 11B.

4. On October 27, 2017, this Court entered an Order to Show Cause as to why Plaintiff should not be held in contempt for failure to pay the required filing fees.

5. Plaintiff subsequently paid the filing fee on October 30, 2017 (See Exhibit A: CM/ECF Notice of Filing fee paid).

6. Counsel respectfully apologizes for this oversight and the delay in submitting the required filing fee and requests that the Order to Show Cause be dissolved as it pertains to Plaintiff Wells.

Dated: November 20, 2017.

         Respectfully submitted,

By:  */s/ Neil D. Overholtz*
   Neil D. Overholtz
   Florida Bar No.: 0188761
   Aylstock, Witkin, Kreis & Overholtz, PLLC
   17 East Main Street, Suite 200
   Pensacola, FL 32502-5998
   Telephone: (850) 202-1010
   Fax: (850) 916-7449
   Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of November 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record.

        */s/ Neil D. Overholtz*
        Neil D. Overholtz