# EXHIBIT "A"

## Pam Barr

| | |
|---|---|
| **From:** | Pam Barr |
| **Sent:** | Thursday, November 9, 2017 2:09 PM |
| **To:** | Pam Barr |
| **Subject:** | FW: Activity in Case 2:16-cv-04305-EEF-MBN Wells v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400 |

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Monday, October 30, 2017 1:09 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:16-cv-04305-EEF-MBN Wells v. Janssen Research & Development LLC et al Filing Fee Payment - Case Opening 400

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Overholtz, Neil on 10/30/2017 at 1:09 PM CDT and filed on 10/30/2017
**Case Name:**     Wells v. Janssen Research & Development LLC et al
**Case Number:**   2:16-cv-04305-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from All Plaintiffs re [1] Complaint, (Filing fee $ 400 receipt number 053L-6442035) (Overholtz, Neil)**

**2:16-cv-04305-EEF-MBN Notice has been electronically mailed to:**

Neil Overholtz     noverholtz@awkolaw.com, DCross@awkolaw.com, kwilliams@awkolaw.com, nbess@awkolaw.com, pbarr@awkolaw.com, rvolpara@awkolaw.com, sgeisler@awkolaw.com, sgoldsby@awkolaw.com

**2:16-cv-04305-EEF-MBN Notice has been delivered by other means to:**