UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Jack Holmes*
CA# 2:16-cv-10054

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8003, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Nancy Holmes, as surviving spouse of Jack Holmes, is substituted for Plaintiff Jack Holmes as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE