UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michelle Kostivitch o/b/o Her deceased mother, Valerie F. Caramanico v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:17-cv-7156

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8004, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Michelle Kostivitch, on behalf of her deceased mother, Valerie F. Caramanico, is substituted for Plaintiff Valerie F. Caramanico as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE