# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

## PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs in the cases listed and attached herein as "Exhibit A", by and through the undersigned counsel, hereby file this Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiffs request that attorney Scott D. McLeod be withdrawn as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592, including the cases listed and attached herein as "Exhibit A".

Plaintiffs further request that attorneys Donald C. Sisson and Reid J. Elkus be substituted as counsel of record for all cases listed and attached herein as "Exhibit A".

Attorneys Donald C. Sisson and Reid J. Elkus have conferred with Scott D. McLeod and Scott D. McLeod does not oppose this Motion.

Dated: November 21, 2017

Respectfully submitted,

/s/ Donald C. Sisson_____
Donald C. Sisson, CO #35825
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
dsisson@elkusandsisson.com

/s/ Reid J. Elkus_____
Reid J. Elkus, CO #32516
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
relkus@elkusandsisson.com

/s/ Scott D. McLeod_____
Scott D. McLeod, CO #38564
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
smcleod@elkusandsisson.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Joint Motion for Withdrawal and Substitution of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: November 21, 2017            Respectfully submitted,

/s/ Donald C. Sisson_____
Donald C. Sisson, CO #35825
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
dsisson@elkusandsisson.com