# EXHIBIT A

## Joint Motion to Withdraw and Substitute as Counsel

| **Case Caption** | **Civil Action No.** |
|---|---|
| Barton v. Janssen Research & Development LLC, et al. | 2:16-cv-06755 |
| Bevans v. Janssen Research & Development LLC, et al. | 2:15-cv-02538 |
| Bohanan v. Janssen Research & Development LLC, et al. | 2:16-cv-12411 |
| Bowers v. Janssen Research & Development LLC, et al. | 2:16-cv-12414 |
| Burr et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-17494 |
| Davis v. Janssen Research & Development LLC, et al. | 2:16-cv-01603 |
| Dingwall et al. v. Janssen Research & Development LLC, et al. | 2:15-cv-06448 |
| Dorsey v. Janssen Research & Development LLC, et al. | 2:16-cv-12416 |
| Duncan v. Janssen Research & Development LLC, et al. | 2:16-cv-12418 |
| Emerson v. Janssen Research & Development LLC, et al. | 2:15-cv-04115 |
| Erickson et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-12420 |
| Erny v. Janssen Research & Development LLC, et al. | 2:16-cv-01827 |
| Fatka et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-12456 |
| Fields v. Janssen Research & Development LLC, et al. | 2:16-cv-12458 |
| Galloway v. Janssen Research & Development LLC, et al. | 2:16-cv-01828 |
| Garza v. Janssen Research & Development LLC, et al. | 2:15-cv-01699 |
| Gembara v. Janssen Research & Development LLC, et al. | 2:15-cv-04117 |
| Harless v. Janssen Research & Development LLC, et al. | 2:16-cv-01829 |

| | |
|---|---|
| Hein v. Janssen Research & Development LLC, et al. | 2:16-cv-12460 |
| Holley v. Janssen Research & Development LLC, et al. | 2:15-cv-06913 |
| Hunt v. Janssen Research & Development LLC, et al. | 2:16-cv-12473 |
| Iknayan v. Janssen Research & Development LLC, et al. | 2:16-cv-12475 |
| Keesee v. Janssen Research & Development LLC, et al. | 2:15-cv-06916 |
| Kelley v. Janssen Research & Development LLC, et al. | 2:15-cv-03981 |
| Lambrecht v. Janssen Research & Development LLC, et al. | 2:15-cv-06917 |
| Larsen v. Janssen Research & Development LLC, et al. | 2:16-cv-12479 |
| Larson v. Janssen Research & Development LLC, et al. | 2:15-cv-06918 |
| Lowen v. Janssen Research & Development LLC, et al. | 2:16-cv-12486 |
| Mack-Fieldgrove v. Janssen Research & Development LLC, et al. | 2:16-cv-12488 |
| Marshall v. Janssen Research & Development LLC, et al. | 2:16-cv-01830 |
| Newell et al. v. Janssen Research & Development LLC, et al. | 2:17-cv-00999 |
| Norman v. Janssen Research & Development LLC, et al. | 2:16-cv-12489 |
| Piggee v. Janssen Research & Development LLC, et al. | 2:16-cv-12491 |
| Radin v. Janssen Research & Development LLC, et al. | 2:16-cv-12496 |
| Reiter v. Janssen Research & Development LLC, et al. | 2:16-cv-12503 |
| Riojas v. Janssen Research & Development LLC, et al. | 2:16-cv-12508 |
| Saphian v. Janssen Research & Development LLC, et al. | 2:16-cv-12517 |
| Simmons v. Janssen Research & Development LLC, et al. | 2:16-cv-12521 |

| | |
|---|---|
| Singer  v. Janssen Research & Development LLC, et al. | 2:16-cv-12523 |
| Sommer  v. Janssen Research & Development LLC, et al. | 2:16-cv-01831 |
| Stephan  v. Janssen Research & Development LLC, et al. | 2:15-cv-04118 |
| Stevenson  v. Janssen Research & Development LLC, et al. | 2:16-cv-12524 |
| Ullom  v. Janssen Research & Development LLC, et al. | 2:15-cv-06922 |
| Van Dongen  v. Janssen Research & Development LLC, et al. | 2:15-cv-06923 |
| Walton et al.  v. Janssen Research & Development LLC, et al. | 2:16-cv-17020 |
| Willis  v. Janssen Research & Development LLC, et al. | 2:16-cv-12781 |