UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*William B. Marks, Jr. vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:17-cv-01443

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF
FACT SHEET DEFICIENCIES  SCHEDULED FOR NOVEMBER 30, 2017**

**MAY IT PLEASE THE COURT:**

This Court issued an Order to Show Cause scheduled for November 30, 2017 at 9:30 a.m. as to why certain actions, including the above-captioned action should not be dismissed due to alleged plaintiff having failed to provide a Plaintiff Fact Sheet.  The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff William B. Marks, Jr.  However, plaintiff's counsel has not received any response to our attempts to contact Mr. Marks.

2 Specifically, Plaintiff's counsel attempted to contact Mr. Marks on the following dates:

   a. A letter was sent via regular mail on January 3, 2017 requesting that Mr. Marks complete the enclosed Plaintiff Fact Sheet and return same to Plaintiff's counsel. Plaintiff's counsel attempted calls to the client after not receiving the completed Plaintiff Fact Sheet on February 8, 2017 and February 22, 2017. Neither of those calls were answered or returned.

   b. A subsequent letter with another Plaintiff Fact Sheet was sent via Priority

mail on February 22, 2017. Plaintiff's counsel attempted calls to Mr. Marks after not receiving the completed Plaintiff Fact Sheet on March 14, 2017 and May 5, 2017. Neither of these calls were answered or returned.

    c.    A deficiency notice was received on June 6, 2017 and a letter was sent via Certified mail to Mr. Marks on June 6, 2017 with the notice informing him of his obligations to complete a Plaintiff Fact Sheet and that failure to do so would result in Defendants moving for a dismissal of his case. Plaintiff's counsel received the executed certified mail return receipt on June 19, 2017.

    d.    After not receiving a return package with a completed Plaintiff Fact Sheet, Plaintiff's counsel attempted calls to Mr. Marks on June 19, 2017, July 13, 2017, August 1, 2017 and August 13, 2017. None of those calls were answered or returned.

    e.    On August 22, 2017 another letter was sent via Priority and Certified mail to Mr. Marks informing him of his obligations to complete a Plaintiff Fact Sheet and that not doing so would result in Defendants moving for a dismissal of his case. Plaintiff's counsel received the executed certified mail return receipt on August 30, 2017.

    f.    On October 13, 2017, a letter enclosing a copy of the Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet was sent to Mr. Marks via USPS First Class mail, USPS Certified mail and Priority Mail.  USPS Tracking results indicate the Priority envelope was delivered to Mr. Marks' post office box on October 16, 2017.  Plaintiff's counsel received the executed certified mail return receipt on October 23, 2017.

    3.    Undersigned counsel is unaware of any circumstances that would prevent Mr. Marks from complying with the Plaintiff Fact Sheet obligations set by this Court.

    4.    However, in the event that the Court chooses to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice.

    **WHEREFORE**, it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action or in the alternative that any dismissal be without prejudice.

Date:  November 21, 2017

        Respectfully Submitted,

        MURRAY LAW FIRM

        By: */s/ Robin Myers Primeau*
        Stephen B. Murray, Sr. (#9858)
        Arthur M. Murray (#27694)
        Jessica W. Hayes (#28927)
        **Robin Myers Primeau** (#32613)
        Murray Law Firm
        650 Poydras Street, Suite 2150
        New Orleans, LA        70130
        Telephone:     (504) 525-8100
        Facsimile:      (504) 584-5249
        Email:  smurray@murray-lawfirm.com
        Email:  amurray@murray-lawfirm.com
        Email:  jhayes@murray-lawfirm.com
        Email:   rmyers@murray-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 21st day of November 2017.

*/s/ Robin Myers Primeau*