UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO: *Gary Pent, on behalf of the Estate of Patricia Pent, deceased, and Gary Pent, individually* 15-5164 | : : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

Before the Court is Plaintiff's counsel's Motion for Leave to Withdraw as Attorney of Record, R. Doc. 8013. The Court finds that the requirements of PTO 3462 have not been satisfied. Therefore,

**IT IS ORDERED** that the Motions for Leave to Withdraw is hereby **DENIED**.

New Orleans, Louisiana, on this 21st day of November, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

00417027