UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Steinbrink v. Janssen Research & Development LLC, et al*
CA# 2:17-cv-7569

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8024, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Diane Wiese, on behalf of her deceased mother, Myra Steinbrink, is substituted for Plaintiff Myra Steinbrink as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 21st day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE