UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

## ORDER

The Court, after considering the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 8025, as well as any responses thereto, finds the motion meritorious.

**IT IS HEREBY ORDERED** that attorney Scott D. McLeod be withdrawn as Plaintiffs attorney of record.

**IT IS FURTHER ORDERED** that attorneys Donald C. Sisson and Reid J. Elkus be substituted as counsel of record for all the cases listed in and attached hereto as "Exhibit A".

New Orleans, Louisiana this  21st  day of   November  , 2017.

_____

Hon. Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

| Case Caption | Civil Action No. |
|---|---|
| Barton v. Janssen Research & Development LLC, et al. | 2:16-cv-06755 |
| Bevans v. Janssen Research & Development LLC, et al. | 2:15-cv-02538 |
| Bohanan v. Janssen Research & Development LLC, et al. | 2:16-cv-12411 |
| Bowers v. Janssen Research & Development LLC, et al. | 2:16-cv-12414 |
| Burr et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-17494 |
| Davis v. Janssen Research & Development LLC, et al. | 2:16-cv-01603 |
| Dingwall et al. v. Janssen Research & Development LLC, et al. | 2:15-cv-06448 |
| Dorsey v. Janssen Research & Development LLC, et al. | 2:16-cv-12416 |
| Duncan v. Janssen Research & Development LLC, et al. | 2:16-cv-12418 |
| Emerson v. Janssen Research & Development LLC, et al. | 2:15-cv-04115 |
| Erickson et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-12420 |
| Erny v. Janssen Research & Development LLC, et al. | 2:16-cv-01827 |
| Fatka et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-12456 |
| Fields v. Janssen Research & Development LLC, et al. | 2:16-cv-12458 |
| Galloway v. Janssen Research & Development LLC, et al. | 2:16-cv-01828 |
| Garza v. Janssen Research & Development LLC, et al. | 2:15-cv-01699 |
| Gembara v. Janssen Research & Development LLC, et al. | 2:15-cv-04117 |
| Harless v. Janssen Research & Development LLC, et al. | 2:16-cv-01829 |

| | |
|---|---|
| Hein  v. Janssen Research & Development LLC, et al. | 2:16-cv-12460 |
| Holley  v. Janssen Research & Development LLC, et al. | 2:15-cv-06913 |
| Hunt  v. Janssen Research & Development LLC, et al. | 2:16-cv-12473 |
| Iknayan  v. Janssen Research & Development LLC, et al. | 2:16-cv-12475 |
| Keesee  v. Janssen Research & Development LLC, et al. | 2:15-cv-06916 |
| Kelley  v. Janssen Research & Development LLC, et al. | 2:15-cv-03981 |
| Lambrecht  v. Janssen Research & Development LLC, et al. | 2:15-cv-06917 |
| Larsen  v. Janssen Research & Development LLC, et al. | 2:16-cv-12479 |
| Larson  v. Janssen Research & Development LLC, et al. | 2:15-cv-06918 |
| Lowen  v. Janssen Research & Development LLC, et al. | 2:16-cv-12486 |
| Mack-Fieldgrove  v. Janssen Research & Development LLC, et al. | 2:16-cv-12488 |
| Marshall  v. Janssen Research & Development LLC, et al. | 2:16-cv-01830 |
| Newell et al. v. Janssen Research & Development LLC, et al. | 2:17-cv-00999 |
| Norman  v. Janssen Research & Development LLC, et al. | 2:16-cv-12489 |
| Piggee  v. Janssen Research & Development LLC, et al. | 2:16-cv-12491 |
| Radin  v. Janssen Research & Development LLC, et al. | 2:16-cv-12496 |
| Reiter  v. Janssen Research & Development LLC, et al. | 2:16-cv-12503 |
| Riojas  v. Janssen Research & Development LLC, et al. | 2:16-cv-12508 |
| Saphian  v. Janssen Research & Development LLC, et al. | 2:16-cv-12517 |
| Simmons  v. Janssen Research & Development LLC, et al. | 2:16-cv-12521 |

| | |
|---|---|
| Singer  v. Janssen Research & Development LLC, et al. | 2:16-cv-12523 |
| Sommer  v. Janssen Research & Development LLC, et al. | 2:16-cv-01831 |
| Stephan  v. Janssen Research & Development LLC, et al. | 2:15-cv-04118 |
| Stevenson  v. Janssen Research & Development LLC, et al. | 2:16-cv-12524 |
| Ullom  v. Janssen Research & Development LLC, et al. | 2:15-cv-06922 |
| Van Dongen  v. Janssen Research & Development LLC, et al. | 2:15-cv-06923 |
| Walton et al.  v. Janssen Research & Development LLC, et al. | 2:16-cv-17020 |
| Willis  v. Janssen Research & Development LLC, et al. | 2:16-cv-12781 |