## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| _____ ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Larry Heiner v. Janssen Research & Development, LLC, et al*
LAED USDC No. 2:16-cv-02374

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel moves this Court for an order replacing Plaintiff Larry Heiner with Dayle Heiner, Executor of the Estate of Larry Heiner, and in support states as follows:

1. Plaintiff passed away on April 16, 2017. As reported to the Court in the attached Suggestion of Death. (Ex.1)

2. Plaintiff has been named as Executor of the Will of Larry Heiner. The Will is currently being filed in Probate in Chesterfield County in the State of Virginia. Plaintiff will provide the Letters of Administration as soon as available.

3. Plaintiff's counsel has finally located the deceased spouse and Executor, Dayle Heiner, on November 21, 2017 after an exhaustive search.

4. Thus, as death does not extinguish his cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Dayle Heiner, Executor of the Estate of Larry Heiner, as the named party in the place of Larry Heiner.

WHEREFORE, for each and all foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Dayle Heiner, Executor of the Estate of Larry Heiner, as the named party in the place of Larry Heiner.

Dated: November 22nd, 2017         Respectfully submitted,

                                   Goldblatt and Singer

                                   /s/ Jeffrey Singer
                                   Jeffrey S. Singer
                                   8182 Maryland Ave.
                                   Suite 801
                                   St. Louis, MO 63105
                                   (314) 231-4100
                                   Email: jsinger@stlinjurylaw.com
                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion to Substitute Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre –Trial Order No. 17.

This 22nd day of November, 2017.

                                   /s/ Jeffrey Singer
                                   Jeffrey S. Singer