UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *Charles W. Allen v. Janssen Research & Development LLC, et al.*, Case No. 2:17-cv-00746 | JUDGE FALLON MAG. JUDGE NORTH |

**RESPONE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE FACT SHEET DEFICIENCIES**

This court recently entered an Order to Show cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (PFSs) should not be dismissed with prejudice. (Doc. 7737). The Plaintiff listed above is represented by Johnson Becker PLLC on Exhibit A (Doc. 7737) of the Court's Order to Show Cause (#2 in the Court's Order to Show Cause). The PFS was submitted; however, there is still a deficiency regarding a failure to provide medical records demonstrating an alleged injury. Counsel for Plaintiff has been working diligently with Plaintiff to secure the adequate medical records over the past several months. In mid-October it was determined a medical facility, St. David's South Austin Medical Center, had not provided a full copy of records pursuant to our earlier requests including those records of his primary care provider. We have requested those records in an effort to cure this reported deficiency. We

respectfully request additional time for the receipt of these records which we have been advised are processed by a third party vendor.

DATED: November 22, 2017

                        Respectfully submitted,

                        JOHNSON BECKER, PLLC

                        */s/ Lisa Ann Gorshe*_____
                        Lisa Ann Gorshe, Esq.
                        *Counsel for Plaintiffs*
                        444 Cedar Avenue
                        Suite 1800
                        St. Paul, MN 55101
                        Phone: 612-436-1852
                        Fax: 612-436-1800
                        Email:  lgorshe@johnsonbecker.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial No. 17.

                        */s/ Lisa Ann Gorshe*
                        Lisa Ann Gorshe