# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  )  MDL No. 2592
PRODUCTS LIABILITY LITIGATION  )
                               )  SECTION:  L
THIS DOCUMENT RELATES TO:      )
                               )  JUDGE FALLON
                               )  MAG. JUDGE NORTH
                               )
                               )
*Laurel Arlis v. Janssen Research &*  )
*Development LLC, et al.*, 2:17-cv-00176  )
                               )

## REPSONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE FACT SHEET DEFICIENCIES

This Court recently entered an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (PFSs) should not be dismissed with prejudice.  (Doc. 7737).  The Plaintiff listed above is represented by Johnson Becker PLLC on Exhibit A (Doc. 7737) of the Court's Order to Show Cause (#3 in the Court's Order to Show Cause).  The PFS was submitted; however, there remains a deficiency regarding a failure to provide a signed declaration.  Counsel for Plaintiff has made numerous attempts by telephone, email and written correspondence to contact Plaintiff in order to obtain the requisite signed declaration. Subsequently, Counsel received an email from Plaintiff on August 7, 2017 advising us she had moved and needed additional time to return the materials. Counsel re-sent the materials to the new address via mail and also via email. Counsel continued to follow up with Plaintiff after the August 7, 2017 communication in order to secure the signed declaration. Despite the best efforts of Plaintiff's Counsel, the Plaintiff has been unresponsive and Counsel has been unable to get in touch with the Plaintiff in order to obtain the outstanding signed declaration from the Plaintiff.  Counsel does not have written permission from Plaintiff to agree to stipulate to the dismissal of her claim with prejudice.  However, Counsel has no basis to contest such a dismissal as ordered by the Court at this time. A copy of this response has been sent to Plaintiff via certified mail, return receipt requested, as well as email.

1

DATED: November 22, 2017

By: /s/ *Lisa Ann Gorshe*
Lisa Ann Gorshe, Esq
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Direct: 612-436-1852
Facsimile: 612-436-1852

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Lisa Ann Gorshe*

Lisa Ann Gorshe