UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION:  L |
| _____) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO:  ) | MAG. JUDGE NORTH |
| ) | |
| Michael Thompson,  ) | |
| 2:17-cv-11939  ) | |
| _____) | |

## NOTICE OF SERVICE

      Notice is hereby given that, pursuant to Pre-Trial Order #10, issued on March 24, 2015, Plaintiff has, on November 22, 2017, served the Summons and Complaint in the above entitled action upon

              Bayer Pharma AG
              Attn: Eva Gardyan-Eisenlohr
              General Counsel
              Muellerstrasse 178
              13353 Berlin
              GERMANY

by sending same via Registered U.S. Mail, Return Receipt Requested, and via electronic mail to xareltocomplaints@babc.com.

DATED: November 24, 2017          Respectfully submitted,

                                        _/s/ Terence J. Sweeney_
                                    Terence J. Sweeney, Esq.
                                    44 Fairmount Avenue
                                    Suite One
                                    Chatham, New Jersey  07928
                                    Telephone:  (973) 665-0400
                                    Fax:  (973) 665-0401
                                    Attorney for the plaintiff
                                    Michael Thompson