## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**GEORGE WENTSCH v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:15-cv-06083

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **CUMBERLAND TRUST INVESTMENT COMPANY** on behalf of the decedent, **GEORGE WENTSCH**, for the following reasons:

I.

On November 19, 2015 **GEORGE WENTSCH** filed a Complaint in the above referenced matter.

II

On June 28, 2017, **GEORGE WENTSCH** passed away.

III.

The decedent's trustee, **CUMBERLAND TRUST**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **GEORGE WENTSCH**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 27th day of November, 2017.

                                                By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

                                                By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., & Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**

*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**