## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) ) ) ) ) | **MDL NO. 2592** <br><br> **SECTION:  L** <br> **JUDGE FALLON** <br> **MAG. JUDGE NORTH** <br><br> **JURY TRIAL DEMANDED** <br><br> **Civil Action No:  2:17-cv-5776** |

**THIS DOCUMENT RELATES TO:**

*DONALD HOUCK v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
**Civil Action No.: 2:17-cv-05776**

### MOTION FOR LEAVE TO FILE FIRST AMENEDED/CORRECTED COMPLAINT

COMES NOW Plaintiff, Donald Houck, by and through undersigned counsel, and respectfully moves this Court for leave to file First Amended Complaint.  The current Complaint indicates an erroneous injury date. Specifically, the injury date in the current complaint is June 6, 2017 and should indicate June 6, 2016.

In support of this motion, Plaintiff has attached a Memorandum in Support. Plaintiff has submitted a Motion to Amend / Correct Complaint in order to have alleged injury date correspond to that identified in the medical records.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this Motion for Leave to File First Amended Complaint; Order the Clerk of the Court to take any corrective action necessary in order to amend the Complaint and for such further relief deemed just and proper under the circumstances.  This motion is being submitted to this Honorable Court without the need of a formal hearing.

1

Respectfully submitted this 27th day of November 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

Counsel for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 27th day of November 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

//s/ William Rivera-Alvarez
 William Rivera-Alvarez (#304111)
