UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-5776** |

**THIS DOCUMENT RELATES TO:**

*DONALD HOUCK v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
**Civil Action No.: 2:17-cv-05776**

## MEMORANDUM IN SUPPORT OF FIRST MOTION FOR LEAVE TO FILE FIRST AMENDED / CORRECTED COMPLAINT

**COMES NOW** Plaintiff, through undersigned counsel hereby requests Leave to File First Amended/Corrected Complaint. In support of Plaintiff's Motion, Plaintiff states the following:

1. The Plaintiff filed the above captioned case on June 13, 2017.

2. Because of an inadvertent error the injury date on the filed complaint is stated as June 6, 2017.

3. The actual injury date was on June 6, 2016.

4. That with exception of the date, the complaint's contents are the same.

5. Accordingly, Plaintiff requests Leave to File First Amended/Corrected Complaint.

6. Attached hereto is the Amended/Corrected Complaint.

1

7. Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this First Motion for Leave to File First Amended Complaint; and for such further relief deemed just and proper under the circumstances.

8. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this First Motion for Leave to File First Amended Complaint; and for such further relief deemed just and proper under the circumstances.

Respectfully submitted this 27th day of November 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

                                                              //s/ William Rivera-Alvarez
                                                              William Rivera-Alvarez (#304111)