UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: <u>2:17-cv-5776</u> |

**THIS DOCUMENT RELATES TO:**

*DONALD HOUCK v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
**Civil Action No.: 2:17-cv-05776**

## NOTICE OF SUBMISSION

COMES NOW, the plaintiff Donald Houck, by and through the undersigned counsel, and files this Notice of Submission of First Motion for Leave to File First Amended/Corrected Complaint before the Honorable Judge Eldon E. Fallon on December 20, 2017, at 9:00am. This motion is being submitted to this Honorable Court without the need of a formal hearing

Respectfully submitted this 27th day of November 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

//s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)
