UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION:  L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Patsy Treece obo Nancy Glenn, Deceased v. Janssen Research & Development LLC, et al; No. 2:16-cv-00627*

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Order to Show Cause Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies entered on September 11, 2017 (Doc.7563) and would respectfully show the Court the following:

I.

Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc.7241). The Court entered an Order to Show Cause on September 11, 2017  (Doc. 7563). Plaintiff Nancy Glenn represented by The Gallagher Law Firm appear on Exhibit A of both Defendants' Motion and the Court's Order to Show Cause (Doc. 7241-2 and 7563-1 respectively).

1

The Show Cause Hearing in this matter was continued from September 20, 2017 and was reset for November 30, 2017 (Doc. 7859) and Plaintiff was given until November 30, 2017 to remedy any alleged deficiencies raised in the Defendants' Motion.

II.

Undersigned counsel would show that on October 31, 2017, Plaintiff uploaded and served an Amended Fact Sheet through MDL Centrality to identify anemia as one of Decedent's Xarelto related injuries and the medical records supporting this injury were also uploaded to MDL Centrality that same date.

Therefore Plaintiff contends that any alleged deficiencies have been cured and respectfully requests that this case remain on the active docket of this Court.

Dated: November 27, 2017.

                                      Respectfully submitted,

                                      s/ Michael T. Gallagher
                                      MICHAEL T. GALLAGHER
                                      (Texas Bar #07586000)
                                      THE GALLAGHER LAW FIRM LLC
                                      2905 Sackett Street
                                      Houston, TX 77098
                                      Telephone: (713) 222-8080
                                      Facsimile (713) 222-0066
                                      mike@gld-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      s/ Michael T. Gallagher
                                      Michael T. Gallagher