# EXHIBIT 1

EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
DISCHARGE SUMMARY

**PATTERSON, ROY**
MR#:  0952558   ACCOUNT #:  00047683206
Arshad A. Abbasi, MD
ADMIT DATE:  05/06/2015 18:02
DISCHARGE DATE:  05/08/2015 15:00
DOB:  02/28/1939

DATE OF ADMISSION
05/06/2015

DATE OF DISCHARGE
05/08/2015

REASON FOR ADMISSION
GI bleed.

HISTORY OF PRESENT ILLNESS AND HOSPITAL COURSE
A 76-year-old male with a past medical history of squamous cell carcinoma, also was put on Xarelto for atrial fibrillation. The patient presented with dark stools. The patient saw a gastroenterologist and endoscopy was performed. Blood transfusions were done. The endoscopy showed the presence of some dysplasia and basically, the patient with small bowel angiodysplasia, which was ablated. There was also a polyp, which was not removed. At this point, the patient was doing fairly stable, tolerating a diet, no problem, and would like to go home. I have discussed with Dr. Green and Dr. Green is okay with discharging him. He will be following with Dr. Green in about 2 weeks. In terms of the medication, the patient is going to be on all the home medications, but I have taken aspirin off and I have taken Xarelto off. I did speak to Dr. Christopher Boylan who had recommended, at this point, to stay away from anticoagulation and he will see him in the office. Meanwhile, everything else will stay the same other than taking the medication, aspirin and Xarelto off, and Protonix will be added twice a day and will be continued as recommended. The patient will follow with Dr. Green in 2 weeks, Dr. Boylan in a week or 2, and then the primary care physician. We have also made sure the case manager arranges for any kind of walker and other things. We have also made sure that the patient is going to go and live with his family for a short period of time. Everything else has been explained. Questions have been answered. Monitoring of the hemoglobin has been stable. The patient has not shown any major drop, he is still at 11.7 and 11.3. We will continue to monitor. Instructions have been given to the family members. If any dark stools are seen or any other stuff is seen, we should be advised right away. They have my card and they will give me a call, and they will stay in touch with their family members. Everything explained. Questions answered. The patient will be recommended to follow up as before. If noticed any blood in his

# Home Medication List

| | | | |
|---|---|---|---|
| **Pt Name:** | PATTERSON, ROY C | **MRN:** | 1057391 |
| **Pt ID:** | 2013060789 | **Acct No:** | 00016770018 |
| **DOB:** | 2/28/1939  1 | **Age/Sex:** | 76Y/M |
| **Adm Dtime:** | 5/6/2015  12:27:00PM | **Atn Dr:** | CHOUDHURY, SUMAN MD |
| **Nurs Sta:** | Emergency Dept (JV) | **Rm & Bed:** | ER01-A |
| **Alrg:** | No Known Food Allergies, Penicillins | **Entity:** | 0870 |

Status: Complete    Collected On: 05/06/15 13:29    By: Deborah L Suttles, RN
Comments:

## Home Medications

**aspirin  81 mg 1 tablet tablet,delayed release (DR/EC) oral daily**
Medication Status:    active

**temazepam  30 mg 1 capsule Capsule oral daily at bedtime**
Medication Status:    active

**cholecalciferol (vitamin D3)  2,000 unit 1 tablet Tablet oral daily**
Medication Status:    active

**lisinopril  20 mg 1 tablet Tablet oral daily**
Medication Status:    active

**tamsuLOSIN  0.4 mg 1 capsule capsule,extended release 24hr oral daily**
Medication Status:    active

**traMADol  50 mg 1 tablet Tablet oral every six hours  PRN**
PRN Reason:    pain
Medication Status:    active

**cilostazol  100 mg 1 tablet Tablet oral twice a day**
Medication Status:    active

==**rivaroxaban (Xarelto) 20 mg 1 tablet Tablet oral daily**==
Medication Status:    active

**calcium carbonate  500 mg calcium (1,250 mg) 1 tablet Tablet oral daily**
Medication Status:    active

| | | |
|---|---|---|
| **Pt Name:** PATTERSON, ROY C | **MRN:** 1057391 | Home Medication List |
| **Rm/Bed:** ER01-A | Page 1 of 1 | ORE_X0AQ_Med_Rec_HomeMeds.rpt; |

© 2004-2015 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2015 Business Objects Software Limited. All rights reserved.
Printed By:
Printed On: 06-May-15 13:36