UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*EDGAR WILLIAM WIGGINS v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:17-cv-3072**

### PLAINTIFF'S RESPONSE TO THE MOTION TO SHOW CAUSE REGARDING PLAINTIFF(S) WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET (DOCUMENT 7947)

On November 3, 2017, a Motion for Order to Show Cause (Rec. Doc. 7947) why certain actions, including the above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required, in accordance with Case Management Order No. 1, 13, 27 and 31 was filed. The motion is pending before this Court. Undersigned counsel responds to that motion as follows:

**EDGAR WILLIAM WIGGINS**

1. The complaint in this matter was filed on April 10, 2017.

2. The undersigned counsel informed Mr. Wiggins of his obligations regarding completing and serving a Plaintiff Fact Sheet, pursuant to CMO 1 and PTO 13.

3. On or about April 12, 2017, the paralegal for the undersigned counsel sent an email to Mr. Wiggins regarding Plaintiff Fact Sheet and Authorizations, and the deadline to submit these documents.

4. On or about April 13, 2017, the paralegal for the undersigned counsel spoke with Mr. Wiggins and once again discussed the Court deadlines.

5. The paralegal for the undersigned counsel followed up with Mr. Wiggins by phone and email on June 16, 2017. Another set of Plaintiff Fact Sheet and authorizations were sent to Mr. Wiggins by email. On or about June 27, 2017, the paralegal for the undersigned counsel was able to talk to Mr. Wiggins and his wife and explained the imminent deadlines.

6. The paralegal for the undersigned counsel followed up with Mr. Wiggins by phone and email on June 30, 2017 explaining that the case may get dismissed without the necessary documents.

7. The undersigned counsel received a Notice of Overdue Plaintiff Fact Sheet on July 18, 2017. Notice of Overdue Plaintiff Fact Sheet and another set of the Plaintiff Fact Sheet was sent to Mr. Wiggins by regular and certified mail on the same day it was received, July 18, 2017.

8. On or about July 28, 2017, the paralegal for the undersigned counsel followed up with Mr. Wiggins via email.

9. The paralegal for the undersigned counsel attempted to reach out to Mr. Wiggins by phone, text message and email on August 1, 2017.

10. On or about August 7, 2017, the undersigned counsel had an email exchange with Mr. Wiggins regarding the Plaintiff Fact Sheet, authorizations and the possible dismissal of the case. On the same day, the paralegal for the undersigned counsel attempted to reach out to Mr. Wiggins by phone.

11. On or about August 9, 2017, the undersigned counsel sent another follow up email to Mr. Wiggins.

12. Another email was sent to Mr. Wiggins by the undersigned counsel on August 15, 2017 to follow up on the matter.

13. On or about August 17, 2017, another set of Plaintiff Fact Sheet and authorizations, with a cover letter was mailed to Mr. Wiggins by regular and certified mail.

14. On or about August 22, 2017, the undersigned counsel sent another email to follow up on the outstanding Plaintiff Fact Sheet and authorizations and possible dismissal of the case.

15. On or about September 25, 2017, the paralegal for the undersigned counsel sent another email to follow up on the outstanding Plaintiff Fact Sheet and authorizations.

16. On or about October 27, 2017, another set of Plaintiff Fact Sheet and authorizations were mailed and emailed to Mr. Wiggins.

17. On November 3, 2017, a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet was filed

18. On or about November 8, 2017, the undersigned counsel sent multiple text messages to Mr. Wiggins.

19. On or about November 22, 2017, the undersigned counsel sent another email stating that a motion has been filed due to the failure to submit Plaintiff Fact Sheet and authorizations.

20. On or about November 27, 2017, the paralegal for the undersigned counsel contacted Mr. Wiggins. Somebody picked up the call and informed the firm that Mr. Wiggins

was 'unavailable' but the firm could leave a message. The paralegal left a message to follow up on the necessary documents.

21. As of the filing of this response, the undersigned counsel and her office have not received any completed Plaintiff Fact Sheet and signed authorizations from Mr. Wiggins.

22. Undersigned counsel is without any knowledge of what circumstances exist that may preclude Mr. Wiggins from completing the Plaintiff Fact Sheet. However, given that someone finally answered the phone in place for Mr. Wiggins, undersigned is requesting a short extension to see if Mr. Wiggins may be able to sign the necessary documents to complete the Court's requirements.

23. Nevertheless, if this court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Date: November 27, 2017

    Respectfully submitted,

    PIERCE SKRABANEK PLLC

    */s/ Sofia E. Bruera*

    SOFIA E. BRUERA
    State Bar No. 24062189
    3701 Kirby Drive, Suite 760
    Houston, Texas 77098
    Telephone: (832) 690-7000
    Facsimile: (832) 616-5576
    E-mail: sofia@brueralaw.com

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2017, a true and correct copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA