UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Anthonia Trujillo

2:16-CV-12682

Nicole Pizzalato

2:16-cv-12614

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PFS DEFICIENCIES

The Court recently entered an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiff Fact Sheets (PFS) should not be dismissed with prejudice (Doc 7737).  Plaintiffs Trjullo and Pizzalato, listed above, are represented by the Miller Firm, LLC.  Both Plaintiffs have signed and uploaded PFS and attached medical records.

Mrs. Trujillo's case was listed as deficient, it is believed, because her date of claimed injury was incorrect; the claimed injury was in July of 2014 and the PFS has been amended today to reflect that.  Numerous medical records for that injury are in Defendants' possession.  This deficiency has been cured.

Ms. Pizzalato has spent most of the last several years as a hospital inpatient in varying states of consciousness; in addition to the claimed injuries, she now suffers from brain cancer as well, though she is young.  Undersigned counsel has been in close communication with the

patient's father and POA, and have successfully obtained and uploaded many medical records, but are still working on the prescription records; it is believed the relevant hospital has been located and its records requested; undersigned's paralegal has followed up on that request at least three times in the past month.  Because the patient is unable to give her own medical history, it is proving difficult to trace the records back; however, undersigned counsel believes it can be accomplished in the next 60 days and asks for an extension of that length.

Undersigned counsel certainly intends to participate substantively in discovery and this litigation.  However, I would be remiss if I did not note that I received no notice of this Motion or Order to Show Cause until today, when I checked the docket. I did not receive an ECF notice of these filings; it appears I get them only in my individually-opened case files; I am investigating. Defense counsel was ordered to provide the Order to Show Cause to Plaintiff's counsel with cases listed in Schedule A; I did not receive any such notice by email or mail.  While I was fully aware of at least one uncured medical record deficiency, and continue to work on it in good faith, I had no idea the case was subject to potential dismissal until checking the docket today.  Therefore, I ask the Court's understanding in this late response and for it to grant a 60 day extension in the sole remaining deficient case for this firm, Pizzalato.

Dated this 28th day of November 2017

__/s/ Timothy Litzenburg__
*Attorney for Plaintiff(s)*
The Miller Firm, LLC
108 Railroad Ave
Orange, VA 22960
540 672 4224
tlitzenburg@millerfirmllc.com

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial No. 17.

/s/ Timothy Litzenburg