# EXHIBIT A

**Registered No.** REt 41708091US (stamped: RE[illegible]US)

**Date Stamp:** CAMERON VILLAGE STATION, RALEIGH NC 27605, JUL 25 2017

| To Be Completed By Post Office | | |
|---|---|---|
| Reg. Fee $6.45 / 14.95 | | |
| Handling Charge $14.95 | Return Receipt 3.85 | |
| Postage $2.57 / $0.00 / 14.47 | Restricted Delivery | |
| Received by $0.00 | $35.14 | |

Customer Must Declare Full Value $0.00 / $0

08/01/2017

Domestic Insurance up to $25,000 is included based upon the **declared value.** International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

| | |
|---|---|
| FROM | RALEIGH, NC 27601 — Carrie R. Guest |
| | martin & Jones, PLLC |
| | 410 Glenwood Ave., Ste. 200 |
| | Raleigh, NC 27603 (27601) |
| TO | Eva Gardyan-Eisenlohr |
| | Bayer Pharma AG (Germany) |
| | muellerstrasse 178 |
| | 13353 Berlin GERMANY |

PS Form **3806,** January 2014 (7530-02-000-9051) **Receipt for Registered Mail** Copy 1 - Customer (See Information on Reverse)

For domestic delivery information, visit our website at *www.usps.com* ®

LC963243555US

USPS® **Customs Declaration – CN 22**

DETACH **IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

**From:**

Sender's Last Name: Guest First: Carrie

Business: Martin & Jones PLLC

Address: 410 Glenwood Ave NC 276

City: Raleigh State ZIP+4®

Telephone/Fax or Email: 919-821-0005

**To:**

Addressee's Last Name: Gardyan-Eisenlohr First: Eva

Business: Bayer Pharm AG

Address: Muellerstrasse 178

City: 13353 State/Province: Berlin Post Code Country: Germany

Telephone/Fax or Email

**2-Shipping Label (left) and Customer Copy (right)**

**UNITED STATES POSTAL SERVICE®**

USPS®-USE ONLY: Place barcode label here.

5A

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (CONTINUED) — BOXED AREA IS FOR USPS-USE

### SENDER'S INFORMATION

- Full Last Name: Guest
- Full First Name: Carrie
- MI: R
- Business Name (if applicable): Martin & Jones PLLC
- Sender's Telephone: 919-821-0005
- Address-1: 410 Glenwood Avenue
- Address-2: Suite 200
- City: Raleigh
- State: NC
- ZIP Code: 27603

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address: crg@m-j.com
8. Addressee's Email Address:
9. Exporter's Reference (If applicable and known):
10. Exporter's Telephone (If applicable and known):
11. Importer's Reference (If applicable and known):
12. Importer's Telephone (If applicable and known):

### ADDRESSEE'S INFORMATION

- Full Last Name: Gardyan-Eisenlohr
- Full First Name: Eva
- Business Name (if applicable): Bayer Pharm AG
- Addressee's Telephone:
- Address-1: Muellerstrasse 178
- Address-2: 13353 Berlin
- City:
- State/Province:
- Country: Germany
- Postal Code:

13. AES ITN (If applicable):
14. AES Exemption — NOEEI§ (Check one if applicable)
    ☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
    ☐ § 30.37 (y)   ☐ Other _____
15. License Number (If applicable):
16. Certificate Number (If applicable):
17. Invoice Number (If applicable):
18. Length (Inches):
19. Width (Inches):
20. Height (Inches):
21. Restrictions (If applicable — check all that apply)
    ☐ Quarantine
    ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
    ☐ Return to Sender
    ☐ Treat as Abandoned
23. Sender's Signature and Date: Carrie R Guest  8-1-2017

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

### SHIPMENT INFORMATION

1. Category of Items (Check all that apply)
   ☑ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
   ☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

2. Detailed Description of Contents (Enter only one item per line)
3. Quantity
4. Net Weight (Ea) Lbs. / Oz.
5. Value (Ea) U.S. $

| 2. Detailed Description | 3. Quantity | 4. Lbs. | 4. Oz. | 5. Value | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|---|---|
| legal documents | | | 6 | | | |

6. Total

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992   IMPORTANT: This package may be opened officially.   4 – Sender's Copy