# EXHIBIT B





RE 141 708 091 US

Label 200, August 2005         PSN 7690-03-000-9311

U.S. POSTAGE
PAID
RALEIGH, NC
27601
AUG 01, 17
AMOUNT
$35.14
R2304M115875-15



Bayer AG
Law, Patents and Compliance

0 3. Nov. 2017

Bearbeitung: _____



First Class Mail

# MARTIN & JONES
*Attorneys at Law*
410 Glenwood Avenue, Suite 200, Raleigh, NC 27603


LC963243555US

☑ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift       ☐ Humanitarian Donation  ☐ Other _____

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| legal documents | | | ○ | | |
| | | | | | |
| Totals (7) | | | $ ○ | | |

AES Exemption (8)                    Mailing Office Date Stamp
☐ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel        72
Muellerstrasse 178
13353 Berlin
GERMANY


