# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) ) ) | SECTION: L  JUDGE FALLON MAG. JUDGE NORTH |
| *Jack Roland v. Janssen Research & Development LLC, et al.*, 2:17-01268 | ) ) ) | |

## REPSONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE FACT SHEET DEFICIENCIES

This Court recently entered an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (PFSs) should not be dismissed with prejudice. (Doc. 7737). The Plaintiff listed above is represented by Wexler Wallace LLP on the Court's Order to Show Cause (#73 in the Court's Order to Show Cause). The only remaining PFS deficiency is the absence of a signed declaration. Counsel for Plaintiff has made numerous attempts by telephone, email and written correspondence to contact Plaintiff in order to obtain the requisite signed declaration. Despite the best efforts of Plaintiff's counsel, the Plaintiff has been unresponsive and counsel has been unable to get in touch with the Plaintiff in order to obtain the outstanding signed declaration from the Plaintiff. Counsel does not have written permission from Plaintiff to agree to stipulate to the dismissal of his claim with prejudice. However, Counsel has no basis to contest such a dismissal if ordered by the Court at this time.

1

DATED: November 29, 2017

By: /s/ Edward A. Wallace
    Edward A. Wallace
    Timothy E. Jackson
    WEXLER WALLACE LLP
    55 West Monroe Street, Suite 3300
    Chicago, Illinois 60603
    312-346-2222
    312-346-0022 FAX