UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**ORDER**

On October 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Docs. 7721 and 7736]. Prior to the Order to Show Cause Hearing to be held on November 30, 2017, the following Plaintiffs remedied the alleged deficiencies raised in Defendants' Motion. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Contreras, Edwards | 2:17-cv-02507 | Andrews Thornton Higgins Razmara, LLP |
| 2. | Edwards, Herbert C., Jr. | 2:17-cv-01454 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Emmons, Virginia | 2:17-cv-01507 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Henry, Barbara | 2:17-cv-02667 | Andrews Thornton Higgins Razmara, LLP |
| 5. | King, Brenda | 2:17-cv-01066 | Sanders Law Firm, LLC |
| 6. | Lundy, Barbara | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP |

90545138.1

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 7. | O'Mahoney, Denis | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP2 |
| 8. | Samples, Leroy | 2:17-cv-00641 | Meyerkord & Meyerkord, LLC |
| 9. | Williams, Jeanette | 2:17-cv-02405 | Tor Hoerman Law LLC |

Prior to the Order to Show Cause Hearing to be held on November 30, 2017, the following Plaintiffs agreed to file stipulations, or stipulations have already been filed, dismissing their cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Brown, Kevin | 2:17-cv-02623 | Michael A. Mills, PC; The Dixon Firm, PC |
| 2. | Crosby, Marie | 2:16-cv-12728 | Nemeroff Law Firm |
| 3. | Hanke, Melodie | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP2 |
| 4. | Harris, Jean D. | 2:17-cv-01153 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 5. | Head, Jacquelyn | 2:17-cv-01796 | Slater, Slater Schulman, LLP |
| 6. | Johnson, Ruby | 2:17-cv-01049 | Slater, Slater Schulman, LLP |
| 7. | Olivarez, Josefita | 2:17-cv-00836 | Slater, Slater Schulman, LLP |
| 8. | Torres, Alicia | 2:17-cv-00854 | Fears Nachawati, PLLC |
| 9. | Turner, Alma | 2:17-cv-01014 | Monsour Law Firm |
| 10. | Whitehead, Joan | 2:17-cv-02343 | Wilshire Law Firm |

The following cases will be heard at the Order to Show Cause Hearing on November 30, 2017 pursuant to Rec. Doc. 7956:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Binggeli, Betty | 2:17-cv-00632 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Cooper, Deborah F. | 2:17-cv-01307 | Hodes Milman Liebeck, LLP |
| 3. | Marks, William B., Jr. | 2:17-cv-01443 | Murray Law Firm |
| 4. | McDonald, Terry W. | 2:17-cv-01942 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 5. | Patterson, Denna | 2:17-cv-01795 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 6. | Runyan, Bonnie J. | 2:17-cv-00970 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

New Orleans, Louisiana, on this 29th day of November, 2017.

*[Signature]*

Judge Eldon E. Fallon
United States District Court Judge