UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                                             :
                                                             :    SECTION L
THIS DOCUMENT RELATES TO:      :
THE CASES LISTED BELOW              :
                                                             :    JUDGE ELDON E. FALLON
                                                             :
                                                             :    MAGISTRATE JUDGE NORTH

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7562]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs were given until November 30, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. 7855]. Prior to the Order to Show Cause Hearing to be held on November 30, 2017, the following Plaintiffs remedied the alleged deficiencies raised in Defendants' Motion. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Kerner, Helen | 2:16-cv-17775 | Reich & Binstock |
| 2. | Scott, Alberta | 2:16-cv-17780 | Reich & Binstock |

Prior to the Order to Show Cause Hearing to be held on November 30, 2017, the following Plaintiffs agreed to file stipulations, or stipulations have already been filed, dismissing their cases with prejudice:

90543103.1

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Bright Evelyn | 2:16-cv-17369 | Reich & Binstock |
| 2. | Dowdy, William | 2:16-cv-17366 | Reich & Binstock |
| 3. | Hampton, Lionel | 2:16-cv-17357 | Reich & Binstock |
| 4. | Jennette, Bobbi | 2:16-cv-17773 | Reich & Binstock |
| 5. | Koonce, Sandra | 2:16-cv-17776 | Reich & Binstock |
| 6. | Pena, Francisca | 2:16-cv-17778 | Reich & Binstock |

New Orleans, Louisiana, on this 29th day of November, 2017.

Judge Eldon E. Fallon
United States District Court Judge