UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| _____ | : : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *Robert Usher v.* *Janssen Ortho, LLC, et al., 2:16-cv-12470* | : : | MAG. JUDGE MICHAEL B. NORTH |

## MOTION FOR WITHDRAWL AND SUBSTITUTION OF COUNSEL

COMES NOW, the Plaintiff herein, and file this Motion for Withdrawal and Substitution of Counsel, and respectfully show to this Court as follows:

The Plaintiff requests that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *Usher, 2:16-cv-12470*.

Plaintiff further requests the substitution of attorney of Joseph C. Peiffer and Daniel J. Carr of the law firm of Peiffer, Rosca, Wolf, Abdullah, Carr & Kane and Michael B. Lynch of the law firm of The Michael Brady Lynch Firm, in place of attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C.

Attorneys Joseph C. Peiffer, Daniel J. Carr, and Michael B. Lynch have conferred with attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara and represents to this Court that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara consent to this Motion.

WHEREFORE, Plaintiff respectfully requests that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *Usher, 2:16-cv-12470*, and that

attorneys Joseph C. Peiffer and Daniel J. Carr of the law firm of Peiffer, Rosca, Wolf, Abdullah, Carr & Kane and Michael B. Lynch of the law firm of The Michael Brady Lynch Firm be substituted therefor.

Respectfully submitted,

/s/ Daniel J. Carr_____
Joseph C. Peiffer, La. Bar #26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Ave., Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 236-6615
Direct: (407) 545-4606
Direct Fax: (321) 418-6141
Email: michael@mblynchfirm.com
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30th, 2017, a copy of the foregoing Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Daniel J. Carr_____
Daniel J. Carr

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *Robert Usher v.* *Janssen Ortho, LLC, et al.*, 2:16-cv-12470 | : : : | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. are withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorneys Joseph C. Peiffer and Daniel Carr of the law firm of Peiffer, Rosca, Wolf, Abdullah, Carr & Kane, and attorney Michael B. Lynch of the law firm of The Michael Brady Lynch Firm be enrolled as counsel of record for plaintiff in MDL No. 2592 and member case *Blackburn, 2:16-cv-12459*.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**