# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA JACKSON as personal representative Of the estate of VICKIE MORRIS, ) | |
| ) | MDL NO. 2592 |
| Plaintiffs. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:17-cv-11609 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## EX PARTE MOTION TO AMEND

Plaintiff, Victoria Jackson, Pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seeks to amend the Complaint by changing the date of injury of December 6, 2017 for deceased Plaintiff Vickie Morris, to reflect the injury date of December 6, 2016 in the body of the Complaint. Specifically, in the "Plaintiffs' Specific Allegations" section.

Plaintiff Victoria Jackson's Complaint was filed via LAED CM/ECF on October 31, 2017 and service was executed thereafter on November 14, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: November 30, 2017

                Respectfully submitted,

                SWMW Law, LLC

                By: /s/Stephen B. Wohlford
                      Benjamin R. Schmickle, #6270568
                      Stephen B. Wohlford, #IL6287698
                      701 Market Street, Suite 1000
                      St. Louis, MO 63101
                      (314) 480-5180
                      (314) 932-1566 – Facsimile

                **ATTORNEYS FOR PLAINTIFFS**