# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 <br><br> SECTION: L <br><br> HON. JUDGE ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |
| This Document Relates to: <br> *Philip Kime and Christine Kime v. Janssen Research & Development LLC, et al.*; <br> Case No. 2:16-cv-12673 | |

## **NOTICE AND SUGGESTION OF DEATH**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the honorable Court of the death of the Plaintiff, Philip Kime. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's wife/widow and Trustee, Christine Kime. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: November 30, 2017

Respectfully submitted,

By: /s/ *Pete Lowe*_____
Zachary Peter Lowe (USB 13792)
Nathan Buttars (USB 13659)
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
T: 801-917-8500; F: 801-917-8484
E: pete@lowelawgroup.com
nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *Notice and Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys on the Court's ECF System, and thereby, pursuant to Local Rule 5.4 and to MDL No. 2592 Pre-Trial Order #1.

Dated: November 30, 2017                                                                                     /s/ Pete Lowe

# EXHIBIT 1

# STATE OF MICHIGAN
## DEPARTMENT OF COMMUNITY HEALTH
### CERTIFICATE OF DEATH

CF 2017-208
STATE FILE NUMBER: 254585

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Philip Gene Kime
2. DATE OF BIRTH: [redacted] 1946
3. SEX: Male
4. DATE OF DEATH: September 10, 2017
5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS:
6a. AGE- Last Birthday (Years): 71
6b. UNDER 1 YEAR – MONTHS / DAYS:
6c. UNDER 1 DAY – HOURS / MINUTES:
7a. LOCATION OF DEATH: The Villa of West Branch, 445 South Valley 48661
7b. CITY, VILLAGE OR TOWNSHIP OF DEATH: West Branch
7c. COUNTY OF DEATH: Ogemaw
8a. CURRENT RESIDENCE - STATE: Michigan
8b. COUNTY: Roscommon
8c. LOCALITY: Denton Twp
8d. STREET AND NUMBER: 449 Ridgeview Drive
8e. ZIP CODE: 48651
9. BIRTH PLACE: Jackson, Michigan
10. SOCIAL SECURITY NUMBER: [redacted]5357
11. DECEDENT'S EDUCATION: High school graduate
12. RACE: White
13a. ANCESTRY: American
13b. HISPANIC ORIGIN: No
14. EVER IN THE U.S. ARMED FORCES?: No
15. USUAL OCCUPATION: Maintenance worker
16. KIND OF BUSINESS OR INDUSTRY: State Government
17. MARITAL STATUS: Married
18. NAME OF SURVIVING SPOUSE: Christine Kay Jackson

**PARENTS**

19. FATHER'S NAME (First, Middle, Last): Lester Kime
20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last): Kathleen Kintigh

**INFORMANT**

21a. INFORMANT'S NAME: Christine Kay Kime
21b. RELATIONSHIP TO DECEDENT: Wife
21c. MAILING ADDRESS: 5494 W. Wingleton Road, Baldwin, Michigan 49304

**DISPOSITION**

22. METHOD OF DISPOSITION: Cremation
23a. PLACE OF DISPOSITION: Northern Michigan Cremation Company
23b. LOCATION - City or Village, State: Lake City, Michigan
24. SIGNATURE OF MORTUARY SCIENCE LICENSEE: Robert Budzynski
25. LICENSE NUMBER: 4501006572
26. NAME AND ADDRESS OF FUNERAL FACILITY: Christier Funeral Homes-Houghton Lake, 6651 W. Houghton Lake Drive, Houghton Lake, Michigan 48629

**CERTIFICATION**

27a. CERTIFIER: [X] Certifying Physician - To the best of my knowledge, death occured due to the (cause/s) and manner stated.
Signature and Title: John Wilkins, DO
28a. ACTUAL OR PRESUMED TIME OF DEATH: 01:25 PM
28b. PRONOUNCED DEAD ON: September 10, 2017
28c. TIME PRONOUNCED DEAD: 01:25 PM
29. MEDICAL EXAMINER CONTACTED: No
30. PLACE OF DEATH: Nursing Home
31. IF HOSPITAL:
27b. DATE SIGNED: September 14, 2017
27c. LICENSE NUMBER: 5101021453
32. MEDICAL EXAMINER'S CASE NUMBER:
33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:
34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: John Wilkins, DO, 611 Court Street, West Branch, Michigan 48661
35a. REGISTRAR'S SIGNATURE: [signature]
35b. DATE FILED: September 14, 2017

**CAUSE OF DEATH**

36. PART I.
a. Pulmonary Embolism — Approximate Interval: minutes
b. Myocardial Infarction unspecified site — minutes
c. Hypertension, Chronic Obstructive Pulmonary Disease — years
d.

PART II. OTHER SIGNIFICANT CONDITIONS:

37. DID TOBACCO USE CONTRIBUTE TO DEATH?: [X] No
38. IF FEMALE: 
39. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED?: No
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: Not Applicable

**MEDICAL EXAMINER**

41a. DATE OF INJURY:
41b. TIME OF INJURY:
41c. DESCRIBE HOW INJURY OCCURRED:
41d. INJURY AT WORK:
41e. PLACE OF INJURY:
41f. IF TRANSPORTATION INJURY:
41g. LOCATION:

GARY R. KLACKING OGEMAW COUNTY CLERK
17 SEP 14 PM 3:00
CERTIFIED COPY

[signature: Gary R. Klacking]