# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 <br><br> SECTION: L <br><br> HON. JUDGE ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |
| This Document Relates to: <br> *Philip Kime and Christine Kime v. Janssen Research & Development LLC, et al.*; <br> Case No. 2:16-cv-12673 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting spouse/Trustee Christine Kime as plaintiff on behalf of the deceased Plaintiff, Philip Kime.

1. Plaintiffs filed a products liability lawsuit against defendants on July 12, 2016.

2. Plaintiff's counsel was subsequently notified that Plaintiff Philip Kime died on September 10, 2017.  A Notice and Suggestion of Death is filed concomitantly with this Motion.

3. Plaintiff Philip Kime's product liability action against defendants survived his death and was/is not extinguished.

4. Christine Kime, surviving spouse of Plaintiff Philip Kime and the Trustee of his estate, is a proper party to substitute for plaintiff-decedent Philip Kime and has proper capacity to proceed forward with the surviving products liability claim on his behalf, pursuant to

Fed. R. Civ. P. 25(a)(1).  Christine Kime was appointed Trustee of the estate of Philip Kime on March 14, 2007 by The Philip G. Kime and Christine K. Kime Revocable Living Trust.  A copy of the Certificate of Trust Existence is attached hereto as "Exhibit A."

5. Undersigned counsel has conferred with defendants' counsel and none oppose this Motion.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: November 30, 2017

Respectfully Submitted,

By: /s/ Pete Lowe
Zachary Peter Lowe, UT Bar # 13792
Nathan Buttars, UT Bar # 13659
LOWE LAW GROUP
6028 S. Ridgeline Drive, #200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
pete@lowelawgroup.com
nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *Motion to Substitute Party Plaintiff* has contemporaneously with or before filing been served on all parties or their attorneys on the Court's ECF System, and thereby, pursuant to Local Rule 5.4 and to Pre-Trial Order #1.

Dated: November 30, 2017                                               /s/ Pete Lowe

# Exhibit A

## CERTIFICATE OF TRUST

The undersigned Settlors hereby certify the following:

1. This Certificate of Trust relates to the PHILIP G. KIME AND CHRISTINE K. KIME REVOCABLE LIVING TRUST, DATED MARCH 14, 2007 (the "Trust") created by trust agreement (the "Trust Agreement"). This Trust Agreement is made under the laws of the State of Michigan.

2. The names of the Settlors are PHILIP G. KIME and CHRISTINE K. KIME. The Settlors presently reside at 4802 Richmond Street, Lansing, Michigan, 48911.

3. The names of each Settlor are PHILIP G. KIME and CHRISTINE K. KIME. This authority is provided in the section entitled Trustee Authority to Act: "The above named Settlors shall serve jointly and severally, and either shall have full authority for the Trust without the consent of the other, and shall act independently in performing transactions on behalf of the Trust, except as to transactions involving a real property owned by the Settlors which shall require the joint consent and signatures on all sale and transfer documents of both the Settlors while they are both living and competent. Notwithstanding the foregoing, property held in any Trust created herein as the separate property of either Settlor shall be solely administered under the authority of the Settlor whose property it is, so long as he or she is living and competent. This authority shall extend to all powers granted to the Trustee(s) under "Trustee Powers" herein and shall include the right to contract for and on behalf of the Trust and to execute, negotiate, and compromise such instruments as may be necessary to carry out the purposes and intents of this Trust."

4. The name and address of each trustee empowered to act under the Trust Agreement at the time of the execution of this Certificate of Trust are:

   Settlors/Primary Trustees:   PHILIP G. KIME and CHRISTINE K. KIME
                                4802 Richmond Street,
                                Lansing, Michigan 48911

   First Successor Trustee:     JOHN P. KIME

   Second Successor Trustee:    JASON M. KIME

5. The Successor Trustee(s) upon the death or incapacity of the settlers are authorized by the Trust Agreement to sell, convey, pledge, mortgage, lease, manage, operate control, transfer title, divide, convert or allot the trust property, including real or personal property including but not limited to securities of all kinds, and to sell upon deferred payments, except as limited by the following (if none, so indicate): NONE

6. The Trustee(s) are authorized by the Trust Agreement to open and manage financial accounts for the benefit of this Revocable Living Trust.

7. The undersigned hereby represent that the statements contained in this Certificate of Trust are true and correct, and that there are no other provisions in the Trust Agreement or amendments to it that limit the powers of the Trustee to sell, convey, pledge, mortgage, lease, manage, control, transfer title, divide, convert, allot or sell upon deferred payments trust property, including real or personal property including but not limited to securities of all kinds.

8. This trust has not been revoked, modified, or amended in any manner which would cause the representations in this certification of trust to be incorrect. This trust is being signed by all currently acting trustees of the trust.

_____
**Philip G. Kime**, Settlor/Trustee
Social Security Number: ___-___-5357

_____
**Christine K. Kime**, Settlor/Trustee
Social Security Number: ___-___-6232

STATE OF MICHIGAN    )
                     ) Ss.
COUNTY OF INGHAM     )

Personally came before me this 14th day of March, 2007, the above named PHILIP G. KIME and CHRISTINE K. KIME, to me known to be the persons who executed the foregoing instrument and acknowledged the same.

NOTARY SEAL

_____
NOTARY PUBLIC – Robert Joseph Roche
My Commission Expires: 11/22/2010
Ingham County, Michigan
*Acting in and for the County of Ingham*
Date of Notarial Act: March 14, 2007

Estate Planning Legal Services, PC
2565 West Maple Road
Troy, Michigan 48084