UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Heiner v. Janssen Research & Development LLC, et al*
CA# 2:16-cv-2374

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8051, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Dayle Heiner, on behalf of the Estate of Larry Heiner, is substituted for Plaintiff Larry Heiner as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE