# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*George Wentsch v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:15-cv-6083

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8057, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Cumberland Trust Investment Company, on behalf of the decedent, George Wentsch, is substituted for Plaintiff George Wentsch as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE