UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-5776** |

**THIS DOCUMENT RELATES TO:**

*DONALD HOUCK v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
**Civil Action No.: 2:17-cv-05776**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's First Motion for Leave to File First Amended/Corrected Complaint, R. Doc. 8060.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's First Motion for Leave to File First Amended/Corrected Complaint is hereby GRANTED.

Signed New Orleans, Louisiana this 30th day of November, 2017.

_____
United States District Court Juge