MINUTE ENTRY
FALLON, J.
NOVEMBER 30, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL NO. 2592
      PRODUCTS LIABILITY LITIGATION

          SECTION: L

THIS DOCUMENT RELATES TO:      JUDGE FALLON
Various Cases      MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  Sindhu Daniel, Esq. and Lenny Davis, Esq. for Plaintiffs
      Susan Sharko, Esq., Jessica Brennan, Esq. and John Olinde, Esq. for Defendants
      Charles Orr, Esq., by phone, for certain Plaintiffs
      Lisa Gorshe, Esq., by phone, for certain Plaintiffs
      Jennifer Lenz, Esq., by phone for certain Plaintiffs
      Ryan Purdue, Esq., by phone for certain Plaintiffs
      Barrett Beasley, Esq., by phone for certain Plaintiffs
      Pam McLemore, Esq., by phone for certain Plaintiffs
      Ryan Cavanaugh, Esq., by phone for certain Plaintiffs
      Hunter Linville, Esq., by phone for certain Plaintiffs
      Dean Venizelos, Esq., by phone for certain Plaintiffs

## Show Cause Hearing:

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone.

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:    :56