# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| | : | |
| *Bruce Blackburn v.* *Janssen Ortho, LLC, et al.*, 2:16-cv-12459 | : : | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Motion for Withdrawal and Substitution of Counsel of Record, R.. Doc. 8093,

**IT IS HEREBY ORDERED** that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. are withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorneys Joseph C. Peiffer and Daniel Carr of the law firm of Peiffer, Rosca, Wolf, Abdullah, Carr & Kane and attorney Michael B. Lynch of the law firm of The Michael Brady Lynch Firm be enrolled as counsel of record for plaintiff in MDL No. 2592 and member case *Blackburn, 2:16-cv-12459*.

New Orleans, Louisiana this 4th day of December, 2017

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**