# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA JACKSON as personal representative Of the estate of VICKIE MORRIS ) | |
| ) | MDL NO. 2592 |
| Plaintiffs.           ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v.            ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH &       ) | CIVIL ACTION NO. 2:17-cv-11609 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN    ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A   ) | |
| JANSSEN PHARMACEUTICA INC,    ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN    ) | |
| PHARMACEUTICALS INC.,       ) | |
| JOHNSON & JOHNSON COMPANY   ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC,   ) | |
| BAYER PHARMA AG,          ) | |
| BAYER CORPORATION, BAYER    ) | |
| HEALTHCARE AG, AND BAYER AG,  ) | |
| Defendants.          ) | |

## ORDER GRANTING EX PARTE
## MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Ex Parte Motion to Amend Complaint, R. Doc. 8084, and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiffs, Victoira Jackson as personal representative of the estate of Vickie Morris', Motion to Amend Complaint is GRANTED. Plaintiff is hereby granted leave

to file the First Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this __4th___ day of __December_____, 2017 into the United States

Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON