UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Philip Kime, et al v. Janssen Research & Development LLC, et al*
CA# 2:16-cv-12673

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8086, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Christine Kime, on behalf of the decedent, Philip Kime, is substituted for Plaintiff Philip Kime as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 4th day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE