UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Alvin Goldey *v. Janssen Research & Development, LLC et al;***
**Civil Action No. 2:15-cv-03612**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Alvin Goldey, which occurred on August 9, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Alvin Goldey's estate.

Dated: December 4, 2017                      Respectfully Submitted,

                                             /s/ Jacob Levy

                                             Jacob Levy
                                             Gray & White
                                             713 E. Market St. #200
                                             Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 4th day of December 2017.

                                             /s/ Jacob Levy
                                             Gray & White