UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Alvin Goldey *v. Janssen Research & Development, LLC et al;***
    **Civil Action No. 2:15-cv-03612**

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES**

Comes now Plaintiff, Alvin Goldey, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Alvin Goldey with Janet Goldey, Personal Representative of the Estate of Alvin Goldey.

1. Plaintiff passed away on August 8, 2017 as reported to the Court in the Suggestion of Death filed December 4, 2017.

2. On November 8, 2017 the Montgomery County District Court Judge of the Probate Division, entered an order naming Janet Goldey the Executrix of the Estate of Alvin Goldey.

3. Thus, as death does not extinguish his cause of action, Plaintiff moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Janet Goldey, Personal Representative of the Estate of Alvin Goldey as the named party in the place of Alvin Goldey.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: December 4, 2017                                         Respectfully Submitted,

                                                                                      /s/ Jacob Levy

                                                                                      Jacob Levy
                                                                                      Gray & White
                                                                                      713 E. Market St. #200

Louisville, KY 40202

## CERTIFICATE OF SERVICE

  I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 4th day of December 2017.

                  /s/ Jacob Levy
                  Gray & White