UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | } | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION } | } } } | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

This Document relates to:

**Alvin Goldey** *v. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:15-cv-03612**

## ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Janet Goldey, as Personal Representative of the Estate of Alvin Goldey as Plaintiff in the place of Alvin Goldey, in the above referenced action. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED. The Clerk of the Court is hereby directed to correct the Caption to reflect the substituted party.


Signed, this _____ day of _____, 2017

_____
Honorable Eldon E. Fallon
U.S. District Court Judge