UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L, DIVISION 5 |
| *Robert Usher v.* *Janssen Ortho, LLC, et al.*, 2:16-cv-12470 | : : | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Motion for Withdrawal and Substitution of Counsel of Record, R. Doc. 8094

**IT IS HEREBY ORDERED** that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. are withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorneys Joseph C. Peiffer and Daniel Carr of the law firm of Peiffer, Rosca, Wolf, Abdullah, Carr & Kane, and attorney Michael B. Lynch of the law firm of The Michael Brady Lynch Firm be enrolled as counsel of record for plaintiff in MDL No. 2592 and member case *Usher, 2:16-cv-12470.*

New Orleans, Louisiana this 4th day of December, 2017.

*/s/ Eldon E. Fallon*
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**