UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAG. JUDGE NORTH |

*************************************************

**THIS DOCUMENT RELATES TO:**
*Barbara Henry. v. Janssen Research & Development LLC, et al.,*
**Case No. 2:17-cv-02667**

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant her an additional thirty (30) days from the date an Order is entered in which to effect service on Defendants, including via the streamlined procedures for informal service of process set forth in Pre-Trial Orders 10, 10A and 10B. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated: December 5, 2017                    Respectfully submitted,

                                           By:    */s/ John J. Driscoll*
                                                  John J. Driscoll
                                                  Christopher J. Quinn
                                                  THE DRISCOLL FIRM, P.C.
                                                  211 N. Broadway, 40th Floor
                                                  St. Louis, MO 63102
                                                  Tel: (314) 932-3232
                                                  Fax: (314) 932-3233
                                                  john@thedriscollfirm.com
                                                  chris@thedriscollfirm.com

                                                  *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: */s/ John J. Driscoll*
John J. Driscoll
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com

*Attorneys for Plaintiff*