UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

*************************************************

**THIS DOCUMENT RELATES TO:**
*Barbara Henry. v. Janssen Research & Development LLC, et al.,*
Case No. 2:17-cv-02667

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant her an additional thirty (30) days from the date an Order is entered in which to effect service on Defendants, including via the streamlined procedures for informal service of process set forth in Pre-Trial Orders 10, 10A and 10B. In support of this motion, Plaintiff states as follows:

Plaintiff filed her complaint against Defendants on March 29, 2017. *See* Rec. Doc. 1. The Court granted undersigned counsel's motion for substitution of counsel on November 8, 2017 (Rec. Doc. 7977), and Plaintiff submitted her Plaintiff Fact Sheet along with medical and pharmacy records documenting Plaintiff's Xarelto-related injury. In response, Defendants submitted a Notice of Unserved Complaint, which alerted Counsel to discover service had not been completed. Defendants were apparently not served due to an oversight.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by the Plaintiff herein, and Defendants have had actual notice of Plaintiffs' claims and allegations since at least the

1

time Plaintiff filed her complaint. As such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that this Court grant her an additional thirty (30) days from the date an Order is entered in which to effect service on Defendants, including via the streamlined procedures for informal service of process set forth in Pre-Trial Orders 10, 10A and 10B, and such other and further relief the Court deems just and proper.

Dated: December 5, 2017

Respectfully submitted,

By: */s/ John J. Driscoll*
John J. Driscoll
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By:  */s/ John J. Driscoll*
John J. Driscoll
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com

*Attorneys for Plaintiff*