UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| | **JURY TRIAL DEMANDED** |
| | Civil Action No.: 2:17-cv-11052 |

**THIS DOCUMENT RELATES TO:**

*ANTHONY NIGRO and SANDRA NIGRO v. JANSSEN RESEARCH AND DEVELOPMENT, LLC ET AL.*

**PLAINTIFF'S EX PARTE MOTION TO AMEND/CORRECT COMPLAINT**

Plaintiff, Anthony Nigro, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned Counsel, hereby seeks to amend/correct the Complaint attached hereto. In support of Plaintiff's Motion, Plaintiff states the following:

1. On October 13, 2017, Plaintiff Anthony Nigro filed the above captioned matter via LAED CM/CF and service was executed thereafter on November 16, 2017.

2. The original Complaint mistakenly alleged that Anthony Nigro and Sandra Nigro were legally married.

3. Because Plaintiff Anthony Nigro is not legally married to Sandra Nigro, the caption of the Amended/Corrected Complaint is revised to remove Sandra Nigro as a Plaintiff; count eleven pertaining to Loss of Consortium in the original complaint is stricken; and where appropriate in the Amended/Corrected Complaint, any references to Sandra Nigro as Plaintiff/Spouse are deleted.

Wherefore, it is hereby requested that this Ex Parte Motion to Amend/Correct Complaint is granted.

Dated: December 6, 2017        Respectfully submitted

By:    /s/ Michelle A. Parfitt
       Michelle A. Parfitt (Va. Bar No.: 33650)
       mparfitt@ashcraftlaw.com
       James F. Green (Va. Bar No.: 24915)
       jgreen@ashcraftlaw.com
       ASHCRAFT & GEREL LLP
       4900 Seminary Road, Ste. 650
       Alexandria, VA 22311
       Phone: (703) 931-5500
       Fax:  (703) 820-1656

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2017, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650)