UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *Florence Tipton, Individually and as Representative of the Estate of Robert Tipton*, 16-9891 : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

Before the Court is Plaintiff's stipulation of dismissal, R. Doc. 5301, regarding Case Number 16-2723. Plaintiff thought that she was mistakenly added to Case Number 16-2723 and filed this stipulation attempting to resolve that error. However, Plaintiff was never named in the Case Caption of C.A. 16-2723, and therefore, she was never added to that case. Rather Plaintiff Florence Tipton is a named Plaintiff in Case Number 16-9891, and that case is currently pending on the Court's docket.  Therefore,

**IT IS ORDERED** that the stipulation of dismissal, R. Doc. 5301, is hereby **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that counsel for Plaintiff Florence Tipton does not have to appear at the Show Cause Hearing scheduled for Tuesday, December 12, 2017, at 2:00pm.

New Orleans, Louisiana, on this 6th day of December, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

00417027