UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> JAMES T. MOLNAR and ) <br> DOROTHY J. MOLNAR ) <br> *Plaintiff(s)* ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC, ET AL. ) <br> *Defendant(s)* ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH <br><br> Civil No. 2:17-cv-04870-EEF-MBN |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG**

NOW INTO COURT, through undersigned counsel, come plaintiffs James T. Molnar and Dorothy J. Molnar. Plaintiffs respectfully move the Honorable Court for an extension of time within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healtcare, LLC, Bayer Healthcare AG, and Bayer AG, et al. In support of this Motion, Plaintiffs submit their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated:     December 7, 2017

By: */s/ Brian Goldstein*_____

>Brian Goldstein, Esq.
>CELLINO & BARNES, PC
>*Attorneys for Plaintiffs*
>2500 Main Place Tower
>350 Main Street
>Buffalo, New York 14202-3725
>(716) 888-8888
>Fax: (716) 854-6291
>brian.goldstein@cellinoandbarnes.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Brian Goldstein*_____
>Attorney for Plaintiff