# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| JAMES T. MOLNAR and DOROTHY J. MOLNAR | MAG. JUDGE NORTH |
| *Plaintiff(s)* | |
| | Civil No. 2:17-cv-04870-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | |
| *Defendant(s)* | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on January 17, 2018, Plaintiffs' Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healtcare, LLC, Bayer Healthcare AG, and Bayer AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated:  December 7, 2017

By:  */s/ Brian Goldstein*
Brian Goldstein, Esq.
CELLINO & BARNES, PC
*Attorneys for Plaintiffs*
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Brian Goldstein*
Attorney for Plaintiffs