AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Kenneth J. Rowell, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:17-cv-100009-EEF-MBN |
| Janssen Research and Development, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kenneth J. Rowell.

Date:   12/07/2017

/s Benjamin W. Lee
*Attorney's signature*

Benjamin W. Lee; 12697 (D.S.C.)
*Printed name and bar number*
32 Ann Street
Charleston, SC 29403

*Address*

ben@akimlawfirm.com
*E-mail address*

(843) 614-8888
*Telephone number*

(843) 494-5536
*FAX number*