# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*JERRY SAILORS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-06530*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Linda Miller, on behalf of the Estate of Jerry Sailors be substituted for Plaintiff Jerry Sailors in the above captioned cause.

Dated: _____     _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge