UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al and C.A. 14-2720 – Boudreaux, et al v. Janssen, et al | SECTION: L (5) |

## ORDER

IT IS ORDERED that within 14 days of entry of this order, counsel for each party deliver to the Case Manager any exhibit admitted or proffered into evidence at trial on compact disc (PDF format). All exhibits proffered into evidence must be on a separate CD marked "Proffered Exhibits." Any exhibits admitted under seal must be on a separate CD marked "Sealed Exhibits." Counsel shall provide two (2) sets of compact discs. Joint exhibits must be proved by plaintiff's counsel. Exhibits annotated during trial will be scanned by the Case Manager.

New Orleans, Louisiana, this 11th day of December, 2017.

**UNITED STATES DISTRICT JUDGE**

Pursuant to the Eastern District's Administrative Procedures for Electronic Case Filings, an exhibit submitted as a PDF document to be filed via ECF shall not exceed 10 Mb in size. Any lengthy exhibit submitted as a PDF document to be filed via ECF shall be divided into PDF documents not to exceed 10 Mb in size.