UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Delinda Bohanan;* Civil Action No.: 2:16-cv-12411

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Denis Bohanan as plaintiff on behalf of Estate of Delinda Bohanan.

1. Delinda Bohanan filed a claim against the defendants on May 20, 2016.

2. Subsequently, plaintiff's counsel was notified that Delinda Bohanan died on August 21, 2016. See attached Certificate of Death attached as Exhibit A.

3. Delinda Bohanan's action against the defendant survived her death and was not extinguished.

4. Denis Bohanan, as Personal Representative of the Estate of Delinda Bohanan, is a proper party to substitute for plaintiff-decedent Delinda Bohanan and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

**WHEREFORE,** Plaintiff prays that this Motion for Substitution of parties by granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: December 11, 2017                        Respectfully submitted,

/s/ Donald C. Sisson
Donald C. Sisson, CO #35825
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
dsisson@elkusandsisson.com

/s/ Reid J. Elkus
Reid J. Elkus, CO #32516
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
relkus@elkusandsisson.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Plaintiff's Motion to Substitute Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: December 11, 2017          Respectfully submitted,

/s/ Donald C. Sisson
Donald C. Sisson, CO #35825
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
dsisson@elkusandsisson.com