UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Delinda Bohanan;* Civil Action No.: 2:16-cv-12411

### ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court after having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute is hereby GRANTED, and that Denis Bohanan, as Personal Representative of the Estate of Delinda Bohanan, is substituted as Plaintiff in this action. The Clerk of the Court is hereby directed to correct the caption to reflect the substituted party.

New Orleans, Louisiana this ____ day of ____, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge