# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**AMENDED**
STATE FILE NUMBER: 2016-023865


*2016040023865*

**1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix):** DELINDA DIANNE BOHANAN
**1a. LAST NAME PRIOR TO FIRST MARRIAGE:** SULLIVAN
**2. SEX:** FEMALE
**3. SOCIAL SECURITY NUMBER:** 9949
**4. EVER IN US ARMED FORCES?:** NO
**5a. AGE—Last birthday (years):** 45
**6. DATE OF BIRTH (Mo/Day/Yr):** 1970
**7. BIRTHPLACE:** PHOENIX, ARIZONA
**8a. RESIDENCE-State:** OKLAHOMA
**8b. RESIDENCE-County:** WASHITA
**8c. RESIDENCE-City or Town:** BURNS FLAT
**8d. RESIDENCE-Zip Code:** 73624
**8e. RESIDENCE-Inside City Limits?:** YES
**8f. RESIDENCE-Street and Number:** 204 A POTOMAC
**9. MARITAL STATUS AT TIME OF DEATH:** ☒ Married
**10. SURVIVING SPOUSE'S NAME:** DENIS BOHANAN
**11. FATHER'S NAME:** MARVIN ED SULLIVAN, SR
**12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** VIVAN CAROL HARE
**13. DECEDENT OF HISPANIC ORIGIN?:** NO, NOT SPANISH/HISPANIC/LATINO
**14. DECEDENT'S RACE:** WHITE
**15. DECEDENT'S EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED
**16. DECEDENT'S USUAL OCCUPATION:** HOMEMAKER IN OWN HOME
**17. KIND OF BUSINESS / INDUSTRY:** DOMESTIC
**18a. INFORMANT'S NAME:** DENIS BOHANAN
**18b. RELATIONSHIP TO DECEDENT:** SPOUSE
**18c. MAILING ADDRESS:** 204 A POTOMAC, BURNS FLAT, OKLAHOMA 73624
**19. METHOD OF DISPOSITION:** ☒ Cremation
**20. PLACE OF DISPOSITION:** OKLAHOMA MORTUARY SERVICE
**21. LOCATION:** OKLAHOMA CITY, OKLAHOMA
**22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** AFFORDABLE CREMATION SERVICE - OKLAHOMA CITY, 10900 N. EASTERN, OKLAHOMA CITY, OKLAHOMA 73131
**23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH:** LYNDEL LEON HAMILTON
**24. FH ESTABLISHMENT LICENSE #:** 1829ES
**25. PLACE OF DEATH:** ☒ Decedent's home
**26. FACILITY NAME:** 204 A POTOMAC
**27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH:** BURNS FLAT, OKLAHOMA, 73624
**28. COUNTY OF DEATH:** WASHITA
**29. DATE OF DEATH (Mo/Day/Yr):** AUGUST 21, 2016
**30. TIME OF DEATH:** 18:02 FOUND
**31. WAS MEDICAL EXAMINER CONTACTED?:** YES
**32. WAS AN AUTOPSY PERFORMED?:** YES
**33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?:** YES

**34. PART I. CAUSE OF DEATH:**
a. + SUSPECTED COMBINED TOXIC EFFECTS OF VERAPAMIL AND MORPHINE — Approximate interval: + UNDETERMINED

**35. PART II. Other significant conditions:** + HYPERTENSIVE AND ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; OBESITY; CHRONIC TOBACCO SMOKING

1604225

**36. MANNER OF DEATH:** ☒ Accident
**37. IF FEMALE:** ☒ Unknown if pregnant within the past year
**38. DID TOBACCO USE CONTRIBUTE TO DEATH?:** ☒ Probably
**39. DATE OF INJURY:** + 08/21/2016
**40. TIME OF INJURY:** + UNKNOWN
**41. PLACE OF INJURY:** + RESIDENCE
**42. DESCRIBE HOW INJURY OCCURRED:** + DRUG OVERDOSE
**43. INJURY AT WORK?:** + NO
**44. LOCATION OF INJURY:** State: + OKLAHOMA, City or Town: + BURNS FLAT, Zip Code: + 73624, Street & Number: + 204A POTOMAC RD
**46. CERTIFIER:** ☒ MEDICAL EXAMINER
**Certifier:** + ERIC J DUVAL, DO
**47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** ERIC J. DUVAL, DO, 901 N. STONEWALL, OKLAHOMA CITY, OKLAHOMA 73117
**48. LICENSE NUMBER:** 4399OK
**49. DATE DEATH CERTIFIED:** + OCTOBER 26, 2016
**50. REGISTRAR'S SIGNATURE:** Kelly M Baker
**52. DATE RECEIVED BY STATE REGISTRAR:** AUGUST 30, 2016

**+ DENOTES AMENDED ITEMS:** Items 34,35,36,38,39,40,41,42,43,44,46,49 MEDICAL INFORMATION CHANGE/ADDITION (BOX 25-49): 10/19/2016 ED.

VOID IF ALTERED OR ERASED

Thursday, December 15, 2016 8:37:04 AM

EXHIBIT "A"