UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**
*(See cases listed in Exhibit 1, Schedule of Actions)*

### RESPONSE TO SHOW CAUSE ORDER

On October 27, 2017, this Court entered an Order requiring certain plaintiffs to show cause why they should not be held in contempt for failure to pay required filing fees.  The Order directs that "Counsel wishing to contest any matters related to payment of filing fees may do so at the hearing." *Id.* at 1.  Undersigned counsel intends to appear telephonically at the hearing but submits this brief response so that the Court has access to certain exhibits and other information which might be discussed during the hearing.

For the reasons that follow, undersigned counsel for Plaintiffs respectfully submits that no filing fees should remain due in any of the cases listed in Exhibit 1.  For purposes of this response, we have grouped these Plaintiffs into four categories: (1) Plaintiffs in cases in which filing fees have been paid; (2) Plaintiffs in cases in which no fees are due pursuant to the Court's Pretrial Order No. 11B because Stipulations for Dismissal with Prejudice were filed within nine months after the cases were filed; (3) Plaintiffs in cases in which no fees should be due because Plaintiffs submitted Stipulations for Dismissal with Prejudice to Defendants on February 15 or 16, 2017, before the nine-month deadline; and (4) Plaintiffs in cases in which no fees should be due because Plaintiffs agreed to dismiss their cases with prejudice on February 21, 2017, and submitted

Stipulations for Dismissal with Prejudice to Defendants on February 24, 2017, before the deadline for dismissal.

1. **Cases in which filing fees have been paid.**

According to our records, filing fees have been paid in the following cases:

| Case No. | Plaintiff's Name |
|---|---|
| 16-1017 | Tammie Thigpen |
| 16-102 | Talisha Molock |
| 16-10957 | Artelia Jackson |
| 16-11044 | Leslie Stafford |
| 16-11056 | Ralph Warne |
| 16-11081 | James Young |
| 16-11244 | Mohammed Harun |
| 16-11356 | Sherry McDaniel |
| 16-11778 | Mary Ann Hawkins |
| 16-12140 | Annette Gwynn |
| 16-12173 | Willena E. Natt |
| 16-12185 | Contota Richardson |
| 16-12215 | Charlie Spink |
| 16-12273 | Ray McCarty |
| 16-12294 | Wencel Splichal |
| 16-7131 | Linda Albright |
| 16-8672 | Johnathan Bethley (listed on Order as Fred Harry King) |
| 16-8756 | John Hollier obo Sedia Hollier |
| 16-8774 | Edward Jones obo Linda Jones |
| 16-9436 | Edwina Felton |
| 16-9515 | Ernest Campbell obo Ida Presley |
| 16-9525 | Lucian Williams obo Donielle Swanson |
| 16-9885 | John Smith |
| 16-9981 | Duane Thompson |

2. **Cases in which no fees are due because Stipulations for Dismissal with Prejudice were filed within nine months.**

We believe no filing fees are due in the following cases because Stipulations for Dismissal with Prejudice were filed within nine months after the cases were filed:

| Case No. | Plaintiff's Name |
|---|---|
| 16-8690 | Daniel Calix |
| 16-8731 | Ridgeway Gaines |

2

Plaintiffs in these cases were "dual filers" represented by more than one law firm. Stipulations for Dismissal of the cases in which they were represented by undersigned counsel (leaving the other cases pending) were filed on January 25, 2017, within nine months after the cases were filed. *See* Rec. Doc. 5173 and 5175.

    **3.    Cases in which no fees should be due because Plaintiffs submitted Stipulations for Dismissal with Prejudice to Defense Counsel on February 15 or 16, 2017.**

On February 15 and 16, 2017, within nine months of their cases being filed, undersigned counsel sent counsel for Defendants Stipulations for Dismissal With Prejudice of the following Plaintiffs' actions:

| Case No. | Plaintiff's Name |
|---|---|
| 16-8701 | Kristan Cubbage |
| 16-8707 | Gail Eldridge obo Robert Eldridge |
| 16-8716 | Garolyn Fields |
| 16-8733 | Renia Goode |
| 16-8747 | David Hinkley |
| 16-8762 | Jeffrey Huffman |
| 16-8769 | Marlene Jackson obo James Jackson |
| 16-8776 | Thomas Kincade |
| 16-8778 | Shelton Lewis |
| 16-8779 | Denise Lush |
| 16-8833 | Barry McLead |
| 16-8838 | Anthony McMahan |
| 16-8869 | Durand Moore |
| 16-8886 | Jeffrey Odom obo Conway Odom |
| 16-8894 | Quentin Pugh |
| 16-8960 | Harrison Sims |
| 16-9006 | David Sutton |
| 16-9012 | Latonya Swinney |
| 16-9067 | Norman Woods |
| 16-9419 | Mary Coffman |

*See* Exhibits 2 and 3. Counsel for Plaintiffs followed up with counsel for Defendants on February 17, 2017 and also provided Plaintiffs' names to a member of the PSC. *See* Exhibits 4 and 7.

On February 24, 2017, counsel for Defendants requested revisions and directed counsel for Plaintiffs to return the revised stipulations to counsel for Defendants for review and filing. *See* Exhibits 5 and 6. Counsel for Plaintiffs returned the revised documents that day. *See* Exhibit 7. On March 9, 2017, counsel for Plaintiffs filed a response to a show cause order involving some of these Plaintiffs in which counsel noted:

> Plaintiffs' counsel sought consent from counsel for defendants to file stipulations of dismissal with prejudice in the cases listed on the attached Exhibit C (and multiple other cases) via electronic mail. Counsel for defendants requested that counsel for plaintiffs revise the some of the stipulations before returning them to defense counsel for review and filing. Counsel for plaintiffs did so; however, counsel for defendants have not yet had the opportunity to review and file the stipulations.

Rec. Doc. 5675 at p. 2. Although Plaintiffs had stipulated to the prejudicial dismissal of their actions prior to the expiration of the nine-month deadline, counsel for Defendants did not file the stipulations until April 6 and April 7, 2017, after the nine-month deadline had expired. *See* Rec. Doc. 7887-1 (listing docket numbers and filing dates). Plaintiffs and their attorneys respectfully submit that no filing fees should be due pursuant to the Court's Pretrial Order under these circumstances.

**4.  Cases in which no fees should be due because Plaintiffs agreed to dismiss their cases with prejudice on February 21, 2017, and submitted Stipulations for Dismissal with Prejudice to Defense Counsel on February 24, 2017.**

Finally, counsel for Plaintiffs respectfully submits that no filing fees should be owed by the remaining Plaintiffs, who also agreed to dismiss their cases with prejudice prior to the expiration of the nine-month deadline:

| Case No. | Plaintiff's Name |
| --- | --- |
| 16-10866 | Charles Bell |
| 16-10887 | Adrenn Clayton |
| 16-12068 | Christuma Allen |
| 16-12086 | Charles Berner |

| | |
|---|---|
| 16-12106 | Janet Gamble Shannon |
| 16-12254 | Gregory Clark |
| 16-9414 | Paul Chappelear obo Evenlyn Chappelear |
| 16-9511 | Rene Martel obo Jenette Martel |
| 16-9516 | Matthew Schneibel |
| 16-9585 | Patricia Wilson |
| 16-9587 | Sabreana Patterson obo Ebony Young |

During the email exchanges described above, counsel for Plaintiffs notified counsel for Defendants that these Plaintiffs were also willing to stipulate to the dismissal of their cases with prejudice and included their stipulations with the set of revised Stipulations for Dismissal returned to counsel for Defendants under cover of February 24, 2017. Defendants also filed these Stipulations for Dismissal on April 6 and 7, 2017. For the reasons stated above, Plaintiffs and their attorneys respectfully submit that no filing fees should be due pursuant to the Court's Pretrial Order under these circumstances.

Signed: December 11, 2017                                 Respectfully submitted,

By:    */s/ Christopher J. Quinn*_____
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 11, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

> */s/ Christopher J. Quinn*
> Christopher J. Quinn
> THE DRISCOLL FIRM, P.C.
> 211 N. Broadway, 40th Floor
> St. Louis, MO 63102
> Tel: (314) 932-3232
> Fax: (314) 932-3233
> chris@thedriscollfirm.com
>
> *Attorneys for Plaintiff*