**Exhibit 1**
**Schedule of Actions**

| Case No. | Plaintiff's Name |
|---|---|
| 16-1017 | Tammie Thigpen |
| 16-102 | Talisha Molock |
| 16-10866 | Charles Bell |
| 16-10887 | Adrenn Clayton |
| 16-10957 | Artelia Jackson |
| 16-11044 | Leslie Stafford |
| 16-11056 | Ralph Warne |
| 16-11081 | James Young |
| 16-11244 | Mohammed Harun |
| 16-11356 | Sherry McDaniel |
| 16-11778 | Mary Ann Hawkins |
| 16-12068 | Christuma Allen |
| 16-12086 | Charles Berner |
| 16-12106 | Janet Gamble Shannon |
| 16-12140 | Annette Gwynn |
| 16-12173 | Willena E. Natt |
| 16-12185 | Contota Richardson |
| 16-12215 | Charlie Spink |
| 16-12254 | Gregory Clark |
| 16-12273 | Ray McCarty |
| 16-12294 | Wencel Splichal |
| 16-7131 | Linda Albright |
| 16-8672 | Johnathan Bethley |
| 16-8690 | Daniel Calix |
| 16-8701 | Kristan Cubbage |

| | |
|---|---|
| 16-8707 | Gail Eldridge obo Robert Eldridge |
| 16-8716 | Garolyn Fields |
| 16-8731 | Ridgeway Gaines |
| 16-8733 | Renia Goode |
| 16-8747 | David Hinkley |
| 16-8756 | John Hollier obo Sedia Hollier |
| 16-8762 | Jeffrey Huffman |
| 16-8769 | Marlene Jackson obo James Jackson |
| 16-8774 | Edward Jones obo Linda Jones |
| 16-8776 | Thomas Kincade |
| 16-8778 | Shelton Lewis |
| 16-8779 | Denise Lush |
| 16-8833 | Barry McLead |
| 16-8838 | Anthony McMahan |
| 16-8869 | Durand Moore |
| 16-8886 | Jeffrey Odom obo Conway Odom |
| 16-8894 | Quentin Pugh |
| 16-8960 | Harrison Sims |
| 16-9006 | David Sutton |
| 16-9012 | Latonya Swinney |
| 16-9067 | Norman Woods |
| 16-9414 | Paul Chappelear obo Evenlyn Chappelear |
| 16-9419 | Mary Coffman |
| 16-9436 | Edwina Felton |
| 16-9511 | Rene Martel obo Jenette Martel |
| 16-9515 | Ernest Campbell obo Ida Presley |
| 16-9516 | Matthew Schneibel |
| 16-9525 | Lucian Williams obo Donielle Swanson |

| | |
|---|---|
| 16-9585 | Patricia Wilson |
| 16-9587 | Sabreana Patterson obo Ebony Young |
| 16-9885 | John Smith |
| 16-9981 | Duane Thompson |