# Chris Quinn

| | |
|---|---|
| **From:** | Chris Quinn |
| **Sent:** | Wednesday, February 15, 2017 5:08 PM |
| **To:** | Daly, Daryl; Rothman, Alan; 'Kelly Brilleaux' |
| **Cc:** | Stephanie Lyons; Tara King |
| **Subject:** | RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560 |
| **Attachments:** | Stipulation for Dismissal - Norman Woods.docx; Stipulation for Dismissal - Charles Wilson.docx; Stipulation for Dismissal - Nancy Voorhees.docx; Stipulation for Dismissal - Victoria Tyler.docx; Stipulation for Dismissal - Gladys Turman.docx; Stipulation for Dismissal - Richard Griffin.docx; Stipulation for Dismissal - Robert Eldridge.docx; Stipulation for Dismissal - Garolyn Fields.docx; Stipulation for Dismissal - James Jackson.docx; Stipulation for Dismissal - Thomas Kincade.docx; Stipulation for Dismissal - Durand Moore.docx; Stipulation for Dismissal - Quentin Pugh.docx; Stipulation for Dismissal - Latonya Swinney.docx; Stipulation for Dismissal - Robert Bryant.docx; Stipulation for Dismissal - Charles Rivera.docx; Stipulation for Dismissal - Cathy Worken.docx; Stipulation for Dismissal - Jeffrey Huffman.docx; Stipulation for Dismissal - Donald Edwards.docx; Stipulation for Dismissal - Renia Goode.docx; Stipulation for Dismissal - Harrison Sims.docx; Stipulation for Dismissal - Denise Lush.docx; Stipulation for Dismissal - Jonathan Bethly.docx; Stipulation for Dismissal - Shelton Lewis.docx; Stipulation for Dismissal - Barry McLead.docx; Stipulation for Dismissal - Ora Bailey.docx; Stipulation for Dismissal - Mary Coffman.docx; Stipulation for Dismissal - Jean Crisp.docx; Stipulation for Dismissal - Kristan Cubbage.docx; Stipulation for Dismissal - Suzanne Duby.docx; Stipulation for Dismissal - Aaron Dunlap.docx; Stipulation for Dismissal - Ronald Dusenberry.docx; Stipulation for Dismissal - Michael Francis.docx; Stipulation for Dismissal - Patrick Hartnett.docx; Stipulation for Dismissal - Anthony McMahan.docx; Stipulation for Dismissal - Richard Murphy.docx; Stipulation for Dismissal - Colleen Morse.docx; Stipulation for Dismissal - Conway Odom.docx; Stipulation for Dismissal - Sherrone Owens.docx; Stipulation for Dismissal - David Sutton.docx; Stipulation for Dismissal - Lois Thayer.docx; Stipulation for Dismissal - Phillip Thornburg.docx; Stipulation for Dismissal - David Moyed.docx |

Counsel:

Please let me know if the attached 42 stips for dismissal are acceptable to defendants.  Thank you.


**From:** Daly, Daryl [mailto:Daryl.Daly@dbr.com]
**Sent:** Wednesday, February 01, 2017 4:01 PM
**To:** Chris Quinn <Chris@thedriscollfirm.com>
**Cc:** Rothman, Alan <Alan.Rothman@kayescholer.com>; 'Kelly Brilleaux' <kbrilleaux@irwinllc.com>; Dawn McVickar <dawn@thedriscollfirm.com>; Stephanie Lyons <Stephanie@thedriscollfirm.com>
**Subject:** RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560

Chris,

Janssen defendants do not object.  I just revised the stipulations attached to correct for some spacing issues.

Thanks
Daryl