# Chris Quinn

| | |
|---|---|
| **From:** | Chris Quinn |
| **Sent:** | Thursday, February 16, 2017 6:08 PM |
| **To:** | 'Daly, Daryl'; 'Rothman, Alan'; 'Kelly Brilleaux' |
| **Cc:** | Stephanie Lyons; Tara King |
| **Subject:** | Xarelto - David Hinkley, Case No. 2:16-cv-8747 |
| **Attachments:** | Stipulation for Dismissal - David Hinkley.docx |

Counsel:

Please let me know if the attached stipulation for dismissal is acceptable to defendants.  Thank you.

---

**From:** Daly, Daryl [mailto:Daryl.Daly@dbr.com]
**Sent:** Wednesday, February 01, 2017 4:01 PM
**To:** Chris Quinn <Chris@thedriscollfirm.com>
**Cc:** Rothman, Alan <Alan.Rothman@kayescholer.com>; 'Kelly Brilleaux' <kbrilleaux@irwinllc.com>; Dawn McVickar <dawn@thedriscollfirm.com>; Stephanie Lyons <Stephanie@thedriscollfirm.com>
**Subject:** RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560

Chris,

Janssen defendants do not object.  I just revised the stipulations attached to correct for some spacing issues.

Thanks
Daryl

---

**From:** Chris Quinn [mailto:Chris@thedriscollfirm.com]
**Sent:** Wednesday, February 01, 2017 3:35 PM
**To:** Daly, Daryl
**Cc:** Rothman, Alan; 'Kelly Brilleaux'; Dawn McVickar; Stephanie Lyons
**Subject:** RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560

Counsel:

Please let me know if the attached stipulations for dismissal are acceptable.

*Florence Carter, Case No. 2:16-cv-11152*
*Charles Griffin, Case No. 2:16-cv-11771*
*James Heath, Case No. 2:16-cv-10940*

Thank you.

---

**From:** Daly, Daryl [mailto:Daryl.Daly@dbr.com]
**Sent:** Thursday, January 05, 2017 2:06 PM
**To:** Chris Quinn <Chris@thedriscollfirm.com>

1