# Chris Quinn

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Friday, February 24, 2017 11:46 AM |
| **To:** | Chris Quinn |
| **Cc:** | Stephanie Lyons; Tara King |
| **Subject:** | RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560 |
| **Attachments:** | Stipulation Template (00397991xA60FC).docx |

Chris,

Counsel for Defendants have reviewed the 42 stipulations of dismissal with prejudice and have a few edits.

First, for all of the stipulations, the caption needs to list each of the named Defendants for the respective action. I have checked the dockets of all 42 cases, and each case lists all ten of the same defendants.

Second, the stipulations do not include a certificate of service, as required for all filed documents per the local rules.

I've attached a template stipulation with a sample caption and certificate of service for you to use for each of the stipulations.

Finally, eleven of the 42 stipulations need revisions. One—Norman Woods—states the name of another Plaintiff in the body. In the remaining ten, the stipulation lists the Xarelto user (deceased) in the caption, rather than the plaintiff. The correct names for the captions are listed below for your reference.

1. Gladys Turman 16-11052
   - NOTE: states user, should be "Gregory Turman on behalf of Gladys Turman, deceased"
2. Richard Griffin 16-10910
   - Note: states user, should be "Senora Smith on behalf of Richard Griffin, deceased"
3. Robert Eldridge 16-08707
   - Note: states user, should be "Gail Eldridge on behalf of Robert Eldridge, deceased"
4. James Jackson 16-08769
   - Note: states user, should be "Marlena Jackson on behalf of James Jackson, deceased"
5. Cathy Worken 16-11078
   - Note: states user, should be "Larry Goshorn on behalf of Cathy Worken, deceased"
6. Jean Crisp 16-09714
   - Note: states user, should be "Tonya McClain on behalf of Jean Crisp, deceased"
7. Ronald Dusenberry 16-09719
   - Note: states user, should be "Lisa Bowen on behalf of Ronald Dusenberry, deceased"
8. Michael Francis 16-10902
   - Note: states user, should be "William Francis on behalf of Michael Francis, deceased"
9. Richard Murphy 16-09782
   - Note: states user, should be "Geraldine Murphy on behalf of Richard Murphy, deceased"
10. Conway Odom 16-08886
    - Note: states user, should be "Jeffrey Odom on behalf of Conway Odom, deceased"

Please review and let me know if you agree with these proposed revisions. If so, please send the revised versions for our review and filing. Thank you.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Chris Quinn [mailto:Chris@thedriscollfirm.com]
**Sent:** Wednesday, February 15, 2017 5:08 PM
**To:** Daly, Daryl <Daryl.Daly@dbr.com>; Rothman, Alan <Alan.Rothman@kayescholer.com>; Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Stephanie Lyons <Stephanie@thedriscollfirm.com>; Tara King <Tara@thedriscollfirm.com>
**Subject:** RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560

Counsel:

Please let me know if the attached 42 stips for dismissal are acceptable to defendants.  Thank you.


**From:** Daly, Daryl [mailto:Daryl.Daly@dbr.com]
**Sent:** Wednesday, February 01, 2017 4:01 PM
**To:** Chris Quinn <Chris@thedriscollfirm.com>
**Cc:** Rothman, Alan <Alan.Rothman@kayescholer.com>; 'Kelly Brilleaux' <kbrilleaux@irwinllc.com>; Dawn McVickar <dawn@thedriscollfirm.com>; Stephanie Lyons <Stephanie@thedriscollfirm.com>
**Subject:** RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560

Chris,

Janssen defendants do not object.  I just revised the stipulations attached to correct for some spacing issues.

Thanks
Daryl

**From:** Chris Quinn [mailto:Chris@thedriscollfirm.com]
**Sent:** Wednesday, February 01, 2017 3:35 PM
**To:** Daly, Daryl
**Cc:** Rothman, Alan; 'Kelly Brilleaux'; Dawn McVickar; Stephanie Lyons
**Subject:** RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560

Counsel:

Please let me know if the attached stipulations for dismissal are acceptable.