# Chris Quinn

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Friday, February 24, 2017 1:11 PM |
| **To:** | Chris Quinn |
| **Cc:** | Stephanie Lyons; Tara King |
| **Subject:** | RE: Xarelto - David Hinkley, Case No. 2:16-cv-8747 |
| **Attachments:** | Stipulation Template (00397991xA60FC).docx |

Chris,

As addressed in my prior email, please revise this stipulation to include the defendants named in this action in the caption, as well as the certificate of service.

I've attached the template for your reference. Thanks!

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Chris Quinn [mailto:Chris@thedriscollfirm.com]
**Sent:** Thursday, February 16, 2017 6:08 PM
**To:** 'Daly, Daryl' <Daryl.Daly@dbr.com>; 'Rothman, Alan' <Alan.Rothman@kayescholer.com>; Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Stephanie Lyons <Stephanie@thedriscollfirm.com>; Tara King <Tara@thedriscollfirm.com>
**Subject:** Xarelto - David Hinkley, Case No. 2:16-cv-8747

Counsel:

Please let me know if the attached stipulation for dismissal is acceptable to defendants.  Thank you.

**From:** Daly, Daryl [mailto:Daryl.Daly@dbr.com]
**Sent:** Wednesday, February 01, 2017 4:01 PM
**To:** Chris Quinn <Chris@thedriscollfirm.com>
**Cc:** Rothman, Alan <Alan.Rothman@kayescholer.com>; 'Kelly Brilleaux' <kbrilleaux@irwinllc.com>; Dawn McVickar