# Chris Quinn

| | |
|---|---|
| **From:** | Chris Quinn |
| **Sent:** | Friday, February 24, 2017 4:55 PM |
| **To:** | 'Kelly Brilleaux' |
| **Cc:** | Stephanie Lyons; Tara King |
| **Subject:** | RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560 |
| **Attachments:** | Allen, Christuma.docx; Amos, Henry.docx; Bailey, Ora.docx; Bell, Charles.docx; Berner, Charles.docx; Bethly, Jonathan.docx; Bryant,Robert.docx; Chappelear, Evelyn.docx; Clark, Gregory.docx; Clayton, Adrenn.docx; Coffman, Mary.docx; Crisp, Jean.docx; Cubbage, Kristan.docx; Duby, Suzanne.docx; Dunlap, Aaron.docx; Dusenberry, Ronald.docx; Edwards, Donald.docx; Eldridge, Robert.docx; Fields, Garolyn.docx; Francis, Michael.docx; Gamble Shannon, Janet.docx; Goode, Renia.docx; Griffin,Richard.docx; Hartnett, Patrick.docx; Hinkley, David.docx; Huffman, Jeffrey.docx; Jackson, James.docx; Johnson, Dorothy.docx; Kincade, Thomas.docx; Lewis, Shelton.docx; Lush, Denise.docx; Martel, Jennette.docx; McLead, Barry.docx; McMahan, Anthony.docx; Moore, Durand.docx; Morse, Colleen.docx; Moyed, David.docx; Muhammad, Rodney.docx; Murphy, Richard.docx; Odom, Conway.docx; Owens, Sherrone.docx; Pugh, Quentin.docx; Rivera, Charles.docx; Schneibel, Matthew.docx; Sims, Harrison.docx; Singei, David.docx; Sutton, David.docx; Swinney, Latonya.docx; Thayer, Lois.docx; Thornburg, Phillip.docx; Turman, Gladys.docx; Tyler, Victoria.docx; Voorhees, Nancy.docx; Wilson, Charles.docx; Wilson., Patricia.docx; Woods, Norman.docx; Worken, Cathy.docx; Young, Ebony.docx |

Here is the complete set using the new template.  We did not include Mobley.  Thanks.

---

**From:** Chris Quinn
**Sent:** Friday, February 24, 2017 1:32 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Stephanie Lyons <Stephanie@thedriscollfirm.com>; Tara King <Tara@thedriscollfirm.com>
**Subject:** RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560

Thank you.  We will make these changes and use this form going forward.

In addition to these, we sent one (David Hinkley, Case No. 2:16-cv-8747) on 2/16.  We will revise that to use this form.  Also, I believe Sindhu Daniels reached out about these 43 and 16 others on 2/20.  We will revise those also:

| | |
|---|---|
| Patricia Wilson | Case No. 2:16-cv-09585 |
| Evelyn Chappelear | Case No. 2:16-cv-9414 |
| Henry Amos | Case No. 2:16-cv-06499 |
| David Singei | Case No. 2:16-cv-11847 |
| Rodney Muhammad | Case No. 2:16-cv-11829 |
| Jennette Martel | Case No. 2:16-cv-09511 |
| Matthew Schneibel | Case No. 2:16-cv-09516 |
| Charles Bell | Case No. 2:16-cv-10866 |
| Adrenn Clayton | Case No. 2:16-cv-10887 |
| Dorothy Johnson | Case No. 2:16-cv-11262 |
| Charles Berner | Case No. 2:16-cv-12086 |
| Christuma Allen | Case No. 2:16-cv-12068 |
| Ebony Young | Case No. 2:16-cv-09587 |
| Janet Gamble Shannon | Case No. 2:16-cv-12106 |
| Gregory Clark | Case No. 2:16-cv-12254 |

Anthony Mobley        Case No. 2:16-cv-12278

---

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Friday, February 24, 2017 11:46 AM
**To:** Chris Quinn <Chris@thedriscollfirm.com>
**Cc:** Stephanie Lyons <Stephanie@thedriscollfirm.com>; Tara King <Tara@thedriscollfirm.com>
**Subject:** RE: In Re: Xarelto - Charles Wallace, Case No. 2:16-cv-9560

Chris,

Counsel for Defendants have reviewed the 42 stipulations of dismissal with prejudice and have a few edits.

First, for all of the stipulations, the caption needs to list each of the named Defendants for the respective action. I have checked the dockets of all 42 cases, and each case lists all ten of the same defendants.

Second, the stipulations do not include a certificate of service, as required for all filed documents per the local rules.

I've attached a template stipulation with a sample caption and certificate of service for you to use for each of the stipulations.

Finally, eleven of the 42 stipulations need revisions. One—Norman Woods—states the name of another Plaintiff in the body. In the remaining ten, the stipulation lists the Xarelto user (deceased) in the caption, rather than the plaintiff. The correct names for the captions are listed below for your reference.

1. Gladys Turman 16-11052
   - NOTE: states user, should be "Gregory Turman on behalf of Gladys Turman, deceased"
2. Richard Griffin 16-10910
   - Note: states user, should be "Senora Smith on behalf of Richard Griffin, deceased"
3. Robert Eldridge 16-08707
   - Note: states user, should be "Gail Eldridge on behalf of Robert Eldridge, deceased"
4. James Jackson 16-08769
   - Note: states user, should be "Marlena Jackson on behalf of James Jackson, deceased"
5. Cathy Worken 16-11078
   - Note: states user, should be "Larry Goshorn on behalf of Cathy Worken, deceased"
6. Jean Crisp 16-09714
   - Note: states user, should be "Tonya McClain on behalf of Jean Crisp, deceased"
7. Ronald Dusenberry 16-09719
   - Note: states user, should be "Lisa Bowen on behalf of Ronald Dusenberry, deceased"
8. Michael Francis 16-10902
   - Note: states user, should be "William Francis on behalf of Michael Francis, deceased"
9. Richard Murphy 16-09782
   - Note: states user, should be "Geraldine Murphy on behalf of Richard Murphy, deceased"
10. Conway Odom 16-08886
    - Note: states user, should be "Jeffrey Odom on behalf of Conway Odom, deceased"

Please review and let me know if you agree with these proposed revisions. If so, please send the revised versions for our review and filing. Thank you.

**Kelly E. Brilleaux**