IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

******************************************
THIS DOCUMENT RELATES TO:
| | |
|---|---|
| 16-10031 | CHARLES SCOTT |
| 16-10314 | ELEANOR BOLTZ |
| 16-10322 | ESMERALD JARAMILO |
| 16-10488 | JAMES BERRY |
| 16-10494 | JERRY SLOCUM |
| 16-10964 | WILLIAM FRIDAY |
| 16-7683 | ARNOLD LAWRENCE |
| 16-7887 | BETTY SINEATH |
| 16-8172 | GEORGE SANCHEZ |
| 16-8290 | HELEN HICKS, DECEASED |
| 16-8292 | JANET CLAYBOURNE |
| 16-8308 | KEE MANYGOATS |
| 16-8311 | LOIS BELT |
| 16-8471 | MARIANNA BELLUOMINI |
| 16-9692 | BARBARA IVEY |
| 16-9693 | BARBARA JACKSON |
| 16-9968 | CHARLES OELZE |

**CERTAIN PLAINTIFFS' RESPONSE TO THE ORDER TO
SHOW CAUSE REGARDING UNPAID FILING FEES**

COME NOW the plaintiffs in the cases listed above, by and through their undersigned counsel, being Jacoby & Meyers, LLC, and The Cochran Firm Birmingham, P.C., and, in response to the Court's order to show cause (Docs. 7887, 7887-1) why they should not be held in contempt for failure to pay required filing fees, say as follows:

1. Counsel for the plaintiffs in each of the above-listed cases now have paid the filing fees and are not in contempt of this Court for failure to pay same.

2. In order to avoid the taint of potential violation of an order, the filing fees in each of the above cases were paid even though plaintiffs' counsel believe that such fees in certain of the above cases are not due under the provisions of PTO 11B (Doc. 1117) because counsel timely acted to accomplish the dismissal of certain of the above cases, and will seek appropriate relief upon a definitive determination regarding same.

Birmingham, Alabama
December 11, 2017

                                      Respectfully submitted,

                                      **/s/  Michael Allsup**_____
Michael Allsup
Alabama Bar No. ASB-3951-L42M
michael.allsup@jacobymeyers.com

Jacoby & Meyers, LLC
1929 Third Avenue North, Suite 800
Birmingham, Alabama 35203
Telephone (205) 380-7070
Facsimile (205) 244-1171

                                      **/s/  Joseph J. Siegelman**_____
Joseph J. Siegelman
Alabama Bar No. ASB-6058-B92D
jsiegelman@cochranfirm.com

                                      **/s/  John J. Givens**_____
John J. Givens
Alabama Bar No. ASB-8862-H65G
johngivens@cochranfirm.com

The Cochran Firm Birmingham, P.C.
222 20th Street North, Suite 800
Birmingham, Alabama 35203
Telephone (205) 244-1115
Facsimile (205) 244-1171

**Attorneys for Plaintiffs in the
Cases Listed Above**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 11, 2017, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**/s/ Michael Allsup**
Of Counsel