UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Alvin Goldey v. Janssen Research & Development LLC, et al*
CA# 2:15-cv-3612

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8113, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Janet Goldey, as Personal Representative of the Estate of Alvin Goldey, is substituted for Plaintiff Alvin Goldey as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE