UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** <br><br> Civil Action No.: <u>2:17-cv-11052</u> |

**THIS DOCUMENT RELATES TO:**

*ANTHONY NIGRO and SANDRA NIGRO v. JANSSEN RESEARCH AND DEVELOPMENT, LLC ET AL.*

### ORDER GRANTING EX PARTE MOTION TO AMEND/CORRECT COMPLAINT

This matter having come before the Court on the Ex Parte Motion to Amend Complaint, R. Doc. 8121, and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend/Correct Complaint is GRANTED. Plaintiff is hereby granted leave to file First Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this \_\_\_\_11th\_\_\_\_ day of \_\_\_December\_\_\_, 2017 into the United States Eastern District Court of Louisiana

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON