MINUTE ENTRY
FALLON, J.
DECEMBER 12, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Lanie Smith

Appearances:   Andy Birchfield, Esq., for Plaintiffs
               Steve Glickstein, Esq., Rick Sarver, Esq. and Susan Sharko, Esq., for Defendants

Rule 59 Motion of Plaintiff, Dora Mingo, for New Trial     (7586)

After argument – Motion was taken under submission

JS10:   1:10