UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  XARELTO (RIVAROXABAN)  &ast;
PRODUCTS LIABILITY LITIGATION  &ast;        Docket No. 14-MD-2592
                               &ast;
                               &ast;        Section L
THIS DOCUMENT RELATES TO:      &ast;
                               &ast;        Jackson, Mississippi
*Dora Mingo, et al.*           &ast;
*v. Janssen Research &*        &ast;        August 14, 2017
*Development, LLC, et. al.,*   &ast;
Case No. 15-CV-3469            &ast;
                               &ast;
&ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;


                   VOLUME VI - AFTERNOON SESSION
                TRANSCRIPT OF JURY TRIAL BEFORE
                 THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:

For the Plaintiffs:        Beasley Allen Crow Methvin
                             Portis & Miles, PC
                           BY:  ANDY BIRCHFIELD, ESQ.
                           Post Office Box 4160
                           Montgomery, Alabama 36103


For the Plaintiffs:        Gainsburgh Benjamin David
                             Meunier & Warshauer, LLC
                           BY:  GERALD E. MEUNIER, ESQ.
                           1100 Poydras Street, Suite 2800
                           New Orleans, Louisiana 70163


For the Plaintiffs:        Gainsburgh Benjamin David
                             Meunier & Warshauer, LLC
                           BY:  WALTER C. MORRISON IV, ESQ.
                           240 Trace Colony Park Drive
                           Suite 100
                           Ridgeland, Mississippi 39157

ANTHONIE LENSING - EXAMINATION

04:14

1    date of revision May 22nd.

2    Q.    I want to just take a look at what ended up being in the

3    final version of the pharmacodynamic section which started on

4    the bottom of page 29.

5              Do you see that?  Do you see that, Dr. Lensing?

6    A.    Yes, I see that.

7    Q.    So then if we turn to the next page, we see in this

8    product monograph final from May 2015 the statement made:   "In

9    patients who are bleeding, measuring the PT Neoplastin reagent

10   may be useful to assist in determining the excess of

11   anticoagulant activity."

12             Do you see that?

13   A.    I see that this is being assumed.

14   Q.    If you can look with me at the next page, there's

15   information provided here regarding Table 11 again.  Do you see

16   that?

17   A.    I see that.

18   Q.    Is this information, as you understand it, correct with

19   respect to the PT ranges for max and trough for the VTE

20   indication for the 15-milligram twice-daily dose?

21   A.    These figures were based on blood samplings taken as part

22   of the EINSTEIN-DVT and EINSTEIN PE studies for the

23   prolongation of PT.  And this was documented through Cmax and

24   Ctrough in order to see a correlation with the occurrence of

25   bleeding afterwards.  So that's correct.