UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Dora Mingo, et al.*<br>*v. Janssen Research &*<br>*Development, LLC, et. al.,*<br>Case No. 15-CV-3469 | Docket No. 14-MD-2592<br><br>Section L<br><br>Jackson, Mississippi<br><br>August 15, 2017 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VOLUME VII - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Appearances:

For the Plaintiffs:	Beasley Allen Crow Methvin
	    Portis & Miles, PC
	BY: ANDY BIRCHFIELD, ESQ.
	Post Office Box 4160
	Montgomery, Alabama 36103

For the Plaintiffs:	Gainsburgh Benjamin David
	    Meunier & Warshauer, LLC
	BY:  GERALD E. MEUNIER, ESQ.
	1100 Poydras Street, Suite 2800
	New Orleans, Louisiana 70163

For the Plaintiffs:	Gainsburgh Benjamin David
	    Meunier & Warshauer, LLC
	BY:  WALTER C. MORRISON IV, ESQ.
	240 Trace Colony Park Drive
	Suite 100
	Ridgeland, Mississippi 39157

THEODORE SPIRO - EXAMINATION

01:42  1  since 1988, so we knew each other over a long period of time up
       2  to his demise this past year.
       3       He was already, when I joined Bayer, involved with
       4  the company in looking at different types of coagulation
       5  testing that could be used for helping determine the degree of
       6  anticoagulation present in patients being treated with the
       7  non-vitamin K or the novel oral anticoagulants.
       8  Q.   Yourself as planned attendee.  Dr. Misselwitz, correct?
       9  A.   Correct.
      10  Q.   Under Item 3, "listed prothrombin time."  Do you see that?
      11  A.   Yes.
      12  Q.   So you learned that Bayer in their development program up
      13  to this point in time had used a specific prothrombin time, PT
      14  reagent, in their testing, correct?
      15  A.   Correct.
      16  Q.   Was that the Neoplastin reagent?
      17  A.   Yes, it was.
      18  Q.   And using that Neoplastin reagent, did you learn that the
      19  people at Bayer that had been involved in the development
      20  believed that there was a strong correlation between PT and
      21  drug exposure levels?
      22  A.   There was a correlation between the prothrombin time
      23  prolongation in seconds and the concentration of rivaroxaban
      24  present in the patient plasma.
      25  Q.   So you understood from the people at Bayer that had worked

THEODORE SPIRO - EXAMINATION

01:44    1    on this development that using the Neoplastin PT, there was a
         2    correlation between the PT, using that reagent, and plasma
         3    concentration of Xarelto.  Is that fair?
         4    A.   Yes, it is.
         5    Q.   And who did you learn that information from specifically
         6    at Bayer?
         7    A.   I think it would have been in discussions certainly with
         8    the clinical pharmacologists involved in the program.  That
         9    would have been Dr. Dagmar Kubitza and Dr. Wolfgang Mueck.  And
        10    certainly Dr. Frank Misselwitz would have also been
        11    communicating to me that information.
        12    Q.   And then No. 5, a factor Xa inhibitory assay, do you see
        13    that?
        14    A.   Yes.
        15    Q.   And you were aware that there were actually factor Xa
        16    inhibitory assays available on the market at this time,
        17    correct?
        18    A.   Yes, there were.
        19    Q.   Did you understand whether or not they would work in
        20    evaluating the activity of the Xarelto in patients that were
        21    taking Xarelto?
        22    A.   These assays were very specialized assays.  As I remember,
        23    they were research-use-only assays, and they were not widely
        24    used in clinical -- in the clinical settings.
        25         We did discuss them at the meeting, and our

THEODORE SPIRO - EXAMINATION

01:51
1  But the anti-factor Xa assay was the assay that we
2  used for monitoring low-molecular-weight heparins.
3  Q. Two different types of factor Xa inhibitory assays were
4  discussed. One was presented by Dagmar Kubitza that used a
5  certain way of measuring factor Xa inhibition, correct?
6  A. Yes.
7  Q. The other looked at a different type of assay factor Xa
8  inhibition assay that had been used for the monitoring of
9  low-molecular-weight heparin in the clinic; is that fair?
10 A. Yes, that's fair.
11 Q. And in discussion of the second type that been used in
12 monitoring low-molecular-weight heparins, there were several
13 points under that section, including the section that clinical
14 relevance is generally accepted. Do you see that?
15 A. Yes.
16 Q. The next point says: "Rivaroxaban standards could be
17 prepared as calibration reagents and tests used to quantitate
18 rivaroxaban plasma levels, which could then be correlated to
19 the pharmacokinetic of the dose being administered to see
20 whether the patient was within the expected concentration
21 ranges, given the timing of the sample draw."
22     Do you see that?
23 A. Yes.
24 Q. So it was discussed at this meeting that these factor Xa
25 inhibition assays that used added factor Xa bovine source could

THEODORE SPIRO - EXAMINATION

01:53  1  be calibrated to be used to measure rivaroxaban plasma levels
2  and then correlate that to see whether the patient was in the
3  level that you expect them to be, considering when they took
4  the dose of the drug, right?
5  A.  Yes, that is correct.
6  Q.  First bullet point just says that "PT is a global clotting
7  test used for workup thrombosis, and more particularly,
8  bleeds."
9      Does it say that?
10 A.  Yes, it does.
11 Q.  That was what was described at the meeting in Paris in
12 2006, correct?
13 A.  Right.
14 Q.  Let's flip over to the conclusion section.  It says:
15 "Routine monitoring of rivaroxaban (Xarelto) is not necessary,
16 but the drug can be monitored very well by several options."
17     Do you see that?
18 A.  Yes.
19 Q.  So in 2006, this advisory board meeting that you put
20 together in Paris and the meeting minutes that you wrote
21 concluded that Xarelto could be monitored very well by several
22 options, correct?
23 A.  Yes, but let me clarify one word.  When we said
24 "monitoring," we meant measuring the plasma concentrations, and
25 we did not have in mind a monitoring with the purpose of dosage

THEODORE SPIRO - EXAMINATION

01:56  1  rivaroxaban."
2           Do you see that?
3  A.    Yes.
4  Q.    Were you guys telling these consultants at this Paris
5  meeting that Bayer was open to monitoring?
6  A.    We were using the term "monitoring" in the context of
7  measurement of concentrations of drug so that in specific
8  patients, the amount of drug in the plasma could be determined.
9  But we did not mean by this monitoring the type of monitoring
10 that was under -- that had been conducted for the vitamin K
11 antagonists, which was monitoring to obtain a specific
12 intensity of pharmaco -- of anticoagulation -- of coagulation
13 inhibition.  So it was a different type of approach.
14 Q.    So in the meeting minutes, under "Conclusion," you wrote
15 that:  "The aspect that Bayer is open to monitoring and
16 supports physicians that want to monitor their patients should
17 facilitate the market introduction of rivaroxaban."  Correct?
18 A.    Yes, it said that.
19 Q.    And it specifically talks about that Bayer supports
20 physicians that want to monitor their patients.
21          Do you see that?
22 A.    Yes, I see that.
23 Q.    So when you wrote that Bayer would support physicians that
24 want to monitor their patients, that aspect, what type of
25 monitoring the patients were you talking about?

THEODORE SPIRO - EXAMINATION

01:57
1  A.    When we had this meeting, we were exploring what might be
2  done in specific clinical situations.  Situations that were
3  being discussed included the -- as I previously mentioned, the
4  very small patient, such as a child.  It included patients with
5  renal failure, where we were concerned about accumulation of
6  drug.  It included issues related to compliance.  Patients with
7  impaired liver function.
8         So specific clinical settings where we knew there
9  were -- there could be increased exposures to rivaroxaban, and
10 when the drug became available clinically, in the clinic, when
11 physicians might require tools to measure its concentration.
12 Q.    Let me show you what we will mark as Exhibit 9.  It starts
13 with an email that Frank Misselwitz sent to you on November 6,
14 2006.  Do you see that?
15 A.    Yes.
16 Q.    He says:  "I would like to make sure that you organize a
17 prep meeting, ideally in Wuppertal before the ASH in order to
18 fully align our presentations, but also the agenda and the
19 goals of this meeting."  Right?
20 A.    Yes.
21 Q.    ASH was the -- is the American Society of Hematology -- is
22 that the American Society of Hematology?
23 A.    Yes, it is.
24 Q.    The next thing he told you was that:  "The external
25 communication shall always be in 'rivaroxaban does not require

THEODORE SPIRO - EXAMINATION

A. No, I did not have any -- I do not remember having conversations with Warren Cowell, no, in this regard.

Q. So Warren Cowell says: "Also, from the contextual perspective, it may not be clear to nonspecialists how any results of riva assays would be used in clinical practice, i.e., if a physician already knows a patient has overdosed/bled on riva, what would they do with the results of such an assay?"

So he is asking: What is a physician supposed to do with the results of these measurements, right?

A. There are, I think, clinical situations in which it is helpful to know the concentration of rivaroxaban, what the concentration of rivaroxaban is in the plasma of the specific patient. This brings us to the assumption that the patient can tell us that, in fact, he or she is using rivaroxaban.

I don't know exactly what Warren Cowell's background was, so it's difficult for me to understand exactly where his -- where his concern is directed.

But as an example, a patient who has overdosed on -- as has been reported in the literature -- 100 tablets of rivaroxaban, it may be helpful to know that this patient has a certain plasma concentration and be able to monitor it for -- measure it for one or two days to see that the drug is being eliminated from the plasma compartment and to take measures during that period of time to protect the patient from risk of bleeding.

THEODORE SPIRO - EXAMINATION

02:08
1    The assay, as we were thinking about it, was a
2 measurement assay and not a dose-adaptation assay.  We were
3 considering it to be of value and of use in the setting of a
4 patient who might require an emergency surgery, as an example,
5 to provide guidance to the surgeon as to the concentration of
6 rivaroxaban in the -- in the patient's plasma.
7    So there are some situations in which this
8 information can be of use to a physician?
9    And I think in this ongoing discussion, we are
10 continuing the conversation of when and where that might be the
11 case.
12 **Q.** This is the question:  If you are going to create a way to
13 measure the drug levels, isn't the right thing to do to tell
14 physicians what they should do about it?
15 **A.** At this point in time we are developing the assay -- we
16 are not developing the assay.  We are supporting diagnostic --
17 companies that specialize in coagulation testing.  We are
18 supporting some companies in their efforts to develop assays
19 for measurement of rivaroxaban.
20    We agree that there is a need to have an assay for
21 measurement.  We are not developing dose-adapted treatment
22 regimen that require dosage adjustments.  But we do feel that
23 as the use of these non-vitamin K oral anticoagulants
24 increases, and in particular with the additional indications
25 under investigation, that the circumstances in which a

measurement might be helpful to a physician would increase.

I have already mentioned two of the more obvious situations: suicidal attempts, overdoses, and the -- in the setting of a requirement for emergency surgery or invasive procedures.

But we do not have -- we don't really have further instructions to give to physicians, because, again, our development program is predicated on a treatment regimen that has a larger therapeutic window than was the case for the vitamin K antagonist and does not require a dose-adaptation strategy.

Q. You see where it's signed "Sue" there, at the top?
A. Yes.
Q. She says: "Sorry for the delay. Been on the road. The discussion below is compelling and confusing to physicians, but Peter, Paul, Roger, and Warren, clinical colleagues, need to make the final decision on whether we should elaborate on the INR/warfarin, riva, need to resist monitoring with riva."
     Do you see that?
A. Yes.
Q. And Chris Nessel responds -- and did you know Dr. Nessel?
A. Yes, I know Dr. Nessel.
Q. He was with J&J, correct?
A. Yes.
Q. He says: "Dear Sue. As I review the poster, there are at

THEODORE SPIRO - EXAMINATION

02:52 1   sets of specific calibrators or controls, correct?
2   A.   Some number.  Here it says 20.
3   Q.   So then you say, "The good news."  Do you see that?
4   A.   Yes.
5   Q.   It says:  "Good news.  Routine monitoring required only."
6   And you have a picture of Coumadin and a picture of heparin,
7   correct?
8   A.   Yes.
9   Q.   And then in a yellow box, you say:  "All the other
10  substances require monitoring only in special situations."
11          Correct?
12  A.   Correct.
13  Q.   You and I have discussed the fact that it was Bayer's
14  position with respect to this assay development that there were
15  special situations that would require monitoring.
16  A.   There are situations in which measurements of the plasma
17  concentration of the drug are important.
18  Q.   You and I certainly discussed that it was your position
19  that there were special situations that made monitoring of
20  Xarelto plasma concentration levels necessary, correct?
21  A.   Again, measurement because of the confusion between
22  monitoring and dose adaptation and measurement to understand
23  where a patient is at a specific point in time.
24  Q.   You did hold the opinion that it was necessary in certain
25  situations?

THEODORE SPIRO - EXAMINATION

02:53     1   A.   Yes, and I hold the opinion that it is necessary in
          2   certain situations.
          3   Q.   So you say: "The good news was that routine monitoring
          4   was required only in Coumadin and heparin and that all the
          5   other substances require monitoring only in special
          6   situations."
          7            And then you present the next slide.  If we can look
          8   at page 27.
          9            There, this slide is labeled "The bad news," correct?
         10   A.   That is correct.
         11   Q.   If you look with me over in the top right corner, your
         12   presentation said: "There are many special situations."
         13   Correct?
         14   A.   That is what is written here, yes.
         15   Q.   And "many" is bolded in dark black, correct?
         16   A.   Correct.
         17   Q.   And we see on the left an example of very low weight,
         18   correct?
         19   A.   Yes.
         20   Q.   The next example, elderly people, do you see that?
         21   A.   Yes.
         22   Q.   You agree that elderly are a special situation that could
         23   require monitoring, correct?
         24   A.   They may require measurement, yes.
         25   Q.   We see a pregnant woman, correct?

THEODORE SPIRO - EXAMINATION

02:56  1  twice daily for five days."  Do you see that?
       2  A.   Yes, I do.
       3  Q.   What you see is, for example, is that after the dose, you
       4  see the graphs shoot up, indicating a peak prothrombin time
       5  after dosing; and then that number comes down before the second
       6  dose during a one-day period, on the left side of the graph,
       7  correct?
       8  A.   Yes, that is correct.
       9  Q.   And what we see from here is that the higher the dose, the
      10  greater change in prothrombin time during this short study
      11  related to prolongation of PT, correct?
      12  A.   Yes, that is correct.
      13  Q.   And that's not surprising.  Higher doses usually result in
      14  more prolongation of PT, correct?
      15  A.   Yes, that is correct.
      16  Q.   And the reason why higher doses result in a prolongation
      17  of PT is because higher doses result in higher exposures of the
      18  drug in plasma concentration, correct?
      19  A.   Well, higher concentrations of the drug in the plasma and
      20  the impact on -- resulting impact on the coagulation test.
      21  Q.   Let me ask you a question about Slide 27 on the screen.
      22            This is a slide where you said the bad news is there
      23  are many special situations.  Does the labeling for the product
      24  in the United States tell doctors that these are special
      25  situations that require monitoring?

published in *Thrombosis Journal* in 2013, the "Laboratory Assessment of Rivaroxaban: A Review." Do you recall that?

A. Yes, I do recall that.

Q. He asked you about the statement: "The concentration of target-specific oral anticoagulants may potentially need to be published in certain clinical situations"?

A. Yes.

Q. And then it gave the examples of urgent surgery, perioperative management, thromboembolic or bleeding events, or in cases of suspected overdose.

Do you recall those questions?

A. Yes, I do.

Q. In your review of the labeling for Xarelto in the United States, does it make any recommendation that these groups of patients need to be measured, depending on their clinical situation?

A. I would need to look at the U.S. label quickly again.

Q. I think it's 46.

A. I do not find that it does.

Q. Now, if I could point your direction to page 6 of 7 in your conclusion section.

A. Yes.

Q. That says: "To conclude, the choice of laboratory test for rivaroxaban will depend on the clinical situation. If a qualitative assessment of the presence of rivaroxaban in the

THEODORE SPIRO - EXAMINATION

03:09  1  blood is needed, the PT test is suitable, provided that a
2  rivaroxaban-sensitive agent is used."
3  Did I read that correctly?
4  A.  Yes, you did.
5  Q.  And you agree with that statement, that a PT test is
6  suitable if you want to make a qualitative assessment of the
7  presence of rivaroxaban in the blood?
8  A.  Yes.
9  Q.  PT has been suitable for Bayer to use regarding their
10  PK/PD measurements in their Phase III study programs, correct?
11  A.  That was used in the Phase III study programs.
12  Q.  I want to show you what we will mark as Exhibit 53.
13  So if you'll look with me on the email on the first
14  page, Wolfgang Mueck is responding to Scott Berkowitz, his
15  email, and copies yourself, correct?
16  A.  Yes, he does.
17  Q.  This email is from May 28, 2014, and it had to do with the
18  responses that we talked about earlier related to the EMA's
19  request regarding PK/PD information and bleeding risk, correct?
20  A.  Yes.
21  Q.  You indicated that Dr. Mueck was one of the people
22  responsible for pharmacokinetics and pharmacological evaluation
23  of Xarelto, correct?
24  A.  Yes, he was involved in it.
25  Q.  He says: "Hi, Scott.  First of all, let's recall what our