# Comparison of Kreutz 2017 with Plaintiff's Trial Literature Regarding PT/Anti-Factor Xa

| Kreutz 2017 | Mueck 2014 | Mueck 2013 | Samama 2013 | Mueck 2011 | Kubitza 2005 |
|---|---|---|---|---|---|
| **Bayer employee(s) who authored/co-authored:** Dagmar Kubitza, Kirstin Thelen, Stefan Heitmeier, Stephan Schwers, Michael Becka, Melanie Hemmrich | **Bayer employee(s) who authored/co-authored:** Wolfgang Mueck, Jan Stampfuss, Dagmar Kubitza, Michael Becka | **Bayer employee(s) who authored/co-authored:** Wolfgang Mueck, Stephan Schwers, Jan Stampfuss | **Bayer employee(s) who authored/co-authored:** Theodore E Spiro, Gabriele Rohde | **Bayer employee(s) who authored/co-authored:** Wolfgang Mueck, Anthonie W.A. Lensing, Frank Misselwitz | **Bayer employee(s) who authored/co-authored:** Dagmar Kubitza, Michael Becka, Georg Wensing, Barbara Voith, Michael Zuehlsdorg |
| **Discussed in Plaintiff's Rule 59 Motion for a New Trial** | **Affiliation of Bayer employee(s) as author/co-author noted at trial:** Tr. 614:14-21 (Plunkett) | **Affiliation of Bayer employee(s) as author/co-author noted at trial:** N/A | **Affiliation of Bayer employee(s) as author/co-author noted at trial:** 1646:5-9 (Spiro) | **Affiliation of Bayer employee(s) as author/co-author noted at trial:** 1467:1-5 (Lensing) | **Affiliation of Bayer employee(s) as author/co-author noted at trial:** 1103:14-1104:12; 1287:2-9 |
| **Discussed in Plaintiff's Rule 59 Motion for a New Trial** | **Identified on the record by exhibit number at:** 1288:19-22 (Exhibit 3261528) (Rinder) | **Identified on the record by exhibit number at:** 1105:10-14 (5768548) (Parisian) | **Identified on the record by exhibit number at:** 1646:5 (Spiro 52 - Deposition Exhibit aka 5813233) | **Identified on the record by exhibit number at:** (Lensing 67 – Deposition exhibit; formal marking not played at trial) | **Identified on the record by exhibit number at:** 1103:6-7 (Exhibit 5767878) (Parisian); 1286:16-17 (Exhibit 5767718) (Rinder) |
| **Discussed in Plaintiff's Rule 59 Motion for a New Trial** | **Discussed at trial:**<br><br>Vol. 3 - 8/9/17 (AM)<br>Tr. 614:3-620:1 (Plunkett)<br><br>Vol. 3 - 8/9/17 (PM)<br>Tr. 629:11-637:2 (Plunkett)<br>Tr. 684:8-689:4 (Plunkett)<br><br>Vol. 5 - 8/11/17 (AM)<br>Tr. 1104:19-1106:11 (Parisian)<br>Tr. 1121:11-19 (Parisian)<br><br>Vol. 6 - 8/14/17 (AM)<br>Tr. 1288:16-1290:9 (Rinder)<br><br>Vol 9 - 8/17/17 (AM)<br>Tr. 2013:4-2014:9 (Herrin) | **Discussed at trial:**<br><br>Vol. 5 - 8/11/17 (AM)<br>1104:13-1106:-8 (Parisian) | **Discussed at trial:**<br><br>Vol. 7 - 8/15/17 (PM)<br>1646:5-1650:11 (Spiro)<br><br>Vol. 10 - 8/18/17 (AM/PM)<br>2163:13-2164:17 (Plaintiff's Closing Argument – Referencing Dr. Spiro) | **Discussed at trial:**<br><br>Vol. 6 - 8/14/17 (PM)<br>1467:1-1469:7 (Lensing) | **Discussed at trial:**<br><br>Vol. 5 - 8/11/17 (AM)<br>1103:2-1104:18 (Parisian)<br>1105:16-1106:11 (Parisian)<br><br>Vol. 6 - 8/14/17 (AM)<br>1286:1-1288:15 (Rinder)<br><br>Vol. 10 - 8/18/17 (AM/PM)<br>2163:13-2164:17 (Plaintiff's Closing Argument)<br><br>Vol. 10 - 8/18/17 (AM/PM)<br>2193:14-22 (Defendants' Closing Argument) |

## Comparison of Kreutz 2017 with Plaintiff's Trial Literature Regarding PT

| Kreutz 2017 | Mueck 2014 | Mueck 2013 | Samama 2013 | Mueck 2011 | Kubitza 2005 |
|---|---|---|---|---|---|
| "Sensitive prothrombin time and activated partial thromboplastin time assays can be used to estimate the anticoagulant effects of rivaroxaban." (p. 3)<br><br>"In addition, global screening assays, such as prothrombin time (PT) and activated partial thromboplastin time (aPTT) may be used to assess anticoagulant activity and have been shown to be sensitive to rivaroxaban." (p. 5)<br><br>"The finding that rivaroxaban, but not apixaban, exhibited a clear prolongation of PT and aPTT is in agreement with other recently published data, although it is acknowledged that the extent of prolongation of coagulation assessed using these assays depends on the reagents used. Nevertheless, a recent clinical guideline recommends the use of PT tests to determine whether clinically relevant plasma concentrations of rivaroxaban may be present during an occurrence of bleeding; this strategy is not recommended for patients receiving apixaban." (p. 16) | "Prolongation of the PT (using Neoplastin) was correlated with the rivaroxaban plasma concentrations in a linear relationship." (p. 9) | "Rivaroxaban prolongs PT in a dose-dependent manner but the extent of prolongation depends on the thromboplastin reagent used." (p. 11)<br><br>"A multicentre study that evaluated the interalaboratory variability of PT measurements with rivaroxaban found that the use of local reagents led to greater variability than when all laboratories used a standardised Neoplastine CI Plus test Diagnostica Stago, Asnières-sur-Seine, France), which had a higher sensitivity for rivaroxaban than many other PT assays." (p. 11) | "Rivaroxaban prolongs PT (measured in seconds or PT ratio) in a linear and concentration-dependent manner when using reagents sensitive to rivaroxaban, such as Neoplastin Plus. . . ." (p. 2)<br><br>"This method may be sensitive enough to measure peak rivaroxaban plasma concentrations that would occur after currently approved therapeutic doses, i.e. provide a qualitative confirmation of the presence of rivaroxaban. However, it lacks precision, particularly at low rivaroxaban concentrations and is, therefore, not suitable for measuring rivaroxaban levels in blood samples taken near the time of $C_{trough}$. In addition, specific calibrators for use with the PT test are not commercially available." (p. 3) | "The PT correlated in an almost linear fashion with rivaroxaban concentrations ≤500 μg/L, confirming that the PT could be used to assess exposure. . . . However, the commercially available PT tests, which provide results as percentages of normal and/or convert the results into international normalized ratio values, should not be used for assessing the anticoagulant effect of rivaroxaban. The pharmacodynamic effects of rivaroxaban as measured by the PT are strongly affected by the type of PT reagent used and, as a result, international normalized ratio values obtained with rivaroxaban do not correlate with the intensity of anticoagulation and cannot be used to predict the efficacy and safety of the drug." (p. 684) | "Pharmacodynamic and pharmacokinetic parameters correlated closely. There was a direct, linear relationship between plasma BAY 59–7939 concentration and PT. This suggests that PT, a routinely used coagulation test, could be used clinically to monitor the anticoagulant effect of BAY 59-7939 if necessary." (p. 879-880) |
| "However, in some clinical situations (such as medical emergencies that require prompt decision-making) it may still be beneficial to assess the extent of drug exposure and how this relates to anticoagulant effect." (p. 16)<br><br>"The present findings do however confirm previous reports suggesting that the anticoagulant activity of rivaroxaban may be more readily assessed than apixaban in the clinical setting, provided that sensitive PT or aPTT assays are used." (p. 17) | "In the early stage of clinical development it was believed that PT might be a useful laboratory test platform for measuring rivaroxaban, if required in certain clinical situations. Existing data suggest that PT can provide a quantitative measurement of rivaroxaban when using one central laboratory with a reagent sensitive to rivaroxaban. However, the assay is not optimal under field conditions when different laboratories and assays are used." (p. 9) | "Even with standardisation, there are a number of other limitations of PT when applied to novel OACs. . . . Nevertheless, if used in an emergency and in the absence of any other available test, Neoplastine Plus (with results expressed in seconds) is the recommended agent for assessing the anticoagulant effect of rivaroxaban." (p. 11) | "An in vitro study showed that reduction of the variability in PT results across thromboplastin reagents by use of an international sensitivity index valid for rivaroxaban is feasible. In addition, a modified PT test could be potentially useful." (p. 3) | "The slope of the plasma concentration-PT correlation graph reflected the sensitivity of the PT to increases in rivaroxaban exposure. The PT correlated in an almost linear fashion with rivaroxaban concentrations ≤ 500 μG/L, confirming that the PT could be used to assess exposure." (p. 684) | "This suggests that PT would be a viable monitoring test of the anticoagulant effect of BAY 59-7939, whatever the ISI of the reagent used, if such monitoring were necessary in individual patients. Plasma BAY 59-7939 concentrations and inhibition of FXa activity also correlated closely." (p. 880) |

| Comparison of Kreutz 2017 with Plaintiff's Trial Literature Regarding Anti-Factor Xa ||||
| --- | --- | --- | --- |
| **Kreutz 2017** | **Mueck 2014** | **Mueck 2013** | **Samama 2013** |
| "The time-course profiles of anti-FXa activity for rivaroxaban and apixaban mirrored their plasma concentration–time profiles." (p. 12)<br><br>"In agreement with previous studies, the anti-FXa activity of both drugs mirrored their plasma concentration–time profiles." (p. 15.)<br><br>"The present data demonstrate the close relationship between the plasma concentration–time profiles (determined by LC–MS/MS) and the anti-FXa activity of rivaroxaban and apixaban, and therefore support the use of chromogenic anti-FXa assays to estimate plasma concentrations." (p. 16) | "In contrast, a number of studies have confirmed the clinical utility of anti-Factor Xa chromogenic assays for the quantitative measurements of rivaroxaban plasma levels, when used in conjunction with rivaroxaban calibrators. These assay kits and rivaroxaban calibrators are now commercially available and are suitable for detecting a wide range of rivaroxaban plasma levels covering the therapeutic doses." (p. 10)<br><br>"In all relevant studies conducted with rivaroxaban to date, inhibition of Factor Xa and prolongation of the PT (when using Neoplastin) are closely correlated with rivaroxaban plasma concentrations. It is now well recognized that anti-Factor Xa chromogenic assays are best suited for the quantitative measurement of rivaroxaban plasma levels, instead of PT; this is also the case for apixaban." (p. 13) | "A recent field trial investigated the inter-laboratory viability of the measurement of rivaroxaban plasma concentrations with anti-Factor Xa chromogenic assays. . . . This study suggests that, using standard calibrators and controls, a range of rivaroxaban plasma concentrations (20–660 ng/ml), which covers the expected rivaroxaban plasma levels after therapeutic doses, could be measured using the chromogenic anti-Factor Xa assay STA Rotachrom. This assay could provide a more sensitive and specific alternative to the previously described PT method for the measurement of rivaroxaban plasma concentrations." (p. 13) | "Inhibition of Factor Xa and plasma rivaroxaban levels are closely correlated. Therefore, assays (particularly chromogenic assays) that measure inhibition of Factor Xa activity can quantify rivaroxaban plasma concentrations. These types of assay are able to measure a wide range of rivaroxaban concentrations (e.g. 20–500 μg/l) by use of a reference calibration curve for rivaroxaban spiked in plasma. Standardisation of these assays to measure rivaroxaban involves the use of rivaroxaban calibrators and controls, and standardised assay kits are now commercially available for clinical use. . . ." (p. 3) |