UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
   *Cases referenced below*

## ORDER

This show cause hearing was held in relation to the Xarelto MDL. These cases arise from damages Plaintiffs claim to have suffered from the manufacture, sale, distribution, and/or use of the medication known as Xarelto, an anti-coagulant used for a variety of blood-thinning medical purposes.  The Plaintiffs have filed suits in federal courts throughout the nation against Defendants, Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare AG, Bayer Pharma AG, and Bayer AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson.  The Plaintiffs specifically allege that they or their family members suffered severe bleeding and other injuries due to Xarelto's allegedly inadequate warning label.

To facilitate filing of cases in the federal court, the Court issued Pretrial Order 11, R. Doc. 893, allowing the bundling of complaints and Pretrial Order 11B, R. Doc. 1117, deferring payment of the filing fee and waiving the filing fee for cases dismissed with prejudice within nine (9) months of filing the complaint. There are several cases that were dismissed after this nine month deadline had passed but have outstanding filing fees. This hearing was set requiring Plaintiffs' counsel in the referenced cases to appear via conference call and show cause as to why

the fees have not been paid. Chris Quinn appeared on behalf of The Driscoll Firm and its plaintiffs. Mr. Quinn demonstrated that The Driscoll Firm has satisfied its responsibilities to endeavor to have its cases dismissed with prejudice within the deadline. Therefore,

**IT IS ORDERED** that cases 16-8701, 16-8707, 16-8716, 16-8733, 16-8747, 16-8762, 16-8769, 16-8776, 16-8778, 16-8779, 16-8833, 16-8838, 16-8869, 16-8886, 16-8894, 16-8960, 16-9006, 16-9012, 16-9067, 16-9414, 16-9419, 16-9511, 16-9516, 16-9585, 16-9587, 16-10866, 16-10887, 16-12068, 16-12086, 16-12106, and 16-12254 are hereby **DISMISSED WITH PREJUDICE** and do not owe a filing fee.

The remaining parties ordered to show cause failed to appear. Therefore,

**IT IS FURTHER ORDERED** that Robin Treto of Diez-Arguelles and Tejedor, representing plaintiffs in cases 15-5186, 15-5191, 15-5194, 15-5226, 15-5424, and 15-5426, is hereby ordered to appear on January 3, 2018 at 9:00 a.m. in the Chambers of Judge Eldon E. Fallon to show cause why they should not be held in contempt and fined or incarcerated for failure to appear.

**IT IS FURTHER ORDERED** that Christopher Kirchmer of Provost, Umphrey Law Firm, LLP, representing plaintiff in case 16-6052, is hereby ordered to appear on January 3, 2018 at 9:00 a.m. in the Chambers of Judge Eldon E. Fallon to show cause why they should not be held in contempt and fined or incarcerated for failure to appear.

**IT IS FURTHER ORDERED** that Ted Rosenberg and Lisa Borsella of Rosenberg & Gluck, LLP, representing plaintiffs in cases 16-9853, 16-9858, 16-9863, are hereby ordered to appear on January 3, 2018 at 9:00 a.m. in the Chambers of Judge Eldon E. Fallon to show cause why they should not be held in contempt and fined or incarcerated for failure to appear.

New Orleans, Louisiana this 12th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

CC: Robin Treto
Diez-Arguelles and Tejedor
505 North Mills Avenue
Orlando, FL 32803

Christopher T. Kirchmer
Provost, Umphrey Law Firm, LLP
P. O. Box 4905
Beaumont, TX 77704

Ted M. Rosenberg
Rosenberg & Gluck, LLP
1176 Portion Road
Holtsville, NY 11742

Lisa Jeanne Borsella
Rosenberg & Gluck, LLP
1176 Portion Road
Holtsville, NY 11742