# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Plaintiffs, | MDL NO. 2592 |
| v. | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, JOHNSON & JOHNSON COMPANY | MAG. JUDGE MICHAEL NORTH |
| | Civil Action No.  16-16808<br>16-7045<br>17-7352<br>17-4941<br>17-5555<br>17-10787<br>17-11020 |
| Defendants. | |

## MOTION TO SUBSTITUE COUNSEL

COME NOW all Plaintiffs, represented by Driggs, Bills, & Day, and bring this Motion to Substitute Counsel, requesting the Court grant permission for attorney Karolina (Kulesza) Southard to withdraw and to substitute attorney Anne Vankirk as attorney of record in all matters filed by Driggs, Bills & Day in MDL 2592, and in support thereof would show:

Attorney Karolina (Kulesza) Southard was previously appointed to represent Plaintiffs through Driggs, Bills & Day in MDL 2592. Attorney Southard is no longer with the firm Driggs, Bills & Day. Attorney Anne Vankirk is currently employed by Driggs, Bills & Day.

The substitution of Attorney Vankirk for Attorney Southard does not prejudice any party.

WHEREFORE the Plaintiffs move the Court to enter an order allowing Attorney Southard to withdraw from representing Plaintiffs and to substitute Attorney Vankirk as attorney of record in all matters filed by Driggs, Bills & Day in MDL 2592.

    Respectfully,

    DRIGGS BILLS & DAY, P.C.

    */s/*

    _____
    Anne R. Vankirk, Bar No. 47321
    **DRIGGS, BILLS & DAY, P.C.**
    2125 Western Avenue, Suite 500
    Seattle, WA 98121
    Telephone: (206) 607-9098
    Facsimile: (206) 641-3214
    avankirk@lawdbd.com
    **ATTORNEY FOR PLAINTIFFS**