## CERTIFICATE OF SERVICE

  I hereby certify that on December 14, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

           Respectfully,

           DRIGGS BILLS & DAY, P.C.

           _____
           Anne R. Vankirk, Bar No. 47321
           **DRIGGS, BILLS & DAY, P.C.**
           2125 Western Avenue, Suite 500
           Seattle, WA 98121
           Telephone: (206) 607-9098
           Facsimile: (206) 641-3214
           avankirk@lawdbd.com
           **ATTORNEY FOR PLAINTIFFS**