UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, JOHNSON & JOHNSON COMPANY<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.  16-16808<br>16-7045<br>17-7352<br>17-4941<br>17-5555<br>17-10787<br>17-11020 |

### ORDER ON MOTION TO SUBSTITUE COUNSEL

Based upon good cause appearing, it is hereby ORDERED that Attorney Anne Vankirk be substituted as attorney of record for Attorney Karolina (Kulesza) Southard in all matters filed by Driggs, Bills & Day in MDL 2592.

This \_\_\_\_ day of December 2017.

_____
Honorable Eldon E. Fallon
United States District Judge