MINUTE ENTRY
FALLON, J.
DECEMBER 12, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: Cases listed on attachment | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Lanie Smith

Appearances:   Lenny Davis, Esq., for Plaintiffs' Liaison Counsel
Susan Sharko, Esq. and John Olinde, Esq., for Defendants
Samantha Mertz, Esq., via phone for plaintiff Barbara Jankikoski
Chris Quinn, Esq., via phone, for plaintiffs listed on attachment

Rule to Show Cause regarding unpaid filing fees, Rec. Doc. 7887

This hearing was set requiring Plaintiffs' counsel in the referenced cases to appear via conference call and show cause as to why the fees have not been paid.

Chis Quinn appeared by phone for the Driscoll Firm.
There were no appearances made by anyone for the firms of Diez-Arguelles and Tejedor, Provost, Umphrey Law Firm, LLP or Rosenberg & Gluck, LLP.

The Court will issue a separate order regarding these matters.

JS10:   :20