| DATE: | **Tuesday, December 12, 2017 at 2:00 p.m.— Filing Fee Show Cause Hearing** |
|---|---|
| RE: | *In re Xarelto (Rivaroxaban) Products Liability Litigation* |

### I. Diez-Arguelles & Tejedor Law Firm

| Case No. | Doc. | Plaintiff | 9 month deadline | Dismissal Date | Determination |
|---|---|---|---|---|---|
| 15-5186 | 6398 | Arsenio Farinas | 7/15/2016 | 5/3/2017 | |
| 15-5191 | 6398 | Aurea Morales | 7/15/2016 | 5/3/2017 | |
| 15-5194 | 6605 | Bernardo Maldonado | 7/15/2016 | 5/24/2017 | |
| 15-5226 | 6398 | Jose Zouian | 7/16/2016 | 5/3/2017 | |
| 15-5424 | 6398 | Tatiana Martinez-Hernandez | 7/23/2016 | 5/3/2017 | |
| 15-5426 | 6398 | Teresa Betancourt | 7/23/2016 | 5/3/2017 | |

### II. The Driscoll Firm PC/John J. Driscoll, Attorney at Law

| Case No. | Doc. | Plaintiff | 9 month deadline | Dismissal Date | Determination |
|---|---|---|---|---|---|
| 16-8701 | 6063 | Kristan Cubbage | 3/7/2017 | 4/6/2017 | |
| 16-8707 | 6068 | Gail Eldridge | 3/7/2017 | 4/6/2017 | |
| 16-8716 | 6069 | Garolyn Fields | 3/7/2017 | 4/6/2017 | |
| 16-8733 | 6072 | Renia Goode | 3/7/2017 | 4/6/2017 | |
| 16-8747 | 6075 | David Hinkley | 3/7/2017 | 4/6/2017 | |
| 16-8762 | 6076 | Jeffrey Huffman | 3/7/2017 | 4/6/2017 | |
| 16-8769 | 6077 | Marlene Jackson | 3/7/2017 | 4/6/2017 | |

| Case No. | Doc. | Plaintiff | 9 month deadline | Dismissal Date | Determination |
|---|---|---|---|---|---|
| 16-8776 | 6079 | Thomas Kincade | 3/7/2017 | 4/6/2017 | |
| 16-8778 | 6080 | Shelton Lewis | 3/7/2017 | 4/6/2017 | |
| 16-8779 | 6081 | Denise Lush | 3/7/2017 | 4/6/2017 | |
| 16-8833 | 6083 | Barry McLead | 3/8/2017 | 4/6/2017 | |
| 16-8838 | 6084 | Anthony McMahan | 3/8/2017 | 4/6/2017 | |
| 16-8869 | 6085 | Durand Moore | 3/8/2017 | 4/6/2017 | |
| 16-8886 | 6090 | Jeffrey Odom | 3/8/2017 | 4/6/2017 | |
| 16-8894 | 6092 | Quentin Pugh | 3/8/2017 | 4/6/2017 | |
| 16-8960 | 6616 | Harrison Sims | 3/8/2017 | 5/24/2017 | |
| 16-9006 | 6097 | David Sutton | 3/8/2017 | 4/6/2017 | |
| 16-9012 | 6098 | Latonya Swinney | 3/8/2017 | 4/6/2017 | |
| 16-9067 | 6106 | Norman Woods | 3/8/2017 | 4/6/2017 | |
| 16-9414 | 6058 | Paul Chappelear | 3/9/2017 | 4/6/2017 | |
| Case No. | Doc. | Plaintiff | 9 month deadline | Dismissal Date | Determination |
| 16-9419 | 6061 | Mary Coffman | 3/9/2017 | 4/6/2017 | |
| 16-9511 | 6616 | Rene Martel | 3/9/2017 | 5/24/2017 | |
| 16-9516 | 6094 | Matthew Schneibel | 3/9/2017 | 4/6/2017 | |
| 16-9585 | 6105 | Patricia Wilson | 3/10/2017 | 4/6/2017 | |
| 16-9587 | 6108 | Sabreana Patterson | 3/10/2017 | 4/7/2017 | |
| 16-10866 | 6054 | Charles Bell | 3/20/2017 | 4/6/2017 | |
| 16-10887 | 6060 | Adrenn Clayton | 3/20/2017 | 4/6/2017 | |
| 16-12068 | 6051 | Christuma Allen | 3/29/2017 | 4/6/2017 | |
| 16-12086 | 6055 | Charles Berner | 3/29/2017 | 4/6/2017 | |

| 16-12106 | 6071 | Janet Gamble Shannon | 3/29/2017 | 4/6/2017 | |
| --- | --- | --- | --- | --- | --- |
| 16-12254 | 6059 | Gregory Clark | 3/30/2017 | 4/6/2017 | |

### III.  Provost, Umphrey Law Firm, LLP

| Case No. | Doc. | Plaintiff | 9 month deadline | Dismissal Date | Determination |
| --- | --- | --- | --- | --- | --- |
| 16-6052 | 6398 | Julie Stevens | 8/18/2016 | 5/3/2017 | |

### IV.  Rosenberg & Gluck, LLP

| Case No. | Doc. | Plaintiff | 9 month deadline | Dismissal Date | Determination |
| --- | --- | --- | --- | --- | --- |
| 16-9853 | 6513 | Gervasio Donatelli | 3/13/2017 | 5/16/2017 | |
| 16-9858 | 6512 | Larry Gibson | 3/13/2017 | 5/16/2017 | |
| 16-9863 | 7359 | Shanda Maye | 3/13/2017 | 8/16/2017 | |