UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
    *Wanda McGovern v. Janssen Research & Development, LLC, et al.*
    LAED USDC Case No. 2:17-cv-01761

MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant her Motion for Extension of Time within Which to Serve Process and issue an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendant Janssen through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B. A brief memorandum in support of Plaintiff's motion is submitted herewith

Date: December 15, 2017        Respectfully submitted,

                                                */s/ Kevin P. O'Connor*
                                                Kate A. Messinger (691468)
                                                Kevin P. O'Connor, Jr. (678857)
                                                Swartz & Swartz, P.C.
                                                10 Marshall Street
                                                Boston, MA 02108
                                                T: 617.742.1900
                                                F: 617.367.7193
                                                kmessinger@swartzlaw.com
                                                koconnor@swartzlaw.com
                                                *Attorney for Plaintiff Wanda McGovern*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kevin P. O'Connor*