UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| _____ | ) | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
    *Wanda McGovern v. Janssen Research & Development, LLC, et al.*
    LAED USDC Case No. 2:17-cv-01761

<u>MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO SERVE PROCESS</u>

Now comes Plaintiff in the above-listed action, through undersigned counsel, respectfully

requests this Court for an Order allowing her an additional thirty (30) days from the date an

Order is entered in which to effect service on Defendants, through the streamlined procedures for

informal service of process set forth in Pre-Trial orders #10, 10A and 10B. In support of this

motion, Plaintiff states as follows:

Plaintiff filed her complaint against Defendants on March 1, 2017. The Plaintiff

submitted her Plaintiff Fact Sheet along with medical and pharmacy records documenting

Plaintiff's Xarelto-related injury. In response, Defendants submitted a Notice of Unserved

Complaint, which alerted Counsel to discover service had not been completed. Defendant

Janssen were apparently not served due to an inadvertent clerical error on behalf of the

undersigned counsel's office.

The MDL involves thousands of similarly situation plaintiffs who have filed claims

alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by

Ms. McGovern, and as such, no actual prejudice has or will occur to Defendants by this Court granting relief sought herein.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion and allow her an additional thirty (30) days within which to effect service on Defendant through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A, and 10B and further relief the Court deems just and proper.

Date: December 15, 2017                 Respectfully submitted,


                                        _/s/ Kevin P. O'Connor_
                                        Kate A. Messinger (691468)
                                        Kevin P. O'Connor, Jr. (678857)
                                        Swartz & Swartz, P.C.
                                        10 Marshall Street
                                        Boston, MA 02108
                                        T: 617.742.1900
                                        F: 617.367.7193
                                        kmessinger@swartzlaw.com
                                        koconnor@swartzlaw.com
                                        *Attorneys for Plaintiff Wanda McGovern*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kevin P. O'Connor*_____