UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
    *Wanda McGovern v. Janssen Research & Development, LLC, et al.*
    LAED USDC Case No. 2:17-cv-01761

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion for Extension of Time Within Which to Serve Process filed by Plaintiff in the above-listed action, through the undersigned counsel, will be submitted to the Court on Wednesday January 3, 2018, at 9:00a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated: December 15, 2017          Respectfully submitted,

                                                     _/s/ Kevin P. O'Connor_____
                                                    Kate A. Messinger (691468)
                                                    Kevin P. O'Connor, Jr. (678857)
                                                    Swartz & Swartz, P.C.
                                                    10 Marshall Street
                                                    Boston, MA 02108
                                                    T: 617.742.1900
                                                    F: 617.367.7193
                                                    kmessinger@swartzlaw.com
                                                    koconnor@swartzlaw.com
                                                    *Attorney for Plaintiff Wanda McGovern*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kevin P. O'Connor