**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | BABCOCK, ROBERT G | Salim-Beasley, LLC | 2:17-cv-05205 | Medical records provided do not demonstrate alleged injury |
| 2. | BANKHEAD, ALANDIS | Salim-Beasley, LLC | 2:17-cv-06473 | Failure to provide any Medical Records demonstrating alleged injury |
| 3. | BEACHNER, DORA | McSweeney/Langevin LLC | 2:16-cv-09341 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 4. | BLACK, THERESA L | Salim-Beasley, LLC | 2:17-cv-05212 | Failure to provide any Medical Records demonstrating alleged injury |
| 5. | BLANKENSHIP, SHIRLEY | Salim-Beasley, LLC | 2:17-cv-02468 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 6. | CARLTON, ROBERTA | Salim-Beasley, LLC | 2:17-cv-06527 | Failure to provide Declaration signed |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  |  |  | by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 7. | CHAMPMAN, KENNETH C | The Potts Law Firm, LLP | 2:17-cv-03008 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 8. | CLEMONS, WILLETTE E | Salim-Beasley, LLC | 2:17-cv-02807 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9. | COOK, JOSEPHINE | Salim-Beasley, LLC | 2:17-cv-02809 | Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 10. | FRANCIS, GARY | Salim-Beasley, LLC | 2:17-cv-05560 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  |  |  | and/or Pharmacy Records demonstrating use of Xarelto |
| 11. | GARIN, RAQUEL | Salim-Beasley, LLC | 2:17-cv-06486 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | GARRETT, EMMA | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 13. | GRIZZARD, ALAN T | Salim-Beasley, LLC | 2:17-cv-02443 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 14. | HECTOR, MAXINE L | Hilliard Munoz Gonzales LLP | 2:17-cv-05687 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  |  |  | representative; Medical records provided do not demonstrate alleged injury |
| 15. | HENDERSON, DIANE | Huber, Slack, Thomas & Marcelle, LLP | 2:16-cv-14923 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 16. | JACKSON, MARGARET | The Gallagher Law Firm LLP | 2:17-cv-03838 | Medical records provided do not demonstrate alleged injury |
| 17. | JAIRAM, KOUMANIEWATIED | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:17-cv-03721 | Medical records provided do not demonstrate alleged injury |
| 18. | JAQUILLARD, CHANTELLE | Salim-Beasley, LLC | 2:17-cv-06372 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | KIRKPATRICK, GREGORY | Salim-Beasley, LLC | 2:17-cv-04472 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 20. | KOZECAR, ROBERT | Sanders Phillips Grossman, LLC | 2:15-cv-4691 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 21. | LESTER, JESSICA | Salim-Beasley, LLC | 2:17-cv-05648 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 22. | MCKESSON, LEROY | Beasley Allen | 2:17-cv-02187 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 23. | MCMILLION, BETTY | Salim-Beasley, LLC | 2:17-cv-05234 | Failure to provide any Medical Records demonstrating alleged injury |
| 24. | MEHAFFIE, EMILY H | Sangisetty Law Firm | 2:17-cv-01497 | Failure to provide any Medical Records demonstrating alleged injury |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 25. | MEYER, LOUIS J | The Gallagher Law Firm LLP | 2:17-cv-05423 | Medical records provided do not demonstrate alleged injury |
| 26. | MILLSAP, DEAIRL | Salim-Beasley, LLC | 2:17-cv-05598 | Medical records provided do not demonstrate alleged injury |
| 27. | MITCHUM, DOUGLAS | Kirtland & Packard | 2:17-cv-01095 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 28. | NEWTON, JANICE L | Salim-Beasley, LLC | 2:17-cv-06371 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 29. | PARMENTER, REBECCA | Lenze Moss, PLC. | 2:16-cv-16154 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 30. | PERRY, RONALD | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4352 | Records provided do not show Xarelto use; Failure to respond to question in |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  |  |  | Section I (core case information) |
| 31. | PERRY, RUBY | Lenze Moss, PLC. | 2:16-cv-16703 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 32. | PHILLIPS, RONALD J | Rheingold Giuffra Ruffo & Plotkin LLP | 2:17-cv-01540 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 33. | PRESTIANNI, GERALD | The Gallagher Law Firm LLP | 2:17-cv-03374 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 34. | SANTANA, ROBERT | Salim-Beasley, LLC | 2:17-cv-05238 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 35. | SETTLE, BARBARA M | Monsour Law Firm | 2:17-cv-03836 | Failure to provide Declaration signed by plaintiff, Xarelto user, or |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  |  |  | Xarelto user's representative |
| 36. | SMITH, ARTHUR M | Fears \| Nachawati | 2:16-cv-12920 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 37. | STEINBRINK, MYRA | Douglas & London | 2:17-cv-07569 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 38. | UPTON, MARY | The Gallagher Law Firm LLP | 2:17-cv-06324 | Medical records provided do not demonstrate alleged injury; Records provided do not show Xarelto use |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 39. | VANVALKENBURG, ALAN | The Driscoll Firm | 2:16-cv-9986 | Records provided do not show Xarelto use; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 40. | VARADY, ELIZABETH | Douglas & London | 2:17-cv-3148 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 41. | WARD, BARBARA | The Law Office of L. Paul Mankin | 2:17-cv-04485 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury |
| 42. | WILSON, LOIS | Salim-Beasley, LLC | 2:17-cv-05664 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 43. | YANCEY, DARLA | Salim-Beasley, LLC | 2:17-cv-05500 | Failure to provide Declaration signed by plaintiff, |

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  |  |  | Xarelto user, or Xarelto user's representative |