UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
16-9853, 16-9858, 16-9863

## ORDER

On December 12, 2017 a show cause hearing was held in relation to the Xarelto MDL. The hearing was set requiring Plaintiffs' counsel in the referenced cases to appear via conference call and show cause as to why the fees have not been paid. Counsel in the above references cases failed to appear and an order was issued for Plaintiff's counsel to show cause why they should not be held in contempt and fined or incarcerated for failure to appear. Michael Famiglietti of Rosenberg & Gluck, LLP, representing plaintiffs in cases 16-9853, 16-9858, 16-9863, has paid the outstanding filing fees and explained Rosenberg & Gluck, LLP's absence from the December 12, 2017 show cause hearing. Therefore,

**IT IS ORDERED** that cases 16-9853, 16-9858, and 16-9863 are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Ted Rosenberg, Lisa Borsella and any other attorney of Rosenberg & Gluck, LLP, representing plaintiffs in cases 16-9853, 16-9858, 16-9863, are no longer required to appear on January 3, 2018 at 9:00 a.m.

[2]

New Orleans, Louisiana this 14th day of December, 2017.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

CC: Michael Famiglietti
    Rosenberg & Gluck, LLP
    1176 Portion Road
    Holtsville, NY 11742