# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| _____) | |

**THIS DOCUMENT RELATES TO:**

*Robbin Sharp v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-01766

*Mary L. Carroll v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-02108

*Doris Bradfield v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-012095

## ORDER APPROVING MOTION FOR
## ENLARGEMENT OF TIME TO SERVE DEFENDANTS

This Court, being fully appraised of the premises and upon motion of Plaintiff to extend time to serve the Complaints filed in the above-listed actions, approves the motion and grants Plaintiffs an extension until 30 days from the date the court enters the order, to perfect service of the Complaints on Defendants.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this ____ day of _____, 2017.

_____
ELDON E. FALLON
United States District Judge

Copies furnished to:
All counsel