## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   )       MDL No. 2592
PRODUCTS LIABILITY LITIGATION  )
                                 )       SECTION: L
                                 )       JUDGE FALLON
                                 )       MAG. JUDGE NORTH
_____)

**THIS DOCUMENT RELATES TO:**

*Robbin Sharp v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-01766

*Mary L. Carroll v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-02108

*Doris Bradfield v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-012095

## <u>NOTICE OF SUBMISSION</u>

Please take notice that the Motion for, and Memorandum in Support of, Enlargement of

Time to Serve Defendants filed by Plaintiffs in the above-listed actions, through undersigned

counsel will be submitted to the Court on Wednesday, January 3rd, 2018, at 9:00 a.m. before the

Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated this 15th day of December, 2017.

RESPECTFULLY SUBMITTED,

BY: /s/ Garry B. Trinh
MORRIS ANDERSON LAW
GARRY B. TRINH
Nevada Bar No. 14289
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: December 15, 2017

<u>*/s/* Garry B. Trinh</u>
Garry B. Trinh