UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jerry Sailors v. Janssen Research & Development LLC, et al*
CA# 2:16-cv-6530

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8130, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Linda Miller, on behalf of the Estate of Jerry Sailors, is substituted for Plaintiff Jerry Sailors as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE