UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Delinda Bohanan*
CA# 2:16-cv-12411

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8134, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Denis Bohanan, on behalf of the Estate of Delinda Bohanan, is substituted for Plaintiff Delinda Bohanan as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE