UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************* | * | |

**THIS DOCUMENT RELATES TO:**
*All Cases*

# ORDER

In order to facilitate the progress of the Xarelto MDL, the parties have agreed to the following schedule for submission of briefs regarding a CMO on how to proceed with the MDL cases. Accordingly,

**IT IS ORDERED** that the deadline for joint submission of briefs is January 15, 2018.

**IT IS FURTHER ORDERED** that the deadline for joint submission of responses to the briefs is January 25, 2018.

**IT IS FURTHER ORDERED** that the Court will hear oral argument regarding the CMO on January 30, 2018 immediately following the monthly status conference.

New Orleans, Louisiana this 18th day of December, 2017.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE