UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Paul Burton et. al.** *v. Janssen Research & Development, LLC et al;*
    **Civil Action No. 2:15-cv-03583**

## SUGGESTION OF DEATH

    Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Paul Burton, which occurred on February 10, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Paul Burtons's estate.

Dated: December 18, 2017          Respectfully Submitted,

                                                        /s/ Jacob Levy

                                                      Jacob Levy
                                                      Gray & White
                                                      713 E. Market St. #200
                                                      Louisville, KY 40202

## CERTIFICATE OF SERVICE

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 18th day of December 2017.

                                                             /s/ Jacob Levy
                                                             Gray & White