UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Paul Burton et. al.** *v. Janssen Research & Development, LLC et al;*
    **Civil Action No. 2:15-cv-03583**

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES**

Comes now Plaintiff, Paul Burton, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Paul Burton with Wilma Houk, Personal Representative of the Estate of Paul Burton.

1. Plaintiff passed away on February 10, 2016 as reported to the Court in the Suggestion of Death filed December 18, 2017.

2. On November 20, 2017, the Russell County District Court Judge of the Probate Division, entered an order naming Wilma Houk the Administratrix of the Estate of Paul Burton.

3. Thus, as death does not extinguish his cause of action, Plaintiff moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Wilma Houk, Personal Representative of the Estate of Paul Burton as the named party in the place of Paul Burton.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: December 18, 2017                          Respectfully Submitted,

                                                             /s/ Jacob Levy

                                                              Jacob Levy
                                                              Gray & White
                                                             713 E. Market St. #200

Louisville, KY 40202

## CERTIFICATE OF SERVICE

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 18th day of December 2017.

/s/ Jacob Levy
Gray & White