**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Paul Burton et. al.** *v. Janssen Research & Development, LLC et al;*
    **Civil Action No. 2:15-cv-03583**

## ORDER

    This matter comes before the Court on Plaintiff's Motion to Substitute Wilma Houk, as Personal Representative of the Estate of Paul Burton as Plaintiff in the place of Paul Burton, in the above referenced action.  The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED.  The Clerk of the Court is hereby directed to correct the Caption to reflect the substituted party.


Signed, this _____ day of _____, 2017


                                                                                                        _____
                                                                                                           Honorable Eldon E. Fallon
                                                                                                        U.S. District Court Judge