## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Herbert Iknayan;* Civil Action No.: 2:16-cv-12475

### NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney hereby informs the Honorable Court of the death of Plaintiff, Herbert Iknayan.

Dated: December 18, 2017                    Respectfully submitted,

/s/ Donald C. Sisson
Donald C. Sisson, CO #35825
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
dsisson@elkusandsisson.com

/s/ Reid J. Elkus
Reid J. Elkus, CO #32516
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
relkus@elkusandsisson.com

*Attorneys for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: December 18, 2017           Respectfully submitted,

/s/ Donald C. Sisson
Donald C. Sisson, CO #35825
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
dsisson@elkusandsisson.com