UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Herbert Iknayan;* Civil Action No.: 2:16-cv-12475

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Sheila Iknayan as plaintiff on behalf of the Estate of Herbert Iknayan.

1. Herbert Iknayan filed a claim against the defendants on May 20, 2016.

2. Subsequently, plaintiff's counsel was notified that Herbert Iknayan died on July 15, 2017. See attached Certification of Death Record attached as Exhibit A.

3. Herbert Iknayan's action against the defendant survived his death and was not extinguished.

4. Sheila Iknayan, as Personal Representative of the Estate of Herbert Iknayan, is a proper party to substitute for plaintiff-decedent Herbert Iknayan and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

**WHEREFORE,** Plaintiff prays that this Motion for Substitution of Party be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: December 18, 2017          Respectfully submitted,

                                             /s/ Donald C. Sisson
                                             Donald C. Sisson, CO #35825
                                             ELKUS & SISSON, P.C.
                                             501 South Cherry Street, Suite 920
                                             Denver, CO 80246
                                             Telephone: 303-567-7981
                                             Facsimile: 303-431-3753
                                             dsisson@elkusandsisson.com

                                             /s/ Reid J. Elkus
                                             Reid J. Elkus, CO #32516
                                             ELKUS & SISSON, P.C.
                                             501 South Cherry Street, Suite 920
                                             Denver, CO 80246
                                             Telephone: 303-567-7981
                                             Facsimile: 303-431-3753
                                             relkus@elkusandsisson.com

                                             *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion to Substitute Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: December 18, 2017  Respectfully submitted,

/s/ Donald C. Sisson
Donald C. Sisson, CO #35825
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
dsisson@elkusandsisson.com