# CRAWFORD COUNTY CLERK
## ROBINSON, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

| | |
|---|---|
| STATE FILE NUMBER 2017 0057551 | DATE ISSUED 7/19/2017 |

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| HERBERT FOX IKNAYAN MD | MALE | JULY 15, 2017 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| CRAWFORD | 85 YEARS | 1931 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| ROBINSON | 1102 W MAIN ST |

**PLACE OF DEATH:** DECEDENT'S HOME

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| BOSTON, MA | 5900 | MARRIED | SHEILA RECTOR | NO |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 1102 W MAIN ST | | ROBINSON | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| CRAWFORD | IL | 62454 | HERBERT IKNAYAN | KATHLEEN KELLY |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| SHEILA IKNAYAN | WIFE | 1102 W MAIN ST, ROBINSON, IL, 62454 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | GOODWINE CREMATION SERVICES | PALESTINE, IL | JULY 19, 2017 |

**FUNERAL HOME:** GOODWINE FUNERAL HOMES INC, 303 EAST MAIN, ROBINSON, IL, 62454

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| JAMES DOUGLAS GOODWINE | 034012179 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| FAYRENE WRIGHT | JULY 19, 2017 |

**CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): CONGESTIVE HEART FAILURE, SYSTOLIC — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: 20 YEARS
b. Due to (or as a consequence of): CORONARY ARTERY DISEASE — 39 YEARS
c. Due to (or as a consequence of):
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
PERIPHERAL ARTERIAL DISEASE, CHRONIC DEMENTIA

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

**LOCATION OF INJURY:**

**DESCRIBE HOW INJURY OCCURRED:**

**IF TRANSPORTATION INJURY, SPECIFY:**

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| YES | JULY 05, 2017 | YES | | 10:10 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | JULY 18, 2017 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| GREGORY KASTNER, 1101 N ALLEN, SUITE 200, ROBINSON, ILLINOIS, 62454 | 036068467 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Fayrene Wright*
County Clerk/Recorder

Exhibit A

COUNTY CLERK SEAL CRAWFORD COUNTY, ILL.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE