IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Robbin Sharp v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-01766

*Mary L. Carroll v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-02108

*Doris Bradfield v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-02095

**MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO SERVE PROCESS ON DEFENDANTS**

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, l0A and l0B.

A brief memorandum in support of Plaintiffs' motion is submitted herewith

Submitted December 19, 2017

RESPECTFULLY SUBMITTED,

BY: /s/ Ryan Anderson
MORRIS ANDERSON LAW
RYAN M. ANDERSON, ESQ.
Nevada Bar No. 11040
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: December 19, 2017

*/s/ Sandra Perez-Rodriguez*
An employee of **MORRIS//ANDERSON**