UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592
SECTION L
JUDGE ELDON E. FALLON
MAG. JUDGE NORTH

**This Document Relates to:**
2:15-cv-06227
2:15-cv-06401
2:16-cv-03622

# PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs in the cases listed and attached herein as "Exhibit A" by and through the undersigned counsel, hereby file this Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiffs hereby notify the Court that Andrea S. Hirsch is no longer an employee of Herman Gerel, LLP and request that she be withdrawn as counsel in the main MDL No. 2592 and in each member cases associated with MDL No. 2592, including the cases listed and attached herein as "Exhibit A".

Plaintiffs further request that attorney Leonard A. Davis, a partner in the law firm of Herman Gerel, LLP, be substituted as lead counsel of record for all cases listed and attached herein as "Exhibit A".

Attorney Leonard A. Davis has conferred with Andrea S. Hirsch and Andrea S. Hirsch does not oppose this motion.

Dated: December 19, 2017

Respectfully submitted,

/s/ Andrea S. Hirsch
Andrea S. Hirsch
Herman Gerel, LLP
60 Lenox Pointe
Atlanta, Georgia 30324
Telephone: (404) 880-9500
ahirsch@hermangerel.com
Attorney for Plaintiff(s)

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: ldavis@hhklawfirm.com
Attorney for Plaintiff(s)

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

**/s/ Leonard A. Davis**
**Leonard A. Davis**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
Email: ldavis@hhklawfirm.com