EXHIBIT A

| Civil Action No. | Case Caption |
|---|---|
| 2:15-cv-06227 | Freeny et al v. Janssen Research & Development LLC et al. |
| 2:15-cv-06401 | Reed v. Janssen Research & Development LLC et al. |
| 2:16-cv-03622 | Bonnette v. Janssen Research & Development LLC et al. |