UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE:  XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL No. 2592**
**SECTION L**
**JUDGE ELDON E. FALLON**
**MAG. JUDGE NORTH**

_____

**This Document Relates to:**
2:15-cv-06227
2:15-cv-06401
2:16-cv-03622

## ORDER

The Court, after considering the Plaintiffs' Joint Motion for Withdrawal and Substitution

of Counsel, as well as any responses thereto, finds the motion meritorious.

**IT IS HEREBY ORDERED** that Andrea S. Hirsch be withdrawn as Plaintiffs' attorney

of record.

**IT IS FURTHER ORDERED** that attorneys ----- be substituted as counsel of record for

all the cases listed in and attached hereto as "Exhibit A".

New Orleans, Louisiana this ___ day of _____, 201_.


_____
Hon. Eldon E. Fallon
United States District Court Judge