IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592<br>)<br>) SECTION: L<br>)<br>) JUDGE ELDON E. FALLON<br>)<br>) JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| HELEN CARIMI v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, *et al.* | 2:17-cv-07128 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

In support of Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1) Plaintiff filed the Complaint the above captioned case on July 26, 2017.

2) Plaintiff submitted the Plaintiff Fact Sheet on September 14, 2017.

3) On December 1, 2017, Defendants issued one deficiency in the submitted Plaintiff Fact Sheet: Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user.

4) On December 1, 2017, Plaintiff's counsel attempted to contact the client but was unable to do so.

5) Plaintiff's counsel continued to attempt to contact the client and, on December 20, 2017 after not having yet contacted the client, requested an extension of time to cure the Plaintiff Fact Sheet Deficiency from counsel for Defendants.

6) On the evening of December 20, 2017, Plaintiff's counsel was contacted by the client and was notified of the deficiency. Plaintiff is now working to cure this deficiency.

7) On December 21, 2017, counsel for Defendants notified Plaintiff's counsel that they do not consent to the requested 60-day extension to cure the Plaintiff Fact Sheet Deficiency.

8) Plaintiff now requests a 60-day extension to allow Plaintiff to cure this deficiency.

9) Plaintiff is not requesting an extension for purposes of delay and will submit the necessary documentation to cure the Plaintiff Fact Sheet Deficiency as soon as it is received from Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an extension of the Plaintiff Fact Sheet Deadline until February 19, 2018.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By: */s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

Date: December 21, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 21th day of December, 2017.

        MARC J. BERN & PARTNERS LLP

        By: */s/ Debra J. Humphrey*
        Debra J. Humphrey (5050448)
        60 East 42nd St., Suite 950
        New York, NY 10165
        (212) 702-5000
        (212) 818-20164 (Fax)
        dhumphrey@bernllp.com
        Counsel for Plaintiff