**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO** | ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** | ) | |
| | ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| HELEN CARIMI v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:17-cv-07128 |

**ORDER**

This matter came before the Court on Plaintiff's Motion for an Extension of Time to Satisfy a Plaintiff Fact Sheet Deficiency, namely the missing declaration page.

After due consideration, this Court hereby GRANTS Plaintiff's Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until February 19, 2018 to satisfy Plaintiff Fact Sheet Deficiencies.

_____            _____
   DATE                                                              JUDGE ELDON E. FALLON