UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| | | JUDGE ELDON E. FALLON |
| *Daphne Matthews v. Janssen Research & Development, LLC, et al (15-470 EDL)* | | MAG. JUDGE NORTH |

**MOTION TO WITHDRAW**

Now comes Charles E. Adler/Adler Law Offices, Ltd., one of plaintiff's attorneys of record and moves this court to enter an order granting him leave to withdraw appearance and cease representation instanter on behalf of Daphne Matthews, plaintiff. In support hereof, your movant says as follows.

1. That Charles E. Adler, one of the attorneys of record for Daphne Matthews, plaintiff originally caused this cause of action to be filed in the United States District Court for the Northern District of Illinois.

2. That subsequent thereto the cause of action was transferred to the instant court.

3. That subsequent to the transfer to the instant court the firm of Herman, Herman & Katz, LLC, through their individual attorneys appeared in this case on behalf of Daphne Matthews, plaintiff.

4. That the attorneys of record of Herman. Herman & Katz, LLC remain of record on behalf of plaintiff.

5. That Charles E. Adler/Adler Law Offices, Ltd., for professional reasons now moves this court for entry of an order granting him leave to withdraw appearance and cease representation instanter on behalf of Daphne Matthews, plaintiff.

1

6. That Charles E. Adler and Daphne Matthews have had a personal consultation with regard to Charles E. Adler terminating his representation of her and Daphne Matthews has consented to said withdrawal.

7. That Charles E. Adler, pursuant to Local Rule 83.211 has notified plaintiff of this motion for leave to withdraw via Certified Mail No. 7017 2400 0001 0610 6872 at her last known address of 305 North Bay Court. Lake Barrington, Illinois 60010, by enclosing same in a sealed envelope addressed to her at her respective address and by depositing said envelope as First Class Certified Mail in the U.S. Mail located at 30 N. Lasalle St., Chicago, IL 60602 on December 21, 2017, before 5:00 p.m. with proper postage prepaid.

8. That no prejudice will be caused Daphne Matthews, plaintiff if this court sees fit to grant the requested relief in that the attorneys of Herman, Herman & Katz, LLC will remain of record on behalf of plaintiff.

Wherefore, Charles E. Adler/Adler Law Offices, Ltd., moves this court to enter an order granting him leave to withdraw appearance and cease representation instanter on behalf of Daphne Matthews, plaintiff.

Respectfully submitted,

/s/ Charles E. Adler
Charles E. Adler
Adler Law Offices, Ltd.
30 N. Lasalle St., Ste 3440
Chicago, IL 60602
Phone: 312-236-2700
E-Mail: ca@adlerltd.com

## CERTIFICATE OF SERVICE

I, Charles E. Adler, the attorney certify that I served this motion for leave to withdraw upon Daphne Matthews by enclosing same in a sealed envelope addressed to her at her last known address of 305 North Bay Court, Lake Barrington, Illinois 60010, and by depositing said envelope as First Class Certified U.S. Mail No. 7017 2400 0001 0610 6872 in the U. S. Mail located at 30 N. LaSalle Street, Chicago, IL 60602 on December 21, 2017, before 5:00 p.m. with proper postage prepaid.

I, Charles E. Adler, the attorney certifies that on December 21, 2017, I electronically filed this motion for leave to withdraw with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

/s/ Charles E. Adler
Charles E. Adler
Adler Law Offices, Ltd.
30 N. LaSalle St., Ste 3440
Chicago, IL 60602
Phone; 312-236-2700
E-Mail: ca@adlerltd.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Daphne Matthews v. Janssen Research & Development, LLC, et al (15-470 EDL)* | | |

## ORDER

This cause coming on before the court upon the motion of Charles E. Adler/Adler Law Offices, Ltd., for leave to withdraw appearance and cease representation instanter on behalf of Daphne Matthews, plaintiff.

IT IS HEREBY ORDERED that leave be and is hereby granted to Charles E. Adler/Adler Law Offices, Ltd., to withdraw appearance and cease representation on behalf of Daphne Matthews, plaintiff and that this order shall stand as such instanter termination of representation and withdrawal of appearance.

**ENTERED:**

_____
Judge