## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| | | JUDGE ELDON E. FALLON |
| *Daphne Matthews v. Janssen Research & Development, LLC, et al (15-470 EDL)* | ) ) | MAG. JUDGE NORTH |

## ORDER

This cause coming on before the court upon the motion of Charles E. Adler/Adler Law Offices, Ltd., for leave to withdraw appearance and cease representation instanter on behalf of Daphne Matthews, plaintiff.

IT IS HEREBY ORDERED that leave be and is hereby granted to Charles E. Adler/Adler Law Offices, Ltd., to withdraw appearance and cease representation on behalf of Daphne Matthews, plaintiff and that this order shall stand as such instanter termination of representation and withdrawal of appearance.

**ENTERED:**

_____
Judge

4