UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Paul Burton et al v. Janssen Research & Development, LLC et al*
CA# 2:15-cv-3583

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8163, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Wilma Houk, as Personal Representative of the Estate of Paul Burton, is substituted for Plaintiff Paul Burton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 21st day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE