# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Herbert Iknayan*
CA# 2:16-cv-12475

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8165, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sheila Iknayan, on behalf of the Estate of Herbert Iknayan, is substituted for Plaintiff Herbert Iknayan as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 21st day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE