UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592
SECTION L
JUDGE ELDON E. FALLON
MAG. JUDGE NORTH

**This Document Relates to:**
2:15-cv-06227
2:15-cv-06401
2:16-cv-03622

## ORDER

The Court, after considering the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, as well as any responses thereto, finds the motion meritorious.

**IT IS HEREBY ORDERED** that Andrea S. Hirsch be withdrawn as Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorney Leonard A. Davis be substituted as counsel of record for all the cases listed in and attached hereto as "Exhibit A".

New Orleans, Louisiana this 21st day of December, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge