## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | * **MDL NO. 2592** |
| | * **SECTION L** |
| | * |
| | * **JUDGE ELDON E. FALLON** |
| | * |
| | * **MAG. JUDGE NORTH** |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Orr, et al v. Janssen, et al*, **15-3708**
*Boudreaux, et al v. Janssen, et al*, **14-2720**

## ORDER

On December 11, 2017, the Court directed that trial exhibits be submitted to the Clerk's

Office within fourteen (14) days. R. Doc. 8135. However, this deadline falls on a holiday.

Accordingly,

**IT IS ORDERED** that the deadline for submission of trial exhibits is hereby continued to

December 27th, 2017.

New Orleans, Louisiana this 21st day of December, 2017.

UNITED STATES DISTRICT JUDGE