UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Edward Contreras v. Janssen Research & Development LLC, et al.*
*LAED USDC No.: 2:17-cv-02507-EEF-MBN*

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant him an additional thirty (30) days from the date an Order is entered in which to effect service on Defendants, including via the streamlined procedures for informal service of process set forth in Pre-Trial Orders 10, 10A and 10B. A brief memorandum in support of Plaintiffs' motion submitted herewith.

Dated: December 21, 2017            Respectfully submitted,

/s/ John C. Thornton
**ANDREWS THORNTON**
**HIGGINS RAZMARA, LLP**
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (949) 748-1000
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com
Sean Thomas Higgins, Esq., SBN266888
shiggins@andrewsthornton.com

*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that on December 21, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John C. Thornton*
John C. Thornton