## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Edward Contreras v. Janssen Research & Development LLC, et al.*
*LAED USDC No.: 2:17-cv-02507-EEF-MBN*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Extension of Time within Which to Serve Process filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on Thursday, the 10th of January, 2018, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated: December 21, 2017

Respectfully submitted,

*/s/ John C. Thornton*
**ANDREWS THORNTON**
**HIGGINS RAZMARA, LLP**
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (949) 748-1000
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com
Sean Thomas Higgins, Esq., SBN266888
shiggins@andrewsthornton.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          */s/ John C. Thornton*
                                          John C. Thornton