# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Edward Contreras v. Janssen Research & Development LLC, et al.*
*LAED USDC No.: 2:17-cv-02507-EEF-MBN*

### DECLARATION OF JOHN C. THORNTON IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, JOHNSON & JOHNSON BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

I, John C. Thornton, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and am a Senior Partner with Andrews & Thornton, attorneys of record for Plaintiffs herein. I make this declaration of my own personal knowledge.

2. I am familiar with the above referenced case and would and could completely testify to the facts contained in this declaration.

3. My law firm represents the plaintiff in the above referenced action. The case was filled March 24, 2017. This was the first lawsuit we had filed in Xarelto MDL.

4. The case was filed by my longstanding paralegal, Marco Galindez. It is Mr. Galindez job to serve the lawsuit immediately.

5. Mr. Galindez deviated from established office procedures. He has a declaration that is also filed in support of this motion. I learned that he had discovered that there was

1

an expedited service procedure. He delayed the customary service in order to investigate the expedited service procedure and lost track of service.

6. By notice dated October 9, 2017, defendants brought a motion for order to show cause regarding plaintiffs who had failed to serve a plaintiff fact sheet, which listed as number 3, "Edward Contreras, docket number: 2:17-cv-2507".

7. On November 1, 2017, we served complete responses to the plaintiff's fact sheet (The MDL Centrality Proof of Service is attached hereto as Exhibit 1).

8. We did not discover the error until we received a notice posted on Centrality, November 17, 2017 that the case had not been served and that therefore defendants did not have a deadline to respond to the defendant fact sheet.

9. Thereafter we served the complaint on November, 17, 2017.

10. On November 27, 2017 defendant notified us by centrality service that the service was untimely. (A copy of the Letter rejecting service of process is attached hereto as Exhibit 2).

11. Defendants were aware of the filing of the case. It is in the interest of justice to permit service at this time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed this 21st Day of December, 2017 at Irvine, California.

*/s/ John C. Thornton*
John C. Thornton