# EXHIBIT 2

**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



November 27, 2017

<u>**Via Electronic Mail**</u> (jct@andrewsthornton.com)

John C. Thornton
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, California 92606

> Re:   Edward Contreras v. Janssen Research & Development LLC, et al., Civil Action No. 2:17-cv-02507 (E.D. La.)

Dear Mr. Thornton:

This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer HealthCare Pharmaceuticals Inc. received the Complaint and Summons in the above-captioned action by Certified Mail.

Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons.  For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order.  Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

Because Plaintiff's attempted service on Bayer HealthCare Pharmaceuticals Inc. by Certified Mail was untimely, service is improper.

Sincerely,

Lindy D. Brown

LDB/cfo