UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Edward Contreras v. Janssen Research & Development LLC, et al.*
*LAED USDC No.: 2:17-cv-02507-EEF-MBN*


**DECLARATION OF MARCO GALINDEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, JOHNSON & JOHNSON BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG**


I, Marco Galindez, hereby declare as follows:

I am a paralegal for Andrews Thornton Higgins Razmara, LLP. I make this declaration of my own personal knowledge.

1. I am a clerk at Andrews Thornton Higgins and Razmara LLP with responsibility of filing and serving Federal Complaints. The procedures of the law firm and my customary practice call for me to serve Federal complaints the day following filing.

2. This was the first complaint we had filed in the Xarelto MDL. I was not familiar with the expedited service procedures and intended to investigate and learn the procedure and thereafter immediately serve the complaint. Unfortunately, the complaint was set aside and I forgot to serve it.

1

2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed this 21st Day of December, 2017 at Irvine, California.

*/s/ Marco Galindez*
Marco Galindez