IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON BROWN ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:17-cv-06374 |
| ) | |
| JANSSEN RESEARCH & ) | |
| DEVELOPMENT LLC, et al ) | |
| ) | |
| Defendants ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDUCE**

Pursuant to Fed.R.Civ.P. 41(a)(l) Plaintiff, Sharon Brown, by and through her attorneys of record, hereby voluntarily dismisses this action against all defendants without prejudice.

Respectfully submitted,

Dated: December 22, 2017

**HOLLIS LAW FIRM**

*/s/ Adam M. Evans*
Adam M. Evans
5100 w. 95th St.
Prairie Village, KS 66207
(913) 385-5400
(913) 385-5402 (fax)
adam@hollislawfirm.com

**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: December 22, 2017                          */s/* Adam M. Evans
                                                                                            Adam M. Evans