**UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Plaintiff Gary Pent, on behalf of the Estate of Patricia Pent, deceased, and Gary Pent, Individually Civil Action No.: 15-cv-05164*

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES**

This Court issued an Order to Show Cause (Doc. 7737) as to why certain actions, including the above-captioned action should not be dismissed due to plaintiffs with alleged core Plaintiff Fact Sheet deficiencies. The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Gary Pent. However, plaintiff's counsel has not received any response to our attempts to contact Mr. Pent.

2. Specifically, Plaintiff's counsel attempted to contact Mr. Pent on the following dates:

   a. A letter was sent via Federal Express on October 13, 2015 requesting the completion of the Plaintiff Fact Sheet and required materials and the return of same to Plaintiff's counsel.

1

b. Subsequent letters were sent informing Mr. Pent of his obligations to complete a Plaintiff Fact Sheet, and that his failure to do so would likely result in Defendants moving for a dismissal of his case. These letters were sent via e-mail, regular mail and Federal Express on January 21, 2016, February 17, 2016, February 25, 2016 and June 9, 2016.

c. Further, Plaintiff's counsel attempted calls and emails to the client after failure to receive the completed Plaintiff Fact Sheet and materials. These communication efforts were made on January 19, 2016, January 25, 2016, February 10, 2016, February 16, 2016, February 18, 2016, February 22, 2016, February 23, 2016, February 29, 2016, March 4, 2016, March 6, 2016, March 16, 2016, October 24, 2016, February 7, 2017 and June 22, 2017.

d. On October 10, 2017 Plaintiff's counsel hired a private investigator to attempt to reach the client, which was unsuccessful.

e. On October 17, 2017 another letter was sent via Federal Express and e-mail enclosing a copy of the Defendants' Motion for Order to Show Cause.

f. On November 17, 2017 a certified letter was sent to the client enclosing a copy of the Defendants' Motion for Order to Show Cause. Plaintiff's counsel received proof of this delivery on November 24, 2017.

3. Undersigned counsel is unaware of any circumstances that would prevent Mr. Pent from complying with the Plaintiff Fact Sheet obligations set by this Court.

4. However, in the event that the Court elects to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice. In the alternative, pursuant to PTO 30, Plaintiff's counsel requests to be heard at the January 30, 2018 status conference regarding Defendants' opposition to a Motion for Leave to Withdraw as Attorney of Record for Plaintiff.

**WHEREFORE,** it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action, that any dismissal be without prejudice or that a hearing be set for January 30, 2018 to discuss a Motion for Leave to Withdraw as Attorney of Record for Plaintiff.

Dated: New York, New York
December 26, 2017

By: */s/ Michael A. London*
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2017 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Michael A. London*
Michael A. London