IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| FELICIA ANDERSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:17-cv-07751 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency. The deadline to cure the Plaintiff Fact Sheet Deficiency issued by Defendants on December 8, 2017, which is currently due on December 28, 2017. Plaintiff requests an additional 60 days, with a new deadline date of February 26, 2018, to provide the required documentation to cure the Plaintiff Fact Sheet Deficiency. In support of her motion, Plaintiff submits the attached Memorandum in Support.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until February 26, 2018.

                          Respectfully submitted,

                          MARC J. BERN & PARTNERS LLP

                          By: */s/ Debra J. Humphrey* .
                          Debra J. Humphrey (5050448)
                          60 East 42$_{nd}$ St., Suite 950
                          New York, NY 10165
                          (212) 702-5000
                          (212) 818-20164 (Fax)
                          dhumphrey@bernllp.com
                          Counsel for Plaintiff

Dated: December 28, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of December, 2017.

MARC J. BERN & PARTNERS LLP

By: /s/ *Debra J. Humphrey* .
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff