# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO** ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** ) | |
| ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **JUDGE NORTH** |

### THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| FELICIA ANDERSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:17-cv-077551 |

## **ORDER**

This matter came before the Court on Plaintiff's Motion for an Extension of Time to Satisfy a Plaintiff Fact Sheet Deficiency, namely the missing declaration page.

After due consideration, this Court hereby GRANTS Plaintiff's Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until February 26, 2018 to satisfy Plaintiff Fact Sheet Deficiencies.

_____    _____
  DATE                                                            JUDGE ELDON E. FALLON