# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| FELICIA ANDERSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, *et al.* | 2:17-cv-07751 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR
EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

In support of Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1) Plaintiff filed the Complaint the above captioned case on August 11, 2017.

2) Plaintiff submitted the Plaintiff Fact Sheet on October 10, 2017.

3) On December 8, 2017, Defendants issued one deficiency in the submitted Plaintiff Fact Sheet: Failure to provide the name of diagnosing physician, address of diagnosis physician, medical records to demonstrating alleged injury and failure to provide a signed declaration page.

4) Plaintiff's counsel is waiting on certain documents that are being expedited upon which they anticipate receiving shortly.

5) On December 27, 2017, counsel for Defendants did not notify Plaintiff's counsel that they do or do not consent to the requested 60-day extension to cure the Plaintiff Fact Sheet Deficiency.

6)       Plaintiff now requests a 60-day extension to allow Plaintiff to cure this deficiency.

7)       Plaintiff is not requesting an extension for purposes of delay and will submit the necessary documentation to cure the Plaintiff Fact Sheet Deficiency as soon as it is received from Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an extension of the Plaintiff Fact Sheet Deadline until February 26, 2018.

                Respectfully submitted,

                MARC J. BERN & PARTNERS LLP

                By:*/s/ Debra J. Humphrey*                                  .
                Debra J. Humphrey (5050448)
                60 East 42nd St., Suite 950
                New York, NY 10165
                (212) 702-5000
                (212) 818-20164 (Fax)
                dhumphrey@bernllp.com
                Counsel for Plaintiff

Date: December 28, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of December, 2017.

MARC J. BERN & PARTNERS LLP

By: */s/ Debra J. Humphrey* .
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff