UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

*Jacqueline Smith vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:17-cv-9908

## MOTION FOR EXTENSION OF TIME TO SATISFY
## PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the plaintiff Jacqueline Smith, by and through the undersigned counsel, and respectfully moves this Court for an Order (1) extending plainitff's time to serve the Bayer defendants pursuant to streamlined service under PTO 10; and (2) deeming the plaintiff's service in accordance with PTO on November 30, 2017 (the same date that Summons was issued) to be sufficient service. This action was commenced on September 29, 2017 with the sixty (60) day time period for completing streamlined service of process on the Bayer defendants under PTO 10 running on November 28, 2017. However, on that date, the Complaint could not be served because a Summons had not yet been issued by the Clerk due to inadvertently not having not been e-filed by plaintiff. A Summons was issued by the Clerk on November 30, 2017 (the 62nd day after commencement) and Service was made on the Bayer defendants pursuant to PTO 10 on the same date the Summons was issued. Accordingly, Plaintiff's counsel requests an Order extending the sixty-day time period of PTO 10, and deeming that the Service on the Bayer defendants on November 30, 2017 is sufficient service.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an Extension of time in which to serve the Bayer defendants pursuant to PTO 10 and that service made on November 30, 2017 be deemed sufficient service.

Dated: December 28, 2017                     Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By: /S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of December 2017.

THE SCHLEMMER FIRM, LLC

BY: /S/ Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com