UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

> *Jacqueline Smith vs. Janssen Research & Development, LLC et al;*
> Civil Action No. 2:17-cv-9908

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Extension of Time within Which to Serve Process filed by Plaintiff in the above-listed action, by counsel, will be submitted to the Court on January 31, 2018, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated: December 28, 2017    Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By: /S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of December 2017.

        THE SCHLEMMER FIRM, LLC

        BY: /S/ Paul N. Schlemmer
        Paul N. Schlemmer (NY2895415)
        Attorney for Plaintiff
        830 Third Avenue, 5th Floor
        New York, New York 10022
        (212) 390-8030
        email: paul@schlemmerfirm.com