**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)  }          MDL No. 2592
                                }
PRODUCTS LIABILITY LITIGATION }          SECTION L
                                }          JUDGE FALLON
                                }          MAG. JUDGE NORTH
                                }

This Document relates to:

*Jacqueline Smith vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:17-cv-9908**

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF**
**TIME TO SERVE PROCESS ON THE BAYER DEFENDANTS**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Serve Process on the Bayer

Defendants, Plaintiff states the following:

1.      The plaintiff filed the above captioned Complaint on September 29, 2017, with

the sixty day period for serving via streamlined service on the Bayer defendants running on

November 28, 2017.

2.      However, on November 28, 2017, it was discovered by plaintiff's counsel that the

service could not be mailed out due to a Summons having not been issued by the Clerk's office

due to clerical inadvertence of plaintiff not e-filing a request for Summons to be issued.

Accordingly, the Clerk's summons was not issued until November 30, 2017  (Exhibit 1) and

service pursuant to PTO 10 was mailed to the Bayer defendants on that same date.

3.      The Bayer defendants mailed a letter to the plaintiff's counsel confirming that

service had in fact been completed upon them, but noting the sixty (60) day time period. (Exhibit

2).

4.      The plaintiff requests that the time for serving the Bayer defendants be extended and that the plaintiff's service upon the Bayer defendants be deemed good service under the circumstances existing in this matter.   The plaintiff has acted in good faith by immediately seeking the issuance of the Summons and immediately serving the Complaint upon issuance.

5.      All other non-Bayer defendants have also been served.  (Exhibit 3)


**WHEREFORE**, Plaintiff's counsel requests an extension of the time in which to serve the Bayer defendants pursuant to PTO 10 and that the plaintiff's service upon said defendants be deemed sufficient service pursuant to PTO 10.

Dated: December 28, 2017

Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By:  _/S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of December 2017.

THE SCHLEMMER FIRM, LLC

BY: /S/ Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com