AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

JACQUELINE SMITH

*Plaintiff(s)*

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a
JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT LLC, et al.

*Defendant(s)*

Civil Action No. 2:17-CV-9908 L (5)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bayer Pharma AG
Attn. Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

Bayer AG
Law, Patents and Compliance

1 3. Dez. 2017

Bearbeitung: _____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Schlemmer Firm, LLC
830 Third Avenue, 5th Floor
New York, NY 10022
(212) 390-8030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

William W. Blevins
Name of clerk of court

Date: Nov 30 2017