**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



December 27, 2017

<u>Via Electronic Mail</u> (paul@schlemmerfirm.com)

Paul N. Schlemmer
The Schlemmer Firm, LLC
830 Third Avenue, 5th Floor
New York, NY 10022

      Re:    Jacqueline Smith v. Janssen Research & Development LLC, et al., Civil Action No. 2:17-cv-09908 (E.D. La.)

Dear Mr. Schlemmer:

      This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer HealthCare Pharmaceuticals Inc. received the Complaint and Summons in the above-captioned action by Certified Mail.

      Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

      Because Plaintiff's attempted service on Bayer HealthCare Pharmaceuticals Inc. by Certified Mail was untimely, service is improper.

                                             Sincerely,

                                             Lindy D. Brown

LDB/cfo



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bayer Healthcare Pharmaceutical Inc,
   SOP Dept, CSC,
   Ste 400
   2711 Centerville Rd
   Wilmington, DE 19808

9590 9402 2885 7069 6629 84

2. Article Number (Transfer from service label)

   7015 3010 0002 3976 6080

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature: Phillip Tolbert]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt



**USPS TRACKING #**

9590 9402 2885 7069 6629 84

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

The Schlemmer Firm LLC
830 Third Ave, 5th Floor
New York, NY 10022

Smith, J, (KAE)

**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



December 13, 2017

<u>**Via Electronic Mail**</u> (paul@schlemmerfirm.com)

Paul N. Schlemmer
The Schlemmer Firm, LLC
830 Third Avenue, 5th Floor
New York, NY 10022

      Re:    Jacqueline Smith v. Janssen Research & Development LLC, et al., Civil Action No. 2:17-cv-09908 (E.D. La.)

Dear Mr. Schlemmer:

      This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the Complaint and Summons in the above-captioned action by Registered Mail.

      Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

      Because Plaintiff's attempted service on Bayer Pharma AG by Registered Mail was untimely, service is improper. We are returning the documents to you.

                                                              Sincerely,

                                                            Lindy D. Brown

LDB/cfo



U.S. POSTAGE PAID
NEW YORK, NY
10022
NOV 30, 17
AMOUNT
$29.52
R2304E108251-03

9400       00106

UNITED STATES POSTAL SERVICE
REGISTERED MAIL™

RE 337 343 355 US

Label 200, August 2005          PSN 7690-03-000-9311

Bayer AG
Law, Patents and Compliance

1 3. Dez. 2017

Bearbeitung: _____

AIR MAIL
AIR MAIL

# THE SCHLEMMER FIRM, LLC
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10022
(212) 390-8030

TO: Bayer Pharma AG
Attn. Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

6