UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VINCENT BAUMGARTNER, as surviving heir of TRACY BAUMGARTNER,<br><br>        Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY PRODUCTS, INC., DEPUY INTERNATIONAL, INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, and JOHNSON & JOHNSON SERVICES, INC.,<br><br>        Defendants. | Case No: 2:17-cv-09028<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MEMORANDUM TO CLERK
AND REQUEST FOR ALIAS SUMMONS**

COMES NOW Plaintiff, by and through counsel of record, and advises the court that the summons issued for service on the Defendants have not been executed. Plaintiff requests that the Clerk issue Alias Summons for service upon said Defendants. Please see attached Summons.

Respectfully submitted,

CAREY DANIS AND LOWE

  /s/Jeffrey J. Lowe
Jeffrey J. Lowe #35114 (Mo Bar)
8235 Forsyth Blvd., Ste. 1100
Clayton, MO 63105
(314) 725-7700 or (314) 678-3400
Facsimile: (314) 678-3401
jlowe@careydanis.com
jrosemergy@careydanis.com