UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMANDED |

*Angel Torres v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:17-cv-02430

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Gayla Torres, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Gayla Torres on behalf of her deceased husband, Angel Torres.

1. Angel Torres filed a products liability lawsuit against the defendants on March 23, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Angel Torres died on February 27, 2017.

3. Angel Torres' products liability action against defendants survived his death and was not extinguished.

4. Gayla Torres, surviving spouse of Angel Torres, is a proper party to substitute for plaintiff-decedent Angel Torres and proceed forward with the surviving products liability claim on his behalf.

1

Based on the foregoing, Gayla Torres requests that this Court grant her request for substitution as plaintiff in this action.

Dated: December 29, 2017

          Respectfully Submitted,

          BARTIMUS, FRICKLETON and ROBERTSON, P.C.

          By: */s/ Michelle Marvel*
          Michelle Marvel    MO # 59815   KS #23511
          11150 Overbrook Road, Suite 250
          Leawood, KS 66211
          (913) 266-2300
          (913) 266-2366 Facsimile
          mmarvel@bflawfirm.com

          GOZA & HONNOLD, L.L.C

          By: */s/ Bradley D. Honnold*
          Kirk J. Goza         MO # 32475
          Bradley D. Honnold    MO # 39818
          11181 Overbrook Road, Suite 200
          Leawood, KS 66211
          (913) 451-3433 Telephone
          kgoza@gohonlaw.com
          bhonnold@gohonlaw.com

          ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___*/s/ Michelle Marvel* _____________