UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | JURY TRIAL DEMANDED |
| Angel Torres : | |
| Case #: 2:17-cv-02430 | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Gayla Torres Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. Gayla Torres, as surviving spouse of ANGEL TORRES, is substituted as Plaintiff in this action.

Dated: December 29, 2017

_____
JUDGE ELDON E. FALLON

Cc: All counsel of record