UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCT LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ROLAND BARROWS and PAMELA BARROWS,

2:17-cv-07545

## NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiffs, Roland Barrows and Pamela Barrows, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney hereby informs the Honorable Court of the death of Plaintiff, Roland Barrows.

Dated: January 02, 2018            /s/ Sarah J. Showard
                                   Sarah J. Showard
                                   *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 02, 2017, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, which will notify all attorneys of records of such filing.

                                                  /s/ Sarah J. Showard
                                                  Sarah J. Showard
                                                  Attorney for Plaintiff