UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION        :     MDL No. 2592
                                     :
                                     :     SECTION L
THIS DOCUMENT RELATES TO:            :
THE CASES LISTED BELOW               :
                                     :     JUDGE ELDON E. FALLON
                                     :
                                     :     MAGISTRATE JUDGE NORTH

## ORDER

On June 6, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 6748]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiffs were given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7367]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs were given until November 30, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7851]. For the reasons set forth on the record at the Order to Show Cause Hearing held on November 30, 2017, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Campbell, Charles | Cochran Legal Group | 2:16-cv-15064 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified |


| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 2. | Desmarais, Roger | Cochran Legal Group | 2:16-cv-15076 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | Dugas, Shirlene | Lenze Kamerrer Moss, PLC. | 2:16-cv-14348 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | Pickett, Keisha | Cochran Legal Group | 2:16-cv-15127 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | Stone, Clifford | Cochran Legal Group | 2:16-cv-15157 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |

For the reasons set forth on the record at the Order to Show Cause Hearing held on November 30, 2017, specifically, failure to cure all deficiencies within two (2) weeks of the Hearing, the following case is dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 6. | Hills, David | Cochran Legal Group | 2:16-cv-15119 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 3rd day of January, 2018.

                                            Judge Eldon E. Fallon
                                            United States District Court Judge