# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

### ORDER

On June 6, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 6748]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiff was given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7367]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiff was given until November 30, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7851]. For the reasons set forth on the record at the Order to Show Cause Hearing held on November 30, 2017, the following Plaintiff shall be given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the case shall be addressed at the Order to Show Cause Hearing to be held on January 24, 2018 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of this case with prejudice:

2

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Fernandez, Octavio | Cochran Legal Group | 2:16-cv-15094 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge