UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

**ORDER**

On March 6, 2017, Defendants filed Motions for Orders to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 5648 and 5660]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved case was to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiff was given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 6610]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiff was given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7344]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiff was given until November 30, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7843]. For the reasons set forth on the record at the Order to Show Cause Hearing held on November 30, 2017, the following case is dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

2

| No. | Plaintiff Name | Law Firm Name | Docket No. | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Koon, Lionel | Kelley & Ferraro LLP | 2:16-cv-13705 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide all nine digits of social security number |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge

2