UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :       MDL No. 2592
                                      :
                                      :       SECTION L
THIS DOCUMENT RELATES TO:             :
THE CASES LISTED BELOW                :
                                      :       JUDGE ELDON E. FALLON
                                      :
                                      :       MAGISTRATE JUDGE NORTH

## ORDER

On November 2, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet.  [Rec. Doc. 7956].  For the reasons set forth on the record at the Order to Show Cause Hearing held on November 30, 2017, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Binggeli, Betty | 2:17-cv-00632 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Carr, Paul | 2:17-cv-02965 | Excolo Law, PLLC |
| 3. | Cooper, Deborah F. | 2:17-cv-01307 | Hodes Milman Liebeck, LLP |
| 4. | Gibson-Rios, Marissa | 2:17-cv-02804 | Peterson & Associates, P.C. |
| 5. | Lee, Ricky | 2:17-cv-05323 | Barrett Johnston Martin & Garrison, LLC |
| 6. | Marks, William B., Jr. | 2:17-cv-01443 | Murray Law Firm |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 7. | Patterson, Denna | 2:17-cv-01795 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 8. | Runyan, Bonnie J. | 2:17-cv-00970 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 9. | Russell, Steven E. | 2:17-cv-03491 | Herman, Herman & Katz, LLC |
| 10. | Schrader, Ernest, Jr. | 2:17-cv-04539 | Burns Charest LLP |
| 11. | Szydlek, Jennifer | 2:17-cv-04740 | Peterson & Associates, P.C. |

New Orleans, Louisiana, on this 3rd day of January, 2018.

Judge Eldon E. Fallon
United States District Court Judge