UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

### ORDER

On November 2, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7956]. Prior to the Order to Show Cause Hearing held on November 30, 2017, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Beyonce, Lumis | 2:17-cv-02073 | Burns Charest LLP |
| 2. | Boatner, Heidi | 2:17-cv-02781 | Slater, Slater Schulman, LLP |
| 3. | Bolden, Dennis | 2:17-cv-04508 | Glancy Prongay & Murray LLP; Smith Segura & Raphael, LLP |
| 4. | Chidester, Wanda | 2:17-cv-05136 | Slater, Slater Schulman, LLP |
| 5. | Contreras, Edward | 2:17-cv-02507 | Andrews Thornton Higgins Razmara, LLP |
| 6. | Cullen, Virginia | 2:17-cv-04486 | Kabateck Brown Kellner, LLP |
| 7. | DeJesus, Jose | 2:17-cv-04527 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 8. | Emmons, Virginia | 2:17-cv-01507 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 9. | Goodman, Sharon | 2:17-cv-04736 | Slater, Slater Schulman, LLP |
| 10. | Grinstead, Ernestine | 2:17-cv-04203 | Marc J. Bern & Partners LLP - New York |
| 11. | Headley, Helene | 2:16-cv-12686 | The Miller Firm, LLC |
| 12. | Heiner, Larry | 2:17-cv-02374 | Goldblatt + Singer; The Buxner Law Firm |
| 13. | Henry, Barbara | 2:17-cv-02667 | Andrews Thornton Higgins Razmara, LLP |
| 14. | Jackson, Earline | 2:17-cv-02969 | Fernelius Simon PLLC |
| 15. | King, Brenda | 2:17-cv-01066 | Sanders Law Firm, LLC |
| 16. | Lewis, Kathryn | 2:17-cv-05185 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 17. | McCoy, Kobre | 2:17-cv-05133 | Slater, Slater Schulman, LLP |
| 18. | McDonald, Terry W. | 2:17-cv-01942 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 19. | McGee, Charisma | 2:17-cv-02444 | Grant & Eisenhofer P.A. |
| 20. | O'Mahoney, Denis | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP |
| 21. | Smith, John A. | 2:16-cv-10976 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 22. | Smith, Reginald | 2:17-cv-03921 | The Gallagher Law Firm, PLLC |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge