# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

## ORDER

On November 2, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7956]. For the reasons stated on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiffs shall be given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Show Cause Hearing on January 24, 2018 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to serve a Plaintiff Fact Sheet by this date may result in dismissal of the case with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Covington, Daphne | 2:17-cv-05130 | Slater, Slater Schulman, LLP |
| 2. | Houchin Robert E. | 2:15-cv-0455 | Pro Se |
| 3. | Johnson, Valary | 2:15-cv-05372 | Pro Se |
| 4. | McDowell, Silas L. | 2:17-cv-03987 | The Schlemmer Firm, LLC |
| 5. | Torres, Angel | 2:17-cv-02430 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| **6.** | Wiggins, Edgar William | 2:17-cv-03072 | Pierce Skrabanek Bruera, PLLC |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge