UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
 :
 : SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
 : JUDGE ELDON E. FALLON
 :
 : MAGISTRATE JUDGE NORTH

## ORDER

On November 2, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7956]. Prior to the Order to Show Cause Hearing held on November 30, 2017, the following plaintiffs agreed to file stipulations dismissing their cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Anderson, Harry | 2:16-cv-10770 | The Benton Law Firm PLLC |
| 2. | Barron, Ester V. | 2:16-cv-10774 | The Benton Law Firm PLLC |
| 3. | Bright, Evelyn | 2:16-17369 | Reich & Binstock |
| 4. | Dowdy, Delpha | 2:16-cv-17366 | Reich & Binstock |
| 5. | Frazier, Creighton | 2:17-cv-02240 | Goldblatt + Singer; The Buxner Law Firm |
| 6. | Gallo, J Peter | 2:17-cv-03014 | Slater, Slater Schulman, LLP |
| 7. | Hampton, Lionel | 2:16-cv-17357 | Reich & Binstock |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 8. | Hanke, Melodie | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP |
| 9. | Harris, Jean D. | 2:17-cv-01153 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 10. | Head, Jacquelyn | 2:17-cv-01796 | Slater, Slater Schulman, LLP |
| 11. | Jennette, Bobbi | 2:16-cv-17773 | Reich & Binstock |
| 12. | Johnson, Ida Faye | 2:16-cv-10201 | The Benton Law Firm PLLC |
| 13. | Johnson, Ruby | 2:17-cv-01049 | Slater, Slater Schulman, LLP |
| 14. | Koonce, Sandra | 2:16-cv-17776 | Reich & Binstock |
| 15. | Murray, Sharon | 2:17-cv-02791 | Slater, Slater Schulman, LLP |
| 16. | Nidiffer, Pauline | 2:17-cv-02701 | Reich & Binstock |
| 17. | Olivarez, Josefita | 2:17-cv-00836 | Slater, Slater Schulman, LLP |
| 18. | Oliver, Alvin | 2:17-cv-00622 | Reich & Binstock |
| 19. | Pearson, Tammie | 2:17-cv-02702 | Reich & Binstock |
| 20. | Pena, Francisca | 2:16-cv-17778 | Reich & Binstock |
| 21. | Ross, Geri | 2:16-cv-06710 | Cochran Legal Group, LLP |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 22. | St. Germain, Lula | 2:17-cv-01682 | Reich & Binstock |
| 23. | Walker, Sean | 2:17-cv-02703 | Reich & Binstock |
| 24. | Willis, Galen | 2:17-cv-04522 | Slater, Slater Schulman, LLP |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge