UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On October 11, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7737]. Prior to the Order to Show Cause Hearing held on November 30, 2017, the following plaintiffs agreed to file stipulations dismissing their cases with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Brouwer, Anna | Lenze Kamerrer Moss, PLC. | 2:16-cv-17872 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 2. | Harvey, Paula | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11734 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

1

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 3. | Huffman, Leonard | Slater Slater Schulman LLP | 2:16-cv-8670 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 4. | Peters, Reginal | The Simon Law Firm | 2:16-cv-15011 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | Richards, Michael | Bruno & Bruno, LLP | 2:17-cv-03734 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 6. | Ronald, Greenwood | Grant & Eisenhofer | 2:17-cv-2755 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | Wilson, Elvira | Wexler Wallace LLP | 2:17-cv-01955 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge