# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On October 11, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7737]. For the reasons stated on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiffs shall be given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Show Cause Hearing on January 24, 2018 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | Aiman, Carol Patena | Lenze Kamerrer Moss, PLC. | 2:16-cv-16445 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | Allen, Charles W | Johnson Becker | 2:17-cv-00746 | Failure to provide any Medical Records demonstrating alleged injury |

1

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 3. | Mcgowan, Veronica | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4769 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 4. | Pizzalato, Nicole | The Miller Firm LLC | 2:16-cv-12614 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 5. | Powders, Betty | Bruno & Bruno, LLP | 2:17-cv-03694 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | Simon, Glenda A | Salim-Beasley, LLC | 2:17-cv-04162 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 7. | Smith, Rufus | The Gallagher Law Firm LLP | 2:17-cv-03884 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 8. | Welden, Sandra | Law Office of Christopher K. Johnston, LLC | 2:17-cv-3984 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Response provided does not match Xarelto user identified in complaint |

New Orleans, Louisiana, on this 3rd day of January, 2018.

Judge Eldon E. Fallon
United States District Court Judge