UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
|---|---|---|
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On October 11, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7737]. For the reasons set forth on the record at the Order to Show Cause Hearing held on November 30, 2017, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Arlis, Laurel | Johnson Becker | 2:17-cv-00176 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | Denault, Jeffrey | Dixon Davis, LLC | 2:17-cv-02050 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

1

90960362.1

|   | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 3. | Gallaty, Samantha | The Gallagher Law Firm LLP | 2:17-cv-01517 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 4. | Gill, Willie | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11714 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 5. | Hield, Helen | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11729 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 6. | Horton, Ola | Dixon Davis, LLC | 2:17-cv-02053 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 7. | Hutchinson, Garland | Stark & Stark | 2:17-cv-00581 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 8. | Jackson, Albert | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11705 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 9. | Kendrick, Gentry | The Gallagher Law Firm LLP | 2:17-cv-00614 | Medical records provided do not demonstrate alleged injury |
| 10. | Kennedy, James | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12344 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | Luna, Janice | Dixon Davis, LLC | 2:17-cv-02611 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 12. | Mccall, Virginia | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12340 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 13. | Mckenna, Patrick J | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 14. | Munoz, Anita | Johnson Law Group | 2:17-cv-01084 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 15. | Norris, Stanley | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11732 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 16. | Pent, Patricia | Douglas & London | 2:15-cv-05164 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | Pridmore, Cecil W | Kirkendall Dwyer LLP | 2:17-cv-2312 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | Rice, Eron | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11731 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | Roland, Jack | Wexler Wallace LLP | 2:17-cv-01268 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | Schiller, Walter O | Beasley Allen | 2:16-cv-17927 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 21. | Schultz, Betty | Andrus Wagstaff | 2:17-cv-2746 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 22. | Shackleford, Jerry D | Hodes Milman Liebeck, LLP | 2:16-cv-01865 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 23. | Sipsy, Carolyn | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12037 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 24. | Smallwood, Lestine | The Gallagher Law Firm LLP | 2:17-cv-03835 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 25. | Thomas, Joseph | The Gallagher Law Firm LLP | 2:17-cv-00308 | Medical records provided do not demonstrate alleged injury |

For the reasons set forth on the record at the Order to Show Cause Hearing held on November 30, 2017, specifically, failure to cure the Declaration deficiency within seven (7) days of the Hearing, the following case is dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

|     | **Plaintiff Name**  | **Law Firm Name**     | **Docket Number** | **Active Deficiencies** |
| --- | ------------------- | --------------------- | ----------------- | ----------------------- |
| 26. | Montgomery, Ervin   | Fernelius Simon PLLC  | 2:17-cv-02594     | Records provided do not show Xarelto use; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge