UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Nickels v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-05885**

### PLAINTIFF'S MOTION TO SUBSTITUE PARTY

NOW INTO COURT, comes Rachal Rojas attorney for the Plaintiff and moves this Honorable Court for an order substituting Herman Daniel Nickels as the personal representative on behalf of Herman Nickels, deceased, for the following reasons:

I. On June 16, 2017, a Complaint was filed in the above referenced matter by Herman Nickels acting as the plaintiff.

II. After the complaint had been filed, counsel for Plaintiff was informed that Herman Nickels had passed away on November 30, 2016.

III. Herman Daniel Nickels was appointed Executor of the Estate on April 19, 2017 by the Commonwealth of Kentucky, Montgomery District Court.

IV. Herman Daniel Nickels, Executor of the Estate of Herman Nickels, is the Proper Plaintiff and wishes to be substituted on behalf of Herman Nickels, in this case.

Date: January 4, 2018

Respectfully submitted,


Respectfully submitted,
By: */s/ Rachal Rojas*
Rachal Rojas
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                        */s/ Rachal Rojas*
                                                        Attorney for Plaintiff