**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Nickels v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-05885**

<u>**NOTICE OF SUBMISSION OF MOTION TO SUSBTITUE PARTY PLAINTIFF**</u>

PLEASE TAKE NOTICE that on Wednesday, January 31, 2018, Plaintiff's, Motion to Substitute Party Plaintiff will be presented to the Court for a ruling without the necessity of an oral hearing.

Respectfully submitted, this 4th day of January 2018

                                                                 Respectfully submitted,
                                                                 By: */s/ Rachal Rojas*
                                                                 Rachal Rojas
                                                                 JOHNSON LAW GROUP
                                                                 2925 Richmond Avenue
                                                                 Suite 1700
                                                                 Houston, TX 77098
                                                                 Telephone: (713) 626- 9336
                                                                 *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                */s/ Rachal Rojas*
                Attorney for Plaintiff