# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Nickels v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-05885**

## PROPOSED ORDER TO SUBSTITUE PARTY

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Herman Daniel Nickels, is named the new personal representative behalf of, Herman Daniels, deceased, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2017.


Date: January 4, 2018

                                                            Respectfully submitted,


                                                            Respectfully submitted,
                                                            By:  */s/ Rachal Rojas*
                                                            Rachal Rojas
                                                           JOHNSON LAW GROUP
                                                           2925 Richmond Avenue
                                                           Suite 1700
                                                           Houston, TX 77098
                                                           Telephone: (713) 626- 9336
                                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      */s/ Rachal Rojas*
      Attorney for Plaintiff