**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

## ORDER

On October 11, 2017, Defendants filed a Motion for Order to Show Cause Regarding

Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies.  [Rec. Doc. 7737].  Prior to the Order

to Show Cause Hearing held on November 30, 2017, the following Plaintiffs cured the alleged

Plaintiff Fact Sheet deficiencies.  These actions may proceed accordingly:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Arrington, Bernard | The Driscoll Firm | 2:16-cv-13851 | Medical records provided do not demonstrate alleged injury |
| 2. | Banks, John | Beasley Allen | 2:17-cv-01899 | Medical records provided do not demonstrate alleged injury |
| 3. | Basley, Syreatha M | Beasley Allen | 2:17-cv-00969 | Medical records provided do not demonstrate alleged injury |
| 4. | Bonacci, Donald | Johnson Law Group | 2:17-cv-2273 | Records provided do not show Xarelto use |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 5. | Braun, Theodore | The Driscoll Firm | 2:16-cv-11605 | Medical records provided do not demonstrate alleged injury |
| 6. | Cary, Jacqueline | The Potts Law Firm, LLP | 2:17-cv-00748 | Medical records provided do not demonstrate alleged injury |
| 7. | Chatman, Melvina | Princenthal & May, LLC | 2:17-cv-3811 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | Ciaramella, Amedeo | The Driscoll Firm | 2:16-cv-10885 | Medical records provided do not demonstrate alleged injury |
| 9. | Core, Walter | Salim-Beasley, LLC | 2:17-cv-04050 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | Cuascut, Juan J | Beasley Allen | 2:16-cv-17927 | Failure to provide any Medical Records demonstrating alleged injury |
| 11. | Curry, Adolph | Marc J. Bern & Partners LLP | 2:17-cv-01827 | Records provided do not show Xarelto use |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 12. | Dalton, Kenneth | The Orlando Firm, PC | 2:17-cv-03071 | Failure to provide any Medical Records demonstrating alleged injury |
| 13. | Daniels, Marvin | The Driscoll Firm | 2:17-cv-03504 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 14. | Foster, Willie | Johnson Law Group | 2:17-cv-00834 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 15. | Gallay, Shirley | Wexler Wallace LLP | 2:17-cv-01193 | Medical records provided do not demonstrate alleged injury |
| 16. | Goss, Terrance W | Peters Murdaugh Parker Eltzroth & Detrick | 2:16-cv-02963 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 17. | Gothard, Myrtle | Beasley Allen | 2:17-cv-01791 | Medical records provided do not demonstrate alleged injury |
| 18. | Grefer, Patsy R | Gainsburgh Benjamin | 2:16-cv-17856 | Medical records provided do not demonstrate alleged injury |
| 19. | Hale, Daniel | Beasley Allen | 2:17-cv-00713 | Medical records provided do not demonstrate alleged injury |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 20. | Harris, Lakenya | Lenze Kamerrer Moss, PLC. | 2:16-cv-17630 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 21. | Heath, Susan | Salim-Beasley, LLC | 2:17-cv-00860 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 22. | Heitt, Melvin | Johnson Law Group | 2:17-cv-1223 | Medical records provided do not demonstrate alleged injury |
| 23. | Houston, Maynard | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4414 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 24. | Hurd, Helen | The Potts Law Firm, LLP | 2:17-cv-03013 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 25. | Jaynes, Albert | Douglas & London | 2:17-cv-3808 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | Joynes, Anita | Princenthal & May, LLC | 2:17-cv-04738 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | Kovacic, Robert | Douglas & London | 2:17-cv-3876 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | Little, Betty | Law Offices of Charles H. Johnson, P.A. | 2:17-cv-02588 | Medical records provided do not demonstrate alleged injury |
| 29. | Mcmahon, David | Forman Law Offices | 2:17-cv-06041 | Medical records provided do not demonstrate alleged injury |
| 30. | Monteleone, John | The Potts Law Firm, LLP | 2:17-cv-00164 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 31. | Morris, Marie A | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-00596 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 32. | Nelson, Joe | Kelley & Ferraro LLP | 2:16-cv-13744 | Medical records provided do not demonstrate alleged injury |
| 33. | Patterson, Roy | The Michael Brady Lynch Law Firm | 2:17-cv-04108 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 34. | Perkins, Gaynell | The Potts Law Firm, LLP | 2:17-cv-03059 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 35. | Peterson, Laura O. | The Driscoll Firm | 2:16-cv-11836 | Medical records provided do not demonstrate alleged injury |
| 36. | Phillips, Jacqueline | The Potts Law Firm, LLP | 2:17-cv-2801 | Medical records provided do not demonstrate alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 37. | Pollock, Jim | Beasley Allen | 2:16-cv-17800 | Failure to provide any Medical Records demonstrating alleged injury |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 38. | Porras, John | Slater Slater Schulman LLP | 2:17-cv-01787 | Medical records provided do not demonstrate alleged injury |
| 39. | Pyles, James | Lenze Kamerrer Moss, PLC. | 2:16-cv-16300 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | Quinn, Joseph | Kirtland & Packard | 2:17-cv-01095 | Medical records provided do not demonstrate alleged injury |
| 41. | Ramirez, Maurice | The Mulligan Law Firm | 2:16-cv-12885 | Records provided do not show Xarelto use |
| 42. | Reece, William G | Goldblatt + Singer | 2:17-cv-01403 | Medical records provided do not demonstrate alleged injury |
| 43. | Robinson, Trena | Beasley Allen | 2:17-cv-02164 | Records provided do not show Xarelto use |
| 44. | Ross, Randy | Beasley Allen | 2:17-cv-02616 | Records provided do not show Xarelto use |
| 45. | Rowland, Dennis | The Orlando Firm, PC | 2:17-cv-01819 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 46. | Shines, Patricia | The Driscoll Firm | 2:16-cv-12006 | Records provided do not show Xarelto use |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 47. | Stamper, Clarence | Beasley Allen | 2:17-cv-00686 | Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 48. | Staskivige, Donald | The Driscoll Firm | 2:16-cv-12295 | Records provided do not show Xarelto use |
| 49. | Thompson, Katherine H | Terrell Hogan | 2:16-cv-00602 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 50. | Trujillo, Anthonia | The Miller Firm LLC | 2:16-cv-12682 | Medical records provided do not demonstrate alleged injury |
| 51. | Tuell, Irene | FAY LAW GROUP, P.A | 2:15-cv-06722 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 52. | Valle, Kathy | Johnson Law Group | 2:17-cv-3518 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 53. | West, Jonathon | Johnson Becker | 2:17-cv-00280 | Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 54. | Wichman Deceased, Suzanne | Freedland Harwin Valori, PL | 2:17-cv-01171 | Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 55. | Wickersham, Robert | Stewart & Stewart Attys | 2:16-cv-14053 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____

Judge Eldon E. Fallon
United States District Court Judge