# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7563]. For the reasons set forth on the record at the Show Cause Hearing held on September 20, 2017, the following Plaintiff was given until November 30, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7859]. For the reasons set forth on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiff was given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the case shall be addressed at the Show Cause Hearing to be held on January 24, 2018 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of this case with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Green, Sandra | Kelley & Ferraro LLP | 2:16-cv-13541 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

New Orleans, Louisiana, on this 3rd day of January, 2018.

                                                              Judge Eldon E. Fallon
                                                              United States District Court Judge