# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7563]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs were given until November 30, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7859]. Prior to the Show Cause Hearing held on November 30, 2017, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Bellone, Maria | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-1743 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 2. | De Leon, Americo | Cochran Legal Group | 2:16-cv-15074 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | Glenn, Nancy | The Gallagher Law Firm LLP | 2:17-cv-00627 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | Jacobs, Byron | Slater Slater Schulman LLP | 2:16-cv-06531 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 5. | Loveless, Michael K | Wilshire Law Firm | 2:17-cv-00462 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | Sailors, Jerry | Ferrer, Poirot & Wansbrough | 2:16-cv-06530 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | Sherrard, Robert | The Potts Law Firm, LLP | 2:17-cv-00148 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 8. | Stone, Alice S | Slater Slater Schulman LLP | 2:16-cv-16689 | Prescription Records-Records provided do not show Xarelto use |
| 9. | Stoneman, Alice | Cochran Legal Group | 2:16-cv-15158 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 10. | Wallace, Robert E | Reich and Binstock, LLP | 2:17-cv-01156 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 3rd day of January, 2018.

Judge Eldon E. Fallon
United States District Court Judge

3