UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7563]. For the reasons set forth on the record at the Show Cause Hearing held on September 20, 2017, the following Plaintiffs were given until November 30, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7859]. For the reasons set forth on the record at the Show Cause Hearing held on November 30, 2017, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Barker, Agnes | Ferrer, Poirot & Wansbrough | 2:16-cv-07338 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 2. | Floyd, Barbara J | Grant & Eisenhofer | 2:17-cv-1205 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 3. | Hundley, Pamela | Grant & Eisenhofer | 2:16-cv-17544 | Prescription Records- Records provided do not show Xarelto use |
| 4. | Kennedy, Maurice | Grant & Eisenhofer | 2:17-cv-00361 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Failure to provide any Medical Records demonstrating alleged injury |
| 5. | Tippett, Deborah | Kelley & Ferraro LLP | 2:16-cv-14460 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 3rd day of January, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge