MINUTE ENTRY
FALLON, J.
JANUARY 3, 2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: Cases listed below | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Lanie Smith

Appearances: NONE

SHOW CAUSE HEARING:

Robin Treto of Diez-Arguelles and Tejedor, representing plaintiffs in cases 15-5186, 15-5191, 15-5194, 15-5226, 15-5424, and 15-5426, was ordered to appear this date at 9:00 a.m. in the Chambers of Judge Eldon E. Fallon to show cause why they should not be held in contempt and fined or incarcerated for failure to appear on December 12, 2017.

Christopher Kirchmer of Provost, Umphrey Law Firm, LLP, representing plaintiff in case 16-6052, was also ordered to appear this date at 9:00 a.m. in the Chambers of Judge Eldon E. Fallon to show cause why he should not be held in contempt and fined or incarcerated for failure to appear on December 12, 2017.

No one appeared either in person or by phone for this hearing.

Separate Orders of Contempt will be issued by the Court.

JS10:  :05