**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS    *   **MDL NO. 2592**
LIABILITY LITIGATION

                                     *   **SECTION L**
                                     *
                                     *   **JUDGE ELDON E. FALLON**
                                     *
                                     *   **MAG. JUDGE NORTH**

************************************************   *

**THIS DOCUMENT RELATES TO:**
15-5186, 15-5191, 15-5194, 15-5226, 15-5424, and 15-5426

## <u>ORDER</u>

On December 12, 2017 a show cause hearing was held in relation to the Xarelto MDL. The hearing was set requiring Plaintiffs' counsel in the referenced cases to appear via conference call and show cause as to why the fees have not been paid. Counsel in the above referenced cases failed to appear and an order was issued for Plaintiff's counsel to show cause why they should not be held in contempt and fined or incarcerated for failure to appear. Robin Treto of Diez-Arguelles and Tejedor, representing plaintiffs in cases 15-5186, 15-5191, 15-5194, 15-5226, 15-5424, and 15-5426, was ordered to appear on January 3, 2018 at 9:00 a.m. in the Chambers of Judge Eldon E. Fallon to show cause why they should not be held in contempt and fined or incarcerated for failure to appear. A notice of this hearing was sent to the Diez-Arguelles and Tejedor law firm.

On January 3, 2018, neither Robin Treto nor any other representative of the Diez-Arguelles and Tejedor law firm appeared or contacted the Court. See attached transcript of the January 3, 2018 hearing. It is the understanding of the Court that Robin Treto may be no longer with the Diez-Arguelles and Tejedor law firm. Therefore,

**IT IS ORDERED** that a representative of the Diez-Arguelles and Tejedor law firm shall advise the Court in writing whether Robin Treto was notified of the December 12, 2017 hearing and how this notification was done.

New Orleans, Louisiana this 3rd day of January, 2018.

UNITED STATES DISTRICT JUDGE

CC: Diez-Arguelles and Tejedor
    505 North Mills Avenue
    Orlando, FL 32803

    Robin Treto
    Diez-Arguelles and Tejedor
    505 North Mills Avenue
    Orlando, FL 32803

1
       UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF LOUISIANA

2
 **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

3
IN RE:  XARELTO (RIVAROXABAN)   MDL 2592 "L"
PRODUCTS LIABILITY LITIGATION

4
              January 3, 2018

5

6
THIS DOCUMENT RELATES TO    JUDGE ELDON E. FALLON
Cases 16-6052, 15-5186

7
15-5191, 15,5194, 15-5226,
15-5424 and 15-5426     MAG. JUDGE MICHAEL NORTH

8
 **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

9

10
     TRANSCRIPT OF SHOW CAUSE HEARING
   HEARD BEFORE THE HONORABLE ELDON E. FALLON
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21
Official Court Reporter:   Lanie M. Smith, RPR, CRR

22
            500 Poydras Street, B-275
            New Orleans, Louisiana 70130

23
            (504) 589-7782

24

25
   Proceedings recorded by mechanical stenography,
transcript produced via computer.

1                      **P R O C E E D I N G S**

2                 (Call to order of the court.)

3          THE COURT:  Be seated, please.

4          THE COURTROOM MANAGER:  Would you like me to call the

5     case, Judge?

6          THE COURT:  Yes.

7          THE COURTROOM MANAGER:  MDL No. 2592, *In Re:  Xarelto*

8     *Products Liability Litigation*.

9          THE COURT:  This matter grows out of the Xarelto

10    multidistrict litigation case.  The case was centered here a

11    number of years ago and suits started to be filed in this

12    litigation, both in other districts and transferred here by the

13    Multidistrict Litigation Panel Court or filed directly here.

14               In order to be of assistance to counsel in

15    letting them file here, the Court allowed the filing of bundled

16    complaints -- that is to say, group complaints -- and also

17    allowed them to not have to prepay their costs with the

18    understanding that they would be responsible for costs at a

19    later time.  That policy was then terminated at a certain

20    period after giving notice to all counsel, and then the cases

21    proceeded.

22               It was the understanding that any case that was

23    filed without cost would be due and owing at the time the case

24    was dismissed.  In this particular matter, the cases were

25    dismissed, but the costs were not paid.

1            The Court had a rule to show cause on four or

2    five matters in which counsel failed to pay their costs.  Many

3    of the counsel appeared at that rule to show cause or came in

4    by telephone.  The Court heard from them and made some decision

5    as to either to give them additional time or to exempt them

6    from paying costs because of the time -- they missed it a day

7    or something of that sort.  And they all paid or at least

8    explained why they didn't pay with the exception of two

9    counsel:  Mr. Robin Treto, T-R-E-T-O, of D-I-E-Z dash

10    A-R-G-U-E-L-L-E-S and Tejedor, T-E-J-E-D-O-R; and a

11    Mr. Christopher Kirchmer, K-I-R-C-H-M-E-R, of Provost Umphrey

12    law firm.  Those individuals simply didn't show up.

13            So the Court had this meeting set requiring them

14    to come in person and explain why they failed to either

15    telephone the Court, write the Court or show up for the

16    particular hearing, the rule to show cause.  The meeting was

17    set for today, notices went out.  It's my understanding that

18    Robin Treto, T-R-E-T-O, is no longer with the Diez-Arguelles

19    firm, but Mr. Christopher Kirchmer is still with the

20    Provost Umphrey firm.

21            It seems to me that with Mr. Christopher Kirchmer

22    not even contacting the Court and failing to show up today is

23    in direct contempt of the Court and the Court will fine

24    Mr. Kirchmer and the Provost Umphrey law firm a thousand

25    dollars for failing to show up.

1    Robin Treto, as I say, is not with the firm.  The

2    Court will reach out to the Diez-Arguelles firm and find out

3    why either Robin Treto or someone from the firm didn't show up.

4    Failing to give a proper explanation, the Court will fine that

5    firm also a thousand dollars.  But because of the uncertainty

6    as to whether the notice was sent to Robin Treto, who is no

7    longer with the firm, or was it opened by the firm because that

8    individual left and it was simply forwarded to that individual,

9    the Court will hold that in abeyance and not fine either

10   Robin Treto or Diez without contacting them first.

11   The Court will stand in recess.  Thank you.

12   (WHEREUPON, the proceedings were adjourned.)

13   * * * *

14   REPORTER'S CERTIFICATE

15        I, Lanie M. Smith, CRR, RPR, Official Court
     Reporter, United States District Court, Eastern District of
16   Louisiana, do hereby certify that the foregoing is a true and
     correct transcript, to the best of my ability and
17   understanding, from the record of the proceedings in the
     above-entitled and numbered matter.

18

19                        /s/ Lanie M. Smith
                          Official Court Reporter
20

21

22

23

24

25