# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No: <u>2:17-cv-12597</u> |

**THIS DOCUMENT RELATES TO:**

*SALEH H. SULEIMAN V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-12597**

## EX PARTE MOTION TO AMEND COMPLAINT

COMES NOW Plaintiff Saleh H. Suleiman, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Ex Parte Motion to Amend Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to correct his name. The first and last names of Plaintiff were inadvertently mistyped. A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit A.

Plaintiff Saleh H. Suleiman's Complaint was filed via LAED CM/ECF on January 5, 2018 and service has not yet been executed, but has been sent through corresponding mail for each defendant. It is hereby requested that this Ex Parte Motion to Amend Complaint be granted.

Dated:   January 5, 2018                                     Respectfully submitted,

/s/Jose Tomas Ballesteros
Puerto Rico Bar No. 20390
USDCPR No. 304908
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
jose@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2018, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff's and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

/s/Jose Tomas Ballesteros
Jose Tomas Ballesteros