# PROVOST ★ UMPHREY

## LAW FIRM L.L.P.

**CHRISTOPHER T. KIRCHMER**
ATTORNEY

BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

January 5, 2018

**VIA ELECTRONIC FILING SYSTEM**
P★U File No. XARE-1
The Honorable Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA 70130

Re:   Cause No. 16-6052; Response to Document #8242

Dear Judge Fallon:

    I write to apologize for my failure to appear on the phone conference and in person regarding the fees owed on the referenced case. In twenty-two years of practice, I have never missed a hearing or a conference call with a Court. I am embarrassed to have done both in this case. I am at a complete loss to explain how we could have missed all of the notices associated with the conference and hearing, but we did. We are working to determine how that could have happened in order to fix our system.

    I also wanted to report that as of 9:00 AM this morning, I have paid both the sanctions you ordered yesterday and the other fees we owed. The clerk's office reports that they have started the processes necessary to lift the various flags associated with these events.

    While I hate having the contempt order entered against me, I am grateful that the Court was not harsher in its sanction. I hope you will accept my sincerest apology.

Very truly yours,

Christopher T. Kirchmer

CTK/al

490 PARK STREET • P. O. BOX 4905 • BEAUMONT, TEXAS 77704
409-835-6000 • 1-800-289-0101 • FAX 409-813-8614
Ckirchmer@pulf.com* www.provostumphrey.com

Beaumont, TX • Houston, TX • Nashville, TN