# PROVOST ✯ UMPHREY
## LAW FIRM L.L.P.

**CHRISTOPHER T. KIRCHMER**
ATTORNEY

BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

January 5, 2018

**VIA ELECTRONIC FILING SYSTEM**
P✯U File No. XARE-1
The Honorable Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA 70130

Re:   Cause No. 16-6052; Response to Document #8242

Dear Judge Fallon:

    I write to follow up on my letter of earlier today regarding the referenced case. We have examined our system and realized our email inboxes were set to sort incoming ECF notifications from the Xarelto MDL. Unfortunately, a good deal of wheat, including the notifications in this case, got pulled out with the chaff and did not make it to our inboxes. We have corrected the problem.

    I apologize again.

Very truly yours,

Christopher T. Kirchmer

CTK/al

490 PARK STREET  •  P. O. BOX 4905  •  BEAUMONT, TEXAS 77704
409-835-6000  •  1-800-289-0101  •  FAX 409-813-8614
Ckirchmer@pulf.com*  www.provostumphrey.com

Beaumont, TX   •   Houston, TX   •   Nashville, TN