# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br> JURY TRIAL DEMANDED <br><br> Civil Action No: <u>2:17-cv-3984</u> |

**THIS DOCUMENT RELATES TO:**

*SANDRA H. WELDEN v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
Civil Action No.: 2:17-cv-03984

## PLAINTIFFS RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENIES

NOW COMES, Plaintiff by and though the undersigned counsel and for her Response to the Order to Show Cause (Rec. Doc. 8232), and pursuant to Federal Rules of Civil Procedure 25, state as follows:

1. Plaintiff had completed and submitted her Plaintiff Fact Sheet, on July 25, 2017.

2. The name stated in the original complaint was mistyped.

3. For the above-mentioned reason, the name presented in the Plaintiff Fact Sheet did not match that in the Complaint.

4. The noticed deficiency on July 28, 2017 alludes to a "failure to provide declaration signed by Plaintiff, Xarelto user, or Xarelto User's representative; Response provided does not match Xarelto user identified in complaint."

5. Noticing the error, on August 3, 2017, Plaintiff by and through undersigned counsel

presented Motion to Amend / Correct complaint in which we asked to correct Plaintiffs name and surname.

6. On August 3, 2017, but only after submitting the Motion to Amend / Correct complaint the deficiency was cured with the signed Declaration by Plaintiff.

7. After submitting the cured deficiency on August 3, 2017, we have not received a new core deficiency notice.

8. On October 2, 2017, this Honorable Court granted the Motion to Amend / Correct the complaint and filed the Amended Complaint with the correct name.

9. The Court, having granted the Motion to Amend / Correct complaint, has made the noticed deficiency academic.

10. On October 12, 2017, Plaintiff through undersigned counsel, submitted Response to Order to Show Cause to Defense's Motion for Order to Show Cause on October 11, 2017 indicating the aforementioned reasons to not grant such Order.

11. On October 18, 2017 counsel David Owen from the Johnston Law Group, according to the duty to confer, reached out to Defense Counsel, through email, indicating some difficulties our firm had been going through post hurricane Maria.

12. We attach said email as Exhibit.

13. On November 27, 2017 Defense Counsel emailed the Johnston Law Group and agreed to a 60-day extension in various cases including Plaintiff's case.\

14. We also attach said email as Exhibit.

15. To this day there is no new deficiency noticed by Defendants.

16. Plaintiff's delay, if any, was not for any nefarious purpose, bad faith or for prejudicing or delaying defendants.

WHEREFORE, Plaintiff respectfully requests that this Court take notice of the fact that the alluded deficiency has been cured and therefore not dismiss Plaintiff's complaint.

Respectfully submitted this 5th day of January 2018.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of Janury, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff
