UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: <u>2:17-cv-4414</u> |

**THIS DOCUMENT RELATES TO:**

*MAYNARD HOUSTON v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
**Civil Action No.: 2:17-cv-04414**

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLINTIFF FACT SHEET DEFICIENCIES

NOW COMES, Plaintiff by and through the undersigned counsel and for his Response to the Order to Show Cause (Rec. Doc. 8232), and pursuant to Federal Rules of Civil Procedure 25, state as follows:

1. Plaintiff's counsel had made multiple attempts to obtain a completed Plaintiff Facts Sheet from Plaintiff Maynard Houston.

2. On November 7, 2017 Plaintiff completed and submitted his Plaintiff Fact Sheet.

3. Additionally, on October 18, 2017 counsel David Owen from the Johnston Law Group, according to the duty to confer reached out to Defense Counsel, through email, indicating some difficulties our firm had been going through post hurricane Maria.

4. On November 27, 2017 Defense Counsel emailed the Johnston Law Group and

agreed to a 60-day extension in various cases including Plaintiff's case.

5. We attach as exhibit the aforementioned email.

6. Plaintiff's delay, if any, was not for any nefarious purpose, bad faith or for prejudicing or delaying defendants.

WHEREFORE, it is respectfully requested that this Court take notice that the alluded deficiency has been cured and therefore not dismiss Plaintiff's complaint.

Respectfully submitted this 5th day of January 2018.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff