| | |
|---|---|
| **From:** | David Owen |
| **To:** | William Rivera |
| **Subject:** | Fw: In Re: Xarelto (Rivaroxaban) Products Liability Litigation - MDL No. 2592 |
| **Date:** | Friday, January 5, 2018 1:12:19 PM |
| **Attachments:** | image001.png |

**From:** O'Connell, Shane M. <Shane.OConnell@dbr.com>
**Sent:** Monday, November 27, 2017 8:41 PM
**To:** David Owen; Apacible, Michael T.; jswoody@browngreer.com; 'sdaniel@baronbudd.com
**Cc:** C. Kyle Johnston; Jose Ballesteros; William Rivera; Carlos Hernandez; Joel Figueroa
**Subject:** RE: In Re: Xarelto (Rivaroxaban) Products Liability Litigation - MDL No. 2592

Good Afternoon David,
It appears that the court has not yet granted your extension requests in the cases below. Because of that, they keep coming up on our deficient case list. We have spoken with Bayer and have agreed to provide you a 60 day extension on the below cases due to the hurricane. This should also make it so you do not receive any additional deficiency notices. Please let me know if you have any questions.

Thanks,
Shane O'Connell

**From:** David Owen [mailto:david@masstortslaw.com]
**Sent:** Wednesday, October 18, 2017 9:08 AM
**To:** Apacible, Michael T. <Michael.Apacible@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>; jswoody@browngreer.com; 'sdaniel@baronbudd.com; O'Connell, Shane M. <Shane.OConnell@dbr.com>
**Cc:** C. Kyle Johnston <kyle@masstortslaw.com>; Jose Ballesteros <jose@masstortslaw.com>; William Rivera <william@masstortslaw.com>; Carlos Hernandez <carlos.h@masstortslaw.com>; Joel Figueroa <joel@masstortslaw.com>
**Subject:** In Re: Xarelto (Rivaroxaban) Products Liability Litigation - MDL No. 2592

Greetings Counselors:

I hope this message finds all of you well. The Johnston Law Firm acknowledges receipt of your previous Deficiency Notices Notifications dated, September 28, 2017; October 5, 2017 and October 17, 2017. As you all are aware, our law firm is based in Guaynabo, Puerto Rico, and that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances and still trying to obtain all of the mail correspondence that was sent during the last couple of weeks.  On that end, it is our duty to comply with the awarded terms to submit all pending Plaintiff Fact Sheets subject to ongoing conditions present in our island.  In addition, enclosed please find an email communication from last September 28, 2017, where Counsel Sindhu Daniel was duly informed of our law firm's current situation regarding pending Plaintiff Fact Sheets.

The following is a list of clients where deadline extensions have been filed with the Court:

Veronica McGowan-2:17-cv-4769-Second Extension was filed with the Court last October 12, 2017./Response Memorandum for Order to Show Cause filed last October 12, 2017.
Charles Wayne Ward-2:17-cv-6449-Extension was filed with the Court last October 12, 2017.
Viola Ophler Jones-2:17-cv-6426-Extension was filed with the Court last October 12, 2017.
Marguerite Jernigan-2:17-cv-6439-Extension was filed with the Court last October 12, 2017.
Gwendolyn Jones-2:17-cv-6310-Extension was filed with the Court last October 12, 2017.
Jennifer Carr-2:17-cv-6542-Extension was filed with the Court last October 17, 2017.
Maynard Houston-2:17-cv-4414-Extension was filed with the Court last October 12, 2017.
Sandra Welden- 2:17-cv-3984-Response Memorandum for Order to Show Cause filed last October 12, 2017.

The following is a list of clients where Plaintiff Fact Sheets have been submitted to MDL Centrality:

Joseph Yarrington-2:17-cv-6390-PFS Submitted to MDL Centrality on October 11, 2017.
John K. Sutton-2:17-cv-6379- PFS Submitted to MDL Centrality on October 16, 2017.

Should you have any further inquiries with regards to the above referenced information, please do not hesitate to contact the undersigned at your earliest convenience.

**David Owen-Jiménez | Attorney**
**Johnston Law Group**
Office: (844) 345-3784
Direct: (415) 549-3446
www.masstortfirm.com



This transmission is from the Law Office of Christopher K. Johnston, LLC and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and call us immediately at (844) 345-3784.

***************************************

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
***************************************

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
***************************************