UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED
TO SERVE A PLAINTIFF FACT SHEET

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") respectfully request that this Court issue an Order to Show Cause regarding plaintiffs on the attached Exhibit A as to why their respective actions should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required by Case Management Orders No. 1, 13, 27 and 31.

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 4(a) of Case Management Order ("CMO") No. 1, all plaintiffs are required to submit a Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60 days from the date each plaintiff's case is filed, if filed directly in this Court, or within 60 days of the date the case is transferred to this Court. Pre-Trial Order ("PTO") No. 13 requires all plaintiffs to complete and serve upon defendants a PFS and Authorization for

1

Release of Records of all healthcare providers and other sources of information of records using MDL Centrality. Additionally, paragraph 2 of PTO 27 modified PTO 13, requiring all non-bellwether plaintiffs whose PFS was due on or after March 30, 2016 to serve a PFS within 90 days from the date plaintiff's case was filed. All plaintiffs must serve upon defendants a complete and verified PFS within 60 or 90 days from the date each plaintiff's case is filed, if filed directly within this Court, or within 60 or 90 days of transfer to this Court. *See* CMO No. 1 ¶ 4(a); PTO No. 13 ¶ 2; PTO No. 27 ¶ 2. Plaintiffs who fail to provide a complete and verified PFS, signed and dated Authorizations, and all responsive documents requested in the PFS within the 60-day or 90-day time period, are to be given notice by e-mail from Defendants' Liaison Counsel. PTO No. 13 ¶ 3; PTO No. 31 ¶ 1. After such notice, plaintiffs have twenty (20) additional days to cure such deficiency. *Id.* "Failure to timely comply may result in a dismissal of Plaintiff's claim." *Id.*

Plaintiffs on the attached Exhibit A have failed to serve a PFS in accordance with the time set forth in CMO No. 1. Plaintiffs were notified of this deficiency by Defendants' Liaison Counsel and have not cured this deficiency within twenty (20) days, as required by PTO Nos. 13 and 31. Those plaintiffs should be ordered to show cause at 10:00 a.m. on January 24, 2018, before the Court as to why their case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 5, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                         */s/ James B. Irwin*
                                         **James B. Irwin**