# EXHIBIT 1

| Tufts Medical Center 800 Washington Street Boston MA 02111 | | Discharge Summary Results Report | |
|---|---|---|---|
| Pt Name: | PERRY, RONALD | MRN: | 2640444 |
| Pt ID: | 2014021388 | Acct No: | 161933309 |
| DOB: | 02/02/1948 | Age/Sex: | 68Y/M |
| | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | Rm/Bed: | |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |

| Order Name: | | Observation Dtime: | 06/14/2014 00:01 |
|---|---|---|---|
| Result Name: | Discharge Summary | Result Status: | Final Result |

Patient Name: Perry, Ronald     Med Rec #: 00264-04-44
Admit Date: 06/04/2014         Att Phys: JACLYN CHU, MD
Discharge Dt: 06/14/2014        Pt. Location:

### DISCHARGE SUMMARY

SERVICE: General Medicine.

PRIMARY DIAGNOSIS: Postop hematoma.

SECONDARY DIAGNOSES: ESBL E. coli UTI, acute blood loss anemia, rhabdomyolysis, coagulopathy.

PRIMARY CARE PHYSICIAN: John Podkowa, M.D., phone number 508-996-1800, fax number 508-992-7906.

HISTORY OF PRESENT ILLNESS: The patient is a 66-year-old male with a history of mild developmental delay, bipolar disorder who initially presented to St. Luke's Hospital after mechanical fall from his bicycle and was noted to have a left intratrochanteric fracture. History was obtained from hospital notes due to the patient's altered mental status at the time of transfer. He was admitted to Luke's on 05/25/2014 and went to the OR on 05/26/2014 for ORIF. Postoperatively, there was noted to be some swelling of the site thought due to blood loss. He required transfusion of 2 units of PRBCs during this period of time as his hemoglobin had decreased to 7.4. He had initially been started on Xarelto for DVT prophylaxis on postoperative day #1; however, this was stopped from 05/30/2014 to 05/31/2014 due to concern for bleeding. It was subsequently restarted on 06/01/2014. There appeared to be some improvement in the hip site after his Xarelto was stopped, when it was restarted the redness and the swelling of the leg returned. At transfer, the hemoglobin was 9.2 on 06/03/2014. On 06/01/2014, a lower extremity ultrasound was negative for DVT in the left leg. The patient also developed fevers on postoperative day #1. A workup including chest x-ray was suspicious for pneumonia with a left lower lobe infiltrate. UA was reportedly positive and urine culture grew ESBL E. coli sensitive to ertapenem. The patient completed a 7-day course on 06/03/2014. He was noted to have continuing high fevers through his hospital course with a maximum of 105 Fahrenheit. Temperature prior to

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:28

| Tufts Medical Center 800 Washington Street Boston MA 02111 | | | Discharge Summary Results Report | |
|---|---|---|---|---|
| Pt Name: | PERRY, RONALD | | MRN: | 2640444 |
| Pt ID: | 2014021388 | | Acct No: | 161933309 |
| DOB: | 02/02/1948 | | Age/Sex: | 68Y/M |
| | | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | | Rm/Bed: | |
| Dx: | | | | |
| Alrg: | No Known Drug Allergies | | | |

| Order Name: | | Observation Dtime: | 06/14/2014 00:01 |
|---|---|---|---|
| Result Name: | Discharge Summary | Result Status: | Final Result |

transfer was 101.7. Given altered mental status and tremulousness, there was concern for NMS or serotonin syndrome, and the Neurology Service was consulted and no notes were included from that consult. CT head was performed on 05/27/2014 for indication of mental status change showing chronic generalized atrophy and microvascular changes, but no acute changes. At this point, there was apparently concern for NMS or serotonin syndrome. Therefore, his home benztropine, lithium, trazodone, fluvoxamine and fluphenazine were all stopped between 05/26/2014 and 05/30/2014. He was started on Depakote and Ativan. He was also noted to have some rhabdomyolysis with a peak CK of around 5000. He was aggressively fluid hydrated with 200 mL per hour of lactated Ringer's for about 5 days. He was transferred per preference of his court appointed guardian for persistent fevers and altered mental status.

PAST MEDICAL HISTORY: Mental retardation, bipolar disorder with psychosis, recent hip fracture status post ORIF, chronic urinary retention with chronic indwelling Foley catheter, diverticulosis, hyperlipidemia.

MEDICATIONS ON TRANSFER: Bethanechol 25 mg p.o. daily, divalproex sodium ER 250 mg p.o. b.i.d., ertapenem 1 g IV q.24h., ferrous sulfate 325 mg p.o. b.i.d., Protonix 40 mg p.o. daily, propranolol 10 mg p.o. b.i.d., rivaroxaban 10 mg p.o. daily, senna, thiamine 100 mg IV q.24h., multivitamin p.o. daily, vancomycin 1250 mg IV b.i.d.

HOME MEDICATIONS: As per outside hospital reconciliation, benztropine 0.5 mg p.o. daily, ferrous sulfate 325 mg p.o. b.i.d., fluphenazine 2 mg p.o. at bedtime, fluvoxamine 50 mg p.o. q.a.m., fluvoxamine 250 mg p.o. at bedtime, lithium 600 mg p.o. at bedtime, _____ 10 mg p.o. daily, Ativan 1 mg p.o. q.a.m. and 1.5 mg p.o. at bedtime, milk of magnesia p.r.n., metoprolol tartrate 25 mg half tablet p.o. daily, omeprazole 20 mg p.o. daily, simvastatin 40 mg p.o. daily, trazodone 100 mg p.o. at bedtime.

ALLERGIES: NKDA.

FAMILY HISTORY: Unable to obtain.

SOCIAL HISTORY: Lives in a group home by report, has a court appointed guardian.

PHYSICAL EXAMINATION ON ADMISSION: Vital Signs: Temperature 36.6, blood pressure 133/62, heart rate 91, respiratory rate 18, O2 sat 94% on room air. General: Somewhat agitated. HEENT: Extraocular movements intact.

Pt Name: PERRY, RONALD                                    MRN: 2640444
Rm/Bed:                          Page 2 of 6                    Discharge Summary Results Report
© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.
ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:28

| | | | |
|---|---|---|---|
| Tufts Medical Center 800 Washington Street Boston MA 02111 | | | **Discharge Summary Results Report** |
| Pt Name: | PERRY, RONALD | MRN: | 2640444 |
| Pt ID: | 2014021388 | Acct No: | 161933309 |
| DOB: | 02/02/1948 | Age/Sex: | 68Y/M |
| | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | Rm/Bed: | |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |
| Order Name: | | Observation Dtime: | 06/14/2014 00:01 |
| Result Name: | Discharge Summary | Result Status: | Final Result |

Anicteric, no conjunctival injection. Neck: Supple, nontender. Cardiovascular: Tachycardic, S1 and S2 normal. No murmurs, rubs or gallops. Respiratory: Clear to auscultation anteriorly, no wheezes, rales or rhonchi. Abdomen: Nondistended, nontender to palpation, no hepatosplenomegaly. Bowel sounds present. Extremities: Markedly swollen and tense left leg, ecchymoses in the posterior aspect of the femur, all way down to the ankle, marked warmth of the entire leg, 2+ pitting edema over the entire leg, distal pulses were intact, incision of the ORIF was draining a small amount of blood and yellow fluid. Scrotum has diffuse ecchymosis and hematoma, significant swelling. Neurologic: The patient is unaware of surroundings, unable to cooperate for exam, grossly moving all four extremities, resting tremor.

LABORATORY DATA ON ADMISSION: Sodium 142, potassium 4.2, chloride 110, bicarbonate 26, BUN 20, creatinine 0.75. Calcium 8.1, magnesium 1.8, phosphorus 2.5. WBC 13.2; hemoglobin 6.5; hematocrit 19.5; platelets 366,000. INR 2.4, PTT 32.5. Fibrinogen 370. Lactate 0.8, AST 44, ALT 32, alkaline phosphatase 61, total bilirubin 1.1, direct bilirubin 0.4. CPK 1153. EKG, sinus tachycardia.

HOSPITAL COURSE BY PROBLEMS:
1. Orthopedics: The patient was status post ORIF with leg swelling, anemia and persistent fevers concerning for postoperative hematoma or even joint space infection. The patient had been on rivaroxaban postoperatively. Orthopedics was consulted on admission and hip x-rays were obtained. They recommended a wound VAC and reversal of coagulopathy and transfusion as necessary. They did not recommend an operative intervention as it was suspected hematoma. They did recommend bilateral lower extremity duplex ultrasounds, which were limited, but negative for DVT. Wound vac was eventually removed. Orthopedics recommended protected weightbearing and the patient worked with PT. He was restarted on DVT prophylaxis with BID aspirin 81 mg on 6/12/2014.

2. Heme: Acute blood loss anemia. The patient required multiple units of PRBCs. He also had a coagulopathy with INR of 2.4 on admission, partially related rivaroxaban but also likely due to underlying vitamin K deficiency, no evidence of DIC. He was given vitamin K orally three times as well as multiple units of FFP, with which his INR trended down. After several days of requiring transfusions, his hemoglobin remained stable and his leg appeared significantly less swollen with marked decrease in the hematoma and ecchymoses. INR remained stable at 1.3.

Pt Name: PERRY, RONALD         MRN: 2640444

Rm/Bed:                         Page 3 of 6                    Discharge Summary Results Report

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:28

| | | | |
|---|---|---|---|
| Tufts Medical Center 800 Washington Street Boston MA 02111 | | | Discharge Summary Results Report |

| | | | |
|---|---|---|---|
| Pt Name: | PERRY, RONALD | MRN: | 2640444 |
| Pt ID: | 2014021388 | Acct No: | 161933309 |
| DOB: | 02/02/1948 | Age/Sex: | 68Y/M |
| | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | Rm/Bed: | |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |

| | | | |
|---|---|---|---|
| Order Name: | | Observation Dtime: | 06/14/2014  00:01 |
| Result Name: | Discharge Summary | Result Status: | Final Result |

3. Neurologic: At his baseline, the patient reported he has mild mental retardation and on admission he was significantly altered. At the outside hospital, there had been concern for neuroleptic malignant syndrome or serotonin syndrome. Psych was consulted on admission and they recommended restarting home doses of all his medications except for fluvoxamine, which was tapered up to home dose. On further discussion with his home nurse, he is tremulous and rigid at baseline and has been on his medications for 14 years. Therefore, they thought this was unlikely to represent NMS. The patient did have dramatic improvement in his mental status. He was able to give his name, have appropriate conversations and was sometimes oriented to being in the hospital in Boston. He should have a lithium level checked at rehab.

4. ID: The patient had an ESBL E. coli on outside hospital culture data and had received ertapenem. ID was consulted and recommended continuing this pending repeat urine culture, which was negative here. They recommended discontinuing all antibiotics on 06/06/2014. The patient had had a possible mild left lower lobe infiltrate noted on chest x-ray without clear symptoms of pneumonia and vancomycin was dosed by level until Infectious Disease recommended stopping as above. The patient defervesced. He had no evidence of DVT and likely his high white count and fevers were related to the hematoma. White count normalized but then trended up slightly prior to discharge to 13.6 on 6/13/2014 without any left shift. He had no fevers. Patient did have rhonchi on exam througout his stay which seemed related to atelectasis. Sputum culture from 6/12 had multiple species on gram stain; culture is pending. Urine culture from 6/10 has no growth. He had no diarrhea; in fact he had had no bowel movements in several days, so he was started on a bowel regimen. His white count and temperature should be monitored closely. Consider empiric HCAP coverage if there is evidence of pneumonia.

5. Cardiovascular: Sinus tachycardia was likely related to pain and agitation. This improved with transfusion. Simvastatin was held given his rhabdomyolysis and the CK trended down. This can be restarted as an outpatient.

4. Renal: Rhabdomyolysis. His CK down trended as above. No further IV hydration was given since he was volume overloaded and his renal function remained normal.

5. Pulmonary: Patient had rhonchi on exam but no significant O2 requirement. He should be given incentive spirometry and kept out of bed

Pt Name: PERRY, RONALD                                   MRN: 2640444
Rm/Bed:                         Page 4 of 6                         Discharge Summary Results Report

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:28

| Tufts Medical Center 800 Washington Street Boston MA 02111 | | | Discharge Summary Results Report | |
|---|---|---|---|---|
| Pt Name: | PERRY, RONALD | | MRN: | 2640444 |
| Pt ID: | 2014021388 | | Acct No: | 161933309 |
| DOB: | 02/02/1948 | | Age/Sex: | 68Y/M |
| | | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | | Rm/Bed: | |
| Dx: | | | | |
| Alrg: | No Known Drug Allergies | | | |

| Order Name: | | Observation Dtime: | 06/14/2014  00:01 |
|---|---|---|---|
| Result Name: | Discharge Summary | Result Status: | Final Result |

during the day as tolerated to minimize atelectasis.

DIET: Regular.

PROPHYLAXIS: Mechanical DVT prophylaxis and aspirin as above. Bowel regimen.

CONTACT: His court appointed guardian, George Marlette, 781-383-1048.

CODE STATUS: Presumed full.

DISPOSITION: PT worked with the patient and recommended discharge to rehabilitation.

Edited and Electronically Signed
JACLYN CHU, MD 07/23/2014 11:03 A

Dictated by: DAVID EINSTEIN, MD

D: 06/06/2014
T: 06/07/2014 03:08 A
Dictation ID: 8854704/Doc# 1537402

cc:

Document is preliminary until electronically or manually signed by attending physician.

## Comments

Result Comments:

Requisition Comments:

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:28

Tufts Medical Center 800 Washington Street Boston MA 02111                                    **Discharge Summary Results Report**

| | | | |
|---|---|---|---|
| **Pt Name:** | PERRY, RONALD | **MRN:** | 2640444 |
| **Pt ID:** | 2014021388 | **Acct No:** | 161933309 |
| **DOB:** | 02/02/1948 | **Age/Sex:** | 68Y/M |
| | | **Atn Dr:** | Ryan, Scott |
| **Nurse Sta:** | | **Rm/Bed:** | |
| **Dx:** | | | |
| **Alrg:** | No Known Drug Allergies | | |

Ordering Dr:                                             Order Date/Time:
                                                          Ord#/Occurrence#:    /

---

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:28

| Tufts Medical Center 800 Washington Street Boston MA 02111 | | Discharge Summary Results Report | |
|---|---|---|---|
| Pt Name: | PERRY, RONALD | MRN: | 2640444 |
| Pt ID: | 2014021388 | Acct No: | 161933309 |
| DOB: | 02/02/1948 | Age/Sex: | 68Y/M |
| | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | Rm/Bed: | |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |
| Order Name: | | Observation Dtime: | 06/07/2014 00:01 |
| Result Name: | Discharge Summary | Result Status: | Prelimnary Result |

Patient Name: Perry, Ronald   Med Rec #: 00264-04-44
Admit Date: 06/04/2014   Att Phys: JACLYN CHU, MD
Discharge Dt: 06/07/2014   Pt. Location:

### DISCHARGE SUMMARY

SERVICE: General Medicine.

PRIMARY DIAGNOSIS: Postop hematoma.

SECONDARY DIAGNOSES: ESBL E. coli UTI, acute blood loss anemia, rhabdomyolysis, coagulopathy.

PRIMARY CARE PHYSICIAN: John Podkowa, M.D., phone number 508-996-1800, fax number 508-992-7906.

HISTORY OF PRESENT ILLNESS: The patient is a 66-year-old male with a history of mild developmental delay, bipolar disorder who initially presented to St. Luke's Hospital after mechanical fall from his bicycle and was noted to have a left intratrochanteric fracture. History was obtained from hospital notes due to the patient's altered mental status at the time of transfer. He was admitted to Luke's on 05/25/2014 and went to the OR on 05/26/2014 for ORIF. Postoperatively, there was noted to be some swelling of the site thought due to blood loss. He required transfusion of 2 units of PRBCs during this period of time as his hemoglobin had decreased to 7.4. He had initially been started on Xarelto for DVT prophylaxis on postoperative day #1; however, this was stopped from 05/30/2014 to 05/31/2014 due to concern for bleeding. It was subsequently restarted on 06/01/2014. There appeared to be some improvement in the hip site after his Xarelto was stopped, when it was restarted the redness and the swelling of the leg returned. At transfer, the hemoglobin was 9.2 on 06/03/2014. On 06/01/2014, a lower extremity ultrasound was negative for DVT in the left leg. The patient also developed fevers on postoperative day #1. A workup including chest x-ray was suspicious for pneumonia with a left lower lobe infiltrate. UA was reportedly positive and urine culture grew ESBL E. coli sensitive to ertapenem. The patient completed a 7-day course on 06/03/2014. He was noted to have continuing high fevers through his hospital course with a maximum of 105 Fahrenheit. Temperature prior to

| | |
|---|---|
| Tufts Medical Center 800 Washington Street Boston MA 02111 | Discharge Summary Results Report |

| | | | |
|---|---|---|---|
| Pt Name: | PERRY, RONALD | MRN: | 2640444 |
| Pt ID: | 2014021388 | Acct No: | 161933309 |
| DOB: | 02/02/1948 | Age/Sex: | 68Y/M |
| | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | Rm/Bed: | |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |

| | | | |
|---|---|---|---|
| Order Name: | | Observation Dtime: | 06/07/2014 00:01 |
| Result Name: | Discharge Summary | Result Status: | Prelimnary Result |

transfer was 101.7. Given altered mental status and tremulousness, there was concern for NMS or serotonin syndrome, and the Neurology Service was consulted and no notes were included from that consult. CT head was performed on 05/27/2014 for indication of mental status change showing chronic generalized atrophy and microvascular changes, but no acute changes. At this point, there was apparently concern for NMS or serotonin syndrome. Therefore, his home benztropine, lithium, trazodone, fluvoxamine and fluphenazine were all stopped between 05/26/2014 and 05/30/2014. He was started on Depakote and Ativan. He was also noted to have some rhabdomyolysis with a peak CK of around 5000. He was aggressively fluid hydrated with 200 mL per hour of lactated Ringer's for about 5 days. He was transferred per preference of his court appointed guardian for persistent fevers and altered mental status.

PAST MEDICAL HISTORY: Mental retardation, bipolar disorder with psychosis, recent hip fracture status post ORIF, chronic urinary retention with chronic indwelling Foley catheter, diverticulosis, hyperlipidemia.

MEDICATIONS ON TRANSFER: Bethanechol 25 mg p.o. daily, divalproex sodium ER 250 mg p.o. b.i.d., ertapenem 1 g IV q.24h., ferrous sulfate 325 mg p.o. b.i.d., Protonix 40 mg p.o. daily, propranolol 10 mg p.o. b.i.d., rivaroxaban 10 mg p.o. daily, senna, thiamine 100 mg IV q.24h., multivitamin p.o. daily, vancomycin 1250 mg IV b.i.d.

HOME MEDICATIONS: As per outside hospital reconciliation, benztropine 0.5 mg p.o. daily, ferrous sulfate 325 mg p.o. b.i.d., fluphenazine 2 mg p.o. at bedtime, fluvoxamine 50 mg p.o. q.a.m., fluvoxamine 250 mg p.o. at bedtime, lithium 600 mg p.o. at bedtime, ____ 10 mg p.o. daily, Ativan 1 mg p.o. q.a.m. and 1.5 mg p.o. at bedtime, milk of magnesia p.r.n., metoprolol tartrate 25 mg half tablet p.o. daily, omeprazole 20 mg p.o. daily, simvastatin 40 mg p.o. daily, trazodone 100 mg p.o. at bedtime.

ALLERGIES: NKDA.

FAMILY HISTORY: Unable to obtain.

SOCIAL HISTORY: Lives in a group home by report, has a court appointed guardian.

PHYSICAL EXAMINATION ON ADMISSION: Vital Signs: Temperature 36.6, blood pressure 133/62, heart rate 91, respiratory rate 18, O2 sat 94% on room air. General: Somewhat agitated. HEENT: Extraocular movements intact.

| | | |
|---|---|---|
| Pt Name: PERRY, RONALD | MRN: 2640444 | |
| Rm/Bed: | Page 2 of 6 | Discharge Summary Results Report |

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:29

| Tufts Medical Center 800 Washington Street Boston MA 02111 | | Discharge Summary Results Report | |
|---|---|---|---|
| Pt Name: | PERRY, RONALD | MRN: | 2640444 |
| Pt ID: | 2014021388 | Acct No: | 161933309 |
| DOB: | 02/02/1948 | Age/Sex: | 68Y/M |
| | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | Rm/Bed: | |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |
| Order Name: | | Observation Dtime: | 06/07/2014  00:01 |
| Result Name: | Discharge Summary | Result Status: | Prelimnary Result |

Anicteric, no conjunctival injection. Neck: Supple, nontender. Cardiovascular: Tachycardic, S1 and S2 normal. No murmurs, rubs or gallops. Respiratory: Clear to auscultation anteriorly, no wheezes, rales or rhonchi. Abdomen: Nondistended, nontender to palpation, no hepatosplenomegaly. Bowel sounds present. Extremities: Markedly swollen and tense left leg, ecchymoses in the posterior aspect of the femur, all way down to the ankle, marked warmth of the entire leg, 2+ pitting edema over the entire leg, distal pulses were intact, incision of the ORIF was draining a small amount of blood and yellow fluid. Scrotum has diffuse ecchymosis and hematoma, significant swelling. Neurologic: The patient is unaware of surroundings, unable to cooperate for exam, grossly moving all four extremities, resting tremor.

LABORATORY DATA ON ADMISSION: Sodium 142, potassium 4.2, chloride 110, bicarbonate 26, BUN 20, creatinine 0.75. Calcium 8.1, magnesium 1.8, phosphorus 2.5. WBC 13.2; hemoglobin 6.5; hematocrit 19.5; platelets 366,000. INR 2.4, PTT 32.5. Fibrinogen 370. Lactate 0.8, AST 44, ALT 32, alkaline phosphatase 61, total bilirubin 1.1, direct bilirubin 0.4. CPK 1153. EKG, sinus tachycardia.

HOSPITAL COURSE BY PROBLEMS:
1. Orthopedics: The patient was status post ORIF with leg swelling, anemia and persistent fevers concerning for postoperative hematoma or even joint space infection. The patient had been on rivaroxaban postoperatively. Orthopedics was consulted on admission and hip x-rays were obtained. They recommended a wound VAC and reversal of coagulopathy and transfusion as necessary. They did not recommend an operative intervention as it was suspected hematoma. They did recommend bilateral lower extremity duplex ultrasounds, which were limited, but negative for DVT. Wound vac was eventually removed. Orthopedics recommended protected weightbearing and the patient worked with PT. He was restarted on DVT prophylaxis with BID aspirin 81 mg on 6/12/2014.

2. Heme: Acute blood loss anemia. The patient required multiple units of PRBCs. He also had a coagulopathy with INR of 2.4 on admission, partially related rivaroxaban but also likely due to underlying vitamin K deficiency, no evidence of DIC. He was given vitamin K orally three times as well as multiple units of FFP, with which his INR trended down. After several days of requiring transfusions, his hemoglobin remained stable and his leg appeared significantly less swollen with marked decrease in the hematoma and ecchymoses. INR remained stable at 1.3.

Pt Name: PERRY, RONALD                         MRN: 2640444
Rm/Bed:                        Page 3 of 6                        Discharge Summary Results Report
ORE_0126.rpt;Version 1.00
© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:29

| Tufts Medical Center 800 Washington Street Boston MA 02111 | | Discharge Summary Results Report | |
|---|---|---|---|
| **Pt Name:** | PERRY, RONALD | **MRN:** | 2640444 |
| **Pt ID:** | 2014021388 | **Acct No:** | 161933309 |
| **DOB:** | 02/02/1948 | **Age/Sex:** | 68Y/M |
| | | **Atn Dr:** | Ryan, Scott |
| **Nurse Sta:** | | **Rm/Bed:** | |
| **Dx:** | | | |
| **Alrg:** | No Known Drug Allergies | | |
| **Order Name:** | | **Observation Dtime:** | 06/07/2014 00:01 |
| **Result Name:** | Discharge Summary | **Result Status:** | Prelimnary Result |

3. Neurologic: At his baseline, the patient reported he has mild mental retardation and on admission he was significantly altered. At the outside hospital, there had been concern for neuroleptic malignant syndrome or serotonin syndrome. Psych was consulted on admission and they recommended restarting home doses of all his medications except for fluvoxamine, which was tapered up to home dose. On further discussion with his home nurse, he is tremulous and rigid at baseline and has been on his medications for 14 years. Therefore, they thought this was unlikely to represent NMS. The patient did have dramatic improvement in his mental status. He was able to give his name, have appropriate conversations and was sometimes oriented to being in the hospital in Boston. He should have a lithium level checked at rehab.

4. ID: The patient had an ESBL E. coli on outside hospital culture data and had received ertapenem. ID was consulted and recommended continuing this pending repeat urine culture, which was negative here. They recommended discontinuing all antibiotics on 06/06/2014. The patient had had a possible mild left lower lobe infiltrate noted on chest x-ray without clear symptoms of pneumonia and vancomycin was dosed by level until Infectious Disease recommended stopping as above. The patient defervesced. He had no evidence of DVT and likely his high white count and fevers were related to the hematoma. White count normalized but then trended up slightly prior to discharge to 13.6 on 6/13/2014 without any left shift. He had no fevers. Patient did have rhonchi on exam througout his stay which seemed related to atelectasis. Sputum culture from 6/12 had multiple species on gram stain; culture is pending. Urine culture from 6/10 has no growth. He had no diarrhea; in fact he had had no bowel movements in several days, so he was started on a bowel regimen. His white count and temperature should be monitored closely. Consider empiric HCAP coverage if there is evidence of pneumonia.

5. Cardiovascular: Sinus tachycardia was likely related to pain and agitation. This improved with transfusion. Simvastatin was held given his rhabdomyolysis and the CK trended down. This can be restarted as an outpatient.

4. Renal: Rhabdomyolysis. His CK down trended as above. No further IV hydration was given since he was volume overloaded and his renal function remained normal.

5. Pulmonary: Patient had rhonchi on exam but no significant O2 requirement. He should be given incentive spirometry and kept out of bed

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:29

| | | | |
|---|---|---|---|
| Tufts Medical Center 800 Washington Street Boston MA 02111 | | | Discharge Summary Results Report |
| Pt Name: | PERRY, RONALD | MRN: | 2640444 |
| Pt ID: | 2014021388 | Acct No: | 161933309 |
| DOB: | 02/02/1948 | Age/Sex: | 68Y/M |
| | | Atn Dr: | Ryan, Scott |
| Nurse Sta: | | Rm/Bed: | |
| Dx: | | | |
| Alrg: | No Known Drug Allergies | | |
| Order Name: | | Observation Dtime: | 06/07/2014 00:01 |
| Result Name: | Discharge Summary | Result Status: | Prelimnary Result |

during the day as tolerated to minimize atelectasis.

DIET: Regular.

PROPHYLAXIS: Mechanical DVT prophylaxis and aspirin as above. Bowel regimen.

CONTACT: His court appointed guardian, George Marlette, 781-383-1048.

CODE STATUS: Presumed full.

DISPOSITION: PT worked with the patient and recommended discharge to rehabilitation.

Dictated by: DAVID EINSTEIN, MD

D: 06/06/2014
T: 06/07/2014 03:08 A
Dictation ID: 8854704/Doc# 1537402

cc:

Document is preliminary until electronically or manually signed by attending physician.

**Comments**

Result Comments:

Requisition Comments:

---

Pt Name: PERRY, RONALD                    MRN: 2640444

Rm/Bed:                       Page 5 of 6                Discharge Summary Results Report

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:29

| Tufts Medical Center 800 Washington Street Boston MA 02111 | | | Discharge Summary Results Report |
|---|---|---|---|
| **Pt Name:** | PERRY, RONALD | **MRN:** | 2640444 |
| **Pt ID:** | 2014021388 | **Acct No:** | 161933309 |
| **DOB:** | 02/02/1948 | **Age/Sex:** | 68Y/M |
| | | **Atn Dr:** | Ryan, Scott |
| **Nurse Sta:** | | **Rm/Bed:** | |
| **Dx:** | | | |
| **Alrg:** | No Known Drug Allergies | | |

Ordering Dr:

Order Date/Time:

Ord#/Occurrence#:   /

---

© 2004-2016 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2016 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Napoli, Elaine
Printed On: 12-Sep-16 15:29