UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE NORTH |
| Calhoon, et al., v Bayer Healthcare ) | |
| Pharmaceuticals Inc., et al., ) | |
| Case No.: 2:17-cv-17501-EEF-MBN ) | |
| _____) | |

## NOTICE OF SERVICE

Notice is hereby given that, pursuant to Pre-Trial Order #10, issued on March 24, 2015, Plaintiff has this date served the Complaint and Summons in the above entitled action upon

>Bayer Pharma AG
>Attn: Eva Gardyan-Eisenlohr
>General Counsel
>Muellerstrasse 178
>13353 Berlin
>GERMANY

by sending same via Registered U.S. Mail, Return Receipt Requested, and via electronic mail to

xareltocomplaints@babc.com.

DATED: January 8, 2018         Respectfully submitted,

                              s/Eric D. Holland
                              HOLLAND LAW FIRM
                              300 N. Tucker Blvd., Suite 801
                              St. Louis, MO 63101
                              Tel: 314-241-8111
                              Fax: 314-241-5554
                              E-mail: eholland@allfela.com

                              *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        Respectfully submitted,

        */s/ Eric D. Holland*
        Eric D. Holland  (Mo. Bar # 39935)
        Holland Law Firm, LLC
        300 N. Tucker Blvd., Suite 801
        St. Louis, MO 63101
        Tel: 314-241-8111
        Fax: 314-241-5554
        Email: eholland@allfela.com

        Counsel for the Plaintiffs