UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No:  2:17-cv-4769 |

THIS DOCUMENT RELATES TO:
VERONICA McGowan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4769

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS ALLEGED FACT SHEET DEFICIENCIES**

This Court issued an Order to Show Cause (Doc. 7737) as to why certain actions, including the above-captioned action should not be dismissed due to plaintiffs with alleged core Plaintiff Fact Sheet deficiencies.  The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Veronica McGowan.  However, plaintiff's counsel has not received any response to our attempts to contact Ms. McGowan.

2. Specifically, Plaintiff's counsel attempted to contact Ms. McGowan on the following dates:

    a. A letter was sent via Certified Mail on June 27, 2017, requesting the completion of the Plaintiff Fact Sheet and required materials and the return of same to Plaintiff's counsel.

1

    b. Subsequent letters were sent informing Ms. McGowan of her obligations to complete a Plaintiff Fact Sheet, and that her failure to do so would likely result in Defendant's moving for a dismissal of her case. These letters were sent via email and certified mail on May 8, 2017; July 19, 2017 and October 11, 2017.

    c. Further, Plaintiff's counsel attempted calls and emails to the client after failure to receive the completed Plaintiff Fact Sheet and materials. These communication efforts were made on May 8, 2017; June 27, 2017; July 19, 2017; July 31, 2017; August 22, 2017; August 28, 2017 and October 11, 2017.

    d. On January 3, 2018, another letter was sent via certified mail requesting the completion of the Plaintiff Fact Sheet and required materials and the return of same to Plaintiff's counsel.

    e. On January 5, 2018, Plaintiff's counsel hired a private mobile notary to attempt to reach the client, which was unsuccessful.

3. Undersigned counsel is unaware of any circumstances that would prevent Ms. McGowan from complying with the Plaintiff Fact Sheet obligations set by this Court.

4. However, if the Court elects to dismiss the plaintiff's claim, it is respectfully requested that the dismissal be without prejudice.

5. This motion is being submitted to this Honorable Court without the need of a formal hearing.

**WHEREFORE,** it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action, and that any dismissal of the plaintiff's claim be without prejudice.

Respectfully submitted this 8th day of January 2018.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
Hato Rey Center-268 Ponce de León Ave, Suite 1020
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January 2018, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)