UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:17-cv-7674</u> |

THIS DOCUMENT RELATES TO:
LIZA BELL-KOLOZIE o/b/o
Her deceased father, Kenneth R. Bell v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-7674-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Joel A. Figueroa-Rivera for the Plaintiff and moves this Honorable Court for an order substituting Liza Bell-Kolozie on behalf of her deceased father, Kenneth R. Bell, for the following reasons:

**I.**     On August 9, 2017, Kenneth R. Bell, filed a Complaint in the above referenced matter.

**II.**    On November 9, 2016 Kenneth R. Bell died, without his family notifying his legal representatives.

**III.**   The decedent's daughter, Liza Bell-Kolozie, is the Proper Plaintiff and wishes to be substituted on behalf of Kenneth R. Bell, in this case.

**Wherefore**, movant prays for said substitution.

Respectfully submitted this 8 day of January, 2018.

1

                                              /s/ Joel A. Figueroa-Rivera
                                              Joel A. Figueroa-Rivera
                                              Puerto Rico Bar No. 20132
                                              USDCPR No. 302803
                                              LAW OFFICE OF
                                            CHRISTOPHER K. JOHNSTON, LLC
                                              1510 Ave. F.D. Roosevelt, Ste 6A1
                                              Guaynabo, Puerto Rico 00968
                                              Tel: (844) 345-3784
                                              Fax: (844) 644- 1230
                                              joel@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 8 day of January, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                                                        /s/ Joel A. Figueroa-Rivera
                                                        Joel A. Figueroa-Rivera (#302803)