UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-7674 |

THIS DOCUMENT RELATES TO:
LIZA BELL-KOLOZIE o/b/o
Her deceased father, Kenneth R. Bell v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-7674-EEF-MBN

### NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Joel A. Figueroa-Rivera for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 8 day of January, 2018.

/s/ Joel A. Figueroa-Rivera
Joel A. Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
joel@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston

California Bar No. 261474  
LAW OFFICE OF  
CHRISTOPHER K. JOHSTON, LLC  
1510 Ave. F.D. Roosevelt, Ste 6A1  
Guaynabo, Puerto Rico 00968  
Tel: (844) 345-3784  
Fax: (844) 644- 1230  
kyle@masstortslaw.com  

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8 day of January, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Joel A. Figueroa-Rivera  
Joel A. Figueroa-Rivera (#302803)