# CERTIFICATE OF VITAL RECORD
## VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW
## The Commonwealth of Massachusetts

 

Commonwealth of Massachusetts
Registry of Vital Records and Statistics
**CERTIFICATE OF DEATH**

CT 952482

| | |
|---|---|
| State File # | 2016 049111 |
| Registered # | 546 |

Form R-301 08012015

**DECEDENT**

| Field | Value |
|---|---|
| Place of Death | SEASONS HOSPICE INPATIENT CENTER, MILTON, MA |
| Date of Death | NOVEMBER 09, 2016 |
| Age | 82 YRS |
| Sex | MALE |
| Current Name | BELL, KENNETH --- |
| Surname at Birth or Adoption | BELL |
| SSN | 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 |
| AKA | --- |
| Date of Birth | JULY 16, 1934 |
| Birthplace | BOSTON, MASSACHUSETTS |
| Residence | 16 GLENROSE ROAD, BOSTON, MASSACHUSETTS |
| Race | WHITE |
| Education | HIGH SCHOOL GRADUATE OR GED |
| Marital Status | WIDOWED |
| Occupation/Industry | CLERK/U.S POST OFFICE |
| Last Spouse | BELL, JUDITH (COSTA) |
| Decedent: U.S. Veteran (Most Recent) | KOREA |
| Mother/Parent Name | BELL, EVA (KING) |
| Birthplace | CANADA |
| Father/Parent Name | BELL, CHARLES (BELL) |
| Birthplace | MASSACHUSETTS |

**MEDICAL CERTIFIER**

Part I. Cause of Death — Sequentially list immediate cause then antecedent causes then underlying cause

| | Interval between onset and death |
|---|---|
| a. Immediate Cause (Final condition resulting in death): METASTATIC LUNG CANCER | 6 MOS. |
| b. Due to or as a consequence of: --- | --- |
| c. Due to or as a consequence of: --- | --- |
| d. Due to or as a consequence of: --- | --- |

Part II. Other significant conditions contributing to death but not resulting in underlying cause: ---

| | |
|---|---|
| Manner of Death | NATURAL |
| Time of Death | 10:00 AM |
| Result of Injury | NO |
| Certifier | CLAES NILSSON, MD |
| Lic # | 53091 |
| Addr. | 20 MALL ROAD, BURLINGTON, MASSACHUSETTS 01803 |

**DISPOSITION**

| Field | Value |
|---|---|
| Funeral Licensee/Designee | RYAN K. O'HANLON |
| Lic # | 50405 |
| Facility/Addr. | MCHOUL FAMILY FUNERAL HOME, BOSTON, MASSACHUSETTS |
| Immediate Disposition | DONATION |
| Date of Immediate Disposition | NOVEMBER 14, 2016 |
| Place/Address | HARVARD MEDICAL SCHOOL, 260 LONGWOOD AVENUE, BOSTON, MASSACHUSETTS 02115 |
| Date of Record | NOVEMBER 15, 2016 |
| Date of Amendment | --- |

*Susan M. Galvin*
CLERK, TOWN OF MILTON

## VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED