UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Alandis Bankhead v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-06473**

### PLANTIFF ALANDIS BANKHEAD'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Alandis Bankhead, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel, submits this response in opposition to the Order to Show Cause, and shows as follows:

1. Plaintiff Alandis Bankhead contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on July 5, 2017, while record requests from some healthcare providers were still pending. Proof of Xarelto usage was already established, and records allegedly proving injuries would soon follow.

3. After receipt of some additional records, undersigned counsel has yet been unable to confirm via medical records that Mr. Bankhead experienced a Xarelto-related injuries.

4. Undersigned counsel has communicated with Mr. Bankhead regarding the need to obtain records that demonstrate proof of injury relating to Xarelto. So far Mr. Bankhead has been unable to provide such documentation.

1

5.  Undersigned counsel has been diligent in investigating this claim, has informed Plaintiff that undersigned counsel exhausted all sources of information to obtain Xarelto usage, and has requested Plaintiff's help.

6.  Counsel has advised Mr. Bankhead regarding the need for proof of Xarelto-related injuries and the implications of not providing proof of Xarelto usage in conversations on October 12, 2017; October 24, 2017; November 9, 2017; and December 12, 2017 as well as in writing on November 27, 2017.

January 9, 2018                                     Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com


*Attorney for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                     */s/ Barrett Beasley*
                                                                     Barrett Beasley