UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Theresa Black v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-05212**

### PLANTIFF THERESA BLACK'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Theresa Black, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel, submits this response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Theresa Black contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on May 25, 2017, while record requests from some healthcare providers were still pending. Proof of Xarelto usage was already established, and records allegedly proving injuries would soon follow.

3. Because Plaintiff has not returned a HIPAA-compliant authorization, undersigned counsel has been unable to confirm via medical records Plaintiff's injuries.

4. Undersigned counsel has attempted to communicate with Ms. Black numerous times regarding the need to obtain records that demonstrate an injury relating to Xarelto, via regular mail on June 13, 2017; July 11, 2017; August 2, 2017; September 21, 2017; January 2, 2018, electronic mail on September 18, 2017, and via Certified Mail on November 16, 2017 (7016 0910 0001 1733 0371).

5. In addition, Plaintiff's counsel called and left a message for Ms. Black regarding the implications of not providing proof of Xarelto-related injuries on July 12, 2017; September 15, 2017; and November 3, 2017.

6. On September 15, 2017, counsel spoke with Plaintiff's secondary contact and confirmed that her address and phone number were correct. At the suggestion of the secondary contact, counsel texted Ms. Black on September 15, 2017 and again on November 3, 2017; counsel did not receive a response. Further attempts to speak with the secondary contact were unsuccessful.

7. In preparing to respond to this Court's Order, undersigned counsel called to speak with client on December 13, 2017 and December 14, 2017. Counsel left messages both times and received no response. On January 3, 2018, counsel also used Lexis to attempt to locate client by calling potential relatives and associates. On January 3, 2018 at 9:23 p.m., Ms. Black left a voicemail indicating she did not approve of these attempts to locate her. Subsequent attempts were made to speak with Ms. Black on January 4, 2018 and January 5, 2018 and, as of this date, we have not received a response.

Despite the best efforts of Plaintiff's counsel described above, counsel has been unable to provide records demonstrating alleged injuries, nor has undersigned counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

January 9, 2018                                    Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*
Barrett Beasley