UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Nanci Weber, et al v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-02468**

### PLANTIFF NANCI WEBER'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Nanci Weber, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel, submits this response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Shirley Blankenship contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on March 24, 2017, while record requests from some healthcare providers were still pending. The complaint was filed in good faith before all records were received to comply with the statute of limitations for Ms. Blankenship's claim.

3. On May 26, 2017, counsel learned that Ms. Blankenship had passed away. Plaintiff's daughter, Nanci Weber, signed up to pursue the case on her mother's behalf.

4. To date counsel has exhausted resources to obtain medical records and enlisted Ms. Weber's help for additional documentation. Ms. Weber indicated she would search her files and provide records.

5. Undersigned counsel has attempted to communicate with Ms. Weber regarding the need to obtain records that demonstrate usage of Xarelto and an injury relating to Xarelto, via regular mail on

1

September 8, 2017 and October 27, 2017 and electronic mail on September 8, 2017.  In addition, telephone messages were left for Ms. Weber regarding the implications of not providing proof of usage and Xarelto-related injuries on September 8, 2017, September 14, 2017, October 17, 2017, and December 20, 2017.

Despite the best efforts of Plaintiff's counsel, so far counsel has been unable to provide records demonstrating alleged injuries.

January 9, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Barrett Beasley
Barrett Beasley