# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Lenard Francis, et al v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-05560**

### PLANTIFF LENARD FRANCIS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Lenard Francis, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel, submits this response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Lenard Francis contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on June 5, 2017, while record requests from some healthcare providers were still pending.

3. Because Plaintiff has not returned a HIPAA-compliant authorization, undersigned counsel has been unable to confirm via medical and pharmacy records Plaintiff's claims.

4. Undersigned counsel attempted to communicate with Mr. Francis regarding the need to obtain records that demonstrate usage and an injury relating to Xarelto via Certified Mail on November 10, 2017 (7016 0910 0001 1733 0104). Because the letter was returned not deliverable as addressed, counsel used Lexis to attempt to locate client by calling potential relatives and associates. Counsel has not received any responses to their attempts.

Despite the best efforts of Plaintiff's counsel described above, counsel has been unable to provide records demonstrating alleged injuries, nor has undersigned counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

January 9, 2018                                    Respectfully submitted,

                                                                    By: */s/ Barrett Beasley*
                                                                    Barrett Beasley, Esq.
                                                                    LA Bar Roll No. 25984
                                                                    SALIM-BEASLEY, LLC
                                                                    1901 Texas Street
                                                                    Natchitoches, LA 71457
                                                                    Phone: (800) 491-1817
                                                                    Facsimile: (318) 354-1227
                                                                    bbeasley@salim-beasley.com

                                                                    ***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Barrett Beasley
Barrett Beasley