UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | |
| | ( | JUDGE FALLON |
| | ( | |
| | ( | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Raquel Garin v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-06486**

### PLANTIFF RAQUEL GARIN'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Raquel Garin, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel submits this response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Raquel Garin contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on July 5, 2017, while record requests from some healthcare providers were still pending. Proof of Xarelto usage was already established and records allegedly proving drug related injuries would soon follow.

3. Counsel has exhausted its resources to obtain such medical records.

4. Undersigned counsel has attempted to communicate with Ms. Garin regarding the need to obtain records that demonstrate an injury relating to Xarelto, but has been unsuccessful. On November 14, 2017, Counsel used Lexis to attempt to locate client by calling potential relatives and associates, but received no responses.

1

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating alleged injuries, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

January 9, 2018                                     Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                */s/ Barrett Beasley*
                                                Barrett Beasley