UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Anthony Halinski v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-06488**

### PLANTIFF ANTHONY HALINSKI'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Anthony Halinski, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel submits this response in opposition to the Order to Show Cause and shows as follows:

1.  Plaintiff Anthony Halinski contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2.  The complaint in this matter was filed on July 5, 2017, while record requests from some healthcare providers were still pending. The complaint was filed in good faith before all records were received to comply with the statute of limitations for Mr. Halinski's claim.

3.  Although Plaintiff died in the interim, counsel did not learn of this fact until after the case was filed. Despite attempts to locate relatives, counsel was unable to communicate with a relative of the deceased until January 2018.

4.  To date the requested records have not contained evidence of the alleged bleeding event on Xarelto.

1

5. Accordingly, undersigned counsel requests that Mr. Halinski's claim not be dismissed with prejudice for failure to show use of Xarelto at this time, and his surviving family members be given an additional 60-days to obtain the relevant records documenting use of Xarelto.

6. At all times relevant hereto, undersigned Counsel has diligently sought proof of Xarelto-related injuries usage from all known healthcare providers. Plaintiff's request is not for purposes of delay but so that justice may be done. Plaintiff has never previously requested or received an extension of time to submit core PFS documentation.

FOR THESE REASONS, Salim-Beasley requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

January 9, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Barrett Beasley
Barrett Beasley