# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Greg Kirkpatrick, et al v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-04472**

### PLANTIFF GREG KIRKPATRICK'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Greg Kirkpatrick, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel submits this response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Greg Kirkpatrick contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on May 1, 2017, while record requests from some healthcare providers were still pending. Proof of Xarelto usage was already established and records allegedly proving injuries would soon follow.

3. Upon receipt of additional records, undersigned counsel has yet been unable to confirm via medical records that Mr. Kirkpatrick experienced a Xarelto-related injuries.

4. Undersigned counsel has communicated with Mr. Kirkpatrick regarding the need to obtain records that demonstrate proof of injury relating to Xarelto. Mr. Kirkpatrick has been unable to provide such documentation to date. He does not know any additional facilities to which counsel may submit requests.

1

5. Undersigned counsel has been diligent in investigating this claim, has informed Plaintiff that undersigned counsel exhausted its sources of information to obtain Xarelto usage, and has requested Plaintiff's help.

Despite the best efforts of Plaintiff's counsel described above, counsel has been unable to provide records demonstrating alleged injuries.

January 9, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiffs***

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                         */s/ Barrett Beasley*
                                                                         Barrett Beasley