UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Janice Newton v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-06371**

### PLANTIFF JANICE NEWTON'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Janice Newton, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel submits this response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Janice Newton contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on June 30, 2017.

3. Undersigned counsel has attempted to communicate with Ms. Newton regarding the need for a signed declaration page, via regular mail on July 11, 2017 and November 6, 2017, via Certified Mail on November 27, 2017, and via telephone on December 20, 2017. The Firm did not receive a response to any of these attempts.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating alleged injuries. While counsel does not have written permission from Plaintiff to agree to a stipulation of dismissal of this claim with prejudice, counsel has no basis to contest such a dismissal should the Court rule that a dismissal is appropriate and proper.

1

| | |
|---|---|
| January 9, 2018 | Respectfully submitted, |
| | By: */s/ Barrett Beasley*<br>Barrett Beasley, Esq.<br>LA Bar Roll No. 25984<br>SALIM-BEASLEY, LLC<br>1901 Texas Street<br>Natchitoches, LA 71457<br>Phone: (800) 491-1817<br>Facsimile: (318) 354-1227<br>bbeasley@salim-beasley.com |
| | ***Attorney for Plaintiffs*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   */s/ Barrett Beasley*
                                                 Barrett Beasley