UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Liza Bell-Kolozie o/b/o Her deceased father, Kenneth R. Bell v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:17-cv-7674

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8256, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Liza Bell-Kolozie, on behalf of her deceased father, Kenneth R. Bell, is substituted for Plaintiff Kenneth R. Bell as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 9th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE