**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION: L** |
| | **JUDGE FALLON** <br> **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** <br> *Tibbs v. Janssen Research & Development LLC, et al.* <br> Case No. 17-cv-07569 <br> Plaintiff Betty Tibbs | |

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff Betty Tibbs notes the death during the pendency of this action of Plaintiff Betty Tibbs.

Dated: New York, New York
January 10, 2018

By: ______________________
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Michael A. London