UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Tibbs v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 17-cv-07569 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1)

COMES NOW counsel for Plaintiff Betty Tibbs now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Deana Ramos, on behalf of her deceased mother, Betty Tibbs in the above captioned cause.

1. Betty Tibbs filed a products liability lawsuit against defendants on September 20, 2016.

2. On September 7, 2016 Betty Tibbs died, without her daughter notifying her legal representatives.

3. Betty Tibbs's product liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on January 10, 2018, attached hereto as "Exhibit A".

5. The decedent's daughter, Deana Ramos, is the Proper Plaintiff and wishes to be substituted on behalf of Betty Tibbs, in this case.

1

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Respectfully submitted,

Dated: New York, New York
January 10, 2018

By: _____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London