UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) )<br>PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>_____) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Victoria Varady, on behalf of the Estate of Elizabeth Varady, deceased, and Victoria Varady, Individually - Civil Action No.: 17-cv-3148*

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES

This Court issued an Order to Show Cause (Doc. 8191) as to why certain actions, including the above-captioned action should not be dismissed due to plaintiffs with alleged core Plaintiff Fact Sheet deficiencies. The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Victoria Varady. However, plaintiff's counsel has not received any response to our attempts to contact Ms. Varady.

2. Specifically, Plaintiff's counsel attempted to contact Ms. Varady on the following dates:

    a. A letter was sent via Federal Express on May 19, 2017 requesting the completion of the Plaintiff Fact Sheet and required materials and the return of same to Plaintiff's counsel.

1

b. Subsequent letters were sent informing Ms. Varady of her obligations to complete a Plaintiff Fact Sheet, and that her failure to do so would likely result in Defendants moving for a dismissal of her case. These letters were sent via Federal Express on November 17, 2017, and via Federal Express and E-mail on November 29, 2017, December 4, 2017 and December 13, 2017.

c. Further, Plaintiff's counsel attempted calls and emails to the client after failure to receive the completed Plaintiff Fact Sheet and materials. These communication efforts were made on July 18, 2017, November 21, 2017, November 27, 2017, November 28, 2017, November 29, 2017, November 30, 2017, December 1, 2017, December 4, 2017, December 13, 2018, December 26, 2017 and December 29, 2017.

d. On December 26, 2017 Plaintiff's counsel hired a private investigator to attempt to reach the client, which was unsuccessful.

e. On December 29, 2017 another letter was sent via Federal Express, Certified Mail and e-mail enclosing a copy of the Defendants' Motion for Order to Show Cause.

3. Undersigned counsel is unaware of any circumstances that would prevent Ms. Varady from complying with the Plaintiff Fact Sheet obligations set by this Court.

4. However, in the event that the Court elects to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice. In the alternative, pursuant to PTO 30, Plaintiff's counsel requests to be heard at the January 24, 2018 conference regarding Defendants' opposition to a Motion for Leave to Withdraw as Attorney of Record for Plaintiff.

**WHEREFORE,** it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action, that any dismissal be without prejudice or that a hearing be set for January 24, 2018 to discuss a Motion for Leave to Withdraw as Attorney of Record for Plaintiff.

Dated: New York, New York
       January 10, 2018

By: */s/ Michael A. London*
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Michael A. London*
Michael A. London

3