MINUTE ENTRY
FALLON, J.
JANUARY 10, 2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone conference was held on this date in the chambers of Judge Eldon E. Fallon. The Plaintiffs were represented by Leonard Davis, Fred Longer, and Sam Geisler. Defendants were represented by Chanda Miller, Jeremy Barber, Lindsey Boney, and John Olinde.

The Court discussed with the parties the exhibits to be sent to the Fifth Circuit on appeal of the *Boudreaux* and *Orr* bellwether trials. It was agreed that the parties will send the correct exhibits to the case manager and that the footers will be removed from all exhibits.

JS10(00:13)