**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Eleanor B. Dixon v. Janssen Research & Development LLC, et al*, **16-cv-15350**

## ORDER

In November 2017, the parties stipulated and agreed that the above case would be dismissed with prejudice. R. Doc. 8035.

Accordingly, **IT IS ORDERED** that Plaintiff's motion to dismiss without prejudice, R. Doc. 5257 is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE