UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Joanne Fahy*, 15-cv-4534

## ORDER

In October 2017, the parties stipulated and agreed that the above case would be dismissed with prejudice. R. Doc. 7895.

Accordingly, **IT IS ORDERED** that Plaintiff's motion to dismiss without prejudice, R. Doc. 6416 is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE