**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION** | * **MDL NO. 2592** |
| | * **SECTION L** |
| | * |
| | * **JUDGE ELDON E. FALLON** |
| | * |
| | * **MAG. JUDGE NORTH** |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | * |

**THIS DOCUMENT RELATES TO:**
*Eugene L. Barrett v. Janssen Pharmaceuticals, Inc., et al*, **17-cv-7688**

## ORDER

The parties have notified the Court that Plaintiff's fact sheet has been submitted and

accepted.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to submit

plaintiff fact sheet, R. Doc. 7808, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE