UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Timothy Craig v. Janssen Research & Development, LLC, et al*, **17-cv-6218**

## ORDER

The parties have notified the Court that Plaintiff's fact sheet has been submitted and accepted.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to submit plaintiff fact sheet, R. Doc. 7842, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

UNITED STATES DISTRICT JUDGE