UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS          *   MDL NO. 2592
LIABILITY LITIGATION

                                                *   SECTION L
                                                *
                                                *   JUDGE ELDON E. FALLON
                                                *
                                                *   MAG. JUDGE NORTH
     *********************************************   *

THIS DOCUMENT RELATES TO:
*Anna McCulloch*, 17-cv-7962

## ORDER

The parties have notified the Court that Plaintiff's fact sheet has been submitted and

accepted.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to submit

plaintiff fact sheet, R. Doc. 7832, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

_____
                UNITED STATES DISTRICT JUDGE