UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Valerie F. Caramanico v. Janssen Pharmaceuticals, Inc., et al*, **17-cv-7156**

## ORDER

The parties have notified the Court that Plaintiff's fact sheet has been submitted and accepted.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to submit plaintiff fact sheet, R. Doc. 7867, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE