UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-17300 |

THIS DOCUMENT RELATES TO:
*Anderson v. Janssen Research & Development LLC, et al*
No. 2:17-cv-17300-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Carlos M. Hernandez-Burgos, of The Law Office of Christopher K. Johnston, for the Plaintiff and moves this Honorable Court for an order substituting Bridget D. Johnson on behalf of her deceased grandfather, Jackie Wayne Anderson, for the following reasons:

1. On December 14, 2017, Mr. Jackie Wayne Anderson filed a Complaint in the above referenced matter.

2. On December 27, 2017, Mr. Anderson passed way (see Death Certificate, attached).

3. On January 8, 2018, Ms. Bridget D. Johnson notified Mr. Anderson's legal representatives of his death.

4. The decedent's granddaughter and executrix, Ms. Bridget D. Johnson, is the Proper Plaintiff and wishes to be substituted on behalf of Mr. Jackie Wayne Anderson, in this case.

**WHEREFORE**, movant prays for said substitution.

1

Respectfully submitted this 11th day of January, 2018.

/s/ Carlos M. Hernandez-Burgos
Carlos M. Hernandez-Burgos
Puerto Rico Bar No. 15998
USDCPR No. 224814
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
carlos.h@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Carlos M. Hernandez-Burgos