# CERTIFICATION OF VITAL RECORD

## STATE OF NORTH CAROLINA
### IREDELL COUNTY
### OFFICE OF REGISTER OF DEEDS




NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

Doc ID: 016067970001  Type: DTH
BK 103  PG 1510

REGISTRATION DISTRICT NO. **049-70**   LOCAL NO. **326**   COUNTY OF DEATH **Iredell**

**Decedent's Legal Name**
- First: Jackie
- Middle: Wayne
- Last: Anderson

**Sex:** M  **Age:** 81  **Date of Birth:** June 1, 1936  **Birthplace:** Rowan/NC  **Date of Death:** December 27, 2017

**Place of Death:** Lake Norman Regional Medical Center, Mooresville, Iredell

**Marital Status:** Divorced  
**Decedent's Usual Occupation:** Butcher  
**Kind of Business/Industry:** Grocery

**Social Security Number:** 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  
**Residence:** North Carolina, Iredell, Mooresville, 28115  
**Street and Number:** 138 Heritage Place W.

**Decedent's Education:** High school graduate or GED completed  
**Hispanic Origin:** No, not Spanish/Hispanic/Latino  
**Race:** White

**Father's Name:** Marshall E. Anderson  
**Mother's Name Prior to First Marriage:** Emma Rex

**Informant's Name:** Bridget Ashe  **Relationship:** Grand Child  **Mailing Address:** 138 Heritage Place W, Mooresville, NC 28115

**Method of Disposition:** Burial  
**Place of Disposition:** St. Luke's Lutheran Church Cem.  
**Location:** Mt. Ulla, NC

**Funeral Director License Number:** FSL 2003  
**Embalmer:** Jeremy E. Brown  FSL 2003

**Funeral Home:** Cavin-Cook Funeral Home & Crematory, 494 E Plaza Drive, Mooresville, NC 28115

**Cause of Death:**
- a. Pneumonia
- b. COPD Exacerbation
- c. Wide Complex Tachycardia
- d. CHF

**Was an Autopsy Performed?** No  
**Manner of Death:** Natural  
**Time of Death:** 4:35 am  
**Tobacco Use Contribute to Death?** Unknown

**Certifier:** Certifying physician — V.R. Farsania, MD  **License:** 2012-01969  **Date Signed:** 12/27/17
**Address of Certifier:** Vijay Kumar Farsania, 171 Fair View Rd, Mooresville, NC 28115

**Local Registrar:** Jane R. Hinson, MB  **Date Filed:** Dec 28 2017

Book: 103  Page: 1510  Page 1 of 1

This is to certify that this is a true and correct abstract of the official record filed in this office.

Witness my hand and official seal this the **28** day of **December** 20 **17**

Ronald N. Wyatt, Register of Deeds

By: _____ Deputy/Assistant Register of Deeds

Any alterations or erasure voids this certificate. Do not accept unless on security paper with seal clearly embossed in left corner.