UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No:  2:17-cv-17300 |

THIS DOCUMENT RELATES TO:
*Anderson v. Janssen Research & Development LLC, et al*
No. 2:17-cv-17300-EEF-MBN

### NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Carlos M. Hernandez-Burgos for the Plaintiff and file this

Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 11th day of January, 2018.

/s/ Carlos M. Hernandez-Burgos
Carlos M. Hernandez-Burgos
Puerto Rico Bar No. 15998
USDCPR No. 224814
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
carlos.h@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC

1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2018 a true and correct copy of the

foregoing has been submitted to the Clerk of the Court for filing and electronic service via the

Court's CM/ECF system on all counsel of record.

/s/ Carlos M. Hernandez-Burgos