UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No:  2:17-cv-17300 |

THIS DOCUMENT RELATES TO:
*Anderson v. Janssen Research & Development LLC, et al*
No. 2:17-cv-17300-EEF-MBN

### STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents

Plaintiff Bridget D. Johnson, notes the death during pendency of this action of Plaintiff Jackie

Wayne Anderson.

/s/ Carlos M. Hernandez-Burgos
Carlos M. Hernandez-Burgos
Puerto Rico Bar No. 15998
USDCPR No. 224814
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
carlos.h@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC

1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2018 a true and correct copy of the

foregoing has been submitted to the Clerk of the Court for filing and electronic service via the

Court's CCM/ECF system on all counsel of record.

/s/ Carlos M. Hernandez-Burgos