UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| | RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Margaret Jackson v. Janssen Research & Development LLC, et al; No. 2:17-cv-03838*

*Tammy Hackney obo Louis J. Meyer, Deceased v. Janssen Research & Development LLC, et al; No. 2:17-cv-05423*

*Gerald Prestianni v. Janssen Research & Development LLC, et al; No. 2:17-cv-03374*

*Mary Upton v. Janssen Research & Development LLC, et al; No. 2:17-cv-06324*

COMES NOW Counsel for Plaintiffs in the above matters, and files this Response to the Order to Show Cause Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies entered on December 21, 2017 (Doc. 8191) and would respectfully show the Court the following:

I.

Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be

1

dismissed with prejudice (Doc.8153). The Court entered an Order to Show Cause on December 21, 2017 (Doc. 8191).   Four Plaintiffs represented by The Gallagher Law Firm appear on Exhibit A of both Defendants' Motion and the Court's Order to Show Cause (Doc. 8153-2 and 8191-1 respectively) as follows:

- *Margaret Jackson v. Janssen Research & Development LLC, et al; No. 2:17-cv-03838*

- *Tammy Hackney obo Louis J. Meyer, deceased v. Janssen Research & Development LLC, et al; No. 2:17-cv-05423*

Undersigned counsel has informed the Plaintiffs of their obligations regarding the completion and serving of PFSs pursuant to CMO1 and PTO 13.

With respect to Margaret Jackson's case, Plaintiff would show that her Fact Sheet was amended and uploaded to MDL Centrality with medical records from Valley Hospital to remedy the alleged deficiencies on December 18, 2017 and document Ms. Jackson's alleged Xarelto related injury.

With respect to Louis Meyer's case, Plaintiff would show that Plaintiff's Fact Sheet was amended and uploaded to MDL Centrality to remedy the alleged deficiencies regarding Mr. Meyer's alleged Xarelto related injuries on December 20, 2017.  Plaintiff also uploaded a letter response to defense counsel Susan Sharko on that same date to identify pages of Mr. Meyer's medical records documenting his alleged Xarelto related injuries.

Therefore, Plaintiffs in both of these cases contend that they have cured the alleged deficiencies and respectfully request that their cases be allowed to proceed.

- *Gerald Prestianni v. Janssen Research & Development LLC, et al; No. 2:17-cv-03374*

Undersigned counsel has previously informed the Plaintiff of his obligations regarding the completion and serving of PFSs pursuant to CMO1 and PTO 13.

After failing to reach Mr. Prestianni in connection with multiple attempts to obtain a signed Declaration Page, counsel for Plaintiff hired a private investigator who informed Plaintiff's counsel on December 20, 2017 that Mr. Prestianni had passed away. Counsel for Plaintiff is the process of trying to locate next of kin for Mr. Prestianni and has determined that he may have a brother residing in Los Angeles, California. Plaintiff's counsel has reached out by both telephone and written correspondence and would request that the Court grant counsel additional time within which to locate Mr. Prestianni's next of kin and substitute him or her as party Plaintiff so that a declaration page can be executed and uploaded to MDL Centrality.  Mr. Prestianni has already provided proof of Xarelto use and proof of a Xarelto related injury and therefore, he properly belongs as a party in this litigation. Counsel for Plaintiff respectfully requests an extension of time within which to verify the identity and location of Mr. Prestianni's next of kin in an effort to allow his case to proceed through his estate.

- *Mary Upton v. Janssen Research & Development LLC, et al; No. 2:17-cv-06324*

Undersigned counsel has informed the Plaintiff of her obligations regarding the completion and serving of PFSs pursuant to CMO1 and PTO 13. Counsel has also provided Plaintiff with a copy of the Notice(s) of Core Deficiency issued by the Defendants, as well as a copy of Defendants' Motion for Order to Show Cause and Memorandum in Support, and advised of the deadlines within which to respond and cure said deficiencies.

To date, there is no confirmed use of Xarelto or a documented Xarelto related injury in Plaintiff's medical records. Counsel has communicated with Plaintiff in order to identify any other source of records which would confirm Plaintiff's Xarelto use/ingestion and injury, and Plaintiff has been unable to provide any additional information and/or records that would allow counsel to obtain records and cure the PFS deficiency.

Because Plaintiff's counsel has been unsuccessful in identifying any other source of information and/or records that may contain proof of ingestion of Xarelto or a Xarelto related injury by Plaintiff, counsel is unable to respond and cure the core PFS deficiency.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully locate any information to confirm Plaintiff's prescription/ingestion of Xarelto and/or a Xarelto related injury. Counsel does not have written permission from Plaintiff to agree to a stipulation of dismissal of her claim with prejudice. However, in the event that no additional information or records confirming Xarelto use and injury is identified by Plaintiff prior to the show cause hearing, counsel has no basis to contest such a dismissal should the Court rule that a dismissal is appropriate and proper.  Plaintiff has been advised that unless the requisite proof of usage and an injury is provided, her case is subject to dismissal by the Court with prejudice.

Dated:  January 11, 2018.

                              Respectfully submitted,

                              <u>s/ Michael T. Gallagher</u>
                              MICHAEL T. GALLAGHER
                               (Texas Bar #07586000)
                              THE GALLAGHER LAW FIRM LLC
                              2905 Sackett Street
                              Houston, TX 77098
                              Telephone: (713) 222-8080
                              Facsimile (713) 222-0066
                              mike@gld-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   s/ Michael T. Gallagher
                                                   Michael T. Gallagher