UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Kathleen Mayer and Douglas H. Young v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-16441**

## UNOPPOSED MOTION TO REMOVE SPOUSE PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED INDIVIDUAL COMPLAINT

Plaintiff Kathleen Mayer, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Individual Complaint and to correct the case caption of the Complaint to reflect that Kathleen Mayer is the sole Plaintiff pursuing a product liability claim against the manufacturers of Xarelto. Plaintiff provides the following in support of this Motion:

1. A Complaint on behalf of Plaintiff, Kathleen Mayer, and Douglas Young, Spouse Plaintiff, was filed on November 17, 2016.
2. Plaintiff duly served a copy of the Complaint on November 30, 2016.
3. Unbeknownst to counsel, at the commencement of this lawsuit, Plaintiff and Spouse Plaintiff were not in a legal union, pursuant to Ohio Rev. Code 3105.12.

4. Furthermore, subsequent to the filing of the Complaint, the relationship between Plaintiff, Kathleen Mayer and Spouse Plaintiff, Douglas H. Young, has dissolved and Ms. Mayer seeks to continue this action as sole Plaintiff.

5. Plaintiff's only modifications to the Individual Complaint as set forth in the proposed First Amended Individual Complaint, attached hereto, are the following:

    a. In the Caption, removal of Spouse Plaintiff, Douglas H. Young, to reflect Kathleen Mayer as the sole Plaintiff;

    b. Revision to Paragraph 5 to reflect Kathleen Mayer as the sole Plaintiff, which is as follows: "This action is brought on behalf of Plaintiff KATHLEEN MAYER (hereinafter referred to as Plaintiff). Plaintiff KATHLEEN MAYER was prescribed Xarelto, also known as rivaroxaban, for treatment of pulmonary embolism (PE);"

    c. Removal of paragraph 11, which formerly read as follows: "Spouse Plaintiff DOUGLAS H. YOUNG is a citizen of the United States of America, and is a resident of the State of Ohio, County of Fairfield Nassau and is the lawful spouse of Plaintiff KATHLEEN MAYER;"

    d. Removal of Count XI: Loss of Consortium;

    e. Revision of "Plaintiffs" to "Plaintiff" throughout the Complaint.

6. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

7. On December 4, 2017, Plaintiff provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint on January 10, 2018.

WHEREFORE, Plaintiff Kathleen Mayer respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk to enter the Amended Complaint into the record of this matter.

Dated: January 11, 2018							Respectfully Submitted,

								By: /s/ Danielle Gold
								Danielle Gold
								WEITZ & LUXENBERG, P.C.
								700 Broadway
								New York, NY 10003
								Telephone: (212) 485-1823
								Facsimile: (646) 293-7498
								E-mail: dgold@weitzlux.com
								*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 11th day of January 2018, a true copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                   /s/ Danielle Gold