UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.* Case No. 2:15-cv-03469 | * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Dora Mingo hereby appeals to the United States Court of Appeals for the Fifth Circuit from:

(1) the Order dated April 18, 2017, sustaining Defendants' Motions in Limine in *Boudreaux, et al. v. Janssen, et al.,* No. 2:14-cv-02720 (E.D. La.) [Record Doc. 6254], which was carried forward into this action pursuant to the Joint Stipulation on Motion *in Limine* Filings and Rulings [Record Doc. 7079];

(2) the Order dated May 26, 2017, denying Plaintiffs' Motions in Limine in *Orr, et al. v. Janssen, et al.,* No. 2:15-cv-03708 (E.D. La.) [Record Doc. 6645], which was carried forward into this action pursuant to the Joint Stipulation on Motion *in Limine* Filings and Rulings [Record Doc. 7079];

(3) the Order dated July 21, 2017, denying Plaintiffs' Motion to Preclude Speculative Testimony from Seven Defense Experts About Potential Outcomes from Other Anticoagulants [Record Doc. 7111];

(4) the Order dated August 2, 2017, denying Plaintiffs' Motions in Limine and sustaining Defendants' Motions in Limine [Record Doc. 7194];

(5) the Judgment on Jury Verdict dated August 31, 2017 [Record Doc. 7475];

(6) the Order dated December 14, 2017, denying Plaintiffs' Rule 59 Motion for a New Trial [Record Doc.8149].

Inherent in the listing of items 5-6 above is an appeal from all orders entered during the trial, as reflected in the trial transcript.

Dated: January 12, 2018

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*
**Gerald E. Meunier**