UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2592 |
| _____ | | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | | SECTION L, DIVISION 5 |
| *Chaquita Parker v.* *Janssen Ortho, LLC, et al., 2:16-cv-04120* | | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. are withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER** ORDERED that attorney Kelly A. Fitzpatrick of Ventura Law is substituted as the Plaintiffs' attorney of record in MDL No. 2592 and member case *Parker*, 2:16-cv-04120.

_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**