# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*EDWARD WOODS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-11183*

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, hereby files this Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice. Pursuant to the Federal Rules of Civil Procedure 41(a)(2), each party is to bear their own costs. Plaintiff states the following in support of the Motion:

1. Plaintiff Edward Woods' case was filed in the District Court for the Eastern District of Lousiana on May 19, 2016.

2. Plaintiff Edward Woods died on January 25, 2017.

3. Counsel was informed of Plaintiff Edward Woods' death when counsel spoke to Shirley Woods, surviving spouse of Edward Woods, by telephone on May 25, 2017. At that time, Shirley Woods instructed counsel to terminate this action.

4. Because counsel understood that Shirley Woods was grieving her husband's death, counsel did not proceed with dismissal of Plaintiff-decedent Edward Woods' action right away.

5. Counsel attempted to reach Shirley Woods by letter and phone on June 1, 2017 to discuss the possibility of continuing this action, but counsel was not able to reach Shirley Woods.

6. Counsel received correspondence from Shirley Woods on June 19, 2017, wherein Shirley Woods again indicated to counsel that she wanted to terminate the action. Counsel has been unable to contact any other heirs of Plaintiff-decedent Edward Woods.

7. Counsel presently does not represent any heir or representative of the Estate of Edwards Woods and therefore does not have the authority to dismiss this action with prejudice.

8. Counsel sought Defendants' consent to dismiss without prejudice via E-mail on September 14, 2017 and Defendants indicated their opposition to the filing of this motion on November 21, 2017.

9. Counsel paid the filing fee for Edward Woods' action on January 12, 2018, pursuant Pre-Trial Order 11B.

WHEREFORE, counsel, requests that the claims against all defendants in this action be voluntarily dismissed, without prejudice.

Dated: January 12, 2018                    Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

**CERTIFICATE OF CONFERENCE**

Pursuant to Pre-Trial Orders 24 and 24A, the undersigned counsel certifies that counsel has conferred, or made a reasonable attempt to confer at least 14 days prior to filing this Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice with all other parties, which are listed below, regarding the filing of this memorandum. The other parties are opposed to the motion. Counsel also certifies that Plaintiff, by and through counsel, has complied with the filing fee payment provisions of Pre-Tril Order 11B and that all applicable filing fees have been paid.

Dated: January 12, 2018                          Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 12, 2018            Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*