# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*EDWARD WOODS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-11183*

## ORDER

The Court, after considering the Plaintiff's Motion for Voluntary Dismissal Without Prejudice, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Edward Woods's claims against all defendants in Edward Woods v. Janssen Research & Development LLC, et al. (2:16-cv-11183) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Dated: _____     _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge