| Joseph Johnny Boudreaux, Jr., et al | VS. | Janssen Research & Development, LLC, et al | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|---|
| PLAINTIFFS' ATTORNEYS Andy Birchfield, Brian Barr, Jerry Meunier, Roger Denton, Emily Jeffcott and Fred Longer | | DEFENDANTS' ATTORNEYS Beth Wilkinson, Richard Sarver, David Dukes and Kevin Newsom | DOCKET NUMBER: MDL 2592 REF: 14-2720 |
| | | | TRIAL DATES – April 24, 2017 – May 3, 2017 |
| PRESIDING JUDGE Eldon E. Fallon | | COURT REPORTERS Karen Ibos, Jodi Simcox, Cathy Pepper and Tana Hess | CASE MANAGER: Dean Oser |

# ATTACHED ARE **AMENDED** TRIAL EXHIBIT LISTS OF BOTH PLAINTIFFS AND DEFENDANTS USED DURING THE TRIAL OF THIS MATTER HELD APRIL 24, 2017 THROUGH MAY 3, 2017