# ADMITTED PLAINTIFF EXHIBITS[1]

| Trial Exhibit Number | Plaintiff Number | Description |
|---|---|---|
| PXT 1 | 5768084 | Kessler. August 2013 Xarelto label |
| PXT 2 | 5768754 | Kessler - FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee, September 8, 2011 |
| PXT 3 | 9785 | Kessler - Exploratory Analyses of pharmacodynamic coagulation measurements in subjects with non-valvular atrial fibrillation treated with rivaroxaban for the prevention of stroke and non-central nervous system systemic embolism; December 15, 2010 |
| PXT 4 | 5767781 | Kessler - Deputy Division Director's Decisional Memo, November 4, 2011 |
| PXT 5 | 5768213.52 | Boudreaux, J. - Medical record from visit to Ochsner St. Anne General Hospital, January 7, 2014 |
| PXT 6 | 5768112 | Boudreaux, J. – Oral Anticoagulation Therapy Education checklist for medication Xarelto 20 mg daily, January 9, 2014 |
| PXT 7 | 5768213.56 | Boudreaux, J. – Medical record from Ochsner St. Anne General Hospital, progress note regarding Xarelto usage, January 8, 2014 |
| PXT 8 | 5768236.129 | Boudreaux, J.  - Follow- up visit to Ochsner St. Anne General Hospital, -Medical record from Dr. Wong, January 10, 2014 |
| PXT 9 | 5768236.117 | Boudreaux, J.  - Follow-up visit – Cardiovascular Institute of the South records, January 13, 2014 |
| PXT 10 | 5768098.113 | Boudreaux, J. - Follow-up visit – Cardiovascular Institute of the South records, January 24, 2014 |
| PXT 11 | 5768216.8 | Boudreaux, J. - Compilation of medical bills that have been received including: Ochsner St. Anne General Hospital Billing, |

---

[1] Plaintiffs' proffered and sealed respective exhibit lists provided below table of Plaintiffs' Admitted Exhibits.

1

|  | 5768270.27 | Ambulance bill, Bills from CIS, Bill from Terrebonne for Lariat, Bills from St. Anne – Pericardial Effusion. |
|  | 5768223.2 |  |
|  | 5769121.24 |  |
|  | 5769082.19 |  |
|  | 5768216.35 |  |
|  | 5768270.29 |  |
|  | 5769082.16 |  |
|  | 5769082.15 |  |
|  | 5768236.348 |  |
|  | 5768223.2 |  |
| PXT 12 | 5768236.96 | Office Visit from February 3, 2014 -  Note from Dr. Wong's office |
| PXT 13 | 5768301.30 | Leissinger, C. - Boudreaux's medical records and lab work done on January 7, 2001 |
| PXT 14 | 5678290.129 | Leissinger, C. - Oschner St. Anne General Hospital, Labs, Boudreaux's first visit to Dr.Wong |
| PXT 15 | 5768290.117 | Leissinger, C. - Cardiovascular Institute of the South Medical Records, Wong FU Visit, January 13, 2014 |
| PXT 16 | 372322 | Leissinger, C - Xarelto 15 mg film-coated tablets and 20 mg film-coated tablets Responses to List of Questions - Clinical Aspects |

| | | |
|---|---|---|
| PXT 17 | 5768290.96 | Leissinger, C. - Cardiovascular Institute of the South Medical Records, Wong Office Note, February 3, 2014 |
| PXT 18 | 5768290 | Leissinger, C. - Boudreaux Joseph Cardiovascular Institute of the South, Progress Note, May 22, 2015 |
| PXT 19 | 5768301.275 | Leissinger, C. - Oschner St. Anne General Hospital, Lab Results from February 2014 |
| PXT 20 | 5768222.17 | Leissinger, C. - Boudreaux, Ochsner Medical Center Kenner, Progress Notes, February 3, 2014 |
| PXT 21 | 1070527 | Berkowitz depo. ex. 30 - Email from Anne Vosatka to Troy Sarich, Kenneth Turner, Liping Zhang, Clapton Dias, Gregory Moser, Gary Peters, Ihab Girgis, James Pan, Juergen Weber, Scott Berkowitz, Dagmar Kubitza, Edmond Chen, Christine Tarenz, Anja Alpers re Help obtaining think tank summary slides? Xarelto - CHMP request for information by April 15, 2015 |
| PXT 22 | 1070529 | Berkowitz depo. ex. 31 – Powerpoint: Opportunities and challenges of using a pharmacometric approach by Jeffrey Weitz |
| PXT 23 | 1075492 | Berkowitz depo. ex. 54 - Email thread between Scott Berkowitz, Claudia Henn, Andrea Horvat-Broecker, Juergen Weber, Sabine Frenzen, Theodore Spiro, Dagmar Kubitza, Melanie Hemmrich, Martin Homering re CORRECTION: RE: Document 1a - version 04181_ 1430 CET. |
| PXT 24 | 1094747 | Berkowitz depo. ex. 35 - Challenges in Designing and Implementing a Global Clinical Research Program |
| PXT 25 | 1094903 | Berkowitz depo. ex. 55 - Consolidation call - Xarelto PK/PD statement |

| | | |
|---|---|---|
| PXT 26 | 1097767 | Berkowitz depo. ex. 45 and Spiro depo.ex. 53. Email between Wolfgang Mueck, Scott Berkowitz, Theodore Spiro, Claudia Henn, Martin Homering, Dagmar Kubitza, Jan Stampfuss, Juergen Weber, Martin van Eickels, Ton Lensing, Nancy Cook Bruns, Mariko Kajikawa, Jens Reinhold re Clinical Pharmacology/Clinical Sciences PK/PD analyses Supporting Phase II and Phase III Xarelto Studies. |
| PXT 27 | 177639 | Berkowitz depo. ex. 48 - Mueck W, Schwers S, Stampfuss J. Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. Thromb J. 2013 Jun 28,11(1):10. doi: 10.1186/1477-9560-11-10 |
| PXT 28 | 2905274 | Berkowitz depo. ex. 58 - XARELTO (rivaroxaban) USPI Labeling Contingency Document - From LRC, April 23. 2009 |
| PXT 29 | 3083260 | Berkowitz depo. ex. 12 - CSRC Symposium: Is there a Role for Pharmacokinetic/ Pharmacodynamics Guided Dosing for Nove Anticoagulants? Scott D. Berkowitz, M.D. |
| PXT 31 | 3388635 | Berkowitz depo. ex. 53 - Email from Kubitza to Berkowitz et al. AW: Difficulties with preparing slide presentation for EMA Workshop dated November 9, 2015 |
| PXT 32 | 3668403 | Berkowitz depo. ex. 50 - Email from Liping Zhang to Gary Peters re: ATLAS exposure - response modeling. |
| PXT 33 | 3668404 | Berkowitz depo. ex. 51 - Rivaroxaban - Project 100 Quantitative Sciences PowerPoint Presentation |
| PXT 34 | 3673723 | Berkowitz depo. ex. 29 - Email from Robert Califf to Jonathan Piccini et al. |
| PXT 35 | 372322 | Berkowitz depo. ex. 16 - Xarelto 15 mg film-coated tablets and 20 mg film-coated tablets Responses to List of Questions - Clinical Aspects |

| | | |
|---|---|---|
| PXT 36 | 5767482 | Berkowitz depo. ex. 02 - Xarelto Label dated August 2016 |
| PXT 37 | 1097767 | Berkowitz depo. ex. 45 - Email between Wolfgang Mueck, Scott Berkowitz, Theodore Spiro, Claudia Henn, Martin Homering, Dagmar Kubitza, Jan Stampfuss, Juergen Weber, Martin van Eickels, Ton Lensing, Nancy Cook Bruns, Mariko Kajikawa, Jens Reinhold re Clinical Pharmacology/Clinical Sciences PK/PD analyses Supporting Phase II and Phase III Xarelto Studies. |
| PXT 38 | 1145884 | Spiro depo. ex. 22 - Email between Yong-Ling Liu of Chameleon to Ted Spiro, Anja Alpers re Dr Samama's ISTH poster and changes implemented to ISTH poster. |
| PXT 39 | 1145885 | Spiro depo. ex. 23 –Attachment to 1145884. Draft for A-GEST Com'ee Review - Samama paper. |
| PXT 40 | 1145886 | Spiro depo. ex. 24 – Attachment to 1145884. Draft article for Samama targeted for 2009 ISTH. |
| PXT 41 | 1158771 | Spiro depo. ex. 36 – Spiro's Edits for Advisory Board Agenda and Presentation, dated June 19, 2008 |
| PXT 42 | 1160578 | Spiro depo. ex. 30 – Email from Theodore Spiro to Scott Berkowitz re: help needed: Medical/clinical response to comments in transcript of BMS investors relations on apixiban program, dated January 13, 2013 |
| PXT 43 | 1160715 | Spiro depo. ex. 09 - Email from Theodore Spiro to Elisabeth Perzborn Fw: Advisory Board on Lab Monitoring in Dec, dated November 9, 2006 |
| PXT 44 | 1690921 | Spiro depo. ex. 18 – Email from Theodore Spiro to Nancy Cook et al. Re: A-GEST Review ISTH poster- Coagulation assays, dated June 17, 2009 |

| PXT 45 | 1699945 | Spiro depo. ex. 19 – Email from Jean-Luc Martinoli to Theodore Spiro et al. Rivaroxaban Laboratory Monitoring Assay Development Field Trial: Secrecy Agreement, dated August 31, 2009 |
|---|---|---|
| PXT 46 | 1701567 | Spiro depo. ex. 21 - Samama - Effects of Rivaroxaban a Novel Oral Direct Factor Xa Inhibitor on Coagulation Assays, Draft for GEST, dated June 11, 2009 |
| PXT 47 | 411373 | Spiro depo. ex. 35 - Email from Debroye to Perzborn et al. Re: Antwort: Monitoring with rivaroxaban, dated April 28, 2008 |
| PXT 48 | 417291 | Spiro depo. ex.12 - Email from Perzborn to Misselwitz et al.re: Samama's interest in best way to monitor Xarelto, dated August 17, 2007 |
| PXT 49 | 449266 | Spiro depo. ex. 07 - Laboratory Methods Advisory Board Meeting Minutes Held at the Paris Meridien Étoile Hôtel, dated December 19, 2006 |
| PXT 50 | 932284 | Spiro depo. ex. 06 - Final Agenda, Attendees from Bayer: Elisabeth Perzborn Theodore Spiro Frank Misselwitz Anthonie Lensing Tiemo Bandel Scott Berkowitz Dagmar Kubitza Volker Laux Wolfgang Muck, Attendees from JnJ: Gary Peters Elliot Barnathan Christopher Nessel Lloyd Haskell, dated December 19, 2006 |
| PXT 51 | 3668403 | Email from Liping Zhang to Gary Peters re: ATLAS exposure - response modeling. |
| PXT 52 | 5768213.7 | Wong - Consult rep. for January 7, 2014 |
| PXT 53 | 5768066 | Wong – U.S. Label for Xarelto, November 2011 |
| PXT 54 | 1097767 | Wong - Email between Wolfgang Mueck, Scott Berkowitz, Theodore Spiro, Claudia Henn, Martin Homering, Dagmar Kubitza, Jan Stampfuss, Juergen Weber, Martin van Eickels, Ton Lensing, Nancy Cook Bruns, Mariko Kajikawa, Jens Reinhold re Clinical Pharmacology/Clinical Sciences PK/PD analyses Supporting Phase II and Phase III Xarelto Studies. |
| PXT 55 | 5768088.153 | Wong – Cardiovascular Institute of the South Medical Records, Boudreaux, Follow-up Visit, dated January 9, 2014 |

| PXT 56 | 5768236.134-35 | Wong - Follow- up visit to Ochsner St. Anne General Hospital, -Medical record from Dr. Wong, January 10, 2014 |
|---|---|---|
| PXT 57 | 5768236.117 | Wong - Follow-up visit – Cardiovascular Institute of the South records, January 13, 2014 |
| PXT 58 | 5768290.110 | Wong - The first two pages of this exhibit were admitted as Exhibit 16. - Cardiovascular Institute of the South Medical Records, Boudreaux, Follow-up Visit, Record from Wong, dated January 24, 2014 |
| PXT 59 | 5768236.96 | Wong - Office Visit from February 3, 2014 - Note from Dr. Wong's office |
| PXT 60 | 5768236.32 | Fail - Cardiovascular Institute of the South Medical Records, Boudreaux, initial interaction providing treatment for Mr. Boudreaux, dated April 27, 2015 |
| PXT 62 | 5768236.21 | Fail - Cardiovascular Institute of the South Medical Records, Boudreaux, Operative Report for Lariat Procedure, dated May 14, 2015 |
| PXT 63 | 5768213.656 | Fail – Ochsner St. Anne General Hospital - Follow-up visit, September 1, 2015 |
| PXT 64 | 5768236.280 | Fail - Cardiovascular Institute of the South Medical Records, Consult with Cardiovascular Institute cardiologist Dr. Wong, September 1, 2015 |
| PXT 65 | 5768236.264 | Fail - Cardiovascular Institute of the South Medical Records, Boudreaux, Cardiac Diagnostic Report, September 01, 2015 |
| PXT 66 | 5768236.212 | Fail - Cardiovascular Institute of the South Medical Records, Boudreaux, History of Present Illness, September 16, 2015 |
| PXT 67 | 5768154.355 | Fail - Cardiovascular Institute of the South Medical Records, Boudreaux, Visit, March 24, 2015 |
| PXT 68 | 5768237.365 | Fail - Cardiovascular Institute of the South Medical Records, Boudreaux, Follow-up visit, May 24, 2016 progress note |
| PXT 69 | 5768242.1206 | Fail – Terrebone General Medical Center, Hemodynamic Procedure Report, Boudreaux, Discussion of procedure types and cath procedure, June 07, 2016 |

| | | |
|---|---|---|
| PXT 70 | 5768239.502 | Fail - Cardiovascular Institute of the South Medical Records, Boudreaux, Progress Notes, History of Present Illness, September 19, 2016 |
| PXT 71 | 5769122.573 | Fail - Cardiovascular Institute of the South Medical Records, Boudreaux, Saw Mr. Boudreaux after cardiocatheterization, December 21, 2016 |
| PXT 72 | 255705 | Peters - Email from Nauman Shah re: related to Inclusion in VTEPr/AFib submission of attempts to find assay for rivaroxaban measurement in clinical practice, dated June 15, 2010 |
| PXT 73 | 3673146 | Peters - Email from Peters to Scott Berkowitz, DiBattiste, dated October 22, 2015 |
| PXT 74 | 3668409 | Peters - Email from Peters to James Pan, dated October 13, 2015 |
| PXT 75 | 3673132 | Peters - Email from Dr. Pan to Peters, dated October 20, 2015 |
| PXT 76 | 3671042 | Peters - Internal Logistic Regression from Dr. Pan, 10th page. SUBJECT: Assessing the PT bleeding response relationship in AFL 300. Date: October 20, 2015 |
| PXT 77 | 3074631 | Peters - Email from Dr. Pan to Peters, Di Battiste, others. "assessing PT bleed response relationship" |
| PXT 78 | 3074632 | Peters - ATTACHMENT- Logistic Regression. |
| PXT 79 | 314779 | Peters - Clinical Pharmacology Technical Report for PD-Outcome Analysis |
| PXT 80 | 80333 | Berkowitz depo. ex. 52 - Email from Dagmar Kubitza to Scott Berkowitz, Andrea Derix RE: WG: HOLD for Review of time sensitive PR communication, June 06, 2011 |
| PXT 81 | 1356534 | Geiger depo. ex. 66 - E-mail - Message from Judy Wicklum on behalf of the IM NSD Team, dated February 22, 2012 |
| PXT 82 | 1426816 | Geiger depo. ex. 34 - Xarelto 2012 Business Plan - Driving Growth, dated July 20, 2011 |

| PXT 83 | 3017856 | Geiger depo. ex. 35 - E-mail from Susan Geiger to Shawn Reardon & two others re: RIVA patent expiration, dated September 12, 2008 |
| --- | --- | --- |
| PXT 84 | 3038234 | Geiger depo. ex. 38 –Email from Susan Geiger to Margaret Quinn re: Xarelto 101, dated January 22, 2010 |
| PXT 85 | 3041252 | Geiger depo. ex. 02 - Powerpoint - Xarelto Rivaroxaban BAY 59-7939 |
| PXT 86 | 3041264 | Geiger depo. ex. 37 - E-mail from B.I.O Communications re: important Message from Chris Poon, dated January 22, 2010 |
| PXT 87 | 3043970 | Geiger depo. ex. 40 –E-mail from Nauman Shah to Susan Geiger re: one more item with attachment Commercial Strategy and Marketing Plan, dated July 29, 2008 |
| PXT 88 | 3043971 | Geiger depo. ex. 41 – Attached to 3043970, US Commercial Strategy and Marketing Plan |
| PXT 89 | 3045666 | Geiger depo. ex. 58 - E-mail from Nauman Shah to Susan Geiger and Jose Toscano re: Pradaxa may have "major implications" for Xarelto, dated August 28, 2009 |
| PXT 90 | 3052864 | Geiger depo. ex. 14 – Powerpoint 2011 SPAF Tactical Plan, dated July 05, 2011 |
| PXT 91 | 3054065 | Geiger depo. ex. 42 – Powerpoint Xarelto 2010 Strategic Plan Brand Summary, dated April 26, 2010 |
| PXT 92 | 3058417 | Geiger depo. ex. 43 – Powerpoint Xarelto (Rivaroxaban) Forecast Overview, dated October 02, 2008 |
| PXT 93 | 7741 | Geiger depo. ex. 05 – Collaborative Development and License Agreement, dated September 2005 |
| PXT 94 | 1055561 | Shah depo. ex. 54 – Johnson & Johnson RIVAROXABAN Compound Development Team Meeting Minutes, dated February 19, 2009 |
| PXT 95 | 119111 | Shah depo. ex. 62 – Email from Nancy Ondovik to Shah and others Re Project Boss: Riva Antidote Communication, dated December 19, 2011 |

| | | |
|---|---|---|
| PXT 96 | 119114 | Shah depo. ex. 58 - Email from Sigmund Johnson to Shah and others RE: Ad hoc CDT - Riva Antidote, dated February 22, 2011 |
| PXT 97 | 119115 | Shah depo. ex. 59 – Attached to 119114, Powerpoint Rivaroxaban Specific Antidote (BAY 1110262) - Working draft for information, dated January 19, 2010 |
| PXT 98 | 1471269 | Shah depo. ex. 25 - Strategic Steering Committee Meeting Executive Summary, dated September 03, 2009 |
| PXT 99 | 303724 | Shah depo. ex. 60 - Compound Development Team Meeting - Recommendation on Pursuing Bayer Developed Rivaroxaban Antidote, dated February 15, 2011 |
| PXT 100 | 5767449 | Shah depo. ex. 47 – Powerpoint BME Review October 18 – Xarelto 2012 Business Plan, Driving Growth |
| PXT 101 | 1428185 | Torr depo. ex. 09 - Email from Michael Moye to Patricia Torr re RE: LCM - J&J pre-meeting, dated January 10, 2012 |
| PXT 102 | 1482662 | Torr depo. ex. 05 –Email from Patricia Torr to Nauman Shan Re FW: confidential, dated March 01, 2012 |
| PXT 103 | 1482663 | Torr depo. ex. 06 – Attached to 1482662, Rivaroxaban and Atrial Fibrillation: The Need for ROCKET AF Booster |
| PXT 104 | 2501312 | Torr depo. ex. 08 –Email from Patricia Torr to Michael Moye Re Fw: LCM - J&J pre-meeting, dated January 10, 2012 |
| PXT 105 | 2564466 | Torr depo. ex. 16 - Email Re RIVAROXABAN: PPT, dated February 24, 2014. |
| PXT 106 | 2564467 | Torr depo. ex. 17 – Attached to 2564467, Powerpoint MARS Background |
| PXT 107 | 2579936 | Torr depo. ex. 11 - Email from Patricia Torr and Rudy Shah Re Re: GDC, dated December 12, 2013 |
| PXT 108 | 259501 | Torr depo. ex. 10 - Email from Patricia Torr Re RE: LCM - J&J pre-meeting, dated January 10, 2012 |
| PXT 109 | 307611 | Torr depo. ex. 03- Email thread forwarding final minutes from Xarelto JSC, dated June 26, 2012 |

| Trial Exhibit Number | Plaintiff Number | Description |
|---|---|---|
| PXT 110 | 307612 | Torr depo. ex. 04 – Attached to 307611, Joint Steering Committee Meeting Minutes from June 26, 2016 |
| PXT 111 | 311045 | Torr depo. ex. 07 - Email Re RE: LCM - J&J pre-meeting |
| PXT 112 | DXJB217 | Johnson |
| PXT 114 | 5767949 | Bonoil - Sponsor Briefing Document |

## PLAINTIFFS' PROFFERED EXHIBITS

| Trial Exhibit Number | Plaintiff Number | Description |
|---|---|---|
| N/A | 5767378 | Spiro depo. ex. 45 – Xarelto Summary of Product Characteristics |
| N/A | 248220 | Shah depo. ex. 56 – Attaching email for Shah depo. ex. 57 [248221] |

## PLAINTIFFS' SEALED EXHIBITS

| Trial Exhibit Number | Plaintiff Number | Description |
|---|---|---|
| N/A | N/A | Testimony of David Kessler [355:19-360:22] placed under seal before Judge Fallon. |