UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Adolph and Ingrid Curry*, **17-cv-1827**

# ORDER

The parties have notified the Court that Plaintiff's fact sheet deficiencies have been cured.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to cure plaintiff fact sheet deficiencies, R. Doc. 7245, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE