UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Cecil W. Pridmore v. Janssen Research & Development, LLC, et al*, **17-cv-2312**

## ORDER

The above referenced case has been dismissed with prejudice. R. Doc. 8234.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to cure plaintiff fact sheet deficiencies, R. Doc. 7446, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE