UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**
*Charles Henson as Personal Representative of the Estate of Ernestine Grinstead, and Charles Henson, individually*, **17-cv-4203**

## ORDER

The deficiencies in the above referenced case have been cured. R. Doc. 8228.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to cure plaintiff fact sheet deficiencies, R. Doc. 6963, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 10th day of January, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE