UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592  SECTION: L  JUDGE FALLON  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Robert Babcock v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-02443**

### PLANTIFF ROBERT BABCOCK'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Robert Babcock, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8191) who, by and through undersigned counsel, submits this response in opposition to the Order to Show Cause and shows as follows:

1. Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc. 8153). The Court entered an Order to Show Cause on December 21, 2017 (Doc. 8191). Plaintiff Robert Babcock represented by Salim-Beasley LLC appeared on Exhibit A of both Defendant's Motion and the Court's Order to Show Cause (Doc. 8153-2 and 8191-1 respectively).

2. Plaintiff's deficiency on both the Motion and Order was failure to provide medical records demonstrating alleged injury.

3. Undersigned counsel would show that on December 18, 2017, Plaintiff uploaded an affidavit detailing Plaintiff's injuries signed by the Plaintiff and notarized.

Therefore Plaintiff contends that any alleged deficiencies have been cured and respectfully requests that this case remain on the active docket of this Court.

January 15, 2018                                            Respectfully submitted,

1

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Barrett Beasley
Barrett Beasley