# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

---------------------------------------------------------------

THIS DOCUMENT RELATES TO:

*PAMELA S. BROWN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-09502

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff Pamela S. Brown on August 22, 2017.

Dated:  January 16, 2018

        Respectfully submitted,

        /s/*Booth Samuels*
        Booth Samuels
        PITTMAN, DUTTON & HELLUMS, P.C.
        2001 Park Place North, Suite 1100
        Birmingham, Alabama 35203
        (205) 322-8880
        (205) 328-2711 facsimile
        booths@pittmandutton.com
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.