# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

-------------------------------------------------------------
THIS DOCUMENT RELATES TO:

*PAMELA S. BROWN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-09502

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order replacing Plaintiff Pamela S. Brown with Terry Brown, surviving spouse of Pamela S. Brown, and in support states as follows:

1. Plaintiff Pamela S. Brown passed away on or about August 22, 2017, as reported to the Court in the attached Suggestion of Death. (Ex. 1).

2. Terry Brown, surviving spouse of Pamela S. Brown, is a proper party to substitute for plaintiff-decedent Pamela S. Brown and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Terry Brown respectfully requests that he be substituted Plaintiff in this cause of action.

        Respectfully submitted,

        /s/*Booth Samuels*
        Booth Samuels
        PITTMAN, DUTTON & HELLUMS, P.C.
        2001 Park Place North, Suite 1100
        Birmingham, Alabama 35203
        (205) 322-8880
        (205) 328-2711 facsimile
        booths@pittmandutton.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.