# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592
PRODUCTS LIABILITY LITIGATION |
| SECTION L
| JUDGE ELDON E. FALLON
| MAGISTRATE JUDGE NORTH

---------------------------------------------------------------

THIS DOCUMENT RELATES TO:

*PAMELA S. BROWN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-09502

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff Pamela S. Brown on August 22, 2017.

Dated: January 16, 2018

                Respectfully submitted,

                */s/Booth Samuels*
                Booth Samuels
                PITTMAN, DUTTON & HELLUMS, P.C.
                2001 Park Place North, Suite 1100
                Birmingham, Alabama 35203
                (205) 322-8880
                (205) 328-2711 facsimile
                booths@pittmandutton.com
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.