# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

-------------------------------------------------------------
THIS DOCUMENT RELATES TO:

*PAMELA S. BROWN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-09502

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Terry Brown, as surviving spouse of Pamela S. Brown, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party Plaintiff is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge