# EXHIBIT 2

## Harris, David

| | |
|---|---|
| **From:** | Neil Overholtz <NOverholtz@awkolaw.com> |
| **Sent:** | Thursday, December 07, 2017 3:52 PM |
| **To:** | 'Jennifer.LaMont@dbr.com'; Timothy S. Coon (tcoon@eckertseamans.com); Glickstein, Steven; Solow, Andrew K.; 'Sharko, Susan M' (Susan.Sharko@dbr.com) |
| **Cc:** | bhonnold@gohonlaw.com; Sam Geisler |
| **Subject:** | Xarelto MDL Additional Discvery items |

Steve, Andy, Susan, Jen and Tim:

I'm writing to follow up on the additional discovery items that have been identified by the PSC.  I know that some or all have been previously discussed by Andy S. and Steve with Brian Barr and Andy Birchfield, or between myself and Susan.  At this time I think it would be a good idea to schedule a call perhaps tomorrow or Monday to discuss, and also to begin the process of determining the next steps for each party related to this discovery, and whether we can reach agreement on some or all of these issues.  The discovery items previously raised that the PSC is seeking are as follows:

1)       Discovery related to the 2017 Kubitza article
2)       Discovery related to communications with Health Canada or other foreign regulators regarding the usefulness of PT in determining the anticoagulant effect or bleed risk with Xarelto 3)         Discovery related to any studies or research, either concluded, ongoing or planned, that has not previously been disclosed related to methods to assess an individual patients exposure to, or bleed risk due to, the use of Xarelto
4)       Discovery related to the discussions, both internal and external, surrounding the strike through of the proposed PT language in section 12.2 of the package insert
5)       Discovery related to the draft manuscript produced as Xarelto_*BHCP*_11884161 (Lensing Depo. Exhibit 86) including any and all internal and external communications, drafts, final manuscripts, submissions to journals, underlying data and any analyses of such data
6)       Discovery related to the secure email system identified as the source of emails to and from the FDA in the Mingo trial by counsel for Janssen [This is in process]
7)       Discovery related to Lensing's email account, and emails not preserved from such account related to this litigation, as well as discovery related to Lensing's private email account, the planet.nl address, his personal laptop and its hard drive, and the existence of emails and Xarelto related data on such laptop.
8)       Discovery related to the EINSTEIN CHOICE study, and the regulatory approval of the 10mg dose for VTE Recurrence prevention. [recently served]
9)       Discovery related to the discussions, both internal and external, surrounding the strike through labeling that was contained in Defense trial exhibits DX5246 and DX5247
10)     Discovery related to the use of Xarelto in patients on DAPT, as well as discovery related to the PIONEER study and related manuscripts.

I am available after 3 EST tomorrow, or Monday anytime.   Please let me know a good time to schedule this call.

Sincerely,
Neil

Neil D. Overholtz, Esq.
**Aylstock, Witkin, Kreis & Overholtz, PLLC**
17 East Main Street, Suite 200

Pensacola, Florida 32502
(850) 916-7450 / 7449 (FAX)
noverholtz@awkolaw.com


This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.