# EXHIBIT 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

## DECLARATION OF ALAN E. ROTHMAN

I, **ALAN E. ROTHMAN**, declare under penalty of perjury, that:

1.  I am Counsel at the law firm of Arnold & Porter Kaye Scholer LLP, attorneys for the Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG. A substantial portion of my practice is devoted to advising clients regarding practice and procedure in connection with Multidistrict Litigation (MDL). In addition, I am the author of more than two dozen articles regarding issues pertaining to MDL practice, including a bi-monthly column published in *Law360*, entitled "*And Now a Word from the Panel*," regarding practice before the Judicial Panel on Multidistrict Litigation ("JPML").

2.  I am informed that plaintiffs in this MDL proceeding seek work-up of 5,000 cases in six months, after which they seek to remand (or transfer) cases to local federal district courts. The purpose of this Declaration is to provide the Court with historical information compiled by the JPML so that it can evaluate plaintiffs' request in that historical context.

3.  Attached hereto as Exhibit A is a chart entitled the "MDL Remand Chart" which reports certain historical information with respect to remands in MDL proceedings under 28 U.S.C. § 1407. The MDL Remand Chart was prepared by me and/or others at Arnold & Porter Kaye Scholer LLP working under my supervision. As more fully set forth below, the MDL

64933930

Remand Chart is based upon publicly available information collected from the website of the JPML. In particular, the MDL Remand Chart is based upon information in a 2017 MDL Statistical Report, available at

http://www.jpml.uscourts.gov/sites/jpml/files/JPML_Statistical_Analysis_of_Multidistrict_Litigation-FY-2017.pdf (the "2017 MDL Statistical Report), and various similar annual reports for the prior periods of 1992-2016. The annual reports are for federal fiscal years, from October 1-September 30. In addition, the MDL Remand Chart is based upon a 2017 report of Terminated MDL proceedings, available at

http://www.jpml.uscourts.gov/sites/jpml/files/JPML_Cumulative_Terminated_Litigations-FY-2017.pdf ("2017 Terminated MDL Statistical Report").

4. According to information available on the JPML website (as of September 30, 2017), the JPML has remanded a total of 16,600 actions since the JPML was created in 1968. The MDL Remand Chart identifies MDL proceedings with at least 400 remanded cases from the most recent to oldest (for the sake of completeness, we also included the Prempro MDL with 399 remands), and the number of remands for each fiscal year. We excluded two older MDL proceedings for which we have total remand information, but for which year-by-year remand information was not available on the JPML website.[1] The MDL proceedings included on the MDL Remand Chart embody 12,248 of the 16,600 remands (as of September 30, 2017).

5. The Xarelto MDL proceeding was established by the JPML on December 12, 2014. Thus, the Xarelto MDL proceeding is now entering its fourth year. The historical information reflects that during the fourth year of MDL proceedings (as we are now entering in this Xarelto MDL proceeding), there have never been remands approaching the magnitude

---

[1] The MDL proceedings excluded for lack of annualized information are: (i) Dalkon Shield, MDL No. 211 (593 total remands); and (ii) Swine Flu, MDL No. 330 (1,299 total remands).

2

proposed by plaintiffs. For example, the following were the number of remands in the fourth (fiscal) year of the MDL proceedings, among the MDLs that for their entire duration have had 399 or more remands:

| MDL | Fiscal Year (Oct. 1 –Sept. 30) | No. Remands in Fourth Year |
|---|---|---|
| *Aredia and Zometa* (MDL No. 1760) (est. April 2006) | 2010 | 1 |
| *Prempro* (MDL No. 1507) (est. March 2003) | 2007 | 2 |
| *Phenylpropanolamine (PPA)* (MDL No. 1407) (est. August 2001) | 2005 | 231 |
| *Latex Gloves* (MDL No. 1148) (est. February 1997) | 2001 | 1 |
| *Orthopedic Bone Screw* (MDL No. 1014) (est. August 1994) | 1998 | 541 |
| *Silicone Gel Breast Implants* (MDL No. 926) (est. June 1992) | 1996 | 202 |
| *Asbestos* (MDL No. 875) (est. July 1991) | 1995 | 2 |
| *Showa Denko K.K. L-Tryptophan* (MDL No. 865) (est. December 1990) | 1994 | 340 |

6. The data on the JPML website does not include information regarding the time to complete work-ups in remanded cases.[2]

---

[2] The fact that cases were remanded does not mean that they were required to be worked-up within six months, as plaintiffs propose.

3

7.      The JPML data reflects that, among MDLs for which there is year-by-year remand information, only two MDLs have ever had more than 1,000 remands in a single year -- in litigation that was far more mature and in radically different circumstances than the Xarelto litigation.[3]

8.      **Data contained in MDL Remand Chart:**  For each identified MDL proceeding, the MDL Remand Chart contains the following information, further explained in the paragraphs below:

   (i)     The name and docket number of the MDL proceeding;

   (ii)    The month and year in which that MDL was initially established;

   (iii)   The total number of remands in that MDL (as of September 30, 2017); and

   (iv)    A breakdown by (fiscal) year as to the number of remands in that MDL.

9.      **Name and docket number of MDL proceeding:**  The MDL Remand Chart uses the name and docket number appearing in the statistical information available on the JPML website. *See* 2017 MDL Statistical Report and 2017 Terminated MDL Statistical Report.

---

[3] The two circumstances involved asbestos and breast implants.

- In asbestos, there have been fewer than 300 remands in every year except one.  The anomaly was the fiscal year 2015 -- the 24th year after the MDL was formed, after countless trials and appeals over decades of litigation both before and after the formation of the MDL.  The JPML remanded 1,780 asbestos cases in fiscal year 2015 and then returned to its more normal practice of remanding less than 300 cases per year in 2016 and 2017.

- In breast implants, there were only 257 remands in the first six years of the MDL.  There was a significant increase in the number of remands in the seventh and eighth years of the MDL, when 1,148 and 3,593 remands were ordered in fiscal years 1998 and 1999 respectively.  We note that there were multiple manufacturers in the breast implant litigation -- including Dow Corning-Dow Chemical, Baxter, Bristol Myers, Mentor, 3M and others -- so that the number of remands per defendant would have been much lower.  We also note that the large number in fiscal year 1999 came after a Rule 706 National Science Panel established by Judge Pointer had found no scientific basis for plaintiffs' claims.

4

5

10. **Month and year in which MDL was initially established:**  This information is available on the JPML's PACER site for that MDL proceeding.  Specifically, the MDL Remand Chart uses the month and year identified on PACER as the "date ordered."

11. **The total number of remands in MDL Proceeding:**  This information, as of September 30, 2017, was obtained from either the 2017 MDL Statistical Report or from the 2017 Terminated MDL Statistical Report.  Specifically, those reports include a column entitled "remanded" or "rem'd" which identifies the historical number of remands in each MDL proceeding.

12. **Number of remands by (fiscal) year:**  The JPML website includes an annual report (by fiscal year from 1992-2017) for then-existing MDL proceedings, similar to the 2017 MDL Statistical Report.  To obtain the number of remands in a particular fiscal year, we calculated the difference between the total number of remands for that MDL proceeding listed in an annual report against the total number of remands for that MDL proceeding listed in the prior annual report.  For example, with respect to the Aredia and Zometa MDL, the 2009 annual report listed a total of 4 remands; the 2010 annual report listed a total of 5 remands, a difference of one remand.  Thus, the MDL Remand Chart lists "1" remand for fiscal year 2010.

As required under 28 U.S. Code § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2018

/s/ Alan E. Rothman<br>Alan E. Rothman

# EXHIBIT A

# MDL REMAND CHART

| MDL | Fiscal Year (Oct. 1 – Sept. 30) | No. Remands | Notes |
|---|---|---|---|
| *Aredia and Zometa* (MDL No. 1760) (est. April 2006) | 2006 | 0 | |
| | 2007 | 0 | |
| | 2008 | 0 | |
| | 2009 | 4 | |
| | 2010 | 1 | |
| | 2011 | 33 | |
| | 2012 | 60 | *Simmons v. Novartis Pharms. Corp.*, 483 Fed. Appx. 182, 2012 WL 2016249 (6th Cir. June 5, 2012) (*Daubert* decision) |
| | 2013 | 87 | |
| | 2014 | 295 | |
| | | *Total remands: 480* | |

| MDL | Fiscal Year (Oct. 1- Sept. 30) | No. Remands | Notes |
| --- | --- | --- | --- |
| *Prempro* (MDL No. 1507) (est. March 2003) | 2003 | 0 | |
| | 2004 | 0 | |
| | 2005 | 0 | |
| | 2006 | 0 | |
| | 2007 | 2 | |
| | 2008 | 0 | *Rush v. Wyeth*, 514 F.3d 825 (8th Cir. Jan. 31, 2008) (bellwether appeal) |
| | 2009 | 0 | |
| | 2010 | 129 | *Scroggin v. Wyeth*, 586 F.3d 547 (8th Cir. Nov. 2, 2009) (bellwether appeal)[1] |
| | 2011 | 98 | |
| | 2012 | 164 | |
| | 2013 | 0 | |
| | 2014 | 6 | |
| | 2015 | 0 | |
| | | ***Total remands: 399*** | |

---

[1] The remands for fiscal year 2010 post-dated the *Scroggin* decision.

| MDL | Fiscal Year (Oct. 1- Sept. 30) | No. Remands | Notes |
|---|---|---|---|
| *Phenylpropanolamine (PPA)* (MDL No. 1407) (est. August 2001) | 2001 | 0 | |
| | 2002 | 0 | |
| | 2003 | 0 | |
| | 2004 | 25 | |
| | 2005 | 231 | |
| | 2006 | 196 | |
| | 2007 | 33 | |
| | 2008 | 3 | |
| | 2009 | 0 | |
| | | *Total remands: 488* | |

| MDL | Fiscal Year (Oct. 1-Sept. 30) | No. Remands | Notes |
|---|---|---|---|
| *Latex Gloves* (MDL No. 1148) (est. February 1997) | 1997 | 0 | |
| | 1998 | 0 | |
| | 1999 | 0 | |
| | 2000 | 0 | |
| | 2001 | 1 | |
| | 2002 | 0 | |
| | 2003 | 496 | |
| | 2004 | 5 | |
| | | *Total remands: 502* | |

| MDL | Fiscal Year (Oct. 1- Sept. 30) | No. Remands | Notes |
|---|---|---|---|
| **Orthopedic Bone Screw (MDL No. 1014) (est. August 1994)** | 1994 | 0 | |
| | 1995 | 0 | |
| | 1996 | 0 | *Medtronic, Inc. v. Lohr*, 518 U.S. 470 (1996) (preemption decision) |
| | 1997 | 12 | |
| | 1998 | 541[2] | |
| | 1999 | 679[3] | *In Re Orthopedic Bone Screw Products Liability Litigation,* 159 F.3d 817 (3d Cir. Nov. 17, 1998) (preemption decision)[4] |
| | 2000 | 11 | |
| | 2001 | 6 | |
| | 2002 | 0 | |
| | 2003 | 1 | |
| | 2004 | 1 | |
| | 2005 | 0 | |
| | 2006 | 0 | |
| | 2007 | 0 | |
| | 2008 | 0 | |
| | | ***Total remands: 1,251*** | |

---

[2] As reflected on the JPML's PACER website for this MDL, even where there were more than 500 remands on an annual (fiscal year) basis, those remands were staggered; based on a review of the JPML's PACER site (to identify when Conditional Remand Orders were marked final), this includes 241 in December 1997, 8 in January 1998; 27 in March 1998, 1 in April 1998, 2 in June 1998, 228 in August 1998 and 1 in September 1998 (another 33 remands could not be accounted for).

[3] *See id.*; based on a review of the JPML's PACER site (to identify when Conditional Remand Orders were marked final), this includes 1 in October 1998, 2 in November 1998, 58 in December 1998, 57 in January 1999, 188 in February 1999, 31 in March 1999, 68 in April 1999, 69 in May 1999, 69 in June 1999, 22 in July 1999 and 7 in August 1999 (another 107 remands could not be accounted for).

[4] The Third Circuit's decision was reversed by the U.S. Supreme Court in *Buckman v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001).

| MDL | Fiscal Year (Oct. 1-Sept. 30) | No. Remands | Notes |
|---|---|---|---|
| *Silicone Gel Breast Implants* (MDL No. 926) (est. June 1992) | 1992 | 0 | |
| | 1993 | 0 | |
| | 1994 | 3 | |
| | 1995 | 52 | |
| | 1996 | 202 | |
| | 1997 | 0 | |
| | 1998 | 1,148[5] | *Artiglio v. Corning Inc.*, 18 Cal.4th 604 (Cal. July 9, 1998) (no duty owed by Dow Corning's parent company) |
| | 1999 | 3,593[6] | Dow Corning files Third Amended Plan for reorganization, including proposed settlement (filed 11/8/98)[7] <br><br> Rule 706 National Science Panel report finds no scientific basis for plaintiffs' claims (filed 11/30/98)[8] |
| | 2000 | 219 | |
| | 2001 | 8 | |
| | 2002 | 2 | |
| | 2003 | 1 | |
| | | *Total remands: 5,228* | |

---

[5] As reflected on the JPML's PACER website for this MDL, even where there were more than 500 remands on an annual (fiscal year) basis, those remands were staggered; based on a review of the JPML's PACER site (to identify when Conditional Remand Orders were marked final), this includes 132 in November 1997, 610 in January 1998 and 376 in May 1998 (another 30 remands could not be accounted for).

[6] *See id.*; based on a review of the JPML's PACER site (to identify when Conditional Remand Orders were marked final), this includes 3,043 in January 1999, 55 in April 1999; 1 in July 1999 and 473 in September 1999, all of which were after the bankruptcy amended plan and Rule 706 report, filed earlier in fiscal year 1999 (another 21 remands could not be accounted for).

[7] *See In re Dow Corning Corp.*, 255 B.R. 445, 459, 467-468 (E.D. Mich. 2000).

[8] *See id.* at 500; Breast Implants MDL, N.D. Ala. Docket (No. 92-10000, Entry No. 2553).

64939419v1

| MDL | Fiscal Year (Oct. 1- Sept. 30) | No. Remands | Notes |
|---|---|---|---|
| *Asbestos* **(MDL No. 875) (est. July 1991)** | 1992 | 39 | Data not available for fiscal years prior to 1992 |
| | 1993 | 7 | |
| | 1994 | 1 | |
| | 1995 | 2 | |
| | 1996 | 1 | |
| | 1997 | 0 | |
| | 1998 | 4 | |
| | 1999 | 6 | |
| | 2000 | 144 | |
| | 2001 | 31 | |
| | 2002 | 42 | |
| | 2003 | 69 | |
| | 2004 | 20 | |
| | 2005 | 61 | |
| | 2006 | 6 | |
| | 2007 | 9 | |
| | 2008 | 17 | |
| | 2009 | 9 | |
| | 2010 | 7 | |
| | 2011 | 205 | |
| | 2012 | 293 | |
| | 2013 | 213 | |
| | 2014 | 136 | |
| | 2015 | 1,780[9] | |
| | 2016 | 251 | |
| | 2017 | 131 | |
| | | *Total remands: 3,484* | |

---

[9] As reflected on the JPML's PACER website for this MDL, even where there were more than 500 remand on an annual (fiscal year) basis, those remands were staggered; based on a review of the JPML's PACER site (to identify when Conditional Remand Orders were marked final), this includes 1 in October 2014, 8 in November 2014, 703 in December 2014, 251 in January 2015, 401 in February 2015, 52 in March 2015, 500 in May 2015 and 50 in June 2015 (monthly totals of remands appearing on PACER equal 1,966 remands, exceeding the JPML website information by 186 remands for FY 2015).

64939419v1

| MDL | Fiscal Year (Oct. 1- Sept. 30) | No. Remands | Notes |
|---|---|---|---|
| *Showa Denko K.K. L-Tryptophan* (MDL No. 865) (est. December 1990) | 1992 | 0 | Data not available for fiscal years prior to 1992 |
| | 1993 | 41 | |
| | 1994 | 340 | |
| | 1995 | 19 | |
| | 1996 | 4 | |
| | 1997 | 3 | |
| | 1998 | 0 | |
| | 1999 | 0 | |
| | 2000 | 0 | |
| | 2001 | 1 | |
| | 2002 | 6 | |
| | 2003 | 2 | |
| | 2004 | 0 | |
| | 2005 | 0 | |
| | 2006 | 0 | |
| | 2007 | 0 | |
| | | ***Total remands: 416*** | |