**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

# EXHIBIT 6

# TO DEFENDANTS' JOINT BRIEF IN SUPPORT OF PROPOSED CASE MANAGEMENT ORDER 6

# FILED UNDER SEAL