UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

**O R D E R**

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibit 6 to Defendants' Joint Brief in Support of Proposed Case Management Order 6:

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibit 6 to Defendants' Joint Brief in Support of Proposed Case Management Order 6 (Doc. 8346) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of January, 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE