UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**PLAINTIFFS' PROPOSED CASE WORKUP AND REMAND PLAN**

The Plaintiffs, by and through the PSC, hereby propose that selected cases pending in the MDL undergo limited discovery and be remanded to the proper U.S. District Court or state court following discovery. The PSC proposes the following guidelines for case selection and discovery.

**1.      Case Selection.**

Plaintiffs shall select 5,000 cases [or lesser negotiated number] for case specific discovery and remand as part of the first wave of remands. The selection shall be made within 60 days of this Order.

**2.      Discovery**

Limited discovery pursuant to the terms set forth below may be conducted for each selected case. Discovery shall be completed within six (6) months from the date the case is selected for the discovery process.

**Plaintiff or Personal Representative Depositions.**  Defendants shall have the opportunity to depose the Plaintiff(s) or personal representative of the Plaintiff(s), pursuant to the guidelines set forth herein. Within thirty (30) days of a case being selected for discovery, Plaintiff counsel shall provide Defense counsel with three (3) dates for the Plaintiff's/Plaintiffs' deposition.

EXHIBIT I

Plaintiff's counsel must provide Defendants with no less than 30 days' notice prior to the earliest proposed deposition date. If Defendants' fail to depose the Plaintiff(s) on one of the three dates provided by Plaintiff counsel, Defendants forfeit the opportunity to depose the Plaintiff prior to trial, and Defendants failure to depose Plaintiff or the personal representative pursuant to these provisions will not prevent a case from being remanded.

**Plaintiff Fact Sheets.** Prior to deposition, each Plaintiff or personal representative shall amend his/her PFS to include information and records pertaining to any additional injury or damages alleged to be related to Xarelto usage.

**Defense Fact Sheets.** Within 30 days of case selection, the defendants shall update Defense Fact Sheet or certify that the Defense Fact Sheet is complete.

**Physician Depositions.** After the deposition of the Plaintiff or personal representative, Defendants shall have the opportunity to depose the prescribing physician and one treating physician for each Plaintiff. Plaintiff's counsel shall work in good faith with the Plaintiff's prescribing physician(s) to select a date and location convenient to the physician. Depending upon the physician's availability, Plaintiff's counsel shall provide a minimum of one deposition date, giving Defense counsel no less than 30 days' notice prior to the earliest proposed deposition date. Defendants' failure to depose a Plaintiff's treating physician on the proposed date will result in forfeiture of Defendants' right to depose the physician prior to trial.

**Sales Representative Depositions.** Plaintiff's counsel shall have the opportunity to depose one sales representative for each case selected for discovery. Plaintiff counsel shall select the sales representative to be deposed from the information provided in the Defendant Fact Sheets for each selected case. Upon selection of the sales representative to be deposed, Defense counsel shall offer three (3) dates upon which the sales representative is available for a deposition. Defendants must

EXHIBIT I

provide Plaintiff counsel with no less than 30 days' notice prior to the earliest proposed deposition date. All three dates must be within the discovery period. If Plaintiff's counsel fails to depose the selected sale representative on one of the three (3) dates provided by Defense counsel, Plaintiff forfeits the opportunity to depose the sales representative for that particular Plaintiff's case prior to trial.

    3.    **Voluntary Dismissal**

Within 60 days of this Order, a plaintiff may voluntarily dismiss his or her case with prejudice and the filing fee pursuant to PTO 11B will be waived. [If cannot be waived, perhaps the assessment could be held in abeyance until the conclusion of the case and we could consider handling as part of Court costs.]

Before the close of the discovery period, Defendants may provide Plaintiff's counsel with a written suggestion of dismissal.  The written suggestion of dismissal must provide specific reason for why Defendants contend the case should be dismissed, whether legally or factually based. Plaintiff counsel shall have 30 days from Defendant's suggestion of dismissal to undertake a good faith review. If upon review, the Plaintiff voluntarily moves to dismiss the case with prejudice, the case shall be dismissed with prejudice and no filing fee shall be incurred.

    4.    **Certification for Remand**

After completion of discovery and expiration of the timeframe for voluntary dismissal for a selected case, Plaintiff counsel shall certify to the Court in writing that the case is ready for remand. The written certification for each case shall set forth the depositions conducted during discovery and must specify the proper U.S. District Court and Division for remand.

                                                  Respectfully submitted,

Dated: January 16, 2018                */s/ Leonard A. Davis*
                                                 Leonard A. Davis, Esq. (Bar No. 14190)
                                                 ***HERMAN, HERMAN & KATZ, LLC***

EXHIBIT I

820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*
**Gerald E. Meunier**

EXHIBIT I