UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Edythe Lockett v. Janssen Research & Development, LLC, et al.*<br>E.D.LA. No. 2:16-cv-11685 | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE SHUSHAN |

**MOTION FOR SUBSTITUTION OF PARTY**

COME NOW Counsel for Plaintiff Edythe Lockett, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, based on the death of Plaintiff Edythe Lockett, hereby move to substitute Ashley Baldwin, the putative administrator of Plaintiff's estate, as the Plaintiff in this action.

Dated: January 16, 2018

Respectfully Submitted,

By: /s/ Richard J. Hood
Atlas Partners, LLP
Richard J. Hood (CO #38565)
789 Sherman Street, Ste. 420
Denver, CO 80203
Phone: 720-633-7939
Fax: 303-362-6770
rich@attorneysfor.us

By: /s/ Randy Pelham
The Pelham Law Firm
Randy V. Pelham (FL #958549)
2520-2 Barrington Circle
Tallahassee, FL 32308
Phone: 850-383-6600
rpelham@pelhamlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Substitution of Party has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: January 16, 2018                                By: /s/ Richard J. Hood
                                                                       *Attorney for Plaintiff*