# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Edythe Lockett v. Janssen Research & Development, LLC, et al.*<br>E.D.LA. No. 2:16-cv-11685 | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Party:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Ashley Baldwin, on behalf of her deceased mother, Edythe Lockett, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon K. Fallon, United States District Court Judge