UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-4352** |

**THIS DOCUMENT RELATES TO:**

*RONALD R. PERRY v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
Civil Action No.: 2:17-cv-04352

## INFORMATIVE MOTION REGARDING CURED PLAINTIFF FACT SHEET DEFICIENCY

NOW COMES, Plaintiff by and through the undersigned counsel and for his Response to the Order to Show Cause (Rec. Doc. 8191):

1. The Complaint in this matter was filed on April 30, 2017.

2. On September 21, 2017, Plaintiff's Counsel was notified with the deficiency indicating the failure to provide the prescribing physician and the pharmacy information were the prescription was filled.

3. On December 21, 2017, this Court issued an Order to Show Cause (Rec. Doc. 8191) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to provide any Medical Records demonstrating alleged injury and failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto in accordance with Case Management Order No. 1.

4. On January 8, 2018, Plaintiff's counsel filed Motion (Rec. Doc. 8251) "Response to

Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies" to inform this court the circumstances of our inability to obtain the pharmacy record evidencing the use of Xarelto.

5. On January 16, 2018, Plaintiff's counsel received the records from St. Luke's Hospital, which include the pharmacy records. On the same day, Plaintiff's Counsel completed and submitted the Plaintiff Fact Sheet with the missing pharmacy record.

6. Plaintiff's delay, was not for any nefarious purpose, bad faith or for prejudicing or delaying defendants.

WHEREFORE, it is respectfully requested that this Court take notice that the alluded deficiency has been cured and therefore not dismiss Plaintiff's complaint.

Respectfully submitted this 16th day of January 2018.

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
Hato Rey Center
268 Ponce de Leon Ave.
Suite 1020
San Juan, PR 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
Hato Rey Center
268 Ponce de Leon Ave.
Suite 1020
San Juan, PR 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com

*Attorney for Plaintiff*