UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**
*All Cases*

## AMENDED ORDER

In order to facilitate the progress of the Xarelto MDL, the parties have agreed to the following schedule for submission of briefs regarding a CMO on how to proceed with the MDL cases. This schedule amends the previous schedule, R. Doc. 8159. Accordingly,

**IT IS ORDERED** that the deadline for joint submission of briefs is January 16, 2018.

**IT IS FURTHER ORDERED** that the deadline for joint submission of responses to the briefs is January 25, 2018.

**IT IS FURTHER ORDERED** that the Court will hear oral argument regarding the CMO on January 30, 2018 immediately following the monthly status conference.

New Orleans, Louisiana this 11th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE