# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Corine Kropp v. Janssen Research & Development, LLC, et al.*, **15-cv-4266**

## ORDER

**IT IS ORDERED** that Plaintiff's motion to dismiss without prejudice, R. Doc. 6866, is **DENIED** and that Plaintiff's claims against all Defendants in Kropp v. Janssen Research & Development, LLC, et al (2:15-cv-4266) are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana this 11th day of January, 2018.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE