UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 14MD2595 |
| | | SECTION L (5) |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

*Julia Butler, Independent Executor of the Estate of Richard Butler, deceased vs. Bayer AG, et al.,* **17-cv-7158.**

### ORDER ON *EX PARTE* MOTION FOR EXTENSION OF TIME

Considering the foregoing *Ex Parte* Motion for Extension of Time,

It is hereby ORDERED that John Glynn, DO, Northwestern Medical Faculty Foundation, d/b/a Northwestern Medical Group, and Northwestern Memorial Hospital be, and hereby are, granted an extension of time of 30 days, or until February 8, 2018, within which they must file responsive pleadings.

Signed in New Orleans, Louisiana, this   11th   day of January, 2018.

_____
HONORABLE ELDON E. FALLON, JUDGE

1