UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Benjamin Yarolimek v. Janssen Research & Development, LLC, et al.*, **16-cv-10655**

## ORDER

**IT IS ORDERED** that Plaintiff's motion to dismiss without prejudice, R. Doc. 7474, is **DENIED** and that Plaintiff's claims against all Defendants in Benjamin Yarolimek v. Janssen Research & Development, LLC, et al (2:16-cv-10655) are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana this 11th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE