UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

| BILLY GARNER | 2:17-cv-06346 |

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Plaintiff Fact Sheet:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have thirty (30) days with a new deadline of February 8, 2018, to serve a Plaintiff Fact Sheet.

New Orleans, Louisiana this 11th day of January, 2018.

_____
Honorable Eldon E. Fallon