UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO:**
*Delbert "Sonny" West and Judy West v. Janssen Research & Development, LLC, et al.*, 16-cv-15276

## ORDER

Having considered the parties' briefs on the matter,

**IT IS ORDERED** that Plaintiff's motion for extension of time to serve process, R. Doc. 7720, is **GRANTED** and that Plaintiff is given until February 8, 2018 to serve process.

New Orleans, Louisiana this 11th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE