UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 </br> ) </br> ) SECTION: L </br> ) JUDGE FALLON </br> ) MAG. JUDGE NORTH </br> ) </br> ) **JURY TRIAL DEMANDED** </br> ) Civil Action No: 2:17-cv-6310 </br> ) |

THIS DOCUMENT RELATES TO:
Gwendolyn Jones v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-6310

**ORDER**

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of Time under PTO 27 to provide the filing of the Plaintiff Fact Sheet, R. Doc. 7743.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to file the Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the declaration page relating to Plaintiff's Fact Sheet is now February 8, 2018.

Signed New Orleans, Louisiana this 11th day of January, 2018.

_____
United States District Court Judge