UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| JOAN CORRIGAN AND JAMES CORRIGAN ) | MDL NO. 2592 |
| *Plaintiff(s)* ) | |
| v. ) | SECTION L |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT ) | JUDGE ELDON E. FALLON |
| LLC f/k/a JOHNSON AND JOHNSON ) | |
| PHARMACEUTICAL RESEARCH AND ) | MAG. JUDGE NORTH |
| DEVELOPMENT LLC ) | |
| JANSSEN ORTHO LLC, JANSSEN ) | |
| PHARMACEUTICALS, INC. f/k/a JANSSEN ) | |
| PHARMACEUTICA, INC. f/k/a ORTHO- ) | |
| MCNEIL-JANSSEN PHARMACEUTICALS, ) | |
| INC., JOHNSON & JOHNSON COMPANY ) | Civil No. 2:17-cv-04876 |
| BAYER HEATHCARE ) | |
| PHARMACEUTICALS, INC., BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE, LLC, BAYER ) | |
| HEALTHCARE AG, and BAYER AG ) | |
| *Defendant(s)* ) | |

## PROPOSED ORDER

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, R. Doc. 7986, is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this ____11th____ day of ____January____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge