UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)

PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L

JUDGE ELDON E.
FALLON

THIS DOCUMENT RELATES TO:

*Larry Miller v. Janssen Research & Development LLC, et al.*

Civil Action No. 2:17-cv-5826

**ORDER**

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendants, R. Doc. 7997, filed by the above listed Plaintiff is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this ORDER to complete service of process through the streamlined service procedures for informal service of process set forth in PTO No. 10.

New Orleans, Louisiana, this  11th  day of  January , 2017.

_____

Hon. Eldon E. Fallon
United States District Judge