UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Barbara Henry v. Janssen Research & Development LLC, et al.*

Civil Action No. 2:17-cv-2667

## ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendants, R. Doc. 8116, filed by the above listed Plaintiff is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this ORDER to complete service of process through the streamlined service procedures for informal service of process set forth in PTO No. 10.

New Orleans, Louisiana, this  11th  day of   January , 2017.

_____
Hon. Eldon E. Fallon
United States District Judge