UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Wanda McGovern v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:17-cv-01761

ORDER

Considering the foregoing Motion for Extension of Time within Which to Serve Process, R. Doc. 8152:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have thirty (30) days from the date of this Order within which to effect service Defendant Janssen, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders, #10, 10A and 10B.

New Orleans, Louisiana this __11th__ day of ____January____, 2018

_____
Honorable Eldon E. Fallon