# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Robbin Sharp v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-01766

*Mary L. Carroll v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-02108

*Doris Bradfield v. Janssen Research & Development, LLC, et al.;*
LAED USDC No.: 2:17-cv-02095

## ORDER GRANTING MOTION FOR <u>EXTENSION OF TIME TO SERVE DEFENDANTS</u>

This Court, being fully appraised of the premises and upon motion of Plaintiff to extend time to serve the Complaints filed in the above-listed actions, R. Doc. 8181, approves the motion and grants Plaintiffs an extension until 30 days from the date the court enters the order, to perfect service of the Complaints on Defendants.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this 11th day of January, 2018.

_____
ELDON E. FALLON
United States District Judge