UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Anderson v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-17300

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8304, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Bridget D. Johnson, on behalf of her deceased grandfather, Jackie Wayne Anderson, is substituted for Plaintiff Jackie Wayne Anderson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE