UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Kathleen Mayer and Douglas H. Young v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:16-cv-16441

## ORDER

**IT IS ORDERED** that the Unopposed Motion to Remove Spouse Plaintiff and for Leave to File First Amended Individual Complaint by Plaintiff Kathleen Mayer, R. Doc. 8306, is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this  12th   day of    January   , 2018.

_____
**UNITED STATES DISTRICT JUDGE**