UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

HARLAN GROVES AND JANE GROVES

2:16-CV-3287

### PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO SUBSTITUTE THE PROPER PARTY AND AMEND THE CAPTION

Counsel for Plaintiffs, Harlan Groves and Jane Groves, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, by and through counsel, Chaffin Luhana LLP, respectfully requests that this Honorable Court grant Plaintiffs' Unopposed *Ex Parte* Motion to substitute the Plaintiff Jane Groves, Individually and as Administratrix of the Estate of Harlan Groves, as Plaintiff in the above captioned-case, and to amend the caption in this matter to conform to the proper party plaintiff. Defendants do not oppose Plaintiffs' Motion.

After this case was filed, on December 1, 2016, Harlan Groves died. On March 27, 2017, Jane Groves was appointed as Administratrix of the Estate of Harlan Groves. Plaintiff respectfully seeks to substitute the Plaintiff Harlan Groves for Plaintiff, Janes Groves, Individually and as the Administratrix of the Estate of Harlan Groves, and to conform the caption of the Complaint accordingly. A Brief in Support of Plaintiff's Motion is submitted herewith.

Respectfully submitted,

Dated: January 17, 2018

By: /s/Roopal P. Luhana
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Phone: (347) 269-4472
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Attorney for Plaintiffs*

2