# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : <br>_____ : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | **JURY TRIAL DEMANDED** |

HARLAN GROVES AND JANE GROVES

2:16-CV-3287

## NOTICE OF SUBMISSION

COMES NOW, the Plaintiffs, Harlan Groves and Jane Groves, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, by and through the undersigned counsel, file this Notice of Submission of Plaintiffs' Unopposed *Ex Parte* Motion to Substitute the Proper Party and Amend the Caption to be heard before the Honorable Judge Eldon E. Fallon on February 14, 2018, at 9:00 am or as soon thereafter as may be heard. This motion is being submitted to this Honorable Court without the need for a formal hearing.

Dated: <u>January 17, 2018</u>

By: /s/Roopal P. Luhana
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Phone: (347) 269-4472
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Attorney for Plaintiffs*

1