**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

THIS DOCUMENT RELATES TO:                **JURY TRIAL DEMANDED**

HARLAN GROVES AND JANE GROVES

2:16-CV-3287

**BREIF IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO SUBSTITUTE THE PROPER PARTY AND AMEND THE CAPTION**

Counsel for Plaintiffs, Harlan Groves and Jane Groves, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby filed this Unopposed *Ex Parte* Motion respectfully requesting the entry of an Order substituting Jane Groves, Individually and as Administratrix of the Estate of Harlan Groves, as Plaintiff in the above captioned-case, and seeking amendment of the caption in this matter to conform to the proper party plaintiff, and in support thereof states:

1.      Harlan Groves and Jane Groves filed a Xarelto products liability lawsuit against defendants as part of a bundled complaint on April 18, 2016;

2.      Harlan Groves died on December 1, 2016;

3.      Harlan Groves' products liability action against defendants survived Plaintiff-Decedent's death and was not extinguished;

4.      Jane Groves was appointed as Administratrix of the Estate of Harlan Groves on March 27, 2017, attached here to as "Exhibit A";

1

5.      Plaintiff filed a Notice and Suggestion of Death on December 22, 2017, attached here to as "Exhibit B";

6.      Jane Groves, Individually and as the Administratrix of the Estate Of Harlan Groves, as surviving spouse of Harlan Groves, is the proper party to substitute for Plaintiff-Decedent Harlan Groves and has the proper capacity to proceed with the lawsuit pursuant to Fed. R. Civ. P. 25(a)(1); and

7.      Plaintiff further requests that the Court amend the caption in this matter to conform to the proper parties.

WHEREFORE, counsel for Plaintiffs respectfully request that this Court grant this Unopposed *Ex Parte* Motion to Substitute the Proper Party and to Amend the Caption to conform to the proper party plaintiff.

Dated:  January 17, 2018

By: /s/Roopal P. Luhana
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Phone: (347) 269-4472
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2018, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

/s/ Roopal P. Luhana
Roopal P. Luhana