# EXHIBIT A

AOC-805
Rev. 10-05
Page 3 of 3

Case No. __17-P-28__

IN RE: Estate of __Herlen Groves__

## ORDER

[X] Petition filed this __27__ day of __March__, 20__17__.

[ ] Will tendered this _____ day of _____, 2_____.

Upon hearing, the Will offered was proven by _____

and **ORDERED PROBATED** as the Last Will and Testament of Decedent this _____ day of _____, 2_____.

The Court appoints: __Jane Groves__ as

[ ] Executor/Executrix OR [X] Administrator/Administratrix of said estate and fixes bond in the sum of

$ __Renew Bond at later date__ [ ] with surety OR [ ] without surety.

Date: __3/27, 2017__    _____
                         Judge's Signature

Distribution:
    Case File
    Revenue Cabinet



ENTERED
MAR 27 2017
ANN ARNETT MATTINGLY, CLERK
BY _____ D.C.