# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | **JURY TRIAL DEMANDED** |

HARLAN GROVES AND JANE GROVES

2:16-CV-3287

NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiffs, Harlan Groves and Jane Groves, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Harlan Groves. Counsel further respectfully informs this Court that a Motion to Substitute the Party Plaintiff will be filed by Administratrix of the Estate of Harlan Groves.

Respectfully submitted,

Dated: December 22, 2017

/s/ Roopal P. Luhana
*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

/s/ Roopal P. Luhana

2