UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-06989** |

**THIS DOCUMENT RELATES TO:**

*KIMMY JAMES V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.*
**Civil Action No.: 2:17-cv-06989**

### MOTION TO INFORM THE COURT OF
### CURED PLAINTIFF FACT SHEET DEFICIENCY

COMES NOW Counsel for Plaintiff in the above matter, and respectfully requests that Defendants' request for dismissal of the case of reference be deemed as moot since the Plaintiff Fact Sheet ("PFS") deficiency notified by Defendants has been cured:

1. On January 9, 2018, this Honorable Court issued an Order (Doc. 8279) to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet, including the Plaintiff of reference.

2. On January 12, 2018, we appeared through a Response (Doc. 8311) to the Order to Show Cause. We indicated that the deficiency for which Defendants were requesting the dismissal of the case of reference was the lack of signature. As stated in the Response, there was no other deficiency as all the available information in support of the claim had been submitted and the only thing missing was Plaintiff's signature on the corresponding PFS documents.

3. After additional attempts to contact the client, we were able to contact Plaintiff's conservator, who provided the corresponding conservatorship documents, along with the signed PFS documents.

4. On January 19, 2018, the PFS was been submitted with all the corresponding signatures. Therefore, the deficiency on which Defendants have requested dismissal of this case has now been cured. Defendant's request is, therefore, moot.

5. Accordingly, Plaintiff respectfully requests that this Court deem moot Defendants' request to dismiss this action, since the deficiency on which Defendants base their request is now cured.

6. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Respectfully submitted this 19th day of January, 2018.

/s/Carlos M. Hernández-Burgos
USDCPR No. 224814
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
carlos.h@masstortslaw.com

/s/Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Carlos M. Hernández-Burgos

2