UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON D. FALLON<br><br>MAG JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Joe W. Collins and Shirley Collins v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:17-cv-06597

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Plaintiffs in the above-listed action, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated: January 19, 2018.

MARTIN & JONES, PLLC

/s/ *Carrie R. Guest*
Carrie R. Guest, NCSB# 36451
H. Forest Horne, NCSB# 16678
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084

hfh@m-j.com
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carrie R. Guest
Carrie R. Guest