UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON D. FALLON<br><br>MAG JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Joe W. Collins and Shirley Collins v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:17-cv-06597

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Plaintiffs in the above-listed action, through undersigned counsel, respectfully request this Court for an Order allowing an additional thirty (30) days from the date the Order is entered in which to effect service on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B. In support of their memorandum, Plaintiffs state as follows:

The foregoing action was filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation MDL No. 2592 on July 10, 2017. However, due to an inadvertent clerical error on behalf of the undersigned counsel's office, streamlined service of Plaintiffs' Complaint in this action was not property effected as set forth in Pre-Trial Order #10, 10A and 10B as to Defendant Bayer Pharma AG. The Complaint and Summons were sent by registered mail to Bayer Pharma AG in Germany on July 25, 2017. Exhibit A, Registered Mail Receipt. Though mailed on July 25, 2017, the Complaint and Summons were not stamped

"received" by Bayer Pharma AG until November 3, 2017. Exhibit B. Upon receipt, Bayer Pharma AG returned the Complaint and Summons to Plaintiffs' counsel, refusing service based on the fact that Counsel's staff inadvertently placed the Complaint and Summons addressed to Bayer AG in the mailing sent to Bayer Pharma AG. Exhibit C.

Plaintiffs' counsel was unaware of this error which was not discovered until November 20, 2017, when Plaintiffs' counsel received by First Class registered mail the returned Complaint and Summons. Upon knowledge of the inadvertent clerical error, Plaintiffs' counsel sent by registered mail the Complaint and correct Summons to Bayer Pharma AG on November 29, 2017 and filed a Motion requesting extension of time to serve. On December 15, 2017, by email, defense counsel for Bayer Pharma AG refused to accept service of the corrected Summons. Had defense counsel initially notified Plaintiffs' counsel by email, the inadvertent error could have been corrected and timely served. Defendant Bayer Pharma AG had knowledge of the error as early as July 25, 2017, but Plaintiffs' counsel had no notice of the error until November 20, 2017. Undersigned counsel regrets its failure to accomplish streamlined service of the Complaint and Summons in the above-listed action and assures this Court that procedures have been instituted to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

Bayer Pharma AG had timely actual knowledge of the facts and legal claims; the Complaint named Bayer Pharma AG as a defendant and Bayer Pharma AG received the Complaint by registered mail. Moreover, the MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances and theories of recovery virtually identical to the lawsuit filed by Mr. Collins, and as such, no actual prejudice has or will occur to Defendant by this Court granting relief sought herein.

Thus, Plaintiffs respectfully request that this Court grant this motion and allow an additional thirty (30) days within which to effect service on Defendant through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Dated: January 19, 2018.                    MARTIN & JONES, PLLC


                                            /s/ *Carrie R. Guest*
                                            Carrie R. Guest, NCSB# 36451
                                            H. Forest Horne, NCSB# 16678
                                            410 Glenwood Avenue, Suite 200
                                            Raleigh, NC 27603
                                            Telephone: (919) 821-0005
                                            Facsimile: (919) 863-6084
                                            hfh@m-j.com
                                            crg@m-j.com

                                            ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carrie R. Guest
Carrie R. Guest