UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> JAMES T. MOLNAR and ) <br> DOROTHY J. MOLNAR ) <br> *Plaintiff(s)* ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC, ET AL. ) <br> *Defendant(s)* ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH <br><br> Civil No. 2:17-cv-04870-EEF-MBN |

**PROPOSED ORDER**

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healtcare, LLC, Bayer Healthcare AG, and Bayer AG, R. Doc. 8125, is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this ___19th___ day of ___January___, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge