UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Edythe Lockett v. Janssen Research & Development LLC, et al.*
CA# 2:16-cv-11685

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8356, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ashley Baldwin, on behalf of her deceased mother, Edythe Lockett, is substituted for Plaintiff Edythe Lockett as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE