## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :    **MDL NO. 2592**
PRODUCTS LIABILITY LITIGATION  :
_____ :    **JUDGE ELDON E. FALLON**
                               :
**THIS DOCUMENT RELATES TO:**   :    **SECTION L, DIVISION 5**
                               :
*Ronald Helgeson, Sr. v.*           :    **MAG. JUDGE MICHAEL B. NORTH**
*Janssen Ortho, LLC, et al., 2:15-cv-06659*  :

### ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. are withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER** ORDERED that attorney Kelly A. Fitzpatrick of Ventura Law is substituted as the Plaintiff's attorney of record in MDL No. 2592 and member case *Helgeson*, 2:15-cv-06659.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**