IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>HON. JUDGE ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
| This Document Relates to:<br><br>*Dolly A. Stevens and Walter Stevens v. Janssen Research & Development LLC, et al.*;<br><br>Case No. 2:16-cv-00173 | |

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the honorable Court of the death of the Plaintiff, Dolly A. Stevens. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's husband/widower and Personal Representative, Walter Stevens. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: January 22, 2018

Respectfully submitted,

By: /s/ *Pete Lowe*_____
Zachary Peter Lowe (USB 13792)
Nathan Buttars (USB 13659)
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
T: 801-917-8500; F: 801-917-8484
E: pete@lowelawgroup.com
nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice and Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys on the Court's ECF System, and thereby, pursuant to Local Rule 5.4 and to MDL No. 2592 Pre-Trial Order #1.

Dated: January 22, 2018                                                                     /s/ Pete Lowe

# EXHIBIT 1

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2017107820     **DATE ISSUED:** July 13, 2017

**DECEDENT INFORMATION**     **STATE FILE DATE:** July 13, 2017

NAME DOLLY ANN STEVENS

DATE OF DEATH July 11, 2017     SEX FEMALE    SSN ***-**-9569    AGE 065 YEARS
DATE OF BIRTH _____, 1951     BIRTHPLACE BROWNSVILLE, PENNSYLVANIA, UNITED STATES
PLACE OF DEATH DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS 4509 30TH LANE EAST
LOCATION OF DEATH BRADENTON, MANATEE COUNTY, 34203

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS MARRIED
SURVIVING SPOUSE NAME WALTER STEVENS
RESIDENCE 4509 30TH LANE EAST, BRADENTON, FLORIDA 34203, UNITED STATES     COUNTY MANATEE
OCCUPATION INDUSTRY MISSIONARY, RELIGIOUS MISSION
RACE X White   __Black or African American   __Asian Indian   __Chinese   __Filipino   __Native Hawaiian   __Japanese   __Korean
      __American Indian or Alaskan Native Tribe   __Vietnamese   __Other Asian
      __Guamanian or Chamorro   __Samoan   __Other Pacific Isl   __Other
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION 8TH GRADE OR LESS     EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION

FATHER/PARENT RICHARD TENNIS
MOTHER/PARENT TILLIE STEVENS
INFORMANT WALTER STEVENS
RELATIONSHIP TO DECEDENT HUSBAND
INFORMANT'S ADDRESS 4509 30TH LANE EAST, BRADENTON, FLORIDA 34203, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION LAKEWOOD CEMETERY
   AKRON, OHIO
METHOD OF DISPOSITION REMOVAL FROM STATE
FUNERAL DIRECTOR/LICENSE NUMBER D. ALAN MOORE, F043723
FUNERAL FACILITY D ALAN MOORE LICENSED FUNERAL DIRECTOR F049909
   1222 36TH AVE E, ELLENTON, FLORIDA 34222

## CERTIFIER INFORMATION

TYPE OF CERTIFIER CERTIFYING PHYSICIAN     MEDICAL EXAMINER CASE NUMBER NOT APPLICABLE
TIME OF DEATH (24 hr) 1515     DATE CERTIFIED July 12, 2017
CERTIFIER'S NAME RICHARD IRVIN DEIBERT
CERTIFIER'S LICENSE NUMBER ME109409
NAME OF ATTENDING PHYSICIAN (If other than Certifier) NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH NATURAL
CAUSE OF DEATH - PART I - and Approximate Interval Onset to Death

a PROBABLE BRONCHOPNEUMONIA     DAYS

b SECONDARY CANCER OF THE LUNG     WEEKS-MONTHS

c PRIMARY ENDOMETRIAL CANCER     MONTHS-YEARS

d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I
HISTORY PULMONARY EMBOLUS; HISTORY OF IVC FILTER PLACEMENT; HISTORY OF CHEMOTHERAPY

AUTOPSY PERFORMED? UNKNOWN     AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? UNKNOWN
DATE OF SURGERY     DID TOBACCO USE CONTRIBUTE TO DEATH? YES
REASON FOR SURGERY
IF FEMALE NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY NOT APPLICABLE     TIME OF INJURY (24 hr)     INJURY AT WORK?
LOCATION OF INJURY
DESCRIBE HOW INJURY OCCURRED

PLACE OF INJURY
IF TRANSPORTATION INJURY, Status of Decedent     Type of Vehicle

, State Registrar     REQ 2018328678

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE
WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)



CERTIFICATION OF VITAL RECORD