# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 <br><br> SECTION: L <br><br> HON. JUDGE ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |
| This Document Relates to: <br><br> *Dolly A. Stevens and Walter Stevens v. Janssen Research & Development LLC, et al.*; <br><br> **Case No. 2:16-cv-00173** | |

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **WALTER STEVENS**, on behalf of the decedent, **DOLLY A. STEVENS**, be substituted as the proper party plaintiff herein.

Signed in New Orleans, Louisiana this ____ day of _____, 20____.

_____
DISTRICT COURT JUDGE