UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Shirley Blankenship v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:17-cv-02468**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Nanci Weber as plaintiff on behalf of her deceased mother, Shirley Blankenship.

1. Shirley Blankenship filed a claim against the defendants on March 24, 2017.

2. Subsequently, plaintiff's counsel was notified that Shirley Blankenship died on March 31, 2017.

3. Shirley Blankenship's action against the defendants survived her death and was not extinguished.

4. Nanci Weber, daughter of Shirley Blankenship, is a proper party to substitute for plaintiff-decedent Shirley Blankenship and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

1

**WHEREFORE**, based on the foregoing, Nanci Weber requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  January 22, 2018			Respectfully submitted,

			By:  _/s/ Barrett Beasley_____

			Barrett Beasley (#25984)
			SALIM-BEASLEY, LLC
			1901 Texas Street
			Natchitoches, LA 71457
			Phone: (800) 491-1817
			Fax: (318) 354-1227
			bbeasley@salim-beasley.com
			*Attorney for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 22nd day of January 2018.

_/s/ Barrett Beasley_____
Barrett Beasley