# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Willette Clemons v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:17-cv-02807**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Mary Patterson as plaintiff on behalf of her deceased daughter, Willette Clemons.

1. Willette Clemons filed a claim against the defendants on April 3, 2017.

2. Subsequently, plaintiff's counsel was notified that Willette Clemons died on June 24, 2017.

3. Willette Clemons' action against the defendants survived her death and was not extinguished.

4. Mary Patterson, mother of Willette Clemons, is a proper party to substitute for plaintiff-decedent Willette Clemons and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

1

**WHEREFORE**, based on the foregoing, Mary Patterson requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  January 22, 2018                                  Respectfully submitted,

                                                          By:  _/s/ Barrett Beasley_____

                                                          Barrett Beasley (#25984)
                                                          SALIM-BEASLEY, LLC
                                                          1901 Texas Street
                                                          Natchitoches, LA 71457
                                                          Phone: (800) 491-1817
                                                          Fax: (318) 354-1227
                                                          bbeasley@salim-beasley.com
                                                          *Attorney for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 22nd day of January 2018.

          _/s/ Barrett Beasley_____
          Barrett Beasley