## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** **SECTION: L** **JUDGE ELDON E. FALLON** |

**THIS DOCUMENT RELATES TO:**

***EDGAR WILLIAM WIGGINS v. Janssen Research & Development, LLC, et al.***

**Civil Action No. 2:17-cv-3072**

### MOTION TO INFORM THE COURT OF
### CURED PLAINTIFF FACT SHEET DEFICIENCY

COMES NOW Counsel for Plaintiff in the above matter, and respectfully requests that Defendants' request for dismissal of the case of reference be deemed as moot since the Plaintiff Fact Sheet ("PFS") deficiency notified by Defendants has been cured:

1. On November 6, 2017, this Honorable Court issued an Order (Doc. 7956) to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet, including the Plaintiff of reference.

2. On November 27, 2017, Plaintiff filed a Response to the Order to Show Cause (Doc. 8068) Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet.

3. On January 4, 2018, this Honorable Court issued an Order (Doc. 8229) giving Plaintiffs until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Show Cause Hearing on January 24, 2018 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.

4. After additional attempts to contact the client, undersigned was able to reach Plaintiff and submitted Plaintiff's Fact Sheet on January 22, 2014.

5. The deficiency on which Defendants have requested dismissal of this case has now been cured. Defendant's request is, therefore, moot.

6. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Date: January 22, 2018

Respectfully submitted,

PIERCE SKRABANEK PLLC

*/s/ Sofia E. Bruera*

SOFIA E. BRUERA
State Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: sofia@brueralaw.com

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on January 22, 2018, a true and correct copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA
