UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Michael McDaniel v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:17-cv-05597**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Monica McDaniel as plaintiff on behalf of her deceased husband, Michael McDaniel.

1. Michael McDaniel filed a claim against the defendants on June 7, 2017.

2. Subsequently, plaintiff's counsel was notified that Michael McDaniel died on December 12, 2016.

3. Michael McDaniel's action against the defendants survived his death and was not extinguished.

4. Monica McDaniel, wife of Michael McDaniel, is a proper party to substitute for plaintiff-decedent Michael McDaniel and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

1

**WHEREFORE**, based on the foregoing, Monica McDaniel requests that this Court grant her request for substitution as plaintiff in this action.

Dated: January 22, 2018

Respectfully submitted,

By: _/s/ Barrett Beasley_____

Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com
*Attorney for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 22nd day of January 2018.

_/s/ Barrett Beasley_
Barrett Beasley