UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Harlan Groves and Jane Groves*
CA# 2:16-cv-3287

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8417, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jane Groves, Individually and as the Administratrix of the Estate of Harlan Groves, is substituted for Plaintiff Harlan Groves as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE