# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Naomi McKissick v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:17-cv-07410**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Pamela McKissick-Smith as plaintiff on behalf of her deceased mother, Naomi McKissick.

1. Naomi McKissick filed a claim against the defendants on August 2, 2017.

2. Subsequently, plaintiff's counsel was notified that Naomi McKissick died on October 25, 2017.

3. Naomi McKissick's action against the defendants survived her death and was not extinguished.

4. Pamela McKissick-Smith, daughter of Naomi McKissick, is a proper party to substitute for plaintiff-decedent Naomi McKissick and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

2

**WHEREFORE**, based on the foregoing, Pamela McKissick-Smith requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  January 22, 2018                                  Respectfully submitted,

By:  */s/ Barrett Beasley*_____

Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com
*Attorney for Plaintiffs*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 22nd day of January 2018.

_/s/ Barrett Beasley_____
Barrett Beasley