UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Lois Wilson v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:17-cv-05664**

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Larry Wilson, Sr. as plaintiff on behalf of his deceased wife, Lois Wilson.

1. Lois Wilson filed a claim against the defendants on June 8, 2017.
2. Subsequently, plaintiff's counsel was notified that Lois Wilson died on August 15, 2017.
3. Lois Wilson's action against the defendants survived her death and was not extinguished.
4. Larry Wilson, Sr., wife of Lois Wilson, is a proper party to substitute for plaintiff-decedent Lois Wilson and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

1

**WHEREFORE**, based on the foregoing, Larry Wilson, Sr. requests that this Court grant his request for substitution as plaintiff in this action.

Dated: January 22, 2018

Respectfully submitted,

By: _/s/ Barrett Beasley_____

Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com
*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 22nd day of January 2018.

_/s/ Barrett Beasley_____
Barrett Beasley