UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-17333 |

THIS DOCUMENT RELATES TO:
Evelyn B. Lenoir o/b/o
Her deceased mother, Nazzie L. Lenoir v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17333

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this Honorable Court for an order substituting Evelyn B. Lenoir on behalf of her deceased mother, Nazzie L. Lenoir, for the following reasons:

**I.** On December 15th, 2017, Nazzie L. Lenoir filed a Complaint in the above referenced matter.

**II.** On November 19th, 2017, Nazzie L. Lenoir died, without her daughter notifying her legal representatives.

**III.** The decedents daughter, Evelyn B. Lenoir, is the Proper Plaintiff and wishes to be substituted on behalf of Nazzie L. Lenoir, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 22nd day of January 2018.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
268 Ponce de Leon Ave., Hato Rey Center Ste. 1023
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)