UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) MDL NO. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br>Civil Action No: <u>2:17-cv-17333</u> |

THIS DOCUMENT RELATES TO:
Evelyn B. Lenoir o/b/o
Her deceased mother, Nazzie L. Lenoir v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17333

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Evelyn B. Lenoir, on behalf of her deceased mother, Nazzie L. Lenoir, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2018.

_____
Eldon K. Fallon, United States District Court Juge