UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ) | |
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| ) | Civil Action No.: <u>2:17-cv-05474</u> |

**THIS DOCUMENT RELATES TO:**

*CLARA P. KING as Personal Representative of the Estate of BILLY G. KING and CLARA P. KING,*
*Individually, v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON et al.*
**Civil Action No.: 2:17-cv-05474**

<u>RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS</u>
<u>REGARDING PLAINTIFFS WHO HAVE FAILED</u>
<u>TO SERVE A PLAINTIFF FACT SHEET</u>

On January 9th, 2018, this Court issued an Order to Show Cause (Rec. Doc. 8279) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to complete and serve upon defendants a Plaintiff Fact Sheet and Authorization for Release of Records of all healthcare providers and other sources of information of records using MDL Centrality in accordance with Case Management Order No. 13. Undersigned counsel responds to that order as follows:

1. On or about August 11th, 2014, Plaintiff contacted undersigned counsel regarding a potential claim involving his use of Xarelto and alleged subsequent injury.

2. On May 11th of 2017, counsel for Plaintiff made a medical records request for all relevant medical providers for client to prove his case.

3. On or about May 31st of 2017 the counsel for Plaintiff reviewed client's file to prepare the Complaint for filing at which point the counsel was unable to reach client by phone.

4. Plaintiff's counsel found an obituary for client online, showing that the client has passed away on September 28th of 2015 and was survived by his wife Clara P. King.

5. The Complaint in this matter was filed on June 1st of 2017. The Complaint was filed in good faith based on Plaintiff's request to file suit for him.

6. Plaintiff Fact Sheet was mailed to client by Plaintiff's counsel on June 2nd of 2017.

7.  Subsequently to filing the Complaint in this matter for Plaintiff, counsel for Plaintiff made attempts via telephone, regular and certified mail to contact Plaintiff in order to encourage completion of the Plaintiff Fact Sheet and obtain additional information for their case.

8.  On or about December 22nd of 2017 the counsel for Plaintiff hired a private investigator to assist in locating the client.

9.  On January 8th the Counsel for Plaintiff, submitted a Plaintiff Fact Sheet for the client where all medical records were provided however, without the declaration page and without the authorizations.

10. To this date we were unable to locate the client despite numerous attempts.

January 22, 2018.

Respectfully submitted,

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that on January 22, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


*/s/ Debra J. Humphrey*
Debra J. Humphrey