UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
  PRODUCTS LIABILITY LITIGATION : MDL No. 2592
                                                 :
                                                 : SECTION L
                                                 :
                                                 : JUDGE ELDON E. FALLON
                                                 :
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:         <u>JURY TRIAL DEMANDED</u>

MAXINE HECTOR

CIVIL ACTION NO.: 2:17-cv-05687

<u>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE (DOCUMENT 8191)**</u>

     COME NOW, Plaintiff Maxine Hector, in the above reference civil action, and by and through her counsel of records hereby files a Response to Motion to Show Cause Regarding Plaintiffs Who Have Failed to File a Plaintiff Profile Form and Prove Xarelto Use (Document 8191) and shows as follows:

1. Plaintiff Maxine Hector contacted undersigned counsel regarding a potential claim involving her use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on June 9, 2017. The complaint was filed in good faith in order to comply with Maxine Hector's request to file suit

3. Plaintiff's counsel has contacted the Ms. Hector on multiple occasions to secure a complete Fact Sheet.

4. Beginning in June of 2017 Plaintiff's counsel began attempting to contact Ms. Hector

by phone for needed information and/or documents. Counsel tried to contact Ms. Hector on the following dates:

>  6/22/2017
>  9/29/2017
>  12/8/2017
>  1/4/2018

5. In June of 2017 Plaintiff's counsel began sending letters to Ms. Hector to obtain contact and/or a complete Plaintiff Fact Sheet. Counsel wrote to Ms. Hector on the following dates:

>  6/12/2017
>  12/1/2017
>  12/18/2017

6. To date, Plaintiff's counsel has been unable to reach Maxine Hector nor have we received any signed documents.

Plaintiff would respectfully request that the Court Dismiss the Hector claim without prejudice.

Date: January 23, 2018

>  **HILLIARD MUÑOZ GONZALES LLP**
>  By: /s/ T. Christopher Pinedo
>     Robert C. Hilliard
>     Texas Bar No. 09677700
>     Catherine Tobin
>     Texas State Bar No. 24013642
>     T. Christopher Pinedo
>     Texas State Bar No. 00788935

                                                John Martinez  
                                                Texas State Bar No. 24010212

                                                719 S. Shoreline Boulevard  
                                                Corpus Christi, Texas 78401  
                                                361-882-1612 Office  
                                                361-882-3015 Fax  
                                                ***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

ROMEO CABALLES

CIVIL ACTION NO.: 2:15-cv-6476

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**HILLIARD MUÑOZ GONZALES LLP**
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*
