UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*McCain, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-08926-EEF-MBN**

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS**

Plaintiff Jack P. McCain, Jr., individually and as representative of the Estate of Mary B. McCain, Deceased, by and through his attorney, Barrett Beasley, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of his deceased relative, Mary B. McCain, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Jack P. McCain, Jr., individually and as surviving heir of the Estate of Mary B. McCain, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Mary B. McCain's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: January 23, 2018                                                  Respectfully submitted,

By: Barrett Beasley
Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227

2

bbeasley@salim-beasley.com
Attorney for Plaintiff

2