UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>                                                                      )<br>_____  )<br>THIS DOCUMENT RELATES TO:       )<br>                                                                      )<br>*Beattie v. Janssen Research &*        )<br>*Development, et al.*,                            )<br>Case No.:  2:17-cv-05890                       )<br>_____  ) | MDL No. 2592<br><br>SECTION:  L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET**

Comes now, Counsel for Plaintiff in the above action, and hereby files this Response to the Order to Show Cause entered on January 9, 2018 [DE 8279] and states as follows:

On January 5, 2018, Defendants moved for an Order to Show Cause why certain cases, including Plaintiff's case, should not be dismissed with prejudice for failing to provide a Plaintiff's Fact Sheet [D.E. 8250].  On January 9, 2018, the Court issued an Order to Show Cause requiring Plaintiff to show cause as to why his case should not be dismissed with prejudice.  Accordingly, Counsel for Plaintiff Beattie responds as follows:

On January 22, 2018, Plaintiff's counsel uploaded the Plaintiff's Fact Sheet to MDL Centrality along with medical records documenting Plaintiff Decedent's use of Xarelto and related injuries.

Accordingly, Plaintiff's counsel requests that the Court deem Defendants' request to dismiss this action moot without the necessity of a formal hearing.

Respectfully submitted this 23rd day of January, 2018.

/s/ Neil D. Overholtz
Neil D. Overholtz, Esq.
*Aylstock, Witkin, Kreis & Overholtz, PLLC*
17 East Main Street, Suite 200
Pensacola, FL  32502
Telephone:  (850) 916-7450
Facsimile:  (850) 916-7449
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of January, 2018, I served the foregoing Response to Order to Show Cause on all counsel of record via the Court's CM/ECF system.

/s/ Neil D. Overholtz
Neil D. Overholtz, Esq.
*Aylstock, Witkin, Kreis & Overholtz, PLLC*
17 East Main Street, Suite 200
Pensacola, FL  32502
Telephone:  (850) 916-7450
Facsimile:  (850) 916-7449
ATTORNEY FOR PLAINTIFF