**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |
| *********************************************** | * |

**THIS DOCUMENT RELATES TO:**
15-5186, 15-5191, 15-5194, 15-5226, 15-5424, and 15-5426

# ORDER

On December 12, 2017 a show cause hearing was held in relation to the Xarelto MDL. The hearing was set requiring Plaintiffs' counsel in the referenced cases to appear via conference call and show cause as to why the fees have not been paid. Counsel in the above referenced cases failed to appear and an order was issued for Plaintiff's counsel to show cause why they should not be held in contempt and fined or incarcerated for failure to appear. Robin Treto or another attorney of Diez-Arguelles and Tejedor, representing plaintiffs in cases 15-5186, 15-5191, 15-5194, 15-5226, 15-5424, and 15-5426, was ordered to appear on January 3, 2018 at 9:00 a.m. in the Chambers of Judge Eldon E. Fallon to show cause why they should not be held in contempt and fined or incarcerated for failure to appear. A notice of this hearing was sent to the Diez-Arguelles and Tejedor law firm.

On January 3, 2018, neither Robin Treto nor any other representative of the Diez-Arguelles and Tejedor law firm appeared or contacted the Court. See attached transcript of the January 3, 2018 hearing. It is the understanding of the Court that Robin Treto may be no longer with the Diez-Arguelles and Tejedor law firm. Therefore, the Court ordered a representative of

[2]

the Diez-Arguelles and Tejedor law firm to advise the Court in writing whether Robin Treto was notified of the December 12, 2017 hearing and how this notification was done.

The Court received the attached correspondence from the Diez-Arguelles Law Firm and was notified by Robin Treto that he no longer works at Diez-Arguelles. The Court finds this response satisfactory and resolves the matter. Therefore,

**IT IS ORDERED** that cases 15-5186, 15-5191, 15-5194, 15-5226, 15-5424, and 15-5426 are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 23rd day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE

CC: Diez-Arguelles and Tejedor
    505 North Mills Avenue
    Orlando, FL 32803



# DIEZ - ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*

505 N. Mills Ave
Orlando, FL 32803
Phone: (407) 705 2880

*Board Certified Trial Attorneys

Please Reply To Orlando Office

www.theorlandolawyers.com

3705 N. Himes Ave
Tampa, FL 32703

Toll Free: (888) 888-3773
Fax: (888) 611-7679

3132 Ponce de Leon Blvd
Miami, FL 33134

January 10, 2018

**VIA FAX ONLY 504-589-6966**
Honorable Eldon E. Fallon
Eastern District of Louisiana
United States District Court
500 Poydras Street - Room C456
New Orleans, LA 70130

    RE:    **Xeralto Products Liability Litigation**
            **MDL No.: 2592**
            **Cases: 15-5186, 15-5191, 15-5194, 15-5226, 15-5424, 15-5426**

Honorable Judge Fallon:

    This letter is in regard to the Order entered on January 3, 2018, with reference to the above cases. Undersigned counsel would first apologize to the Honorable Court for any inconvenience and delay caused. We did not have notice of the pleading or hearings. It appears notice may have been sent to an attorney who no longer is with the firm. I am working now on getting to the bottom of the matter. I have contacted Robin Treto and will resolve the matter immediately. Upon receiving the Court's latest Order, counsel's office immediately set to resolve any payment issues in these cases. We have paid the filing fees on the above-referenced cases and are attaching the receipts hereto. At this time, I am in trial before Honorable Judge Karen Gievers in a three week case in Leon County in the *JAMES W. GUSTAFSON, as Trustee of the KHALEYA BAILEY-JONES Special Needs Trust; and ALLEA BAILEY, the natural parent of KHALEYA BAILEY-JONES, a minor, vs. TALLAHASSEE MEMORIAL HEALTHCARE, INC. d/b/a TALLAHASSEE MEMORIAL HOSPITAL; ALEXANDER D. BRICKLER, MD; MANOJ MATTHEW, MD; DONNA M. RUSCHER, ARNP-CNM; DEBORAH NEVILLE, RN; and KELLY BASS, RN, Case no.: 2015-CA-001336*. I would respectfully request the Court allow us a five minute hearing to update the Court on the status of the cases and ensure the Court that our office will remedy all matters immediately. I will take a break from my trial when most convenient to the Court.

    I can be reached on my cell at 321-438-7004.

Counsel would respectfully request the Court to not hold them in contempt, subject to incarceration. Again, we apologize for this inconvenience.

Sincerely,

Carlos Diez Arguelles

CRDA/mb

Enc.  Notice of Electronic filing fees paid Case # 15-5186
      Notice of Electronic filing fees paid Case # 15-5191
      Notice of Electronic filing fees paid Case # 15-5194
      Notice of Electronic filing fees paid Case # 15-5226
      Notice of Electronic filing fees paid Case # 15-5424
      Notice of Electronic filing fees paid Case # 15-5426

## Other Documents
2:15-cv-05186-EEF-MBN Farinas v. Janssen Research & Development, LLC et al

SEVERED_CLAIM,XARELTO

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Tejedor, Maria on 1/9/2018 at 3:05 PM CST and filed on 1/9/2018

**Case Name:** Farinas v. Janssen Research & Development, LLC et al
**Case Number:** 2:15-cv-05186-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Arsenio Farinas re [1] Complaint, (Filing fee $ 400 receipt number 053L-6588188) (Tejedor, Maria)**

**2:15-cv-05186-EEF-MBN Notice has been electronically mailed to:**

**2:15-cv-05186-EEF-MBN Notice has been delivered by other means to:**

Arsenio Farinas
2775 West Okeechobee Road
#140
Hialeah, FL 33010

## Other Documents
2:15-cv-05191-EEF-MBN Morale v. Janssen Research & Development, LLC et al

SEVERED_CLAIM,XARELTO

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Tejedor, Maria on 1/9/2018 at 3:09 PM CST and filed on 1/9/2018

**Case Name:** Morale v. Janssen Research & Development, LLC et al
**Case Number:** 2:15-cv-05191-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Aurea Morales re [1] Complaint, (Filing fee $ 400 receipt number 053L-6588383) (Tejedor, Maria)**

**2:15-cv-05191-EEF-MBN Notice has been electronically mailed to:**

Robin Treto    robin.treto@gmail.com, courtservice@theorlandolawyers.com, mail@theorlandolawyers.com

**2:15-cv-05191-EEF-MBN Notice has been delivered by other means to:**

## Other Documents

2:15-cv-05194-EEF-MBN Maldonado v. Janssen Research & Development LLC, et al

SEVERED_CLAIM,XARELTO

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Tejedor, Maria on 1/9/2018 at 3:12 PM CST and filed on 1/9/2018

**Case Name:** Maldonado v. Janssen Research & Development LLC, et al
**Case Number:** 2:15-cv-05194-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Bernardo Maldonado re [1] Complaint, (Filing fee $ 400 receipt number 053L-6588419) (Tejedor, Maria)**

### 2:15-cv-05194-EEF-MBN Notice has been electronically mailed to:

Robin Treto    robin.treto@gmail.com, courtservice@thcorlandolawyers.com, mail@thcorlandolawyers.com

### 2:15-cv-05194-EEF-MBN Notice has been delivered by other means to:

## Other Documents
2:15-cv-05226-EEF-MBN Zouian v. Janssen Research & Development, LLC et al

SEVERED_CLAIM,XARELTO

### U.S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Tejedor, Maria on 1/9/2018 at 3:15 PM CST and filed on 1/9/2018

**Case Name:** Zouian v. Janssen Research & Development, LLC et al
**Case Number:** 2:15-cv-05226-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Jose Zouian re [1] Complaint,,, (Filing fee $ 400 receipt number 053L-6588440) (Tejedor, Maria)**

**2:15-cv-05226-EEF-MBN Notice has been electronically mailed to:**

Robin Treto    robin.treto@gmail.com, courtservice@theorlandolawyers.com, mail@theorlandolawyers.com

**2:15-cv-05226-EEF-MBN Notice has been delivered by other means to:**

## Other Documents
2:15-cv-05424-EEF-MBN Hernandez v. Janssen Research & Development LLC, et al

SEVERED_CLAIM,XARELTO

### U.S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Tejedor, Maria on 1/9/2018 at 3:17 PM CST and filed on 1/9/2018
**Case Name:** Hernandez v. Janssen Research & Development LLC, et al
**Case Number:** 2:15-cv-05424-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Tatiana Martinez-Hernandez re [1] Complaint, (Filing fee $ 400 receipt number 053L-6588461) (Tejedor, Maria)**

**2:15-cv-05424-EEF-MBN Notice has been electronically mailed to:**

Robin Treto    robin.treto@gmail.com, courtservice@theorlandolawyers.com, mail@theorlandolawyers.com

**2:15-cv-05424-EEF-MBN Notice has been delivered by other means to:**

## Other Documents

2:15-cv-05426-EEF-MBN Betancourt v. Janssen Research & Development LLC et al

SEVERED_CLAIM,XARELTO

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Tejedor, Maria on 1/9/2018 at 3:19 PM CST and filed on 1/9/2018

**Case Name:** Betancourt v. Janssen Research & Development LLC et al
**Case Number:** 2:15-cv-05426-EEF-MBN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Teresa Betancourt re [1] Complaint,, (Filing fee $ 400 receipt number 053L-6588473) (Tejedor, Maria)**

2:15-cv-05426-EEF-MBN Notice has been electronically mailed to:

2:15-cv-05426-EEF-MBN Notice has been delivered by other means to:

Teresa Betancourt
6083 SW 154 Ct.
Miami, FL 33193