UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS LIABILITY
LITIGATION

MDL

NO. 2592

REF: C.A. 15-3469 – Mingo v. Janssen, et al

SECTION: L (5)

**FOR TRIAL EXHIBITS**

A Notice of Appeal has been filed in this case.  Within 14 days, unless the Court directed that the exhibit be placed under seal in the record, all trial exhibits either admitted into evidence or proffered for appeal purposes will be filed and docketed in the court's Case Management/Electronic Case Filing system and the unsealed exhibits will be accessible by all case participants and court users.  If a request is received by the Clerk's Office from any member of the public to view an unsealed trial exhibit, the Clerk's Office will adjust the restriction level in CM/ECF to public and the unsealed trial exhibit will be accessible remotely by any person having PACER access or through the public terminals in the courthouse.

Accordingly, it is the responsibility of all counsel of record and pro se parties to review all trial exhibits admitted into evidence or proffered to determine whether the unsealed trial exhibit contains information such as Social Security or taxpayer-identification numbers, dates of birth, names of minor children, financial account numbers, and, in criminal cases, home addresses, which must be redacted pursuant to Federal Rule of Appellate Procedure 25(a)(5), Federal Rule of Civil Procedure 5.2, Federal Rule of Criminal Procedure 49.1, or Federal Rule of Bankruptcy Procedure 9037, as applicable.  If the admitted or proffered trial exhibit contains such information, it is the responsibility of counsel of record or the pro se party to provide a redacted version of the exhibit in .pdf format on a compact disc (CD) marked as "Redacted Exhibits" to the Clerk's Office through this section's case manager no later than 14 days after the filing of the Notice of Appeal.

In addition, within 14 days after the filing of a Notice of Appeal, if the admitted or proffered trial exhibit contains information which is otherwise sensitive, but the trial exhibit was not received under seal, counsel or the pro se party may file a motion seeking to redact the sensitive information and, if granted, counsel or the pro se party shall provide to the Clerk's Office a redacted version of the trial exhibit in .pdf format on a compact disc (CD) marked as "Redacted Exhibits" for filing in the electronic court record through CM/ECF.

If the parties do not file a redacted version of a trial exhibit in accordance with the Federal Rules cited above, or do not file a motion to submit a redacted exhibit, within 14 days after the filing of a Notice of Appeal the trial exhibit will be filed and docketed into the CM/ECF filing system as admitted into evidence or proffered at the trial or hearing.

**The duty to review trial exhibits for sensitive information and redact information from the exhibits in accordance with the Federal Rules of Appellate, Civil, Criminal, and Bankruptcy Rules is that of counsel and pro se parties.  The Court and the Clerk's Office have no responsibility to review trial exhibits prior to filing and docketing the exhibits into CM/ECF.**

Pursuant to the Eastern District's Administrative Procedures for Electronic Case Filings, an exhibit submitted as a PDF document to be filed via ECF shall not exceed 10 Mb in size.  Any lengthy exhibit submitted as a PDF document to be filed via ECF shall be divided into PDF documents not to exceed 10 Mb in size.

**Notice Distributed this  23rd    day of  January , 2018.**

**BY:  Dean Oser, Deputy Clerk**