## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | **MDL No. 2592**<br><br>**SECTION L** |
| SUSANNA L. BRADY | : : | |
| Plaintiff | : : | **JUDGE ELDON E. FALLON** |
| v. | : : | **MAGISTRATE JUDGE NORTH** |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JOHNSON & JOHNSON, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC., BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER PHARMA AG, BAYER AG, BAYER HEALTHCARE LLC, BAYER HEALTHCARE PHARMACEUTICALS INC., AND FICTITIOUS DEFENDANTS 1-100, | : : : : : : : : : : : | **Civil Action No.: 2:17-CV-05541**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**THE DILORENZO LAW FIRM, LLC**
By: _____
Joel L. DiLorenzo
505 20th Street North
Suite 1275
Birmingham, AL 35203
Tel: (205) 212-9988
joel@dilorenzo-law.com

Attorneys for Plaintiff
Dated: November 22, 2017

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Janssen Ortho LLC, and Johnson & Johnson
Dated: November 22, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: November 22, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: November 22, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 22, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James B. Irwin