UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-6799 |

THIS DOCUMENT RELATES TO:
*GENTRY W INSTEAD as the Proposed Personal Representative o/b/o*
*His deceased mother, Carrie Winstead. JANSSEN PHARMACEUTICALS, INC., et al*
*No. 2:17-cv-6799*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes William Rivera-Alvarez for the Plaintiff and moves this Honorable Court for an order substituting Gentry Winstead on behalf of his deceased mother, Carrie Winstead, for the following reasons:

1.  On July 17, 2017 Carrie Winstead filed a Complaint in the above referenced matter.

2.  On September 7, 2017 Carrie Winstead passed away.

3.  Her son, Gentry Winstead, later notified Plaintiff's counsel of his mother's passing and his interest in continuing her behalf.

4.  Statement noting a party's death was submitted to this Honorable Court on January 12, 2018.

5.  The decedents son, Gentry Winstead, is the Proper Plaintiff and wishes to be substituted on behalf of Carrie Winstead, in this case.

Wherefore, movant prays for said substitution.

Respectfully submitted this 24th day of January 2018.

                                    /s/ William Rivera-Alvarez  
                                    William Rivera-Álvarez  
                                    Puerto Rico Bar No. 19578  
                                    USDCPR No. 304111  
                                    LAW OFFICE OF  
                                    CHRISTOPHER K. JOHNSTON, LLC  
                                    268 Ave. Ponce de Leon Hato Rey Center  
                                    San Juan, Puerto Rico 00917  
                                    Tel: (844) 345-3784  
                                    Fax: (844) 644-1230  
                                    william@masstortslaw.com


                                    /s/ Christopher K. Johnston  
                                    Christopher K. Johnston  
                                    California Bar No. 261474  
                                    LAW OFFICE OF  
                                    CHRISTOPHER K. JOHSTON, LLC  
                                    268 Ave. Ponce de Leon Hato Rey Center  
                                    San Juan, Puerto Rico 00917  
                                    Tel: (844) 345-3784  
                                    Fax: (844) 644- 1230  
                                    kyle@masstortslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)