UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No: 2:17-cv-6799 ) |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
**GENTRY WINSTEAD o/b/o**
**His deceased mother, Carrie Winstead v. JANSSEN PHARMACEUTICALS, INC., et al**
**No. 2:17-cv-6799**

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Gentry Winstead, on behalf of his deceased mother, Carrie Winstead, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Juge