IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TELESIA A. MACKEY, individually and as Representative of the ESTATE OF BENNIE MILLER, <br><br> Plaintiff <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC <br>   f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, <br> JANSSEN ORTHO LLC, <br> JANSSEN PHARMACEUTICALS, INC. <br>   f/k/a JANSSEN PHARMACEUTICA INC. <br>   f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., <br> JOHNSON & JOHNSON COMPANY <br> BAYER HEALTHCARE PHARMACEUTICALS, INC., <br> BAYER PHARMA AG, BAYER CORPORATION, <br> BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, <br> and BAYER AG <br><br> Defendants | MDL 2592 <br><br> Section: L <br><br> Judge: Eldon E. Fallon <br><br> Mag. Judge: Michael North <br><br> Case No: 2:16-cv-13580-EEF-MBN |

## SUGGESTION OF DEATH AND
## MOTION TO SUBSTITUTE PROPER PARTY

TO THE HONORABLE JUDGE OF THE COURT:

Telesia A. Mackey, Administrator of the Estate of Bennie Miller, Intervenor herein, files this

Suggestion of Death and Motion to Substitute Proper Party and shows the Court:

1.      Bennie Miller, deceased herein, died on 11/10/2016. Telesia A. Mackey received her Letters of Independent Administration as Administrator of the Estate of Bennie Miller on 1/12/2018. (See attached, Exhibit A).

2.      Under Fed. R. Civ. P. 25(a)(2), Telesia A Mackey, as Executor of the Estate of Bennie Miller, should be substituted as the proper party for the decedent.

WHEREFORE, Telesia A Mackey requests the Court substitute, Telesia A Mackey, Administrator of the Estate of Bennie Miller, as Intervenor in this case and that Intervenor recover such other and further relief as to which she may be justly entitled.

Respectfully submitted,

By: ___/s/ David B. Vermont___
David B. Vermont, Esq.
HELMSDALE LAW, LLP
6 Consultant Place, Suite 100-A
Durham, N.C. 27707-3598
(424) 249-7942
(424) 249-7990 (FAX)
dvermont@helmsdalelaw.com

Attorney for Intervenor

DATED: January 24, 2018