MINUTE ENTRY
FALLON, J.
JANUARY 24, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            MDL NO. 2592
      PRODUCTS LIABILITY LITIGATION

                              SECTION: L

THIS DOCUMENT RELATES TO:                JUDGE FALLON
Various Cases                            MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Sindhu Daniel, Esq. and Lenny Davis, Esq. for Plaintiffs
              Jessica Brennan, Esq. and John Olinde, Esq. for Defendants
              Dianna Albini, Esq., by phone for certain Plaintiffs
              Barrett Beasley, Esq., by phone for certain Plaintiffs
              Marty Mason, Esq., by phone for certain Plaintiffs
              Pam McLemore, Esq., by phone for certain Plaintiffs

**<u>Show Cause Hearing:</u>**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone.

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:    :22