**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*JIMMIE THOMAS v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:17-cv-07655-EEF-MBN**

**NOTICE AND SUGGESTION OF DEATH**

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Jimmie Thomas, files

this Suggestion of Death upon the Record.  Plaintiff Jimmie Thomas departed this world

on or about September 17, 2017 during the pendency of this civil action.

Dated: January 25, 2018          Respectfully submitted,

         **WATTS GUERRA LLP**
         */s/ Paige N. Boldt*_____
         Paige N. Boldt
         TX State Bar No. 24082626
         5726 W. Hausman Rd., Suite 119
         San Antonio, TX 78249
         pboldt@wattsguerra.com
         (210) 448-0500
         (210) 448-0501 (Fax)

         *Attorney for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The hereby certify that on January 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Paige N. Boldt*_____

Paige N. Boldt

SUGGESTION OF DEATH