UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) <br> ) Civil Action No: <u>2:18-cv-215</u> <br> ) |

**<u>STATEMENT NOTING A PARTY'S DEATH</u>**

THIS DOCUMENT RELATES TO:
Emma Jean Shockley o/b/o
Her deceased husband, Freddie F. Shockley v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:18-cv-215

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Emma Jean Shockley, notes the death before pendency of this action of Plaintiff Freddie F. Shockley on June 13th, 2017.

<u>/s/ David B. Owen Jiménez</u>
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
268 Ponce de Leon Ave., Hato Rey Center Ste. 1023
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)