## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*JOSEPH KRYNAK v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-15185-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Joseph Krynak, files this Suggestion of Death upon the Record. Plaintiff Joseph Krynak departed this world on or about July 9, 2017 during the pendency of this civil action.

Dated: January 25, 2018

Respectfully submitted,

**WATTS GUERRA LLP**
 /s/ *Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

The hereby certify that on January 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson