UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION:  L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Elida Ramirez v. Janssen Research & Development LLC, et al; No. 2:17-cv-08702*

**PLAINTIFF'S MOTION FOR EXTENTION OF TIME WITHIN WHICH
TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG AND
BAYER HEALTHCARE PHARMACEUTICALS, INC. PURSUANT TO PTO 10**

COMES NOW Counsel for Plaintiff in the above matter and respectfully moves the Honorable Court for an extension of time within which to serve process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. pursuant to PTO 10. In support of said Motion, Plaintiff submits her Memorandum in Support being contemporaneously filed with this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully request that this Court enter an Order granting an extension of time within which to serve process.

Dated:  January 25, 2018.

Respectfully submitted,


s/ Michael T. Gallagher
MICHAEL T. GALLAGHER
 (Texas Bar #07586000)
THE GALLAGHER LAW FIRM LLC
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile (713) 222-0066
mike@gld-law.com


**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


s/ Michael T. Gallagher
Michael T. Gallagher