**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



October 30, 2017

<u>Via Electronic Mail</u> (mike@gld-law.com)

Michael T. Gallagher
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098

    Re:    Elida Ramirez v. Janssen Research & Development LLC, et al., Civil Action No. 2:17-cv-08702 (E.D. La.)

Dear Mr. Gallagher:

    This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer HealthCare Pharmaceuticals Inc. has received the Complaint and Summons in the above-captioned case. This attempt at service is not effective since the Summons was not issued by the Clerk of the Court. The Federal Rules of Civil Procedure require that a summons be issued by the Clerk of the Court.

    The informal service process established under Section II.C of Pre-Trial Order No. 10 ("PTO 10") in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN), does not eliminate the requirement that a summons be served in a format in accordance with the Federal Rules.

    If you wish to serve Bayer HealthCare Pharmaceuticals Inc. under PTO 10, then you must contemporaneously send the Complaint and Summons, issued by the Clerk of the Court, to Bayer HealthCare Pharmaceuticals Inc. by Certified Mail, Return Receipt Requested.

Sincerely,

Lindy D. Brown



EXHIBIT A

**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



November 10, 2017

<u>Via Electronic Mail</u> (mike@gld-law.com)

Michael T. Gallagher
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, TX 77098

Re: Elida Ramirez v. Janssen Research & Development LLC, et al., Civil Action No. 2:17-cv-08702 (E.D. La.)

Dear Mr. Gallagher:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG has received the Complaint and Summons in the above–captioned case. This attempt at service is not effective since the Summons was not issued by the Clerk of the Court. The Federal Rules of Civil Procedure require that a summons be issued by the Clerk of the Court. We are returning the documents to you.

The informal service process established under Section II.C of Pre-Trial Order No. 10 ("PTO 10") in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN), does not eliminate the requirement that a summons be served in a format in accordance with the Federal Rules.

If you wish to serve Bayer Pharma AG under PTO 10, then you must contemporaneously send the Complaint and Summons, issued by the Clerk of the Court, to Bayer Pharma AG by Registered Mail, Return Receipt Requested.

PTO 10 requires that plaintiffs make service on Bayer Pharma AG under PTO 10 within 60 days of docketing of the Complaint in the MDL. Bayer Pharma AG will accept corrected service in this matter without regard to the 60-day period if the corrected service is post-marked within 10 days of the date of this letter.

Sincerely,

Lindy D. Brown