# Lisa Kruse

| | |
|---|---|
| **From:** | Lisa Kruse |
| **Sent:** | Wednesday, January 10, 2018 2:30 PM |
| **To:** | 'McCollum, Maegan' |
| **Cc:** | Tara Seidenberg; Inquiries, Xarelto; Brown, Lindy |
| **Subject:** | RE: New Unserved Complaint Notice– MDL 2592 |
| **Attachments:** | File Stamped Issued Summons.pdf |

Ms. McCollum-

Well, I certainly see the issue now. My apologies. We did get the summons issued at the time of filing, and I have attached same. Due to inadvertent clerical error, the *filed* summons were erroneously provided with the service documents rather than the *issued* summons.

I also apologize that I did not receive copies of your letters dated November 10, 2017 and October 30, 2017. It appears that those were forwarded to Mr. Gallagher's email address and those emails were mistakenly overlooked and not forwarded to me as he unfortunately gets hundreds of daily emails.

Would you be willing to allow us to attempt corrected service in light of these administrative errors? We have successfully and timely served hundreds of Complaints in this litigation on your clients without issue and would greatly appreciate your professional courtesy in allowing us to attempt re-service without seeking Court intervention. Thank you so much and I look forward to hearing from you.

Lisa Kruse, Paralegal
The Gallagher Law Firm LLC
2905 Sackett Street
Houston, TX 77098
(713) 222-8080

---

**From:** McCollum, Maegan [mailto:mmccollum@bradley.com]
**Sent:** Tuesday, January 09, 2018 11:55 AM
**To:** Lisa Kruse <Lisak@gld-law.com>
**Cc:** Tara Seidenberg <Taras@gld-law.com>; Inquiries, Xarelto <XareltoMDL2592-PFSInquiries@bradley.com>; Brown, Lindy <lbrown@bradley.com>
**Subject:** RE: New Unserved Complaint Notice– MDL 2592

Hi, Lisa –

No Bayer defendants have been properly served. Please see the attached letters from Lindy Brown that were sent to Michael T. Gallagher on November 10, 2017 and October 30, 2017 rejecting the attempted service on BPAG and BHCP.

Best regards,
Maegan



**Maegan A. McCollum**
Attorney



1

e: mmccollum@bradley.com w: bradley.com
d: 205.521.8885 f: 205.488.6885
Bradley Arant Boult Cummings LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

**From:** Lisa Kruse [mailto:Lisak@gld-law.com]
**Sent:** Tuesday, January 02, 2018 12:24 PM
**To:** Inquiries, Xarelto <XareltoMDL2592-PFSInquiries@bradley.com>
**Cc:** Tara Seidenberg <Taras@gld-law.com>
**Subject:** FW: New Unserved Complaint Notice– MDL 2592
**Importance:** High

[External Email]

Dear Sir/Madam-

We received the below email notification from the MDL that this lawsuit had not been served on Bayer.

Please see attached service letters with confirmation of delivery.

Please confirm receipt of this email and service. Thank you.

Lisa Kruse
The Gallagher Law Firm LLC
2905 Sackett Street
Houston, TX 77098
(713) 222-8080


**Administrator** [mailto:noreply@mdlcentrality.com]
**Sent:** Friday, December 22, 2017 4:50 PM
**To:** Tara Seidenberg
**Subject:** New Unserved Complaint Notice– MDL 2592
**Importance:** High

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that this lawsuit has not been served on Bayer. As no lawsuit has been served, the submission of this Plaintiff Fact Sheet does not result in the creation of a deadline for submission of a Defendant Fact Sheet by the unserved Defendant(s). If the lawsuit is served, any applicable deadlines will run from the date of service.

|    | Plaintiff ID | Name | Law Firm | Date Filed |
|----|---|---|---|---|
| 1. | 23634 | RAMIREZ, ELIDA | The Gallagher Law Firm LLP | 12/22/2017 |

If you have questions regarding this notice, those inquiries should be directed to: XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants' right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Documents button to view a pdf copy of this Notice.

2

MDL Centrality Administrator
BROWNGREER PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Elida Ramirez )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 2:17-cv-08702 L (5)
)
JANSSEN RESEARCH & DEVELOPMENT, LLC )
FKA J&J PHARMA R&D LLC, JANSSEN ORTHO, )
JANSSEN PHARMACEUTICALS, JOHNSON & )
JOHNSON, BAYER HCP, BAYER PHARMA AG, ET )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL T. GALLAGHER
THE GALLAGHER LAW FIRM PLLC
2905 SACKETT STREET
HOUSTON TX 77098

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

William W. Blevins
Name of clerk of court

Date: ___Oct 16 2017___        _____
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-08702 L (5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Elida Ramirez <br><br> *Plaintiff(s)* <br> v. <br> JANSSEN RESEARCH & DEVELOPMENT, LLC <br> FKA J&J PHARMA R&D LLC, JANSSEN ORTHO, <br> JANSSEN PHARMACEUTICALS, JOHNSON & <br> JOHNSON, BAYER HCP, BAYER PHARMA AG, ET <br> *Defendant(s)* | Civil Action No. 2:17-cv-08702 L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Pharma AG
c/o Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MICHAEL T. GALLAGHER
THE GALLAGHER LAW FIRM PLLC
2905 SACKETT STREET
HOUSTON TX 77098

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

William W. Blevins
Name of clerk of court

Date: Oct 16 2017

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-08702 L (5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc: