UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION:  L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Elida Ramirez v. Janssen Research & Development LLC, et al; No. 2:17-cv-08702*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on **Wednesday, February 14, 2018 at 9:00 a.m.**,

Plaintiff Elida Ramirez' Motion for an Extension of Time Within Which to Serve Process on

Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. will be presented to

the Court for ruling without the necessity of an oral hearing.

DATED:  January 25, 2018

Respectfully submitted,

s/ Michael T. Gallagher
MICHAEL T. GALLAGHER
 (Texas Bar #07586000)
THE GALLAGHER LAW FIRM LLC
2905 Sackett Street
Houston, TX 77098

1

Telephone: (713) 222-8080
Facsimile (713) 222-0066
mike@gld-law.com


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties  or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.



<u>s/ Michael T. Gallagher</u>
Michael T. Gallagher


2