**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *Ronald Helgeson, Sr. v. Janssen Ortho, LLC, et al.*, 2:15-cv-06659 | : : | MAG. JUDGE MICHAEL B. NORTH |

**ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record, R. Doc. 8431,

**IT IS HEREBY ORDERED** that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. are withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER** ORDERED that attorney Kelly A. Fitzpatrick of Ventura Law is substituted as the Plaintiff's attorney of record in MDL No. 2592 and member case *Helgeson*, 2:15-cv-06659.

New Orleans, Louisiana this 24th day of January, 2018

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**