UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dolly A. Stevens and Walter Stevens v. Janssen Research & Development LLC, et al.*
CA# 2:16-cv-173

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8440, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Walter Stevens, on behalf of decedent, Dolly A. Stevens, is substituted for Plaintiff Dolly A. Stevens as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE