**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Shirley Blankenship v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-2468

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8441, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Nanci Weber, daughter of Shirley Blankenship, is substituted for Plaintiff Shirley Blankenship as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE