UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lois Wilson v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-5664

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8450, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Larry Wilson, Sr., husband of Lois Wilson, is substituted for Plaintiff Lois Wilson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE