UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gentry Winstead as the Proposed Personal Representative o/b/o His deceased mother, Carrie Winstead v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:17-cv-6799

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8471, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Gentry Winstead, on behalf of his deceased mother, Carrie Winstead, is substituted for Plaintiff Carrie Winstead as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 25th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE