# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMBER GUEVARA and JASON GUEVARA, | MDL NO. 2592 |
| Plaintiffs. | JUDGE: ELDON E. FALLON |
| | SECTION: L |
| v. | MAG. JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTH LLC, JANSSEN PHARMACEUTICAL, INC. F/K/A JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA INC, F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER HEALTHCARE LLC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, AND BAYER AG, | CIVIL ACTION NO. 2:17-cv-7908 |
| Defendants. | |

## ORDER GRANTING
## MOTION TO FILE SECOND AMENDED COMPLAINT

This matter having come before the Court on the Motion for Leave to File Amended Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiffs, Amber Guevara and Jason Guevara's Motion to Amend Complaint is GRANTED. Plaintiff is hereby granted leave to file the Second Amended

Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the Second Amended Complaint into the records of this matter.

      Entered this _____ day of _____, 2017 into the United States Eastern District Court of Louisiana.

                                          HONORABLE DISTRICT JUDGE ELDON E. FALLON