```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*****************************************************************
IN RE:  XARELTO (RIVAROXABAN)           MDL 2592 "L"
PRODUCTS LIABILITY LITIGATION

                                        AUGUST 4, 2016


THIS DOCUMENT RELATES TO                JUDGE ELDON E. FALLON
ALL CASES

                                        MAG. JUDGE MICHAEL NORTH

*****************************************************************

                    TRANSCRIPT OF STATUS CONFERENCE
               HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS'             MR. LEONARD A. DAVIS
LIAISON COUNSEL:                Herman, Herman & Katz, LLC
                                820 O'Keefe Avenue
                                New Orleans, LA  70113



                                MR. GERALD EDWARD MEUNIER
                                Gainsburgh, Benjamin, David,
                                   Meunier & Warshauer
                                Energy Centre
                                1100 Poydras Street
                                Suite 2800
                                New Orleans, LA  70163-2800


PLAINTIFFS STATE                MS. DAWN BARRIOS
LIAISON COMMITTEE               Barrios Kingsdorf &
CHAIR:                             Casteix, LLP
                                701 Poydras Street
                                Suite 3650
                                New Orleans, LA  70139
```



```
                1   proceed this coming Monday; strikes will take place Tuesday;
                2   and then on Wednesday Your Honor will make selections of the
                3   cases that will be tried on the four bellwether trials set for
                4   next year.
09:31AM         5           THE COURT:  As counsel mentioned, we have four
                6   bellwether trials -- two in Louisiana and one in Mississippi
                7   and one in Texas.  We will soon be finalizing those next week
                8   and going forward with those.
                9               I also need to talk with counsel to take care of
09:32AM        10   the possibility that during the process, if the past is any
               11   indication, some of them can get right up to trial and, like
               12   we've all been conscious of in other cases, they settle.  So
               13   what do we do at that point?  So I want you to be thinking of
               14   that.
09:32AM        15               There's a couple of ways of dealing with it.  We
               16   can have some in reserve to fill in, or we can take the next
               17   one up.  But we need some process involved in that type
               18   situation so that we just don't exhaust ourselves on the
               19   pretrial aspect of the bellwether case and then settle at the
09:32AM        20   courthouse gate and then what do we do at that point?
               21               So I'm interested and I'm not going to make any
               22   decision on it, but I want you-all to be thinking about it in
               23   the event -- Yes, Susan?
               24           MS. SHARKO:  We'll certainly talk to the plaintiffs
09:33AM        25   about it, but I don't see that there is any prospect of
```

```
 1              settlement of this litigation.
 2                   THE COURT:  Okay.
 3                   MR. MEUNIER:  That move-up-in-line solution,
 4              Your Honor, too, might be curtailed to some extent given that
 5              the first two cases are Louisiana and the next two are not.
 6                   THE COURT:  Keep an eye on it in any event so that we
 7              will at least think about it.  Okay.
 8                   MR. MEUNIER:  Nothing further to discuss in Section 3
 9              of the report dealing with bellwether selections.
10                        In Section 4, we mention the Counsel Contact
11              Information Form that is required; and Lenny Davis and I
12              continue to encourage counsel to please be diligent in filling
13              out those forms so that we can maintain an accurate inventory
14              of counsel.
15                        Under Section 5, Plaintiff Fact Sheets,
16              Your Honor, as you know, we continue with a process, which I
17              think has proven helpful, whereby the untimeliness and/or
18              deficiency of Plaintiff Fact Sheets can be addressed first by
19              counsel once we get a list of cases from the defendant and then
20              that allows us to work on those issues among ourselves before
21              having to present them to the Court.  And, again, that process
22              is continuing.
23                        Nothing further to report in the Defendant Fact
24              Sheet reference at Section 6.
25                        Section 7 of the Joint Report at Page 8 refers to
```