UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Wanda McGovern v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:17-cv-01761

### PLAINTIFF'S JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, the Plaintiff herein, and files this, the Plaintiff's Motion for Withdrawal and Substitution of Counsel, and respectfully show to this Court as follows:

The Plaintiff requests that attorney Kevin P. O'Connor of Swartz & Swartz, P.C., 10 Marshall Street Boston, MA 02108 be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *McGovern,* 2:17-cv—1761, as he has left the firm.

The Plaintiff further requests the substitution of attorney James A. Swartz of Swartz & Swartz, P.C., 10 Marshall Street Boston, MA 02108.

Attorney James A. Swartz has conferred with attorney Kevin P. O'Connor and represents to this Court that attorney Kevin P. O'Connor consents to this Motion.

WHEREFORE, the Plaintiff respectfully requests that attorney Kevin P. O'Connor be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *McGovern,* 2:17-cv-01761, and that attorney James A. Swartz be substituted therefor.

Respectfully submitted,

/s/ James A. Swartz
James A. Swartz (556920)
Swartz & Swartz, P.C.
10 Marshally Street
Boston, MA 02108
T: 617.947.1900
F: 617.367.7193
jswartz@swartzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, a copy of the foregoing Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ James A. Swartz*
James A. Swartz (556920)
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
T: 617.947.1900
F: 617.367.7193
jswartz@swartzlaw.com