UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
   *Wanda McGovern v. Janssen Research & Development, LLC, et al.*
   LAED USDC Case No. 2:17-cv-01761

ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorney Kevin P. O'Connor, of Swartz & Swartz, P.C. is withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorney James A. Swartz of Swartz & Swartz, P.C. is substituted as the Plaintiff's attorney of record in MDL No. 2592 and member case McGovern, 2:17-cv-01761.

New Orleans, Louisiana this _____day of _____, 2018.

                                                                                 _____
                                                                                 Honorable Eldon E. Fallon