UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
  *Wanda McGovern v. Janssen Research & Development, LLC, et al.*
  LAED USDC Case No. 2:17-cv-01761

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel in the above-listed action, through the undersigned counsel, will be submitted to the Court on Wednesday February 14, 2018 at 9:00a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated: January 26, 2018                                            Respectfully submitted,

                                                                                    _/s/ James A. Swartz_____
                                                                                    James A. Swartz (556920)
                                                                                    Swartz & Swartz, P.C.
                                                                                    10 Marshall Street
                                                                                    Boston, MA 02108
                                                                                    T: 617.742.1900
                                                                                    F: 617.367.7193
                                                                                    jswartz@swartzlaw.com
                                                                                    *Attorney for Plaintiff Wanda McGovern*

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, a copy of the foregoing Plaintiff's Notice of Submission was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ James A. Swartz