# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMBER GUEVARA and JASON GUEVARA, ) | |
| ) | MDL NO. 2592 |
| Plaintiffs. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:17-cv-7908 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT (WITH CONSENT)

Plaintiffs, Amber Guevara and Jason Guevara, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, hereby seek to amend the Complaint by changing the date of injury of November 17, 2015 for Plaintiff Amber Guevara, to reflect the injury date of November 17, 2016 in the body of the Complaint. Specifically, in the "Plaintiffs' Specific Allegations" section.

Plaintiffs Amber Guevara and Jason Guevara's initial Complaint was filed via LAED CM/ECF on August 16, 2017 and service was executed thereafter on August 22, 2017. Plaintiffs' First Amended Complaint was subsequently filed on October 2, 2017.

Plaintiffs' counsel conferred with defense counsel and there is no opposition to this motion, as stated on the attached exhibit "A". Further, defendants will not be prejudiced by Plaintiffs' amended complaint. Thus, Plaintiffs respectfully request this Motion for Leave to Amend the Complaint is granted.

Dated: January 25, 2017

Respectfully submitted,

SWMW Law, LLC

By: /s/Stephen B. Wohlford
    Benjamin R. Schmickle, #6270568
    Stephen B. Wohlford, #IL6287698
    701 Market Street, Suite 1000
    St. Louis, MO 63101
    (314) 480-5180
    (314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**