## Mica Harris

**From:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Sent:** Thursday, January 18, 2018 9:11 AM
**To:** Melanie Schmickle
**Cc:** Mica Harris; Tara King
**Subject:** RE: Amber Guevera USDC-EDLA 2:17-cv-7908



Hi Melanie,

Apologies for my delay in getting back to you. Counsel for Janssen and Bayer do not object to the filing of this Motion. Thanks.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax

### IRWIN FRITCHIE URQUHART & MOORE LLC
COUNSELORS AT LAW

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Melanie Schmickle [mailto:melanie@swmwlaw.com]
**Sent:** Wednesday, December 20, 2017 9:30 AM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Mica Harris <mica@swmwlaw.com>; Tara King <tara@swmwlaw.com>
**Subject:** RE: Amber Guevera USDC-EDLA 2:17-cv-7908

Hello: Just checking in to make sure you received these documents before the holiday gets underway.
Thanks!
**Melanie Schmickle**
**Attorney**
SWMWLAW
701 Market Street, Suite 1000
St. Louis, MO 63101
direct 314-665-2692
office 314-480-5180
fax 314-932-1566
melanie@swmwlaw.com

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited. If you receive this message in error, please notify us immediately and

1

permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

---

**From:** Melanie Schmickle
**Sent:** Wednesday, December 13, 2017 12:07 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Mica Harris <mica@swmwlaw.com>; Tara King <tara@swmwlaw.com>
**Subject:** RE: Amber Guevera USDC-EDLA 2:17-cv-7908

Kelly: Attached please find the Amended Complaints for Ms. Guevera. Please let us know if your clients have any objection to filing these motions. Thanks.


**Melanie Schmickle**
**Attorney**
SWMW LAW
701 Market Street, Suite 1000
St. Louis, MO 63101
direct 314-665-2692
office 314-480-5180
fax 314-932-1566
melanie@swmwlaw.com

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited. If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Tuesday, December 12, 2017 1:01 PM
**To:** Melanie Schmickle <melanie@swmwlaw.com>
**Cc:** Mica Harris <mica@swmwlaw.com>; Tara King <tara@swmwlaw.com>
**Subject:** RE: Amber Guevera USDC-EDLA 2:17-cv-7908

Thank you, Ms. Schmickle. Please send a copy of the proposed pleadings for review by counsel for the Janssen and Bayer defendants. Once we are able to review, I will let you know if there is any opposition.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax

### IRWIN FRITCHIE URQUHART & MOORE LLC
COUNSELORS AT LAW

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Melanie Schmickle [mailto:melanie@swmwlaw.com]
**Sent:** Tuesday, December 12, 2017 12:52 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Mica Harris <mica@swmwlaw.com>; Tara King <tara@swmwlaw.com>
**Subject:** Amber Guevera USDC-EDLA 2:17-cv-7908

Ms. Brilleaux: We have recently discovered our complaint in this matter was mistakenly filed with an incorrect date of injury. The PFS and supporting documents indicate that her date of injury was 11/17/16, but the complaint has 2015 as the date of injury. We would have defendants consent in amending the complaint to comply with the date of injury evidenced in the medical records? Thanks. We will forward the documents for your review and approval and submit with the court if this is acceptable. We are also supplementing the PFS with the complete set of pharmaceutical records we now have in our file. Thanks for your time,

Melanie K. Schmickle
Attorney

SWMWLAW

Direct Line: 314-665-2692
Main Office: 314-480-5180
Fax: 314-932-1566

melanie@swmklaw.com

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unless you are the

3

intended recipient, any copying, use or dissemination of the message is strictly prohibited. If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.