# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION    MDL NO. 2592

------------------------------------------------------
This Document Relates to:

| | |
|---|---|
| Patricia Abrams Case No. 2:17-cv-12492 | Barbara Adams Case No. 2:16-cv-14865 |
| Rose Agate Case No. 2:16-cv-17734 | Michael Ahring Case No. 2:15-cv-5721 |
| Charles Anderson Case No. 2:16-cv-3244 | Betty Andrews Case No. 2:15-cv-4475 |
| Harold Angel Case No. 2:16-cv-282 | Jacqueline Baker Case No. 2:17-cv-7891 |
| David Bartlett Case No. 2:16-cv-1684 | Margaret Bates Case No. 2:16-cv-15336 |
| Ira Bennett Case No. 2:16-cv-1894 | Ivan Benson Case No. 2:16-cv-1896 |
| John Blenz Case No. 2:16-cv-1898 | Jack Bogar Case No. 2:16-cv-1900 |
| Pinchas Brach Case No. 2:17-cv-8775 | Robert Brammeier Case No. 2:17-cv-11090 |
| Richard Bridges Case No. 2:15-cv-5889 | Sam Brooks Case No. 2:18-cv-152 |
| Sandra Brown Case No. 2:16-cv-2392 | Juanita Bryant Case No. 2:16-cv-4185 |
| Katherine Bryant Case No. 2:16-cv-1902 | Mickey Burleson Case No. 2:18-cv-157 |
| Donna Butler Case No. 2:16-cv-1905 | Julie Butler Case No. 2:17-cv-7158 |
| Linda Byrd Case No. 2:16-cv-16507 | Robert Capps Case No. 2:16-cv-2884 |
| Sherril Caudill Case No. 2:16-cv-13938 | Lloyd Carpenter Case No. 2:16-cv-16298 |
| Jerry Carr Case No. 2:16-cv-1906 | Rebecca Carrillo Case No. 2:16-cv-3977 |
| Theresa Carson Case No. 2:15-cv-6439 | Jerry Carter Case No. 2:16-cv-14498 |
| James Chavez Case No. 2:16-cv-6212 | Kenneth Cole Case No. 2:16-cv-15224 |
| Glenn Cooper Case No. 2:18-cv-151 | Shayla Corbett Case No. 2:16-cv-16581 |
| Robert Cornett Case No. 2:15-cv-5125 | John Couvell Case No. 2:17-cv-17107 |
| Nellie Crabtree Case No. 2:16-cv-2726 | Allen Crain Case No. 2:15-cv-5026 |
| William Cullen Case No. 2:16-cv-1891 | Gary Cutitta Case No. 2:17-cv-7072 |
| Annette Cyrus Case No. 2:17-cv-8870 | Jessica Dameron Case No. 2:16-cv-14598 |
| Shirley Danforth Case No. 2:14-cv-2939 | Signora Davis Case No. 2:16-cv-16865 |
| Jeremiah Davidson Case No. 2:16-cv-2055 | Anthony Dichiaro Case No. 2:16-cv-4653 |
| Ernest Diebel Case No. 2:16-cv-2056 | Brad Dorsen Case No. 2:16-cv-15377 |
| Virginia Dove Case No. 2:16-cv-1908 | Gene Dowell Case No. 2:16-cv-2057 |
| Madelyn Dowell Case No. 2:16-cv-16866 | Roxana Drake Case No. 2:16-cv-16998 |
| Robert Duncanson Case No. 2:17-cv-10688 | Linda Dutton Case No. 2:16-cv-3372 |
| Helen Dykstra-Jeffries Case No. 2:16-cv-13937 | James Edgerton Case No. 2:17-cv-11697 |
| Annie Edwards Case No. 2:16-cv-6536 | Roger Eldredge Case No. 2:15-cv-6804 |
| Charlotte Elling Case No. 2:17-cv-423 | Betty Ellis Case No. 2:15-cv-5128 |
| Donovan Elmore Case No. 2:15-cv-6807 | Daren Essig Case No. 2:16-cv-2039 |
| David Evans Case No. 2:16-cv-1910 | Betty Faison Case No. 2:16-cv-16817 |
| Heidi Farnsworth Case No. 2:16-cv-16817 | Jacqueline Felldin Case No. 2:16-cv-13570 |
| Ashley Fick Case No. 2:17-cv-12491 | Joanne Fisher Case No. 2:15-cv-589*1 |

John Fitzsimmons Case No. 2:17-cv-11698
Harrison Foskett Case No. 2:16-cv-15881
Charles Frank Case No. 2:17-cv-7897
Carol Friedman Case No. 2:17-cv-30
Millard Garland Case No. 2:17-cv-2160
Deborah Garrett Case No. 2:18-cv-161
Sharon Gaudioso Case No. 2:16-cv-14926
Dorothy Glenn Case No. 2:16-cv-2058
Remigio Gomez Case No. 2:17-cv-5532
Haynes Graham Case No. 2:16-cv-2060
Shirley Griffin Case No. 2:16-cv-17929
Phillip Hager Case No. 2:16-cv-14572
Delma Hancock Case No. 2:17-cv-9053
Doris Harris Case No. 2:17-cv-10809
Leanne Hawbecker Case No. 2:16-cv-2061
Walter Haywood Case No. 2:16-cv-4188
Leonardo Hinojosa Case No. 2:16-cv-2062
Dorothy Lucille Horne Case No. 2:17-cv-7893
Robert Huffman Case No. 2:16-cv-4189
Darry Jackson Case No. 2:17-cv-8871
Cauleen Johnson Case No. 2:16-cv-4190
Jerome Johnson Case No. 2:16-cv-2886
Raymond Jones Case No. 2:16-cv-14597
Pamela Joyner-Kinton Case No. 2:16-cv-17661
Wallace Keyes Case No. 2:17-cv-12502
Athaleen Lawn Case No. 2:16-cv-15337
Bennie Lay Case No. 2:15-cv-5893
Carrie Lemon Case No. 2:16-cv-2522
William Lindley Case No. 2:16-cv-2065
LaDena Livingston Case No. 2:17-cv-7074
Brigitta Lujan Case No. 2:16-cv-15088
Wendy Mangelsen Case No. 2:16-cv-2525
Larry Marrs Case No. 2:14-cv-2937
Dale McCarger Case No. 2:16-cv-17444
Swaynee McCasland Case No. 2:15-cv-5042
Betty McClure Case No. 2:16-cv-12979
Robert Medinger Case No. 2:17-cv-10900
Florence Michaels Case No. 2:17-cv-595
Ruth Miller Case No. 2:17-cv-14064
Viola Montalbano Case No. 2:17-cv-17097
Jeffrey Moseley Case No. 2:16-cv-2529
Patricio Naranjo Case No. 2:17-cv-10907
Julie Orrell Case No. 2:16-cv-3384
Carolyn Ostrander Case No. 2:15-cv-3414

Mary Flood Case No. 2:17-cv-8884
Mary Fox Case No. 2:16-cv-16418
Ellsworth Frank Case No. 2:16-cv-513
Norma Frost Case No. 2:17-cv-7082
Carolyn Garrett Case No. 2:17-cv-2440
Johnnie Gatling Case No. 2:17-cv-11696
Bernard Gaus Case No. 2:16-cv-2885
Elbert Goff Case No. 2:16-cv-4186
Stuart Goodwine Case No. 2:16-cv-2059
Delores Grant Case No. 2:16-cv-17519
Antoine Gulley Case No. 2:16-cv-3377
Lorelei Hamby Case No. 2:16-cv-14501
Alma Hardegree Case No. 2:17-cv-17108
Gerald Hart Case No. 2:17-cv-665
Bobbie Haynes Case No. 2:16-cv-3378
David Hemenway Case No. 2:15-cv-5892
Jane Holt Case No. 2:16-cv-7061
Debra Howell Case No. 2:17-cv-10997

Judy Jaenicke Case No. 2:17-cv-5239
Norman Jackson Case No. 2:17-cv-5831
Charlie Johnson Case No. 2:16-cv-15223
Keith Jones Case No. 2:17-cv-12494
Viola Jones Case No. 2:16-cv-14625
Spiridon Kantardjieff Case No. 2:16-cv-15948
Judith Kolp Case No. 2:17-cv-11691
Ashton Lawrence Case No. 2:17-cv-17111
Carrie Leblanc Case No. 2:18-cv-160
George Lewis Case No. 2:15-cv-5894
William Link Case No. 2:16-cv-17520
Tony Lyons Case No. 2:17-cv-2030
Ronald Malanowski Case No. 2:16-cv-2524
Christine Marbell Case No. 2:16-cv-8118
Catherine Maynard Case No. 2:16-cv-3380
James McCarthy Case No. 2:16-cv-2526
Nathaniel McCoy Case No. 2:15-cv-331
Elizabeth McLean Case No. 2:15-cv-4415
George Merino Case No. 2:16-cv-15378
Adine Miller Case No. 2:15-cv-5043
Africa Minfield Case No. 2:16-cv-4192
Angelina Monzon Case No. 2:17-cv-10903
Angela Mullens Case No. 2:15-cv-5044
Robert Noor Case No. 2:16-cv-15204
Juan Ortiz Case No. 2:17-cv-5828
Franklin Palermo Case No. 2:16-cv-16855

Ernest Payne Case No. 2:15-cv-6808
Veronica Peterson Case No. 2:16-cv-12109
Rebecca Pezold Case No. 2:16-cv-2531
Donnie Phillips Case No. 2:16-cv-8123
Esther Phillis Case No. 2:15-cv-3414
June Pike Case No. 2:16-cv-2888
Valerie Potts Case No. 2:17-cv-4801
Gerry Ray Case No. 2:17-cv-3839
Estell Redden Case No. 2:17-cv-7081
Deborah Reynolds Case No. 2:17-cv-12490
Linda Robertson Case No. 2:15-cv-6810
Nancy Russ Case No. 2:16-cv-7067
Chass Saint Clair Case No. 2:16-cv-15478
Felton Schley Case No. 2:16-cv-2894
Robert Schoffler Case No. 2:17-cv-7896
Brenda Simms Case No. 2:15-cv-1729
Margaret Sirmans Case No. 2:17-cv-492
Andre Smith Case No. 2:16-cv-15846
Richard Sokol Case No. 2:14-cv-2940
J Yvon St. Germain Case No. 2:17-cv-3742
Sunshearay Steele Case No. 2:16-cv-14956
Darrin Taskey Case No. 2:17-cv-1059
Giuseppina Tubbs Case No. 2:16-cv-2897
Randy Van Hughey Case No. 2:17-cv-4968
George Quihuis Case No. 2:16-cv-3368
Sandra Walker-Bitihene Case No. 2:16-cv-8134
Gary Washington Case No. 2:17-cv-8723
Elaine Wells Case No. 2:16-cv-17442
Sidney Williams Case No. 2:15-cv-301
Danuta Wohlschlager Case No. 2:17-cv-14060
David Yarnick Case No. 2:15-cv-171

Thomas Perkins Case No. 2:17-cv-2888
Mario Petralia Case No. 2:16-cv-8202
Barry Phelps Case No. 2:17-cv-9753
William Phillips Case No. 2:16-cv-15886
Robert Pietrocarlo Case No. 2:16-cv-14855
Paul Pittman Case No. 2:15-cv-5132
Tinnakorn Promcinsuk Case No. 2:17-cv-193
Claude Raye Case No. 2:16-cv-2889
Juanita Reeves Case No. 2:16-cv-2532
John Rivers Case No. 2:16-cv-2891
Arden Runyan Case No. 2:16-cv-2893
Loretta Ruth Case No. 2:16-cv-15237
Melvin Schilling Case No. 2:17-cv-7019
Gertrude Schmidt Case No. 2:16-cv-7065
Clinton Sesco Case No. 2:16-cv-7063
Edward Siravo Case No. 2:15-cv-3414
Judith Skidgel Case No. 2:17-cv-10906
Carla Smith Case No. 2:16-cv-18569
Rebecca Spronk Case No. 2:16-cv-14499
Alice Stanton Case No. 2:16-cv-2534
Mary Sutton Case No. 2:15-cv-5131
Kim Totten Case No. 2:16-cv-14497
William Urseth Case No. 2:15-cv-6811
Bobby Vodegel Case No. 2:16-cv-14626
James Waggoner Case No. 2:16-cv-14695
Ginger Ward Case No. 2:16-cv-15086

Douglas Watson Case No. 2:16-cv-13963
Melody Wesson Case No. 2:16-cv-8136
Julia Wise Case No. 2:15-cv-17443
Annie Womack Case No. 2:16-cv-8138