**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| _____) | **MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
**ALL CASES LISTED IN EXHIBIT A**

## ORDER

The Court, being duly advised in the premises, and upon Andrew W. Callahan's Motion to Withdraw as Counsel and Substitution of Counsel, hereby **ORDERS:**

Attorney Andrew W. Callahan will be withdrawn as counsel in the member cases listed above related to MDL No. 2592 and will no longer receive notices.

Attorney Jacob A. Flint of the Flint Law Firm, LLC, will continue as counsel for the in the member cases listed in Exhibit A related to MDL No. 2592.

**IT IS SO ORDERED**

Dated:_____       _____
                                     Hon. Joseph R. Goodwin
                                     United States District Court