IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | MDL NO. 2592 |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

*****************************************

THIS DOCUMENT RELATES TO:
**17-17875    MARY JANE DIEKROEGER, as Surviving Spouse and Personal Representative of WILLIAM DIEKROEGER, Deceased**

### CONSENT MOTION TO CORRECT THE NAME OF PLAINTIFF AND PLAINTIFF'S DECEDENT

COMES NOW the plaintiff in the above-styled cause, by and through her undersigned attorney, and, with the express consent of the defendants, moves the Court for an order correcting the name of the plaintiff in the caption of this action and all records of the Court, and plaintiff says as follows:

1. In the caption and body of the complaint filed in this action (Doc. 1, Dec. 28, 2017), plaintiff's counsel erroneously spelled the name of the plaintiff and plaintiff's decedent as "Diekroger."

2. The correct spelling of the name of plaintiff and plaintiff's decedent is "Diekroeger."

3. In order that the records of the Court reflect the proper spelling of the name of the plaintiff and plaintiff's decedent, plaintiff moves the Court for an order correcting said names to "Diekroeger."

Dated: January 26, 2018
         Birmingham, Alabama

Respectfully submitted,

**/s/  Michael Allsup**
Michael Allsup
Alabama Bar No. ASB-3951-L42M
michael.allsup@jacobymeyers.com
Attorney for Plaintiff

Jacoby & Meyers, LLC
1929 Third Avenue North, Suite 800
Birmingham, Alabama 35203
Telephone (205) 380-7070
Facsimile (205) 244-1171

**CERTIFICATE OF SERVICE**

I certify that on January 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the CM/ECF participants registered to receive service of this motion.

**/s/  Michael Allsup**
Michael Allsup
Attorney for Plaintiff