IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |

*******************************************

THIS DOCUMENT RELATES TO:

**17-17875      MARY JANE DIEKROEGER, as Surviving Spouse and
Personal Representative of WILLIAM DIEKROEGER,
Deceased**

## ORDER

The Court, after considering the Consent Motion to Correct the Name of Plaintiff and

Plaintiff's Decedent, finds the motion meritorious.  Therefore,

**IT IS ORDERED** that the name of plaintiff and plaintiff's decedent be corrected to

"Diekroeger" in the above-referenced case.

New Orleans, Louisiana, this _____ day of January, 2018.


_____
UNITED STATES DISTRICT JUDGE