UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Edythe Lockett v. Janssen Research & Development, LLC, et al.*<br>E.D.LA. No. 2:16-cv-11685 | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE SHUSHAN |

**NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Edythe Lockett. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff was previously filed by Ashley Baldwin, who is the surviving daughter and putative administrator of Edythe Lockett's estate, and subsequently granted on January 19, 2018 (Document 8430).

Dated: January 26, 2018

Respectfully Submitted,

By:   /s/ Richard J. Hood
Atlas Partners, LLP
Richard J. Hood (CO #38565)
789 Sherman Street, Ste. 420
Denver, CO 80203
Phone:  720-633-7939
Fax:  303-362-6770
rich@attorneysfor.us

By:   /s/ Randy Pelham
The Pelham Law Firm
Randy V. Pelham (FL #958549)
2520-2 Barrington Circle
Tallahassee, FL 32308
Phone: 850-383-6600
rpelham@pelhamlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has been filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: January 26, 2018                                                         By: /s/ Richard J. Hood
                                                                                                      *Attorney for Plaintiff*