**COUNTY OF WAYNE MICHIGAN**

**STATE OF MICHIGAN**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CERTIFICATE OF DEATH**

TYPE/PRINT IN PERMANENT BLACK INK
LF _____
CF 5648

STATE FILE NUMBER: 4011114

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): EDYTHE CHARLENE LOCKETT
2. DATE OF BIRTH (Month, Day, Year): JAN. 8, 1944
3. SEX: Female
4. DATE OF DEATH (Month, Day, Year): Sep 8, 2017
5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS: EDYTHE CHARLENE THOMAS
6a. AGE - Last Birthday (Years): 73
6b. UNDER 1 YEAR - MONTHS / DAYS:
6c. UNDER 1 DAY - HOURS / MINUTES:
7a. LOCATION OF DEATH: 3521 John C. Lodge #708
7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH: DETROIT  48201
7c. COUNTY OF DEATH: WAYNE
8a. CURRENT RESIDENCE - STATE: MICHIGAN
8b. COUNTY: WAYNE
8c. LOCALITY: CITY OR VILLAGE (inside limits of) DETROIT
8d. STREET AND NUMBER: 3521 JOHN C. LODGE APT. 708
8e. ZIP CODE: 48201
9. BIRTHPLACE: DETROIT, MICHIGAN
10. SOCIAL SECURITY NUMBER: 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
11. DECEDENT'S EDUCATION: BACHELORS DEGREE
12. RACE: BLACK
13a. ANCESTRY: AFRICAN AMERICAN
13b. HISPANIC ORIGIN: NO
14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES?: NO
15. USUAL OCCUPATION: POSTAL WORKER
16. KIND OF BUSINESS OR INDUSTRY: UNITED STATES POSTAL SERVICE
17. MARITAL STATUS: WIDOWED
18. NAME OF SURVIVING SPOUSE:
19. FATHER'S NAME: CHARLES THOMAS
20. MOTHER'S NAME BEFORE FIRST MARRIED: JESSIE B. WRIGHT
21a. INFORMANT'S NAME: ASHLEY BALDWIN
21b. RELATIONSHIP TO DECEDENT: DAUGHTER
21c. MAILING ADDRESS: 17149 GORE AVE, DETROIT, MICHIGAN 48219
22. METHOD OF DISPOSITION: CREMATION
23a. PLACE OF DISPOSITION: SOUTHERN MICHIGAN SERVICES
23b. LOCATION: LIVONIA, MICHIGAN
24. SIGNATURE OF MORTUARY SCIENCE LICENSEE: [signature]
25. LICENSE NUMBER: 7402
26. NAME AND ADDRESS OF FUNERAL FACILITY: O.H. PYE, III FUNERAL HOME, 17600 PLYMOUTH ROAD, DETROIT, MICHIGAN 48227
27a. CERTIFIER: X Medical Examiner
27b. DATE SIGNED: Sep 9, 2017
27c. LICENSE NUMBER: 083130
28a. ACTUAL OR PRESUMED TIME OF DEATH: UNKNOWN
28b. PRONOUNCED DEAD ON: Sep 8, 2017
28c. TIME PRONOUNCED DEAD: 1:30 PM
29. MEDICAL EXAMINER CONTACTED?: Yes
30. PLACE OF DEATH: Home
32. MEDICAL EXAMINER'S CASE NUMBER: 17-10637
34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Avneesh Gupta, M.D., Assistant Medical Examiner, 1300 E. Warren Ave, Detroit, MI 48207
35a. REGISTRAR'S SIGNATURE: Cathy M. Garrett
35b. DATE FILED: SEP 14 2017

36. PART I. Chain of events:
a. ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE — Approximate Interval: UNKNOWN

PART II. OTHER SIGNIFICANT CONDITIONS:

37. DID TOBACCO USE CONTRIBUTE TO DEATH?:
38. IF FEMALE:
39. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED?: No
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?:

DCH-0483 (Rev 06/2015)

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED WITH WAYNE COUNTY. DO NOT ACCEPT UNLESS PREPARED ON APPROVED SECURITY PAPER DISPLAYING THE OFFICIAL SEAL AND SIGNATURE OF THE ISSUING AGENCY. NOT VALID IF PHOTOCOPIED. LAMINATION MAY VOID CERTIFICATE.

211289      SEP 14 2017      Cathy M. Garrett
            Dated            WAYNE COUNTY CLERK

Death Records

**WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH**