UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Emma Jean Shockley o/b/o Her deceased husband, Freddie F. Shockley v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:18-cv-215

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8476, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Emma Jean Shockley, on behalf of her deceased husband, Freddie F. Shockley, is substituted for Plaintiff Freddie F. Shockley as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 26th day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE