UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   }   MDL No. 2592
                                }
PRODUCTS LIABILITY LITIGATION   }   SECTION L
                                }   JUDGE FALLON
                                }   MAG. JUDGE NORTH
                                }

This Document relates to:

*Darlene Stewart vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:17-cv-11648**

## MOTION FOR EXTENSION OF TIME
## TO FILE PLAINTIFF FACT SHEET

COMES NOW the plaintiff Darlene Stewart, by and through the undersigned counsel, and respectfully moves this Court for an Order extending Plaintiff's time to file her PFS for 60 days, or until March 31, 2018.

1. Plaintiff made multiple unsuccessful attempts to obtain medical records evidencing Plaintiff's Xarelto use between the dates of January 1, 2015 and December 3, 2015, prior to filing suit.

2. Despite not having the records, Plaintiff filed suit in order to preserve her statute of limitation.

3. Plaintiff filed suit November 1, 2017.

4. According to PTO 27, Plaintiff is required to provide records of proof of use and proof of injury within 90 days from the date Plaintiff's complaint was filed, and to produce medical records responsive to Section IX of the PFS.

5. This date is January 30, 2018, however because these medical records have been exceptionally difficult to obtain, it does not appear she will be able to

       meet the requirements of PTO 27.

6. According to the Plaintiff, the relevant medical records are from her treatment at Peace Health Family Medical Center in Riverdale, Georgia.

7. Peace Health Family Medical Center no longer operates.

8. Peace Health Family Medical Center's mailing address is only a P.O. Box in Fayetteville, Georgia.

9. Dr. Eugene Williams, who was the D.O. of Peace Health Family Medical Center does not have records from 2015 at his new facility.

10. Peach Health Family Medical Center's phone number leads to an automated voice-message that instructs callers on how to obtain historical medical records.

11. Plaintiff's counsel complied with these instructions, however as of today there has been no response – thus Plaintiff has not been able to obtain the necessary records in order to comply with PTO 27, and it is unknown when these records will be provided.

12. This is Plaintiff's first Motion for Extension of Time.

13. Defendants object to the Court granting Plaintiff this extension of time.

    Plaintiffs respectfully request an extension of time for 60 days, within which to file their PFS in order to receive and review the medical records in order to obtain the information necessary to complete the PFS and comply with PTO 27.

       January 26, 2018                    Respectfully submitted,

                                                       s/ Merritt E. Cunningham
                                                       Michael G. Stag, LA Bar No. 23314
                                                       Merritt E. Cunningham, LA Bar No. 32843
                                                       SMITH STAG, L.L.C.

365 Canal Street, Suite 2850<br>
New Orleans, LA 70130<br>
Telephone (504) 593-9600<br>
Facsimile (504) 593-9601<br>
mstag@smithstag.com<br>
mcunningham@smithstag.com<br>
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel for all parties via the court's electronic notification system or by facsimile on this 26th day of January, 2018.

s/ Merritt E. Cunningham<br>
Merritt E. Cunningham