UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Darlene Stewart vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:17-cv-11648**

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Extension of Time to File Plaintiff Fact Sheet in the above-captioned proceeding shall come for hearing before the Honorable Eldon E. Fallon at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, at 9:00 a.m., on the 14th day of February, 2018.

January 26, 2018                    Respectfully submitted,

                                                                                   s/ Merritt E. Cunningham
                                                                                  Michael G. Stag, LA Bar No. 23314
                                                                                  Merritt E. Cunningham, LA Bar No. 32843
                                                                                 SMITH STAG, L.L.C.
                                                                                 365 Canal Street, Suite 2850
                                                                                 New Orleans, LA 70130
                                                                                 Telephone (504) 593-9600
                                                                                 Facsimile (504) 593-9601
                                                                                 mstag@smithstag.com
                                                                                 mcunningham@smithstag.com
                                                                                 *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon counsel for all parties via the court's electronic notification system or by facsimile on this 26th day of January, 2018.

s/ Merritt E. Cunningham
Merritt E. Cunningham
