UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Darlene Stewart vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:17-cv-11648

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Darlene Stewart, who respectfully moves for expedited consideration of her Motion for Extension of Time to file Plaintiff Fact Sheet (Rec. Doc. 8508). The deadline to file the Plaintiff Fact Sheet is currently January 30, 2018. The next available submission date is February 14, 2018, which is after the deadline to submit the Plaintiff Fact Sheet.

WHEREFORE, Plaintiff, Darlene Stewart, respectfully requests that her Motion for Extension of Time to file Plaintiff Fact Sheet be considered on an expedited basis.

January 26, 2018                    Respectfully submitted,

s/ Merritt E. Cunningham
Michael G. Stag, LA Bar No. 23314
Merritt E. Cunningham, LA Bar No. 32843
SMITH STAG, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mstag@smithstag.com
mcunningham@smithstag.com
*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon counsel for all parties via the court's electronic notification system or by facsimile on this 26th day of January, 2018.

s/ Merritt E. Cunningham
Merritt E. Cunningham
