**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

    *Darlene Stewart vs. Janssen Research & Development, LLC et al;*
    **Civil Action No. 2:17-cv-11648**

## ORDER

    Considering the foregoing Motion for Expedited Consideration on Plaintiff's Motion for Extension of Time to file the Plaintiff Fact Sheet.

    It is hereby **ORDERED** that the motion is GRANTED.

    New Orleans, Louisiana, this _____ day of _____, 2018.

                                                                        _____
                                                                        JUDGE ELDON E. FALLON