**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*PATRICK SLACK v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-07846-EEF-MBN

**NOTICE AND SUGGESTION OF DEATH**

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Patrick Slack, files this Suggestion of Death upon the Record. Plaintiff Patrick Slack departed this world on or about August 2, 2016 during the pendency of this civil action.

Dated: January 29, 2018          Respectfully submitted,

/s/ Jeanie S. Sleadd
Jeanie S. Sleadd
AL State Bar No. 8464G04T
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
jsleadd@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

1

## CERTIFICATE OF SERVICE

The hereby certify that on January 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>  /s/ Jeanie S. Sleadd
>  Jeanie S. Sleadd