UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*PATRICK SLACK v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-07846-EEF-MBN

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Maureen Slack as plaintiff of behalf of her deceased husband, Patrick Slack.

1. Patrick Slack filed a claim against defendants on August 15, 2017.

2. Subsequently, plaintiff's counsel was notified that Patrick Slack died on August 2, 2016.

3. Patrick Slack's action against the defendants survived his death and was not extinguished.

4. Maureen Slack, wife of Patrick Slack, is a proper party to substitute for plaintiff-decedent Patrick Slack and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Maureen Slack requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  January 29, 2018		Respectfully submitted,

/s/  Jeanie S. Sleadd
Jeanie S. Sleadd
AL State Bar No. 8464G04T
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
jsleadd@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

The hereby certify that on January 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jeanie S. Sleadd
Jeanie S. Sleadd