

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH

State File NO. 102- 2017-037941

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | 2. AKA'S (IF ANY) | 3. DATE OF DEATH |
|---|---|---|
| MARLENE SUE HOUGH | | 08/26/2017 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER | 6. DATE OF BIRTH | 7. AGE | UNDER 1 YEAR | | UNDER 1 DAY | |
|---|---|---|---|---|---|---|---|
| | | | | 8. MONTHS | 9. DAYS | 10. HOURS | 11. MINUTES |
| FEMALE | 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 | 11/07/1940 | 76 | | | | |

12. PLACE OF DEATH - HOSPITAL: ☐ INPATIENT ☐ E.R./OUTPATIENT ☐ DEAD ON ARRIVAL
13. PLACE OF DEATH - OTHER THAN HOSPITAL: ☐ NURSING HOME OR LONG TERM CARE FACILITY ☒ RESIDENCE ☐ HOSPICE FACILITY ☐ OTHER

| 14. FACILITY NAME (OR STREET ADDRESS IF NOT A FACILITY) | 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH: | 16. COUNTY OF DEATH: |
|---|---|---|
| 15268 W BOCA RATON RD | SURPRISE 85379 | MARICOPA |

| 17. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 18. MARITAL STATUS AT TIME OF DEATH: | 19. NAME OF SURVIVING SPOUSE (MAIDEN NAME IF WIFE) |
|---|---|---|
| DENVER, COLORADO | WIDOWED | |

| 20. DECEDENT'S USUAL RESIDENCE STREET ADDRESS: | 21. CITY AND COUNTY | 22. STATE | 23. ZIP CODE | 24. EVER IN THE ARMED FORCES |
|---|---|---|---|---|
| 15268 W BOCA RATON RD | SURPRISE, MARICOPA | ARIZONA | 85379 | NO |

25. WAS DECEDENT OF HISPANIC ORIGIN?
☐ NO, NOT SPANISH, HISPANIC OR LATINO
☐ YES, MEXICAN, MEXICAN AMERICAN, CHICANO
☐ YES, PUERTO RICAN
☐ YES, CUBAN
☐ YES, OTHER (SPECIFY)
☒ UNKNOWN

26. DECEDENT'S RACE(S)
☒ WHITE
☐ BLACK, AFRICAN AMERICAN
☐ NATIVE HAWAIIAN
☐ ASIAN INDIAN
☐ CHINESE
☐ FILIPINO
☐ JAPANESE
☐ GUAMANIAN OR CHAMORRO
☐ KOREAN
☐ VIETNAMESE
☐ SAMOAN
☐ AMERICAN INDIAN OR ALASKA NATIVE
☐ OTHER ASIAN (SPECIFY)
☐ OTHER PACIFIC ISLANDER (SPECIFY)
☐ OTHER (SPECIFY)
☐ UNKNOWN

27. IF AMERICAN INDIAN OR ALASKA NATIVE, SPECIFY UP TO 4 TRIBES.
PRIMARY OR ENROLLED TRIBE:
ADDITIONAL TRIBE:
ADDITIONAL TRIBE:
ADDITIONAL TRIBE:

28. OCCUPATION: HOME MAKER

| 29. FATHER'S NAME (FIRST, MIDDLE, LAST) | 30. MOTHER'S NAME (FIRST, MIDDLE, & LAST NAME PRIOR TO FIRST MARRIAGE) |
|---|---|
| LEMUEL ROSS WALKER | ANN ELIZABETH ANDERSON |

| 31. INFORMANT'S NAME | 32. RELATIONSHIP | 33. INFORMANT'S MAILING ADDRESS: |
|---|---|---|
| JULIE RENEE YOST | DAUGHTER | 4832 E MC KINNON DR, ANAHEIM, CALIFORNIA 92807 |

| 34. NAME AND ADDRESS OF FUNERAL FACILITY: | 35. FUNERAL DIRECTOR: | 36. LICENSE NUMBER: |
|---|---|---|
| PALM VALLEY FUNERAL HOME, L.L.C. 10761 W. GRAND AVE., SUN CITY, AZ | ROBERT R BURKE, FUNERAL DIRECTOR | F0788 |

| 37. METHOD(S) OF DISPOSITION: | 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY: | 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY: |
|---|---|---|
| CREMATION | PARADISE MEMORIAL CREMATORY, INC., SCOTTSDALE, ARIZONA | NONE |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| | | | 41. APPROXIMATE INTERVAL |
|---|---|---|---|
| IMMEDIATE CAUSE OF DEATH | 40. A | ACUTE EMBOLIC CEREBROVASCULAR ACCIDENT | MINUTES |
| DUE TO OR AS A CONSEQUENCE OF: | 42. B | ATRIAL FIBRILLATION, IDIOPATHIC | 43. APPROXIMATE INTERVAL: YEARS |
| DUE TO OR AS A CONSEQUENCE OF: | 44. C | | 45. APPROXIMATE INTERVAL: |
| DUE TO OR AS A CONSEQUENCE OF: | 46. D | | 47. APPROXIMATE INTERVAL: |

### CAUSE OF DEATH PART II

| 48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSES GIVEN ABOVE: | 49. INJURY? | 50. INJURY AT WORK? | 51. MANNER OF DEATH | 52. TIME OF DEATH |
|---|---|---|---|---|
| CONGESTIVE HEART FAILURE, ADRENAL INSUFFICIENCY, CHRONIC OBSTRUCTIVE PULMONARY DISEASE, DEPRESSION, HYPOTHYROIDISM | NO | NO | NATURAL DEATH | 07:30 AM |
| | 53. WAS AN AUTOPSY PERFORMED? | 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | | |
| | NO | | | |

### CAUSE AND MANNER OF DEATH CERTIFICATION

☒ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 55. NAME OF PERSON COMPLETING CAUSE OF DEATH: | 56. DATE CERTIFIED: |
|---|---|
| REBECCA M. LOGUE, APRN | 08/28/2017 |

| 57. CERTIFIER'S ADDRESS: | 58. NAME OF REGISTRAR | 59. DATE REGISTERED |
|---|---|---|
| 4225 W. GLENDALE PHOENIX, AZ 85051 | MICHELE CASTANEDA-MARTINEZ | 09/06/2017 |

DATE ISSUED: 09/07/2017



J0448912

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA
Revised 07/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT OF HEALTH SERVICES

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE