UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2592 <br> * <br> *   SECTION L <br> * <br> *   JUDGE ELDON E. FALLON <br> * <br> *   MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
17-7908

# ORDER

The Court has determined that Plaintiffs' Motion for Leave to Amend, R. Doc. 8499, has already been resolved by Order, R. Doc. 8506. Therefore,

**IT IS ORDERED** that Plaintiffs' motion, R. Doc. 8499, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana this 29th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE