Michael Louis Kelly, Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Ruth Rizkalla - State Bar No. 224973
rr@kirtlandpackard.com
KIRTLAND & PACKARD LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | CASE NO. 2:14-md-2592<br><br>MDL No. 2592<br><br>**NOTICE OF CHANGE OF ADDRESS (KIRTLAND & PACKARD LLP)** |

1

NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Kirtland & Packard LLP has relocated its Los Angeles office as follows:

    1638 South Pacific Coast Highway

    Redondo Beach, CA 90277

Kirtland & Packard's telephone number, facsimile number and email addresses remain the same.

DATED: January 29, 2018      Respectfully submitted,

               KIRTLAND & PACKARD LLP

               By: /s/ Ruth Rizkalla
                  MICHAEL L. KELLY
                  BEHRAM V. PAREKH
                  RUTH RIZKALLA

               *Counsel for Plaintiffs*