**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| _____) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**ALL CASES LISTED IN EXHIBIT A**

## ORDER

The Court, being duly advised, and upon Andrew W. Callahan's Motion to Withdraw as Counsel and Substitution of Counsel, hereby **ORDERS:**

Attorney Andrew W. Callahan will be withdrawn as counsel in the member cases listed above related to MDL No. 2592 and will no longer receive notices.

Attorney Jacob A. Flint of the Flint Law Firm, LLC, will continue as counsel for the in the member cases listed in Exhibit A related to MDL No. 2592.

**IT IS SO ORDERED**

New Orleans, Louisiana this 29th day of January, 2018

_____
United States District Judge

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION          MDL NO. 2592

----------------------------------------------------
This Document Relates to:

| | |
|---|---|
| Patricia Abrams Case No. 2:17-cv-12492 | Barbara Adams Case No. 2:16-cv-14865 |
| Rose Agate Case No. 2:16-cv-17734 | Michael Ahring Case No. 2:15-cv-5721 |
| Charles Anderson Case No. 2:16-cv-3244 | Betty Andrews Case No. 2:15-cv-4475 |
| Harold Angel Case No. 2:16-cv-282 | Jacqueline Baker Case No. 2:17-cv-7891 |
| David Bartlett Case No. 2:16-cv-1684 | Margaret Bates Case No. 2:16-cv-15336 |
| Ira Bennett Case No. 2:16-cv-1894 | Ivan Benson Case No. 2:16-cv-1896 |
| John Blenz Case No. 2:16-cv-1898 | Jack Bogar Case No. 2:16-cv-1900 |
| Pinchas Brach Case No. 2:17-cv-8775 | Robert Brammeier Case No. 2:17-cv-11090 |
| Richard Bridges Case No. 2:15-cv-5889 | Sam Brooks Case No. 2:18-cv-152 |
| Sandra Brown Case No. 2:16-cv-2392 | Juanita Bryant Case No. 2:16-cv-4185 |
| Katherine Bryant Case No. 2:16-cv-1902 | Mickey Burleson Case No. 2:18-cv-157 |
| Donna Butler Case No. 2:16-cv-1905 | Julie Butler Case No. 2:17-cv-7158 |
| Linda Byrd Case No. 2:16-cv-16507 | Robert Capps Case No. 2:16-cv-2884 |
| Sherril Caudill Case No. 2:16-cv-13938 | Lloyd Carpenter Case No. 2:16-cv-16298 |
| Jerry Carr Case No. 2:16-cv-1906 | Rebecca Carrillo Case No. 2:16-cv-3977 |
| Theresa Carson Case No. 2:15-cv-6439 | Jerry Carter Case No. 2:16-cv-14498 |
| James Chavez Case No. 2:16-cv-6212 | Kenneth Cole Case No. 2:16-cv-15224 |
| Glenn Cooper Case No. 2:18-cv-151 | Shayla Corbett Case No. 2:16-cv-16581 |
| Robert Cornett Case No. 2:15-cv-5125 | John Couvell Case No. 2:17-cv-17107 |
| Nellie Crabtree Case No. 2:16-cv-2726 | Allen Crain Case No. 2:15-cv-5026 |
| William Cullen Case No. 2:16-cv-1891 | Gary Cutitta Case No. 2:17-cv-7072 |
| Annette Cyrus Case No. 2:17-cv-8870 | Jessica Dameron Case No. 2:16-cv-14598 |
| Shirley Danforth Case No. 2:14-cv-2939 | Signora Davis Case No. 2:16-cv-16865 |
| Jeremiah Davidson Case No. 2:16-cv-2055 | Anthony Dichiaro Case No. 2:16-cv-4653 |
| Ernest Diebel Case No. 2:16-cv-2056 | Brad Dorsen Case No. 2:16-cv-15377 |
| Virginia Dove Case No. 2:16-cv-1908 | Gene Dowell Case No. 2:16-cv-2057 |
| Madelyn Dowell Case No. 2:16-cv-16866 | Roxana Drake Case No. 2:16-cv-16998 |
| Robert Duncanson Case No. 2:17-cv-10688 | Linda Dutton Case No. 2:16-cv-3372 |
| Helen Dykstra-Jeffries Case No. 2:16-cv-13937 | James Edgerton Case No. 2:17-cv-11697 |
| Annie Edwards Case No. 2:16-cv-6536 | Roger Eldredge Case No. 2:15-cv-6804 |
| Charlotte Elling Case No. 2:17-cv-423 | Betty Ellis Case No. 2:15-cv-5128 |
| Donovan Elmore Case No. 2:15-cv-6807 | Daren Essig Case No. 2:16-cv-2039 |
| David Evans Case No. 2:16-cv-1910 | Betty Faison Case No. 2:16-cv-16817 |
| Heidi Farnsworth Case No. 2:16-cv-16817 | Jacqueline Felldin Case No. 2:16-cv-13570 |
| Ashley Fick Case No. 2:17-cv-12491 | Joanne Fisher Case No. 2:15-cv-589*1 |

John Fitzsimmons Case No. 2:17-cv-11698
Harrison Foskett Case No. 2:16-cv-15881
Charles Frank Case No. 2:17-cv-7897
Carol Friedman Case No. 2:17-cv-30
Millard Garland Case No. 2:17-cv-2160
Deborah Garrett Case No. 2:18-cv-161
Sharon Gaudioso Case No. 2:16-cv-14926
Dorothy Glenn Case No. 2:16-cv-2058
Remigio Gomez Case No. 2:17-cv-5532
Haynes Graham Case No. 2:16-cv-2060
Shirley Griffin Case No. 2:16-cv-17929
Phillip Hager Case No. 2:16-cv-14572
Delma Hancock Case No. 2:17-cv-9053
Doris Harris Case No. 2:17-cv-10809
Leanne Hawbecker Case No. 2:16-cv-2061
Walter Haywood Case No. 2:16-cv-4188
Leonardo Hinojosa Case No. 2:16-cv-2062
Dorothy Lucille Horne Case No. 2:17-cv-7893
Robert Huffman Case No. 2:16-cv-4189
Darry Jackson Case No. 2:17-cv-8871
Cauleen Johnson Case No. 2:16-cv-4190
Jerome Johnson Case No. 2:16-cv-2886
Raymond Jones Case No. 2:16-cv-14597
Pamela Joyner-Kinton Case No. 2:16-cv-17661
Wallace Keyes Case No. 2:17-cv-12502
Athaleen Lawn Case No. 2:16-cv-15337
Bennie Lay Case No. 2:15-cv-5893
Carrie Lemon Case No. 2:16-cv-2522
William Lindley Case No. 2:16-cv-2065
LaDena Livingston Case No. 2:17-cv-7074
Brigitta Lujan Case No. 2:16-cv-15088
Wendy Mangelsen Case No. 2:16-cv-2525
Larry Marrs Case No. 2:14-cv-2937
Dale McCarger Case No. 2:16-cv-17444
Swaynee McCasland Case No. 2:15-cv-5042
Betty McClure Case No. 2:16-cv-12979
Robert Medinger Case No. 2:17-cv-10900
Florence Michaels Case No. 2:17-cv-595
Ruth Miller Case No. 2:17-cv-14064
Viola Montalbano Case No. 2:17-cv-17097
Jeffrey Moseley Case No. 2:16-cv-2529
Patricio Naranjo Case No. 2:17-cv-10907
Julie Orrell Case No. 2:16-cv-3384
Carolyn Ostrander Case No. 2:15-cv-3414

Mary Flood Case No. 2:17-cv-8884
Mary Fox Case No. 2:16-cv-16418
Ellsworth Frank Case No. 2:16-cv-513
Norma Frost Case No. 2:17-cv-7082
Carolyn Garrett Case No. 2:17-cv-2440
Johnnie Gatling Case No. 2:17-cv-11696
Bernard Gaus Case No. 2:16-cv-2885
Elbert Goff Case No. 2:16-cv-4186
Stuart Goodwine Case No. 2:16-cv-2059
Delores Grant Case No. 2:16-cv-17519
Antoine Gulley Case No. 2:16-cv-3377
Lorelei Hamby Case No. 2:16-cv-14501
Alma Hardegree Case No. 2:17-cv-17108
Gerald Hart Case No. 2:17-cv-665
Bobbie Haynes Case No. 2:16-cv-3378
David Hemenway Case No. 2:15-cv-5892
Jane Holt Case No. 2:16-cv-7061
Debra Howell Case No. 2:17-cv-10997

Judy Jaenicke Case No. 2:17-cv-5239
Norman Jackson Case No. 2:17-cv-5831
Charlie Johnson Case No. 2:16-cv-15223
Keith Jones Case No. 2:17-cv-12494
Viola Jones Case No. 2:16-cv-14625
Spiridon Kantardjieff Case No. 2:16-cv-15948
Judith Kolp Case No. 2:17-cv-11691
Ashton Lawrence Case No. 2:17-cv-17111
Carrie Leblanc Case No. 2:18-cv-160
George Lewis Case No. 2:15-cv-5894
William Link Case No. 2:16-cv-17520
Tony Lyons Case No. 2:17-cv-2030
Ronald Malanowski Case No. 2:16-cv-2524
Christine Marbell Case No. 2:16-cv-8118
Catherine Maynard Case No. 2:16-cv-3380
James McCarthy Case No. 2:16-cv-2526
Nathaniel McCoy Case No. 2:15-cv-331
Elizabeth McLean Case No. 2:15-cv-4415
George Merino Case No. 2:16-cv-15378
Adine Miller Case No. 2:15-cv-5043
Africa Minfield Case No. 2:16-cv-4192
Angelina Monzon Case No. 2:17-cv-10903
Angela Mullens Case No. 2:15-cv-5044
Robert Noor Case No. 2:16-cv-15204
Juan Ortiz Case No. 2:17-cv-5828
Franklin Palermo Case No. 2:16-cv-16855

Ernest Payne Case No. 2:15-cv-6808
Veronica Peterson Case No. 2:16-cv-12109
Rebecca Pezold Case No. 2:16-cv-2531
Donnie Phillips Case No. 2:16-cv-8123
Esther Phillis Case No. 2:15-cv-3414
June Pike Case No. 2:16-cv-2888
Valerie Potts Case No. 2:17-cv-4801
Gerry Ray Case No. 2:17-cv-3839
Estell Redden Case No. 2:17-cv-7081
Deborah Reynolds Case No. 2:17-cv-12490
Linda Robertson Case No. 2:15-cv-6810
Nancy Russ Case No. 2:16-cv-7067
Chass Saint Clair Case No. 2:16-cv-15478
Felton Schley Case No. 2:16-cv-2894
Robert Schoffler Case No. 2:17-cv-7896
Brenda Simms Case No. 2:15-cv-1729
Margaret Sirmans Case No. 2:17-cv-492
Andre Smith Case No. 2:16-cv-15846
Richard Sokol Case No. 2:14-cv-2940
J Yvon St. Germain Case No. 2:17-cv-3742
Sunshearay Steele Case No. 2:16-cv-14956
Darrin Taskey Case No. 2:17-cv-1059
Giuseppina Tubbs Case No. 2:16-cv-2897
Randy Van Hughey Case No. 2:17-cv-4968
George Quihuis Case No. 2:16-cv-3368
Sandra Walker-Bitihene Case No. 2:16-cv-8134
Gary Washington Case No. 2:17-cv-8723
Elaine Wells Case No. 2:16-cv-17442
Sidney Williams Case No. 2:15-cv-301
Danuta Wohlschlager Case No. 2:17-cv-14060
David Yarnick Case No. 2:15-cv-171

Thomas Perkins Case No. 2:17-cv-2888
Mario Petralia Case No. 2:16-cv-8202
Barry Phelps Case No. 2:17-cv-9753
William Phillips Case No. 2:16-cv-15886
Robert Pietrocarlo Case No. 2:16-cv-14855
Paul Pittman Case No. 2:15-cv-5132
Tinnakorn Promcinsuk Case No. 2:17-cv-193
Claude Raye Case No. 2:16-cv-2889
Juanita Reeves Case No. 2:16-cv-2532
John Rivers Case No. 2:16-cv-2891
Arden Runyan Case No. 2:16-cv-2893
Loretta Ruth Case No. 2:16-cv-15237
Melvin Schilling Case No. 2:17-cv-7019
Gertrude Schmidt Case No. 2:16-cv-7065
Clinton Sesco Case No. 2:16-cv-7063
Edward Siravo Case No. 2:15-cv-3414
Judith Skidgel Case No. 2:17-cv-10906
Carla Smith Case No. 2:16-cv-18569
Rebecca Spronk Case No. 2:16-cv-14499
Alice Stanton Case No. 2:16-cv-2534
Mary Sutton Case No. 2:15-cv-5131
Kim Totten Case No. 2:16-cv-14497
William Urseth Case No. 2:15-cv-6811
Bobby Vodegel Case No. 2:16-cv-14626
James Waggoner Case No. 2:16-cv-14695
Ginger Ward Case No. 2:16-cv-15086

Douglas Watson Case No. 2:16-cv-13963
Melody Wesson Case No. 2:16-cv-8136
Julia Wise Case No. 2:15-cv-17443
Annie Womack Case No. 2:16-cv-8138