UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## PRETRIAL ORDER NO. 13B

**(Amending Pretrial Order No. 13 and 13A)**

**THIS MATTER**, having been opened by the Court by counsel for the Parties, and the Parties having consented, stipulated, and agreed to entry of the within Order, and good cause appearing therefore,

**IT IS** on this 26th day of January, 2018, **ORDERED**, as follows:

Paragraph 4 of Pretrial Order No. 13 is hereby amended to add the following language:

With respect to Authorizations provided to Defendants that are dated, Defendants and their record copy vendor, The Marker Group, Inc. ("Marker"), are hereby authorized to "white-out" and re-date the Authorizations to the date that they are being sent to the Healthcare Providers and other entities that require Authorizations, provided that the date affixed is not later than November 30, 2018. Once this Order becomes effective, at the end of each month, Defendants' vendor shall supply to Liaison Counsel for Plaintiffs a list of all cases in which such authorizations have been used that month. This order shall become effective fourteen (14) days from the date above. If any Plaintiff does not agree to authorize the re-dating of Authorizations as provided herein, he or she shall notify lead counsel for the Defendants within ten (10) days of the date above and

simultaneously provide defense counsel with updated authorizations.

**IT IS SO ORDERED.**

_____

**JUDGE ELDON E. FALLON**