# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Robert Loussaert. v. Janssen Research & Development, et al.;* *Civil Action No. 2:17-cv-02910* | ) JUDGE FALLON ) ) |
| | ) MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Robert Loussaert.

Dated: January 29, 2018

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 29, 2018                  Respectfully submitted,

                                                         */s/ Leslie LaMacchia*

                                                         Leslie LaMacchia, Esq.
                                                         Adam Pulaski, Esq.
                                                         PULASKI LAW FIRM, PLLC
                                                         2925 Richmond Avenue, Suite 1725
                                                         Houston, TX 77098
                                                         (713) 664-4555 Phone
                                                         (713) 664-7543 Fax
                                                         llamacchia@pulaskilawfirm.com
                                                         adam@pulaskilawfirm.com

                                                         *Attorneys for the Plaintiff*