# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | **JUDGE ELDON E. FALLON** |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Sharp v. Janssen Research & Development, LLC, et al.,* Case No.: 2:17-cv-01766 | |
| *Bradfield v. Janssen Research & Development, LLC, et al.,* Case No.: 2:17-cv-02095 | |
| *Carroll v. Janssen Research & Development, LLC, et al.,* Case No.: 2:17-cv-02108 | |

## NOTICE OF APPEARANCE

COMES NOW Neil D. Overholtz of Aylstock, Witkin, Kreis & Overholtz, PLLC and enters his appearance on behalf of Sharp, Bradfield, and Carroll in the above-entitled and numbered cases.

Dated: January 31, 2018.

        RESPECTFULLY SUBMITTED,

        */s/ Neil D. Overholtz*
        Neil D. Overholtz
        noverholtz@awkolaw.com
        **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
        17 East Main Street, Suite 200
        Pensacola, FL  32502
        Telephone: (850) 202-1010
        Facsimile: (850) 916-7449

        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, the above and foregoing Notice of Appearance was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ Neil D. Overholtz*
Neil D. Overholtz
