# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |

*************************************************

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

In order to facilitate the progress of the Xarelto MDL,

**IT IS ORDERED** that the PSC and Defendants' counsel will participate in a telephone status conference on Friday, February 16, 2018 at 10:00 a.m. The parties will call in to the Court's conference line: 877-336-1839; access code: 4227405; security code: 021618.

New Orleans, Louisiana this 30th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE