UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Wanda McGovern v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:17-cv-01761

ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record, R. Doc. 8496,

**IT IS HEREBY ORDERED** that attorney Kevin P. O'Connor, of Swartz & Swartz, P.C. is withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorney James A. Swartz of Swartz & Swartz, P.C. is substituted as the Plaintiff's attorney of record in MDL No. 2592 and member case McGovern, 2:17-cv-01761.

New Orleans, Louisiana this  30th  day of     January    , 2018.

_____
Honorable Eldon E. Fallon