IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL NO. 2592 ) ) SECTION L ) ) JUDGE ELDON E. FALLON ) ) MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
17-17875    MARY JANE DIEKROEGER, as Surviving Spouse and Personal Representative of WILLIAM DIEKROEGER, Deceased

## ORDER

The Court, after considering the Consent Motion to Correct the Name of Plaintiff and Plaintiff's Decedent, R. Doc. 8501, finds the motion meritorious. Therefore,

**IT IS ORDERED** that the name of plaintiff and plaintiff's decedent be corrected to "Diekroeger" in the above-referenced case.

New Orleans, Louisiana, this  30th  day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE