**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Darlene Stewart vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:17-cv-11648**

## ORDER

Considering the foregoing Motion for Expedited Consideration on Plaintiff's Motion for Extension of Time to file the Plaintiff Fact Sheet, R. Doc. 8509,

It is hereby **ORDERED** that the motion is GRANTED.

New Orleans, Louisiana, this 30th day of January, 2018.

_____
JUDGE ELDON E. FALLON