UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

   *Darlene Stewart vs. Janssen Research & Development, LLC et al;*
   **Civil Action No. 2:17-cv-11648**

# ORDER

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of Time under PTO 27 to provide the filing of the Plaintiff Fact Sheet, R. Doc. 8508.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED, that Plaintiff's Motion for Extension of Time to file the Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the PFS is now March 31, 2018.

New Orleans, Louisiana, this 30th day of January, 2018.

_____
JUDGE ELDON E. FALLON