UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | § | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION:L |
| | § | JUDGE: ELDON E. FALLON |
| | § | MAG. JUDGE MICHEAL NORTH |
| | § | |
| | § | |
| | § | |
| | § | |

This document Relates to:
MAXINE FLETCHER AS ADMINISTRATRIX AND WRONGFUL DEATH BENEFICARY FOR GEORGE FLETCHER V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-11466

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure Hereby informs the Honorable Court of Plaintiff's death, Maxine Fletcher on 07/24/2017. Motion to Substitute will be filed at a later date.

Dated: January 31, 2018

Respectfully submitted,

**THE WEBSTER LAW FIRM**

By: */s/ Jason C. Webster*
JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele: 713.581.3900
Fax: 713.581.3907
filing@thewebsterlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trail Order No.17.

By: */s/ Jason C. Webster*

JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele:   713.581.3900
Fax:    713.581.3907
filing@thewebsterlawfirm.com