# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH

**State File NO. 102-** 2017-037941

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | MARLENE SUE HOUGH |
| 3. DATE OF DEATH | 08/26/2017 |
| 4. SEX | FEMALE |
| 5. SOCIAL SECURITY NUMBER | 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 |
| 6. DATE OF BIRTH | 11/07/1940 |
| 7. AGE | 76 |
| 12. PLACE OF DEATH - HOSPITAL | (not checked) |
| 13. PLACE OF DEATH - OTHER THAN HOSPITAL | ☒ RESIDENCE |
| 14. FACILITY NAME (OR STREET ADDRESS IF NOT A FACILITY) | 15268 W BOCA RATON RD |
| 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH | SURPRISE 85379 |
| 16. COUNTY OF DEATH | MARICOPA |
| 17. BIRTHPLACE | DENVER, COLORADO |
| 18. MARITAL STATUS AT TIME OF DEATH | WIDOWED |
| 20. DECEDENT'S USUAL RESIDENCE STREET ADDRESS | 15268 W BOCA RATON RD |
| 21. CITY AND COUNTY | SURPRISE, MARICOPA |
| 22. STATE | ARIZONA |
| 23. ZIP CODE | 85379 |
| 24. EVER IN THE ARMED FORCES | NO |
| 25. WAS DECEDENT OF HISPANIC ORIGIN? | ☒ UNKNOWN |
| 26. DECEDENT'S RACE(S) | ☒ WHITE |
| 28. OCCUPATION | HOME MAKER |
| 29. FATHER'S NAME | LEMUEL ROSS WALKER |
| 30. MOTHER'S NAME (PRIOR TO FIRST MARRIAGE) | ANN ELIZABETH ANDERSON |
| 31. INFORMANT'S NAME | JULIE RENEE YOST |
| 32. RELATIONSHIP | DAUGHTER |
| 33. INFORMANT'S MAILING ADDRESS | 4832 E MC KINNON DR, ANAHEIM, CALIFORNIA 92807 |
| 34. NAME AND ADDRESS OF FUNERAL FACILITY | PALM VALLEY FUNERAL HOME, L.L.C. 10761 W. GRAND AVE., SUN CITY, AZ |
| 35. FUNERAL DIRECTOR | ROBERT R BURKE, FUNERAL DIRECTOR |
| 36. LICENSE NUMBER | F0788 |
| 37. METHOD(S) OF DISPOSITION | CREMATION |
| 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY | PARADISE MEMORIAL CREMATORY, INC., SCOTTSDALE, ARIZONA |
| 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY | NONE |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| | Cause | Approximate Interval |
|---|---|---|
| 40. A IMMEDIATE CAUSE OF DEATH | ACUTE EMBOLIC CEREBROVASCULAR ACCIDENT | 41. MINUTES |
| 42. B DUE TO OR AS A CONSEQUENCE OF | ATRIAL FIBRILLATION, IDIOPATHIC | 43. YEARS |
| 44. C DUE TO OR AS A CONSEQUENCE OF | | |
| 46. D DUE TO OR AS A CONSEQUENCE OF | | |

### CAUSE OF DEATH PART II

48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSES GIVEN ABOVE:
CONGESTIVE HEART FAILURE, ADRENAL INSUFFICIENCY, CHRONIC OBSTRUCTIVE PULMONARY DISEASE, DEPRESSION, HYPOTHYROIDISM

| Field | Value |
|---|---|
| 49. INJURY? | NO |
| 50. INJURY AT WORK? | NO |
| 51. MANNER OF DEATH | NATURAL DEATH |
| 52. TIME OF DEATH | 07:30 AM |
| 53. WAS AN AUTOPSY PERFORMED? | NO |
| 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

☒ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| Field | Value |
|---|---|
| 55. NAME OF PERSON COMPLETING CAUSE OF DEATH | REBECCA M. LOGUE, APRN |
| 56. DATE CERTIFIED | 08/28/2017 |
| 57. CERTIFIER'S ADDRESS | 4225 W. GLENDALE PHOENIX, AZ 85051 |
| 58. NAME OF REGISTRAR | MICHELE CASTANEDA-MARTINEZ |
| 59. DATE REGISTERED | 09/06/2017 |

DATE ISSUED: 09/07/2017



J0448912

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA
Revised 07/2016

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT OF HEALTH SERVICES

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE