**COUNTY OF WAYNE MICHIGAN**

**STATE OF MICHIGAN**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CERTIFICATE OF DEATH**

TYPE/PRINT IN PERMANENT BLACK INK

LF
CF  4763

STATE FILE NUMBER: 3912250

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): PATRICK DURAND SLACK
2. DATE OF BIRTH: JUNE 13, 1965
3. SEX: MALE
4. DATE OF DEATH: AUGUST 2, 2016
5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS: PATRICK DURAND SLACK
6a. AGE - Last Birthday (Years): 51
7a. LOCATION OF DEATH - HOSPITAL OR OTHER INSTITUTION: SINAI GRACE HOSPITAL
7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH: DETROIT
7c. COUNTY OF DEATH: WAYNE
8a. CURRENT RESIDENCE - STATE: MICHIGAN
8b. COUNTY: WAYNE
8c. LOCALITY: CITY OR VILLAGE (Inside limits of) DETROIT
8d. STREET AND NUMBER: 18234 MUIRLAND
8e. ZIP CODE: 48221
9. BIRTHPLACE: DETROIT, MICHIGAN
10. SOCIAL SECURITY NUMBER: 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
11. DECEDENT'S EDUCATION: 3 YEARS OF COLLEGE
12. RACE: BLACK
13a. ANCESTRY: AFRICAN AMERICAN
13b. HISPANIC ORIGIN: NO
14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES?: NO
15. USUAL OCCUPATION: I T ENGINEER
16. KIND OF BUSINESS OR INDUSTRY: HONDA
17. MARITAL STATUS: MARRIED
18. NAME OF SURVIVING SPOUSE: MAUREEN CHAPMAN

**PARENTS**

19. FATHER'S NAME: WILLIAM SLACK, SR.
20. MOTHER'S NAME BEFORE FIRST MARRIED: DORIS MARSHALL

**INFORMANT**

21a. INFORMANT'S NAME: DORIS SLACK
21b. RELATIONSHIP TO DECEDENT: MOTHER
21c. MAILING ADDRESS: 18234 MUIRLAND-DETROIT MI 48221

**DISPOSITION**

22. METHOD OF DISPOSITION: CREMATION
23a. PLACE OF DISPOSITION: MEADOWCREST CREMATORY
23b. LOCATION: DETROIT, MICHIGAN
25. LICENSE NUMBER: 6537
26. NAME AND ADDRESS OF FUNERAL FACILITY: SWANSON FUNERAL HOME, INC. 14751 W. MCNICHOLS RD.-DETROIT, MI 48235

**CERTIFICATION**

27a. CERTIFIER: Medical Examiner
28a. ACTUAL OR PRESUMED TIME OF DEATH: 8:22 A M
28b. PRONOUNCED DEAD ON: AUGUST 2, 2016
28c. TIME PRONOUNCED DEAD: 8:22 A M
29. MEDICAL EXAMINER CONTACTED?: YES
30. PLACE OF DEATH: HOSPITAL
31. IF HOSPITAL: EMER. ROOM
27b. DATE SIGNED: 8-10-2016
27c. LICENSE NUMBER: 101562
32. MEDICAL EXAMINER'S CASE NUMBER: 16-8874
34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Kilak Kesha MD 1300 E Warren Detroit Michigan 48207
35a. REGISTRAR'S SIGNATURE: Cathy M. Garrett
35b. DATE FILED: AUG 10 2016

**CAUSE OF DEATH**

36. PART I.
a. hypertensive arteriosclerotic cardiovascular disease — Approximate Interval Between Onset and Death: unknown

**MEDICAL EXAMINER**

39. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED?: NO
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: Unknown
38. IF FEMALE: (blank)

DCH-0483 (Rev 05/2015)

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OF THE ORIGINAL RECORD AS RECORDED WITH WAYNE COUNTY. DO NOT ACCEPT UNLESS PREPARED ON APPROVED SECURITY PAPER DISPLAYING THE OFFICIAL SEAL AND SIGNATURE OF THE ISSUING AGENCY. NOT VALID IF PHOTOCOPIED. LAMINATION MAY VOID CERTIFICATE.

153396

AUG 10 2016
Dated

Cathy M. Garrett
WAYNE COUNTY CLERK

Death Records

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH