UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Jacqueline Smith vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:17-cv-9908**

## ORDER

THIS MATTER, having come before the Court are Plaintiff's identical Motions for Extension of Time to Serve the Bayer Defendants pursuant to PTO 10, and to deem plaintiff's service of the Bayer Defendants on November 30, 2017 to be sufficient service pursuant to PTO 10. R. Docs. 8204, 8205. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend the time to serve the Bayer Defendants pursuant to PTO 10 is hereby GRANTED, and the service made pursuant to PTO 10 on November 30, 2017 is hereby deemed sufficient service.

New Orleans, Louisiana this 31st day of January, 2018

*[signature]*
Hon. Eldon E. Fallon
United States District Court Judge