# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE NORTH |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO:**
*Edward Woods v. Janssen Research & Development, LLC, et al.*, **16-cv-11183**

## ORDER

**IT IS ORDERED** that Plaintiff's motion to dismiss without prejudice, R. Doc. 8309, is **DENIED** and that Plaintiff's claims against all Defendants in Edward Woods v. Janssen Research & Development, LLC, et al (2:16-cv-11183) are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana this 31st day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE