UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| This Document Relates to All Cases | * * | SECTION L |
| | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

## ORDER

The Court finds that the PSC is appropriately discharging all of its functions as established by Pretrial Order #7. Therefore,

**IT IS ORDERED** that the members of the PSC are hereby reappointed for a term of one year from the date of this Minute Entry. The conditions and nature of this reappointment are governed by Pretrial Order #7, which is incorporated by reference.

NEW ORLEANS, LOUISIANA, this 30th day of January, 2018.

_____
**UNITED STATES DISTRICT JUDGE**