UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) **MDL NO. 2592** ) ) **SECTION: L** ) **JUDGE FALLON** ) **MAG. JUDGE NORTH** ) ) **JURY TRIAL DEMANDED** ) ) **Civil Action No: 2:17-cv-07985** |

THIS DOCUMENT RELATES TO:
*ANTHONY HENDRICKS v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al.*
Civil Action No. 2:17-cv-07985-EEF-MBN

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully requests this Honorable Court for an extension of time within which to serve process and issue an order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

A brief memorandum in support of Plaintiff's motion is submitted herewith.

WHEREFORE, Plaintiff respectfully moves this Honorable Court for an Extension of Time of time within which to serve process.

Respectfully submitted this 1 day of February, 2018.

/s/ William Rivera-Alvarez
William Rivera-Álvarez
Puerto Rico Bar No. 19578
U.S. Fed. Bar No. 304111
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
Hato Rey Center
268 Ponce de Leon Ave.,
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com


/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF CHRISTOPHER K. JOHSTON, LLC
Hato Rey Center
268 Ponce de Leon Ave.,
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com


Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1 day of February 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez

Counsel for Plaintiff
