**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION:  L** |
| ) | **JUDGE FALLON** |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| ) | **Civil Action No:  2:17-cv-07985** |

**THIS DOCUMENT RELATES TO:**

*ANTHONY HENDRICKS v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al.*
**Civil Action No. 2:17-cv-07985-EEF-MBN**

## NOTICE OF SUBMISSION

COMES NOW, the plaintiff, Anthony Hendricks, by and through the undersigned counsel,

and files this Notice of Submission of First Motion for Extension of Time to Serve Process before

the Honorable Judge Eldon E. Fallon on February 28, 2018 at 9:00am.  This motion is being

submitted to this Honorable Court without the need of a formal hearing

Respectfully submitted this 1st day of February 2018.


/s/ William Rivera-Alvarez
William Rivera-Álvarez
Puerto Rico Bar No. 19578
U.S. Fed. Bar No. 304111
LAW OFFICE OF CHRISTOPHER K.
JOHNSTON, LLC
Hato Rey Center
268 Ponce de Leon Ave.,
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

<u>/s/ Christopher K. Johnston</u>
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC
 Hato Rey Center
268 Ponce de Leon Ave.,
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com


Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of February 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

<u>/s/ William Rivera-Alvarez</u>
William Rivera-Alvarez