# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISAAC ABEJCKERR, MARINA ALIX, PEDRO ALVAREZ, DOLORES BERMUDEZ, TERESA BETANCOURT, CARMEN BONNELL, ZORAIDA COLLAZO, BERTA CABALLERO, HAYDEE CARDENAS, LUZMILA CORNEJO, TERESA DOMINGUEZ, JUAN DUARTE, CARMEN ESTRADA, ARSENIO FARINAS, ELIEZER FLORES, MARIA GEMELIARIS, DAMARIS GONZALEZ, ANTONIO GUITERREZ VALDEZ, LEONIDES HIDALGO, GAYLON ISAAKS, SUSAN JENNE, BERNARDO MALDONADO, TATIANA MARTINEZ-HERNANDEZ, AUREA MORALES, MARIA OLIVA, MARIA ORTEGA, MARINA PERALTA-ALVAREZ, LUIS PICHARDO-MAR, ANTONIO PIULATS, OLIMPIA RODRIGUEZ, GODOFREDO RONDON, CLAUDIO SANRIAGO, ROSARIO SANTIAGO, VICTOR SERA, NANCY SOLE, MERCEDES TAMAYO, JOSE VIANA, JOSE ZOUAIN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

  Plaintiffs,

v.

JANSENN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,

  Defendants.
_____/

## **MOTION FOR SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**

  The undersigned attorneys, Robin Treto and Carlos R. Diez-Arguelles, hereby seek an

order from this Honorable Court substituting counsel in the below-listed cases. In support, the undersigned attorney's state:

1. In 2015, Diez-Arguelles & Tejedor filed the below-listed cases in the United States District Court for the Eastern District of Louisiana. The cases were filed directly into MDL No. 2592, which involved multi-district litigation of consumers harmed by use of Xarelto, a prescription blood thinner. The attorney within the law firm, Diez-Arguelles & Tejedor, who filed the lawsuits on behalf of the firm was Robin Treto.

2. Mr. Treto left the law firm, Diez-Arguelles & Tejedor, in November of 2015. Diez-Arguelles & Tejedor has continued representation of the below-listed clients.

3. Therefore, the undersigned attorneys request the Court enter an order substituting the following attorneys as the attorneys of record: **Carlos R. Diez-Arguelles** and **Maria D. Tejedor**, partners of the law firm Diez-Arguelles & Tejedor, and request all further notices, pleadings, discovery and writings be directed to the attention of **Carlos R. Diez-Arguelles** and **Maria D. Tejedor of Diez-Arguelles & Tejedor** at the following electronic address: mail@theorlandolawyers.com.

4. Mr. Treto also requests removal from the Court's service list of the below-listed cases as he is no longer with the law firm, Diez-Arguelles & Tejedor, and therefore does not represent these plaintiffs.

5. Mr. Treto consents to the filing of this motion.

6. The cases filed by Diez-Arguelles & Tejedor are:[*]

**2:15-cv-04649-EEF-MBN**    **Abejckerr et al v. Janssen Research & Development LLC et al**

**2:15-cv-05163-EEF-MBN**    **Piulats v. Janssen Research & Development, LLC et al**

**2:15-cv-05186-EEF-MBN**    **Farinas v. Janssen Research & Development, LLC et al\***

**2:15-cv-05191-EEF-MBN**    **Morale v. Janssen Research & Development, LLC et al\***

---

[*] Six of these cases have or will be dismissed upon payment of filing fees. These six cases are identified with an asterisk (*).

| | |
|---|---|
| 2:15-cv-05194-EEF-MBN | Maldonado v. Janssen Research & Development LLC, et al* |
| 2:15-cv-05196-EEF-MBN | Bonell v. Janssen Research & Development LLC |
| 2:15-cv-05198-EEF-MBN | Flores v. Janssen Research & Development LLC |
| 2:15-cv-05200-EEF-MBN | Estrada v. Jansseb Research & Development, LLC et al |
| 2:15-cv-05202-EEF-MBN | Isaaks v. Janssen Research & Development, LLC et al |
| 2:15-cv-05203-EEF-MBN | Rondon v. Janssen Research & Development, LLC et al |
| 2:15-cv-05217-EEF-MBN | Cardenas v. Janssen Research & Development, LLC et al |
| 2:15-cv-05218-EEF-MBN | Viana v. Janssen Research & Development, LLC et al |
| 2:15-cv-05222-EEF-MBN | Duarte v. Janssen Research & Development, LLC et al |
| 2:15-cv-05226-EEF-MBN | Zouian v. Janssen Research & Development, LLC et al* |
| 2:15-cv-05228-EEF-MBN | Pichardo-Mar v. Janssen Research & Development LLC, et al |
| 2:15-cv-05230-EEF-MBN | Cornejo v. Janssen Research & Development LLC, et al |
| 2:15-cv-05233-EEF-MBN | Gemeliares v. Janssen Research & Development LLC, et al |
| 2:15-cv-05237-EEF-MBN | Oliva v. Janssen Research & Development, LLC et al |
| 2:15-cv-05238-EEF-MBN | Ortega v. Janssen Research & Development, LLC et al |
| 2:15-cv-05239-EEF-MBN | Alix v. Janssen Research & Development, LLC et al |
| 2:15-cv-05240-EEF-MBN | Tamayo v. Janssen Research & Development, LLC et al |
| 2:15-cv-05255-EEF-MBN | Gonzalez v. Janssen Research & Development LLC et al |
| 2:15-cv-05257-EEF-MBN | Sole v. Janssen Research & Development, LLC et al |
| 2:15-cv-05259-EEF-MBN | Alvarez v. Janssen Research & Development, LLC et al |
| 2:15-cv-05262-EEF-MBN | Santiago v. Janssen Research & Development, LLC et al |
| 2:15-cv-05266-EEF-MBN | Jenne v. Janssen Research & Development, LLC et al |
| 2:15-cv-05424-EEF-MBN | Hernandez v. Janssen Research & Development LLC, et al* |
| 2:15-cv-05426-EEF-MBN | Betancourt v. Janssen Research & Development LLC et al* |
| 2:15-cv-05427-EEF-MBN | Dominguez v. Janssen Research & Development, LLC et al |

| | |
|---|---|
| **2:15-cv-05434-EEF-MBN** | **Collazo v. Janssen Research & Development, LLC, et al** |
| **2:15-cv-05446-EEF-MBN** | **Sera v. Janssen Research & Development, LLC et al** |
| **2:15-cv-05534-EEF-MBN** | **Guiterrez v. Janssen Research & Development, LLC et al** |
| **2:15-cv-05536-EEF-MBN** | **Caballero v. Janssen Research & Development, LLC et al** |
| **2:15-cv-05537-EEF-MBN** | **Bermudez v. Janssen Research & Development, LLC et al** |
| **2:15-cv-07902-EEF-MBN** | **Peralta-Alvarez v. Janssen Research & Development, LLC et al** |

WHEREFORE, the undersigned attorneys request the entrance of an order substituting Carlos R. Diez-Arguelles as attorneys of record and removing Robin Treto from the Court's service list in the above-listed cases.

Date: February 1, 2018.

>Respectfully submitted,
>
>/s/Robin Treto
>Robin Treto, Esq.
>Florida Bar No.: 115628
>
>/s/Carlos R. Diez-Arguelles
>Carlos R. Diez-Arguelles, Esq.
>Florida Bar No.: 500569
>Maria D. Tejedor, Esq.
>Florida Bar No.: 95834
>Diez-Arguelles & Tejedor, P.A.
>505 North Mills Avenue
>Orlando, Florida 32803
>Ph: 407-705-2880
>carlos@theorlandolawyers.com
>mail@theorlandolawyers.com
>maria@theorlandolawyers.com
>Melanie.l@theorlandolawyers.com