UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISAAC ABEJCKERR, MARINA ALIX, PEDRO ALVAREZ, DOLORES BERMUDEZ, TERESA BETANCOURT, CARMEN BONNELL, ZORAIDA COLLAZO, BERTA CABALLERO, HAYDEE CARDENAS, LUZMILA CORNEJO, TERESA DOMINGUEZ, JUAN DUARTE, CARMEN ESTRADA, ARSENIO FARINAS, ELIEZER FLORES, MARIA GEMELIARIS, DAMARIS GONZALEZ, ANTONIO GUITERREZ VALDEZ, LEONIDES HIDALGO, GAYLON ISAAKS, SUSAN JENNE, BERNARDO MALDONADO, TATIANA MARTINEZ-HERNANDEZ, AUREA MORALES, MARIA OLIVA, MARIA ORTEGA, MARINA PERALTA-ALVAREZ, LUIS PICHARDO-MAR, ANTONIO PIULATS, OLIMPIA RODRIGUEZ, GODOFREDO RONDON, CLAUDIO SANRIAGO, ROSARIO SANTIAGO, VICTOR SERA, NANCY SOLE, MERCEDES TAMAYO, JOSE VIANA, JOSE ZOUAIN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

    Plaintiffs,

v.

JANSENN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,

    Defendants.
_____/

## **ORDER ON MOTION TO SUBSTITUTE COUNSEL**

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

    **IT IS HEREBY ORDERED** that Carlos R. Diez-Arguelles, Esq.of Diez-Arguelles &

Tejedor, P.A., are substituted as Plaintiff's attorneys of record.

    DONE AND SIGNED the _____ day of _____, 2018.

_____

UNITED STATES DISTRICT JUDGE