UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2:14-md-02592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Upon consideration of the Motion to Approve the Expenses of Feldman and Pinto and for good cause shown it is hereby ORDERED this 31st date of January 2018, the February and March 2016 expense submissions of Feldman and Pinto attached as Exhibit A and B of their Motion are approved.

BY THE COURT:

_____
Judge Eldon E. Fallon