UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) )<br>PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>*DeBruce v. Janssen Research &* )<br>*Development LLC, et al.* )<br>Case No. 17-cv-08438 )<br>) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

## CONSENT MOTION TO CORRECT THE NAME OF PLAINTIFF

COMES NOW the plaintiff in the above-styled cause, by and through his undersigned attorney, and, with the express consent of the defendants, moves the Court for an order correcting the name of the plaintiff in the caption of this action and all records of the Court, and plaintiff says as follows:

1. In the caption and body of the complaint filed in this action (Doc. 1, August 29, 2017), plaintiff's counsel erroneously listed the name of the plaintiff as "Edward."

2. The proper name of the plaintiff is "Eric."

3. In order that the records of the Court reflect the proper spelling of the name of the plaintiff, plaintiff moves the Court for an order correcting said name to "Eric."

Respectfully submitted,

Dated: New York, New York
February 2, 2018

By: _____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London