UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*DeBruce v. Janssen Research & Development LLC, et al.*<br>Case No. 17-cv-08438 | | |

## ORDER

This Court, after considering the Consent Motion to Correct the Name of Plaintiff, finds the motion meritorious. Therefore,

**IT IS HEREBY ORDERED** that the name of plaintiff be corrected to "Eric" in the above-referenced case.

New Orleans, Louisiana this __ day of __ 2018.

                                                                                                  Honorable Eldon E. Fallon
                                                                                                  United States District Court Judge

1