# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No: 2592 )  ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Thomas L. Hampton v. Janssen Research & Development LLC, et al.*
Civil Action No. 2:17-cv-17543

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff Thomas L. Hampton, by and through undersigned counsel, respectfully seek leave of Court to file an Amended Complaint for the reasons set forth in the attached memorandum.

Dated:   February 2, 2018.                               Respectfully submitted,

/s/ Carlos M. Hernandez-Burgos
Carlos M. Hernandez-Burgos
Puerto Rico Bar No. 15998
USDCPR No. 224814
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON
268 Ponce de Leon Ave., Ste. 1023
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230
carlos.h@masstortslaw.com

/s/Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON
268 Ponce de Leon Ave., Ste. 1023

San Juan, Puerto Rico 00918  
Tel: (844) 345-3784  
Fax: (844) 644-1230  
kyle@masstortslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff's and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Carlos M. Hernandez-Burgos*