**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Thomas L. Hampton v. Janssen Research & Development LLC, et al.*
Civil Action No. 2:17-cv-17543

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT**

**COMES NOW** Plaintiff Thomas L. Hampton, through undersigned counsel hereby requests an Order for Leave to File First Amended Complaint. In support, Plaintiff offers as follows:

1. Plaintiff's Complaint was initially filed on December 19, 2017, and the corresponding filing fee was paid.

2. Defendants were served in the above-referenced case thereafter;

3. Defendants have not been or will not be prejudiced by the amendment of this complaint.

4. Due to error or omission the Complaint was filed with an incorrect date of injury. Instead of "on approximately December 19, 2017", it should read "on approximately May 31, 2016". See *Paragraph 7 of the Complaint*.

5. That the complaint is otherwise the same in every other manner.

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully requests this Court grant his Motion for Leave to File First Amended Complaint.

Dated:  February 2, 2018.

                                                            Respectfully submitted,

                                                            /s/ Carlos M. Hernandez-Burgos
                                                            Carlos M. Hernandez-Burgos
                                                            Puerto Rico Bar No. 15998
                                                           USDCPR No. 224814
                                                           LAW OFFICE OF
                                                           CHRISTOPHER K. JOHNSTON
                                                           268 Ponce de Leon Ave., Ste. 1023
                                                           San Juan, Puerto Rico 00918
                                                           Tel: (844) 345-3784
                                                           Fax: (844) 644-1230
                                                           carlos.h@masstortslaw.com

                                                           /s/Christopher K. Johnston
                                                           Christopher K. Johnston
                                                           California Bar No. 261474
                                                           LAW OFFICE OF
                                                           CHRISTOPHER K. JOHNSTON
                                                           268 Ponce de Leon Ave., Ste. 1023
                                                           San Juan, Puerto Rico 00918
                                                           Tel: (844) 345-3784
                                                           Fax: (844) 644-1230
                                                           kyle@masstortslaw.com

                                                           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                             /s/ *Carlos M. Hernandez-Burgos*