UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Thomas L. Hampton v. Janssen Research & Development LLC, et al.*
Civil Action No. 2:17-cv-17543

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Leave to File First Amended Complaint and Memorandum in Support to be heard by the Honorable Eldon E. Fallon on Wednesday, February 28, 2018 at 9:00 a.m. This motion is being submitted to this Honorable Court without the need of a formal hearing

Dated: February 2, 2018.

Respectfully submitted,

/s/ Carlos M. Hernandez Burgos
Carlos M. Hernandez-Burgos
Puerto Rico Bar No. 15998
USDCPR No. 304111
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON
268 Ponce de Leon Ave., Ste. 1023
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230
carlos.h@masstortslaw.com


 s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON
268 Ponce de Leon Ave., Ste. 1023
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 2, 2018, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff's and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                     */s/ Carlos M. Hernandez-Burgos*