## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br> JURY TRIAL DEMANDED <br><br> Civil Action No: **2:17-cv-07958** |

**THIS DOCUMENT RELATES TO:**

*Earnest London v. Janssen Research & Development, LLC et al.*
**Civil Action No. 2:17-cv-07958-EEF-MBN**

### NOTICE OF SUBMISSION

COMES NOW, the plaintiff, Earnest London, by and through the undersigned counsel, and files this Notice of Submission of First Motion for Extension of Time to Serve Process before the Honorable Judge Eldon E. Fallon on February 28, 2018 at 9:00am. This motion is being submitted to this Honorable Court without the need of a formal hearing

Respectfully submitted this 2nd day of February 2018.

/s/ David B. Owen-Jiménez
David B. Owen-Jiménez
Puerto Rico Bar No. 19627
USDCPR No. 301113
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
268 Ponce de Leon Ave, Ste. 1023
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com
/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474

LAW OFFICE OF<br>
CHRISTOPHER K. JOHSTON, LLC<br>
268 Ponce de Leon Ave, Ste. 1023<br>
San Juan, Puerto Rico 00917<br>
Tel: (844) 345-3784<br>
Fax: (844) 644- 1230<br>
kyle@masstortslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2018, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ David B. Owen-Jiménez<br>
David B. Owen-Jiménez<br>
Puerto Rico Bar No. 19627<br>
USDCPR No. 301113<br>
LAW OFFICE OF<br>
CHRISTOPHER K. JOHNSTON, LLC<br>
268 Ponce de Leon Ave, Ste. 1023<br>
San Juan, Puerto Rico 00917<br>
Tel: (844) 345-3784<br>
Fax: (844) 644-1230<br>
david@masstortslaw.com