**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION:  L** |
| ) | **JUDGE FALLON** |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| ) | **Civil Action No:  2:17-cv-08018** |

THIS DOCUMENT RELATES TO:
***Bernice J. Sandusky v. Janssen Research & Development, LLC et al.***
**Civil Action No. 2:17-cv-08018-EEF-MBN**

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully requests this Honorable Court for an Order allowing her an additional thirty (30) days from the date the Order is entered in which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in the Pre-Trial #10. In support of this motion, Plaintiff states as follows:

1. On August 18, 2017, Plaintiff, by and through his counsel, filed her Complaint with the Court.

2. Summons were due for serve of process in October 17, 2017.

3. Furthermore, as indicated in the filed Complaint, the undersigned counsel who is associated with the Johnston Law Firm is based in San Juan, Puerto Rico.

4. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice

that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

5.  Plaintiff counsel has not been able to serve process and hereby requests a thirty (30) days from the date the Order is entered in which to effect service on the Defendants.

6.  Plaintiff's counsel has conferred with Defense counsel regarding this matter and they have agreed not to oppose this motion.

7.  Wherefore, the undersigned counsel's law firm is currently in the process of mailing the corresponding documents for service of process.

8.  An extension of time is not sought for delay.  An extension is sought so that justice may be served.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to serve process from the date the Order is entered in which to effect service on the Defendants.

Respectfully submitted this 2nd day of February 2018.

/s/ David B. Owen-Jiménez
David B. Owen-Jiménez
Puerto Rico Bar No. 19627
USDCPR No. 301113
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
268 Ponce de Leon Ave, Ste. 1023
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com
/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF

CHRISTOPHER K. JOHSTON, LLC
268 Ponce de Leon Ave, Ste. 1023
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2018, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ David B. Owen-Jiménez
David B. Owen-Jiménez
Puerto Rico Bar No. 19627
USDCPR No. 301113
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
268 Ponce de Leon Ave, Ste. 1023
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com