UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*EDITH DUDLEY v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-10437-EEF-MBN

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff William Dudley, spouse of Edith Dudley, is substituted for Plaintiff Edith Dudley as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of ____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE