UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Nathaniel Simmons, as Personal Representative of the ESTATE OF JOHN SIMMONS, JR., v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-06658-EEF-MBN

## MOTION TO CORRECT THE NAME OF PLAINTIFF REPRESENTATIVE

COMES NOW the plaintiff in the above-styled cause, by and through her undersigned attorney moves the Court for an order correcting the name of the plaintiff representative in the caption of this action and all records of the Court, and plaintiff says as follows:

1. In the caption and body of the complaint fined in this action (Doc. 1, July 12, 2017), plaintiff's counsel listed the name of the plaintiff representative as "Nathaniel Simmons."

2. The correct name of the plaintiff's representative is "Ethel Simmons."

3. Ethel Simmons is the widow of the deceased. Exhibit 1 – Death Certificate; Exhibit 2 – Next of Kin Affidavit.

4. In order that the records of the court reflect the name of the proper representative, plaintiff moves the Court for an order correcting the name of the representative from "Nathaniel" to "Ethel."

Dated:  February 2, 2018         Respectfully submitted,

                                             /s/  William L. Bross
                                             William L. Bross
                                             AL State Bar No. 9703O71W
                                             HENINGER GARRISON DAVIS, LLC
                                             2224 First Avenue North
                                             Birmingham, AL  35203
                                             Telephone: (205) 326-3336
                                             Facsimile: (205) 326-3332
                                             william@hgdlawfirm.com

                                             *One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

       The hereby certify that on February 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                             */s/ William L. Bross*
                                             William L. Bross