# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2015119265  
**DATE ISSUED:** August 14, 2015  
**STATE FILE DATE:** August 14, 2015

### DECEDENT INFORMATION
NAME: JOHN HENRY SIMMONS JR  
DATE OF DEATH: July 23, 2015  SEX: MALE  SSN: 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  AGE: 087 YEARS  
DATE OF BIRTH: November 5, 1927  BIRTHPLACE: LAKE WALES, FLORIDA, UNITED STATES  
PLACE OF DEATH: INPATIENT  
FACILITY NAME OR STREET ADDRESS: WINTER HAVEN HOSPITAL  
LOCATION OF DEATH: WINTER HAVEN, POLK COUNTY, 33881

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: MARRIED  
SPOUSE (IF FEMALE, MAIDEN NAME): ETHEL FIELDS  
RESIDENCE: 321 D STREET, LAKE WALES, FLORIDA 33853, UNITED STATES  COUNTY: POLK  
OCCUPATION, INDUSTRY: LANDSCAPER, LAWN MAINTENANCE  
RACE: ___ White  X Black or African American  ___ Asian Indian  ___ Chinese  ___ Filipino  ___ Native Hawaiian  ___ Japanese  ___ Korean  
___ American Indian or Alaskan Native-Tribe:  ___ Vietnamese  ___ Other Asian:  ___ Unknown  
___ Guamian or Chamorro  ___ Samoan  ___ Other Pacific:  ___ Other:  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
EDUCATION: 8TH GRADE OR LESS  EVER IN U.S. ARMED FORCES? NO

### PARENTS AND INFORMANT INFORMATION
FATHER: JOHN HENRY SIMMONS SR  
MOTHER: HARRIETT ONEAL  
INFORMANT: ETHEL SIMMONS  
RELATIONSHIP TO DECEDENT: WIFE  
INFORMANT'S ADDRESS: 321 D STREET, LAKE WALES, FLORIDA 33853, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION: WILLOW LAWN CEMETERY  
LAKE WALES, FLORIDA  
METHOD OF DISPOSITION: BURIAL  
FUNERAL DIRECTOR/LICENSE NUMBER: LAWRENCE J EPPS JR, F043918  
FUNERAL FACILITY: EPPS MEMORIAL FUNERAL HOME F058806  
445 SOUTH 4TH ST, LAKE WALES, FLORIDA 33853

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 hr): 1552  
CERTIFIER'S NAME: TAHA DIAS  
CERTIFIER'S LICENSE NUMBER: ME96911  
NAME OF ATTENDING PHYSICIAN (if other than Certifier): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL  
CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:  
a DUODENAL ULCER  

b ACUTE MYOCARDIAL INFARCTION  

c ISCHEMIC CVA  

d  

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:  

AUTOPSY PERFORMED? NO  AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?  
DATE OF SURGERY:  DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN  
REASON FOR SURGERY:  
IF FEMALE: NOT APPLICABLE  
DATE OF INJURY: NOT APPLICABLE  TIME OF INJURY (24 hr):  INJURY AT WORK?  
LOCATION OF INJURY:  
DESCRIBE HOW INJURY OCCURRED:  

PLACE OF INJURY:  
IF TRANSPORTATION INJURY, Status of Decedent:  Type of Vehicle:

*signed* Ken Jones  State Registrar  REQ: 2016229367

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THIS DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)
CERTIFICATION OF VITAL RECORD  Florida HEALTH

*54327919*