AFFIDAVIT OF NEXT OF KIN

The undersigned, being first duly sworn, deposes and says:

1. I, __Ethel Simmons__, am the surviving spouse or next of kin of __John Simmons, Jr.__ who died on or about the __23rd__ day of __July__, __2015__.

2. No personal representative has been appointed for the decedent's estate in this state or elsewhere and no application for such an appointment is pending in the state or elsewhere.

3. This affidavit is made in support of the undersigned's request for the release of medical records.

Further, your affiant sayth naught.

Dated the __20th__ day of __July__, 20__16__.

SIGNATURE __Ethel Simmons__

NAME __Simmons Ethel__

SUBSCRIBED AND SWORN TO before me this

__20th__ day of __July__, 20__16__ by __Ethel Simmons__

__Nancy D Ludden__
Notary Public

My commission expires:
__Dec 5, 2017__

NANCY D LUDDEN
Notary Public - State of Florida
My Comm. Expires Dec 5, 2017
Commission # FF 055282