**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Staudinger v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 17-cv-07569 ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

<u>**ORDER**</u>

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Maureen Devito, on behalf of her deceased mother Helen Staudinger, may be substituted for Helen Staudinger as the proper party plaintiff in this action.

New Orleans, Louisiana this __ day of __ 2018.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Honorable Eldon E. Fallon
United States District Court Judge