UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) ) Civil Action No: **2:17-cv-017162** |

**THIS DOCUMENT RELATES TO:**

*KATHY LEE HOLMES, as the Proposed Personal Representative of the ESTATE OF ELMOND LEE V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-017162**

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COMES NOW** Plaintiff, through undersigned counsel hereby requests an Order for Leave to File First Amended Complaint. In support, Plaintiff offers as follows:

1. Plaintiff's Complaint was initially filed on or about December 13, 2017, for which she paid the filing fee as a solitary filing and thereby complied with the filing fee payment provisions pursuant to PTO 11B;

2. That the Defendants were served in the above-referenced case thereafter;

3. That Defendants have not been or will not be prejudiced by the amendment of this complaint.

4. That due to error or omission the Complaint was filed with inaccurate name of the Decedent represented by the Plaintiff.

5. That after the complaint was filed and served we became aware of such error or omission.

6. That the complaint is otherwise the same in every other manner.

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully requests this Court grant her Motion for Leave to File First Amended Complaint.

Dated:   February 6, 2018.

                                            Respectfully Submitted,

                                            <u>/s/ William Rivera-Alvarez</u>
                                            William Rivera-Alvarez
                                            Puerto Rico Bar No. 19578
                                            USDCPR No. 304111
                                            LAW OFFICE OF
                                            CHRISTOPHER K. JOHNSTON, LLC
                                            268 Ave. Ponce de Leon
                                            Hato Rey Center
                                            San Juan, Puerto Rico 00917
                                            Tel: (844) 345-3784
                                            Fax: (844) 644-1230
                                            william@masstortslaw.com

                                            <u>/s/Christopher K. Johnston</u>
                                            Christoher K. Johnston
                                            California Bar No. 261474
                                            LAW OFFICE OF
                                            CHRISTOPHER K. JOHNSTON, LLC
                                            268 Ave. Ponce de León
                                            Hato Rey Center
                                            San Juan, Puerto Rico 00917
                                            Tel: (844) 345-3784
                                            Fax: (844) 644-1230
                                            kyle@masstortslaw.com

                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Leave to File First Amended Complaint was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *William Rivera-Alvarez*
William Rivera-Alvarez