UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No: <u>2:17-cv-017162</u> |

**THIS DOCUMENT RELATES TO:**

*KATHY LEE HOLMES, as the Proposed Personal Representative of the ESTATE OF ELMOND LEE V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*

**Civil Action No.: 2:17-cv-017162**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Leave to File First Amended Complaint and Memorandum in Support Of to be heard by the Honorable Eldon E. Fallon on Wednesday, February 28, 2018 at 9:00 a.m.

Dated: February 6, 2018              Respectfully submitted,

<u>/s/ William Rivera-Alvarez</u>
William Rivera-Álvarez
Puerto Rico Bar No. 19578
USDCPR No. 304111
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
268 Ave. Ponce de Leon
Hato Rey Center
San Juan, Puerto Rico 00917

Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com


/s/Christopher K. Johnston
Christoher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
268 Ave. Ponce de León
Hato Rey Center
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com

*Attorneys for Plaintiff*