**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**                                        MDL No. 2592

Burce, et al. v. Janssen Research & Development,            )
LLC, et al., S.D. Illinois, C.A. No. 3:17-01008            )

18-cv-666 L(5)

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Burce*) on September 25, 2017.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Burce* filed a notice of opposition to the proposed transfer.  Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-167" filed on September 25, 2017, is LIFTED.  The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY

Feb 06 2018

Deputy Clerk, U.S. District Court,
Eastern District Of Louisiana
New Orleans, LA