# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                MDL No. 2592
  Griffin, et al. v. Janssen Research & Development,   )
   LLC, et al., S.D. California, C.A. No. 3:17-01936  )

18-cv-668 L(5)

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

  A conditional transfer order was filed in this action (*Griffin*) on September 27, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Griffin* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

  IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-168" filed on September 27, 2017, is LIFTED insofar as it relates to this action. The action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

              FOR THE PANEL

              *Jeffery N. Lüthi*
              Jeffery N. Lüthi
              Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY
Feb 06 2018
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA