# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Sharp v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-01766* | |
| *Bradfield v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-02095* | |
| *Carroll v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-02108* | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, come plaintiffs in the above-related actions, and hereby request that Neil D. Overholtz of Aylstock, Witkin, Kreis & Overholtz, PLLC be enrolled as co-counsel of record in the above-entitled and numbered actions.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC as co-counsel of record in the above-entitled and numbered actions.

Dated: February 6, 2018.

RESPECTFULLY SUBMITTED,

s/ Ryan M. Anderson
Ryan M. Anderson
Nevada Bar No. 11040
MORRIS ANDERSON
716 S. Jones Blvd.
Las Vegas, NV 89107

(702) 333-1111
(702) 507-0092 (facsimile)
Ryan@MorrisAndersonLaw.com

/s/ *Neil D. Overholtz*
Neil D. Overholtz
Florida Bar No.: 188761
noverholtz@awkolaw.com
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*/s/ Neil D. Overholtz*
Neil D. Overholtz