UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| | SECTION L |
| | **JUDGE ELDON E. FALLON** |
| *THIS DOCUMENT RELATES TO:* | **MAGISTRATE NORTH** |
| *Sharp v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-01766 | |
| *Bradfield v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-02095 | |
| *Carroll v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-02108 | |

**PROPOSED ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel for Plaintiffs, Sharp, Bradfield and Carroll in the above-entitled and numbered actions.

Dated: _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge