UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Maxine Fletcher and George Fletcher v. Janssen Research & Development LLC, et al.*
CA# 2:16-cv-11466

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8532, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Rebecca Buranakitipinyo, as surviving daughter of Maxine and George Fletcher, is substituted for Plaintiffs Maxine and George Fletcher as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE