# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Marlene Hough v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-7459

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8533, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Julie Yost, on behalf of her deceased mother, Marlene Hough, is substituted for Plaintiff Marlene Hough as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE