UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** | MAG. JUDGE MICHAEL NORTH |
| *Thomas I. Beattie, et al. v. Janssen Research & Development, LLC, et al.;* Case No.: 2:17-cv-05890 | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of Plaintiff's, Thomas I. Beattie, death on January 2, 2016. The Motion to Substitute Plaintiff to be filed at a later date.

Dated: February 7, 2018.

    Respectfully submitted,

    By: */s/ Neil D. Overholtz*
    Neil D. Overholtz
    Florida Bar No.: 0188761
    Aylstock, Witkin, Kreis & Overholtz, PLLC
    17 East Main Street, Suite 200
    Pensacola, FL 32502-5998
    Telephone: (850) 202-1010
    Fax: (850) 916-7449
    Noverholtz@awkolaw.com

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated:  February 7, 2018.

                                        Respectfully submitted,

                                        By:  /s/ Neil D. Overholtz
                                        Neil D. Overholtz
                                        Florida Bar No.:  0188761
                                        Aylstock, Witkin, Kreis & Overholtz, PLLC
                                        17 East Main Street, Suite 200
                                        Pensacola, FL 32502-5998
                                        Telephone:  (850) 202-1010
                                        Fax:  (850) 916-7449
                                        Noverholtz@awkolaw.com

                                        **ATTORNEYS FOR PLAINTIFFS**