**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) | MDL 2592 <br> SECTION L |
| THIS DOCUMENT RELATES TO: ) <br> RUTH E. DUNN, individually and as Executor De ) <br> Son Tort of the Estate of JAMES R. DUNN, ) <br> deceased ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT, ) <br> LLC, Et al, ) <br>     Defendants; ) <br> ) | JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br><br> Case No.: 2:15-cv-00505-EEF-MBN |

**CONSENT MOTION TO AMEND CASE CAPTION**

Plaintiff, Ruth E. Dunn, respectfully moves the Court for an Order amending the case caption in the above-referenced matter to reflect the proper status of Plaintiff (inasmuch as she is now the appointed Personal Representative of the Estate of James R. Dunn), to read:

RUTH E. DUNN, Individually and as Personal Representative of the
Estate of JAMES R. DUNN, deceased, Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC., Et al, Defendants.

Undersigned counsel has requested and obtained Defendants' consent to Plaintiff's Consent Motion.

WHEREFORE, Plaintiff hereby moves the Court for an Order granting her Consent Motion amending the case caption to reflect that Plaintiff Ruth E. Dunn is the Personal Representative of the Estate of James R. Dunn, deceased.

Dated: February 8, 2018.

/s/ *Altom M. Maglio*
**Altom M. Maglio, Esquire**
Florida Bar No. 88005
**MAGLIO CHRISTOPHER & TOALE, PA**
1605 Main Street, Suite 710
Sarasota, FL 34236
Phone 888-952-5242
Fax 877-952-5042
Primary Email (1): amm@mctlawyers.com
Secondary Email (2): ebanfelder@mctlawyers.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ *Altom M. Maglio*
**Altom M. Maglio, Esquire**
Florida Bar No. 88005