**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL 2592 |
| | ) | |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) | |
| RUTH E. DUNN, individually and as Executor De | ) | JUDGE ELDON E. FALLON |
| Son Tort of the Estate of JAMES R. DUNN, | ) | |
| deceased | ) | MAG. JUDGE NORTH |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC, Et al, | ) | |
|     Defendants; | ) | |

## ORDER

Considering the Plaintiff's Consent Motion to Amend Case Caption,

IT IS ORDERED that the Motion is GRANTED. The caption of this matter is amended to read:

RUTH E. DUNN, Individually and as Personal Representative
of the Estate of JAMES R. DUNN, deceased, Plaintiff,

vs.

JANNSEN RESEARCH & DEVELOPMENT, LLC, Et al, Defendants.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
THE HONORABLE ELDON E. FALLON
United States District Court Judge