# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 26, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-30102   In re: Xarelto Prod Liability
                    USDC No. 2:14-MD-2592
                    USDC No. 2:15-CV-3469

Enclosed is an order entered in this case.


                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  *Mary Stewart*

                  By: _____
                  Mary C. Stewart, Deputy Clerk
                  504-310-7694

Mr. William W. Blevins
Mr. Lindsey C. Boney
Mr. Leonard Arthur Davis
Mr. Steven Glickstein
Mr. James Burke Irwin
Mr. Frederick S. Longer
Mr. Gerald Edward Meunier
Mr. Sherman Vance Wittie