# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION
### PHYSICIAN'S/MEDICAL EXAMINER'S CERTIFICATE OF DEATH
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

**AMENDED** 4-17-2017

**STATE FILE NUMBER:** 005220

TYPE/PRINT IN PERMANENT BLACK INK

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): David Britton
2. SEX: M
3. DATE OF DEATH (Month, Day, Year): 3/16/2017
4. SOCIAL SECURITY NUMBER: 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
5a. AGE—Last Birthday (Years): 57
5b. UNDER 1 YEAR: Months / Days
5c. UNDER 1 DAY: Hours / Minutes
6. DATE OF BIRTH (Month, Day, Year): 7-20-1959
7. BIRTHPLACE (City and State or Foreign Country): Charleston, WV
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? No
9a. PLACE OF DEATH: Residence (checked); Other categories: Hospital (Inpatient, ER/Outpatient, DOA), Other (Nursing Home, Residence, Other)
9b. FACILITY NAME: 2420 Washington St E, Apt 6
9c. CITY, TOWN, OR LOCATION OF DEATH: Charleston
9d. COUNTY OF DEATH: Kanawha
10. MARITAL STATUS: Never Married
11. SURVIVING SPOUSE: —
12a. DECEDENT'S USUAL OCCUPATION: Janitor 422
12b. KIND OF BUSINESS/INDUSTRY: Winans Sanitary Supply 779
13a. RESIDENCE—STATE: WV
13b. COUNTY: Kanawha
13c. CITY, TOWN, OR LOCATION: Charleston
13d. STREET AND NUMBER: 2420 E Washington St. Apt 6
13e. INSIDE CITY LIMITS: Yes
13f. ZIP CODE: 25311
14. WAS DECEDENT OF HISPANIC ORIGIN? No
15. RACE: Black
16. DECEDENT'S EDUCATION: Elementary/Secondary — 12

**PARENTS**

17. FATHER'S NAME: John Britton
18. MOTHER'S NAME (Maiden): Margie Mc Clure

**INFORMANT**

19a. INFORMANT'S NAME: Diana Dawkins
19b. MAILING ADDRESS: 2805 63rd Ave Cheverly, MD 20785

**DISPOSITION**

20a. METHOD OF DISPOSITION: Burial (checked)
20b. PLACE OF DISPOSITION: Spring Hill Cemetery
20c. LOCATION: Charleston, WV
21. SIGNATURE OF FUNERAL SERVICE LICENSEE: [signed]
22. NAME AND ADDRESS OF FACILITY: Preston Funeral Home, 812 Donnally St. Chas, WV 25301

**PRONOUNCING PHYSICIAN ONLY**

23a. (Signature and Title): —
23b. DATE SIGNED: —

**ITEMS 24-26 MUST BE COMPLETED BY PERSON WHO PRONOUNCES DEATH**

24. TIME OF DEATH: Late PM
25. DATE PRONOUNCED DEAD: 3/17/2017
26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? Yes  17-1375

**CAUSE OF DEATH**

27. PART I.
a. IMMEDIATE CAUSE: HEROIN AND OXYMORPHONE INTOXICATION — Approximate Interval: MINUTES
b. —
c. —
d. —

PART II. Other significant conditions: —

28a. WAS AN AUTOPSY PERFORMED? Yes
28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? Yes

29. MANNER OF DEATH: Accident (checked)
30a. DATE OF INJURY: 3/16/2017
30b. TIME OF INJURY: Late PM
30c. INJURY AT WORK? No
30d. DESCRIBE HOW INJURY OCCURRED: INJECTED HEROIN
30e. PLACE OF INJURY: AT HOME
30f. LOCATION: 2420 Washington St E Apt 6, Charleston, WV 25311

**CERTIFIER**

31a. CERTIFIER: MEDICAL EXAMINER/CORONER (checked)
31b. SIGNATURE AND TITLE OF CERTIFIER: [signed] Deputy Chief Medical Examiner
31c. DATE SIGNED: 3/20/17
32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: James A. Kaplan, M.D., 619 Virginia St., W., Charleston, WV 25302

**REGISTRAR**

33. REGISTRAR'S SIGNATURE: Hope Beals
34. DATE FILED: MAR 29 2017

FORM VS-002 (Rev. 9/2016)

STATE COPY

(Margin notation: David L. Britton — Name of Physician or Institution — 44)