# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*DAVID BRITTON v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-09817-EEF-MBN

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Diana Dawkins as plaintiff of behalf of her deceased brother, David Britton.

1. David Britton filed a claim against defendants on September 29, 2017.

2. Subsequently, plaintiff's counsel was notified that David Britton died on March 16, 2017.

3. David Britton's action against the defendants survived his death and was not extinguished.

4. Diana Dawkins, sister and closest living relative of David Britton, is a proper party to substitute for plaintiff-decedent David Britton and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Diana Dawkins requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  February 8, 2018        Respectfully submitted,

>/s/  William L. Bross
> William L. Bross
> AL State Bar No. 9703O71W
> HENINGER GARRISON DAVIS, LLC
> 2224 First Avenue North
> Birmingham, AL  35203
> Telephone: (205) 326-3336
> Facsimile: (205) 326-3332
> william@hgdlawfirm.com
>
> *One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on February 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ William L. Bross*
> William L. Bross