**AMENDED**
4-17-2017

TYPE/PRINT
IN
PERMANENT
BLACK INK

# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION
### PHYSICIAN'S/MEDICAL EXAMINER'S CERTIFICATE OF DEATH
#### 350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

005220

STATE FILE NUMBER

**DECEDENT**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| David Britton | M | 3/16/2017 |

| 4. SOCIAL SECURITY NUMBER | 5a. AGE-Last Birthday (Years) | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 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 | 57 | | | 7-20-1959 | Charleston, WV |

| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No) | 9a. PLACE OF DEATH (Check only one: see instructions on reverse side) |
|---|---|
| No | HOSPITAL ☐ Inpatient ☐ ER/Outpatient ☐ DOA   OTHER ☐ Nursing Home ☒ Residence ☐ Other (Specify) |

| 9b. FACILITY NAME (If not institution, give street and number) | 9c. CITY, TOWN, OR LOCATION OF DEATH | 9d. COUNTY OF DEATH |
|---|---|---|
| 2420 Washington St E. Apt 6 | Charleston | Kanawha |

| 10. MARITAL STATUS—Married, Never Married, Widowed, Divorced (Specify) | 11. SURVIVING SPOUSE (If wife, give maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired) | 12b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| Never Married | | Janitor   422 | Winans Sanitary Supply   779 |

**PARENTS**

| 13a. RESIDENCE—STATE | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. STREET AND NUMBER |
|---|---|---|---|
| WV | Kanawha | Charleston | 2420 E Washington St. Apt 6 |

| 13e. INSIDE CITY LIMITS (Yes or No) | 13f. ZIP CODE | 14. WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes—If yes, specify Cuban, Mexican, Puerto Rican, etc.) Specify | 15. RACE—American Indian, Black, White, etc. (Specify) | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary School (0-12) 16A   College (1-4 or 5+) 16B |
|---|---|---|---|---|
| Yes | 25311 | No | Black | 12 |

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| John Britton | Margie Mc Clure |

**INFORMANT**

| 19a. INFORMANT'S NAME (Type/Print) | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Diana Dawkins | 2805 63rd Ave Cheverly, MD 20785 |

**DISPOSITION**

| 20a. METHOD OF DISPOSITION | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20c. LOCATION—City or Town, State |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | Spring Hill Cemetery | Charleston, WV |

| 21. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 22. NAME AND ADDRESS OF FACILITY |
|---|---|
| ▶ | Preston Funeral Home 812 Donnally St. Chas, WV 25301 |

**PRONOUNCING PHYSICIAN ONLY**

Complete items 23a-b only when certifying physician is not available at time of death to certify cause of death

| 23a. To the best of my knowledge, death occurred at the time, date, and place stated. Signature and Title ▶ | 23b. DATE SIGNED (Month, Day, Year) |
|---|---|

**ITEMS 24-26 MUST BE COMPLETED BY PERSON WHO PRONOUNCES DEATH**

| 24. TIME OF DEATH | 25. DATE PRONOUNCED DEAD (Month, Day, Year) | 26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? |
|---|---|---|
| Late PM | 3/17/2017 | Yes (7-1375) |

**CAUSE OF DEATH**

27. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. | HEROIN AND OXYMORPHONE INTOXICATION | MINUTES |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST | b. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | d. | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 28a. WAS AN AUTOPSY PERFORMED? (Yes or No) | 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No) |
|---|---|---|
| | Yes | Yes |

| 29. MANNER OF DEATH | 30a. DATE OF INJURY (Month, Day, Year) | 30b. TIME OF INJURY | 30c. INJURY AT WORK? (Yes or No) | 30d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☒ Natural ☐ Pending Investigation ☒ Accident ☐ Suicide ☐ Could not be Determined ☐ Homicide | 3/16/2017 | LATE PM | NO | INJECTED HEROIN |

| 30e. PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify) | 30f. LOCATION (Street and Number or Rural Route Number, City or Town, State) |
|---|---|
| AT HOME | 2420 WASHINGTON ST E APT 6, CHARLESTON, WV 25311 |

**CERTIFIER**

31a. CERTIFIER (Check only one)
☐ CERTIFYING PHYSICIAN OR QUALIFIED APRN (Physician or qualified Advanced Practice Registered Nurse certifying cause of death when another physician has pronounced death and completed item 23) To the best of my knowledge, death occurred due to the cause(s) and manner as stated.
☐ PRONOUNCING AND CERTIFYING PHYSICIAN OR QUALIFIED APRN (Physician or qualified Advanced Practice Registered Nurse both pronouncing death and certifying cause of death) To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.
☒ MEDICAL EXAMINER/CORONER On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

| 31b. SIGNATURE AND TITLE OF CERTIFIER | 31c. DATE SIGNED (Month, Day, Year) |
|---|---|
| Deputy Chief Medical Examiner | 3/20/17 |

| 32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 27) (Type/Print) |
|---|
| James A. Kaplan, M.D., 619 Virginia St., W., Charleston, WV 25302 |

**REGISTRAR**

| 33. REGISTRAR'S SIGNATURE | 34. DATE FILED (Month, Day, Year) |
|---|---|
| Hope Beals | MAR 29 2017 |

FORM VS-002 (Rev. 9/2016)

**STATE COPY**

David L. Britton   NAME OF DECEDENT For use by physician or institution   44