UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L
JUDGE ELDON E. FALLON
MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*DAVID BRITTON v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-09817-EEF-MBN

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Diana Dawkins, sister and closest living relative of David Britton, is substituted for Plaintiff David Britton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of ____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE