# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Patrick Slack v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-7846

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8534, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Maureen Slack, on behalf of her deceased husband, Patrick Slack, is substituted for Plaintiff Patrick Slack as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE