UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.* Case No. 2:15-cv-03469 | * * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

## JOINT RECORD DESIGNATIONS FOR APPEAL

Pursuant to the January 26, 2018 Order from the United States Court of Appeals for the Fifth Circuit, the parties have identified the portions of the trial court record which are potentially relevant to this appeal on Exhibit 1.

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| By: /s/ *Susan M. Sharko* | By: /s/ *William Hoffman* |
| Susan M. Sharko | William Hoffman |
| DRINKER BIDDLE & REATH LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 600 Campus Drive | 601 Massachusetts Ave., NW |
| Florham Park, NJ 07932-1047 | Washington, D.C. 20001 |
| Telephone: (973) 549-7000 | Telephone: (202) 942-5000 |
| susan.sharko@dbr.com | william.hoffman@apks.com |
| | |
| Rodney M. Hudson | Andrew K. Solow |
| DRINKER BIDDLE & REATH LLP | Steven Glickstein |
| 50 Fremont Street, 20th Floor | ARNOLD & PORTER KAYE SCHOLER LLP |
| San Francisco, CA 94105-2235 | 250 West 55th Street |
| Telephone: (415) 591-7500 | New York, New York 10019-9710 |
| Rodney.hudson@dbr.com | Telephone: (212) 836-8485 |
| | andrew.solow@apks.com |
| Chanda A. Miller | steven.glickstein@apks.com |
| DRINKER BIDDLE & REATH LLP | |
| One Logan Square, Suite 2000 | BRADLEY ARANT BOULT CUMMINGS LLP |
| Philadelphia, PA 19103-6996 | |
| Telephone: (215) 988-2500 | By: /s/ *Lindsey C Boney IV* |
| Chanda.Miller@dbr.com | Lindsey C Boney IV |
| | BRADLEY ARANT BOULT CUMMINGS LLP |
| | One Federal Place, 1819 Fifth Avenue North |
| | Birmingham, AL 35203-2119 |
| IRWIN FRITCHIE URQUHART & MOORE LLC | Telephone: (205) 521-8914 |
| | lboney@bradley.com |
| By: /s/ *James B. Irwin* | |
| James B. Irwin | CHAFFE MCCALL L.L.P. |
| Kim E. Moore | |
| IRWIN FRITCHIE URQUHART & MOORE LLC | By: /s/ *John F. Olinde* |
| 400 Poydras Street, Suite 2700 | John F. Olinde |
| New Orleans, LA 70130 | CHAFFE MCCALL L.L.P. |
| Telephone: (504) 310-2100 | 1100 Poydras Street, Suite 2300 |
| jirwin@irwinllc.com | New Orleans, LA 70163 |
| | Telephone: (504) 585-7241 |
| *Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC* | olinde@chaffe.com |
| | *Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG* |

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 9, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**