# EXHIBIT 1

## JOINT RECORD DESIGNATIONS FOR *MINGO* APPEAL

**\* Documents captioned for *Boudreaux* are marked with "B;" documents captioned for *Orr* are marked with "O;" documents captioned for *Mingo* are marked with "M."**

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| | | Entire Docket for 14-cv-2592 |
| | | Transcript of Oral Argument Proceedings from 08/04/17 |
| 1305 (B+O+M) | | CMO 2 re: Schedule (09/18/15) |
| 2198 (M) | | Answer and Additional Defenses of Defendant Bayer Healthcare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiff Dora Mingo (02/16/16) |
| 2199 (M) | | Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiff Dora Mingo (02/16/16) |
| 2200 (M) | | Answer and Additional Defenses of Defendant Bayer Healthcare Pharmaceuticals Inc. to Plaintiff's Short Form Complaint (02/16/16) |
| 2201 (M) | | Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiff's Short Form Complaint (02/16/16) |
| 2357 (M) | | Answer of Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson to Plaintiff's Short Form Complaint (02/19/16) |

1

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 2490 (M) | | Answer of Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson and Affirmative Defenses (02/26/16) |
| 3873 (B+O+M) | | Order Selecting Bellwether Cases |
| 4223 (B+O+M) | | CMO 2A, Amending CMO 2 re: Schedule (09/21/16) |
| 4510 (B+O+M) | | CMO 2B, Amending CMO 2A re: Schedule (11/10/16) |
| 4807 (B+O+M) | | CMO 2C, Amending CMO 2A re: Schedule (12/20/16) |
| 5108 (B+O) | | Defendants' Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., under Federal Rule of Evidence 702, With Exhibits (01/20/17) |
| 5109 (B+O) | | Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, With Exhibits (01/20/17) |
| 5110 (B+O) | | Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims, With Exhibits (01/20/17) |
| 5112 (B+O) | | Defendants' Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, under Federal Rule of Evidence 702, With Exhibits (01/20/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5113 (B+O) | | Defendants' *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens, With Exhibits (01/20/17) |
| 5114 (B+O) | | Defendants' Joint *Daubert* Motion to Exclude Opinions and Testimony Regarding the Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases, With Exhibits (01/20/17) |
| 5115 (B+O) | | Defendants' Joint Motion for Partial Summary Judgment as to Plaintiffs' Design Defect Claims Under the Louisiana Products Liability Act, with Supporting Memorandum and Exhibits (01/20/17) |
| 5121 (B+O) | | Plaintiffs' Motion to Preclude Speculative Expert Testimony About Potential Outcomes from Other Anticoagulants, with Supporting Memorandum and Exhibits (01/20/17) |
| 5201 (B+O+M) | | CMO 2D, Amending CMO 2A and 2C re: Schedule (01/30/17) |
| 5334 (B+O+M) | | Court Order Correcting CMO 2D re: Hearing and Argument Date for Dispositive and Daubert Motions (02/06/17) |
| 5399 (B+O) | | Plaintiffs' Motion to Preclude Speculative Testimony from Six Defense Experts About Potential Outcomes from Other Anticoagulants, with Supporting Memorandum and Exhibits (02/10/17) |
| 5517 (M) | 5118 (filed as exhibit to motion to seal); 6944 (order granted seal) | Plaintiffs' Motion to Preclude Speculative Testimony from Seven Defense Experts about Potential Outcomes from Other Anticoagulants with Memorandum and Exhibits (02/24/17) |
| 5521 (B+O) | 5602 (order granting motion to seal); 5603 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, under Federal Rule of Evidence 702, With Exhibits (02/27/17) |

3

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5527 (B+O) | 5641 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding: (1) Unapproved Dosing and Monitoring Regimens; and (2) The Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases, with Exhibits (02/27/17) |
| 5531 (B+O) | 5652 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, with Exhibits (02/27/17) |
| 5532 (B+O) | 5650 (sealed opposition) | Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure to Warn Claims, with Exhibits (02/27/17) |
| 5559 (M) | | Scheduling Order re: Trial (02/24/17) |
| 5569 (B+O) | 5520 (filed as exhibit to motion to seal) | Plaintiffs' Response in Opposition to Defendants' Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., under Federal Rule of Evidence 702, With Exhibits (02/27/17) |
| 5606 (B+O) | 5524 (filed as exhibit to motion to seal; 02/27/17); 5604 (seal granted) | Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment as to Plaintiffs' Design Defect Claims Under the Louisiana Products Liability Act, with Exhibits (03/20/17) |
| 5626 (B+O) | 5533 (filed as exhibit to motion to seal; 02/27/17); 5616 (seal granted) | Defendants' Memorandum in Opposition to Plaintiffs' Motion to Preclude Speculative Expert Testimony About Potential Outcomes from Other Anticoagulants, with Exhibits (03/03/17) |
| 5645 (B+O) | | Defendants' Memorandum in Opposition to Plaintiffs' Motion to Preclude Speculative Expert Testimony About Potential Outcomes from Other Anticoagulants, with Exhibits (03/06/07) |
| 5676 (B+O) | 5696 (order granting motion to seal); 5697 (sealed motion) | Defendants' Reply Memorandum in Further Support of their Joint Motion *in Limine* to Exclude Certain Opinions of Laura M. Plunkett, Ph.D., under Federal Rule of Evidence 702 (03/10/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5677 (B+O) | 5678 (filed as exhibit to motion to seal); 5698 (order granting motion to seal) | Defendants' Reply in Support of Their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims (03/10/17) |
| 5684 (B+O) | | Plaintiffs' Reply Memorandum in Support of Motion to Preclude Speculative Expert Testimony About Potential Outcomes from Other Anticoagulants (03/10/17) |
| 5686 (B+O) | 5749 (order granting motion to seal); 5781 (sealed motion) | Defendants' Reply Memorandum in Further Support of their Joint Motion *in Limine* to Exclude Certain Opinions of Suzanne Parisian, MD, under Federal Rule of Evidence 702 (03/10/17) |
| 5688 (B+O) | 5690 (filed as exhibit to motion to seal); 5752 (order granting motion to seal) | Defendants' Consolidated Reply in Support of Their *Daubert* Motions to Exclude Expert Opinions and Testimony Regarding (1) Unapproved Dosing and Monitoring Regimens and (2) The Experts' 20-Second PT Cut-Off Guideline in the *Orr* and *Boudreaux* Cases (03/10/17) |
| 5689 (B+O) | 5751 (order granting motion to seal); 5783 (sealed motion) | Defendants' Reply Memorandum of Law in Further Support of Their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims (03/10/17) |
| 5700 (B+O) | 5679 (filed as exhibit to motion to seal; 03/10/17); 5699 (seal granted) | Defendants' Reply Memorandum of Law In Support of Their Joint Motion for Partial Summary Judgment as to Plaintiffs' Design Defect Claims Under the Louisiana Products Liability Act (03/13/17) |
| 5762 (B+O) | | Plaintiffs' Reply Memorandum in Support of Motion to Preclude Speculative Testimony from Six Defense Experts About Potential Outcomes from Other Anticoagulants, with Exhibits (03/15/17) |
| 5904 (B+O) | | Defendants' Post-Hearing Brief on Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims (03/27/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5919 (B) | | Plaintiffs' Motion in Limine No. 4 Regarding the Relationship Between Plaintiff and His Attorneys, with Supporting Memorandum and Exhibits (03/29/17) |
| 5920 (B) | | Plaintiffs' Motion in Limine No. 7 Regarding Hearsay Statements from Medical Associations, with Supporting Memorandum (03/29/17) |
| 5921 (B) | | Plaintiffs' Motion in Limine No. 8 Regarding Plaintiffs' Counsel's Advertisements, with Supporting Memorandum and Exhibits (03/29/17) |
| 5922 (B) | | Plaintiffs' Motion in Limine No. 9 Regarding Plaintiffs' Counsels' Communications or Meetings with Mr. Boudreaux's Prescribing or Treating Physicians, with Supporting Memorandum (03/29/17) |
| 5923 (B) | | Plaintiffs' Motion in Limine No. 10 Regarding Alleged "Litigation Crisis," "Lawsuit Crisis," "Lawsuit Abuse," or "Lawyer-Driven Litigation," with Supporting Memorandum and Exhibits (03/29/17) |
| 5924 (B) | | Plaintiffs' Motion in Limine No. 11 Regarding Personal Use of Xarelto, with Supporting Memorandum and Exhibits (03/29/17) |
| 5925 (B) | | Plaintiffs' Motion in Limine No. 12 Regarding Individual Character Evidence, with Supporting Memorandum and Exhibits (03/29/17) |
| 5926 (B) | | Plaintiffs' Motion in Limine No. 13 Regarding Defendants' Corporate Character and Good Acts, with Supporting Memorandum and Exhibits (03/29/17) |
| 5927 (B) | | Plaintiffs' Motion in Limine No. 14 Regarding Preemption and State Tort Laws, with Supporting Memorandum and Exhibits (03/29/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5928 (B) | | Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, with Supporting Memorandum and Exhibit (03/29/17) |
| 5929 (B) | | Plaintiffs' Motion in Limine No. 16 Regarding the Effect of State Tort Laws, with Supporting Memorandum and Exhibits (03/29/17) |
| 5930 (B) | | Plaintiffs' Motion in Limine No. 17 Regarding Potential Adverse Effects of Plaintiffs' Verdict, with Supporting Memorandum and Exhibits (03/29/17) |
| 5931 (B) | | Plaintiffs' Motion in Limine No. 19 Regarding FDA Approval/Invited Development, with Supporting Memorandum and Exhibits (03/2917) |
| 5933 (B) | | Defendants' Joint Motion in Limine No. 2 to Exclude Evidence and Argument Regarding Marketing, Advertising, or Promotional Materials Not Relied on by Plaintiffs' Prescribing Physician, with Supporting Memorandum and Exhibits (03/29/17) |
| 5935 (B) | | Defendants' Joint Motion in Limine No. 8 Regarding the September 2015 Xarelto Label and/or Related Correspondence, with Supporting Memorandum and Exhibits (03/29/17) |
| 5937 (B) | | Defendants' Motion in Limine No. 10 to Exclude Dr. Cuculich and Dr. Smart's Testimony Regarding Defendants' Detail Representatives, with Supporting Memorandum and Exhibits (03/29/17) |
| 5940 (B) | | Defendants' Motion in Limine No. 7 to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or that is Inconsistent with the FDA's September 2016 Reanalysis, with Supporting Memorandum and Exhibits (03/29/17) |
| 5942 (B) | | Defendants' Motion in Limine No. 5 to Exclude Evidence of Argument Related to Use of Xarelto for Treatment of ACS, with Supporting Memorandum and Exhibits (03/29/17) |

7

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5943 (B) | | Plaintiffs' Motion in Limine No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval, with Supporting Memorandum (03/29/17) |
| 5944 (B) | | Plaintiffs' Motion in Limine No. 23 Regarding Diluted Warnings, with Supporting Memorandum (03/29/17) |
| 5947 (B) | | Defendants' Motion in Limine No. 6 to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto, with Supporting Memorandum and Exhibits (03/29/17) |
| 5949 (B) | | Plaintiffs' Motion in Limine No. 28 Regarding Xarelto's Ability to Save Lives, with Supporting Memorandum (03/2917) |
| 5950 (B) | | Defendants' Motion in Limine No. 9 to Exclude Evidence of Dr. Califf's Proposal to Pursue "Rocket 2.0," with Supporting Memorandum and Exhibit (03/29/17) |
| 5951 (B) | | Plaintiffs' Motion in Limine No. 24 Regarding References to Advertising or Choice of Counsel, with Supporting Memorandum and Exhibits (03/29/17) |
| 5954 (B) | | Defendants' Motion in Limine No. 3 to Exclude Evidence of Foreign Labeling and Regulatory Actions, with Supporting Memorandum and Exhibits (03/29/17) |
| 5955 (B) | | Defendants' Omnibus Motion in Limine No. 1, with Supporting Memorandum (03/29/17) |
| 5956 (B) | | Defendants' Omnibus Motion in Limine No. 2, with Supporting Memorandum (03/29/17) |

8

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 5957 (B) | | Defendants' Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments, with Supporting Memorandum and Exhibits (03/29/17) |
| 5958 (B) | | Defendants' Motion in Limine No. 4 Regarding the RECORD 4 Clinical Trial and SEIFE 2015, with Supporting Memorandum and Exhibits (03/29/17) |
| 5966 (B+O) | | Plaintiffs' Reply Memorandum in Opposition to Defendants' Post Hearing Letter Brief on Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims, with exhibit (03/30/17) |
| 5988 (B+O) | | Defendants' Post-Hearing Reply Brief on Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims (04/03/17) |
| 6004 (B+O) | | Transcript of Motion Hearing Held on March 23, 2017 (04/05/17) |
| 6050 (B+O) | | Plaintiffs' Reply Memorandum in Opposition to Defendants' April 3, 2017 Supplemental Post Hearing Letter Brief on Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Dosing, Monitoring, and Other Design-Related Claims (04/06/17) |
| 6141 (B) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 2 to Exclude Evidence and Argument Regarding Marketing, Advertising, or Promotional Materials Not Relied on by Plaintiffs' Prescribing Physician, with Exhibits (04/12/17) |
| 6145 (B) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 8 Regarding the September 2015 Xarelto Label and/or Related Correspondence, with Exhibits (04/12/17) |
| 6146 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 9 Regarding Plaintiffs' Counsels' Communications or Meetings with Mr. Boudreaux's Prescribing or Treating Physicians (04/12/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6148 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 23 Regarding Diluted Warnings (04/12/17) |
| 6149 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 12 Regarding Individual Character Evidence (04/12/17) |
| 6150 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 13 Regarding Defendants' Corporate Character and Good Acts (04/12/17) |
| 6152 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 17 Regarding Potential Adverse Effects of Plaintiffs' Verdict (04/12/17) |
| 6153 (B) | | Plaintiffs' Response in Opposition to Defendants' Omnibus Motion in Limine No. 2 with Exhibits (04/12/17) |
| 6154 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 14 Regarding Preemption and State Tort Laws and Motion in Limine No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval, with Exhibits (04/12/17) |
| 6155 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 28 Regarding Xarelto's Ability to Save Lives, with Exhibit (04/12/17) |
| 6159 (B) | | Plaintiffs' Response in Opposition to Defendants' Omnibus Motion in Limine No. 1, with Exhibits (04/12/17) |
| 6160 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 16 Regarding the Effect of State Tort Laws, with Exhibits (04/12/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6163 (B) | | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 6 to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto (04/12/17) |
| 6165 (B) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine No. 10 to Exclude Dr. Cuculich and Dr. Smart's Testimony Regarding Defendants' Detail Representatives (04/12/17) |
| 6167 (B) | | Plaintiffs' Response in Opposition to Defendants' Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments (04/12/17) |
| 6168 (B) | 6171 (filed as exhibit to motion to seal); 6218 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 11 Regarding Personal Use of Xarelto, with Exhibits (04/12/17) |
| 6173 (B) | 6175 (filed as exhibit to motion to seal); 6220 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 4 Regarding the Relationship Between Plaintiff and His Attorneys and Motion in Limine No. 24 Regarding References to Advertising or Choice of Counsel, with Exhibits (04/12/17) |
| 6178 (B) | 6179 (filed as exhibit to motion to seal); 6222 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 8 Regarding Plaintiffs' Counsel's Advertisements and Motion in Limine No. 10 Regarding Alleged "Litigation Crisis," "Lawsuit Crisis," "Lawsuit Abuse," or "Lawyer-Driven Litigation," with Exhibits (04/12/17) |
| 6180 (B) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 19 Regarding FDA Approval/Invited Development (04/12/17) |

11

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6181 (B) | 6182 (filed as exhibit to motion to seal); 6223 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 7 Regarding Hearsay Statements from Medical Associations, with Exhibits (04/12/17) |
| 6189 (B) | 6193 (filed as exhibit to motion to seal); 6224 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, with Exhibits (04/12/17) |
| 6196 (B+O) | | Court Order re Defendants' Motion for Partial Summary Judgment on Dosing, Monitoring, and Other Design-Related Claims (04/13/17) |
| 6197 (B+O) | | Court Order re Defendants' Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims (04/13/17) |
| 6198 (B+O) | | Court Order re Daubert Motions (04/13/17) |
| 6227 (B) | | Defendants' Reply in Support of Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments (04/17/17) |
| 6228 (B) | 6144 (filed as an exhibit to motion to seal; 04/12/17); 6205 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding the RECORD 4 Clinical Trial and SEIFE 2015, with Exhibits (04/17/17) |
| 6230 (B) | 6151 (filed as an exhibit to motion to seal; 04/12/17); 6207 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 9 to Exclude Evidence of Dr. Califf's Proposal to Pursue "Rocket 2.0," with Exhibits (04/17/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 6235 (B) | 6162 (filed as an exhibit to motion to seal; 04/12/17); 6212 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 7 to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or that is Inconsistent with the FDA's September 2016 Reanalysis (04/17/17) |
| 6236 (B) | 6166 (filed as an exhibit to motion to seal; 04/12/17); 6236 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 5 to Exclude Evidence of Argument Related to Use of Xarelto for Treatment of ACS, with Exhibits (04/17/17) |
| 6239 (B) | 6169 (filed as an exhibit to motion to seal; 04/12/17); 6215 (seal granted) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 3 to Exclude Evidence of Foreign Labeling and Regulatory Actions, with Exhibits (04/17/17) |
| 6240 (B+O) | | Court Order Denying Defendants' Joint Motion for Partial Summary Judgment as to Plaintiffs' Design Defect Claims (04/17/17) |
| 6254 (B) | | Court Order re: Motions in Limine (04/18/17) |
| 6309 (B) | | Defendants' Opposition to Plaintiffs' Request for a Limiting Instruction Objection Regarding the FDA's Response to Janssen's Labeling Submission (04/25/17) |
| 6312 (B) | | Defendants' Corrected Brief in Opposition to Plaintiffs' Request for a Limiting Instruction Objection Regarding the FDA's Response to Janssen's Labeling Submission (04/26/17) |
| 6379 (B) | | Plaintiffs' Motion to Strike FDA Redlined Documents, or, in the Alternative, Instruct the Jury to Disregard the Documents and Preclude Argument Regarding FDA Actions, with Supporting Memorandum (05/03/17) |
| 6445 (O) | | Plaintiffs' Motion in Limine No. 11 to Preclude Testimony and Argument About Personal Use, with Supporting Memorandum and Exhibits (05/10/17) |

13

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6460 (M) | | CMO 2F, Amending CMO 2A, 2C, 2D re: Schedule (05/11/17) |
| 6468 (O) | | Plaintiffs' Motion in Limine No. 25 Regarding References to Fiction Allegedly Authored by Susan Parisian, M.D., with Supporting Memorandum (05/12/17) |
| 6469 (O) | | Plaintiffs' Motion in Limine No. 31 Regarding Homeopathic Treatments and Use of Supplements, with Supporting Memorandum and Exhibits (05/12/17) |
| 6471 (O) | | Plaintiffs' Motion in Limine No. 32 Regarding Unrelated Litigation, with Supporting Memorandum (05/12/17) |
| 6472 (O) | | Plaintiffs' Motion in Limine No. 33 Regarding the FDA's Alleged Rejection of Defendants' Attempts to Modify the Xarelto Label, with Supporting Memorandum (05/12/17) |
| 6474 (O) | | Plaintiffs' Motion in Limine No. 30 Regarding Plaintiffs' Experts' Submissions of Publications or Opinions to the FDA or Other Organizations, with Supporting Memorandum and Exhibits (05/12/17) |
| 6475 (O) | | Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, with Supporting Memorandum and Exhibit (05/12/17) |
| 6476 (O) | | Plaintiffs' Motion in Limine No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval, with Supporting Memorandum (05/12/17) |
| 6480 (O) | | Plaintiffs' Motion in Limine No. 35 to Admit Evidence of Defendants' Statements Outside the United States that Directly Contradict their Position that PT Neoplastin is Not Useful and Does Not Work to Determine the Anticoagulant Activity of Xarelto, with Supporting Memorandum and Exhibits (05/12/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 6485 (O) | | Defendants' Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments, with Supporting Memorandum and Exhibits (05/12/17) |
| 6491 (O) | | Defendants' Motion in Limine to Exclude Reference to Dr. Robert Califf as FDA Commissioner, with Supporting Memorandum and Exhibits (05/12/17) |
| 6492 (O) | | Plaintiffs' Motion in Limine No. 37 to Preclude the False and Misleading Argument that a PT Test Must be Specifically Approved by the FDA for Use with Xarelto, with Supporting Memorandum and Exhibits (05/12/17) |
| 6493 (O) | | Plaintiffs' Motion in Limine No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP, with Supporting Memorandum and Exhibits (05/12/17) |
| 6531 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 11 to Preclude Testimony and Argument About Personal Use, with Exhibits (05/17/17) |
| 6535 (O) | | Joint Stipulation on Motion In *Limine* Filings and Rulings (05/18/17) |
| 6538 (O) | | Plaintiffs' Motion for Leave to File Reply (05/19/17) |
| 6545 (O) | | Court Order Granting Motion for Leave to File Reply (05/22/17) |
| 6546 (O) | | Plaintiffs' Reply in Support of Plaintiffs' Motion in Limine No. 11 to Preclude Testimony and Argument About Personal Use, with Exhibit (05/22/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 6548 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 25 Regarding References to Fiction Allegedly Authored by Susan Parisian, M.D., with Exhibit (05/22/17) |
| 6549 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 33 Regarding the FDA's Alleged Rejection of Defendants' Attempts to Modify the Xarelto Label, with Exhibit (05/22/17) |
| 6552 (O) | | Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion in Limine No. 32 Regarding Plaintiffs' Involvement in the BP Oil Spill Litigation, with Exhibits (05/22/17) |
| 6554 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 31 Regarding Homeopathic Treatments and Use of Supplements, with Exhibits (05/22/17) |
| 6559 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 30 Regarding Plaintiffs' Experts' Submissions of Publications or Opinions to the FDA or Other Organizations, with Exhibits (05/23/17) |
| 6560 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 35 to Admit Evidence of Defendants' Statements Outside the United States that Directly Contradict their Position that PT Neoplastin is Not Useful and Does Not Work to Determine the Anticoagulant Activity of Xarelto, with Exhibits (05/23/17) |
| 6561 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 37 to Preclude the False and Misleading Argument that a PT Test Must be Specifically Approved by the FDA for Use with Xarelto, with Exhibits (05/23/17) |
| 6564 (O) | | Plaintiffs' Response in Opposition to Defendants' Motion for an Order: (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned; and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments (05/23/17) |
| 6565 (O) | | Plaintiffs' Response in Opposition to Defendants' Motion in Limine to Exclude Reference to Dr. Robert Califf as FDA Commissioner (05/23/17) |

16

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6572 (O) | | Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, with Exhibits (05/23/17) |
| 6575 (O) | | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval, with Exhibits (05/23/17) |
| 6583 (O) | 6547 (filed as exhibit to motion to seal); 6582 (order granting motion to seal) | Defendants' Joint Opposition to Plaintiffs' Motion in Limine No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP (05/24/17) |
| 6600 (M) | | CMO 2G, Amending CMO 2A, 2C, 2D re: Schedule (05/24/17) |
| 6636 (O) | | Transcript of Pretrial Conference Held on 04/21/17 (05/25/17) |
| 6643 (O) | 6581 (filed as an exhibit to motion to file; 05/24/17); 6642 (file granted) | Plaintiffs' Supplemental Memorandum in Opposition to Motion in Limine to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or that is Inconsistent with the FDA's September 2016 Reanalysis (05/26/17) |
| 6645 (O) | | Court Order re Motions in Limine (05/26/17) |
| 6705 (O) | 6708 (filed as exhibit to motion to seal); 6769 (order granting motion to seal) | Defendants' Motion to Exclude the Admission of Certain Documents Reflecting Communications with Foreign Regulators, with Supporting Memorandum and Exhibits (06/04/17) |

17

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6711 (O) | | Plaintiffs' Opposition to Defendants' Motion to Exclude the Admission of Certain Documents Reflecting Communications with Foreign Regulators, with Exhibit (06/05/17) |
| 6724 (O) | | Minute Order re: Defendants' Motion to Exclude the Admission of Certain Documents Reflecting Communications with Foreign Regulators (06/05/17) |
| 6739 (M) | | Defendants' Memorandum of Law in Support of Partial Summary Judgment on Punitive Damages with Exhibits (06/07/17) |
| 6740 (M) | 6741 (filed as exhibit to motion to seal); 6827 (granted seal) | Defendants' Renewed Joint *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens with Exhibits (06/07/17) |
| 6742 (M) | 6743 (filed as exhibit to motion to seal); 6828 (granted seal) | Defendants' Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine with Exhibits (06/07/17) |
| 6745 (M) | | Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim with Exhibit (06/07/17) |
| 6746 (M) | | Defendants' Joint Motion for Partial Summary Judgment on Plaintiffs' Non-MPLA Claims (06/07/17) |
| 6749 (M) | | Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claim with Exhibits (06/07/17) |
| 6753 (M) | 6755 (filed as exhibit to motion to seal); 6829 (granted seal) | Defendants' Joint Motion for Partial Summary Judgment on State-Law Grounds as to Plaintiffs' Design-Defect Claim with Exhibits (06/07/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6758 (M) | | Bayer Defendants' Motion for Partial Summary Judgment on Plaintiffs' Punitive Damages Demands with Exhibits (06/17/17) |
| 6760 (M) | | Order Extending Daubert Motion Deadline for Dr. Henry Rinder (06/07/17) |
| 6820 (M) | 6821 (motion to seal); 6870 (granted seal) | Defendants' Joint *Daubert* Motion to Exclude Expert Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder with Exhibits (06/12/17) |
| 6903 (M) | | Court Order Continuing Submission Date for Motion for New Trial (06/19/17) |
| 6929 (M) | | Plaintiffs' Motion to Compel the Videotaped Deposition Testimony of Dr. Anthonie Lensing with Memorandum and Exhibits and Motion to Seal (06/23/17) |
| 6930 (M) | | Motion to Expedite (06/23/17) |
| 6933 (M) | | Motion for Hearing re: Plaintiffs' Motion to Preclude Speculative Testimony from Seven Defense Experts About Potential Outcomes from Other Anticoagulants (06/26/17) |
| 6938 (M) | | Order Granting Motion for Hearing re: Plaintiffs' Motion to Preclude Speculative Testimony from Seven Defense Experts About Potential Outcomes from Other Anticoagulants (06/26/17) |
| 6958 (M) | | Order re: Telephone Conferences to Discuss Plaintiff's Motion to Compel the Videotaped Deposition Testimony of Dr. Anthonie Lensing (06/26/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 6970 (M) | 6969 (attached as exhibit to motion to seal) | Bayer Defendants' Memorandum of Law Responding to Plaintiffs' Motion to Compel the Videotaped Deposition Testimony of Dr. Anthonie Lensing (06/30/17) |
| 6976 (M) | | Defendants' Joint Motion: (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely Deposition Subpoena Served on Southwest Mississippi Regional Medical Center with Memorandum and Exhibits (07/05/17) |
| 6977 (M) | | Motion for Expedited Hearing (07/05/17) |
| 6978 (M) | 6980 (motion to seal) | Defendants' Joint Motion: (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants with Exhibits (07/05/17) |
| 6979 (M) | | Motion for Expedited Hearing (07/05/17) |
| 6988 (M) | | Questionnaire for Prospective Jurors (07/05/17) |
| 6993 (M) | | Order re: Motion for Expedited Hearing and Motion to Seal (07/06/17) |
| 6998 (M) | | Plaintiff's Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on Plaintiffs' Non-MPLA Claims (07/07/17) |
| 7001 (M) | | Plaintiffs' Memorandum in Opposition to Defendants' Renewed Joint *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens with Exhibits (07/07/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7011 (M) | | Plaintiff's Memorandum in Opposition to Bayer's Motion: (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants (07/07/17) |
| 7012 (M) | 7013 (motion to seal); 7045 (order granted seal) | Defendants' Memorandum in Opposition to Plaintiffs' Motion to Preclude Speculative Testimony from Seven Defense Experts about Potential Outcomes from Other Anticoagulants with Exhibits (07/07/17) |
| 7014 (M) | 7015 (motion to seal); 7046 (order granted seal) | Bayer's Reply Memorandum in Support of Motion: (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants (07/10/17) |
| 7030 (M) | | Order Granting Motions to Quash (07/10/17) |
| 7033 (M) | 6999 (filed as exhibit to motion to seal); 7032 (order granted seal) | Plaintiffs' Opposition to Motion for Partial Summary Judgment on Punitive Damages with Exhibits (07/11/17) |
| 7036 (M) | 7000 (filed as exhibit to motion to seal); 7035 (order granted seal) | Plaintiff's Response in Opposition to Joint Motion to Exclude Expert Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder with Exhibits (07/13/17) |
| 7038 (M) | 7002 (filed as exhibit to motion to seal); 7037 (order granted seal) | Plaintiff's Response in Opposition to Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine with Exhibits (07/13/17) |
| 7040 (M) | 7003 (filed as exhibit to motion to seal); 7039 (order granted seal) | Plaintiff's Response in Opposition to Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claim with Exhibits (07/13/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7042 (M) | 7006 (filed as exhibit to motion to seal); 7041 (order granted seal) | Plaintiff's Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on State-Law Grounds as to Plaintiffs' Design-Defect Claim with Exhibits (07/13/17) |
| 7044 (M) | 7007 (filed as exhibit to motion to seal); 7043 (order granted seal) | Plaintiff's Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim with Exhibits (07/13/17) |
| 7051 (M) | | CMO 2I, Court Order re: Pretrial Schedule (07/13/17) |
| 7052 (M) | | Defendants' Motion *in Limine* to Exclude Evidence of Foreign Labeling and Regulatory Actions Under Federal Rules of Evidence 402 and 403 with Memorandum (07/17/17) |
| 7053 (M) | | Defendants' Joint Motion *in Limine* No. 4 Regarding the RECORD 4 Clinical Trial and Seife 2015 with Memorandum and Exhibits (07/17/17) |
| 7054 (M) | 7055 (filed as exhibit to motion to seal) | Defendants' Motion *in Limine* to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto with Memorandum and Exhibits (07/17/17) |
| 7056 (M) | 7057 (filed as exhibit to motion to seal) | Defendants' Joint Motion *in Limine* to Exclude Argument that Plaintiff Used "Bayer Aspirin" with Memorandum and Exhibits (07/17/17) |
| 7058 (M) | | Defendants' Joint Motion *in Limine* to Exclude Argument or Evidence Regarding Unapproved Dosing with Memorandum and Exhibits (07/17/17) |
| 7059 (M) | | Plaintiff's Motion in Limine to Prohibit Objectively False Testimony that PT Neoplastin is Not Useful, Does Not Work, or that Having Such a Warning in the Label would be Reckless, Inappropriate or Dangerous with Memorandum and Exhibit (07/17/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7060 (M) | | Defendants' Reply in Support of Their Renewed Joint *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens with Exhibits (07/17/17) |
| 7062 (M) | | Bayer Defendants' Reply in Support of their Motion for Partial Summary Judgment on Plaintiffs' Punitive-Damages Demands with Exhibits (07/17/17) |
| 7063 (M) | | Defendants' Reply in Support of Their Joint Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine (07/17/17) |
| 7064 (M) | | Defendants' Reply in Support of Their Joint Motion for Partial Summary Judgment on State-Law Grounds as to Plaintiffs' Design-Defect Claim (07/17/17) |
| 7065 (M) | | Defendants' Joint Reply in Support of their Joint Motion to Exclude Expert Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder with Motion to File Under Seal (07/17/17) |
| 7066 (M) | | Defendants' Reply in Support of Their Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim (07/17/17) |
| 7067 (M) | | Defendants' Reply in Support of Their Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claim (07/7/17) |
| 7068 (M) | | Order Dismissing as Moot Plaintiffs' Motion to Compel the Videotaped Deposition Testimony of Dr. Anthonie Lensing, Plaintiff's Motion for Expedited Hearing, and Defendants' Motion to Seal (06/30/17) |
| 7069 (M) | | Plaintiff's Motion *in Limine* to Exclude "Strikethrough" Exhibits and Related Testimony with Memorandum and Exhibits (07/17/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7070 (M) | | Janssen Defendants' Reply Memorandum of Law in Support of Partial Summary Judgment on Punitive Damages with Motion for Leave to File Reply (07/17/17) |
| 7071 (M) | 7072 (filed as exhibit to motion to seal); 7194 (order granted seal) | Defendants' Joint Motion *in Limine* to Exclude Dr. Smart's Testimony Alleging that Xarelto is Worst in Class with Memorandum and Exhibits (07/17/17) |
| 7073 (M) | 7074 (filed as exhibit to motion to seal); 7164 (order granted seal) | Defendants' Joint Motion *in Limine* to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information about the INRatio Device Used in ROCKET AF or the U.S. Subgroup Data from Rocket AF with Memorandum and Exhibits (07/17/17) |
| 7075 (M) | 7076 (filed as exhibit to motion to seal); 7165 (order granted seal) | Defendants' Joint Motion *in Limine* to Exclude Dora Mingo's Hearsay Testimony, Under Federal Rules of Evidence 802 and 803 with Memorandum and Exhibits (07/17/17) |
| 7077 (M) | 7078 (filed as exhibit to motion to seal); 7166 (order granted seal) | Defendants' Joint Motion *in Limine* to Exclude Evidence of Lost Wages with Memorandum and Exhibits (07/17/17) |
| 7079 (M) | | Joint Stipulation on Motion *in Limine* Filings and Rulings (07/18/17) |
| 7082 (M) | | Joint Stipulation on Issues Not Requiring Motions in Limine (07/18/17) |
| 7084 (M) | | Proposed Pre-Trial Order (07/18/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7108 (M) | | Stipulation and Order (07/20/17) |
| 7109 (M) | | Minute Entry Taking Motions for Partial Summary Judgment Under Submission (07/21/17) |
| 7110 (M) | | Court Order Denying Defendants' Motions for Partial Summary Judgment on the Ground of Federal Law Preemption (07/21/17) |
| 7111 (M) | | Court Order re: *Daubert* Motions (07/21/17) |
| 7112 (M) | | Order and Reasons Denying Defendants' Joint Motion for Partial Summary Judgment on State-Law Grounds as to Plaintiffs' Design-Defect Claim (07/21/17) |
| 7113 (M) | | Order Dismissing as Moot Defendants' Joint Motion for Partial Summary Judgment on Plaintiffs' Non-MPLA Claims (07/21/17) |
| 7114 (M) | | Order Denying Motion for Partial Summary Judgment Based on the Learned Intermediary Doctrine (07/24/17) |
| 7115 (M) | | Order and Reasons Denying Motions for Partial Summary Judgment on Punitive Damages (07/24/17) |
| 7127 (M) | | Defendants' Motion to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action with Memorandum and Exhibits (07/26/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7128 (M) | | Motion to Expedite (07/26/17) |
| 7129 | | Request for Oral Argument (07/26/17) |
| 7132 | | Scheduling Order (07/27/17) |
| 7135 (M) | 7138 (filed as exhibit to motion to seal); 7181 (order granted seal) | Defendants' Opposition to Plaintiff's Motion in Limine to Prohibit Objectively False Testimony that PT Neoplastin is Not Useful, Does Not Work, or that Having Such a Warning in the Label would be Reckless, Inappropriate or Dangerous with Exhibits (07/28/17) |
| 7136 (M) | | Plaintiff's Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto with Memorandum (07/28/17) |
| 7139 (M) | | Plaintiff's Response in Opposition to Defendants' Motion *in Limine* to Exclude Evidence of Foreign Labeling and Regulatory Actions (07/28/17) |
| 7141 (M) | | Plaintiff's Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Dr. Smart's Testimony Alleging that Xarelto is Worse in Class with Exhibit (07/28/17) |
| 7142 (M) | | Plaintiff's Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information about the INRatio Device Used in ROCKET AF or the U.S. Subgroup Data from Rocket AF with Exhibits (07/28/17) |
| 7143 (M) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Argument or Evidence Regarding Unapproved Dosing with Exhibits (07/28/17) |

26

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7145 (M) | | Plaintiffs' Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Evidence of Lost Wages (07/28/17) |
| 7149 (M) | | Plaintiff's Proposed Jury Instructions (07/28/17) |
| 7150 (M) | | Defendants' Opposition to Plaintiff's Motion *in Limine* to Exclude "Strikethrough" Exhibits and Related Testimony with Exhibits (07/28/17) |
| 7151 (M) | | Defendants' Proposed Jury Instructions (07/28/17) |
| 7152 (M) | | Defendants' Proposed Punitive Damages Jury Instructions (07/28/17) |
| 7156 (M) | | Plaintiff's Response in Opposition to Defendants' Motion to Quash Subpoenas (07/29/17) |
| 7158 (M) | | Stipulation and Order to Narrow Issues for Trial (07/31/17) |
| 7180 (M) | 7137 (filed as exhibit to motion to seal); 7179 (order granted seal) | Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding the RECORD 4 Clinical Trial and Seife 2015 with Exhibits (08/01/17) |
| 7183 (M) | 7140 (filed as exhibit to motion to seal); 7182 (order granted seal) | Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine to Exclude Argument that Plaintiff Used "Bayer Aspirin" with Exhibits (08/01/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7185 (M) | 7144 (filed as exhibit to motion to seal); 7184 (order granted seal) | Plaintiffs' Response in Opposition to Defendants' Joint Motion in Limine to Exclude Dora Mingo's Hearsay Testimony, Under Federal Rules of Evidence 802 and 403 with Exhibits (08/01/17) |
| 7187 (M) | 7159 (motion for leave to file); 7186 (order granted leave to file) | Defendants' Reply Brief in Support of Their Motion to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action with Proposed Pleading and Exhibit (08/01/17) |
| 7192 (M) | | Order re: Deposition Designations for Frank Misselwitz (08/02/17) |
| 7194 (M) | | Order and Reasons re Motions in Limine (08/02/17) |
| 7198 (M) | | Plaintiffs' Motion to Strike Dr. David Taft as an Expert Witness at Trial with Memorandum and Exhibits (08/03/17) |
| 7199 (M) | | Order re: Revised/Amended Deposition Designations for Frank Misselwitz (08/03/17) |
| 7200 (M) | | Motion for Expedited Hearing on Plaintiffs' Motion to Strike Dr. David Taft as an Expert Witness at Trial (08/03/17) |
| 7201 (M) | | Order Granting Motion for Expedited Hearing on Plaintiffs' Motion to Strike Dr. David Taft as an Expert Witness at Trial (08/03/17) |
| 7203 (M) | | Order re: Deposition Designations for Marin Hans Homering (08/03/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7204 (M) | | Defendants' Opposition to Plaintiffs' Motion to Strike Dr. David Taft as an Expert Witness at Trial (08/04/17) |
| 7215 (M) | | Order Granting Plaintiffs' Motion to Strike Dr. David Taft as an Expert Witness at Trial (08/04/17) |
| 7224 (M) | | Order re: Deposition Designations for Kenneth Moore (08/07/17) |
| 7227 (M) | | Order re: Deposition Designations for Bernhard Glombitza (08/07/17) |
| 7228 (M) | | Order re: Deposition Designations for Theodore Spiro (08/07/17) |
| 7229 (M) | | Joint Stipulation Regarding Medical Records and Bills (08/08/17) |
| 7233 (M) | | Order re: Deposition Designations for Anthonie Lensing (08/08/17) |
| 7244 (M) | | Supplemental Plaintiff's Witness List (08/09/17) |
| 7249 (M) | | Defendants' First Amended Proposed Jury Instructions (08/10/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 7305 (M) | | Defendants' Motion to Call Plaintiff's Treating Physician Out of Turn (08/10/17) |
| 7306 (M) | | Defendants' Motion to Strike Plaintiffs' Untimely Supplemental Witness List with Exhibit (08/11/17) |
| 7307 (M) | | Defendants' Objections to Admissibility of PowerPoint Presentation Authored by a Third Party and Passed Along to Angela Siefert with Memorandum (08/11/17) |
| 7313 (M) | | Plaintiff's Supplemental Proposed Jury Instructions (08/11/17) |
| 7315 (M) | | Plaintiff's Supplemental Witness List (08/13/17) |
| 7316 (M) | | Plaintiff's Memorandum in Support of the Admissibility of Plaintiff's Exhibits 4797235 and 4797236, and in Opposition to Defendants' Motion to Strike Plaintiffs' Untimely Supplemental Witness List and Defendants' Objections to Admissibility of PowerPoint Presentation Authored by a Third Party and Passed Along to Angela Seifert (08/13/17) |
| 7317 (M) | | Defendants' Motion to Strike Testimony of Dr. Suzanne Parisian Based on Plaintiff's Judicial Admissions (08/14/17) |
| 7318 (M) | | Defendants' (Amended) Motion to Strike Testimony of Dr. Suzanne Parisian Based on Plaintiff's Judicial Admissions with Exhibits (08/14/17) |
| 7322 (M) | | Joint Stipulation re Reagent (07/18/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7331 (M) | | Defendants' Proposed Verdict Form (08/14/17) |
| 7332 (M) | | Plaintiff's Proposed Jury Verdict Interrogatories (08/14/17) |
| 7333 (M) | | Plaintiffs' Response in Opposition to Defendants' Motion to Strike Testimony of Suzanne Parisian Based on Plaintiffs' Judicial Admissions (08/15/17) |
| 7337 (M) | | Joint Stipulation Regarding Exhibits Admitted in Connection with the Testimony of Angela Seifert with Exhibits (08/15/17) |
| 7338 (M) | | Defendants' Proposed Supplemental and Contingent Jury Instructions (08/16/17) |
| 7342 (M) | | Order re: Deposition Designations for Stephen Keith (08/15/17) |
| 7361 (M) | | Defendants' Motion for Judgment as a Matter of Law at the Close of Plaintiff's Case with Memorandum (08/16/17) |
| 7362 (M) | | Defendants' Memorandum in Support of their Motion for Judgment as a Matter of Law on Plaintiff's Claims Relating to Anti-Factor Xa Assay on the Grounds of No Proof of Specific Causation (06/16/17) |
| 7375 (M) | | Plaintiff's Motion for the Excusal of a Juror and For Expedited Consideration with Exhibits (08/16/17) |

31

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7376 (M) | | Plaintiff's Proposed Jury Verdict Interrogatories (Punitive Damages Case) (08/17/17) |
| 7377 (M) | | Defendants' Proposed Verdict Form for Punitive Damages Hearing (08/17/17) |
| 7378 (M) | | Plaintiff's Response to Defendants' Motion for Judgment as a Matter of Law at the Close of Plaintiff's Case (08/17/17) |
| 7379 (M) | | Plaintiff's Response in Opposition to Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Claims Relating to Anti-Factor Xa Assay on the Grounds of No Proof of Specific Causation (08/17/17) |
| 7389 (M) | | Defendants' Opposition to Plaintiff's Motion for the Excusal of a Juror and For Expedited Consideration (08/17/17) |
| 7390 (M) | | Defendants' Motion for Judgment as a Matter of Law at the Close of Evidence with Memorandum (08/17/17) |
| 7391 (M) | | Defendants' Memorandum in Support of Motion for Judgment as a Matter of Law on Plaintiffs' Claims Relating to Anti-Factor Xa Assay on the Ground of No Proof of Specific Causation (08/17/17) |
| 7392 (M) | | Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Punitive-Damages Claim at the Close of the Evidence (08/17/17) |
| 7393 (M) | | Defendants' Amended Motion for Judgment as a Matter of Law at the Close of Evidence (08/17/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7394 (M) | | Defendants' Amended Proposed Verdict Form (08/17/17) |
| 7395 (M) | | Plaintiffs' Response in Opposition to Defendants' Amended Motion for Judgment as a Matter of Law at the Close of Evidence (08/17/17) |
| 7396 (M) | | Defendants' Statement Regarding Plaintiff's Response in Opposition to Defendants' Amended Motion for Judgment as a Matter of Law at the Close of Evidence (08/08/17) |
| 7397 (M) | | Defendants' Objections to the Court's Final Verdict Form and Jury Instructions (08/18/17) |
| 7407 (M) | | Court's Jury Instructions (08/18/17) |
| 7408 (M) | | Court's Jury Verdict Form (08/18/17) |
| 7409 (M) | | Certificate of Trial Exhibits (08/18/17) |
| 7412 (M) | | Jury Verdict Form (08/18/17) |
| 7418 (M) | | Order Dismissing Motions as Moot (08/22/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7475 (M) | | Judgment on Jury Verdict (08/31/17) |
| 7476 (M) | | Trial Exhibit Lists of Plaintiffs and Defendants (08/21/17) |
| 7522 (M) | | Transcript of Jury Trial, Volume I, Morning Session, Held August 7, 2017 (09/07/17) |
| 7523 (M) | | Transcript of Jury Trial, Volume I, Afternoon Session, Held August 7, 2017 (09/07/17) |
| 7524 (M) | | Transcript of Jury Trial, Volume II, Morning Session, Held August 8, 2017 (09/07/17) |
| 7525 (M) | | Transcript of Jury Trial, Volume II, Afternoon Session, Held August 8, 2017 (09/07/17) |
| 7526 (M) | | Transcript of Jury Trial, Volume III, Morning Session, Held August 9, 2017 (09/07/17) |
| 7527 (M) | | Transcript of Jury Trial, Volume III, Afternoon Session, Held August 9, 2017 (09/07/17) |
| 7528 (M) | | Transcript of Jury Trial, Volume IV, Morning Session, Held August 10, 2017 (09/07/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| RECORD DOC. * | ADDITIONAL RECORD DOC. | DOCUMENT DESCRIPTION |
| 7529 (M) | | Transcript of Jury Trial, Volume IV, Afternoon Session, Held August 10, 2017 (09/07/17) |
| 7530 (M) | | Transcript of Jury Trial, Volume V, Morning Session, Held August 11, 2017 (09/07/17) |
| 7531 (M) | | Transcript of Jury Trial, Volume V, Afternoon Session, Held August 11, 2017 (09/07/17) |
| 7532 (M) | | Transcript of Jury Trial, Volume VI, Morning Session, Held August 14, 2017 (09/07/17) |
| 7533 (M) | | Transcript of Jury Trial, Volume VI, Afternoon Session, Held August 14, 2017 (09/07/17) |
| 7534 (M) | | Transcript of Jury Trial, Volume VII, Morning Session, Held August 15, 2017 (09/07/17) |
| 7535 (M) | | Transcript of Jury Trial, Volume VII, Afternoon Session, Held August 15, 2017 (09/07/17) |
| 7536 (M) | | Transcript of Jury Trial, Volume VIII, Morning Session, Held August 16, 2017 (09/07/17) |
| 7537 (M) | | Transcript of Jury Trial, Volume VIII, Afternoon Session, Held August 16, 2017 (09/07/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. \*** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 7538 (M) | | Transcript of Jury Trial, Volume IX, Morning Session, Held August 17, 2017 (09/07/17) |
| 7539 (M) | | Transcript of Jury Trial, Volume IX, Afternoon Session, Held August 17, 2017 (09/07/17) |
| 7540 (M) | | Transcript of Jury Trial, Volume X, Morning and Afternoon Sessions, Held August 18, 2017 (09/07/17) |
| 7586 (M) | | Plaintiff's Rule 59 Motion for a New Trial with Memorandum and Exhibits (09/15/17) |
| 7644 (B+O) | | Order Denying Plaintiffs' Motions for New Trial in *Boudreaux* and *Orr* (09/20/17) |
| 7652 (M) | | Order Resetting Deadline for Defendants' Response to Plaintiff's Motion for a New Trial (10/20/17) |
| 7841 (M) | | Defendants' Opposition to Plaintiff's Rule 59 Motion for a New Trial (10/20/17) |
| 7945 (M) | | Plaintiff's Reply Memorandum in Support of Rule 59 Motion for a New Trial (11/03/17) |
| 7981 (M) | | Request for Oral Argument on Plaintiff's Rule 59 Motion for a New Trial (11/08/17) |

| DESIGNATIONS FROM THE MDL DOCKET (14-CV-2592) | | |
|---|---|---|
| **RECORD DOC. *** | **ADDITIONAL RECORD DOC.** | **DOCUMENT DESCRIPTION** |
| 8144 (M) | | Order Taking Under Submission Plaintiff's Rule 59 Motion for a New Trial (12/12/17) |
| 8149 (M) | | Order and Reasons Denying Plaintiff's Rule 59 Motion for a New Trial (12/14/17) |
| 8160 (M) | | Transcript of Motion Hearing Held on December 12, 2017 (12/18/17) |
| 8307 (M) | | Notice of Appeal (01/12/18) |
| 8472 (M) | | Transcript of Motion Hearing Held on August 1, 2017 (01/24/18) |
| 8502 (M) | | Notice of Conditional Cross-Appeal (01/26/18) |
| 8575 (M) | | Transcript of Oral Argument Proceedings from 07/21/17 |
| 8576 (M) | | Transcript of Pretrial Conference Held on 07/21/17 |

| DESIGNATIONS FROM THE *MINGO* DOCKET (15-CV-3469) | |
| --- | --- |
| **RECORD DOC. \*** | **DOCUMENT DESCRIPTION** |
| | Entire Docket for 15-cv-3469 |
| 1 | Short Form Complaint (08/14/15) |
| 6 | Judgment on Jury Verdict (09/01/17) |

| DESIGNATIONS FROM THE *DEMING* DOCKET (15-CV-3367) | |
| --- | --- |
| **RECORD DOC. \*** | **DOCUMENT DESCRIPTION** |
| | Entire Docket for 15-cv-3367 |
| 1 | Joint Complaint and Jury Demand (08/07/15) |
| 5 | Court Order Severing Actions (08/13/15) |

38