DEPARTMENT OF HEALTH

# CERTIFICATE OF DEATH

REGISTER NUMBER **403**

STATE FILE NUMBER

| 1. NAME: FIRST | MIDDLE | LAST | 2. SEX | 3A. DATE OF DEATH: | 3B. HOUR: |
|---|---|---|---|---|---|
| OLIVA | | RUGGIERO | FEMALE | JUNE 11 2017 | 07:59 A |

4A. PLACE OF DEATH: (Check one) ☐ DOA ☒ DOA  
4B. HOSPITAL OCCUPATION: ☐ HOSPITAL INPATIENT ☐ NURSING HOME ☐ PRIVATE RESIDENCE ☐ HOSPICE FACILITY ☐ OTHER (Specify)

3A. DATE OF DEATH: JUNE 11 2017  
4B. IF FACILITY, DATE ADMITTED: MONTH DAY YEAR — JUNE 11 2017

| 4C. NAME OF FACILITY: (If not facility, give address) | 4D. LOCALITY: (Check one and specify) ☐ CITY ☐ VILLAGE ☒ TOWN UTICA | 4E. COUNTY OF DEATH: |
|---|---|---|
| ST. ELIZABETH MEDICAL CENTER | | ONEIDA |

4F. MEDICAL RECORD NO. **37210**  
4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? ☒ NO ☐ YES (If yes, specify institution name, city or town, county and state)

| 5. DATE OF BIRTH: MONTH DAY YEAR | 6A. AGE IN | 6B. IF UNDER 1 YEAR | 6C. IF UNDER 1 DAY | 7A. CITY AND STATE OF BIRTH: (If not USA, Country and...) | 7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH? |
|---|---|---|---|---|---|
| 01 16 1934 | 83 yrs. | months days | hours minutes | ESPERIA, ITALY | |

8. SERVED IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNKNOWN

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino  
☒ A. No, not Spanish/Hispanic/Latino  
☐ B. Yes, Mexican, Mexican American, Chicano  
☐ C. Yes, Puerto Rican  
☐ D. Yes, Cuban  
☐ E. Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE: Check one or more boxes to indicate what the decedent considered himself or herself to be.  
☒ A. White ☐ B. Black or African American ☐ C. American Indian ☐ D. Chinese ☐ E. Filipino ☐ F. Japanese ☐ G. Asian Indian ☐ H. Korean ☐ I. Vietnamese ☐ J. Native Hawaiian ☐ K. Guamanian or Chamorro ☐ L. Samoan ☐ M. American Indian or Alaska Native (specify) ☐ N. Other Asian (specify) ☐ O. Other Pacific Islander (specify) ☐ P. Other (Specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death.  
☒ 1. 8th grade or less ☐ 2. 9th-12th grade, no diploma ☐ 3. High school graduate or GED ☐ 4. Some college credit but no degree ☐ 5. Associate degree ☐ 6. Bachelor's degree ☐ 7. Master's degree ☐ 8. Doctorate/Professional degree

| 12. SOCIAL SECURITY NUMBER: | 13. MARITAL STATUS: | 14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated. |
|---|---|---|
| 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 | ☐ MARRIED ☒ WIDOWED ☐ DIVORCED ☐ NEVER MARRIED ☐ SEPARATED | RAFFAELE RUGGIERO |

| 15A. USUAL OCCUPATION: (Do not enter retired.) | 15B. KIND OF BUSINESS OR INDUSTRY: | 15C. NAME AND LOCALITY OF COMPANY OR FIRM: |
|---|---|---|
| FOLDER | LAUNDRY | ABELOVE'S LAUNDRY, UTICA, NY |

| 16A. RESIDENCE: (State or Country if not USA) | 16B. County or Region/Province if not USA: | 16C. LOCALITY: (Check one and specify) | 16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? |
|---|---|---|---|
| NEW YORK | ONEIDA | ☐ CITY ☐ VILLAGE ☒ TOWN UTICA | ☐ YES ☐ NO IF NO, SPECIFY TOWN |

16D. STREET AND NUMBER OF RESIDENCE: **433 LARCHMONT AVE.**  
16E. ZIP CODE: **13502**

| 17. BIRTH NAME OF FATHER/PARENT: FIRST MI LAST | 18. BIRTH NAME OF MOTHER/PARENT: FIRST MI LAST |
|---|---|
| PAOLO DURSO | ASSUNTA DICUFFA |

19A. NAME OF INFORMANT: RAFFAELE RUGGIERO  
19B. MAILING ADDRESS: (Include zip code) 433 LARCHMONT AVE., UTICA, NY 13502

| 20A. ☒ BURIAL ☐ CREMATION ☐ ENTOMBMENT ☐ REMOVAL ☐ DISINTERMENT ☐ OTHER | 20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: | 20C. LOCATION: (City or town and state) |
|---|---|---|
| 06 13 2017 | CALVARY CEMETERY | UTICA, NY |

| 21A. NAME AND ADDRESS OF FUNERAL HOME: | 21B. REGISTRATION NUMBER: |
|---|---|
| ADREAN FUNERAL SERVICE, INC., 700 RUTGER STREET, UTICA, NY 13501 | 00027 |

| 22A. NAME OF FUNERAL DIRECTOR: | 22B. SIGNATURE OF FUNERAL DIRECTOR: | 22C. REGISTRATION NUMBER: |
|---|---|---|
| CHARLES J. ADREAN | | 10019 |

| 23. SIGNATURE OF REGISTRAR: | 23A. DATE FILED: MONTH DAY YEAR | 24. BURIAL OR REMOVAL PERMITS ISSUED BY | 24A. DATE ISSUED: MONTH DAY YEAR |
|---|---|---|---|
| | 06 14 2017 | | 06 14 2017 |

ITEMS 26 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN OR CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

26A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.  
Certifier's Name: **Daniel Goodman** License No. **168767** Signature: Month Day Year **6 13 2017**  
25B. Certifier's Title: ☒ Attending Physician ☐ Physician acting on behalf of Attending Physician ☐ Coroner ☐ Medical Examiner / Deputy Medical Examiner  
Address: **729 Burrstone Rd New Hartford NY**

25D. If certifier is not attending physician, enter Attending Physician's name & title: License No.: Address:

26A. Attending physician attended deceased: FROM **9 27 1989** TO **06 11 2017**  
26B. Deceased last seen alive by attending physician: **5 2 2017**  
26C. Pronounced dead: Month Day Year  

| 27. MANNER OF DEATH: | 28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? | 29A. AUTOPSY? | 29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? |
|---|---|---|---|
| ☒ 1. NATURAL CAUSE ☐ 2. ACCIDENT ☐ 3. HOMICIDE ☐ 4. SUICIDE ☐ 5. UNDETERMINED CIRCUMSTANCES ☐ 6. PENDING INVESTIGATION | ☒ NO ☐ YES | ☒ NO ☐ YES ☐ REFUSED | ☐ YES ☐ NO |

CONFIDENTIAL — SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH — CONFIDENTIAL

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C))

PART I. IMMEDIATE CAUSE:  
(A) Congestive Heart Failure — days, months  
DUE TO OR AS A CONSEQUENCE OF:  
(B) Aortic Stenosis and Coronary Disease — years  
DUE TO OR AS A CONSEQUENCE OF:  
(C)

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I(A): Chronic Lung Disease, Hypertension

31B. DID TOBACCO CONTRIBUTE TO DEATH? ☐ YES ☐ PROBABLY ☐ NO ☒ UNKNOWN

31A. INJURY DATE: HOUR m  
31B. INJURY LOCALITY: (City or town and county and state)  
31C. DESCRIBE HOW INJURY OCCURRED:  
31D. PLACE OF INJURY: ☐ NO ☐ YES  
31E. INJURY AT WORK? ☐ NO ☐ YES

31F. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)  
32. WAS DECEDENT HOSPITALIZED IN LAST 3 MONTHS? ☐ NO ☐ YES  
33A. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Unknown  
33B. DATE OF DELIVERY: