# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

**RAFFAELE RUGGIERO and**
**OLIVA RUGGIERO**

**Civil Action No.: 2:16-cv-06996**

## NOTICE OF SUBMISSION

COMES NOW, the plaintiff by and through the undersigned counsel files this Notice of Submission of Motion to Dismiss plaintiff, Oliva Ruggiero's derivative claim and amend the caption and complaint before the Honorable Judge Eldon E. Fallon on motion date March 14, 2018 at 9:00 a.m.

Dated: February 9, 2018

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbxarelto@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbxarelto@1800law1010.com