UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 | |
| ) | | |
| ) | SECTION L | |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | JUDGE ELDON E. FALLON | |
| BETTIE FAISON ) | | |
| ) | MAGISTRATE JUDGE NORTH | |
| 2:16-CV-16817 ) | | |
| ) | | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs the Honorable Court of the death of the Plaintiff, Bettie Faison.

Dated: February 12, 2018         Respectfully submitted,

By: */s/ Jacob A. Flint* _____
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
222 E Park St. Suite 500
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
jflint@flintlaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 12, 2018, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Jacob A. Flint*
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
222 E Park St. Suite 500
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
jflint@flintlaw.com
*Attorney for Plaintiffs*