UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>_____ | MCL No. 2592 <br> Civil Action No. 2:17-cv-17736 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**PLAINTIFF, JERRY BARKER JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JERRY BARKER, SR., MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:17-cv-17736, entitled Jerry Barker, Jr., Personal Representative of the Estate of Jerry Barker, Sr. vs Janssen Research & Development, et al. In accordance with Federal Rule of Civil Procedures 15, which provides that "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to Amended its initial complaint filed on December 22, 2017, Docket No. 1 of case No. 2:17-cv-17736, merely for the sake of format and typographical errors only and not as to any content or context in relationship to the allegations so pled. Attached as Exhibit A, find Plaintiff's proposed Order.

Further, Plaintiff states, to date, Plaintiff has not yet served any of its Defendants.

Dated: February 12, 2018

    s/ *Kenneth A. Stern*
Kenneth A. Stern, P30722
STERN LAW, PLLC
41850 West 11 Mile Road
Novi, Michigan 48375-1857
(248) 347-7300
ken@sternlawonline.com

*Attorney for Plaintiff's decedent*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:17-cv-17736 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**ORDER GRANTING PLAINTIFF, JERRY BARKER JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JERRY BARKER, SR., MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file First Amended Complaint and the court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Jerry Barker, Jr., Personal Representative of the Estate of Jerry Barker, Sr., Motion for Leave to File First Amended Complaint as for format and typographical errors, only, be granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to file its First Amended Complaint.

This is not a final order.

_____
United States District Court Judge