UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

THIS DOCUMENT RELATES TO:

*William Jeff Welch, Individually and as Representative of the Estate of Martha Sue Hale v. Janssen Research & Development, LLC, et al.*
Civil Action No.: 2:17-cv-10818

## MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff William Jeff Welch, Individually and as Representative of the Estate of Martha Sue Hale, deceased, by and through his counsel, pursuant to Federal Rule of Civil Procedure 15, and files this Motion for Substitution of Parties to correct the proper Plaintiff party in this matter and to correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1.      Plaintiff Martha Sue Hale passed away on December 17, 2015.

2.      Plaintiff seeks to substitute James Hale as the proper Party Plaintiff.  James Hale, son of Martha Sue Hale, has been appointed as the Administrator of the Estate of Martha Sue Hale, deceased, by the State of Georgia Probate Court in Marion County.

3.      Plaintiff thus moves this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), to substitute James Hale, as Administrator of the Estate for the deceased, Martha Sue Hale, as the named party in the place of William Jeff Welch, Individually and as Representative of the Estate of Martha Sue Hale.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court enter an order granting this Motion for Substitution of Parties and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, to grant leave to file an Amended Complaint to correct the caption to reflect the proper party plaintiff.

Dated: <u>February 13, 2018</u>

Respectfully submitted,

/s/ David P. Matthews
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
welsey@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ David P. Matthews
David P. Matthews

2