**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

*William Jeff Welch, Individually and as Representative of the Estate of Martha Sue Hale v. Janssen Research & Development, LLC, et al.*
**Civil Action No.: 2:17-cv-10818**

## PROPOSED ORDER TO SUBSTITUTE PARTY

Considering the foregoing Motion for Substitution of Parties:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that James Hale, as Administrator of the Estate of Martha Sue Hale, deceased, be substituted as the proper party plaintiff, herein, and the Clerk is directed to correct the caption to reflect the proper party as "James Hale, as Administrator of the Estate of Marth Sue Hale," Plaintiff.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
United States District Judge