UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION:  L <br><br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Elida Ramirez v. Janssen Research & Development LLC, et al; No. 2:17-cv-08702*

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE BAYER DEFENDANTS

This Court, being fully appraised of the premises and upon Motion of the Plaintiff to extend time to serve the Complaint filed in the above action, approves the Motion and grants Plaintiff an extension until 30 days from the date the Court enters the Order, to perfect service of the Complaint on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. pursuant to PTO 10.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this  14th  day of   February  , 2018.

_____
ELDON E. FALLON
United States District Judge

1