UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *DeBruce v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 17-cv-08438 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## ORDER

This Court, after considering the Consent Motion to Correct the Name of Plaintiff, finds the motion meritorious. Therefore,

**IT IS HEREBY ORDERED** that the name of plaintiff be corrected to "Eric" in the above-referenced case.

New Orleans, Louisiana this 14th Day of February, 2018

*[signature]*

Honorable Eldon E. Fallon
United States District Court Judge

1