UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) Civil Action No: __2:17-cv-08032__ |

**THIS DOCUMENT RELATES TO:**

*Carolyn S. Gass v. Janssen Research & Development, LLC et al.*
**Civil Action No. 2:17-cv-08032-EEF-MBN**

## ORDER

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that the Plaintiff in the above action shall have thirty (30) days from the date of this Order within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial #10.

Signed New Orleans, Louisiana this __14th__ day of _____February_____, 2018.

_____
Eldon E. Fallon, United States District Court Judge