**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) |
| | ) **SECTION:  L** |
| | ) **JUDGE FALLON** |
| | ) **MAG. JUDGE NORTH** |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) **Civil Action No:  2:17-cv-07958** |

**THIS DOCUMENT RELATES TO:**

***Earnest London v. Janssen Research & Development, LLC et al.***
**Civil Action No. 2:17-cv-07958-EEF-MBN**

<u>**ORDER**</u>

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that the Plaintiff in the above action shall have thirty (30) days from the date of this Order within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial #10.

Signed New Orleans, Louisiana this <u>14th</u> day of <u>     February     </u>, 2018.

_____
Eldon E. Fallon, United States District Court Judge