**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN)**          **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**

                                          **SECTION L**
                                          **JUDGE ELDON E. FALLON**
                                          **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Nathaniel Simmons, as Personal Representative of the ESTATE OF JOHN SIMMONS, JR., v.*
*Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-06658-EEF-MBN

**<u>ORDER</u>**

The Court, after considering the Plaintiff's Motion to Correct Name of Plaintiff

Representative, R. Doc. 8555, as well as any responses thereto, finds the motion meritorious.

Therefore,

IT IS ORDERED that the name Nathaniel Simmons will be corrected to Ethel Simmons

in the caption of this action and all records of the Court.

New Orleans, Louisiana, this <u>14th</u> day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE