UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Staudinger v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-7569

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8558, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Maureen Divito, on behalf of her deceased mother, Helen Staudinger, is substituted for Plaintiff Helen Staudinger as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE