UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>**JUDGE ELDON E. FALLON**<br><br>MAGISTRATE NORTH |
| *THIS DOCUMENT RELATES TO:*<br>*Sharp v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-01766*<br><br>*Bradfield v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-02095*<br><br>*Carroll v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-02108* | |

**PROPOSED ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel for Plaintiffs, Sharp, Bradfield and Carroll in the above-entitled and numbered actions.

Dated: February 14th, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge