# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL 2592 |
| ) | |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO: ) | |
| RUTH E. DUNN, individually and as Executor De ) | JUDGE ELDON E. FALLON |
| Son Tort of the Estate of JAMES R. DUNN, ) | |
| deceased ) | MAG. JUDGE NORTH |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT, ) | |
| LLC, Et al, ) | |
|     Defendants; ) | |
| ) | |

## ORDER

Considering the Plaintiff's Consent Motion to Amend Case Caption,

IT IS ORDERED that the Motion is GRANTED.  The caption of this matter is amended to read:

RUTH E. DUNN, Individually and as Personal Representative of the Estate of  JAMES R. DUNN, deceased, Plaintiff,

vs.

JANNSEN RESEARCH & DEVELOPMENT, LLC, Et al, Defendants.

New Orleans, Louisiana, this   14th   day of   February  , 2018.

_____
THE HONORABLE ELDON E. FALLON
United States District Court Judge