# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*David Britton v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-9817

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8579, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Diana Dawkins, on behalf of her deceased brother, David Britton, is substituted for Plaintiff David Britton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE