UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*All Cases*

### ORDER

At the request of the parties,

**IT IS ORDERED** that the telephone status conference scheduled for Friday, February 16, 2018 is hereby **CONTINUED** to Wednesday, February 21, 2018 at 2:00 p.m. The parties will call in to the Court's conference line: 877-336-1839; access code: 4227405; security code: 022118.

New Orleans, Louisiana this 14th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE