UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*EGYPT WESLEY, INDIVIDUALLY AND AS SURVIVING SPOUSE ON BEHALF OF THE ESTATE OF EDDIE WESLEY, DECEASED v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:17-cv-7141*

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES, Plaintiff, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss without prejudice the above action against all Defendants with each party to bear their own costs.

*INCORPORATED MEMORANDUM OF LAW*

Plaintiff initiated this action on a good faith basis, but after conducting a diligent search has been unable to obtain documentation necessary to sustain her burden of proof at this time. Plaintiff therefore requests that this Honorable Court enter an Order dismissing her claim without prejudice with leave to re-file if the necessary documentation has been obtained and applicable statutes of limitations permit.

(Signature block and Certificate of Service on adjoining pages)

Respectfully submitted,

GORDON & DONER, P.A.

/s/ Trevor M. Gordon
Robert E. Gordon, Esq.
(Florida Bar #260479)
Trevor M. Gordon, Esq.
(Florida Bar #11521)
4114 Northlake Boulevard
Palm Beach Gardens, FL  33410
Telephone: (561) 799-5070
Facsimile:  (561) 634-2793
TGordon@fortheinjured.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: <u>February 14, 2018</u>

Respectfully submitted,

GORDON & DONER, P.A.

<u>/s/ Trevor M. Gordon</u>
Robert E. Gordon, Esq.
(Florida Bar #260479)
Trevor M. Gordon, Esq.
(Florida Bar #11521)
4114 Northlake Boulevard
Palm Beach Gardens, FL  33410
Telephone: (561) 799-5070
Facsimile:  (561) 634-2793
TGordon@fortheinjured.com
Counsel for Plaintiff