**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ABDUR RASHEED, SHRIFF | The Mulligan Law Firm | 2:16-cv-1930 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 2. | ACHZIGER, LILA | Beasley Allen | 2:15-cv-01537 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 3. | ADAMS, RICHARD | The Potts Law Firm, LLP | 2:17-cv-08209 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | ALESIA, MICHAEL J. | Avram Blair & Associates, P.C. | 2:17-cv-04970 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 5. | ALLEN, BILLY BOB | Salim-Beasley, LLC | 2:17-cv-07593 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | ALLEN, SHIRLEY | SWMW Law | 2:17-cv-5800 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | ALLOGGIA, GLORIA | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11280 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 8. | BAKER, MARY | The Driscoll Firm | 2:16-cv-8662 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 9. | BALDWIN, EVA | Lenze Moss, PLC. | 2:16-cv-17868 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 10. | BARTHOLOMEW, JOHN | Salim-Beasley, LLC | 2:17-cv-07608 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 11. | BERRYHUFFMAN, RENEE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv- | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 12. | BINION, SANDY | Law Offices of Dean Lloyd | 2:17-cv-02065 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 13. | BLAXTON, THOMAS | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 14. | BOGGS, IRA | The Mulligan Law Firm | 2:16-cv-13008 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 15. | BOLLARD, JAY | Brady Law Group | 2:15-cv-03920 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 16. | BOUDREAUX, CONCHETTA | The Mulligan Law Firm | 2:15-cv-02937 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 17. | BOYD, LANCE | Salim-Beasley, LLC | 2:17-cv-08409 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 18. | BRADEN, ELMER | The Mulligan Law Firm | 2:15-cv-02939 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 19. | BRADLEY, LARRY L | Fayard Law Firm | 15-cv-00275 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 20. | BROADS, MARSHA | The Mulligan Law Firm | 2:16-cv-13016 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 21. | BROWN, JOHN | The Driscoll Firm | 2:16-cv-13851 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 22. | BROWNING, MATTHEW | Salim-Beasley, LLC | 2:17-cv-06476 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 23. | BUFFA, CHARLES | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 24. | BURLISON, DONZIL | The Mulligan Law Firm | 2:15-cv-02940 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 25. | BURNER, GAIL | The Gallagher Law Firm LLP | 2:16-cv-13445 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 26. | BURNETTE, ELLEN | The Driscoll Firm | 2:16-cv-9411 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 27. | BURROUGHS, DOROTHY | The Mulligan Law Firm | 2:15-cv-02942 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 28. | BUTLER, VERNICE | Slater Slater Schulman LLP | 2:16-cv-03903 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 29. | CARDENAS, MARIA | Salim-Beasley, LLC | 2:17-cv-05589 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 30. | CARR, RONALD W | Salim-Beasley, LLC | 2:17-cv-06093 | Prescription Records-Records provided do not show Xarelto use |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 31. | CENTNER, EVI R | Beasley Allen | 2:17-cv-05092 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 32. | CIMBER, HUGO | Cochran Legal Group | 2:16-cv-15070 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | COEY, MARION D | Salim-Beasley, LLC | 2:16-cv-15235 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 34. | CORREA, PEDRO | The Driscoll Firm | 2:16-cv-12256 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 35. | COYLE, DIANA | The Mulligan Law Firm | 2:15-cv-02949 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 36. | CRAIG, SYLVIA S | The Mulligan Law Firm | 2:15-cv-00222 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 37. | CRANE, MARILYN | Kelley & Ferraro LLP | 2:16-cv-13503 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 38. | CRAVER, ROBERT | The Mulligan Law Firm | 2:16-cv-09932 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 39. | CURLESS, CASSANDRA | Slater Slater Schulman LLP | 06692 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 40. | DANFORTH, SHIRLEY | The Law Office of Derriel C. McCorvey, LLC | 14-cv-1319-DRH | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 41. | DANIELSON, ELIZABETH | The Mulligan Law Firm | 2:15-cv-01523 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 42. | DAVIDSON, GEORGE | The Mulligan Law Firm | 2:16-cv-13035 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 43. | DAVIS, JOHN | Salim-Beasley, LLC | 2:17-cv-07619 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 44. | DAVIS, MARILYN | Salim-Beasley, LLC | 2:17-cv-07365 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 45. | DAVIS, MARVIN | Salim-Beasley, LLC | 2:17-cv-08412 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 46. | DEVILLIER, LENNY | Salim-Beasley, LLC | 2:17-cv-05495 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 47. | DIXON, WILLIAM E | Andrus Wagstaff | 2:17-cv-05113 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 48. | DOWNING, JAMES | The Mulligan Law Firm | 2:16-cv-13036 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 49. | DUFFY, MICHAEL G | Morris Law Firm | 2:16-cv-06618 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 50. | DUPREE, DEWEY B | The Mulligan Law Firm | 2:15-cv-02956 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 51. | DUPREE, JOHN M | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-06529 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 52. | DURHAM, PHILLIP | The Schlemmer Firm, LLC | 2:15-cv-4133 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 53. | EDWARDS, DANIEL | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11715 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

16

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 54. | ELLIOTT, NORMA | Salim-Beasley, LLC | 2:17-cv-07617 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 55. | ELLIS, RICHARD | Cochran Legal Group | 2:16-cv-15093 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 56. | EMBERTON, WENDELL | Sarangi Law, LLC | 2:15-cv-6213 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 57. | ENCARNACION, EUGENIO | Salim-Beasley, LLC | 2:17-cv-05224 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 58. | ENLOE, RUTH M | Grant & Eisenhofer | 2:17-cv-1691 | Prescription Records-Records provided do not show Xarelto use |
| 59. | ERNST, DAVID | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-06529 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 60. | FARRIS, MARK | Johnson Becker | 2:15-cv-01544 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 61. | FEIST, JOSEF | The Mulligan Law Firm | 2:15-cv-02951 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 62. | FRANCIS, QUINCY L | The Mulligan Law Firm | 2:16-cv-02153 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 63. | GATES, JEFFREY | The Driscoll Firm | 2:16-cv-11180 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 64. | GAYTON, SARAH | Salim-Beasley, LLC | 2:17-cv-06487 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 65. | GIBSON, LARRY | Rosenberg & Gluck, LLP | 2:16-cv-09858 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 66. | GODBEE, SHERRY | Sanders Law | 2:15-cv-05097 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 67. | GORDON, PATRICIA | The Mulligan Law Firm | 2:16-cv-12974 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 68. | GREEN, WILLIAM | Slater Slater Schulman LLP | 2:16-cv-10668 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 69. | HAIRL, GAYE | Slater Slater Schulman LLP | 2:16-cv-17845 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 70. | HALINSKI, ANTHONY | Salim-Beasley, LLC | | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 71. | HAMILTON, JOHNNIE L | Stewart & Stewart Attys | 2:16-cv-06926 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 72. | HARMON, MICHAEL | Salim-Beasley, LLC | 2:17-cv-07621 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 73. | HARRALSON, KEITH | Lenze Moss, PLC. | 2:17-cv--0484 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 74. | HEBERT, JANET F | The Mulligan Law Firm | 2:15-cv-02991 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 75. | HILL, AVIANCE | Salim-Beasley, LLC | 2:17-cv-08415 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 76. | HOBBS, ANNA | The Driscoll Firm | 2:16-cv-11251 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 77. | HOBS, BRENDA | The Driscoll Firm | 2:16-cv-8751 | Prescription Records-Records provided do not show Xarelto use |
| 78. | HOWARD, OLIN | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4209 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 79. | IN RE MORALES, JORGE | Scott, Vicknair, Hair & Checki, LLC | | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 80. | JACOBSEN, DORIS | The Mulligan Law Firm | 2:15-cv-02993 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 81. | JENSEN, WILLIAM A | The Mulligan Law Firm | 2:16-cv-12805 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 82. | JETER, MELVIN | The Driscoll Firm | 2:16-cv-13851 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 83. | JOHNSON, CHARLES B | Law Offices of Andre' P. LaPlace | 2:16-cv-8939 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 84. | JOHNSON, LEONA | Flint Law Firm, LLC | 2:16-cv-15699 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 85. | JOHNSON, TIMOTHY | The Mulligan Law Firm | 2:15-cv-02997 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 86. | JONES, GEORGE R | The Mulligan Law Firm | 2:16-cv-13232 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 87. | JONES, ROGER D | Motley Rice, LLC | 2:17-cv-2460 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 88. | KARGES, KATHLEEN | Salim-Beasley, LLC | 2:17-cv-05642 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 89. | KENNEDY, MAURICE | Grant & Eisenhofer | 2:17-cv-00361 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 90. | KEPPELER, FRANK | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-01551 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 91. | KILLIAN, JOE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11735 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 92. | KOTCHEN, HELEN | The Simon Law Firm | 2:16-cv-15774 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 93. | LANE, DORIELLE | The Driscoll Firm | 2:16-cv-9506 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 94. | LAVAND, KENNETH | Law Offices of Charles H. Johnson, P.A. | 2:16-cv-13695 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 95. | LEE, LAWANA ROSE | Lenze Moss, PLC. | 2:16-cv-06591 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 96. | LIMERICK, RANDOLPH | The Mulligan Law Firm | 2:16-cv-11713 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 97. | LINDHORST, LARRY | The Driscoll Firm | 2:16-cv-11334 | Prescription Records-Records provided do not show Xarelto use |
| 98. | LONG, CASEY | Salim-Beasley, LLC | 2:17-cv-06520 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 99. | LONGARDNER, JAMES | The Gallagher Law Firm LLP | 2:16-cv-14955 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 100. | LONGARDNER, JAMES | The Driscoll Firm | 2:16-cv-9509 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 101. | LONGMAN, TERRI | Beasley Allen | 2:16-cv-13335 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 102. | LOTT, LEWIS | The Gallagher Law Firm LLP | 2:16-cv-14680 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury |
| 103. | LUNA, JANICE | Dixon Davis, LLC | 2:17-cv-02611 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 104. | MACK, JOHNORA | The Driscoll Firm | 2:16-cv-8780 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 105. | MARFIELD, GLADYS | The Mulligan Law Firm | 2:16-cv-12702 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 106. | MARTIN, DONALD | Salim-Beasley, LLC | 2:17-cv-05596 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 107. | MATRAN, JANELLE | Slater Slater Schulman LLP | 2:16-cv-1720 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 108. | MAXWELL, JEREMY | Johnson Becker | 2:16-cv-13368 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 109. | MAYFIELD, TRACEY | The Gallagher Law Firm LLP | 2:17-cv-08258 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 110. | MAYO, ALTON | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11709 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 111. | MCAFEE, MARY | Kelley & Ferraro LLP | 2:16-cv-13714 | Prescription Records-Records provided do not show Xarelto use |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 112. | MCCOY, GENEVA | Salim-Beasley, LLC | 2:17-cv-07599 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 113. | MCKAY, ROBERT | Beasley Allen | 2:16-cv-10884 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 114. | MCKISSICK, NAOMI | Salim-Beasley, LLC | 2:17-cv-07410 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 115. | MCKNIGHT, KATHERINE | Salim-Beasley, LLC | 2:17-cv-05477 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 116. | MILLER, DENNIS | Salim-Beasley, LLC | 2:17-cv-07614 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 117. | MITCHELL, THOMAS | Kelley & Ferraro LLP | 2:16-cv-13738 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 118. | MOORE, JAMES | Salim-Beasley, LLC | 2:17-cv-07418 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 119. | MOORE, PRESTON | Slater Slater Schulman LLP | | Medical Records-Medical records provided do not demonstrate alleged injury; Prescription Records-Records provided do not show Xarelto use |
| 120. | MOTT, LACREITA | The Gallagher Law Firm LLP | 2:17-cv-06955 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 121. | MUNOZ, MARIA | Lenze Moss, PLC. | 2:17-cv-01887 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 122. | NORTH, AMY | Childers, Schlueter & Smith LLC | 2:16-cv-07855 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 123. | PAHLS, JAMES L | The Mulligan Law Firm | 2:15-cv-03010 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 124. | PALAZZOLO, JEROME J | The Mulligan Law Firm | 2:15-cv-03011 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 125. | PALMER, CLARENCE | The Mulligan Law Firm | 2:16-cv-02167 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 126. | PARKINS, WILLIAM | The Michael Brady Lynch Law Firm | 2:17-cv-05574 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 127. | PARRIS, PHILLIP | Nemeroff Law Firm | 2:16-cv-12856 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 128. | PLOWMAN, CHARLES B | The Mulligan Law Firm | 2:15-cv-03013 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 129. | PORTER, MARVIN L | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11731 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 130. | POWELL, ADARRYL | Lenze Moss, PLC. | 2:16-cv-17616 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 131. | PRICE, GEORGE | The Driscoll Firm | 2:16-cv-11376 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 132. | PUPS, RICHARD | Ferrer, Poirot & Wansbrough | 2:16-cv-10592 | Prescription Records-Records provided do not show Xarelto use |

46

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 133. | REYNOLDS, JANICE | Salim-Beasley, LLC | 2:17-cv-07505 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 134. | RICHARDS, WYNN | Salim-Beasley, LLC | 2:17-cv-05235 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 135. | RIVAS, MARY E | Beasley Allen | 2:16-cv-17025 | Prescription Records-Records provided do not show Xarelto use |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 136. | ROBINSON, LONAL | Kelley & Ferraro LLP | 2:16-cv-14422 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

48

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 137. | ROBINSON, PAUL | Andrus Wagstaff | 2:17-cv-08279 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 138. | ROYER, DONALD | The Simon Law Firm | 2:17-cv-916 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 139. | SANDUSKY, WILLIAM | Grant & Eisenhofer | 3:14-cv-01271-DRH | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 140. | SCHIESSL, LUDWIG W | The Mulligan Law Firm | 2:16-cv-02174 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 141. | SCHILLER, WALTER O | Beasley Allen | 2:16-cv-17927 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 142. | SCHWARTZ, JEAN | The Driscoll Firm | 2:16-cv-12004 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 143. | SCOTT, JACQUELINE | Avram Blair & Associates, P.C. | 2:17-cv-2085 | Prescription Records-Failure to provide proof that user received samples; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 144. | SCOTT, MARLO | Salim-Beasley, LLC | 2:17-cv-05445 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 145. | SHEARIN, JOSEPH H | Law Offices of Andre' P. LaPlace | 2:16-cv-8919 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

51

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 146. | SHEFFIELD, LISA | Kelley & Ferraro LLP | 2:16-cv-14427 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 147. | SHEPPARD, BETTIE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12333 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 148. | SHOEHIGH, JOAN | The Mulligan Law Firm | 2:16-cv-12830 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 149. | SHRUM, ELIZABETH | Salim-Beasley, LLC | 2:17-cv-07582 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 150. | SINGH, SHANKER | Salim-Beasley, LLC | 2:17-cv-05243 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 151. | SMITH, DON | The Driscoll Firm | 2:16-cv-12202 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 152. | SOUTHWICK, CHARLES | The Mulligan Law Firm | 2:16-cv-04196 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 153. | STANCEL, ANNIE | Salim-Beasley, LLC | 2:17-cv-05444 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 154. | STANDOAK, ERIC | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4545 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 155. | STAUDINGER, HELEN | Douglas & London | 2:17-cv-0756 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 156. | STEWART, LARRY | Douglas & London | 2:17-cv-8197 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 157. | STEWART, ROSSARIO | The Gallagher Law Firm LLP | 2:17-cv-07134 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 158. | STOKES, JOEY | The Driscoll Firm | 2:16-cv-12217 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 159. | STUCKEY, BYRON | The Driscoll Firm | 2:16-cv-11472 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |
| 160. | SWANSON, DONYA | Salim-Beasley, LLC | 2:17-cv-08430 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 161. | TAYLOR, CLEO | The Driscoll Firm | 2:16-cv-9024 | Prescription Records-Records provided do not show Xarelto use |
| 162. | THOMAS, MILTON | Onder, Shelton, O'Leary & Peterson, LLC | 2:17-cv-06121 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 163. | THOMPSON, MARY S | The Mulligan Law Firm | 2:16-cv-02704 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 164. | TIBBS, BETTY | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 165. | TORRES, TONY | Salim-Beasley, LLC | 2:17-cv-06778 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 166. | TREVINO, TIMOTHY | The Gallagher Law Firm LLP | 2:17-cv-06321 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 167. | TRUITT, MARILYN | The Gallagher Law Firm LLP | 2:16-cv-14971 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 168. | TUNNELL, BILLIE J | The Mulligan Law Firm | 2:16-cv-02180 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 169. | TYE, ANDREW | Salim-Beasley, LLC | 2:17-cv-05443 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 170. | VERNON, COWLEY | Jones Ward PLC | 2:16-cv-3778 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 171. | WALKER, BETTY | The Driscoll Firm | 2:16-cv-11484 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 172. | WALKER, RANDA | Johnson Law Group | 2:17-cv-5271 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 173. | WALLACE, VENIRA | Kelley & Ferraro LLP | 2:16-cv-14478 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 174. | WARR, EVELYN | Andrus Wagstaff | 2:17-cv-08739 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 175. | WARREN, JERRY | Lenze Moss, PLC. | 2:16-cv-13879 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 176. | WELCH, DEXTER | Kelley & Ferraro LLP | 2:16-cv-14487 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 177. | WELLS, MARION F | Huber, Slack, Thomas & Marcelle, LLP | 2:16-cv-14761 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 178. | WHITESIDE, JAMES | The Gallagher Law Firm LLP | 2:16-cv-10196 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 179. | WILLIAMS, CLAUDETTE | The Mulligan Law Firm | 2:16-cv-02617 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 180. | WILLIAMS, JEANETTE | TorHoerman Law LLC | 2:17-cv-2405 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 181. | WILLIAMS, RONALD | Salim-Beasley, LLC | 2:17-cv-07381 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 182. | WILSON, DEVRAN | Salim-Beasley, LLC | 2:17-cv-07424 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 183. | WINGARD, RICHARD | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12341 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 184. | WISBAUER, CHARLES | Carey Danis & Lowe | 2:17-cv-5802 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 185. | WOLGAST, CAROLINE | The Mulligan Law Firm | 2:15-cv-03747 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 186. | WRIGHT, SHARON | Law Offices of Charles H. Johnson, P.A. | 2:16-cv-17962 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 187. | ZIRLOTT, LENORA | The Gallagher Law Firm LLP | 2:17-cv-03775 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 188. | ZUPANCIC, MARGARET | The Driscoll Firm | 2:16-cv-11500 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |