UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:17-cv-9287</u> |

THIS DOCUMENT RELATES TO:
Trashanta A. Gordon o/b/o
Her deceased mother, Rosetta Gordon v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-9287

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this Honorable Court for an order substituting Trashanta A. Gordon on behalf of her deceased mother, Rosetta Gordon, for the following reasons:

**I.** On September 19th, 2017, Rosetta Gordon filed a Complaint in the above referenced matter.

**II.** On August 26th, 2017, Rosetta Gordon died, without her daughter notifying her legal representatives.

**III.** The decedents daughter, Trashanta A. Gordon, is the Proper Plaintiff and wishes to be substituted on behalf of Rosetta Gordon, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 15th day of February 2018.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
268 Ponce de León Ave., Ste.1023
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)