UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :      MDL No. 2592
                                      :
                                      :      SECTION L
THIS DOCUMENT RELATES TO:             :
THE CASES LISTED BELOW                :
                                      :      JUDGE ELDON E. FALLON
                                      :
                                      :      MAGISTRATE JUDGE NORTH

## ORDER

On January 5, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 8279]. Prior to the Show Cause Hearing held on January 24, 2018, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Alexander, Grace | 2:17-cv-06678 | Lenze Moss, PLC |
| 2. | Allen, Cynthia | 2:17-cv-07542 | Law Office of Christopher K. Johnston, LLC |
| 3. | Arellano, Javier | 2:17-cv-07543 | The Driscoll Firm, P.C. |
| 4. | Baker, Lawrence | 2:17-cv-06122 | Johnson Law Group |
| 5. | Beattie, Shelley S. | 2:17-cv-05890 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 6. | Bennett, Johnny | 2:17-cv-07328 | Slater, Slater Schulman, LLP |
| 7. | Bignell, Cynthia | 2:17-cv-06885 | Lenze Moss, PLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 8. | Bynum, Mary | 2:17-cv-07407 | Lenze Moss, PLC |
| 9. | Camille, Dona | 2:17-cv-07332 | Medley Law Group |
| 10. | Cox, Leonard Ray | 2:17-cv-05436 | The Schlemmer Firm, LLC |
| 11. | Fuller, Louis E. | 2:17-cv-06058 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 12. | Garrett, Carolyn | 2:17-cv-06508 | Tamari Law Group, LLC |
| 13. | Hurt, Lawrence | 2:17-cv-05691 | Lenze Moss, PLC |
| 14. | James, Kimmy | 2:17-cv-06989 | Law Office of Christopher K. Johnston, LLC |
| 15. | Johnson, Tamekia L. | 2:17-cv-07394 | Law Office of Christopher K. Johnston, LLC |
| 16. | King, Billy G. | 2:17-cv-05474 | Marc J. Bern & Partners LLP - New York |
| 17. | Kneipp, Linda | 2:17-cv-06113 | Johnson Law Group |
| 18. | Mull, Geneva | 2:17-cv-06819 | Nemeroff Law Firm |
| 19. | Ortiz-Amaro, Francisco | 2:17-cv-07265 | Johnson Law Group |
| 20. | Perkins, Ramona | 2:17-cv-07282 | Lenze Moss, PLC |
| 21. | Peterson, Kay E. | 2:17-cv-05681 | Lenze Moss, PLC |
| 22. | Routh, Robert H. | 2:17-cv-07384 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 23. | Snow, William | 2:17-cv-06410 | The Schlemmer Firm, LLC |
| 24. | Snyder, Barry Victor | 2:17-cv-05435 | The Schlemmer Firm, LLC |
| 25. | Stack, William | 2:17-cv-06876 | The Olinde Firm, LLC |
| 26. | Stensen, Mark | 2:17-cv-05482 | Fears Nachawati, PLLC |
| 27. | Taylor, Mark A. | 2:17-cv-06909 | Lenze Moss, PLC |
| 28. | Veazie, James | 2:17-cv-07112 | Pulaski Law Firm, PLLC |
| 29. | Williams, Charles E. | 2:17-cv-06791 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 30. | Winstead, Carrie | 2:17-cv-06799 | Law Office of Christopher K. Johnston, LLC |

New Orleans, Louisiana, on this 15th day of February, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge