UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :   MDL No. 2592
                                  :
                                  :   SECTION L
THIS DOCUMENT RELATES TO:         :
THE CASES LISTED BELOW            :
                                  :   JUDGE ELDON E. FALLON
                                  :
                                  :   MAGISTRATE JUDGE NORTH

## ORDER

On January 5, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 8279]. Prior to the Show Cause Hearing held on January 24, 2018, the following Plaintiffs agreed to file stipulations dismissing their cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Alvarado, Emily J. | 2:17-cv-06977 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Emerson, Ethel | 2:17-cv-06416 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Emerson, Ethel | 2:17-cv-06428 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Stone-Addicks, Audrey | 2:17-cv-06509 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 5. | Thomas, Peggy | 2:17-cv-07101 | Pulaski Law Firm, PLLC |

New Orleans, Louisiana, on this 15th day of February, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge