UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William Jeff Welch, Individually and as Representative of the Estate of Martha Sue Hale v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-10818

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8597, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff James Hale, as Administrator of the Estate of Martha Sue Hale, is substituted as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE