UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          )
PRODUCTS LIABILITY LITIGATION          )    MCL No. 2592
                                       )    Civil Action No. 2:17-cv-17736
                                       )    SECTION: L
                                       )    JUDGE ELDON E. FALLON
                                       )    MAG. JUDGE NORTH

_____

**ORDER GRANTING PLAINTIFF, JERRY BARKER JR., PERSONAL**
**REPRESENTATIVE OF THE ESTATE OF JERRY BARKER, SR., MOTION FOR**
**LEAVE TO FILE FIRST AMENDED COMPLAINT**

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file First Amended Complaint and the court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Jerry Barker, Jr., Personal Representative of the Estate of Jerry Barker, Sr., Motion for Leave to File First Amended Complaint as for format and typographical errors, only, be granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to file its First Amended Complaint.

New Orleans, Louisiana this 15th day of February, 2018

_____
United States District Court Judge