**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION L** |
| | : | **JUDGE ELDON E. FALLON** |
| | : | **MAG. JUDGE NORTH** |
| | : | |
| | : | |
| | : | |
| ----------------------------------------------------------- | : | |

**THIS DOCUMENT RELATES TO:**

*Dimitri Cruzoni v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10700 (E.D. La.)
*William Lower v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10504 (E.D. La.)
*Maddie Nelson v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10494 (E.D. La.)
*John Parks v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-09782 (E.D. La.)
*Johanna Astacio v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10700 (E.D. La.)
*Yvonne Cadra, individually, and as a personal representative of the estate of Bryan Cadra v.*
*Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10684 (E.D. La.)
*Kenneth Gura v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10489 (E.D. La.)
*Frances Hill v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10742 (E.D. La.)
*Barbara Ingram v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-09762 (E.D. La.)
*Sheereda Khan v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11301 (E.D. La.)
*Mary Martin v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11182 (E.D. La.)
*Elnora Moultrie, individually, and as personal representative of the estate of Bluette Stokes v.*
*Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11790 (E.D. La.)
*Gary Peglow v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10957 (E.D. La.)

*Verla Pinkerton, individually, and as personal representative of the estate of Harlan Pinkerton v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11328 (E.D. La.)
*Maria Serna v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10938 (E.D. La.)
*Wayne Spaulding v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10949 (E.D. La.)
*Ronald Spiegel v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11310 (E.D. La.)
*Marion Studzinski v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-09797 (E.D. La.)

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional thirty (30) days from the date of the Order is entered in which to effect service on Defendant Bayer Pharma AG through streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.  A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated: February 15, 2018

Respectfully submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

/s/ Robert J. Binstock