# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| ------------------------------------------------------------ | : | |

**THIS DOCUMENT RELATES TO:**

*Dimitri Cruzoni v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-10700 (E.D. La.)
*William Lower v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-10504 (E.D. La.)
*Maddie Nelson v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-10494 (E.D. La.)
*John Parks v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-09782 (E.D. La.)
*Johanna Astacio v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-10700 (E.D. La.)
*Yvonne Cadra, individually, and as a personal representative of the estate of Bryan Cadra v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-10684 (E.D. La.)
*Kenneth Gura v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-10489 (E.D. La.)
*Frances Hill v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-10742 (E.D. La.)
*Barbara Ingram v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-09762 (E.D. La.)
*Sheereda Khan v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-11301 (E.D. La.)
*Mary Martin v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-11182 (E.D. La.)
*Elnora Moultrie, individually, and as personal representative of the estate of Bluette Stokes v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-11790 (E.D. La.)
*Gary Peglow v. Janssen Research & Development LLC, et. al.*,
Civil Action No. 2:17-cv-10957 (E.D. La.)

*Verla Pinkerton, individually, and as personal representative of the estate of Harlan Pinkerton v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11328 (E.D. La.)
*Maria Serna v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10938 (E.D. La.)
*Wayne Spaulding v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10949 (E.D. La.)
*Ronald Spiegel v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11310 (E.D. La.)
*Marion Studzinski v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-09797 (E.D. La.)

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Now come Plaintiffs in the above-listed actions, through undersigned counsel, respectfully move this Court for an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Bayer Pharma AG (the "Defendant") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.  In support of their motion, Plaintiffs state as follows:

The foregoing actions were filed in the consolidated proceeding, *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592.  Counsel properly served all Defendants named in this action, other than Bayer Pharma AG.  Counsel timely served Bayer Pharma AG in Germany but served via certified mail, return receipt requested rather than by registered mail, return receipt requested. *See* Exhibit A—Dates of Filing and Dates of Service.  Reich & Binstock received notice of this error.  However, the emails were inadvertently not forwarded to the attorney working on service of process.  When the attorney was alerted to the issue, service on Bayer Pharma AG was attempted via registered mail, return receipt requested on January 22, 2018 for all Plaintiffs.  However, the complaints were rejected due to service being untimely pursuant to Pre-Trial Order #10, 10A and 10B.

Undersigned counsel regrets its failure to properly oversee and accomplish the

service of the complaint and summons in the above-listed action and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B from henceforth.

The MDL involves thousands of similarly situated Plaintiffs who have filed claims alleging facts, circumstances and theories of recovery virtually identical to the lawsuit filed by the above Plaintiffs. As such, no actual prejudice has or will occur to Defendant by this Court granting the relief sought herein.

Plaintiffs show that, as a matter of law and fact, they were not in "bad faith" in delaying streamlined service of their respective Complaints and Summons. Defendant is fully aware of and is served with hundreds of identical complaints in this matter. Defendant was well aware of Plaintiffs' claims, as Defendant did, in fact, receive the Complaints and Summons, just through certified mail rather than registered mail.

Thus, Plaintiffs respectfully request that this Court grant their motion and allow them an additional thirty (30) days within which to effect service on Defendant through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Dated: February 15, 2018

                Respectfully submitted,

                **REICH & BINSTOCK, LLP**

                By: /s/ Robert J. Binstock
                Robert J. Binstock
                State Bar No. 02328350
                E-mail: bbinstock@reichandbinstock.com
                4265 San Felipe, Suite 1000
                Houston, Texas 77027
                Telephone: (713) 622-7271

Facsimile: (713) 623-8724

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

/s/ Robert J. Binstock