| Plaintiff | Civil Action No. | Date Filed | Date Served |
|---|---|---|---|
| *Barbara Ingram v. Janssen Research & Development LLC, et al.* | 2:17-cv-09762 | 9/28/2017 | 10/2/2017 |
| *John Parks v. Janssen Research & Development LLC, et al.* | 2:17-cv-09782 | 9/28/2017 | 10/2/2017 |
| *Marion Studzinski v. Janssen Research & Development LLC, et al.* | 2:17-cv-09797 | 9/28/2017 | 10/2/2017 |
| *Kenneth Gura v. Janssen Research & Development LLC, et al.* | 2:17-cv-10489 | 10/11/2017 | 10/12/2017 |
| *William Lower v. Janssen Research & Development LLC, et al.* | 2:17-cv-10504 | 10/11/2017 | 10/12/2017 |
| *Madie Nelson v. Janssen Research & Development LLC, et al.* | 2:17-cv-10494 | 10/11/2017 | 10/12/2017 |
| *Yvonne Cadra individually, and as Personal Representative of the Estate of Bryan Cadra v. Janssen Research & Development LLC, et al.* | 2:17-cv-10684 | 10/16/2017 | 10/19/2017 |
| *Johanna Astacio v. Janssen Research & Development LLC, et al.* | 2:17-cv-10700 | 10/17/2017 | 10/19/2017 |
| *Frances Hill v. Janssen Research & Development LLC, et al.* | 2:17-cv-10742 | 10/17/2017 | 10/19/2017 |
| *Mary Martin v. Janssen Research & Development LLC, et al.* | 2:17-cv-10798 | 10/18/2017 | 10/19/2017 |
| *Gary Peglow v. Janssen Research & Development LLC, et al.* | 2:17-cv-10957 | 10/20/2017 | 10/27/2017 |
| *Maria Serna v. Janssen Research & Development LLC, et al.* | 2:17-cv-10938 | 10/20/2017 | 10/27/2017 |
| *Wayne Spaulding v. Janssen Research & Development LLC, et al.* | 2:17-cv-10949 | 10/20/2017 | 10/27/2017 |
| *Dimitri Cruzoni v. Janssen Research & Development LLC, et al.* | 2:17-cv-11182 | 10/25/2017 | 10/27/2017 |
| *Sheereda Khan v. Janssen Research & Development LLC, et al.* | 2:17-cv-11301 | 10/26/2017 | 11/8/2017 |

| | | | |
|---|---|---|---|
| *Verla Pinkerton individually, and as Personal Representative of the Estate of Harlan Pinkerton v. Janssen Research & Development LLC, et al.* | 2:17-cv-11328 | 10/26/2017 | 11/8/2017 |
| *Ronald Spiegel v. Janssen Research & Development LLC, et al.* | 2:17-cv-11310 | 10/26/2017 | 10/27/2017 |
| *Elnora Moultrie individually, and as Personal Representative of the Estate of Bluette Stokes v. Janssen Research & Development LLC, et al.* | 2:17-cv-11790 | 11/3/2017 | 11/8/2017 |