UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

*********************************************** *

**THIS DOCUMENT RELATES TO:**
   *All Cases*

## ORDER

Due to the large number of cases filed in the above captioned MDL over the last three months the Court has developed a filing backlog and has not been able to issue summons documents as quickly as previously possible. Therefore,

**IT IS ORDERED** that, for these backlogged cases, the deadline for service of process shall be extended and plaintiffs shall have sixty (60) days from the date that the Court issues the summons to serve defendants. This issue will be discussed further at the February Monthly Status Conference.

New Orleans, Louisiana this 15th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE