UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Clara P. King as Personal Representative of the Estate of Billy G. King and Clara P. King, individually*, **17-cv-5474**

## ORDER

The deficiencies in the above referenced case have been considered at the January Show Cause Hearing.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to submit plaintiff fact sheet, R. Doc. 7134, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 15th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE