# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |

**********************************************

**THIS DOCUMENT RELATES TO:**
*Ronald R. Perry v. Janssen Research & Development, LLC et al*, **17-cv-4352**

## ORDER

The deficiencies in the above referenced case have been considered at the January Show Cause Hearing.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to satisfy plaintiff fact sheet deficiencies, R. Doc. 7769, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 15th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE