# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2592 |
| | *   SECTION L |
| | * |
| | *   JUDGE ELDON E. FALLON |
| | * |
| | *   MAG. JUDGE NORTH |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO:**
*Kimmy James v. Janssen Research & Development, LLC et al,* **17-cv-6989**

## ORDER

The deficiencies in the above referenced case have been considered at the January Show Cause Hearing.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for extension of time to serve plaintiff fact sheet, R. Doc. 7818, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 15th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE