UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) | : | |
|---|---|---|
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On December 15, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8191]. For the reasons set forth at the Show Cause Hearing held on January 24, 2018, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | BLACK, THERESA L | Salim-Beasley, LLC | 2:17-cv-05212 | Failure to provide any Medical Records demonstrating alleged injury |

|   | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 2. | BLANKENSHIP, SHIRLEY | Salim-Beasley, LLC | 2:17-cv-02468 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 3. | FRANCIS, GARY | Salim-Beasley, LLC | 2:17-cv-05560 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|-------------------|-------------------|-------------------|------------------------|
| 4. | GARIN, RAQUEL | Salim-Beasley, LLC | 2:17-cv-06486 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | GARRETT, EMMA | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|---|---|---|---|
| 6. | HECTOR, MAXINE L | Hilliard Munoz Gonzales LLP | 2:17-cv-05687 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 7. | JAQUILLARD, CHANTELLE | Salim-Beasley, LLC | 2:17-cv-06372 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | KIRKPATRICK, GREGORY | Salim-Beasley, LLC | 2:17-cv-04472 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

4

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 9.  | LESTER, JESSICA | Salim-Beasley, LLC | 2:17-cv-05648 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | NEWTON, JANICE L | Salim-Beasley, LLC | 2:17-cv-06371 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | UPTON, MARY | The Gallagher Law Firm LLP | 2:17-cv-06324 | Medical records provided do not demonstrate alleged injury; Records provided do not show Xarelto use |

5

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 12. | VANVALKENBURG, ALAN | The Driscoll Firm | 2:16-cv-9986 | Records provided do not show Xarelto use; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 13. | VARADY, ELIZABETH | Douglas & London | 2:17-cv-3148 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 15th day of February, 2018.

_Eldon E. Fallon_
Judge Eldon E. Fallon
United States District Court Judge

6