UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br>THE CASES LISTED BELOW | | |

## ORDER

On December 15, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8191]. Prior to the Show Cause Hearing held on January 24, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | BABCOCK, ROBERT G | Salim-Beasley, LLC | 2:17-cv-05205 | Medical records provided do not demonstrate alleged injury |

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|---|---|---|---|
| 2. | CARLTON, ROBERTA | Salim-Beasley, LLC | 2:17-cv-06527 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | CHAMPMAN, KENNETH C | The Potts Law Firm, LLP | 2:17-cv-03008 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | CLEMONS, WILLETTE E | Salim-Beasley, LLC | 2:17-cv-02807 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 5. | COOK, JOSEPHINE | Salim-Beasley, LLC | 2:17-cv-02809 | Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 6. | GRIZZARD, ALAN T | Salim-Beasley, LLC | 2:17-cv-02443 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 7. | HENDERSON, DIANE | Huber, Slack, Thomas & Marcelle, LLP | 2:16-cv-14923 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 8. | JACKSON, MARGARET | The Gallagher Law Firm LLP | 2:17-cv-03838 | Medical records provided do not demonstrate alleged injury |
| 9. | JAIRAM, KOUMANIEWATIED | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:17-cv-03721 | Medical records provided do not demonstrate alleged injury |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 10. | MEHAFFIE, EMILY H | Sangisetty Law Firm | 2:17-cv-01497 | Failure to provide any Medical Records demonstrating alleged injury |
| 11. | MEYER, LOUIS J | The Gallagher Law Firm LLP | 2:17-cv-05423 | Medical records provided do not demonstrate alleged injury |
| 12. | MILLSAP, DEAIRL | Salim-Beasley, LLC | 2:17-cv-05598 | Medical records provided do not demonstrate alleged injury |
| 13. | MITCHUM, DOUGLAS | Kirtland & Packard | 2:17-cv-01095 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 14. | PARMENTER, REBECCA | Lenze Moss, PLC. | 2:16-cv-16154 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 15. | PERRY, RONALD | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4352 | Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 16. | PERRY, RUBY | Lenze Moss, PLC. | 2:16-cv-16703 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 17. | PHILLIPS, RONALD J | Rheingold Giuffra Ruffo & Plotkin LLP | 2:17-cv-01540 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 18. | SANTANA, ROBERT | Salim-Beasley, LLC | 2:17-cv-05238 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | SETTLE, BARBARA M | Monsour Law Firm | 2:17-cv-03836 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 20. | SMITH, ARTHUR M | Fears \| Nachawati | 2:16-cv-12920 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 21. | STEINBRINK, MYRA | Douglas & London | 2:17-cv-07569 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 22. | WARD, BARBARA | The Law Office of L. Paul Mankin | 2:17-cv-04485 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury |
| 23. | WILSON, LOIS | Salim-Beasley, LLC | 2:17-cv-05664 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 24. | YANCEY, DARLA | Salim-Beasley, LLC | 2:17-cv-05500 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 15th day of February, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge