**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

## ORDER

On December 15, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8191]. Prior to the Show Cause Hearing held on January 24, 2018, the following Plaintiffs agreed to file stipulations dismissing their cases with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | BEACHNER, DORA | McSweeney/Langevin LLC | 2:16-cv-09341 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 2. | KOZECAR, ROBERT | Sanders Phillips Grossman, LLC | 2:15-cv-4691 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Records provided do not show Xarelto use; Failure to respond to question in |
| 3. | MCKESSON, LEROY | Beasley Allen | 2:17-cv-02187 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 15th day of February, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge