UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On November 2, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7956]. For the reasons stated on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiffs were given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 8229]. Prior to the Order to Show Cause Hearing held on January 24, 2018, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Covington, Daphne | 2:17-cv-05130 | Slater, Slater Schulman, LLP |
| 2. | McDowell, Silas L. | 2:17-cv-03987 | The Schlemmer Firm, LLC |
| 3. | Torres, Angel | 2:17-cv-02430 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 4. | Wiggins, Edgar William | 2:17-cv-03072 | Pierce Skrabanek Bruera, PLLC |

New Orleans, Louisiana, on this 15th day of February, 2018.

                                                                                _____
                                                                                Judge Eldon E. Fallon
                                                                                United States District Court Judge