UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

### ORDER

On October 11, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7737]. For the reasons stated on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiffs were given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 8232]. For the reasons set forth on the record at the Show Cause Hearing held on January 24, 2018, the following Plaintiffs shall be given until March 20, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Show Cause Hearing to be held on March 20, 2018 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Mcgowan, Veronica | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4769 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

1

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|--------------------|-------------------|-------------------|-------------------------|
| 2. | Powders, Betty     | Bruno & Bruno, LLP | 2:17-cv-03694    | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 15th day of February, 2018.

*Eldon E. Fallon*
Judge Eldon E. Fallon
United States District Court Judge