UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On October 11, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7737]. For the reasons stated on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiffs were given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 8232]. Prior to the Order to Show Cause Hearing held on January 24, 2018, the following Plaintiffs resolved the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Pizzalato, Nicole | The Miller Firm LLC | 2:16-cv-12614 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

1

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|---|---|---|---|
| 2. | Welden, Sandra | Law Office of Christopher K. Johnston, LLC | 2:17-cv-3984 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Response provided does not match Xarelto user identified in complaint |

New Orleans, Louisiana, on this 15th day of February, 2018

_____
Judge Eldon E. Fallon
United States District Court Judge