**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : |
| PRODUCTS LIABILITY LITIGATION | :    **MDL No. 2592** |
| | : |
| | :    **SECTION L** |
| THIS DOCUMENT RELATES TO: | : |
| THE CASES LISTED BELOW | : |
| | :    **JUDGE ELDON E. FALLON** |
| | : |
| | :    **MAGISTRATE JUDGE NORTH** |

**ORDER**

On October 11, 2017, Defendants filed a Motion for Order to Show Cause Regarding

Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7737]. For the reasons stated

on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiffs

were given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion.

[Rec. Doc. 8232]. Prior to the Show Cause Hearing held on January 24, 2018, the following

Plaintiffs agreed to file stipulations dismissing their cases with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Aiman, Carol Patena | Lenze Kamerrer Moss, PLC. | 2:16-cv-16445 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | Allen, Charles W | Johnson Becker | 2:17-cv-00746 | Failure to provide any Medical Records demonstrating alleged injury |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 3. | Simon, Glenda A | Salim-Beasley, LLC | 2:17-cv-04162 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 15th day of February, 2018.

_____

Judge Eldon E. Fallon
United States District Court Judge