UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7563]. For the reasons set forth on the record at the Show Cause Hearing held on September 20, 2017, the following Plaintiff was given until November 30, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7859]. For the reasons set forth on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiff was given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 8238]. For the reasons set forth on the record at the Show Cause Hearing held on January 24, 2018, specifically failure to cure the medical record deficiency within ten (10) days of the Hearing, the following case is dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Green, Sandra | Kelley & Ferraro LLP | 2:16-cv-13541 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

2

New Orleans, Louisiana, on this 15th day of February, 2018.

                                                Judge Eldon E. Fallon
                                                United States District Court Judge