UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION** | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>Thomas I. Beattie, et al. v. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| Case No.: 2:17-cv-05890<br>Plaintiff Thomas I. Beattie | **MOTION TO SUBSTITUTE PARTY PLAINTIFF** |

COMES NOW undersigned counsel on behalf of Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Honorable Court for an order replacing Plaintiff Thomas I. Beattie, as surviving spouse, heir and proposed administrator of the Estate of Shelley S. Beattie, with Christian Hansen, surviving son of Shelley S. Beattie, and in support states as follows:

1. This action was filed on June 16, 2017 by Thomas I. Beattie, as surviving spouse, heir and proposed administrator of the Estate of Shelley S. Beattie.

2. Representative Plaintiff Thomas I. Beattie passed away on January 2, 2016, as reported to the Court in the attached Suggestion of Death (Exhibit 1).

3. Christian Hansen, as putative administrator, surviving son, heir and next of kin of Shelley S. Beattie, is a proper party to substitute for plaintiff-decedent and has proper capacity to proceed forward with the surviving products liability lawsuit.

4.      Counsel for Plaintiff has conferred with counsel for the defendants and there is no objection to the relief requested herein.

WHEREFORE, for the reasons set forth above, Christian Hansen respectfully requests that he be substituted as Plaintiff in this cause of action.

Dated:  February 15, 2018.

Respectfully submitted,

By: /s/ Neil D. Overholtz
Neil D. Overholtz
Florida Bar No.:  0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone:  (850) 202-1010
Fax:  (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 7, 2018.

    Respectfully submitted,

    By: /s/ Neil D. Overholtz
    Neil D. Overholtz
    Florida Bar No.: 0188761
    Aylstock, Witkin, Kreis & Overholtz, PLLC
    17 East Main Street, Suite 200
    Pensacola, FL 32502-5998
    Telephone: (850) 202-1010
    Fax: (850) 916-7449
    Noverholtz@awkolaw.com

    **ATTORNEYS FOR PLAINTIFFS**