UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Thomas I. Beattie, et al. v. Janssen Research & Development, LLC, et al.*; Case No.: 2:17-cv-05890 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Christian Hansen, son of Shelley S. Beattie, is substituted for Plaintiff Thomas I. Beattie as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE