UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*EGYPT WESLEY, INDIVIDUALLY AND AS SURVIVING SPOUSE ON BEHALF OF THE ESTATE OF EDDIE WESLEY, DECEASED v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:17-cv-07141*

## ORDER

This matter came before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Motion for Voluntary Dismissal Without Prejudice is hereby DENIED, and the case is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs.

New Orleans, Louisiana this 16th day of February, 2018

ELDON E. FALLON
United States District Judge