## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON ATTACHED EXHIBIT LIST | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER TO SHOW CAUSE
## REGARDING PLAINTIFFS WITH ALLEGED
## CORE PLAINTIFF FACT SHEET DEFICIENCIES

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. The same plaintiffs have failed to provide one or more of the following: (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration and, thus, have failed to provide the documentation required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet.

The most basic elements of any products liability case include the proof of use of the product that allegedly caused the plaintiff's alleged injury, as well as the damage allegedly caused by the use of the product. For example, under the Louisiana Products Liability Act, a plaintiff must establish: "(1) that the defendant is a manufacturer of the product; (2) that the [plaintiff's] damage was proximately caused by a characteristic of the product; (3) that this characteristic made the product 'unreasonably dangerous'; and (4) that the [plaintiff's] damage arose from a reasonably anticipated use of the product by the [plaintiff] or someone else." *Stahl v. Novartis Pharm. Corp.*, 283 F.3d 254, 260-61 (5th Cir. 2002) (quoting La. Rev. Stat. Ann. § 9:2800.54(A)). Without proof

that plaintiff used the product that allegedly caused his or her injury—as well as proof of the alleged injury itself—plaintiff certainly cannot show that any damage was proximately caused by a characteristic of the product and that this damage arose from a reasonably anticipated use of the product. And verification of the information contained in and documents attached to the Plaintiff Fact Sheet is required for plaintiff to proceed with his or her claim. Therefore, any plaintiff who fails to provide (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration cannot maintain a products liability action against the defendants in this case.

Plaintiffs on the attached Exhibit A have failed to provide at least one of the foregoing items as required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet.  Plaintiffs shall be ordered to show cause on March 20, 2018, before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 10:00 am on March 20, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this 16th day of _____February_____ 2018.

_____

United States District Judge

2

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ABDUR RASHEED, SHRIFF | The Mulligan Law Firm | 2:16-cv-1930 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 2. | ACHZIGER, LILA | Beasley Allen | 2:15-cv-01537 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 3. | ADAMS, RICHARD | The Potts Law Firm, LLP | 2:17-cv-08209 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | ALESIA, MICHAEL J. | Avram Blair & Associates, P.C. | 2:17-cv-04970 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheets**

|    | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|----|----------------|---------------|---------------|---------------------|
| 5. | ALLEN, BILLY BOB | Salim-Beasley, LLC | 2:17-cv-07593 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | ALLEN, SHIRLEY | SWMW Law | 2:17-cv-5800 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | ALLOGGIA, GLORIA | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11280 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

2

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
| 8. | BAKER, MARY | The Driscoll Firm | 2:16-cv-8662 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 9. | BALDWIN, EVA | Lenze Moss, PLC. | 2:16-cv-17868 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 10. | BARTHOLOMEW, JOHN | Salim-Beasley, LLC | 2:17-cv-07608 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 11. | BERRYHUFFMAN, RENEE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv- | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 12. | BINION, SANDY | Law Offices of Dean Lloyd | 2:17-cv-02065 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

4

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 13. | BLAXTON, THOMAS | Douglas & London | 2:17-cv-07569 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 14. | BOGGS, IRA | The Mulligan Law Firm | 2:16-cv-13008 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 15. | BOLLARD, JAY | Brady Law Group | 2:15-cv-03920 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 16. | BOUDREAUX, CONCHETTA | The Mulligan Law Firm | 2:15-cv-02937 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 17. | BOYD, LANCE | Salim-Beasley, LLC | 2:17-cv-08409 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 18. | BRADEN, ELMER | The Mulligan Law Firm | 2:15-cv-02939 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 19. | BRADLEY, LARRY L | Fayard Law Firm | 15-cv-00275 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

6

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
| 20. | BROADS, MARSHA | The Mulligan Law Firm | 2:16-cv-13016 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 21. | BROWN, JOHN | The Driscoll Firm | 2:16-cv-13851 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 22. | BROWNING, MATTHEW | Salim-Beasley, LLC | 2:17-cv-06476 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 23. | BUFFA, CHARLES | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 24. | BURLISON, DONZIL | The Mulligan Law Firm | 2:15-cv-02940 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 25. | BURNER, GAIL | The Gallagher Law Firm LLP | 2:16-cv-13445 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 26. | BURNETTE, ELLEN | The Driscoll Firm | 2:16-cv-9411 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 27. | BURROUGHS, DOROTHY | The Mulligan Law Firm | 2:15-cv-02942 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 28. | BUTLER, VERNICE | Slater Slater Schulman LLP | 2:16-cv-03903 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 29. | CARDENAS, MARIA | Salim-Beasley, LLC | 2:17-cv-05589 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 30. | CARR, RONALD W | Salim-Beasley, LLC | 2:17-cv-06093 | Prescription Records-Records provided do not show Xarelto use |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 31. | CENTNER, EVI R | Beasley Allen | 2:17-cv-05092 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 32. | CIMBER, HUGO | Cochran Legal Group | 2:16-cv-15070 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | COEY, MARION D | Salim-Beasley, LLC | 2:16-cv-15235 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 34. | CORREA, PEDRO | The Driscoll Firm | 2:16-cv-12256 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 35. | COYLE, DIANA | The Mulligan Law Firm | 2:15-cv-02949 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 36. | CRAIG, SYLVIA S | The Mulligan Law Firm | 2:15-cv-00222 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 37. | CRANE, MARILYN | Kelley & Ferraro LLP | 2:16-cv-13503 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 38. | CRAVER, ROBERT | The Mulligan Law Firm | 2:16-cv-09932 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 39. | CURLESS, CASSANDRA | Slater Slater Schulman LLP | 06692 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 40. | DANFORTH, SHIRLEY | The Law Office of Derriel C. McCorvey, LLC | 14-cv-1319-DRH | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

11

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 41. | DANIELSON, ELIZABETH | The Mulligan Law Firm | 2:15-cv-01523 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 42. | DAVIDSON, GEORGE | The Mulligan Law Firm | 2:16-cv-13035 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 43. | DAVIS, JOHN | Salim-Beasley, LLC | 2:17-cv-07619 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 44. | DAVIS, MARILYN | Salim-Beasley, LLC | 2:17-cv-07365 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 45. | DAVIS, MARVIN | Salim-Beasley, LLC | 2:17-cv-08412 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 46. | DEVILLIER, LENNY | Salim-Beasley, LLC | 2:17-cv-05495 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 47. | DIXON, WILLIAM E | Andrus Wagstaff | 2:17-cv-05113 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 48. | DOWNING, JAMES | The Mulligan Law Firm | 2:16-cv-13036 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

14

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 49. | DUFFY, MICHAEL G | Morris Law Firm | 2:16-cv-06618 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 50. | DUPREE, DEWEY B | The Mulligan Law Firm | 2:15-cv-02956 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 51. | DUPREE, JOHN M | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-06529 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 52. | DURHAM, PHILLIP | The Schlemmer Firm, LLC | 2:15-cv-4133 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 53. | EDWARDS, DANIEL | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11715 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 54. | ELLIOTT, NORMA | Salim-Beasley, LLC | 2:17-cv-07617 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 55. | ELLIS, RICHARD | Cochran Legal Group | 2:16-cv-15093 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 56. | EMBERTON, WENDELL | Sarangi Law, LLC | 2:15-cv-6213 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

17

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 57. | ENCARNACION, EUGENIO | Salim-Beasley, LLC | 2:17-cv-05224 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 58. | ENLOE, RUTH M | Grant & Eisenhofer | 2:17-cv-1691 | Prescription Records-Records provided do not show Xarelto use |
| 59. | ERNST, DAVID | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-06529 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 60. | FARRIS, MARK | Johnson Becker | 2:15-cv-01544 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 61. | FEIST, JOSEF | The Mulligan Law Firm | 2:15-cv-02951 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 62. | FRANCIS, QUINCY L | The Mulligan Law Firm | 2:16-cv-02153 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 63. | GATES, JEFFREY | The Driscoll Firm | 2:16-cv-11180 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 64. | GAYTON, SARAH | Salim-Beasley, LLC | 2:17-cv-06487 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 65. | GIBSON, LARRY | Rosenberg & Gluck, LLP | 2:16-cv-09858 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
| 66. | GODBEE, SHERRY | Sanders Law | 2:15-cv-05097 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 67. | GORDON, PATRICIA | The Mulligan Law Firm | 2:16-cv-12974 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 68. | GREEN, WILLIAM | Slater Slater Schulman LLP | 2:16-cv-10668 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 69. | HAIRL, GAYE | Slater Slater Schulman LLP | 2:16-cv-17845 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 70. | HALINSKI, ANTHONY | Salim-Beasley, LLC | | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
| 71. | HAMILTON, JOHNNIE L | Stewart & Stewart Attys | 2:16-cv-06926 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 72. | HARMON, MICHAEL | Salim-Beasley, LLC | 2:17-cv-07621 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 73. | HARRALSON, KEITH | Lenze Moss, PLC. | 2:17-cv--0484 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 74. | HEBERT, JANET F | The Mulligan Law Firm | 2:15-cv-02991 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 75. | HILL, AVIANCE | Salim-Beasley, LLC | 2:17-cv-08415 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 76. | HOBBS, ANNA | The Driscoll Firm | 2:16-cv-11251 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 77. | HOBS, BRENDA | The Driscoll Firm | 2:16-cv-8751 | Prescription Records-Records provided do not show Xarelto use |
| 78. | HOWARD, OLIN | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4209 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 79. | IN RE MORALES, JORGE | Scott, Vicknair, Hair & Checki, LLC | | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 80. | JACOBSEN, DORIS | The Mulligan Law Firm | 2:15-cv-02993 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 81. | JENSEN, WILLIAM A | The Mulligan Law Firm | 2:16-cv-12805 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

25

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 82. | JETER, MELVIN | The Driscoll Firm | 2:16-cv-13851 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 83. | JOHNSON, CHARLES B | Law Offices of Andre' P. LaPlace | 2:16-cv-8939 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 84. | JOHNSON, LEONA | Flint Law Firm, LLC | 2:16-cv-15699 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 85. | JOHNSON, TIMOTHY | The Mulligan Law Firm | 2:15-cv-02997 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 86. | JONES, GEORGE R | The Mulligan Law Firm | 2:16-cv-13232 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 87. | JONES, ROGER D | Motley Rice, LLC | 2:17-cv-2460 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 88. | KARGES, KATHLEEN | Salim-Beasley, LLC | 2:17-cv-05642 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 89. | KENNEDY, MAURICE | Grant & Eisenhofer | 2:17-cv-00361 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 90. | KEPPELER, FRANK | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-01551 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

29

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 91. | KILLIAN, JOE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11735 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 92. | KOTCHEN, HELEN | The Simon Law Firm | 2:16-cv-15774 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 93. | LANE, DORIELLE | The Driscoll Firm | 2:16-cv-9506 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 94. | LAVAND, KENNETH | Law Offices of Charles H. Johnson, P.A. | 2:16-cv-13695 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 95. | LEE, LAWANA ROSE | Lenze Moss, PLC. | 2:16-cv-06591 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 96. | LIMERICK, RANDOLPH | The Mulligan Law Firm | 2:16-cv-11713 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 97. | LINDHORST, LARRY | The Driscoll Firm | 2:16-cv-11334 | Prescription Records-Records provided do not show Xarelto use |
| 98. | LONG, CASEY | Salim-Beasley, LLC | 2:17-cv-06520 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 99. | LONGARDNER, JAMES | The Gallagher Law Firm LLP | 2:16-cv-14955 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 100. | LONGARDNER, JAMES | The Driscoll Firm | 2:16-cv-9509 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 101. | LONGMAN, TERRI | Beasley Allen | 2:16-cv-13335 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 102. | LOTT, LEWIS | The Gallagher Law Firm LLP | 2:16-cv-14680 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 103. | LUNA, JANICE | Dixon Davis, LLC | 2:17-cv-02611 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 104. | MACK, JOHNORA | The Driscoll Firm | 2:16-cv-8780 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 105. | MARFIELD, GLADYS | The Mulligan Law Firm | 2:16-cv-12702 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

35

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 106. | MARTIN, DONALD | Salim-Beasley, LLC | 2:17-cv-05596 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 107. | MATRAN, JANELLE | Slater Slater Schulman LLP | 2:16-cv-1720 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 108. | MAXWELL, JEREMY | Johnson Becker | 2:16-cv-13368 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 109. | MAYFIELD, TRACEY | The Gallagher Law Firm LLP | 2:17-cv-08258 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 110. | MAYO, ALTON | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11709 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 111. | MCAFEE, MARY | Kelley & Ferraro LLP | 2:16-cv-13714 | Prescription Records-Records provided do not show Xarelto use |

38

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheets**

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 112. | MCCOY, GENEVA | Salim-Beasley, LLC | 2:17-cv-07599 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 113. | MCKAY, ROBERT | Beasley Allen | 2:16-cv-10884 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 114. | MCKISSICK, NAOMI | Salim-Beasley, LLC | 2:17-cv-07410 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 115. | MCKNIGHT, KATHERINE | Salim-Beasley, LLC | 2:17-cv-05477 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

40

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 116. | MILLER, DENNIS | Salim-Beasley, LLC | 2:17-cv-07614 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 117. | MITCHELL, THOMAS | Kelley & Ferraro LLP | 2:16-cv-13738 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 118. | MOORE, JAMES | Salim-Beasley, LLC | 2:17-cv-07418 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 119. | MOORE, PRESTON | Slater Slater Schulman LLP |  | Medical Records-Medical records provided do not demonstrate alleged injury; Prescription Records-Records provided do not show Xarelto use |
| 120. | MOTT, LACREITA | The Gallagher Law Firm LLP | 2:17-cv-06955 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 121. | MUNOZ, MARIA | Lenze Moss, PLC. | 2:17-cv-01887 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 122. | NORTH, AMY | Childers, Schlueter & Smith LLC | 2:16-cv-07855 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 123. | PAHLS, JAMES L | The Mulligan Law Firm | 2:15-cv-03010 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 124. | PALAZZOLO, JEROME J | The Mulligan Law Firm | 2:15-cv-03011 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 125. | PALMER, CLARENCE | The Mulligan Law Firm | 2:16-cv-02167 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 126. | PARKINS, WILLIAM | The Michael Brady Lynch Law Firm | 2:17-cv-05574 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 127. | PARRIS, PHILLIP | Nemeroff Law Firm | 2:16-cv-12856 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 128. | PLOWMAN, CHARLES B | The Mulligan Law Firm | 2:15-cv-03013 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 129. | PORTER, MARVIN L | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11731 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 130. | POWELL, ADARRYL | Lenze Moss, PLC. | 2:16-cv-17616 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 131. | PRICE, GEORGE | The Driscoll Firm | 2:16-cv-11376 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 132. | PUPS, RICHARD | Ferrer, Poirot & Wansbrough | 2:16-cv-10592 | Prescription Records-Records provided do not show Xarelto use |

46

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|      | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|------|----------------|---------------|---------------|---------------------|
| 133. | REYNOLDS, JANICE | Salim-Beasley, LLC | 2:17-cv-07505 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 134. | RICHARDS, WYNN | Salim-Beasley, LLC | 2:17-cv-05235 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 135. | RIVAS, MARY E | Beasley Allen | 2:16-cv-17025 | Prescription Records-Records provided do not show Xarelto use |

47

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 136. | ROBINSON, LONAL | Kelley & Ferraro LLP | 2:16-cv-14422 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 137. | ROBINSON, PAUL | Andrus Wagstaff | 2:17-cv-08279 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 138. | ROYER, DONALD | The Simon Law Firm | 2:17-cv-916 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 139. | SANDUSKY, WILLIAM | Grant & Eisenhofer | 3:14-cv-01271-DRH | Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 140. | SCHIESSL, LUDWIG W | The Mulligan Law Firm | 2:16-cv-02174 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 141. | SCHILLER, WALTER O | Beasley Allen | 2:16-cv-17927 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 142. | SCHWARTZ, JEAN | The Driscoll Firm | 2:16-cv-12004 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 143. | SCOTT, JACQUELINE | Avram Blair & Associates, P.C. | 2:17-cv-2085 | Prescription Records-Failure to provide proof that user received samples; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 144. | SCOTT, MARLO | Salim-Beasley, LLC | 2:17-cv-05445 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 145. | SHEARIN, JOSEPH H | Law Offices of Andre' P. LaPlace | 2:16-cv-8919 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 146. | SHEFFIELD, LISA | Kelley & Ferraro LLP | 2:16-cv-14427 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 147. | SHEPPARD, BETTIE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12333 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 148. | SHOEHIGH, JOAN | The Mulligan Law Firm | 2:16-cv-12830 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

52

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 149. | SHRUM, ELIZABETH | Salim-Beasley, LLC | 2:17-cv-07582 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 150. | SINGH, SHANKER | Salim-Beasley, LLC | 2:17-cv-05243 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 151. | SMITH, DON | The Driscoll Firm | 2:16-cv-12202 | Medical Records-Medical records provided do not demonstrate alleged injury |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 152. | SOUTHWICK, CHARLES | The Mulligan Law Firm | 2:16-cv-04196 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 153. | STANCEL, ANNIE | Salim-Beasley, LLC | 2:17-cv-05444 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 154. | STANDOAK, ERIC | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4545 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

54

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 155. | STAUDINGER, HELEN | Douglas & London | 2:17-cv-0756 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 156. | STEWART, LARRY | Douglas & London | 2:17-cv-8197 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 157. | STEWART, ROSSARIO | The Gallagher Law Firm LLP | 2:17-cv-07134 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 158. | STOKES, JOEY | The Driscoll Firm | 2:16-cv-12217 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 159. | STUCKEY, BYRON | The Driscoll Firm | 2:16-cv-11472 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |
| 160. | SWANSON, DONYA | Salim-Beasley, LLC | 2:17-cv-08430 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 161. | TAYLOR, CLEO | The Driscoll Firm | 2:16-cv-9024 | Prescription Records-Records provided do not show Xarelto use |
| 162. | THOMAS, MILTON | Onder, Shelton, O'Leary & Peterson, LLC | 2:17-cv-06121 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 163. | THOMPSON, MARY S | The Mulligan Law Firm | 2:16-cv-02704 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 164. | TIBBS, BETTY | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 165. | TORRES, TONY | Salim-Beasley, LLC | 2:17-cv-06778 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 166. | TREVINO, TIMOTHY | The Gallagher Law Firm LLP | 2:17-cv-06321 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 167. | TRUITT, MARILYN | The Gallagher Law Firm LLP | 2:16-cv-14971 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 168. | TUNNELL, BILLIE J | The Mulligan Law Firm | 2:16-cv-02180 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 169. | TYE, ANDREW | Salim-Beasley, LLC | 2:17-cv-05443 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 170. | VERNON, COWLEY | Jones Ward PLC | 2:16-cv-3778 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

59

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 171. | WALKER, BETTY | The Driscoll Firm | 2:16-cv-11484 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 172. | WALKER, RANDA | Johnson Law Group | 2:17-cv-5271 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 173. | WALLACE, VENIRA | Kelley & Ferraro LLP | 2:16-cv-14478 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 174. | WARR, EVELYN | Andrus Wagstaff | 2:17-cv-08739 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 175. | WARREN, JERRY | Lenze Moss, PLC. | 2:16-cv-13879 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 176. | WELCH, DEXTER | Kelley & Ferraro LLP | 2:16-cv-14487 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 177. | WELLS, MARION F | Huber, Slack, Thomas & Marcelle, LLP | 2:16-cv-14761 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 178. | WHITESIDE, JAMES | The Gallagher Law Firm LLP | 2:16-cv-10196 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 179. | WILLIAMS, CLAUDETTE | The Mulligan Law Firm | 2:16-cv-02617 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 180. | WILLIAMS, JEANETTE | TorHoerman Law LLC | 2:17-cv-2405 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 181. | WILLIAMS, RONALD | Salim-Beasley, LLC | 2:17-cv-07381 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

Exhibit A
<u>Alleged Core Deficient Plaintiff Fact Sheets</u>

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 182. | WILSON, DEVRAN | Salim-Beasley, LLC | 2:17-cv-07424 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 183. | WINGARD, RICHARD | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12341 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 184. | WISBAUER, CHARLES | Carey Danis & Lowe | 2:17-cv-5802 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

65

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheets**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 185. | WOLGAST, CAROLINE | The Mulligan Law Firm | 2:15-cv-03747 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 186. | WRIGHT, SHARON | Law Offices of Charles H. Johnson, P.A. | 2:16-cv-17962 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 187. | ZIRLOTT, LENORA | The Gallagher Law Firm LLP | 2:17-cv-03775 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 188. | ZUPANCIC, MARGARET | The Driscoll Firm | 2:16-cv-11500 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury |