# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Trashanta A. Gordon o/b/o Her deceased mother, Rosetta Gordon v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:17-cv-9287

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8621, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Trashanta A. Gordon, on behalf of her deceased mother, Rosetta Gordon, is substituted for Plaintiff Rosetta Gordon as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE