PLAINTIFFS' EXHIBIT
94d
5503973

# Triage Summary Sheet

## Triage

| | | | |
|---|---|---|---|
| Report Type | Spontaneous | Seriousness | Serious |
| Fatal | No | Life Threatening | No |
| Company Causality | | Priority | 2 |
| Regulatory Relevant | Yes | Protocol Related | |
| Invalid Case | | | |
| Triage Assessment | D04 2012-12-08 D Baranek 05-DEC-2012 *Life threatening NDA 202-439 | | |
| Classification Comment | Duplicate search completed. Potential follow up to AER#20121102792/LRN0336617. P.Mohan 05-Dec-2012 | | |
| Upgrade Downgrade reason | | | |
| Upgrade Downgrade comment | | | |

## PVP Assessment

| | | | |
|---|---|---|---|
| Seriousness | | Company Causality | |
| Send to QA? | | | |
| PvP Notes | | | |

## Disposition

| | | | |
|---|---|---|---|
| SCEPTRE Action | Create New SCEPTRE version/Follow Up | SCEPTRE AER | 20121102792 |

LRN Number: LRN0336617

5503973

Case 2:14-md-02592-EEF-MBN   Document 8674-16   Filed 02/16/18   Page 2 of 8

Message Subject : Emailing: Xarelto 20121102792.pdf
Received Time : Tue Dec 04 11:26:55 EST 2012
Sender Address : JWashbur@its.jnj.com

No. of Attachments : 1
Xarelto 20121102792.pdf

Message content follows :

The message is ready to be sent with the following file or link attachments:
Xarelto 20121102792.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

# Xarelto® (rivaroxaban)
# Follow-up Questionnaire for Bleeding

**Manufacturer AER#:** 20121102792    **Date of Report** 11/05/2012 [mm/dd/yyyy]

**Person providing this information:**
Name: Redacted - Confidential, Pharm D
Address: Redacted - Confidential
City: Peoria  State: IL  Zip/Postal Code: 61637
Country: USA  Telephone: Redacted - Confidential → Pharmacist
☐ Physician  ☒ Other health care professional (specify)  ☐ Other (please explain)
Signature: Redacted - Confidential Pharm D    Date: 11/17/2012 [mm/dd/yyyy]

For reports originating from the United States: The Health Insurance Portability and Accountability Act (HIPAA) specifically permits covered entities (such as pharmacists, physicians or hospitals) to report adverse events and other information related to the quality, effectiveness and safety of FDA regulated products both to the manufacturers and directly to the FDA.

## 1. Patient Demographics

Patient initials or other identifier that allows for follow-up if needed. Do not use name or social security number:

DOB: Redacted - Confidential /1927 [mm/dd/yyyy]   Gender: ☐ M ☒ F   Patient's country of origin:

Race: ☒ White  ☐ Black or African American  ☐ Asian  ☐ American Indian or Alaskan Native  ☐ Other Specify:
Ethnicity: ☐ Hispanic or Latino  ☐ Not Hispanic or Latino

## 2. Xarelto® Details

Indication for use: ☐ DVT prevention in hip replacement   ☐ DVT prevention in knee replacement
☒ Stroke prevention in atrial fibrillation   ☐ Other (be specific)

Lot#         Expiry date:

Dose at time of event: 20 mg  1 times daily   Patient weight: 155 lbs or 70.7 kg

First dose of rivaroxaban:    /    /   [mm/dd/yyyy] Time     AM/PM (hr/min)
Last dose of rivaroxaban prior to bleeding event:    /    /   [mm/dd/yyyy] Time     AM/PM (hr/min)
Unknown, A on prior to Admission
Recent dose change? (Elaborate on timing/amount of dose change):

Was the patient switched from or to another anticoagulant therapy? ☐ Yes ☒ No
If yes, name and dose (e.g. warfarin 5 mg po daily):
For warfarin please indicate INR @ time of switch:
If yes, when (e.g. warfarin start date and stop date ): Include time

Janssen R & D, LLC
Global Medical Safety

DEC 0 4 2012

Horsham, PA USA

**Manufacturer AER#:** 20121102792

3. **Bleeding Event Details**

Bleeding event (Final diagnosis, report symptoms only if diagnosis not available): *hemorrhagic stroke* (R) *Parietal intra-axial hematoma*

Date and time of onset of bleeding event: 7/9/2012

Time from first dose of Xarelto® until the onset of bleeding:

Was this the surgical site? ☐ Yes ☐ No   Date of surgery:   Duration of Surgery: *Baseline Hgb unknown*

Was the bleeding event associated with a decrease in hemoglobin of 2g/dl or more? ☐ Yes ☐ No

Was the patient on an antiplatelet drug at the time of the bleeding event? ☒ Yes ☐ No

Please specify and indicate dose:   ☒ aspirin Dose: 81 mg   ☐ clopidogrel Dose:
☐ cilostazol Dose:   ☐ dipyridamole Dose:
☐ other Dose:

Was the patient using NSAIDs? ☐ Yes ☒ No  If yes please specify and provide dose:

Brief description of the course of events: *Sudden onset of (L) side weakness, seen at outside hospital & transferred to OSF where found to have focal seizure in (L) Arm. Pt fell due to weakness 2x2x2 large left*

4. **Diagnostic Evaluations** *Please note date performed and results, Use additional page if necessary.* *on (R) motor strip*

☐ Magnetic Resonance Imaging (MRI)
☐ Magnetic Resonance Angiography (MRA)
☒ Computerized Tomography (CT) — *See Attached*
☐ Computerized Tomography Angiography (CTA)
☐ Other

5. **Laboratory Data** *Use additional page if necessary.* *See Attached*

| Lab Test | Units | Normal Range | Baseline (mm/dd/yyyy) | Date (mm/dd/yyyy) | Date (mm/dd/yyyy) | Date (mm/dd/yyyy) | Current (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| Creatinine | | | | | | | |
| Hemoglobin | | | | | | | |
| Hematocrit | | | | | | | |
| Platelets | | | | | | | |
| PT | | | | | | | |
| PTT | | | | | | | |
| INR | | | | | | | |

Other relevant laboratory results:

Janssen R & D, LLC
Global Medical Safety
DEC 0 4 2012
Horsham, PA USA

**Manufacturer AER#:** 20121102792

6. **Treatment** *Use additional page if necessary.*

*Describe patient treatment regimen. Specify the type and amount of any transfusions or other supportive or corrective actions for the bleeding. Include dates of treatment, response to treatment.*

☐ Required procoagulants (If yes please specify including dose):
    ☐ Fresh frozen plasma (FFP)
    ☐ Prothrombin complex concentrate (PCC)
    ☒ Activated prothrombin complex concentrate (APCC) Feiba 7,028 Units
    ☐ Recombinant factor VIIa (rFVIIa)
    ☐ Other (Specify)

1

☐ Required surgical intervention/re-operation
☐ Required an infusion of 2 or more units of blood. How many units?
☒ Treatment with Xarelto® was discontinued due to the event.
☐ Treatment with Xarelto® was restarted after the event. Did bleeding reoccur? ☐ Yes ☐ No Describe
☐ The patient was treated in an emergency department and discharged. Date:
☒ The patient was hospitalized due to event. Dates: 7/9 - 7/11

7. **Outcome**

☐ Recovered/resolved   Date recovered:
☐ Recovering/resolving
☐ Recovered/resolved with sequelae (If sequelae, please describe):
☐ Not recovered/not resolved (i.e. ongoing)
☐ Fatal (Cause of death):
☐ Unknown

Did the patient experience permanent disability? ☐ Yes   ☐ No  If yes please describe:

8. **Concomitant Medications** – *Use additional page if necessary.*
*(Include any drugs affecting coagulation not reported in Question 3; e.g. heparin, warfarin, over-the-counter medications such as vitamins and herbal substances such as alfalfa, chinchona bark, clove oil, ginkgo biloba, garlic, ginger, ginseng and feverfew.)*

| Medication | Dose/route of administration | Start Date/Stop Date(mm/dd/yyyy) |
|---|---|---|
| Citalopram | 20 mg PO | |
| Nexium | 40 mg PO | |
| Furosemide | 40 mg | |
| Lisinopril | 20 mg | |
| Niacin | 20 mg | |

9. **Medical History and Concurrent Conditions**
Does the patient have any history of previous bleeding? *(e.g. gastrointestinal bleeding)* Does the patient have any known risk factors for bleeding? *(e.g. coagulopathy or history of bleeding disorder such as von Willebrand disease, hemophilia A or B, etc.)*

Any history of? *(Check all that apply, describe positive responses below)*
☐ Autoimmune disorders    ☐ Diabetes Mellitus    ☐ Gastrointestinal tract bleeding
☐ Hypertension    ☐ Malignancy    ☐ Obesity
☐ Peptic ulcer disease    ☐ Recent myocardial infarction    ☐ Recent trauma
☐ Renal impairment    ☐ Severe anemia    ☐ Stroke
☐ Tobacco use    ☐ Alcohol use    ☐ Drug allergies
☐ Family history of bleeding problems

Janssen R & D, LLC
Global Medical Safety

10. **Notes**

DEC 0 4 2012

5503973

| 1 | | 2<br>7/10/2012<br>0108 | 7/9/2012<br>2101 |
|---|---|---|---|
| **HEMO** | | | |
| WBC | Latest Range: 4.0-12.0 THOUS/UL | *8.3* | *9.1* |
| RBC | Latest Range: 3.80-5.30 MILLION/UL | *3.74* ↓ | *3.90* |
| HEMOGLOBIN (HGB) | Latest Range: 12.0-15.8 G/DL | *10.9* ↓ | *11.3* ↓ |
| HEMATOCRIT (HCT) | Latest Range: 36.0-47.0 % | *34.0* ↓ | *34.8* ↓ |
| MCV | Latest Range: 82.0-96.0 FL | *90.9* | *89.2* |
| MCH | Latest Range: 26.0-34.0 PG | *29.1* | *29.0* |
| MCHC | Latest Range: 31.0-36.0 G/DL | *32.1* | *32.5* |
| PLATELET COUNT | Latest Range: 140-440 THOUS/UL | *174* | *174* |
| RDW | Latest Range: 11.8-15.5 % | *13.8* | *13.9* |
| MPV | Latest Range: 9.7-12.4 FL | *10.3* | *10.2* |
| DIFFERENTIAL TYPE | No range found | *AUTOMATED* | *AUTOMATED* |
| NEUTROPHILS | Latest Range: 47-73 % | *65* | *67* |
| LYMPHOCYTES | Latest Range: 18-42 % | *22* | *22* |
| EOSINOPHILS | Latest Range: 0-5 % | *2* | *1* |
| MONOCYTES | Latest Range: 4-12 % | *10* | *9* |
| BASOPHILS | Latest Range: 0-1 % | *1* | *1* |
| ABSOLUTE NEUTROPHILS | Latest Range: 1.60-7.70 THOUS/UL | *5.42* | *6.13* |
| ABSOLUTE LYMPHOCYTES | Latest Range: 1.30-3.20 THOUS/UL | *1.86* | *2.03* |
| ABSOLUTE MONOCYTES | Latest Range: 0.20-1.00 THOUS/UL | *0.83* | *0.78* |
| ABSOLUTE EOSINOPHILS | Latest Range: 0.00-0.40 THOUS/UL | *0.17* | *0.12* |
| ABSOLUTE BASOPHILS | Latest Range: 0.00-0.10 THOUS/UL | *0.04* | *0.07* |
| **COAGULATION-** | | | |
| PROTIME-PATIENT | Latest Range: 11.6-14.8 SEC | *13.0* | *24.1* ↑ |
| INR | Latest Range: 0.9-1.2 | *1.0 \** | *2.2 \** ↑ |
| PTT | Latest Range: 24-36 SEC | *33 \** | *37 \** ↑ |
| FIBRINOGEN, QUANTI... | Latest Range: 185-475 M[INR] | *258* | *270* |

Janssen R & D, LLC
Global Medical Safety

DEC 04 2012

Horsham, PA USA

EXAMINATION: Noncontrast CT scan of the brain.

COMPARISON STUDIES: None provided.

CLINICAL HISTORY: Provided: This is an 84-year-old right-handed female with atrial fibrillation on Rivaroxaban developed acute onset of weakness in the left upper extremity followed by left lower extremity on 09 July 2012. Paresthesias left upper extremity. Patient noted progressive symptoms and fell down; ground-level fall. Patient initially evaluated at an outside institution, transferred to OSF for further evaluation with an acute intracranial hemorrhage of the right posterior frontal parietal convexity. Patient has a history of atrial fibrillation, rheumatic fever, hypertension, depression, hyperlipidemia, cataract surgery, nonsmoker. Patient is 5 foot 1 inch in height and weighs 155 pounds. BMI of 29.5. On physical exam she has 4/5 left upper extremity motor, 05 with left lower extremity motor. Loss of sensation of the left upper extremity.

FINDINGS: Noncontrast CT scan of the brain is performed at 2.5 and 5 mm contiguous axial scans base to vertex; bone windows are provided. There are no previous outside CTs for comparison at this time. This demonstrates an acute hemorrhage of a lobar white matter of the right posterior frontal parietal convexity measuring 25 mm in the coronal plane, 17 mm in the AP plane, 25 mm in superior to inferior extent. This is at the level of the pre- and postcentral gyri within the subcortical white matter. Source of the hemorrhage remains unknown by CT criteria. Differential includes coagulopathy, vasculopathy, posttraumatic, postinflammatory, infectious underlying vascular malformation, hemorrhagic tumor. Follow-up is recommended. The ventricles normal size, configuration and location. Thalmus, pons, tegmentum and cerebellum are otherwise normal. There is dense mural calcification paraclinoid internal and carotid vertebrobasilar arteries consistent with intracranial atherosclerotic disease. No evidence of any gross lytic or blastic lesion. No evidence of any occult fracture deformities. The mastoid air cells are free of any inflammatory debris or fluid. Paranasal sinuses without any acute air-fluid levels. There is mild bitemporal atrophy with prominence of the sylvian fissures of unknown clinical significance.

**Result Impression**

Janssen R & D, LLC
Global Medical Safety
DEC 0 4 2012
Horsham, PA USA

IMPRESSION:

1. 2.5 cm acute intra-axial hematoma involving the right posterior frontal parietal convexity extending from subcortical white matter into the lobar white matter. Etiology remains unknown by CT criteria. See discussion above.

2. Bitemporal cerebral atrophy with diffuse cerebral and cerebellar atrophy.

3. Intracranial atherosclerotic disease.

4. Mild subcortical deep white matter and periventricular leukoaraiosis on the basis of chronic small vessel ischemic change.

Janssen R & D, LLC
Global Medical Safety

DEC 0 4 2012

Horsham, PA USA