UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | * * | SECTION L |
| *Odis McWilliams v. Janssen Research & Development LLC, et al.* Case No. 2:15-cv-6977 | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Georgia McWilliams, who respectfully moves this Court for an order substituting Georgia McWilliams as party plaintiff for Odis D. McWilliams, her deceased husband for the following reasons:

1.

The above captioned lawsuit was filed on December 22, 2015 on behalf of Odis D. McWilliams.

2.

Odis D. McWilliams passed away on October 25, 2017 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Georgia McWilliams on November 20, 2017 (Exhibit 1).

3.

Georgia McWilliams, as the surviving spouse of Odis D. McWilliams, is a proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Georgia McWilliams has the proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Georgia McWilliams respectfully requests that she be substituted as party plaintiff on behalf of Odis D. McWilliams, her deceased husband.

Dated: February 19, 2018  Respectfully submitted,

/s/ *M. Palmer Lambert*
Gerald E. Meunier (#9471)
M. Palmer Lambert (#33228)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *M. Palmer Lambert*
M. PALMER LAMBERT