UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE ELDON E. FALLON |
| *Odis McWilliams v. Janssen Research & Development LLC, et al.* Case No. 2:15-cv-6977 | * * * | MAGISTRATE JUDGE NORTH |

*********************************************

# ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Georgia McWilliams, as the legal successor of Odis D. McWilliams, be substituted as party plaintiff on behalf of Odis D. McWilliams.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
**JUDGE**