UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Marvin Moran, Individually and as Representative of Gloria Moran, deceased v. Janssen Research & Development, LLC, et al;*

Civil Action No. 2:15-cv-01599

## ORDER

Considering the foregoing Notice of and Suggestion of Death and Motion to Substitute Party Plaintiff, as well as any responses thereto, for the above-captioned case,

IT IS HEREBY ORDERED that Plaintiff, Marvin Moran, as surviving husband of Gloria Moran, is substituted for Plaintiff Gloria Moran in the above captioned case.

DONE AND SIGNED this _____ day of _____, 2018.

_____
JUDGE E. FALLON

1