UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*JIMMIE THOMAS v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:17-cv-07655-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Jimmie Thomas, by and through the undersigned counsel of record, moves this Court for an Order substituting Linda Thomas on behalf of decedent Jimmie Thomas. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Jimmie Thomas filed this present action on August 9, 2017.

2. Jimmie Thomas died on September 17, 2017

3. On January 25, 2018, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. Linda Thomas, surviving spouse of Jimmie Thomas, is a proper party to substitute for plaintiff-decedent Jimmie Thomas and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Linda Thomas, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: February 20, 2018 — Respectfully submitted,

**WATTS GUERRA LLP**
 /s/ *Paige N. Boldt*
Paige N. Boldt
TX State Bar No. 24082626
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
pboldt@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on February 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

 /s/ *Paige N. Boldt*
Paige N. Boldt