UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**

**RAFFAELE RUGGIERO and OLIVA RUGGIERO**

**Civil Action No.: 2:16-cv-06996**

<u>**PLAINTIFF'S MOTION TO DISMISS PLAINTIFF, OLIVA RUGGIERO'S, DERIVATIVE CLAIM AND AMEND THE CAPTION AND COMPLAINT**</u>

Plaintiff, Raffaele Ruggiero, pursuant to the applicable Federal Rule of Civil Procedure 41(a)(2) as cited in Pretrial Order No. 24A, by and through the undersigned counsel, hereby seeks to dismiss plaintiff, Oliva Ruggiero's derivative claim and amend the Caption and Complaint. In support of Plaintiff's Motion, Plaintiff states the following:

1. Plaintiffs filed this products liability lawsuit against defendants on May 12, 2016 (Joint Complaint) and May 25, 2016 (Short Form Complaint).

2. In conjunction with Plaintiff Raffaele Ruggiero's claim Oliva Ruggiero, spouse of Raffaele Ruggiero, asserted a claim for loss of consortium.

3. Since commencing suit, plaintiff, Oliva Ruggiero, spouse of Raffaele Ruggiero, passed

away on June 11, 2017.  There has not been and there will not be an Estate established on Oliva's behalf and therefore plaintiff would like to discontinue Oliva's derivative claim in this action.  A copy of Oliva Ruggiero's death certificate is attached hereto.

4. It is hereby proposed that the caption be amended to reflect Raffaele Ruggiero as the only plaintiff so that it will read as follows:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| RAFFAELE RUGGIERO, | MDL NO. 2592 |
| Plaintiff, | |
| v. | SECTION: L |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY;  BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE AG; and BAYER AG; | JUDGE:  ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH  Civil Action No.: 2:16-cv-06996 |
| Defendants. | |

5. In accordance with Pretrial Order Number 24A, the undersigned certifies that Defendants' Lead Counsel and Liaison Counsel were contacted in writing at least fourteen (14) days prior to filing of the motion. Counsel for all defendants responded that they do not oppose this motion.

WHEREFORE, for the reasons set forth above, plaintiff's counsel requests that this court grant this motion to dismiss plaintiff Oliva Ruggiero's derivative claim in this action and amend the caption and complaint to reflect Raffaele Ruggiero as the only named plaintiff.

Dated: February 20, 2018

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbxarelto@1800law1010.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                */s/Rosemarie Riddell Bogdan*
                Rosemarie Riddell Bogdan
                NDNY Bar Roll Number: 506409
                NYS Bar Roll Number: 380552
                MARTIN, HARDING & MAZZOTTI, LLP
                Attorneys for Plaintiff
                1222 Troy-Schenectady Road
                P.O. Box 15141
                Albany, New York 12212-5141
                Telephone: (518) 862-1200
                rrbxarelto@1800law1010.com