DEPARTMENT OF HEALTH
# CERTIFICATE OF DEATH

REGISTERED NUMBER: 103

STATE FILE NUMBER

| 1. NAME FIRST | MIDDLE | LAST | 2. SEX | 3A. DATE OF DEATH | 3B. HOUR |
|---|---|---|---|---|---|
| OLIVA | | RUGGIERO | FEMALE XX | JUNE 11 2017 | 07:59 A |

4A. PLACE OF DEATH (Check one): HOSPITAL DOA ☐  HOSPITAL ER ☒  HOSPITAL OUTPATIENT ☐  HOSPITAL INPATIENT ☐  NURSING HOME ☐  PRIVATE RESIDENCE ☐  HOSPICE FACILITY ☐  OTHER (Specify) ☐

4B. IF FACILITY, DATE ADMITTED: MONTH JUNE  DAY 11  YEAR 2017

4C. NAME OF FACILITY: (If not facility, give address) ST. ELIZABETH MEDICAL CENTER

4D. LOCALITY: (Check one and specify) CITY XX  VILLAGE  TOWN — UTICA

4E. COUNTY OF DEATH: ONEIDA

4F. MEDICAL RECORD NO.: 37210

4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? NO ☒ YES ☐

| 5. DATE OF BIRTH MONTH DAY YEAR | 6A. AGE IN YEARS | 6B. IF UNDER 1 YEAR | 6C. IF UNDER 1 DAY | 7A. CITY AND STATE OF BIRTH | 7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH |
|---|---|---|---|---|---|
| 01 16 1934 | 83 yrs. | | | ESPERIA, ITALY | |

8. SERVED IN U.S. ARMED FORCES? NO ☒  YES ☐

9. DECEDENT OF HISPANIC ORIGIN? A ☒ No, not Spanish/Hispanic/Latino

10. DECEDENT'S RACE: A ☒ White/Caucasian

11. DECEDENT'S EDUCATION: 1 ☒ 8th grade

12. SOCIAL SECURITY NUMBER: 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

13. MARITAL STATUS: MARRIED ☒

14. SURVIVING SPOUSE: RAFFAELE RUGGIERO

| 15A. USUAL OCCUPATION | 15B. KIND OF BUSINESS OR INDUSTRY | 15C. NAME AND LOCALITY OF COMPANY OR FIRM |
|---|---|---|
| FOLDER | LAUNDRY | ABELOVE'S LAUNDRY, UTICA, NY |

16A. RESIDENCE (State or Country if not USA): NEW YORK

16B. County or Region/Province: ONEIDA

16C. LOCALITY: CITY XX  UTICA

16D. STREET AND NUMBER OF RESIDENCE: 433 LARCHMONT AVE.

16E. ZIP CODE: 13502

| 17. BIRTH NAME OF FATHER/PARENT FIRST MI LAST | 18. BIRTH NAME OF MOTHER/PARENT FIRST MI LAST |
|---|---|
| PAOLO DURSO | ASSUNTA DICUFFA |

19A. NAME OF INFORMANT: RAFFAELE RUGGIERO

19B. MAILING ADDRESS: 433 LARCHMONT AVE., UTICA, NY 13502

20A. BURIAL ☒ ENTOMBMENT   20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: CALVARY CEMETERY   MONTH 06 DAY 15 YEAR 2017

20C. LOCATION: UTICA, NY

21A. NAME AND ADDRESS OF FUNERAL HOME: ADREAN FUNERAL SERVICE, INC., 700 RUTGER STREET, UTICA, NY 13501

21B. REGISTRATION NUMBER: 00027

22A. NAME OF FUNERAL DIRECTOR: CHARLES J. ADREAN

22C. REGISTRATION NUMBER: 10019

23B. DATE FILED: 06 14 2017

24A. BURIAL OR REMOVAL PERMIT ISSUED BY: 24B. DATE ISSUED: 06 14 2017

ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN - OR - CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

26A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.

Certifier's Name: Daniel Goodman   License No: 168767   Signature: DGoodman   Date: 6 13 2017

Certifier's Title: ☒ Coroner   Address: 1729 Buckston Rd New Hartford NY

27. MANNER OF DEATH: NATURAL CAUSE ☒

28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? NO ☒

29A. AUTOPSY? NO ☒

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C))

PART I. IMMEDIATE CAUSE:
(A) Congestive Heart Failure — APPROXIMATE INTERVAL: days, months
(B) DUE TO OR AS A CONSEQUENCE OF: Aortic Stenosis and Coronary Disease — years
(C) DUE TO OR AS A CONSEQUENCE OF:

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): Chronic Lung Disease, Hypertension

DID TOBACCO USE CONTRIBUTE TO DEATH? NO ☐ YES ☐ PROBABLY ☐ UNKNOWN ☐