# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Odis McWilliams v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6977

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8677, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Georgia McWilliams, as legal successor of Odis D. McWilliams, is substituted for Plaintiff Odis McWilliams as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE