UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE ELDON E. FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) COMPLAINT AND JURY DEMAND <br> ) <br> Civil Action No: **2:18-cv-01294** |

**THIS DOCUMENT RELATES TO:**

*ERMILO DE LA CERDA V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:17-cv-01294

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW Plaintiff Ermilo de la Cerda, by and through undersigned counsel, respectfully seek leave of Court to file an Amended Complaint for the reasons set forth in the attached memorandum.

Dated:   February 22, 2018.                                         Respectfully submitted,

/s/William Rivera-Alvarez
William Rivera-Alvarez
Puerto Rico Bar No. 19578
USDCPR No. 304111
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
268 Ave. Ponce de Leon
Hato Rey Center
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
268 Ave. Ponce de León
Hato Rey Center
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2018, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff's and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                       /s/William Rivera-Alvarez
                                                                                        William Rivera-Alvarez