MINUTE ENTRY
FALLON, J.
FEBRUARY 21, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. At the conference, a representative from Plaintiffs' Liaison Counsel ("PLC"), Andy Birchfield, and from Defendants' Liaison Counsel ("DLC"), Steve Glickstein, reported to the Court on proposed Case Management Order 6. The parties intend to submit a joint proposed Case Management Order to the Court for discussion at the February Monthly Status Conference on Tuesday, February 27, 2018 at 9:00 a.m.

JS10: 00:07

1