# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jimmie Thomas v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-7655

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8679, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Linda Thomas, as surviving spouse of Jimmie Thomas, is substituted for Plaintiff Jimmie Thomas as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE