# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :

PRODUCTS LIABILITY LITIGATION   :        MDL No. 2592

                                                :

                                                :        SECTION L

                                                :

                                                :        JUDGE ELDON E. FALLON

                                                :

                                                :        MAGISTRATE JUDGE NORTH

                                                :

THIS DOCUMENT RELATES TO:

**RAFFAELE RUGGIERO and OLIVA RUGGIERO**

**Civil Action No.: 2:16-cv-06996**

## ORDER

THIS MATTER, having come before the court is Plaintiff's Motion to Dismiss plaintiff, Oliva Ruggiero's derivative claim in this action and amend the caption and complaint under PTO 24A.  R. Doc. 8681. Upon consideration of all the documents relating to the motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss plaintiff, Oliva Ruggiero's derivative claim and amend the caption and complaint is GRANTED.

New Orleans, Louisiana this 21st day of February, 2018

_____

Hon. Eldon E. Fallon
United States District Court Judge