# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) No. 2592 PRODUCTS LIABILITY LITIGATION | * * * | MDL  SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE ELDON E. FALLON |
| Bennie Miller v. Janssen Research & Development LLC, et al. Case No. 2:16-cv-13580 | * * * * | |

*******************************************

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), David A. Vermont, Esquire, who is the attorney of the deceased party, notes the death during the pendency of this action of Bennie Miller, Plaintiff in this action, on November 10, 2016. (The death certificate is attached as Exhibit 1.)

Dated this 26th day of February, 2018.

                                             *Isl* David A. Vermont
                                             David A. Vermont, Esquire
                                             HELMSDALE LAW, LLP
                                             6 Consultant Pl., Suite 100-A
                                             Durham, NC  27707
                                             dvermont@helmsdalelaw.com
                                             Telephone: (424) 249-7942
                                             Facsimile: (424) 249-7990
                                             ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify.that on this 26th day of February, 2018, the foregoing Suggestion of Death was electronically filed with the Clerk of the Court via MDL Centrality, which will send notification of such filing to all counsel of record.

*Isl* David A. Vermont
David A. Vermont, Esquire
HELMSDALE LAW, LLP
6 Consultant Pl., Suite 100-A
Durham, NC  27707
dvermont@helmsdalelaw.com
Telephone: (424) 249-7942
Facsimile: (424) 249-7990
ATTORNEY FOR PLAINTIFF