# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-16-164269

STATE OF TEXAS

DATE OF DEATH (ACTUAL OR PRESUMED): NOVEMBER 10, 2016

Name: GEORGE ROY MILLER
Date of Birth: JULY 22, 1927
Sex: MALE
Birthplace: HAYNESVILLE, LA
Marital Status: Widowed

Residence Street Address: 305 CENTRAL PARK DRIVE
City or Town: SPRINGHILL
County: WEBSTER
State: LOUISIANA
Zip Code: 71075

Father's Name Prior to First Marriage: JONAS MILLER
Mother's Name Prior to First Marriage: HATTIE FINLEY

Place of Death: Decedent's Home
County of Death: DALLAS, 75241

Informant's Name & Relationship to Deceased: PATRICIA WILLIS - DAUGHTER
Mailing Address of Informant: 1439 CARAVAN TRAIL, DALLAS, TX 75241

Method of Disposition: Burial

Signature of Funeral Director: KARISSA NOIRE' MADISON, BY ELECTRONIC SIGNATURE 114496

Place of Disposition: LAUREL LAND MEMORIAL PARK
Location: DALLAS, TX

Name of Funeral Facility: EVERGREEN MEMORIAL FUNERAL HOME, INC.
Complete Address of Funeral Facility: 6449 UNIVERSITY HILLS BLVD., DALLAS, TX 75241

Signature of Certifier: IRENE PRATHER, BY ELECTRONIC SIGNATURE
Date Certified: NOVEMBER 15, 2016
License Number: F4587
Time of Death: 21:40
Title of Certifier: MD

Printed Name, Address of Certifier: IRENE PRATHER, 8585 N. STEMMONS FWY, SUITE 700 S, DALLAS, TX 75247

### CAUSE OF DEATH

a. COMPLICATIONS OF METASTATIC LUNG CANCER — UNKNOWN
b. INTRACEREBRAL BLEED

PART 2 — Other Significant Conditions Contributing to Death: DEMENTIA

Was an Autopsy Performed? No

Manner of Death: Natural
Did Tobacco Use Contribute to Death: Probably

Registrar File No: 029737
Date Received by Local Registrar: NOVEMBER 16, 2016
Registrar: CITY OF DALLAS, ELECTRONICALLY FILED

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED NOV 17 2016

VICTOR A. FARINELLI
ACTING STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND. ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE