UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | * * | SECTION L |
| Bennie Miller v. Janssen Research & Development LLC, et al. Case No. 2:16-cv-13580 | * * * * | JUDGE ELDON E. FALLON |

*******************************************

### *EX PARTE* MOTION
### TO SUBSTITUTE PROPER PARTY

NOW INTO COURT, through undersigned counsel, comes Telesia A. Mackey, who respectfully moves this Court for an order substituting Telesia A. Mackey as party plaintiff for Bennie Miller, her deceased father, for the following reasons:

1.

The above captioned lawsuit was filed on August 4, 2016 on behalf of Bennie Miller.

2.

Bennie Miller passed away on November 10, 2016 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by David A. Vermont on February 26th, 2018 (Exhibit 1).

3.

Telesia A. Mackey, who was appointed the Administratrix of the Estate of Bennie Miller on January 12, 2018 (Exhibit 2), is a proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Telesia A. Mackey has the proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Telesia A. Mackey respectfully requests that she be substituted as party plaintiff on behalf of Bennie Miller, her deceased father. A copy of the proposed Order is attached hereto as Exhibit 3.

Dated: February 26, 2018

Respectfully submitted,

*/s/* David A. Vermont
David A. Vermont, Esquire
HELMSDALE LAW, LLP
6 Consultant Pl., Suite 100-A
Durham, NC  27707
dvermont@helmsdalelaw.com
Telephone: (424) 249-7942
Facsimile: (424) 249-7990
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify.that on this 26th day of February, 2018, the foregoing Suggestion of Death was electronically filed with the Clerk of the Court via MDL Centrality, which will send notification of such filing to all counsel of record.

*/s/* David A. Vermont
David A. Vermont, Esquire
HELMSDALE LAW, LLP
6 Consultant Pl., Suite 100-A
Durham, NC  27707
dvermont@helmsdalelaw.com
Telephone: (424) 249-7942
Facsimile: (424) 249-7990
ATTORNEY FOR PLAINTIFF