# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) No. 2592 PRODUCTS LIABILITY LITIGATION | * * * | MDL SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE ELDON E. FALLON |
| Bennie Miller v. Janssen Research & Development LLC, et al. Case No. 2:16-cv-13580 | * * * * | |

*******************************************

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), David A. Vermont, Esquire, who is the attorney of the deceased party, notes the death during the pendency of this action of Bennie Miller, Plaintiff in this action, on November 10, 2016. (The death certificate is attached as Exhibit 1.)

Dated this 26th day of February, 2018.

*Isl* David A. Vermont
David A. Vermont, Esquire
HELMSDALE LAW, LLP
6 Consultant Pl., Suite 100-A
Durham, NC  27707
dvermont@helmsdalelaw.com
Telephone: (424) 249-7942
Facsimile: (424) 249-7990
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify.that on this 26th day of February, 2018, the foregoing Suggestion of Death was electronically filed with the Clerk of the Court via MDL Centrality, which will send notification of such filing to all counsel of record.

                                                *Isl* David A. Vermont  
                                                David A. Vermont, Esquire  
                                                HELMSDALE LAW, LLP  
                                                6 Consultant Pl., Suite 100-A  
                                                Durham, NC  27707  
                                                dvermont@helmsdalelaw.com  
                                                Telephone: (424) 249-7942  
                                                Facsimile: (424) 249-7990  
                                                ATTORNEY  FOR PLAINTIFF

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS**
**STATE OF TEXAS**
**CERTIFICATE OF DEATH**
**STATE FILE NUMBER** 142-16-164269

**1. LEGAL NAME OF DECEDENT:** DEBBIE ROY MILLER
**2. DATE OF BIRTH:** JULY 22, 1927
**3. SEX:** MALE
**4. DATE OF DEATH:** NOVEMBER 10, 2016
**6. BIRTHPLACE:** HAYNESVILLE, LA
**7. MARITAL STATUS AT TIME OF DEATH:** Widowed
**SOCIAL SECURITY NUMBER:** XXX-XX-XXXX
**RESIDENCE STREET ADDRESS:** 305 CENTRAL PARK DRIVE
**CITY OR TOWN:** SPRINGHILL
**COUNTY:** WEBSTER
**STATE:** LOUISIANA
**ZIP CODE:** 71075
**11. FATHER'S NAME:** JONAS MILLER
**12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** HATTIE FINLEY
**13. PLACE OF DEATH:** Decedent's Home
**COUNTY OF DEATH:** DALLAS
**CITY/TOWN ZIP:** DALLAS, 75241
**FACILITY NAME:** 1439 CARAVAN TRAIL

**17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** PATRICIA WILLIS - DAUGHTER
**18. MAILING ADDRESS OF INFORMANT:** 1439 CARAVAN TRAIL, DALLAS, TX 75241

**19. METHOD OF DISPOSITION:** Burial
**20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR:** KARISSA NOIRE' MADISON, BY ELECTRONIC SIGNATURE 114486
**22. PLACE OF DISPOSITION:** LAUREL LAND MEMORIAL PARK
**23. LOCATION:** DALLAS, TX
**24. NAME OF FUNERAL FACILITY:** EVERGREEN MEMORIAL FUNERAL HOME, INC
**25. COMPLETE ADDRESS OF FUNERAL FACILITY:** 6449 UNIVERSITY HILLS BLVD, DALLAS, TX 75241

**27. SIGNATURE OF CERTIFIER:** IRENE PRATHER, BY ELECTRONIC SIGNATURE
**28. DATE CERTIFIED:** NOVEMBER 15, 2016
**29. LICENSE NUMBER:** F4587
**30. TIME OF DEATH:** 21:40
**31. PRINTED NAME, ADDRESS OF CERTIFIER:** IRENE PRATHER 8585 N. STEMMONS FWY, SUITE 700 S, DALLAS, TX 75247
**TITLE OF CERTIFIER:** MD

**32. CAUSE OF DEATH:**
a. COMPLICATIONS OF METASTATIC LUNG CANCER — UNKNOWN
b. INTRACEREBRAL BLEED

**33. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** DEMENTIA
**34. WAS AN AUTOPSY PERFORMED:** No
**36. MANNER OF DEATH:** Natural

**42a. REGISTRAR FILE NO:** 0209737
**42b. DATE RECEIVED BY LOCAL REGISTRAR:** NOVEMBER 16, 2016
**42c. REGISTRAR:** REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

**ISSUED** NOV 17 2016

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VICTOR A. FARINELLI
ACTING STATE REGISTRAR