RECEIVED & FILED
CLERK OF COURT

SUCCESSION         2018 JAN 12 AM 11 34    :    PROBATE DOCKET NUMBER

OF            WEBSTER PARISH              :    26ᵀᴴ JUDICIAL DISTRICT COURT
              Vera Nelson
BENNIE ROY MILLER              DY         :    WEBSTER PARISH, LOUISIANA

## LETTERS OF INDEPENDENT ADMINISTRATION

This shall certify to all whom it may concern, that an application was made to the Honorable 26ᵗʰ Judicial District Court for Webster Parish, Louisiana, by **TELESIA ANN MACKEY** to be appointed Independent Administratrix of the Estate of BENNIE ROY MILLER.

NOW, KNOW YE, that the said **TELESIA ANN MACKEY** has been and is hereby appointed Independent Administratrix of the Estate of Bennie Roy Miller, deceased, that she has qualified as such and that she has fulfilled all of the requisites of law.

As Independent Administratrix, **TELESIA ANN MACKEY** has all of the rights, powers, authorities, privileges and duties of a succession representative as are otherwise provided by law, but without the necessity of publication of notice, delay for objection, application to any action by the court, said rights, powers, authorities and privileges including particularly, but not exclusively, the authority to perform the following acts:

> alienate succession property at public or private sale (including but not limited to the power to sell bonds, shares of stock, mutual funds and other securities at rates prevailing in the market place); list succession property for sale with a real estate agent; transfer by dation en paiement any succession property in satisfaction of a secured or unsecured debt; sell household goods; sell or donate motor vehicles; exchange succession property for consideration to be paid in corporate stock or other property, or partly therein and partly in cash; invest funds of the succession and make them productive; pay estate debts, including expenses of the administration of this succession; borrow money for the purposes of preserving succession property or the orderly administration of this estate, of paying estate debts and inheritance taxes and for expenditures in the regular course of business; alienate, encumber or dispose of real property of a corporation or partnership in which his succession owns a majority interest; lease succession property; grant mineral leases on succession property; perform executory contracts evidenced by writing; and pay reasonable periodic allowances of and for the maintenance of a spouse, if any, and of the heirs or legatees.

**GIVEN** under my hand and seal of our 26ᵗʰ Judicial District Court, at Minden, Louisiana, this 12ᵗʰ day of January, 2017.

| | | |
|---|---|---|
| SUCCESSION | RECEIVED & FILED<br>CLERK OF COURT | PROBATE DOCKET NUMBER 16592 |
| OF | 2018 JAN -5 A 9: 43 | 26TH JUDICIAL DISTRICT COURT |
| BENNIE ROY MILLER | WEBSTER PARISH | WEBSTER PARISH, LOUISIANA |

## PETITION FOR APPOINTMENT
## OF INDEPENDENT ADMINISTRATRIX

Petitioners, David Wayne Miller, Sr. and Tammy Eason, major residents of Webster Parish, Louisiana, Tonya Derrick, a major resident of Kaufman County, Texas, Telesia Ann Mackey and Patricia Willis, major residents of Dallas County, Texas, who respectfully represent:

1.

Bennie Roy Miller, also known as Bennie R. Miller, who is referred to in this petition as the deceased, was born on July 22, 1937 and died intestate in Dallas, Dallas County, Texas, on November 10, 2016.

2.

Bennie Roy Miller resided in Springhill, Webster Parish, Louisiana for several years prior to his death and was domiciled in Webster Parish, Louisiana, at the time of his death.

3.

The decedent, Bennie Roy Miller was married only one (1) time on March 18, 1957 to Annie Faye Miller, who predeceased him. Four (4) children were born issue of the marriage between Bennie and Annie, namely: David Wayne Miller, Sr., born on February 15, 1955; Telesia Ann Mackey, born on June 25, 1958; Patricia Willis, born on April 21, 1960; Tammy Eason, born on April 23, 1965. One (1) additional child was born issue of Bennie Roy Miller, namely: Tonya Derrick, born on December 2, 1966. No other children were born issue of Bennie Roy Miller. He never adopted anyone nor was he adopted by anyone.

4.

Tammy Eason, and Tonya Derrick, all desire that petitioner, Telesia Ann Mackey, be appointed as the Independent Administratrix of the Estate of Bennie Roy Miller, and have letters of administration issued to her, upon her compliance with the law and without the necessity of posting bond.

### WHEREFORE PETITIONERS PRAY:

(1) That Telesia Ann Mackey be named and appointed as the Independent Administratrix of Estate of the decedent, Bennie Roy Miller, without the necessity of posting bond;

(2) That the application of Telesia Ann Mackey for letters of independent administration be granted and letters be issued to her upon her compliance with the legal requirements; and

(3) For all orders and decrees necessary and proper in these premises and for full, general and equitable relief.

McCONNELL & SLATTERY

_____
JOHN B. SLATTERY, JR.
LOUISIANA BAR ROLL NO. 01142

121 South Main Street
Post Office Box 887
Springhill, Louisiana 71075
Tele. No. (318) 539-2561

SUCCESSION : PROBATE DOCKET NUMBER

OF : 26TH JUDICIAL DISTRICT COURT

BENNIE ROY MILLER : WEBSTER PARISH, LOUISIANA

FILED
JAN 10 2018
DEPUTY CLERK
WEBSTER PARISH

## ORDER CONFIRMING INDEPENDENT ADMINISTRATOR

**LET** TELESIA ANN MACKEY be confirmed as Independent Administratrix of the Estate of Bennie Roy Miller, and let letters of administration be issued to her upon her taking the oath required by law.

**SIGNED** in Chambers at Minden, Webster Parish, Louisiana, this __10__ day of __Jan__, 2018.

_____
DISTRICT JUDGE
S/Michael O. Craig