UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE ELDON E. FALLON |
| Bennie Miller v. Janssen Research & Development LLC, et al. Case No. 2:16-cv-13580 | * * * * | |

******************************************

## ORDER ON MOTION TO SUBSTITUTE PARTY

Considering the foregoing Motion to Substitute Proper Party,

IT IS HEREBY ORDERED that Telesia A. Mackey, as the Administratrix of the Estate of Bennie Miller, be substituted as proper party.

New Orleans, Louisiana, this 14th day of March, 2018.

_____
Honorable Eldon E Fallon
United States District Court Judge