UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILDRED BRITT, CRAIG BRUCKNER, KHNATA CALTON, individually and on behalf of her deceased husband, ROBERT CALTON, CAROLYN CHARLES, individually and on behalf of her deceased mother, GERALDINE CHARLES, GEORGE COLVIN, JUDY ETKIN, BARBARA ANN GEDDIE, EARL HEFNER, JAMES HUNT, individually and on behalf of her deceased wife, MARY HUNT, MICHAEL JOHNSON, individually and on behalf of his deceased father, CHARLES JOHNSON, JOHN JOYCE, JOYCE NOLDEN, individually and on behalf of her deceased husband, DENNIS NOLDEN, PAT O'BRIEN, individually and on behalf of his deceased mother, FRANCES O'BRIEN, JAMES PRICE, JOSEPH SHEARIN, KENDRA SUE SLAVEN, LINDA STARKEY, BARBARA SZADY, individually and on behalf of her deceased husband, RUDOLPH SZADY, GERALD VITALE<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 259<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>CIVIL ACTION No.:<br>           2:16-cv-8919 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Joseph Shearin hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-8919. This stipulation affects only the claims of Joseph Shearin. This stipulation shall not affect the claims and lawsuits of any other named Plaintiffs that were named in the Joint Complaint filed in Civil Action No. 2:16-cv-8919.

Respectfully submitted,

By: *s/Andre' P. LaPlace*
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

By:  *s/Rebecca A. Cunard*
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No.  (225)925-8192
Rebecca@CunardLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2018, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**