UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL NO. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

**JURY TRIAL DEMANDED**

Civil Action No: 2:17-cv-16608

THIS DOCUMENT RELATES TO:
Craig S. Elder Jr. o/b/o
His deceased mother, Vicki K. Boman v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-16608

**<u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>**

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this

Honorable Court for an order substituting Craig S. Elder Jr. on behalf of his deceased mother,

Vicki K. Boman, for the following reasons:

**I.**     On December 11th, 2017, Vicki K. Boman filed a Complaint in the above referenced matter.

**II.**     On October 16th, 2017, Vicki K. Boman died, without her son notifying her legal representatives.

**III.**     The decedents daughter, Craig S. Elder Jr., is the Proper Plaintiff and wishes to be substituted on behalf of Vicki K. Boman, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 26th day of February 2018.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
268 Ponce de León Ave., Ste.1023
San Juan, Puerto Rico 00917
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)

2