IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>BETTIE FAISON<br>Case No. 2:16-cv-16817 | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Alan Faison on behalf of decedent, Betty Faison.

1. Bettie Faison filed a products liability lawsuit against Defendants on December 2, 2016.

2. Plaintiff Bettie Faison died on November 16, 2017.

3. Bettie Faison's product liability action against Defendants survived her death and was not extinguished.

4. On February 12, 2018 a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Alan Faison, surviving son of Bettie Faison, was appointed Executor of her Estate on January 12, 2018 by the General Court of Justice, Super Court Division, New Hanover County in the State of North Carolina.

6. Alan Faison is a proper party to substitute for plaintiff-decedent Bettie Faison and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court

may order substitution of the proper party. A motion for substitution may be made by any party of the decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable court grant this Motion for substitution as plaintiff in this action.

Dated: February 26, 2018

By: */s/Jacob A. Flint*

Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
222 E Park St. Suite 500
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
jflint@flintlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Jacob A. Flint*
*Attorney for Plaintiff*