**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: **BETTIE FAISON** Case No. 2:16-cv-16817 | |

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Alan Faison, as surviving son of Bettie Faison, is substituted for Plaintiff Bettie Faison in the above captioned case.

Dated:_____     _____
                                                                        Hon. Eldon E. Fallon
                                                                        United States District Court