UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILDRED BRITT, CRAIG BRUCKNER, KHNATA CALTON, individually and on behalf of her deceased husband, ROBERT CALTON, CAROLYN CHARLES, individually and on behalf of her deceased mother, GERALDINE CHARLES, GEORGE COLVIN, JUDY ETKIN, BARBARA ANN GEDDIE, EARL HEFNER, JAMES HUNT, individually and on behalf of her deceased wife, MARY HUNT, MICHAEL JOHNSON, individually and on behalf of his deceased father, CHARLES JOHNSON, JOHN JOYCE, JOYCE NOLDEN, individually and on behalf of her deceased husband, DENNIS NOLDEN, PAT O'BRIEN, individually and on behalf of his deceased mother, FRANCES O'BRIEN, JAMES PRICE, JOSEPH SHEARIN, KENDRA SUE SLAVEN, LINDA STARKEY, BARBARA SZADY, individually and on behalf of her deceased husband, RUDOLPH SZADY, GERALD VITALE<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 259<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>CIVIL ACTION No.:<br>         2:16-cv-8919 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW,** Plaintiff, Joseph Shearin, in the above referenced civil action, and by and through his counsel of record hereby files a Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal of the actions without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear their own costs.

Plaintiff's Counsel has indicated he no longer wishes to pursue his Xarelto related action.

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Respectfully submitted,

By: *s/Andre' P. LaPlace*
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone No. (225)924-6898
Facsimile No. (225)924-6877
alaw@andrelaplace.com

By: *s/Rebecca A. Cunard*
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2018, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**