UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

JOSEPH SHEARIN v. JANSSEN PHARMACEUTICALS, INC., et al

No. 2:16-cv-8919

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss is hereby GRANTED and all that the Plaintiff's claims against all defendants in Joseph Shearin v. Janssen Pharmaceuticals, Inc., et al.

Signed, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge