UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: **2:15-cv-01295** |

**THIS DOCUMENT RELATES TO:**

*LAURA A. BABBIT V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:15-cv-01295

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW Plaintiff Laura A. Babbit, by and through undersigned counsel, respectfully seek leave of Court to file an Amended Complaint for the reasons set forth in the attached memorandum.

Dated:   February 27, 2018.                              Respectfully submitted,

/s/Rhett A. McSweeney
Rhett A. McSweeney (269542)
MCSWEENEY/LANGEVIN LLC
2116 2nd Avenue South
Minneapolis, MN 55404
Tel: (612) 746-4646
Fax: (612) 454-2678
ram@westrikeback.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2018, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff's and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Rhett A. McSweeney
Rhett A. McSweeney