UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) ) Civil Action No: 2:15-cv-01295 |

THIS DOCUMENT RELATES TO:

*LAURA A. BABBIT V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:15-cv-01295

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COMES NOW** Plaintiff, through undersigned counsel hereby requests an Order for Leave to File First Amended Complaint. In support, Plaintiff offers as follows:

1. Plaintiff's Complaint was initially filed on or about April 22, 2015, for which she paid the filing fee as a solitary filing and thereby complied with the filing fee payment provisions pursuant to PTO 11B;

2. That Defendants have not been or will not be prejudiced by the amendment of this complaint.

3. That Plaintiff married Benjamin T. Hausrath on or about April 1, 2017.

4. That after the Complaint was filed we became aware of such marriage.

5. That due to such marriage the Complaint should be amended to reflect Plaintiff's new last name.

6. That the complaint is otherwise the same in every other manner.

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully requests this Court grant his Motion for Leave to File First Amended Complaint.

Dated:  February 27, 2018.                                    Respectfully Submitted,

                                                          /s/Rhett A. McSweeney  
                                                          Rhett A. McSweeney (269542)  
                                                          MCSWEENEY/LANGEVIN LLC  
                                                          2116 2nd Avenue South  
                                                          Minneapolis, MN 55404  
                                                          Tel: (612) 746-4646  
                                                          Fax: (612) 454-2678  
                                                          ram@westrikeback.com

                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Leave to File First Amended Complaint was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Rhett A. McSweeney*
Rhett A. McSweeney