UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: **2:17-cv-01297** |

**THIS DOCUMENT RELATES TO:**

*NCWTC'AODCDDKV V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-01297**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Leave to File First Amended Complaint and Memorandum in Support Of to be heard by the Honorable Eldon E. Fallon on Tuesday, March 14, 2018 at 9:00 a.m. without the need of a formal hearing.

Dated: February 27, 2018    Respectfully submitted,

/s/Rhett A. McSweeney
Rhett A. McSweeney (269542)
MCSWEENEY/LANGEVIN LLC
2116 2nd Avenue South
Minneapolis, MN 55404
Tel: (612) 746-4646
Fax: (612) 454-2678
ram@westrikeback.com

Attorney for Plaintiff