**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) ) |

) **MDL NO. 2592**

) **SECTION:  L**
) **JUDGE ELDON E. FALLON**
) **MAG. JUDGE NORTH**

) **COMPLAINT    AND    JURY**
) **DEMAND**

) **Civil Action No:  2:17-cv-01297**

**THIS DOCUMENT RELATES TO:**

*NCWTC'C0DCDDKV V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-01297**

<u>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**</u>

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby Grants Plaintiff's Motion for Leave to File Amended Complaint

in the above captioned matter and hereby directs the proper officials to file the First Amended

Complaint tendered with the Motion and the corresponding accompanying documents.

Entered this _____ day of _____ 2018 into the United

States Eastern District Court of Louisiana.


_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON