UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
   *All Cases*

## ORDER

In order to discuss a briefing schedule for Defendants' preemption motions,

**IT IS ORDERED** that the PSC and Defendants' counsel will participate in a telephone status conference on Friday, March 9, 2018 at 9:30 a.m. The parties will call in to the Court's conference line: 877-336-1839; access code: 4227405; security code: 030918.

New Orleans, Louisiana this 27th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE