UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

In order to facilitate the progress of the Xarelto MDL,

**IT IS ORDERED** that the parties will participate in a monthly status conference on April 24, 2018 at 9:00 a.m. The Court has set up a conference line for auditing the conference. To audit, call (800) 260-0702 and enter access code 445580.

New Orleans, Louisiana this 27th day of February, 2018.

UNITED STATES DISTRICT JUDGE