# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Craig S. Elder Jr. o/b/o His deceased mother, Vicki K. Boman v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:17-cv-16608

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8705, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Craig S. Elder Jr., on behalf of his deceased mother, Vicki K. Boman, is substituted for Plaintiff Vicki K. Boman as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 27th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE