UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Beatrice Brown v. Janssen Research & Development, LLC, et al; Case No. 2:15-cv-03887*

### NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiff Beatrice Brown, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Beatrice Brown, which occurred on June 14, 2017. A Motion to Substitute Party Plaintiff and Leave to File an Amended Complaint will be filed by Movant Gregory Brown as Personal Representative for the Estate of Beatrice Brown, Deceased.

Dated: Feb. 27, 2018          Respectfully submitted,

By: /s/ Roger C. Denton

Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com

*Attorneys for Movant Gregory Brown as Personal Representative for the Estate of Beatrice Brown and Decedent, Beatrice Brown*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/ Roger C. Denton