# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:  L<br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## DECLARATION

1. I am one of the lawyers for Roberto Alvarez and the other Movants, I am over 18 years of age, and capable of making this declaration. The documents attached to this declaration are true and correct copies of the same.

2. Alvarez filed suit against Bayer Healthcare Pharmaceuticals Inc. (BHCP) on September 25, 2017. *See* summons and complaint attached as Exhibits A-1 and A-2, respectively.

3. My firm sent Roberto Alvarez's summons and complaint by certified mail, return receipt requested, to BHCP's registered agent, Corporation Service Company (CSC), on September 27, 2017.

4. According to tracking records obtained from the United States Post Office, BHCP's agent received the Alvarez summons and complaint on October 2, 2017. *See* tracking records attached as Exhibit A-3.

5. CSC signed the green card for the Alvarez certified mail and returned it to counsel for Alvarez. *See*s singed green card, attached as Exhibit A-4.

6. Attached as A-5 is unsigned correspondence received from Corporate Service Company.

7. Alvarez re-served his summons and complaint on CSC on October 12, 2017 and January 12, 2018.

8. Attached as Exhibit A-6 is correspondence received from BHCP's lawyer on January 31, 2018.

9. Attached as Exhibit A-7 is e-mail correspondence between counsel for Alvarez and counsel for BHCP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on February 27, 2018.

*C. Brannon Robertson*

2