# EXHIBIT A-3

**Tracking Number:** 70160340000071246920

Remove ✕

Your item was delivered at 11:43 am on October 2, 2017 in WILMINGTON, DE 19808.

**Status**

✅ **Delivered**

October 2, 2017 at 11:43 am
Delivered
WILMINGTON, DE 19808

Delivered

**Tracking History** ⌄

**Product Information** ⌄

See Less ∧