# EXHIBIT A-4

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Sheila Wil[ks]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to: BHCP
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

9590 9402 2648 6336 1703 90

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7016 0340 0000 7124 6920

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt