# EXHIBIT A-5



null
**Transmittal Number: 17209499**

# Rejection of Service of Process

**Return to Sender Information:**

C. Brannon Robertson
Fernelius Simon PLLC
1221 McKinney
Suite 3200
Houston, TX 77010

| | |
|---|---|
| **Date:** | 10/02/2017 |
| **Party Served:** | BHCP |
| **Title of Action:** | Roberto Alvarez, Sr. vs. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC |
| **Court/Agency:** | U.S. District Court Eastern District, Louisiana |
| **Case/Reference No:** | 2:17-cv-09587-EEF-MBN |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.