# EXHIBIT A-7

## Brannon Robertson

**From:** Brannon Robertson
**Sent:** Thursday, February 15, 2018 2:10 PM
**To:** Brown, Lindy
**Cc:** Ryan Perdue
**Subject:** RE: Xarelto: Alvarez

Lindy,

Following up from our call last Friday (and your v/m from today), we will file a motion with regard to the Alvarez case seeking a ruling that the case was properly served.

As we discussed last week, can you please tell me whether BHCP is objecting to service in the other cases listed in the e-mail string below?  We have never received any notice of objection to service in those cases.  But I ask because we served them the same way (with BHCP not spelled out in the summons).

Thank you,

Brannon

**From:** Brown, Lindy [mailto:lbrown@bradley.com]
**Sent:** Friday, February 09, 2018 2:08 PM
**To:** Brannon Robertson
**Subject:** RE: Xarelto: Alvarez

Brannon,
We stand by the rejection letters sent on 10/2/17 and 1/31/18.

If you want to discuss further, please let me know.

Thanks.

**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com
601.592.9905

**From:** Brannon Robertson [mailto:Brannon.Robertson@trialattorneytx.com]
**Sent:** Wednesday, February 07, 2018 2:40 PM
**To:** Brown, Lindy <lbrown@bradley.com>
**Subject:** RE: Xarelto: Alvarez

Lindy,

We served the papers in September and they were received on 10/2.  That is the green card that I sent you earlier (I've attached it again).  Below is a screen shot showing the green card was received on 10/2.

1

After our original service, we received the attached letter from your registered agent stating that it did not know who BHCP was.

Like I say below, I don't know what the issue is, because we have served all of our complaints against BHCP in the same way, and no other case has been rejected by the registered agent.

In any event, we served the Alvarez summons/complaint two additional times, and I guess your registered agent finally accepted it on January 25. However, the 10/2 service was valid and in compliance with PTO 10. But if you disagree, please let me know.

Thanks,

Brannon

**Tracking Number:** 70160340000071246920

**Status**

Your item was delivered at 11:43 am on October 2, 2017 in WILMINGTON, DE 19808.

 **Delivered**

October 2, 2017 at 11:43 am
Delivered
WILMINGTON, DE 19808

**Tracking History**

**Product Information**

See Less ∧

---

**From:** Brown, Lindy [mailto:lbrown@bradley.com]
**Sent:** Tuesday, February 06, 2018 5:35 PM
**To:** Brannon Robertson
**Subject:** RE: Xarelto: Alvarez

Bayer HealthCare Pharmaceuticals Inc. received the service papers in Roberto Alvarez on January 25, 2018. The papers are post-marked January 12, 2018. I do not have any record of any prior service attempt.

**Lindy D. Brown**
Attorney | Bradley

lbrown@bradley.com
601.592.9905

---

**From:** Brannon Robertson [mailto:Brannon.Robertson@trialattorneytx.com]
**Sent:** Monday, February 05, 2018 9:58 AM
**To:** Brown, Lindy <lbrown@bradley.com>
**Subject:** Re: Xarelto: Alvarez

**[External Email]**

Lindy,

Thanks for your letter.  We did serve this case with a complaint/summons within 60 days of filing the lawsuit.  The case was filed on 9/25 and we sent the complaint/summons to BHCP on 9/27.  The summons and complaint was received by BHCP no later than 10/2, based on the signed green card that was returned to us (attached).

I recognize that your registered agent contended the service of process was deficient, but we served it as required under PTO 10.  In particular, we served the complaint, with a summons to BHCP, that was received by your registered agent within 12 days of filing our lawsuit.  This is the same way we have served all of our cases against BHCP (see list below).  I don't know why this case is being singled out for incorrect service of process.

I'm happy to discuss with you on the phone.  I would prefer to work it out short of filing a motion.

Thanks,

Brannon


C. Brannon Robertson
Partner
**Fernelius Simon PLLC**
1221 McKinney, Ste. 3200
Houston, TX 77010
713.654.5176
Brannon.Robertson@trialattorneytx.com



Bowie, Lee - 2:16-cv-16931
Davis, James A. - 2:16-cv-17839
Grindle, Alison - 2:16-cv-17834
Shaara, Richard -2:16-cv-17871
Smith, David - 2:16-cv-17867
Higgins, Donetta -2:17-cv-02795
Sparks, Carolyn -2:17-cv-06388
Seleski, Judy - 2:17-cv-07749
Roberts, Susan -2:17-cv-08709
Rogers, Veronica -2:17-cv-14075

**From:** Brown, Lindy [mailto:lbrown@bradley.com]
**Sent:** Wednesday, January 31, 2018 3:56 PM
**To:** Brannon Robertson
**Subject:** Xarelto: Alvarez

Please see attached.


**Bradley**

**Lindy D. Brown**
Attorney
e: lbrown@bradley.com w: bradley.com
d: 601.592.9905 f: 601.592.1405
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 400
Jackson, MS 39201

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.