UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Christopher Hamer v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:16-cv-16931 (E.D. La.)
*James A. Davis v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:16-cv-17839 (E.D. La.)
*Alison Grindle v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:16-cv-17834 (E.D. La.)
*Richard Shaara v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:16-cv-17871 (E.D. La.)
*David Smith v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:16-cv-17867 (E.D. La.)
*Donetta Higgins v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-02795 (E.D. La.)
*Carolyn Sparks v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-06388 (E.D. La.)
*Judy Seleski v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:17-cv-07749 (E.D. La.)
*Susan Roberts v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-08709 (E.D. La.)
*Roberto Alvarez v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-09587 (E.D. La.)
*Veronica Rogers v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-14075 (E.D. La.)

**NOTICE OF SUBMISSION**

Please take notice that on **Wednesday, March 14, 2018 at 9:00 a.m.**, the above-referenced plaintiffs will have their Motion for Ruling that they have properly served Defendant Bayer Healthcare Pharmaceuticals Inc. ("BHCP") submitted to the Court for decision without the necessity of an oral hearing.

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

ATTORNEYS FOR MOVANTS

**CERTIFICATE OF SERVICE**

I certify that on February 27, 2018, a true and correct copy of the foregoing has been served on all parties through electronic filing as authorized by the Federal Rules of Civil Procedure and the procedures established in this MDL.

/s/ C. Brannon Robertson
C. Brannon Robertson