UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                       SECTION: L
                                       JUDGE: ELDON E. FALLON
                                       MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

*Christopher Hamer v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:16-cv-16931 (E.D. La.)
*James A. Davis v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:16-cv-17839 (E.D. La.)
*Alison Grindle v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:16-cv-17834 (E.D. La.)
*Richard Shaara v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:16-cv-17871 (E.D. La.)
*David Smith v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:16-cv-17867 (E.D. La.)
*Donetta Higgins v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-02795 (E.D. La.)
*Carolyn Sparks v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-06388 (E.D. La.)
*Judy Seleski v. Janssen Research & Development LLC, et al.*
    Civil Action No. - 2:17-cv-07749 (E.D. La.)
*Susan Roberts v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-08709 (E.D. La.)
*Roberto Alvarez v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-09587 (E.D. La.)
*Veronica Rogers v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-14075 (E.D. La.)

## **ORDER**

Before the Court is the motion by the above-referenced Plaintiffs (the Movants) for a ruling that they have properly served Bayer Healthcare Pharmaceuticals Inc. (BHCP). The motion is GRANTED. The Court finds that the Movants have completed proper service on BHCP and need do nothing further in that regard.

SIGNED ON_____, 2018.

                                                    _____
                                                    Unites States District Judge