UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE STEIN and MARLENE STEIN, his wife, </br></br> Plaintiffs </br></br> v. </br></br> JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, and JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG, AND BAYER AG, </br></br> Defendants. | CIVIL ACTION NO. MDL No. 2592 </br></br> Member case No..:  2:16-CV-13857 |

## MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF SUMMONS AND COMPLAINT ON BAYER HEALTCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

AND NOW, come the Plaintiffs, Dale Stein and Marlene Stein, his wife, by and through their counsel, Rolf Louis Patberg, Esquire and Patberg Law Firm, and file the within Motion for Extension of Time to Effectuate Service on Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG and, in support thereof, aver as follows:

1.   Plaintiffs filed a Complaint alleging injuries from the use of Xarelto in the United States District Court for the Western District of Pennsylvania, No. 2:16-cv-0119 on July 26, 2016

against numerous Defendants including Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG (hereinafter referred to "Bayer Defendants").

2. Plaintiffs made numerous attempts to effectuate service of the Summons and Complaint, including a Waiver of Service and Request for Waiver of Service on the Bayer Defendants but were not successful. Plaintiffs attempts to effectuate service were more fully set forth in Plaintiff's previous Motion for Extension of Time to Effectuate Service on the Bayer Defendants [Doc. #7426], which is incorporated by reference.

3. Plaintiff filed the aforementioned Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG on August 23, 2017 [Doc #7426]. See Exhibit "A" attached hereto.

4. Contemporaneously with the filing of Document No. 7426, Plaintiffs filed a Notice of Submission designating September 6, 2017 as the date for submission of the Motion to the Court.

5. Plaintiffs' counsel was of the understanding that any ruling on the previous Motion [Doc. #7426] would appear in the Member Case Number Docket; 16-13857.

6. On October 23, 2017 this Honorable Court entered an Order granting Plaintiffs' Motion for Extension of Time within which to serve Defendants in multiple cases, including Plaintiffs' case herein. [See Doc. #7865].

7. Counsel for Plaintiff did not receive notification, to his recollection, of the entrance of the Order entered at Docket No.: 7865 regarding the foregoing Motion for Extension of Time to serve the Defendants.

8. Plaintiffs hereby request a thirty (30) day extension of time to serve process on the Bayer Defendants as set forth in this Court's Pre-Trial Order No. 10.

9. Plaintiffs believe the within Motion is contested but has not received confirmation of the same from defense counsel.

WHEREFORE, Plaintiffs, Dale Stein and Marlene Stein, his wife, respectfully request that this Honorable Court grant the within Motion and permit an additional extension of time in which Plaintiffs may serve the Summons and Complaint on the Bayer Defendants.

              RESPECTFULLY SUBMITTED:

February 28, 2018      By:   /s/ Rolf Louis Patberg, Esquire
              Rolf Louis Patberg, Esquire
              PA I.D. No.: 65185

              Patberg Law Firm
              1034 Peralta Street
              Pittsburgh, PA 15212
              (412) 232-3500
              (412) 281-8656 (Fax)
              Rpatberg@patberglawfirm.com
              Attorney for Plaintiff.

**JURY TRIAL DEMANDED**

## **CERTIFICATE OF SERVICE**

I, Rolf Louis Patberg, Esquire, hereby certify on February 26, 2018, that a true and correct copy of the above and foregoing Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by F.R.C.P 5(b)2, Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality which will send notice of electronic filing and in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Rolf Louis Patberg, Esquire
Rolf Louis Patberg, Esquire
*Counsel for Plaintiffs*