# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE STEIN and MARLENE STEIN, his wife, ) | Civil Action No.: MDL No. 2592 |
| ) | |
| ) | Section L |
| Plaintiffs, ) | |
| ) | Member Case No.: 2:16-CV-13857 |
| v. ) | |
| ) | |
| JANSSEN RESEARCH & ) | |
| DEVELOPMENT, LLC, f/k/a ) | |
| JOHNSON & JOHNSON ) | |
| PHARMACEUTICAL RESEARCH AND ) | |
| DEVELOPMENT, LLC and JANSSEN ) | |
| ORTHO, LLC, JANSSEN ) | |
| PHARMACEUTICALS, INC. f/k/a ) | |
| JANSSEN PHARMACEUTICA, INC. f/k/a ) | |
| ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC.; ) | |
| JOHNSON & JOHNSON, BAYER ) | |
| HEALTHCARE PHARMACEUTICALS, ) | |
| INC.; BAYER PHARMA AG, BAYER ) | |
| CORPORATION, BAYER HEALTHCARE ) | |
| LLC; BAYER HEALTHCARE AG, AND ) | |
| BAYER AG, ) | |
| ) | |
| Defendants. ) | |

This document relates to Dale Stein and Marlene Stein the Janssen Research & Development, et. al., Action No.: 2:16-CV-13857.

## NOTICE OF SUBMISSION

Please take notice that Plaintiffs, Dale Stein and Marlene Stein, by and through the undersigned counsel will present their Motion Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals and Bayer Pharma

AG for submission to the Honorable Eldon E. Fallon for a ruling on March 14, 2018

Respectfully Submitted,

Date:  February 26, 2018           /s/ Rolf Louis Patberg, Esquire
                                   Rolf Louis Patberg, Esquire
                                   Pa. I.D. No.:  65185
                                   Patberg Law Firm
                                   1034 Peralta Street
                                   Pittsburgh, PA 15212
                                   (412) 232-3500
                                   *Counsel for Plaintiff*