# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| HARRIET CAIRNS ) | |
| CASE NO. 2:16-CV-01175 ) | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Harriet Cairns, on February 18, 2018.

This the 28th day of February, 2018.

Respectfully Submitted:

/s/ Daniel K. Bryson_____
Daniel K. Bryson, Esq.
N.C. Bar No.: 15781
Whitfield Bryson & Mason LLP
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
Email: dan@wbmllp.com

John C. Whitfield, Esq.
Caroline Ramsey Taylor, Esq.
Whitfield Bryson & Mason LLP
518 Monroe Street
Nashville, TN 37208
Telephone: (615) 921-6500
Facsimile: (615) 921-6501
Email: john@wbmllp.com
    caroline@wbmllp.com

Shannon J. Carson, Esq.
Berger & Montague P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
Email: scarson@bm.net

Robert Ahdoot
Ahdoot Wolfson, PC.
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
Email: rahdoot@ahdootwolfson.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all Plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

BY: /s/ Daniel K. Bryson
Daniel K. Bryson, Esq.

*Attorney for Plaintiff*