**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: L** |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | **MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Beatrice Brown v. Janssen Research & Development, LLC, et al; Case No. 2:15-cv-03887*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Movant Gregory Brown, pursuant to Federal Rule of Civil Procedure 25(a)(1) and requests the Court to enter an order substituting Gregory Brown, the surviving child of Plaintiff Beatrice Brown and appointed Personal Representative for the Estate of Beatrice Brown, Deceased, in the place of Beatrice Brown as Plaintiff. In addition, pursuant to Federal Rule of Civil Procedure 15(a)(2), Movant seeks leave to file an Amended Complaint to reflect the substitution of the party plaintiff and to amend certain allegations to reflect the substitution. The Amended Complaint is attached hereto. In support hereof, Movant states:

1. Plaintiff Beatrice Brown's case was filed on or about August 28, 2015 (*Beatrice Brown v. Janssen Research & Development, LLC, et al*; Case No. 2:15-cv-03887).

2. All named Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about September 3, 2015, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

      b.   On or about September 18, 2015, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

      c.   On or about September 1, 2015, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

      d.   On or about September 2, 2015, Defendants Janssen Pharmaceuticals and Janssen Ortho were served by a process server with the Complaint and Summons.

3.    Plaintiff Beatrice Brown passed away on June 14, 2017.

4.    Beatrice Brown's action against Defendants survives her death and is not extinguished.

5.    On February 15, 2018, the Register of Wills for Charles County, State of Maryland, appointed Gregory Brown as the Personal Representative for the Estate of Beatrice Brown per Letters of Administration of a Small Estate. A copy of said appointment and Plaintiff Beatrice Brown's death certificate is attached as Exhibit A. The undersigned counsel represents Movant, Gregory Brown, as Personal Representative for the Estate of Beatrice Brown.

6.    The undersigned counsel filed the Notice and Suggestion of Death on or about February 27, 2018, attached hereto.

7.    Counsel for Movant seeks to substitute Gregory Brown, as Personal Representative for the Estate of Beatrice Brown, Deceased, as Plaintiff in the present action.

8.    Additionally, Movant seeks leave to file an Amended Complaint to identify the Plaintiff as Gregory Brown, Personal Representative for the Estate of Beatrice Brown, Deceased, and to amend certain allegations to be consistent with the party substitution.

9. Pursuant to Federal Rule of Civil Procedure 15(a)(2), leave of court to amend a complaint shall be freely given when justice so requires. Granting this motion will not prejudice Defendants.

WHEREFORE, Counsel for Movant Gregory Brown, as Personal Representative for the Estate of Beatrice Brown, requests the Court to enter an Order substituting Movant as the Plaintiff in the place of Beatrice Brown, Deceased, and to grant the motion to file the Amended Complaint, deeming the Amended Complaint attached to this motion as Exhibit A to be filed as of the date of the entry of the Court's Order.  A proposed Order is attached hereto.

Dated: February 28, 2018					Respectfully submitted,

							By: /s/ *Roger C. Denton*

							Roger C. Denton, Esq. (MO # 30292)
							Kristine K. Kraft, Esq. (MO # 37971)
							Ashley Brittain Landers, Esq. (MO # 62763)
							SCHLICHTER, BOGARD & DENTON
							100 South 4th Street
							Saint Louis, MO 63102
							Telephone:  (314) 621-6115
							Fax:   (314) 621-7151
							rdenton@uselaws.com
							kkraft@uselaws.com
							abrittain@uselaws.com

							*Attorneys for Movant Gregory Brown as Personal Representative for the Estate of Beatrice Brown and Decedent, Beatrice Brown*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 28, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                       *s/ Roger C. Denton*