# Exhibit A

RW1107



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. <u>21718</u>

I certify that administration of the Estate of

**BEATRICE E BROWN**

was granted on the   <u>15th</u>   day of   <u>FEBRUARY, 2018</u>   ,

to <u>GREGORY BROWN</u>

as personal representative(s) and the appointment is in effect

this   <u>15th</u>   day of   <u>FEBRUARY, 2018</u>

☐ Will probated _____
              (date)

☑ Intestate estate

☐ Unprobated Will - Probate Not Required

*Loraine D. Hennessy*

LORAINE D. HENNESSY
**Register of Wills for**
CHARLES COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

ROWNET
11/2009

# STATE OF MARYLAND
## Department of Health and Mental Hygiene
### Division of Vital Records

**Certificate of Death**

*320170236570000*
File Number: *32017MD023687*

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name (if any) | BEATRICE E. BROWN |
| 2. Date of Death | 06/14/2017 |
| 3. Time of Death | 0042 |
| 4a. Facility Name | UNIV OF MD CHARLES REGIONAL MEDICAL CENTER |
| 4b. City, Town or Location of Death | LA PLATA |
| 4c. County of Death | CHARLES |
| 5. Social Security Number | (redacted) |
| 6. Sex | F |
| 7. Age | 89 YR |
| 8. Date of Birth | (redacted) |
| 9. Birthplace | MARYLAND |
| 10a. State | MARYLAND |
| 10b. County | CHARLES |
| 10c. City, Town or Location | BRYANS ROAD |
| 10d. Inside City Limits? | YES |
| 10e. Address | (redacted) |
| 10f. Zip Code | 20616 |
| 11. Marital Status | DIVORCED (AND NOT REMARRIED) |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | BLACK |
| 15. Decedent's Education | HS OR GED |
| 16a. Decedent's Usual Occupation | ACCOUNTANT |
| 16b. Business/Industry | FEDERAL GOVERNMENT |
| 17. Father's Name | GEORGE W. PINKNEY |
| 18. Mother's Name Prior to First Marriage | LILLIE MAY WEST |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | CARROLL BROWN |
| 20b. Informant's Relationship | SON |
| 20c. Informant's Mailing Address | (redacted) BRYANS ROAD, MD 20616 |
| 21a. Method of Disposition | BURIAL |
| 21b. Place of Disposition | RESURRECTION |
| 21c. Date of Disposition | 06/23/2017 |
| 21d. Location | CLINTON, MD |
| 22a. Signature of Funeral Service Licensee | THERESA PINKNEY |
| 22b. License No | M01589 |
| 22c. Name and Address of Funeral Facility | ADAMS FUNERAL HOME, PA, 20605 AQUASCO RD, AQUASCO, MD 20608 |

**23a. Part I. Disease, injuries, or complications that directly caused the death**

- Immediate Cause (final disease or condition resulting in death) a. SEPTIC SHOCK
- Due to (or as a consequence of): SEVERE SEPSIS
- Conditions, if any, leading to immediate cause b.
- Due to (or as a consequence of): 
- c.
- Due to (or as a consequence of):
- d.

Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I: -

23b. Did tobacco use contribute to the cause of death? UNK

| Field | Value |
|---|---|
| 24a. Was an autopsy performed? | NO |
| 24b. Were autopsy findings available prior to completion of cause of death? | NO |
| 25a. Was case referred to medical examiner? | NO |
| 25b. Medical Examiner Countersignature | |
| 26. Place of Death | INPATIENT |
| 27. Manner of Death | NATURAL |
| 28a. Date of Injury | |
| 28b. Time of Injury | |
| 28c. How injury occurred | |
| 28d. Injury at work? | |
| 28e. Transportation Injury? | |
| 28f. Place of injury | |
| 28g. Location of Injury | |
| 29a. Certifier Type | CERTIFYING PHYSICIAN |
| 29b. Signature and Title of Certifier | MICHAEL LEGASION, MD |
| 29c. License No | D79466 |
| 29d. Date signed | 06/14/2017 |
| 30a. Name of person who completed cause of death | MICHAEL LEGASION |
| 30b. Address of person who completed cause of death | 5 GARRETT AVENUE, LA PLATA, MD 20646 |

For Office Use Only:

| 31. Date Filed | 32. Registrar at Filing | 33. Date Issued |
|---|---|---|
| 06/22/2017 | GENEVA G. SPARKS | 06/26/2017 |

34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records.

Registrar's Signature: *Geneva G. Sparks*



2933287

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE