UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>**ORDER TO SUBSTITUTE THE PROPER PARTY AND AMEND COMPLAINT** |

**THIS DOCUMENT RELATES TO:**

*Beatrice Brown v. Janssen Research & Development, LLC, et al; Case No. 2:15-cv-03887*

**ORDER**

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is granted and that Gregory Brown, the surviving child of Plaintiff Beatrice Brown and appointed Personal Representative for the Estate of Beatrice Brown, Deceased, shall be substituted as the Plaintiff in the place of Beatrice Brown.

IT IS FURTHER ORDERED that the Motion for Leave to File an Amended Complaint is granted and that the Clerk of the Court is ordered to file into the record in this matter, the Amended Complaint attached to the Motion to Substitute Party Plaintiff and Leave to File Amended Complaint.

SIGNED this _____ day of _____, 2018.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

1