# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE STEIN and MARLENE STEIN, his wife, | Civil Action No.: MDL No. 2592 |
| Plaintiffs, | Section L |
| v. | Member Case No.: 2:16-CV-13857 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC and JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG, AND BAYER AG, | |
| Defendants. | |

This document relates to Dale Stein and Marlene Stein the Janssen Research & Development, et. al., Action No.: 2:16-CV-13857.

## NOTICE OF SUBMISSION

Please take notice that Plaintiffs, Dale Stein and Marlene Stein, by and through the undersigned counsel will present their Motion Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals and Bayer Pharma

AG for submission to the Honorable Eldon E. Fallon for a ruling on March 14, 2018

                Respectfully Submitted,


Date: <u>February 26, 2018</u>       <u>/s/ Rolf Louis Patberg, Esquire</u>
                   Rolf Louis Patberg, Esquire
                   Pa. I.D. No.: 65185
                   Patberg Law Firm
                   1034 Peralta Street
                   Pittsburgh, PA 15212
                   (412) 232-3500
                   *Counsel for Plaintiff*