UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAG. JUDGE NORTH |

**************************************************

THIS DOCUMENT RELATES TO:

*John B. Smith, III, individually and on behalf of James B. Smith, deceased,*
Case No. 2:17-cv-12212

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW Plaintiff in the above-listed action, through undersigned counsel, and respectfully requests that this Court grant him leave to file his First Amended Complaint in order to correct clerical errors in the naming of the parties. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated: March 1, 2018                           Respectfully submitted,

                                        By:   */s/ John J. Driscoll*
                                              John J. Driscoll
                                              Christopher J. Quinn
                                              THE DRISCOLL FIRM, P.C.
                                              211 N. Broadway, 40th Floor
                                              St. Louis, MO 63102
                                              Tel: (314) 932-3232
                                              Fax: (314) 932-3233
                                              john@thedriscollfirm.com
                                              chris@thedriscollfirm.com

                                              *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 1, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                Respectfully submitted,

By:  */s/ John J. Driscoll*
    John J. Driscoll
    Christopher J. Quinn
    THE DRISCOLL FIRM, P.C.
    211 N. Broadway, 40th Floor
    St. Louis, MO 63102
    Tel: (314) 932-3232
    Fax: (314) 932-3233
    john@thedriscollfirm.com
    chris@thedriscollfirm.com

    *Attorneys for Plaintiff*