## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**

*John B. Smith, III, individually and on behalf of James B. Smith, deceased,*
**Case No. 2:17-cv-12212**

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Leave to File First Amended Complaint filed

by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court

on Wednesday, the 25th of April 2018, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the

U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.


Dated: March 1, 2018                                     Respectfully submitted,

                                        By:        */s/ John J. Driscoll*
                                                   John J. Driscoll
                                                   Christopher J. Quinn
                                                   THE DRISCOLL FIRM, P.C.
                                                   211 N. Broadway, 40th Floor
                                                   St. Louis, MO 63102
                                                   Tel: (314) 932-3232
                                                   Fax: (314) 932-3233
                                                   john@thedriscollfirm.com
                                                   chris@thedriscollfirm.com

                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: */s/ John J. Driscoll*
  John J. Driscoll
  Christopher J. Quinn
  THE DRISCOLL FIRM, P.C.
  211 N. Broadway, 40th Floor
  St. Louis, MO 63102
  Tel: (314) 932-3232
  Fax: (314) 932-3233
  john@thedriscollfirm.com
  chris@thedriscollfirm.com

  *Attorneys for Plaintiff*