**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**

*John B. Smith, III, individually and on behalf of James B. Smith, deceased,*
**Case No. 2:17-cv-12212**

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff in the above-listed action, through undersigned counsel, has moved the Court for leave to file his First Amended Complaint in order to correct clerical errors in the naming of the parties.  In support of his motion, Plaintiff respectfully states as follows:

Plaintiff James B. Smith filed his original complaint in this action on November 10, 2017. Due to a clerical error, the action was styled "John B. Smith, individually and on behalf of James B. Smith, deceased."  Plaintiff is not deceased, however, and therefore does not require a representative plaintiff; nor should the original complaint have included counts for wrongful death and survival action.  Plaintiff has submitted his proposed amended complaint herewith.  The proposed amended complaint is identical to the original complaint in all material respects except that it corrects the case style and the first paragraph (in which the plaintiff is identified) and removes counts alleging wrongful death and survival action.

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to file his First Amended Complaint in order to correct clerical errors in the naming of the parties and such other and further relief the Court deems just and proper.

Dated: March 1, 2018                          Respectfully submitted,

                              By:     */s/ John J. Driscoll*
                                      John J. Driscoll
                                      Christopher J. Quinn
                                      THE DRISCOLL FIRM, P.C.
                                      211 N. Broadway, 40th Floor
                                      St. Louis, MO 63102
                                      Tel: (314) 932-3232
                                      Fax: (314) 932-3233
                                      john@thedriscollfirm.com
                                      chris@thedriscollfirm.com

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By:     */s/ John J. Driscoll*
John J. Driscoll
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com

*Attorneys for Plaintiff*

3