UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION        :
                                     :   SECTION L
                                     :
                                     :   JUDGE ELDON E. FALLON
                                     :
                                     :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

JOSEPH SHEARIN v. JANSSEN PHARMACEUTICALS, INC., et al

No. 2:16-cv-8919

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss is hereby GRANTED and all that the Plaintiff's claims against all defendants in Joseph Shearin v. Janssen Pharmaceuticals, Inc., et al. are dismissed with prejudice.

Signed, this  28th  day of    February   , 2018.

*[signature: Eldon E. Fallon]*

Hon. Eldon E. Fallon
U.S. District Court Judge