UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Marvin Moran, Individually and as Representative of Gloria Moran, deceased v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-1599

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8678, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Marvin Moran, as surviving husband of Gloria Moran, is substituted for Plaintiff Gloria Moran as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE