**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Alfred Klein, et al. v. Janssen, et al.*
**Civil Action No. 2:15-cv-06873**

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

COMES NOW Plaintiff Alfred Klein and for his Motion for Substitution and Withdrawal of Counsel state as follows:

1. That on some unknown date Alfred Klein retained the Law Office of Andre LaPlace to represent him with regard to his pending Xarelto claim.

2. That on December 15, 2015 Alfred Klein retained The Bradley Law Firm to represent him with regard to his pending Xarelto claim.

3. That on December 16, 2015 The Law Office of Andre LaPlace filed a lawsuit on behalf of Plaintiff Alfred Klein.

4. That Alfred Klein suffers from a medical condition that affects his memory.

5. That on August 18, 2017 The Law Office of Andre LaPlace notified The Bradley Law Firm of its representation of Alfred Klein.

6. That Plaintiff Alfred Klein desires that The Law Office of Andre LaPlace withdraw from his pending case and that The Bradley Law Firm be substituted as counsel of record. *See* Exhibit 1 attached hereto.

7. That The Law Office of Andre LaPlace has no objection to their withdrawal from the case and has no objection for substitution of The Bradley Law Firm.

**WHEREFORE,** Plaintiff Alfred Klein requests that The Law Office of Andre LaPlace be permitted to withdraw and that The Bradley Law Firm be substituted as counsel of record.

Dated: March 1st, 2018

Respectfully submitted,

By: /s/ E. Ryan Bradley
E. Ryan Bradley
The Bradley Law Firm
Attorney for Plaintiff
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2765 (fax)
ryan@stllawhelp.com

By: /s/ André P. LaPlace  (with consent)
André P. LaPlace
2762 Continental Drive, Suite 103
Baton Rouge, LA  70808
(255) 924-6898 (phone)
(255) 924-6877 (fax)
alaw@andrelaplace.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 1, 2018, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the **Eastern District of Louisiana Courts E-Filing System** which was sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be place upon the original of the foregoing documents and that a copy of the foregoing was sent via the Court's efiling system to:

André P. LaPlace
2762 Continental Drive, Suite 103
Baton Rouge, LA 70808
(255) 924-6898 (phone)
(255) 924-6877 (fax)
alaw@andrelaplace.com