

THE BRADLEY LAW FIRM

SENT VIA EMAIL TO alaw@andrelaplace.com

Law Office of Andre LaPlace

    Re:    Alfred Klein
           Xarelto Claim DOI: October 30, 2015

Dear Sir or Madam:

    This letter is to let you know Alfred Klein retained this law firm in connection with the above-reference matter. Please see the client's executed termination of representation statement below.

    Would you kindly forward this Client's entire file (in electronic format if possible) to my attention along with a list of any out-of-pocket expenditures. If you are asserting an attorneys' lien, please forward a copy of the executed retainer or contingency fee contract executed by the Client.

    If you could send this file in the next seven days, we would appreciate it.

                                Sincerely,

                                *[signature]*

                                E. Ryan Bradley

---

TO: Law Office of Andre LaPlace

Please consider this as my formal request for termination of representation by the Law Office of Andre LaPlace, of my above-referenced Xarelto/Personal Injury Claim.

Executed this __3__ day of __September__, 2017.

__*Alfred C. Klein*__
By: Alfred Klein

witnessed by Abraham Staff
100 White Pine Dr
Albany NY 12203

*Abraham Staff [signature]*

ERB/sam

1424 Washington Ave., Suite 300, St. Louis, MO 63103
Office (800) 239-1764   Fax (314) 255-2768

EXHIBIT 1