## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |

### THIS DOCUMENT RELATES TO:

*Alfred Klein, et al. v. Janssen, et al.*
**Civil Action No. 2:15-cv-06873-EEF-MBN**

### ORDER

Now pending before the Court is a Motion to Withdraw and Substitute Counsel of

Records filed here on March 1, 2018. Upon consideration of said motion, it is hereby

ORDERED that this motion is GRANTED.

It is **ORDERED** that Andre' P. LaPlace is allowed to withdraw as counsel and that The

Bradley Law Firm be substituted as counsel of record.

The Clerk is instructed to substitute The Bradley Law Firm as counsel of record in place

of Fears Nachawati, PLLC, in the matter referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

Entered: _____

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

By:    */s/ E. Ryan Bradley*
            E. Ryan Bradley
            The Bradley Law Firm
            Attorney for Plaintiff
            1424 Washington Avenue, Ste 300
            St. Louis, MO 63103
            (314) 721-9111 (phone)
            (314) 255-2765 (fax)
            ryan@stllawhelp.com

By:    */s/ André P. LaPlace  (with consent)*
            André P. LaPlace
            2762 Continental Drive, Suite 103
            Baton Rouge, LA  70808
            (255) 924-6898 (phone)
            (255) 924-6877 (fax)
            alaw@andrelaplace.com