# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE ELDON E. FALLON <br> MAG. JUDGE:  MICHAEL NORTH <br><br> Civil Action No. 2:18-cv-00198 |

THIS DOCUMENT RELATES TO:
William Griggs v.
Janssen Pharmaceuticals, Inc., et al.

No. 2:18-cv-00198

## MOTION TO SUBSTITE PARTY PLAINTIFF

COME NOW Plaintiff, by and through their undersigned counsel, and moves this Court for an order substituting Patsy Griggs, as Personal Representative of William Griggs, in place and in stead of her deceased husband, William Griggs.  In support of this Motion, Plaintiff states the following:

1. A Complaint on behalf of William Griggs was previously filed in the above-referenced matter.

2. On September 30, 2017, William Griggs died.

3. On October, 25, 2017, Patsy Griggs was appointed Personal Representative of William Griggs.  See attached Exhibit A.

4. Patsy Griggs recently notified the undersigned of the death of William Griggs.

5. The decedent's wife, Patsy Griggs, is the proper Plaintiff and wishes to be substituted on behalf of William Griggs in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By: /s/Michael Kruse
Michael S. Kruse
Mark R. Niemeyer
10 S. Broadway, Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
kruse@ngklawfirm.com
niemeyer@ngklawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2018, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Michael S. Kruse