# EXHIBIT A

STATE OF SOUTH CAROLINA )
COUNTY OF <u>CHESTERFIELD</u> )
)
) IN THE PROBATE COURT
IN THE MATTER OF )
<u>WILLIAM JACK GRIGGS, JR</u> ) **CERTIFICATE OF APPOINTMENT**
(Decedent) ) CASE NUMBER: <u>2017ES1300358</u>

**This is to certify that**

<u>PATSY GIBSON GRIGGS</u>

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

In the above matter and that this appointment, having been executed on the <u>25th</u> day of <u>October</u>, <u>2017</u> is now in full force and effect.

**RESTRICTIONS:**

Executed this <u>25th</u> day of <u>October</u>, <u>2017</u>.

*Gail B. Ingram*
GAIL B INGRAM, PROBATE COURT JUDGE

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103