UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH<br><br>Civil Action No. 2:18-cv-00198 |

THIS DOCUMENT RELATES TO:
Patsy Griggs o/b/o
Her deceased husband, William Griggs v.
JANSSEN PHARMACEUTICALS, INC., et al.

No. 2:18-cv-00198

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, that Patsy Griggs, as Personal Representative of William Griggs, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
Eldon K. Fallon, United States District Court Judge