UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) Civil Action No:  2:17-cv-17148 |

THIS DOCUMENT RELATES TO:
Darlyn Maurer o/b/o
her deceased mother, Mary E. Stutts v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17148

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this

Honorable Court for an order substituting Darlyn Maurer on behalf of her deceased mother, Mary

E. Stutts, for the following reasons:

**I.**     On December 13th, 2017, Mary E. Stutts filed a Complaint in the above referenced matter.

**II.**     On August 29th, 2015, Mary E. Stutts died, without her daughter notifying her legal representatives.  Out of inadvertence or error, the referenced complaint was filed without prior knowledge of the claimants passing.

**III.**     The decedents daughter, Darlyn Maurer, is the Proper Plaintiff and wishes to be substituted on behalf of Mary E. Stutts, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 5th day of March 2018.

**LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

/S/CHRISTOPHER K. JOHNSTON
CHRISTOPHER K. JOHNSTON
CA STATE BAR NO. 261474
kyle@masstortslaw.com
DAVID B. OWEN JIMENEZ
USDCPR NO. 301113
david@masstortslaw.com
HATO REY CENTER
268 PONCE DE LEÓN AVE, SUITE 1020
SAN JUAN, PR 00918
TELEPHONE: (844) 345-3784
FACSIMILE: (844) 644-1230
www.masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)

2