UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) Civil Action No:  2:17-cv-17148 ) |

THIS DOCUMENT RELATES TO:
Darlyn Maurer o/b/o
her deceased mother, Mary E. Stutts v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17148

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Darlyn Maurer., on behalf

of her deceased mother, Mary E. Stutts, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon K. Fallon, United States District Court Juge