UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL No. 2592 SECTION L<br><br>JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH<br><br>Relates To: 2:15-cv-3872 2:15-cv-5234 2:15-cv-5992 2:15-cv-6950 2:16-cv-671 2:16-cv-6532 2:16-cv-10954 2:16-cv-15776 2:16-cv-16588 2:16-cv-3090 2:17-cv-388 |

**MOTION TO ENROLL AS
ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-listed actions, who motion to enroll Justin C. Roberts of the law firm of Roberts & Roberts as additional counsel of record.  Plaintiffs stipulate that Justin C. Roberts shall be designated as the Trial Attorney in their respective cases.  This motion is consented to by the counsel of record for Plaintiffs, Randell (Randy) C. Roberts.

                                                Respectfully submitted,
                                                By:      */s/ Justin C. Roberts*
                                                             JUSTIN C. ROBERTS
                                                             Texas Bar No. 24079221
                                                            Email: justin@robertslawfirm.com
                                                            ROBERTS & ROBERTS
                                                            118 West Fourth Street
                                                           Tyler, Texas  75701-4000
                                                           Ph: (903) 597-6655
                                                           Fax: (903) 597-1600
                                                           **Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Enroll as Additional Counsel of Record has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      */s/ Justin C. Roberts*
      Justin C. Roberts
      Texas Bar No. 24079221
      Email: justin@robertslawfirm.com
      ROBERTS & ROBERTS
      118 West Fourth Street
      Tyler, Texas 75701-4000
      Ph: (903) 597-6655
      Fax: (903) 597-1600