**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | **MDL No. 2592** |
| **PRODUCT LIABILITY LITIGATION** | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| | : | **Relates To:** |
| | : | **2:15-cv-3872** |
| | : | **2:15-cv-5234** |
| | : | **2:15-cv-5992** |
| | : | **2:15-cv-6950** |
| | : | **2:16-cv-671** |
| | : | **2:16-cv-6532** |
| | : | **2:16-cv-10954** |
| | : | **2:16-cv-15776** |
| | : | **2:16-cv-16588** |
| | : | **2:16-cv-3090** |
| _____ | : | **2:17-cv-388** |

## PROPOSED ORDER

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record:

IT IS ORDERED that Justin C. Roberts of the law firm of Roberts & Roberts be enrolled

as additional counsel of record and designated as Trial Attorney in the above-listed actions.


Signed New Orleans, Louisiana, this _____ day of _____, 2018.


_____
Eldon E. Fallon, United States District Court Judge