UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION16-md-2740

SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Ernyes-Kofler v. Sanofi S.A., et al.*, 2:17-cv-03867-KDE-MBN
*McCallister v. Sanofi S.A., et al.*, 2:17-cv-02356-KDE-MBN

### DEFENDANT SANOFI-AVENTIS U.S. LLC'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SUPPLEMENTAL MEMORANDUM OPPOSING PLAINTIFFS' MOTION TO REMAND

Defendant sanofi-aventis U.S. LLC ("sanofi"), through counsel, respectfully requests leave to file the instant Reply in Support of the Supplemental Memorandum Opposing Plaintiffs' Motion to Remand. (Rec. Doc. 1717). This Reply Memorandum will be helpful to the Court in considering the arguments raised by both Plaintiffs and sanofi on this issue.

**WHEREFORE**, Defendant sanofi-aventis U.S. LLC respectfully requests that this Court grant leave to file its Reply in Support of the Supplemental Memorandum Opposing Plaintiffs' Motion to Remand.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

> Harley V. Ratliff
> Adrienne L. Byard
> Kelly G. Bieri
> **SHOOK, HARDY& BACON L.L.P.**
> 2555 Grand Boulevard
> Kansas City, Missouri 64108
> Telephone: 816-474-6550
> Facsimile: 816-421-5547
> hratliff@shb.com
> abyard@shb.com
> kbieri@shb.com
>
> *Counsel for sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

> /s/ *Douglas J. Moore*