UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Ernys-Kofler v. Sanofi S.A., et al.*, 2:17-cv-03867-KDE-MBN (E.D. La.)
*McCallister, et al v. Sanofi S.A., et al.*, 2:17-cv-02356-KDE-MBN (E.D. La.)

## ORDER

Considering the Motion for Leave to File Reply in Support of Supplemental Memorandum Opposing Plaintiffs' Motion to Remand, filed by Defendant, sanofi-aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that sanofi-aventis U.S. LLC's proposed Reply in Support of Supplemental Memorandum Opposing Plaintiffs' Motion to Remand is hereby entered into the Court's docket.

_____
Hon. Kurt D. Engelhardt
UNITED STATES DISTRICT COURT JUDGE

1