UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No: 2:17-cv-6426 |

## STATEMENT NOTING A PARTY'S DEATH

THIS DOCUMENT RELATES TO:
Charles E. Jones o/b/o
His deceased wife, Viola O. Jones v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-6426

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Charles E. Jones, notes the death before pendency of this action of Plaintiff Viola O. Jones on March 9th, 2017.

**LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

/S/CHRISTOPHER K. JOHNSTON
CHRISTOPHER K. JOHNSTON
CA STATE BAR NO. 261474
kyle@masstortslaw.com
DAVID B. OWEN JIMENEZ
USDCPR NO. 301113
david@masstortslaw.com
HATO REY CENTER
268 PONCE DE LEÓN AVE, SUITE 1020
SAN JUAN, PR 00918
TELEPHONE: (844) 345-3784
FACSIMILE: (844) 644-1230
www.masstortslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)
