UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Barbara Settle v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-3836

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8741, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Stephen Settle, on behalf of the Estate of Barbara Settle, is substituted for Plaintiff Barbara Settle as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE