# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

## THIS DOCUMENT RELATES TO:

*Alfred Klein, et al. v. Janssen, et al.*
**Civil Action No. 2:15-cv-06873-EEF-MBN**

## ORDER

Now pending before the Court is a Motion to Withdraw and Substitute Counsel of Records filed here on March 1, 2018. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that Andre' P. LaPlace is allowed to withdraw as counsel and that E. Ryan Bradley of The Bradley Law Firm be substituted as counsel of record.

The Clerk is instructed to substitute E. Ryan Bradley of The Bradley Law Firm as counsel of record in place of Fears Nachawati, PLLC, in the matter referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

New Orleans, Louisiana this 2nd day of March, 2018

_____
UNITED STATES DISTRICT JUDGE