UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Beatrice Brown v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-3887

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff and Leave to File Amended Complaint, R. Doc. 8727, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Gregory Brown, as surviving child of Beatrice Brown and Personal Representative of the Estate of Beatrice Brown, is substituted for Plaintiff Beatrice Brown as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the motion for leave to file amended complaint is granted and that the Clerk of Court shall file the Amended Complaint attached to the motion.

New Orleans, Louisiana, this 5th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE