UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William Griggs v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:18-cv-198

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8745, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patsy Griggs, as personal representative of William Griggs, is substituted for Plaintiff William Griggs as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE