**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) MDL NO. 2592 ) |
| | ) SECTION: L |
| **PRODUCTS LIABILITY LITIGATION** | ) |
| | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| HELEN CARIMI v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:17-cv-07128 |
|---|---|

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO**
**SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

NOW COMES Plaintiff, by and through her undersigned counsel, who respectfully moves for this Honorable Court to grant an extension of time for Plaintiff to satisfy and cure the Plaintiff Fact Sheet Deficiency. Per this Courts order dated January 19, 2018, the deadline to cure the Plaintiff Fact Sheet Deficiency, issued by Defendants on December 1, 2017, was February 19th, 2018. , Plaintiff now requests an additional 60 days, with an alternative deadline of Friday, April 20, 2018, to provide the required documentation to cure the Plaintiff Fact Sheet Deficiency. Plaintiff submits the attached Memorandum in Support.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully request this Honorable Court grant an Extension of time to cure the Plaintiff Fact Sheet Deficiency to April 20, 2018.

                                          Respectfully submitted,

                                          MARC J. BERN & PARTNERS LLP

                                          By: */s/ Debra J. Humphrey* .
                                          Debra J. Humphrey (5050448)
                                          60 East 42$_{nd}$ St., Suite 950
                                          New York, NY 10165
                                          (212) 702-5000
                                          (212) 818-20164 (Fax)
                                          dhumphrey@bernllp.com
                                          Counsel for Plaintiff

Dated: March 5, 2018

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Second Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 5th day of March, 2018.

MARC J. BERN & PARTNERS LLP


By:*/s/ Debra J. Humphrey*            .
Debra J. Humphrey (5050448)
60 East 42$_{nd}$ St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff