# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| HELEN CARIMI v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, *et al.* | 2:17-cv-07128 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

In support of Plaintiff's Second Motion for Extension of Time to Satisfy the issued Plaintiff Fact Sheet Deficiency, Plaintiff states the following:

1) Plaintiff filed a Complaint in the above captioned matter on July 26, 2017.

2) Plaintiff submitted her Plaintiff Fact Sheet on September 14, 2017.

3) On December 1, 2017, Defendants issued one deficiency for the submitted Plaintiff Fact Sheet: Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user.

4) On December 1, 2017, Plaintiff's counsel attempted to contact Plaintiff but was unable to do so.

5) Since December 1, 2017, Plaintiff's counsel has continuously attempt to contact Plaintiff and, on December 20, 2017 after not having yet been able to reach Plaintiff, requested from Defendants an extension of time to cure the Plaintiff Fact Sheet Deficiency. .


6) On the evening of December 20, 2017, Plaintiff's counsel was contacted by Plaintiff and notified her of the deficiency. Plaintiff told counsel that she will work on obtaining the necessary documentation to cure the Deficiency.

7) On December 21, 2017, counsel for Defendants notified Plaintiff's counsel that they do not consent to the requested 60-day extension to cure the Plaintiff Fact Sheet Deficiency. Plaintiff filed a motion requesting a 60-day extension to allow Plaintiff to cure this deficiency and was granted the extension through an Order from this court (Rec. Doc. 8426).

8) Since the initial 60-day extension, counsel for Plaintiff has tried to contact the Plaintiff via the telephone, email and mail via CMRR and USPS on at least six occasions to follow-up with Plaintiff as to the documentation to cure the deficiency. Plaintiff's counsel was unable to reach Plaintiff but continues to diligently attempt contact, as there has been contact, though limited, with Plaintiff in the past.

9) On March 1st, 2018 Plaintiff's counsel requested from Defense counsel another 60-day extension due to the ongoing circumstances but was denied such extension.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an extension of the Plaintiff Fact Sheet Deadline until Friday, April 20, 2018.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:/s/ Debra J. Humphrey                         .
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

Date: March 5, 2018

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 5th day of March 2018.

                MARC J. BERN & PARTNERS LLP

                By: */s/ Debra J. Humphrey* .
                Debra J. Humphrey (5050448)
                60 East 42nd St., Suite 950
                New York, NY 10165
                (212) 702-5000
                (212) 818-20164 (Fax)
                dhumphrey@bernllp.com
                Counsel for Plaintiff