UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

The cases listed in the attached Exhibit A.

**NOTICE OF CHANGE OF ADDRESS**

  **COMES NOW,** Christopher K. Johnston of the Law Office of Christopher K. Johnston, LLC, the undersigned counsel for the Plaintiffs listed in the attached Exhibit A, who hereby gives notice to this Honorable Court, all parties, and all counsel of record who have made an appearance in these matters that the address of the Law Office of Christopher K. Johnston, LLC has changed. Effective immediately, the new address is as follows:

> **LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**
> **HATO REY CENTER**
> **268 PONCE DE LEON AVENUE**
> **SUITE 1020**
> **SAN JUAN, PR 00918**

The telephone number, facsimile number, and email address remain the same.

Dated**:** March 6, 2018         Respectfully submitted,

                 **LAW OFFICE OF**
                 **CHRISTOPHER K. JOHNSTON, LLC**

                 By: /s/ Christopher K. Johnston
                 Christopher K. Johnston
                 CA Bar No. 261474
                 Hato Rey Center
                 268 Ponce de Leon Avenue
                 Suite 1020
                 San Juan, PR 00918

Tel: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 6th day of March, 2018 a copy of the above and foregoing *Notice of Change of Address* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated**:**  March 6, 2018					Respectfully submitted,

							By: /s/ Christopher K. Johnston
							Christopher K. Johnston

# EXHIBIT A

| | |
|---|---|
| 2:17-cv-01222 | Kramer v. Janssen Research & Development LLC et al |
| 2:17-cv-02055 | Bisbey v. Janssen Research & Development LLC et al |
| 2:17-cv-02280 | Brown v. Janssen Research & Development LLC et al |
| 2:17-cv-02347 | Deloney v. Janssen Research & Development LLC et al |
| 2:17-cv-02475 | Murphy v. Janssen Research & Development LLC et al |
| 2:17-cv-03567 | Osborne v. Janssen Research & Development LLC et al |
| 2:17-cv-03728 | Brantley v. Janssen Research & Development LLC et al |
| 2:17-cv-03966 | King v. Janssen Research & Development LLC et al |
| 2:17-cv-03981 | Duquette v. Janssen Research & Development LLC et al |
| 2:17-cv-03982 | Marco Morales v. Janssen Research & Development LLC et al |
| 2:17-cv-03983 | Smith v. Janssen Research & Development LLC et al |
| 2:17-cv-03984 | Weldren v. Janssen Research & Development LLC et al |
| 2:17-cv-04112 | Gary v. Janssen Research & Development LLC et al |
| 2:17-cv-04113 | Eaton v. Janssen Research & Development LLC et al |
| 2:17-cv-04114 | Knutzen v. Janssen Research & Development LLC et al |
| 2:17-cv-04116 | Coffey v. Janssen Research & Development LLC et al |
| 2:17-cv-04119 | Hance v. Janssen Research & Development LLC, et al |
| 2:17-cv-04209 | Howard v. Janssen Research & Development LLC et al |
| 2:17-cv-04211 | Speer v. Janssen Research & Development LLC et al |
| 2:17-cv-04212 | Morris v. Janssen Research & Development LLC et al |
| 2:17-cv-04213 | Hoza v. Janssen Research & Development LLC et al |
| 2:17-cv-04218 | Hillard v. Janssen Research & Development LLC et al |
| 2:17-cv-04351 | Baker v. Janssen Research & Development LLC et al |
| 2:17-cv-04352 | Perry v. Janssen Research & Development LLC et al |
| 2:17-cv-04412 | Rider v. Janssen Research & Development LLC et al |
| 2:17-cv-04414 | Houston v. Janssen Research & Development LLC et al |
| 2:17-cv-04418 | Hatten v. Janssen Research & Development LLC et al |
| 2:17-cv-04423 | Putnam v. Janssen Research & Development LLC et al |
| 2:17-cv-04430 | Stickler v. Janssen Research & Development LLC et al |
| 2:17-cv-04438 | Nouryeh v. Janssen Research & Development LLC et al |
| 2:17-cv-04440 | Glazek v. Janssen Research & Development LLC et al |
| 2:17-cv-04446 | Heaton v. Janssen Research & Development LLC et al |
| 2:17-cv-04460 | Skeen v. Janssen Research & Development LLC et al |
| 2:17-cv-04478 | Anderson v. Janssen Research & Development LLC et al |
| 2:17-cv-04491 | Krinsky-Doty v. Janssen Research & Development LLC et al |
| 2:17-cv-04493 | Gauthier v. Janssen Research & Development LLC et al |
| 2:17-cv-04494 | Cutting v. Janssen Research & Development LLC et al |
| 2:17-cv-04505 | Green v. Janssen Research & Development LLC et al |
| 2:17-cv-04533 | Houze v. Janssen Research & Development LLC et al |
| 2:17-cv-04538 | Riggle v. Janssen Research & Development LLC et al |
| 2:17-cv-04541 | Rittmueller v. Janssen Research & Development LLC et al |

| Case Number | Case Name |
|---|---|
| 2:17-cv-04545 | Standoak v. Janssen Research & Development LLC et al |
| 2:17-cv-04585 | Douglas v. Janssen Research & Development LLC et al |
| 2:17-cv-04589 | Sullivan v. Janssen Research & Development LLC et al |
| 2:17-cv-04607 | Trent v. Janssen Research & Development LLC et al |
| 2:17-cv-04612 | Stowell v. Janssen Research & Development LLC et al |
| 2:17-cv-04622 | McDonald v. Janssen Research & Development LLC et al |
| 2:17-cv-04658 | Deloof v. Janssen Research & Development LLC et al |
| 2:17-cv-04666 | Jones v. Janssen Research & Development LLC et al |
| 2:17-cv-04668 | Newell v. Janssen Research & Development LLC et al |
| 2:17-cv-04671 | Winkler v. Janssen Research & Development LLC et al |
| 2:17-cv-04683 | Sauvola v. Janssen Research & Development LLC et al |
| 2:17-cv-04684 | Alexander v. Janssen Research & Development LLC et al |
| 2:17-cv-04685 | Kane v. Janssen Research & Development LLC et al |
| 2:17-cv-04691 | Hill v. Janssen Research & Development LLC et al |
| 2:17-cv-04695 | Smith v. Janssen Research & Development LLC et al |
| 2:17-cv-04720 | Mandigo v. Janssen Research & Development LLC et al |
| 2:17-cv-04765 | Parks v. Janssen Research & Development LLC et al |
| 2:17-cv-04769 | McGowan v. Janssen Research & Development LLC et al |
| 2:17-cv-04778 | Cononie v. Janssen Research & Development LLC et al |
| 2:17-cv-04919 | Frenkel v. Janssen Research & Development LLC et al |
| 2:17-cv-04920 | Thackerson v. Janssen Research & Development, LLC et al |
| 2:17-cv-05018 | Myers v. Janssen Research & Development LLC et al |
| 2:17-cv-05020 | Williams v. Janssen Research & Development LLC et al |
| 2:17-cv-05024 | Brent v. Janssen Research & Development LLC et al |
| 2:17-cv-05091 | Schwank v. Janssen Research & Development LLC et al |
| 2:17-cv-05098 | Rutledge v. Janssen Research & Development LLC et al |
| 2:17-cv-05118 | Williams v. Janssen Research & Development LLC et al |
| 2:17-cv-05159 | Fontanez v. Janssen Research & Development LLC et al |
| 2:17-cv-05266 | Sullivan v. Janssen Research & Development LLC et al |
| 2:17-cv-05506 | Holbrook v. Janssen Research & Development LLC et al |
| 2:17-cv-05514 | Rhodes v. Janssen Research & Development LLC et al |
| 2:17-cv-05520 | Moss v. Janssen Research & Development LLC et al |
| 2:17-cv-05523 | Peggy Linn Cross as the Proposed Personal Representative of the Estate of Floyd Edward Cross v. Janssen Research & Development LLC et al |
| 2:17-cv-05526 | Banks v. Janssen Research & Development LLC et al |
| 2:17-cv-05543 | Carter v. Janssen Research & Development LLC et al |
| 2:17-cv-05553 | Jones v. Janssen Research & Development LLC et al |
| 2:17-cv-05559 | Peters v. Janssen Research & Development LLC et al |
| 2:17-cv-05565 | Champion v. Janssen Research & Development LLC et al |
| 2:17-cv-05572 | McNeil v. Janssen Research & Development LLC et al |
| 2:17-cv-05580 | Fielding v. Janssen Research & Development LLC et al |
| 2:17-cv-05587 | Garland v. Janssen Research & Development LLC et al |
| 2:17-cv-05599 | Hays v. Janssen Research & Development LLC et al |
| 2:17-cv-05672 | Hensley v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-05675 | Faulkner v. Janssen Research & Development LLC et al |
| 2:17-cv-05682 | Hilliker v. Janssen Research & Development LLC et al |
| 2:17-cv-05686 | Stepney v. Janssen Research & Development LLC et al |
| 2:17-cv-05753 | Morrison v. Janssen Research & Development LLC et al |
| 2:17-cv-05756 | Crockett v. Janssen Research & Development LLC et al |
| 2:17-cv-05768 | Boyer v. Janssen Research & Development LLC et al |
| 2:17-cv-05776 | Houck v. Janssen Research & Development LLC, et al |
| 2:17-cv-05778 | Mason v. Janssen Research & Development LLC et al |
| 2:17-cv-05799 | Fankhauser v. Janssen Research & Development LLC et al |
| 2:17-cv-05811 | Jacobs v. Janssen Research & Development LLC et al |
| 2:17-cv-05820 | McClendon v. Janssen Research & Development LLC et al |
| 2:17-cv-05842 | Epert v. Janssen Research & Development LLC et al |
| 2:17-cv-05866 | Schultz v. Janssen Research & Development LLC et al |
| 2:17-cv-05871 | Marshall v. Janssen Research & Development LLC et al |
| 2:17-cv-05880 | Bentley v. Janssen Research & Development LLC et al |
| 2:17-cv-05891 | Hollis v. Janssen Research & Development LLC et al |
| 2:17-cv-05904 | Miller v. Janssen Research & Development LLC et al |
| 2:17-cv-05906 | Finley v. Janssen Research & Development LLC et al |
| 2:17-cv-05916 | Stout v. Janssen Research & Development LLC et al |
| 2:17-cv-05919 | Landry v. Janssen Research & Development LLC et al |
| 2:17-cv-05939 | Everett v. Janssen Research & Development LLC et al |
| 2:17-cv-05965 | Howell v. Janssen Research & Development LLC et al |
| 2:17-cv-05972 | Hough v. Janssen Research & Development LLC et al |
| 2:17-cv-05982 | Hernandez v. Janssen Research & Development LLC et al |
| 2:17-cv-05997 | Brown v. Janssen Research & Development LLC et al |
| 2:17-cv-05999 | Gjertsen v. Janssen Research & Development LLC et al |
| 2:17-cv-06018 | Bell v. Janssen Research & Development LLC et al |
| 2:17-cv-06019 | Koster v. Janssen Research & Development LLC et al |
| 2:17-cv-06036 | Wilson v. Janssen Research & Development LLC et al |
| 2:17-cv-06138 | Grignol v. Janssen Research & Development LLC et al |
| 2:17-cv-06218 | Craig v. Janssen Research & Development LLC et al |
| 2:17-cv-06251 | Endicott v. Janssen Research & Development LLC et al |
| 2:17-cv-06259 | Canada v. Janssen Research & Development LLC et al |
| 2:17-cv-06265 | Bethune v. Janssen Research & Development LLC, et al |
| 2:17-cv-06310 | Jones v. Janssen Research & Development LLC, et al |
| 2:17-cv-06317 | Lorish v. Janssen Research & Development LLC, et al |
| 2:17-cv-06379 | Sutton v. Janssen Research & Development LLC, et al |
| 2:17-cv-06390 | Yarrington v. Janssen Research & Development LLC et al |
| 2:17-cv-06424 | Moore v. Janssen Research & Development, LLC et al |
| 2:17-cv-06426 | Jones v. Janssen Research & Development LLC et al |
| 2:17-cv-06437 | Collins v. Janssen Research & Development LLC et al |
| 2:17-cv-06438 | Chambers v. Janssen Research & Development LLC et al |
| 2:17-cv-06439 | Jernigan v. Janssen Research & Development LLC et al |
| 2:17-cv-06440 | Rock v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-06444 | Bone v. Janssen Research & Development LLC et al |
| 2:17-cv-06445 | Babbitt v. Janssen Research & Development LLC et al |
| 2:17-cv-06449 | Ward v. Janssen Research & Development LLC et al |
| 2:17-cv-06454 | Tyndall v. Janssen Research & Development LLC et al |
| 2:17-cv-06455 | Gerardo v. Janssen Research & Development LLC et al |
| 2:17-cv-06456 | Dyer v. Janssen Research & Development LLC et al |
| 2:17-cv-06458 | Miller v. Janssen Research & Development LLC et al |
| 2:17-cv-06465 | Black v. Janssen Research & Development LLC et al |
| 2:17-cv-06466 | Ruggles v. Janssen Research & Development LLC et al |
| 2:17-cv-06469 | Dzierzanski v. Janssen Research & Development LLC et al |
| 2:17-cv-06474 | Albritton v. Janssen Research & Development LLC et al |
| 2:17-cv-06484 | Hollweck v. Janssen Research & Development LLC et al |
| 2:17-cv-06492 | Wagner v. Janssen Research & Development LLC et al |
| 2:17-cv-06501 | Leach v. Janssen Research & Development LLC et al |
| 2:17-cv-06534 | Beckley v. Janssen Research & Development LLC et al |
| 2:17-cv-06542 | Carr v. Janssen Research & Development LLC et al |
| 2:17-cv-06568 | Hays v. Janssen Research & Development LLC et al |
| 2:17-cv-06618 | Carlson v. Janssen Research & Development LLC et al |
| 2:17-cv-06619 | Hartley v. Janssen Research & Development LLC et al |
| 2:17-cv-06631 | Brenner v. Janssen Research & Development LLC et al |
| 2:17-cv-06644 | Cobb v. Janssen Research & Development LLC et al |
| 2:17-cv-06660 | Thomas v. Janssen Research & Development LLC et al |
| 2:17-cv-06661 | Fouch v. Janssen Research & Development LLC et al |
| 2:17-cv-06668 | Brackman v. Janssen Research & Development, LLC et al |
| 2:17-cv-06676 | Domingue v. Janssen Research & Development, LLC et al |
| 2:17-cv-06688 | Watley v. Janssen Research & Development, LLC et al |
| 2:17-cv-06695 | Montgomery v. Janssen Research & Development LLC et al |
| 2:17-cv-06711 | Belcher v. Janssen Research & Development LLC et al |
| 2:17-cv-06754 | Tapp v. Janssen Research & Development LLC et al |
| 2:17-cv-06760 | Johnson v. Janssen Research & Development LLC et al |
| 2:17-cv-06799 | Winstead v. Janssen Research & Development LLC et al |
| 2:17-cv-06805 | Yanez Garza v. Janssen Research Development LLC et al |
| 2:17-cv-06811 | Mullins Jr v. Janssen Research & Development LLC et al |
| 2:17-cv-06821 | Woods v. Janssen Research & Development LLC et al |
| 2:17-cv-06828 | Burns v. Janssen Research & Development LLC et al |
| 2:17-cv-06846 | Branom v. Janssen Research & Development LLC et al |
| 2:17-cv-06851 | Diaz v. Janssen Research & Development LLC et al |
| 2:17-cv-06854 | Carlgren v. Janssen Research & Development LLC et al |
| 2:17-cv-06882 | Cross v. Janssen Research & Development LLC et al |
| 2:17-cv-06924 | Robbins v. Janssen Research & Development LLC et al |
| 2:17-cv-06926 | Buckley v. Janssen Research & Development LLC et al |
| 2:17-cv-06930 | Casagranda v. Janssen Research & Development LLC et al |
| 2:17-cv-06938 | Rivera v. Janssen Research & Development LLC et al |
| 2:17-cv-06952 | Picillo v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-06958 | Costa v. Janssen Research & Development LLC et al |
| 2:17-cv-06964 | Kissolovege v. Janssen Research & Development LLC et al |
| 2:17-cv-06979 | Glunt v. Janssen Research & Development LLC et al |
| 2:17-cv-06982 | Matthews v. Janssen Research & Development LLC et al |
| 2:17-cv-06989 | James v. Janssen Research & Development LLC et al |
| 2:17-cv-07004 | Davenport v. Janssen Research & Development LLC et al |
| 2:17-cv-07042 | Hartmann v. Janssen Research & Development LLC et al |
| 2:17-cv-07054 | Dick v. Janssen Research & Development LLC et al |
| 2:17-cv-07058 | Zepka v. Janssen Research & Development LLC et al |
| 2:17-cv-07062 | Abbott v. Janssen Research & Development LLC et al |
| 2:17-cv-07075 | Nichols v. Janssen Research & Development LLC et al |
| 2:17-cv-07132 | Allen v. Janssen Research & Development LLC et al |
| 2:17-cv-07156 | Caramanico v. Janssen Research & Development LLC et al |
| 2:17-cv-07173 | Hull v. Janssen Research & Development LLC et al |
| 2:17-cv-07180 | Browning v. Janssen Research & Development LLC et al |
| 2:17-cv-07186 | Carldwell v. Janssen Research & Development LLC et al |
| 2:17-cv-07217 | Stadnik v. Janssen Research & Development LLC, et al |
| 2:17-cv-07240 | Barber v. Janssen Research & Development LLC et al |
| 2:17-cv-07254 | Keeser v. Janssen Research & Development LLC et al |
| 2:17-cv-07255 | Atkins v. Janssen Research & Development LLC et al |
| 2:17-cv-07260 | Kerby v. Janssen Research & Development LLC et al |
| 2:17-cv-07276 | Atkinson v. Janssen Research & Development LLC et al |
| 2:17-cv-07277 | Stigall v. Janssen Research & Development LLC et al |
| 2:17-cv-07283 | Moxon v. Janssen Research & Development LLC et al |
| 2:17-cv-07293 | Breden v. Janssen Research & Development LLC et al |
| 2:17-cv-07304 | Gross v. Janssen Research & Development LLC et al |
| 2:17-cv-07314 | Steele v. Janssen Research & Development LLC et al |
| 2:17-cv-07338 | Church v. Janssen Research & Development LLC et al |
| 2:17-cv-07355 | Pangle v. Janssen Research & Development LLC et al |
| 2:17-cv-07394 | Johnson v. Janssen Research & Development LLC et al |
| 2:17-cv-07399 | Lang v. Janssen Research & Development LLC et al |
| 2:17-cv-07446 | Riggins v. Janssen Research & Development LLC, et al |
| 2:17-cv-07542 | Allen v. Janssen Research & Development LLC et al |
| 2:17-cv-07560 | Turner v. Janssen Research & Development LLC et al |
| 2:17-cv-07562 | Gandar v. Janssen Research & Development LLC et al |
| 2:17-cv-07566 | Dempsey v. Janssen Research & Development LLC et al |
| 2:17-cv-07620 | Blevins v. Janssen Research & Development LLC et al |
| 2:17-cv-07624 | Melton v. Janssen Research & Development LLC et al |
| 2:17-cv-07628 | Donovan v. Janssen Research & Development LLC et al |
| 2:17-cv-07630 | Varner v. Janssen Research & Development LLC et al |
| 2:17-cv-07635 | Bafford v. Janssen Research & Development LLC, et al |
| 2:17-cv-07654 | Harris v. Janssen Research & Development LLC et al |
| 2:17-cv-07660 | Fulton v. Janssen Research & Development LLC et al |
| 2:17-cv-07664 | Williams v. Janssen Research & Development LLC et al |

| Case Number | Case Name |
|---|---|
| 2:17-cv-07674 | Bell v. Janssen Research & Development LLC et al |
| 2:17-cv-07684 | Petrimoulx v. Janssen Research & Development LLC et al |
| 2:17-cv-07685 | Backhaus v. Janssen Research & Development LLC et al |
| 2:17-cv-07686 | Thaxton v. Janssen Research & Development LLC et al |
| 2:17-cv-07688 | Barrett v. Janssen Research & Development LLC et al |
| 2:17-cv-07697 | Krueger v. Janssen Research & Development LLC et al |
| 2:17-cv-07698 | Rippee v. Janssen Research & Development LLC et al |
| 2:17-cv-07702 | Fendley v. Janssen Research & Development LLC et al |
| 2:17-cv-07703 | Soltis v. Janssen Research & Development LLC et al |
| 2:17-cv-07705 | Gillespie v. Janssen Research & Development LLC et al |
| 2:17-cv-07716 | Dunn v. Janssen Research & Development LLC et al |
| 2:17-cv-07745 | Finley v. Janssen Research & Development LLC et al |
| 2:17-cv-07747 | Smith v. Janssen Research & Development LLC, et al |
| 2:17-cv-07748 | Cheslock v. Janssen Research & Development LLC et al |
| 2:17-cv-07750 | Smith v. Janssen Research & Development, LLC et al |
| 2:17-cv-07754 | Robertson v. Janssen Research & Development LLC et al |
| 2:17-cv-07756 | Schoby v. Janssen Research & Development LLC et al |
| 2:17-cv-07761 | Harms v. Janssen Research & Development, LLC et al |
| 2:17-cv-07817 | Millsaps v. Janssen Research & Development LLC et al |
| 2:17-cv-07829 | Skidmore v. Janssen Research & Development LLC et al |
| 2:17-cv-07849 | Burker v. Janssen Research & Development LLC et al |
| 2:17-cv-07882 | Buzak v. Janssen Research & Development LLC et al |
| 2:17-cv-07903 | Hood v. Janssen Research & Development LLC et al |
| 2:17-cv-07912 | Pate v. Janssen Research & Development LLC et al |
| 2:17-cv-07935 | Osborn v. Janssen Research & Development LLC et al |
| 2:17-cv-07958 | London v. Janssen Research & Development LLC et al |
| 2:17-cv-07985 | Hendricks v. Janssen Research & Development LLC et al |
| 2:17-cv-08018 | Sandusky v. Janssen Research & Development LLC et al |
| 2:17-cv-08020 | Golden v. Janssen Research & Development LLC et al |
| 2:17-cv-08032 | Gass v. Janssen Research & Development LLC et al |
| 2:17-cv-08047 | Laur v. Janssen Research & Development LLC et al |
| 2:17-cv-08049 | Thomas v. Janssen Research & Development LLC et al |
| 2:17-cv-08051 | Gatliff v. Janssen Research & Development LLC et al |
| 2:17-cv-08054 | Sienko v. Janssen Research & Development LLC et al |
| 2:17-cv-08055 | Spencer v. Janssen Research & Development LLC et al |
| 2:17-cv-08057 | Rickerd v. Janssen Research & Development LLC et al |
| 2:17-cv-08065 | Sanderson v. Janssen Research & Development LLC et al |
| 2:17-cv-08086 | Erlich v. Janssen Research & Development LLC et al |
| 2:17-cv-08092 | Bordner v. Janssen Research & Development LLC et al |
| 2:17-cv-08095 | Arceneaux v. Janssen Research & Development LLC et al |
| 2:17-cv-08109 | Williams v. Janssen Research & Development LLC et al |
| 2:17-cv-08111 | Devereaux v. Janssen Research & Development LLC et al |
| 2:17-cv-08119 | Petrillo v. Janssen Research & Development LLC et al |
| 2:17-cv-08139 | Middleton v. Janssen Research & Development LLC et al |

| Case Number | Case Name |
|---|---|
| 2:17-cv-08145 | Davis v. Janssen Research & Development LLC et al |
| 2:17-cv-08148 | Smith v. Janssen Research & Development LLC et al |
| 2:17-cv-08152 | Warren v. Janssen Research & Development LLC et al |
| 2:17-cv-08153 | Caine v. Janssen Research & Development LLC et al |
| 2:17-cv-08156 | Thompson v. Janssen Research & Development LLC et al |
| 2:17-cv-08159 | Welsh v. Janssen Research & Development LLC et al |
| 2:17-cv-08181 | Anderson v. Janssen Research & Development LLC et al |
| 2:17-cv-08195 | Cochran v. Janssen Research & Development LLC et al |
| 2:17-cv-08236 | Hammers v. Janssen Research & Development LLC et al |
| 2:17-cv-08256 | Pitz v. Janssen Research & Development LLC et al |
| 2:17-cv-08257 | Null v. Janssen Research & Development LLC et al |
| 2:17-cv-08271 | Reed v. Janssen Research & Development LLC et al |
| 2:17-cv-08276 | Lowe v. Janssen Research & Development LLC et al |
| 2:17-cv-08282 | Ewert v. Janssen Research & Development LLC et al |
| 2:17-cv-08300 | Chester v. Janssen Research & Development LLC et al |
| 2:17-cv-08322 | Gundrum v. Janssen Research & Development LLC et al |
| 2:17-cv-08325 | Morris v. Janssen Research & Development LLC et al |
| 2:17-cv-08344 | Sheppard v. Janssen Research & Development LLC et al |
| 2:17-cv-08359 | Galles v. Janssen Research & Development LLC et al |
| 2:17-cv-08365 | Jones v. Janssen Research & Development LLC et al |
| 2:17-cv-08374 | Miller v. Janssen Research & Development LLC et al |
| 2:17-cv-08389 | Hoots v. Janssen Research & Development LLC et al |
| 2:17-cv-08406 | Larson v. Janssen Research & Development LLC et al |
| 2:17-cv-08408 | Robinson v. Janssen Research & Development LLC et al |
| 2:17-cv-08436 | Senderling v. Janssen Research & Development LLC et al |
| 2:17-cv-08459 | Mouton v. Janssen Research & Development LLC et al |
| 2:17-cv-08466 | Cate v. Janssen Research & Development LLC et al |
| 2:17-cv-08471 | Hopper v. Janssen Research & Development LLC et al |
| 2:17-cv-08483 | James v. Janssen Research & Development LLC et al |
| 2:17-cv-08497 | Eubanks v. Janssen Research & Development LLC et al |
| 2:17-cv-08508 | Stillwell v. Janssen Research & Development LLC et al |
| 2:17-cv-08515 | Cheese v. Janssen Research & Development LLC et al |
| 2:17-cv-08523 | Mozingo v. Janssen Research & Development LLC et al |
| 2:17-cv-08529 | Parker v. Janssen Research & Development LLC et al |
| 2:17-cv-08537 | Brown v. Janssen Research & Development LLC et al |
| 2:17-cv-08573 | Whitehouse v. Janssen Research & Development LLC et al |
| 2:17-cv-08584 | McFarland v. Janssen Research & Development LLC et al |
| 2:17-cv-08596 | Aiello v. Janssen Research & Development LLC et al |
| 2:17-cv-08600 | Keel v. Janssen Research & Development LLC et al |
| 2:17-cv-08875 | Jolliff v. Janssen Research & Development LLC et al |
| 2:17-cv-08885 | King v. Janssen Research & Development LLC et al |
| 2:17-cv-08927 | Terrore v. Janssen Research & Development LLC et al |
| 2:17-cv-08939 | Isom v. Janssen Research & Development LLC et al |
| 2:17-cv-09017 | Pellegrino v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-09046 | Brown v. Janssen Research & Development LLC et al |
| 2:17-cv-09057 | Bailey v. Janssen Research & Development LLC et al |
| 2:17-cv-09071 | Mieski v. Janssen Research & Development LLC et al |
| 2:17-cv-09100 | Birkas v. Janssen Research & Development LLC et al |
| 2:17-cv-09114 | Berlin v. Janssen Research & Development LLC et al |
| 2:17-cv-09115 | Seberry v. Janssen Research & Development LLC et al |
| 2:17-cv-09145 | Lindemann v. Janssen Research & Development LLC et al |
| 2:17-cv-09185 | Cook v. Janssen Research & Development LLC et al |
| 2:17-cv-09193 | Hardy v. Janssen Research & Development LLC et al |
| 2:17-cv-09195 | Escalera v. Janssen Research & Development LLC et al |
| 2:17-cv-09287 | Gordon v. Janssen Research & Development LLC et al |
| 2:17-cv-10914 | Klauder v. Janssen Research & Development LLC et al |
| 2:17-cv-10922 | Wood v. Janssen Research & Development LLC et al |
| 2:17-cv-10946 | Jackson v. Janssen Research & Development LLC et al |
| 2:17-cv-10998 | Lafar v. Janssen Research & Development LLC et al |
| 2:17-cv-11054 | Baldridge v. Janssen Research & Development LLC et al |
| 2:17-cv-11164 | Scott v. Janssen Research & Development LLC et al |
| 2:17-cv-11241 | Peebles v. Janssen Research & Development LLC et al |
| 2:17-cv-11254 | Johnson v. Janssen Research & Development LLC et al |
| 2:17-cv-11282 | Weaver v. Janssen Research & Development LLC et al |
| 2:17-cv-11299 | Owens v. Janssen Research & Development LLC et al |
| 2:17-cv-11312 | Jones v. Janssen Research & Development LLC et al |
| 2:17-cv-11359 | Kurtzworth v. Janssen Research & Development LLC et al |
| 2:17-cv-11373 | Yuva v. Janssen Research & Development LLC et al |
| 2:17-cv-11389 | Sanchez v. Janssen Research & Development LLC et al |
| 2:17-cv-11506 | Jones v. Janssen Research & Development LLC et al |
| 2:17-cv-11580 | Collins v. Janssen Research & Development LLC et al |
| 2:17-cv-11601 | Tubbs v. Janssen Research & Development LLC et al |
| 2:17-cv-11624 | Charran v. Janssen Research & Development LLC et al |
| 2:17-cv-11662 | Zarate v. Janssen Research & Development LLC et al |
| 2:17-cv-11670 | Gardner v. Janssen Research & Development LLC et al |
| 2:17-cv-11779 | Whaley v. Janssen Research & Development LLC et al |
| 2:17-cv-11833 | McReavy v. Janssen Research & Development LLC et al |
| 2:17-cv-11854 | Wojcik v. Janssen Research & Development LLC et al |
| 2:17-cv-12056 | Moore v. Janssen Research & Development LLC et al |
| 2:17-cv-12103 | Truelove v. Janssen Research & Development LLC et al |
| 2:17-cv-12289 | Jimenez v. Janssen Research & Development LLC et al |
| 2:17-cv-12448 | Bradley v. Janssen Research & Development LLC et al |
| 2:17-cv-12458 | Cherry v. Janssen Research & Development LLC et al |
| 2:17-cv-12471 | Heldreth v. Janssen Research & Development LLC et al |
| 2:17-cv-12485 | Hampton v. Janssen Research & Development LLC et al |
| 2:17-cv-12507 | Holz v. Janssen Research & Development LLC et al |
| 2:17-cv-12534 | Forte v. Janssen Research & Development LLC et al |
| 2:17-cv-12557 | Hayter v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-12562 | Broadnax v. Janssen Research & Development LLC et al |
| 2:17-cv-12566 | Fisher v. Janssen Research & Development LLC et al |
| 2:17-cv-12583 | Livingston v. Janssen Research & Development LLC et al |
| 2:17-cv-12597 | Suleiman v. Janssen Research & Development LLC et al |
| 2:17-cv-12602 | Bustos v. Janssen Research & Development LLC et al |
| 2:17-cv-12641 | Thompson v. Janssen Research & Development LLC et al |
| 2:17-cv-12642 | Nunnery v. Janssen Research & Development LLC et al |
| 2:17-cv-12758 | Sherfy v. Janssen Research & Development LLC et al |
| 2:17-cv-12764 | Goldberg v. Janssen Research & Development LLC et al |
| 2:17-cv-12807 | Hertzberg v. Janssen Research & Development LLC et al |
| 2:17-cv-12827 | Wolfe v. Janssen Research & Development LLC et al |
| 2:17-cv-12888 | Harris v. Janssen Research & Development LLC et al |
| 2:17-cv-12905 | Clark v. Janssen Research & Development LLC et al |
| 2:17-cv-12908 | Marilou Whalen v. Janssen Research & Development LLC et al |
| 2:17-cv-12972 | Knoble v. Janssen Research & Development LLC et al |
| 2:17-cv-12998 | Nelson v. Janssen Research & Development LLC et al |
| 2:17-cv-13419 | Giles v. Janssen Research & Development LLC et al |
| 2:17-cv-13434 | Snow v. Janssen Research & Development LLC et al |
| 2:17-cv-13468 | Shepard v. Janssen Research & Development LLC et al |
| 2:17-cv-13510 | Dunson v. Janssen Research & Development LLC et al |
| 2:17-cv-13512 | Blakley v. Janssen Research & Development LLC et al |
| 2:17-cv-13514 | Messer v. Janssen Research & Development LLC et al |
| 2:17-cv-13606 | Chaikin v. Janssen Research & Development LLC et al |
| 2:17-cv-13623 | Bornmann v. Janssen Research & Development LLC et al |
| 2:17-cv-13649 | Seely v. Janssen Research & Development LLC et al |
| 2:17-cv-13656 | Lavelle v. Janssen Research & Development LLC et al |
| 2:17-cv-13720 | Brancaccio-Quelal v. Janssen Research & Development LLC et al |
| 2:17-cv-13750 | Yezierski v. Janssen Research & Development LLC et al |
| 2:17-cv-13834 | Bovio v. Janssen Research & Development LLC et al |
| 2:17-cv-13858 | Linville v. Janssen Research & Development LLC et al |
| 2:17-cv-13951 | Moylan v. Janssen Research & Development LLC et al |
| 2:17-cv-14018 | Toy v. Janssen Research & Development LLC et al |
| 2:17-cv-14592 | Ward v. Janssen Research & Development LLC et al |
| 2:17-cv-14709 | Sahlberg v. Janssen Research & Development LLC et al |
| 2:17-cv-14761 | Brayden v. Janssen Research & Development LLC et al |
| 2:17-cv-14815 | Jessen v. Janssen Research & Development LLC et al |
| 2:17-cv-14953 | Shelton v. Janssen Research & Development LLC, et al |
| 2:17-cv-14962 | Cooper v. Janssen Research & Development LLC, et al |
| 2:17-cv-15028 | Bradford v. Janssen Research & Development LLC, et al |
| 2:17-cv-15109 | Chesney v. Janssen Research & Development LLC, et al |
| 2:17-cv-15190 | Prather v. Janssen Research & Development LLC, et al |
| 2:17-cv-15236 | Edwards v. Janssen Research & Development LLC, et al |
| 2:17-cv-15310 | Goodwin v. Janssen Research & Development LLC, et al |
| 2:17-cv-15352 | Jones v. Janssen Research & Development LLC, et al |

| | |
|---|---|
| 2:17-cv-15388 | Gray III v. Janssen Research & Development LLC, et al |
| 2:17-cv-15516 | Pickels v. Janssen Research & Development, LLC et al |
| 2:17-cv-15562 | Pittman v. Janssen Research & Development LLC et al |
| 2:17-cv-15676 | Sheffield v. Janssen Research & Development LLC et al |
| 2:17-cv-15703 | Jones v. Janssen Research & Development LLC et al |
| 2:17-cv-15763 | Delano v. Janssen Research & Development LLC et al |
| 2:17-cv-15873 | Roberts v. Janssen Research & Development LLC et al |
| 2:17-cv-15909 | Wilson v. Janssen Research & Development LLC et al |
| 2:17-cv-16046 | Washington v. Janssen Research & Development LLC et al |
| 2:17-cv-16608 | Boman v. Janssen Research & Development LLC et al |
| 2:17-cv-16631 | Coble v. Janssen Research & Development LLC et al |
| 2:17-cv-16674 | Johnson v. Janssen Research & Development LLC et al |
| 2:17-cv-16748 | Mitchell v. Janssen Research & Development LLC et al |
| 2:17-cv-16798 | Miller v. Janssen Research & Development LLC et al |
| 2:17-cv-16840 | Cornwell v. Janssen Research & Development LLC et al |
| 2:17-cv-17072 | Smith v. Janssen Research & Development LLC et al |
| 2:17-cv-17092 | Wilbourn v. Janssen Research & Development LLC et al |
| 2:17-cv-17098 | Joyner v. Janssen Research & Development LLC et al |
| 2:17-cv-17113 | Simacek v. Janssen Research & Development LLC et al |
| 2:17-cv-17148 | Stutts v. Janssen Research & Development LLC et al |
| 2:17-cv-17154 | Sweetser v. Janssen Research & Development LLC et al |
| 2:17-cv-17156 | Latta v. Janssen Research & Development LLC et al |
| 2:17-cv-17158 | Wedge v. Janssen Research & Development LLC, et al |
| 2:17-cv-17162 | Holmes v. Janssen Research & Development LLC, et al |
| 2:17-cv-17166 | Smith v. Janssen Research & Development LLC et al |
| 2:17-cv-17171 | Smith v. Janssen Research & Development LLC et al |
| 2:17-cv-17176 | Peterson v. Janssen Research & Development LLC, et al |
| 2:17-cv-17177 | Williams v. Janssen Research & Development LLC, et al |
| 2:17-cv-17183 | Heider v. Janssen Research & Development LLC, et al |
| 2:17-cv-17184 | Kvietkus v. Janssen Research & Development LLC, et al |
| 2:17-cv-17192 | Schneider v. Janssen Research & Development LLC, et al |
| 2:17-cv-17193 | Jayroe v. Janssen Research & Development LLC et al |
| 2:17-cv-17197 | Nokes v. Janssen Research & Development LLC et al |
| 2:17-cv-17199 | Struski v. Janssen Research & Development LLC et al |
| 2:17-cv-17202 | Hudson v. Janssen Research & Development LLC et al |
| 2:17-cv-17239 | Cathey v. Janssen Research & Development LLC et al |
| 2:17-cv-17240 | Perron v. Janssen Research & Development LLC et al |
| 2:17-cv-17241 | Franklin v. Janssen Research & Development LLC et al |
| 2:17-cv-17248 | McLellan v. Janssen Research & Development LLC et al |
| 2:17-cv-17251 | Wheat v. Janssen Research & Development LLC et al |
| 2:17-cv-17252 | Davis v. Janssen Research & Development LLC et al |
| 2:17-cv-17256 | Shernius v. Janssen Research & Development LLC et al |
| 2:17-cv-17258 | Masisak v. Janssen Research & Development LLC et al |
| 2:17-cv-17266 | Thomas v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-17271 | Thompson v. Janssen Research & Development LLC et al |
| 2:17-cv-17285 | Trainor v. Janssen Research & Development LLC et al |
| 2:17-cv-17291 | Daujatas v. Janssen Research & Development LLC et al |
| 2:17-cv-17300 | Anderson v. Janssen Research & Development LLC et al |
| 2:17-cv-17301 | Mochrie v. Janssen Research & Development LLC et al |
| 2:17-cv-17318 | Clute v. Janssen Research & Development LLC et al |
| 2:17-cv-17320 | Athanas v. Janssen Research & Development LLC et al |
| 2:17-cv-17323 | Frantz v. Janssen Research & Development LLC et al |
| 2:17-cv-17325 | Muldoon v. Janssen Research & Development LLC et al |
| 2:17-cv-17329 | Ellis v. Janssen Research & Development LLC et al |
| 2:17-cv-17333 | Lenoir v. Janssen Research & Development LLC et al |
| 2:17-cv-17341 | Goodwin v. Janssen Research & Development LLC et al |
| 2:17-cv-17367 | Hubbard v. Janssen Research & Development LLC et al |
| 2:17-cv-17374 | Suanez v. Janssen Research & Development LLC et al |
| 2:17-cv-17375 | Moses v. Janssen Research & Development LLC et al |
| 2:17-cv-17378 | Odoms v. Janssen Research & Development LLC et al |
| 2:17-cv-17385 | Cutliff v. Janssen Research & Development LLC et al |
| 2:17-cv-17388 | Elston v. Janssen Research & Development LLC et al |
| 2:17-cv-17390 | Eversley v. Janssen Research & Development LLC et al |
| 2:17-cv-17391 | Creel v. Janssen Research & Development LLC et al |
| 2:17-cv-17405 | Looney v. Janssen Research & Development LLC, et al |
| 2:17-cv-17406 | Quemore v. Janssen Research & Development LLC, et al |
| 2:17-cv-17407 | Avery v. Janssen Research & Development LLC, et al |
| 2:17-cv-17408 | Elliot v. Janssen Research & Development LLC, et al |
| 2:17-cv-17409 | Samuels v. Janssen Research & Development LLC, et al |
| 2:17-cv-17410 | McKenzie v. Janssen Research & Development LLC, et al |
| 2:17-cv-17413 | McJunkin v. Janssen Research & Development LLC, et al |
| 2:17-cv-17415 | Alvarez v. Janssen Research & Development LLC, et al |
| 2:17-cv-17416 | Brailsford v. Janssen Research & Development LLC, et al |
| 2:17-cv-17418 | Ankrom v. Janssen Research & Development LLC, et al |
| 2:17-cv-17419 | Dixon v. Janssen Research & Development LLC, et al |
| 2:17-cv-17432 | Charbonneau v. Janssen Research & Development LLC et al |
| 2:17-cv-17434 | Parker v. Janssen Research & Development LLC et al |
| 2:17-cv-17436 | Mullin v. Janssen Research & Development LLC et al |
| 2:17-cv-17445 | McClendon v. Janssen Research & Development LLC et al |
| 2:17-cv-17451 | Neutzman v. Janssen Research & Development LLC et al |
| 2:17-cv-17452 | Castleman v. Janssen Research & Development LLC et al |
| 2:17-cv-17453 | Johnson v. Janssen Research & Development LLC et al |
| 2:17-cv-17456 | Collver v. Janssen Research & Development LLC et al |
| 2:17-cv-17458 | Madrid v. Janssen Research & Development LLC et al |
| 2:17-cv-17465 | Frankenberry v. Janssen Research & Development LLC et al |
| 2:17-cv-17467 | Wloszkiewicz v. Janssen Research & Development LLC et al |
| 2:17-cv-17468 | Schlesinger v. Janssen Research & Development LLC et al |
| 2:17-cv-17471 | Molohon v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-17475 | Greenberg v. Janssen Research & Development LLC et al |
| 2:17-cv-17488 | Duerr v. Janssen Research & Development LLC et al |
| 2:17-cv-17489 | Carlson v. Janssen Research & Development LLC et al |
| 2:17-cv-17490 | Nelson v. Janssen Research & Development LLC et al |
| 2:17-cv-17492 | Zickefoose v. Janssen Research & Development LLC et al |
| 2:17-cv-17504 | Rogers v. Janssen Research & Development LLC et al |
| 2:17-cv-17506 | Hernandez v. Janssen Research & Development LLC et al |
| 2:17-cv-17509 | Sutherland v. Janssen Research & Development LLC et al |
| 2:17-cv-17518 | Gilbert v. Janssen Research & Development LLC, et al |
| 2:17-cv-17524 | Fisher v. Janssen Research & Development LLC, et al |
| 2:17-cv-17526 | Gibson v. Janssen Research & Development LLC, et al |
| 2:17-cv-17538 | Brunner v. Janssen Research & Development LLC et al |
| 2:17-cv-17541 | Linton v. Janssen Research & Development LLC et al |
| 2:17-cv-17543 | Hampton v. Janssen Research & Development LLC et al |
| 2:17-cv-17553 | Wilson v. Janssen Research & Development LLC, et al |
| 2:17-cv-17556 | Elliott v. Janssen Research & Development LLC et al |
| 2:17-cv-17558 | Riekenberg v. Janssen Research & Development LLC et al |
| 2:17-cv-17564 | Larry W Arledge v. Janssen Research & Development LLC et al |
| 2:17-cv-17566 | Gibson v. Janssen Research & Development LLC et al |
| 2:17-cv-17567 | Crofford v. Janssen Research & Development LLC et al |
| 2:17-cv-17570 | Karpel v. Janssen Research & Development LLC et al |
| 2:17-cv-17571 | Haxel v. Janssen Research & Development LLC et al |
| 2:17-cv-17575 | Creed v. Janssen Research & Development LLC et al |
| 2:17-cv-17615 | Gibbs v. Janssen Research & Development LLC et al |
| 2:17-cv-17636 | Chikos v. Janssen Research & Development LLC et al |
| 2:17-cv-17640 | Clough v. Janssen Research & Development LLC et al |
| 2:17-cv-17644 | Van Den Bosch v. Janssen Research & Development LLC et al |
| 2:17-cv-17649 | Wilson v. Janssen Research & Development LLC et al |
| 2:17-cv-17651 | Mackin v. Janssen Research & Development LLC et al |
| 2:17-cv-17656 | Perry v. Janssen Research & Development LLC et al |
| 2:17-cv-17671 | Melvin v. Janssen Research & Development LLC et al |
| 2:17-cv-17673 | Hill v. Janssen Research & Development LLC et al |
| 2:17-cv-17680 | Adams v. Janssen Research & Development LLC et al |
| 2:17-cv-17682 | Ficarro v. Janssen Research & Development LLC et al |
| 2:17-cv-17683 | Warrick v. Janssen Research & Development LLC et al |
| 2:17-cv-17695 | Miller v. Janssen Research & Development LLC et al |
| 2:17-cv-17698 | Giniel v. Janssen Research & Development LLC et al |
| 2:17-cv-17704 | King v. Janssen Research & Development LLC et al |
| 2:17-cv-17715 | Duboise v. Janssen Research & Development LLC et al |
| 2:17-cv-17718 | Helms v. Janssen Research & Development LLC et al |
| 2:17-cv-17721 | Moore-Gates v. Janssen Research & Development LLC et al |
| 2:17-cv-17827 | McBee v. Janssen Research & Development LLC et al |
| 2:17-cv-17839 | Jeremiah Partsch as the Proposed Personal Representative of the Estate of Laurie J. Nasberg v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-17841 | Boone v. Janssen Research & Development LLC et al |
| 2:17-cv-17842 | Eyerman v. Janssen Research & Development LLC et al |
| 2:17-cv-17843 | Elkhouly v. Janssen Research & Development LLC et al |
| 2:17-cv-17844 | Witten v. Janssen Research & Development LLC et al |
| 2:17-cv-17915 | Tiller v. Janssen Research & Development LLC et al |
| 2:17-cv-17922 | Bullock v. Janssen Research & Development LLC et al |
| 2:17-cv-17923 | Tommarello-Perkins v. Janssen Research & Development LLC et al |
| 2:17-cv-17931 | Winston v. Janssen Research & Development LLC et al |
| 2:17-cv-17932 | Walker v. Janssen Research & Development LLC et al |
| 2:17-cv-17953 | Bacon v. Janssen Research & Development LLC et al |
| 2:17-cv-17962 | Mehosky v. Janssen Research & Development LLC et al |
| 2:17-cv-17964 | Bingham v. Janssen Research & Development LLC et al |
| 2:18-cv-00063 | Hart v. Janssen Research & Development LLC et al |
| 2:18-cv-00091 | Rodriguez v. Janssen Research & Development LLC et al |
| 2:18-cv-00105 | Figueredo v. Janssen Research & Development LLC et al |
| 2:18-cv-00163 | Cook v. Janssen Research & Development LLC et al |
| 2:18-cv-00208 | Langley v. Janssen Research & Development LLC et al |
| 2:18-cv-00215 | Shockley v. Janssen Research & Development LLC et al |
| 2:18-cv-00223 | Walker v. Janssen Research & Development LLC et al |
| 2:18-cv-00230 | Hardin v. Janssen Research & Development LLC et al |
| 2:18-cv-00235 | Goldberg v. Janssen Research & Development LLC et al |
| 2:18-cv-00265 | McIntire v. Janssen Research & Development LLC et al |
| 2:18-cv-00296 | Krivacic v. Janssen Research & Development LLC et al |
| 2:18-cv-00370 | Jones v. Janssen Research & Development LLC et al |
| 2:18-cv-00371 | Braddy v. Janssen Research & Development LLC et al |
| 2:18-cv-00384 | Caruso v. Janssen Research & Development LLC et al |
| 2:18-cv-00504 | Storm v. Janssen Research & Development LLC et al |
| 2:18-cv-00535 | Wilkerson v. Janssen Research & Development LLC et al |
| 2:18-cv-00537 | Allen v. Janssen Research & Development LLC et al |
| 2:18-cv-00540 | Singleton v. Janssen Research & Development LLC et al |
| 2:18-cv-00541 | Hamilton v. Janssen Research & Development LLC et al |
| 2:18-cv-00551 | Clark v. Janssen Research & Development LLC, et al |
| 2:18-cv-00643 | Cheridor v. Janssen Research & Development LLC et al |
| 2:18-cv-00664 | Sehler v. Janssen Research & Development LLC, et al |
| 2:18-cv-00723 | Angwin v. Janssen Research & Development LLC et al |
| 2:18-cv-00850 | Ward v. Janssen Research & Development LLC et al |
| 2:18-cv-00851 | Bailey v. Janssen Research & Development LLC et al |
| 2:18-cv-00940 | Gourneau v. Janssen Research & Development LLC et al |
| 2:18-cv-00970 | Ogle v. Janssen Research & Development LLC et al |
| 2:18-cv-00973 | Bryant v. Janssen Research & Development LLC et al |
| 2:18-cv-00980 | Ruggles v. Janssen Research & Development LLC et al |
| 2:18-cv-00987 | House v. Janssen Research & Development LLC, et al |
| 2:18-cv-01133 | Granger v. Janssen Research & Development LLC, et al |
| 2:18-cv-01135 | Collins v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:18-cv-01138 | Rising v. Janssen Research & Development LLC et al |
| 2:18-cv-01148 | Estlow v. Janssen Research & Development LLC et al |
| 2:18-cv-01150 | Morris v. Janssen Research & Development LLC et al |
| 2:18-cv-01155 | Davis v. Janssen Research & Development LLC et al |
| 2:18-cv-01158 | Robinson v. Janssen Research & Development LLC et al |
| 2:18-cv-01172 | Tucker v. Janssen Research & Development LLC et al |
| 2:18-cv-01176 | Milner v. Janssen Research & Development LLC et al |
| 2:18-cv-01179 | Haynes v. Janssen Research & Development LLC et al |
| 2:18-cv-01190 | Williams v. Janssen Research & Development LLC et al |
| 2:18-cv-01199 | Clark v. Janssen Research & Development LLC et al |
| 2:18-cv-01233 | Brian D Williams v. Janssen Research & Development LLC et al |
| 2:18-cv-01242 | Elliott v. Janssen Research & Development LLC et al |
| 2:18-cv-01245 | Coppola v. Janssen Research & Development LLC et al |
| 2:18-cv-01251 | Desantis v. Janssen Research & Development LLC et al |
| 2:18-cv-01253 | Sims v. Janssen Research & Development LLC et al |
| 2:18-cv-01283 | Delp v. Janssen Research & Development LLC et al |
| 2:18-cv-01291 | Ditter v. Janssen Research & Development LLC et al |
| 2:18-cv-01292 | Dickerson v. Janssen Research & Development LLC et al |
| 2:18-cv-01294 | De la Cerda v. Janssen Research & Development LLC et al |
| 2:18-cv-01340 | Parrish v. Janssen Research & Development LLC et al |
| 2:18-cv-01350 | Wilson v. Janssen Research & Development LLC et al |
| 2:18-cv-01355 | Delilo v. Janssen Research & Development LLC et al |
| 2:18-cv-01360 | Crouch v. Janssen Research & Development LLC et al |
| 2:18-cv-01367 | Carroll v. Janssen Research & Development LLC et al |
| 2:18-cv-01377 | Dixon v. Janssen Research & Development LLC et al |
| 2:18-cv-01400 | Nelthrope v. Janssen Research & Development LLC et al |
| 2:18-cv-01401 | McClenny v. Janssen Research & Development LLC et al |
| 2:18-cv-01402 | Statham v. Janssen Research & Development LLC et al |
| 2:18-cv-01406 | Crutcher v. Janssen Research & Development LLC et al |
| 2:18-cv-01418 | Gottlieb v. Janssen Research & Development LLC et al |
| 2:18-cv-01419 | Buckwalter v. Janssen Research & Development LLC et al |
| 2:18-cv-01422 | Shaw v. Janssen Research & Development LLC et al |
| 2:18-cv-01426 | Johnson v. Janssen Research & Development LLC et al |
| 2:18-cv-01463 | Nichols v. Janssen Research & Development LLC et al |
| 2:18-cv-01468 | Ontiveros v. Janssen Research & Development LLC et al |
| 2:18-cv-01475 | Garmon v. Janssen Research & Development LLC et al |
| 2:18-cv-01533 | St. Clair v. Janssen Research & Development LLC et al |
| 2:18-cv-01535 | Turner v. Janssen Research & Development LLC et al |
| 2:18-cv-01547 | Belcher v. Janssen Research & Development LLC et al |
| 2:18-cv-01549 | Stephens v. Janssen Research & Development LLC et al |
| 2:18-cv-01563 | Minkiewicz v. Janssen Research & Development LLC et al |
| 2:18-cv-01566 | Jones v. Janssen Research & Development LLC et al |
| 2:18-cv-01568 | Davis v. Janssen Research & Development LLC et al |
| 2:18-cv-01586 | Andrew v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:18-cv-01588 | Green v. Janssen Research & Development LLC et al |
| 2:18-cv-01596 | Ryan v. Janssen Research & Development LLC et al |
| 2:18-cv-01620 | Wiley v. Janssen Research & Development LLC et al |
| 2:18-cv-01627 | Olivia v. Janssen Research & Development LLC et al |
| 2:18-cv-01643 | Gregory v. Janssen Research & Development LLC et al |
| 2:18-cv-01720 | Hamilton v. Janssen Research & Development LLC et al |
| 2:18-cv-01721 | Wells v. Janssen Research & Development LLC et al |
| 2:18-cv-01725 | Mattson v. Janssen Research & Development LLC et al |
| 2:18-cv-01822 | Crew v. Janssen Research & Development LLC et al |
| 2:18-cv-01826 | Fox v. Janssen Research & Development LLC et al |
| 2:18-cv-01866 | Rober v. Janssen Research & Development LLC et al |
| 2:18-cv-01894 | Garrett v. Janssen Research & Development LLC et al |
| 2:18-cv-01974 | Walguarnery v. Janssen Research & Development LLC et al |
| 2:18-cv-01976 | Muntz v. Janssen Research & Development LLC et al |
| 2:18-cv-01977 | Reed v. Janssen Research & Development LLC et al |
| 2:18-cv-01978 | Dawkins v. Janssen Research & Development LLC et al |
| 2:18-cv-01986 | Woods v. Janssen Research & Development LLC et al |
| 2:18-cv-02012 | Baker v. Janssen Research & Development LLC et al |
| 2:18-cv-02013 | Cohen v. Janssen Research & Development LLC et al |
| 2:18-cv-02049 | Samardich v. Janssen Research & Development LLC et al |
| 2:18-cv-02072 | Snell v. Janssen Research & Development LLC et al |
| 2:18-cv-02114 | Mcrae v. Janssen Research & Development LLC et al |
| 2:18-cv-02119 | Lawson v. Janssen Research & Development LLC et al |
| 2:18-cv-02123 | Johnston v. Janssen Research & Development LLC et al |
| 2:18-cv-02134 | Tillman v. Janssen Research & Development LLC et al |
| 2:18-cv-02137 | Edwards v. Janssen Research & Development LLC et al |
| 2:18-cv-02143 | Clark v. Janssen Research & Development LLC et al |
| 2:18-cv-02144 | Carpenter v. Janssen Research & Development LLC et al |
| 2:18-cv-02145 | Nelma Farr v. Janssen Research & Development LLC et al |
| 2:18-cv-02158 | Smith v. Janssen Research & Development LLC et al |
| 2:18-cv-02160 | King v. Janssen Research & Development LLC et al |
| 2:18-cv-02161 | McGuire v. Janssen Research & Development LLC et al |
| 2:18-cv-02167 | Barfield v. Janssen Research & Development LLC et al |
| 2:18-cv-02172 | Bournazakis v. Janssen Research & Development LLC et al |
| 2:18-cv-02177 | Rowser v. Janssen Research & Development LLC et al |
| 2:18-cv-02180 | Cox v. Janssen Research & Development LLC et al |
| 2:18-cv-02232 | Keyser v. Janssen Research & Development LLC et al |
| 2:18-cv-02233 | Fields v. Janssen Research & Development LLC et al |
| 2:18-cv-02240 | Miller v. Janssen Research & Development LLC et al |
| 2:18-cv-02245 | Williams v. Janssen Research & Development LLC et al |
| 2:18-cv-02251 | Lowe v. Janssen Research & Development LLC et al |
| 2:18-cv-02256 | Lawyer v. Janssen Research & Development LLC et al |
| 2:18-cv-02258 | Obey Jr v. Janssen Research & Development LLC et al |
| 2:18-cv-02283 | Shouse v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:18-cv-02284 | Carlen v. Janssen Research & Development LLC et al |
| 2:18-cv-02300 | Malone v. Janssen Research & Development LLC et al |
| 2:18-cv-02302 | Benko Jr v. Janssen Research & Development LLC et al |
| 2:18-cv-02303 | Sruba v. Janssen Research & Development LLC et al |
| 2:18-cv-02347 | Kressler v. Janssen Research & Development LLC et al |
| 2:18-cv-02352 | Ford v. Janssen Research & Development LLC et al |
| 2:18-cv-02357 | Greenidge v. Janssen Research & Development LLC et al |
| 2:18-cv-02361 | Ernst v. Janssen Research & Development LLC et al |