UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-01250 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**PLAINTIFF, CHERYL PARKER, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DOROTY REESE, DECEASED, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - AS TO CASE CAPTION ONLY**

  This motion is brought in the matter of Case 2:18-cv-01250, entitled Cheryl Parker, Personal Representative for the Estate of Dorothy Reese, Deceased vs Janssen Research & Development, et al. In accordance with Federal Rule of Civil Procedures 15, which provides that "[t]he court should freely give leave [to amend] when justice so requires."

  Plaintiff herein seeks to Amended its initial complaint filed on December 22, 2017, Docket No. 1 of case No. 2:18-cv-01250, merely for the sake of <u>correcting the case caption only</u> and not as to any content or context in relationship to the allegations so pled. Attached as Exhibit A, find Plaintiff's proposed Order and Exhibit B proposed First Amended Complaint.

  Further, Plaintiff states, to date, Plaintiff has not yet served any of its Defendants.

Dated: March 6, 2018          s/ *Kenneth A. Stern*
                    Kenneth A. Stern, P30722
                    STERN LAW, PLLC
                    41850 West 11 Mile Road
                    Novi, Michigan 48375-1857
                    (248) 347-7300
                    ken@sternlawonline.com

                  *Attorney for Plaintiff's decedent*