# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** <br> **SECTION L** <br> **JUDGE ELDON E. FALLON** <br> **MAG. JUDGE NORTH** |
| **This Document Relates to:** <br><br> *Sandra Fulton and Stephen Fulton v. Janssen Research & Development, et al.;* <br> Civil Action No.: 2:17-cv-12620 | |

## NOTICE OF AND SUGGESTION OF DEATH

**To all parties and attorneys of record, please take notice that:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Sandra Fulton.

DATED: March 6, 2018				Respectfully submitted,

							By:	*/s/ Adam H. Weintraub*
								Adam H. Weintraub, Esq.
								Louisiana Bar ID: 33668
								Wendy R. Fleishman, Esq.
								LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
								250 Hudson Street, 8th Floor
								New York, NY 10013-1413
								Telephone:	(212) 355-9500
								Facsimile: (212) 355-9592
								wfleishman@lchb.com
								aweintraub@lchb.com

1508087.2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

                                                    */s/ Adam H. Weintraub*

1508087.2