UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-00298 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**PLAINTIFF, LOIS BEDGOOD, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DOUGLAS BEDGOOD, DECEASED, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - AS TO CASE CAPTION ONLY**

This motion is brought in the matter of Case 2:18-cv-00298, entitled Lois Bedgood, Personal Representative for the Estate of Douglas Bedgood, Deceased vs Janssen Research & Development, et al. In accordance with Federal Rule of Civil Procedures 15, which provides that "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to Amended its initial complaint filed on December 22, 2017, Docket No. 1 of case No. 2:18-cv-0298, merely for the sake of <u>correcting the case caption only</u> and not as to any content or context in relationship to the allegations so pled. Attached as Exhibit A, find Plaintiff's proposed Order and Exhibit B proposed First Amended Complaint.

Further, Plaintiff states, to date, Plaintiff has not yet served any of its Defendants.

Dated: March 7, 2018                           s/ *Kenneth A. Stern*
                                                                Kenneth A. Stern, P30722
                                                                STERN LAW, PLLC
                                                                41850 West 11 Mile Road
                                                                Novi, Michigan 48375-1857
                                                                (248) 347-7300
                                                                ken@sternlawonline.com

                                                                *Attorney for Plaintiff's decedent*