# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |  MCL No. 2592<br>Civil Action No. 2:18-cv-00295<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

_____

### ORDER GRANTING PLAINTIFF, SUE DINGWITZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF DENNIS DINGWITZ, DECEASED, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file First Amended Complaint and the court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Sue Dingwitz, Personal Representative of the Estate of Dennis Dingwitz, Deceased, Motion for Leave to File First Amended Complaint as for correction of case caption only, be granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to file its First Amended Complaint.

This is not a final order.

_____
United States District Court Judge