UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No: 2:17-cv-17192 |

THIS DOCUMENT RELATES TO:
*SUSAN T. SCHNEIDER o/b/o*
*Her deceased husband, EDWARD SCHNEIDER v. JANSSEN PHARMACEUTICALS, INC., et al*
*No. 2:17-cv-17192*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes William Rivera-Alvarez for the Plaintiff and moves this Honorable Court for an order substituting Susan T. Schneider on behalf of her deceased husband, Edward Schneider, for the following reasons:

**1)**     On December 13, 2017 Edward Schneider filed a Complaint in the above referenced matter.

**2)**     On April 19, 2017 Edward Schneider died, without his wife notifying his legal representatives.

**3)**     The decedents wife, Susan T. Schneider, is the Proper Plaintiff and wishes to be substituted on behalf of Edward Schneider, in this case.

Wherefore, movant prays for said substitution.

Respectfully submitted this 7th day of March 2018.

LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC

/s/ William Rivera-Álvarez
William Rivera-Álvarez
Puerto Rico Bar 19578
USDCPR No. 304111
william@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave. Ste. 1020
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230
www.masstortslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)
