UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-17192 |

THIS DOCUMENT RELATES TO:
*SUSAN T. SCHNEIDER o/b/o*
*Her deceased husband, EDWARD SCHNEIDER v. JANSSEN PHARMACEUTICALS, INC., et al*
*No. 2:17-cv-17192*

### NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes William Rivera-Alvarez for the Plaintiff and files this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 7th day of March 2018.

        **LAW OFFICE OF**
        **CHRISTOPHER K. JOHNSTON, LLC**

        /s/ William Rivera-Álvarez
        William Rivera-Álvarez
        Puerto Rico Bar 19578
        USDCPR No. 304111
        william@masstortslaw.com
        Christopher K. Johnston
        California Bar No. 261474
        kyle@masstortslaw.com
        Hato Rey Center
        268 Ponce de León Ave. Ste. 1020
        San Juan, Puerto Rico 00918
        Tel: (844) 345-3784

Fax: (844) 644-1230
www.masstortslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)