UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No: 2:17-cv-17192 ) |

THIS DOCUMENT RELATES TO:
*SUSAN T. SCHNEIDER o/b/o*
*Her deceased husband, EDWARD SCHNEIDER v. JANSSEN PHARMACEUTICALS, INC., et al*
*No. 2:17-cv-17192*

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Susan T, Schneider, notes the death before pendency of this action of Plaintiff Edward Schneider on April 19, 2017.

Respectfully Submitted this 7th day of March 2018.

**LAW OFFICE OF**
**CHRISTOPHER K. JOHNSTON, LLC**

/s/ William Rivera-Álvarez
William Rivera-Álvarez
Puerto Rico Bar 19578
USDCPR No. 304111
william@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave. Ste. 1020
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230

        www.masstortslaw.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

        /s/ William Rivera-Alvarez
        William Rivera-Alvarez (#304111)