UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No: <u>2:17-cv-17192</u> |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
*SUSAN T. SCHNEIDER o/b/o*
*Her deceased husband, EDWARD SCHNEIDER v. JANSSEN PHARMACEUTICALS, INC., et al*
*No. 2:17-cv-17192*

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Susan t. Schneider, on behalf of her deceased husband, Edward Schneider, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Juge