# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          (          MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION          (
                                       (          SECTION: L
                                       (
                                       (          JUDGE FALLON
                                       (
                                       (          MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
***Naomi McKissick, et al v. Janssen Research & Development, LLC, et al.***
**Civil Action No. 2:17-cv-07410**

### PLAINTIFF PAMELA MCKISSICK-SMITH'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Pamela McKissick-Smith, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this response in opposition to the Order to Show Cause and shows as follows:

1.     Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc. 8620).  The Court entered an Order to Show Cause on February 16, 2018 (Doc. 8662). Plaintiff Pamela McKissick-Smith represented by Salim-Beasley LLC appeared on Exhibit A of both the Defendant's Motion and the Court's Order to Show Cause (Doc. 8620-2 and 8662 respectively).

2.     Plaintiff's deficiency on both the Motion and Order was failure to provide any Medical Records demonstrating alleged injury.

3.     Undersigned counsel would show that on January 12, 2018, Plaintiff uploaded an amended PFS and a Declaration page signed by the Plaintiff, and on February 20, 2018, Plaintiff uploaded medical records.

Therefore Plaintiff contends that any alleged deficiencies have been cured and respectfully requests that this case remain on the active docket of this Court.

March 7, 2018                                         Respectfully submitted,

                                                     By: */s/ Barrett Beasley*
                                                     Barrett Beasley, Esq.
                                                     LA Bar Roll No. 25984
                                                     SALIM-BEASLEY, LLC
                                                     1901 Texas Street
                                                     Natchitoches, LA 71457
                                                     Phone: (800) 491-1817
                                                     Facsimile: (318) 354-1227
                                                     bbeasley@salim-beasley.com

                                                     ***Attorney for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*
Barrett Beasley