UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592  SECTION: L  JUDGE FALLON  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*James Moore v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:17-cv-07418**

### PLAINTIFF JAMES MOORE'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, James Moore, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this response in opposition to the Order to Show Cause and shows as follows:

1. Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc. 8620). The Court entered an Order to Show Cause on February 16, 2018 (Doc. 8662). Plaintiff James Moore represented by Salim-Beasley LLC appeared on Exhibit A of both the Defendant's Motion and the Court's Order to Show Cause (Doc. 8620-2 and 8662 respectively).

2. Plaintiff's deficiency on both the Motion and Order was failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative.

3. Undersigned counsel would show that on February 20, 2018, Plaintiff uploaded an amended PFS and a Declaration page signed by the Plaintiff.

Therefore Plaintiff contends that any alleged deficiencies have been cured and respectfully requests that this case remain on the active docket of this Court.

March 7, 2018                                                       Respectfully submitted,

1

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Barrett Beasley
Barrett Beasley