**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| SHIRLEY A. GRIFFIN, Case No. 2:16-cv-17929 | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE HER FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff Shirley Griffin, by and through her attorneys, Flint Law Firm, LLC and moves to add Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare AG, Bayer Pharma AG as party defendants, to adopt the Exemplar Long Form Complaint of MDL 2592 and the allegations therein, and for leave to file her First Amended Complaint, and states as follows:

1. Fed. Rules Civ. Proc. Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires". Fed. Rules Civ. Proc. Rule 15(a)(2).

2. Fed. Rules Civ. Proc. Rule 15(c)(1)(C) further provides that an amendment to a pleading relates back to the date of the original pleading when the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15(c)(1)(B) is satisfied and if, within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment: (i) received such notice of the action that it will not be prejudiced in defending on the merits; and (ii) knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity. Fed. Rules Civ. Proc. Rule 15(c)(1)(C).

3. The Fifth Circuit has held that Rule 15(c) is meant to allow an amendment changing the name of a party to relate back to the original complaint if the change is the result of an error, such as a misnomer or misidentification. *Jacobsen v. Osborne*, 133 F.3d 315, 320 (5th Cir. 1998). The court will infer notice if there is an identity of interest between the original defendant and the defendant sought to be added or substituted. *Id*.

4. In the present action, Plaintiff filed her original complaint in Illinois state court (Exhibit 1) on November 14, 2016 naming the following defendants: Bayer AG, Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, Bayer Healthcare, LLC, Janssen Pharmaceuticals, Inc., McNeil-PPC, Inc., McNeil Consumer Healthcare Division of McNeil-PPC, Inc., McNeil Consumer & Specialty Pharmaceuticals, Johnson & Johnson, and Johnson & Johnson Services, Inc.

5. Defendants Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare AG, and Bayer Pharma AG were omitted as defendants in the original complaint. However, there is clearly a relationship between the original defendants and the defendants sought to be substituted and the amendment should relate back to the original complaint because the error was a result of misnomer and misidentification.

6. Plaintiff's case was subsequently transferred to MDL 2592.

7. Plaintiff further moves to adopt the Exemplar Long Form Complaint of MDL 2592 and the allegations therein.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Amend by adding Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Bayer Healthcare Pharmaceuticals, Inc., Bayer

Healthcare AG, and Bayer Pharma AG as party defendants, to adopt the Exemplar Long Form Complaint of MDL 2592 and the allegations contained therein, and leave to file their First Amended Complaint attached as Exhibit 2.

                                                      RESPECTFULLY SUBMITTED,

                                                     s/ Jacob A. Flint
                                                   Jacob A. Flint, IL Bar No. 6299777
                                                   Flint Law Firm, LLC.
                                                   222 E. Park St., Suite 500
                                                   Edwardsville, IL 62025
                                                   Phone:  618-205-2017
                                                   Fax:  618-288-2864
                                                   jflint@flintlaw.com

I hereby certify that on March 7, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint