UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No:  2:17-cv-17318 |

THIS DOCUMENT RELATES TO:
Richard Peter Clute o/b/o
His deceased sister, Patricia A. Clute v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17318

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this

Honorable Court for an order substituting Richard Peter Clute on behalf of his deceased sister,

Patricia A. Clute, for the following reasons:

**I.** On December 15th, 2017, Patricia A. Clute filed a Complaint in the above referenced

matter.

**II.** On August 28th, 2017, Patricia A. Clute died, without her brother notifying her legal
representatives.

**III.** The decedents brother, Richard Peter Clute, is the Proper Plaintiff and wishes to be
substituted on behalf of Patricia A. Clute, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 8th day of March 2018.

**LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

*/s/ David B. Owen Jiménez*
David B. Owen Jiménez
PR Bar No. 19627
USDCPR No. 301113
david@masstortslaw.com
Christopher K. Johnston
CA Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave
Suite 1020
San Juan, PR00918
Tel: (844) 345-3784
Fax: (844) 644-1230

Counsels for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ David B. Owen Jiménez*
David B. Owen Jiménez (#301113)