UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No: <u>2:17-cv-17318</u> |

**<u>STATEMENT NOTING A PARTY'S DEATH</u>**

THIS DOCUMENT RELATES TO:
Richard Peter Clute o/b/o
His deceased sister, Patricia A. Clute v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17318

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Richard Peter Clute, notes the death before pendency of this action of Plaintiff Patricia A. Clute on August 28th, 2017.

**LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

<u>/s/ David B. Owen Jiménez</u>
David B. Owen Jiménez
PR Bar No. 19627
USDCPR No. 301113
david@masstortslaw.com
Christopher K. Johnston
CA Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave
Suite 1020

San Juan, PR00918  
Tel: (844) 345-3784  
Fax: (844) 644-1230  

Counsels for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez  
David B. Owen Jiménez (#301113)