UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br>Civil Action No: <u>2:17-cv-17318</u> |

THIS DOCUMENT RELATES TO:
Richard Peter Clute o/b/o
His deceased sister, Patricia A. Clute v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17318

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Richard Peter Clute, on behalf of his deceased sister, Patricia A. Clute, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon K. Fallon, United States District Court Juge