UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No: <u>2:17-cv-17318</u> |

THIS DOCUMENT RELATES TO:
Richard Peter Clute o/b/o
His deceased sister, Patricia A. Clute v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17318

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 8th day of March 2018.

**LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

<u>/s/ David B. Owen Jiménez</u>
David B. Owen Jiménez
PR Bar No. 19627
USDCPR No. 301113
david@masstortslaw.com
Christopher K. Johnston
CA Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave

Suite 1020  
San Juan, PR00918  
Tel: (844) 345-3784  
Fax: (844) 644-1230  

Counsels for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

<u>//s/ David B. Owen Jiménez</u>  
David B. Owen Jiménez (#301113)