UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:18-cv-1588</u> |

THIS DOCUMENT RELATES TO:
Connie L. Green v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:18-cv-1588

**MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes plaintiff, who desires to have David B. Owen Jiménez of the Law Offices of Christopher K. Johnston LLC, enroll as co-counsel of record in the above entitled and numbered cause. As such, plaintiffs ask this Court to enroll David B. Owen Jiménez of the Law Offices of Christopher K. Johnston LLC, as co-counsel of record in the above entitled and numbered cause.

Wherefore, plaintiff move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling David B. Owen Jiménez of the Law Offices of Christopher K. Johnston LLC, as co-counsel of record in the above entitled and numbered cause.

1

Respectfully submitted this 8th day of March 2018.

**LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

/s/ David B. Owen Jiménez
David B. Owen Jiménez
PR Bar No. 19627
USDCPR No. 301113
david@masstortslaw.com
Christopher K. Johnston
CA Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave
Suite 1020
San Juan, PR00918
Tel: (844) 345-3784
Fax: (844) 644-1230

Counsels for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)