# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARAXOBAN) PRODUCTS LIABILITY LITIGATION | MDL NO.2592 |
| | JUDGE: ELDON E. FALLON |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE: MICHAEL NORTH |
| Shirley Allen | |
| No.: 2:17-cv-5800 | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
## FOR ORDER TO SHOW CAUSE

On February 16, 2018, this Court issued an Order to Show Cause (Doc. 8662) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to provide a declaration signed by the Plaintiff, Xarelto user, or Xarelto user's representative. Plaintiff Shirley Allen by and through undersigned counsel submits this response in opposition to the Order to Show Cause as follows:

1. On June 14, 2017, the undersigned filed Plaintiff's complaint in good faith reliance on Plaintiff's representations and medical records demonstrating her Xarelto use and subsequent injury; and thereafter completed and uploaded a fact sheet without verification to MDL Centrality.

2. Ms. Allen became unresponsive to Counsel's attempts to contact her and Counsel subsequently learned from the nursing home where she resides that her health has declined and

that her son Joe Allen has guardianship of his mother and her affairs. Contact was made with Mr. Allen and he indicated he would return the executed declaration.

3. The fact sheet and declaration page were subsequently mailed to Mr. Allen and never returned. Shirley Allen has remained unreachable and despite numerous attempts contact was also lost with her alleged guardian, Joe Allen.

14. On March 7, 2018, Joe Allen called undersigned Counsel in response to a letter notifying the Plaintiff of the Order to Show Cause and Mr. Allen stated he will return the executed declaration.

15. To date, undersigned Counsel is not in receipt of a signed declaration and it unclear whether or not Joe Allen is in fact Ms. Allen's guardian.

16. At all times relevant hereto, undersigned Counsel has diligently sought to have the declaration signed by the Plaintiff. Plaintiff's request is not for delay but so that justice may be done. Plaintiff has never previously requested an extension of time to submit core PFS documentation.

17. Accordingly, undersigned Counsel respectfully requests that Ms. Allen's claim not be dismissed with prejudice for failure to provide a signed declaration at this time, and that she and her family be given an additional 60 days to return the executed declaration.

Respectfully submitted this 8th day of March 2018.

By: /s/Stephen B. Wohlford

Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
SWMW Law, LLC
701 Market Street, Suite 1000

St. Louis, MO 63101
(314) 480-5180 – Office
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Stephen B. Wohlford