# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Darlyn Maurer o/b/o her deceased mother, Mary E. Stutts v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:17-cv-17148

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8751, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Darlyn Maurer, on behalf of her deceased mother, Mary E. Stutts, is substituted for Plaintiff Mary E. Stutts as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE