UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCT LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | Relates To: |
| | : | 2:15-cv-3872 |
| | : | 2:15-cv-5234 |
| | : | 2:15-cv-5992 |
| | : | 2:15-cv-6950 |
| | : | 2:16-cv-671 |
| | : | 2:16-cv-6532 |
| | : | 2:16-cv-10954 |
| | : | 2:16-cv-15776 |
| | : | 2:16-cv-16588 |
| | : | 2:16-cv-3090 |
| | : | 2:17-cv-388 |

## PROPOSED ORDER

Considering the above and foregoing Motion to Enroll as Additional Counsel of Record:

IT IS ORDERED that Justin C. Roberts of the law firm of Roberts & Roberts be enrolled as additional counsel of record and designated as Trial Attorney in the above-listed actions.

Signed New Orleans, Louisiana, this ___6th___ day of ___March___, 2018.

_____
Eldon E. Fallon, United States District Court Judge