UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Charles E. Jones o/b/o His deceased wife, Viola O. Jones v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:17-cv-6426

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8760, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Charles E. Jones, on behalf of his deceased wife, Viola O. Jones, is substituted for Plaintiff Viola O. Jones as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE