UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |

MCL No. 2592
Civil Action No. 2:18-cv-01250
SECTION: L
JUDGE ELDON E. FALLON
MAG. JUDGE NORTH

_____

**ORDER GRANTING PLAINTIFF, CHERYL PARKER, PERSONAL REPRESENTATIVE OF THE ESTATE OF DOROTHY REESE, DECEASED, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file First Amended Complaint and the court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Cheryl Parker, Personal Representative of the Estate of Dorothy Reese, Deceased, Motion for Leave to File First Amended Complaint as for correction of case caption only, be granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to file its First Amended Complaint.

New Orleans, Louisiana this 7th day of March, 2018

_____
United States District Court Judge