UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROD GIVEN, JR., Individually and as Special Administrator of the ESTATE OF RODERICK RAY GIVEN, SR.<br><br>        Plaintiffs,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>        Defendants. | CIVIL ACTION NO. MDL No. 2592<br><br>Member case No.: 2:17-cv-09288 |

**MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF SUMMONS AND COMPLAINT ON JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY, JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER CORPORATION; AND BAYER HEALTHCARE LLC**

AND NOW, come the Plaintiffs, Rod Given, Jr., Individually and as Special Administrator of the Estate of Roderick Ray Given, Sr., by and through counsel, Steven Pate Harrelson, Esquire and Harrelson Law Firm, P.A., and file the within Motion for Extension of Time to Effectuate Service on Summons and Complaint on Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development

- 1 -

- 2 -

LLC; Johnson & Johnson Company, Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Bayer Corporation; and Bayer Healthcare LLC pursuant to FRCP 4(m) and 6(b), and, in support thereof, aver as follows:

1. Plaintiffs filed a Complaint alleging injuries and death from the use of Xarelto in the United States District Court for the Western District of Arkansas, No. 2:17-cv-02145 on August 24, 2017 against numerous Defendants including Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC; Johnson & Johnson Company, Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Bayer Corporation; and Bayer Healthcare LLC (hereinafter referred to "Defendants").

2. Plaintiffs misinterpreted Administrative Orders 13A and 14A to allow service to be effected through the manner in which the Short Form Complaint, Plaintiffs Fact Sheets, and other bundled pleadings are made.

3. Only when the Plaintiffs submitted the Plaintiff Fact Sheet and received a deficiency notice did they learn that service of the Summons and Complaint was not proper pursuant to Pre-Trial Orders Nos. 10, 10A, and 10B.

4. Defendants would not be jeopardized by the requested extension and are aware of this cause of action, as Plaintiff's counsel has conversed with defense Liaison counsel about the Plaintiff Fact Sheet.

5. Plaintiffs hereby request a thirty (30) day extension of time to serve process on the Defendants as set forth in this Court's Pre-Trial Order No. 10.

6. Plaintiffs believe the within Motion is contested but have not received confirmation of the same from defense counsel.

WHEREFORE, Plaintiffs, Rod Given, Jr., Individually and as Special Administrator of the Estate of Roderick Ray Given, Sr., respectfully request that this Honorable Court grant the within Motion and permit an additional extension of time in which Plaintiffs may serve the Summons and Complaint on Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC; Johnson & Johnson Company, Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Bayer Corporation; and Bayer Healthcare LLC.

RESPECTFULLY SUBMITTED:

<u>March 11, 2018</u>

BY: /s/ Steve Harrelson
Steve Harrelson
La. Bar Roll No. 28361
HARRELSON LAW FIRM, P.A.
200 River Market Avenue, Suite 600
Little Rock, Arkansas 72201
Tel.: (501) 476-3012
Fax: (501) 375-5914
E-Mail: steve@harrelsonfirm.com
Attorney for Plaintiffs

**<u>JURY TRIAL DEMANDED</u>**

**CERTIFICATE OF SERVICE**

I, Steven Pate Harrelson, Esquire, hereby certify on March 11, 2018, that a true and correct copy of the above and foregoing Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by F.R.C.P 5(b)2, Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality which will send notice of electronic filing and in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

_____
Steven Pate Harrelson, Esquire
*Counsel for Plaintiffs*