UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROD GIVEN, JR., Individually and as Special Administrator of the ESTATE OF RODERICK RAY GIVEN, SR.<br><br>　　　　　Plaintiffs,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. MDL No. 2592<br><br>Section L<br><br>Member case No.: 2:17-cv-09288 |

**<u>ORDER OF COURT</u>**

AND NOW, this ____ day of _____, 2018 it is hereby ordered and decreed that Plaintiffs, Rod Given, Jr., Individually and as Special Administrator of the Estate of Roderick Ray Given, Sr., are granted an additional 30-day extension of time from the date of this Order in which to serve Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC; Johnson & Johnson Company, Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Bayer Corporation; and Bayer Healthcare LLC with a Summons and Complaint.

- 2 -

_____
Honorable Eldon E. Fallon
United States District Judge