UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

At the request of the parties,

**IT IS ORDERED** that the telephone status conference set for the PSC and Defendants' counsel to discuss a briefing schedule for Defendants' preemption motions set for Friday, March 9, 2018 at 9:30 a.m. is hereby **CONTINUED**. The conference will take place on Monday, March 19, 2018 at 9:30 a.m. The parties will call in to the Court's conference line: 877-336-1839; access code: 4227405; security code: 031918.

New Orleans, Louisiana this 8th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE