UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Richard Peter Clute o/b/o His deceased sister, Patricia A. Clute v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:17-cv-17318

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8794, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Richard Peter Clute, on behalf of his deceased sister, Patricia A. Clute, is substituted for Plaintiff Patricia A. Clute as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE