# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    (     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION   (

                                      (     SECTION: L

                                      (     JUDGE FALLON

                                      (     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
***Encarnacion v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:17-cv-05224**

### PLAINTIFF EUGENIO ENCARNACION'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Eugenio Encarnacion, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Eugenio Encarnacion contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 25, 2017, while record requests from some healthcare providers were still pending.

3. Counsel has exhausted its resources to obtain medical records.

4. Undersigned counsel has attempted to communicate with Mr. Encarnacion regarding the need to provide medical records. Counsel has reached out via telephone on July 13, 2017 and September 11, 2017; regular mail on May 31, 2017, September, 22, 2017, October 27, 2017, January 2, 2018, January 17, 2018, and Certified Mail on January 26, 2018. As of today, counsel has not received a response to any of those attempts at communication.

1

5.    In addition, counsel used Lexis to attempt to locate client by calling potential relatives and associates.  Although we communicated with Plaintiff's daughter on September 11, 2017, we were unable to establish contact with her again.  All other attempts using Lexis were unsuccessful.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating alleged injuries, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

March 12, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com


***Attorney for Plaintiff***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*

Barrett Beasley
