UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Gayton v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-06487**

### PLAINTIFF SARAH GAYTON'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Sarah Gayton, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Sarah Gayton contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on July 5, 2017.

3. Counsel has exhausted its resources to obtain a signed Declaration from Plaintiff.

4. Undersigned counsel has attempted to communicate with Ms. Gayton regarding the need to provide a signed Declaration. Counsel reached out to client via telephone on December 19, 2017, December 21, 2017, and January 25, 2018; FedEx on December 20, 2017; regular mail on January 2, 2018, January 17, 2018, and March 2, 2018; Certified Mail on January 24, 2018 and March 2, 2018; and e-mail on March 2, 2018. As of today, counsel has not received a response to any of those attempts at communication.

1

5.   Although Plaintiff contacted our firm on December 28, 2017 to let us know she was sending the signed Declaration, counsel never received this document, FedEx tracking shows it was not mailed, and counsel has been unable to contact Plaintiff since that date.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide declaration page, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

March 12, 2018                                                     Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>                             */s/ Barrett Beasley*
>                             Barrett Beasley