UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Stancel v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-05444**

### PLAINTIFF ANNIE STANCEL'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Annie Stancel, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Annie Stancel contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on June 01, 2017.

3. Counsel has exhausted its resources to obtain a signed Declaration from Plaintiff.

4. Undersigned counsel has attempted to communicate with Ms. Stancel regarding the need to provide a signed Declaration. Counsel has reached out to client via regular mail on July 7, 2017, October 27, 2017, January 2, 2018, January 17, 2018, and March 2, 2018; Certified Mail on February 1, 2018 and March 2, 2018; telephone on July 6, 2017, December 20, 2017, January 31, 2018, and March 2, 2018; FedEx on October 27, 2017; and e-mail on March 2, 2018. As of today, counsel has not received a response to any of those attempts at communication.

1

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide Declaration, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

March 12, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that on March 12, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                  */s/ Barrett Beasley*
                  Barrett Beasley