# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION** | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** | MAG. JUDGE MICHAEL NORTH |
| *Mary R. Bauernfeind, et al. v. Janssen Research & Development, LLC, et al.*; Case No.: 2:16-cv-06743 | |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF** |

COMES NOW undersigned counsel on behalf of Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Honorable Court for an order substituting Barbara E. Gonnsen as Plaintiff on behalf of her deceased mother, Mary R. Bauernfeind, and in support states:

1. This action was filed on May 20, 2016 by Mary R. Bauernfeind.

2. Plaintiff Mary R. Bauernfeind passed away on July 21, 2016, as reported to the Court in the attached Suggestion of Death (Exhibit 1).

3. Barbara E. Gonnsen, as putative administratrix, surviving daughter, heir and next of kin of Mary R. Bauernfeind, is a proper party to substitute for plaintiff-decedent and has proper capacity to proceed forward with the surviving products liability lawsuit.

4. Counsel for Plaintiff has conferred with counsel for the defendants and there is no objection to the relief requested herein.

WHEREFORE, for the reasons set forth above, Barbara E. Gonnsen respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated:  March 12, 2018.

        Respectfully submitted,

        By:  /s/ *Neil D. Overholtz*
        Neil D. Overholtz
        Florida Bar No.:  0188761
        Aylstock, Witkin, Kreis & Overholtz, PLLC
        17 East Main Street, Suite 200
        Pensacola, FL 32502-5998
        Telephone:  (850) 202-1010
        Fax:  (850) 916-7449
        Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  March 12, 2018.

        Respectfully submitted,

        By:  /s/ Neil D. Overholtz
             Neil D. Overholtz