UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION** | MDL NO. 2592 |
| | SECTION:  L |
| | JUDGE:  ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** | MAG. JUDGE MICHAEL NORTH |
| *Mary R. Bauernfeind, et al. v. Janssen Research & Development, LLC, et al.*; Case No.: 2:16-cv-06743 | |

**ORDER**

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Barbara E. Gonnsen, daughter of Mary R. Bauernfeind, is substituted as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE