UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Isaacs, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07614**

### PLAINTIFF SUSAN ISAACS' RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Susan Isaacs, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Susan Isaacs contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in September of 2016.

2. The Complaint in this matter was filed on August 8, 2017, while record requests from some healthcare providers were still pending.

3. To date the records counsel has been able to obtain have not contained evidence of the usage or alleged bleeding event on Xarelto.

4. Plaintiff has requested records to satisfy the PFS deficiencies, but the facilities have not yet completed the requests at this time.

5. Accordingly, undersigned counsel requests that Ms. Isaacs's claim not be dismissed with prejudice for failure to show use of Xarelto and alleged injuries at this time, and Plaintiff be

1

given an additional 60 days to obtain the relevant records documenting proof of usage and alleged injuries.

6. At all times relevant hereto, undersigned counsel has diligently sought proof of usage and Xarelto-related injuries from all known healthcare providers. Plaintiff's request is not for purposes of delay but so that justice may be done. Plaintiff has never previously requested or received an extension of time to submit core PFS documentation.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

March 12, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*
Barrett Beasley
