UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592  SECTION: L  JUDGE FALLON  MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Singh v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-05243**

### PLAINTIFF SHANKER SINGH'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Shanker Singh, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Shanker Singh contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in March of 2017.

2. The Complaint in this matter was filed on May 26, 2017, while record requests from some healthcare providers were still pending. Proof of Xarelto usage was already established, and records allegedly proving injuries would soon follow.

3. To date the records counsel has been able to obtain have not contained evidence of the alleged bleeding event on Xarelto.

4. Undersigned counsel has communicated with Plaintiff regarding the need to obtain records that demonstrate an injury relating to Xarelto. Plaintiff has agreed to provide records supporting his claimed injuries.

1

5. Accordingly, undersigned counsel requests that Mr. Singh's claim not be dismissed with prejudice for failure to show the alleged bleeding event at this time, and Plaintiff be given an additional 60 days to obtain the relevant records documenting proof of alleged injuries.

6. At all times relevant hereto, undersigned counsel has diligently sought proof of Xarelto-related injuries from all known healthcare providers. Plaintiff's request is not for purposes of delay but so that justice may be done. Plaintiff has never previously requested or received an extension of time to submit core PFS documentation.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

March 12, 2018                                         Respectfully submitted,

                                                       By: */s/ Barrett Beasley*
                                                       Barrett Beasley, Esq.
                                                       LA Bar Roll No. 25984
                                                       SALIM-BEASLEY, LLC
                                                       1901 Texas Street
                                                       Natchitoches, LA 71457
                                                       Phone: (800) 491-1817
                                                       Facsimile: (318) 354-1227
                                                       bbeasley@salim-beasley.com

                                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          */s/ Barrett Beasley*
                                          Barrett Beasley