UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Bankhead v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:17-cv-06473

### PLAINTIFF ALANDIS BANKHEAD'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Alandis Bankhead, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1.  Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc. 8153). The Court entered an Order to Show Cause on December 21, 2017 (Doc. 8191). At the hearing on January 24, 2018, Plaintiff Alandis Bankhead, represented by Salim-Beasley LLC, was given until March 20, 2018 to remedy the deficiencies. Plaintiff appeared on Exhibit A of the Defendant's Motion and both of the Court's Orders to Show Cause (Doc. 8153, 8191, and 8634 respectively).

2.  Plaintiff's deficiency on the Motion and two Orders was failure to provide any Medical Records demonstrating alleged injury.

1

3.  Undersigned counsel would show that on March 12, 2018, Plaintiff uploaded medical records, an amended PFS, and a signed Declaration.

Therefore, Plaintiff contends that any alleged deficiencies have been cured and respectfully requests that this case remain on the active docket of this Court.

March 12, 2018                                    Respectfully submitted,

                                                  By: */s/ Barrett Beasley*
                                                  Barrett Beasley, Esq.
                                                  LA Bar Roll No. 25984
                                                  SALIM-BEASLEY, LLC
                                                  1901 Texas Street
                                                  Natchitoches, LA 71457
                                                  Phone: (800) 491-1817
                                                  Facsimile: (318) 354-1227
                                                  bbeasley@salim-beasley.com


                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                           */s/ Barrett Beasley*
                                                           Barrett Beasley