# EXHIBIT A

THE KROGER CO
555 RACE STREET
CINCINNATI, OHIO 45202
P: 513.762.7058
F: 513.698.1997

THE KROGER CO. FAMILY OF PHARMACIES



| | | | | |
|---|---|---|---|---|
| **To:** | MEDICAL ELITE | | | |
| **Fax:** | | **From:** | Kroger Corporate Pharmacy – HIPAA | |
| **Email:** | | **Date:** | 9/22/2017 | **Re:** Request for Records |
| **Mail:** | 1175 ADKINS RD. SUITE 300 HOUSTON, TX 77055 | | | |

**Comments:**

PLEASE SEND LEGAL DOCUMENTATION SHOWING THAT PERSON SIGNING AUTHORIZATION CAN SIGN ON BEHALF OF THE PATIENT FOR MEDICAL RECORDS. YOU MAY COMPLETE ATTACHED FORM TO SHOW THIS.

Please let me know if you have any questions.

The Kroger Company represents Kroger and the following affiliates: Bakers, City Market, Dillons, Fred Meyer, Fry's, Gerbes, Hilander, Jay-C, King Sooper, Kwik Shop, Owen's, QFC, Ralph's, Scott's, and Smith's.

Thank you,

Liz Haegele

HIPAA Compliance
The Kroger Co. Privacy Office

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it.

From:713 914 0162					10/26/2017 09:43		#511 P.001/008



**MEDICAL ELITE, LLC**

1175 Adkins Rd. Ste. 300  
Houston, TX 77055  
Tel: (713) 914-0112  
Fax: (713) 914-0162  
info@medicalelitellc.com

## FAX COVER SHEET

Date: 10/26/2017

Name: Liz Haegele

Fax: 513-698-1997

WE ARE TRANSMITTING 8 PAGES INCLUDING THIS COVER SHEET

From: Lisa Pham

Re: Norma Elliott

Message:

Please see request enclosed, with a Qualified Protective Order attached. The Qualified Protective Order should replace all required legal documents. Please contact our office at 713-914-0112 should you have further questions.

Sincerely,

CONFIDENTIAL STATEMENT: This fax is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged. This fax and any documents attached may contain confidential information belonging to the sender which is protected by the attorney-client work product and/or other privileges. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, be advised that you have received this fax in error and that any use, dissemination, forwarding, printing, or copying of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us at 713-914-0112. Thank you.

THE KROGER CO
555 RACE STREET
CINCINNATI, OHIO 45202
P: 513.762.7058
F: 513.698.1997



THE KROGER CO. FAMILY OF PHARMACIES

| | |
|---|---|
| **To:** MEDICAL ELITE | |
| **Fax:** | **From:** Kroger Corporate Pharmacy – HIPAA |
| **Email:** | **Date:** 11/14/2017  **Re:** Request for Records |
| **Mail:** 1175 ADKINS RD. SUITE 300 HOUSTON, TX 77055 | |

**Comments:**

"QUALIFIED PROTECTIVE ORDER" IS NOT AN ORDER FOR US TO PRODUCE DOCUMENTS. SPECIFICALLY, LINE 8 SAYS A SUBPOENA OR AUTHORIZATION IS NEEDED FOR RECORDS. THEREFORE, WE STILL NEED DOCUMENTATION SHOWING THAT FRANK ELLIOTT CAN SIGN ON BEHALF OF THE DECEASED PATIENT FOR MEDICAL RECORDS.

Please let me know if you have any questions.

The Kroger Company represents Kroger and the following affiliates: Bakers, City Market, Dillons, Fred Meyer, Fry's, Gerbes, Hilander, Jay-C, King Sooper, Kwik Shop, Owen's, QFC, Ralph's, Scott's, and Smith's.

Thank you,

Liz Haegele

HIPAA Compliance
The Kroger Co. Privacy Office

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it.

THE KROGER CO
555 RACE STREET
CINCINNATI, OHIO 45202
P: 513.762.7058
F: 513.698.1997


THE KROGER CO. FAMILY OF PHARMACIES


| | | | | |
|---|---|---|---|---|
| **To:** | MEDICAL ELITE | | | |
| **Fax:** | | **From:** | Kroger Corporate Pharmacy – HIPAA | |
| **Email:** | | **Date:** | 12/15/2017 | **Re:** Request for Records |
| **Mail:** | 1175 ADKINS RD. SUITE 300 HOUSTON, TX 77055 | | | |

**Comments:**

THE QUALIFIED PROTECTIVE ORDER "AUTHORIZES" COVERED ENTITIES TO DISCLOSE PHI, IT IS NOT AN ORDER TO PRODUCE DOCUMENTS IT WHICH IT STATES THAT WE ARE "ORDERED" TO DISCLOSE PHI. THEREFORE, WE EITHER NEED AN AUTHORIZATION WITH PROPER DOCUMENTATION THAT FRANK ELLIOT CAN SIGN (ATTACHED FORM MAY BE USED) OR AN ORDER TO PRODUCE DOCUMENTS.

Please let me know if you have any questions.

The Kroger Company represents Kroger and the following affiliates: Bakers, City Market, Dillons, Fred Meyer, Fry's, Gerbes, Hilander, Jay-C, King Sooper, Kwik Shop, Owen's, QFC, Ralph's, Scott's, and Smith's.

Thank you,

Liz Haegele

HIPAA Compliance
The Kroger Co. Privacy Office

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it.