UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION L |
| JERRELL CRIDER | ) ) | JUDGE ELDON E. FALLON |
| 1:16-CV-14999 | ) ) ) | MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Billie Ruth Crider on behalf of her late husband, Jerrell Crider, deceased. Counsel hereby informs the Honorable Court of the death of the Plaintiff, Jerrell Crider.

1. Jerrell Crider and Billie Ruth Crider filed a products liability suit against Defendants on September 28, 2016.

2. Subsequently, after filing the lawsuit, Plaintiff's counsel was notified that Jerrell Crider had died on September 15, 2017.

3. Plaintiff filed a Notice and Suggestion of Death on March 13, 2018.

4. Billie Ruth Crider, Co-Plaintiff and Next of Kin to Jerrell Crider, is the proper party to substitute for Plaintiff-Decedent Jerrell Crider and has proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that the Court Grant this request for substitution of Billie Ruth Crider in place of decedent, Jerrell Crider.

Respectfully submitted,
/s/ Brian M. Vines_____
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:
Scott A. Powell
Brian M. Vines
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North
Suite 800
Birmingham, Alabama 35203
Phone:  205-328-5330
Fax:  205-324-2165

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure  establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brian M. Vines_____
Brian M. Vines
Scott A. Powell
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North
Suite 800
Birmingham, Alabama 35203
Phone:  205-328-5330
Fax:  205-324-2165
*Attorneys for Plaintiff*