## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION L |
| ) | |
| JERRELL CRIDER ) | JUDGE ELDON E. FALLON |
| ) | |
| 1:16-CV-14999 ) | MAGISTRATE JUDGE NORTH |
| _____) | |

## ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS HEREBY ORDERED that BILLIE RUTH CRIDER, as Co-Plaintiff and Next of Kin to JERRELL CRIDER, Motion for Substitution as Plaintiff in this action is GRANTED.

Signed this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE