UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*VIRGAL L. LOWERY INDIVIDUALLY AND AS HEIR, BENEFICIARY, AND ADMINISTRATOR OF THE ESTATE OF ISIAH S. SMALLWOOD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-11286*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Vincent Lowery, on behalf of the Estate of VIRGAL L. LOWERY, in the above captioned cause.

1. VIRGAL L. LOWERY INDIVIDUALLY AND AS HEIR, BENEFICIARY, AND ADMINISTRATOR OF THE ESTATE OF ISIAH S. SMALLWOOD filed a products liability lawsuit against defendants on October 26, 2017.

2. Plaintiff Virgal L. Lowery died on December 10, 2017.

3. VIRGAL L. LOWERY INDIVIDUALLY AND AS HEIR, BENEFICIARY, AND ADMINISTRATOR OF THE ESTATE OF ISIAH S. SMALLWOOD's products liability action against defendants survived her death and was not extinguished

4. Plaintiff filed a Suggestion of Death on March 1, 2017, attached hereto as "Exhibit A".

5. Vincent Lowery, surviving son of Virgal L. Lowery, is a proper party to substitute for plaintiff-decedent VIRGAL L. LOWERY INDIVIDUALLY AND AS HEIR, BENEFICIARY, AND ADMINISTRATOR OF THE ESTATE OF ISIAH S. SMALLWOOD and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: March 13, 2018                      Respectfully Submitted,


                                           By: */s Douglas C. Monsour, Esq.*
                                           **Douglas C. Monsour, Esq.**
                                           Texas Bar No. 00791289
                                           404 North Green Street
                                           PO Box 4209
                                           Longview, TX 75601
                                           Phone (903) 758-5757
                                           Fax (903) 230-5010
                                           Email: doug@monsourlawfirm.com
                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 13, 2018                             Respectfully Submitted,

                                                  By: */s Douglas C. Monsour, Esq.*

                                                  **Douglas C. Monsour, Esq.**
                                                  Texas Bar No. 00791289
                                                  404 North Green Street
                                                  PO Box 4209
                                                  Longview, TX 75601
                                                  Phone (903) 758-5757
                                                  Fax (903) 230-5010
                                                  Email: doug@monsourlawfirm.com
                                                  *Attorney for Plaintiff*