# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*VIRGAL L. LOWERY INDIVIDUALLY AND AS HEIR, BENEFICIARY, ANDADMINISTRATOR OF THE ESTATE OF ISIAH S. SMALLWOOD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-11286*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Virgal L. Lowery.

Dated: March 1, 2018          Respectfully Submitted,

> By: */s Douglas C. Monsour, Esq.*
> **Douglas C. Monsour, Esq.**
> Texas Bar No. 00791289
> 404 North Green Street
> PO Box 4209
> Longview, TX 75601
> Phone (903) 758-5757
> Fax (903) 230-5010
> Email: doug@monsourlawfirm.com
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 1, 2018            Respectfully Submitted,

                                By: */s Douglas C. Monsour, Esq.*

                                **Douglas C. Monsour, Esq.**
                                Texas Bar No. 00791289
                                404 North Green Street
                                PO Box 4209
                                Longview, TX 75601
                                Phone (903) 758-5757
                                Fax (903) 230-5010
                                Email: doug@monsourlawfirm.com
                                *Attorney for Plaintiff*