UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*VIRGAL L. LOWERY INDIVIDUALLY AND AS HEIR, BENEFICIARY, AND ADMINISTRATOR OF THE ESTATE OF ISIAH S. SMALLWOOD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-11286*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Vincent Lowery, on behalf of the Estate of Virgal Lowery, is substituted for Plaintiff Virgal Lowery, individually and as heir, beneficiary, and administrator of the Estate of Isiah Smallwood in the above captioned cause.

Dated: _____          _____
                                                                                Hon. Eldon E. Fallon
                                                                                United States District Court Judge