UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br>Civil Action No:  2:17-cv-1588 |

THIS DOCUMENT RELATES TO:
Connie L. Green v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:18-cv-1588

## ORDER

Based on the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HERBY ORDERED**, that David B. Owen Jiménez of the Law Offices of Christopher K.

Johnston LLC, be enrolled as Co-Counsel of Record for plaintiff.

Signed New Orleans, Louisiana this 12th day of ___March___, 2018.


_____
United States District Court Judge