UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jillian Frantz o/b/o Her deceased father, Norman A. Frantz v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:17-cv-17323

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8819, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jillian Frantz, on behalf of her deceased father, Norman A. Frantz, is substituted for Plaintiff Norman A. Frantz as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE