UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )  ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH )  ) **JURY TRIAL DEMANDED** )  ) Civil Action No: <u>2:17-cv-17192</u> |

THIS DOCUMENT RELATES TO:
Robert E. Schneider o/b/o
His deceased father, Edward Schneider v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17192

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes William Rivera Alvarez for the Plaintiff and moves this Honorable Court for an order substituting Robert E. Schneider on behalf of his deceased father, Edward Schneider, for the following reasons:

**I.** On December 13th, 2017, Edward Schneider filed a Complaint in the above referenced matter.

**II.** On April 19th, 2017, Edward Schneider died, without his spouse Susan Schneider notifying his legal representatives.

**III.** The decedents spouse Susan Schneider was the proper plaintiff and wished to be substituted on behalf of Edward Schneider, in this case. Nevertheless, Mrs. Schneider recently

1

passed away on March 1, 2018, and now her son Robert E. Schneider, is the Proper Plaintiff and wishes to be substituted on behalf of Edward Schneider, in this case.

Wherefore, movant prays for said substitution.

Respectfully submitted this 13th day of March 2018.

**LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

/s/ William Rivera-Alvarez
William Rivera-Alvarez
PR Bar No. 19578
USDCPR No. 304111
william@masstortslaw.com
Christopher K. Johnston
CA Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave
Suite 1020
San Juan, PR00918
Tel: (844) 345-3784
Fax: (844) 644-1230

Counsels for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)