UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION:  L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) <br> ) Civil Action No:  2:17-cv-17192 <br> ) |

**STATEMENT NOTING A PARTY'S DEATH**

THIS DOCUMENT RELATES TO:
Robert E. Schneider o/b/o
His deceased father, Edward Schneider v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17192

        In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who

represents Plaintiff Robert E. Schneider, notes the death before pendency of this action of

Plaintiff Edward Schneider on April 19th, 2017.

                                    **LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC**

                                            /s/ William Rivera-Alvarez
                                            William Rivera-Alvarez
                                            PR Bar No. 19578
                                            USDCPR No. 304111
                                            william@masstortslaw.com
                                            Christopher K. Johnston
                                            CA Bar No. 261474
                                            kyle@masstortslaw.com
                                            Hato Rey Center
                                            268 Ponce de León Ave
                                            Suite 1020

San Juan, PR00918
Tel: (844) 345-3784
Fax: (844) 644-1230

Counsels for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)