UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) **JURY TRIAL DEMANDED**<br>) Civil Action No: <u>2:17-cv-17192</u><br>) |

THIS DOCUMENT RELATES TO:
Robert E. Schneider o/b/o
His deceased father, Edward Schneider v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17192

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Robert E. Schneider, on behalf of his deceased father, Edward Schneider, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon K. Fallon, United States District Court Juge