UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          )   MDL NO. 2592
PRODUCTS LIABILITY LITIGATION         )
                                      )   SECTION:  L
                                      )   JUDGE FALLON
                                      )   MAG. JUDGE NORTH
                                      )
                                      )   **JURY TRIAL DEMANDED**
                                      )
                                      )   Civil Action No:  2:17-cv-17192

THIS DOCUMENT RELATES TO:
Robert E. Schneider o/b/o
His deceased father, Edward Schneider v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-17192

### NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes William Rivera Alvarez for the Plaintiff and file this Notice of

Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 13th day of March 2018.

**LAW OFFICE OF CHRISTOPHER K.
JOHNSTON, LLC**

/s/ William Rivera-Alvarez
William Rivera-Alvarez
PR Bar No. 19578
USDCPR No. 304111
william@masstortslaw.com
Christopher K. Johnston
CA Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave

Suite 1020
San Juan, PR00918
Tel: (844) 345-3784
Fax: (844) 644-1230

Counsels for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March 2018 a true and correct copy of the foregoing

has been submitted to the Clerk of the Court for filing and electronic service via the Court's

CCM/ECF system on all counsel of record.


/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)