## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) Civil Action No: **2:14-md-02592** |

**THIS DOCUMENT RELATES TO:**

*IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION*
**Civil Action No.: 2:14-md-02592**

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW Jose Tomas Ballesteros, attorney of record for Johnston Law Group representing Plaintiff in this matter, and respectfully requests leave to withdraw under the provisions of LR 83.2.11 of the United States District Court Eastern District Court of Louisiana.

This request is made on the ground that I no longer work for Johnston Law Group. The undersigned has been informed that the firm has been given notification to clients notifying that I am no longer representing them.

Christopher K. Johnston, the other attorney on record will remain as counsel for the plaintiff(s). I have included an exhibit called "Exhibit A" with the cases that I have filed.

I therefore respectfully request that this court grant the request of plaintiff counsel to be permitted to withdraw from further representation of the plaintiff and that the other attorney on record continue to represent the plaintiff in further proceedings.

Dated: <u>March 13, 2018</u>　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/Jose Tomas Ballesteros</u>
　　　　　　　　　　　　　　　　　　　　　　　Puerto Rico Bar No. 20390
　　　　　　　　　　　　　　　　　　　　　　　USDCPR No. 304908
　　　　　　　　　　　　　　　　　　　　　　　145 Ave. Hostos
　　　　　　　　　　　　　　　　　　　　　　　San Juan, Puerto Rico 00918
　　　　　　　　　　　　　　　　　　　　　　　Tel: (787) 464-4633
　　　　　　　　　　　　　　　　　　　　　　　jballesteros@icloud.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/Jose Tomas Ballesteros</u>
　　　　　　　　　　　　　　　　　　　　　　　Jose Tomas Ballesteros