**Exhibit A**

2:17-cv-12507-EEF-MBN Holz v. Janssen Research & Development LLC et al - Representing Becky V Holz
2:17-cv-12562-EEF-MBN Broadnax v. Janssen Research & Development LLC et al - Representing Rhonda C. Broadnax
2:17-cv-12597-EEF-MBN Suleiman v. Janssen Research & Development LLC et al - Representing Salen Suleiman
2:17-cv-13510-EEF-MBN Dunson v. Janssen Research & Development LLC et al - Representing Franklin Dunson
2:17-cv-17177-EEF-MBN Williams v. Janssen Research & Development LLC, et al - Representing Virginia A Williams
2:17-cv-17329-EEF-MBN Ellis v. Janssen Research & Development LLC et al - Representing Richard Patrick Ellis
2:17-cv-17385-EEF-MBN Cutliff v. Janssen Research & Development LLC et al - Representing Johnnie L. Cutliff, Jr
2:17-cv-17436-EEF-MBN Mullin v. Janssen Research & Development LLC et al - Representing Florence Mullin
2:17-cv-17456-EEF-MBN Collver v. Janssen Research & Development LLC et al - Representing John Collver
2:17-cv-17489-EEF-MBN Carlson v. Janssen Research & Development LLC et al - Representing Roseanne Carlson
2:17-cv-17506-EEF-MBN Hernandez v. Janssen Research & Development LLC et al - Representing Joe Hernandez
2:17-cv-17541-EEF-MBN Linton v. Janssen Research & Development LLC et al - Representing Joanne Linton
2:17-cv-17570-EEF-MBN Karpel v. Janssen Research & Development LLC et al - Representing Joan Karpel
2:17-cv-17644-EEF-MBN Van Den Bosch v. Janssen Research & Development LLC et al - Representing Joan E Van Den Bosch
2:17-cv-17656-EEF-MBN Perry v. Janssen Research & Development LLC et al - Representing Jimmy Perry
2:17-cv-17671-EEF-MBN Melvin v. Janssen Research & Development LLC et al - Representing Jarrett G Melvin
2:17-cv-17683-EEF-MBN Warrick v. Janssen Research & Development LLC et al - Representing Charlotte Warrick
2:17-cv-17718-EEF-MBN Helms v. Janssen Research & Development LLC et al - Representing Janice J Helms
2:17-cv-17827-EEF-MBN McBee v. Janssen Research & Development LLC et al - Representing J D McBee

2:17-cv-17842-EEF-MBN Eyerman v. Janssen Research & Development LLC et al - Representing Geraldine Eyerman
2:17-cv-17962-EEF-MBN Mehosky v. Janssen Research & Development LLC et al - Representing Ivan P Mehosky
2:18-cv-00208-EEF-MBN Langley v. Janssen Research & Development LLC et al - Representing Thomas Langley
2:18-cv-00265-EEF-MBN McIntire v. Janssen Research & Development LLC et al - Representing Rebecca Jo McIntire
2:18-cv-00296-EEF-MBN Krivacic v. Janssen Research & Development LLC et al - Representing James Krivacic
2:18-cv-00643-EEF-MBN Cheridor v. Janssen Research & Development LLC et al - Representing Marie P Cheridor
2:18-cv-00664-EEF-MBN Sehler v. Janssen Research & Development LLC, et al - Representing John L Sehler
2:18-cv-00723-EEF-MBN Angwin v. Janssen Research & Development LLC et al - Representing John Angwin
2:18-cv-00851-EEF-MBN Bailey v. Janssen Research & Development LLC et al - Representing Desmond C Bailey, Jr
2:18-cv-00980-EEF-MBN Ruggles v. Janssen Research & Development LLC et al - Representing Heidi Ruggles
2:18-cv-01150-EEF-MBN Morris v. Janssen Research & Development LLC et al - Representing Charles Morris
2:18-cv-01179-EEF-MBN Haynes v. Janssen Research & Development LLC et al - Representing Gerald Haynes
2:18-cv-01199-EEF-MBN Clark v. Janssen Research & Development LLC et al - Representing Jaqueline S. Clark
2:18-cv-01283-EEF-MBN Delp v. Janssen Research & Development LLC et al - Representing Alice Delp
2:18-cv-01340-EEF-MBN Filippelli v. Janssen Research & Development LLC et al - Representing Misty A. Parrish Filippelli
2:18-cv-01360-EEF-MBN Crouch v. Janssen Research & Development LLC et al - Representing Cohela Crouch
2:18-cv-01401-EEF-MBN McClenny v. Janssen Research & Development LLC et al - Representing Nancy B McClenny
2:18-cv-01418-EEF-MBN Gottlieb v. Janssen Research & Development LLC et al - Representing Martin Gottlieb
2:18-cv-01463-EEF-MBN Nichols v. Janssen Research & Development LLC et al - Representing Sherlena Nichols
2:18-cv-01475-EEF-MBN Garmon v. Janssen Research & Development LLC, et al - Representing Carolyn Denise Garmon
2:18-cv-01535-EEF-MBN Turner v. Janssen Research & Development LLC et al -

Representing Barbara E. Turner
2:18-cv-01547-EEF-MBN Belcher v. Janssen Research & Development LLC et al - Representing Betty Belcher
2:18-cv-01566-EEF-MBN Jones v. Janssen Research & Development LLC et al - Representing Cecilia J Jones
2:18-cv-01588-EEF-MBN Green v. Janssen Research & Development LLC et al - Representing Connie L. Green