**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION:  L** |
| ) | **JUDGE ELDON E. FALLON** |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | **COMPLAINT   AND   JURY** |
| ) | **DEMAND** |
| ) | |
| | **Civil Action No:  2:14-md-02592** |

**THIS DOCUMENT RELATES TO:**

*IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION*
**Civil Action No.: 2:14-md-02592**

## ORDER PERMITTING WITHDRAW OF COUNSEL

Considering the Motion to Withdraw as Counsel, IT IS ORDERED that the Motion is

GRANTED.

Entered this _____ day of _____, 2018 into the United

States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON