UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Jeanette Williams v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2: 17-cv-2405**

### PLAINTIFF JEANETTE WILLIAMS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Jeanette Williams, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8620) who, by and through undersigned counsel submits this response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Jeanette Williams contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in April of 2015.

2. The complaint in this matter was filed on March 23, 2017. Unbeknownst to undersigned counsel, Ms. Williams died before the complaint was filed.

3. Although Plaintiff died in the interim, counsel did not learn of this fact until months after the case was filed. Despite attempts to locate relatives, counsel was unable to communicate with any next of kin until May 2017, when counsel spoke with Decedent's son.

4. Counsel reached out to contact Decedent's son about proceeding with this lawsuit and obtaining the necessary estate documents to obtain relevant medical records. Over the last several months,

1

Decedent's son and he has failed to respond to multiple contact attempts. Therefore, counsel has been unable to obtain any additional information and/or records, and has no one to sign the declaration verifying the information provided in the PFS.

5. Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully locate any heir(s) who would be agreeable to proceeding with this case.

6. Counsel does not have written permission from Plaintiff's heir(s) to agree to a stipulation of dismissal of this claim with prejudice. However, in the event that no heir agrees to proceed with this case is identified by the undersigned prior to the show cause hearing, counsel has no basis to contest such a dismissal should the Court rule that a dismissal is appropriate and proper.

Dated: March 13, 2018

Respectfully submitted,

/s/Steven D. Davis_____
Steven D. Davis
IL Bar Number: 6281263
**TORHOERMAN LAW LLC**
6029 Old Poag Road
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com

*Attorney for Plaintiff*

1

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/Steven D. Davis
                                                TorHoerman Law LLC