UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jacob L. Lochner V, as Administrator of the Estate of Barbara H. Lochner v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:17-cv-10180**

## MOTION TO AMEND TITLE OF COMPLAINT

Counsel, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, moves this court for an order amending the title of the above named complaint from Jacob L. Lochner V, as Administrator of the Estate of Barbara H. Lochner, to Jacob L. Lochner V, as Executor of the Estate of Barbara H. Lochner, as the Plaintiff in this action.

1. Jacob L. Lochner V, surviving son of Barbara H. Lochner was appointed Executor of Barbara H. Lochner's Estate by order of the Surrogate's Court of the State of New York, Albany County on March 6, 2017. Attached hereto as Exhibit "A" is a copy of the Certificate of Appointment of Executor issued by the Surrogate's Court.

2. Jacob L. Lochner V filed this lawsuit against defendants on October 5, 2017 (short form complaint).

1

3. Short Form Complaint filed in this action is titled Jacob L. Lochner V, as Administrator of the Estate of Barbara H. Lochner and should read Jacob L. Lochner V, as Executor of the Estate of Barbara H. Lochner.

4. Amendment of the title of this action will serve to amend Paragraph One of the Short Form Complaint to identify Jacob L. Lochner V as Executor of the Estate of Barbara H. Lochner. Attached hereto as Exhibit "B" is a copy of Plaintiff's First Proposed Amended Complaint.

5. Amendment of the title of this action is proper pursuant to Federal Rule of Civil Procedure 15(a)(2) which states, "Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. This court should freely give leave when justice so requires."

6. In accordance with Pretrial Order Number 24A, the undersigned certifies that Defendants' Lead Counsel and Liaison Counsel were contacted in writing at least fourteen (14) days prior to filing of the motion. Counsel for all defendants responded that they do not oppose this motion.

Wherefore, counsel for Plaintiff requests that this court grant this motion for leave to amend the title of the complaint in this action and file and serve the Plaintiff's Proposed First Amended Complaint.

Dated: March 14, 2018

                                      Respectfully submitted,

                                      */s/ Rosemarie Riddell Bogdan*
                                      Rosemarie Riddell Bogdan
                                      NDNY Bar Roll Number: 506409
                                      NYS Bar Roll Number: 380552
                                      MARTIN, HARDING & MAZZOTTI, LLP
                                      Attorneys for Plaintiffs
                                      1222 Troy-Schenectady Road
                                      P.O. Box 15141
                                      Albany, New York 12212-5141
                                      Telephone: (518) 862-1200
                                      rrbxarelto@1800law1010.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF to the participants registered to receive service in this MDL.

              */s/Rosemarie Riddell Bogdan*
              Rosemarie Riddell Bogdan