On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:

File #: **2016-577/A**

Name of Decedent: **Barbara H Lochner**
AKA **Barbara Healy Lochner**

Date of Death: **March 21, 2016**

Domicile of Decedent: **Town of Bethlehem**

Fiduciary Appointed:
Mailing Address
**Jacob L Lochner V**
**19954 Wilkinson Leas Road**
**Tequesta FL  33469**

Letters Issued: **LETTERS TESTAMENTARY WITH LIMITATIONS**

Limitations: **PRIOR TO MAKING ANY DISTRIBUTION OF PROCEEDS OF A WRONGFUL DEATH PROCEEDING, THE FIDUCIARY SHALL APPLY TO A COURT OF COMPETENT JURISDICTION PURSUANT TO EPTL 5-4.6 AND OBTAIN JURISDICTION OVER ALL NECESSARY ESTATE PARTIES FOR AN ORDER APPROVING SUCH DISTRIBUTION.**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: March 6, 2017

IN TESTIMONY WHEREOF, the seal of the Albany County Surrogate's Court has been affixed.

WITNESS, Hon Stacy L. Pettit, Judge of the Albany County Surrogate's Court.

Hon. Stacy L. Pettit

*These Letters are Not Valid Without the Raised Seal of the Albany County Surrogate's Court*

**Attorney:**
**Michelle H Wildgrube**
**Cioffi Slezak Wildgrube**
1473 Erie Boulevard, 1st Floor
Schenectady NY  12305

Certificate# 38391

# Surrogate's Court of the State of New York
# Albany County
## Certificate of Appointment of Executor

File #: 2016-577/A

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | |
|---|---|---|
| Name of Decedent: | **Barbara H Lochner**<br>aka  Barbara Healy Lochner | Date of Death: **March 21, 2016** |
| Domicile: | **Town of Bethlehem** | |
| Fiduciary Appointed:<br>Mailing Address: | **Jacob L Lochner V**<br>19954 Wilkinson Leas Road<br>Tequesta FL  33469 | |

Type of Letters Issued: **LETTERS TESTAMENTARY WITH LIMITATIONS**

Letters Issued On: **March 6, 2017**

**Limitations:** PRIOR TO MAKING ANY DISTRIBUTION OF PROCEEDS OF A WRONGFUL DEATH PROCEEDING, THE FIDUCIARY SHALL APPLY TO A COURT OF COMPETENT JURISDICTION PURSUANT TO EPTL 5-4.6 AND OBTAIN JURISDICTION OVER ALL NECESSARY ESTATE PARTIES FOR AN ORDER APPROVING SUCH DISTRIBUTION.

and such Letters are unrevoked and in full force as of this date.

**Dated: March 7, 2017**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Albany County Surrogate's Court at Albany, New York.

WITNESS, Hon. Stacy L. Pettit, Judge of the Albany County Surrogate's Court.

*Deborah S. Kearns*

Deborah S. Kearns, Esq., Chief Clerk
Albany County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Albany County Surrogate's Court*