# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** : | |
| **PRODUCTS LIABILITY LITIGATION** : | **MDL No. 2592** |
| : | |
| : | **SECTION L** |
| : | |
| : | **JUDGE ELDON E. FALLON** |
| : | |
| : | **MAGISTRATE JUDGE NORTH** |
| : | |

**THIS DOCUMENT RELATES TO:**

*Jacob L. Lochner V, as Administrator of the Estate of Barbara H. Locnher v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:17-cv-10180**

## ORDER

The Court, after considering the plaintiff's motion to amend the title of the short form complaint filed in this action, as well as any responses thereto, finds the motion meritorious. It is therefore ordered that both the title and paragraph one of the complaint in the above-captioned case will be amended to identify Jacob L. Lochner V as Executor of the Estate of Barbara H. Lochner, and plaintiff is granted permission to file and serve the Plaintiff's First Amended Complaint.

Dated: _____    _____
                             Hon. Eldon E. Fallon
                             United States District Court Judge