UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL No. 2592** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION: L** |
| | ) | |
| | ) | **JUDGE FALLON** |
| | ) | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *Siller v. Janssen Research &* | ) | |
| *Development LLC, et al.* | ) | |
| Case No. 17-cv-07569 | ) | |
| Plaintiff John Siller | ) | |
| | ) | |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who

represents Plaintiff John Siller notes the death during the pendency of this action of Plaintiff

John Siller.

Dated: New York, New York
      March 15, 2018
                              By: _____

Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London