UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *Siller v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 17-cv-07569 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Mary Siller, on behalf of her deceased spouse John Siller, may be substituted for John Siller as the proper party plaintiff in this action.

New Orleans, Louisiana this __ day of __ 2018.

                                                     Honorable Eldon E. Fallon
                                                   **United States District Court Judge**