UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Simpson v. Janssen Research & Development LLC, et al.* Case No. 2:17-cv-08263 | |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1)

COMES NOW counsel for Plaintiff Rodney Simpson now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Melody Simpson, on behalf of her deceased spouse, Rodney Simpson in the above captioned cause.

1. Rodney Simpson filed a products liability lawsuit against defendants on May 31, 2017.

2. On November 6, 2015 Rodney Simpson died, without his spouse notifying his legal representatives.

3. Rodney Simpson's product liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on March 15, 2018, attached hereto as "Exhibit A".

5. The decedent's spouse, Melody Simpson, is the Proper Plaintiff and wishes to be substituted on behalf of Rodney Simpson, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Respectfully submitted,

Dated: New York, New York
March 15, 2018

By: _____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London