UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *Simpson v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 2:17-cv-08263 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Melody Simpson, on behalf of her deceased spouse Rodney Simpson, may be substituted for Rodney Simpson as the proper party plaintiff in this action.

New Orleans, Louisiana this __ day of __ 2018.

                                                                                   Honorable Eldon E. Fallon
                                                                                    United States District Court Judge