UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO: 2592<br>MASTER DOCKET CASE:<br>2:14-md-02592 |
| THIS DOCUMENT RELATES TO CASES:<br>2:16-cv-12266<br>2:16-cv-11747<br>2:16-cv-01551<br>2:16-cv-06529 | * * * * * * * * | JUDGE: ELDON E.<br>FALLON<br><br>MAG. JUDGE<br>MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESPONSE TO ORDER TO SHOW CAUSE**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, David Ernst, Frank Keppeler, John Dupree, and Jorge Morales, who respectfully submit this Response to Order to Show Cause regarding Defendant's deficiency notices to Plaintiffs, as follows:

A. **David Ernst**

All claimed deficiencies have been cured.

B. **Frank Keppeler**

Defendant noted a few deficiencies regarding Frank Keppeler's case relating to the lack of medical records supporting Mr. Keppeler's claims. Undersigned counsel contacted Mr. Keppeler regarding this deficiency and Mr. Keppeler informed counsel that he did not possess a copy of his medical records and his "HIPAA release" was not in undersigned counsel's file. As a result, undersigned counsel sent Mr. Keppeler a HIPAA release authorization form for Mr. Keppeler to execute so that undersigned counsel may obtain his medical records. Undersigned counsel is

1

currently waiting on Mr. Keppeler to return the signed authorization. Once received, undersigned counsel will timely order Mr. Keppeler's medical records and upload them to MDL Centrality as soon as they are made available. Accordingly, undersigned counsel respectfully requests this Honorable Court allow counsel additional time to obtain Mr. Keppeler's medical records.

### C. John Dupree

All claimed deficiencies have been cured.

### D. Jorge Morales

Ms. Morales, Mr. Morales' widow, had alleged deficiencies related to medical information and documentation. Counsel was able to amend most of the PFS deficiencies except for a few which requires us to obtain additional medical records from CVS and the hospital used by Mr. Morales. Counsel does not have a full set of medical records at this time but uploaded all in counsel's file/receipt at this time. As a result, undersigned counsel sent Ms. Morales an additional HIPAA form via mail on March 12, 2018 for Mr. Morales' remaining medical records. Undersigned counsel is waiting for Ms. Morales to respond before we can order the remaining medical records and cure the remaining deficiencies in a timely manner and would request additional time to order and receive the remaining medical records.

RESPECTFULLY SUBMITTED:

*/s/ David P. Vicknair*

_____
David P. Vicknair, La. Bar No. 34135
Galen M. Hair, La. Bar No. 32865
Kassie L. Richbourg, La. Bar No. 37521
**Scott Vicknair Hair & Checki LLC**
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
Phone: (504) 684-5200
Fax: (504) 613-6351
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2018, I served a copy of the foregoing on all counsel of record via CMECF.

*/s/ David P. Vicknair*
_____
David P. Vicknair, La. Bar No. 34135