# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| *William Sandusky v. Janssen R&D, LLC, et al.*, No. 3:14-cv-01271-DRH | MAGISTRATE JUDGE MICHAEL NORTH |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE

COMES NOW, Plaintiff in the above-listed cause of action, by and through his undersigned counsel, who responds to Defendants' Motion for Order to Show Cause (doc. no. 8662) as follows.

*William Sandusky v. Janssen R&D, LLC, et al., No. 3:14-cv-01271-DRH*

1. On November 12, 2014 the undersigned filed Plaintiff's complaint alleging that he was prescribed and treated with Xarelto and suffered subsequent injury.

2. Counsel diligently sought medical records reflecting Mr. Sandusky's alleged injury.

3. Plaintiff subsequently passed away on May 3, 2016 and Counsel located his personal representative. Mr. Sandusky's personal representative has since become unresponsive.

1

4. Despite our best efforts, Counsel has been unable to obtain records demonstrating Mr. Sandusky's alleged injury due to Xarelto and is unable to take further steps to prosecute this case.

Respectfully submitted,

Dated:  March 16, 2018      **GRANT & EISENHOFER P.A.**

By:   /s/ Thomas V. Ayala
Jay W. Eisenhofer
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone: 646-722-8500
Facsimile:  646-722-8501
jeisenhofer@gelaw.com

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Response to Defendants' Motion for Order to Show Cause has contemporaneously with or before filing before been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ Thomas V. Ayala
                                        Thomas V. Ayala, Esquire