UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION:  L |
| | JUDGE:  ELDON E. FALLON |
| *Kathleen Rubio, Individually and on behalf of the Estate of Ruth Enloe v. Janssen R&D, LLC, et al., No. 2:17-cv-01691* | MAGISTRATE JUDGE MICHAEL NORTH |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff in the above-listed cause of action, by and through her undersigned counsel, who responds to Defendants' Motion for Order to Show Cause (doc. no. 8620) as follows.

*Kathleen Rubio, Individually and on behalf of the Estate of Ruth Enloe v. Janssen R&D, LLC, et al., No. 2:17-cv-01691*

1. On February 27, 2017 the undersigned filed Plaintiff's complaint alleging that Ms. Enlo was prescribed and treated with Xarelto and suffered subsequent injury.

2. Plaintiff has submitted a fact sheet in this MDL, accompanied by contemporaneous medical records demonstrating Ms. Enloe's use of Xarelto.

3. On May 25, 2017, Defendants issued a deficiency notice for a lack of pharmacy records demonstrating proof of use of Xarelto.

1

4. Plaintiff responded on June 7, 2017 directing Defendants to the previously submitted medical records that demonstrate Ms. Enloe's use of Xarelto. Specifically, the Mission Hospital records show that upon admission Ms. Enloe "***has been on Xarelto***," and that "***Medications prior to admission were reviewed. Xarelto noted.***" Further, the hospital records stated that Ms. Enloe suffered, "Catastrophic intra-cerebral and primarily intraventricular hemorrhage. ***This is likely a hypertensive hemorrhage in the setting of therapeutic Xarelto.***" (MDL Centrality Doc. No. 326537 at pages 1-2, 4-5, 7, 9-10)

5. Defendants then issued a second deficiency notice on July 7, 2017 for lack of pharmacy records demonstrating proof of use of Xarelto.

6. Plaintiff has provided sufficient documentation of Ms. Enloe's use of Xarelto that lead to her injuries. Accordingly, Plaintiff requests that the Rule be dissolved.

Respectfully submitted,

Dated:  March 16, 2017            **GRANT & EISENHOFER P.A.**

By*:*   /s/ Thomas V. Ayala
         Jay W. Eisenhofer
         **GRANT & EISENHOFER P.A.**
         485 Lexington Avenue, 29th Floor
         New York, NY  10017
         Telephone: 646-722-8500
         Facsimile:  646-722-8501
         jeisenhofer@gelaw.com

         M. Elizabeth Graham
         Thomas V. Ayala
         Samantha Mertz

2

**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Defendants' Motion for Order to Show Cause has contemporaneously with or before filing before been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire