UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**
*(See cases listed in Exhibit A, Schedule of Actions)*

### RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Defendants moved for, and this Court entered, an Order to Show Cause (Rec. Doc. 8662) why certain cases in which defendants allege core deficiencies in Plaintiffs' Fact Sheets should not be dismissed with prejudice. Plaintiffs listed on Exhibit A and represented by The Driscoll Firm, P.C. appear on the Order.  For purposes of their response, plaintiffs' counsel has grouped these plaintiffs into three categories: (1) cases which the parties agree are not deficient or any deficiencies have been resolved for purposes of the pending Show Cause Order; (2) cases in which counsel for plaintiffs will not oppose dismissal; and (3) cases in which the alleged deficiencies have not been cured but counsel for plaintiffs reasonably anticipates doing so and therefore requests an extension of time to do so. These cases are listed on Exhibits B, C, and D, respectively.

1. **Cases which are not deficient and for which the Show Cause Order should therefore be dismissed.**

Counsel for plaintiffs understands that counsel for defendants agree that the four cases listed on Exhibit B are not deficient or any deficiencies have been resolved for purposes of the pending Show Cause Order.  As such, the Show Cause Order should be dismissed as to these cases.

2. **Cases in which counsel for plaintiffs will not oppose dismissal.**

1

In the fourteen cases listed on Exhibit C, the Plaintiff Fact Sheet deficiencies are substantive in nature and, despite the best efforts of counsel and plaintiffs, the deficiencies cannot be cured. As such, counsel for plaintiffs will not oppose dismissal of these cases.

3. **Cases in which the alleged deficiencies have not been cured but counsel for plaintiffs reasonably anticipates doing so and requests an extension.**

Exhibit D lists two cases on the Show Cause Order in which the alleged deficiency has not yet been cured. These cases both involve deceased individuals for whom obtaining one set of medical records has proven extraordinarily difficult. In both cases, however, the medical provider in question has very recently agreed to release additional records and indicated that those records will be delivered to plaintiffs' counsel in the near future. As such, these plaintiffs respectfully request that the Court grant them a 60-day extension to allow them to attempt to cure the deficiencies.

Signed: March 16, 2018                                  Respectfully submitted,

                                           By:    /s/ Christopher J. Quinn
                                                  Christopher J. Quinn
                                                  THE DRISCOLL FIRM, P.C.
                                                  211 N. Broadway, 40th Floor
                                                  St. Louis, MO 63102
                                                  Tel: (314) 932-3232
                                                  Fax: (314) 932-3233
                                                  chris@thedriscollfirm.com

                                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 16, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*