**Exhibit B**
**Cases that are Not Deficient**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 93. | LANE, DORIELLE | 2:16-cv-9506 |
| 151. | SMITH, DON | 2:16-cv-12202 |
| 159. | STUCKEY, BYRON | 2:16-cv-11472 |
| 171. | WALKER, BETTY | 2:16-cv-11484 |