**Exhibit C**
**Cases in Which Dismissal is Not Opposed**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 8. | BAKER, MARY | 2:16-cv-8662 |
| 21. | BROWN, JOHN | 2:16-cv-13851 |
| 26. | BURNETTE, ELLEN | 2:16-cv-9411 |
| 34. | CORREA, PEDRO | 2:16-cv-12256 |
| 63. | GATES, JEFFREY | 2:16-cv-11180 |
| 76. | HOBBS, ANNA | 2:16-cv-11251 |
| 77. | HOBS, BRENDA | 2:16-cv-8751 |
| 82. | JETER, MELVIN | 2:16-cv-13851 |
| 97. | LINDHORST, LARRY | 2:16-cv-11334 |
| 100. | LONGARDNER, JAMES | 2:16-cv-9509 |
| 104. | MACK, JOHNORA | 2:16-cv-8780 |
| 131. | PRICE, GEORGE | 2:16-cv-11376 |
| 158. | STOKES, JOEY | 2:16-cv-12217 |
| 161. | TAYLOR, CLEO | 2:16-cv-9024 |