**Exhibit D**
**Cases in Which Extension is Requested**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 142. | SCHWARTZ, JEAN | 2:16-cv-12004 |
| 188. | ZUPANCIC, MARGARET | 2:16-cv-11500 |