# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> ROY TUCKER, individually, : <br> and as, Administrator of the Estate of : <br> CECELIA PHILLIPS, : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> JANSSEN RESEARCH & : <br> DEVELOPMENT LLC, : <br> JANSSEN PHARMACEUTICALS, INC, : <br> JANSSEN ORTHO LLC, : <br> JOHNSON & JOHNSON, : <br> BAYER HEALTHCARE : <br> PHARMACEUTICALS, INC, : <br> BAYER PHARMA AG, : <br> BAYER CORPORATION, : <br> BAYER HEALTHCARE LLC, : <br> BAYER HEALTHCARE AG, and, : <br> BAYER AG., : <br> : <br>     **Defendants** : | MDL No. 2592 <br><br> SECTION L <br><br><br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> <u>MOTION TO SUBSTITUTE PARTY</u> <br><br><br> Civil Action No.: 2:17-cv-7290 |

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Cecelia Phillips, by counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a). Plaintiff Cecelia Phillips died on October 29, 2016. Ms. Trotter, the surviving daughter-in-law of the deceased, has been named Executor for the Estate on January 31, 2018. The Death Certificate and Letters of Administration are attached

as Exhibit 1.  Ms. Trotter seeks an order from the Court substituting her, as representative of Plaintiff Cecelia Phillips' Estate.

According to Federal Rule of Civil Procedure 25(a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

For good cause shown, Plaintiffs respectfully request the Court to order substitution of the Estate and for the Clerk to file the attached Amended Complaint (Exhibit 2).

Date:   March 16, 2018                     Respectfully submitted,


/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Scott D. Levensten, Esq., hereby certify that on March 16, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Scott D. Levensten*