UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| ROY TUCKER, individually, and as, Administrator of the Estate of CECELIA PHILLIPS,     Plaintiffs, | : : : : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG,     Defendants | : : : : : : : : : : : : : : | **NOTICE OF MOTION** Civil Action No.: 2:17-cv-7290 |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE THAT Plaintiff, by and through undersigned counsel, files this Motion for Substitution of the Proper Party before the Hon. Eldon E. Fallon on motion date April 11, 2018, at 9:00 a.m.

Date: March 15, 2018 Respectfully submitted,

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*