# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| ROY TUCKER, individually, and as, Administrator of the Estate of CECELIA PHILLIPS,<br>    Plaintiffs, | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG.,<br>    Defendants | **ORDER**<br><br>Civil Action No.: 2:17-cv-7290 |

# ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of Plaintiff's Motion for Substitution of the Proper Party, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion is GRANTED.

_____
J.