# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
NOV 07 2016

**STATE OF TEXAS — CERTIFICATE OF DEATH**
**STATE FILE NUMBER: 142-16-158713**

1. LEGAL NAME OF DECEASED: CECELIA FRANCES PHILLIPS (Maiden: KROPFF)
2. DATE OF DEATH - ACTUAL OR PRESUMED: OCTOBER 29, 2016
3. SEX: FEMALE
4. DATE OF BIRTH: MARCH 14, 1942
5. AGE-Last Birthday: 74
6. BIRTHPLACE: FREER, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Divorced
9. SURVIVING SPOUSE'S NAME: (blank)

10a. RESIDENCE STREET ADDRESS: 3904 PERIWINKLE DRIVE
10c. CITY OR TOWN: FORT WORTH
10d. COUNTY: TARRANT
10e. STATE: TEXAS
10f. ZIP CODE: 76137
10g. INSIDE CITY LIMITS: ☒ Yes

11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: JAMES F KROPFF
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: ALMARENE E BUTLER

13. PLACE OF DEATH: ☒ Inpatient
14. COUNTY OF DEATH: TARRANT
15. CITY/TOWN; ZIP: FORT WORTH, 76104
16. FACILITY NAME: KINDRED HOSPITAL

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: ROY E. TUCKER JR - SON
18. MAILING ADDRESS OF INFORMANT: 3904 PERIWINKLE DRIVE, FORT WORTH, TX 76137

19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: FRANK W. SEDDIO SR., BY ELECTRONIC SIGNATURE - 8302
21. ☒ Unknown

22. PLACE OF DISPOSITION: NORTHEAST TEXAS CREMATORY
23. LOCATION: ROCKWALL, TX
24. NAME OF FUNERAL FACILITY: ACREMATION
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 2770 STATE HWY 66 EAST, ROCKWALL, TX 75087

26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: ROBERT C TREADWELL, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: NOVEMBER 6, 2016
29. LICENSE NUMBER: L2032
30. TIME OF DEATH: 07:00 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: ROBERT C TREADWELL 14131 MIDWAY ROAD SUITE 620, ADDISON, TX 75001
32. TITLE OF CERTIFIER: DO

33. PART 1. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: RESPIRATORY FAILURE — WEEKS
   b. SUBDURAL HEMATOMA — WEEKS
   c. HYPERTENSION — YEARS
   d. 

PART 2. OTHER SIGNIFICANT CONDITIONS: (blank)

34. WAS AN AUTOPSY PERFORMED? ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? (blank)

36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Unknown
38. IF FEMALE: ☒ Not pregnant within past year
39. IF TRANSPORTATION INJURY: (blank)

40a. DATE OF INJURY: (blank)
40b. TIME OF INJURY: (blank)
40c. INJURY AT WORK? (blank)
40d. PLACE OF INJURY: (blank)
40e. LOCATION: (blank)
40f. COUNTY OF INJURY: (blank)

41. DESCRIBE HOW INJURY OCCURRED: (blank)

42a. REGISTRAR FILE NO.: 06 8281
42b. DATE RECEIVED BY LOCAL REGISTRAR: NOVEMBER 7, 2016
42c. REGISTRAR: REGISTRAR - TARRANT COUNTY CLERK, ELECTRONICALLY FILED

EDR NUMBER: 000001990193

JLF

VS-112 REV 1/2006
QA0976039

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195. 1989)

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED NOV 08 2016

VICTOR A. FARINELLI
ACTING STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# LETTERS
## OF INDEPENDENT ADMINISTRATION

Cause No. 2017-PR02458-2

| | | |
|---|---|---|
| *The State of Texas* | § | *In Probate Court* |
| | § | *Tarrant County, Texas* |
| *County of Tarrant* | § | |

    I, Mary Louise Garcia, Clerk of the Probate Court of Tarrant County, Texas, do hereby certify that **on this the 31st day of January, 2018, A.D.**

### DEBORAH TROTTER

qualified according to law as **INDEPENDENT ADMINISTRATOR** without bond of the estate of

### CECELIA FRANCES PHILLIPS, DECEASED

    These are, therefore, given to prove capacity to act as such and that said appointment is still in full force and effect.

    Witness my hand and seal of the Probate Court of Tarrant County, at Fort Worth, Texas **on this the 31st day of January, 2018, A.D.**

*Mary Louise Garcia, County Clerk*
*Probate Court, Tarrant County, Texas*

By _____ Deputy
Sylvia Rothman