**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ) <br> ) <br> ) <br> *Jeremy Maxwell v. Janssen Research* ) <br> *& Development LLC, et al.*, 2:16-cv-13368 ) <br> ) | MDL No. 2592 <br><br> SECTION:  L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**PLAINTIFF JEREMY MAXWELL'S REPSONSE TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO SERVE A PLAINTIFF FACT SHEET**

On February 14, 2018, Defendant's filed a motion for Order to Show Cause Regarding Plaintiffs who failed to serve a Plaintiff Fact Sheet (R. Doc 8620). On February 16, 2018, this Court issued an Order to Show Cause requiring an explanation as to why certain actions, including the action of Jeremy Maxwell, captioned above, should not be dismissed with prejudice for failure to file a Plaintiff Fact Sheet (R. Doc. 8620). The PFS was submitted; however, there is still a deficiency regarding a failure to provide proof of use and injury. Counsel for Plaintiff has made numerous attempts by telephone, email and written correspondence to contact Plaintiff in order to obtain the required documentation.  Despite the best efforts of Plaintiff's counsel, the Plaintiff has been unresponsive and counsel has been unable to get in touch with the Plaintiff in order to obtain the outstanding materials from the Plaintiff.  Counsel does not have written permission from Plaintiff to agree to stipulate to the dismissal of his claim with prejudice.  However, Counsel has no basis to contest such a dismissal as ordered by the Court at this time.

DATED: March 16, 2018

                                                  By: /s/   Lisa Ann Gorshe
                                                        Lisa Ann Gorshe
                                                        Johnson Becker, PLLC
                                                        444 Cedar Street, Suite 1800
                                                        St. Paul, MN 55101
                                                        Direct: 612-436-1852
                                                        Facsimile: 612-436-1801

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 16, 2018, the above and forgoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

                                                                                                     /s/ Lisa A. Gorshe

                                                                                                     Lisa A. Gorshe