# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) | MDL NO. 2592 |
| ) | SECTION: L |
| PRODUCTS LIABILITY LITIGATION ) ) | JUDGE ELDON E. FALLON |
| ) ) | JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| HELEN CARIMI v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:17-cv-07128 |

## ORDER

This matter came before the Court on Plaintiff's Motion for an Extension of Time to Satisfy a Plaintiff Fact Sheet Deficiency, namely the missing documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user.

After due consideration, this Court hereby GRANTS Plaintiff's Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until April 20, 2018 to satisfy Plaintiff Fact Sheet Deficiencies.

New Orleans, Louisiana this 16th day of March, 2018

_____
JUDGE ELDON E. FALLON