UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ida King v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-08768*

## ORDER

IT IS ORDERED that the Motion to Substitute Joyce Wilson, the surviving natural daughter of Ida King, on behalf of the estate of Ida King, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge