**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Loren Geis v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-12226*

## ORDER

IT IS ORDERED that the Motion to Substitute Deborah R. Geis, the surviving spouse of Loren Geis, on behalf of the estate of Loren Geis, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ____ day of _____, 2018.

_____
United States District Judge