UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :
                                     :    JUDGE ELDON E. FALLON
                                     :
_____       :    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Pamela Livingston v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-12662*

## ORDER

IT IS ORDERED that the Motion to Substitute George Livingston on behalf of the estate of Pamela Livingston, the surviving spouse of Pamela Livingston, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge