UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jerrell Crider*
CA# 2:16-cv-14999

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8852, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Billie Ruth Crider, as Co-Plaintiff and next of kin to Jerrell Crider, is substituted for Plaintiff Jarrell Crider as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE