UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Virgal L. Lowery Individually and as Heir, Beneficiary, and Administrator of the Estate of Isiah S. Smallwood v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-11286

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8853, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Vincent Lowery, on behalf of the Estate of Virgal Lowery, is substituted for Plaintiff Virgal Lowery as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE