Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 <br> ) <br> ) SECTION:  L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Shriff Abdur Raheed v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-1930 <br><br> *Ira Boggs v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13008 <br><br> *Edward Boudreaux, Individually and on Behalf of the Estate of Conchetta Boudreaux v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2937 <br><br> *Elmer Braden v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2939 <br><br> *Marsha Broads v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13016 <br><br> *Hilda Burlison, Individually and on Behalf of the Estate of Donzil Burlison v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2940 <br><br> *Dorothy Burroughs v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2942 | ) **DECLARATION OF CHARLES G. ORR IN SUPPORT OF RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES** |

*Diana Coyle v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2949              )
                                                                                            )
*Robert Craig, Individually and on Behalf of the Estate of Sylvia Craig, v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-222              )
                                                                                            )
*Rosilyn Craver, Individually and on Behalf of the Estate of Robert, v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-932              )
                                                                                            )
*Margaret Licata, Individually and on Behalf of the Estate of Elizabeth Danielson, v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-1523              )
                                                                                            )
*George Davidson v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13035              )
                                                                                            )
*James Downing v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13036              )
                                                                                            )
*Dewey Dupree v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2956              )
                                                                                            )
*Darlene Cress, Individually and on Behalf of the Estate of Josef Feist, v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2951              )
                                                                                            )
*Quincy Francis v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-2153              )
                                                                                            )
*Denise Martin, Individually and on Behalf of the Estate of Patricia Gordon, v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12974              )
                                                                                            )
*Peter Hebert, Individually and on Behalf of the Estate of Janet Hebert, v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2991              )
                                                                                            )
*Doris Jacobsen v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2993              )
                                                                                            )
*Lois Jensen, Individually and on Behalf of the Estate of William Jensen, v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12805              )

*Timothy Johnson v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2997                )
                                                                                                  )
*George Jones v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13232                   )
                                                                                                  )
*Randolph Limerick v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-11713              )
                                                                                                  )
*George Marfield, Individually and on Behalf of the Estate of Gladys Marfield, v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12702  )
                                                                                                  )
*Kathleen Pahls, Individually and on Behalf of the Estate of James Pahls, v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-3010  )
                                                                                                  )
*Beverly Palazzolo, Individually and on Behalf of the Estate of Jerome Palazzolo, v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-3011  )
                                                                                                  )
*Clarence Palmer v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-2167                 )
                                                                                                  )
*Charles Plowman v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-3013                 )
                                                                                                  )
*Dorothy Schiessl, Individually and on Behalf of the Estate of Ludwig Schiessl, v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-2174  )
                                                                                                  )
*Joan Shoehigh v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12830                  )
                                                                                                  )
*Stacy Sexton, on Behalf of Charles Southwick, an Incapacitated Adult v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-4196  )
                                                                                                  )
*Mary Thompson v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-2704                   )
                                                                                                  )
                                                                                                  )
                                                                                                  )

*Ira Tunnell, Individually and on Behalf of the* )
*Estate of Billie Tunnell, v. Janssen Research &* )
*Development LLC, et al.*, No. 2:16-cv-2180     )
                                                 )
*Tommy Finch, Individually and on Behalf of the* )
*Estate of Claudette Williams, v. Janssen Research* )
*& Development LLC, et al.*, No. 2:16-cv-2617   )
                                                 )
*Kathryn Plosica, Individually and on Behalf of the* )
*Estate of Caroline Wolgast, v. Janssen Research* )
*& Development LLC, et al.*, No. 2:15-cv-3747   )
                                                 )

I, Charles G. Orr, declare as follows:

1. I am an attorney at law with The Mulligan Law Firm (MLF), duly licensed to practice law in the State of Texas. I represent 35 Plaintiffs in the above-styled and numbered cases, all of whom are identified in a show cause order entered by the Court on February 16, 2018, for alleged core fact sheet deficiencies (the Mulligan Plaintiffs). I make this Declaration in support of the Mulligan Plaintiffs' Response to Show Cause Order Regarding Plaintiffs With Alleged Core Fact Sheet Deficiencies. The matters set forth in this Declaration are of my own personal knowledge and if called upon to do so, I could and would competently testify thereto.

2. All of the Mulligan Plaintiffs are identically situated for purposes of the show cause and of the Mulligan Plaintiffs' Response to the show cause. Specifically, in each and every one of the Mulligan Plaintiffs' cases:

   a. the Plaintiff submitted a PFS with a signed declaration;

   b. Defendants alleged some specific core deficiency or deficiencies;

   c. Plaintiffs' counsel (namely, Charles G. Orr, the person executing this Declaration) cured the alleged deficiency or deficiencies through personal review of records

produced to Defendants (in many instances for the 35 Mulligan Plaintiffs at issue, the alleged deficiencies were cured within minutes of receipt);

d. Plaintiffs' counsel (namely, Charles G. Orr, the person executing this Declaration) simultaneously uploaded to Centrality a signed letter, on firm letterhead, explaining that the Plaintiff was not involved in any way in the process by which the alleged deficiency or deficiencies were cured and, therefore, it is the Mulligan Plaintiffs' position that no new declaration was needed for the amended PFS, in which nothing was amended except the portions where Attorney Orr personally cured the alleged deficiency or deficiencies (in some instances, these attorney letters were signed electronically, but in every instance they were prepared personally by me); and

e. at some point thereafter, Defendants alleged a single "new" deficiency – "Declaration – Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission."

3. The Mulligan Plaintiffs' position with regard to the alleged deficiency for failure to submit a new declaration for the amended PFS was clearly articulated by the Mulligan Plaintiffs and communicated to Defendants no later than October 26, 2015. *See, e.g.*, Document ID 40798, in *Burlison v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-2940 (stating, in letter on firm letterhead signed by Attorney Orr that Mulligan Plaintiffs' position is that no new declaration for amended PFS is required under PTO 13, PTO 13A, or applicable rules of procedure and that alleged deficiency was cured by attorney review of records produced to Defendants, attorney amendment of PFS, and attorney resubmission of PFS), a true and correct copy of which is attached to this Declaration as Exhibit A.  This position was made clear

to Defendants in every single one of the 35 cases at issue, as in each and every case, Plaintiffs' counsel reiterated this position to Defendants by way of a signed letter on firm letterhead.

4.  Moreover, in every one of the 35 cases at issue, the Plaintiff has submitted a signed declaration *and* Plaintiffs' counsel has submitted a signed document, on firm letterhead, attesting to the fact that Plaintiffs' counsel had cured the alleged deficiency or deficiencies himself (that is, every submission of information to Defendants in response to either the PFS itself or alleged deficiencies in the PFS was supported by either a signed declaration from Plaintiff or a signed document by Plaintiffs' counsel).

5.  Despite being on notice since no later than October 26, 2015 that the Mulligan Plaintiffs took this position, and despite having served "amended" deficiency notices in some instances as early as December 2015, Defendants did not seek any court ruling on this issue until well over two full years had passed since Defendants first became aware of the Mulligan Plaintiffs' position. Specifically, the first time the Mulligan Plaintiffs were informed that Defendants intended to seek a court ruling on the "no new declaration for amended PFS" alleged deficiency in any of the 35 cases at issue came on January 11, 2018, which was 808 days after Defendants were notified of Plaintiffs' position that this is not a deficiency at all.

6.  Attached to this Declaration as Exhibit B is a table/list showing pertinent information for each of the 35 Mulligan Plaintiffs named in the show cause, including the dates and document ID numbers for various events related to the Mulligan Plaintiffs and the deficiency process. I personally prepared the table/list, including personal review of Centrality to view all the relevant documents to refresh my recollection about the alleged deficiencies in each of the 35 cases and my efforts to cure those alleged deficiencies.

**ORR DECL ISO RESPONSE TO SHOW CAUSE ORDER**                                   **Page 6 of 7**

     I hereby declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of March, 2018.

                                                                _____
                                                                 Charles G. Orr

# Exhibit A

# THE MULLIGAN LAW FIRM

3710 RAWLINS STREET, SUITE 901
DALLAS, TEXAS 75219
TELEPHONE: (214) 219-9779
TELECOPIER: (214) 520-8789
E-MAIL: office@mulliganlaw.com
WEB: www.mulliganlaw.com

---

October 26, 2015

Via MDL Centrality

        RE:    Alleged Deficiency – Amended PFS
                Claimant/Xarelto User: Donzil Burlison
                Docket No. in E.D. La.: 2:15-cv-02940

Dear Defense Counsel:

     Today, I became aware of an alleged deficiency regarding the above-referenced Amended PFS.[1] Specifically, your position appears to be that the Amended PFS is deficient because we were required to obtain our client's signature on a new declaration and to submit that new declaration with the amended PFS.

     We disagree.

     First, nothing in PTO 13, PTO 13A, or the applicable rules of procedure requires that amendments to PFSs that cure alleged deficiencies necessitate a newly signed client declaration.

     Second, the alleged deficiency from your 10/8/15 deficiency notice in the above-referenced case was cured via attorney review of records already produced to you, attorney amendment to the PFS (if any), attorney uploading of documents (if any), and attorney resubmission of the PFS.

                                                   Very truly yours,

                                                   The Mulligan Law Firm

                                                   Charles G. Orr

---

[1] The "Deficiency Notice Report" for Mulligan cases identifies this case as having the alleged deficiency addressed in this letter. This is puzzling, since I have not yet received any notice of this alleged deficiency and no notice is posted to MDL Centrality. In the interest of promptly clearing any ambiguity about our position, we are submitting this letter addressing the alleged deficiency now.

# Exhibit B

**TABLE OF CASES**

**MULLIGAN PLAINTIFFS ON SHOW CAUSE ORDER
FOR "NO NEW DECLARATION FOR AMENDED PFS" DEFICIENCY**

*Abdur Raheed, Shriff* – No. 1 on Show Cause Order (Plaintiff ID 7982)

- PFS with Declaration – 06/06/2016 – Document ID 224535 (PFS); 224525 (verification)
- Deficiency Notice – 06/24/2016 – Document ID 230868
- Attorney letter re: cure – 07/11/2016 – Document ID 241487
- Amended PFS (attorney cure) – 07/11/2016 – Document ID 241488
- Amended Deficiency Notice (no new decl) – 07/21/2016 – Document ID 251204

*Boggs, Ira* – No. 14 on Show Cause Order (Plaintiff ID 9224)

- PFS with Declaration – 08/10/2016 – Document ID 263654 (PFS); 262964 (verification)
- Deficiency Notice – 10/17/2016 – Document ID 287828
- Attorney letter re: cure – 10/17/2016 – Document ID 287857
- Amended PFS (attorney cure) – 10/17/2016 – Document ID 287859
- Amended Deficiency Notice (no new decl) – 01/06/2017 – Document ID 306440

*Boudreaux, Conchetta* – No. 16 on Show Cause Order (Plaintiff ID 1940)

- PFS with Declaration – 09/09/2015 – Document ID 19783 (PFS); 19735 (verification)
- Deficiency Notice – 10/05/2015 – Document ID 29118
- Attorney letter re: cure – 10/26/2015 – Document ID 40802
- Amended PFS (attorney cure) – 10/12/2015 – Document ID 31923
- Amended Deficiency Notice (no new decl) – 05/04/2016 – Document ID 215546

*Braden, Elmer* – No. 18 on Show Cause Order (Plaintiff ID 1892)

- PFS with Declaration – 09/09/2015 – Document ID 19806 (PFS); 19803 (verification)
- Deficiency Notice – 10/05/2015 – Document ID 29119
- Attorney letter re: cure – 10/26/2015 – Document ID 40800
- Amended PFS (attorney cure) – 10/12/2015 – Document ID 31922
- Amended Deficiency Notice (no new decl) – 12/09/2015 – Document ID 89688

*Broads, Marcia* – No. 20 on Show Cause Order (Plaintiff ID 9235)

- PFS with Declaration – 08/10/2016 – Document ID 263724 (PFS); 263068 (verification)
- Deficiency Notice – 10/17/2016 – Document ID 287830
- Attorney letter re: cure – 10/17/2016 – Document ID 287855
- Amended PFS (attorney cure) – 10/17/2016 – Document ID 287856
- Amended Deficiency Notice (no new decl) – 01/06/2017 – Document ID 306435

*Burlison, Donzil* – No. 24 on Show Cause Order (Plaintiff ID 1736)

- PFS with Declaration –  09/16/2015 – Document ID 21668 (PFS); 19816 (verification)
- Deficiency Notice – 10/08/2015 – Document ID 30432
- Attorney letter re: cure – 10/26/2015 – Document ID 40798
- Amended PFS (attorney cure) – 10/12/2015 – Document ID 31689
- Amended Deficiency Notice (no new decl) – 12152015 – Document ID 98402

*Burroughs, Dorothy* – No. 27 on Show Cause Order (Plaintiff ID 1969)

- PFS with Declaration –  09/11/2015 – Document ID 20291 (PFS); 19824 (verification)
- Deficiency Notice – 10/05/2015 – Document ID 29149
- Attorney letter re: cure – 10/26/2015 – Document ID 40804
- Amended PFS (attorney cure) – 10/12/2015 – Document ID 31925
- Amended Deficiency Notice (no new decl) – 05/04/2016 – Document ID 215548

*Coyle, Diana* – No. 35 on Show Cause Order (Plaintiff ID 2124)

- PFS with Declaration –  09/11/2015 – Document ID 20449 (PFS); 20063 (verification)
- Deficiency Notice – 10/14/2015 – Document ID 32950
- Attorney letter re: cure – 11/03/2015 – Document ID 47115
- Amended PFS (attorney cure) – 10/14/2015 – Document ID 32962
- Amended Deficiency Notice (no new decl) – 12/12/2015 – Document ID 93744

*Craig, Sylvia* – No. 36 on Show Cause Order (Plaintiff ID 1159)

- PFS with Declaration – 07/23/2015 – Document ID 6323 (PFS); 4478 (verification)
- Deficiency Notice – 08/26/2015 – Document ID 14982
- Attorney letter re: cure – 10/26/2015 – Document ID 40775
- Amended PFS (attorney cure) – 08/27/2015 – Document ID 15764
- Amended Deficiency Notice (no new decl) – 12/14/2015 – Document ID 96938

*Craver, Robert* – No. 38 on Show Cause Order (Plaintiff ID 9138)

- PFS with Declaration – 08/11/2016 – Document ID 264424 (PFS); 264273 (verification)
- Deficiency Notice – 10/17/2016 – Document ID 287923
- Attorney letter re: cure – 10/17/2016 – Document ID 287925
- Amended PFS (attorney cure) – 10/17/2016 – Document ID 287926
- Amended Deficiency Notice (no new decl) – 01/05/2017 – Document ID 306178

*Danielson, Elizabeth* – No. 41 on Show Cause Order (Plaintiff ID 2232)

- PFS with Declaration – 08/10/2015 – Document ID 11796 (PFS); 11690 (verification)
- Deficiency Notice – 10/07/2015 – Document ID 29846
- Attorney letter re: cure – 11/03/2015 – Document ID 47120
- Amended PFS (attorney cure) – 10/07/2015 – Document ID 30171
- Amended Deficiency Notice (no new decl) – 12/12/2015 – Document ID 93737

*Davidson, George* – No. 42 on Show Cause Order (Plaintiff ID 2402)

- PFS with Declaration –  08/10/2016 – Document ID 263941 (PFS); 263137 (verification)
- Deficiency Notice – 10/17/2016 – Document ID 287839
- Attorney letter re: cure – 10/17/2016 – Document ID 287841
- Amended PFS (attorney cure) – 10/17/2016 – Document ID 287842
- Amended Deficiency Notice (no new decl) – 11/30/2016 – Document ID 299030

*Downing, James* – No. 48 on Show Cause Order (Plaintiff ID 9342)

- PFS with Declaration – 08/10/2016 – Document ID 263974 (PFS); 263282 (verification)
- Deficiency Notice – 10/17/2016 – Document ID 287840
- Attorney letter re: cure – 10/17/2016 – Document ID 287844
- Amended PFS (attorney cure) – 10/17/2016 – Document ID 287845
- Amended Deficiency Notice (no new decl) – 01/06/2017 – Document ID 306431

*Dupree, Dewey* – No. 50 on Show Cause Order (Plaintiff ID 2146)

- PFS with Declaration – 09/12/2015 – Document ID 20568 (PFS); 20100 (verification)
- Deficiency Notice – 10/14/2015 – Document ID 32990
- Attorney letter re: cure – 11/03/2015 – Document ID 47103
- Amended PFS (attorney cure) – 10/14/2015 – Document ID 32997
- Amended Deficiency Notice (no new decl) – 12/12/2015 – Document ID 93767

*Feist, Josef* – No. 61 on Show Cause Order (Plaintiff ID 2142)

- PFS with Declaration –  09/12/2015 – Document ID 20570 (PFS); 20116 (verification)
- Deficiency Notice – 10/14/2015 – Document ID 32957
- Attorney letter re: cure – 11/03/2015 – Document ID 47109
- Amended PFS (attorney cure) – 10/14/2015 – Document ID 32966
- Amended Deficiency Notice (no new decl) – 12/12/2015 – Document ID 93746

*Francis, Quincy* – No. 62 on Show Cause Order (Plaintiff ID 7983)

- PFS with Declaration –  06/06/2016 – Document ID 224750 (PFS); 224024 (verification)
- Deficiency Notice – 06/24/2016 – Document ID 230902
- Attorney letter re: cure – 07/11/2016 – Document ID 241649
- Amended PFS (attorney cure) – 07/11/2016 – Document ID 241650
- Amended Deficiency Notice (no new decl) – 07/21/2016 – Document ID 251235

*Gordon, Patricia* – No. 67 on Show Cause Order (Plaintiff ID 9367)

- PFS with Declaration – 08/16/2016 – Document ID 269081(PFS); 266070 (verification)
- Deficiency Notice – 11/02/2016 – Document ID 292788
- Attorney letter re: cure – 11/02/2016 – Document ID 292812
- Amended PFS (attorney cure) – 11/02/2016 – Document ID 292813
- Amended Deficiency Notice (no new decl) – 01/10/2017 – Document ID 307042

*Hebert, Janet* – No. 74 on Show Cause Order (Plaintiff ID 2158)

- PFS with Declaration – 09/18/2015 – Document ID 22706 (PFS); 22581 (verification)
- Deficiency Notice – 10/14/2015 – Document ID 32985
- Attorney letter re: cure – 11/03/2015 – Document ID 47104
- Amended PFS (attorney cure) – 10/14/2015 – Document ID 33036
- Amended Deficiency Notice (no new decl) – 12/12/2015 – Document ID 93769

*Jacobsen, Doris* – No. 80 on Show Cause Order (Plaintiff ID 2108)

- PFS with Declaration – 09/17/2015 – Document ID 22021 (PFS); 21351 (verification)
- Deficiency Notice – 10/20/2015 – Document ID 36743
- Attorney letter re: cure – 11/03/2015 – Document ID 47101
- Amended PFS (attorney cure) – 10/20/2015 – Document ID37021
- Amended Deficiency Notice (no new decl) – 05/04/2016 – Document ID 215550

*Jensen, William* – No. 81 on Show Cause Order (Plaintiff ID 9147)

- PFS with Declaration – 08/05/2016 – Document ID 260130 (PFS); 260121 (verification)
- Deficiency Notice – 09/29/2016 – Document ID 283956
- Attorney letter re: cure – 09/29/2016 – Document ID 283979
- Amended PFS (attorney cure) – 09/29/2016 – Document ID 283980
- Amended Deficiency Notice (no new decl) – 10/13/2016 – Document ID 287361

*Johnson, Timothy* – No. 85 on Show Cause Order (Plaintiff ID 1936)

- PFS with Declaration – 09/16/2015 – Document ID 22018 (PFS); 21484 (verification)
- Deficiency Notice – 10/14/2015 – Document ID 32964
- Attorney letter re: cure – 11/03/2015 – Document ID 47106
- Amended PFS (attorney cure) – 10/14/2016 – Document ID32970
- Amended Deficiency Notice (no new decl) – 12/12/2015 – Document ID93741

*Jones, George* – No. 86 on Show Cause Order (Plaintiff ID 2886)

- PFS with Declaration – 08/18/2016 – Document ID 272038 (PFS); 268129 (verification)
- Deficiency Notice – 11/17/2016 – Document ID 296419
- Attorney letter re: cure – 11/29/2016 – Document ID 298690
- Amended PFS (attorney cure) – 11/29/2016 – Document ID 298691
- Amended Deficiency Notice (no new decl) – 02/09/2017 – Document ID 313884

*Limerick, Randolph* – No. 96 on Show Cause Order (Plaintiff ID 10137)

- PFS with Declaration – 08/12/2016 – Document ID 265514 (PFS); 265206 (verification)
- Deficiency Notice – 10/24/2016 – Document ID 289927
- Attorney letter re: cure – 10/24/2016 – Document ID 289931
- Amended PFS (attorney cure) – 10/24/2016 – Document ID 289932
- Amended Deficiency Notice (no new decl) – 01/05/2017 – Document ID 306394

*Marfield, Gladys* – No. 105 on Show Cause Order (Plaintiff ID 14054)

- PFS with Declaration – 08/16/2016 – Document ID 269043 (PFS); 266062 (verification)
- Deficiency Notice – 11/02/2016 – Document ID 292773
- Attorney letter re: cure – 11/02/2016 – Document ID 292815
- Amended PFS (attorney cure) – 11/02/2016 – Document ID 292816
- Amended Deficiency Notice (no new decl) – 01/10/2017 – Document ID 307044

*Pahls, James* – No. 123 on Show Cause Order (Plaintiff ID 2169)

- PFS with Declaration – 09/16/2015 – Document ID 22008 (PFS); 21896 (verification)
- Deficiency Notice – *No deficiency alleged; Plaintiffs' counsel noticed discrepancy*
- Attorney letter re: cure – 03/01/2017 – Document ID 317698
- Amended PFS (attorney cure) – 03/01/2017 – Document ID 317699
- Amended Deficiency Notice (no new decl) – 03/06/2017 – Document ID 318322

*Palazzolo, Jerome* – No. 124 on Show Cause Order (Plaintiff ID 2168)

- PFS with Declaration – 09/16/2015 – Document ID 22007 (PFS); 21908 (verification)
- Deficiency Notice – 10/19/2015 – Document ID 35740
- Attorney letter re: cure – 11/03/2017 – Document ID 47102
- Amended PFS (attorney cure) – 10/19/2015 – Document ID 35790
- Amended Deficiency Notice (no new decl) – 12/12/2015 – Document ID 93771

*Palmer, Clarence* – No. 125 on Show Cause Order (Plaintiff ID 2420)

- PFS with Declaration – 06/06/2016 – Document ID 224767 (PFS); 191361 (verification)
- Deficiency Notice – 06/24/2016 – Document ID 230905
- Attorney letter re: cure – 07/11/2016 – Document ID 241639
- Amended PFS (attorney cure) – 07/11/2016 – Document ID 241646
- Amended Deficiency Notice (no new decl) – 07/21/2016 – Document ID 251229

*Plowman, Charles* – No. 128 on Show Cause Order (Plaintiff ID 2003)

- PFS with Declaration – 09/16/2015 – Document ID 22006 (PFS); 21928 (verification)
- Deficiency Notice – *No deficiency alleged; Plaintiffs' counsel noticed discrepancy*
- Attorney letter re: cure – 03/03/2017 – Document ID 318115
- Amended PFS (attorney cure) – 03/03/2017 – Document ID 318116
- Amended Deficiency Notice (no new decl) – 03/07/2017 – Document ID 318652

*Schiessl, Ludwig* – No. 140 on Show Cause Order (Plaintiff ID 2091)

- PFS with Declaration – 06/06/2016 – Document ID 224769 (PFS); 191385 (verification)
- Deficiency Notice – 06/24/2016 – Document ID 230955
- Attorney letter re: cure – 07/11/2016 – Document ID 241626
- Amended PFS (attorney cure) – 07/11/2016 – Document ID 241629
- Amended Deficiency Notice (no new decl) – 07/21/2016 – Document ID 251224

*Shoehigh, Joan* – No. 148 on Show Cause Order (Plaintiff ID 13464)

- PFS with Declaration – 08/07/2016 – Document ID 261101 (PFS); 257146 (verification)
- Deficiency Notice – 10/03/2016 – Document ID 284448
- Attorney letter re: cure – 10/03/2016 – Document ID 284463
- Amended PFS (attorney cure) – 10/03/2016 – Document ID 284464
- Amended Deficiency Notice (no new decl) – 10/31/2016 – Document ID 292306

*Southwick, Charles* – No. 152 on Show Cause Order (Plaintiff ID 4829)

- PFS with Declaration – 07/27/2016 – Document ID 254776 (PFS); 252107 (verification)
- Deficiency Notice – 09/20/2016 – Document ID 281695
- Attorney letter re: cure – 09/20/2016 – Document ID 281720
- Amended PFS (attorney cure) – 09/20/2016 – Document ID 281721
- Amended Deficiency Notice (no new decl) – 10/10/2016 – Document ID 286323

*Thompson, Mary* – No. 163 on Show Cause Order (Plaintiff ID 2252)

- PFS with Declaration – 06/16/2016 – Document ID 227870 (PFS); 226310 (verification)
- Deficiency Notice – 06/29/2016 – Document ID 234099
- Attorney letter re: cure – 07/11/2016 – Document ID 241193
- Amended PFS (attorney cure) – 07/11/2016 – Document ID 241198
- Amended Deficiency Notice (no new decl) – 07/18/2016 – Document ID 247819

*Tunnell, Billie* – No. 168 on Show Cause Order (Plaintiff ID 2009)

- PFS with Declaration – 06/06/2016 – Document ID 224776 (PFS); 191400 (verification)
- Deficiency Notice – 06/24/2016 – Document ID 231112
- Attorney letter re: cure – 07/11/2016 – Document ID 241611
- Amended PFS (attorney cure) – 07/11/2016 – Document ID 241613
- Amended Deficiency Notice (no new decl) – 07/21/2016 – Document ID 251217

*Williams, Claudette* – No. 179 on Show Cause Order (Plaintiff ID 8830)

- PFS with Declaration – 06/16/2016 – Document ID 227858 (PFS); 226368 (verification)
- Deficiency Notice – 06/29/2016 – Document ID 234077
- Attorney letter re: cure – 07/11/2016 – Document ID 241429
- Amended PFS (attorney cure) – 07/11/2016 – Document ID 241437
- Amended Deficiency Notice (no new decl) – 08/08/2016 – Document ID 261932

*Wolgast, Caroline* – No. 185 on Show Cause Order (Plaintiff ID 2350)

- PFS with Declaration – 10/14/2015 – Document ID 33055 (PFS); 32637 (verification)
- Deficiency Notice – 12/14/2015 – Document ID 96109
- Attorney letter re: cure – 12/14/2015 – Document ID 96183
- Amended PFS (attorney cure) – 12/14/2015 – Document ID 96185
- Amended Deficiency Notice (no new decl) – 12/15/2015 – Document ID 98811