# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| SEAN M. JONES | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:16-CV-08937

STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **SLATER SLATER SCHULMAN LLP**<br><br>By: */s/ Adam Paul Slater*<br>Adam Paul Slater<br>445 Broadhollow Road<br>Suite 334<br>Melville, NY 11747<br>Tel: (631) 420-9300<br>aslater@sssfirm.com<br><br>Attorneys for Plaintiff<br>Dated: March 18, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: March 18, 2018<br><br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: /s/Andrew Solow<br>Andrew K. Solow<br>Steven Glickstein<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>andrew.solow@apks.com<br>steven.glickstein@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: March 18, 2018<br><br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br>Dated: March 18, 2018 |

-3-

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 18, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   /s/ James B. Irwin