# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert E. Schneider o/b/o His deceased father, Edward Schneider v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:17-cv-17192

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8858, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Robert E. Schneider, on behalf of his deceased father, Edward Schneider, is substituted for Plaintiff Edward Schneider as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE