UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Simpson v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-8263

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8869, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Melody Simpson, on behalf of her deceased spouse, Rodney Simpson, is substituted for Plaintiff Rodney Simpson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE