UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| ------------------------------------------------------------- | : | |

**THIS DOCUMENT RELATES TO:**

*Dimitri Cruzoni v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10700 (E.D. La.)
*William Lower v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10504 (E.D. La.)
*Maddie Nelson v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10494 (E.D. La.)
*John Parks v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-09782 (E.D. La.)
*Johanna Astacio v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10700 (E.D. La.)
*Yvonne Cadra, individually, and as a personal representative of the estate of Bryan Cadra v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10684 (E.D. La.)
*Kenneth Gura v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10489 (E.D. La.)
*Frances Hill v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10742 (E.D. La.)
*Barbara Ingram v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-09762 (E.D. La.)
*Sheereda Khan v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11301 (E.D. La.)
*Mary Martin v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11182 (E.D. La.)
*Elnora Moultrie, individually, and as personal representative of the estate of Bluette Stokes v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11790 (E.D. La.)
*Gary Peglow v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10957 (E.D. La.)

*Verla Pinkerton, individually, and as personal representative of the estate of Harlan Pinkerton v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11328 (E.D. La.)
*Maria Serna v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10938 (E.D. La.)
*Wayne Spaulding v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-10949 (E.D. La.)
*Ronald Spiegel v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-11310 (E.D. La.)
*Marion Studzinski v. Janssen Research & Development LLC, et. al.,*
Civil Action No. 2:17-cv-09797 (E.D. La.)

## **ORDER**

Considering the foregoing Motion for Extension of Time within Which to Serve Process on Defendant Bayer Pharma AG: IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have thirty (30) days from the date of this Order within which to effect service on Defendant Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this 16th day of _____March_____, 2017.

_____
Honorable Eldon E. Fallon