UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Christopher Hamer v. Janssen Research & Development LLC, et al.*
    Civil Action No.  - 2:16-cv-16931 (E.D. La.)
*James A. Davis v. Janssen Research & Development LLC, et al.*
    Civil Action No.   - 2:16-cv-17839 (E.D. La.)
*Alison Grindle v. Janssen Research & Development LLC, et al.*
    Civil Action No.  - 2:16-cv-17834 (E.D. La.)
*Richard Shaara v. Janssen Research & Development LLC, et al.*
    Civil Action No.  -2:16-cv-17871 (E.D. La.)
*David Smith v. Janssen Research & Development LLC, et al.*
    Civil Action No.   - 2:16-cv-17867 (E.D. La.)
*Donetta Higgins v. Janssen Research & Development LLC, et al.*
    Civil Action No.  -2:17-cv-02795 (E.D. La.)
*Carolyn Sparks v. Janssen Research & Development LLC, et al.*
    Civil Action No.  -2:17-cv-06388 (E.D. La.)
*Judy Seleski v. Janssen Research & Development LLC, et al.*
    Civil Action No.   - 2:17-cv-07749 (E.D. La.)
*Susan Roberts v. Janssen Research & Development LLC, et al.*
    Civil Action No.  -2:17-cv-08709 (E.D. La.)
*Roberto Alvarez v. Janssen Research & Development LLC, et al.*
    Civil Action No. -2:17-cv-09587 (E.D. La.)
*Veronica Rogers v. Janssen Research & Development LLC, et al.*
    Civil Action No.   -2:17-cv-14075 (E.D. La.)

## ORDER

Before the Court is the motion by the above-referenced Plaintiffs (the Movants) for a ruling that they have properly served Bayer Healthcare Pharmaceuticals Inc. (BHCP). The motion is DENIED. However, the Court GRANTS the movants request for an extension of 60 days to properly serve Bayer Healthcare Pharmaceuticals Inc.

New Orleans, Louisiana this 16th day of March, 2018.

_____
Unites States District Judge