UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) Civil Action No: <u>2:14-md-02592</u> |

**THIS DOCUMENT RELATES TO:**

*IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION*
Civil Action No.: 2:14-md-02592

## ORDER PERMITTING WITHDRAW OF COUNSEL

Considering the Motion to Withdraw as Counsel, IT IS ORDERED that the Motion is GRANTED. Jose Tomas Ballesteros is hereby withdraw from the cases listed on the attached Exhibit A.

Entered this __16th__ day of _____March_____, 2018 into the United States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON

**Exhibit A**

2:17-cv-12507-EEF-MBN Holz v. Janssen Research & Development LLC et al - Representing Becky V Holz
2:17-cv-12562-EEF-MBN Broadnax v. Janssen Research & Development LLC et al - Representing Rhonda C. Broadnax
2:17-cv-12597-EEF-MBN Suleiman v. Janssen Research & Development LLC et al - Representing Salen Suleiman
2:17-cv-13510-EEF-MBN Dunson v. Janssen Research & Development LLC et al - Representing Franklin Dunson
2:17-cv-17177-EEF-MBN Williams v. Janssen Research & Development LLC, et al - Representing Virginia A Williams
2:17-cv-17329-EEF-MBN Ellis v. Janssen Research & Development LLC et al - Representing Richard Patrick Ellis
2:17-cv-17385-EEF-MBN Cutliff v. Janssen Research & Development LLC et al - Representing Johnnie L. Cutliff, Jr
2:17-cv-17436-EEF-MBN Mullin v. Janssen Research & Development LLC et al - Representing Florence Mullin
2:17-cv-17456-EEF-MBN Collver v. Janssen Research & Development LLC et al - Representing John Collver
2:17-cv-17489-EEF-MBN Carlson v. Janssen Research & Development LLC et al - Representing Roseanne Carlson
2:17-cv-17506-EEF-MBN Hernandez v. Janssen Research & Development LLC et al - Representing Joe Hernandez
2:17-cv-17541-EEF-MBN Linton v. Janssen Research & Development LLC et al - Representing Joanne Linton
2:17-cv-17570-EEF-MBN Karpel v. Janssen Research & Development LLC et al - Representing Joan Karpel
2:17-cv-17644-EEF-MBN Van Den Bosch v. Janssen Research & Development LLC et al - Representing Joan E Van Den Bosch
2:17-cv-17656-EEF-MBN Perry v. Janssen Research & Development LLC et al - Representing Jimmy Perry
2:17-cv-17671-EEF-MBN Melvin v. Janssen Research & Development LLC et al - Representing Jarrett G Melvin
2:17-cv-17683-EEF-MBN Warrick v. Janssen Research & Development LLC et al - Representing Charlotte Warrick
2:17-cv-17718-EEF-MBN Helms v. Janssen Research & Development LLC et al - Representing Janice J Helms
2:17-cv-17827-EEF-MBN McBee v. Janssen Research & Development LLC et al - Representing J D McBee

2:17-cv-17842-EEF-MBN Eyerman v. Janssen Research & Development LLC et al - Representing Geraldine Eyerman
2:17-cv-17962-EEF-MBN Mehosky v. Janssen Research & Development LLC et al - Representing Ivan P Mehosky
2:18-cv-00208-EEF-MBN Langley v. Janssen Research & Development LLC et al - Representing Thomas Langley
2:18-cv-00265-EEF-MBN McIntire v. Janssen Research & Development LLC et al - Representing Rebecca Jo McIntire
2:18-cv-00296-EEF-MBN Krivacic v. Janssen Research & Development LLC et al - Representing James Krivacic
2:18-cv-00643-EEF-MBN Cheridor v. Janssen Research & Development LLC et al - Representing Marie P Cheridor
2:18-cv-00664-EEF-MBN Sehler v. Janssen Research & Development LLC, et al - Representing John L Sehler
2:18-cv-00723-EEF-MBN Angwin v. Janssen Research & Development LLC et al - Representing John Angwin
2:18-cv-00851-EEF-MBN Bailey v. Janssen Research & Development LLC et al - Representing Desmond C Bailey, Jr
2:18-cv-00980-EEF-MBN Ruggles v. Janssen Research & Development LLC et al - Representing Heidi Ruggles
2:18-cv-01150-EEF-MBN Morris v. Janssen Research & Development LLC et al - Representing Charles Morris
2:18-cv-01179-EEF-MBN Haynes v. Janssen Research & Development LLC et al - Representing Gerald Haynes
2:18-cv-01199-EEF-MBN Clark v. Janssen Research & Development LLC et al - Representing Jaqueline S. Clark
2:18-cv-01283-EEF-MBN Delp v. Janssen Research & Development LLC et al - Representing Alice Delp
2:18-cv-01340-EEF-MBN Filippelli v. Janssen Research & Development LLC et al - Representing Misty A. Parrish Filippelli
2:18-cv-01360-EEF-MBN Crouch v. Janssen Research & Development LLC et al - Representing Cohela Crouch
2:18-cv-01401-EEF-MBN McClenny v. Janssen Research & Development LLC et al - Representing Nancy B McClenny
2:18-cv-01418-EEF-MBN Gottlieb v. Janssen Research & Development LLC et al - Representing Martin Gottlieb
2:18-cv-01463-EEF-MBN Nichols v. Janssen Research & Development LLC et al - Representing Sherlena Nichols
2:18-cv-01475-EEF-MBN Garmon v. Janssen Research & Development LLC, et al - Representing Carolyn Denise Garmon
2:18-cv-01535-EEF-MBN Turner v. Janssen Research & Development LLC et al -

Representing Barbara E. Turner
2:18-cv-01547-EEF-MBN Belcher v. Janssen Research & Development LLC et al - Representing Betty Belcher
2:18-cv-01566-EEF-MBN Jones v. Janssen Research & Development LLC et al - Representing Cecilia J Jones
2:18-cv-01588-EEF-MBN Green v. Janssen Research & Development LLC et al - Representing Connie L. Green