## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION: L** |
| | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **MAG. JUDGE NORTH** |

## O R D E R

The March 24, 2015 Order (Rec. Doc. 4217) and the February 15, 2018 Order (Rec. Doc. 8628) relating to service of process are VACATED and replaced as follows after discussion with the parties at the February 27, 2018 Monthly Status Conference:

Due to the large number of cases filed in the above-captioned MDL over the last three months the Court has developed a filing backlog and has not been able to issue summons documents as quickly as previously possible.  Therefore,

**IT IS ORDERED** that, for these backlogged cases, the deadline for service of process shall be extended and the plaintiff, for that defendant to whom the summons was addressed, shall have sixty (60) days from the date the Court issues the summons to serve that defendant.  This extension of the deadline for service of process for these backlogged cases only applies when the plaintiff presents or has presented the properly-addressed summons to the clerk for signature and seal at the time of the filing of the complaint.  If a properly addressed summons is not, or has not been, presented to the clerk at the time of filing of the complaint, the time limits provided for the service of the summons and complaint in Rule 4(m) of the Federal Rules of Civil Procedure (90

1

days applicable to all U.S. defendants under the normal rules of service) and Paragraph II.C of Pretrial Order No. 10 (60 days applicable to Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc. if streamlined service is desired) shall apply.

NEW ORLEANS, LOUISIANA, this 16th day of March, 2018.


**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**