# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Walker v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-5271**

## PROPOSED ORDER

This Court, having considered Defendants' Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets should not be dismissed with prejudice [Doc. 8620], the Court's Order to Show Cause [8662], and Plaintiff's Response to Motion to Show Cause:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Plaintiff Randa Walker, shall have forty-five (45) days from entry of this order to cure deficiencies to the Plaintiff Fact Sheet described in CMO1 and PTO13.

Signed New Orleans, Louisiana this ____ day of _____, 2018.