UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL NO. 2592

SECTION:  L
JUDGE FALLON
MAG. JUDGE NORTH

**JURY TRIAL DEMANDED**
Civil Action No:  2:14-md-02592

THIS DOCUMENT RELATES TO:
IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION
Civil Action No. 2:14-md-02592

**ORDER**

Based on the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HERBY ORDERED**, that David B. Owen Jiménez of the Law Offices of Christopher K.

Johnston LLC, be enrolled as Co-Counsel of Record for plaintiffs in the listed cases.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon K. Fallon, United States District Court Juge