UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA FOR
MARCH 21, 2018 STATUS CONFERENCE**

1. Pre-Trial Orders

2. Case Management Orders

3. Counsel Contact Information Form

4. Plaintiff Fact Sheets

5. Defendant Fact Sheets

6. Service of Process on Defendants

7. Preservation Order

8. Order Governing the Parties' Interactions with MDL Plaintiffs' Prescribing and Treating Physicians

9. Bellwether Cases

10. State/Federal Coordination

11. Matters Set for Hearing Following the Status Conference

12. Next Status Conference