UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Roy Tucker, individually, and as, Administrator of the Estate of Cecelia Phillips v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-7290

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8880, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Deborah Trotter, as representative of the Estate of Cecelia Phillips, is substituted as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE