UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Ida King v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-8768

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8887, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joyce Wilson, the surviving nature daughter of Ida King, on behalf of the estate of Ida King, is substituted for Plaintiff Ida King as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE