UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Master File No. 2592<br>MDL No. 2:14-MD-02592<br><br>JUDGE: ELDON E. FALLON<br>MAG: JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>EVA BALDWIN<br>2:16-cv-17868<br><br>KEITH HARRALSON<br>2:17-cv-0484<br><br>LAWANA ROSE LEE<br>2:16-cv-06591<br><br>MARIA MUNOZ<br>2:17-cv-01887<br><br>JERRY WARREN<br>2:16-cv-13879 | PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Eva Baldwin, Keith Harralson, Lawana Rose Lee, Maria Munoz and Jerry Warren, who respectfully submit this response to Order to Show Cause regarding Defendant's deficiency notices to Plaintiffs, as follows:

A.  Eva Baldwin

Defendant noted a few deficiencies regarding Eva Baldwin's case relating to pharmacy address(es), dates of hospitalization and diagnosing physician which have been cured. The only deficiency that has been left uncured is pharmacy records to support Ms. Baldwin support of

usage. Ms. Baldwin is elderly and has a bad memory, Ms. Baldwin has identified new pharmacy providers that may have proof of usage. Accordingly, undersigned counsel respectfully requests this Honorable Court to allow counsel additional time to obtain Ms. Baldwin's pharmacy records.

B.      Keith Harralson

Ms. Harralson, Mr. Harralson's widow, just informed undersigned counsel of the death of Keith Harralson on January 22, 2018. Ms. Harralson could not assist in answering any questions relating to case at this time. As a result, undersigned counsel will send Ms. Harralson a HIPAA from to sign and obtain additional medical records to cure PFS. Undersigned counsel is waiting for Ms. Harralson to respond before we can order the remaining medical records and cure the remaining deficiencies in a timely manner and would request additional time to order and receive the remaining medical records.

C.      Lawana Rose Lee

Undersigned counsel diligently sought medical records reflecting Ms. Lee's alleged injuries. The listed medical providers/clinic provided by representative daughter Brenda Guinn will not release medical records until documentation of representative's authority is provided. Undersigned counsel is working with daughter Brenda Guinn in obtaining. Accordingly, undersigned counsel respectfully requests this Honorable Court to allow counsel additional time to obtain Ms. Lee's records.

D.      Maria Munoz

Undersigned counsel diligently sought medical records reflecting Ms. Munoz's alleged injuries. The listed medical providers/clinic provided by representative daughter Claudia Ross will not release medical records until documentation of representative's authority is provided.

Undersigned counsel is working with daughter Claudia Ross in obtaining but Ms. Ross has gone unresponsive. Accordingly, undersigned counsel respectfully requests this Honorable Court to allow counsel additional time to obtain Ms. Lee's records.

E.  <u>Jerry Warren</u>

Mr. Warren has gone unresponsive and has not returned a signed HIPAA release to obtain records. Accordingly, undersigned counsel respectfully requests this Honorable Court to allow counsel additional time to obtain Ms. Warren's records.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 19, 2018 | LENZE LAWYERS, PLC. |
|  | By:  /s/Jennifer A. Lenze, CA Bar# 246858<br>Email: jlenze@lenzelawyers.com<br>LENZE LAWYERS, PLC<br>1300 Highland Ave, Suite 207<br>Manhattan Beach, CA 90266<br>Tel.: 310-322-8800 | Fax.: 310-322-8811 |
|  | Attorney for Plaintiffs |