UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Loren Geis v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-12226

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8889, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Deborah R. Geis, the surviving spouse of Loren Geis, on behalf of the estate of Loren Geis, is substituted for Plaintiff Loren Geis as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE