UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Pamela Livingston v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-12662

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8891, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff George Livingston, the surviving spouse of Pamela Livingston, on behalf of the estate of Pamela Livingston, is substituted for Plaintiff Pamela Livingston as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE