UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETSY BLAZSIK Individually and as the Executrix of the Estate for LOUIS BLAZSIK<br><br>   Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br>   Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**BETSY BLAZSIK Individually and as the Executrix of the Estate
for LOUIS BLAZSIK
Case No. 2:17-cv-07709**

**UNOPPOSED *EX PARTE* MOTION TO EXTEND TIME
TO SERVE JANSSEN ORTHO LLC**

  Counsel for Plaintiff, Betsy Blazsik, Individually and as the Executrix of the Estate of

Louis Blazsik, hereby respectfully moves this Court, pursuant to Federal Rules of Civil Procedure

4(c)(1), 4(m) and 5(a)(B) for an order extending Plaintiff's time to serve the Complaint filed on

August 10, 2017 and the Summons issued in Case No. 2:17-cv-07709-EEF-MBN on Janssen Ortho LLC to March 27, 2018.  Defendants do not oppose this motion.

Dated:  March 20, 2018      Respectfully submitted,

           By: /s/ Roopal P. Luhana
             Eric T. Chaffin, Esq.
             Roopal P. Luhana, Esq.
             CHAFFIN LUHANA LLP
             600 Third Ave., 12th Floor
             New York, NY 10016
             Telephone:  (347) 269-4472
             Fax:  (888) 499-1123
             luhana@chaffinluhana.com

             ***Attorneys for Plaintiff***