UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETSY BLAZSIK Individually and as the Executrix of the Estate for LOUIS BLAZSIK<br><br>      Plaintiff,<br><br>      v.<br><br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br>                Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**BETSY BLAZSIK, Individually and as the Executrix of the Estate for LOUIS BLAZSIK,
Case No. 2:17-cv-07709**

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED *EX PARTE*
MOTION TO EXTEND TIME TO SERVE JANSSEN ORTHO LLC**

      AND NOW comes the Plaintiff, Betsy Blazsik, Individually and as the Executrix of the

Estate of Louis Blazsik, by and through her attorneys Chaffin Luhana LLP, and files the within

Memorandum of Law in Support of Plaintiff's Unopposed *Ex Parte* Motion to Extend Time to

Serve Janssen Ortho LLC, pursuant to Federal Rules of Civil Procedure 4(c)(1), 4(m) and 5(a)(B), and avers as follows:

1. Plaintiff filed the Complaint in this matter on August 10, 2017.

2. After the Court issued Summonses, Counsel's office sent the Complaint and Summons for Janssen Ortho LLC to Reliant Court Services, Inc., on or around September 1, 2017, with instructions to serve Janssen Ortho LLC in Puerto Rico.

3. Reliant Court Services, Inc. attempted to mail the Summons and Complaint to its local process server in Puerto Rico on or about September 22, 2017.

4. On or about September 4, 2017 Hurricane Irma hit Puerto Rico, which impacted communications, transportation, and deliveries throughout the island, and a state of emergency was declared.

5. On or about September 22, 2017, Hurricane Maria hit Puerto Rico, knocking out power, communications, transportation, mail delivery, and many other vital services for months on the island.

6. Due to these unforeseen events, Reliant Court Services, Inc., lost contact with their local process server until January 10, 2018, when they were informed that the Summons and Complaint for this matter had not been served on Janssen Ortho LLC.

7. Counsel's office was informed of the issue on January 11, 2018 and promptly contacted Janssen Ortho LLC's counsel on January 11, 2018 to request additional time to serve Janssen Ortho LLC.

8. The Summons and Complaint was served on Janssen Ortho LLC on February 22, 2018. (*See* Exh. A, Affidavit of Service).

9. Counsel for Defendant Janssen Ortho LLC agreed to extend the time for Plaintiff

to serve the Summons and Complaint on Janssen Ortho LLC to March 27, 2018.  (*See* Exh. B, Filed Stipulation).

10. Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's Unopposed *Ex Parte* Motion to Extend Time to Serve Defendant Janssen Ortho LLC to March 27, 2018.

11. This is the first such request and Defendants do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court Grant the herein Unopposed *Ex Parte* Motion to Extend Time to Serve Janssen Ortho LLC to March 27, 2018.

Dated:  March 20, 2018                    Respectfully submitted,

By:    /s/ Roopal P. Luhana
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Floor
New York, NY 10016
Telephone:  (347) 269-4472
Fax:  (888) 499-1123
luhana@chaffinluhana.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 20, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:    /s/ Roopal P. Luhana
         Roopal P. Luhana, Esq.

*Attorney for Plaintiff*