# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JANSSEN ORTHO LLC__
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __ANIXA RIVERA, Human Resources Representative__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __JANSSEN ORTHO LLC__
__at 933 KM O 1, STREET STATERO, GURABO, PR 00778__ on *(date)* __2/22/2018 at 2:39 p.m.__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: 02/23/2018

*Server's signature*

__ANALYN RAMOS-RIVERA, Process Server__
*Printed name and title*

Business Address: 3275 Veteran Memorial Highway, Suite B-12
Ronkonkoma, New York 11779
*Server's address*

Additional information regarding attempted service, etc: ANIXA RIVERA can be described as:
Female, Hispanic, Brown Hair, Approx. 5'5" Tall,
Approx. 120-130 lbs., Approx. 30-35 Years Old