**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:** **JURY TRIAL DEMANDED**

BETSY BLAZSIK Individually and as the Executrix of the Estate for
LOUIS BLAZISK

2:17-CV-07709

**ORDER**

THIS MATTER, having come before the Court on Plaintiff's Unopposed *Ex Parte* Motion to Extend Time to Serve Janssen Ortho LLC as to matter No. 2:17-CV-07709 only, the Court having reviewed such and being sufficiently advised, it is hereby ORDERED that Plaintiff's Unopposed *Ex Parte* Motion to Extend Time to Serve Janssen Ortho LLC is hereby GRANTED and Plaintiff shall have until March 27, 2018 to serve the Summons and Complaint on Defendant Janssen Ortho LLC.

New Orleans, Louisiana this _____ day of March, 2018

_____
Honorable Eldon E. Fallon
U.S. District Court Judge