UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA FARRIS Individually and as the Administrator of the Estate for ANSON FARRIS<br><br>Plaintiff,<br><br>v.<br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

**PATRICIA FARRIS Individually and as the Administrator of the Estate for ANSON FARRIS**
**Case No. 2:17-cv-08510**

**UNOPPOSED *EX PARTE* MOTION TO EXTEND TIME**
**TO SERVE JANSSEN ORTHO LLC**

Counsel for Plaintiff, Patricia Farris, Individually and as the Administrator of the Estate of

Anson Farris, hereby respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 4(c)(1), 4(m) and 5(a)(B) for an order extending Plaintiff's time to serve the Complaint filed on August 31, 2017 and the Summons issued in Case No. 2:17-cv-08510-EEF-MBN on Janssen Ortho LLC to March 27, 2018.  Defendants do not oppose this motion.

Dated:  March 20, 2018

Respectfully submitted,

By: /s/ Roopal P. Luhana
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Floor
New York, NY 10016
Telephone:  (347) 269-4472
Fax:  (888) 499-1123
luhana@chaffinluhana.com

***Attorneys for Plaintiff***