# EXHIBIT A

Case 2:17-cv-08510-EEF-MBN   Document 3   Filed 08/31/17   Page 6 of 12

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JANSSEN ORTHO LLC
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ANIXA RIVERA, Human Resources Representative, who is designated by law to accept service of process on behalf of *(name of organization)* JANSSEN ORTHO LLC
at 933 KM O 1, STREET STATERO, GURABO, PR 00778   on *(date)* 2/22/2018 at 2:39 p.m. ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/23/2018

*Server's signature*

ANALYN RAMOS-RIVERA, Process Server
*Printed name and title*

Business Address: 3275 Veteran Memorial Highway, Suite B-12
Ronkonkoma, New York 11779
*Server's address*

Additional information regarding attempted service, etc: ANIXA RIVERA can be described as:
Female, Hispanic, Brown Hair, Approx. 5'5" Tall,
Approx. 120-130 lbs., Approx. 30-35 Years Old