# EXHIBIT B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA FARRIS Individually and as the Administrator of the Estate for ANSON FARRIS<br><br>Plaintiff,<br><br>v.<br><br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**STIPULATION TO EXTEND TIME TO SERVE JANSSEN ORTHO LLC** |

**THIS DOCUMENT RELATES TO:**

**PATRICIA FARRIS Individually and as the Administrator of the Estate for ANSON FARRIS**
**Case No. 2:17-cv-08510**

Pursuant to Fed. R. Civ. P. 4(c)(1), 4(m), and 5(a)(B), Plaintiff Patricia Farris, Individually and as the Administrator of the Estate for Anson Farris, and Defendant Janssen Ortho LLC, by and through the undersigned counsel, hereby **STIPULATE** and **AGREE** that Janssen Ortho will not object to service of the Complaint filed on August 31, 2017 and the Summons issued in Case No.

2:17-cv-08510-EEF-MBN as untimely provided Janssen Ortho LLC is served by March 27, 2018. Janssen Ortho LLC reserves all other defenses with respect to service, except as to the timing of service, if made in accordance with this Stipulation.

Dated: February 27, 2018      Respectfully submitted,

By:   /s/ Roopal P. Luhana
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Floor
New York, NY 10016
Telephone: (347) 269-4472
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Attorneys for Plaintiff*

**DRINKER BIDDLE & REATH LLP**

By: s/*Susan M. Sharko*
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson; Janssen Research & Development, LLC, and Janssen Ortho LLC

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Roopal P. Luhana
Roopal P. Luhana, Esq.

*Attorney for Plaintiff*