## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MDL NO. 2592
SECTION L

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

JUDGE ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**KATHERINE DIENER**
Civil Case No.: 2:17-cv-01696

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Katherine Diener, by and through her undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby  gives notice that the above styled

action is voluntarily dismissed without prejudice against all defendants.  No other claims by any

other Plaintiffs are affected by this notice.

Dated: March 20, 2018.

Respectfully submitted,

By: /s/ John R. Holton
Tennessee Bar No.: 27312
The Holton Law Firm, PLLC
296 Washington Avenue
Memphis, TN 38103
Telephone: (901) 523-2222
Fax: (901) 523-2232
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of March, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

/s/ John R. Holton