UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Boudreaux, et al. v. Bayer Corp., et al.* **Case No. 2:14-cv-02720** | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| *Orr, et al. v. Bayer Corp., et al.* **Case No. 2:15-cv-03708** | * * * | |
| *Mingo v. Bayer Corp., et al.* Case No. 2:15-cv-03469 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' UNOPPOSED MOTION FOR ACCESS TO SEALED DOCUMENTS IN THE ELECTRONIC RECORDS ON APPEAL**

For the reasons stated in the attached memorandum, Plaintiffs move for an order granting them access to all sealed documents in the electronic records on appeal for Case Nos. 17-30845 and 18-30102 in the United States Court of Appeals for the Fifth Circuit. This motion is unopposed.

Respectfully submitted,

Dated: March 20, 2018

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

1

Gerald E. Meunier (Bar No. 9471)
*GAINSBURGH BENJAMIN DAVID MEUNIER*
*& WARSHAUER, LLC*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**