UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Boudreaux, et al. v. Bayer Corp., et al.* **Case No. 2:14-cv-02720** | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| *Orr, et al. v. Bayer Corp., et al.* **Case No. 2:15-cv-03708** | * * * | |
| *Mingo v. Bayer Corp., et al.* Case No. 2:15-cv-03469 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR ACCESS TO SEALED DOCUMENTS
IN THE ELECTRONIC RECORDS ON APPEAL**

Pursuant to the March 14, 2018 Briefing Notice issued by the United States Court of Appeals for the Fifth Circuit (hereinafter "the Fifth Circuit") in Case Nos. 17-30845 and 18-30102, a copy of which is attached as Exhibit 1, access to sealed documents in the electronic records on appeal will not be provided absent the filing and granting of a motion by the district court to view same in the Fifth Circuit Court of Appeals.

Many of the issues in these consolidated appeals relate to motions, memoranda, and exhibits that were filed under seal in the district court. Consequently, access to the entirety of both electronic records on appeal – including the sealed documents within those electronic records on appeal – is essential in order for Plaintiffs to fully address the issues (and establish preservation of those issues) in their appellate briefing. This motion is unopposed.

1

For these reasons, Plaintiffs respectfully request access to all sealed documents within the electronic records on appeal for Fifth Circuit Case Nos. 17-30845 and 18-30102.

Dated: March 20, 2018

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*