UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Boudreaux, et al. v. Bayer Corp., et al.* **Case No. 2:14-cv-02720** | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| *Orr, et al. v. Bayer Corp., et al.* **Case No. 2:15-cv-03708** | * * * | |
| *Mingo v. Bayer Corp., et al.* Case No. 2:15-cv-03469 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER REGARDING ACCESS TO SEALED DOCUMENTS
IN THE ELECTRONIC RECORDS ON APPEAL**

AND NOW, this _____ day of March, 2018, it is hereby ORDERED that Plaintiffs' Unopposed Motion for Access to Sealed Documents in the Electronic Records on Appeal is GRANTED.

Immediately upon entry of this Order, Plaintiffs shall be given access to all sealed documents in the electronic records on appeal for Case Nos. 17-30845 and 18-30102 in the United States Court of Appeals for the Fifth Circuit.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1