UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Boudreaux, et al. v. Bayer Corp., et al.* **Case No. 2:14-cv-02720** | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| *Orr, et al. v. Bayer Corp., et al.* **Case No. 2:15-cv-03708** | * * * | |
| *Mingo v. Bayer Corp., et al.* Case No. 2:15-cv-03469 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER REGARDING MOTION FOR EXPEDITED RULING ON PLAINTIFFS' MOTION FOR ACCESS TO SEALED DOCUMENTS IN THE ELECTRONIC RECORDS ON APPEAL

AND NOW, this _____ day of March, 2018, it is hereby ORDERED that Plaintiffs' Motion for Expedited Ruling on Plaintiffs' Unopposed Motion for Access to Sealed Documents in the Electronic Records on Appeal is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**