MINUTE ENTRY
FALLON, J.
MARCH 20, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　　MDL NO. 2592
　　　　PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　　JUDGE FALLON
Various Cases　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:　Lenny Davis, Esq. for Plaintiffs
　　　　　　　Jessica Brennan, Esq. and John Olinde, Esq. for Defendants
　　　　　　　Jennifer Lenze, Esq., by phone for certain Plaintiffs
　　　　　　　Charles Orr, Esq., for certain Plaintiffs
　　　　　　　Lisa Gorshe, Esq., for certain Plaintiffs
　　　　　　　Kassie Richbourg, Esq., for certain Plaintiffs
　　　　　　　Breann Plasters, Esq., by phone for certain Plaintiffs

**Show Cause Hearing:**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone.

The Court issued its rulings as stated on the record. Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:　　:35