UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

### ORDER

On October 11, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7737]. For the reasons stated on the record at the Show Cause Hearing held on November 30, 2017, the following Plaintiffs were given until January 24, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 8232]. For the reasons set forth on the record at the Show Cause Hearing held on January 24, 2018, the following Plaintiffs were given until March 20, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 8641]. Prior to the Show Cause Hearing to be held on March 20, 2018, the following Plaintiffs remedied the alleged deficiencies raised in Defendants' Motion. These actions may proceed accordingly:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Mcgowan, Veronica | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4769 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | Powders, Betty | Bruno & Bruno, LLP | 2:17-cv-03694 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

2

New Orleans, Louisiana, on this 19th day of March, 2018.

                                                                                                                      *Eldon E. Fallon*

                                                                             Judge Eldon E. Fallon
                                                                             United States District Court Judge