UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) **JURY TRIAL DEMANDED**<br>) Civil Action No: <u>2:14-md-02592</u><br>) |

THIS DOCUMENT RELATES TO:
IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION
Civil Action No. 2:14-md-02592

**ORDER**

Based on the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HERBY ORDERED**, that David B. Owen Jiménez of the Law Offices of Christopher K.

Johnston LLC, be enrolled as Co-Counsel of Record for plaintiffs in the cases listed on the attached exhibit.

Signed New Orleans, Louisiana this <u>20th</u> day of <u>March</u>, 2018.

_____
Eldon E. Fallon, United States District Court Judge

**Exhibit A**

Becky V. Holz v. Janssen Research & Development LLC et al-2:17-cv-12507

Rhonda C. Broadnax v. Janssen Research & Development LLC et al-2:17-cv-12562

Salen Suleiman v. Janssen Research & Development LLC et al-2:17-cv-12597

Franklin Dunson v. Janssen Research & Development LLC et al-2:17-cv-13510

Virginia A. Williams v. Janssen Research & Development LLC et al-2:17-cv-17177

Richard Patrick Ellis v. Janssen Research & Development LLC et al-2:17-cv-17329

Johnnie L. Cutliff Jr v. Janssen Research & Development LLC et al-2:17-cv-17385

Florence Mullin v. Janssen Research & Development LLC et al-2:17-cv-17436

John Collver v. Janssen Research & Development LLC et al-2:17-cv-17456

Roseanne Carlson v. Janssen Research & Development LLC et al-2:17-cv-17489

Joe Hernandez v. Janssen Research & Development LLC et al-2:17-cv-17506

Joanne Linton v. Janssen Research & Development LLC et al-2:17-cv-17541

Joan Karpel v. Janssen Research & Development LLC et al-2:17-cv-17570

Joan Van Den Bosch v. Janssen Research & Development LLC et al-2:17-cv-17644

Jimmy Perry v. Janssen Research & Development LLC et al-2:17-cv-17656

Jarrett G. Melvin v. Janssen Research & Development LLC et al-2:17-cv-17671

Charlotte Warrick v. Janssen Research & Development LLC et al-2:17-cv-17683

Janice J. Helms v. Janssen Research & Development LLC et al-2:17-cv-17718

JD McBee v. Janssen Research & Development LLC et al-2:17-cv-17827

Geraldine Eyerman v. Janssen Research & Development LLC et al-2:17-cv-17842

Ivan P. Mehosky v. Janssen Research & Development LLC et al-2:17-cv-17962

Thomas Langley v. Janssen Research & Development LLC et al-2:18-cv-00208

Rebecca Jo McIntire v. Janssen Research & Development LLC et al-2:18-cv-00265

James Krivacic v. Janssen Research & Development LLC et al-2:18-cv-00296

Marie P. Cheridor v. Janssen Research & Development LLC et al-2:18-cv-00643

John L. Sehler v. Janssen Research & Development LLC et al-2:18-cv-00664

John Angwin v. Janssen Research & Development LLC et al-2:18-cv-00723

Desmond C. Bailey Jr v. Janssen Research & Development LLC et al-2:18-cv-00851

Heidi Ruggles v. Janssen Research & Development LLC et al-2:18-cv-00980

Charles Morris v. Janssen Research & Development LLC et al-2:18-cv-01150

Gerald Haynes v. Janssen Research & Development LLC et al-2:18-cv-01179

Jaqueline S. Clark v. Janssen Research & Development LLC et al-2:18-cv-01199

Alice Delp v. Janssen Research & Development LLC et al-2:18-cv-01283

Misty A. Parrish Filippelli v. Janssen Research & Development LLC et al-2:18-cv-01340

Cohela Crouch v. Janssen Research & Development LLC et al-2:18-cv-01360

Nancy B. McClenny v. Janssen Research & Development LLC et al-2:18-cv-01401

Martin Gottlieb v. Janssen Research & Development LLC et al-2:18-cv-01418

Sherlena Nichols v. Janssen Research & Development LLC et al-2:18-cv-01463

Carolyn Denise Garmon v. Janssen Research & Development LLC et al-2:18-cv-01475

Barbara E. Turner v. Janssen Research & Development LLC et al-2:18-cv-01535

Betty Belcher v. Janssen Research & Development LLC et al-2:18-cv-01547

Cecilia J. Jones v. Janssen Research & Development LLC et al-2:18-cv-01566