UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | **JURY TRIAL DEMANDED** |

PATRICIA FARRIS Individually and as the Administrator of the Estate
for ANSON FARRIS

Case No. 2:17-cv-08510

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Unopposed *Ex Parte* Motion to Extend Time to Serve Janssen Ortho LLC as to matter No. 2:17-CV-08510 only, the Court having reviewed such and being sufficiently advised, it is hereby ORDERED that Plaintiff's Unopposed *Ex Parte* Motion to Extend Time to Serve Janssen Ortho LLC is hereby GRANTED and Plaintiff shall have until March 27, 2018 to serve the Summons and Complaint on Defendant Janssen Ortho LLC.

New Orleans, Louisiana this  21st  day of March, 2018

Honorable Eldon E. Fallon
U.S. District Court Judge