UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Boudreaux, et al. v. Bayer Corp., et al.*<br>**Case No. 2:14-cv-02720** | * * * | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| *Orr, et al. v. Bayer Corp., et al.*<br>**Case No. 2:15-cv-03708** | * * * | |
| *Mingo v. Bayer Corp., et al.*<br>Case No. 2:15-cv-03469 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER REGARDING MOTION FOR EXPEDITED RULING ON
PLAINTIFFS' MOTION FOR ACCESS TO SEALED DOCUMENTS
IN THE ELECTRONIC RECORDS ON APPEAL**

AND NOW, this  21st  day of March, 2018, it is hereby ORDERED that Plaintiffs' Motion for Expedited Ruling on Plaintiffs' Unopposed Motion for Access to Sealed Documents in the Electronic Records on Appeal is GRANTED.

New Orleans, Louisiana, this  21st  day of      March      , 2018.

*[signature: Eldon E. Fallon]*

**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**