UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON D. FALLON |
| | MAG JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Joe W. Collins and Shirley Collins v. Janssen Research & Development, LLC, et al.*
LAED USDC Case No. 2:17-cv-06597

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Plaintiffs in the above-listed action, through undersigned counsel, respectfully request this Court for an Order allowing an additional thirty (30) days from the date the Order is entered in which to effect service on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B. In support of their memorandum, Plaintiffs state as follows:

Plaintiffs filed a Motion or Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG on January 19, 2018, and the Motion was set for submission on February 14, 2018. The Court granted a 30 day extension to serve Bayer Pharma AG, which was sent via email on February 15, 2018, but despite due diligence, Plaintiffs were unaware of the Order. After the submission date, counsel for Plaintiffs checked PACER (Public Access to Court Electronic Records) daily looking for an Order in case number 2:17-cv-06597, *Joe W. Collins and Shirley Collins v. Janssen Research & Development, LLC, et al.*

No Order appeared on PACER in the *Collins* matter. Likewise, Plaintiffs' counsel and staff opened daily Xarelto emails and did not identify an Order entered pertaining to the individual case, 2:17-cv-06597, *Joe W. Collins and Shirley Collins v. Janssen Research & Development, LLC, et al.*

On March 21, 2018, Plaintiffs' counsel called the Court Clerk and learned that an Order was issued on February 14, 2018 and emailed on February 15, 2018. The Court Clerk indicated that all Orders, even those pertaining to individual plaintiffs, are posted on PACER in MDL 2592 but are not posted in the individual cases. Counsel and staff now understand that all Orders are posted on PACER in the general MDL and not in the individual case and that Orders are not sent via email with the individual case number noted in the subject line.

Despite opening hundreds of Xarelto emails and checking PACER, Counsel inadvertently missed the Order. Based on the conversation with the Court clerk today, Counsel is aware that the Court granted a thirty day extension which has now passed by two days. Plaintiffs' counsel conferred with defense counsel requesting an extension, and the request was denied.

Mr. Collins' cause of action arose in December 2015, and the case remains within the applicable statute of limitation. All other defendants were timely served, and a Fact Sheet has been submitted. Bayer Pharma AG had timely actual knowledge of the facts and legal claims; the Complaint named Bayer Pharma AG and the Complaint was mailed and emailed to defense counsel in accordance with PTO 10 despite fact service was not perfected. The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances and theories of recovery virtually identical to the lawsuit filed by Mr. Collins, and as such, no actual prejudice has or will occur to Defendant by this Court granting relief sought herein.

Thus, Plaintiffs again respectfully request that this Court grant this motion and allow an additional thirty (30) days within which to effect service on Defendant through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Dated: March 21, 2018.                         MARTIN & JONES, PLLC


/s/ *Carrie R. Guest*
Carrie R. Guest, NCSB# 36451
H. Forest Horne, NCSB# 16678
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
hfh@m-j.com
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carrie R. Guest
Carrie R. Guest