# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | **JUDGE ELDON E. FALLON** |
| **MARY NETOPSKI,** **Case No. 2:18-cv-02953** | **MAGISTRATE JUDGE NORTH** |

## ORDER REGARDING PLAINTIFF'S MOTION TO AMEND AND LEAVE TO FILE HER FIRST AMENDED COMPLAINT

AND NOW, this _____ day of _____ 2018, it is hereby ORDERED that Plaintiff's Motion to Amend and Leave to File her First Amended Complaint is GRANTED.

New Orleans, Louisiana, this _____ of _____, 2018.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE