IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| ROBERT LORNE,<br>Case No. 2:18-cv-03002 | |

## PLAINTIFF'S MOTION TO AMEND AND LEAVE TO FILE HER FIRST AMENDED COMPLAINT

COMES NOW Plaintiff Robert Lorne, by and through his attorneys, Flint Law Firm, LLC and moves to amend his complaint by correcting the signature block and for leave to file his First Amended Complaint, and states as follows:

1. Fed. Rules Civ. Proc. Rule 15(a)(1)(A) provides that "[a] party may amend its pleading once as a matter of course within 21 days after serving it". Fed. Rules Civ. Proc. Rule 15(a)(2)(A).

2. In the present action, Plaintiff filed his original complaint on March 20, 2018 with a signature block that listed Andrew W. Callahan as Plaintiff's attorney.

3. Andrew W. Callahan is no longer employees of Flint Law Firm, LLC and the listing of his name in the signature block was a clerical error.

4. Furthermore, Jacob A. Flint is Plaintiff's attorney and the signature block has been corrected on Plaintiff's First Amended Complaint (Exhibit 1).

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Amend and leave to file his First Amended Complaint attached as Exhibit 1.

                                             RESPECTFULLY SUBMITTED,

<u>s/ Jacob A. Flint</u>
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone: 618-205-2017
Fax: 618-288-2864
jflint@flintlaw.com

I hereby certify that on March 21, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>s/Jacob A. Flint</u>