**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAG. JUDGE NORTH** |
| **ROBERT LORNE,** **Case No. 2:18-cv-03002** | |

**ORDER REGARDING PLAINTIFF'S MOTION TO AMEND AND LEAVE TO FILE HIS FIRST AMENDED COMPLAINT**

AND NOW, this _____ day of _____ 2018, it is hereby ORDERED that Plaintiff's Motion to Amend and Leave to File his First Amended Complaint is GRANTED.

New Orleans, Louisiana, this _____ of _____, 2018.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE