UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Boudreaux, et al. v. Bayer Corp., et al.* **Case No. 2:14-cv-02720** | * * * | MAGISTRATE JUDGE NORTH |
| *Orr, et al. v. Bayer Corp., et al.* **Case No. 2:15-cv-03708** | * * * | |
| *Mingo v. Bayer Corp., et al.* Case No. 2:15-cv-03469 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER REGARDING ACCESS TO SEALED DOCUMENTS
IN THE ELECTRONIC RECORDS ON APPEAL**

AND NOW, this  21st  day of March, 2018, it is hereby ORDERED that Plaintiffs' Unopposed Motion for Access to Sealed Documents in the Electronic Records on Appeal is DENIED AS MOOT. It is the understanding of the Court that Plaintiffs' must seek permission to access documents under seal at the Fifth Circuit by filing a motion with the Fifth Circuit.

New Orleans, Louisiana, this  21st  day of      March     , 2018.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**

1