UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*DELORES HARNESS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:17-cv-4849*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Priscilla Harness, on behalf of the Estate of Delores Harness as Plaintiff in the above captioned cause.

1. Delores Harness filed a products liability lawsuit against defendants on May 10, 2017.

2. Plaintiff Delores Harness died on May 13, 2017.

3. Delores Harness's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on March , 2018 attached hereto as "Exhibit A."

5. Priscilla Harness as surviving heir of Delores Harness, is a proper party to substitute for plaintiff-decedent Delores Harness and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P.

25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: <u>March 22, 2018</u>     Respectfully submitted,

/s/Stephen B. Wohlford_____
SWMW Law, LLC
Stephen B. Wohlford, #IL6287698
Benjamin R. Schmickle, #6270568
701 Market St. Suite 1000
St. Louis, MO 63101
Telephone: 314.480.5180
Fax: 314.932.1566
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: March 22, 2018                                         Respectfully submitted,

/s/Stephen B. Wohlford_____
SWMW Law, LLC
Stephen B. Wohlford, #IL6287698
Benjamin R. Schmickle, #6270568
701 Market St. Suite 1000
St. Louis, MO 63101
Telephone: 314.480.5180
Fax: 314.932.1566
Attorney for the Plaintiffs