# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 | |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L | |
| ) | JUDGE ELDON E. FALLON | |
| ) | | |
| ) | MAG. JUDGE NORTH | |
| ) | | |
| ) | | |
| ) | | |

**This Document Relates to:**
*DELORES HARNESS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-4849*

## ORDER GRANTING MOTION FOR SUBSTITUION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff, Priscilla Harness, as personal representative of the estate of Delores Harness, is substituted for Plaintiff Delores Harness in the above-captioned cause.

Entered this _____ day of _____, 2018 into the United States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON