# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL NO. 2592 |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION L |
| ) | | |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| ) | | MAG. JUDGE NORTH |

**This Document Relates to:**
*DELORES HARNESS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-4849*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Delores Harness.

Dated:  March 22, 2018         By: */s/*Stephen B. Wohlford_____
                              SWMW Law, LLC
                              Benjamin R. Schmickle, #6270568
                              Stephen B. Wohlford, #IL6287698
                              701 Market Street, Suite 1000
                              St. Louis, MO 63101
                              (314) 480-5180
                              (314) 932-1566 – Facsimile

                              *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on March 22, 2018 and that this system will provide notice of such filing to all counsel of record.

> *By: /s/*Stephen B. Wohlford_____
> SWMW Law, LLC
> Benjamin R. Schmickle, #6270568
> Stephen B. Wohlford, #IL6287698
> 701 Market Street, Suite 1000
> St. Louis, MO 63101
> (314) 480-5180
> (314) 932-1566 – Facsimile
>
> *ATTORNEYS FOR PLAINTIFFS*