IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| MARY NETOPSKI, Case No. 2:18-cv-02953 | |

**ORDER REGARDING PLAINTIFF'S MOTION TO AMEND AND LEAVE TO FILE HER FIRST AMENDED COMPLAINT**

AND NOW, this 23rd day of March 2018, it is hereby ORDERED that Plaintiff's Motion to Amend and Leave to File her First Amended Complaint is GRANTED.

New Orleans, Louisiana, this 23rd of March, 2018.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE