# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| ROBERT LORNE, Case No. 2:18-cv-03002 | |

### ORDER REGARDING PLAINTIFF'S MOTION TO AMEND AND LEAVE TO FILE HIS FIRST AMENDED COMPLAINT

AND NOW, this  23rd  day of   March    2018, it is hereby ORDERED that Plaintiff's Motion to Amend and Leave to File his First Amended Complaint is GRANTED.

New Orleans, Louisiana, this  23rd  of   March  , 2018.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE