UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Delores Harness v. Janssen Research & Development LLC, et al.*
CA# 2:17-cv-4849

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8958, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Priscilla Harness, as personal representative of the estate of Delores Harness, is substituted for Plaintiff Delores Harness as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 23rd day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE