## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

***RAYMOND BUTLER III v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,***
***Civil Action No. 2:16-cv-10871***

### MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Butler, Pamela, on behalf of the Estate of Raymond Butler III, as Plaintiff in the above captioned cause.

1.     Raymond Butler III, filed a products liability lawsuit against defendants on May 19, 2016.

2.     Plaintiff Raymond Butler III died on August 18, 2017.

3.     Raymond Butler III's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4.     Plaintiff filed a Notice and Suggestion of Death on October 26, 2017, attached hereto as "Exhibit A."

5.     Pamela Butler, as Surviving Spouse of Pamela Butler III is a proper party to substitute for plaintiff-decedent Pamela Butler III and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party

dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion

for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution

as plaintiff in this action.


Dated: <u>March 23, 2018</u>                              Respectfully submitted,


<u>/s/ Russell T. Abney</u>
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: <u>March 23, 2018</u>    Respectfully submitted,

        /s/ Russell T. Abney_____
        Russell T. Abney, Esq.
        Attorney I.D. No. 000875 (GA)
        FERRER, POIROT & WANSBROUGH
        2100 RiverEdge Pkwy NW, Suite 1025
        Atlanta, GA 30328
        Telephone: 800.521.4492
        Fax: 866.513.0115
        atlanta@lawyerworks.com
        *Attorney for the Plaintiffs*