# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | **MDL NO. 2592** |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | **SECTION L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*RAYMOND BUTLER III v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-10871*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Pamela Butler, on behalf of the Estate of Raymond Butler III, be substituted for Plaintiff Raymond Butler III in the above captioned cause.

Dated: _____          _____
                                                          Hon. Eldon E. Fallon
                                                          United States District Court Judge