UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Betty Hill v. Janssen Research & Development, LLC, et al.,, Civil Action No. 2:16-cv-11568*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Dorman Hill, on behalf of the Estate of Betty Hill, as Plaintiff in the above captioned cause.

1. Betty Hill filed a products liability lawsuit against defendants on May 18, 2016.

2. Plaintiff Betty Hill died on January 27, 2017.

3. Betty Hill's products liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on October 26, 2017, attached hereto as "Exhibit A".

5. Dorman Hill, surviving spouse of Betty Hill, is a proper party to substitute for Plaintiff Betty Hill and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated: <u>March 23, 2018</u>   Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: <u>March 23, 2018</u>　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>/s/ Russell T. Abney</u>
　　　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 000875 (GA)
　　　　　　　　　　　　　　　　　　　　FERRER, POIROT & WANSBROUGH
　　　　　　　　　　　　　　　　　　　　2100 RiverEdge Pkwy NW, Suite 1025
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30328
　　　　　　　　　　　　　　　　　　　　Telephone: 800.521.4492
　　　　　　　　　　　　　　　　　　　　Fax: 866.513.0115
　　　　　　　　　　　　　　　　　　　　atlanta@lawyerworks.com
　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**
*BETTY HILL v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-11568*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Betty Hill.

Dated: October 26, 2017                     Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: October 26, 2017                    Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiffs*