UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Raymond Butler III v. Janssen Research & Development LLC, et al.*
CA# 2:16-cv-10871

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8975, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Pamela Butler, on behalf of the estate of Raymond Butler III, is substituted for Plaintiff Raymond Butler III as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 26th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE