UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Betty Hill v. Janssen Research & Development LLC, et al.*
CA# 2:16-cv-11568

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8976, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Dorman Hill, on behalf of the estate of Betty Hill, is substituted for Plaintiff Betty Hill as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 26th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE