# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592
SECTION L

JUDGE ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**KATHERINE DIENER**
Civil Case No.: 2:17-cv-01696

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Katherine Diener, in the above referenced civil action, and by and through her undersigned counsel, pursuant to the Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss without prejudice the above action against all Defendants with each party to bear their own costs.

## INCORPORATED MEMORANDUM OF LAW

Plaintiff initiated this action on a good faith basis, but after conducting a diligent search has been unable to obtain documentation necessary to sustain her burden of proof at this time.

WHEREFORE, Plaintiff hereby requests that her claims against all Defendants in this action, Civil Action No. 2:17-cv-01696 be dismissed without prejudice.

Respectfully submitted,

By: /s/ John R. Holton
Tennessee Bar No.: 27312
The Holton Law Firm, PLLC.
296 Washington Avenue
Memphis, TN 38103
Telephone: (901) 523-2222
Fax: (901) 523-2232
**ATTORNEY FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the 26th day of March, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

/s/ John R. Holton