# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592
SECTION L

JUDGE ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**KATHERINE DIENER**
Civil Case No.: 2:17-cv-01696

## ORDER

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Katherine Diener's Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED, with each party to bear their own attorney's fees and costs.

On this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge