UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA EDWARDS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AMBROSE EDWARDS<br><br>Plaintiff,<br><br>V.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | CIVIL ACTION NO. MDL NO. 2592<br><br>SECTION:   L<br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Member Case No. 2:16-cv-12566 |

**MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF SUMMONS AND COMPLAINT ON BAYER HEALTCARE PHARMACEUTICALS, INC.**

AND NOW, come the Plaintiff, Brenda Edwards, Individually and as Personal Representative of the Estate of Ambrose Edwards, by and through counsel, Derek Potts, Esquire and Potts Law Firm, LLP, and file the within Motion for Extension of Time to Effectuate Service on Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc. to FRCP 4(m) and 6(b), and,  in support thereof, aver as follows:

- 1 -

1. Plaintiff filed a Complaint alleging injuries and death from the use of Xarelto in the United States District Court for the Eastern District of Louisiana, No. 2:16-cv-12566, on July 8, 2016 against numerous Defendants including Bayer Healthcare Pharmaceuticals, Inc.

2. Plaintiff made an administrative error and failed to serve Bayer Healthcare Pharmaceuticals, Inc. pursuant to the Pre-Trial Order No. 10, 10A, and 10B.

3. Only when the Plaintiffs submitted the Plaintiff Fact Sheet and received a deficiency notice did they learn that service of the Summons and Complaint was not proper pursuant to Pre-Trial Orders Nos. 10, 10A, and 10B.

4. Defendants would not be jeopardized by the requested extension and are aware of this cause of action, as Plaintiff's counsel has conversed with defense Liaison counsel about the Plaintiff Fact Sheet.

5. Plaintiff hereby requests a thirty (30) day extension of time to serve process on the Bayer Healthcare Pharmaceuticals, Inc. as set forth in this Court's Pre-Trial Order No. 10.

6. Plaintiff believes the within Motion is contested but have not received confirmation of the same from defense counsel.

7. WHEREFORE, Plaintiff, Brenda Edwards, Individually and as Personal Representative of the Estate of Ambrose Edwards, respectfully request that this Honorable Court grant the within Motion and permit an additional extension of time in which Plaintiffs may serve the Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc.

.

- 3 -

        RESPECTFULLY SUBMITTED:

        <u>March 26, 2018</u>

BY:  /s/ *Derek H. Potts*
     Derek H. Potts
     Texas State Bar No. 24073727 **THE POTTS LAW FIRM, LLP**
     3737 Buffalo Speedway, #1900
     Houston, TX 77098
     Tel.: (713) 963-8881
     Fax: (713) 583-5388
     E-Mail: dpotts@potts-law.com
     *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, Derek Potts, Esquire, hereby certify on March 26, 2018, that a true and correct copy of the above and foregoing Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc. has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by F.R.C.P 5(b)2, Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality which will send notice of electronic filing and in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ *Derek H. Potts*
      Derek H. Potts, Esquire
      *Counsel for Plaintiffs*