UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA EDWARDS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AMBROSE EDWARDS<br><br>Plaintiff,<br><br>V.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | CIVIL ACTION NO. MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Member Case No. 2:16-cv-12566 |

This document relates to Brenda Edwards, Individually and as Personal Representative of the Estate of Ambrose Edwards versus Janssen Research & Development, et. al., Action No.: 2:16-CV-12566.

**NOTICE OF SUBMISSION**

Please take notice that Plaintiff, Brenda Edwards, Individually and as Personal Representative of the Estate of Ambrose Edwards, by and through the undersigned counsel, will present their Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals for submission to the Honorable Eldon E. Fallon for a ruling on March 28, 2018.

- 1 -

- 2 -

RESPECTFULLY SUBMITTED:

March 26, 2018


BY: /s/ *Derek H. Potts*
    Derek H. Potts
    Texas State Bar No. 24073727
    **THE POTTS LAW FIRM, LLP**
    3737 Buffalo Speedway, #1900
    Houston, TX 77098
    Tel.: (713) 963-8881
    Fax: (713) 583-5388
    E-Mail: dpotts@potts-law.com
    *Attorney for Plaintiffs*