UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA EDWARDS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AMBROSE EDWARDS<br><br>Plaintiff,<br><br>V.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | CIVIL ACTION NO. MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Member Case No. 2:16-cv-12566 |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2018 it is hereby ordered and decreed that Plaintiff, Brenda Edwards, Individually and as Personal Representative of the Estate of Ambrose Edwards, are granted an additional 30-day extension of time from the date of this Order in which to serve Bayer Healthcare Pharmaceuticals Inc. with a Summons and Complaint.

_____
Honorable Eldon E. Fallon
United States District Judge

- 1 -