IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL. No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |
| | ) | |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| | |
|---|---|
| Dorothy I. Davis v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13509 |

THIS CAUSE, having come before the Court on Plaintiff's Motion to Voluntarily Dismiss With Prejudice, and the Court having reviewed the motion, and being otherwise duly advised, it is hereby ORDERED AND ADJUDGED that the above-captioned case is dismissed with prejudice.

**IT IS SO ORDERED.**

_____  _____
JUDGE ELDON E. FALLON                                           Date
MAGISTRATE JUDGE NORTH