UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592
SECTION L

JUDGE ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**KATHERINE DIENER**
Civil Case No.: 2:17-cv-01696

## ORDER

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Katherine Diener's Motion for Voluntary Dismissal Without Prejudice is hereby DENIED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this 27th day of March, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge