UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Donald Voss

CA# 2:16-cv-10517

## SUGGESTION OF DEATH

     Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Donald Voss on September 20, 2017.

Dated: March 28, 2018

                                                        Respectfully submitted,

                                                        By: /s/ Daniel J. Carr

                                                        Joseph C. Peiffer, La. Bar # 26459
                                                        Daniel J. Carr, La. Bar # 31088
                                                        PEIFFER ROSCA WOLF
                                                        ABDULLAH CARR & KANE
                                                        A Professional Law Corporation
                                                        201 St. Charles Avenue, Suite 4610
                                                        New Orleans, Louisiana 70170-4600
                                                        Telephone: (504) 523-2434
                                                        Facsimile: (504) 523-2464
                                                        Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

Certificate of Service

    I hereby certify that on March 28, 2018, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                       /s/ *Daniel J. Carr*