UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
: 
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:
:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Donald Voss

CA# 2:16-cv-10517

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Betty Voss, as the surviving spouse of Donald Voss, is substituted for Plaintiff Donald Voss, in the above captioned cause.

Date: _____        _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge