UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
**Dorothy I. Davis v. Janssen Research & Development LLC, et al**
Civil Case No.: 2:16-cv-13509

# ORDER

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Katherine Diener's Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this __28th__ day of __March__, 2018.

Honorable Eldon E. Fallon
United States District Court Judge