UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| *Willis v. Janssen Research &* ) | |
| *Development LLC, et al.* ) | |
| Case No. 17-cv-07569 ) | |
| Plaintiff Oma Willis ) | |
| _____ ) | |

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff Oma Willis notes the death during the pendency of this action of Plaintiff Oma Willis.

Dated: New York, New York
      March 29, 2018

By:   /s/ Michael A. London
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        */s/ Michael A. London*
        Michael A. London