UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Willis v. Janssen Research & Development LLC, et al.* Case No. 17-cv-07569 _____ | | |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Lisa Craig, on behalf of her deceased mother Oma Willis, may be substituted for Oma Willis as the proper party plaintiff in this action.

New Orleans, Louisiana this __ day of __ 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1