UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No: <u>2:18-cv-1360</u> ) |

**<u>STATEMENT NOTING A PARTY'S DEATH</u>**

THIS DOCUMENT RELATES TO:
Joyce Crouch o/b/o
Her deceased mother, Cohela Crouch v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:18-cv-1360

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Joyce Crouch, notes the death before pendency of this action of Plaintiff Cohela Crouch on March 7th, 2018.

**Law Offices of Christopher K. Johnston LLC**

<u>/s/ David B. Owen Jimenez</u>
David B. Owen Jiménez
USDCPR No. 301113
Puerto Rico Bar No. 19627
david@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020
San Juan, Puerto Rico 00918

Tel: (844) 345-3784  
Fax: (844) 644-1230

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez  
David B. Owen Jiménez (#301113)