UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION:  L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) Civil Action No: <u>2:18-cv-1360</u> <br> ) |

THIS DOCUMENT RELATES TO:
Joyce Crouch o/b/o
Her deceased mother, Cohela Crouch v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:18-cv-1360

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Joyce Crouch, on behalf of her deceased mother, Cohela Crouch, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Juge