UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)             :
PRODUCTS LIABILITY LITIGATION            :     MDL No. 2592
                                         :
                                         :     SECTION L
                                         :
                                         :     JUDGE ELDON E. FALLON
                                         :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Angelo Mazzouccolo v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:18-cv-02525*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Joy Rothenberger, surviving natural niece of Angelo Mazzouccolo and named Executor of the Estate of Angelo Mazzouccolo, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action based on the death of Angelo Mazzouccolo.

A Notice/Suggestion of Death was filed in this matter on March 29, 2018 (Doc. 8993).

DATED:      March 29, 2018.

                                    Respectfully submitted,

                                    THE GALLAGHER LAW FIRM, PLLC


                                    s/ Michael T. Gallagher
                                    Michael T. Gallagher
                                    (Texas Bar #07586000)
                                    2905 Sackett Street
                                    Houston, TX 77098
                                    Telephone: (713) 222-8080
                                    Facsimile:  (713) 222-0066
                                    mike@gld-law.com

                                    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on _____ 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     s/Michael T. Gallagher