**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Angelo Mazzouccolo v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:18-cv-02525*

## ORDER

IT IS ORDERED that the Motion for Substitution of Joy Rothenberger, the surviving niece and named Executor of the Estate of Angelo Mazzouccolo, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 2018.

_____
United States District Judge