UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donald Voss*
CA# 2:16-cv-10517

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8987, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Betty Voss, as the surviving spouse of Donald Voss, is substituted for Plaintiff Donald Voss as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 29th day of March, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE