# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL NO. 2592 |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION L |
| ) | | |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| ) | | MAG. JUDGE NORTH |
| ) | | |
| ) | | |
| ) | | |

**This Document Relates to:**
*CHANDRA SUNDRAM and RODA SUNDRAM v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-9415*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Chandra Sundram.

Dated: _____

*By: /s/*Stephen B. Wohlford_____
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile
*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on March 30, 2018 and that this system will provide notice of such filing to all counsel of record.

                                                      *By: /s/*Stephen B. Wohlford_____
                                                      SWMW Law, LLC
                                                      Benjamin R. Schmickle, #6270568
                                                     Stephen B. Wohlford, #IL6287698
                                                     701 Market Street, Suite 1000
                                                     St. Louis, MO 63101
                                                     (314) 480-5180
                                                     (314) 932-1566 – Facsimile

                                                     *ATTORNEYS FOR PLAINTIFFS*