UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*CHANDRA SUNDRAM AND RODA SUNDRAM v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-9415*

## EX PARTE MOTION FOR SUBSTITUION OF PROPER PARTY

COME NOW Plaintiff, Chandra Sundram, deceased, and Roda Sudram, surviving spouse, as personal representative of the estate, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby file this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1.Chandra Sundram and Roda Sundram filed a products liability lawsuit against defendants on June 9, 2016 and executed service thereafter on June 20, 2016.

2.Plaintiff Chandra Sundram died on December 2, 2017.

3. Chandra Sundrams' products liability action against defendants survived Plaintiff decedent's death and was not extinguished.

4. Plaintiffs filed a Notice and Suggestion of Death on March 30, 2018, attached hereto as "Exhibit 1."

5. Roda Sundram, as personal representative of the estate of Chandra Sundram, is a proper party to substitute for plaintiff, decedent Chandra Sundram, and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: March 30, 2018                        Respectfully submitted,

By: _/s/Stephen B. Wohlford_____
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: March 30, 2018                             Respectfully submitted,

*By:* */s/*Stephen B. Wohlford_____
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*