UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*CHANDRA SUNDRAM and RODA SUNDRAM v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-9415*

## ORDER GRANTING MOTION FOR SUBSTITUION OF PROPER PARTY

The Court, after considering the Plaintiff's Ex Parte Motion for Substitution of Proper Party as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff, Roda Sundram, as personal representative of the estate of Chandra Sundram, is substituted for Plaintiff Chandra Sundram in the above-captioned cause.

Entered this _____ day of _____, 2018 into the United States Eastern District Court of Louisiana.

_____

HONORABLE DISTRICT JUDGE ELDON E. FALLON