UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>)  MCL No. 2592<br>)  Civil Action No. 2:18-cv-01672<br>)  SECTION: L<br>)  JUDGE ELDON E. FALLON<br>)  MAG. MICHAEL NORTH |

_____

**PLAINTIFF, DARLENE ADAMS, MOTION FOR LEAVE TO FILE**

**FIRST AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:18-cv-01672, entitled Darlene Adams vs Janssen Research & Development, et al. In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on February 17, 2018, Docket No. 1 of case No. 2:18-cv-01672, due to a typographical error appearing in Paragraph 105 that should be replaced with the appropriate language for this case which already appears in Paragraph 6 of Plaintiff's Complaint. Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not filed an Answer to the Complaint.

Dated: March 30, 2018

                                                     s/ *Kenneth A. Stern*
                                                     Kenneth A. Stern, P30722
                                                     STERN LAW, PLLC
                                                     41850 West 11 Mile Road
                                                     Novi, Michigan 48375-1857
                                                     (248) 347-7300
                                                     ken@sternlawonline.com