UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MCL No. 2592 ) Civil Action No. 2:18-cv-01817 ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. MICHAEL NORTH |

_____

**PLAINTIFF, NOVIE BERRETH, MOTION FOR LEAVE TO FILE**

**SECOND AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:18-cv-01817, entitled Novie Berreth vs Janssen Research & Development, et al. In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its First Amended Complaint filed on February 22, 2018, 2018, Docket No. 1 of case No. 2:18-cv-01817, due to a typographical error <u>appearing in Paragraph 105 that should be replaced with the appropriate language for this case which already appears in Paragraph 6 of Plaintiff's Complaint</u>. Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Second Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not filed an Answer to the Complaint.

Dated: March 30, 2018
                                                                    s/ *Kenneth A. Stern*
                                                                    Kenneth A. Stern, P30722
                                                                    STERN LAW, PLLC
                                                                    41850 West 11 Mile Road
                                                                    Novi, Michigan 48375-1857
                                                                    (248) 347-7300
                                                                    ken@sternlawonline.com