**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| LOTTIE WATSON | ) ) ) ) | |
| Plaintiff,<br>vs. | ) ) ) | COMPLAINT AND JURY DEMAND |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC.,BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:18-cv-03440 |

**ENTRY OF APPEARANCE**

COMES NOW Richard Zgoda of the firm of Gacovino, Lake & Associates, P.C., and

hereby enters his appearance on behalf of Plaintiff Lottie Watson, in the above-captioned case.

Respectfully submitted,

/s/ *Richard M. Zgoda, Jr.*

Richard M. Zgoda, Jr., NY 4781506
Gacovino, Lake, & Associates, P.C.
270 West Main Street
Sayville, NY 11782

Phone: (631) 600-0000
Fax:  (631) 543-5450
r.zgoda@gacovinolake.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2018, the foregoing document was filed utilizing this Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

*/s/ Richard M. Zgoda, Jr.*
**Attorney for Plaintiff**