**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Carrocino, Julia | 2:17-cv-07592 | Johnson Law Group |
| 2. | Comegys, Carole | 2:17-cv-07581 | Lenze Lawyers, PLC |
| 3. | Williamson, William D. | 2:17-cv-07873 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Atkinson, Bruce | 2:17-cv-08488 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 5. | Blanchard, Gail | 2:17-cv-08094 | McEwen Law Firm, Ltd. |
| 6. | Briggs, Denise | 2:17-cv-08548 | Lenze Lawyers, PLC |
| 7. | Budzak, Lorraine | 2:17-cv-08609 | Kabateck Brown Kellner, LLP |
| 8. | Butler, Richard | 2:17-cv-07158 | Barney & Karamanis, LLP; Flint Law Firm, LLC |
| 9. | Carlino, Sam | 2:17-cv-08535 | Lenze Lawyers, PLC |
| 10. | Duka, Daniel | 2:17-cv-08306 | Slater, Slater Schulman, LLP |
| 11. | Fleming, Carl | 2:17-cv-08543 | Lenze Lawyers, PLC |
| 12. | Glenn, Isiah B. | 2:17-cv-08524 | The Schlemmer Firm, LLC |
| 13. | Lee, Herbert | 2:17-cv-08301 | Slater, Slater Schulman, LLP |
| 14. | Poage, Terry | 2:17-cv-08546 | Lenze Lawyers, PLC |
| 15. | Stevens, Peter John | 2:17-cv-08117 | Bachus & Schanker, LLC |
| 16. | Stevenson, Theresa | 2:17-cv-08278 | Lenze Lawyers, PLC |
| 17. | Stockwell, Lonnie | 2:17-cv-08611 | Johnson Law Group |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 18. | Washington, Alveria Denise | 2:17-cv-08162 | Motley Rice LLC |
| 19. | West, Robert | 2:17-cv-08435 | Salim-Beasley, LLC |
| 20. | Wright, Rachelle | 2:17-cv-08298 | Slater, Slater Schulman, LLP |
| 21. | Burker, Ornel J. | 2:17-cv-07849 | Law Office of Christopher K. Johnston, LLC |
| 22. | Dempsey, David M. | 2:17-cv-07566 | Law Office of Christopher K. Johnston, LLC |
| 23. | Estridge, Percy | 2:17-cv-09004 | Fears Nachawati, PLLC |
| 24. | Kazmi, Sayed M. | 2:17-cv-08876 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 25. | Thomas, Dorothy | 2:17-cv-08049 | Law Office of Christopher K. Johnston, LLC |
| 26. | Williams, Anita | 2:17-cv-08716 | Avram Blair & Associates, P.C. |
| 27. | Bretz, Katherine | 2:17-cv-09519 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 28. | Edgerly, Frances | 2:17-cv-09278 | Johnson Law Group |
| 29. | Gomez, Hermelinda E. | 2:17-cv-09378 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 30. | Jester, Early | 2:17-cv-09487 | Johnson Law Group |
| 31. | Pippin, Larry | 2:17-cv-09524 | Fears Nachawati, PLLC |