UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)                ) | |
| PRODUCTS LIABILITY LITIGATION              ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-00391 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |
| _____ | |

**PLAINTIFF, DAVID JONES, MOTION FOR LEAVE TO FILE**

**FIRST AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:18-cv-00391, entitled David Jones vs Janssen Research & Development, et al. In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on January 12, 2018, Docket No. 1 of case No. 2:18-cv-00391, due to a typographical error appearing in Paragraph 105 that should be replaced with the appropriate language for this case which already appears in Paragraph 6 of Plaintiff's Complaint. Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not filed an Answer to the Complaint.

Dated: April 2, 2018                                            s/ *Kenneth A. Stern*
                                                                            Kenneth A. Stern, P30722
                                                                            STERN LAW, PLLC
                                                                            41850 West 11 Mile Road
                                                                            Novi, Michigan 48375-1857
                                                                            (248) 347-7300
                                                                            ken@sternlawonline.com