UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) _____ | ) ) ) ) ) ) MCL No. 2592 Civil Action No. 2:18-cv-02351 SECTION: L JUDGE ELDON E. FALLON MAG. MICHAEL NORTH |

**PLAINTIFF, DICIE KIRBY, MOTION FOR LEAVE TO FILE**

**FIRST AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:18-cv-02351, entitled Dicie Kirby, a Legally Protected Person, By Rebecca Wilburn, As Guardian and Conservator vs Janssen Research & Development, et al. In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on March 5, 2018, Docket No. 1 of case No. 2:18-cv-02351, due to a typographical error appearing in Paragraph 105 that should be replaced with the appropriate language for this case which already appears in Paragraph 6 of Plaintiff's Complaint. Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not filed an Answer to the Complaint.

Dated: April 2, 2018

s/ *Kenneth A. Stern*
Kenneth A. Stern, P30722
STERN LAW, PLLC
41850 West 11 Mile Road
Novi, Michigan 48375-1857
(248) 347-7300
ken@sternlawonline.com