UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: XARELTO (RIVAROXABAN)              )
PRODUCTS LIABILITY LITIGATION             )      MCL No. 2592
                                          )      Civil Action No. 2:18-cv-01819
                                          )      SECTION: L
                                          )      JUDGE ELDON E. FALLON
                                          )      MAG. JUDGE NORTH

_____

**ORDER GRANTING PLAINTIFF, THOMAS MANNING, MOTION FOR LEAVE TO
FILE FIRST AMENDED COMPLAINT**


This matter having come before the court upon Plaintiff's filing of a Motion for Leave to

file a First Amended Complaint and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Thomas Manning, Motion for Leave to File First

Amended Complaint to replace Paragraph 105 therein to reflect the appropriate allegations as pled

in Paragraph 6, only, be and hereby is granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this

order with which to file its First Amended Complaint.

This is not a final order.


                                          _____
                                          United States District Court Judge