UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MCL No. 2592 ) Civil Action No. 2:18-cv-01439 ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. MICHAEL NORTH |

_____

**PLAINTIFF, SALLEY MONNIN, MOTION FOR LEAVE TO FILE**

**FIRST AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:18-cv-01439, entitled Salley Monnin vs Janssen Research & Development, et al.  In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on February 12, 2018, Docket No. 1 of case No. 2:18-cv-01439, due to a typographical error appearing in Paragraph 105 that should be replaced with the appropriate language for this case which already appears in Paragraph 6 of Plaintiff's Complaint.  Plaintiff also seeks to change the Plaintiff's name to the appropriate spelling of "Sally Monnin" in place of "Salley Monnin". Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not yet filed an Answer to the Complaint.

Dated: April 2, 2018

                                                                                                                                               s/ *Kenneth A. Stern*
                                                                                                                                               Kenneth A. Stern, P30722
STERN LAW, PLLC
41850 West 11 Mile Road
Novi, Michigan 48375-1857
(248) 347-7300
ken@sternlawonline.com