UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>) MCL No. 2592<br>) Civil Action No. 2:18-cv-01677<br>) SECTION: L<br>) JUDGE ELDON E. FALLON<br>) MAG. MICHAEL NORTH |

_____

**PLAINTIFF, LEORY SMITH, MOTION FOR LEAVE TO FILE**

**FIRST AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:18-cv-01677, entitled Leroy Smith vs Janssen Research & Development, et al. In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on February 17, 2018, Docket No. 1 of case No. 2:18-cv-01677, due to a typographical error <u>appearing in Paragraph 105 that should be replaced with the appropriate language for this case which already appears in Paragraph 6 of Plaintiff's Complaint</u>. Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not filed an Answer to the Complaint.

Dated: April 2, 2018                            s/ *Kenneth A. Stern*
                                                                      Kenneth A. Stern, P30722
                                                                      STERN LAW, PLLC
                                                                      41850 West 11 Mile Road
                                                                      Novi, Michigan 48375-1857
                                                                      (248) 347-7300
                                                                      ken@sternlawonline.com