UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | )<br>) MCL No. 2592<br>) Civil Action No. 2:18-cv-02724<br>) SECTION: L<br>) JUDGE ELDON E. FALLON<br>) MAG. MICHAEL NORTH |

_____

**PLAINTIFF, LATASHA SOLOMON, MOTION FOR LEAVE TO FILE**

**FIRST AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:18-cv-02724, entitled Latasha Solomon vs Janssen Research & Development, et al.  In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on March 14, 2018, Docket No. 1 of case No. 2:18-cv-02724, due to a typographical error <u>appearing in Paragraph 105 that should be replaced with the appropriate language for this case which already appears in Paragraph 6 of Plaintiff's Complaint</u>.  Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not filed an Answer to the Complaint.

Dated: April 2, 2018

      s/ *Kenneth A. Stern*
Kenneth A. Stern, P30722
STERN LAW, PLLC
41850 West 11 Mile Road
Novi, Michigan 48375-1857
(248) 347-7300
ken@sternlawonline.com