## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) |
| PRODUCTS LIABILITY LITIGATION | )   MCL No. 2592 |
| | )   Civil Action No. 2:18-cv-01673 |
| | )   SECTION: L |
| | )   JUDGE ELDON E. FALLON |
| | )   MAG. MICHAEL NORTH |

_____

**PLAINTIFF, NICKIE STRINGFELLOW, MOTION FOR LEAVE TO FILE**

**<u>FIRST AMENDED COMPLAINT</u>**

This motion is brought in the matter of Case 2:18-cv-01673, entitled Nickie Stringfellow

vs Janssen Research & Development, et al.  In accordance with Federal Rules of Civil Procedure,

Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on February 17, 2018, Docket

No. 1 of case No. 2:18-cv-01673, due to a typographical error <u>appearing in Paragraph 105 that

should be replaced with the appropriate language for this case which already appears in Paragraph

6 of Plaintiff's Complaint</u>.  Attached as Exhibit A, please find Plaintiff's proposed Order and

attached as Exhibit B is Plaintiff's proposed Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not filed an Answer

to the Complaint.

Dated: April 2, 2018

        <u>    s/ *Kenneth A. Stern*    </u>
Kenneth A. Stern, P30722
STERN LAW, PLLC
41850 West 11 Mile Road
Novi, Michigan 48375-1857
(248) 347-7300
ken@sternlawonline.com