UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-00375 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

**PLAINTIFF, MOODY WAWOROENDENG, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

This motion is brought in the matter of Case 2:18-cv-00375, entitled Moody Waworoendeng vs Janssen Research & Development, et al. In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on Moody Waworoendeng, 2018, Docket No. 1 of case No. 2:18-cv-00375, due to a typographical error <u>appearing in Paragraph 105 that should be replaced with the appropriate language for this case which already appears in Paragraph 6 of Plaintiff's Complaint</u>. Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Amended Complaint.

Further, Plaintiff states, to date, Defendants have been served but have not filed an Answer to the Complaint.

Dated: April 2, 2018

                                               s/ *Kenneth A. Stern*
                                              Kenneth A. Stern, P30722
                                              STERN LAW, PLLC
                                              41850 West 11 Mile Road
                                              Novi, Michigan 48375-1857
                                              (248) 347-7300
                                              ken@sternlawonline.com