UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Marvin Aardema v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-17889*

## ORDER

IT IS ORDERED that the Motion for Substitution of Betty Aardema, the surviving spouse and named Executor of the Estate of Marvin Aardema, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2018.

_____

United States District Judge