MINUTE ENTRY
FALLON, J.
APRIL 2, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. At the conference, a representative from Plaintiffs' Liaison Counsel ("PLC"), Andy Birchfield, and from Defendants' Liaison Counsel ("DLC"), Susan Sharko, reported to the Court on the status of discussions regarding the briefing schedule for Defendants' Summary Judgment Motions, R. Docs. 7653, 7660. An issue remains involving whether Plaintiffs are entitled to additional discovery. Plaintiffs will submit a supplemental affidavit outlining the additional discovery they believe they need to respond to Defendants' motions. Defendants will respond to the affidavit as soon as possible, but no later than April 18, 2018. After reviewing opposing parties submissions, if either party wishes the Court to hear oral argument on the matter, the Court will set a hearing on or before April 24, 2018.

JS10: 00:09