# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joyce Crouch o/b/o her deceased mother, Cohela Crouch v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:18-cv-1360

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8992, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joyce Crouch, on behalf of her deceased mother, Cohela Crouch, is substituted for Plaintiff Cohela Crouch as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE