UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Angelo Mazzouccolo v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-2525

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8994, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joy Rothenberger, as surviving niece and named Executor of the Estate of Angelo Mazzouccolo, is substituted for Plaintiff Angelo Mazzouccolo as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE