UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Chandra Sundram and Roda Sundram v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-9415

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 8999, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Roda Sundram, as personal representative of the estate of Chandra Sundram, is substituted for Plaintiff Roda Sundram as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE