**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | **JUDGE ELDON E. FALLON** |
| **MARY JACKSON,** **Case No. 2:18-cv-3468** | **MAGISTRATE JUDGE NORTH** |

**ORDER REGARDING PLAINTIFFS' MOTION TO AMEND AND LEAVE TO FILE <u>THEIR FIRST AMENDED COMPLAINT</u>**

AND NOW, this _____ day of _____ 2018, it is hereby ORDERED that Plaintiffs' Motion to Amend and Leave to File Their First Amended Complaint is GRANTED.

New Orleans, Louisiana, this _____ of _____, 2018.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE