UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |  MCL No. 2592<br>Civil Action No. 2:18-cv-01816<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. MICHAEL NORTH |

_____

**ORDER GRANTING PLAINTIFF, THOMAS BACA, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file a First Amended Complaint and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Thomas Baca, Motion for Leave to File First Amended Complaint to replace Paragraph 105 therein to reflect the appropriate allegations as pled in Paragraph 6, only, be and hereby is granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to file its First Amended Complaint.

New Orleans, Louisiana this 2nd day of April, 2018

_____
United States District Court Judge