UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION:  L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Bruce Kevin Ennis v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-014275 | | JURY TRIAL DEMANDED |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Bruce Kevin Ennis.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Trena Ennis, who is the daughter and surviving heir of Bruce Kevin Ennis.

Dated:  April 3, 2018

                                            Respectfully submitted,

                                            By:      */s/ Ethan L. Shaw*
                                                    Ethan L. Shaw
                                                    John P. Cowart
                                                    SHAW COWART, L.L.P.
                                                    1609 Shoal Creek Boulevard
                                                    Suite 100
                                                    Austin, Texas  78701
                                                    Telephone:  (512) 499-8900
                                                    Facsimile:  (512) 320-8906
                                                    elshaw@shawcowart.com
                                                    jcowart@shawcowart.com

                                            *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                        */s/ Ethan L. Shaw*