UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> This Document relates to: ) <br>    Bruce Kevin Ennis v. Janssen Research ) <br>    & Development, LLC, et al. ) <br>    E.D. La. No. 2:16-cv-014275 ) | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br><br> JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Trena Ennis on behalf of her deceased father, Bruce Kevin Ennis.

1. Bruce Kevin Ennis filed a products liability lawsuit against Defendants on August 30, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Bruce Kevin Ennis died on February 25, 2017.

3. Bruce Kevin Ennis' products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on April 3, 2018.

5. Trena Ennis, surviving daughter of Bruce Kevin Ennis, is a proper party to substitute for plaintiff-decedent Bruce Kevin Ennis and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ.

P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Trena Ennis requests that this Court grant her request for substitution as plaintiff in this action.

Dated: April 3, 2018

                                      Respectfully submitted,

                                      By:   */s/ Ethan L. Shaw*
                                              Ethan L. Shaw
                                              John P. Cowart
                                              SHAW COWART, L.L.P.
                                              1609 Shoal Creek Boulevard
                                              Suite 100
                                              Austin, Texas  78701
                                              Telephone:  (512) 499-8900
                                              Facsimile:  (512) 320-8906
                                              elshaw@shawcowart.com
                                              jcowart@shawcowart.com

                                              *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

                                              */s/ Ethan L. Shaw*

2