UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| This Document relates to: Bruce Kevin Ennis v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-014275 | JURY TRIAL DEMANDED |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Trena Ennis' Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. TRENA ENNIS, as surviving heir and daughter of BRUCE KEVIN ENNIS, is substituted as Plaintiff in this action.

New Orleans, Louisiana this ____ day of _____, 2018.

_____
HONORABLE ELDON E. FALLON
United States District Court Judge

cc:   All counsel of record