# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FLOYD MURPHY<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG<br><br>　　　　Defendants. | MDL NO. 2592<br><br>SECTION:　L<br><br>JUDGE: ELDON E. FALLON<br><br>Civil Action #: 16-14904<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**SUGGESTION OF DEATH** |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby informs this Court of the death of Plaintiff, Floyd Murphy, which occurred on or about February 24, 2018. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Floyd Murphy's estate within the appropriate time period.

Respectfully submitted,

By: /s/ John R. Shelton
John R. Shelton, KY. Bar # 83883
SHELTON LAW GROUP
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
Telephone: (502) 409-6460
Facsimile: (502) 409-4642
Email: rshelton@robsheltonlaw.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 23rd, 2018, the forgoing Suggestion of Death was filed electronically by using the CM\ECF system which will deliver the document to all counsel of record.

/s/ John R. Shelton
John R. Shelton