UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br> **JURY TRIAL DEMANDED** <br><br> Civil Action No.: 2:18-cv-1736 |

**THIS DOCUMENT RELATES TO:**

**Susan Boone, Civil Action No.: 2:18-cv-1736**

**PLAINTIFF'S EX PARTE MOTION TO AMEND AND LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Susan Boone, on behalf of the Estate of Charles Millard Boone Jr., by and through the undersigned counsel, pursuant to the applicable Federal Rule of Civil Procedure 15 as cited in Pretrial Order No. 11C respectfully seeks leave to amend the Complaint, to correct the case caption of the Complaint and to correct Plaintiff's names in the Nature of the Case. In support of her Motion, Plaintiff states the following:

1. Fed. Rules Civ. Proc. Rule 15(a)(1)(A) provides that "[a]party may amend its pleading once as a matter of course within 21 days after serving it".

2. The original complaint was filed via LAED CM/CF on February 20, 2018 and service was executed thereafter on March 30, 2018.

3. A copy of the proposed Amended Complaint is attached hereto, as is a proposed Order granting Plaintiff Susan Boone leave to file the Amended Complaint.

Wherefore, Plaintiff respectfully requests this Court to enter an order granting leave to file the proposed Amended Complaint and directing the Clerk to enter the Amended Complaint into the record of this matter.

Dated: April 3, 2018          Respectfully submitted

By:    /s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915)
jgreen@ashcraftlaw.com
ASHCRAFT & GEREL LLP
4900 Seminary Road, Ste. 650
Alexandria, VA 22311
Phone: (703) 931-5500
Fax: (703) 820-1656

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2018, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the court's electronic filing system.

/s/ Michelle A. Parfitt
Michelle A. Parfitt