UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br><br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No.: <u>2:17-cv-1736</u> |

**THIS DOCUMENT RELATES TO:**

*SUSAN BOONE,* **Civil Action No.: 2:18-cv-1736**

<u>**ORDER GRANTING EX PARTE MOTION
TO AMEND COMPLAINT**</u>

This matter having come before the Court on the Ex Parte Motion to Amend/Correct Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is GRANTED. Plaintiff is hereby granted leave to file First Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the record of this matter.

Entered this _____day of _____, 2018 into the United States Eastern District Court of Louisiana

_____

HONORABLE DISTRICT JUDGE ELDON E. FALLON