UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MCL No. 2592 |
| | Civil Action Nos. 18-1818, 18-2729, 18-391, 18-2351, 18-2548, 18-1819, 18-1439, 18-1678, 18-1675, 18-1677, 18-2724, 18-1673, 18-1820, 18-1821, 18-1671, 18-375, 18-1441, 18-1676 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. MICHAEL NORTH |

**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS**

This matter having come before the court upon Plaintiffs' filing of Motions for Leave to file Amended Complaints, R. Docs. 9013-9030 and the Court being otherwise fully advised in the premises; NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiffs', Patrick Johnson, Jill Joiner, David Jones, Dicie Kirby, Diane Loft, Thomas Manning, Salley Monnin, Jerry Reed, Rodney Rice, Leroy Smith, Latasha Solomon, Nickie Stringfellow, Bonnie Taylor, Carolyn Tindle, Kevin Ward, Moody Waworoendeng, Damon Williams, Jane Yelnich, Motions for Leave to File Amended Complaints to replace Paragraph 105 therein to reflect the appropriate allegations as pled in Paragraph 6, only, be and hereby are granted.

IT IS HEREBY ORDERED that Plaintiffs shall have seven (7) days from the date of this order with which to file their Amended Complaints.

New Orleans, Louisiana this 2nd day of April, 2018

_____
United States District Court Judge