# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Madison Jacobs o/b/o His deceased mother, Marguerite Jernigan v. Janssen Pharamceuticals, Inc., et al.*
CA# 2:17-cv-6439

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9032, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Madison Jacobs, on behalf of his deceased mother, Marguerite Jernigan, is substituted for Plaintiff Marguerite Jernigan as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 4th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE