UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Marvin Aardema v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-17889

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9037, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Betty Aardema, the surviving spouse and named Executor of the Estate of Marvin Aardema, is substituted for Plaintiff Marvin Aardema as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 4th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE