# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| MARY JACKSON, Case No. 2:18-cv-3468 | |

## PLAINTIFFS' MOTION TO AMEND AND LEAVE TO FILE THEIR FIRST AMENDED COMPLAINT

COME NOW Plaintiffs Richard C. Jackson III and Sean Jackson, as personal representatives of the estate of Mary Jackson, by and through their attorneys, Flint Law Firm, LLC and move to amend their complaint by correcting the named Plaintiffs and for leave to file their First Amended Complaint, and state as follows:

1. Fed. Rules Civ. Proc. Rule 15(a)(1)(A) provides that "[a] party may amend its pleading once as a matter of course within 21 days after serving it". Fed. Rules Civ. Proc. Rule 15(a)(2)(A).

2. In the present action, Plaintiffs filed their original complaint on April 2, 2018 incorrectly naming the Plaintiff as Mary Jackson, who is deceased.

3. Plaintiffs Richard C. Jackson III and Sean Jackson, who have been appointed by the court as personal representatives of the estate of Mary Jackson, are the proper Plaintiffs in this action (See Plaintiffs' First Amended Complaint attached as Proposed Pleading).

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Amend and leave to file their First Amended Complaint attached a Proposed Pleading.

RESPECTFULLY SUBMITTED,

/s/ Jacob A. Flint
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone: 618-205-2017
Fax: 618-288-2864
jflint@flintlaw.com

I hereby certify that on April 4, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Jacob A. Flint