UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCT LIABILITY LITIGATION   :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
                               :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

MARCIA KANE and RICHARD KANE,

Case No. 2:18-cv-1366

NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiffs, Marcia Kane and Richard Kane, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney hereby informs the Honorable Court of the death of Plaintiff, Marcia Kane.

Dated: April 04, 2018                        /s/ Sarah J. Showard
                                             Sarah J. Showard
                                             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 04, 2018, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, which will notify all attorneys of records of such filing.

                                         /s/ Sarah J. Showard
                                         Sarah J. Showard
                                         Attorney for Plaintiff