UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*JOSEPH KRYNAK v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-15185-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Joseph Krynak, by and through the undersigned counsel of record, moves this Court for an Order substituting Damon Krynak on behalf of decedent Joseph Krynak. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Joseph Krynak filed this present action on October 3, 2016.

2. Joseph Krynak died on July 9, 2017.

3. On January 25, 2018, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. Damon Krynak, is a surviving child of Joseph Krynak, is a proper party to substitute for plaintiff-decedent Joseph Krynak and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Damon Krynak, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: April 4, 2018                                  Respectfully submitted,

                                              **WATTS GUERRA LLP**
                                              */s/ Ryan L. Thompson*
                                              Ryan L. Thompson
                                              TX State Bar No. 24046969
                                              5726 W. Hausman Rd., Suite 119
                                              San Antonio, TX 78249
                                              rthompson@wattsguerra.com
                                              (210) 448-0500
                                              (210) 448-0501 (Fax)

                                              *Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

The hereby certify that on April 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              */s/ Ryan L. Thompson*
                                              Ryan L. Thompson