UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Howard Rubin, As Surviving Son of Selma Rubin, Deceased vs. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:18-cv-00190**

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Howard Rubin, individually and as representative of the Estate of Selma Rubin, Deceased, by and through his attorney, Rachal Rojas, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of his deceased mother, Selma Rubin, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Howard Rubin, individually and as surviving heir of the Estate of Selma Rubin, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Selma Rubin's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: April 4, 2018

                                    Respectfully submitted,

                            By: */s/ Rachal Rojas*
                                 Rachal Rojas
                                 JOHNSON LAW GROUP
                                 2925 Richmond Avenue
                                 Suite 1700
                                 Houston, TX 77098
                                 Telephone: (713) 626-9336
                                 rrojas@johnsonlawgroup.com

                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                    */s/ Rachal Rojas*
                                                                    Attorney for Plaintiff