UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
                                       :
                                       :     JUDGE ELDON E. FALLON
                                       :
_____         :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Mary Jane Meyers v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-12530*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Jonah Meyers, surviving natural son of Mary Jane Meyers, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute himself as Plaintiff in this action based on the death of Mary Jane Meyers.

A Notice/Suggestion of Death was filed in this matter on April 4, 2018 (Doc.9095).

DATED:     April 4, 2018.

                                       Respectfully submitted,

                                       THE GALLAGHER LAW FIRM, PLLC


                                       s/ Michael T. Gallagher
                                       Michael T. Gallagher
                                       (Texas Bar #07586000)
                                       2905 Sackett Street
                                       Houston, TX 77098
                                       Telephone: (713) 222-8080
                                       Facsimile:  (713) 222-0066
                                       mike@gld-law.com

                                       Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          s/Michael T. Gallagher