**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____: | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rosa Torres v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-03102*

**ORDER**

IT IS ORDERED that the Motion for Substitution of Angel Torres, the surviving spouse of Rosa Torres, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 2018.

_____

United States District Judge