**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAGISTRATE JUDGE NORTH** |
| **MARY JACKSON,** **Case No. 2:18-cv-3468** | |

**ORDER REGARDING PLAINTIFFS' MOTION TO AMEND AND LEAVE TO FILE**
**THEIR FIRST AMENDED COMPLAINT**

AND NOW, this __5th__ day of ___April___ 2018, it is hereby ORDERED that Plaintiffs' Motion to Amend and Leave to File Their First Amended Complaint is GRANTED.

New Orleans, Louisiana, this __5th__ of ___April___, 2018.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE