UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joseph Krynak v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15185

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9092, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Damon Krynak, the surviving child of Joseph Krynak, is substituted for Plaintiff Joseph Krynak as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE