UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rosa Torres v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-3102

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9098, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Angel Torres, the surviving spouse of Rosa Torres, is substituted for Plaintiff Rosa Torres as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE