# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL NO. 2592 |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION L |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| ) | | MAG. JUDGE NORTH |
| ) | | |
| ) | | |
| ) | | |

**This Document Relates to:**
*John Broglin and Elizabeth Broglin v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-9324*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, John Broglin.

Dated: _____                    *By:* /s/Stephen B. Wohlford
                                       SWMW Law, LLC
                                       Benjamin R. Schmickle, #6270568
                                       Stephen B. Wohlford, #IL6287698
                                       701 Market Street, Suite 1000
                                       St. Louis, MO 63101
                                       (314) 480-5180
                                       (314) 932-1566 – Facsimile
                                       *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

  I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on April 6, 2018 and that this system will provide notice of such filing to all counsel of record.

           *By:* */s/*Stephen B. Wohlford_____
           SWMW Law, LLC
           Benjamin R. Schmickle, #6270568
           Stephen B. Wohlford, #IL6287698
           701 Market Street, Suite 1000
           St. Louis, MO 63101
           (314) 480-5180
           (314) 932-1566 – Facsimile

           *ATTORNEYS FOR PLAINTIFFS*