# Stern Law, PLLC

41850 W 11 Mile Rd. Suite 121
Novi, MI 48375

yourlegaljustice.com | 844-808-7529

April 6, 2018

U.S. CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED</u>

Terrance Carrington
9909 Amherst Ave.
Montclair, CA 91763

Re: Terrance Carrington v Janssen Research & Development, et al
    United States District Court Case No. 2:17-cv-17305

Dear Mr. Carrington:

Enclosed is a copy of our Motion To Withdraw as Counsel of Record for Plaintiff, with exhibits, in connection with the above matter. Also attached to this correspondence, please find the following documents:

Complaint and Jury Demand
Pretrial Order #10 re: Service of Process
Pretrial Order #13 re: Plaintiff's Fact Sheet
Pretrial Order #27 re: Plaintiff's Fact Sheet (Amended)
Notice of Court Appearances
Court Contact Information

If you still wish to pursue your lawsuit, we again urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. Should you have any questions please contact the Court at the number provided on the Court Contact Information Sheet enclosed.

Sincerely,

**Kenneth A. Stern, Esq.**
**Stern Law, PLLC**

Product Liability | Class Action | Birth Injury | Medical Malpractice | Personal Injury | Elder Abuse