**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ABIODUN, EVELYN | Andrus Wagstaff | 2:17-cv-08518 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 2. | ADAY, JOHN | The Gallagher Law Firm LLP | 2:17-cv-06670 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | ALEGRIA, JOHN | Marc J. Bern & Partners LLP | 2:17-cv-06976 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | ALEXANDER, GRACE | Lenze Moss, PLC. | 2:17-cv-06678 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | ALLEN  NOBLE, ROSIE | Salim-Beasley, LLC | 2:17-cv-08407 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 6. | ALLEN, CYNTHIA | Law Office of Christopher K. Johnston, LLC | 2:17-cv-7542 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | ALVAREZ, ROBERTO | Fernelius Simon PLLC | 2:17-cv-09587 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 8. | ARNSON, GLORIA | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9. | BAILEY, RONALD | Salim-Beasley, LLC | 2:17-cv-09178 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 10. | BELLONE, MARIA | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-1743 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 11. | BIGNELL, CYNTHIA | Lenze Moss, PLC. | 2:17-cv-06885 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 12. | BLACK, CONNIE | Pulaski Law Firm, PLLC | 2:17-cv-11980 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 13. | BOLDEN, DENNIS | GLANCY PRONGAY & MURRAY LLP | 2:17-cv-4508 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Section I (core case information) |
| 14. | BOWEN, ERVIN R | Motley Rice, LLC | 2:17-cv-6067 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in<br><br>Section I (core case information) |
| 15. | BRADEN, ELMER | The Mulligan Law Firm | 2:15-cv-02939 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 16. | BROWN, WILLIAM | Salim-Beasley, LLC | 2:17-cv-04433 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 17. | BROYLES, RONALD | Avram Blair & Associates, P.C. | 2:17-cv-2090 | Declaration-Failure to provide Declaration signed by plaintiff, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Xarelto user, or Xarelto user's representative |
| 18. | BYNUM, MARY | Lenze Moss, PLC. | 2:17-cv-07407 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in<br><br>Section I (core case information) |
| 19. | CALDWELL, EVA | Salim-Beasley, LLC | 2:17-cv-09243 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | CALVI, ANTHONY | Lenze Moss, PLC. | 2:17-cv-04053 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Failure to respond to question in<br><br>Section I (core case information) |
| 21. | CAMILLE, DONA | Medley Law Group | 2:17-cv-07332 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in<br><br>Section I (core case information) |
| 22. | CERTAIN, MARY | Napoli Shkolnik PLLC | 2:14-cv-02592 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in<br><br>Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 23. | CLANCY, JAYNE | Napoli Shkolnik PLLC | 2:17-cv-10835 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 24. | COLE, JOHN V | Lenze Moss, PLC. | 2:17-cv-04814 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 25. | CORBIN, STEPHEN | Napoli Shkolnik PLLC | 2:17-cv-11540 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration |

Exhibit A
Alleged Core Deficient Plaintiff Fact Sheet

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | CORE, WALTER | Lenze Moss, PLC. | 2:17-cv-04809 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 27. | COVINGTON, DAPHNE | Slater Slater Schulman LLP | 2:17-cv-05130 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | DALTON, WILLIAM | Cory Watson | 2:17-cv-12639 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 29. | DAVENPORT, MABEL | The Gallagher Law Firm LLP | 2:17-cv-04661 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 30. | DAVIS, ANNETTE | Beasley Allen | 2:17-cv-06507 | Prescription Records-Records provided do not show Xarelto use |
| 31. | DE LOS SANTOS, GEORGE | The Gallagher Law Firm LLP | 2:17-cv-07936 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 32. | DELA MERCED, DELL | Andrus Wagstaff | 2:17-cv-08324 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 33. | DUMA, EUNICE | Salim-Beasley, LLC | 2:17-cv-07618 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Records demonstrating alleged injury |
| 34. | ELIA, IRENE | The Law Office of L. Paul Mankin | 2:17-cv-07201 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 35. | ELLIS, BRANDY | Beasley Allen | 2:17-cv-08075 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 36. | FEGGINS, JOHNNY | Salim-Beasley, LLC | 2:17-cv-07367 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 37. | FITZGERALD, LARRY | Salim-Beasley, LLC | 2:17-cv-07601 | Prescription Records- Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 38. | FLORES, RIGOBERTO | The Potts Law Firm, LLP | 2:17-cv-09588 | Declaration-Failure to provide Declaration |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 39. | FLOWERS, JOHN | Salim-Beasley, LLC | 2:17-cv-08916 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 40. | FORREST, SHIRLEY | Salim-Beasley, LLC | 2:17-cv-07611 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 41. | FOUNTAIN, DAVID | Salim-Beasley, LLC | 2:17-cv-08918 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | demonstrate alleged injury |
| 42. | FREEMAN, PEGGY | Salim-Beasley, LLC | 2:17-cv-09384 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 43. | GHIGHI, MARGUERITE | Salim-Beasley, LLC | 2:17-cv-09253 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 44. | GILL, BERNIE | Douglas & London | 2:17-cv-6866 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 45. | GILLESPIE, CALVIN | The Gallagher Law Firm LLP | 2:17-cv-07933 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Section I (core case information) |
| 46. | GOETZ, THERESA | The Driscoll Firm | 2:17-cv-17339 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 47. | GRANT, CHARLES | The Mulligan Law Firm | 2:16-cv-03367 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 48. | GRIMES, MACK | The Driscoll Firm | 2:17-cv-9898 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 49. | GRINSTEAD, ERNESTINE | Marc J. Bern & Partners LLP | 2:17-cv-04203 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; |

13

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Failure to respond to question in Section I (core case information) |
| 50. | GRZELAKOWSKI, BARBARA | The Driscoll Firm | 2:17-cv-12208 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 51. | HARMON, CHARLES | The Driscoll Firm | 2:17-cv-9900 | Prescription Records-Records provided are not for the user identified in PFS section I.B.; Medical Records-Records provided are not for the user identified in PFS section I.B.; Failure to respond to question in Section I (core case information) |
| 52. | HARVEY, RICHARD | Salim-Beasley, LLC | 2:17-cv-06518 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 53. | HAWES, DAWN L | Bennerotte & Associates, P.A. |  | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 54. | HIGGINS, TROY | Salim-Beasley, LLC | 2:17-cv-08413 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 55. | HINES, GLORIA | The Gallagher Law Firm LLP | 2:17-cv-08777 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 56. | HOLLAND, CAROLYN | The Driscoll Firm | 2:17-cv-11596 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 57. | JACKSON, ALBERT | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11705 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Failure to respond to question in Section I (core case information) |
| 58. | JACKSON, EARLINE | Fernelius Simon PLLC | 2:17-cv-02969 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 59. | JEFFERY, MORRIS | Fears \| Nachawati | 2:17-cv-07278 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 60. | JOHNSON, AUDWIN | The Driscoll Firm | 2:17-cv-9901 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 61. | JOHNSON, CLINTON | Baron & Budd | 2:17-cv-07303 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 62. | JOHNSON, JOHN F | Aylstock, Witkin, Kreis | 2:17-cv-07346 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | & Overholtz, PLLC | | Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 63. | JOHNSON, TAMEKIA | Law Office of Christopher K. Johnston, LLC | 2:17-cv-7394 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 64. | JONES, CURTIS L | The Driscoll Firm | 2:17-cv-11589 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 65. | JONES, EDWARD | Douglas & London | 2:17-cv-08433 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 66. | JONES, JOHN | The Driscoll Firm | 2:17-cv-9986 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 67. | KENDRICK, MELANIE | The Driscoll Firm | 2:17-cv-9961 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 68. | KEROS, GEORGE T | Rheingold Giuffra Ruffo & Plotkin LLP | 2:17-cv-11322 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 69. | KING, BILLY | Marc J. Bern & Partners LLP | 2:17-cv-0547 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 70. | KOPPANG, RIKKILYN | Salim-Beasley, LLC | 2:17-cv-04426 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 71. | LAMBRECHT, JOEL A | Elkus Sisson & Rosenstein, P.C. | 2:15-cv-06917 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 72. | LANDRUM, YOLANDA | Salim-Beasley, LLC | 2:17-cv-08418 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 73. | LATHEY, RAYMOND | Salim-Beasley, LLC | 2:17-cv-07507 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 74. | LEMMON, CYNTHIA | Salim-Beasley, LLC | 2:17-cv-07409 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 75. | LEWIS, BETTY | The Driscoll Firm | 2:17-cv-11593 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 76. | LINE, THEODORE | Salim-Beasley, LLC | 2:17-cv-08420 | Prescription Records-Records provided do not show Xarelto use; Medical Records- |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 77. | LONG, DARRELL | Schneider Hammers LLC | 2:17-cv-2708 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 78. | LOVE, BILLY R | Beasley Allen | 2:17-cv-08812 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 79. | MACKLIN, JOHN T | The Driscoll Firm | 2:17-cv-11721 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 80. | MARKS, MALCOLM | Salim-Beasley, LLC | 2:17-cv-07501 | Medical Records-Medical records provided do not demonstrate alleged |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | injury; Failure to respond to question in Section I (core case information) |
| 81. | MARTIN, PATRICIA | Salim-Beasley, LLC | 2:17-cv-07380 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 82. | MAXWELL, LEILA | Salim-Beasley, LLC | 2:17-cv-07502 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 83. | MAY, MARY E | Atlas Partners, LLP | 2:17-cv-11843 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 84. | MAYNARD, NELSON | Andrus Wagstaff | 2:17-cv-13629 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 85. | MCCAIN, MARY | Salim-Beasley, LLC | 2:17-cv-08926 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 86. | MCDAVID, OLIVE | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 87. | MCDOWELL, SILAS | The Schlemmer Firm, LLC | 2:17-cv-3987 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 88. | MCGRIFF, CATHY | Salim-Beasley, LLC | 2:17-cv-08423 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 89. | MENDEL, RUTH | Salim-Beasley, LLC | 2:17-cv-07406 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Section I (core case information) |
| 90. | MESTA, CIRILA | Salim-Beasley, LLC | 2:17-cv-08424 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 91. | MILLER, BROOKSIE | Salim-Beasley, LLC | 2:17-cv-07610 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 92. | MILLS, BILLY | Wexler Wallace LLP | 2:17-cv-07228 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 93. | MOSTELLA, LILA | The Driscoll Firm | 2:17-cv-9976 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 94. | MULL, GENEVA | Nemeroff Law Firm | 2:17-cv-6819 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 95. | MYERS, ROBERT | Salim-Beasley, LLC | 2:17-cv-07613 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 96. | NEWMAN, MONICA | Rosenbaum & Rosenbaum, P.C. | 2:17-cv-10310 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 97. | NORRIS, STANLEY | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11732 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 98. | OLSEN, VAL D | Motley Rice, LLC | 2:17-cv-5978 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 99. | ORTIZ AMARO, FRANCISCO | Johnson Law Group | 2:17-cv-07265 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | representative; Failure to respond to question in Section I (core case information) |
| 100. | OSBORNE, KENNETH | Salim-Beasley, LLC | 2:17-cv-08925 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 101. | OWEN, GREG | Whitehead Law Firm | 2:17-cv-10987 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 102. | PADILLA, GUADALUPE | The Gallagher Law Firm LLP | 2:17-cv-08794 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 103. | PARKER, JAMES | Law Office of Christopher K. Johnston, LLC | 2:17-cv-8529 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 104. | PASCUAL, BEVERLY | Douglas & London | 2:17-cv-03503 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 105. | PERKINS, RAMONA | Lenze Moss, PLC. | 2:17-cv-07282 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 106. | PERRY, RUBY | Lenze Moss, PLC. | 2:16-cv-16703 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 107. | PROCTOR, ELVIS | Wexler Wallace LLP | 2:17-cv-08685 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 108. | PRYEAR, HOWARD | The Gallagher Law Firm LLP | 2:17-cv-10341 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 109. | QUINN, JOSEPH | Kirtland & Packard | 2:17-cv-01095 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 110. | RADDATZ, GLORIA | Salim-Beasley, LLC | 2:17-cv-10496 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 111. | RAMSPERGER, ROBERT J | Beasley Allen | 2:17-cv-10783 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 112. | RANDOLPH, ANNETTE | Marc J. Bern & Partners LLP | 2:17-cv-11891 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | plaintiff, Xarelto user, or Xarelto user's representative |
| 113. | REYNOLDS, REBECCA | Salim-Beasley, LLC | 2:17-cv-07603 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 114. | RICHARDSON, GERALDINE | Carey Danis & Lowe | 2:17-cv-08199 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 115. | ROBERT, JOHNSON | Anastopoulo Law Firm | 2:17-cv-10010 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 116. | ROBIN, ANTHONY | The Driscoll Firm | 2:17-cv-9905 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 117. | ROSSO, SHIRLEY | The Driscoll Firm | 2:17-cv-9969 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 118. | ROUMAYA, RIYADH | The Gallagher Law Firm LLP | 2:17-cv-09880 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 119. | ROUTH, ROBERT H | Beasley Allen | 2:17-cv-07384 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Xarelto user, or Xarelto user's representative |
| 120. | SANCHEZ, STELLA C | Law Office of Christopher K. Johnston, LLC | 2:17-cv-11389 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 121. | SANDERS, RHONDA | Marc J. Bern & Partners LLP | 2:17-cv-10748 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 122. | SCARE, DAVID | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 123. | SCHMIDT, CORDELL | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Medical Records-Failure to provide any Medical Records |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | demonstrating alleged injury |
| 124. | SEGRAVES, DARRYL | Salim-Beasley, LLC | 2:17-cv-07506 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 125. | SHELTON, JOHN | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 126. | SHEPHERD, WILMA J | Pulaski Law Firm, PLLC | 2:17-cv-09155 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 127. | SMALLEY, KAREN | Carey Danis & Lowe | 2:17-cv-6095 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 128. | SNOW, WILLIAM | The Schlemmer Firm, LLC | 2:17-cv-6410 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 129. | SOLOMON, ALVIN | The Potts Law Firm, LLP | 2:17-cv-09277 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 130. | SOTO, MARY | The Driscoll Firm | 2:16-cv-12009 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 131. | SOUDERS, LINDA | Salim-Beasley, LLC | 2:17-cv-08427 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 132. | SOUTHARDS, FARRELL | Wexler Wallace LLP | 2:17-cv-07990 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 133. | SPEARS, CAROLYN G | The Penton Law Firm | 2:17-cv-06951 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 134. | SPIVEY, MARGARET | Salim-Beasley, LLC | 2:17-cv-09230 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 135. | STACK, WILLIAM | The Olinde Firm, LLC | 2:17-cv-6876 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 136. | STARLING, JOAN | Salim-Beasley, LLC | 2:17-cv-07600 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 137. | TAYLOR, MARK | Lenze Moss, PLC. | 2:17-cv-06909 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 138. | TORRES, ROSA | The Gallagher Law Firm LLP | 2:17-cv-03102 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 139. | TROYER, SHERRY | Hilliard Martinez Gonzales LLP | 2:17-cv-5689 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 140. | VAN ROOY, PETER | Salim-Beasley, LLC | 2:17-cv-05655 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 141. | VEAZIE, JAMES | Pulaski Law Firm, PLLC | 2:17-cv-07112 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 142. | WALKINS, JOHN | Napoli Shkolnik PLLC | 2:17-cv-11625 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 143. | WASHINGTON, JULIA | The Potts Law Firm, LLP | 2:17-cv-07053 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 144. | WASHINGTON, ROOSEVELT | The Gallagher Law Firm LLP | 2:17-cv-03881 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 145. | WILLIAMS, JOE | Law Office of Christopher K. Johnston, LLC | 2:17-cv-8109 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 146. | WILLIAMS, LEON | Salim-Beasley, LLC | 2:17-cv-05597 | Medical Records-Medical records provided do not |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 147. | WILSON, RETHA | The Driscoll Firm | 2:17-cv-11594 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 148. | YOUNG, MAMIE | The Driscoll Firm | 2:17-cv-9963 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 149. | YU, JEAN J | Beasley Allen | 2:17-cv-05480 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 150. | ZIEGENHAGEN, EILEEN | The Driscoll Firm | 2:17-cv-9910 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Medical Records-Medical records provided do not demonstrate alleged |

**Exhibit A**
**<u>Alleged Core Deficient Plaintiff Fact Sheet</u>**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | injury; Failure to respond to question in Section I (core case information) |