UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, at al. v. Janssen, et al.* Case No. 2:14-cv-02669 | * * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE SUPPLEMENT TO PLAINTIFFS' MEMORANDA IN OPPOSITION TO DEFENDANTS' JOINT MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON PREEMPTION GROUNDS UNDER SEAL, IN ITS ENTIRETY

NOW COME Plaintiffs, who respectfully submit that, in compliance with this Court's Minute Entry of April 2, 2018 [Rec. Doc. 9038], Plaintiffs' file the attached Supplement to Plaintiffs' Memoranda in Opposition to Defendants' Joint Motions for Partial Summary Judgment on Preemption Grounds ("Supplement to Plaintiffs' Memoranda"). The Supplement to Plaintiffs' Memoranda and its exhibits contain or refer to information that has been designated confidential. Accordingly, movers request that the Supplement to Plaintiffs' Memoranda be filed UNDER SEAL, IN ITS ENTIRETY.

WHEREFORE, movers pray that this motion be GRANTED and that the Supplement to Plaintiffs' Memoranda in Opposition to Defendants' Joint Motions for Partial Summary Judgment on Preemption Grounds be filed UNDER SEAL, IN ITS ENTIRETY.

Dated: April 6, 2018

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 6, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**