UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, at al. v. Janssen, et al.* Case No. 2:14-cv-02669 | * * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the Motion for Leave to File Supplement to Plaintiffs' Memoranda in Opposition to Defendants' Joint Motions for Partial Summary Judgment on Preemption Grounds Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion be GRANTED and that the Supplement to Plaintiffs' Memoranda in Opposition to Defendants' Joint Motions for Partial Summary Judgment on Preemption Grounds be and is hereby filed UNDER SEAL, IN ITS ENTIRETY.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge