UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          *          MDL 2592
PRODUCTS LIABILITY LITIGATION          *

                                                           *          SECTION L
THIS DOCUMENT RELATES TO:          *

                                                           *          JUDGE ELDON E. FALLON
*Harriet Ibanez, et al. v. Janssen, et al.*          *

**Case No. 2:14-cv-02669**          *          MAGISTRATE JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * * *

**SUPPLEMENT TO PLAINTIFFS' MEMORANDA IN OPPOSITION TO
DEFENDANTS' JOINT MOTIONS FOR PARTIAL SUMMARY
JUDGMENT ON PREEMPTION GROUNDS**

# FILED UNDER SEAL IN ITS ENTIRETY