**EXHIBIT A**

2:17-cv-03981-EEF-MBN  Duquette v. Janssen Research & Development LLC et al
(Representing Edward D. Duquette)

2:17-cv-04112-EEF-MBN  Gary v. Janssen Research & Development LLC et al
(Representing Carshena S. Gary)

2:17-cv-04213-EEF-MBN  Hoza v. Janssen Research & Development LLC et al
(Representing George Hoza)

2:17-cv-04412-EEF-MBN  Rider v. Janssen Research & Development LLC et al
(Representing Gerald F. Rider)

2:17-cv-04440-EEF-MBN  Glazek v. Janssen Research & Development LLC et al
(Representing Michael C. Glazek)

2:17-cv-04478-EEF-MBN  Anderson v. Janssen Research & Development LLC et al
(Representing Adelaide Anderson)

2:17-cv-04683-EEF-MBN  Sauvola v. Janssen Research & Development LLC et al
(Representing Jacob N. Sauvola)

2:17-cv-04685-EEF-MBN  Kane v. Janssen Research & Development LLC et al
(Representing Margaret A. Kane)

2:17-cv-05098-EEF-MBN  Rutledge v. Janssen Research & Development LLC et al
(Representing Helen S. Rutledge)

2:17-cv-05523-EEF-MBN  Cross v. Janssen Research & Development LLC, et al
(Representing Peggy Linn Cross)

2:17-cv-05553-EEF-MBN  Jones v. Janssen Research & Development LLC et al
(Representing Cynthia V. Jones)

2:17-cv-05672-EEF-MBN  Hensley v. Janssen Research & Development LLC et al
(Representing Lela Hensley)

2:17-cv-05682-EEF-MBN  Hilliker v. Janssen Research & Development LLC et al
(Representing Tamara L. Hilliker)

2:17-cv-05811-EEF-MBN  Jacobs v. Janssen Research & Development LLC et al
(Representing Janet M. Jacobs)

2:17-cv-05866-EEF-MBN    Schultz v. Janssen Research & Development LLC et al
(Representing Joseph S. Schultz)

2:17-cv-05891-EEF-MBN    Hollis v. Janssen Research & Development LLC et al
(Representing Linda G. Hollis)

2:17-cv-05906-EEF-MBN    Finley v. Janssen Research & Development LLC et al
(Representing Helen Finley)

2:17-cv-05997-EEF-MBN    Brown v. Janssen Research & Development LLC et al
(Representing Lannie J. Brown)

2:17-cv-06259-EEF-MBN    Canada v. Janssen Research & Development LLC et al
(Representing Joseph R. Canada)

2:17-cv-06676-EEF-MBN    Domingue v. Janssen Research & Development, LLC et al
(Representing Rita Domingue)

2:17-cv-06989-EEF-MBN    James v. Janssen Research & Development LLC et al
(Representing Kimmy James)

2:17-cv-07217-EEF-MBN    Stadnik v. Janssen Research & Development LLC, et al
(Representing Alexander Stadnik)

2:17-cv-07240-EEF-MBN    Barber v. Janssen Research & Development LLC et al
(Representing Betty Barber)

2:17-cv-07254-EEF-MBN    Keeser v. Janssen Research & Development LLC et al
(Representing Betty J. Keeser)

2:17-cv-07277-EEF-MBN    Stigall v. Janssen Research & Development LLC et al
(Representing David K. Stigall)

2:17-cv-07624-EEF-MBN    Melton v. Janssen Research & Development LLC et al
(Representing Deborah M. Melton)

2:17-cv-07660-EEF-MBN    Fulton v. Janssen Research & Development LLC et al
(Representing Danny R. Fulton)

2:17-cv-07684-EEF-MBN    Petrimoulx v. Janssen Research & Development LLC et al
(Representing Elaine M. Petrimoulx)

2:17-cv-07697-EEF-MBN    Krueger v. Janssen Research & Development LLC et al
(Representing Edwin H. Krueger)

2:17-cv-07703-EEF-MBN  Soltis v. Janssen Research & Development LLC et al
(Representing Paul S. Soltis)

2:17-cv-07748-EEF-MBN  Cheslock v. Janssen Research & Development LLC et al
(Representing Richard A. Cheslock)

2:17-cv-07761-EEF-MBN  Harms v. Janssen Research & Development, LLC et al
(Representing Raymond L. Harms)

2:17-cv-08047-EEF-MBN  Laur v. Janssen Research & Development LLC et al
(Representing Rosemary K. Laur)

2:17-cv-08054-EEF-MBN  Sienko v. Janssen Research & Development LLC et al
(Representing Steve T. Sienko)

2:17-cv-08065-EEF-MBN  Sanderson v. Janssen Research & Development LLC et al
(Representing Reba N. Sanderson)

2:17-cv-08092-EEF-MBN  Bordner v. Janssen Research & Development LLC et al
(Representing William Bordner)

2:17-cv-08111-EEF-MBN  Devereaux v. Janssen Research & Development LLC et al
(Representing William J. Devereaux)

2:17-cv-08139-EEF-MBN  Middleton v. Janssen Research & Development LLC et al
(Representing Willie B. Middleton)

2:17-cv-08152-EEF-MBN  Warren v. Janssen Research & Development LLC et al
(Representing Edna R. Warren)

2:17-cv-08156-EEF-MBN  Thompson v. Janssen Research & Development LLC et al
(Representing Virginia L. Thompson)

2:17-cv-08195-EEF-MBN  Cochran v. Janssen Research & Development LLC et al
(Representing Velma M. Cochran)

2:17-cv-08236-EEF-MBN  Hammers v. Janssen Research & Development LLC et al
(Representing Wanda Hammers)

2:17-cv-08256-EEF-MBN  Pitz v. Janssen Research & Development LLC et al
(Representing Sylvia M. Pitz)

2:17-cv-08276-EEF-MBN  Lowe v. Janssen Research & Development LLC et al
(Representing Russel F. Lowe)

2:17-cv-08282-EEF-MBN    Ewert v. Janssen Research & Development LLC et al
(Representing Timothy L. Ewert)

2:17-cv-08300-EEF-MBN    Chester v. Janssen Research & Development LLC et al
(Representing Tania Chester)

2:17-cv-08344-EEF-MBN    Sheppard v. Janssen Research & Development LLC et al
(Representing Ruth Sheppard)

2:17-cv-08365-EEF-MBN    Jones v. Janssen Research & Development LLC et al
(Representing Robert P. Jones)

2:17-cv-08389-EEF-MBN    Hoots v. Janssen Research & Development LLC et al
(Representing Regina R. Hoots)

2:17-cv-08406-EEF-MBN    Larson v. Janssen Research & Development LLC et al
(Representing Roberta S. Larson)

2:17-cv-09145-EEF-MBN    Lindemann v. Janssen Research & Development LLC et al
(Representing LeAnn Lindemann)

2:17-cv-17183-EEF-MBN    Heider v. Janssen Research & Development LLC, et al
(Representing Frederick W. Heider)

2:17-cv-17199-EEF-MBN    Struski v. Janssen Research & Development LLC et al
(Representing Anna M. Struski)

2:17-cv-17300-EEF-MBN    Anderson v. Janssen Research & Development LLC et al
(Representing Jackie Wayne Anderson)

2:17-cv-17375-EEF-MBN    Moses v. Janssen Research & Development LLC et al
(Representing Willie B. Moses)

2:17-cv-17388-EEF-MBN    Elston v. Janssen Research & Development LLC et al
(Representing Willie M. Elston)

2:17-cv-17405-EEF-MBN    Looney v. Janssen Research & Development LLC, et al
(Representing Rockford Looney)

2:17-cv-17406-EEF-MBN    Quemore v. Janssen Research & Development LLC, et al
(Representing William J. Quemore)

2:17-cv-17407-EEF-MBN    Avery v. Janssen Research & Development LLC, et al
(Representing William Avery)

2:17-cv-17408-EEF-MBN    Elliot v. Janssen Research & Development LLC, et al
(Representing Wesley Raymond Elliot)

2:17-cv-17409-EEF-MBN    Samuels v. Janssen Research & Development LLC, et al
(Representing Renee Samuels)

2:17-cv-17410-EEF-MBN    McKenzie v. Janssen Research & Development LLC, et al
(Representing Elaine M. McKenzie)

2:17-cv-17518-EEF-MBN    Gilbert v. Janssen Research & Development LLC, et al
(Representing Vera Q. Gilbert)

2:17-cv-17543-EEF-MBN    Hampton v. Janssen Research & Development LLC et al
(Representing Thomas L. Hampton)

2:17-cv-17567-EEF-MBN    Crofford v. Janssen Research & Development LLC et al
(Representing William H. Crofford)

2:17-cv-17636-EEF-MBN    Chikos v. Janssen Research & Development LLC et al
(Representing Ted Chikos)

2:17-cv-17651-EEF-MBN    Mackin v. Janssen Research & Development LLC et al
(Representing Sue Ann Mackin)

2:17-cv-17673-EEF-MBN    Hill v. Janssen Research & Development LLC et al
(Representing Sherley A. Hill)

2:17-cv-17682-EEF-MBN    Ficarro v. Janssen Research & Development LLC et al
(Representing Jerri Ann Ficarro)

2:17-cv-17698-EEF-MBN    Giniel v. Janssen Research & Development LLC et al
(Representing Sherry A. Giniel)

2:17-cv-17704-EEF-MBN    King v. Janssen Research & Development LLC et al
(Representing Shelby H. King)

2:17-cv-17721-EEF-MBN    Moore-Gates v. Janssen Research & Development LLC et al
(Representing Sharon L. Moore-Gates)

2:17-cv-17923-EEF-MBN    Tommarello-Perkins v. Janssen Research & Development LLC et al
(Representing Shay Tommarello-Perkins)

2:17-cv-17932-EEF-MBN    Walker v. Janssen Research & Development LLC et al
(Representing Scott Walker)

2:17-cv-17964-EEF-MBN    Bingham v. Janssen Research & Development LLC et al
(Representing Karen Bingham)

2:18-cv-00063-EEF-MBN    Hart v. Janssen Research & Development LLC et al
(Representing Margaret Ruth Hart)

2:18-cv-00091-EEF-MBN    Rodriguez v. Janssen Research & Development LLC et al
(Representing Ruben Rodriguez)

2:18-cv-00105-EEF-MBN    Figueredo v. Janssen Research & Development LLC et al
(Representing Ana Figueredo)