# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: 2:14-md-02592 |

**THIS DOCUMENT RELATES TO:**

*IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION*
**Civil Action No.: 2:14-md-02592**

## ORDER PERMITTING WITHDRAW OF COUNSEL

Considering the Motion to Withdraw as Counsel, IT IS ORDERED that the Motion is GRANTED. Carlos M. Hernández-Burgos is hereby withdrawn from the cases listed on the attached Exhibit A.

Entered this _____ day of _____, 2018 into the United States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON