# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) ) |  **MDL NO. 2592**<br><br>**SECTION: L**<br>**JUDGE ELDON E. FALLON**<br>**MAG. JUDGE NORTH**<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>Civil Action No: <u>**2:14-md-02592**</u> |

**THIS DOCUMENT RELATES TO:**

*IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION*
**Civil Action No.: 2:14-md-02592**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Joel A. Figueroa-Rivera, attorney of record for Johnston Law Group representing Plaintiff in this matter, and respectfully requests leave to withdraw under the provisions of LR 83.2.11 of the United States District Court Eastern District Court of Louisiana.

This request is made on the ground that I no longer work for Johnston Law Group.

Christopher K. Johnston, the other attorney on record will remain as counsel for the plaintiff(s). I have included an exhibit called "Exhibit A" with the cases that I have filed.

I therefore respectfully request that this court grant the request of plaintiff counsel to be permitted to withdraw from further representation of the plaintiff and that the other attorney on record continue to represent the plaintiff in further proceedings.

Dated:  April 19, 2018                                    Respectfully submitted,


/s/ Joel A. Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
22 Ave. San Ignacio, Cond. Plaza
del Palmar, Apt. 206
Guaynabo, Puerto Rico 00969
Tel: (787) 223-2247
joelfigueroa1@yahoo.com


**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2018, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


/s/Joel A. Figueroa-Rivera
Joel A. Figueroa-Rivera