**Exhibit A**

| | |
|---|---|
| 2:17-cv-03983-EEF-MBN | Smith v. Janssen Research & Development LLC et al |
| 2:17-cv-04119-EEF-MBN | Hance v. Janssen Research & Development LLC, et al |
| 2:17-cv-04212-EEF-MBN | Morris v. Janssen Research & Development LLC et al |
| 2:17-cv-04418-EEF-MBN | Hatten v. Janssen Research & Development LLC et al |
| 2:17-cv-04446-EEF-MBN | Heaton v. Janssen Research & Development LLC et al |
| 2:17-cv-04491-EEF-MBN | Krinsky-Doty v. Janssen Research & Development LLC et al |
| 2:17-cv-04533-EEF-MBN | Houze v. Janssen Research & Development LLC et al |
| 2:17-cv-04666-EEF-MBN | Jones v. Janssen Research & Development LLC et al |
| 2:17-cv-04684-EEF-MBN | Alexander v. Janssen Research & Development LLC et al |
| 2:17-cv-05118-EEF-MBN | Williams v. Janssen Research & Development LLC et al |
| 2:17-cv-05520-EEF-MBN | Moss v. Janssen Research & Development LLC et al |
| 2:17-cv-05565-EEF-MBN | Champion v. Janssen Research & Development LLC et al |
| 2:17-cv-05587-EEF-MBN | Garland v. Janssen Research & Development LLC et al |
| 2:17-cv-05686-EEF-MBN | Stepney v. Janssen Research & Development LLC et al |
| 2:17-cv-05799-EEF-MBN | Fankhauser v. Janssen Research & Development LLC et al |
| 2:17-cv-05842-EEF-MBN | Epert v. Janssen Research & Development LLC et al |
| 2:17-cv-05871-EEF-MBN | Marshall v. Janssen Research & Development LLC et al |
| 2:17-cv-05919-EEF-MBN | Landry v. Janssen Research & Development LLC et al |
| 2:17-cv-05939-EEF-MBN | Everett v. Janssen Research & Development LLC et al |
| 2:17-cv-06019-EEF-MBN | Koster v. Janssen Research & Development LLC et al |
| 2:17-cv-06138-EEF-MBN | Grignol v. Janssen Research & Development LLC et al |
| 2:17-cv-06444-EEF-MBN | Bone v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:17-cv-06455-EEF-MBN | Gerardo v. Janssen Research & Development LLC et al |
| 2:17-cv-06484-EEF-MBN | Hollweck v. Janssen Research & Development LLC et al |
| 2:17-cv-06501-EEF-MBN | Leach v. Janssen Research & Development LLC et al |
| 2:17-cv-06534-EEF-MBN | Beckley v. Janssen Research & Development LLC et al |
| 2:17-cv-06542-EEF-MBN | Carr v. Janssen Research & Development LLC et al |
| 2:17-cv-06568-EEF-MBN | Hays v. Janssen Research & Development LLC et al |
| 2:17-cv-06619-EEF-MBN | Hartley v. Janssen Research & Development LLC et al |
| 2:17-cv-06661-EEF-MBN | Fouch v. Janssen Research & Development LLC et al |
| 2:17-cv-06821-EEF-MBN | Woods v. Janssen Research & Development LLC et al |
| 2:17-cv-06854-EEF-MBN | Carlgren v. Janssen Research & Development LLC et al |
| 2:17-cv-06882-EEF-MBN | Cross v. Janssen Research & Development LLC et al |
| 2:17-cv-06930-EEF-MBN | Casagranda v. Janssen Research & Development LLC et al |
| 2:17-cv-06958-EEF-MBN | Costa v. Janssen Research & Development LLC et al |
| 2:17-cv-06982-EEF-MBN | Matthews v. Janssen Research & Development LLC et al |
| 2:17-cv-07560-EEF-MBN | Turner v. Janssen Research & Development LLC et al |
| 2:17-cv-07654-EEF-MBN | Harris v. Janssen Research & Development LLC et al |
| 2:17-cv-07674-EEF-MBN | Bell v. Janssen Research & Development LLC et al |
| 2:17-cv-07745-EEF-MBN | Finley v. Janssen Research & Development LLC et al |
| 2:17-cv-07754-EEF-MBN | Robertson v. Janssen Research & Development LLC et al |
| 2:17-cv-08322-EEF-MBN | Gundrum v. Janssen Research & Development LLC et al |
| 2:17-cv-08325-EEF-MBN | Morris v. Janssen Research & Development LLC et al |
| 2:17-cv-08408-EEF-MBN | Robinson v. Janssen Research & Development LLC et al |
| 2:17-cv-08466-EEF-MBN | Cate v. Janssen Research & Development LLC et al |

| Case Number | Case Name |
|---|---|
| 2:17-cv-08483-EEF-MBN | James v. Janssen Research & Development LLC et al |
| 2:17-cv-08573-EEF-MBN | Whitehouse v. Janssen Research & Development LLC et al |
| 2:17-cv-08885-EEF-MBN | King v. Janssen Research & Development LLC et al |
| 2:17-cv-08927-EEF-MBN | Terrore v. Janssen Research & Development LLC et al |
| 2:17-cv-12642-EEF-MBN | Nunnery v. Janssen Research & Development LLC et al |
| 2:17-cv-12758-EEF-MBN | Sherfy v. Janssen Research & Development LLC et al |
| 2:17-cv-12905-EEF-MBN | Clark v. Janssen Research & Development LLC et al |
| 2:17-cv-13512-EEF-MBN | Blakley v. Janssen Research & Development LLC et al |
| 2:17-cv-17156-EEF-MBN | Latta v. Janssen Research & Development LLC et al |
| 2:17-cv-17197-EEF-MBN | Nokes v. Janssen Research & Development LLC et al |
| 2:17-cv-17241-EEF-MBN | Franklin v. Janssen Research & Development LLC et al |
| 2:17-cv-17256-EEF-MBN | Shernius v. Janssen Research & Development LLC et al |
| 2:17-cv-17291-EEF-MBN | Daujatas v. Janssen Research & Development LLC et al |
| 2:17-cv-17325-EEF-MBN | Muldoon v. Janssen Research & Development LLC et al |
| 2:17-cv-17374-EEF-MBN | Suanez v. Janssen Research & Development LLC et al |
| 2:17-cv-17416-EEF-MBN | Brailsford v. Janssen Research & Development LLC, et al |
| 2:17-cv-17434-EEF-MBN | Parker v. Janssen Research & Development LLC et al |
| 2:17-cv-17452-EEF-MBN | Castleman v. Janssen Research & Development LLC et al |
| 2:17-cv-17468-EEF-MBN | Schlesinger v. Janssen Research & Development LLC et al |
| 2:17-cv-17488-EEF-MBN | Duerr v. Janssen Research & Development LLC et al |
| 2:17-cv-17509-EEF-MBN | Sutherland v. Janssen Research & Development LLC et al |
| 2:17-cv-17553-EEF-MBN | Wilson v. Janssen Research & Development LLC, et al |
| 2:17-cv-17566-EEF-MBN | Gibson v. Janssen Research & Development LLC et al |

| Case Number | Case Name |
|---|---|
| 2:17-cv-17649-EEF-MBN | Wilson v. Janssen Research & Development LLC et al |
| 2:17-cv-17680-EEF-MBN | Adams v. Janssen Research & Development LLC et al |
| 2:17-cv-17695-EEF-MBN | Miller v. Janssen Research & Development LLC et al |
| 2:17-cv-17715-EEF-MBN | Duboise v. Janssen Research & Development LLC et al |
| 2:17-cv-17841-EEF-MBN | Boone v. Janssen Research & Development LLC et al |
| 2:17-cv-17922-EEF-MBN | Bullock v. Janssen Research & Development LLC et al |
| 2:17-cv-17931-EEF-MBN | Winston v. Janssen Research & Development LLC et al |
| 2:18-cv-00163-EEF-MBN | Cook v. Janssen Research & Development LLC et al |
| 2:18-cv-01253-EEF-MBN | Sims v. Janssen Research & Development LLC et al |
| 2:18-cv-01292-EEF-MBN | Dickerson v. Janssen Research & Development LLC et al |
| 2:18-cv-01350-EEF-MBN | Wilson v. Janssen Research & Development LLC et al |
| 2:18-cv-01400-EEF-MBN | Nelthrope v. Janssen Research & Development LLC, et al |
| 2:18-cv-01426-EEF-MBN | Johnson v. Janssen Research & Development LLC et al |
| 2:18-cv-01533-EEF-MBN | St. Clair v. Janssen Research & Development LLC et al |
| 2:18-cv-01563-EEF-MBN | Minkiewicz v. Janssen Research & Development LLC et al |
| 2:18-cv-01720-EEF-MBN | Hamilton v. Janssen Research & Development LLC et al |
| 2:18-cv-02123-EEF-MBN | Johnston v. Janssen Research & Development LLC et al |
| 2:18-cv-02144-EEF-MBN | Carpenter v. Janssen Research & Development LLC et al |
| 2:18-cv-02160-EEF-MBN | King v. Janssen Research & Development LLC et al |
| 2:18-cv-02177-EEF-MBN | Rowser v. Janssen Research & Development LLC et al |
| 2:18-cv-02245-EEF-MBN | Williams v. Janssen Research & Development LLC et al |
| 2:18-cv-02300-EEF-MBN | Malone v. Janssen Research & Development LLC et al |
| 2:18-cv-02347-EEF-MBN | Kressler v. Janssen Research & Development LLC et al |