UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sherrie King-Woods obo the Estate of Jerry F. King, Deceased v.*
*Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-08773**

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Sherrie King-Woods, individually and on behalf of the Estate of Jerry F. King, deceased, by and through her attorney, Michael T. Gallagher, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of her deceased father, Jerry F. King, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Sherrie King-Woods, individually and as surviving heir of the Estate of Albert Chevrette, deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Jerry F. King's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: April 10, 2018                                             Respectfully submitted,

                                                                 THE GALLAGHER LAW FIRM PLLC

                                                                 s/ Michael T. Gallagher
                                                                 Michael T. Gallagher  (#07586000)
                                                                 2905 Sackett Street
                                                                 Houston TX 77098
                                                                 Telephone: (713) 222-8080

Facsimile: (713) 222-0066
mike@lgd-law.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/ Michael T. Gallagher
Michael T. Gallagher