**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John Broglin and Elizabeth Broglin v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-9324

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9109, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Elizabeth Broglin, as personal representative of the estate of John Broglin, is substituted for Plaintiff John Broglin as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE