**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : **MDL No. 2592**
 :
 : **SECTION L**
THIS DOCUMENT RELATES TO ALL :
CASES ON ATTACHED EXHIBIT LIST :
 : **JUDGE ELDON E. FALLON**
 :
 : **MAGISTRATE JUDGE NORTH**

**ORDER TO SHOW CAUSE**
**REGARDING PLAINTIFFS WITH ALLEGED**
**CORE PLAINTIFF FACT SHEET DEFICIENCIES**

  Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.  The same plaintiffs have failed to provide one or more of the following: (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration and, thus, have failed to provide the documentation required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet.

  The most basic elements of any products liability case include the proof of use of the product that allegedly caused the plaintiff's alleged injury, as well as the damage allegedly caused by the use of the product. For example, under the Louisiana Products Liability Act, a plaintiff must establish: "(1) that the defendant is a manufacturer of the product; (2) that the [plaintiff's] damage was proximately caused by a characteristic of the product; (3) that this characteristic made the product 'unreasonably dangerous'; and (4) that the [plaintiff's] damage arose from a reasonably anticipated use of the product by the [plaintiff] or someone else." *Stahl v. Novartis Pharm. Corp.*, 283 F.3d 254, 260-61 (5th Cir. 2002) (quoting La. Rev. Stat. Ann. § 9:2800.54(A)).  Without proof

that plaintiff used the product that allegedly caused his or her injury—as well as proof of the alleged injury itself—plaintiff certainly cannot show that any damage was proximately caused by a characteristic of the product and that this damage arose from a reasonably anticipated use of the product. And verification of the information contained in and documents attached to the Plaintiff Fact Sheet is required for plaintiff to proceed with his or her claim. Therefore, any plaintiff who fails to provide (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration cannot maintain a products liability action against the defendants in this case.

Plaintiffs on the attached Exhibit A have failed to provide at least one of the foregoing items as required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet.  Plaintiffs shall be ordered to show cause on May 8, 2018, before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 10:00 am on May 8, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this 10th day of _____April_____ 2018.

_____

United States District Judge

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ABIODUN, EVELYN | Andrus Wagstaff | 2:17-cv-08518 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 2. | ADAY, JOHN | The Gallagher Law Firm LLP | 2:17-cv-06670 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | ALEGRIA, JOHN | Marc J. Bern & Partners LLP | 2:17-cv-06976 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | ALEXANDER, GRACE | Lenze Moss, PLC. | 2:17-cv-06678 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | ALLEN NOBLE, ROSIE | Salim-Beasley, LLC | 2:17-cv-08407 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 6. | ALLEN, CYNTHIA | Law Office of Christopher K. Johnston, LLC | 2:17-cv-7542 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | ALVAREZ, ROBERTO | Fernelius Simon PLLC | 2:17-cv-09587 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 8. | ARNSON, GLORIA | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9. | BAILEY, RONALD | Salim-Beasley, LLC | 2:17-cv-09178 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 10. | BELLONE, MARIA | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-1743 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 11. | BIGNELL, CYNTHIA | Lenze Moss, PLC. | 2:17-cv-06885 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by |

Exhibit A
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 12. | BLACK, CONNIE | Pulaski Law Firm, PLLC | 2:17-cv-11980 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 13. | BOLDEN, DENNIS | GLANCY PRONGAY & MURRAY LLP | 2:17-cv-4508 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Section I (core case information) |
| 14. | BOWEN, ERVIN R | Motley Rice, LLC | 2:17-cv-6067 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in<br><br>Section I (core case information) |
| 15. | BRADEN, ELMER | The Mulligan Law Firm | 2:15-cv-02939 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 16. | BROWN, WILLIAM | Salim-Beasley, LLC | 2:17-cv-04433 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 17. | BROYLES, RONALD | Avram Blair & Associates, P.C. | 2:17-cv-2090 | Declaration-Failure to provide Declaration signed by plaintiff, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Xarelto user, or Xarelto user's representative |
| 18. | BYNUM, MARY | Lenze Moss, PLC. | 2:17-cv-07407 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in<br><br>Section I (core case information) |
| 19. | CALDWELL, EVA | Salim-Beasley, LLC | 2:17-cv-09243 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | CALVI, ANTHONY | Lenze Moss, PLC. | 2:17-cv-04053 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Failure to respond to question in<br><br>Section I (core case information) |
| 21. | CAMILLE, DONA | Medley Law Group | 2:17-cv-07332 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in<br><br>Section I (core case information) |
| 22. | CERTAIN, MARY | Napoli Shkolnik PLLC | 2:14-cv-02592 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in<br><br>Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 23. | CLANCY, JAYNE | Napoli Shkolnik PLLC | 2:17-cv-10835 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 24. | COLE, JOHN V | Lenze Moss, PLC. | 2:17-cv-04814 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 25. | CORBIN, STEPHEN | Napoli Shkolnik PLLC | 2:17-cv-11540 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | CORE, WALTER | Lenze Moss, PLC. | 2:17-cv-04809 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 27. | COVINGTON, DAPHNE | Slater Slater Schulman LLP | 2:17-cv-05130 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | DALTON, WILLIAM | Cory Watson | 2:17-cv-12639 | Medical Records-Medical records provided do not demonstrate alleged injury |

8

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 29. | DAVENPORT, MABEL | The Gallagher Law Firm LLP | 2:17-cv-04661 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 30. | DAVIS, ANNETTE | Beasley Allen | 2:17-cv-06507 | Prescription Records-Records provided do not show Xarelto use |
| 31. | DE LOS SANTOS, GEORGE | The Gallagher Law Firm LLP | 2:17-cv-07936 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 32. | DELA MERCED, DELL | Andrus Wagstaff | 2:17-cv-08324 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 33. | DUMA, EUNICE | Salim-Beasley, LLC | 2:17-cv-07618 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Records demonstrating alleged injury |
| 34. | ELIA, IRENE | The Law Office of L. Paul Mankin | 2:17-cv-07201 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 35. | ELLIS, BRANDY | Beasley Allen | 2:17-cv-08075 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 36. | FEGGINS, JOHNNY | Salim-Beasley, LLC | 2:17-cv-07367 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 37. | FITZGERALD, LARRY | Salim-Beasley, LLC | 2:17-cv-07601 | Prescription Records- Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 38. | FLORES, RIGOBERTO | The Potts Law Firm, LLP | 2:17-cv-09588 | Declaration-Failure to provide Declaration |

10

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 39. | FLOWERS, JOHN | Salim-Beasley, LLC | 2:17-cv-08916 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 40. | FORREST, SHIRLEY | Salim-Beasley, LLC | 2:17-cv-07611 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 41. | FOUNTAIN, DAVID | Salim-Beasley, LLC | 2:17-cv-08918 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | demonstrate alleged injury |
| 42. | FREEMAN, PEGGY | Salim-Beasley, LLC | 2:17-cv-09384 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 43. | GHIGHI, MARGUERITE | Salim-Beasley, LLC | 2:17-cv-09253 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 44. | GILL, BERNIE | Douglas & London | 2:17-cv-6866 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 45. | GILLESPIE, CALVIN | The Gallagher Law Firm LLP | 2:17-cv-07933 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in |

12

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Section I (core case information) |
| 46. | GOETZ, THERESA | The Driscoll Firm | 2:17-cv-17339 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 47. | GRANT, CHARLES | The Mulligan Law Firm | 2:16-cv-03367 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 48. | GRIMES, MACK | The Driscoll Firm | 2:17-cv-9898 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 49. | GRINSTEAD, ERNESTINE | Marc J. Bern & Partners LLP | 2:17-cv-04203 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Failure to respond to question in Section I (core case information) |
| 50. | GRZELAKOWSKI, BARBARA | The Driscoll Firm | 2:17-cv-12208 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 51. | HARMON, CHARLES | The Driscoll Firm | 2:17-cv-9900 | Prescription Records-Records provided are not for the user identified in PFS section I.B.; Medical Records-Records provided are not for the user identified in PFS section I.B.; Failure to respond to question in Section I (core case information) |
| 52. | HARVEY, RICHARD | Salim-Beasley, LLC | 2:17-cv-06518 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

14

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|   | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 53. | HAWES, DAWN L | Bennerotte & Associates, P.A. |   | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 54. | HIGGINS, TROY | Salim-Beasley, LLC | 2:17-cv-08413 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 55. | HINES, GLORIA | The Gallagher Law Firm LLP | 2:17-cv-08777 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 56. | HOLLAND, CAROLYN | The Driscoll Firm | 2:17-cv-11596 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 57. | JACKSON, ALBERT | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11705 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Failure to respond to question in Section I (core case information) |
| 58. | JACKSON, EARLINE | Fernelius Simon PLLC | 2:17-cv-02969 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 59. | JEFFERY, MORRIS | Fears \| Nachawati | 2:17-cv-07278 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 60. | JOHNSON, AUDWIN | The Driscoll Firm | 2:17-cv-9901 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 61. | JOHNSON, CLINTON | Baron & Budd | 2:17-cv-07303 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 62. | JOHNSON, JOHN F | Aylstock, Witkin, Kreis | 2:17-cv-07346 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy |

16

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | & Overholtz, PLLC | | Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 63. | JOHNSON, TAMEKIA | Law Office of Christopher K. Johnston, LLC | 2:17-cv-7394 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 64. | JONES, CURTIS L | The Driscoll Firm | 2:17-cv-11589 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 65. | JONES, EDWARD | Douglas & London | 2:17-cv-08433 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 66. | JONES, JOHN | The Driscoll Firm | 2:17-cv-9986 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 67. | KENDRICK, MELANIE | The Driscoll Firm | 2:17-cv-9961 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 68. | KEROS, GEORGE T | Rheingold Giuffra Ruffo & Plotkin LLP | 2:17-cv-11322 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 69. | KING, BILLY | Marc J. Bern & Partners LLP | 2:17-cv-0547 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 70. | KOPPANG, RIKKILYN | Salim-Beasley, LLC | 2:17-cv-04426 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 71. | LAMBRECHT, JOEL A | Elkus Sisson & Rosenstein, P.C. | 2:15-cv-06917 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 72. | LANDRUM, YOLANDA | Salim-Beasley, LLC | 2:17-cv-08418 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 73. | LATHEY, RAYMOND | Salim-Beasley, LLC | 2:17-cv-07507 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 74. | LEMMON, CYNTHIA | Salim-Beasley, LLC | 2:17-cv-07409 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 75. | LEWIS, BETTY | The Driscoll Firm | 2:17-cv-11593 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 76. | LINE, THEODORE | Salim-Beasley, LLC | 2:17-cv-08420 | Prescription Records-Records provided do not show Xarelto use; Medical Records- |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 77. | LONG, DARRELL | Schneider Hammers LLC | 2:17-cv-2708 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 78. | LOVE, BILLY R | Beasley Allen | 2:17-cv-08812 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 79. | MACKLIN, JOHN T | The Driscoll Firm | 2:17-cv-11721 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 80. | MARKS, MALCOLM | Salim-Beasley, LLC | 2:17-cv-07501 | Medical Records-Medical records provided do not demonstrate alleged |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | injury; Failure to respond to question in Section I (core case information) |
| 81. | MARTIN, PATRICIA | Salim-Beasley, LLC | 2:17-cv-07380 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 82. | MAXWELL, LEILA | Salim-Beasley, LLC | 2:17-cv-07502 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 83. | MAY, MARY E | Atlas Partners, LLP | 2:17-cv-11843 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 84. | MAYNARD, NELSON | Andrus Wagstaff | 2:17-cv-13629 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 85. | MCCAIN, MARY | Salim-Beasley, LLC | 2:17-cv-08926 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 86. | MCDAVID, OLIVE | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 87. | MCDOWELL, SILAS | The Schlemmer Firm, LLC | 2:17-cv-3987 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 88. | MCGRIFF, CATHY | Salim-Beasley, LLC | 2:17-cv-08423 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 89. | MENDEL, RUTH | Salim-Beasley, LLC | 2:17-cv-07406 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
|     |                |               |               | Section I (core case information) |
| 90. | MESTA, CIRILA | Salim-Beasley, LLC | 2:17-cv-08424 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 91. | MILLER, BROOKSIE | Salim-Beasley, LLC | 2:17-cv-07610 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 92. | MILLS, BILLY | Wexler Wallace LLP | 2:17-cv-07228 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 93. | MOSTELLA, LILA | The Driscoll Firm | 2:17-cv-9976 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 94. | MULL, GENEVA | Nemeroff Law Firm | 2:17-cv-6819 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 95. | MYERS, ROBERT | Salim-Beasley, LLC | 2:17-cv-07613 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 96. | NEWMAN, MONICA | Rosenbaum & Rosenbaum, P.C. | 2:17-cv-10310 | Medical Records-Medical records provided do not demonstrate alleged injury |

24

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 97. | NORRIS, STANLEY | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11732 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 98. | OLSEN, VAL D | Motley Rice, LLC | 2:17-cv-5978 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 99. | ORTIZ AMARO, FRANCISCO | Johnson Law Group | 2:17-cv-07265 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | representative; Failure to respond to question in Section I (core case information) |
| 100. | OSBORNE, KENNETH | Salim-Beasley, LLC | 2:17-cv-08925 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 101. | OWEN, GREG | Whitehead Law Firm | 2:17-cv-10987 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 102. | PADILLA, GUADALUPE | The Gallagher Law Firm LLP | 2:17-cv-08794 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 103. | PARKER, JAMES | Law Office of Christopher K. Johnston, LLC | 2:17-cv-8529 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

26

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 104. | PASCUAL, BEVERLY | Douglas & London | 2:17-cv-03503 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 105. | PERKINS, RAMONA | Lenze Moss, PLC. | 2:17-cv-07282 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 106. | PERRY, RUBY | Lenze Moss, PLC. | 2:16-cv-16703 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 107. | PROCTOR, ELVIS | Wexler Wallace LLP | 2:17-cv-08685 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 108. | PRYEAR, HOWARD | The Gallagher Law Firm LLP | 2:17-cv-10341 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 109. | QUINN, JOSEPH | Kirtland & Packard | 2:17-cv-01095 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 110. | RADDATZ, GLORIA | Salim-Beasley, LLC | 2:17-cv-10496 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 111. | RAMSPERGER, ROBERT J | Beasley Allen | 2:17-cv-10783 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 112. | RANDOLPH, ANNETTE | Marc J. Bern & Partners LLP | 2:17-cv-11891 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | plaintiff, Xarelto user, or Xarelto user's representative |
| 113. | REYNOLDS, REBECCA | Salim-Beasley, LLC | 2:17-cv-07603 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 114. | RICHARDSON, GERALDINE | Carey Danis & Lowe | 2:17-cv-08199 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 115. | ROBERT, JOHNSON | Anastopoulo Law Firm | 2:17-cv-10010 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 116. | ROBIN, ANTHONY | The Driscoll Firm | 2:17-cv-9905 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by |

29

Case 2:14-md-02592-EEF-MBN   Document 9121-2   Filed 04/06/18   Page 30 of 38

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 117. | ROSSO, SHIRLEY | The Driscoll Firm | 2:17-cv-9969 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 118. | ROUMAYA, RIYADH | The Gallagher Law Firm LLP | 2:17-cv-09880 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 119. | ROUTH, ROBERT H | Beasley Allen | 2:17-cv-07384 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Xarelto user, or Xarelto user's representative |
| 120. | SANCHEZ, STELLA C | Law Office of Christopher K. Johnston, LLC | 2:17-cv-11389 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 121. | SANDERS, RHONDA | Marc J. Bern & Partners LLP | 2:17-cv-10748 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 122. | SCARE, DAVID | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 123. | SCHMIDT, CORDELL | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Medical Records-Failure to provide any Medical Records |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | demonstrating alleged injury |
| 124. | SEGRAVES, DARRYL | Salim-Beasley, LLC | 2:17-cv-07506 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 125. | SHELTON, JOHN | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 126. | SHEPHERD, WILMA J | Pulaski Law Firm, PLLC | 2:17-cv-09155 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 127. | SMALLEY, KAREN | Carey Danis & Lowe | 2:17-cv-6095 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 128. | SNOW, WILLIAM | The Schlemmer Firm, LLC | 2:17-cv-6410 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 129. | SOLOMON, ALVIN | The Potts Law Firm, LLP | 2:17-cv-09277 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 130. | SOTO, MARY | The Driscoll Firm | 2:16-cv-12009 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 131. | SOUDERS, LINDA | Salim-Beasley, LLC | 2:17-cv-08427 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 132. | SOUTHARDS, FARRELL | Wexler Wallace LLP | 2:17-cv-07990 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 133. | SPEARS, CAROLYN G | The Penton Law Firm | 2:17-cv-06951 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 134. | SPIVEY, MARGARET | Salim-Beasley, LLC | 2:17-cv-09230 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 135. | STACK, WILLIAM | The Olinde Firm, LLC | 2:17-cv-6876 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 136. | STARLING, JOAN | Salim-Beasley, LLC | 2:17-cv-07600 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 137. | TAYLOR, MARK | Lenze Moss, PLC. | 2:17-cv-06909 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 138. | TORRES, ROSA | The Gallagher Law Firm LLP | 2:17-cv-03102 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 139. | TROYER, SHERRY | Hilliard Martinez Gonzales LLP | 2:17-cv-5689 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 140. | VAN ROOY, PETER | Salim-Beasley, LLC | 2:17-cv-05655 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 141. | VEAZIE, JAMES | Pulaski Law Firm, PLLC | 2:17-cv-07112 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 142. | WALKINS, JOHN | Napoli Shkolnik PLLC | 2:17-cv-11625 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 143. | WASHINGTON, JULIA | The Potts Law Firm, LLP | 2:17-cv-07053 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 144. | WASHINGTON, ROOSEVELT | The Gallagher Law Firm LLP | 2:17-cv-03881 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 145. | WILLIAMS, JOE | Law Office of Christopher K. Johnston, LLC | 2:17-cv-8109 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 146. | WILLIAMS, LEON | Salim-Beasley, LLC | 2:17-cv-05597 | Medical Records-Medical records provided do not |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 147. | WILSON, RETHA | The Driscoll Firm | 2:17-cv-11594 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 148. | YOUNG, MAMIE | The Driscoll Firm | 2:17-cv-9963 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 149. | YU, JEAN J | Beasley Allen | 2:17-cv-05480 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 150. | ZIEGENHAGEN, EILEEN | The Driscoll Firm | 2:17-cv-9910 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Medical Records-Medical records provided do not demonstrate alleged |

37

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | injury; Failure to respond to question in Section I (core case information) |