aUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | )<br>)   MCL No. 2592<br>)   Civil Action No. 2:17-cv-17264<br>)   SECTION: L<br>)   JUDGE ELDON E. FALLON<br>)   MAG. MICHAEL NORTH |

_____

**ORDER GRANTING ATTORNEY KENNETH STERN'S MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF**

This matter having come before this Honorable Court upon Plaintiff's Attorney Kenneth Stern's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-17264, entitled Jennifer Christie vs Janssen Research & Development, et al. and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Kenneth Stern's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-17264 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Kenneth Stern shall serve a copy of this Order upon Plaintiff, via certified mail return receipt requested, within fourteen (14) days of the date of this order.

IT IS HEREBY FURTHERED ORDERED that Plaintiff, Jennifer Christie, is granted a period of ninety (90) days from the date of this order with which to secure new counsel. Should Plaintiff fail to secure new counsel within the ninety (90) day time period allotted herein, the Court may administratively dismiss Plaintiff's Complaint.

This is not a final order and does not close the case.

_____
**United States District Court Judge**