UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:17-cv-17264 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

**CERTIFICATE OF SERVICE**

The undersigned hereby duly sworn states that a copy of the above Motion together with Complaint, Pretrial Order and Court Notices have been served upon Plaintiff, via Certified Mail Return Receipt Requested on April 11, 2018.

Further, a copy of the above entitled Motion has been served upon opposing counsel by way of the court's electronic filing system, ECF, on April 11, 2018.

                                                         _____/s/ Lynda G. DeFrain_____
                                                          **Lynda G. DeFrain**