UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :       MDL No. 2592
                                       :
                                       :       SECTION L
                                       :
                                       :       JUDGE ELDON E. FALLON
                                       :
_____    :       MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Peter McDonald

2:16-CV-03210

**UNOPPOSED MOTION TO SUBSITUTE COUNSEL AND NOTICE OF APPEARANCE**

Plaintiff moves the Court for substitution of counsel, asking that Timothy Litzenburg of The Miller Firm, LLC, located at 108 Railroad Ave., Orange, VA, 22960 be permitted to hereby appear as counsel for the Plaintiff, and be substituted for Katy Krottinger, of the Monsour Law Firm, as attorney of record for Plaintiff in the above-referenced action. This is the first such motion to be made in this case. Plaintiff moves that the Clerk of this Court be requested to make such entries as may be required to record such substitution, to remove Katie Krottinger of the Monsour Law Firm from ECF service on this case, and replace that firm with ECF service to The Miller Firm. Undersigned counsel has conferred with counsel for the Defendants and the Motion is unopposed.

      Dated this 11th day of April 2018

                              __/s/ Timothy Litzenburg__
                              *Attorney for Plaintiff(s)*
                              The Miller Firm, LLC
                              108 Railroad Ave
                              Orange, VA 22960
                              540 672 4224
                              tlitzenburg@millerfirmllc.com

/s/ Katy Krottinger
The Monsour Law Firm

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Notice of Substitution was served via electronic filing and upload to MDL centrality this 11th day of April 2018

/s/ Timothy Litzenburg