**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PETER MCDONALD ,**
**Plaintiff**

                                        :        **MDL No. 2592**
                                        :
**v.**                                   :        **SECTION L**
**JANSSEN RESEARCH AND**
**DEVELOPMENT LLC et al.**               :
                                        :        **JUDGE ELDON E. FALLON**
**Defendants.**                          :
_____:        **MAGISTRATE JUDGE NORTH**

2:16-CV-03210

<u>[PROPOSED] ORDER</u>

IT IS ORDERED that the Motion to Substitute Counsel is hereby GRANTED, and Timothy

Litzenburg of the Miller Firm, LLC will henceforth be counsel of record for the above-named

Plaintiff, and Katy Krottinger, of the Monsour Law Firm, relieved as counsel.

New Orleans, Louisiana, this_____ day of_____ , 2018.


                                        _____
                                        Honorable Eldon E. Fallon
                                        United States District Judge