**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION    :      **MDL No. 2592**
                                 :
                                 :      **SECTION L**
                                 :
                                 :      **JUDGE ELDON E. FALLON**
                                 :
_____  :      **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

Donald Clewett

CA# 2:16-cv-17523

**SUGGESTION OF DEATH**

  Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Donald Clewett on September 19, 2017.

Dated:  April 11, 2018

           Respectfully submitted,

           By:  __/s/ Daniel J. Carr_____

           Joseph C. Peiffer, La. Bar # 26459
           Daniel J. Carr, La. Bar # 31088
           PEIFFER ROSCA WOLF
           ABDULLAH CARR & KANE
           A Professional Law Corporation
           201 St. Charles Avenue, Suite 4610
           New Orleans, Louisiana  70170-4600
           Telephone:  (504) 523-2434
           Facsimile:  (504) 523-2464
           Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

<u>Certificate of Service</u>

I hereby certify that on April 11, 2018, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Daniel J. Carr*