UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
_____:    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Anna Hickey v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:18-cv-01995*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. ____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Carolynn Ducray, as surviving natural daughter, is substituted for Plaintiff Anna Hickey as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge