UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Donald Clewett

CA# 2:16-cv-17523

**ORDER**

     The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Patricia Clewett, as the surviving spouse of Donald Clewett, is substituted for Plaintiff Donald Clewett, in the above captioned cause.

Date: _____            _____
                                                               Hon. Eldon E. Fallon
                                                               United States District Court Judge