UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Dolores Palter

CA# 2:16-cv-14997

# ORDER

   The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Adrian Palter, as the surviving spouse of Dolores Palter, is substituted for Plaintiff Dolores Palter, in the above captioned cause.

Date: _____           _____
                                Hon. Eldon E. Fallon
                                United States District Court Judge