UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>JURY TRIAL DEMANDED<br><br>Civil Action No: 2:14-md-02592 |

**THIS DOCUMENT RELATES TO:**

*IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION*
**Civil Action No.: 2:14-md-02592**

## ORDER PERMITTING WITHDRAW OF COUNSEL

Considering the Motion to Withdraw as Counsel, IT IS ORDERED that the Motion is GRANTED. Carlos M. Hernández-Burgos is hereby withdrawn from the cases listed on the attached Exhibit A.

Entered this __11th__ day of _____April_____, 2018 into the United States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON

# EXHIBIT A

| Case Number | Case Name |
|---|---|
| 2:17-cv-03981-EEF-MBN | Duquette v. Janssen Research & Development LLC et al (Representing Edward D. Duquette) |
| 2:17-cv-04112-EEF-MBN | Gary v. Janssen Research & Development LLC et al (Representing Carshena S. Gary) |
| 2:17-cv-04213-EEF-MBN | Hoza v. Janssen Research & Development LLC et al (Representing George Hoza) |
| 2:17-cv-04412-EEF-MBN | Rider v. Janssen Research & Development LLC et al (Representing Gerald F. Rider) |
| 2:17-cv-04440-EEF-MBN | Glazek v. Janssen Research & Development LLC et al (Representing Michael C. Glazek) |
| 2:17-cv-04478-EEF-MBN | Anderson v. Janssen Research & Development LLC et al (Representing Adelaide Anderson) |
| 2:17-cv-04683-EEF-MBN | Sauvola v. Janssen Research & Development LLC et al (Representing Jacob N. Sauvola) |
| 2:17-cv-04685-EEF-MBN | Kane v. Janssen Research & Development LLC et al (Representing Margaret A. Kane) |
| 2:17-cv-05098-EEF-MBN | Rutledge v. Janssen Research & Development LLC et al (Representing Helen S. Rutledge) |
| 2:17-cv-05523-EEF-MBN | Cross v. Janssen Research & Development LLC, et al (Representing Peggy Linn Cross) |
| 2:17-cv-05553-EEF-MBN | Jones v. Janssen Research & Development LLC et al (Representing Cynthia V. Jones) |
| 2:17-cv-05672-EEF-MBN | Hensley v. Janssen Research & Development LLC et al (Representing Lela Hensley) |
| 2:17-cv-05682-EEF-MBN | Hilliker v. Janssen Research & Development LLC et al (Representing Tamara L. Hilliker) |
| 2:17-cv-05811-EEF-MBN | Jacobs v. Janssen Research & Development LLC et al (Representing Janet M. Jacobs) |

| | |
|---|---|
| 2:17-cv-05866-EEF-MBN | Schultz v. Janssen Research & Development LLC et al (Representing Joseph S. Schultz) |
| 2:17-cv-05891-EEF-MBN | Hollis v. Janssen Research & Development LLC et al (Representing Linda G. Hollis) |
| 2:17-cv-05906-EEF-MBN | Finley v. Janssen Research & Development LLC et al (Representing Helen Finley) |
| 2:17-cv-05997-EEF-MBN | Brown v. Janssen Research & Development LLC et al (Representing Lannie J. Brown) |
| 2:17-cv-06259-EEF-MBN | Canada v. Janssen Research & Development LLC et al (Representing Joseph R. Canada) |
| 2:17-cv-06676-EEF-MBN | Domingue v. Janssen Research & Development, LLC et al (Representing Rita Domingue) |
| 2:17-cv-06989-EEF-MBN | James v. Janssen Research & Development LLC et al (Representing Kimmy James) |
| 2:17-cv-07217-EEF-MBN | Stadnik v. Janssen Research & Development LLC, et al (Representing Alexander Stadnik) |
| 2:17-cv-07240-EEF-MBN | Barber v. Janssen Research & Development LLC et al (Representing Betty Barber) |
| 2:17-cv-07254-EEF-MBN | Keeser v. Janssen Research & Development LLC et al (Representing Betty J. Keeser) |
| 2:17-cv-07277-EEF-MBN | Stigall v. Janssen Research & Development LLC et al (Representing David K. Stigall) |
| 2:17-cv-07624-EEF-MBN | Melton v. Janssen Research & Development LLC et al (Representing Deborah M. Melton) |
| 2:17-cv-07660-EEF-MBN | Fulton v. Janssen Research & Development LLC et al (Representing Danny R. Fulton) |
| 2:17-cv-07684-EEF-MBN | Petrimoulx v. Janssen Research & Development LLC et al (Representing Elaine M. Petrimoulx) |
| 2:17-cv-07697-EEF-MBN | Krueger v. Janssen Research & Development LLC et al (Representing Edwin H. Krueger) |

| | |
|---|---|
| 2:17-cv-07703-EEF-MBN | Soltis v. Janssen Research & Development LLC et al (Representing Paul S. Soltis) |
| 2:17-cv-07748-EEF-MBN | Cheslock v. Janssen Research & Development LLC et al (Representing Richard A. Cheslock) |
| 2:17-cv-07761-EEF-MBN | Harms v. Janssen Research & Development, LLC et al (Representing Raymond L. Harms) |
| 2:17-cv-08047-EEF-MBN | Laur v. Janssen Research & Development LLC et al (Representing Rosemary K. Laur) |
| 2:17-cv-08054-EEF-MBN | Sienko v. Janssen Research & Development LLC et al (Representing Steve T. Sienko) |
| 2:17-cv-08065-EEF-MBN | Sanderson v. Janssen Research & Development LLC et al (Representing Reba N. Sanderson) |
| 2:17-cv-08092-EEF-MBN | Bordner v. Janssen Research & Development LLC et al (Representing William Bordner) |
| 2:17-cv-08111-EEF-MBN | Devereaux v. Janssen Research & Development LLC et al (Representing William J. Devereaux) |
| 2:17-cv-08139-EEF-MBN | Middleton v. Janssen Research & Development LLC et al (Representing Willie B. Middleton) |
| 2:17-cv-08152-EEF-MBN | Warren v. Janssen Research & Development LLC et al (Representing Edna R. Warren) |
| 2:17-cv-08156-EEF-MBN | Thompson v. Janssen Research & Development LLC et al (Representing Virginia L. Thompson) |
| 2:17-cv-08195-EEF-MBN | Cochran v. Janssen Research & Development LLC et al (Representing Velma M. Cochran) |
| 2:17-cv-08236-EEF-MBN | Hammers v. Janssen Research & Development LLC et al (Representing Wanda Hammers) |
| 2:17-cv-08256-EEF-MBN | Pitz v. Janssen Research & Development LLC et al (Representing Sylvia M. Pitz) |
| 2:17-cv-08276-EEF-MBN | Lowe v. Janssen Research & Development LLC et al (Representing Russel F. Lowe) |

| | |
|---|---|
| 2:17-cv-08282-EEF-MBN | Ewert v. Janssen Research & Development LLC et al (Representing Timothy L. Ewert) |
| 2:17-cv-08300-EEF-MBN | Chester v. Janssen Research & Development LLC et al (Representing Tania Chester) |
| 2:17-cv-08344-EEF-MBN | Sheppard v. Janssen Research & Development LLC et al (Representing Ruth Sheppard) |
| 2:17-cv-08365-EEF-MBN | Jones v. Janssen Research & Development LLC et al (Representing Robert P. Jones) |
| 2:17-cv-08389-EEF-MBN | Hoots v. Janssen Research & Development LLC et al (Representing Regina R. Hoots) |
| 2:17-cv-08406-EEF-MBN | Larson v. Janssen Research & Development LLC et al (Representing Roberta S. Larson) |
| 2:17-cv-09145-EEF-MBN | Lindemann v. Janssen Research & Development LLC et al (Representing LeAnn Lindemann) |
| 2:17-cv-17183-EEF-MBN | Heider v. Janssen Research & Development LLC, et al (Representing Frederick W. Heider) |
| 2:17-cv-17199-EEF-MBN | Struski v. Janssen Research & Development LLC et al (Representing Anna M. Struski) |
| 2:17-cv-17300-EEF-MBN | Anderson v. Janssen Research & Development LLC et al (Representing Jackie Wayne Anderson) |
| 2:17-cv-17375-EEF-MBN | Moses v. Janssen Research & Development LLC et al (Representing Willie B. Moses) |
| 2:17-cv-17388-EEF-MBN | Elston v. Janssen Research & Development LLC et al (Representing Willie M. Elston) |
| 2:17-cv-17405-EEF-MBN | Looney v. Janssen Research & Development LLC, et al (Representing Rockford Looney) |
| 2:17-cv-17406-EEF-MBN | Quemore v. Janssen Research & Development LLC, et al (Representing William J. Quemore) |
| 2:17-cv-17407-EEF-MBN | Avery v. Janssen Research & Development LLC, et al (Representing William Avery) |

| | |
|---|---|
| 2:17-cv-17408-EEF-MBN | Elliot v. Janssen Research & Development LLC, et al (Representing Wesley Raymond Elliot) |
| 2:17-cv-17409-EEF-MBN | Samuels v. Janssen Research & Development LLC, et al (Representing Renee Samuels) |
| 2:17-cv-17410-EEF-MBN | McKenzie v. Janssen Research & Development LLC, et al (Representing Elaine M. McKenzie) |
| 2:17-cv-17518-EEF-MBN | Gilbert v. Janssen Research & Development LLC, et al (Representing Vera Q. Gilbert) |
| 2:17-cv-17543-EEF-MBN | Hampton v. Janssen Research & Development LLC et al (Representing Thomas L. Hampton) |
| 2:17-cv-17567-EEF-MBN | Crofford v. Janssen Research & Development LLC et al (Representing William H. Crofford) |
| 2:17-cv-17636-EEF-MBN | Chikos v. Janssen Research & Development LLC et al (Representing Ted Chikos) |
| 2:17-cv-17651-EEF-MBN | Mackin v. Janssen Research & Development LLC et al (Representing Sue Ann Mackin) |
| 2:17-cv-17673-EEF-MBN | Hill v. Janssen Research & Development LLC et al (Representing Sherley A. Hill) |
| 2:17-cv-17682-EEF-MBN | Ficarro v. Janssen Research & Development LLC et al (Representing Jerri Ann Ficarro) |
| 2:17-cv-17698-EEF-MBN | Giniel v. Janssen Research & Development LLC et al (Representing Sherry A. Giniel) |
| 2:17-cv-17704-EEF-MBN | King v. Janssen Research & Development LLC et al (Representing Shelby H. King) |
| 2:17-cv-17721-EEF-MBN | Moore-Gates v. Janssen Research & Development LLC et al (Representing Sharon L. Moore-Gates) |
| 2:17-cv-17923-EEF-MBN | Tommarello-Perkins v. Janssen Research & Development LLC et al (Representing Shay Tommarello-Perkins) |
| 2:17-cv-17932-EEF-MBN | Walker v. Janssen Research & Development LLC et al (Representing Scott Walker) |

| | |
|---|---|
| 2:17-cv-17964-EEF-MBN | Bingham v. Janssen Research & Development LLC et al (Representing Karen Bingham) |
| 2:18-cv-00063-EEF-MBN | Hart v. Janssen Research & Development LLC et al (Representing Margaret Ruth Hart) |
| 2:18-cv-00091-EEF-MBN | Rodriguez v. Janssen Research & Development LLC et al (Representing Ruben Rodriguez) |
| 2:18-cv-00105-EEF-MBN | Figueredo v. Janssen Research & Development LLC et al (Representing Ana Figueredo) |