UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PETER MCDONALD,** **Plaintiff** | : | |
| | : | MDL No. 2592 |
| | : | |
| v. | : | SECTION L |
| **JANSSEN RESEARCH AND DEVELOPMENT LLC et al.** | : | |
| | : | JUDGE ELDON E. FALLON |
| **Defendants.** | : | |
| | : | MAGISTRATE JUDGE NORTH |

2:16-CV-03210

ORDER

IT IS ORDERED that the Motion to Substitute Counsel is hereby GRANTED, and Timothy Litzenburg of the Miller Firm, LLC will henceforth be counsel of record for the above-named Plaintiff, and Katy Krottinger, of the Monsour Law Firm, relieved as counsel.

New Orleans, Louisiana, this 11th day of April, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge