UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Anna Hickey v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-1995

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9131, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Carolynn Ducray, as surviving natural daughter of Anna Hickey, is substituted for Plaintiff Anna Hickey as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE