UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donald Clewett*
CA# 2:16-cv-17523

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9132, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patricia Clewett, as surviving spouse of Donald Clewett, is substituted for Plaintiff Donald Clewett as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE