## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MCL No. 2592 |
| | ) | Civil Action No. 2:18-cv-01269 |
| | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. MICHAEL NORTH |

_____

### **CERTIFICATE OF SERVICE**

The undersigned hereby duly sworn states that a copy of the above Motion together with Complaint, Pretrial Order and Court Notices have been served upon Plaintiff, via Certified Mail Return Receipt Requested on April 13, 2018.


Further, a copy of the above entitled Motion has been served upon opposing counsel by way of the court's electronic filing system, ECF, on April 13, 2018.


_____/s/ Lynda G. DeFrain_____
**Lynda G. DeFrain**