# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

**ANNABELLE WAYMAN**

**Civil Action No.: 2:17-cv-15299**

<u>**NOTICE OF SUBMISSION**</u>

COMES NOW, the plaintiff by and through the undersigned counsel, and files this Notice of Submission of Motion to Substitute Party before the Honorable Judge Eldon E. Fallon on motion date April 13, 2018 at 9:00 a.m.

Dated: April 13, 20178

Respectfully submitted,

*/s/ Craig Rosenbaum*
Craig D. Rosenbaum, Esq.
ROSENBAUM & ROSENBAUM P.C.
100 Wall Street, 15th Floor
New York, NY 10005
P: (212) 514-9155
F: (212) 514-9178
cr@rosenbaumnylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Craig Rosenbaum*
Craig Rosenbaum, Esq.
ROSENBAUM & ROSENBAUM, P.C.
100 Wall Street, 15th Floor
New York, NY 10005
P: (212) 514-9155
F: (212) 514-9178
cr@rosenbaumnylaw.com