UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Annabelle Wayman v. Janssen Research & Development LLC, et al.*

Case Action No.: 2:17-cv-15299

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Willaim Wayman, As Executor of the Estate of Annabelle Wayman, is substituted for plaintiff Annabelle Wayman in the above-captioned case.

New Orleans, Louisiana this 13th day of April, 2018.

Hon. Eldon E. Fallon
United States District Court Judge

1