UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**ORDER**

On December 15, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8191]. For the reasons set forth on the record at Show Cause Hearing held on January 24, 2018, the following Plaintiffs were given until March 20, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 8634]. For the reasons set forth at the Show Cause Hearing held on March 20, 2018, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | MCMILLION, BETTY | Salim-Beasley, LLC | 2:17-cv-05234 | Failure to provide any Medical Records demonstrating alleged injury |

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 2. | PRESTIANNI, GERALD | The Gallagher Law Firm LLP | 2:17-cv-03374 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 12th day of April, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge