# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On December 15, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8191]. For the reasons set forth on the record at Show Cause Hearing held on January 24, 2018, the following Plaintiff was given until March 20, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 8634]. Prior to the Show Cause Hearing held on March 20, 2018, the following Plaintiff resolved the alleged Plaintiff Fact Sheet deficiencies. This action may proceed accordingly:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | BANKHEAD, ALANDIS | Salim-Beasley, LLC | 2:17-cv-06473 | Failure to provide any Medical Records demonstrating alleged injury |

New Orleans, Louisiana, on this 12th day of April, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge