**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : |
| PRODUCTS LIABILITY LITIGATION | :    **MDL No. 2592** |
| | : |
| | :    **SECTION L** |
| THIS DOCUMENT RELATES TO: | : |
| THE CASES LISTED BELOW | : |
| | :    **JUDGE ELDON E. FALLON** |
| | : |
| | :    **MAGISTRATE JUDGE NORTH** |

**ORDER**

On February 14, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies.  [Rec. Doc. 8662].  For the reasons set forth at the Show Cause Hearing held on March 20, 2018, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ALLOGGIA, GLORIA | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11280 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 2. | BAKER, MARY | The Driscoll Firm | 2:16-cv-8662 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 3. | BERRYHUFFMAN, RENEE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv- | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | BINION, SANDY | Law Offices of Dean Lloyd | 2:17-cv-02065 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 5. | BOLLARD, JAY | Brady Law Group | 2:15-cv-03920 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | BRADLEY, LARRY L | Fayard Law Firm | 15-cv-00275 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 7. | BROWN, JOHN | The Driscoll Firm | 2:16-cv-13851 | Medical Records-Medical records provided do not demonstrate alleged injury |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 8. | BURNER, GAIL | The Gallagher Law Firm LLP | 2:16-cv-13445 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 9. | BURNETTE, ELLEN | The Driscoll Firm | 2:16-cv-9411 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 10. | BUTLER, VERNICE | Slater Slater Schulman LLP | 2:16-cv-04489 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 11. | CARR, RONALD W | Salim-Beasley, LLC | 2:17-cv-06093 | Prescription Records-Records provided do not show Xarelto use |
| 12. | CIMBER, HUGO | Cochran Legal Group | 2:16-cv-15070 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 13. | CORREA, PEDRO | The Driscoll Firm | 2:16-cv-12256 | Medical Records-Medical records provided do not demonstrate alleged injury |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 14. | CRANE, MARILYN | Kelley & Ferraro LLP | 2:16-cv-13503 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 15. | CURLESS, CASSANDRA | Slater Slater Schulman LLP | 06692 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 16. | EDWARDS, DANIEL | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11715 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 17. | ENCARNACION, EUGENIO | Salim-Beasley, LLC | 2:17-cv-05224 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 18. | GATES, JEFFREY | The Driscoll Firm | 2:16-cv-11180 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 19. | GAYTON, SARAH | Salim-Beasley, LLC | 2:17-cv-06487 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 20. | GREEN, WILLIAM | Slater Slater Schulman LLP | 2:16-cv-10668 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 21. | HAIRL, GAYE | Slater Slater Schulman LLP | 2:16-cv-17845 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 22. | HARMON, MICHAEL | Salim-Beasley, LLC | 2:17-cv-07621 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 23. | HOBBS, ANNA | The Driscoll Firm | 2:16-cv-11251 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 24. | HOBS, BRENDA | The Driscoll Firm | 2:16-cv-8751 | Prescription Records-Records provided do not show Xarelto use |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 25. | JETER, MELVIN | The Driscoll Firm | 2:16-cv-13851 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 26. | JOHNSON, CHARLES B | Law Offices of Andre' P. LaPlace | 2:16-cv-8939 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 27. | KILLIAN, JOE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11735 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 28. | LINDHORST, LARRY | The Driscoll Firm | 2:16-cv-11334 | Prescription Records-Records provided do not show Xarelto use |
| 29. | LONG, CASEY | Salim-Beasley, LLC | 2:17-cv-06520 | Medical Records-Medical records provided do not demonstrate alleged injury |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 30. | LONGARDNER, JAMES | The Driscoll Firm | 2:16-cv-9509 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 31. | LONGARDNER, JAMES | The Gallagher Law Firm LLP | 2:16-cv-14955 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 32. | LONGMAN, TERRI | Beasley Allen | 2:16-cv-13335 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | LOTT, LEWIS | The Gallagher Law Firm LLP | 2:16-cv-14680 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 34. | MACK, JOHNORA | The Driscoll Firm | 2:16-cv-8780 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 35. | MATRAN, JANELLE | Slater Slater Schulman LLP | 2:16-cv-1720 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 36. | MAXWELL, JEREMY | Johnson Becker | 2:16-cv-13368 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 37. | MAYFIELD, TRACEY | The Gallagher Law Firm LLP | 2:17-cv-08258 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 38. | MAYO, ALTON | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11709 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 39. | MCAFEE, MARY | Kelley & Ferraro LLP | 2:16-cv-13714 | Prescription Records-Records provided do not show Xarelto use |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 40. | MITCHELL, THOMAS | Kelley & Ferraro LLP | 2:16-cv-13738 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 41. | MOORE, PRESTON | Slater Slater Schulman LLP | | Medical Records-Medical records provided do not demonstrate alleged injury; Prescription Records-Records provided do not show Xarelto use |
| 42. | MOTT, LACREITA | The Gallagher Law Firm LLP | 2:17-cv-06955 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 43. | PORTER, MARVIN L | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11731 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 44. | POWELL, ADARRYL | Lenze Moss, PLC. | 2:16-cv-17616 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 45. | PRICE, GEORGE | The Driscoll Firm | 2:16-cv-11376 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 46. | PUPS, RICHARD | Ferrer, Poirot & Wansbrough | 2:16-cv-10592 | Prescription Records-Records provided do not show Xarelto use |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 47. | REYNOLDS, JANICE | Salim-Beasley, LLC | 2:17-cv-07505 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 48. | ROBINSON, LONAL | Kelley & Ferraro LLP | 2:16-cv-14422 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 49. | ROBINSON, PAUL | Andrus Wagstaff | 2:17-cv-08279 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 50. | ROYER, DONALD | The Simon Law Firm | 2:17-cv-916 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 51. | SANDUSKY, WILLIAM | Grant & Eisenhofer | 3:14-cv-01271-DRH | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 52. | SHEFFIELD, LISA | Kelley & Ferraro LLP | 2:16-cv-14427 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 53. | STANCEL, ANNIE | Salim-Beasley, LLC | 2:17-cv-05444 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 54. | STEWART, ROSSARIO | The Gallagher Law Firm LLP | 2:17-cv-07134 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 55. | STOKES, JOEY | The Driscoll Firm | 2:16-cv-12217 | Medical Records-Medical records provided do not demonstrate alleged injury |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 56. | SWANSON, DONYA | Salim-Beasley, LLC | 2:17-cv-08430 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 57. | TAYLOR, CLEO | The Driscoll Firm | 2:16-cv-9024 | Prescription Records-Records provided do not show Xarelto use |
| 58. | TREVINO, TIMOTHY | The Gallagher Law Firm LLP | 2:17-cv-06321 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 59. | TRUITT, MARILYN | The Gallagher Law Firm LLP | 2:16-cv-14971 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 60. | TYE, ANDREW | Salim-Beasley, LLC | 2:17-cv-05443 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 61. | WALLACE, VENIRA | Kelley & Ferraro LLP | 2:16-cv-14478 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 62. | WELCH, DEXTER | Kelley & Ferraro LLP | 2:16-cv-14487 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 63. | WILLIAMS, JEANETTE | TorHoerman Law LLC | 2:17-cv-2405 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 64. | WINGARD, RICHARD | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12341 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 12th day of April, 2018.

Judge Eldon E. Fallon
United States District Court Judge