**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :  **MDL No. 2592**
               :
               :  **SECTION L**
THIS DOCUMENT RELATES TO:   :
THE CASES LISTED BELOW    :
               :  **JUDGE ELDON E. FALLON**
               :
               :  **MAGISTRATE JUDGE NORTH**

<u>**ORDER**</u>

On February 14, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies.  [Rec. Doc. 8662].  For the reasons set forth at the Show Cause Hearing held on March 20, 2018, the following Plaintiffs shall be given until May 8, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Show Cause Hearing to be held on May 8, 2018 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

|    | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|----|----------------|---------------|---------------|---------------------|
| 1. | ABDUR RASHEED, SHRIFF | The Mulligan Law Firm | 2:16-cv-1930 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 2. | ALLEN, SHIRLEY | SWMW Law | 2:17-cv-5800 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | BALDWIN, EVA | Lenze Moss, PLC. | 2:16-cv-17868 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 4. | BARTHOLOMEW, JOHN | Salim-Beasley, LLC | 2:17-cv-07608 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 5. | BLAXTON, THOMAS | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | BOGGS, IRA | The Mulligan Law Firm | 2:16-cv-13008 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 7. | BOUDREAUX, CONCHETTA | The Mulligan Law Firm | 2:15-cv-02937 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 8. | BOYD, LANCE | Salim-Beasley, LLC | 2:17-cv-08409 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 9. | BRADEN, ELMER | The Mulligan Law Firm | 2:15-cv-02939 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 10. | BROADS, MARSHA | The Mulligan Law Firm | 2:16-cv-13016 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 11. | BURLISON, DONZIL | The Mulligan Law Firm | 2:15-cv-02940 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|      | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|------|----------------|---------------|---------------|---------------------|
| 12.  | BURROUGHS, DOROTHY | The Mulligan Law Firm | 2:15-cv-02942 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 13.  | COYLE, DIANA | The Mulligan Law Firm | 2:15-cv-02949 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 14.  | CRAIG, SYLVIA S | The Mulligan Law Firm | 2:15-cv-00222 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 15.  | CRAVER, ROBERT | The Mulligan Law Firm | 2:16-cv-09932 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 16.  | DANIELSON, ELIZABETH | The Mulligan Law Firm | 2:15-cv-01523 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 17.  | DAVIDSON, GEORGE | The Mulligan Law Firm | 2:16-cv-13035 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 18. | DAVIS, MARVIN | Salim-Beasley, LLC | 2:17-cv-08412 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | DOWNING, JAMES | The Mulligan Law Firm | 2:16-cv-13036 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 20. | DUPREE, DEWEY B | The Mulligan Law Firm | 2:15-cv-02956 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 21. | ELLIOTT, NORMA | Salim-Beasley, LLC | 2:17-cv-07617 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 22. | ELLIS, RICHARD | Cochran Legal Group | 2:16-cv-15093 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 23. | FEIST, JOSEF | The Mulligan Law Firm | 2:15-cv-02951 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 24. | FRANCIS, QUINCY L | The Mulligan Law Firm | 2:16-cv-02153 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 25. | GODBEE, SHERRY | Sanders Law | 2:15-cv-05097 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | GORDON, PATRICIA | The Mulligan Law Firm | 2:16-cv-12974 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 27. | HALINSKI, ANTHONY | Salim-Beasley, LLC |  | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 28. | HARRALSON, KEITH | Lenze Moss, PLC. | 2:17-cv--0484 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 29. | HEBERT, JANET F | The Mulligan Law Firm | 2:15-cv-02991 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 30. | HILL, AVIANCE | Salim-Beasley, LLC | 2:17-cv-08415 | Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 31. | IN RE MORALES, JORGE | Scott, Vicknair, Hair & Checki, LLC | | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 32. | JACOBSEN, DORIS | The Mulligan Law Firm | 2:15-cv-02993 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 33. | JENSEN, WILLIAM A | The Mulligan Law Firm | 2:16-cv-12805 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 34. | JOHNSON, TIMOTHY | The Mulligan Law Firm | 2:15-cv-02997 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 35. | JONES, GEORGE R | The Mulligan Law Firm | 2:16-cv-13232 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 36. | KEPPELER, FRANK | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-01551 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 37. | LEE, LAWANA ROSE | Lenze Moss, PLC. | 2:16-cv-06591 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 38. | LIMERICK, RANDOLPH | The Mulligan Law Firm | 2:16-cv-11713 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 39. | MARFIELD, GLADYS | The Mulligan Law Firm | 2:16-cv-12702 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 40. | MCKAY, ROBERT | Beasley Allen | 2:16-cv-10884 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 41. | MCKNIGHT, KATHERINE | Salim-Beasley, LLC | 2:17-cv-05477 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 42. | MILLER, DENNIS | Salim-Beasley, LLC | 2:17-cv-07614 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 43. | MUNOZ, MARIA | Lenze Moss, PLC. | 2:17-cv-01887 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 44. | PAHLS, JAMES L | The Mulligan Law Firm | 2:15-cv-03010 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 45. | PALAZZOLO, JEROME J | The Mulligan Law Firm | 2:15-cv-03011 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 46. | PALMER, CLARENCE | The Mulligan Law Firm | 2:16-cv-02167 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 47. | PLOWMAN, CHARLES B | The Mulligan Law Firm | 2:15-cv-03013 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 48. | RICHARDS, WYNN | Salim-Beasley, LLC | 2:17-cv-05235 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 49. | SCHIESSL, LUDWIG W | The Mulligan Law Firm | 2:16-cv-02174 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 50. | SCHWARTZ, JEAN | The Driscoll Firm | 2:16-cv-12004 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 51. | SCOTT, MARLO | Salim-Beasley, LLC | 2:17-cv-05445 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 52. | SHOEHIGH, JOAN | The Mulligan Law Firm | 2:16-cv-12830 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 53. | SHRUM, ELIZABETH | Salim-Beasley, LLC | 2:17-cv-07582 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 54. | SINGH, SHANKER | Salim-Beasley, LLC | 2:17-cv-05243 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 55. | SOUTHWICK, CHARLES | The Mulligan Law Firm | 2:16-cv-04196 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 56. | THOMPSON, MARY S | The Mulligan Law Firm | 2:16-cv-02704 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 57. | TUNNELL, BILLIE J | The Mulligan Law Firm | 2:16-cv-02180 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 58. | WALKER, RANDA | Johnson Law Group | 2:17-cv-5271 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 59. | WARREN, JERRY | Lenze Moss, PLC. | 2:16-cv-13879 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 60. | WELLS, MARION F | Huber, Slack, Thomas & Marcelle, LLP | 2:16-cv-14761 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 61. | WILLIAMS, CLAUDETTE | The Mulligan Law Firm | 2:16-cv-02617 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 62. | WOLGAST, CAROLINE | The Mulligan Law Firm | 2:15-cv-03747 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 63. | ZUPANCIC, MARGARET | The Driscoll Firm | 2:16-cv-11500 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

New Orleans, Louisiana, on this 12th day of April, 2018.

Judge Eldon E. Fallon
United States District Court Judge