UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

### ORDER

On February 14, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8662]. Prior to the Show Cause Hearing held on March 20, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ACHZIGER, LILA | Beasley Allen | 2:15-cv-01537 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 2. | ADAMS, RICHARD | The Potts Law Firm, LLP | 2:17-cv-08209 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

1

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|---------------------|-------------------|-------------------|-------------------------|
| 3. | ALESIA, MICHAEL J. | Avram Blair & Associates, P.C. | 2:17-cv-04970 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | ALLEN, BILLY BOB | Salim-Beasley, LLC | 2:17-cv-07593 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|   | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 5. | CARDENAS, MARIA | Salim-Beasley, LLC | 2:17-cv-05589 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 6. | CENTNER, EVI R | Beasley Allen | 2:17-cv-05092 | Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 7. | DAVIS, JOHN | Salim-Beasley, LLC | 2:17-cv-07619 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 8. | DAVIS, MARILYN | Salim-Beasley, LLC | 2:17-cv-07365 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 9. | DEVILLIER, LENNY | Salim-Beasley, LLC | 2:17-cv-05495 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | DIXON, WILLIAM E | Andrus Wagstaff | 2:17-cv-05113 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 11. | DUFFY, MICHAEL G | Morris Law Firm | 2:16-cv-06618 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 12. | DUPREE, JOHN M | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-06529 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 13. | DURHAM, PHILLIP | The Schlemmer Firm, LLC | 2:15-cv-4133 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

5

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 14. | EMBERTON, WENDELL | Sarangi Law, LLC | 2:15-cv-6213 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 15. | ENLOE, RUTH M | Grant & Eisenhofer | 2:17-cv-1691 | Prescription Records-Records provided do not show Xarelto use |
| 16. | ERNST, DAVID | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-06529 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 17. | HAMILTON, JOHNNIE L | Stewart & Stewart Attys | 2:16-cv-06926 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | JOHNSON, LEONA | Flint Law Firm, LLC | 2:16-cv-15699 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 19. | JONES, ROGER D | Motley Rice, LLC | 2:17-cv-2460 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | LANE, DORIELLE | The Driscoll Firm | 2:16-cv-9506 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 21. | LAVAND, KENNETH | Law Offices of Charles H. Johnson, P.A. | 2:16-cv-13695 | Medical Records-Medical records provided do not demonstrate alleged injury |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 22. | MARTIN, DONALD | Salim-Beasley, LLC | 2:17-cv-05596 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 23. | MCCOY, GENEVA | Salim-Beasley, LLC | 2:17-cv-07599 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 24. | MCKISSICK, NAOMI | Salim-Beasley, LLC | 2:17-cv-07410 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 25. | MOORE, JAMES | Salim-Beasley, LLC | 2:17-cv-07418 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 26. | PARKINS, WILLIAM | The Michael Brady Lynch Law Firm | 2:17-cv-05574 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | PARRIS, PHILLIP | Nemeroff Law Firm | 2:16-cv-12856 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | RIVAS, MARY E | Beasley Allen | 2:16-cv-17025 | Prescription Records-Records provided do not show Xarelto use |
| 29. | SCOTT, JACQUELINE | Avram Blair & Associates, P.C. | 2:17-cv-2085 | Prescription Records-Failure to provide proof that user received samples; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 30. | SHEPPARD, BETTIE | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12333 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 31. | SMITH, DON | The Driscoll Firm | 2:16-cv-12202 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 32. | STAUDINGER, HELEN | Douglas & London | 2:17-cv-0756 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | STEWART, LARRY | Douglas & London | 2:17-cv-8197 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 34. | STUCKEY, BYRON | The Driscoll Firm | 2:16-cv-11472 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |
| 35. | THOMAS, MILTON | Onder, Shelton, O'Leary & Peterson, LLC | 2:17-cv-06121 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 36. | TIBBS, BETTY | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 37. | WALKER, BETTY | The Driscoll Firm | 2:16-cv-11484 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 38. | WARR, EVELYN | Andrus Wagstaff | 2:17-cv-08739 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 39. | WHITESIDE, JAMES | The Gallagher Law Firm LLP | 2:16-cv-10196 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 40. | WILSON, DEVRAN | Salim-Beasley, LLC | 2:17-cv-07424 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 41. | WISBAUER, CHARLES | Carey Danis & Lowe | 2:17-cv-5802 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 42. | WRIGHT, SHARON | Law Offices of Charles H. Johnson, P.A. | 2:16-cv-17962 | Medical Records- Medical records provided do not demonstrate alleged injury |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 43. | ZIRLOTT, LENORA | The Gallagher Law Firm LLP | 2:17-cv-03775 | Medical Records- Medical records provided do not demonstrate alleged injury |

New Orleans, Louisiana, on this 12th day of April, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge