UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On February 14, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8662]. Prior to the Show Cause Hearing held on March 20, 2018, the following Plaintiffs filed or have agreed to file stipulations dismissing their cases with prejudice:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | BROWNING, MATTHEW | Salim-Beasley, LLC | 2:17-cv-06476 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | BUFFA, CHARLES | Douglas & London | 2:17-cv-07569 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

1

|    | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|----|----------------|---------------|---------------|---------------------|
| 3. | COEY, MARION D | Salim-Beasley, LLC | 2:16-cv-15235 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 4. | DANFORTH, SHIRLEY | The Law Office of Derriel C. McCorvey, LLC | 14-cv-1319-DRH | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 5. | FARRIS, MARK | Johnson Becker | 2:15-cv-01544 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 6. | GIBSON, LARRY | Rosenberg & Gluck, LLP | 2:16-cv-09858 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 7. | HOWARD, OLIN | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4209 | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 8. | KARGES, KATHLEEN | Salim-Beasley, LLC | 2:17-cv-05642 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9. | KENNEDY, MAURICE | Grant & Eisenhofer | 2:17-cv-00361 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 10. | KOTCHEN, HELEN | The Simon Law Firm | 2:16-cv-15774 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 11. | LUNA, JANICE | Dixon Davis, LLC | 2:17-cv-02611 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 12. | NORTH, AMY | Childers, Schlueter & Smith LLC | 2:16-cv-07855 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 13. | SCHILLER, WALTER O | Beasley Allen | 2:16-cv-17927 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

4

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 14. | SHEARIN, JOSEPH H | Law Offices of Andre' P. LaPlace | 2:16-cv-8919 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 15. | STANDOAK, ERIC | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4545 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

5

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 16. | TORRES, TONY | Salim-Beasley, LLC | 2:17-cv-06778 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | VERNON, COWLEY | Jones Ward PLC | 2:16-cv-3778 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 18. | WILLIAMS, RONALD | Salim-Beasley, LLC | 2:17-cv-07381 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 12th day of April, 2018.

*[Signature]*

Judge Eldon E. Fallon
United States District Court Judge