# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)    )    **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION    )
    )    SECTION:  L
    )
    )    JUDGE ELDON D. FALLON
    )
    )    MAG JUDGE NORTH
_____)

**THIS DOCUMENT RELATES TO:**
*Joe W. Collins and Shirley Collins v. Janssen Research*
*& Development, LLC, et al.*
LAED USDC Case No. 2:17-cv-06597

## ORDER

Considering the foregoing Plaintiffs' Second Motion for Extension of Time Within Which to Serve Process:  **IT IS HEREBY ORDERED** that Plaintiffs in the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendant Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

This the 12th day of _____ April _____, 2018.

_____
Honorable Eldon E. Fallon