UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dolores Palter*
CA# 2:16-cv-14997

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9134, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Adrian Palter, as surviving spouse of Dolores Palter, is substituted for Plaintiff Dolores Palter as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 12th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE