# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*Carl Daivs et. al. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-6698*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby

informs the Honorable Court of the death of Plaintiff, Carl Davis

Dated: _____        *By: /s/*Stephen B. Wohlford_____
                          SWMW Law, LLC
                          Benjamin R. Schmickle, #6270568
                          Stephen B. Wohlford, #IL6287698
                          701 Market Street, Suite 1000
                          St. Louis, MO 63101
                          (314) 480-5180
                          (314) 932-1566 – Facsimile

                          *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on April 16, 2018 and that this system will provide notice of such filing to all counsel of record.

*By: /s/*Stephen B. Wohlford_____
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*