UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*Carl Davis et. al. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-6698*

### EX PARTE MOTION FOR SUBSTITUION OF PROPER PARTY

COME NOW Plaintiff, Carl Davis, deceased, and Rebecca Davis, surviving spouse, as personal representative of the estate, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby file this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1.  Carl Davis and Rebecca Davis were named in a joint complaint filed, with case number 2:16-cv-04129 on May 4, 2016.

2.  The joint complaint was severed on May 20, 2016 with the new case number of 2:16-cv-6698. Service was then executed on June 8, 2016.

3. Plaintiff Carl Davis died on September 16, 2016.

4. Carl Davis' products liability action against defendants survived Plaintiff decedent's death and was not extinguished.

5. Plaintiffs filed a Notice and Suggestion of Death on April 16, 2018, attached hereto as "Exhibit 1."

6. Rebecca Davis, personal representative of the estate of Carl Davis, is a proper party to substitute for plaintiff, decedent Carl Davis, and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: April 16, 2018            Respectfully submitted,

By: _/s/Stephen B. Wohlford_____
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: April 16, 2018                 Respectfully submitted,

                           *By:* */s/*Stephen B. Wohlford_____
                           SWMW Law, LLC
                           Benjamin R. Schmickle, #6270568
                           Stephen B. Wohlford, #IL6287698
                           701 Market Street, Suite 1000
                           St. Louis, MO 63101
                           (314) 480-5180
                           (314) 932-1566 – Facsimile

                           *ATTORNEYS FOR PLAINTIFFS*