UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTSLIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**This Document Relates to:**
*Richard Ellis v. Janssen Reasearch & Development LLC, et al.,*
No. 2:16-cv-15093

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Eric C. Wiedemer for the Plaintiff and moves this Honorable Court for an order substituting Carl Ellis on behalf of his deceased father, Richard Ellis, for the following reasons:

1. On September 30, 2016 Carl Ellis filed a Complaint in the above referenced matter.

2. On November 23, 2016 Carl Ellis passed away.

3. His son, Richard Ellis, later notified Plaintiff's counsel of his father's passing and his interesting in continuing on his behalf

4. Notice of Carl Ellis's death was submitted to this Honorable Court on April 14, 2018.

5. The decedents son, Richard Ellis, is the Proper Party Plaintiff and wishes to be substituted on behalf of Carl Ellis, in this case.

Wherefore, movant prays for said substitution.

Respectfully submitted this 15th day of April, 2018

/s/ *Eric C. Wiedemer*
Eric C. Wiedemer, Esq.
Ohio Bar No. (0078947)
COCHRAN LEGAL GROUP

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2018, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.


                                         *(s) Eric C. Wiedemer*
                                         Eric C. Wiedemer, Esq.