UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTSLIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**This Document Relates to:**
*Richard Ellis v. Janssen Reasearch & Development LLC, et al.,*
No. 2:16-cv-15093

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil

Procedure hereby informs this Honorable Court of the death of Plaintiff Richard Ellis.

Dated: April 15, 2018                    Respectfully submitted,

/s/ *Eric C. Wiedemer*_____
Eric C. Wiedemer, Esq.
Ohio Bar No. (0078947)
COCHRAN LEGAL GROUP

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above forgoing Suggestions of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notices of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on this 15th day of April, 2018.

    Respectfully submitted,

    _(s)  Eric C. Wiedemer_
    Eric C. Wiedemer, Esq.