## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) ) ) PRODUCTS LIABILITY ) LITIGATION ) ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| *Richard Ellis v. Janssen Reasearch & Development LLC, et al.,* | 2:16-cv-15093 |
|---|---|

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Respectfully submitted,

/s/ *Eric C. Wiedemer*
Eric C. Wiedemer, Esq.
Ohio Bar No. (0078947)
COCHRAN LEGAL GROUP

## CERTIFICATE OF SERVICE

The foregoing Notice of Submission has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 14th day of July, 2017.

By: /s/Constantine Venizelos
Constantine Venizelos (0078596)