UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTSLIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**This Document Relates to:**
**CARL ELLIS on behalf of his deceased father,**
*Richard Ellis v. Janssen Reasearch & Development LLC, et al.,*
**No. 2:16-cv-15093**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

IT IS ORDERED that Carl Ellis, on behalf of his deceased father, Richard Ellis, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Judge