aUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-01269 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

### ORDER GRANTING ATTORNEY KENNETH STERN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This matter having come before this Honorable Court upon Plaintiff's Attorney Kenneth Stern's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:18-cv-01269, entitled Ruby Pierce vs Janssen Research & Development, et al. and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Kenneth Stern's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:18-cv-01269 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Kenneth Stern shall serve a copy of this Order upon Plaintiff, via certified mail return receipt requested, within fourteen (14) days of the date of this order.

New Orleans, Louisiana this 17th day of April, 2018

**United States District Court Judge**