UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Annabelle Wayman v. Janssen Research & Development LLC, et al*
CA# 2:17-cv-15299

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9147, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff William Wayman, as Executor of the Estate of Annabelle Wayman, is substituted for Plaintiff Annabelle Wayman as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE