UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carl Davis et al v. Janssen Research & Development LLC, et al*
CA# 2:16-cv-6698

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9158, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Rebecca Davis, as surviving spouse of Carl Davis, is substituted for Plaintiff Carl Davis as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE