# Stern Law, PLLC

41850 W 11 Mile Rd. Suite 121
Novi, MI 48375

yourlegaljustice.com | 844-808-7529

April 18, 2018

U.S. CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Qaadir Muhammad
12816 Pine Tree Lane
Fort Washington, MD 20744

Re: Qaadir Muhammad v Janssen Research and Development, et al
    United States District Court of Louisiana Case No. 2:18-cv-01680

Dear Qaadir:

Enclosed is a copy of our Motion To Withdraw as Counsel of Record for Plaintiff, with exhibits, in connection with the above matter. Also attached to this correspondence, please find the following documents:

Complaint and Jury Demand
Pretrial Order #10 re: Service of Process
Pretrial Order #13 re: Plaintiff's Fact Sheet
Pretrial Order #27 re: Plaintiff's Fact Sheet (Amended)
Notice of Court Appearances scheduled
Court Contact Information

If you still wish to pursue your lawsuit, we again urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. Should you have any questions please contact the Court.

Sincerely,

Kenneth A. Stern, Esq.
Stern Law, PLLC

Product Liability | Class Action | Birth Injury | Medical Malpractice | Personal Injury | Elder Abuse