UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)                     MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

THIS DOCUMENT RELATES TO:                     JUDGE ELDON E. FALLON

Harriet Ibanez, et al. v. Janssen et al.                     MAGISTRATE NORTH
Case No. 2:14-cv-02669

DEFENDANTS' *EX PARTE* MOTION TO
FILE MEMORANDUM, EXHIBITS, AND AFFIDAVITS UNDER SEAL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson, (collectively, "Defendants") respectfully request leave of the Court to file the attached Memorandum in Opposition to Plaintiffs' April 6, 2018 Supplement to Memoranda in Opposition to Defendants' Joint Motion for Partial Summary Judgment on Preemption Grounds, as well as the exhibits and affidavits accompanying said Memorandum, under seal, as they contain references to and include copies of documents designated as "Protected Information" pursuant to Pretrial Order No. 12.  Defendants further note that Plaintiffs' April 6, 2018 Supplement and accompanying exhibits were filed under seal in their entirety.  (Rec. Docs. 9112 and 9122).  Accordingly, Defendants respectfully request that the accompanying briefing exhibits and affidavits be filed under seal.

00495739                              00391995                                        1

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: */s/ Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
chanda.miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/ James B. Irwin*
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Janssen Defendants*

ARNOLD & PORTER

By: */s/ William Hoffman*
William Hoffman
ARNOLD & PORTER
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C. Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
lboney@bradley.com

CHAFFE MCCALL L.L.P.

By: */s/ John F. Olinde*
John F. Olinde
Chaffe McCall L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Defendants*

00495739                          00391995                                               2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**