**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, et al. v. Janssen Research & Development, LLC, et al.*<br>Case No. 2:14-cv-02669 | MAG. JUDGE NORTH |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' APRIL 6, 2018 SUPPLEMENT TO MEMORANDA IN OPPOSITION TO DEFENDANTS' JOINT MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON PREEMPTION GROUNDS**

# BRIEF, EXHIBITS, and AFFIDAVITS FILED UNDER SEAL IN THEIR ENTIRETY

00495767