UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Harriet Ibanez, et al. v. Janssen et al. Case No. 2:14-cv-02669 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file the Memorandum in Opposition to Plaintiffs' April 6, 2018 Supplement to Memoranda in Opposition to Defendants' Joint Motion for Partial Summary Judgment on Preemption Grounds, as well as the exhibits and affidavits accompanying said Memorandum in the above-captioned matter UNDER SEAL (Rec. Doc. ___)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Memorandum and accompanying exhibits and affidavits UNDER SEAL.

New Orleans, Louisiana, this ___ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

00495769                                              1