UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**JOINT REPORT NO. 28 OF PLAINTIFFS'
AND DEFENDANTS' LIAISON COUNSEL**

Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") respectfully

submit this Joint Report No. 28.  All Pre-Trial Orders are posted on the court's website located at

www.laed.uscourts.gov/Xarelto. The Court's website also includes other postings relevant to the

litigation.

**1.      PRE-TRIAL ORDERS**

Since the filing of Joint Report No. 28 on March 19, 2018, the Court has not issued any

new Pre-Trial Orders.

**2.      CASE MANAGEMENT ORDERS:**

Since the filing of Joint Report No. 27 on March 19, 2018, the Court has not issued any

new Case Management Orders.

On April 16, 2018, pursuant to CMO 6 [Rec. Doc. 8717] Plaintiffs and Defendants each

selected 200 cases for inclusion in Wave 1 of individual case discovery. The Court will make its

random selection of an additional 200 cases on April 30, 2018.  CMO 6 provides that all of the

cases selected for discovery must complete all sections of the Plaintiff Fact Sheet pursuant to Pre-

Trial Order No. 13 within thirty (30) days of selection.  Subject to Paragraph 6 of CMO 6, Defendants must serve an updated and completed Defendant Fact Sheet for each case selected in Wave 1 and Wave 2.  Pre-Trial Order No. 27 shall no longer apply to those cases selected in Wave 1 and Wave 2, but shall continue to govern cases not selected in either Wave 1 or Wave 2.

The parties will be prepared to discuss the status and any issues with this part of the selection process with the Court at the conference on Tuesday.

**3.      COUNSEL CONTACT INFORMATION FORM**

All counsel in the MDL are required to complete the Counsel Contact Information Form attached to PTO No. 4A, and forward it to the appropriate Liaison Counsel.  This information must be kept current by counsel providing the information, and will be relied upon throughout the litigation.

**4.      PLAINTIFF FACT SHEETS**

On May 4, 2015, the Court issued Pre-Trial Order No. 13 [Rec. Doc. 895], which governs the form and schedule for service of Plaintiff Fact Sheets ("PFSs"), as well as executed Authorizations for the release of records to be completed by plaintiffs in all individual cases.  Pre-Trial Order No. 13A and 14A [Rec. Doc. 1040] provides the procedure for the online submission and service of Fact Sheets and Authorization forms through the BrownGreer MDL Centrality System.

Prior to filing a Motion for Extension of PFS Deadlines, plaintiff's counsel should contact Defendants' Liaison Counsel to determine whether there is any opposition.

On April 21, 2016, the Court entered Pre-Trial Order No. 27, which modifies PTO Nos. 13, 13A, 14 and 14A.  Plaintiffs' counsel in any filed cases as to which the PFS would be due after March 30, 2016 should consult Pre-Trial Order No. 27.

On January 25, 2017, the Court entered Pre-Trial Order No. 31, a Protocol to Assist in Addressing Plaintiff Fact Sheets Which Defendants Contend Are Not in Compliance with Court Orders. [Rec. Doc. 5183].

On February 27, 2018, the Court entered CMO No. 6, which provides in part that those Plaintiffs selected in Wave 1 and Wave 2 must complete all sections of the Plaintiff Fact Sheet pursuant to Pre-Trial Order No. 13 within 30 days of selection. Pre-Trial Order No. 27 shall no longer apply to those cases selected in Wave 1 and Wave 2, but shall remain in effect with respect to cases not selected in either Wave 1 or Wave 2.

5.   **DEFENDANT FACT SHEETS**

On May 4, 2015, the Court issued Pre-Trial Order No. 14 [Rec. Doc. 896], which governs the form and schedule for service of Defendant Fact Sheets to be completed by defendant in all individual cases. Pre-Trial Orders No. 13A, 14A, and 14B [Rec. Docs. 1040, 1221, & 1847] provide the procedure for the online submission and service of Fact Sheets and Authorization forms through the BrownGreer MDL Centrality System, as well as for the release of information and data from IMS Health, Inc. Pursuant to paragraph 3 of PTO 14 [Rec. Doc. 896], it is the responsibility of the Plaintiffs' Liaison Counsel to send written notices of DFS deficiencies to counsel for Defendants. However, any needed follow-up addressing such deficiencies remains the responsibility of individual counsel for plaintiff (a responsibility which the PSC is coordinating with individual plaintiffs' counsel only as to the 40 selected discovery pool plaintiffs).

On April 21, 2016, the Court entered Pre-Trial Order No. 27, which modifies PTO Nos. 13, 13A, 14 and 14A. Defendants will complete a DFS for completed PFSs served as of March 30, 2016 and at this time Defendants have no obligation to serve a DFS for any PFS served after March 30, 2016.

On February 27, 2018, the Court entered CMO No.6, which provides in part that for those Plaintiffs selected in Wave 1 and Wave 2 who timely complete the Plaintiff Fact Sheet in compliance with Pre-Trial Order No. 13 within 30 days of selection, Defendants must serve a completed Defendant Fact Sheet pursuant to Pre-Trial Order 14 within 60 days of selection as to any selected plaintiff who timely submitted a complete PFS.  Pre-Trial Order No. 27 shall no longer apply to those cases selected in Wave 1 and Wave 2, but shall remain in effect for cases not selected in either Wave 1 or Wave 2

## 6.     SERVICE OF PROCESS ON DEFENDANTS

On March 16, 2018, the Court entered an Order [Rec. Doc. 8926] vacating and replacing the March 24, 2015 Order [Rec. Doc. 4217] and the February 15, 2018 Order [Rec. Doc. 8628] and relates  to service of process, and  addresses  a filing backlog in the MDL over the last three months.  For these backlogged cases, the March 16, 2018 Order extends the deadline for service of process, allowing the plaintiff-s, for that defendant to whom the summons was addressed,  sixty (60) days from the date on which the Court issues the summons to serve that defendant. This extension only applies when the plaintiff presents or has presented the properly addressed summons to the clerk for signature and seal at the time of the filing of the complaint. The parties will be prepared to discuss this matter at the April 24, 2018 status conference.

## 7.     PRESERVATION ORDER

On May 4, 2015, the Court issued Pre-Trial Order No. 15 [Rec. Doc. 897], a Consent Order Regarding the Preservation of Documents and Electronically Stored Information.  Pre-Trial Order No. 15 modifies paragraph 13 of Pre-Trial Order No. 1 relating to preservation of evidence. Further, the Court issued Pre-Trial Order No. 15B on October 21, 2015 [Rec. Doc. 1477] regarding the obligation of all parties to preserve voicemail, instant messages sent or received on an instant messaging system, or text messages sent or received on a cellular phone, smartphone, tablet or

other mobile device.  Pre-Trial Order 15B vacated previously entered Pre-Trial Order 15A. [Rec. Doc. 1301].

**8.     ORDER GOVERNING THE PARTIES' INTERACTIONS WITH MDL PLAINTIFFS' PRESCRIBING AND TREATING PHYSICIANS**

On April 28, 2016, the Court entered Pre-Trial Order No. 28 [Rec. Doc. 3156] Regarding Contact with Physicians.  On January 10, 2017, the Court entered Pre-Trial Order No. 28A [Rec. Doc. 5018] regarding the parties' interactions with MDL Plaintiff's prescribing and treating physicians for the four bellwether cases through end of trial and regarding the maintaining of a record by Plaintiffs' counsel of their contacts *ex parte* with physicians for each of the other 36 discovery pool cases.

On February 27, 2018, the Court entered CMO No. 6, which modifies Pre-Trial Order No. 28 to require, for those Plaintiffs selected in Wave 1 and Wave 2,  joint scheduling of physician depositions, i.e. both parties will contact physician's office together for purpose of scheduling a date for deposition.  Pre-Trial Order No. 28's record-keeping and disclosure provisions are extended to all Wave 1 and Wave 2 selected cases.

**9.     BELLWETHER CASES**

The following bellwether trials took place in the MDL:

a.  ***Joseph J. Boudreaux, Jr., et al. v. Janssen et al.,*** **Case No. 2:14-cv-02720**, which commenced in the Eastern District of Louisiana on April 24, 2017 and concluded on May 3, 2017, resulted in a verdict for the Defendants.  Plaintiffs' Motion for New Trial was denied on September 20, 2017 (Rec. Doc. 7644).  Plaintiffs' filed a Notice of Appeal on October 18, 2017 (Rec. Doc. 7830).  A Notice of Conditional Cross Appeal was filed by the Defendants on November 1, 2017 (Rec. Doc. 7911).

b.  ***Joseph Orr, Jr., et al. v. Janssen et al.,*** **Case No.  2:15-cv-03708**, which commenced in the Eastern District of Louisiana on May 30, 2017 and concluded on June 9, 2017, resulted in a verdict for the Defendants.   Plaintiffs' Motion for New Trial was denied on September 20, 2017 (Rec. Doc. 7644).  Plaintiffs' filed a Notice of Appeal on

October 18, 2017 (Rec. Doc. 7829).  A Notice of Conditional Cross Appeal was filed by the Defendants on November 1, 2017 (Rec. Doc. 7912).

c.  ***Mingo v. Janssen Research & Development, LLC, et al.*, Case No. 2:15-cv-03367**, which commenced in the Southern District of Mississippi on August 7, 2017 and concluded on August 18, 2017, resulted in a verdict for the Defendants.  Plaintiff's Motion for New Trial was denied on December 14, 2017 (Rec. Doc. 8145).  Plaintiff filed a Notice of Appeal on January 12, 2018 (Rec. Doc. 8307).  A Notice of Conditional Cross Appeal was filed by the Defendants on January 26, 2018 (Rec. Doc.8502).

On March 14, 2018, the United States Court of Appeals for the Fifth Circuit issued a Briefing Notice setting the Appellants Cross-Appellees Joseph J. Boudreaux, Jr., Loretta Boudreaux, Kim Deagano, Joseph Orr, III, Joseph Orr, Jr., Kelli Walker and Dora Mingo brief due on April 23, 2018.

The following bellwether case was voluntarily dismissed with prejudice:

***Henry v. Janssen Research & Development, LLC et al.*, Case No. 2:15-cv-00224**, Order signed on November 2, 2017 (Rec. Doc. 7943).

## 10.    STATE/FEDERAL COORDINATION

In accordance with Pre-Trial Orders No. 7 and 7A, as well as Case Management Order No. 1, PLC and DLC have had, and will continue to have, communications regarding the State Liaison Committee, as well as the status of coordination of MDL and state court actions.  The parties will report to the Court on recent developments in state court cases.

PLC and DLC will report to the Court on this matter at the April 24, 2018 Status Conference, as well as the trial status of matters in the Pennsylvania consolidated proceedings.

## 11.    MATTERS SET FOR HEARING FOLLOWING STATUS CONFERENCE

The Court has advised that it desires to address, following the status conference on April 24, 2018, Plaintiffs' discovery requests in connection with the filings that were made by the parties pursuant to the April 2, 2018 Minute Entry [Rec. Doc. 9038].  Plaintiffs filed a Supplement to

Plaintiffs' Memoranda in Opposition to Defendants' Joint Motions for Partial Summary Judgment on Preemption Grounds on April 6, 2018 [Rec. Doc. 9112], and on April 18, 2018, Defendants filed their Memorandum in Opposition to Plaintiffs' April 6, 2018 Supplement to Memoranda in Opposition to Defendants' Joint Motions for Partial Summary Judgment on Preemption Grounds [Rec. Doc. 9167].

**12.    <u>NEXT STATUS CONFERENCE</u>**

The next monthly status conference is scheduled for May 25, 2018 at 9:00 o'clock a.m.

Dated:  April 20, 2018

Respectfully Submitted,

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
ldavis@hhklawfirm.com
*HERMAN, HERMAN & KATZ, LLC*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX: (504) 561-6024

**Co-Plaintiffs' Liaison Counsel**

/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
gmeunier@gainsben.com
*GAINSBURGH BENJAMIN DAVID MEUNIER*
  *& WARSHAUER, LLC*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973

**Co-Plaintiffs' Liaison Counsel**

/s/ James B. Irwin
James B. Irwin (Bar No. 7172)
jirwin@irwinllc.com
*IRWIN FRITCHIE  URQUHART & MOORE LLC*
400 Poydras Street, Suite 2700
New Orleans, LA  70130
PH:  (504) 310-2100
FAX:  (504) 310-2120
**Defendants' Liaison Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2018, the foregoing pleading was filed

electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent

to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing

system and served on all other plaintiff counsel via MDL Centrality, which will send notice of

electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial

Order No. 17.

*/s/James B. Irwin*
**James B. Irwin**

00496194 3                                         8