# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| MARCY LUMPKINS, as the Heir at Law of the ESTATE of JAMES LUMPKINS, deceased, | |
| Plaintiff, | COMPLAINT AND JURY DEMAND |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | Civil Action No.: 2:18-cv-04086 |

## ENTRY OF APPEARANCE

COMES NOW Richard Zgoda of the firm of Gacovino, Lake & Associates, P.C., and hereby enters his appearance on behalf of Plaintiff Marcy Lumpkins, as the Heir at Law of the Estate of James Lumpkins, deceased, in the above-captioned case.

Respectfully submitted,

*/s/ Richard M. Zgoda, Jr.*

Richard M. Zgoda, Jr., NY 4781506
Gacovino, Lake, & Associates, P.C.
270 West Main Street
Sayville, NY 11782
Phone: (631) 600-0000
Fax: (631) 543-5450
r.zgoda@gacovinolake.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2018, the foregoing document was filed utilizing this Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

*/s/ Richard M. Zgoda, Jr.*
**Attorney for Plaintiff**