**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION: L** |
| | : | |
| **ROBERT DUERR** | : | |
| | : | |
| Plaintiff | : | **JUDGE: ELDON E. FALLON** |
| | : | |
| v. | : | **MAGISTRATE JUDGE: NORTH** |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT** | : | |
| **LLC f/k/a JOHNSON & JOHNSON** | : | |
| **PHARMACEUTICAL RESEARCH AND** | : | |
| **DEVELOPMENT LLC, JANSSEN ORTHO** | : | **Civil Action No.: 2:18-cv-238** |
| **LLC, JANSSEN PHARMACEUTICALS, INC.** | : | |
| **f/k/a JANSSEN PHARMACEUTICA INC.** | : | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | : | **STIPULATION OF DISMISSAL** |
| **PHARMACEUTICALS, INC.,** | : | |
| **JOHNSON & JOHNSON COMPANY,** | : | |
| **BAYER HEALTHCARE** | : | |
| **PHARMACEUTICALS, INC.,** | : | |
| **BAYER PHARMA AG,** | : | |
| **BAYER CORPORATION,** | : | |
| **BAYER HEALTH CARE AG, and BAYER AG,** | : | |
| | : | |
| Defendants | : | |
| | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Robert Duerr hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:18-cv-238, only. This stipulation shall not affect the lawsuit filed by Robert Duerr, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-17488. All parties shall bear their own costs.

1

**PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE, APLC**

Respectfully submitted,

By:    /s/ Daniel J. Carr
Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com


**THE MICHAEL BRADY LYNCH FIRM**

By: Michael B. Lynch
Michael B. Lynch
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

**DRINKER BIDDLE & REATH LLP**

By: s/*Susan M. Sharko*
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson;
Janssen Research & Development, LLC, and
Janssen Ortho LLC


**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG


**IRWIN FRITCHIE URQUHART &
MOORE LLC**

By: s/*James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com
Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 23, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

___s/ *James B. Irwin*____