# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL No. 2592 |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO:** | | JUDGE FALLON |
| **SEE ATTACHED EXHIBIT 1** | * | MAG. JUDGE NORTH |
| | * | |

_____

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective April 23, 2018, attorney RACHEL ABRAMS and

the law offices of LEVIN SIMES LLP have moved.  The new address is:

Rachel Abrams
LEVIN SIMES LLP
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Phone:  (415) 426-3000
Fax:     (415) 426-3001

Dated:  April 23, 2018

By:   /s/Rachel Abrams
Rachel B. Abrams (SBN 209316)
LEVIN SIMES LLP
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: rabrams@levinsimes.com

*Attorneys for the Plaintiffs*

# EXHIBIT  1

LIST OF LEVIN SIMES LLP
XARELTO MDL 2592 CASES

| Last Name | First Name | Rep Last Name | Rep First Name | Jurisdiction | Docket Numbers |
|---|---|---|---|---|---|
| Austin | Priscilla | | | USDC Eastern District Louisiana | 2:17-cv-06087-EEF-MBN |
| Brown | William | | | USDC Eastern District Louisiana | 2:17-cv-07878-EEF-MBN |
| Brumfield | Sunday | | | USDC Eastern District Louisiana | 2:16-cv-15892-EEF-MBN |
| Cimino | Marian | | | USDC Eastern District Louisiana | 2:17-cv-07289-EEF-MBN |
| Dauzat | Samuel | | | USDC Eastern District Louisiana | 2:17-cv-05857-EEF-MBN |
| Downie | Edward | | | USDC Eastern District Louisiana | 2:17-cv-05395-EEF-MBN |
| Farmer | Gary | | | USDC Eastern District Louisiana | 2:17-cv-03171-EEF-MBN |
| Gregory | Earl | Gregory | Glessna | USDC Eastern District Louisiana | 2:18-cv-03270-EEF-MBN |
| Hislop-Murdock | Joy | | | USDC Eastern District Louisiana | 2:17-cv-08667-EEF-MBN |
| Hylton | Donald | | | USDC Eastern District Louisiana | 2:17-cv-05739-EEF-MBN |
| Jenkins | Janice | | | USDC Eastern District Louisiana | 2:17-cv-05015-EEF-MBN |
| Lieberman | Mark | | | USDC Eastern District Louisiana | 2:17-cv-07218-EEF-MBN |
| Lord | Richard | Lord | Julie | USDC Eastern District Louisiana | 2:17-cv-07484-EEF-MBN |
| Mejia | Erica | | | USDC Eastern District Louisiana | 2:17-cv-08185-EEF-MBN |
| Mills | Kathryn (Judy) | | | USDC Eastern District Louisiana | 2:17-cv-08169-EEF-MBN |
| Nelson | Bethene | | | USDC Eastern District Louisiana | 2:17-cv-08684-EEF-MBN |
| Owens | Donna | | | USDC Eastern District Louisiana | 2:17-cv-05728-EEF-MBN |
| Potter | Michael | | | USDC Eastern District Louisiana | 2:18-cv-00637-EEF-MBN |
| Sidener | Rita | | | USDC Eastern District Louisiana | 2:17-cv-05295-EEF-MBN |
| Smith | Eldridge | | | USDC Eastern District Louisiana | 2:17-cv-07006-EEF-MBN |
| Townes | James | Townes | Alberta | USDC Eastern District Louisiana | 2:17-cv-03500-EEF-MBN |

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that a copy of the foregoing was electronically filed through the Court's

3

CM/ECF system on April 23, 2018, which shall send notification of such filing to all CM/ECF

4

participants.

5

6

*/s/Rachel Abrams*
Rachel Abrams

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED JOINT AGENDA FOR INITIAL CONFERENCE
CASE NO. 16-md-02691-RS