UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WANDA DIXON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAM DIXON<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | CIVIL ACTION NO. MDL NO. 2592<br><br>SECTION:  L<br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Member Case No. 2:17-cv-05113 |

**MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF SUMMONS AND COMPLAINT ON BAYER HEALTCARE PHARMACEUTICALS, INC.**

AND NOW, come the Plaintiffs, Wanda Dixon, Individually and as Personal Representative of the Estate of William Dixon, by and through counsel, Breann J. Plasters, Esquire and Andrus Wagstaff PC, and file the within Motion for Extension of Time to Effectuate Service on Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc. to FRCP 4(m) and 6(b), and, in support thereof, aver as follows:

1. Plaintiffs filed a Complaint alleging injuries and death from the use of Xarelto in the United States District Court for the Eastern District of Louisiana, No. 2:17-cv-05113, on May 22, 2017 against numerous Defendants including Bayer Healthcare Pharmaceuticals, Inc.

2. At the time of filing, Plaintiffs made an administrative error and failed to serve Bayer Healthcare Pharmaceuticals, Inc. pursuant to the Pre-Trial Order No. 10, 10A, and 10B.

3. Plaintiffs submitted the Plaintiffs Fact Sheet on July 21, 2017, and received a deficiency notice. This notice did not mention service. Plaintiffs did not receive notice that the service of the Summons and Complaint was not proper pursuant to Pre-Trial Orders Nos. 10, 10A, and 10B until February 27, 2018. Upon receipt of this notice, Plaintiffs immediately served all unserved defendants.

4. Defendant Janssen Ortho, LLC was served on March 5, 2018. Defendant Janssen Research & Development, LLC was served on March 7, 2018. Defendant Janssen Pharmaceuticals, Inc. was served on March 7, 2018. Defendant Bayer Healthcare, LLC was served on March 7, 2018. Defendant Bayer Healthcare Pharmaceuticals, Inc. was served on March 7, 2018. Defendant Bayer Corporation was served on March 7, 2018.

5. Plaintiffs have continued to timely file all additional documents into the case via MDL Centrality, and has provided all Plaintiffs Fact Sheets through the most current Fifth Amended Plaintiffs Fact sheet, submitted March 20, 2018.

6. Defendants would not be jeopardized by the requested extension and are aware of this cause of action. Notwithstanding the initial complaint, Plaintiffs has promptly provided Defendants with all requisite documentation and pleadings. Defendants have responded to these filings.

7. Plaintiffs hereby requests a thirty (30) day extension of time to serve process on the Bayer Healthcare Pharmaceuticals, Inc. as set forth in this Court's Pre-Trial Order No. 10.

8. Plaintiffs have discussed this motion with defense counsel, and it is contested.

9. WHEREFORE, Plaintiffs, Wanda Dixon, Individually and as Personal Representative of the Estate of William Dixon, respectfully request that this Honorable Court grant the within Motion and permit an additional extension of time in which Plaintiffs may serve the Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc.

.

RESPECTFULLY SUBMITTED:

April 23, 2018


BY: /s/ *Sarah A. Wolter*
Sarah A. Wolter
Colorado Bar No. 47599
**ANDRUS WAGSTAFF PC**
7171 West Alaska Drive
Lakewood, Colorado 80226
Phone: (303) 376-6360
Fax: (888) 875-2889
E-Mail: sarah.wolter@andruswagstaff.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Sarah A. Wolter, Esquire, hereby certify on April 23, 2018, that a true and correct copy of the above and foregoing Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals, Inc. has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by F.R.C.P 5(b)2, Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality which will send notice of electronic filing and in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Sarah A. Wolter*
Sarah A. Wolter,
*Counsel for Plaintiffs*