UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WANDA DIXON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAM DIXON<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | CIVIL ACTION NO. MDL NO. 2592<br><br>SECTION:   L<br>JUDGE:  ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH<br><br>Member Case No. 2:17-cv-05113 |

## **NOTICE OF SUBMISSION**

Please take notice that Plaintiffs Wanda Dixon, Individually and as Personal Representative of the Estate of William Dixon, by and through the undersigned counsel, will present their Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceutical for submission to the Honarable Eldon E. Fallon for a ruling on April 23, 2018.

- 1 -

- 4 -

                     RESPECTFULLY SUBMITTED:

                     April 23, 2018

BY: /s/ *Sarah A. Wolter*
     Sarah A. Wolter
     Colorado Bar No. 47599
     **ANDRUS WAGSTAFF**
     **PC** 7171 West Alaska Drive
     Lakewood, Colorado 80226
     Phone: (303) 376-6360 Fax:
     (888) 875-2889
     E-Mail: sarah.wolter@andruswagstaff.com
     *Attorney for Plaintiffs*