UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WANDA DIXON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAM DIXON<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | CIVIL ACTION NO. MDL NO. 2592<br><br>SECTION:   L<br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Member Case No. 2:17-cv-05113 |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2018 it is hereby ordered and decreed that Plaintiffs Wanda Dixon, Individually and as Personal Representative of the Estate of William Dixon, are granted an additional 30-day extension of time from the date of this Order in which to serve Bayer Healthcare Pharmaceuticals Inc. with a Summons and Complaint.

_____
Honorable Eldon E. Fallon
United States District Court Judge

- 1 -