UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) Civil Action No:  **2:18-cv-01549** |

**THIS DOCUMENT RELATES TO:**

*MARY STEPHENS o/b/o Her deceased husband, CLYDE STEPHENS V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL* **Civil Action No.: 2:18-cv-01549**

## MOTION TO SUBSTITUTE PLAINTIFF

NOW INTO COURT, comes the undersigned counsel for the Plaintiff and moves this Honorable Court for an order substituting Mary Stephens on behalf of her deceased husband, Clyde Stephens, for the following reasons:

**1)** On September 17, 2017 Clyde Stephens passed away, without his spouse notifying his legal representatives.

**2)** On February 14, 2018 Clyde Stephens, through undersigned counsel and without having knowledge of his passing, filed a Complaint in the above referenced matter.

**3)** When attempting to communicate with Plaintiff to notify him of the status of his complaint, counsel obtained knowledge of his passing through his spouse Mrs. Mary Stephens.

**4)** The decedents wife, Mary Stephens, is the Proper Plaintiff and wishes to be substituted on behalf of Clyde Stephens, in this case.

Wherefore, movant prays for said substitution.

Respectfully submitted this 24th day of April 2018.

**Law Offices of Christopher K. Johnston LLC**

/s/ William Rivera-Alvarez
William Rivera-Alvarez
USDCPR No. 304111
Puerto Rico Bar No. 19578
william@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)