UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:18-cv-01549** |

**THIS DOCUMENT RELATES TO:**

*Mary Stephens o/b/o Her deceased husband, CLYDE STEPHENS V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL* Civil Action No.: 2:18-cv-01549

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Gentry Winstead, on behalf of his deceased mother, Carrie Winstead, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Juge