# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br> Civil Action No: **2:18-cv-01549** |
| **THIS DOCUMENT RELATES TO:** | **STATEMENT NOTING A PARTY'S DEATH** |

**CLYDE STEPHENS v. JANSSEN PHARMACEUTICALS, INC., et al**
**No. 2:18-cv-01549**

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Clyde Stephens, notes the death before pendency of this action of Plaintiff Clyde Stephens on September 17, 2017.

**Law Offices of Christopher K. Johnston LLC**

/s/ William Rivera-Alvarez
William Rivera-Alvarez
USDCPR No. 304111
Puerto Rico Bar No. 19578
william@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)