MINUTE ENTRY
FALLON, J.
APRIL 24, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   MDL NO. 2592
   PRODUCTS LIABILITY LITIGATION

              SECTION: L

THIS DOCUMENT RELATES TO:    JUDGE FALLON
REF: 14-2669         MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances: Andy Birchfield, Esq. and Neil Overholtz, Esq., for Plaintiffs
     Susan Sharko, Esq., for Defendants

---

Oral argument was heard this date regarding Plaintiffs' Steering Committee's Supplement (9123) to their Memoranda in Opposition to Defendants' Joint Motions for Partial Summary Judgment on Preemption Grounds  and on Defendants' Memorandum in Opposition (9171) to Plaintiffs' April 6, 2018 Supplement to Memoranda in Opposition to Defendants' Joint Motions for Partial Summary Judgment in Preemptions Grounds.  Included in Plaintiffs' Supplement was a request for additional discovery.

After oral – Plaintiffs' request for additional discovery was taken under submission

JS10:   :58