UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary Stephens o/b/o Her deceased husband, Clyde Stephens v. Janssen Research & Development LLC, et al*
CA# 2:18-cv-1549

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9208, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mary Stephens, on behalf of her deceased spouse, Clyde Stephens, is substituted for Plaintiff Clyde Stephens as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of April, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE