UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| LEILA MAXWELL | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:17-CV-07502  STIPULATION OF DISMISSAL WITH PREJUDICE |
| **Defendants** | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Leila Maxwell, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:17-cv-07502, only. This stipulation shall not affect the lawsuit filed by Leila Maxwell, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-02351. All parties shall bear their own costs.

1

| | |
|---|---|
| **SALIM-BEASLEY, LLC**<br>By: */s/ Barrett Beasley*<br>Barrett Beasley<br>Lisa L. Causey-Streete<br>Robert Lyle Salim<br>1901 Texas St.<br>Natchitoches, LA 71457<br>Tel: (318) 352-5999<br>bbeasley@salim-beasley.com<br>lcausey@salim-beasley.com<br>robertsalim@cp-tel.net<br><br>Attorneys for Plaintiff<br>Dated: April 25, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: April 25, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: April 25, 2018 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: April 25, 2018

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 25, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/James B. Irwin _____