UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| ZELLA YOUNG ON BEHALF OF WILLIAM A. YOUNG, DECEASED | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| | Civil Action No. 2:15-cv-06173 |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own fees and costs.

Respectfully submitted,

**SHAW COWART, L.L.P.**

By: */s/ Ethan L. Shaw*
Ethan L. Shaw
John P. Cowart
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com

*Attorneys for the Plaintiff*
Dated: April 25, 2018

**DRINKER BIDDLE & REATH LLP**

By: */s/ Susan Sharko*
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
Susan.Sharko@dbr.com

*Attorneys for Defendants Janssen*
*Pharmaceuticals, Inc., Janssen*
*Research & Development, LLC,*
*Janssen Ortho LLC, and*
*Johnson & Johnson*
Dated: April 25, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Andrew K. Solow*
Andrew K. Solow
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

William Hoffman
601 Massachusetts Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
Andrew.solow@apks.com
William.hoffman@apks.com

*Attorneys for Defendants Bayer
HealthCare Pharmaceuticals,
Inc., and Bayer Pharma AG*
Dated:  April 25, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By:_____*/s/ James B. Irwin*_____
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone:  (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

*Liaison Counsel for Defendants*
Dated:  April 25, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing Plaintiff's Stipulation of Dismissal with Prejudice has been filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:  April 25, 2018         */s/ Ethan L. Shaw*
                                             ETHAN L. SHAW