## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         *
PRODUCTS LIABILITY LITIGATION       *          MDL No. 2592
                                    *
                                    *          SECTION L
                                    *
                                    *          JUDGE ELDON E. FALLON
                                    *
                                    *          MAGISTRATE JUDGE NORTH
                                    *
_____     *

**THIS DOCUMENT RELATES TO:**

**CA#  2:16-cv-4200**


### SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of the Plaintiff **Harold Legacy**, on March 20, 2017.


**Date:  April 25, 2018**

                              Respectfully submitted,

                              By: /s/ Andrew F. Kirkendall
                              Andrew F. Kirkendall
                              Texas Bar No. 24050882
                              Alexander G. Dwyer
                              Texas Bar No. 24054271
                              Kirkendall Dwyer LLP
                              4343 Sigma Rd., STE 200
                              Dallas, TX 75244
                              Phone: 214-271-4027
                              Fax: 214-253-0629
                              ak@kirkendalldwyer.com
                              ad@kirkendalldwyer.com

                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/  Andrew F. Kirkendall