UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**

*John B. Smith, III, individually and on behalf of James B. Smith, deceased,*
**Case No. 2:17-cv-12212**

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter having come before the Court upon Plaintiff's filing of a Motion for Leave to File First Amended Complaint and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint be granted.

New Orleans, Louisiana this 25th day of April, 2018

_____
United States District Judge