**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)        *
PRODUCTS LIABILITY LITIGATION     *        **MDL No. 2592**
                                  *
                                  *        **SECTION L**
                                  *
                                  *        **JUDGE ELDON E. FALLON**
                                  *
                                  *        **MAGISTRATE JUDGE NORTH**
_____ *

**THIS DOCUMENT RELATES TO:**

**CA#  2:16-cv-6651**


### SUGGESTION OF DEATH


        Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel

hereby informs this Court of the death of the Plaintiff **Leonard Hodes**, on September 11, 2016.


**Date:  April 26, 2018**


                                        **Respectfully submitted,**

                                        By: */s/ Andrew F. Kirkendall*
                                        Andrew F. Kirkendall
                                        Texas Bar No. 24050882
                                        Alexander G. Dwyer
                                        Texas Bar No. 24054271
                                        Kirkendall Dwyer LLP
                                        4343 Sigma Rd., STE 200
                                        Dallas, TX 75244
                                        Phone: 214-271-4027
                                        Fax: 214-253-0629
                                        ak@kirkendalldwyer.com
                                        ad@kirkendalldwyer.com


                                        *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 26, 2018, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>/s/  Andrew F. Kirkendall</u>