UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

CA#   2:18-cv-03093

## SUGGESTION OF DEATH

   Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of the Plaintiff **William Lyons**, on November 21, 2017.

**Date:  April 26, 2018**

           **Respectfully submitted,**

           By: */s/ Andrew F. Kirkendall*
           Andrew F. Kirkendall
           Texas Bar No. 24050882
           Alexander G. Dwyer
           Texas Bar No. 24054271
           Kirkendall Dwyer LLP
           4343 Sigma Rd., STE 200
           Dallas, TX 75244
           Phone: 214-271-4027
           Fax: 214-253-0629
           ak@kirkendalldwyer.com
           ad@kirkendalldwyer.com

           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2018, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/  Andrew F. Kirkendall