# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL No. 2592 |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE FALLON |
| | | |
| MARK TRANCKINO Civil Action No.: 2:16-cv-15352 | * | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

COMES NOW Rachel Abrams of the firm LEVIN SIMES LLP, and hereby enters her appearance on behalf of Plaintiff Mark Tranckino in the above-captioned case.

Dated:  April 26, 2018

By:  /s/Rachel Abrams

Rachel B. Abrams (SBN 209316)
LEVIN SIMES LLP
1160 Battery Street East, Suite 100
San Francisco, California, 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: rabrams@levinsimes.com

*Attorneys for the Plaintiff*

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on April 26, 2018, which shall send notification of such filing to all CM/ECF participants.

                              */s/Rachel Abrams*
                              Rachel Abrams