# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Luz Delgado v. Janssen Research & Development, LLC, et al.*

Case No.: 2:17-cv-14565

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON THE BAYER DEFENDANTS

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant her Motion for Extension of Time within Which to Serve Process on the Bayer Defendants and issue an Order allowing an additional thirty (30) days from the date the Order is entered in which to effect service on the Bayer Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Orders Nos. 10, l0A and l0B.

Dated: April 26, 2018

RESPECTFULLY SUBMITTED,

BY: /s/ Roopal P. Luhana
Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10075

*Attorneys for Plaintiff*