## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: L |
| ) | | JUDGE ELDON E. FALLON |
| ) | | MAG. JUDGE NORTH |
| ) | | |

**THIS DOCUMENT RELATES TO:**

*Luz Delgado v. Janssen Research & Development, LLC, et al.*

Case No.: 2:17-cv-14565

## NOTICE OF SUBMISSION

Please take notice that the Motion for, and Memorandum in Support of, Enlargement of Time to Serve Process on the Bayer Defendants filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on May 9, 2018, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated this 26th day of April, 2018.

Respectfully Submitted:

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10016

*Attorney for Plaintiff*