IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) 2592 PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No.<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Luz Delgado v. Janssen Research & Development, LLC, et al.*

Case No.: 2:17-cv-14565

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON THE BAYER DEFENDANTS**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff in the above-listed action, through undersigned counsel, respectfully requests this Court to enter an Order to enlarge the time within which Plaintiff can serve Defendants, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, and Bayer Healthcare, LLC, ("Bayer Defendants"), to 30 days from the date the Court enters the Order.

1. Luz Delgado filed her action on December 5, 2017 and the Summonses for the Bayer Defendants were issued on December 11, 2017.

2. Upon receipt of the executed Summonses from this Court, on December 21, 2017, Holly A. Culbertson served the Plaintiff's Summonses and Complaint on the Bayer Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B ("Orders") on December 21, 2017. *See* Affidavit of Holly A. Culbertson ("Culbertson Aff.") ¶ 5, attached hereto as Exhibit A.

3. On December 21, 2017, per this Court's Orders, Holly A. Culbertson personally

mailed Plaintiff's Summonses and Complaint *via* Certified Mail to Defendant, Bayer Healthcare Pharmaceuticals, Inc., in Wilmington, DE and Registered Mail to Defendant Bayer Pharma AG, in Berlin, Germany from the U.S. Post Office located at Embassy Crossings, U.S. Rte. 19, Port Richey Florida. *See* Culbertson Aff. ¶ 6; copies of the stamped receipts of mailing from the U.S. Post Office, dated December 21, 2017, are attached to the Culbertson Aff. as Exhibit 1.

4. On December 21, 2017, per the Orders, Holly A. Culbertson emailed the Bayer Defendants at Xareltocomplaints@babc.com enclosing the Filed Complaint and Summonses. *See* Culbertson Aff. ¶ 7; copies of the stamped receipts of mailing from the U.S. Post Office, dated December 21, 2017, are attached to the Culbertson Aff. as Exhibit 2.

5. The Return Receipt Card from the Certified Mail to Bayer Healthcare Pharmaceuticals, Inc. was returned to Chaffin Luhana LLP stamped as received by William Colley, who is believed to be Defendants' agent. *See* Culbertson Aff. ¶ 8; a Copy of the Stamped Return Receipt Card is attached to the Culbertson Aff. as Exhibit 3.

6. On April 12, 2018, Plaintiff was notified through MDL Centrality that the Summonses and Complaint had not been served on the Bayer Defendants. *Id.* ¶ 9.

7. Rule 4(m) states:

> (m) Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

8. Counsel for Plaintiff timely followed the instructions for streamlined service, per the Orders, as to the Bayer Defendants.

9. Defendants were placed on notice that this case was filed no later than December 21, 2017, when Senior Paralegal Holly A. Culbertson emailed a copy of the Summonses and Complaint to the Defendants pursuant to the instructions for streamlined service set forth in the Orders.

Accordingly, Plaintiff requests that this Court enlarge the time to serve each Defendant to 30 days from the date the court enters the Order. Plaintiff's counsel acted in good faith in attempting to timely serve the Bayer Defendants per the procedures set forth in Pre-Trial Orders #10, 10A and 10B. None of the Bayer Defendants will be prejudiced by such an enlargement of time because they have been on notice of the suit since December 2017, well within the 60 day period to serve via the procedures for streamlined service. Plaintiff has complied with the deadlines for submitting a Plaintiff Fact Sheet and submitting medical records. Under these circumstances good cause exists for expanding the time for Plaintiff to serve the Bayer Defendants.

## **RELIEF REQUESTED**

1. That this Court enlarge the time Plaintiff has serve the Bayer Defendants to 30 days from the date the Court enters the Order.

Dated: April 26, 2018

Respectfully Submitted:

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10016

*Attorney for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 26, 2018

                                                        /s/ Roopal P. Luhana