# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Luz Delgado v. Janssen Research & Development LLC, et al.*
Case No. 2:17-cv-14565

STATE OF FLORIDA    )
PASCO COUNTY       ) ss.:

## AFFIDAVIT

HOLLY A. CULBERTSON, being duly sworn, deposes and says, under the penalties of perjury:

1. I am the Senior Paralegal of the offices of Chaffin Luhana LLP, 600 Third Ave., 12th Floor, New York, New York 10016.

2. I work remotely for the offices of Chaffin Luhana LLP at 7650 Isabella Dr., Apt. E, Port Richey, Pasco County, Florida.

3. I have personal knowledge of the facts and circumstances herein.

4. I make this Affidavit in Support of Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, and Bayer Healthcare, LLC, ("Bayer Defendants").

5. Upon receipt of an executed Summonses from this Court, on December 21, 2017, your deponent served the Plaintiff's Summonses and Complaint on the Bayer Defendants through

1

the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B ("Orders").

6. Your deponent, per this Court's Orders, personally mailed Defendants Plaintiff's Summonses and Complaint via Certified Mail to Bayer Healthcare Pharmaceuticals, Inc. in Wilmington, DE and Registered Mail to Bayer Pharma AG in Berlin, Germany from the U.S. Post Office located at Embassy Crossings, U.S. Rte. 19, Port Richey Florida. Copies of the stamped receipts of mailing from the U.S. Post Office, dated December 21, 2017, are attached hereto as Exhibit 1.

7. Your deponent, per the Orders, emailed the Bayer Defendants at Xareltocomplaints@babc.com enclosing the Filed Complaint and Summonses. A copy of the email correspondence, dated December 21, 2017, is attached hereto as Exhibit 2.

8. The Return Receipt Card from the Certified Mail to Bayer Healthcare Pharmaceuticals, Inc. was returned to Chaffin Luhana LLP stamped as received by William Colley, who is believed to be Defendants' agent. A Copy of the Stamped Return Receipt Card is attached hereto as Exhibit 3.

9. On April 12, 2016, Chaffin Luhana was notified by Defendants via receipt of a MDL Centrality notice that they had not received service of Plaintiff's Summonses and Complaint.

10. Your deponent respectfully requests that this Court grant their Motion for Extension of Time within Which to Serve Process on the Bayer Defendants and issue an Order allowing an additional thirty (30) days from the date of the Order in which to serve the Bayer Defendants as Plaintiff made a good faith effort to serve the Summonses and Complaint in a timely manner.

Holly A. Culbertson
Senior Paralegal
US Passport 555045502

Sworn to before me on this
26th day of April, 2018

_____
Notary Public
Comm. expires 12/14/2021

Stephanie Alonso
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG168161
Expires 12/14/2021