# EXHIBIT 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7017 0190 0001 1917 2255

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Bayer Healthcare Pharm., Inc.
SOP Dept.
Corporation Service Co.
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808-1646

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here — EMBASSY CROSSING POST OFFICE, PORT R. CHEY, FL 34668-9998

