EXHIBIT 2

## Holly Culbertson

| | |
|---|---|
| **From:** | Holly Culbertson |
| **Sent:** | December 21, 2017 9:46 AM |
| **To:** | 'xareltocomplaints@babc.com' |
| **Cc:** | Roopal Luhana; Kendra Goldhirsch |
| **Subject:** | Luz Delgado v. Janssen Research & Development LLC, et al. Case No. 2:17-cv-14565 |
| **Attachments:** | 12.21.17 Ltr. to Bayer Pharm. Inc. - Delgado, L..pdf; 12.21.17 Ltr. to Bayer Pharma AG - Delgado, L..pdf; FILED Bayer Summons - Delgado, L..pdf; FILED Complaint - Delgado, L..pdf |

Counsel:

Attached please find correspondence and supporting documents that were sent to you today, December 21, 2017 via Certified and Registered Mail with respect to the above-referenced matter. Thank you.

Sincerely,

Holly Culbertson
*Senior Paralegal*



*New York, New York*
600 Third Ave., 12th Floor
New York, New York 10016
Toll Free Telephone: (888) 480-1123
Toll Free Fax: (888) 499-1123
Direct Dial: 347-269-4467

*Pittsburgh, Pennsylvania*
615 Iron City Dr.
Pittsburgh, PA 15205
Phone: (888) 316-2311
Fax: (888) 317-2311

*Weirton, West Virginia (by appointment only):*
3200 Main St.
Weirton, WV 26062
Phone: (888) 316-2311
Fax: (888) 317-2311
www.ChaffinLuhana.com
www.ChaffinLuhanaFoundation.org

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the

intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.