# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) * | |
| PRODUCTS LIABILITY LITIGATION * | MDL No. 2592 |
| * | |
| * | SECTION L |
| * | |
| * | JUDGE ELDON E. FALLON |
| * | |
| * | MAGISTRATE JUDGE NORTH |
| * | |

**THIS DOCUMENT RELATES TO:**

CA#   2:16-cv-01049

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of the Plaintiff **Madonna Wing**, on February 5, 2018.

**Date:  April 26, 2018**

        **Respectfully submitted,**

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2018, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               /s/  Andrew F. Kirkendall