## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592<br><br>SECTION L |
| ROSE BAKER | : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, AND DOES 1-50, INCLUSIVE, | : : : : : : : : : : : : : : : : : : | Civil Action No.: 2:16-CV-05768<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants _____ | : : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Rose Baker, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-05768, only. This stipulation shall not affect the lawsuit filed by Rose Baker, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:15-cv-05805. All parties shall bear their own costs.

1

| | |
|---|---|
| **THE MULLIGAN LAW FIRM** | **DRINKER BIDDLE & REATH LLP** |
| By: */s/ Patrick J. Mulligan* | By: /s/Susan M. Sharko |
| Patrick J. Mulligan | Susan Sharko |
| Charles G, Orr | 600 Campus Dr. |
| 3710 Rawlins Street | Florham Park, NJ 07932 |
| #901 | Tel: (973) 549-7000 |
| Dallas, TX 75219 | Susan.Sharko@dbr.com |
| Tel: (214) 219-9779 | |
| pmulligan@mulliganlaw.com | Attorneys for Defendants Janssen Pharmaceuticals, Inc., |
| corr@mulliganlaw.com | Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson |
| Attorneys for Plaintiff | Dated: April 27, 2018 |
| Dated: April 27, 2018 | |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: April 27, 2018

                                          **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                          By: /s/James B. Irwin
                                          James B. Irwin
                                          Kim E. Moore
                                          400 Poydras St., Ste, 2700
                                          New Orleans, LA 70130
                                          (504) 310-2100
                                          jirwin@irwinllc.com
                                          kmoore@irwinllc.com

                                          Liaison Counsel for Defendants
                                          Dated: April 27, 2018

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 27, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          /s/James B. Irwin _____