UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| This Document Relates to: | ) ) | SECTION: L |
| *Robert Loussaert. v. Janssen Research & Development, et al.;* *Civil Action No. 2:17-cv-02910* | ) ) ) ) | JUDGE FALLON |
| _____ | ) | MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Lisa Peer on behalf of her deceased brother, Robert Loussaert, for the following reasons:

1. On April 5, 2017 Robert Loussaert filed a Complaint in the above referenced matter.

2. On October 31, 2017 Robert Loussaert passed away.

3. Plaintiff's sister, Lisa Peer, notified Plaintiff's counsel of her brother's passing and her interest in continuing this lawsuit on his behalf.

4. On November 15, 2017, Lisa Peer was appointed executrix In The Matter of the Estate of Robert Charles Loussaert by the Iowa District Court for Clinton County (*See* Exhibit A).

5. Notice of Robert Loussaert's death was submitted to this Honorable Court on January 29, 2018 (*See* Exhibit B).

6. The decedent's sister, Lisa Peer, is the Proper Party Plaintiff and wishes to be substituted on behalf of Robert Loussaert in this case.

Wherefore, movant prays for said substitution.

Dated: April 27, 2018

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

Houston, TX 77098  
(713) 664-4555 Phone  
(713) 664-7543 Fax  
llamacchia@pulaskilawfirm.com  
adam@pulaskilawfirm.com  
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27[h] day of April, 2018, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated:  April 27, 2018

                                                */s/ Leslie LaMacchia*
                                                Leslie LaMacchia, Esq.