# Exhibit A

E-FILED  2017 NOV 15 3:09 PM CLINTON - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR CLINTON COUNTY

IN THE MATTER OF THE

ESTATE OF ROBERT CHARLES LOUSSAERT

Case No. 07231  ESPR019143

**Letters of Appointment**

Docket Event Code:  LEAP

KNOW ALL PERSONS BY THESE PRESENTS:
That having been duly appointed and qualified as Executor of the above entitled matter,

LISA M. PEER

IS vested with all powers authorized by law in the premises.

Letters issued:  NOVEMBER 15, 2017

/s/ CAROLINE J. EBENSBERGER
Clerk of Court/Designee
CLINTON County

