## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Robert Loussaert. v. Janssen Research & Development, et al.;* *Civil Action No. 2:17-cv-02910* | ) ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Dated:   April 27, 2018

                                                Respectfully submitted,

                                                */s/ Leslie LaMacchia*
                                                Leslie LaMacchia, Esq.
                                                Adam Pulaski, Esq.
                                                PULASKI LAW FIRM, PLLC
                                                2925 Richmond Avenue, Suite 1725
                                                Houston, TX 77098
                                                (713) 664-4555 Phone
                                                (713) 664-7543 Fax
                                                llamacchia@pulaskilawfirm.com
                                                adam@pulaskilawfirm.com

                                                *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27$^h$ day of April, 2018, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: April 27, 2018

                                              */s/ Leslie LaMacchia*
                                              Leslie LaMacchia, Esq.