UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Robert Loussaert. v. Janssen Research & Development, et al.;* *Civil Action No. 2:17-cv-02910* _____ | ) ) ) ) | JUDGE FALLON  MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Lisa Peer, on behalf of her deceased brother, Robert Loussaert, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ___ day of _____, 2018.

\

                                                                                                        Hon. Eldon E. Fallon
                                                                                                        United States District Judge