**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :     **MDL No. 2592**
      :
      :     **SECTION L**
      :
      :     **JUDGE ELDON E. FALLON**
      :
      :     **MAGISTRATE JUDGE NORTH**
      :

**THIS DOCUMENT RELATES TO:**

***ROSARIO V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL***
**Civil Action No.: 2:16-cv-14756**

<u>**MOTION FOR SUBSTITUTION OF PARTY**</u>

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Ana R. Rivera, on behalf of deceased Plaintiff, Dolores Rosario.

Dolores Rosario filed a products liability action against Defendants on September 16, 2016, captioned *Rosario v. Janssen Research & Development LLC et al.*, Civil Action No. 2:16-cv-14756. Mrs. Rosario passed away on January 6, 2017. A Notice and Suggestion of Death was filed on April 26, 2018.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Dolores Rosario's products liability action against Defendants survived her death and was not extinguished. Ana R. Rivera, surviving daughter and heir of Dolores Rosario and Anticipated Representative of the Estate of Dolores Rosario, is a proper party to substitute for Plaintiff-Decedent Dolores Rosario

and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, PREMISES CONSIDERED, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

Dated: <u>April 28, 2018</u>                                    Respectfully submitted,

                                                                    /s/ Wendy C. Elsey
                                                                    DAVID P. MATTHEWS
                                                                    Texas Bar No.: 13206200
                                                                    WENDY C. ELSEY
                                                                    Texas Bar No.: 24053186
                                                                    Matthews & Associates
                                                                    2905 Sackett St.
                                                                    Houston, TX  77098
                                                                    713.222.8080
                                                                    713.535.7184 – facsimile
                                                                    dmatthews@dpmlawfirm.com
                                                                    welsey@dpmlawfirm.com

                                                                    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                    /s/ Wendy C. Elsey
                                                                    Wendy C. Elsey