**TO BE FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2:14-md-02592  SECTION L  JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Michael A. London, from the law firm of Douglas & London, P.C., respectfully Moves to file under seal a Motion to Approve the Time and Expense Submissions of Douglas & London, P.C. As grounds for seeking leave to file under seal, Michael A. London avers the following:

1. The Motion to Approve the Time and Expense Submissions of Douglas & London, P.C. contains confidential information which should not be shared with other counsel (said confidential Motion has been sent via Federal Express to Chambers awaiting Judge Fallon's ruling on this Motion for Leave to File Under Seal).

Wherefore, Michael A. London, hereby requests that the Court grant his Motion to File the Motion to Approve the Time and Expense Submissions of Douglas & London, P.C. under seal.

Respectfully submitted:

Dated: April 30, 2018

_____
Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: 212-566-7500
Email: mlondon@douglasandlondon.com

## CERTIFICATE OF SERVICE

I, Michael A. London, certify that on April 30, 2018 a true and correct copy of the Motion for Leave to File Under Seal is being electronically filed pursuant to the Court's ECF system.

_____
Michael A. London