# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| MARK TRANCKINO | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | |
| | Civil Action No.: 2:16-cv-15352 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

### JOINT MOTION FOR LEAVE TO WITHDRAW MEYERS & FLOWERS, LLC AND SUBSTITUTE LEVIN SIMES, LLP AS COUNSEL OF RECORD

Pursuant to Local Rule pursuant to 83.2.11, MEYERS & FLOWERS, LLC and LEVIN SIMES, LLP, move this Court for leave to withdraw MEYERS & FLOWERS, LLC as counsel for Plaintiff and substitute LEVIN SIMES, LLP as counsel of record. In support of this motion, movants state as follows:

1

1. On October 7, 2016, MEYERS & FLOWERS, LLC filed Plaintiff's Complaint at Law and Jury Demand.

2. LEVIN SIMES, LLP also represents Plaintiff and is intimately familiar with Plaintiff's Xarelto lawsuit.

3. On April 26, 2018, LEVIN SIMES, LLP filed its appearance on behalf of Plaintiff in the case.

4. Because Plaintiff is and will continue to be represented by LEVIN SIMES, LLP, PTO No. 30 does not apply to this Motion.

5. MEYERS & FLOWERS, LLC wishes to withdraw its appearance in Plaintiff's case.

6. Granting MEYERS & FLOWERS, LLC's withdrawal will not delay the course of litigation in this matter, nor will it adversely impact or prejudice Plaintiff's case.

7. Granting MEYERS & FLOWERS, LLC's withdrawal will not impede Plaintiff's ability to prosecute the case or defendants' ability to defend the matter.

WHEREFORE, movants request that this Court enter an Order withdrawing the appearance of MEYERS & FLOWERS, LLC as counsel for Plaintiff and substitute LEVIN SIMES, LLP as primary counsel of record for Plaintiff.

Respectfully submitted,

MEYERS & FLOWERS, LLC

/s/ Peter J. Flowers_____
Peter J. Flowers, Esq.
MEYERS & FLOWERS, LLC
3 N. 2nd Street, Suite 300
St. Charles, IL 60174
(630)232-6333
pjf@meyers-flowers.com