UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*David Kinchen v. Janssen Research & Development, LLC, et al; Case No. 2:15-cv-06267*

### NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiff David Kinchen, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff David Kinchen, which occurred on March 12, 2017. A Motion to Substitute Party Plaintiff and Leave to File an Amended Complaint will be filed by Movant Gail Brittain Kinchen as Exector for the Estate of David E. Kinchen, Deceased.

Dated: April 30, 2018

Respectfully submitted,

By: */s/ Roger C. Denton*
Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com

*Attorneys for Movant Gayle Brittain Kinchen as Executor for the Estate of David E. Kinchen and Decedent, David Kinchen*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/ Roger C. Denton