**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joseph DiMartino v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-14332*

**NOTICE AND SUGGESTION OF DEATH**

Counsel for Plaintiff Steven F. DiMartino, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Joseph DiMartino, Sr., which occurred on January 29, 2017. A Motion to Substitute Party Plaintiff and Leave to File an Amended Complaint will be filed by Movant Steven F. DiMartino as Executor for the Estate of Joseph DiMartino, Sr., Deceased.

Dated: April 30, 2018

Respectfully submitted,

By: /s/ *Roger C. Denton*
Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com

*Attorneys for Movant Steven F. DiMartino as Executor for the Estate of Joseph DiMartino, Sr., and Decedent, Joseph DiMartino, Sr.*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Roger C. Denton*