UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: LOUIS MINEAU 2:16-cv-00473 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

 Kindly enter the appearance of Neil D. Overholtz, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiff Louis J. Mineau in the above-captioned matter.

DATED: April 30, 2018

              By: /s/ Steven J. Brady, Esq.
                  Steven J. Brady (CA Bar #116651)
                  Dylan F. Pollard (CA Bar #180306)
                  Steven B. Stein (CA Bar #52829)
                  Brady Law Group
                  1015 Irwin Street
                  San Rafael, CA 94901
                  T: (415) 459-7300
                  F: (415) 459-7303
                  steve@bradylawgroup.com.

                  /s/ Neil D. Overholtz, Esq.
                  Neil D. Overholtz (FA Bar #188761)
                  Aylstock Witkin Kreis & Overholtz, PLLC
                  17 East Main Street, Suite 200
                  Pensacola, FL 32502
                  T: (850) 202-1010
                  F: (850) 916-7449
                  noverholtz@awkolaw.com

                  **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on April 30, 2018, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 30, 2018                By:    /s/ Steven J. Brady, Esq.
                                            Steven J. Brady (CA Bar #116651)
                                            Dylan F. Pollard (CA Bar #180306)
                                            Steven B. Stein (CA Bar #52829)
                                            Brady Law Group
                                            1015 Irwin Street
                                            San Rafael, CA 94901
                                            T: (415) 459-7300
                                            F: (415) 459-7303
                                            steve@bradylawgroup.com.

                                            /s/ Neil D. Overholtz, Esq.
                                            Neil D. Overholtz (FA Bar #188761)
                                            Aylstock Witkin Kreis & Overholtz, PLLC
                                            17 East Main Street, Suite 200
                                            Pensacola, FL 32502
                                            T: (850) 202-1010
                                            F: (850) 916-7449
                                            noverholtz@awkolaw.com

                                            **ATTORNEYS FOR PLAINTIFF**