# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*   MDL No. 2592<br>*   SECTION: L<br>*<br>*   Judge: ELDON E. FALLON<br>*<br>*<br>* |

**THIS DOCUMENT RELATES TO:**

KAREN HODGES, 2:17-cv-12603; MAYNARD NELSON, 2:17-cv-13629; BARBARA GIGUERE, 2:17-cv-15555; BEVERLY WILCOX, 2:17-cv-16613; BARBARA KOBLITZ, 2:17-cv-17689; SHARRON JAMISON, 2:17-cv-17879; LARRY BROWN, 2:18-cv-00097; JOSEPH GARCIA, 2:18-cv-00150; J.W. SPATES, 2:18-cv-00307; GLORIA CROSS, 2:18-cv-01664; JON CARSON, 2:18-cv-01661; LINDA ANDRUS, 2:18-cv-01658; FRANCES BOOTH, 2:18-cv-01656; GUSTAVO SANTIAGO MARRERO, 2:18-cv-01654; CARLOS CABRERA, 2:18-cv-01652; ANGELIKA VAN PETTY, 2:18-cv-01646; ARNOLD STAUBS, 2:18-cv-01635; RICHARD WELCH, 2:18-cv-01629; LORETTA LYNN KING, 2:18-cv-03401.

## MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE

Plaintiffs move this Court for substitution of counsel, asking that Sarah Wolter of Andrus Wagstaff PC, located at 7171 W. Alaska Drive, Lakewood, CO 80226 be permitted to hereby appear as counsel for the Plaintiffs, and be substituted for Breann Plasters, of Andrus Wagstaff PC, as attorney of record for Plaintiffs in the above-referenced actions. Sarah Wolter is already registered in MDL 2592 and serving as Plaintiffs counsel on MDL Centrality. Plaintiff moves that the Clerk of this Court be requested to make such entries as may be required to record such substitution.

Dated: April 30, 2018

2

Respectfully Submitted:

By:  /s/ Breann J. Plasters
Breann J. Plasters, CO Bar No. 49602
Vance R. Andrus, LA Bar No. 2484
Aimee H. Wagstaff, Esq., CO Bar No. 36819
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: Breann.Plasters@andruswagstaff.com

*Attorneys for Plaintiff*

2