UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * |
| | MDL No. 2592 |
| | SECTION: L |
| | Judge: ELDON E. FALLON |

**THIS DOCUMENT RELATES TO:**

KAREN HODGES, 2:17-cv-12603; MAYNARD NELSON, 2:17-cv-13629; BARBARA GIGUERE, 2:17-cv-15555; BEVERLY WILCOX, 2:17-cv-16613; BARBARA KOBLITZ, 2:17-cv-17689; SHARRON JAMISON, 2:17-cv-17879; LARRY BROWN, 2:18-cv-00097; JOSEPH GARCIA, 2:18-cv-00150; J.W. SPATES, 2:18-cv-00307; GLORIA CROSS, 2:18-cv-01664; JON CARSON, 2:18-cv-01661; LINDA ANDRUS, 2:18-cv-01658; FRANCES BOOTH, 2:18-cv-01656; GUSTAVO SANTIAGO MARRERO, 2:18-cv-01654; CARLOS CABRERA, 2:18-cv-01652; ANGELIKA VAN PETTY, 2:18-cv-01646; ARNOLD STAUBS, 2:18-cv-01635; RICHARD WELCH, 2:18-cv-01629; LORETTA LYNN KING, 2:18-cv-03401.

**ORDER RE: MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE**

Considering the foregoing Consent Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that Breann Plasters has withdrawn as Plaintiffs' attorney of record.

**IT IS FURTHERED ORDERED** that Sarah A. Wolter of Andrus Wagstaff, PC is enrolled as Plaintiffs' sole attorney of record herein.

**DONE AND SIGNED** this ____day of _____, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE