# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

Due to a conflict with the Court's calendar,

**IT IS ORDERED** that the monthly status conference previously set for June 25, 2018 is hereby **RESET** for Wednesday, June 27, 2018 at 9:00 a.m. The Court has set up a conference line for auditing the conference. To audit, call (800) 260-0702 and enter access code 448348.

New Orleans, Louisiana this 30th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE