**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
DELORES ROSEN
2:16-cv-10845

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Neil D. Overholtz, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiff Delores B. Rosen in the above-captioned matter.

DATED: April 30, 2018

By:    /s/ Steven J. Brady, Esq.
       Steven J. Brady (CA Bar #116651)
       Dylan F. Pollard (CA Bar #180306)
       Steven B. Stein (CA Bar #52829)
       Brady Law Group
       1015 Irwin Street
       San Rafael, CA 94901
       T: (415) 459-7300
       F: (415) 459-7303
       steve@bradylawgroup.com.

       /s/ Neil D. Overholtz, Esq.
       Neil D. Overholtz (FA Bar #188761)
       Aylstock Witkin Kreis & Overholtz, PLLC
       17 East Main Street, Suite 200
       Pensacola, FL 32502
       T: (850) 202-1010
       F: (850) 916-7449
       noverholtz@awkolaw.com

       **ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 30, 2018, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:  April 30, 2018        By:    /s/ Steven J. Brady, Esq.
                                         Steven J. Brady (CA Bar #116651)
                                         Dylan F. Pollard (CA Bar #180306)
                                         Steven B. Stein (CA Bar #52829)
   Brady Law Group
   1015 Irwin Street
   San Rafael, CA  94901
   T: (415) 459-7300
   F: (415) 459-7303
   steve@bradylawgroup.com.

   /s/ Neil D. Overholtz, Esq.
   Neil D. Overholtz (FA Bar #188761)
   Aylstock Witkin Kreis & Overholtz, PLLC
   17 East Main Street, Suite 200
   Pensacola, FL 32502
   T: (850) 202-1010
   F: (850) 916-7449
   noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**