UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*David Kinchen v. Janssen Research & Development, LLC, et al; Case No. 2:15-cv-06267*

### MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Movant Gail Brittain Kinchen, pursuant to Federal Rule of Civil Procedure 25(a)(1) and requests the Court to enter an order substituting Gail Brittain Kinchen, the surviving spouse of Plaintiff David Kinchen and appointed Executor for the Estate of David E. Kinchen, Deceased, in the place of David Kinchen as Plaintiff. In addition, pursuant to Federal Rule of Civil Procedure 15(a)(2), Movant seeks leave to file an Amended Complaint to reflect the substitution of the party plaintiff and to amend certain allegations to reflect the substitution. The Amended Complaint is attached hereto. In support hereof, Movant states:

1. Plaintiff David Kinchen's case was filed on or about November 23, 2015 (*David Kinchen v. Janssen Research & Development, LLC, et al*; Case No. 2:15-cv-06267).

2. All named Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

   a. On or about November 30, 2015, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

    b. On or about December 2, 2015, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

    c. On or about November 30, 2015, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

    d. On or about November 24, 2015, Defendant Janssen Pharmaceuticals was served by a process server with the Complaint and Summons.

    e. On or about November 25, 2015, Janssen Ortho, LLC was served by a process server with the Complaint and Summons.

3. Plaintiff David Kinchen passed away on March 12, 2017.

4. David Kinchen's action against Defendants survives his death and is not extinguished.

5. On April 25, 2017, the Probate Court of Henry County, State of Georgia, appointed Gayle Brittain Kinchen as the Executor for the Estate of David E. Kinchen per Letters Testamentary. A copy of said appointment and Plaintiff David Kinchen's death certificate is attached as Exhibit A. The undersigned counsel represents Movant, Gail Brittain Kinchen, as Executor for the Estate of David E. Kinchen.

6. The undersigned counsel filed the Notice and Suggestion of Death on or about April 30, 2018, attached hereto.

7. Counsel for Movant seeks to substitute Gayle Brittain Kinchen, as Executor for the Estate of David E. Kinchen, Deceased, as Plaintiff in the present action.

8.  Additionally, Movant seeks leave to file an Amended Complaint to identify the Plaintiff as Gail Brittain Kinchen, as Executor for the Estate of David E. Kinchen, Deceased, and to amend certain allegations to be consistent with the party substitution.

9.  Pursuant to Federal Rule of Civil Procedure 15(a)(2), leave of court to amend a complaint shall be freely given when justice so requires. Granting this motion will not prejudice Defendants.

WHEREFORE, Counsel for Movant Gayle Brittain Kinchen, as Executor for the Estate of David E. Kinchen, requests the Court to enter an Order substituting Movant as the Plaintiff in the place of David Kinchen, Deceased, and to grant the motion to file the Amended Complaint, deeming the Amended Complaint attached to this motion to be filed as of the date of the entry of the Court's Order.  A proposed Order is attached hereto.

Dated:  May 1, 2018                              Respectfully submitted,

> By: /s/ Roger C. Denton
> Roger C. Denton, Esq. (MO # 30292)
> Kristine K. Kraft, Esq. (MO # 37971)
> Ashley Brittain Landers, Esq. (MO # 62763)
> SCHLICHTER, BOGARD & DENTON
> 100 South 4th Street
> Saint Louis, MO 63102
> Telephone:  (314) 621-6115
> Fax:  (314) 621-7151
> rdenton@uselaws.com
> kkraft@uselaws.com
> abrittain@uselaws.com
>
> *Attorneys for Movant Gail Brittain Kinchen as Executor for the Estate of David E. Kinchen and Decedent, David Kinchen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

<em>s/ Roger C. Denton</em>