# EXHIBIT A

**IN THE PROBATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

| | | | |
|---|---|---|---|
| IN RE: ESTATE OF | ) | ESTATE NO.: | 2017-ES-220 |
| | ) | | |
| DAVID E. KINCHEN, | ) | | |
| Deceased. | ) | | |

## LETTERS TESTAMENTARY
*[Relieved of Filing Returns]*

At a regular term of Probate Court, the Last Will and Testament dated **JUNE 12, 1998** (and Codicil(s) dated **N/A**) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, was legally proven in Solemn Form to be the Decedent's Will and was admitted to record by order, and it was further ordered that **GAYLE BRITTAIN KINCHEN**, named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

THEREFORE, the Executor(s), having taken the oath of office and complied with all the necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Executor(s) under the Will of said Decedent, according to the Decedent's Will and the law.

Given under my hand and official seal, the **25th** day of **April**, 2017.

KELLEY S. POWELL
Probate Judge

NOTE: *The following must be signed if the Judge does not sign the original of this document:*

Issued by: Brenda Walker
PROBATE CLERK/DEPUTY CLERK

*[Seal]*

# GEORGIA DEATH CERTIFICATE

State File Number: 2017GA000014604

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | DAVID EUGENE KINCHEN |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 03/12/2017 |
| 3. SOCIAL SECURITY NUMBER | |
| 4a. AGE (Years) | 71 |
| 4b. UNDER 1 YEAR (Mos. Days) | |
| 4c. UNDER 1 DAY (Hours Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | HENRY |
| 7c. CITY, TOWN | MCDONOUGH |
| 7d. STREET AND NUMBER | |
| 7e. ZIP CODE | 30252 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | SUPERVISOR |
| 8b. KIND OF INDUSTRY OR BUSINESS | COMMUNICATIONS |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | GAYLE EVELYN BRITTAIN |
| 11. FATHER'S FULL NAME (First, Middle, Last) | NEWTON RAY KINCHEN |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | FRANCES ADAMS |
| 13a. INFORMANT'S NAME (First, Middle, Last) | GAYLE EVELYN KINCHEN |
| 13b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 13c. MAILING ADDRESS | |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT (Italian, Mex.,French, English, etc.) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | WHITE |
| 17a. IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | PIEDMONT HENRY HOSPITAL |
| 19. CITY, TOWN or LOCATION OF DEATH | STOCKBRIDGE |
| 20. COUNTY OF DEATH | HENRY |
| 21. METHOD OF DISPOSITION (specify) | CREMATION |
| 22. PLACE OF DISPOSITION | NATIONAL CREMATION SOCIETY CREMATORY 500 HARBINS ROAD LILBURN GEORGIA 30047 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 03/16/2017 |
| 24a. EMBALMER'S NAME | |
| 24b. EMBALMER LICENSE NO. | |
| 25. FUNERAL HOME NAME | HAISTEN FUNLS AND CREMATIONS |
| 25a. FUNERAL HOME ADDRESS | 1745 ZACK HINTON PARKWAY S MCDONOUGH GEORGIA 30253 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | SHAUN E LAKE |
| 26b. FUN. DIR. LICENSE NO | 4474 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 03/12/2017 |
| 28. HOUR PRONOUNCED DEAD | 09:24 AM |
| 29a. PRONOUNCER'S NAME | LAURA JEAN TOWATER |
| 29b. LICENSE NUMBER | 065802 |
| 29c. DATE SIGNED | 03/12/2017 |
| 30. TIME OF DEATH | 09:24 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest. Of ventricular fibrilation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death)

A. HYPERTENSIVE CARDIOVASCULAR DISEASE — Approximate interval between onset and death: UNKNOWN
Due to, or as a consequence of
B.
Due to, or as a consequence of
C.
Due to, or as a consequence of
D.

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

DIABETES

33. WAS AUTOPSY PERFORMED? NO
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

35. TOBACCO USE CONTRIBUTED TO DEATH: UNKNOWN
36. IF FEMALE (range 10-54) PREGNANT: NOT APPLICABLE
37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify): NATURAL

38. DATE OF INJURY (Mo., Day, Year)
39. TIME OF INJURY
40. PLACE OF INJURY (Home, Farm, Street, Factory, Offce, Etc.) (Specify)
41. INJURY AT WORK? (Yes or No)

42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County)

43. DESCRIBE HOW INJURY OCCURRED

44. IF TRANSPORTATION INJURY

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

/S/ DONALD W CLEVELAND CORONER 65978

45a. DATE SIGNED (Mo., Day, Year)
45b. HOUR OF DEATH
46a. DATE SIGNED (Mo., Day, Year): 03/15/2017
46b. HOUR OF DEATH: 09:24 AM

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
DONALD W CLEVELAND 140 HENRY PARKWAY MCDONOUGH GEORGIA 30253

48. REGISTRAR (Signature): /S/ DONNA L. MOORE
49. DATE FILED - REGISTRAR (Mo., Day, Year): 03/17/2017

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 511-1-3 DPH RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

County Custodian: _____
Issued by: _____
Date Issued: MAR 17 2017

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.

VOID IF ALTERED OR COPIED