UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) | SECTION: L |
| ZULA MAE BLEDSAW, | ) ) | JUDGE ELDON E. FALLON |
| Plaintiff, | ) ) | MAG. JUDGE MICHAEL NORTH |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | ) ) ) ) ) ) | Civil Action No.: 2:16-cv-17513 |
| Defendants. | ) ) ) | |

## SUGGESTION OF DEATH OF ZULA MAE BLEDSAW AND MOTION TO SUBSTITUTE PROPER PARTY

Alice S. Jones, as Executrix of the Estate of Zula Mae Bledsaw, by counsel, and pursuant to Rule 25 of the Federal Rules of Civil Procedure, submits for the record this Suggestion of Death of Plaintiff Zula Mae Bledsaw, and moves the Court to substitute the Estate of Zula Mae Bledsaw, by Executrix Alice S. Jones, as Plaintiff in place of Zula Mae Bledsaw. In support of this Motion, Plaintiff states as follows:

Zula Mae Bledsaw passed away on January 30, 2018. On March 22, 2018, the Jefferson District Court of the Commonwealth of Kentucky appointed Alice S. Jones as the Executrix of the Estate of Zula Mae Bledsaw. The Order appointing Alice Jones as Executrix of the Estate of Zula Mae Bledsaw is attached as Exhibit A.

This Motion is timely filed and Defendants will not suffer any prejudice. For these reasons, Plaintiff respectfully requests this Court grant her Motion to Substitute Alice Jones, as

Executrix of the Estate of Zula Mae Bledsaw, as the Plaintiff so that Ms. Bledsaw's claims survive and this action on her behalf may proceed.

A proposed order substituting Ms. Jones in her representative capacity is attached as Exhibit B.

>Respectfully submitted,
>
>/s/Jennifer A. Moore
>Jennifer A. Moore
>GROSSMAN & MOORE, PLLC
>401 West Main Street, Suite 1801
>Louisville, KY 40202
>jmoore@gminjurylaw.com
>Phone: (502) 657-7100
>Fax: (502) 657-7111
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all ECF users registered with the Court for this case.

>/s/ Jennifer A. Moore
>*Counsel for Plaintiff*