Page 1 of 1
Commonwealth of Kentucky
Court of Justice
www.courts.ky.gov



**CERTIFICATE OF QUALIFICATION**

Court _____ District _____

County _____ Jefferson _____

IN Re: Estate of ZULA MAE BLEDSAW    DOD: 01/30/2018

Proper petition having been filed and the Court having appointed _____

Alice S. Jones _____, as _____

Executrix

of the above estate on the 22nd day of March, 2 018, and the fiduciary having

filed in Court bond in the sum of $ 100,000.00, the amount fixed, with _____ WOS _____

_____ as surety,

which was approved by the Court, said fiduciary was thereupon duly sworn as required by law and thus qualified on the above date.

The above Order and Qualification is in full force and effect this **MAR 2 2 2018**
(Date)

Attest: CERTIFIED OF RECORD _____ Clerk
OF JEFFERSON DISTRICT COURT
DAVID L. NICHOLSON, CLERK

BY: _____ DAVID L. NICHOLSON, CLERK _____ D.C.
Deputy Clerk