UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) | SECTION: L |
| ZULA MAE BLEDSAW, | ) ) | JUDGE ELDON E. FALLON |
| Plaintiff, | ) ) | MAG. JUDGE MICHAEL NORTH |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | ) ) ) ) ) ) | Civil Action No.: 2:16-cv-17513 |
| Defendants. | ) ) | |

## **[PROPOSED] ORDER SUBSTITUTING PLAINTIFF**

On the motion of Alice Jones, as Executrix of the Estate of Zula Mae Bledsaw, and having reviewed the record and being otherwise sufficiently advised,

**IT IS ORDERED** that the Motion to Substitute Proper Party is **GRANTED** and Alice S. Jones, as Executrix of the Estate of Zula Mae Bledsaw, is SUBSTITUTED as Plaintiff in the instant action with the authority to maintain, prosecute, and settle this action. Accordingly, this action shall proceed with Alice S. Jones, as Executrix of the Estate of Zula Mae Bledsaw, as Plaintiff.

This _____ day of _____.

_____
United States District Judge