UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**  *Elizabeth Atkins v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-02022  **No. 2:15-cv-02022** | **MDL No. 2592**  SECTION: L  JUDGE: ELDON E. FALLON  MAG. JUDGE: MICHAEL NORTH |

**NOTICE OF DEATH OF PLAINTIFF**

COME NOW Counsel for Plaintiff Elizabeth Atkins, and hereby notify the Court and the parties of the death of Plaintiff Elizabeth Atkins. Plaintiff's counsel was only recently notified of her death and obtained her death certificate today. A copy of Mrs. Atkins' death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

**THIS CASE IS AN APRIL 16, 2018 WAVE 1 REMAND SELECTION.**

Respectfully submitted,                Dated: May 1, 2018

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## **Certificate of Service**

The undersigned hereby certifies the foregoing was filed with the Court on May 1, 2018 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward