# STATE OF TENNESSEE
## Office of Vital Records

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER

**DECEDENT**

1. DECEDENT'S LEGAL NAME: Elizabeth Atkins
2. SEX: Female
3. DATE OF DEATH: September 29, 2015
4. TIME OF DEATH (Approx.):
5a. AGE-Last Birthday (Years): 80
5b. UNDER 1 YEAR — Months:
5c. UNDER 1 DAY — Hours / Minutes:
6. DATE OF BIRTH: 1934
7. BIRTHPLACE: Sullivan County, TN
8a. PLACE OF DEATH: [X] Decedent's home
8b. FACILITY NAME:
8c. CITY OR TOWN: Gallatin
8d. COUNTY OF DEATH: Sumner
9. MARITAL STATUS: [X] Widowed
10. SURVIVING SPOUSE:
11a. DECEDENT'S USUAL OCCUPATION: Homemaker
11b. KIND OF BUSINESS/INDUSTRY: Domestic
12. SOCIAL SECURITY NUMBER: [redacted]
13a. RESIDENCE-STATE: Tennessee
13b. COUNTY: Sumner
13c. CITY OR TOWN: Gallatin
13d. STREET AND NUMBER: [redacted]
13e. INSIDE CITY LIMITS: [X] No
13f. ZIP CODE: 37066
14. WAS DECEDENT EVER IN US ARMED FORCES: [X] No
15. DECEDENT'S EDUCATION: [X] High school graduate or GED completed
16. DECEDENT OF HISPANIC ORIGIN: [X] No, not Spanish/Hispanic/Latino
17. DECEDENT'S RACE: [X] White

**PARENTS**

18. FATHER'S NAME: John Morrell
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Pauline O'Dell

**DISPOSITION**

20a. INFORMANT'S NAME: Tina Atkins
20b. RELATIONSHIP TO DECEDENT: daughter
20c. MAILING ADDRESS: [redacted] Gallatin, TN 37066
21a. METHOD OF DISPOSITION: [X] Burial
21b. PLACE OF DISPOSITION: Holston Valley Cemetery
21c. LOCATION: Abingdon, Virginia
22a. SIGNATURE OF FUNERAL DIRECTOR: Jack Stevens
22b. LICENSE NUMBER: 5278
22c. SIGNATURE OF EMBALMER: Bernard Sharum
22d. LICENSE NUMBER: 4242
23a. NAME AND ADDRESS OF FUNERAL HOME: Weaver Funeral Home 630 Locust Street Bristol, Tennessee 37620
23b. LICENSE NUMBER OF FUNERAL HOME: 229

**REGISTRAR**

24. REGISTRAR'S SIGNATURE
25. DATE FILED: October 05, 2015

**CERTIFIER**

26a. [X] PHYSICIAN
27b. LICENSE NUMBER: 43521 TN
27c. DATE SIGNED: 10-2-15
27d. NAME AND ADDRESS: 264 New Shackel Island Rd Hendersonville TN 37075

**MEDICAL CERTIFICATION**

28. PART I.
a. IMMEDIATE CAUSE: Cardiac Arrhythmia — Approximate interval: Unknown
b. Coronary Artery Disease — yrs.

29a. WAS AN AUTOPSY PERFORMED? [X] No
29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

30. MANNER OF DEATH: [X] Natural
31. DID TOBACCO USE CONTRIBUTE TO DEATH?
32. IF FEMALE: Not pregnant within past year

PH-1659 (Rev. 10/2011)    RDA 1399

---

7845043

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

R. Benton McDonough, JD
STATE REGISTRAR

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

Date Issued OCT 05 2015



7845043

## CERTIFICATION OF VITAL RECORD

*Susan M. Phillips*

SUSAN M. PHILLIPS
LOCAL REGISTRAR
SUMNER COUNTY HEALTH DEPARTMENT