UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joseph DiMartino v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-14332*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Movant Steven F. DiMartino, pursuant to Federal Rule of Civil Procedure 25(a)(1) and requests the Court to enter an order substituting Steven F. DiMartino, the surviving child of Plaintiff Joseph DiMartino, Sr. and appointed Executor for the Estate of Joseph DiMartino, Sr., Deceased, in the place of Joseph DiMartino, Sr., as Plaintiff. In addition, pursuant to Federal Rule of Civil Procedure 15(a)(2), Movant seeks leave to file an Amended Complaint to reflect the substitution of the party plaintiff and to amend certain allegations to reflect the substitution. The Amended Complaint is attached hereto. In support hereof, Movant states:

1. Plaintiff Joseph DiMartino's case was filed on or about August 31, 2016 (*Joseph DiMartino v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-14332).

2. All named Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

1

Case 2:14-md-02592-EEF-MBN   Document 9277   Filed 05/01/18   Page 2 of 4

    a. On or about October 21, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

    b. On or about November 1, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

    c. On or about October 19, 2016, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

    d. On or about October 20, 2016, Defendant Janssen Pharmaceuticals was served by a process server with the Complaint and Summons.

    e. On or about October 18, 2016, Defendant Janssen Ortho was served by a process server with the Complaint and Summons.

3. Plaintiff Joseph DiMartino, Sr. passed away on January 29, 2017.

4. Joseph DiMartino's action against Defendants survives his death and is not extinguished.

5. On July 7, 2017 and July 12, 2017, the Surrogate Court of the State of New York, Queens County, appointed Steven F. DiMartino as the Executor for the Estate of Joseph DiMartino, Sr., per Certificate of Appointment of Executor and Letters Testamentary. A copy of said appointment and Plaintiff Joseph DiMartino's death certificate is attached as Exhibit A. The undersigned counsel represents Movant, Steven F. DiMartino, as Executor for the Estate of Joseph DiMartio, Sr.

6. The undersigned counsel filed the Notice and Suggestion of Death on or about April 30, 2018, attached hereto.

2

7. Counsel for Movant seeks to substitute Steven F. DiMartino, as Executor for the Estate of Joseph DiMartino, Sr., Deceased, as Plaintiff in the present action.

8. Additionally, Movant seeks leave to file an Amended Complaint to identify the Plaintiff as Steven F. DiMartino, Executor for the Estate of Joseph DiMartino, Sr., Deceased, and to amend certain allegations to be consistent with the party substitution.

9. Pursuant to Federal Rule of Civil Procedure 15(a)(2), leave of court to amend a complaint shall be freely given when justice so requires. Granting this motion will not prejudice Defendants.

WHEREFORE, Counsel for Movant Steven F. DiMartino, as Executor for the Estate of Joseph DiMartino, Sr., requests the Court to enter an Order substituting Movant as the Plaintiff in the place of Joseph DiMartino, Sr., Deceased, and to grant the motion to file the Amended Complaint, deeming the Amended Complaint attached to this motion to be filed as of the date of the entry of the Court's Order.  A proposed Order is attached hereto.

Dated: May 1, 2018

Respectfully submitted,

By: /s/ Roger C. Denton
Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Fax:  (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com

*Attorneys for Movant Steven F. DiMartino as Executor for the Estate of Joseph DiMartino, Sr., and Decedent, Joseph DiMartino, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*s/ Roger C. Denton*
