# EXHIBIT A

Certificate# 239736

# Surrogate's Court of the State of New York
## Queens County
### Certificate of Appointment of Executor

File #: 2017-2828

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** Joseph DiMartino Sr
aka  Joseph DiMartino

**Date of Death:** January 29, 2017

**Domicile:** Queens County

**Fiduciary Appointed:** Steven F DiMartino
**Mailing Address:**

**Type of Letters Issued:** LETTERS TESTAMENTARY
**Letters Issued On:** July 7, 2017
**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated: July 12, 2017**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Queens County Surrogate's Court at Jamaica, New York.

WITNESS, Hon. Peter J Kelly, Judge of the Queens County Surrogate's Court.

Lee J. Coulman, Acting Chief Clerk
Queens County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Queens County Surrogate's Court*

C20 (Rev. 1/07)

INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.
FACE OR DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS

On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:

File #: 2017-2828
Date of Death: January 29, 2017

Name of Decedent: **Joseph DiMartino Sr**
AKA **Joseph DiMartino**

Domicile of Decedent: **Queens County**

Fiduciary Appointed: **Steven F DiMartino**
Mailing Address

Letters Issued: **LETTERS TESTAMENTARY**

Limitations: **NONE**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: **July 7, 2017**

IN TESTIMONY WHEREOF, the seal of the Queens County Surrogate's Court has been affixed.

WITNESS, Hon Peter J Kelly, Judge of the Queens County Surrogate's Court.

_____
Lee J. Coulman, Acting Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Queens County Surrogate's Court*

**Attorney:**
**James J Power**
**James J Power Esq**
6205 Fred iLL Jr Court
Pearl River NY 10965

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

DOH-1961 (8/2011)

**RECORDED DISTRICT:** 2951
**REGISTER NUMBER:** 153

**RESIDENCE**

**1. NAME:** First: Joseph  Middle: D.  Last: Martino Sr.
**2. SEX:** ☒ Male
**3A. DATE OF DEATH:** Month 01  Day 29  Year 2017
**3B. HOUR:** 7:20 A

**4A. PLACE OF DEATH:** ☒ Hospital Inpatient
**4B. FACILITY DATE ADMITTED:** Month 01  Day 16  Year 2017
**4C. NAME OF FACILITY:** North Shore University Hospital, Manhasset
**4D. LOCALITY:** ☒ Town — North Hempstead
**4E. COUNTY OF DEATH:** Nassau
**4F. MEDICAL RECORD NO.:** 40688420
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** ☒ No

**5. DATE OF BIRTH:** (blank)
**6A. AGE IN YEARS:** 79 yrs.
**7A. CITY AND STATE OF BIRTH:** Italy

**8. SERVED IN U.S. ARMED FORCES?** ☒ No
**9. DECEDENT OF HISPANIC ORIGIN?** A. ☒ No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** A. ☒ White/Caucasian

**11. DECEDENT'S EDUCATION:** 3. ☒ High school graduate or GED

**12. SOCIAL SECURITY NUMBER:** (blank)
**13. MARITAL STATUS:** ☒ Married
**14. SURVIVING SPOUSE:** Grace Zito

**15A. USUAL OCCUPATION:** Bus Driver
**15B. KIND OF BUSINESS OR INDUSTRY:** New York City
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** Triboro Coach

**16A. RESIDENCE (State or Country if not USA):** New York
**16B. County or Region/Province:** Queens
**16C. LOCALITY:** ☒ Town — Flushing
**16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS?** ☒ Yes
**16E. ZIP CODE:** 11354

**17. BIRTH NAME OF FATHER/PARENT:** First: Frank  MI: D.  Last: Martino
**18. BIRTH NAME OF MOTHER/PARENT:** First: Antonina  Last: Ditrapani

**19A. NAME OF INFORMANT:** Grace Di Martino

**20A.** 1. ☒ Burial
**Month** 2  **Day** 4  **Year** 2017
**20B. PLACE OF BURIAL:** Mt. St. Mary Cemetery
**20C. LOCATION:** Flushing, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Edward Guida Inc 47-20 104th St. Corona, NY 11368
**21B. REGISTRATION NUMBER:** 00517
**22A. NAME OF FUNERAL DIRECTOR:** Thomas Habermann
**22C. REGISTRATION NUMBER:** 11492

**23A. SIGNATURE OF REGISTRAR:** Wayne H. Wink
**Date Filed:** Month 1  Day 31  Year 17
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Lucia Yakley (Sr)
**24B. DATE ISSUED:** Month 1  Day 31  Year 17

---

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:**
**Certifier's Name:** Ethan Stolzenberg, M.D.
**License No.:** 275549
**Date:** Month 01  Day 30  Year 2017

**Certifier's Title:** ☒ Medical Examiner / Deputy Medical Examiner
**Address:** 2251 Hempstead Tpke. Bldg R., E. Meadow, NY 11554

**26A. Attending physician attended deceased FROM:** (blank)
**26B. Deceased last seen alive by attending physician:** (blank)
**26C. Pronounced Dead:** Month 01  Day 29  Year 2017  At 7:20A

**27. MANNER OF DEATH:** ☒ 6 Pending Investigation
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** ☒ Yes
**29A. AUTOPSY?** ☒ Yes
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** ☒ Yes

**30. DEATH WAS CAUSED BY:**
**PART I. IMMEDIATE CAUSE (A):** Pending further study
**DUE TO OR AS A CONSEQUENCE OF (B):** (blank)
**DUE TO OR AS A CONSEQUENCE OF (C):** (blank)

**PART II. OTHER SIGNIFICANT CONDITIONS:** (blank)

**DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ Unknown

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?** unk.

Side margin: JOSEPH DiMARTINO  DATE OF DEATH 1/29/17  TIME OF DEATH 7:20

No. 0012 66 - 2017

**DISTRICT 2951**

This is to certify that this is a true and correct copy of the original Certificate of Death on file in the Office of the Registrar, Town of North Hempstead, County of Nassau, State of New York.

Signature: *Wayne H. Wink, Jr.*     Date: JAN 3 1 2017

Wayne H. Wink Jr., Registrar of Vital Statistics

*N.B. Do not accept this copy unless the raised seal of the Town of North Hempstead is thereon affixed.*

VS Form TNH DEATH RECORD
7/2009 LCG tc/rvs