UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Joseph DiMartino v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-14332*

## NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiff Steven F. DiMartino, pursuant to Rule 25(a)(1) of the Federal Rules

of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Joseph

DiMartino, Sr., which occurred on January 29, 2017. A Motion to Substitute Party Plaintiff and

Leave to File an Amended Complaint will be filed by Movant Steven F. DiMartino as Executor

for the Estate of Joseph DiMartino, Sr., Deceased.

Dated: April 30, 2018

Respectfully submitted,

By: /s/ Roger C. Denton
Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com

*Attorneys for Movant Steven F. DiMartino
as Executor for the Estate of Joseph
DiMartino, Sr., and Decedent, Joseph
DiMartino, Sr.*

1

Case 2:14-md-02592-EEF-MBN Document 9256 Filed 04/30/18 Page 2 of 2

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I caused the foregoing to be electronically filed

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Roger C. Denton*