# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | |
| | ( | JUDGE FALLON |
| | ( | |
| | ( | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Caldwell v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-09243**

### PLAINTIFF EVA CALDWELL'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Eva Caldwell, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1.      Plaintiff Eva Caldwell contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in November of 2016.

2.      The Complaint in this matter was filed on September 18, 2017.

3.      Counsel has exhausted its resources to obtain a signed Declaration from Plaintiff.

4.      Undersigned counsel has attempted to communicate with Ms. Caldwell regarding the need to provide a signed Declaration from Plaintiff.  Counsel reached out via regular mail October 18, 2017; certified mail on December 28, 2017; regular and certified mail on March 29, 2018, April 10, 2018, and April 13, 2018; phone on December 14, 2017 and December 28, 2017; and e-mail on April 24, 2018.  As of today, counsel has not received a response to any of these attempts at communication.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide Declaration, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

May 1, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiff***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF.

Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing

in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*
Barrett Beasley
