# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592  SECTION: L  JUDGE FALLON  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Shoemaker, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07601**

### PLAINTIFF BARBARA SHOEMAKER'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Barbara Shoemaker, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Barbara Shoemaker contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in September of 2016.

2. The Complaint in this matter was filed on August 08, 2017, while record requests from some healthcare providers were still pending.

3. Counsel has exhausted its resources to obtain medical records and a signed Declaration from Plaintiff.

4. Undersigned counsel has attempted to communicate with Ms. Shoemaker regarding the need to provide medical records and a signed Declaration from Plaintiff. Counsel reached out via regular mail on November 22, 2016, July 11, 2017, August 31, 2017, September 21, 2017, October 10, 2017, and January 2, 2018; regular and certified mail on March 29, 2018, April 9,

1

2018, and April 13, 2018; phone on December 20, 2017; and e-mail on April 24, 2018. As of today, counsel has not received a response to any of these attempts at communication.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating usage and alleged injuries and a Declaration, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

May 1, 2018                                  Respectfully submitted,

                                             By: */s/ Barrett Beasley*
                                             Barrett Beasley, Esq.
                                             LA Bar Roll No. 25984
                                             SALIM-BEASLEY, LLC
                                             1901 Texas Street
                                             Natchitoches, LA 71457
                                             Phone: (800) 491-1817
                                             Facsimile: (318) 354-1227
                                             bbeasley@salim-beasley.com

                                             ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      */s/ Barrett Beasley*
                                      Barrett Beasley