UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Freeman, et al v. Janssen Research & Development LLC, et al*
**Civil Action No. 2:17-cv-09384**

### PLAINTIFF VALLARIE FREEMAN'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Vallarie Freeman, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Vallarie Freeman contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in May of 2017.

2. The Complaint in this matter was filed on September 21, 2017, while record requests from some healthcare providers were still pending.

3. Counsel has exhausted its resources to obtain medical records and a signed Declaration from Plaintiff.

4. Undersigned counsel has attempted to communicate with Ms. Freeman regarding the need to provide medical records and a signed Declaration from Plaintiff. Counsel reached out via regular mail September 21, 2017, October 18, 2017, and January 2, 2018; certified mail on December 28, 2017 and February 21, 2018; regular and certified mail on March 29, 2018, April 9,

1

2018, and April 13, 2018; phone on December 19, 2017; and e-mail on April 24, 2018. As of today, counsel has not received a response to any of these attempts at communication.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating usage and alleged injuries and a Declaration, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

May 1, 2018                                                Respectfully submitted,

                                                           By: */s/ Barrett Beasley*
                                                           Barrett Beasley, Esq.
                                                           LA Bar Roll No. 25984
                                                           SALIM-BEASLEY, LLC
                                                           1901 Texas Street
                                                           Natchitoches, LA 71457
                                                           Phone: (800) 491-1817
                                                           Facsimile: (318) 354-1227
                                                           bbeasley@salim-beasley.com

                                                           *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        */s/ Barrett Beasley*
                                        Barrett Beasley