UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Sult, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07507**

### PLAINTIFF SHIRLEY SULT'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Shirley Sult, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Shirley Sult contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in February of 2017.

2. The Complaint in this matter was filed on August 4, 2017, while record requests from some healthcare providers were still pending.

3. Counsel has exhausted its resources to obtain medical records and a signed Declaration from Plaintiff.

4. Undersigned counsel has attempted to communicate with Ms. Sult regarding the need to provide medical records and a signed Declaration from Plaintiff. Counsel has reached out via regular and certified mail on March 29, 2018, April 9, 2018, and April 13, 2018; and e-mail on

1

April 24, 2018. As of today, counsel has not received a response to these attempts of communication.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating alleged injuries and a Declaration, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

| | |
|---|---|
| May 1, 2018 | Respectfully submitted, |
| | By: */s/ Barrett Beasley* <br> Barrett Beasley, Esq. <br> LA Bar Roll No. 25984 <br> SALIM-BEASLEY, LLC <br> 1901 Texas Street <br> Natchitoches, LA 71457 <br> Phone: (800) 491-1817 <br> Facsimile: (318) 354-1227 <br> bbeasley@salim-beasley.com |
| | ***Attorney for Plaintiff*** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            */s/ Barrett Beasley*
                                            Barrett Beasley