UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*McGriff v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-08423**

### PLAINTIFF CATHY MCGRIFF'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Cathy McGriff, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Cathy McGriff contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in June of 2017.

2. The Complaint in this matter was filed on August 29, 2017, while record requests from some healthcare providers were still pending.

3. Counsel has exhausted its resources to obtain medical records.

4. Undersigned counsel has communicated with Ms. McGriff regarding the need to provide medical records in conversations on November 9, 2017 and December 20, 2017. Counsel reached out to follow up with client via certified mail on November 10, 2017; regular and certified mail on March 29, 2018, April 9, 2018, and April 13, 2018; and e-mail on April 24, 2018. As of today, counsel has not received a response to any of these attempts at communication.

1

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating usage and alleged injuries, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

May 1, 2018                                              Respectfully submitted,

                                                         By: */s/ Barrett Beasley*
                                                         Barrett Beasley, Esq.
                                                         LA Bar Roll No. 25984
                                                         SALIM-BEASLEY, LLC
                                                         1901 Texas Street
                                                         Natchitoches, LA 71457
                                                         Phone: (800) 491-1817
                                                         Facsimile: (318) 354-1227
                                                         bbeasley@salim-beasley.com


                                                         ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          */s/ Barrett Beasley*
                                          Barrett Beasley