# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Marks v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07501**

### PLAINTIFF MALCOLM J. MARKS' RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Malcolm J. Marks, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Malcolm J. Marks contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in February of 2016.

2. The Complaint in this matter was filed on August 4, 2017, while record requests from some healthcare providers were still pending. Proof of Xarelto usage was already established, and records allegedly proving injuries would soon follow.

3. To date, the records counsel has been able to obtain have not contained evidence of alleged injuries.

4. Plaintiff will provide an affidavit detailing his injury information.

1

5. Accordingly, undersigned counsel requests that Mr. Marks' claim not be dismissed with prejudice for failure to show alleged injuries at this time, and Plaintiff be given an additional 60 days to have the affidavit notarized and provide to undersigned counsel.

6. At all times relevant hereto, undersigned counsel has diligently sought proof of alleged injuries from all known healthcare providers. Plaintiff's request is not for purposes of delay but so that justice may be done. Plaintiff has never previously requested or received an extension of time to submit core PFS documentation.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

May 1, 2018                                    Respectfully submitted,
                                               By: */s/ Barrett Beasley*
                                               Barrett Beasley, Esq.
                                               LA Bar Roll No. 25984
                                               SALIM-BEASLEY, LLC
                                               1901 Texas Street
                                               Natchitoches, LA 71457
                                               Phone: (800) 491-1817
                                               Facsimile: (318) 354-1227
                                               bbeasley@salim-beasley.com

                                               *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                */s/ Barrett Beasley*
                                                Barrett Beasley