# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Halinski v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-06488**

### PLAINTIFF TONY HALINSKI'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Tony Halinski, III, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Tony Halinski, III contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in March of 2017.

2. The Complaint in this matter was filed on July 5, 2017, while record requests from some healthcare providers were still pending.

3. In Plaintiff Anthony Halinski's Response To the Court's Order To Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8790), Counsel requested additional time for Plaintiff to provide records.

4. Undersigned counsel has since attempted to communicate with Mr. Halinski via FedEx, telephone, and text on April 24, 2018. As of today, counsel has not received a response to these attempts at communication.

1

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating usage and alleged injuries and a Declaration, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

May 1, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      */s/ Barrett Beasley*
                                      Barrett Beasley