# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    (     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION    (
                               (     SECTION: L
                               (
                               (     JUDGE FALLON
                               (
                               (     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
***Shrum v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:17-cv-07582**

### PLAINTIFF ELIZABETH SHRUM'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Elizabeth Shrum, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1.     Plaintiff Elizabeth Shrum contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in May of 2017.

2.     The Complaint in this matter was filed on August 7, 2017, while record requests from some healthcare providers were still pending.

3.     In Plaintiff Elizabeth Shrum's Response In Opposition To the Court's Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8841), Counsel requested additional time for Plaintiff to provide records.

4.     Undersigned counsel has since attempted to communicate with Ms. Shrum via regular and certified mail on April 17, 2018 and via phone on April 25, 2018. As of today, counsel has not received a response to those attempts at communication.

1

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide records demonstrating usage and alleged injuries, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

May 1, 2018

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiff***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF.

Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing

in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

_/s/ Barrett Beasley_
Barrett Beasley