UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Zimmerman, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-05477**

### PLAINTIFF KIMBERLY ZIMMERMAN'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Kimberly Zimmerman, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Kimberly Zimmerman contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in April of 2017.

2. The Complaint in this matter was filed on June 1, 2017, while record requests from some healthcare providers were still pending. The Complaint was filed in good faith before all records were received in order to obtain a Qualified Protective Order (QPO) for the purposes of requesting records to support Ms. McKnight's claim.

3. Despite undersigned counsel's attempt to obtain records to support the Plaintiff's claims with the QPO, Plaintiff's counsel has been unsuccessful to date as Adena Regional Medical Center has refused to release records.

1

4. After the Complaint was filed on June 1, 2017, counsel filed an Ex Parte Motion for Entry of a HIPAA Protective Order to Obtain the Release of Medical Records on September 8, 2017 (Doc. 7545). Said order was issued by this Court on September 10, 2017 (Doc. 7566).

5. This document was provided to Adena Regional Medical Center once the request was placed on January 8, 2018 with a HIPAA authorization signed by the Plaintiff. On January 9, 2018, a representative responded on behalf of Adena Regional Medical Center, stating "Patient is expired. Need copy of death certificate and a signed authorization from the informant listed on the death certificate." (Ex. A).

6. Medical Elite, LLC, on behalf of undersigned counsel, sent another copy of the QPO to the attention of the representative, per the request of a representative they spoke with on January 15, 2018.

7. Medical Elite, LLC forwarded another copy of the complete request on January 23, 2018, at which point a representative from Adena Regional Medical Center confirmed the receipt.

8. On March 9, 2018, a representative of CIOX was unable to find a request for the patient. Medical Elite, LLC sent a third copy of the complete request and received confirmation from a representative of Adena Regional Medical Center that the request was received that same day.

9. Medical Elite, LLC received a verbal rejection from a representative of Adena Regional Medical Center on March 12, 2018. Counsel contacted the facility and was informed the facility simply needed another copy of the QPO before they could process the request; Medical Elite, LLC obliged and forwarded another request with a QPO on March 12, 2018.

10. Medical Elite, LLC received a third rejection on March 15, 2018 from a representative of Adena Regional Medical Center, stating "Per hospital policy, we need a copy of

patient's death certificate and a signed authorization from informant on death certificate or a signed auth from executor of estate from probate court with documentation." (Ex. A).

11.    At all times relevant hereto, undersigned counsel has diligently sought proof of alleged injuries from all known healthcare providers. Plaintiff's request is not for purposes of delay but so that justice may be done. Plaintiff has never previously requested or received an extension of time to submit core PFS documentation.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

May 1, 2018

Respectfully submitted,
By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                  */s/ Barrett Beasley*
                                  Barrett Beasley