UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Singh v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-05243**

### PLAINTIFF SHANKER SINGH'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Shanker Singh, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Shanker Singh contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in March of 2017.

2. The Complaint in this matter was filed on May 26, 2017, while record requests from some healthcare providers were still pending.

3. In Plaintiff Shanker Singh's Response In Opposition to the Court's Order To Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8842), Counsel requested additional time for Plaintiff to provide records.

4. Since then, Plaintiff provided medical records demonstrating alleged injury, and these documents were made available through MDL Centrality on May 1, 2018.

1

5. The deficiency in Plaintiff's case now is failure to provide a signed Declaration. Counsel has reached out to Plaintiff to coordinate the expedited return of this document and is awaiting a response.

6. Accordingly, undersigned counsel requests that Mr. Singh's claim not be dismissed with prejudice for failure to provide a signed Declaration at this time, and Plaintiff be given an additional 30 days to provide the Declaration.

7. Plaintiff's request is not for purposes of delay but so that justice may be done. Plaintiff has never previously requested or received an extension of time to submit core PFS documentation.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

| | |
|---|---|
| May 1, 2018 | Respectfully submitted,<br>By: */s/ Barrett Beasley*<br>Barrett Beasley, Esq.<br>LA Bar Roll No. 25984<br>SALIM-BEASLEY, LLC<br>1901 Texas Street<br>Natchitoches, LA 71457<br>Phone: (800) 491-1817<br>Facsimile: (318) 354-1227<br>bbeasley@salim-beasley.com<br><br>***Attorney for Plaintiff*** |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      */s/ Barrett Beasley*
                                      Barrett Beasley