UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO.: 2592 | |
| ) | | |
| ) | SECTION: L | |
| ) | JUDGE ELDON E. FALLON | |
| ) | MAG. JUDGE NORTH | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | | |
| HAYDEE CARDENAS   ) | | |
| Civil Action No. 2:15-cv-05217 ) | Civil Action No. 2:15-cv-05217 | |

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff HAYDEE CARDENAS on or about July 9, 2017.

Dated this the 2nd day of May, 2018

/s/ Carlos R. Diez-Arguelles
Carlos R. Diez-Arguelles, Esquire
Diez-Arguelles & Tejedor, PA
505 N. Mills Avenue
Orlando, FL  32803
Telephone: (407)705-2880
Facsimile:  (888)611-7879
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17 on this 27th day of February 2018.

                                            /s/Carlos R. Diez-Arguelles
                                            Carlos R. Diez-Arguelles