UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) Civil Action No: 2:14-md-02592 ) |

THIS DOCUMENT RELATES TO:
IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION
Civil Action No. 2:14-md-02592

**ORDER**

Based on the foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HERBY ORDERED**, that David B. Owen Jiménez of the Law Offices of Christopher K.

Johnston LLC, be enrolled as Co-Counsel of Record for plaintiffs in the listed cases.

Signed New Orleans, Louisiana this  27th day of _____April_____, 2018.

_____
Eldon E. Fallon, United States District Court Judge

**Exhibit A**

Edward Duquette v. Janssen Research & Development LLC et al-2:17-cv-03981

Carshena Gary v. Janssen Research & Development LLC et al-2:17-cv-04112

George Hoza v. Janssen Research & Development LLC et al-2:17-cv-04213

Gerald Rider v. Janssen Research & Development LLC et al-2:17-cv-04412

Michael Glazek v. Janssen Research & Development LLC et al-2:17-cv-04440

Adelaide Anderson v. Janssen Research & Development LLC et al-2:17-cv-04478

Jacob Savuola Jr v. Janssen Research & Development LLC et al-2:17-cv-04683

Margaret Kane v. Janssen Research & Development LLC et al-2:17-cv-04685

Helen Rutledge v. Janssen Research & Development LLC et al-2:17-cv-05098

Floyd Cross v. Janssen Research & Development LLC et al-2:17-cv-05523

Cynthia Jones v. Janssen Research & Development LLC et al-2:17-cv-05553

Harold Hensley v. Janssen Research & Development LLC et al-2:17-cv-05672

Dewitt Hilliker v. Janssen Research & Development LLC et al-2:17-cv-05682

Janet Jacobs v. Janssen Research & Development LLC et al-2:17-cv-05811

Joseph Schultz v. Janssen Research & Development LLC et al-2:17-cv-05866

Linda Hollis v. Janssen Research & Development LLC et al-2:17-cv-05891

Helen Finley v. Janssen Research & Development LLC et al-2:17-cv-05906

Lannie Brown v. Janssen Research & Development LLC et al-2:17-cv-05997

Joseph Canada v. Janssen Research & Development LLC et al-2:17-cv-06259

Rita Domingue v. Janssen Research & Development LLC et al-2:17-cv-06676

Kimmy James v. Janssen Research & Development LLC et al-2:17-cv-06989

Alexander Stadnik v. Janssen Research & Development LLC et al-2:17-cv-07217

Betty Barber v. Janssen Research & Development LLC et al-2:17-cv-07240

Betty Keeser v. Janssen Research & Development LLC et al-2:17-cv-07254

David Stigall v. Janssen Research & Development LLC et al-2:17-cv-07277

Deborah Melton v. Janssen Research & Development LLC et al-2:17-cv-07624

Danny Fulton v. Janssen Research & Development LLC et al-2:17-cv-07660

Elaine Petrimoulx v. Janssen Research & Development LLC et al-2:17-cv-07684

Edwin Krueger v. Janssen Research & Development LLC et al-2:17-cv-07697

Paul Soltis v. Janssen Research & Development LLC et al-2:17-cv-07703

Richard Cheslock v. Janssen Research & Development LLC et al-2:17-cv-07748

Raymond Harms v. Janssen Research & Development LLC et al-2:17-cv-07761

Rosemary Laur v. Janssen Research & Development LLC et al-2:17-cv-08047

Steve Sienko v. Janssen Research & Development LLC et al-2:17-cv-08054

Reba Nell Sanderson v. Janssen Research & Development LLC et al-2:17-cv-08065

William Bordner v. Janssen Research & Development LLC et al-2:17-cv-08092

William Devereaux v. Janssen Research & Development LLC et al-2:17-cv-08111

Willie Middleton v. Janssen Research & Development LLC et al-2:17-cv-08139

William Warren v. Janssen Research & Development LLC et al-2:17-cv-08152

Virginia Thompson v. Janssen Research & Development LLC et al-2:17-cv-08156

Velma Cochran v. Janssen Research & Development LLC et al-2:17-cv-08195

Wanda Hammers v. Janssen Research & Development LLC et al-2:17-cv-08236

Thomas Pitz v. Janssen Research & Development LLC et al-2:17-cv-08256

Russel Lowe v. Janssen Research & Development LLC et al-2:17-cv-08276

Timothy Ewert v. Janssen Research & Development LLC et al-2:17-cv-08282

Tania Chester v. Janssen Research & Development LLC et al-2:17-cv-08300

Ruth Sheppard v. Janssen Research & Development LLC et al-2:17-cv-08344

Robert Jones v. Janssen Research & Development LLC et al-2:17-cv-08365

Regina Hoots v. Janssen Research & Development LLC et al-2:17-cv-08389

Roberta Larson v. Janssen Research & Development LLC et al-2:17-cv-08406

LeAnn Lindemann v. Janssen Research & Development LLC et al-2:17-cv-09145

Frederick Walter Heider v. Janssen Research & Development LLC et al-2:17-cv-17183

Glinver Keith Struski v. Janssen Research & Development LLC et al-2:17-cv-17199

Jackie Wayne Anderson v. Janssen Research & Development LLC et al-2:17-cv-17300

Willie Moses v. Janssen Research & Development LLC et al-2:17-cv-17375

Willie Elston v. Janssen Research & Development LLC et al-2:17-cv-17388

Rockford Looney v. Janssen Research & Development LLC et al-2:17-cv-17405

William James Quemore v. Janssen Research & Development LLC et al-2:17-cv-17406

William Avery v. Janssen Research & Development LLC et al-2:17-cv-17407

Wesley Raymond Elliot v. Janssen Research & Development LLC et al-2:17-cv-17408

Renee Samuels v. Janssen Research & Development LLC et al-2:17-cv-17409

Thomas McKenzie v. Janssen Research & Development LLC et al-2:17-cv-17410

Vera Q. Gilbert v. Janssen Research & Development LLC et al-2:17-cv-17518

Tom Hampton v. Janssen Research & Development LLC et al-2:17-cv-17543

William Crofford v. Janssen Research & Development LLC et al-2:17-cv-17567

Ted Chikos v. Janssen Research & Development LLC et al-2:17-cv-17636

Sue Mackin v. Janssen Research & Development LLC et al-2:17-cv-17651

Shirley Hill v. Janssen Research & Development LLC et al-2:17-cv-17673

Jerri Ann Ficarro v. Janssen Research & Development LLC et al-2:17-cv-17682

Sherry Ann Giniel v. Janssen Research & Development LLC et al-2:17-cv-17698

Shelby King v. Janssen Research & Development LLC et al-2:17-cv-17704

Sharon Moore-Gates v. Janssen Research & Development LLC et al-2:17-cv-17721

Shay Shay Tommarello v. Janssen Research & Development LLC et al-2:17-cv-17923

Scott Walker v. Janssen Research & Development LLC et al-2:17-cv-17932

Sammy Bingham v. Janssen Research & Development LLC et al-2:17-cv-17964

Sam Hart v. Janssen Research & Development LLC et al-2:18-cv-00063

Ruben Rodriguez v. Janssen Research & Development LLC et al-2:18-cv-00091

Ruben Figueredo v. Janssen Research & Development LLC et al-2:18-cv-00105