UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Loussaert v. Janssen Research & Development LLC, et al*
CA# 2:17-cv-2910

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9251, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lisa Peer, on behalf of her deceased brother, Robert Loussaert, is substituted for Plaintiff Robert Loussaert as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE