**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL NO. 2592
PRODUCTS LIABILITY LITIGATION
                                                 SECTION L

                                                 JUDGE ELDON E. FALLON

                                                 MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Rosario v. Janssen Research & Development LLC, et al*
CA# 2:16-cv-14756

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 9252, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ana R. Rivera, surviving daughter, heir, and anticipated

representative of the estate of Dolores Rosario, is substituted for Plaintiff Dolores Rosario as the

proper party plaintiff in the above captioned case.


New Orleans, Louisiana, this 2nd day of May, 2018.


_____
UNITED STATES DISTRICT COURT JUDGE