UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Yvonne Brayden o/b/o Her deceased husband, William J. Brayden v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:17-cv-14761

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9266, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Yvonne Brayden, on behalf of her deceased husband, William J. Brayden, is substituted for Plaintiff William J. Brayden as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE