# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
JOSEPH D. ALIMONTI
2:15-cv-03916

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Neil D. Overholtz, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiff Joseph D. Alimonti in the above-captioned matter.

DATED:  May 2, 2018

By:    /s/ Steven J. Brady, Esq.
          Steven J. Brady (CA Bar #116651)
          Dylan F. Pollard (CA Bar #180306)
          Steven B. Stein (CA Bar #52829)
          Brady Law Group
          1015 Irwin Street
          San Rafael, CA 94901
          T: (415) 459-7300
          F: (415) 459-7303
          steve@bradylawgroup.com.

          /s/ Neil D. Overholtz, Esq.
          Neil D. Overholtz (FA Bar #188761)
          Aylstock Witkin Kreis & Overholtz, PLLC
          17 East Main Street, Suite 200
          Pensacola, FL 32502
          T: (850) 202-1010
          F: (850) 916-7449
          noverholtz@awkolaw.com

          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on May 2, 2018, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:  May 2, 2018          By:      /s/ Steven J. Brady, Esq.
                                      Steven J. Brady (CA Bar #116651)
                                      Dylan F. Pollard (CA Bar #180306)
                                      Steven B. Stein (CA Bar #52829)
                                      Brady Law Group
                                      1015 Irwin Street
                                      San Rafael, CA   94901
                                      T: (415) 459-7300
                                      F: (415) 459-7303
                                      steve@bradylawgroup.com.


                                      /s/ Neil D. Overholtz, Esq.
                                      Neil D. Overholtz (FA Bar #188761)
                                      Aylstock Witkin Kreis & Overholtz, PLLC
                                      17 East Main Street, Suite 200
                                      Pensacola, FL 32502
                                      T: (850) 202-1010
                                      F: (850) 916-7449
                                      noverholtz@awkolaw.com

                                      **ATTORNEYS FOR PLAINTIFF**