UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ANGELO APOLLONIO 2:16-cv-00421 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Neil D. Overholtz, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiff Angelo Apollonio in the above-captioned matter.

DATED: May 2, 2018

By:  /s/ Steven J. Brady, Esq.
Steven J. Brady (CA Bar #116651)
Dylan F. Pollard (CA Bar #180306)
Steven B. Stein (CA Bar #52829)
Brady Law Group
1015 Irwin Street
San Rafael, CA 94901
T: (415) 459-7300
F: (415) 459-7303
steve@bradylawgroup.com.

/s/ Neil D. Overholtz, Esq.
Neil D. Overholtz (FA Bar #188761)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
T: (850) 202-1010
F: (850) 916-7449
noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on May 2, 2018, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: May 2, 2018			By:	/s/ Steven J. Brady, Esq.
					Steven J. Brady (CA Bar #116651)
					Dylan F. Pollard (CA Bar #180306)
					Steven B. Stein (CA Bar #52829)
					Brady Law Group
					1015 Irwin Street
					San Rafael, CA   94901
					T: (415) 459-7300
					F: (415) 459-7303
					steve@bradylawgroup.com.

					/s/ Neil D. Overholtz, Esq.
					Neil D. Overholtz (FA Bar #188761)
					Aylstock Witkin Kreis & Overholtz, PLLC
					17 East Main Street, Suite 200
					Pensacola, FL 32502
					T: (850) 202-1010
					F: (850) 916-7449
					noverholtz@awkolaw.com

					**ATTORNEYS FOR PLAINTIFF**