UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Mendel, et al v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:17-cv-07406

### PLAINTIFF DAVID MENDEL'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, David Mendel, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff David Mendel contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in March of 2017.

2. The Complaint in this matter was filed on August 2, 2017, while record requests from some healthcare providers were still pending.

3. Plaintiff's deficiencies on both the Motion and Order was failure to provide address of pharmacies and prescription records.

4. Records demonstrating usage were received and uploaded to MDL Centrality on May 2, 2018. Counsel prepared an amended Plaintiff Fact Sheet based off the new records, and now requires a signed Declaration from Plaintiff to submit.

1

5. Counsel has communicated with Plaintiff regarding the need to provide a Declaration, and Plaintiff is in the process of returning it to undersigned counsel's office.

6. Accordingly, undersigned counsel requests that Mr. Mendel's claim not be dismissed with prejudice for failure to provide Declaration at this time, and Plaintiff be given an additional 30 days to provide the Declaration.

7. Plaintiff's request is not for purposes of delay but so that justice may be done. Plaintiff has never previously requested or received an extension of time to submit core PFS documentation.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

May 2, 2018                                  Respectfully submitted,
                                             By: */s/ Barrett Beasley*
                                             Barrett Beasley, Esq.
                                             LA Bar Roll No. 25984
                                             SALIM-BEASLEY, LLC
                                             1901 Texas Street
                                             Natchitoches, LA 71457
                                             Phone: (800) 491-1817
                                             Facsimile: (318) 354-1227
                                             bbeasley@salim-beasley.com

                                             *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              */s/ Barrett Beasley*
                                              Barrett Beasley