UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  )
                             )        MDL No. 2592
PRODUCTS LIABILITY LITIGATION )
                             )        SECTION L
                             )
                             )        JUDGE ELDON E. FALLON
                             )
                             )        MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Butler, et al. v. Bayer Corp., et al.*
**Case No.  2:17-cv-07158**

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE, DOC. #9054

COMES NOW Plaintiff Julie Butler, as the Personal Representative of the Estate of Richard Butler, Decedent, and states as follows:

1. On April 3, 2018, this Honorable Court entered Doc.#9054, Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet.

2. Plaintiff's Counsel had attempted to contact Plaintiff Julie Butler numerous times before the present Order was issued, and Plaintiff's Counsel continued to attempt to contact Plaintiff during the following weeks, to expedite the returns of the Plaintiff Fact Sheet ("PFS).

3. Only in the last week, Plaintiff's Counsel discovered that Plaintiff had been traveling in England for an extended time when she responded to Plaintiff's Counsel.

4. Plaintiff's Counsel then promptly submitted the overdue PFS on April 30, 2018.

WHEREFORE, Plaintiff respectfully requests that this Court consider Plaintiff Julie Butler to have served a PFS as required by CMO No. 1 and excuse Plaintiff's Counsel from appearing on May 8, 2018 before this Court.

Respectfully submitted,

                            **FLINT LAW FIRM, LLC**

                  By:    *s/ Jacob A. Flint*
                         Jacob A. Flint, IL Bar No. 6299777
                         Flint Law Firm, LLC
                         222 E. Park St., Suite 500
                         P.O. Box 189
                         Edwardsville, IL 62025
                         Phone:  618-205-2017
                         Fax:  618-288-2864
                         jflint@flintlaw.com

**Certificate of Service**

I hereby certify that on this the 2nd day of May 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

*/s/Jacob A. Flint*