THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No.:  2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Tracy R. Anderson (Shean), in her individual capacity and as Administratrix for the Estate of Daniel Walters Shean, v. Bayer Healthcare Pharmaceuticals, Inc., et al.,* Case No.:  2:17-cv-17890-EEF-MBN | | |

**MOTION FOR ENLARGEMENT OF TIME
TO SERVE PROCESS ON CERTAIN DEFENDANTS**

NOW COMES Plaintiff Tracy R. Anderson, in her individual capacity and as Administratrix for the Estate of Daniel Walters Shean ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 5.1, and hereby moves the Court for an Order enlarging the time within which Plaintiff may serve process on Defendants Janssen and the Defendant Johnson & Johnson for thirty-two (32) days, to and including June 4, 2018. In support of this Motion, Plaintiff shows the Court that:

1.  Plaintiff filed her Complaint on or about December 28, 2017;

2.  On or around January 22, 2018, the Court issued Summonses for the following Defendants: Janssen Research & Development LLC, f/k/a Johnson and Johnson Research and Development LLC; Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Janssen Ortho LLC ("Defendants Janssen");

3.  On or around January 24, 2018, the Court issued a Summons for Defendant Johnson & Johnson;

1

4. Plaintiff timely served the Bayer Defendants pursuant to CMO No. 10;

5. Due to an administrative oversight and a misreading of the relevant Case Management Orders, Plaintiff inadvertently did not serve process on the Defendants Janssen and Defendant Johnson & Johnson within the permitted timeframe;

6. Counsel for Plaintiff respectfully requests additional time to serve process on the Defendants Janssen and Defendant Johnson & Johnson;

7. Neither Plaintiff nor Plaintiff's counsel intentionally delayed service of process on any Defendant;

8. Plaintiff does not interpose this motion for the purpose of delay or for any other negative purpose.

WHEREFORE, Plaintiff requests that she be given an additional thirty-two days from today's date, to and including June 4, 2018, within which to serve process on Defendants Janssen and Defendant Johnson & Johnson in this action.

Dated: May 3, 2018            Respectfully submitted,

/s/ H. Clay Hodges, Jr.
H. Clay Hodges, Jr.  (NC Bar #29270)
HARRIS SARRATT & HODGES, LLP
1620 Hillsborough St., Ste. 200
Raleigh, NC  27605
Email:  chodges@hshllp.com
Tel:  919.546.8788
Fax: 919.546.8789
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of MDL Centrality, which will send notification of such electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        Respectfully submitted,

        /s/ H. Clay Hodges, Jr.
        H. Clay Hodges, Jr.  (NC Bar #29270)
        Harris Sarratt & Hodges, LLP
        1620 Hillsborough St., Ste. 200
        Raleigh, NC  27605
        Email:  chodges@hshllp.com
        Tel:  919.546.8788
        Fax: 919.546.8789
        ***Attorney for Plaintiff***