THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No.: 2592 <br><br> SECTION: L <br><br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Tracy R. Anderson (Shean), in her individual capacity and as Administratrix for the Estate of Daniel Walters Shean, v. Bayer Healthcare Pharmaceuticals, Inc., et al.,* Case No.: 2:17-cv-17890-EEF-MBN | | |

# ORDER

FOR GOOD CAUSE SHOWN, and based on Plaintiff's *Motion for Enlargement of Time to Serve Process on Certain Defendants*, Plaintiff is granted an additional thirty two days from May 3, 2018, to and including June 4, 2018, within which to serve process on Defendants Janssen and Defendant Johnson & Johnson in this action.

This the _____ day of May, 2018.

_____
Judge Eldon Fallon, United States District Court

1