# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDDIE MILLER as personal representative of The estate of GEORGIA MILLER, <br><br> Plaintiffs. <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTH LLC, JANSSEN PHARMACEUTICAL, INC. F/K/A JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA INC, F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER HEALTHCARE LLC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, AND BAYER AG, <br><br> Defendants. | MDL NO. 2592 <br><br> JUDGE: ELDON E. FALLON <br><br> SECTION: L <br><br> MAG. JUDGE: MICHAEL NORTH <br><br> CIVIL ACTION NO. 2:17-cv-11613 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Freddie Miller, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, and with consent of all parties, hereby seek to amend the Complaint to include a count for wrongful death. Specifically, in the "Plaintiffs' Specific Allegations", as well as the body of the complaint.

Plaintiff Freddie Miller's initial Complaint was filed via LAED CM/ECF on October 31, 2017 and service was executed thereafter on November 7th, 2017. Complaint in error did not include a

wrongful death count.  Plaintiff suffered an internal bleeding event on January 30, 2017 and passed away on January 31, 2017.

    Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion, as stated on the attached exhibit "A".

    WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and Order to Amend Complaint.

Dated: May 3rd, 2018

    Respectfully submitted,

    SWMW Law, LLC

By: /s/Stephen B. Wohlford
    Benjamin R. Schmickle, #6270568
    Stephen B. Wohlford, #IL6287698
    701 Market Street, Suite 1000
    St. Louis, MO 63101
    (314) 480-5180
    (314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**