**Mica Harris**

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Wednesday, May 02, 2018 4:59 PM |
| **To:** | Melanie Schmickle |
| **Cc:** | Mica Harris; Tara King; 67d0038ca+matter1045817030@maildrop.clio.com |
| **Subject:** | RE: Miller, Georgia, XRT 2:17-cv-11613 |

Melanie,

Apologies for the delay in getting back to you. Defendants do not oppose the filing of the Motion to Amend in the Georgia Miller matter.

**Kelly Brilleaux**
Associate Attorney
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
504.310.2233 direct • 504.310.2101 fax
website • bio • vCard

IRWIN FRITCHIE
URQUHART & MOORE LLC
COUNSELORS AT LAW

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Melanie Schmickle [mailto:melanie@swmwlaw.com]
**Sent:** Thursday, April 05, 2018 3:40 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Mica Harris <mica@swmwlaw.com>; Tara King <tara@swmwlaw.com>; 67d0038ca+matter1045817030@maildrop.clio.com
**Subject:** Re: Miller, Georgia, XRT 2:17-cv-11613

I believe because we had a full understanding of only the bleeding event at the time of filing, but not the entire timeline of events and record. Thanks.

Sent from my iPhone

On Apr 5, 2018, at 2:13 PM, Kelly Brilleaux <kbrilleaux@irwinllc.com> wrote:

> Counsel,
>
> After review of the pleadings, it appears that the original complaint was filed on behalf of Freddie Miller, as personal representative of the estate of Georgia Miller, after the Xarelto user was deceased, and that the original complaint did not include a claim for wrongful death at that time. Can you advise as to why there was no wrongful death claim in the original complaint?

1

Thank you,

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax

<image001.png>

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Melanie Schmickle [mailto:melanie@swmwlaw.com]
**Sent:** Thursday, March 15, 2018 12:46 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Mica Harris <mica@swmwlaw.com>; Tara King <tara@swmwlaw.com>; 67d0038ca+matter1045817030@maildrop.clio.com
**Subject:** Miller, Georgia, XRT 2:17-cv-11613

Ms. Brilleaux:
I am writing to request your client's consent to filing the attached Amended Complaint. I have also attached the Motion and Proposed Order for your review. Thank you for your assistance in this matter.

Yours truly,

**Melanie Schmickle**
**Attorney**
<image002.jpg>
701 Market Street, Suite 1000
St. Louis, MO 63101
direct  314-665-2692
office 314-480-5180
fax  314-932-1566
melanie@swmwlaw.com

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited. If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes

2

from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.