UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVOROXABAN) | * | |
| PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | |
| | * | SECTION:   L |
| | * | |
| | * | JUDGE:  ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE MICHAEL NORTH |
| | * | |

THIS DOCUMENT RELATES TO:

**CINDY LAMBRECHT, ET AL.**

Civil Action No.: 2:15-cv-06917

### PLAINTIFF CINDY LAMBRECHT'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT DEFICIENCIES

Now comes Plaintiff, Cindy Lambrecht, individually as surviving spouse and as representative of the ESTATE of JOEL A. LAMBRECHT, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc. 9111). The Court entered an Order to Show Cause on April 10, 2018 (Doc. 9121). Plaintiff Cindy Lambrecht represented by Elkus and Sisson, P.C.

appeared on Exhibit A of both the Defendant's Motion and the Court's Order to Show Cause (Doc. 9111-2 and 9121 respectively).

2.	Plaintiff's deficiency on both the Motion and Order was failure to provide a signed declaration.

3.	Undersigned counsel would show that on April 10, 2018, Plaintiff uploaded a signed declaration.

Therefore, Plaintiff contends that any alleged deficiencies have been cured and respectfully requests that this case remain on the active docket of this Court.

May 3, 2018							Respectfully submitted,

By: */s/ Donald C. Sisson*
Donald C. Sisson (Colo. #35825)
Reid J. Elkus (Colo. #35216)
Elkus & Sisson, P.C.
501 S. Cherry Street, Suite 920
Denver, CO 80246
303-567-7981
dsisson@elkusandsisson.com
relkus@elkusandsisson.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Donald C. Sisson*
Donald C. Sisson
