IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     NO: 2:14-MD-02592
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
HOWARD CHESTER
CIVIL ACTION NO.: 2:16-CV-05750

### MOTION TO REMOVE JENNIFER HOEKSTRA AS COUNSEL OF RECORD AND SUBSTITUTE CARL D. "TODD" CAMPBELL, III AS COUNSEL OF RECORD FOR PLAINTIFF

NOW INTO COURT comes Plaintiff, Howard Chester, by and through counsel, and moves this Honorable Court to remove attorney Jennifer M. Hoekstra as counsel of record for Plaintiff referenced above and that Carl D. "Todd" Campbell, III be substituted as counsel for Plaintiff. Attorney Jennifer M. Hoekstra resigned from the firm of Neblett, Beard & Arsenault.

WHEREFORE, Plaintiff requests this Honorable Court to remove Attorney Jennifer M. Hoekstra as counsel of record in this case and Carl D. "Todd" Campbell, III be substituted as counsel for the Plaintiffs.

    Respectfully submitted,

By: /s/Jennifer M. Hoekstra
    JENNIFER M. HOEKSTRA
    CARL D. "TODD" CAMPBELL, III
    Neblett, Beard & Arsenault
    2220 Bonaventure Court
    Alexandria, LA 71301
    Phone: (318) 487-9874
    Facsimile: (318) 561-2591
    jhoekstra@nbalawfirm.com
    tcampbell@nbalawfirm.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 3rd day of May 2018, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/Jennifer M. Hoekstra
JENNIFER M. HOEKSTRA