## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN)**          **NO:  2:14-MD-02592**
**PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**
**HOWARD CHESTER**
**CIVIL ACTION NO.: 2:16-CV-05750**

---

### [PROPOSED] ORDER GRANTING MOTION TO REMOVE JENNIFER M. HOEKSTRA AS COUNSEL OF RECORD AND SUBSTITUTE CARL D. "TODD" CAMPBELL, III AS COUNSEL OF RECORD FOR PLAINTIFF

---

Considering the foregoing Motion to Substitute Counsel it is hereby:

ORDERED by the Court that Jennifer M. Hoekstra is hereby removed from the above-referenced case and that Carl D. "Todd" Campbell, III of the law firm Neblett, Beard & Arsenault, located at 2220 Bonaventure Court, Alexandria, Louisiana 71301 be substituted as counsel of record for the above referenced Plaintiff.

Thus, done in Chambers, this _____ day of _____, 2018.


_____
**UNITED STATES DISTRICT JUDGE**