# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| | JURY TRIAL DEMANDED |
| | Civil Action No.: **2:17-cv-10748** |

**THIS DOCUMENT RELATES TO:**

*RHONDA SANDERS and EMORY F. SANDERS SR., v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON et al.*
**Civil Action No.: 2:17-cv-10748**

## RESPONSE TO ORDER TO SHOW CAUSE

On April 10th, 2018, this Court issued an Order to Show Cause (Rec. Doc. 9121) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to complete and serve upon defendants a Plaintiff Fact Sheet and Authorization for Release of Records of all healthcare providers and other sources of information of records using MDL Centrality in accordance with Case Management Order No. 13. Undersigned counsel responds to that order as follows:

1. On or about November 18th, 2015, Plaintiff contacted undersigned counsel regarding a potential claim involving his use of Xarelto and alleged subsequent injury.

2. Based upon phone calls with client that took place on April 6th, 2017 and August 17th, 2017 counsel for Plaintiff made a medical records request for all relevant medical providers for client to prove her case on those dates.

3. On October 17th, 2017 counsel for Plaintiff filed the Complaint in this action.

4. On October 18th, 2017 counsel for Plaintiff mailed Plaintiff Fact Sheet and Authorizations to client.

5. From December 6th, 12th, 13th, 14th, 2017, counsel for Plaintiff attempted to contact client to follow-up on the Plaintiff Fact Sheet and Authorizations as client had yet to return them.

6. On January 23rd, 2018 counsel for Plaintiff hired a private investigator to try and locate client. Private Investigator did locate the client who told him she was very sick and to try and call her again in a few days.

7. On January 29th, 2018 counsel for Plaintiff called Plaintiff and left a Voicemail stressing the importance of returning the Plaintiff Fact Sheet.
8. On April 30th, 2018 Plaintiff called counsel and was informed that we still have not received the Plaintiff Fact Sheet back from her. A new Plaintiff Fact Sheet and Authorizations packet was mailed to client.
9. As of May 3RD, 2018, we have not yet received the PFS back from client.

May 3, 2018.

Respectfully submitted,

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

## CERTIFICATION OF SERVICE

      I hereby certify that on January 22, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                         */s/ Debra J. Humphrey*
                                                         Debra J. Humphrey