## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION: L |
| LITIGATION | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| | |
|---|---|
| Leonor Crespo v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-cv-07732 |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff passed away on April 8, 2018 and her family does not wish to further prosecute this case.

Dated:  May 3, 2018

Respectfully submitted,

By:   /s/ Michael G. Guajardo
_____

MICHAEL G. GUAJARDO, ESQ.
Texas Bar No.  00784183
J. GREGORY MARKS, ESQ.
Texas Bar No.  12994900

Guajardo & Marks, LLP
12221 Merit Drive, Suite 945
Dallas, Texas  75251
Phone:  (972) 774-9800
Fax:  (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion to Voluntarily Dismiss With Prejudice has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 3rd day of May 2018.

By:   /s/ Michael G. Guajardo
　　　 MICHAEL G. GUAJARDO, ESQ.
　　　 Texas Bar No.  00784183
　　　 J. GREGORY MARKS, ESQ.
　　　 Texas Bar No.  12994900

　　　 Guajardo & Marks, LLP
　　　 12221 Merit Drive, Suite 945
　　　 Dallas, Texas  75251
　　　 Phone:  (972) 774-9800
　　　 Fax:  (972) 774-9801
　　　 mike@guajardomarks.com
　　　 greg@guajardomarks.com

　　　 *Attorneys for Plaintiff*