UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Leonor Crespo v. Janssen Research & Development LLC, et al.
Civil Case No.: 2:16-cv-07732

**ORDER**

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Leonor Crespo's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

    On this _____ day of _____, 2018.

                                                          Honorable Eldon E. Fallon
                                                          United States District Court Judge