UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Zula Mae Bledsaw v. Janssen Research & Development, LLC et al*
CA# 2:16-cv-17513

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9275, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Alice S. Jones, as executrix of the estate of Zula Mae Bledsaw, is substituted for Plaintiff Zula Mae Bledsaw as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE