UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)       *    MDL NO. 2:14-md-02592
PRODUCTS LIABILITY LITIGATION     *
                                  *
                                  *    SECTION L
                                  *
                                  *    JUDGE ELDON E. FALLON
                                  *
                                  *    MAG. JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

      Upon consideration of the Motion for Leave to File Under Seal and for good cause shown it is hereby ORDERED this 3rd date of May 2018, that said Motion for Leave to File Under Seal is GRANTED.

                          BY THE COURT:

                          _____
                          Judge Eldon E. Fallon