**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| **This Document Relates to:** | **MAG. JUDGE NORTH** |
| *Edith Davidson* *v. Janssen Research & Development, LLC, et al.;* Civil Action No.: 2:17-cv-02686-EEF-MBN | |

## NOTICE OF AND SUGGESTION OF DEATH

**To all parties and attorneys of record, please take notice that:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Edith Davidson.

DATED: May 4, 2018

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Adam H. Weintraub*
Wendy R. Fleishman
Adam H. Weintraub, #LA: 33668
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com
aweintraub@lchb.com

1531913.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

DATED:  May 4, 2018                                  */s/ Adam H. Weintraub*

1531913.1