UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**********************************************

**THIS DOCUMENT RELATES TO:**
*(See cases listed in Exhibit A, Schedule of Actions)*

## RESPONSE TO COURT ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

On April 12, 2018, this Court entered an Order [Rec. Doc. No. 9151] allowing certain Plaintiffs who were subject to a previous Order to Show Cause [Rec. Doc. 8662] until the hearing on May 8, 2018 to resolve Plaintiff Fact Sheet deficiencies alleged in Defendants' Motion for Order to Show Cause.  *See* Rec. Doc. 9151 at 1.  The two Plaintiffs listed on Exhibit A and represented by The Driscoll Firm, P.C. appear on the Order and respond, through counsel, as follows:

    1.    **ZUPANCIC, MARGARET**    No. 2:16-cv-11500

This deficiency has been fully resolved.  As such, the Show Cause Order should be dismissed and this case should be permitted to proceed accordingly.

    2.    **SCHWARTZ, JEAN**    No. 2:16-cv-12004

This Plaintiff's Fact Sheet deficiencies are substantive in nature and cannot be cured despite the best efforts of counsel and Plaintiff.  As such, counsel for Plaintiff will not oppose dismissal of this case.

Signed: May 4, 2018                                                                 Respectfully submitted,

                                                 By:     */s/ Christopher J. Quinn*
                                                         Christopher J. Quinn
                                                         THE DRISCOLL FIRM, P.C.
                                                         211 N. Broadway, 40th Floor
                                                         St. Louis, MO 63102
                                                         Tel: (314) 932-3232
                                                         Fax: (314) 932-3233
                                                         chris@thedriscollfirm.com

                                                         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 4, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                         */s/ Christopher J. Quinn*
                                                         Christopher J. Quinn
                                                         THE DRISCOLL FIRM, P.C.
                                                         211 N. Broadway, 40th Floor
                                                         St. Louis, MO 63102
                                                         Tel: (314) 932-3232
                                                         Fax: (314) 932-3233
                                                         chris@thedriscollfirm.com

                                                         *Attorneys for Plaintiff*