**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 50. | SCHWARTZ, JEAN | 2:16-cv-12004 |
| 63. | ZUPANCIC, MARGARET | 2:16-cv-11500 |