THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No.:  2592  SECTION: L  JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Tracy R. Anderson (Shean), in her individual capacity and as Administratrix for the Estate of Daniel Walters Shean, v. Bayer Healthcare Pharmaceuticals, Inc., et al.,* Case No.:  2:17-cv-17890-EEF-MBN | | |

## ORDER

On or around May 4, 2018, Plaintiff filed an *Amended Unopposed Motion for Enlargement of Time to Serve Process on Certain Defendants*. Because this motion is not opposed by Defendants, Plaintiff is granted an additional thirty one days, to and including June 4, 2018, within which to serve process on Defendants Janssen and Defendant Johnson & Johnson in this action.

This the _____ day of May, 2018.

_____
Judge Eldon Fallon, United States District Court

1