UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sylvia Parsley v. Janssen Research & Development, LLC et al*
CA# 2:18-cv-1899

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9355, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Linda Cheney, on behalf of the Estate of Sylvia Parsley, is substituted for Plaintiff Sylvia Parsley as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 4th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE