**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 46. | GOETZ, THERESA | 2:17-cv-17339 |
| 48. | GRIMES, MACK | 2:17-cv-9898 |
| 50. | GRZELAKOWSKI, BARBARA | 2:17-cv-12208 |
| 51. | HARMON, CHARLES | 2:17-cv-9900 |
| 56. | HOLLAND, CAROLYN | 2:17-cv-11596 |
| 60. | JOHNSON, AUDWIN | 2:17-cv-9901 |
| 64. | JONES, CURTIS L | 2:17-cv-11589 |
| 66. | JONES, JOHN | 2:17-cv-9986 |
| 67. | KENDRICK, MELANIE | 2:17-cv-9961 |
| 75. | LEWIS, BETTY | 2:17-cv-11593 |
| 79. | MACKLIN, JOHN T | 2:17-cv-11721 |
| 93. | MOSTELLA, LILA | 2:17-cv-9976 |
| 116. | ROBIN, ANTHONY | 2:17-cv-9905 |
| 117. | ROSSO, SHIRLEY | 2:17-cv-9969 |
| 130. | SOTO, MARY | 2:16-cv-12009 |
| 147. | WILSON, RETHA | 2:17-cv-11594 |
| 148. | YOUNG, MAMIE | 2:17-cv-9963 |
| 150. | ZIEGENHAGEN, EILEEN | 2:17-cv-9910 |