**Exhibit B**
**Previously Dismissed**

| No. | Plaintiff Name | Docket Number |
|-----|----------------|---------------|
| 48. | GRIMES, MACK  | 2:17-cv-9898  |