**Exhibit C**
**Cases that are Not Deficient**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 46. | GOETZ, THERESA | 2:17-cv-17339 |
| 50. | GRZELAKOWSKI, BARBARA | 2:17-cv-12208 |
| 56. | HOLLAND, CAROLYN | 2:17-cv-11596 |
| 60. | JOHNSON, AUDWIN | 2:17-cv-9901 |
| 64. | JONES, CURTIS L | 2:17-cv-11589 |
| 66. | JONES, JOHN | 2:17-cv-9986 |
| 75. | LEWIS, BETTY | 2:17-cv-11593 |
| 130. | SOTO, MARY | 2:16-cv-12009 |
| 147. | WILSON, RETHA | 2:17-cv-11594 |