**Exhibit D**
**Cases in Which Dismissal is Not Opposed**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 51. | HARMON, CHARLES | 2:17-cv-9900 |
| 79. | MACKLIN, JOHN T | 2:17-cv-11721 |
| 93. | MOSTELLA, LILA | 2:17-cv-9976 |
| 116. | ROBIN, ANTHONY | 2:17-cv-9905 |
| 117. | ROSSO, SHIRLEY | 2:17-cv-9969 |
| 148. | YOUNG, MAMIE | 2:17-cv-9963 |