**Exhibit E**
**Cases in Which Extension is Requested**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 67. | KENDRICK, MELANIE | 2:17-cv-9961 |
| 150. | ZIEGENHAGEN, EILEEN | 2:17-cv-9910 |