**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)　　　　　NO:  2:14-MD-02592
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
HOWARD CHESTER
CIVIL ACTION NO.: 2:16-CV-05750

**[PROPOSED] ORDER GRANTING MOTION TO REMOVE JENNIFER M. HOEKSTRA AS COUNSEL OF RECORD AND SUBSTITUTE CARL D. "TODD" CAMPBELL, III AS COUNSEL OF RECORD FOR PLAINTIFF**

Considering the foregoing Motion to Substitute Counsel it is hereby:

ORDERED by the Court that Jennifer M. Hoekstra is hereby removed from the above-referenced case and that Carl D. "Todd" Campbell, III of the law firm Neblett, Beard & Arsenault, located at 2220 Bonaventure Court, Alexandria, Louisiana 71301 be substituted as counsel of record for the above referenced Plaintiff.

Thus, done in Chambers, this ___4th___ day of ___May_____, 2018.

_____
**UNITED STATES DISTRICT JUDGE**