# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**             **JURY TRIAL DEMANDED**

SHERRY TROYER

CIVIL ACTION NO.: 2:17-cv-5689

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES (DOCUMENT 9111)

COME NOW, Plaintiff Sherry Troyer, in the above reference civil action, and by and through her counsel of record hereby files a Response to Defendants' Motion to Show Cause Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies (Document 9111) and shows as follows:

1. Plaintiff Sherry Troyer contacted undersigned counsel regarding a potential claim involving her use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on June 9, 2017. The complaint was filed in good faith in order to comply with Sherry Troyer's request to file suit.

3. Plaintiff's counsel has contacted the Ms. Troyer on multiple occasions to secure Fact Sheet compliance.

4. Beginning in June of 2017 Plaintiff's counsel began attempting to contact Ms. Troyer

by phone for needed information and/or documents so her Fact Sheet could be completed.

Counsel tried to contact Ms. Troyer on the following dates:

> 6/22/2017
> 9/29/2017
> 12/18/2017
> 04/09/2018
> 05/04/2018

5. In June of 2017 Plaintiff's counsel began sending letters to Ms. Troyer to obtain contact and/or a complete Plaintiff Fact Sheet. Counsel wrote to Ms. Troyer on the following dates:

> 06/12/2017
> 09/29/2017
> 12/18/2017
> 04/09/2018
> 05/04/2018

6. To date, Sherry Troyer has not responded to these letters or phone calls to complete her fact sheet requirements.

Plaintiff would respectfully request that the Court Dismiss the Troyer claim without prejudice.

Date: May 7, 2018

> HILLIARD MARTINEZ GONZALES LLP
> By: /s/ T. Christopher Pinedo
>     Robert C. Hilliard
>     Texas Bar No. 09677700
>     Catherine Tobin
>     Texas State Bar No. 24013642
>     T. Christopher Pinedo
>     Texas State Bar No. 00788935

John Martinez
Texas State Bar No. 24010212

719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :  MDL No. 2592
                              :
                              :  SECTION L
                              :
                              :  JUDGE ELDON E. FALLON
                              :
                              :  MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:         JURY TRIAL DEMANDED

SHERRY TROYER

CIVIL ACTION NO.: 2:17-cv-5689

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP
By: /s/ T. Christopher Pinedo
   Robert C. Hilliard
   Texas Bar No. 09677700
   Catherine Tobin
   Texas State Bar No. 24013642
   T. Christopher Pinedo
   Texas State Bar No. 00788935
   John Martinez
   Texas State Bar No. 24010212

   719 S. Shoreline Boulevard
   Corpus Christi, Texas 78401
   361-882-1612 Office
   361-882-3015 Fax
   *Attorneys for Plaintiff*