UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Geraldine Allen v. Janssen Research & Development LLC, et al.
Civil Case No.: 2:17-cv-01302

**ORDER**

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Geraldine Allen's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

    On this _____ day of _____, 2018.

 

_____
Honorable Eldon E. Fallon
United States District Court Judge