UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

|  |  |
|---|---|
| | *   MDL No. 2592 |
| | *   SECTION: L |
| | * |
| | *   Judge: ELDON E. FALLON |
| | * |
| | *   MAG. Judge: MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** | * |
| | * |
| *Dell Dela Merced v. Janssen Research &* | * |
| *Development, LLC, et al.;* | * |
| Case No.: 2:17-cv-08324 | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of Plaintiff's, Dell Dela Merced, death on May 9, 2017. The Motion to Substitute Plaintiff to be filed at a later date.

Dated: May 7, 2018

        Respectfully Submitted:

        By:    /s/ Sarah A. Wolter
        Sarah A. Wolter, Esq., CO Bar No. 47599
        Vance R. Andrus, LA Bar No. 2484
        Aimee H. Wagstaff, Esq., CO Bar No. 36819
        ANDRUS WAGSTAFF, PC
        7171 W. Alaska Drive
        Lakewood, CO 80226
        Phone: 303-376-6360
        Fax: 303-376-6361
        E-Mail: Sarah.Wolter@andruswagstaff.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 7, 2018

                        Respectfully Submitted:

                        By:      /s/ Sarah A. Wolter
                        Sarah A. Wolter, Esq., CO Bar No. 47599
                        Vance R. Andrus, LA Bar No. 2484
                        Aimee H. Wagstaff, Esq., CO Bar No. 36819
                        ANDRUS WAGSTAFF, PC
                        7171 W. Alaska Drive
                        Lakewood, CO 80226
                        Phone: 303-376-6360
                        Fax: 303-376-6361
                        E-Mail: Sarah.Wolter@andruswagstaff.com

                        *Attorneys for Plaintiff*