UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVARAXOBAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO.2592 |
| | | JUDGE: ELDON E. FALLON SECTION: L |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE: MICHAEL NORTH |
| Shirley Allen | | |
| No.:  2:17-cv-5800 | | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE

On April 12, 2018, this Court issued an Order to Show Cause (Doc. 9151) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to provide a declaration signed by the Plaintiff, Xarelto user, or Xarelto user's representative. Plaintiff Shirley Allen by and through undersigned counsel submits this response to the Order to Show Cause as follows:

1. On June 14, 2017, the undersigned filed Plaintiff's complaint in good faith reliance on Plaintiff's representations and medical records demonstrating her Xarelto use and subsequent injury; and thereafter completed and uploaded a fact sheet without verification to MDL Centrality.

2. Ms. Allen became unresponsive to Counsel's attempts to contact her and Counsel subsequently learned from the nursing home where she resides that her health has declined and

that her son Joe Allen has alleged guardianship of his mother and her affairs. Contact was made with Mr. Allen and he indicated he would return the executed declaration.

3. The fact sheet and declaration page were subsequently mailed to Mr. Allen and never returned. Shirley Allen has remained unreachable and despite numerous attempts contact was also lost with her alleged guardian, Joe Allen.

14. On March 7, 2018, Joe Allen called undersigned Counsel in response to a letter notifying the Plaintiff of the Order to Show Cause and Mr. Allen stated he will return the executed declaration.

15. On March 20, 2018, this Court granted a 30-day extension to cure the deficiency.

16. To date, undersigned Counsel is not in receipt of a signed declaration and it remains unclear whether or not Joe Allen is in fact Ms. Allen's guardian.

17. At all times relevant hereto, undersigned Counsel has diligently sought to have the declaration signed by the Plaintiff.

18. Since the extension was granted, Plaintiff's Counsel has attempted to reach all parties with plausible authority to cure this deficiency on March 23, 26 and April 19 of 2018. These methods of communication were employed through the United States Postal Service as well as telephonically and electronically.

19. Given the Plaintiff's lack of communication and inability to cure the deficiency as required, undersigned Counsel does not oppose dismissal.

Respectfully submitted this 7th day of May 2018.

By: */s/Stephen B. Wohlford*_____

                                                                                 Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
SWMW Law, LLC
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 – Office
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 7, 2018, a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                    */s/Stephen B. Wohlford*_____