**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)           )          MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION        )
                                                           )          SECTION L
                                                           )
                                                           )          JUDGE ELDON E. FALLON
                                                           )
                                                           )          MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
**Maria Ortiz, as Surviving Spouse of Francisco-**
**Ortiz Amaro  v. Janssen Research**
**& Development, LLC**
**E.D. La. No. 2:17-cv-7265**

<u>**PROPOSED ORDER**</u>

This Court, having considered Defendants' Order to Show Cause why certain cases in which

Defendants allege core deficiencies in Plaintiffs' Fact Sheets should not be dismissed with prejudice

[Doc. 9111], the Court's Order to Show Cause [9121], and Plaintiff's Response to Motion to Show

Cause:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the court dismisses

Plaintiff's case without prejudice.

Signed New Orleans, Louisiana this ____ day of _____, 2018.