## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Frances Edgerly v. Janssen Research & Development, LLC<br>E.D. La. No. 2:16-cv-09278 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Frances Edgerly, and files this Response to the Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet entered on April 3, 2018 [Doc. 9054] and would show the Court the following:

Defendants moved for an Order to Show Cause why certain cases in which Defendants allege failure to serve a Plaintiff Fact Sheet (hereinafter referred to as PFSs) should not be dismissed with prejudice [Doc. 9012]. The Court entered an Order to Show Cause on April 3, 2018 [Doc. 9054]. Plaintiff Frances Edgerly, represented by The Johnson Law Group is listed on both Defendants' Motion and the Court's Order to Show Cause [Docs. 9012 and 9054, respectively].

Counsel for Plaintiff has been consistently contacting Plaintiff since the filing of the case on September 18, 2017. Plaintiff's counsel expressed the importance of submitting the completed document and the risk of dismissal. Last week, it was discovered through an internet search, that Plaintiff Edgerly had passed away. Upon information and belief, Plaintiff Edgerly passed away on November 30, 2017. Counsel for Plaintiff has reached out to potential family members to identify the representative of the estate to determine whether he/she intends on pursing this matter on behalf of the Estate of Frances Edgerly.

Plaintiff respectfully requests an extension of forty-five (45) days to identify a representative

of the Estate of Frances Edgerly, substitute the proper party, and submit a completed PFS on the estate's behalf.   Medical records related to use and injury have been produced.  Defendant's will not be prejudiced with this extension.

Dated: May 7, 2018

By: */s/ Rachal G. Rojas*  
Rachal G. Rojas  
JOHNSON LAW GROUP  
2925 Richmond Avenue  
Suite 1700  
Houston, TX 77098  
Telephone: (713) 626- 9336  
rrojas@johnsonlawgroup.com  

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Rachal G. Rojas*  
Attorney for Plaintiff