## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Edgerly v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-09278**

### PROPOSED ORDER

This Court, having considered Defendants' Order to Show Cause Why Plaintiff's Who Have Failed to Serve a Plaintiffs' Fact Sheets should not be dismissed with prejudice [Doc. 9012], the Court's Order to Show Cause [9054], and Plaintiff's Response to Motion to Show Cause:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the Estate of Frances Edgerly, shall have forty-five (45) days from entry of this order to serve a Plaintiff Fact Sheet described in CMO1 and PTO13.

Signed New Orleans, Louisiana this ____ day of _____, 2018.