UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592<br>SECTION L |
| JOHN BYRD | : : | |
|     Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, AND DOES 1-50, INCLUSIVE, | : : : : : : : : : : : : : : : : : | Civil Action No.: 2:16-CV-09307<br>Civil Action No.: 2:18-CV-01060<br><br>STIPULATIONS OF DISMISSAL WITH PREJUDICE |
|     Defendants | : : | |

    IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, John Byrd, hereby dismisses all claims in the matters with prejudice against all Defendants in these actions, (A) Civil Action No. 2:16-cv-09307 and (B) Civil Action No. 2:18-cv-01060, only.  These stipulations shall not affect the lawsuit filed by John Byrd, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-03098. All parties shall bear their own costs.

1

**MILLER WEISBROD, LLP**
By: /s/LesWeisbrod
Les Weisbrod
Alexandra V. Boone
11551 Forest Central Dr.
Suite 300
Dallas, TX 75243
Tel: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com

**TAMARI LAW GROUP, LLC**
By: /s/Walid Joseph Tamari
Walid Joseph Tamari
Catherine M. Towne
33 North LaSalle Street
29th Floor
Chicago, IL 60602
Tel: (312) 368-5000
wtamari@tamarilaw.com
ctowne@tamarilaw.com

Attorneys for Plaintiff
Dated: May 7, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: May 7, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: May 7, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: May 7, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/James B. Irwin _____