UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** * | MDL NO: 2592 | |
| **PRODUCTS LIABILITY LITIGATION** * | | |
| * | MASTER DOCKET CASE: | |
| * | 2:14-md-02592 | |
| THIS DOCUMENT RELATES TO: * | | |
| CASES:  2:16-cv-10069 * | JUDGE: ELDON E. FALLON | |
| 2:16-cv-12195 * | | |
| * | MAG. JUDGE: MICHAEL B. NORTH | |
| * | | |
| * | <u>JURY TRIAL DEMANDED</u> | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>RESPONSE TO ORDER TO SHOW CAUSE</u>

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, Frank Keppeler (2:16-cv-10069) and Jorge Morales (2:16-cv-12195), who respectfully submit this Response to Order to Show Cause regarding the alleged deficiencies raised in Defendants' February 14, 2018 Motion for Order to Show Cause (Rec. Doc. 8662). On April 12, 2018, this Court issued an Order allowing Plaintiffs until May 8, 2018 to cure the deficiencies alleged by Defendants (Rec. Doc. 9151). Accordingly, Plaintiffs respond as follows:

A. <u>**Frank Keppeler**</u>

In Defendants' February 14, 2018 Motion for Order to Show Cause, Defendants noted a few deficiencies regarding Frank Keppeler's case relating to the lack of medical records supporting Mr. Keppeler's claims. At the time of the last Show Cause Hearing on March 20, 2018, undersigned counsel was waiting on Mr. Keppeler to return a signed medical authorization so that counsel could request Mr. Keppeler's medical records. Soon after the last Show Cause Hearing, Mr. Keppeler sent undersigned counsel his signed medical authorization and counsel subsequently sent a request for Mr. Keppeler's medical records to Tri-City Medical Center ("Tri-City") in

1

California on March 30, 2018. On April 24, 2018, Tri-City responded to counsel's request seeking payment for Mr. Keppeler's medical records prior to forwarding Mr. Keppeler's records to counsel. Undersigned counsel remitted payment to Tri-City on May 2, 2018 via U.S. Mail as requested. Counsel is currently waiting on Tri-City to receive said payment, at which time Tri-City is expected to forward Mr. Keppeler's medical records to counsel. Given that counsel has taken reasonable steps to obtain Mr. Keppeler's medical records and is now only waiting to actually receive those records, undersigned counsel respectfully requests this Honorable Court allow counsel additional time to cure the deficiencies alleged by Defendants.

### B. Jorge Morales

In Defendants' February 14, 2018 Motion for Order to Show Cause, Defendants noted a few deficiencies regarding lack of medical records supporting Mr. Morales' claims. At the time of the last Show Cause Hearing on March 20, 2018, counsel was waiting on Ms. Morales, Mr. Morales' widow, to return a signed medical authorization so that counsel could request Mr. Morales' medical records. Soon after the last Show Cause Hearing, Ms. Morales sent undersigned counsel a signed medical authorization and counsel subsequently sent a request for Mr. Morales' pharmacy records to CVS and for Mr. Morales' medical records to Mease Countryside Hospital ("Mease") in Florida on March 21, 2018. On April 11, 2018, undersigned counsel submitted a full set of Mr. Morales' pharmacy records from CVS to MDL Centrality (Doc. ID 390961).

On April 24, 2018, Mease responded to counsel's request seeking payment of over $2,500.00 for a hard copy of Mr. Morales' medical records even though counsel explicitly requested an electronic copy of the records. Undersigned counsel subsequently contacted Mease on May 1, 2018 via telephone to discuss the issue, at which time a Mease records custodian informed counsel that the request would need to be re-submitted as a "HITECH Request" in order

receive an electronic copy. Accordingly, undersigned counsel submitted the "HITECH Request" to Mease on May 2, 2018 via U.S. Mail as requested. Given that counsel has already uploaded numerous medical records to MDL Centrality and has taken reasonable steps to obtain Mr. Morales medical records from Mease and is now only waiting to actually receive those records, undersigned counsel respectfully requests this Honorable Court allow counsel additional time to cure the deficiencies alleged by Defendants.

Respectfully submitted,

*/s/ David P. Vicknair*

David P. Vicknair, La. Bar No. 34135
Galen M. Hair, La. Bar No. 32865
**Scott Vicknair Hair & Checki LLC**
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
Phone: (504) 684-5200
Fax: (504) 613-6351

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2018, I served a copy of the foregoing on all counsel of record via CMECF.

*/s/ David P. Vicknair*

David P. Vicknair

3