UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>SANDRA PLANTE, v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.<br>Court File 2:16-CV-14663 | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Sandra Plante hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-14663. All parties shall bear their own costs.

Dated:  May 8, 2018

Respectfully submitted,

| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | **DRINKER BIDDLE & REATH LLP** |
|---|---|
| s/ Yvonne M. Flaherty<br>    Yvonne M. Flaherty, MN #267600<br>    100 Washington Avenue South<br>    Suite 2200<br>    Minneapolis, MN  55401<br>    Telephone:  612-339-6900<br>    Facsimile:   612-339-0981<br>    Email: ymflaherty@locklaw.com<br>***Counsel for Plaintiff*** | s/ Susan Sharko<br>    Susan Sharko<br>    600 Campus Dr.<br>    Florham Park, NJ 07932<br>    Telephone:  973-549-7350<br>    Email: Susan.Sharko@dbr.com<br>***Counsel  Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC and Janssen Ortho LLC*** |

525413.1

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/  Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com
***Counsel for Bayer Defendants***

525413.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May 2018, the forgoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Defendants and Defendants by operation of the Court's electronic filing system and served upon all other plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  May 8, 2018

                                                      s/  Yvonne M. Flaherty
                                                      LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                                          Yvonne M. Flaherty, MN #267600
                                                          100 Washington Avenue South
                                                          Suite 2200
                                                          Minneapolis, MN  55401
                                                          Telephone:  612-339-6900
                                                          Facsimile:   612-339-0981
                                                          Email: ymflaherty@locklaw.com
                                                  ***Counsel for Plaintiff***

525413.1