MINUTE ENTRY
FALLON, J.
MAY 8, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: Various Cases | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Sindhu Daniel, Esq. and Lenny Davis, Esq. for Plaintiffs
              Jessica Brennan, Esq. and John Olinde, Esq. for Defendants
              Charles Orr, Esq., by phone, for certain Plaintiffs

**Show Cause Hearing:**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone. (Rec. Doc. Nos. 9054, 9121 and 9151)

The Court issued its rulings as stated on the record. Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.


JS10:    :20