# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Akopov v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00481* | |
| *Alimonti v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03916* | |
| *Aparo v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-07151* | |
| *Appollonio v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00421* | |
| *Arrington v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03917* | |
| *Bacci v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00422* | |
| *Barton v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03918* | |
| *Beasley v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10775* | |
| *Bell v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03919* | |
| *Campbell v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00423* | |
| *Coolidge v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00424* | |

1

*Dallas v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10777*

*Delgado v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10785*

*Dickinson v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03925*

*Drake v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00425*

*Dvorak v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10787*

*Fortier v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00482*

*Francis v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03927*

*Gamblin v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00462*

*Gartner v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03928*

*Gatewood v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03929*

*Gennette v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03930*

*Gonzales v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10815*

*Gorlitz v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03931*

*Graziano v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10817*

*Haller v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10818*

*Harper v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03451*

*Jacobson v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00464*

*Kling v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10821*

*Larson v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00465*

*Lawrence v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10822*

*Leineke v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00468*

*Lewis v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00470*

*Marsh v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00471*

*Matteson v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10838*

*Miller v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10904*

*Miller v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00473*

*Mineau v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10840*

*Moffatt v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03934*

*Pearl v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-16335*

*Perry v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10841*

3

*Pierce v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00476*

*Plemmons v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10842*

*Prendergast v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00477*

*Ray v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03936*

*Rhea v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-05901*

*Rivera v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10844*

*Rosen v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10845*

*Shoemaker v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03938*

*Shuler v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03943*

*Sindoni v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10846*

*Spearmon v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00478*

*Spilliards v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03946*

*Stout v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03952*

*Summers v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00479*

*Stout v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-03952

*Wheat v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-03954

*Wheeler v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-03955

*Wiggins v. Janssen Research & Development, LLC, et al.,* Case No.: 2:16-cv-10849

*Ziglar v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-03957

## **MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, by and through undersigned counsel, come plaintiffs in the above-related actions, and hereby request that Neil D. Overholtz of Aylstock, Witkin, Kreis & Overholtz, PLLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled and numbered actions.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC as co-counsel of record and appointed as lead counsel in the above-entitled and numbered actions.

Dated: May 8, 2018.

                RESPECTFULLY SUBMITTED,

       By:

          /s/ Steven J. Brady, Esq.
          Steven J. Brady (CA Bar #116651)
          Dylan F. Pollard (CA Bar #180306)
          Steven B. Stein (CA Bar #52829)
          Brady Law Group

1015 Irwin Street
San Rafael, CA 94901
T: (415) 459-7300
F: (415) 459-7303
steve@bradylawgroup.com.

/s/ *Neil D. Overholtz*
Neil D. Overholtz
Florida Bar No.: 188761
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
noverholtz@awkolaw.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

DATED: May 9, 2018

/s/ Steven J. Brady, Esq.
Steven J. Brady (CA Bar #116651)