UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Akopov v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00481* | |
| *Alimonti v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03916* | |
| *Aparo v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-07151* | |
| *Appollonio v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00421* | |
| *Arrington v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03917* | |
| *Bacci v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00422* | |
| *Barton v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03918* | |
| *Beasley v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10775* | |
| *Bell v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03919* | |
| *Campbell v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00423* | |
| *Coolidge v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00424* | |

1

*Dallas v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10777

*Delgado v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10785

*Dickinson v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-03925

*Drake v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00425

*Dvorak v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10787

*Fortier v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00482

*Francis v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-03927

*Gamblin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00462

*Gartner v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-03928

*Gatewood v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-03929

*Gennette v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-03930

*Gonzales v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10815

*Gorlitz v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-03931

*Graziano v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10817

*Haller v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10818

*Harper v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-03451

*Jacobson v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00464

*Kling v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10821

*Larson v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00465

*Lawrence v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10822

*Leineke v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00468

*Lewis v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00470

*Marsh v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00471

*Matteson v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10838

*Miller v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10904

*Miller v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-00473

*Mineau v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10840

*Moffatt v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-03934

*Pearl v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-16335

*Perry v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10841*

*Pierce v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00476*

*Plemmons v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10842*

*Prendergast v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00477*

*Ray v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03936*

*Rhea v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-05901*

*Rivera v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10844*

*Rosen v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10845*

*Shoemaker v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03938*

*Shuler v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03943*

*Sindoni v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10846*

*Spearmon v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00478*

*Spilliards v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03946*

*Stout v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03952*

*Summers v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00479*

*Stout v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03952*

*Wheat v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03954*

*Wheeler v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03955*

*Wiggins v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10849*

*Ziglar v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03957*

**PROPOSED ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and lead counsel for Plaintiffs in the above-entitled and numbered actions.

Dated: _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge