## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| MARY JO HEMANN | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC., BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER PHARMA AG, BAYER AG, BAYER HEALTHCARE LLC, BAYER HEALTHCARE PHARMACEUTICALS INC., and FICITITIOUS DEFENDANTS 1-100, | Civil Action No.: 2:16-CV-15208 |
| Defendants | |

    IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Mary Jo Hemann, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-15208, only.  This stipulation shall not affect the lawsuit filed by Mary Hemann, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-10233.  All parties shall bear their own costs.

| | |
|---|---|
| **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**<br>By: /s/Anthony D. Birchfield<br>Anthony D. Birchfield, Jr.<br>David Bryson Byrne, III<br>218 Commerce St.<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>Tel: (334) 269-2343<br>andy.birchfield@beasleyallen.com<br>david.byrne@beasleyallen.com<br><br>Attorneys for Plaintiff<br>Dated: May 10, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: May 10, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: May 10, 2018 |

          **IRWIN FRITCHIE URQUHART & MOORE LLC**
          By: /s/James B. Irwin
          James B. Irwin
          Kim E. Moore
          400 Poydras St., Ste, 2700
          New Orleans, LA 70130
          (504) 310-2100
          jirwin@irwinllc.com
          kmoore@irwinllc.com

          Liaison Counsel for Defendants
          Dated: May 10, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          /s/James B. Irwin