## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PROBUCTS LIABILITY LITIGATION :     **MDL No. 2592**
                                         :
                                         :     **SECTION L**
                                         :     **JUDGE ELDON E. FALLON**
                                         :     **MAGISTRATE JUDGE NORTH**

_____ :

**THIS DOCUMENT RELATES TO:**

**Wanda L. Chavis**
**Civil Action No.: 2:18-cv-02418**

### PLAINTIFF WANDA L. CHAVIS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Wanda L. Chavis, in the above-referenced action, and by and through her counsel of record hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff Wanda L. Chavis hereby requests that her claims against all Defendants in this action be voluntarily dismissed, WITHOUT prejudice.

Plaintiff Wanda L. Chavis dismisses all claims in this matter WITHOUT prejudice against all Defendants in THIS action only. This dismissal is not intended to affect the lawsuit filed by Shaw Cowart, LLP which is currently pending in the United States District Court Eastern District of Louisiana, MDL No. 2592, Case No. 2:17-cv-02300.

Dated: This 10th day of May, 2018.

Respectfully submitted,

/s/ Michael G. Guajardo

MICHAEL G. GUAJARDO, ESQ.
Texas Bar No.  00784183
J. GREGORY MARKS, ESQ.
Texas Bar No.  12994900

Guajardo & Marks, LLP
12221 Merit Drive, Suite 945
Dallas, Texas  75251
Phone:  (972) 774-9800
Fax:  (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion to Voluntarily Dismiss With Prejudice has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 10th day of May, 2018.

Respectfully submitted,

/s/ Michael G. Guajardo
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No.  00784183
J. GREGORY MARKS, ESQ.
Texas Bar No.  12994900

Guajardo & Marks, LLP
12221 Merit Drive, Suite 945
Dallas, Texas  75251
Phone:  (972) 774-9800
Fax:  (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

*Attorneys for Plaintiff*