UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH
:
_____ :

**THIS DOCUMENT RELATES TO:**

Wanda L. Chavis
Civil Action No.: 2:18-cv-02418

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all Defendants in Wanda L. Chavis v. Janssen Research & Development LLC, et al. 2:18-cv-02418 are hereby voluntarily DISMISSED, without prejudice.

Signed, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1