UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Angel M. Lago, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-10191- EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Angel M. Lago, which occurred June 28, 2017.

Dated: May 11, 2018							Respectfully submitted,

							/s/ Annesley H. DeGaris
							Annesley H. DeGaris (ASB-9182-a63a)
							DEGARIS & ROGERS, LLC
							Two North Twentieth Street
							Suite 1030
							Birmingham, AL 35203
							Telephone: (205) 558-9000
							Facsimile: (205) 588-5231
							Email: adegaris@degarislaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 11, 2018

                                                          /s/ Annesley H. DeGaris
                                                          Annesley H. DeGaris