UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Angel M. Lago, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-10191- EEF-MBN*

**EX PARTE MOTION FOR SUBSITUTION**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Lucy C. Lago on behalf of decedent, Angel M. Lago.

1. Angel M. Lago filed a products liability lawsuit against Defendants on June 14, 2016.

2. Plaintiff Angel M. Lago died on June 28, 2017.

3. Angel M. Lago's product liability action against the Defendants survived his death and was not extinguished.

4. On May 11, 2018, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Lucy C. Lago, surviving spouse of Angel M. Lago, was appointed Administrator of his Estate on March 1, 2018 by the Probate Court, Davidson County, State of Tennessee.

6. Lucy C. Lago is a proper party to substitute for Plaintiff-Decedent Angel M. Lago and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: May 11, 2018                              Respectfully submitted,

                                                                           /s/ Annesley H. DeGaris
                                                                         Annesley H. DeGaris (ASB-9182-a63a)
                                                                         DEGARIS & ROGERS, LLC
                                                                         Two North Twentieth Street
                                                                         Suite 1030
                                                                         Birmingham, AL 35203
                                                                         Telephone: (205) 558-9000
                                                                         Facsimile: (205) 588-5231
                                                                         Email: adegaris@degarislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 11, 2018

   /s/ Annesley H. DeGaris  
     Annesley H. DeGaris