# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Angel M. Lago, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-10191- EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, find the motion meritorious. It is therefore ORDERED THAT: Plaintiff Lucy C. Lago, as surviving spouse and administrator of the estate of Angel M. Lago, is substituted for Plaintiff Angel M. Lago, in the above captioned cause.

Dated: _____

                                                                                 Hon. Eldon E. Fallon
                                                                                 United Stated District Court Judge