UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No:  2:17-cv-06259 |

THIS DOCUMENT RELATES TO:
Donna R. Canada o/b/o
Her deceased husband, Joseph R. Canada v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-06259

### NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and file this Notice of

Submission of Motion to Substitute Party Plaintiff.

### THIS CASE IS AN APRIL 16, 2018 WAVE 1 REMAND SELECTION.

Respectfully submitted this 11th day of May 2018.

**Law Offices of Christopher K. Johnston LLC**

/s/ David B. Owen Jimenez
David B. Owen Jiménez
USDCPR No. 301113
Puerto Rico Bar No. 19627
david@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020

San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2018 a true and correct copy of the foregoing

has been submitted to the Clerk of the Court for filing and electronic service via the Court's

CCM/ECF system on all counsel of record.

<u>//s/ David B. Owen Jiménez</u>
David B. Owen Jiménez (#301113)