# GEORGIA DEATH CERTIFICATE

State File Number: 2018GA000020570

1. **DECEDENT'S LEGAL FULL NAME:** JOSEPH ROBERT CANADA
1a. **IF FEMALE, ENTER LAST NAME AT BIRTH:** —
2. **SEX:** MALE
2a. **DATE OF DEATH:** ACTUAL DATE OF DEATH 04/01/2018
3. **SOCIAL SECURITY NUMBER:** [redacted]
4a. **AGE (Years):** 70
5. **DATE OF BIRTH:** [redacted]
6. **BIRTHPLACE:** GEORGIA
7a. **RESIDENCE - STATE:** GEORGIA
7b. **COUNTY:** RICHMOND
7c. **CITY, TOWN:** AUGUSTA
7d. **STREET AND NUMBER:** [redacted]
7e. **ZIP CODE:** 30909
7f. **INSIDE CITY LIMITS?** YES
8. **ARMED FORCES?** NO
8a. **USUAL OCCUPATION:** TRUCK DRIVER
8b. **KIND OF INDUSTRY OR BUSINESS:** TRUCKING
9. **MARITAL STATUS:** MARRIED
10. **SPOUSE NAME:** DONNA ROPER
11. **FATHER'S FULL NAME:** HERMAN C CANADA MR
12. **MOTHER'S MAIDEN NAME:** KATHERINE DEAS
13a. **INFORMANT'S NAME:** DONNA ROPER CANADA
13b. **RELATIONSHIP TO DECEDENT:** WIFE
13c. **MAILING ADDRESS:** [redacted]
14. **DECEDENT'S EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED
15. **ORIGIN OF DECEDENT:** NO, NOT SPANISH/HISPANIC/LATINO
16. **DECEDENT'S RACE:** WHITE
17a. **IF DEATH OCCURRED IN HOSPITAL:** INPATIENT
18. **HOSPITAL OR OTHER INSTITUTION NAME:** [redacted]
19. **CITY, TOWN or LOCATION OF DEATH:** AUGUSTA
20. **COUNTY OF DEATH:** RICHMOND
21. **METHOD OF DISPOSITION:** CREMATION
22. **PLACE OF DISPOSITION:** HATCHER FUNERAL HOME AND CREMATION SERVICE 3464 JEFFERSON DAVIS HIGHWAY LANGLEY SOUTH CAROLINA 29834
23. **DISPOSITION DATE:** 04/03/2018
25. **FUNERAL HOME NAME:** THOMAS L KING FUNERAL HOME INC
25b. **FUNERAL HOME ADDRESS:** 124 DAVIS ROAD MARTINEZ GEORGIA 30907
26a. **SIGNATURE OF FUNERAL DIRECTOR:** STEVEN P PIERCE
26b. **FUN. DIR. LICENSE NO:** 4249
27. **DATE PRONOUNCED DEAD:** 04/01/2018
28. **HOUR PRONOUNCED DEAD:** 11:02 AM
29a. **PRONOUNCER'S NAME:** DONALD HULBERT LOEBL
29b. **LICENSE NUMBER:** 062136
29c. **DATE SIGNED:** 04/01/2018
30. **TIME OF DEATH:** 11:02 AM
31. **WAS CASE REFERRED TO MEDICAL EXAMINER:** NO

32. **Part I. Chain of events:**
A. IMMEDIATE CAUSE: CARDIOPULMONARY ARREST — 2 HRS
B. ACUTE MYOCARDIAL INFARCTION — 2 HRS
C. —
D. —

**Part II.** ACUTE RENAL FAILURE, SMALL BOWEL OBSTRUCTION, COPD, CHRONIC RESPIRATORY FAILURE

33. **WAS AUTOPSY PERFORMED?** NO
34. **WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** —
35. **TOBACCO USE CONTRIBUTED TO DEATH:** YES
36. **IF FEMALE PREGNANT:** NOT APPLICABLE
37. **ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED:** NATURAL

45. Medical Certifier: KEVIN NASH, MD, 068078
45a. **DATE SIGNED:** 04/04/2018
45b. **HOUR OF DEATH:** 11:02 AM
47. **NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** KEVIN NASH 1350 WALTON WAY AUGUSTA GEORGIA 30901
48. **REGISTRAR:** /S/ DONNA L. MOORE
49. **DATE FILED - REGISTRAR:** 04/05/2018

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE