IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30845
_____

IN RE: XARELTO (RIVAROXABAN) PRDOUCTS LIABILITY LITIGATION

------------------------------------------------------

JOSEPH ORR, JR.; JOSEPH ORR, III; KELLI WALKER; KIM DEAGANO,

      Plaintiffs - Appellants Cross-Appellees

v.

BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG, formerly known as Bayer Schering Pharma AG; JANSSEN PHARMACEUTICALS, INCORPORATED, formerly known as Janssen Pharmaceutica, Incorporated, formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Incorporated; JANSSEN RESEARCH & DEVELOPMENT, L.L.C., formerly known as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.,

      Defendants - Appellees Cross-Appellants

------------------------------------------------------

JOSEPH J. BOUDREAUX, JR.; LORETTA BOUDREAUX,

      Plaintiffs - Appellants Cross-Appellees

v.

BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG, formerly known as Bayer Schering Pharma AG; JANSSEN PHARMACEUTICALS, INCORPORATED, formerly known as Janssen Pharmaceutica, Incorporated, formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Incorporated; JANSSEN RESEARCH & DEVELOPMENT,

L.L.C., formerly known as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.,

       Defendants - Appellees Cross-Appellants

Consolidated with 18-30102

IN RE: XARELTO (RIVAROXABAN) PRDOUCTS LIABILITY LITIGATION

-----------------------------------------------------

DORA MINGO,

       Plaintiff - Appellant Cross-Appellee

v.

JANSSEN RESEARCH & DEVELOPMENT, L.L.C.; JANSSEN PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG; BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED,

       Defendants - Appellees Cross-Appellants

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

      IT IS ORDERED that the appellants-cross-appellees' unopposed motion to view and obtain sealed documents is GRANTED.

                                           /s/ Edith Brown Clement
                                  _____
                                    EDITH BROWN CLEMENT
                                UNITED STATES CIRCUIT JUDGE