# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 08, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30845   In re: Xarelto Prod Liability
                      USDC No. 2:14-MD-2592
                      USDC No. 2:15-CV-3708
                      USDC No. 2:14-CV-2720
                      USDC No. 2:14-MD-2592
                      USDC No. 2:15-CV-3469

The court has considered the motion of Kelli Walker, Kim Deagano, Joseph J. Boudreaux, Dora Mingo, Joseph Orr, III, Joseph Orr, Jr., Loretta Boudreaux to view non-public and/or sealed material in the record on appeal.  Unless the court granted access to one or more specific documents ONLY, the court orders that the counsel for Kelli Walker, Kim Deagano, Joseph J. Boudreaux, Dora Mingo, Joseph Orr, III, Joseph Orr, Jr., Loretta Boudreaux may obtain from the District Court all ex parte documents *that were filed on behalf of* Kelli Walker, Kim Deagano, Joseph J. Boudreaux, Dora Mingo, Joseph Orr, III, Joseph Orr, Jr., Loretta Boudreaux that are contained in the record on appeal and all other sealed documents *that were not filed ex parte* that are contained in the record on appeal.  The non-public and/or sealed materials from the record on appeal are for your review ONLY.  This material should be maintained in your office under seal, and if provided to you in original paper, return to the District Court as soon as it has served your purpose.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            */s/ Rebecca L. Leto*
                            By: _____
                            Rebecca L. Leto, Deputy Clerk
                            504-310-7703

| | |
|---|---|
| Mr. Stanley Blackmon | Mr. James Burke Irwin |
| Ms. Lisa Schiavo Blatt | Mr. Frederick S. Longer |
| Mr. William W. Blevins | Mr. John F. Olinde |
| Mr. Lindsey C. Boney | Mr. William Perdue |
| Mr. Leonard Arthur Davis | Mr. Richard E. Sarver |
| Mr. David E. Dukes | Mrs. Susan M. Sharko |
| Mr. Steven Glickstein | Ms. Elizabeth Theodore |
| Mr. William Hoffman | Ms. Beth A. Wilkinson |
| Mr. Rodney M. Hudson | Mr. Sherman Vance Wittie |