UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Cynthia Davis v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-14977*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW William Ashmore, surviving son of Cynthia Davis, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute himself as Plaintiff in this action on behalf of the Estate of Cynthia Davis based on the death of Cynthia Davis.

A Notice/Suggestion of Death was filed in this matter on May 11, 2018 (Doc.9436).

DATED: May 11, 2018.

    Respectfully submitted,

    THE GALLAGHER LAW FIRM, PLLC

    s/ Michael T. Gallagher
    Michael T. Gallagher
    (Texas Bar #07586000)
    2905 Sackett Street
    Houston, TX 77098
    Telephone: (713) 222-8080
    Facsimile: (713) 222-0066
    mike@gld-law.com

    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 11, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                   s/Michael T. Gallagher