UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :      MDL No. 2592
                                     :
                                     :      SECTION L
                                     :
                                     :      JUDGE ELDON E. FALLON
                                     :
_____ :       MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Mildred Lindsey v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-08335*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. ____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Maurice Lindsey, as surviving spouse, is substituted for Plaintiff Mildred Lindsey as the proper party plaintiff in the above captioned case on behalf of the Estate of Mildred Lindsey, deceased.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge