**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION   :        **MDL No. 2592**
                                                          :
                                                          :        **SECTION L**
                                                          :
                                                          :        **JUDGE ELDON E. FALLON**
                                                          :
_____:        **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Warren Merkle v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-17850*

<u>**ORDER**</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. ____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Emma Merkle, as surviving spouse, is substituted for

Plaintiff Warren Merkle as the proper party plaintiff in the above captioned case on behalf of the

Estate of Warren Merkle, deceased.

New Orleans, Louisiana this ___ day of _____, 2018.


_____

United States District Judge