UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| ANITA RITTENHOUSE, | |
| | JUDGE ELDON E. FALLON |
| Plaintiff, | |
| | MAG. JUDGE MICHAEL NORTH |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | Civil Action No.: 2:16-cv-4260 |
| Defendants. | |

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

Comes now, counsel for Plaintiff Anita Rittenhouse, and hereby notifies the Court and all parties of the death of Plaintiff Anita Rittenhouse. A copy of Ms. Rittenhouse's death certificate (redacted pursuant to Federal Rules of Civil Procedure 5.2) is attached hereto and incorporated herein as Exhibit A.

Respectfully submitted,

/s/Jennifer A. Moore
Jennifer A. Moore
GROSSMAN & MOORE, PLLC
401 West Main Street, Suite 1801
Louisville, KY  40202
jmoore@gminjurylaw.com
Phone: (502) 657-7100
Fax: (502) 657-7111

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all ECF users registered with the Court for this case.

/s/ Jennifer A. Moore
*Counsel for Plaintiff*