COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

CERTIFICATE OF DEATH

1614660