UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No.  2592 |
| | ) | SECTION:  L |
| ANITA RITTENHOUSE, | ) ) | JUDGE ELDON E. FALLON |
| Plaintiff, | ) ) | MAG. JUDGE MICHAEL NORTH |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | ) ) ) ) ) ) | Civil Action No.:  2:16-cv-4260 |
| Defendants. | ) ) | |

_____

## MOTION TO SUBSTITUTE PROPER PARTY

John Rittenhouse, as Administrator of the Estate of Anita Rittenhouse, by counsel, and pursuant to Rule 25 of the Federal Rules of Civil Procedure, moves the Court to substitute the Estate of Anita Rittenhouse, by Administrator John Rittenhouse, as Plaintiff in place of Anita Rittenhouse. In support of this Motion, Plaintiff states as follows:

Anita Rittenhouse passed away on February 11, 2018. On March 12, 2018, the Christian District Court of the Commonwealth of Kentucky appointed John Rittenhouse as the Administrator of the Estate of Anita Rittenhouse. The Order appointing John Rittenhouse as Administrator of the Estate of Anita Rittenhouse is attached as Exhibit A. The undersigned filed the *Notice and Suggestion of Death* on or about May 11, 2018, attached as Exhibit B.

This Motion is timely filed and Defendants will not suffer any prejudice.  For these reasons, Plaintiff respectfully requests this Court grant her Motion to Substitute John Rittenhouse, as

Administrator of the Estate of Anita Rittenhouse, as the Plaintiff so that Ms. Rittenhouse's claims survive and this action on her behalf may proceed.

A proposed order substituting John Rittenhouse in his representative capacity is attached as Exhibit C.

Respectfully submitted,

/s/Jennifer A. Moore
Jennifer A. Moore
GROSSMAN & MOORE, PLLC
401 West Main Street, Suite 1801
Louisville, KY  40202
jmoore@gminjurylaw.com
Phone:  (502) 657-7100
Fax:  (502) 657-7111

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all ECF users registered with the Court for this case.

/s/ Jennifer A. Moore
*Counsel for Plaintiff*