AOC-840 Doc. Code: OFID
Rev. 12-02
Page 1 of 1 Ver. 1.01
Commonwealth of Kentucky
Court of Justice www.kycourts.net
KRS 395.105; 395.110

**ORDER APPOINTING FIDUCIARY**

ENTERED 3/12/18 a.c.

Case No: 18-P-073
Court: District Probate
County: Christian

**IN RE:** Estate of Anita Crawley Rittenhouse

Upon hearing the Petition of Anita Crawley Rittenhouse the Court appoints John Rittenhouse to act as Administrator

☐ with approved Surety  OR  ☑ with Surety having been waived.

_____ of said estate and fixes bond in the sum of $ 1,000

Date: 3/12, 2018

_____
Judge's Signature

**CERTIFICATE OF QUALIFICATION**

I, _____ Clerk of the Christian District Court, certify this is a true and correct copy of the Order Appointing Fiduciary as recorded in my office. This Order and Qualification is in full force and effect.

Date: 3/12, 2018

By: _____ D.C.

To be completed on copies only.