UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| ANITA RITTENHOUSE, | |
| | JUDGE ELDON E. FALLON |
| Plaintiff, | |
| | MAG. JUDGE MICHAEL NORTH |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | Civil Action No.: 2:16-cv-4260 |
| Defendants. | |

## **[PROPOSED] ORDER SUBSTITUTING PLAINTIFF**

On the motion of John Rittenhouse, as Administrator of the Estate of Anita Rittenhouse, and having reviewed the record and being otherwise sufficiently advised,

**IT IS ORDERED** that the Motion to Substitute Proper Party is **GRANTED** and John Rittenhouse, as Administrator of the Estate of Anita Rittenhouse, is SUBSTITUTED as Plaintiff in the instant action with the authority to maintain, prosecute, and settle this action. Accordingly, this action shall proceed with John Rittenhouse, as Administrator of the Estate of Anita Rittenhouse, as Plaintiff.

This _____ day of _____.

_____
United States District Judge