UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Warren Merkle v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-17850*

## AMENDED MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Emma Merkle, surviving spouse of Warren Merkle, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action individually and on behalf of the Estate of Warren Merkle based on the death of Warren Merkle.

A Notice/Suggestion of Death was filed in this matter on May 11, 2018 (Doc.9440).

DATED:   May 11, 2018.

        Respectfully submitted,

        THE GALLAGHER LAW FIRM, PLLC

        s/ Michael T. Gallagher
        Michael T. Gallagher
        (Texas Bar #07586000)
        2905 Sackett Street
        Houston, TX 77098
        Telephone: (713) 222-8080
        Facsimile:  (713) 222-0066
        mike@gld-law.com

        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               <u>s/Michael T. Gallagher</u>