**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION  :        **MDL No. 2592**
                                                         :
                                                         :        **SECTION L**
                                                         :
                                                         :        **JUDGE ELDON E. FALLON**
                                                         :
_____:        **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Mildred Lindsey v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-08335*


### AMENDED MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Maurice Lindsey, surviving spouse of Mildred Lindsey, and moves

pursuant to Fed.R.Civ.P. 25(a) to substitute himself as Plaintiff in this action individually and on

behalf of the Estate of Mildred Lindsey based on the death of Mildred Lindsey.

A Notice/Suggestion of Death was filed in this matter on May 11, 2018 (Doc.9438).

DATED:        May 11, 2018.


                                        Respectfully submitted,

                                        THE GALLAGHER LAW FIRM, PLLC


                                        s/ Michael T. Gallagher
                                        Michael T. Gallagher
                                        (Texas Bar #07586000)
                                        2905 Sackett Street
                                        Houston, TX 77098
                                        Telephone: (713) 222-8080
                                        Facsimile:  (713) 222-0066
                                        mike@gld-law.com

                                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/Michael T. Gallagher