UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : 
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
: 
: JUDGE ELDON E. FALLON
: 
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Mildred Lindsey v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-08335*

## AMENDED ORDER

The Court, after considering the Plaintiff's Amended Motion for Substitution of Party Plaintiff, R. Doc. ____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Maurice Lindsey, as surviving spouse, is substituted for Plaintiff Mildred Lindsey as the proper party plaintiff in the above captioned case individually and on behalf of the Estate of Mildred Lindsey, deceased.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge