UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Madonna Swafford v. Jansenn Research & Development, LLC, et al;*
*Case. No. 2:16-cv-11513-EEF-MBN*

## EX PARTE MOTION FOR SUBSTITUTION

Counsel, pursuant to rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Dallas Swafford on behalf of decedent, Madonna Swafford. In support of this motion, Counsel would show the Court as follows:

1. Madonna Swafford filed a products liability lawsuit against Defendants on June 23, 2016.

2. Plaintiff Madonna Swafford died on February 19, 2017.

3. Madonna Swafford's products liability action against Defendants survived her death and was not extinguished.

4. On May 11, 2018, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit 1."

5. Dallas Swafford, the surviving son of Madonna Swafford, was appointed Personal Representative of her Estate on May 10, 2018 by the Monroe County Circuit Court 1, State of Indiana.

6. Dallas Swafford is a proper party to substitute for Plaintiff-Decedent Madonna Swafford and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: May 11, 2018

                                               Respectfully Submitted,

                                               /s/ Sarah Graziano
                                               Sarah Graziano, Indiana Bar #21650-49
                                               Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 11, 2018

                                          /s/ Sarah Graziano
                                          Sarah Graziano, Indiana Bar #21650-49
                                          Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com