# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Madonna Swaffordv. Jansenn Research & Development, LLC, et al;*
*Case. No. 2:16-cv-11513-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Dallas Swafford as Personal Representative of the Estate of Madonna Swafford, is substituted for Plaintiff Madonna Swafford, in the above captioned cause.


Dated: _____     _____
                                                                    Hon. Eldon E. Fallon
                                                                    United States District Court Judge