## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Xarelto (Rivaroxaban) Products Liability Litigation | * * * * * * | **MDL NO. 2592** |
| | | **SECTION: L** |
| | | **JUDGE:  ELDON E. FALLON** |
| *This document relates to*: Case 17-cv-01497 | * * * | **MAGISTRATE JUDGE: MICHAEL NORTH** |
| *Mehaffie v. Janssen Research & Devel., LLC* | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Sangisetty Law Firm LLP, counsel for Plaintiff Emily Mehaffie, who moves this Court for an Order allowing withdrawal as attorneys of record for the Plaintiff on the basis of the following:

1. Plaintiff has indicated to Sangisetty Law Firm, through multiple third parties, that she is no longer interested in pursuing her lawsuit.

2. Plaintiff is unresponsive to Sangisetty Law Firm's attempts on multiple occasions to establish direct contact for the purpose of confirming that she is no longer interested in pursuing her lawsuit.

3. Therefore, Sangisetty Law Firm is unable to consent to dismissal of Plaintiff's claims on her behalf.

4. By letter dated April 5, 2018, Sangisetty Law Firm advised Plaintiff of its inability to consent to dismissal of her claims, as well as its desire to withdraw from the representation as a result. Sangisetty Law Firm has received no response from Plaintiff.

WHEREFORE, Plaintiff's counsel requests that the Court enter an Order withdrawing Sangisetty Law Firm and its attorneys as counsel of record for Plaintiff Emily Mehaffie in the action numbered 17-cv-01497.

DATED: May 14, 2018.

Respectfully submitted,

SANGISETTY LAW FIRM, LLC

/s/ Ravi K. Sangisetty
RAVI K. SANGISETTY (Bar No. 30709)
MICHAEL E. LILLIS (Bar No. 33245)
935 Gravier Street, Suite 835
New Orleans, La 70112
Telephone:   (504) 662-1016
Facsimile:   (504) 662-1318