**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Xarelto (Rivaroxaban) Products    *    **MDL NO. 2592**
Liability Litigation    *
   *    **SECTION: L**
   *
   *    **JUDGE:  ELDON E. FALLON**
   *
*This document relates to*:    *    **MAGISTRATE JUDGE:**
     Case 17-cv-01497    *        **MICHAEL NORTH**
   *
*Mehaffie v. Janssen Research & Devel., LLC*    *
   *
   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

Considering the foregoing Motion to Withdraw as Counsel of Record:

IT IS HEREBY ORDERED that Sangisetty Law Firm and its attorneys are permitted to

withdraw as counsel of record for Plaintiff Emily Mehaffie in the action numbered 17-cv-01497.

New Orleans, Louisiana, this _____ day of _____ 2018.


_____
DISTRICT JUDGE