## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing has been sent to all counsel of record electronically through the Court's CM/ECF system on this 14th day of May 2018.

                  /s/ Ravi K. Sangisetty
                  Ravi K. Sangisetty