# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>SECTION L<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE NORTH** |

***THIS DOCUMENT RELATES TO:***

*Akopov v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00481*

*Alimonti v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03916*

*Aparo v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-07151*

*Appollonio v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00421*

*Arrington v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03917*

*Bacci v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00422*

*Barton v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03918*

*Beasley v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10775*

*Bell v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03919*

*Campbell v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00423*

*Coolidge v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00424*

*Dallas v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10777*

*Delgado v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10785*

*Dickinson v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03925*

*Drake v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00425*

*Dvorak v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10787*

*Fortier v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00482*

*Francis v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03927*

*Gamblin v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00462*

*Gartner v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03928*

*Gatewood v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03929*

*Gennette v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03930*

*Gonzales v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10815*

*Gorlitz v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03931*

*Graziano v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10817*

*Haller v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10818*

*Harper v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03451*

*Jacobson v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00464*

*Kling v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10821*

*Larson v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00465*

*Lawrence v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10822*

*Leineke v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00468*

*Lewis v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00470*

*Marsh v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00471*

*Matteson v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10838*

*Miller v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10904*

*Miller v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00473*

*Mineau v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10840*

*Moffatt v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03934*

*Pearl v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-16335*

*Perry v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-10841*

*Pierce v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-00476*

*Plemmons v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-10842*

*Prendergast v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-00477*

*Ray v. Janssen Research & Development, LLC, et al., Case No.:  2:15-cv-03936*

*Rhea v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-05901*

*Rivera v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-10844*

*Rosen v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-10845*

*Shoemaker v. Janssen Research & Development, LLC, et al., Case No.:  2:15-cv-03938*

*Shuler v. Janssen Research & Development, LLC, et al., Case No.:  2:15-cv-03943*

*Sindoni v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-10846*

*Spearmon v. Janssen Research & Development, LLC, et al., Case No.:  2:16-cv-00478*

*Spilliards v. Janssen Research & Development, LLC, et al., Case No.:  2:15-cv-03946*

*Stout v. Janssen Research & Development, LLC, et al., Case No.:  2:15-cv-03952*

*Summers v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-00479*

*Stout v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03952*

*Wheat v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03954*

*Wheeler v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03955*

*Wiggins v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10849*

*Ziglar v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-03957*

## **PROPOSED ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm

of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and

lead counsel for Plaintiffs in the above-entitled and numbered actions.

Dated:   May 10th   , 2018.

_____
Hon. Eldon E. Fallon
United States District Judge