UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Sudol v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-01500 | |
| *Dixon v. Janssen Research & Development, LLC, et al.,* Case No.: 2:17-cv-08313 | |
| *Suthers v. Janssen Research & Development, LLC, et al.,* Case No.: 2:16-cv-10354 | |
| *Hein v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-02772 | |
| *Fiore v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-02770 | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, come plaintiffs in the above-related actions, and hereby request that Neil D. Overholtz of Aylstock, Witkin, Kreis & Overholtz, PLLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled and numbered actions.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC as co-counsel of record and appointed as lead counsel in the above-entitled and numbered actions.

1

Dated: May 14, 2018.

                                                                           RESPECTFULLY SUBMITTED,

By:   /s/ John S. Selinger, Esq.
       John S. Selinger, Esq.
       Bar No.: JS9509
       **Zeccola & Selinger, LLC**
       2127 Crompond Road
       Suite 205
       Cortlandt Manor, NY  10567
       Telephone:  (914) 402-7290
       john@zslawyers.com

-and-

       /s/ *Neil D. Overholtz*
       Neil D. Overholtz
       Florida Bar No.:  188761
       **AYLSTOCK, WITKIN, KREIS**
       **& OVERHOLTZ, PLLC**
       17 East Main Street, Suite 200
       Pensacola, FL  32502
       Telephone: (850) 202-1010
       Facsimile: (850) 916-7449
       noverholtz@awkolaw.com

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

DATED:  May 14, 2018

                                                        /s/ John S. Selinger, Esq.
                                                        Zeccola & Selinger, LLC