UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | **JUDGE ELDON E. FALLON** |
| ***THIS DOCUMENT RELATES TO:*** | MAGISTRATE NORTH |
| *Sudol v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-01500 | |
| *Dixon v. Janssen Research & Development, LLC, et al.,* Case No.: 2:17-cv-08313 | |
| *Suthers v. Janssen Research & Development, LLC, et al.,* Case No.: 2:16-cv-10354 | |
| *Hein v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-02772 | |
| *Fiore v. Janssen Research & Development, LLC, et al.,* Case No.: 2:15-cv-02770 | |

**ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and lead counsel for Plaintiffs in the above-entitled and numbered actions.

Dated: _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge

1