# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Janice Payne, Individually<br><br>    Plaintiff(s),<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br>CASE NO. 2:17-cv-2243<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, pursuant to Federal Rules of Civil Procedure 41 (a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs, Counsel for Plaintiff takes this action because plaintiff no longer wishes to pursue this case.

Dated: May 14, 2018

Respectfully submitted,

/s/ Monte Bond
MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

/s/ Jessica Glitz
JESSICA GLITZ, Esq.
Texas Bar No.24076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-617-9985 (Fax)
jglitz@tautfestbond.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

       */s/ Monte Bond*
MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

 /s/ Jessica Glitz
JESSICA GLITZ, Esq.
Texas Bar No.24076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
jglitz@tautfestbond.com