UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :    MDL No. 2592
                                  :
                                  :    SECTION L
                                  :    JUDGE ELDON E. FALLON
                                  :    MAGISTRATE JUDGE NORTH
                                  :
_____:

**THIS DOCUMENT RELATES TO:**

Wanda L. Chavis
Civil Action No.: 2:18-cv-02418

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss is hereby GRANTED and that Plaintiff's claims against all Defendants in Wanda L. Chavis v. Janssen Research & Development LLC, et al. 2:18-cv-02418 are hereby voluntarily DISMISSED, with prejudice.

Signed, this ____14th____ day of ____May____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1