UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Angel M. Lago v. Janssen Research & Development, LLC et al*
CA# 2:16-cv-10191

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9432, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lucy C. Lago, as surviving spouse and the administrator of the estate of Angel M. Lago, is substituted for Plaintiff Angel M. Lago as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE