## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donna R. Canada o/b/o Her deceased husband, Joseph R. Canada v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:17-cv-6259

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9434, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Donna R. Canada, on behalf of her deceased husband, Joseph R. Canada, is substituted for Plaintiff Joseph R. Canada as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE