**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)　　　　　　MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION L

　　　　　　　　　　　　　　　　　　　　　JUDGE ELDON E. FALLON

　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Cynthia Davis v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-14977

## <u>ORDER</u>

　　　The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 9437, as well as any responses thereto, finds the motions meritorious. Therefore,

　　　**IT IS ORDERED** that Plaintiff William Ashmore, as surviving natural son and on behalf

of the Estate of Cynthia Davis, is substituted for Plaintiff Cynthia Davis as the proper party plaintiff

in the above captioned case.

　　　New Orleans, Louisiana, this 14th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE