UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Madonna Swafford v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-11513

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9447, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Dallas Swafford, as Personal Representative of the Estate of Madonna Swafford, is substituted for Plaintiff Madonna Swafford as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE