# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES D. RINGER, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO.: 2:18-CV-00291 |
| | ) | |
| v. | ) | |
| | ) | JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) | |
| , | | |
| Defendant. | | |

## MOTION FOR AN EXTESION OF TIME

**COMES NOW** Plaintiff, James Ringer, by and through attorney E. Ryan Bradley of The Bradley Law Firm and for Plaintiff's Motion for Extension of Time to submit Employment Authorization. Counsel for plaintiff is attempting to obtain the authorization from the client at this time and needs additional time to obtain the authorization. Counsel for Plaintiff requests an additional 14 days up to and including May 28, 2018 to file the employment authorization.

Respectfully submitted,



By: _____
E. Ryan Bradley, #53777
The Bradley Law Firm
Attorney for Plaintiff
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2765 (fax)
Ryan@stllawhelp.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on Monday, May 14, 2018, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the **Louisiana Courts E-Filing System** which was sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be place upon the original of the foregoing documents and that a copy of the foregoing was sent via the Court's efiling system to.