**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVOROXOBAN) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2982 |
| Mavis A. Miller v. Janssen Research & Development LLP, f/k/a Johnson & Johnson Pharmaceutical Research and Development LLP et al, 2:16-cv-13363 | Judge Eldon E. Fallon |

**RULE 25(A) NOTICE**

Pursuant to Fed. R. Civ. P. 25, Counsel for Plaintiff Mavis A Miller respectfully notifies this Honorable Court and Defendants that Plaintiff Mavis A Miller has died. Counsel for Plaintiff Martha Newman was recently notified by the family that she died in Texas on December 19, 2016.

Submitted this 15th day of May, 2018.

      Respectfully submitted,

      /s/ Lisa A. Gorshe
      Lisa A. Gorshe, Esq. (#029522X)
      Johnson Becker, PLLC
      444 Cedar St. Ste 1800
      St. Paul, MN 55101
      Telephone: 612-436-1800
      Fax: 612-436-1801
      Email: lgorshe@johnsonbecker.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

By: /s/ Lisa Ann Gorshe