UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) ) ) MDL NO. 2592 ) |
| PRODUCTS LIABILITY LITIGATION | ) SECTION: L ) ) JUDGE ELDON E. FALLON ) ) JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| JAMES D. RINGER v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al | 2:18-cv-00291 |
|---|---|

**MOTION FOR EXTENSION OF TIME**

**COMES NOW** Plaintiff, James Ringer, by and through attorney E. Ryan Bradley of The Bradley Law Firm and for Plaintiff's Motion for Extension of Time to submit Employment Authorization. Counsel for plaintiff is attempting to obtain the authorization from the client at this time and needs additional time to obtain the authorization. Counsel for Plaintiff requests an additional 14 days up to and including May 28, 2018 to file the employment authorization or to be heard in Court on Wednesday, June 6, 2018.

Respectfully submitted,

By: _____

                                        E. Ryan Bradley, #53777  
                                        The Bradley Law Firm  
                                        Attorney for Plaintiff  
                                        1424 Washington Avenue, Ste 300  
                                        St. Louis, MO 63103  
                                        (314) 721-9111 (phone)  
                                        (314) 255-2765 (fax)  
                                        Ryan@stllawhelp.com

DATE May 15, 2018