UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES D. RINGER,                                )<br>                                                             )<br>         Plaintiff,                                    )<br>                                                             )<br>v.                                                           )<br>                                                             )<br>JANSSEN RESEARCH & DEVELOPMENT )<br>LLC f/k/a JOHNSON AND JOHNSON )<br>PHARMACEUTICAL RESEARCH AND )<br>DEVELOPMENT LLC, JANSSEN ORTHO )<br>LLC, JANSSEN PHARMACEUTICALS, INC. )<br>f/k/a JANSSEN PHARMACEUTICA INC. f/k/a )<br>ORTHO-MCNEIL-JANSSEN                   )<br>PHARMACEUTICALS, INC., JOHNSON & )<br>JOHNSON COMPANY BAYER              )<br>HEALTHCARE PHARMACEUTICALS,   )<br>INC., BAYER PHARMA AG, BAYER      )<br>CORPORATION, BAYER HEALTHCARE )<br>LLC, BAYER HEALTHCARE AG, and     )<br>BAYER, AG                                          )<br><br>         Defendant. | MDL NO. 2592<br><br>SECTION : L<br><br>JUDGE ELDON E. FALLON<br><br>JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR EXTENTION OF TIME**

In support of Plaintiff's Motion for Extension of Time to Satisfy the issued Plaintiff's Employment Authorization, Plaintiff states as the following:

1.) Plaintiff filed his medical authorizations in compliance with the court's scheduling order.
2.) Plaintiff did not realize that he was supposed to submit an employment authorization, as Plaintiff is retired and not making a wage loss claim.
3.) On or about April 26, 2018 Plaintiff's attorney sent authorization to be signed by plaintiff.
4.) On or about May 1, 2018, Plaintiff returned the employment authorization, however, Plaintiff's attorney did not receive it.
5.) On or about May 8, 2018, the authorization was re-sent to Plaintiff to execute.
6.) On or about May 14, 2018, plaintiff stated that he mailed the authorization.

WHEREFORE, for the reason set forth about, Plaintiff rerspectfully moves this Honorable Court for an extension of time to file the Employment authorization up to and

including Thursday, May 28, 2018 or to be heard in Court on Wednesday June 6, 2018 if the deficiency has not been resolved.

                    Respectfully submitted,

By: _____
E. Ryan Bradley, #53777
The Bradley Law Firm
Attorney for Plaintiff
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2765 (fax)
Ryan@stllawhelp.com

Date: May 15, 2018