## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) <br> ) MDL NO. 2592 <br> ) |
| PRODUCTS LIABILITY LITIGATION | ) SECTION: L <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| JAMES D. RINGER v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al | 2:18-cv-00291 |
|---|---|

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Extension of Time for Plaintiff to submit the Employment Authorization Deficiencies to be heard by the Honorable Eldon E. Fallon on Wednesday, June 6, 2018 if Deficiency has not been resolved.

                            Respectfully submitted,



By: _____
    E. Ryan Bradley, #53777
    The Bradley Law Firm
    Attorney for Plaintiff
    1424 Washington Avenue, Ste 300
    St. Louis, MO 63103
    (314) 721-9111 (phone)
    (314) 255-2765 (fax)
    Ryan@stllawhelp.com

Date: May 15, 2018