## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO | ) |
| (RIVAROXABAN) | ) **MDL NO: 2592** |
| | ) |
| | ) **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) |
| | ) **JUDGE ELDON E. FALLON** |
| | ) |
| | ) **JUDGE NORTH** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

### THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| | |
|---|---|
| JAMES D. RINGER  v. JANSSEN  RESEARCH  &  DEVELOPMENT LLC  f/k/a  JOHNSON  AND  JOHNSON PHARMACEUTICAL   RESEARCH   AND DEVELOPMENT LLC, et al | 2:18-cv-00291 |

### ORDER

This matter came before the Court on Plaintiff's Motion for an Extension of Time to Satisfy a Plaintiff Employment Authorization Deficiency.

After due consideration, this Court herby GRANTS Plaintiff's Motion for Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until Thursday, May 28, 2018 to satisfy Plaintiff's Employment Authorization Deficiency or to be heard in Court on Wednesday, June 6, 2018..

_____                    _____
DATE                                                          JUDGE ELDON E. FALLON