UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
                                       :
                                       :     JUDGE ELDON E. FALLON
                                       :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

John Cook

CA# 2:16-cv-4238

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, John Cook on June 15, 2017.

Dated:  May 15, 2018

                                        Respectfully submitted,

                                        By: ___/s/ Daniel J. Carr_____

                                        Joseph C. Peiffer, La. Bar # 26459
                                        Daniel J. Carr, La. Bar # 31088
                                        PEIFFER WOLF CARR & KANE
                                        A Professional Law Corporation
                                        201 St. Charles Avenue, Suite 4610
                                        New Orleans, Louisiana  70170-4600
                                        Telephone:  (504) 523-2434
                                        Facsimile:  (504) 523-2464
                                        Email: dcarr@prwlegal.com

>Michael B. Lynch, Esq.
>THE MICHAEL BRADY LYNCH FIRM
>127 West Fairbanks Ave. #528
>Winter Park, Florida 32789
>Office: (877) 513-9517
>Fax: (321) 972-3568
>Cell: (321) 239-8026
>Email: michael@mblynchfirm.com
>
>*Attorneys for the Plaintiff*

## Certificate of Service

I hereby certify that on May 15, 2018, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>_/s/ Daniel J. Carr_