# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Claudean Williams, as Surviving Spouse of JB Williams, Deceased | MDL NO. 2592 |
| | SECTION:   L |
| Plaintiff(s), | CASE NO. 2:16-cv-3459 |
| v. | |
| | JUDGE:  ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG, | MAG. JUDGE MICHAEL NORTH |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

## **PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiff, pursuant to Federal Rules of Civil Procedure 41 (a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs, Counsel for Plaintiff takes this action because plaintiff no longer wishes to pursue this case.

Dated: May 15, 2018            Respectfully submitted,

                                       /s/ *Lennie F. Bollinger*
                                       Lennie F. Bollinger
                                       State Bar No. 24076894
                                       WORMINGTON & BOLLINGER
                                       212 E. Virginia Street  McKinney, Texas 75069
                                       (972) 569-3930 Phone
                                       (972) 547-6440 Facsimile
                                       LB@wormingtonlegal.com

                                       ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Lennie F. Bollinger*
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street  McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

***ATTORNEY FOR PLAINTIFF***