UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Elizabeth Atkins v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-02022<br><br>**No. 2:15-cv-02022** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**DUE TO DEATH OF PLAINTIFF**

COME NOW Counsel for Plaintiff Elizabeth Atkins, and pursuant to Fed. R. Civ. P. 25(a)(1) and 41(a)(2), hereby state:

**THIS CASE IS AN APRIL 16, 2018 WAVE 1 REMAND SELECTION.**

1. On **May 1, 2018**, Plaintiff's Counsel filed a Suggestion of Death with the Court **[Docket Entry 9276]** notifying the Court and the Parties that Plaintiff's counsel had recently learned of the death of Plaintiff Elizabeth Atkins.

2. Fed. R. Civ. P. 25(a)(1) provides:

**(1) Substitution if the Claim Is Not Extinguished.** If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

3. Plaintiff has died but the claim has not been extinguished.

4. Counsel for Plaintiff contacted one of Mrs. Atkins' surviving adult children, Tina Atkins, (with whom Plaintiff resided prior to her death), and she requested that this matter be

1

dismissed in its entirety without prejudice.

  WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request that the Court grant the voluntary dismissal of Plaintiff's action without prejudice against all parties.

Respectfully submitted,     Dated: May 15, 2018

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## Certificate of Service

  The undersigned hereby certifies the foregoing was filed with the Court on May 15, 2018 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward