UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** <br><br> *Elizabeth Atkins v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-02022 <br><br> **No. 2:15-cv-02022** | **MDL No. 2592** <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**[proposed] ORDER OF DISMISSAL WITHOUT PREJUDICE**

1. On **May 1, 2018**, Plaintiff's Counsel filed a Suggestion of Death with the Court **[Docket Entry 9276]** notifying the Court and the Parties that Plaintiff's counsel had recently learned of the death of Plaintiff Elizabeth Atkins.

2. Fed. R. Civ. P. 25(a)(1) provides:

**(1) Substitution if the Claim Is Not Extinguished.** If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

3. Plaintiff has died but asserts the claim has not been extinguished.

4. Counsel for Plaintiff states they contacted one of Plaintiff Atkins' surviving adult children, Tina Atkins, (with whom Plaintiff resided prior to her death), and she requested that this matter be dismissed in its entirety without prejudice.

5. On **May 15, 2018**, Plaintiff's Counsel filed a Motion to Dismiss without prejudice

1

due to the death of Plaintiff Elizbeth Atkins.

ACCORDINGLY, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED:**

_____
**JUDGE ELDON E. FALLON**

_____
**DATE**