**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                                SECTION L

THIS DOCUMENT RELATES TO ALL CASES             JUDGE ELDON E. FALLON

                                                MAG. JUDGE NORTH

**PRETRIAL ORDER NO. 13C**

**(Amending Pretrial Order No. 13, 13A and 13B)**

**THIS MATTER**, having been opened by the Court by counsel for the Parties, and the

Parties having consented, stipulated, and agreed to entry of the within Order, and good cause

appearing therefore,

**IT IS** on this 15th day of May, 2018, **ORDERED**, as follows:

Paragraph 4 of Pretrial Order No. 13 is hereby amended to add the following language:

With respect to Authorizations provided to Defendants that are undated, Defendants and

their record copy vendor,  The Marker Group, Inc. ("Marker"), are hereby authorized to date the

undated Authorizations as of the date of party or random selection per CMO No. 6 that are being

sent to the Healthcare Providers and other entities that require Authorizations, provided that the

date affixed is not later than November 30, 2018.  Once this Order becomes effective, at the end

of each month, Defendants' vendor shall supply to Liaison Counsel for Plaintiffs a list of all

cases in which such authorizations have been used that month.  This order shall become effective

fourteen (14) days from the date above.  If any plaintiff does not agree to authorize the dating of

undated Authorizations as provided herein, he or she shall notify lead counsel for the Defendants

within ten (10) days of the date above and simultaneously provide defense counsel with dated authorizations.

With respect to new or location specific authorizations, Plaintiffs shall cooperate with Defendants, and shall respond to Defendants' requests for signatures for new or location specific authorizations within ten (10) days of being requested to do so.

**IT IS SO ORDERED.**

_____
**JUDGE ELDON E. FALLON**