UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :      MDL No. 2592
                                   :
                                   :      SECTION L
                                   :
                                   :      JUDGE ELDON E. FALLON
                                   :
_____:      MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

John Cook

CA# 2:16-cv-4238

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Barbara Cook, as the surviving spouse of John Cook, is substituted for Plaintiff John Cook, in the above captioned cause.

Date: _____        _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge