UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION        :        MDL No. 2592
                                     :
                                     :        SECTION L
                                     :
                                     :        JUDGE ELDON E. FALLON
                                     :
_____:        MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Helen Foley et al. v. Janssen Research & Development LLC, et al.
Civil Case No.: 2:16-cv-02700


**ORDER**

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With

Prejudice.

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Helen Foley et al.  Motion

for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned  case

is  DISMISSED  WITH  PREJUDICE  with  each  party  to  bear  their  own

attorney's fees and costs.

    On this___15th__day of____May___, 2018.

                                      Honorable Eldon E. Fallon
                                      United States District Court Judge