# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**  SECTION L  **JUDGE ELDON E. FALLON**  MAGISTRATE NORTH |
| ***THIS DOCUMENT RELATES TO:***  *Sudol v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-01500  *Dixon v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-08313  *Suthers v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10354  *Hein v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-02772  *Fiore v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-02770 | |

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and lead counsel for Plaintiffs in the above-entitled and numbered actions.

Dated: __May 15th__, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge

1