## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Aaron v. Janssen Research & Development, LLC, et al.,* 2:16-cv-16218

### VERIFIED MEMORANDUM IN SUPPORT OF PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO TENDER FULL PFS

COMES NOW Plaintiff, Cheryl Aaron, by and through undersigned counsel of record, and in support of Plaintiff's First Motion for Extension of Time Within Which to Tender Full PFS, states as follows:

1. Plaintiff's case was chosen as one of the 200 Wave 1 Remand selections on April 16th, 2018.

2. Counsel for Plaintiff did not receive notice of this selection until a communication from the Plaintiff's Steering Committee that was sent on April 24, 2018.

3. Due to this delay, Plaintiff's Counsel was unable to reach Plaintiff to inquire about the necessary information and documentation required to complete a full PFS for Defendants until May 7, 2018.

4. Plaintiff has not been able to gather all of the necessary information in order to provide a complete PFS to Defendants in the last nine days since being reached by Plaintiff's Counsel.

5. On May 14, 2018, Counsel for Plaintiff requested an informal extension to Defendants' Liaison Counsel to tender the completed PFS to the Defendants.

6. As of the time of filing, Plaintiff's Counsel has not received a response from Defendants.

7. No actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

8. Plaintiff shows that as a matter of law and fact they were not delaying tendering the full PFS in bad faith.

9. Plaintiff's Counsel asks the Court to grant an appropriate extension of 14 days for Plaintiff Aaron to tender her full PFS, making the PFS due on May 30, 2016.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant her First Motion for Extension of Time Within Which to Tender Full PFS and for any further orders deemed just and proper under the circumstances.

I, Sarah Graziano, pursuant to the penalties of perjury verify the factual allegations contained herein are true and accurate.

_s/ Sarah Graziano_____
Sarah Graziano

Signed: May 16, 2018                               Respectfully submitted,

                                                                    **HENSLEY LEGAL GROUP, PC**


                                                                    _s/ Sarah Graziano_____

Sarah Graziano (IN Atty. #21650-49)  
117 E. Washington Street, Suite 200  
Indianapolis, IN 46204  
Telephone: (317) 472-3333  
Facsimile: (317) 473-3340  
Email:  sgraziano@hensleylegal.com  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 16th day of May, 2018.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____  
Sarah Graziano (IN Atty. #21650-49)  
117 E. Washington Street, Suite 200  
Indianapolis, IN 46204  
Telephone: (317) 472-3333  
Facsimile: (317) 473-3340  
Email:  sgraziano@hensleylegal.com  
*Attorney for Plaintiff*