# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Aaron v. Janssen Research & Development, LLC, et al., 2:16-cv-16218*

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Cheryl Aaron, by and through undersigned counsel, and files this Notice of Submission of ***Plaintiff's First Motion for Extension of Time Within Which to Tender Full PFS*** to be submitted on Wednesday, June 6, 2018, before the Honorable Judge Eldon E. Fallon.

Signed: May 16th, 2018                                            Respectfully submitted,

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano

Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 16th day of May, 2018.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____

Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*