UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Aaron v. Janssen Research & Development, LLC, et al., 2:16-cv-16218*

## PROPOSED ORDER

IT IS HEREBY ORDERED that the Motion for Extension of Time Within Which to Tender Full PFS, filed by the above-listed Plaintiff Cheryl Aaron, is hereby GRANTED, and that Plaintiff shall have thirty (14) days from the date of this Order to Tender a full Plaintiff's Fact Sheet to Defendants.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge