## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leon Seccia and Patricia Seccia*　　　　　　　　　　　　　　　　　　　　　2:16-cv-07635

### MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **PATRICIA SECCIA**, surviving spouse of Plaintiff-Decedent **LEON SECCIA**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased spouse, **LEON SECCIA**.

1. Plaintiffs, **LEON** and **PATRICIA SECCIA**, filed a products liability lawsuit against Defendants on June 1, 2016.

2. Subsequently, Plaintiff's Counsel learned that **LEON SECCIA** died.

3. Plaintiff-Decedent's product liability action against Defendants survived his death and was not extinguished.

4. Counsel filed a Suggestion of Death on May 16, 2018, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action

Dated: May 16, 2018

    Respectfully submitted,

    MURPHY LAW FIRM, LLC

    s/*Peyton P. Murphy*
    PEYTON P. MURPHY (LA # 22125)
    2354 S. Acadian Thruway
    Baton Rouge, LA  70808
    Telephone: (225) 928-8800
    Facsimile: (225) 246-8780
    Email: peyton@murphylawfirm.com

    s/*Todd C. Comeaux*
    TODD C. COMEAUX (LA # 23453)
    2354 S. Acadian Thruway, Suite C
    Baton Rouge, LA  70808
    Telephone: (225) 706-9000
    Facsimile: (225) 706-9001
    Email: tc@comeauxlawfirm.com

    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on May 16, 2018, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

    /s/ *Peyton P. Murphy*
    **PEYTON P. MURPHY**