UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>NORMAN NICHOLAS<br><br>Civil Case No. 2:17-cv-01419-EEF-MBN | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET**

NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet (PFS). The deadline to submit Plaintiff's PFS is May 16, 2018. Plaintiff respectfully requests an extra 60 days, with new deadline of July 15, 2018, to provide his verified PFS.

1. Plaintiff, Norman Nicholas, filed a products liability lawsuit against Defendants on February 17, 2017. (*Norman Nicholas v. Janssen Research & Development, LLC, et al*; Case No. 2:17-cv-01419).

2. Pursuant to Pre-Trial Orders 13, 13A and 13B, Plaintiff's verified Plaintiff Fact Sheet was submitted on May 15, 2017.

3. On April 16, 2018, this case was selected for remand.

4. Pursuant to Case Management Order (CMO) 6, Plaintiff's updated and completed PFS is due May 16, 2018.

5. Plaintiff's counsel attempted to contact Plaintiff regarding his PFS, but was unable to make contact.

1

6. After a thorough investigation, counsel found that Plaintiff had passed away on January 27, 2018.

7. Plaintiff's counsel has made contact with Plaintiff's next of kin, and an estate has not been opened at this time.

8. In an effort to comply with CMO 6, Plaintiff's counsel has submitted to MDL Centrality an unverified PFS on May 16, 2018, because at this time there is no proper party plaintiff to sign the declaration page.

9. For the foregoing reasons Plaintiff's counsel requests an extension of time to submit a verified PFS, including the declaration page.

10. This motion is being submitted to this Honorable Court without the need of a formal hearing.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff, Norman Nicholas, respectfully requests this Court grant Plaintiff's First Motion for Extension of Time to File Verified Plaintiff Fact Sheet.

DATED:  May 16, 2018                                Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

3

*Attorneys for Plaintiff*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff