UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>NORMAN NICHOLAS<br><br>Civil Case No. 2:17-cv-01419-EEF-MBN | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET**

NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet (PFS). The deadline to submit PFS is May 16, 2018. Plaintiff respectfully requests an extra 60 days, with new deadline of July 15, 2018, to provide the PFS.

**FACTUAL BACKGROUND**

On February 17, 2017, Plaintiff, Norman Nicholas, by and through his counsel, filed his Complaint with the Court. Plaintiff timely served Defendants in this case. Plaintiff's counsel tried to notify Plaintiff about the need to file Plaintiff's PFS. Plaintiff's counsel found that the Plaintiff had passed away on January 27, 2018.  Plaintiff's counsel has made contact with Deceased Plaintiff's next of kin.  At this time, there is no estate for the Deceased-Plaintiff.

Plaintiff's counsel does not have a proper party to sign the verification form for the PFS at this time. Plaintiff's counsel is working with Deceased Plaintiff's next of kin to open an estate.

In an effort to comply with CMO 6, Plaintiff's counsel has submitted to MDL Centrality an unverified PFS. However, Plaintiff's counsel respectively requests an extension of time to file

1

the verified PFS, including the declaration page, due to Plaintiff's death and lack of proper plaintiff.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff, Norman Nicholas, respectfully requests an extension of 60 days, with new deadline of July 15, 2018, to provide the verified PFS.

DATED:  May 16, 2018

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff