UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>NORMAN NICHOLAS<br><br>Civil Case No. 2:17-cv-01419-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

COMES NOW, Counsel for Plaintiff, Norman Nicholas, and files this Notice of Submission of First Motion for Extension of Time to File Verified Plaintiff Fact Sheet under CMO 6 before the Honorable Judge Eldon E. Fallon on June 20, 2018 at 9:00am. This motion is being submitted to this Honorable Court without the need of a formal hearing.

DATED:  May 16, 2016

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                              By:    s/ *Emanuella J. Paulos*
                                        Emanuella J. Paulos
                                        Attorney for Plaintiff