UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br><br> **SECTION L** <br> **JUDGE ELDON E. FALLON** <br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Floyd Bonham v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:16-cv-12574-EEF-MBN

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Floyd Bonham's Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED,** and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this _____ day of May, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge