**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** **SECTION L** **JUDGE ELDON E. FALLON** **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Lisa Pearman as Personal Representative of the*
*Estate of Bertha Denny, Deceased v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-10569-EEF-MBN

**ORDER**

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal

With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Lisa Pearman,

as Personal Representative of the Estate of Bertha Denny Deceased, Motion for Voluntary

Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED**

**WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this _____ day of May, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge