# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*RUTH ELLIS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:16-cv-14596-EEF-MBN

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Ruth Ellis, files this Suggestion of Death upon the Record. Plaintiff Ruth Ellis departed this world on or about February 18, 2018 during the pendency of this civil action.

Dated:  May 16, 2018                Respectfully submitted,

/s/  William L. Bross
William L. Bross
AL State Bar No. 9703O71W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
jsleadd@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

1

## CERTIFICATE OF SERVICE

      The hereby certify that on May 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ William L. Bross*
                                            William L. Bross