# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*RUTH ELLIS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:16-cv-14596-EEF-MBN

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Veronica Allen as plaintiff of behalf of her deceased mother, Ruth Ellis.

1. Ruth Ellis filed a claim against defendants on September 9, 2016.

2. Subsequently, plaintiff's counsel was notified that Ruth Ellis died on February 18, 2018.

3. Ruth Ellis's action against the defendants survived her death and was not extinguished.

4. Veronica Allen, daughter of Ruth Ellis, is a proper party to substitute for plaintiff-decedent Ruth Ellis and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Veronica Allen requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  May 16, 2018	Respectfully submitted,

/s/  William L. Bross
William L. Bross
AL State Bar No. 9703O71W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
jsleadd@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on May 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ William L. Bross
William L. Bross