**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*RUTH ELLIS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:16-cv-14596-EEF-MBN

**ORDER**

  The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 8533, as well as any responses thereto, finds the motion meritorious.  Therefore,

  IT IS ORDERED that Plaintiff Veronica Allen, daughter of Ruth Ellis, is substituted for

Plaintiff Ruth Ellis as the proper party plaintiff in the above captioned case.

  New Orleans, Louisiana, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE