# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO: Cammisuli, et al. v. Janssen Research & Development, LLC, et al. Case No. 2:16-cv-00122 Plaintiffs Carl Cammisuli and Susan Cammisuli | : : : : : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH **STATEMENT NOTING A PARTY'S DEATH** |

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represent Plaintiffs Carl Cammisuli and Susan Cammisuli, note the death during the pendency of this action of Plaintiff Carl Cammisuli.

        Respectfully submitted,

Date:  May 17, 2018

ROSS FELLER CASEY, LLP
Attorneys for Plaintiff(s)

By:  /s/ Brian J. McCormick, Jr.
    Brian J. McCormick, Jr., Esquire
    Mark A. Hoffman, Esquire
    Dena R. Young, Esquire
    Scott S. Berger, Jr., Esquire
    One Liberty Place
    1650 Market Street, 34th floor
    Philadelphia, PA. 19103
    Phone: (215) 574-2000
    Fax: (215) 574-3080
    bmccormick@rossfellercasey.com
    mhoffman@rossfellercasey.com
    dyoung@rossfellercasey.com
    sberger@rossfellercasey.com