# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Mildred Lindsey v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-8335

## ORDER

The Court, after considering the Plaintiff's Amended Motion for Substitution of Party Plaintiff, R. Doc. 9445, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Maurice Lindsey, as surviving spouse and on behalf of the Estate of Mildred Lindsey, is substituted for Plaintiff Mildred Lindsey as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that Plaintiff's motion for substitution of party, R. Doc. 9439, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 16th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE