IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL NO. 2592 <br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br> *Tipton v. Janssen Research & Development, LLC, et al* <br> Civil Action No. 2:17-cv-6335 ) ) ) ) ) | JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Douglas R. Tipton, now deceased, moves this Honorable Court for an order to substitute Nancy Tipton on behalf of her deceased husband Douglas R. Tipton, in the above captioned matter and n support thereof, states the following.

1,     Douglas R. Tipton filed a Xarelto product liability case against the Defendants on May 24, 2017.

2.     On January 14, 2018, Douglas R. Tipton died.  Counsel for Mr. Tipton recently learned of his passing.

3.     Douglas R. Tipton's product liability action against Defendants survived his death and was not extinguished.

4.     The Decedent's spouse, Nancy Tipton, is the Proper Plaintiff and wishes to be substituted on behalf of Douglas R. Tipton in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Nancy Tipton as the Plaintiff in this action.

Dated:  May 17, 2018                     /s/ *Joanne E. Matusko*
                                         NASTLAW LLC
                                         1101 Market Street, Suite 2801
                                         Philadelphia, Pennsylvania 19107
                                         Telephone: (215) 923-9300
                                         Facsimile: (215) 923-9302
                                         Email:  jmatusko@nastlaw.com

                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: May 17, 2018                   /s/ Joanne E. Matusko