UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************** | * | |

**THIS DOCUMENT RELATES TO:**

*Claudean Williams, as Surviving Spouse of JB Williams, Deceased*
*v. Janssen Research & Development, LLC, et al.*
Case No.: 2:16-cv-3459

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Claudean Williams, as Surviving Spouse of JB Williams' Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this ___17th___ day of May, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge