UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :  MDL No. 2592
: 
:  SECTION L
:
:  JUDGE ELDON E. FALLON
:
:  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Jeanette Deller v. Janssen Research & Development LLC, et al. Civil Case No.: 2:17-cv-6402

## ORDER

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Jeanette Deller. Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this 17th day of May, 2018.

Honorable Eldon E. Fallon
United States District Court Judge