UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Elizabeth Atkins v. Janssen Research & Development LLC, et al. Civil Case No.: 2:15-cv-2022

# ORDER

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Elizabeth Atkin's Motion for Voluntary Dismissal With Prejudice is hereby DENIED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this 17th day of May, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge