UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*John Cook v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-4238

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9472, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Barbara Cook, as surviving spouse of John Cook, is substituted for Plaintiff John Cook as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE