# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO.2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**
*Doyle Mason v. Janssen Research & Development, LLC et al.*
**MDL Case No. 2:18-cv-2582**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff by and through his undersigned counsel, and hereby moves this Honorable Court for an order substituting Gladys Mason on behalf of her deceased husband, Doyle Mason, for the following reasons:

1. On March 12, 2018 Doyle Mason filed a Complaint in the above referenced matter.
2. On April 5, 2018 Doyle Mason died.
3. Doyle Mason's product liability action against defendants survived his death and was not extinguished.
4. Doyle Mason's wife, Gladys Mason later notified Plaintiff's counsel of Mr. Mason's death and her interest in continuing this litigation on Mr. Mason's behalf.
5. Notice of Doyle Mason's death was submitted to this Honorable Court on April 24, 2018.
6. Doyle Mason's wife, Gladys Mason, is the Proper Party Plaintiff. Gladys Mason wishes to be substituted on behalf of Doyle Mason, as the Plaintiff in this action pursuant to Fed. R. Civ. P. 25(a)(1), which states, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that this Court grant this request for substitution of Gladys Mason in place of Doyle Mason as Plaintiff in this action.

Respectfully submitted this \_\_17\_\_ day of May, 2018,

*/s/ Kristie L. Fischer*
SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 17, 2018

Respectfully submitted,

*Kristie L. Fischer*

Kristie L. Fischer (NV Bar No. 11693)
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com