UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO.2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**This Document Relates to:**
*Doyle Mason v. Janssen Research & Development, LLC et al.*
MDL Case No. 2:18-cv-2582

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Gladys Mason, as surviving spouse, is substituted for Plaintiff Doyle Mason as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE