UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION) | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Wanda La Russa, as surviving heir of Lawrence Baker, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06122* | |
| *Linda Muller, as surviving heir of Vivian Beenblossom, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-04895* | |
| *Judy Wise, as representative of the Estate of Pamela Covert, deceased v. Janssen Research & Development LLC et al: 2:17-cv-05308* | |
| *David Gouzie v. Janssen Research & Development LLC et al: 2:17-cv-04750* | |
| *Joel Hensley v. Janssen Research & Development, LLC et al: 2:17-cv-06086* | |
| *Linda Stevens, as surviving spouse of Alfred Herman-Stevens, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06406* | |
| *Linda Kneipp v. Janssen Research & Development LLC et al: 2:17-cv-06113* | |
| *John Large v. Janssen Research & Development, LLC et al: 2:17-cv-06567* | |
| *Veronica Mouzon v. Janssen Research & Development, LLC et al: 2:17-cv-06377* | |
| *Herman Nickels v. Janssen Research & Development, LLC et al: 2:17-cv-05885* | |

1

*Valiera Powell-Best, Valiera v. Janssen Research & Development, LLC et al: 2:17-cv-05511*

*Julie Rawlings v. Janssen Research & Development, LLC et al: 2:17-cv-05660*

*Lisa Souza v. Janssen Research & Development, LLC et al: 2:17-cv-06572*

*Greg Taylor, as surviving heir of Robert Taylor, deceased v Janssen Research & Development LLC et al: 2:17-cv-06556*

*Randa Walker v. Janssen Research & Development, LLC et al: 2:17-cv-05271*

*Charla Woods v. Janssen Research & Development, LLC et al: 2:17-cv-06600*

## **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Plaintiffs move this Court to withdraw for Aimee Robert and Scott Brooks as counsel for the above-referenced cases, as they are no longer associated with the Johnson Law Group.

WHEREFORE, Plaintiffs request this Honorable Court withdraw attorneys Aimee Robert and Scott Brooks as counsel of record in the above-referenced cases. Rachal Rojas of the Johnson Law Group shall remain lead counsel of record for the above-referenced causes of action.

Dated: 5/18/2018

Respectfully Submitted:

s/ *Rachal Rojas*_____
Rachal Rojas
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
rrojas@johnsonlawgroup.com
Attorney for Plaintiffs

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Substitution and Withdrawal of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>   */s/ Rachal G. Rojas*
>   Attorney for Plaintiffs