UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION) | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Wanda La Russa, as surviving heir of Lawrence Baker, deceased v. Janssen Research & Development, LLC et al.: 2:17-cv-06122* | |
| *Linda Muller, as surviving heir of Vivian Beenblossom, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-04895* | |
| *Judy Wise, as representative of the Estate of Pamela Covert, deceased v. Janssen Research & Development LLC et al.: 2:17-cv-05308* | |
| *David Gouzie v. Janssen Research & Development LLC et al.: 2:17-cv-04750* | |
| *Joel Hensley v. Janssen Research & Development, LLC et al.: 2:17-cv-06086* | |
| *Linda Stevens, as surviving spouse of Alfred Herman-Stevens, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06406* | |
| *Linda Kneipp v. Janssen Research & Development LLC et al.: 2:17-cv-06113* | |
| *John Large v. Janssen Research & Development, LLC et al.: 2:17-cv-06567* | |
| *Veronica Mouzon v. Janssen Research & Development, LLC et al.: 2:17-cv-06377* | |
| *Herman Nickels v. Janssen Research & Development, LLC et al.: 2:17-cv-05885* | |

*Valiera Powell-Best, Valiera v. Janssen Research & Development, LLC et al.: 2:17-cv-05511*

*Julie Rawlings v. Janssen Research & Development, LLC et al.: 2:17-cv-05660*

*Lisa Souza v. Janssen Research & Development, LLC et al.: 2:17-cv-06572*

*Greg Taylor, as surviving heir of Robert Taylor, deceased v Janssen Research & Development LLC et al.: 2:17-cv-06556*

*Randa Walker v. Janssen Research & Development, LLC et al.: 2:17-cv-05271*

*Charla Woods v. Janssen Research & Development, LLC et al.: 2:17-cv-06600*

## **PROPOSED ORDER**

Plaintiffs' Motion for Substitution and Withdrawal of Counsel has been considered by this Court.

IT IS HEREBY ORDERED THAT Aimee Robert and Scott Brooks, formally of Johnson Law Group, be withdrawn as Plaintiffs' attorneys of record.

IT IS FURTHER ORDERED THAT Rachal Rojas of Johnson Law Group remains as Plaintiffs' attorney of record.

DONE AND SIGNED this _____ day of _____, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE