**Exhibit A**

Wanda La Russa, as surviving heir of Lawrence Baker, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06122

Linda Muller, as surviving heir of Vivian Beenblossom, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-04895

Judy Wise, as representative of the Estate of Pamela Covert, deceased v. Janssen Research & Development LLC et al: 2:17-cv-05308

David Gouzie v. Janssen Research & Development LLC et al: 2:17-cv-04750

Joel Hensley v. Janssen Research & Development, LLC et al: 2:17-cv-06086

Linda Stevens, as surviving spouse of Alfred Herman-Stevens, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06406

Linda Kneipp v. Janssen Research & Development LLC et al: 2:17-cv-06113

John Large v. Janssen Research & Development, LLC et al: 2:17-cv-06567

Veronica Mouzon v. Janssen Research & Development, LLC et al: 2:17-cv-06377

Herman Nickels v. Janssen Research & Development, LLC et al: 2:17-cv-05885
Valiera Powell-Best, Valiera v. Janssen Research & Development, LLC et al: 2:17-cv-05511

Julie Rawlings v. Janssen Research & Development, LLC et al: 2:17-cv-05660

Lisa Souza v. Janssen Research & Development, LLC et al: 2:17-cv-06572

Greg Taylor, as surviving heir of Robert Taylor, deceased v Janssen Research & Development LLC et al: 2:17-cv-06556

Randa Walker v. Janssen Research & Development, LLC et al: 2:17-cv-05271

Charla Woods v. Janssen Research & Development, LLC et al: 2:17-cv-06600