## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| ***THIS DOCUMENT RELATES TO:*** | **MAGISTRATE NORTH** |

*Eleanor Ahearn v. Janssen Research and Development, LLC et al: 2:15-cv-07143*

*Karen Allen v Janssen Research & Development, LLC et al: 2:16-cv-06777*

*Cary Altschuler v. Janssen Research & Development, LLC et al: 2:16-cv-09906*

*Howard Asby v. Janssen Research & Development, LLC et al: 2:16-cv-00680*

*Harriet J. Bennett v. Janssen Research & Development, LLC et al: 2:16-cv-00681*

*James D. Bimson v. Janssen Research & Development, LLC et al: 2:16-cv-00682*

*Georgina Bingaman v. Janssen Research & Development, LLC et al: 2:16-cv-17736*

*Mary Brannen v. Janssen Research & Development LLC et al: 2:16-cv-03808*

*Gary Brodecky v. Janssen Research & Development, LLC et al: 2:16-cv-00714*

*Elizabeth Burtnett v. Janssen Research & Development, LLC et al: 2:16-cv-01634*

*Debra Burton v. Janssen Research & Development, LLC et al: 2:16-cv-09913*

*Mary Cannon v. Janssen Research & Development LLC et al: 2:15-cv-05709*

*Evan Carlson v. Janssen Research & Development LLC et al: 2:15-cv-05836*

*Madeline L. Carson v. Janssen Research & Development, LLC et al: 2:15-cv-00715*

*Margaret Romaine Chambers v. Janssen Research & Development, LLC et al: 2:16-cv-00718*

*Kashabia Shantajia Charles v. Janssen Research & Development, LLC et al: 2:16-cv-00719*

*Diana Clark v. Janssen Research & Development, LLC et al: 2:16-cv-00720*

*Timothy Clouser v. Janssen Research & Development, LLC et al: 2:16-cv-00725*

*Elizabeth Counts v. Janssen Research & Development, LLC et al: 2:16-cv-00331*

*Shirlee M. Crandall v. Janssen Research & Development, LLC et al: 2:16-cv-01955*

*Anita Dake v. Janssen Research & Development, LLC et al: 2:16-cv-00726*

*William Damelio v. Janssen Research & Development, LLC et al: 2:16-cv-09918*

*Raymond Alf Davis v. Janssen Research & Development, LLC et al: 2:16-cv-00727*

*Carla Hargrove, Individually, and as Representative of the Estate of Jane Brodie Davis v. Janssen Research & Development, LLC et al: 2:16-cv-00763*

*Layal Romero, Individually and as Representative of the Estate of Ibtissam Diab v. Janssen Research and Development, LLC et al: 2:16-cv-00890*

*Eliza A. Dixon v. Janssen Research & Development, LLC et. Al: 2:15-cv-04888*

*Dewey A. Dove v. Janssen Research & Development, LLC et al: 2:16-cv-00754*

*Lou Ann Holmes, Individually, and as Representative of the Estate of Oleta M. Durette v. Janssen Research & Development, LLC et al: 2:16-cv-00830*

*Laurel Dyson v. Janssen Research & Development, LLC et al: 2:16-cv-06739*

*Carol Eldridge v. Janssen Research & Development, LLC et al: 2:16-cv-09920*

*Guadalupe Esparza v. Janssen Research & Development, LLC et al: 2:16-cv-16481*

*Kimberly S. Estrella v. Janssen Research & Development LLC, et al: 2:16-cv-00755*

*Robert C. Evans v. Janssen Research & Development, LLC et al: 2:16-cv-06749*

*George Michael Finch v. Janssen Research & Development, LLC et al: 2:15-cv-00756*

*Renee Flores v. Janssen Research & Development, LLC et al: 2:16-cv-09961*

*Glenn Fox, as surviving spouse of Annie Fox, deceased vs. Janssen Research & Development, LLC et al: 2:16-cv-17986*

*Annabel Frakes v. Janssen Research & Development, LLC et al: 2:16-cv-00925*

*Elvira Franco v. Janssen Research & Development, LLC et al: 2:16-cv-16536*

*Ridgeway Gaines v. Janssen Research & Development, LLC et al: 2:16-cv-00766*

*James Gardner, Jr. v. Janssen Researach &
Development, LLC et al: 2:16-cv-00768*

*Paul Gibson v. Janssen Research &
Development, LLC et al: 2:16-cv-00757*

*David Giles, Individually and as
Representative of the Estate of Barbara Giles
v. Janssen Research & Development, LLC et
al: 2:16-cv-00760*

*Jean Goerth v. Janssen Research &
Development LLC et al.: 2:15-cv-05157*

*Robert Goldberg v. Janssen Research &
Development LLC et al: 2:16-cv-01662*

*Shanolla N. Graham v. Janssen Research &
Development, LLC et al: 2:16-cv-01956*

*Elias Green, Individually, and as
Representative of the Estate of Victoria Green
v. Janssen Research & Development, LLC et
al: 2:16-cv-00762*

*Maria Guzman v. Janssen Research &
Development, LLC et al: 2:16-cv-09995*

*Karen Handy, as surviving heir of George
Handy, deceased v. Janssen Research &
Development, LLC et al: 2:16-cv-16616*

*Gary Harlan v. Janssen Research &
Development, LLC et al: 2:16-cv-00767*

*Doris Shirley Harris v. Janseen Research &
Development, LLC et al: 2:16-cv-00771*

*Mel Heitt v. Janssen Research &
Development, LLC et al: 2:17-cv-01223*

*Bryan A. Henderson v. Janssen Research &
Development LLC et al: 2:16-cv-00796*

*Cherri Hill v. Jassen Research &
Development, LLC et al: 2:16-cv-00798*

*Daisey Hilton v. Janssen Research and Development LLC et al: 2:16-cv-00800*

*Erline Hines v. Janssen Research & Development, LLC et al: 2:16-cv-01663*

*Judith Holbrook v. Janssen Research & Development, LLC et al: 2:16-cv-00802*

*Jerry Holder v. Janssen Research & Development, LLC et al: 2:16-cv-16371*

*Virgil Holub v. Bayer Corporation et al: 2:15-cv-05851*

*Gertrude Horridge v. Janssen Research & Development, LLC et al: 2:16-cv-01565*

*Charles Irick v. Janssen Research & Development LLC et al: 2:16-cv-01958*

*Ernest Johnson v. Janssen Research & Development, LLC et al: 2:16-cv-00828*

*Pauline Johnson v. Janssen Research & Development, LLC et al: 2:16-cv-10005*

*James S. Smith, Individually, and as Representative of the Estate of Leila Jones v. Janssen Research & Development, LLC et al: 2:16-cv-00881*

*Shelly Jones v. Janssen Research & Development LLC, et al: 2:15-cv-05166*

*Peter Edward Kaples v. Janssen Research & Development, LLC et al: 2:16-cv-00831*

*Anna Keane, Individually, and as Representative of the Estate of John M. Keane v. Janssen Research & Development, LLC et al: 2:16-cv-00797*

*Richard Kniffin v. Janssen Research & Development LLC et al.: 2:15-cv-05171*

*Gerald Kortman v. Janssen Research &
Development, LLC et al: 2:16-cv-10058*

*Walter Kozlowski, Individually, and as
Representative of the Estate of Amelia
Kozlowski v. Janssen Research &
Development, LLC et al: 2:16-cv-00799*

*Gil Laake as Surviving Heir of Madelyne
Laake, Deceased v. Janssen Research &
Development, LLC et al: 2:16-cv-15773*

*Sharon Lambert, Individually, and as
Representative of the Estate of Eric Leon
Lambert v. Janssen Research & Development,
LLC et al: 2:16-cv-00801*

*Jason Lane v. Janssen Research &
Development, LLC et al: 2:16-cv-01566*

*Mark I. Lawless v. Janssen Research &
Development, LLC et al: 2:16-cv-01569*

*Rebecca Ann Lawson v. Janssen Research &
Development, LLC et al: 2:16-cv-16479*

*Vincent Leon v. Janssen Research &
Development, LLC et al: 2:16-cv-01570*

*Sharon Lambert, Individually, and as
Representative of the Estate of John A. Leser
v. Janssen Research & Development, LLC et
al: 2:16-cv-00801*

*Terry O. Levi v. Janssen Research &
Development, LLC et al: 2:15-cv-05184*

*Catherine Livingston v. Janssen Research &
Development, LLC et al: 2:16-cv-10070*

*Vickie Lowerison v. Janssen Research &
Development, LLC et al: 2:16-cv-06841*

*Ronald Ray Lucas v. Janssen Research &
Development, LLC et al: 2:17-cv-00167*

*Josephine Lynch v. Janssen Research & Development, LLC et al: 2:16-cv-00829*

*Tui Pulou, Individually and as Representative of the Estate of Merita Maae v. Janssen Research & Development LLC et al: 2:16-cv-00863*

*Judith Macchia v. Janssen Research & Development, LLC et al: 2:16-cv-00803*

*Robert Martin v. Janssen Research & Development, LLC et al: 2:16-cv-00833*

*Elmer Martin v. Janssen Research & Development, LLC et al: 2:16-cv-00832*

*Carroll Martin v. Janssen Research & Development, LLC et al: 2:16-cv-17536*

*John Daniel McAllister, IV v. Janssen Research & Development, LLC et al: 2:15-cv-05179*

*Alfred McClendon v. Janssen Research & Development, LLC et al: 2:16-cv-01666*

*Hollis McCollum v. Janssen Research & Development, LLC et al: 2:16-cv-00835*

*Penny McCullah v. Janssen Research & Development, LLC et al: 2:16-cv-00839*

*Linda Rapheal, Individually, and as Representative of the Estate of Jean McDevitt v. Janssen Research & Development, LLC et al: 2:16-cv-06852*

*Martin McGlothan v. Janssen Research & Development, LLC et al: 2:16-cv-17740*

*Michae McKenzie v. Janssen Research & Development, LLC et al: 2:16-cv-00841*

*Pamela G. McLain v. Janssen Research & Development LLC et al: 2:16-cv-00853*

*Verdie McNeal v. Janssen Research & Development, LLC et al: 2:16-cv-06844*

*David Meaders v. Janssen Research & Development, LLC et al: 2:16-cv-10078*

*Patricia Francis, Individually, and as Representative of the Estate of Helen Medvigy v. Janssen Research & Development LLC et al: 2:16-cv-01959*

*Jacob Mehelich, Individually and as Representative of the Estate of Helen Holly Mehelich v. Janssen Research & Development, LLC et al: 2:16-cv-00855*

*Bryant Mickler v. Janssen Research & Development, LLC et al: 2:16-cv-00862*

*Sandra Miller v. Janssen Research & Development, LLC et al: 2:16-cv-00834*

*Rosetta Minnefield v. Janssen Research & Development LLC, et al: 2:15-cv-05182*

*Dimitrije Miskovic v. Janssen Research & Development, LLC et al: 2:16-cv-00836*

*Emma Jane Mitchell v. Janssen Research & Development LLC, et al.: 2:15-cv-05854*

*Glenda Lynn Mitchell v. Janssen Research & Development, LLC et al: 2:16-cv-10085*

*JD Mohon v. Janssen Research & Development, LLC et al: 2:16-cv-10105*

*Kelly Monty-Hanson v. Janssen Research & Development, LLC et al: 2:16-cv-06848*

*Frank Morley v. Janssen Research & Development LLC et al: 2:16-cv-00840*

*Tammy Jones, Individually, and as Representative of the Estate of Vaughnell Mullins v. Janssen Research & Development, LLC et al: 2:16-cv-10028*

*Eldon Napier v. Janssen Research & Development, LLC et al: 2:16-cv-10146*

*Barbara Neeley v. Janssen Research & Development, LLC et al: 2:16-cv-06777*

*Alexander R. Nobles, Jr. v. Janssen Research & Development LLC et al.: 2:15-cv-05185*

*DeAnne Novak v. Janssen Research & Development, LLC et al: 2:16-cv-10164*

*John Leo Pace v. Janssen Research & Development LLC et al.: 2:15-cv-05187*

*Stacy Arndt, Individually, and as Representative of the Estate of Maria Paliouras v. Janssen Research & Development, LLC et al: 2:16-cv-00677*

*Rodney Pantone, Individually, and as Representative of the Estate of Lillian Pantone v. Janssen Research & Development, LLC et al: 2:16-cv-10166*

*AnnMarie Pascoe v. Janssen Research & Development, LLC et al: 2:16-cv-00842*

*Annie R. Pate v. Janssen Research & Development LLC et al.: 2:15-cv-05195*

*Peggy Payne-Grindstaff v. Janssen Reseach & Development, LLC et al: 2:16-cv-14782*

*Walter Pekar v. Janssen Research & Development LLC et al: 2:16-cv-10649*

*Harry Pendry v. Janssen Research & Development LLC et al: 2:16-cv-00857*

*Richard Bertil Peterson v. Janssen Research & Development, LLC et al: 2:16-cv-01669*

*Russell Peterson v. Janssen Research & Development, LLC et al: 2:16-cv-06851*

*Ruth Pleasant v. Janssen Research & Development LLC et al: 2:16-cv-01960*

*Dawn Poepping v. Janssen Research & Development, LLC et al: 2:16-cv-10227*

*Jerry Price v. Janssen Research & Development, LLC et al: 2:16-cv-01962*

*Kim Priest v. Janssen Research & Development, LLC et al: 2:16-cv-00869*

*Ella Pulliam v. Janssen Research & Development, LLC et al: 2:16-cv-00859*

*Patricia Pursley v. Janssen Research & Development, LLC et al: 2:16-cv-00864*

*Sharon Larue Rhodes v. Janssen Research & Development, LLC et al: 2:16-cv-00879*

*Dale Ringler v. Janssen Research & Development, LLC et al: 2:16-cv-00882*

*Heidi Rizzotto v. Janssen Research & Development, LLC et al: 2:16-cv-10239*

*Irene Robles v. Janssen Research & Development, LLC et al: 2:16-cv-01963*

*Louise Rogan v. Janssen Research & Development, LLC et al: 2:16-cv-00889*

*Victor Rosa v. Janssen Research & Development LLC et al: 2:15-cv-05926*

*Phillip Royer, as surviving spouse of Jacqueline Royer, Deceased v. Janssen Research & Development, LLC et al: 2:16-cv-15184*

*Nancy S. Sauer v. Janssen Research &*
*Development LLC et al.: 2:15-cv-05199*

*Albert Scala v. Janssen Research &*
*Development, LLC et al: 2:16-cv-17537*

*Judine Schield v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00891*

*Ralph Schnidman v. Janssen Research &*
*Development, LLC et al: 2:16-cv-17989*

*Theodore Sergent v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00904*

*Charlotte Shapiro v. Janssen Research &*
*Development, LLC et al: 2:16-cv-10342*

*Darrell Shaw v. Janssen Research &*
*Development, LLC et al: 2:16-cv-01670*

*Judy Shimley v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00875*

*Elizabeth Shively v. Janssen Research &*
*Development LLC et al: 2:15-cv-05201*

*Yvonne Sluder v. Janssen Research &*
*Development LLC et al: 2:16-cv-00880*

*Elizabeth G. Smith v. Janssen Research &*
*Development LLC et al: 2:15-cv-05206*

*Shanna Smith v. Janssen Research &*
*Development, LLC et al: 2:16-cv-10362*

*Naomi Snyder v. Janssen Research &*
*Development LLC et al: 2:16-cv-01606*

*Adam Soles v Janssen Research &*
*Development, LLC et al: 2:16-cv-15598*

*Johnnie Stacy v. Janssen Research &*
*Development, LLC et al: 2:16-cv-06854*

*Constance Sturgeon v. Janssen Research & Development, LLC et al: 2:16-cv-00888*

*Robert Sullivan v. Janssen Research & Development, LLC et al: 2:16-cv-00905*

*Constance Taylor v. Janssen Research & Development, LLC et al: 2:16-cv-10372*

*Edwin Terry v. Janssen Research & Development, LLC et al: 2:16-cv-01673*

*Danny Thacker v. Janssen Research & Development, LLC et al: 2:16-cv-10386*

*Timothy Thompson v. Janssen Research & Development, LLC et al: 2:16-cv-00907*

*Peggy Truesdell v. Janssen Research & Development, LLC et al: 2:16-cv-10397*

*Greg Turner v. Janssen Research & Development, LLC et al: 2:16-cv-10404*

*Karla Vancott v. Janssen Research & Development, LLC et al: 2:16-cv-15748*

*Mike Wahl v. Janssen Research & Development, LLC et al: 2:16-cv-10413*

*David H. Ward v. Janssen Research & Development, LLC et al: 2:16-cv-01964*

*Betty Whyel v. Janssen Research & Development, LLC et al: 2:16-cv-00909*

*Mary G. Williams v. Janssen Research & Development, LLC et al: 2:16-cv-10431*

*Danielle Wilson v. Janssen Research & Development, LLC et al: 2:16-cv-10443*

*Joseph Wood v. Janssen Research & Development LLC et al: 2:16-cv-00911*

*Ernest Wood v. Janssen Research &*
*Development, LLC et al: 2:16-cv-10485*

*Howard Woodruff v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00913*

*Ronald Woods, Individually, and as*
*Representative of the Estate of Laura Phyllis*
*Woods v. Janssen Research & Development,*
*LLC et al: 2:16-cv-00914*

*Ralph Woods v. Janssen Research &*
*Development LLC et al: 2:16-cv-01965*

*Louis Zupancic v. Janssen Research &*
*Development, LLC et al: 2:16-cv-13145*

## PROPOSED ORDER

Plaintiffs' Motion for Substitution and Withdrawal of Counsel has been considered by this

Court.

IT IS HEREBY ORDERED THAT Aimee Robert, formally of Johnson Law Group, be

withdrawn as Plaintiffs' attorney of record.

IT IS FURTHER ORDERED THAT Rachal Rojas of Johnson Law Group is enrolled as

Plaintiffs' sole attorney of record herein.

DONE AND SIGNED this _____ day of _____, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE