## Exhibit A

Eleanor Ahearn v. Janssen Research and Development, LLC et al: 2:15-cv-07143

Karen Allen v Janssen Research & Development, LLC et al: 2:16-cv-06777

Cary Altschuler v. Janssen Research & Development, LLC et al: 2:16-cv-09906

Howard Asby v. Janssen Research & Development, LLC et al: 2:16-cv-00680

Harriet J. Bennett v. Janssen Research & Development, LLC et al: 2:16-cv-00681

James D. Bimson v. Janssen Research & Development, LLC et al: 2:16-cv-00682

Georgina Bingaman v. Janssen Research & Development, LLC et al: 2:16-cv-17736

Mary Brannen v. Janssen Research & Development LLC et al: 2:16-cv-03808

Gary Brodecky v. Janssen Research & Development, LLC et al: 2:16-cv-00714

Elizabeth Burtnett v. Janssen Research & Development, LLC et al: 2:16-cv-01634

Debra Burton v. Janssen Research & Development, LLC et al: 2:16-cv-09913

Mary Cannon v. Janssen Research & Development LLC et al: 2:15-cv-05709

Evan Carlson v. Janssen Research & Development LLC et al: 2:15-cv-05836

Madeline L. Carson v. Janssen Research & Development, LLC et al: 2:15-cv-00715

Margaret Romaine Chambers v. Janssen Research & Development, LLC et al:
2:16-cv-00718

Kashabia Shantajia Charles v. Janssen Research & Development, LLC et al:
2:16-cv-00719

Diana Clark v. Janssen Research & Development, LLC et al: 2:16-cv-00720

Timothy Clouser v. Janssen Research & Development, LLC et al: 2:16-cv-00725

Elizabeth Counts v. Janssen Research & Development, LLC et al: 2:16-cv-00331

Shirlee M. Crandall v. Janssen Research & Development, LLC et al: 2:16-cv-01955

Anita Dake v. Janssen Research & Development, LLC et al: 2:16-cv-00726

William Damelio v. Janssen Research & Development, LLC et al: 2:16-cv-09918

Raymond Alf Davis v. Janssen Research & Development, LLC et al: 2:16-cv-00727

Carla Hargrove, Individually, and as Representative of the Estate of Jane Brodie Davis v.

Janssen Research & Development, LLC et al: 2:16-cv-00763

Layal Romero, Individually and as Representative of the Estate of Ibtissam Diab v. Janssen

Research and Development, LLC et al: 2:16-cv-00890

Eliza A. Dixon v. Janssen Research & Development, LLC et. Al: 2:15-cv-04888

Dewey A. Dove v. Janssen Research & Development, LLC et al: 2:16-cv-00754

Lou Ann Holmes, Individually, and as Representative of the Estate of Oleta M. Durette v.

Janssen Research & Development, LLC et al: 2:16-cv-00830

Laurel Dyson v. Janssen Research & Development, LLC et al: 2:16-cv-06739

Carol Eldridge v. Janssen Research & Development, LLC et al: 2:16-cv-09920

Guadalupe Esparza v. Janssen Research & Development, LLC et al: 2:16-cv-16481

Kimberly S. Estrella v. Janssen Research & Development LLC, et al: 2:16-cv-00755

Robert C. Evans v. Janssen Research & Development, LLC et al: 2:16-cv-06749

George Michael Finch v. Janssen Research & Development, LLC et al: 2:15-cv-00756

Renee Flores v. Janssen Research & Development, LLC et al: 2:16-cv-09961

Glenn Fox, as surviving spouse of Annie Fox, deceased vs. Janssen Research & Development,

LLC et al: 2:16-cv-17986

Annabel Frakes v. Janssen Research & Development, LLC et al: 2:16-cv-00925

Elvira Franco v. Janssen Research & Development, LLC et al: 2:16-cv-16536

Ridgeway Gaines v. Janssen Research & Development, LLC et al: 2:16-cv-00766

James Gardner, Jr. v. Janssen Researach & Development, LLC et al: 2:16-cv-00768

Paul Gibson v. Janssen Research & Development, LLC et al: 2:16-cv-00757

David Giles, Individually and as Representative of the Estate of Barbara Giles v. Janssen

Research & Development, LLC et al: 2:16-cv-00760

Jean Goerth v. Janssen Research & Development LLC et al.: 2:15-cv-05157

Robert Goldberg v. Janssen Research & Development LLC et al: 2:16-cv-01662

Shanolla N. Graham v. Janssen Research & Development, LLC et al: 2:16-cv-01956

Elias Green, Individually, and as Representative of the Estate of Victoria Green v. Janssen

Research & Development, LLC et al: 2:16-cv-00762

Maria Guzman v. Janssen Research & Development, LLC et al: 2:16-cv-09995

Karen Handy, as surviving heir of George Handy, deceased v. Janssen Research & Development,

LLC et al: 2:16-cv-16616

Gary Harlan v. Janssen Research & Development, LLC et al: 2:16-cv-00767

Doris Shirley Harris v. Janseen Research & Development, LLC et al: 2:16-cv-00771

Mel Heitt v. Janssen Research & Development, LLC et al: 2:17-cv-01223

Bryan A. Henderson v. Janssen Research & Development LLC et al: 2:16-cv-00796

Cherri Hill v. Jassen Research & Development, LLC et al: 2:16-cv-00798

Daisey Hilton v. Janssen Research and Development LLC et al: 2:16-cv-00800

Erline Hines v. Janssen Research & Development, LLC et al: 2:16-cv-01663

Judith Holbrook v. Janssen Research & Development, LLC et al: 2:16-cv-00802

Jerry Holder v. Janssen Research & Development, LLC et al: 2:16-cv-16371

Virgil Holub v. Bayer Corporation et al: 2:15-cv-05851

Gertrude Horridge v. Janssen Research & Development, LLC et al: 2:16-cv-01565

Charles Irick v. Janssen Research & Development LLC et al: 2:16-cv-01958

Ernest Johnson v. Janssen Research & Development, LLC et al: 2:16-cv-00828

Pauline Johnson v. Janssen Research & Development, LLC et al: 2:16-cv-10005

James S. Smith, Individually, and as Representative of the Estate of Leila Jones v. Janssen Research & Development, LLC et al: 2:16-cv-00881

Shelly Jones v. Janssen Research & Development LLC, et al: 2:15-cv-05166

Peter Edward Kaples v. Janssen Research & Development, LLC et al: 2:16-cv-00831

Anna Keane, Individually, and as Representative of the Estate of John M. Keane v. Janssen Research & Development, LLC et al: 2:16-cv-00797

Richard Kniffin v. Janssen Research & Development LLC et al.: 2:15-cv-05171

Gerald Kortman v. Janssen Research & Development, LLC et al: 2:16-cv-10058

Walter Kozlowski, Individually, and as Representative of the Estate of Amelia Kozlowski v. Janssen Research & Development, LLC et al: 2:16-cv-00799

Gil Laake as Surviving Heir of Madelyne Laake, Deceased v. Janssen Research & Development, LLC et al: 2:16-cv-15773

Sharon Lambert, Individually, and as Representative of the Estate of Eric Leon Lambert v. Janssen Research & Development, LLC et al: 2:16-cv-00801

Jason Lane v. Janssen Research & Development, LLC et al: 2:16-cv-01566

Mark I. Lawless v. Janssen Research & Development, LLC et al: 2:16-cv-01569

Rebecca Ann Lawson v. Janssen Research & Development, LLC et al: 2:16-cv-16479

Vincent Leon v. Janssen Research & Development, LLC et al: 2:16-cv-01570

Sharon Lambert, Individually, and as Representative of the Estate of John A. Leser v. Janssen Research & Development, LLC et al: 2:16-cv-00801

Terry O. Levi v. Janssen Research & Development, LLC et al: 2:15-cv-05184

Catherine Livingston v. Janssen Research & Development, LLC et al: 2:16-cv-10070

Vickie Lowerison v. Janssen Research & Development, LLC et al: 2:16-cv-06841

Ronald Ray Lucas v. Janssen Research & Development, LLC et al: 2:17-cv-00167

Josephine Lynch v. Janssen Research & Development, LLC et al: 2:16-cv-00829

Tui Pulou, Individually and as Representative of the Estate of Merita Maae v. Janssen Research & Development LLC et al: 2:16-cv-00863

Judith Macchia v. Janssen Research & Development, LLC et al: 2:16-cv-00803

Robert Martin v. Janssen Research & Development, LLC et al: 2:16-cv-00833

Elmer Martin v. Janssen Research & Development, LLC et al: 2:16-cv-00832

Carroll Martin v. Janssen Research & Development, LLC et al: 2:16-cv-17536

John Daniel McAllister, IV v. Janssen Research & Development, LLC et al: 2:15-cv-05179

Alfred McClendon v. Janssen Research & Development, LLC et al: 2:16-cv-01666

Hollis McCollum v. Janssen Research & Development, LLC et al: 2:16-cv-00835

Penny McCullah v. Janssen Research & Development, LLC et al: 2:16-cv-00839

Linda Rapheal, Individually, and as Representative of the Estate of Jean McDevitt v. Janssen Research & Development, LLC et al: 2:16-cv-06852

Martin McGlothan v. Janssen Research & Development, LLC et al: 2:16-cv-17740

Michae McKenzie v. Janssen Research & Development, LLC et al: 2:16-cv-00841

Pamela G. McLain v. Janssen Research & Development LLC et al: 2:16-cv-00853

Verdie McNeal v. Janssen Research & Development, LLC et al: 2:16-cv-06844

David Meaders v. Janssen Research & Development, LLC et al: 2:16-cv-10078

Patricia Francis, Individually, and as Representative of the Estate of Helen Medvigy v. Janssen Research & Development LLC et al: 2:16-cv-01959

Jacob Mehelich, Individually and as Representative of the Estate of Helen Holly Mehelich v. Janssen Research & Development, LLC et al: 2:16-cv-00855

Bryant Mickler v. Janssen Research & Development, LLC et al: 2:16-cv-00862

Sandra Miller v. Janssen Research & Development, LLC et al: 2:16-cv-00834

Rosetta Minnefield v. Janssen Research & Development LLC, et al: 2:15-cv-05182

Dimitrije Miskovic v. Janssen Research & Development, LLC et al: 2:16-cv-00836

Emma Jane Mitchell v. Janssen Research & Development LLC, et al.: 2:15-cv-05854

Glenda Lynn Mitchell v. Janssen Research & Development, LLC et al: 2:16-cv-10085

JD Mohon v. Janssen Research & Development, LLC et al: 2:16-cv-10105

Kelly Monty-Hanson v. Janssen Research & Development, LLC et al: 2:16-cv-06848

Frank Morley v. Janssen Research & Development LLC et al: 2:16-cv-00840

Tammy Jones, Individually, and as Representative of the Estate of Vaughnell Mullins v. Janssen Research & Development, LLC et al: 2:16-cv-10028

Eldon Napier v. Janssen Research & Development, LLC et al: 2:16-cv-10146

Barbara Neeley v. Janssen Research & Development, LLC et al: 2:16-cv-06777

Alexander R. Nobles, Jr. v. Janssen Research & Development LLC et al.: 2:15-cv-05185

DeAnne Novak v. Janssen Research & Development, LLC et al: 2:16-cv-10164

John Leo Pace v. Janssen Research & Development LLC et al.: 2:15-cv-05187

Stacy Arndt, Individually, and as Representative of the Estate of Maria Paliouras v. Janssen Research & Development, LLC et al: 2:16-cv-00677

Rodney Pantone, Individually, and as Representative of the Estate of Lillian Pantone v. Janssen Research & Development, LLC et al: 2:16-cv-10166

AnnMarie Pascoe v. Janssen Research & Development, LLC et al: 2:16-cv-00842

Annie R. Pate v. Janssen Research & Development LLC et al.: 2:15-cv-05195

Peggy Payne-Grindstaff v. Janssen Reseach & Development, LLC et al: 2:16-cv-14782

Walter Pekar v. Janssen Research & Development LLC et al: 2:16-cv-10649

Harry Pendry v. Janssen Research & Development LLC et al: 2:16-cv-00857

Richard Bertil Peterson v. Janssen Research & Development, LLC et al: 2:16-cv-01669

Russell Peterson v. Janssen Research & Development, LLC et al: 2:16-cv-06851

Ruth Pleasant v. Janssen Research & Development LLC et al: 2:16-cv-01960

Dawn Poepping v. Janssen Research & Development, LLC et al: 2:16-cv-10227

Jerry Price v. Janssen Research & Development, LLC et al: 2:16-cv-01962

Kim Priest v. Janssen Research & Development, LLC et al: 2:16-cv-00869

Ella Pulliam v. Janssen Research & Development, LLC et al: 2:16-cv-00859

Patricia Pursley v. Janssen Research & Development, LLC et al: 2:16-cv-00864

Sharon Larue Rhodes v. Janssen Research & Development, LLC et al: 2:16-cv-00879

Dale Ringler v. Janssen Research & Development, LLC et al: 2:16-cv-00882

Heidi Rizzotto v. Janssen Research & Development, LLC et al: 2:16-cv-10239

Irene Robles v. Janssen Research & Development, LLC et al: 2:16-cv-01963

Louise Rogan v. Janssen Research & Development, LLC et al: 2:16-cv-00889

Victor Rosa v. Janssen Research & Development LLC et al: 2:15-cv-05926

Phillip Royer, as surviving spouse of Jacqueline Royer, Deceased v. Janssen Research & Development, LLC et al: 2:16-cv-15184

Nancy S. Sauer v. Janssen Research & Development LLC et al.: 2:15-cv-05199

Albert Scala v. Janssen Research & Development, LLC et al: 2:16-cv-17537

Judine Schield v. Janssen Research & Development, LLC et al: 2:16-cv-00891

Ralph Schnidman v. Janssen Research & Development, LLC et al: 2:16-cv-17989

Theodore Sergent v. Janssen Research & Development, LLC et al: 2:16-cv-00904

Charlotte Shapiro v. Janssen Research & Development, LLC et al: 2:16-cv-10342

Darrell Shaw v. Janssen Research & Development, LLC et al: 2:16-cv-01670

Judy Shimley v. Janssen Research & Development, LLC et al: 2:16-cv-00875

Elizabeth Shively v. Janssen Research & Development LLC et al: 2:15-cv-05201

Yvonne Sluder v. Janssen Research & Development LLC et al: 2:16-cv-00880

Elizabeth G. Smith v. Janssen Research & Development LLC et al: 2:15-cv-05206

Shanna Smith v. Janssen Research & Development, LLC et al: 2:16-cv-10362

Naomi Snyder v. Janssen Research & Development LLC et al: 2:16-cv-01606

Adam Soles v Janssen Research & Development, LLC et al: 2:16-cv-15598

Johnnie Stacy v. Janssen Research & Development, LLC et al: 2:16-cv-06854

Constance Sturgeon v. Janssen Research & Development, LLC et al: 2:16-cv-00888

Robert Sullivan v. Janssen Research & Development, LLC et al: 2:16-cv-00905

Constance Taylor v. Janssen Research & Development, LLC et al: 2:16-cv-10372

Edwin Terry v. Janssen Research & Development, LLC et al: 2:16-cv-01673

Danny Thacker v. Janssen Research & Development, LLC et al: 2:16-cv-10386

Timothy Thompson v. Janssen Research & Development, LLC et al: 2:16-cv-00907

Peggy Truesdell v. Janssen Research & Development, LLC et al: 2:16-cv-10397

Greg Turner v. Janssen Research & Development, LLC et al: 2:16-cv-10404

Karla Vancott v. Janssen Research & Development, LLC et al: 2:16-cv-15748

Mike Wahl v. Janssen Research & Development, LLC et al: 2:16-cv-10413

David H. Ward v. Janssen Research & Development, LLC et al: 2:16-cv-01964

Betty Whyel v. Janssen Research & Development, LLC et al: 2:16-cv-00909

Mary G. Williams v. Janssen Research & Development, LLC et al: 2:16-cv-10431

Danielle Wilson v. Janssen Research & Development, LLC et al: 2:16-cv-10443

Joseph Wood v. Janssen Research & Development LLC et al: 2:16-cv-00911

Ernest Wood v. Janssen Research & Development, LLC et al: 2:16-cv-10485

Howard Woodruff v. Janssen Research & Development, LLC et al: 2:16-cv-00913

Ronald Woods, Individually, and as Representative of the Estate of Laura Phyllis Woods v.

Janssen Research & Development, LLC et al: 2:16-cv-00914

Ralph Woods v. Janssen Research & Development LLC et al: 2:16-cv-01965

Louis Zupancic v. Janssen Research & Development, LLC et al: 2:16-cv-13145