UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION) | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Maria Ortiz, as surviving spouse of Francisco Ortiz-Amaro, deceased v. Janssen Research & Development, LLC et al.: 2:17-cv-07265* | |
| *Mary Spain v. Janssen Research & Development, LLC et al.: 2:17-cv-06962* | |

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Plaintiffs move this Court to withdraw for Scott Brooks as counsel for the above-referenced cases, as he is no longer associated with the Johnson Law Group.

WHEREFORE, Plaintiffs request this Honorable Court withdraw attorney Scott Brooks as counsel of record in the above-referenced cases. Rachal Rojas of the Johnson Law Group shall remain lead counsel of record for the above-referenced cases.

Dated: 5/18/2018

Respectfully Submitted:

s/ *Rachal Rojas*
Rachal Rojas
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
rrojas@johnsonlawgroup.com
Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Substitution and Withdrawal of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Rachal G. Rojas*
Attorney for Plaintiffs