UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION) | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Maria Ortiz, as surviving spouse of Francisco Ortiz-Amaro, deceased v. Janssen Research & Development, LLC et al.: 2:17-cv-07265* | |
| *Mary Spain v. Janssen Research & Development, LLC et al.: 2:17-cv-06962* | |

## PROPOSED ORDER

Plaintiffs' Motion for Substitution and Withdrawal of Counsel has been considered by this Court.

IT IS HEREBY ORDERED THAT Scott Brooks, formally of Johnson Law Group, be withdrawn as Plaintiffs' attorney of record.

IT IS FURTHER ORDERED THAT Rachal Rojas of Johnson Law Group remains as Plaintiffs' attorney of record.

DONE AND SIGNED this _____ day of _____, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE