UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Scharmaine Foster, as surviving heir of Willie Mae Foster, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-00834* | |

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Plaintiffs move this Court for substitution of counsel, asking that Rachal Rojas of Johnson Law Group, located at 2925 Richmond Ave. Suite 1700 Houston, TX 77098 be substituted for Scott Brooks, formerly of Johnson Law Group, as attorney of record for Plaintiffs in the above-referenced causes of action.

Plaintiffs move this Court to withdraw for Scott Brooks as counsel for the above-referenced cases, as he is no longer associated with the Johnson Law Group.

WHEREFORE, Plaintiff requests this Honorable Court to withdraw attorney Scott Brooks as counsel of record in these cases and Rachal Rojas be substituted as counsel for the above-referenced Plaintiffs.

1

Dated: 5/18/2018

                      Respectfully Submitted:

                      *s/ Rachal Rojas*
                      Rachal Rojas
                      JOHNSON LAW GROUP
                      2925 Richmond Avenue, Suite 1700
                      Houston, Texas 77098
                      (713) 626-9336
                      (713) 583-9460 (facsimile)
                      rrojas@johnsonlawgroup.com

                      Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Substitution and Withdrawal of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                      */s/ Rachal G. Rojas*
                      Attorney for Plaintiffs