# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN LUNA, | MDL NO. 2592 |
| Plaintiff, | SECTION:  L |
| v. | JUDGE:  ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG, JOHNSON & JOHNSON COMPANY | MAG. JUDGE MICHAEL NORTH |
| | **JURY TRIAL DEMANDED** |
| | Civil Action No.  2:18-cv-04451 |
| Defendants. | |

## REQUEST ISSUANCE OF SUMMONS

Please issue summons on the complaint to the following:

1. Bayer Healthcare Pharmaceuticals, Inc.
   SOP Department
   Corporation Service Company
   2711 Centerville Rd., Suite 400
   Wilmington, DE 19808

2. Bayer Pharma AG
   Attn:  Eva Gardyan-Eisenlohr
   General Counsel
   Muellerstrasse 178
   D-13353 Berlin
   GERMANY

Dated:  May 18, 2018	Respectfully submitted,

                                            By*:*	/s/ Thomas Sims
                                                    Thomas Sims
                                                    **BARON & BUDD, P.C.**
                                                    3102 Oak Lawn Avenue, Suite 1100
                                                    Dallas, TX  75219
                                                    Telephone: (214) 521-3605
                                                    Facsimile:  (214) 520-1181
                                                    tsims@baronbudd.com