UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| CARL WHITE, Plaintiff, | ) ) ) ) ) | SECTION L JUDGE FALLON MAG. JUDGE NORTH |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:17-cv-01074 |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiff, pursuant to Federal Rules of Civil Procedure 41 (a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs, Counsel for Plaintiff takes this action because plaintiff no longer wishes to pursue this case.

Dated: May 18, 2018

/*s/*  *William L. Bross*
William L. Bross
ASB-9703-O71W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
william@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/*s/*  *William L. Bross*
William L. Bross
ASB-9703-O71W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
william@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*