THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) ) | MDL No.:  2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | | |
| _____) | | |
| ) | JUDGE FALLON | |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE NORTH | |
| *Tracy R. Anderson (Shean), in her individual* ) | | |
| *capacity and as Administratrix for the Estate* ) | | |
| *of Daniel Walters Shean, v. Bayer Healthcare* ) | | |
| *Pharmaceuticals, Inc., et al.,* ) | | |
| Case No.:  2:17-cv-17890-EEF-MBN ) | | |
| _____) | | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO CURE DEFICIENCIES IN PLAINTIFF'S FACT SHEET**

NOW COMES Plaintiff Tracy R. Anderson, in her individual capacity and as Administratrix for the Estate of Daniel Walters Shean ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 5.1, and hereby moves the Court for an Order enlarging the time within which Plaintiff may cure deficiencies in the Plaintiff Fact Sheet for twenty-one (21) days, to and including June 11, 2018. In support of this Motion, Plaintiff shows the Court that:

1. Plaintiff filed her Complaint on or about December 28, 2017;

2. On or around May 2, 2018, the MDL Centrality Administrator issued a Deficiency Notice listing core deficiencies in Plaintiff's Fact Sheet, pursuant to PTOs 13 and 14, identifying the PFS as "not substantially complete."

3. Plaintiff is working to review the submissions and cure the deficiencies promptly. Among other things, counsel for Plaintiff is reviewing the decedent's entire medical file to ensure complete submissions of all relevant medical records. Further, Plaintiff's counsel is

1

double-checking existing submissions via the MDL Centrality Website top ensure appropriate transmission of past submissions;

4. Counsel for Plaintiff has contacted counsel for Defendants and Defendants have consented to this motion for enlargement of time to cure deficiencies in the Plaintiff Fact Sheet;

5. Counsel for Plaintiff respectfully requests additional time to cure any alleged deficiencies in the Plaintiff Fact Sheet;

6. Plaintiff does not interpose this motion for the purpose of delay or for any other improper purpose.

WHEREFORE, Plaintiff requests that she be given an additional twenty-one (21) days from today's date, to and including June 11, 2018, within which to cure deficiencies in the Plaintiff Fact Sheet.

Dated: May 21, 2018						Respectfully submitted,

/s/ H. Clay Hodges, Jr.
H. Clay Hodges, Jr.  (NC Bar #29270)
HARRIS SARRATT & HODGES, LLP
1620 Hillsborough St., Ste. 200
Raleigh, NC  27605
Email:  chodges@hshllp.com
Tel:  919.546.8788
Fax: 919.546.8789
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of MDL Centrality, which will send notification of such electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        Respectfully submitted,

        /s/ H. Clay Hodges, Jr.
        H. Clay Hodges, Jr.  (NC Bar #29270)
        Harris Sarratt & Hodges, LLP
        1620 Hillsborough St., Ste. 200
        Raleigh, NC  27605
        Email:  chodges@hshllp.com
        Tel:  919.546.8788
        Fax: 919.546.8789
        ***Attorney for Plaintiff***