**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL No.:  2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| _____ | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | MAG. JUDGE NORTH |
| *Tracy R. Anderson (Shean), in her individual* | ) | |
| *capacity and as Administratrix for the Estate* | ) | |
| *of Daniel Walters Shean, v. Bayer Healthcare* | ) | |
| *Pharmaceuticals, Inc., et al.,* | ) | |
| Case No.:  2:17-cv-17890-EEF-MBN | ) | |
| _____ | ) | |

**ORDER**

On or around May 21, 2018, Plaintiff filed a *Consent Motion for Enlargement of Time to Cure Deficiencies in Plaintiff's Fact Sheet*. Because this motion is not opposed by Defendants, Plaintiff is granted an additional twenty-one (21) days, to and including **June 11, 2018**, within which to respond to the Deficiency Notice to cure "core deficiencies" in the Plaintiff Fact Sheet, which was served on Plaintiff on May 2, 2018.

This the _____ day of May, 2018.


_____
Judge Eldon Fallon, United States District Court

1