```
 1                   UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF LOUISIANA

 3
     ****************************************************************
 4
     IN RE:  XARELTO (RIVAROXABAN)
 5   PRODUCTS LIABILITY LITIGATION

 6
                                  CIVIL ACTION NO. 14-MD-2592 "L"
 7                                NEW ORLEANS, LOUISIANA
                                  TUESDAY, MAY 8, 2018, 10:00 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     CASES IN RECORD DOCUMENTS
10   9054, 9121, AND 9151

11   ****************************************************************

12
            TRANSCRIPT OF ORDER TO SHOW CAUSE PROCEEDINGS
13          HEARD BEFORE THE HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE
14

15   APPEARANCES:

16
     FOR THE PLAINTIFFS:     HERMAN HERMAN & KATZ
17                           BY:  LEONARD A. DAVIS, ESQUIRE
                             820 O'KEEFE AVENUE
18                           NEW ORLEANS, LA   70113

19

20                           BARON & BUDD
                             BY:  SINDHU S. DANIEL, ESQUIRE
21                           3102 OAK LAWN AVENUE, SUITE 1100
                             DALLAS, TX   75219
22

23
     FOR THE DEFENDANTS:     CHAFFE MCCALL
24                           BY:  JOHN F. OLINDE, ESQUIRE
                             1100 POYDRAS STREET
25                           NEW ORLEANS, LA   70163

                         OFFICIAL TRANSCRIPT
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            DRINKER BIDDLE & REATH
                              BY:  JESSICA L. BRENNAN, ESQUIRE
 4                            600 CAMPUS DRIVE
                              FLORHAM PARK, NJ  07932
 5

 6
     ALSO PRESENT:            SCOTT VICKNAIR HAIR & CHECKI
 7                            BY:  KASSIE L. RICHBOURG, ESQUIRE
                              909 POYDRAS STREET
 8                            SUITE 1100
                              NEW ORLEANS, LA 70112
 9

10
     ALSO PRESENT
11   VIA TELEPHONE:           THE MULLIGAN LAW FIRM.
                              BY:  CHARLES G. ORR, ESQUIRE
12                            3710 RAWLINS STREET, #901
                              DALLAS, TX   75219
13

14

15   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
16                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB-275
17                              NEW ORLEANS, LA   70130
                                (504) 589-7779
18                              Cathy_Pepper@laed.uscourts.gov

19
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
20   PRODUCED BY COMPUTER.

21

22

23

24

25

                         OFFICIAL TRANSCRIPT
```

```
 1                      P-R-O-C-E-E-D-I-N-G-S
 2                      TUESDAY, MAY 8, 2018
 3                      M O R N I N G   S E S S I O N
 4                      (COURT CALLED TO ORDER)
 5
 6
 7          THE DEPUTY CLERK:  All rise.
 8          THE COURT:  Be seated, please.  Good morning, ladies
 9    and gentlemen.  Call the case.
10          THE DEPUTY CLERK:  In re:  Xarelto Product Liability
11    Litigation.
12          THE COURT:  Counsel, make your appearance for the
13    record, please.
14          MS. DANIEL:  Good morning, Your Honor.  Sindhu Daniel.
15          MS. BRENNAN:  Good morning, Your Honor.
16    Jessica Brennan, Drinker Biddle & Reath, for the defendants.
17          THE COURT:  We're here today for our Rule to Show Cause
18    why certain cases have not answered the discovery requirements
19    and to determine whether or not they should be dismissed.
20              Sindhu, it's good seeing you.  I hope your child
21    is doing well.
22          MS. DANIEL:  Thank you, Your Honor.
23          THE COURT:  Okay.  Do you want to take them in the
24    order?
25          MS. DANIEL:  Yes, Your Honor.
```

*OFFICIAL TRANSCRIPT*

1                 Your Honor, there are 244 cases that were set to
2    be heard today.  The defendant and I have met and conferred
3    previously on these cases, so this should be a pretty quick
4    hearing today.
5                 Your Honor, the first document is 9054.  There
6    were 31 cases on this order that were granted extensions of the
7    prior Order to Show Cause hearing on March 20th for failure to
8    serve an fact sheet.
9                 The following 18 cases are cured:  They are
10   Denise Briggs, Richard Butler, Sam Carlino, Julia Carrocino,
11   Carole Comegys, Daniel Duka, Francis Edgerly, Isiah Glenn,
12   Hermelinda Gomez, Early Jester, Herbert Lee, Terry Poage,
13   Theresa Stevenson, Lonnie Stockwell, Alveria Denise Washington,
14   Rachelle Wright, Anita Williams, and William Williamson.
15                For the next six cases, Your Honor, although the
16   firms have been diligent and made all best efforts to cure the
17   deficiencies and through no fault of their own, the following
18   cases have been unable to be remedied:  They are
19   Bruce Atkinson, Katherine Bretz, Lorraine Budzak, Carl Fleming,
20   Sayed Kazmi, and Peter Johns Stevens.
21             MS. BRENNAN:  Your Honor, for each of the cases that
22   Mr. Daniel just read, the PFS have been overdue for going on
23   five to six months now for each of the cases, and we would ask
24   at this point that they be dismissed with prejudice.
25             THE COURT:  Anybody on the phone for any of those?

*OFFICIAL TRANSCRIPT*

```
 1              MS. DANIEL:  There shouldn't be.
 2              THE COURT:  We've done the best we can to encourage
 3    them and have them file it, notwithstanding the efforts and the
 4    efforts of counsel they haven't; therefore, I'll dismiss the
 5    cases with prejudice.
 6              MS. BRENNAN:  Thank you, Your Honor.
 7              MS. DANIEL:  Thank you, Your Honor.
 8                   The following four cases, Your Honor, the counsel
 9    have agreed to file a stipulation of dismissal or it's already
10    been filed:  Ornel Burker, David Dempsey, Dorothy Thomas, and
11    Robert West.
12                   The last three cases, Your Honor, we would ask to
13    see if anyone is on the line.  It is Gail Blanchard.  From the
14    McEwen Law Firm, is anyone on the line?
15              MS. BRENNAN:  Your Honor, the Blanchard matter,
16    Docket #17-cv-8094, the PFS was due back in November 2017.
17    Nothing has been filed and we would ask that the case be
18    dismissed with prejudice at this time.
19              THE COURT:  Anyone on the line for Gail Blanchard?
20    Hearing none, I'll dismiss the case with prejudice.
21              MS. DANIEL:  Just for the record, Your Honor, the
22    Plaintiffs Steering Committee reached out to the firm several
23    times.
24              THE COURT:  Okay.
25              MS. DANIEL:  For the last two cases, Your Honor, is
```

*OFFICIAL TRANSCRIPT*

1    anyone on the line from Fears Nachawati Law Firm for
2    Percy Estridge and Larry Pippin?
3            MS. BRENNAN:  Your Honor, the Estridge matter,
4    Docket #17-cv-9004, that PFS was due back in December.  It's
5    not been served.  We would ask that the case be dismissed with
6    prejudice at this time.
7            THE COURT:  Anyone on the line for Percy Estridge,
8    E-S-T-R-I-D-G-E, from Fears Law Firm?  Hearing none, I'll
9    dismiss it with prejudice.
10           MS. BRENNAN:  It's the same case for the Pippin matter,
11   Your Honor, 17-cv-9524.  That PFS was also due back in
12   December, and we would ask that the case be dismissed with
13   prejudice, the same law firm.
14           THE COURT:  Same law firm, Larry Pippin, P-I-P-P-I-N.
15   Anyone on the line?  Hearing none, I'll dismissed it with
16   prejudice.
17           MS. DANIEL:  Thank you, Your Honor.
18               The next document is 9121.  Your Honor, there are
19   150 cases on this order for alleged failure to cure a core
20   deficiency.  This is the first time they are being heard at an
21   Order to Show Cause hearing.
22               The following 56 cases are cured, Your Honor:
23   Evelyn Abiodun, Grace Alexander, Ronald Bailey, Maria Bellone,
24   Ervin Bowen, Elmer Braden, William Brown, Ronald Broyles, Dona
25   Camille, Annette Davis, Irene Elia, Brandy Ellis,

*OFFICIAL TRANSCRIPT*

1    Marguerite Ghighi, Bernie Gill, Theresa Goetz, Charles Grant,
2    Barbara Grzelakowski, Dawn Hawes, Troy Higgins,
3    Carolyn Holland, Morris Jeffery, Audwin Johnson,
4    Clinton Johnson, John Johnson, Curtis Jones, John Jones,
5    George Keros, Joel Lambrecht, Cynthia Lemmon, Betty Lewis,
6    Billy Love, Mary May, Nelson Maynard, Ruth Mendel, Val Olsen,
7    James Parker, Beverly Pascual, Ruby Perry, Robert Ramsperger,
8    Geraldine Richardson, Johnson Robert, Riyadh Roumaya,
9    Stella Sanchez, David Scare, Cordell Schmidt, John Shelton,
10   Alvin Solomon, Mary Soto, Farrell Southards, Carolyn Spears,
11   Margaret Spivey, Mark Taylor, Rosa Torres, Peter Van Rooy,
12   John Walkins, and Retha Wilson.
13              Did I miss Greg Owen?  He must be on the other
14   one.  Your Honor, Greg Owen is also on that list.
15              THE COURT:  Okay.
16              MS. DANIEL:  For the next 42 cases, Your Honor,
17   although the firms have been diligent and made all best efforts
18   to cure the deficiencies, through no fault of their own the
19   following cases have been unable to be remedied:  John Aday,
20   John Alegria, Roberto Alvarez, Cynthia Bignell, Dennis Bolden,
21   Eva Caldwell, Daphne Covington, George De Los Santos,
22   Larry Fitzgerald, Rigoberto Flores, Peggy Freeman,
23   Calvin Gillespie, Ernestine Grinstead, Gloria Hines,
24   Albert Jackson, Earline Jackson, Billy King, Raymond Lathey,
25   Darryl Long, John Macklin, Cathy McGriff, Lila Mostella,

*OFFICIAL TRANSCRIPT*

1    Robert Myers, Monica Newman, Stanley Norris,
2    Francisco Amaro Ortiz, Kenneth Osborne, Guadalupe Padilla,
3    Elvis Procter, Howard Pryear, Joseph Quinn, Annette Randolph,
4    Rebecca Reynolds, Anthony Robin, Shirley Rosso, Robert Routh,
5    Linda Souders, Joan Starling, Julia Washington, Mamie Young,
6    and Jean Yu.
7              MS. BRENNAN:  So, Your Honor, for each of the cases
8    that Ms. Daniel just listed -- I believe that there were 42 of
9    them -- the PFS in these cases were due between three to six
10   months ago.  They are all core deficient for either lack of
11   records evidencing use, evidencing event, or they failed to
12   provide a declaration, or a combination of those three items.
13             Ms. Daniel has, you know, done her due diligence
14   in reaching out to the firms.  The firms have done their due
15   diligence in trying to get plaintiffs' records or documents
16   that are missing, and at this point we would ask that the cases
17   be dismissed with prejudice.
18             THE COURT:  Any input from the plaintiffs?
19             MS. DANIEL:  No, Your Honor.  Counsel is aware of all
20   of these situations.
21             THE COURT:  The problem that I have with these matters
22   is we've constructed the fact sheet to reflect that.  There are
23   just some basic things.  I'm not talking about getting a
24   hundred page copies of records, just the declaration of use or
25   some proof of use, something that justifies their being in a

*OFFICIAL TRANSCRIPT*

|   |   |
|---|---|
| 1 | lawsuit.  These people have not been able to do that, so I'll |
| 2 | dismiss it with prejudice. |
| 3 | MS. BRENNAN:  Thank you, Your Honor. |
| 4 | MS. DANIEL:  Thank you, Your Honor. |
| 5 | For the following two cases, Your Honor, the firm |
| 6 | will request dismissals without prejudice for cases that could |
| 7 | not be remedied.  The firms are aware of the Court's previous |
| 8 | rulings on these matters but still respectfully request |
| 9 | dismissals without prejudice.  Your Honor, they are |
| 10 | Edward Jones and Sherry Troyer. |
| 11 | THE COURT:  Okay.  I understand that the attorneys' |
| 12 | last ditch effort to protect their clients.  They should be |
| 13 | applauded for that, but notwithstanding that, I will overrule |
| 14 | their objection and dismiss it with prejudice. |
| 15 | MS. BRENNAN:  Thank you, Your Honor. |
| 16 | MS. DANIEL:  Thank you, Your Honor. |
| 17 | For the following 14 cases, Your Honor, counsel |
| 18 | has agreed to a stipulation of dismissal or they were already |
| 19 | previously dismissed.  They are:  Cynthia Allen, Gloria Arnson, |
| 20 | William Dalton, Eunice Duma, Johnny Feggins, Mack Grimes, |
| 21 | Charles Harmon, Tameka Johnson, Theodore Line, Leila Maxwell, |
| 22 | Billy Mills, Gloria Raddatz, James Veazie, and Leon Williams. |
| 23 | Your Honor, the defendant and I, we have |
| 24 | previously met and conferred today and gone through several of |
| 25 | these cases that -- where counsel is requesting an extension |

*OFFICIAL TRANSCRIPT*

1  for fair and reasonable reasons, and the defendant has agreed
2  as well on these cases.  I'll just read them into record.
3          They are going to be passed to the next hearing:
4  Melanie Kendrick, Eileen Zeigenhagen, Rosie Allen Noble,
5  Connie Black, Mary Bynum, Anthony Calvi, Mary Certain,
6  Jane Clancy, John Cole, Stephen Corbin, Walter Core,
7  Mabel Davenport, Dell Dela Merced, John Flowers,
8  Shirley Forrest, David Fountain, Richard Harvey,
9  Rikkilyn Koppang, Yolanda Landrum, Malcolm Marks,
10 Patricia Martin, Mary McCain, Olive McDavid, Salas McDowell,
11 Cirila Mesta, Brooksie Miller, Geneva Mull, Ramona Perkins,
12 Rhonda Sanders, Darryl Segraves, Wilma Shepherd, William Snow,
13 Karen Smalley, William Stack, Roosevelt Washington, and
14 Joe Williams.
15      THE COURT:  Okay.  I appreciate the defendant's
16 position on this.  The purpose of this process is not to stop
17 anybody who is trying to do their best to get information and
18 to present the information to the defendant.  I appreciate the
19 defendant's willingness to give them more time.
20      MS. BRENNAN:  You've welcome Your Honor.
21      MS. DANIEL:  Your Honor, the last document is
22 Document 9151.  There are 63 cases on this order that were
23 granted extensions of prior Order to Show Cause hearing on
24 March 20th for alleged failure to cure core deficiencies.
25          The following 41 cases are cured, Your Honor:

*OFFICIAL TRANSCRIPT*

1  Shriff Abdur Rasheed, Ira Boggs, Conchetta Boudreaux,
2  Elmer Braden, Marsha Broads, Donzil Burlison,
3  Dorothy Burroughs, Diana Coyle, Robert Craver,
4  Elizabeth Danielson, George Davidson, James Downing,
5  Dewey Dupree, Richard Ellis, Josef Feist, Quincy Francis,
6  Patricia Gordon, Janet Hebert, Doris Jacobsen, William Jensen,
7  Timothy Johnson, George Jones, Randolph Limerick,
8  Gladys Marfield, Robert McKay, James Pahls, Jerome Palazzolo,
9  Clarence Palmer, Charles Plowman, Ludwig Schiessl,
10 Joan Shoehigh, Shanker Singh, Charles Southwick, Mary Thompson,
11 Billy Tunnell, Randall Walker, Marion Wells,
12 Claudette Williams, Caroline Wolgast, and Margaret Zupanic.
13         Your Honor, for the next 11 cases, all of the
14 firms have been diligent and made all best efforts to cure the
15 deficiencies, and through no fault of their own the following
16 cases have been unable to be remedied:
17         They are Shirley Allen, Eva Baldwin,
18 Marvin Davis, Norman Elliott, Sherry Godbee, Anthony Halinski,
19 Keith Harralson, Rose, I'm sorry, Lewana Rose Lee,
20 Wynn Richards, Jean Schwartz, and Elizabeth Shrum.
21         MS. BRENNAN:  Your Honor, for each of the cases that
22 Ms. Daniel just read, this is now the second hearing where the
23 cases are being presented as core deficient.  Again, they are
24 missing records of either proof of use, event, declaration, or
25 of a combination of the three.  We would ask that at this point

*OFFICIAL TRANSCRIPT*

```
 1    that they be dismissed with prejudice, please.
 2            THE COURT:  The Court will dismiss them with prejudice.
 3    Let it been done.
 4            MS. DANIEL:  Thank you, Your Honor.
 5                 For the next nine cases, Your Honor, the
 6    defendant and I have met and conferred previously, and the
 7    defendant has agreed to pass these until the next hearing
 8    because all counsel have presented reasonable arguments as to
 9    why they need additional time to gather information.
10                 They are Thomas Blaxton, Lance Boyd,
11    Aviance Hill, Jorge In Re Morales, Frank Keppeler,
12    Katherine McKnight, Maria Munoz, Marlo Scott.
13                 On Jerry Warren, Your Honor, this is a dual rep.
14    It actually may be even filed in triplicate.  The firm is going
15    to sort it out as to which case is going to be dismissed, so we
16    have agreed to a 10-day extension on that, Your Honor.
17            THE COURT:  Okay.
18            MS. DANIEL:  The following two cases, Your Honor,
19    counsel have agreed to a stipulation of dismissal or they were
20    previously dismissed:  They are John Bartholomew and
21    Dennis Miller.
22            THE COURT:  Okay.  Let that be done.
23            MS. DANIEL:  We're done, Your Honor.
24            MR. ORR:  This is Charles Orr.  I apologize for having
25    to break in.  I need to reference back to Document Number 9121.
```

1        THE COURT:  Okay.  What's the case?

2        SPEAKER:  The case is, it's Number 8 on the show cause
3   list, Gloria Arnson.

4        THE COURT:  Okay.

5        MR. ORR:  I'm with the Mulligan Law Firm.

6            Late in the afternoon yesterday I was contacted
7   by e-mail by Mr. LoPalo from the Napoli firm about a dual rep
8   with this case.  I also represent Gloria Arnson.  We agreed
9   late in the afternoon yesterday that I would keep Ms. Arnson.
10  She served a PFS through our firm in July 2016.  There has
11  never been a deficiency alleged.

12           I noticed when Ms. Daniel and Ms. Brennan were
13  reciting the resolution of that case, it was included in a
14  group to be dismissed, and I just wanted to clarify that the
15  Mulligan case should not be prejudiced in any way by that
16  dismissal.

17           I'm battling a cold.  I was dealing with this
18  from home yesterday, and I came in today just to deal with
19  this, so I apologize for breaking in and not having dealt with
20  Ms. Daniel before this hearing.

21       THE COURT:  Okay.

22       MS. DANIEL:  We are aware of this, Your Honor.
23  Actually, the counsel has filed a special stipulation that
24  allows Chip's case to proceed, and the other, I think,
25  Napoli Shkolnik's case will be dismissed.  So, yes, we are

*OFFICIAL TRANSCRIPT*

```
 1   aware.
 2              Thank you, Chip.  Feel better.
 3         MR. ORR:  Oh, I'm sorry.  I didn't know that.  I
 4   apologize.
 5         THE COURT:  That's all right.  Thank you.
 6              Anything else?  Okay.  Folks, thanks.
 7         (WHEREUPON, at 10:20 a.m., the proceedings were
 8   concluded.)
 9                          *   *   *
10
11                     REPORTER'S CERTIFICATE
12
13       I, Cathy Pepper, Certified Realtime Reporter, Registered
14   Merit Reporter, Certified Court Reporter in and for the State
15   of Louisiana, Official Court Reporter for the United States
16   District Court, Eastern District of Louisiana, do hereby
17   certify that the foregoing is a true and correct transcript to
18   the best of my ability and understanding from the record of the
19   proceedings in the above-entitled and numbered matter.
20
21                             s/Cathy Pepper
                               _____
22                             Cathy Pepper, CRR, RMR, CCR
                               Certified Realtime Reporter
23                             Registered Merit Reporter
                               Official Court Reporter
24                             United States District Court
                               Cathy_Pepper@laed.uscourts.gov
25
```

***OFFICIAL TRANSCRIPT***

| # | 7 | Anthony [3] - 8:4, 10:5, 11:18 | breaking [1] - 13:19 | uscourts.gov [1] - 2:17 |
|---|---|---|---|---|
| #17-cv-8094 [1] - 5:16 | 70112 [1] - 2:8 | apologize [3] - 12:24, 13:19, 14:4 | BRENNAN [12] - 2:3, 3:15, 4:21, 5:6, 5:15, 6:3, 6:10, 8:7, 9:3, 9:15, 10:20, 11:21 | Cathy_Pepper@laed.uscourts.gov [1] - 14:24 |
| #17-cv-9004 [1] - 6:4 | 70113 [1] - 1:18 | appearance [1] - 3:12 | | CAUSE [1] - 1:12 |
| #901 [1] - 2:11 | 70130 [1] - 2:16 | APPEARANCES [2] - 1:15, 2:1 | Brennan [2] - 3:16, 13:12 | CCR [2] - 2:14, 14:22 |
| | 70163 [1] - 1:25 | applauded [1] - 9:13 | Bretz [1] - 4:19 | certain [1] - 3:18 |
| **0** | 75219 [2] - 1:21, 2:12 | appreciate [2] - 10:15, 10:18 | Briggs [1] - 4:10 | Certain [1] - 10:5 |
| 07932 [1] - 2:4 | **8** | arguments [1] - 12:8 | Broads [1] - 11:2 | CERTIFICATE [1] - 14:11 |
| | 8 [3] - 1:7, 3:2, 13:2 | Arnson [4] - 9:19, 13:3, 13:8, 13:9 | Brooksie [1] - 10:11 | CERTIFIED [1] - 2:15 |
| **1** | 820 [1] - 1:17 | Atkinson [1] - 4:19 | Brown [1] - 6:24 | Certified [3] - 14:13, 14:14, 14:22 |
| 10-day [1] - 12:16 | | attorneys' [1] - 9:11 | Broyles [1] - 6:24 | certify [1] - 14:17 |
| 10:00 [1] - 1:7 | **9** | Audwin [1] - 7:3 | Bruce [1] - 4:19 | CHAFFE [1] - 1:23 |
| 10:20 [1] - 14:7 | 9054 [2] - 1:10, 4:5 | AVENUE [2] - 1:17, 1:21 | BUDD [1] - 1:20 | Charles [5] - 7:1, 9:21, 11:9, 11:10, 12:24 |
| 11 [1] - 11:13 | 909 [1] - 2:7 | Aviance [1] - 12:11 | Budzak [1] - 4:19 | CHARLES [1] - 2:11 |
| 1100 [3] - 1:21, 1:24, 2:7 | 9121 [3] - 1:10, 6:18, 12:25 | aware [4] - 8:19, 9:7, 13:22, 14:1 | Burker [1] - 5:10 | CHECKI [1] - 2:6 |
| 14 [1] - 9:17 | 9151 [2] - 1:10, 10:22 | | Burlison [1] - 11:2 | child [1] - 3:20 |
| 14-MD-2592 [1] - 1:6 | | **B** | Burroughs [1] - 11:3 | Chip [1] - 14:2 |
| 150 [1] - 6:19 | **A** | Bailey [1] - 6:23 | Butler [1] - 4:10 | Chip's [1] - 13:24 |
| 17-cv-9524 [1] - 6:11 | a.m [1] - 14:7 | Baldwin [1] - 11:17 | BY [8] - 1:17, 1:20, 1:24, 2:3, 2:6, 2:11, 2:19, 2:19 | Cirila [1] - 10:11 |
| 18 [1] - 4:9 | A.M [1] - 1:7 | Barbara [1] - 7:2 | Bynum [1] - 10:5 | CIVIL [1] - 1:6 |
| | Abdur [1] - 11:1 | BARON [1] - 1:20 | | Clancy [1] - 10:6 |
| **2** | ability [1] - 14:18 | Bartholomew [1] - 12:20 | **C** | Clarence [1] - 11:9 |
| 2016 [1] - 13:10 | Abiodun [1] - 6:23 | basic [1] - 8:23 | Caldwell [1] - 7:21 | clarify [1] - 13:14 |
| 2017 [1] - 5:16 | able [1] - 9:1 | battling [1] - 13:17 | CALLED [1] - 3:4 | Claudette [1] - 11:12 |
| 2018 [2] - 1:7, 3:2 | above-entitled [1] - 14:19 | BEFORE [1] - 1:13 | Calvi [1] - 10:5 | CLERK [2] - 3:7, 3:10 |
| 20th [2] - 4:7, 10:24 | ACTION [1] - 1:6 | Bellone [1] - 6:23 | Calvin [1] - 7:23 | clients [1] - 9:12 |
| 244 [1] - 4:1 | Aday [1] - 7:19 | Bernie [1] - 7:1 | Camille [1] - 6:25 | Clinton [1] - 7:4 |
| | additional [1] - 12:9 | best [6] - 4:16, 5:2, 7:17, 10:17, 11:14, 14:18 | CAMPUS [1] - 2:4 | cold [1] - 13:17 |
| **3** | afternoon [2] - 13:6, 13:9 | Betty [1] - 7:5 | Carl [1] - 4:19 | Cole [1] - 10:6 |
| 31 [1] - 4:6 | ago [1] - 8:10 | between [1] - 8:9 | Carlino [1] - 4:10 | combination [2] - 8:12, 11:25 |
| 3102 [1] - 1:21 | agreed [7] - 5:9, 9:18, 10:1, 12:7, 12:16, 12:19, 13:8 | Beverly [1] - 7:7 | Carole [1] - 4:11 | Comegys [1] - 4:11 |
| 3710 [1] - 2:11 | Albert [1] - 7:24 | Biddle [1] - 3:16 | Caroline [1] - 11:12 | Committee [1] - 5:22 |
| | Alegria [1] - 7:20 | BIDDLE [1] - 2:3 | Carolyn [2] - 7:3, 7:10 | COMPUTER [1] - 2:19 |
| **4** | Alexander [1] - 6:23 | Bignell [1] - 7:20 | Carrocino [1] - 4:10 | Conchetta [1] - 11:1 |
| 41 [1] - 10:25 | alleged [3] - 6:19, 10:24, 13:11 | Billy [4] - 7:6, 7:24, 9:22, 11:11 | case [14] - 3:9, 5:17, 5:20, 6:5, 6:10, 6:12, 12:15, 13:1, 13:2, 13:8, 13:13, 13:15, 13:24, 13:25 | concluded [1] - 14:8 |
| 42 [2] - 7:16, 8:8 | Allen [3] - 9:19, 10:4, 11:17 | Black [1] - 10:5 | CASES [1] - 1:9 | conferred [3] - 4:2, 9:24, 12:6 |
| | allows [1] - 13:24 | Blanchard [3] - 5:13, 5:15, 5:19 | cases [33] - 3:18, 4:1, 4:3, 4:6, 4:9, 4:15, 4:18, 4:21, 4:23, 5:5, 5:8, 5:12, 5:25, 6:19, 6:22, 7:16, 7:19, 8:7, 8:9, 8:16, 9:5, 9:6, 9:17, 9:25, 10:2, 10:22, 10:25, 11:13, 11:16, 11:21, 11:23, 12:5, 12:18 | Connie [1] - 10:5 |
| **5** | ALSO [2] - 2:6, 2:10 | Blaxton [1] - 12:10 | | constructed [1] - 8:22 |
| 500 [1] - 2:16 | Alvarez [1] - 7:20 | Boggs [1] - 11:1 | | contacted [1] - 13:6 |
| 504 [1] - 2:17 | Alveria [1] - 4:13 | Bolden [1] - 7:20 | | CONTINUED [1] - 2:1 |
| 56 [1] - 6:22 | Alvin [1] - 7:10 | Boudreaux [1] - 11:1 | | copies [1] - 8:24 |
| 589-7779 [1] - 2:17 | Amaro [1] - 8:2 | Bowen [1] - 6:24 | | Corbin [1] - 10:6 |
| | AND [1] - 1:10 | Boyd [1] - 12:10 | | Cordell [1] - 7:9 |
| **6** | Anita [1] - 4:14 | Braden [2] - 6:24, 11:2 | Cathy [3] - 7:25, 14:13, 14:22 | core [4] - 6:19, 8:10, 10:24, 11:23 |
| 600 [1] - 2:4 | Annette [2] - 6:25, 8:3 | Brandy [1] - 6:25 | CATHY [1] - 2:14 | Core [1] - 10:6 |
| 63 [1] - 10:22 | answered [1] - 3:18 | break [1] - 12:25 | cathy_Pepper@laed. | correct [1] - 14:17 |
| | | | | Counsel [1] - 8:19 |
| | | | | counsel [8] - 3:12, 5:4, 5:8, 9:17, 9:25, 12:8, 12:19, 13:23 |
| | | | | COURT [25] - 1:1, |

*OFFICIAL TRANSCRIPT*

2:14, 3:4, 3:8, 3:12, 3:17, 3:23, 4:25, 5:2, 5:19, 5:24, 6:7, 6:14, 7:15, 8:18, 8:21, 9:11, 10:15, 12:2, 12:17, 12:22, 13:1, 13:4, 13:21, 14:5
**Court** [6] - 12:2, 14:14, 14:15, 14:16, 14:23, 14:24
**Court's** [1] - 9:7
**Covington** [1] - 7:21
**Coyle** [1] - 11:3
**Craver** [1] - 11:3
**CRR** [2] - 2:14, 14:22
**cure** [5] - 4:16, 6:19, 7:18, 10:24, 11:14
**cured** [3] - 4:9, 6:22, 10:25
**Curtis** [1] - 7:4
**Cynthia** [3] - 7:5, 7:20, 9:19

**D**

**DALLAS** [2] - 1:21, 2:12
**Dalton** [1] - 9:20
**Daniel** [8] - 3:14, 4:11, 4:22, 8:8, 8:13, 11:22, 13:12, 13:20
**DANIEL** [18] - 1:20, 3:14, 3:22, 3:25, 5:1, 5:7, 5:21, 5:25, 6:17, 7:16, 8:19, 9:4, 9:16, 10:21, 12:4, 12:18, 12:23, 13:22
**Danielson** [1] - 11:4
**Daphne** [1] - 7:21
**Darryl** [2] - 7:25, 10:12
**Davenport** [1] - 10:7
**David** [3] - 5:10, 7:9, 10:8
**Davidson** [1] - 11:4
**Davis** [2] - 6:25, 11:18
**DAVIS** [1] - 1:17
**Dawn** [1] - 7:2
**De** [1] - 7:21
**deal** [1] - 13:18
**dealing** [1] - 13:17
**dealt** [1] - 13:19
**December** [2] - 6:4, 6:12
**declaration** [3] - 8:12, 8:24, 11:24
**defendant** [6] - 4:2, 9:23, 10:1, 10:18, 12:6, 12:7
**defendant's** [2] - 10:15, 10:19
**DEFENDANTS** [1] - 1:23
**defendants** [1] - 3:16
**deficiencies** [4] - 4:17, 7:18, 10:24, 11:15
**deficiency** [2] - 6:20, 13:11
**deficient** [2] - 8:10, 11:23
**Dela** [1] - 10:7
**Dell** [1] - 10:7
**Dempsey** [1] - 5:10
**Denise** [2] - 4:10, 4:13
**Dennis** [2] - 7:20, 12:21
**DEPUTY** [2] - 3:7, 3:10
**determine** [1] - 3:19
**Dewey** [1] - 11:5
**Diana** [1] - 11:3
**diligence** [2] - 8:13, 8:15
**diligent** [3] - 4:16, 7:17, 11:14
**discovery** [1] - 3:18
**dismiss** [6] - 5:4, 5:20, 6:9, 9:2, 9:14, 12:2
**dismissal** [4] - 5:9, 9:18, 12:19, 13:16
**dismissals** [2] - 9:6, 9:9
**dismissed** [13] - 3:19, 4:24, 5:18, 6:5, 6:12, 6:15, 8:17, 9:19, 12:1, 12:15, 12:20, 13:14, 13:25
**DISTRICT** [3] - 1:1, 1:2, 1:13
**District** [3] - 14:16, 14:24
**ditch** [1] - 9:12
**Docket** [2] - 5:16, 6:4
**Document** [2] - 10:22, 12:25
**document** [3] - 4:5, 6:18, 10:21
**DOCUMENT** [1] - 1:9
**documents** [1] - 8:15
**DOCUMENTS** [1] - 1:9
**Dona** [1] - 6:24
**done** [6] - 5:2, 8:13, 8:14, 12:3, 12:22, 12:23
**Donzil** [1] - 11:2
**Doris** [1] - 11:6
**Dorothy** [2] - 5:10, 11:3
**Downing** [1] - 11:4
**DRINKER** [1] - 2:3
**Drinker** [1] - 3:16
**DRIVE** [1] - 2:4
**dual** [2] - 12:13, 13:7
**due** [6] - 5:16, 6:4, 6:11, 8:9, 8:13, 8:14
**Duka** [1] - 4:11
**Duma** [1] - 9:20
**Dupree** [1] - 11:5

**E**

**e-mail** [1] - 13:7
**Earline** [1] - 7:24
**Early** [1] - 4:12
**Eastern** [1] - 14:16
**EASTERN** [1] - 1:2
**Edgerly** [1] - 4:11
**Edward** [1] - 9:10
**effort** [1] - 9:12
**efforts** [5] - 4:16, 5:3, 5:4, 7:17, 11:14
**Eileen** [1] - 10:4
**either** [2] - 8:10, 11:24
**ELDON** [1] - 1:13
**Elia** [1] - 6:25
**Elizabeth** [2] - 11:4, 11:20
**Elliott** [1] - 11:18
**Ellis** [2] - 6:25, 11:5
**Elmer** [2] - 6:24, 11:2
**Elvis** [1] - 8:3
**encourage** [1] - 5:2
**entitled** [1] - 14:19
**Ernestine** [1] - 7:23
**Ervin** [1] - 6:24
**ESQUIRE** [6] - 1:17, 1:20, 1:24, 2:3, 2:6, 2:11
**Estridge** [3] - 6:2, 6:3, 6:7
**ESTRIDGE** [1] - 6:8
**Eunice** [1] - 9:20
**Eva** [2] - 7:21, 11:17
**Evelyn** [1] - 6:23
**event** [2] - 8:11, 11:24
**evidencing** [2] - 8:11
**extension** [2] - 9:25, 12:16
**extensions** [2] - 4:6, 10:23

**F**

**fact** [2] - 4:8, 8:22
**failed** [1] - 8:11
**failure** [3] - 4:7, 6:19, 10:24
**fair** [1] - 10:1
**FALLON** [1] - 1:13
**Farrell** [1] - 7:10
**fault** [3] - 4:17, 7:18, 11:15
**Fears** [2] - 6:1, 6:8
**Feggins** [1] - 9:20
**Feist** [1] - 11:5
**file** [2] - 5:3, 5:9
**filed** [4] - 5:10, 5:17, 12:14, 13:23
**FIRM** [1] - 2:10
**Firm** [4] - 5:14, 6:1, 6:8, 13:5
**firm** [7] - 5:22, 6:13, 6:14, 9:5, 12:14, 13:7, 13:10
**firms** [6] - 4:16, 7:17, 8:14, 9:7, 11:14
**first** [2] - 4:5, 6:20
**Fitzgerald** [1] - 7:22
**five** [1] - 4:23
**Fleming** [1] - 4:19
**Flores** [1] - 7:22
**FLORHAM** [1] - 2:4
**Flowers** [1] - 10:7
**folks** [1] - 14:6
**following** [10] - 4:9, 4:17, 5:8, 6:22, 7:19, 9:5, 9:17, 10:25, 11:15, 12:18
**FOR** [2] - 1:16, 1:23
**foregoing** [1] - 14:17
**Forrest** [1] - 10:8
**Fountain** [1] - 10:8
**four** [1] - 5:8
**Francis** [2] - 4:11, 11:5
**Francisco** [1] - 8:2
**Frank** [1] - 12:11
**Freeman** [1] - 7:22

**G**

**Gail** [2] - 5:13, 5:19
**gather** [1] - 12:9
**Geneva** [1] - 10:11
**gentlemen** [1] - 3:9
**George** [4] - 7:5, 7:21, 11:4, 11:7
**Geraldine** [1] - 7:8
**Ghighi** [1] - 7:1
**Gill** [1] - 7:1
**Gillespie** [1] - 7:23
**Gladys** [1] - 11:8
**Glenn** [1] - 4:11
**Gloria** [5] - 7:23, 9:19, 9:22, 13:3, 13:8
**Godbee** [1] - 11:18
**Goetz** [1] - 7:1
**Gomez** [1] - 4:12
**Gordon** [1] - 11:6
**Grace** [1] - 6:23
**Grant** [1] - 7:1
**granted** [2] - 4:6, 10:23
**Greg** [2] - 7:13, 7:14
**Grimes** [1] - 9:20
**Grinstead** [1] - 7:23
**group** [1] - 13:14
**Grzelakowski** [1] - 7:2
**Guadalupe** [1] - 8:2

**H**

**HAIR** [1] - 2:6
**Halinski** [1] - 11:18
**Harmon** [1] - 9:21
**Harralson** [1] - 11:19
**Harvey** [1] - 10:8
**Hawes** [1] - 7:2
**HB-275** [1] - 2:16
**HEARD** [1] - 1:13
**heard** [2] - 4:2, 6:20
**hearing** [11] - 4:4, 4:7, 5:20, 6:8, 6:15, 6:21, 10:3, 10:23, 11:22, 12:7, 13:20
**Hebert** [1] - 11:6
**Herbert** [1] - 4:12
**hereby** [1] - 14:16
**HERMAN** [2] - 1:16
**Hermelinda** [1] - 4:12
**Higgins** [1] - 7:2
**Hill** [1] - 12:11
**Hines** [1] - 7:23
**Holland** [1] - 7:3
**home** [1] - 13:18
**Honor** [44] - 3:14, 3:15, 3:22, 3:25, 4:1, 4:5, 4:15, 4:21, 5:6, 5:7, 5:8, 5:12, 5:15, 5:21, 5:25, 6:3, 6:11, 6:17, 6:18, 6:22, 7:14, 7:16, 8:7, 8:19, 9:3, 9:4, 9:5, 9:9, 9:15, 9:16, 9:17, 9:23, 10:20, 10:21, 10:25, 11:13, 11:21, 12:4, 12:5, 12:13, 12:16, 12:18, 12:23, 13:22
**HONORABLE** [1] - 1:13
**hope** [1] - 3:20
**Howard** [1] - 8:3
**hundred** [1] - 8:24

**I**

**IN** [2] - 1:4, 1:9
**included** [1] - 13:13
**information** [3] - 10:17, 10:18, 12:9
**input** [1] - 8:18
**Ira** [1] - 11:1
**Irene** [1] - 6:25
**Isiah** [1] - 4:11
**items** [1] - 8:12

**J**

**Jackson** [2] - 7:24
**Jacobsen** [1] - 11:6
**James** [4] - 7:7, 9:22, 11:4, 11:8
**Jane** [1] - 10:6
**Janet** [1] - 11:6
**Jean** [2] - 8:6, 11:20
**Jeffery** [1] - 7:3
**Jensen** [1] - 11:6
**Jerome** [1] - 11:8
**Jerry** [1] - 12:13
**JESSICA** [1] - 2:3
**Jessica** [1] - 3:16
**Jester** [1] - 4:12
**Joan** [2] - 8:5, 11:10
**Joe** [1] - 10:14
**Joel** [1] - 7:5
**JOHN** [1] - 1:24
**John** [10] - 7:4, 7:9, 7:12, 7:19, 7:20, 7:25, 10:6, 10:7, 12:20
**Johnny** [1] - 9:20
**Johns** [1] - 4:20
**Johnson** [6] - 7:3, 7:4, 7:8, 9:21, 11:7
**Jones** [4] - 7:4, 9:10, 11:7
**Jorge** [1] - 12:11
**Josef** [1] - 11:5
**Joseph** [1] - 8:3
**JUDGE** [1] - 1:13
**Julia** [2] - 4:10, 8:5
**July** [1] - 13:10
**justifies** [1] - 8:25

**K**

**Karen** [1] - 10:13
**KASSIE** [1] - 2:6
**Katherine** [2] - 4:19, 12:12
**KATZ** [1] - 1:16

**Kazmi** [1] - 4:20
**keep** [1] - 13:9
**Keith** [1] - 11:19
**Kendrick** [1] - 10:4
**Kenneth** [1] - 8:2
**Keppeler** [1] - 12:11
**Keros** [1] - 7:5
**King** [1] - 7:24
**Koppang** [1] - 10:9

**L**

**LA** [4] - 1:18, 1:25, 2:8, 2:16
**lack** [1] - 8:10
**ladies** [1] - 3:8
**Lambrecht** [1] - 7:5
**Lance** [1] - 12:10
**Landrum** [1] - 10:9
**Larry** [3] - 6:2, 6:14, 7:22
**last** [4] - 5:12, 5:25, 9:12, 10:21
**late** [2] - 13:6, 13:9
**Lathey** [1] - 7:24
**law** [2] - 6:13, 6:14
**Law** [4] - 5:14, 6:1, 6:8, 13:5
**LAW** [1] - 2:10
**LAWN** [1] - 1:21
**lawsuit** [1] - 9:1
**Lee** [2] - 4:12, 11:19
**Leila** [1] - 9:21
**Lemmon** [1] - 7:5
**Leon** [1] - 9:22
**LEONARD** [1] - 1:17
**Lewana** [1] - 11:19
**Lewis** [1] - 7:5
**LIABILITY** [1] - 1:5
**Liability** [1] - 3:10
**Lila** [1] - 7:25
**Limerick** [1] - 11:7
**Linda** [1] - 8:5
**Line** [1] - 9:21
**line** [6] - 5:13, 5:14, 5:19, 6:1, 6:7, 6:15
**list** [2] - 7:14, 13:3
**listed** [1] - 8:8
**Litigation** [1] - 3:11
**LITIGATION** [1] - 1:5
**Lonnie** [1] - 4:13
**LoPalo** [1] - 13:7
**Lorraine** [1] - 4:19
**Los** [1] - 7:21
**Louisiana** [2] - 14:15, 14:16
**LOUISIANA** [2] - 1:2, 1:7
**Love** [1] - 7:6

**Ludwig** [1] - 11:9

**M**

**Mabel** [1] - 10:7
**Mack** [1] - 9:20
**Macklin** [1] - 7:25
**mail** [1] - 13:7
**Malcolm** [1] - 10:9
**Mamie** [1] - 8:5
**March** [2] - 4:7, 10:24
**Marfield** [1] - 11:8
**Margaret** [2] - 7:11, 11:12
**Marguerite** [1] - 7:1
**Maria** [2] - 6:23, 12:12
**Marion** [1] - 11:11
**Mark** [1] - 7:11
**Marks** [1] - 10:9
**Marlo** [1] - 12:12
**Marsha** [1] - 11:2
**Martin** [1] - 10:10
**Marvin** [1] - 11:18
**Mary** [6] - 7:6, 7:10, 10:5, 10:10, 11:10
**matter** [4] - 5:15, 6:3, 6:10, 14:19
**matters** [2] - 8:21, 9:8
**Maxwell** [1] - 9:21
**MAY** [2] - 1:7, 3:2
**Maynard** [1] - 7:6
**McCain** [1] - 10:10
**MCCALL** [1] - 1:23
**McDavid** [1] - 10:10
**McDowell** [1] - 10:10
**McEwen** [1] - 5:14
**McGriff** [1] - 7:25
**McKay** [1] - 11:8
**McKnight** [1] - 12:12
**MECHANICAL** [1] - 2:19
**Melanie** [1] - 10:4
**Mendel** [1] - 7:6
**Merced** [1] - 10:7
**Merit** [2] - 14:14, 14:23
**MERIT** [1] - 2:15
**Mesta** [1] - 10:11
**met** [3] - 4:2, 9:24, 12:6
**Miller** [2] - 10:11, 12:21
**Mills** [1] - 9:22
**miss** [1] - 7:13
**missing** [2] - 8:16, 11:24
**Monica** [1] - 8:1
**months** [2] - 4:23, 8:10

**Morales** [1] - 12:11
**morning** [3] - 3:8, 3:14, 3:15
**Morris** [1] - 7:3
**Mostella** [1] - 7:25
**MR** [3] - 12:24, 13:5, 14:3
**MS** [28] - 3:14, 3:15, 3:22, 3:25, 4:21, 5:1, 5:6, 5:7, 5:15, 5:21, 5:25, 6:3, 6:10, 6:17, 7:16, 8:7, 8:19, 9:3, 9:4, 9:15, 9:16, 10:20, 10:21, 11:21, 12:4, 12:18, 12:23, 13:22
**Mull** [1] - 10:11
**MULLIGAN** [1] - 2:10
**Mulligan** [2] - 13:5, 13:15
**Munoz** [1] - 12:12
**must** [1] - 7:13
**Myers** [1] - 8:1

**N**

**Nachawati** [1] - 6:1
**Napoli** [2] - 13:7, 13:25
**need** [2] - 12:9, 12:25
**Nelson** [1] - 7:6
**never** [1] - 13:11
**NEW** [5] - 1:7, 1:18, 1:25, 2:8, 2:16
**Newman** [1] - 8:1
**next** [7] - 4:15, 6:18, 7:16, 10:3, 11:13, 12:5, 12:7
**nine** [1] - 12:5
**NJ** [1] - 2:4
**NO** [1] - 1:6
**Noble** [1] - 10:4
**none** [3] - 5:20, 6:8, 6:15
**Norman** [1] - 11:18
**Norris** [1] - 8:1
**nothing** [1] - 5:17
**noticed** [1] - 13:12
**notwithstanding** [2] - 5:3, 9:13
**November** [1] - 5:16
**Number** [2] - 12:25, 13:2
**numbered** [1] - 14:19

**O**

**O'KEEFE** [1] - 1:17

**OAK** [1] - 1:21
**objection** [1] - 9:14
**OF** [2] - 1:2, 1:12
**OFFICIAL** [1] - 2:14
**Official** [2] - 14:15, 14:23
**OLINDE** [1] - 1:24
**Olive** [1] - 10:10
**Olsen** [1] - 7:6
**one** [1] - 7:14
**order** [4] - 3:24, 4:6, 6:19, 10:22
**Order** [3] - 4:7, 6:21, 10:23
**ORDER** [2] - 1:12, 3:4
**ORLEANS** [5] - 1:7, 1:18, 1:25, 2:8, 2:16
**Ornel** [1] - 5:10
**Orr** [1] - 12:24
**ORR** [4] - 2:11, 12:24, 13:5, 14:3
**Ortiz** [1] - 8:2
**Osborne** [1] - 8:2
**overdue** [1] - 4:22
**overrule** [1] - 9:13
**Owen** [2] - 7:13, 7:14
**own** [3] - 4:17, 7:18, 11:15

**P**

**P-I-P-P-I-N** [1] - 6:14
**Padilla** [1] - 8:2
**page** [1] - 8:24
**Pahls** [1] - 11:8
**Palazzolo** [1] - 11:8
**Palmer** [1] - 11:9
**PARK** [1] - 2:4
**Parker** [1] - 7:7
**Pascual** [1] - 7:7
**pass** [1] - 12:7
**passed** [1] - 10:3
**Patricia** [2] - 10:10, 11:6
**Peggy** [1] - 7:22
**people** [1] - 9:1
**PEPPER** [1] - 2:14
**Pepper** [3] - 14:13, 14:21, 14:22
**Percy** [2] - 6:2, 6:7
**Perkins** [1] - 10:11
**Perry** [1] - 7:7
**Peter** [2] - 4:20, 7:11
**PFS** [6] - 4:22, 5:16, 6:4, 6:11, 8:9, 13:10
**phone** [1] - 4:25
**Pippin** [3] - 6:2, 6:10, 6:14
**PLAINTIFFS** [1] - 1:16

**plaintiffs** [1] - 8:18
**Plaintiffs** [1] - 5:22
**plaintiffs'** [1] - 8:15
**Plowman** [1] - 11:9
**Poage** [1] - 4:12
**point** [3] - 4:24, 8:16, 11:25
**position** [1] - 10:16
**POYDRAS** [3] - 1:24, 2:7, 2:16
**prejudice** [15] - 4:24, 5:5, 5:18, 5:20, 6:6, 6:9, 6:13, 6:16, 8:17, 9:2, 9:6, 9:9, 9:14, 12:1, 12:2
**prejudiced** [1] - 13:15
**present** [1] - 10:18
**PRESENT** [2] - 2:6, 2:10
**presented** [2] - 11:23, 12:8
**pretty** [1] - 4:3
**previous** [1] - 9:7
**previously** [5] - 4:3, 9:19, 9:24, 12:6, 12:20
**problem** [1] - 8:21
**proceed** [1] - 13:24
**PROCEEDINGS** [3] - 1:12, 2:19, 3:1
**proceedings** [2] - 14:7, 14:19
**process** [1] - 10:16
**Procter** [1] - 8:3
**PRODUCED** [1] - 2:19
**Product** [1] - 3:10
**PRODUCTS** [1] - 1:5
**proof** [2] - 8:25, 11:24
**protect** [1] - 9:12
**provide** [1] - 8:12
**Pryear** [1] - 8:3
**purpose** [1] - 10:16

**Q**

**quick** [1] - 4:3
**Quincy** [1] - 11:5
**Quinn** [1] - 8:3

**R**

**Rachelle** [1] - 4:14
**Raddatz** [1] - 9:22
**Ramona** [1] - 10:11
**Ramsperger** [1] - 7:7
**Randall** [1] - 11:11
**Randolph** [2] - 8:3, 11:7

**Rasheed** [1] - 11:1
**RAWLINS** [1] - 2:11
**Raymond** [1] - 7:24
**re** [1] - 3:10
**RE** [1] - 1:4
**Re** [1] - 12:11
**reached** [1] - 5:22
**reaching** [1] - 8:14
**read** [3] - 4:22, 10:2, 11:22
**REALTIME** [1] - 2:15
**Realtime** [2] - 14:13, 14:22
**reasonable** [2] - 10:1, 12:8
**reasons** [1] - 10:1
**Reath** [1] - 3:16
**REATH** [1] - 2:3
**Rebecca** [1] - 8:4
**reciting** [1] - 13:13
**RECORD** [1] - 1:9
**record** [4] - 3:13, 5:21, 10:2, 14:18
**RECORDED** [1] - 2:19
**records** [4] - 8:11, 8:15, 8:24, 11:24
**reference** [1] - 12:25
**reflect** [1] - 8:22
**REGISTERED** [1] - 2:15
**registered** [1] - 14:23
**Registered** [1] - 14:13
**RELATES** [1] - 1:9
**remedied** [4] - 4:18, 7:19, 9:7, 11:16
**rep** [2] - 12:13, 13:7
**REPORTER** [3] - 2:14, 2:15, 2:15
**Reporter** [7] - 14:13, 14:14, 14:15, 14:22, 14:23, 14:23
**REPORTER'S** [1] - 14:11
**represent** [1] - 13:8
**request** [2] - 9:6, 9:8
**requesting** [1] - 9:25
**requirements** [1] - 3:18
**resolution** [1] - 13:13
**respectfully** [1] - 9:8
**Retha** [1] - 7:12
**Reynolds** [1] - 8:4
**Rhonda** [1] - 10:12
**Richard** [3] - 4:10, 10:8, 11:5
**Richards** [1] - 11:20
**Richardson** [1] - 7:8
**RICHBOURG** [1] - 2:6
**Rigoberto** [1] - 7:22

**Rikkilyn** [1] - 10:9
**rise** [1] - 3:7
**RIVAROXABAN** [1] - 1:4
**Riyadh** [1] - 7:8
**RMR** [2] - 2:14, 14:22
**Robert** [7] - 5:11, 7:7, 7:8, 8:1, 8:4, 11:3, 11:8
**Roberto** [1] - 7:20
**Robin** [1] - 8:4
**Ronald** [2] - 6:23, 6:24
**ROOM** [1] - 2:16
**Roosevelt** [1] - 10:13
**Rooy** [1] - 7:11
**Rosa** [1] - 7:11
**Rose** [2] - 11:19
**Rosie** [1] - 10:4
**Rosso** [1] - 8:4
**Roumaya** [1] - 7:8
**Routh** [1] - 8:4
**Ruby** [1] - 7:7
**Rule** [1] - 3:17
**rulings** [1] - 9:8
**Ruth** [1] - 7:6

**S**

**s/Cathy** [1] - 14:21
**Salas** [1] - 10:10
**Sam** [1] - 4:10
**Sanchez** [1] - 7:9
**Sanders** [1] - 10:12
**Santos** [1] - 7:21
**Sayed** [1] - 4:20
**Scare** [1] - 7:9
**Schiessl** [1] - 11:9
**Schmidt** [1] - 7:9
**Schwartz** [1] - 11:20
**SCOTT** [1] - 2:6
**Scott** [1] - 12:12
**seated** [1] - 3:8
**second** [1] - 11:22
**see** [1] - 5:13
**seeing** [1] - 3:20
**Segraves** [1] - 10:12
**serve** [1] - 4:8
**served** [2] - 6:5, 13:10
**set** [1] - 4:1
**several** [2] - 5:22, 9:24
**Shanker** [1] - 11:10
**sheet** [2] - 4:8, 8:22
**Shelton** [1] - 7:9
**Shepherd** [1] - 10:12
**Sherry** [2] - 9:10, 11:18
**Shirley** [3] - 8:4, 10:8, 11:17
**Shkolnik's** [1] - 13:25

**Shoehigh** [1] - 11:10
**Show** [4] - 3:17, 4:7, 6:21, 10:23
**SHOW** [1] - 1:12
**show** [1] - 13:2
**Shriff** [1] - 11:1
**Shrum** [1] - 11:20
**SINDHU** [1] - 1:20
**Sindhu** [2] - 3:14, 3:20
**Singh** [1] - 11:10
**situations** [1] - 8:20
**six** [3] - 4:15, 4:23, 8:9
**Smalley** [1] - 10:13
**Snow** [1] - 10:12
**Solomon** [1] - 7:10
**sorry** [2] - 11:19, 14:3
**sort** [1] - 12:15
**Soto** [1] - 7:10
**Souders** [1] - 8:5
**Southards** [1] - 7:10
**Southwick** [1] - 11:10
**SPEAKER** [1] - 13:2
**Spears** [1] - 7:10
**special** [1] - 13:23
**Spivey** [1] - 7:11
**Stack** [1] - 10:13
**Stanley** [1] - 8:1
**Starling** [1] - 8:5
**State** [1] - 14:14
**STATES** [2] - 1:1, 1:13
**States** [2] - 14:15, 14:24
**Steering** [1] - 5:22
**Stella** [1] - 7:9
**STENOGRAPHY** [1] - 2:19
**Stephen** [1] - 10:6
**Stevens** [1] - 4:20
**Stevenson** [1] - 4:13
**still** [1] - 9:8
**stipulation** [4] - 5:9, 9:18, 12:19, 13:23
**Stockwell** [1] - 4:13
**stop** [1] - 10:16
**STREET** [4] - 1:24, 2:7, 2:11, 2:16
**SUITE** [2] - 1:21, 2:7

**T**

**Tameka** [1] - 9:21
**Taylor** [1] - 7:11
**TELEPHONE** [1] - 2:10
**Terry** [1] - 4:12
**THE** [28] - 1:13, 1:16, 1:23, 2:10, 3:7, 3:8, 3:10, 3:12, 3:17, 3:23, 4:25, 5:2, 5:19,

5:24, 6:7, 6:14, 7:15, 8:18, 8:21, 9:11, 10:15, 12:2, 12:17, 12:22, 13:1, 13:4, 13:21, 14:5
**Theodore** [1] - 9:21
**therefore** [1] - 5:4
**Theresa** [2] - 4:13, 7:1
**THIS** [1] - 1:9
**Thomas** [2] - 5:10, 12:10
**Thompson** [1] - 11:10
**three** [4] - 5:12, 8:9, 8:12, 11:25
**Timothy** [1] - 11:7
**TO** [3] - 1:9, 1:12, 3:4
**today** [5] - 3:17, 4:2, 4:4, 9:24, 13:18
**Torres** [1] - 7:11
**TRANSCRIPT** [2] - 1:12, 2:19
**transcript** [1] - 14:17
**triplicate** [1] - 12:14
**Troy** [1] - 7:2
**Troyer** [1] - 9:10
**true** [1] - 14:17
**trying** [2] - 8:15, 10:17
**TUESDAY** [2] - 1:7, 3:2
**Tunnell** [1] - 11:11
**two** [3] - 5:25, 9:5, 12:18
**TX** [2] - 1:21, 2:12

**U**

**unable** [3] - 4:18, 7:19, 11:16
**United** [2] - 14:15, 14:24
**UNITED** [2] - 1:1, 1:13

**V**

**Val** [1] - 7:6
**Van** [1] - 7:11
**Veazie** [1] - 9:22
**VIA** [1] - 2:10
**VICKNAIR** [1] - 2:6

**W**

**Walker** [1] - 11:11
**Walkins** [1] - 7:12
**Walter** [1] - 10:6
**Warren** [1] - 12:13
**Washington** [3] - 4:13, 8:5, 10:13

**welcome** [1] - 10:20
**Wells** [1] - 11:11
**West** [1] - 5:11
**WHEREUPON** [1] - 14:7
**William** [6] - 4:14, 6:24, 9:20, 10:12, 10:13, 11:6
**Williams** [4] - 4:14, 9:22, 10:14, 11:12
**Williamson** [1] - 4:14
**willingness** [1] - 10:19
**Wilma** [1] - 10:12
**Wilson** [1] - 7:12
**Wolgast** [1] - 11:12
**Wright** [1] - 4:14
**Wynn** [1] - 11:20

# X

**Xarelto** [1] - 3:10
**XARELTO** [1] - 1:4

# Y

**yesterday** [3] - 13:6, 13:9, 13:18
**Yolanda** [1] - 10:9
**Young** [1] - 8:5
**Yu** [1] - 8:6

# Z

**Zeigenhagen** [1] - 10:4
**Zupanic** [1] - 11:12

*OFFICIAL TRANSCRIPT*