# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leon Seccia and Patricia Seccia v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-7635

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9491, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patricia Seccia, as surviving spouse of Leon Seccia, is substituted for Plaintiff Leon Seccia as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE