UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L
JUDGE ELDON E. FALLON
MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Lisa Pearman as Personal Representative of the Estate of Bertha Denny, Deceased v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-10569-EEF-MBN

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Lisa Pearman, as Personal Representative of the Estate of Bertha Denny Deceased, Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this \_\_\_18th\_\_\_ day of May, 2018.

Honorable Eldon E. Fallon
United States District Court Judge