## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL No. 2592**

**SECTION L**
**JUDGE ELDON E. FALLON**
**MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Debra Snowden, as Personal Representative of the*
*Estate of Sadie Snowden, Deceased v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-00214-EEF-MBN

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal

With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Debra Snowden

as Personal Representative of the Estate of Sadie Snowden, Deceased, Motion for Voluntary

Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED**

**WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this _____18th___day of May, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge