**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Ruth Ellis v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-14596

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 9500, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Veronica Allen, daughter of Ruth Ellis, is substituted for

Plaintiff Ruth Ellis as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of May, 2018.

_____

UNITED STATES DISTRICT COURT JUDGE