UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| JAMES BAILEY | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:16-CV-16108  STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **JOHNSON BECKER, PLLC** | **DRINKER BIDDLE & REATH LLP** |
| By: <u>Lisa Ann Gorshe</u> | By: <u>/s/Susan M. Sharko</u> |
| Lisa Ann Gorshe | Susan Sharko |
| Alexandra Robertson | 600 Campus Dr. |
| Michael K. Johnson | Florham Park, NJ 07932 |
| 444 Cedar St. | Tel: (973) 549-7000 |
| Suite 1800 | Susan.Sharko@dbr.com |
| St. Paul, MN 55101 | |
| Tel: (612) 436-1852 | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC |
| lgorshe@johnsonbecker.com | |
| arobertson@johnsonbecker.com | |
| mjohnson@johnsonbecker.com | Dated: May 21, 2018 |
| | |
| Attorneys for Plaintiff | |
| Dated: May 21, 2018 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | |
| | By: <u>/s/Andrew Solow</u> |
| | Andrew K. Solow |
| | 250 West 55th Street |
| | New York, New York 10019-9710 |
| | Telephone: (212) 836-8000 |
| | Facsimile: (212) 836-8689 |
| | William Hoffman |
| | 601 Massachusetts Ave., NW |
| | Washington, D.C. 20001 |
| | Telephone: (202) 942-5000 |
| | Facsimile: (202) 942-5999 |
| | andrew.solow@apks.com |
| | william.hoffman@apks.com |
| | |
| | Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG |
| | Dated: May 21, 2018 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: May 21, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James B. Irwin