UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br>_____ | )<br>) MCL No. 2592<br>) Civil Action No.2:18-cv-04369<br>) SECTION: L<br>) JUDGE ELDON E. FALLON<br>) MAG. MICHAEL NORTH |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

This motion is brought in the matter of Case 2:18-cv-04369, entitled Shirley Busch vs Janssen Research & Development, et al. In accordance with the United States District Court of Louisiana's Local Rule 83.2.11, attorney for Plaintiff, Kenneth Stern, brings this Motion to Withdraw as Counsel for Plaintiff, and states as follows:

1. Plaintiff's complaint was filed on April 24, 2018. [ECF Docket 1.]

2. After filing Plaintiff's Complaint, Plaintiff decided she no longer desired attorney, Kenneth Stern to represent her and on or about May 13, 2018 verbally and in writing requested Kenneth Stern to withdraw as counsel.

3. Upon filing of this motion, Plaintiff's attorney, Kenneth Stern, has served Plaintiff with a copy of the within Motion, with attachments, including a copy of the Complaint, the Pretrial Order, that outlines Plaintiff Fact Sheet requirements, and a print out of the most recent court calendar as located on the court's website which sets forth upcoming Status Conference dates, by certified mail, return receipt requested as set forth in the correspondence attached hereto. See **Exhibit A** – Letter to Plaintiff.

1

4. Plaintiff's contact information is as follows:

   Shirley Busch
   4186 Pamona Ave
   Miami, FL 33133
   (305) 746-3493
   scherleybusch@gmail.com

5. Plaintiff's attorney, Kenneth Stern, seeks an Order permitting him to withdraw as counsel for Plaintiff as provided in the attached proposed Order. See **Exhibit B** – Proposed Order.

6. Plaintiff's attorney, Kenneth Stern, has, by a copy of pertinent Pretrial Orders and a print out of the case management calendar as provided on the court's website, and has notified Plaintiff of all deadlines in connection with this cause of action.

7. Plaintiff's attorney, Kenneth Stern, has made Plaintiff aware of any pending court appearances required and has notified Plaintiff of those dates as provided on the court's website under the case management tab. [Also, Plaintiff's attorney, Kenneth Stern, has provided Plaintiff with a correspondence outlining the Court's contact information including telephone number and website with which Plaintiff can inquire regarding future court appearances.] **See Exhibit C** - Certificate of Service.

WHEREFORE, Plaintiff's attorney, Kenneth Stern, seeks an Order of this Honorable Court, granting Kenneth Stern's Motion to Withdraw as Counsel, together with any and all such other further relief as this Court deems just and appropriate.

## **BRIEF IN SUPPORT**

Plaintiff's attorney, Kenneth Stern, brings his motion in accordance with the United States District Court of Louisiana's Local Rule 83.2.11 and relies upon his Motion to Withdraw and its attachments thereto in support thereof.

Dated: May 22, 2018                               s/ *Kenneth A. Stern*
                                                  Kenneth A. Stern, P30722
                                                  STERN LAW, PLLC
                                                  41850 West 11 Mile Road
                                                  Novi, Michigan 48375-1857
                                                  (248) 347-7300
                                                  ken@sternlawonline.com