# Stern Law, PLLC

41850 W 11 Mile Rd. Suite 121
Novi, MI 48375

yourlegaljustice.com | 844-808-7529

May 22, 2018

U.S. CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Shirley Busch
4186 Pamona Ave.
Miami, FL 33133

Re:  Shirley Busch v Janssen Research and Development, et al
     United States District Court of Louisiana Case No. 2:18-cv-04369

Dear Shirley:

Enclosed is a copy of our Motion To Withdraw as Counsel of Record for Plaintiff and Motion Allowing Attorney Lien, with exhibits, in connection with the above matter. Also attached to this correspondence, please find the following documents:

Complaint and Jury Demand
Pretrial Order #13 re: Plaintiff's Fact Sheet
Pretrial Order #27 re: Plaintiff's Fact Sheet (Amended)
Notice of Court Appearances scheduled
Court Contact Information

If you still wish to pursue your lawsuit, we again urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. Should you have any questions please contact the Court.

Sincerely,


**Kenneth A. Stern, Esq.**
**Stern Law, PLLC**