UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-04369 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

## CERTIFICATE OF SERVICE

The undersigned hereby duly sworn states that a copy of the above Motion together with Complaint, Pretrial Order and Court Notices has been placed sent to Plaintiff, via Certified Mail Return Receipt Requested on May 22, 2018.

Further, a copy of the above entitled Motion has been served upon opposing counsel by way of the court's electronic filing system, ECF, on May 22, 2018.

　　　　　　　　　　　　　　　　　　_____/s/ Lynda G. DeFrain_____
　　　　　　　　　　　　　　　　　　**Lynda G. DeFrain**