UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| JAMES CHILDS, INDIVIDUALLY AND ON BEHALF OF MILDREN CHILDS, deceased, v JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH, et al<br>Case 2:14-cv- 02960 | MAGISTRATE NORTH |

## MOTION TO SUBSTITUTE COUNSEL

**COMES NOW,** the Plaintiff, who moves this Court for substitution of counsel, asking that John C. Enochs and Richard L. Root of Morris Bart, LLC, located at 601 Poydras Avenue, 24th Floor, New Orleans, La, 70130, be substituted for Mekel Alvarez, formerly of Morris Bart, LLC, as attorneys of record for Plaintiff in the above referenced cause of action, and that Mekel Alvarez be withdrawn as counsel for Plaintiff herein.

WHEREFORE, Plaintiff requests this Honorable Court to withdraw attorney Mekel Alvarez as counsel of record in this case, and that John C. Enochs and Richard L. Root be substituted as counsel for the above above-entitled and numbered action.

DATED this 21st Day of May, 2018.

Morris Bart, LLC

/s/ Richard L. Root
Richard L. Root, Esq.
John C. Enochs, Esq. (TA)
601 Poydras Street, 24th Floor
New Orleans, LA 70131
504-525-8000 – Telephone
504-599-3392 – Facsimile
rroot@morrisbart.com
jenochs@morrisbart.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2018, a copy of the above and foregoing Motion for Substitution and Withdrawal of Counsel has contemporaneously with or before filing been served on all parties or their attorneys vua the Court's CM/ECF system, and also served in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ Richard L. Root
                                                  Attorney for Plaintiffs