## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br> SECTION L |
| | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** | |
| JAMES CHILDS, INDIVIDUALLY AND ON BEHALF OF MILDREN CHILDS, deceased, v JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH, et al <br> Case 2:14-cv- 02960 | MAGISTRATE NORTH |

## PROPOSED ORDER

Considering the above and foregoing Motion to Substitute Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Attorneys John C. Enochs and Richard L. Root of the law firm Morris Bart, LLC, be substituted for Attorney Mekel Alvarez, formally of that firm, that Mekel Alvarez be withdrawn, and that John C. Enochs and Richard L. Root be enrolled as counsel for Plaintiff in the above-entitled and numbered action.

Dated: _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge