Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THOMAS COCCO,<br><br>        Plaintiff,<br><br>        v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>        Defendants | MDL No. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:15-cv-02946-EEF-MBN |

### MOTION TO SUBSTITUTE PARTY

    Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Carol Cocco on behalf of her late spouse, Dr. Thomas Cocco.

    Dr. Cocco filed a products liability action against Defendants asserting that his use of the prescription drug Xarelto caused him to suffer personal injury.  Dr. Cocco passed away in 2017 (counsel did not learn of Dr. Cocco's passing until recently).  A suggestion of death was filed on May 22, 2018.

    Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may

1

order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  Dr. Cocco's products liability action against Defendants survived his death and was not extinguished.  Carol Cocco, surviving spouse of Dr. Cocco, is a proper party to substitute for Dr. Cocco and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  May 22, 2018              THE MULLIGAN LAW FIRM

                                  By:   /s/Charles G. Orr
                                        Charles G. Orr
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                  By:   /s/Charles G. Orr
                                        Charles G. Orr
                                        Attorney for Plaintiff