UNITED STATES DISTRICT COURT OF
EASTERN OF DISTRICT LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION :   L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: Haydee Cardenas vs. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| Case No.: 2:15-cv-05217 Plaintiff Haydee Cardenas | |

COMES NOW undersigned counsel on behalf of Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Honorable Court for an order replacing Plaintiff Haydee Cardenas, with Olga Lidia Perez, the daughter of Haydee Cardenas, and in support states as follows:

1. This action was filed on September 23, 2015, by Haydee Cardenas.

2. Subsequently, plaintiff's counsel was notified that Haydee Cardenas passed away on July 9, 2017.

3. Haydee Cardenas' action against the defendants survived her death and was not extinguished.

4. Olga Lidia Perez, the daughter of Haydee Cardenas, is a proper party to substitute for plaintiff-decedent Haydee Cardanas and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1)

WHEEREFORE, based on the foregoing, Olga Lidia Perez requests that this Court grant her request for substitution as plaintiff in this action.

<table>
<tr><td>Dated: May 22, 2018</td><td>/s/ Carlos R. Diez-Arguelles<br>Carlos R. Diez-Arguelles, Esquire<br>Maria D. Tejedor, Attorney-at-Law<br>Diez-Arguelles & Tejedor, PA<br>505 N. Mills Avenue<br>Orlando, FL  32803<br>Telephone: (407)705-2880<br>Facsimile:   (888)611-7879<br>ATTORNEY FOR PLAINTIFF</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and Motion for Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorney in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 22, 2018    /s/ Carlos R. Diez-Arguelles
Carlos R. Diez-Arguelles, Esquire
Maria D. Tejedor, Attorney-at-Law
Diez-Arguelles & Tejedor, PA
505 N. Mills Avenue
Orlando, FL  32803
Telephone: (407)705-2880
Facsimile:   (888)611-7879
ATTORNEY FOR PLAINTIFF