UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| | Civil Action No. 2:15-cv-05217 |

THIS DOCUMENT RELATES TO:

**HAYDEE CARDENAS vs. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.**
**Civil Action No. 2:15-cv-05217**

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute is hereby GRANTED, and that Olga Lidia Perez, the daughter of Haydee Cardenas, is substituted as Plaintiff in this action.

Dated this _____ day of May, 2018

_____
Honorable Judge