UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joanne Nash et al. v. Janssen Research & Development, LLC et al.*
**Civil Action No.: 2:15-cv-02004**

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, come plaintiff Maria G. Hernandez on behalf of Maria Ineguez, her mother, in the above related actions, and hereby request that David P. Matthews and Wendy C. Elsey of Matthews & Associates be enrolled as co-counsel of record in the above-entitled and numbered action.

WHEREFORE, plaintiff move this Court grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling David P. Matthews and Wendy C. Elsey of the law firm of Matthews & Associates as co-counsel of record in the above entitled and numbered action.

Dated: May 22, 2018

Respectfully submitted,

/s/ Jonathan Staffeldt
MILSTEIN JACKSON FAIRCHILD & WADE
JONATHAN P. STAFFELDT (CA SBN 252326)
jstaffeldt@mjfwlaw.com
MARK A. MILSTEIN (CA SBN 155513)
mmilstein@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone (310) 396-9600

1

/s/ Wendy C. Elsey
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713-522-5250
713.535.7184 – facsimile
dmatthews@thematthewslawfirm.com
welsey@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jonathan Staffeldt
Jonathan P. Staffeldt
Mark A. Milstein