**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joanne Nash et al. v. Janssen Research & Development, LLC et al.*
**Civil Action No.: 2:15-cv-02004**

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGES AND DECREED that David P. Matthews and Wendy C. Elsey of the law firm of Matthews & Associates, be allowed to and is enrolled as co-counsel of plaintiff Maria G. Hernandez on behalf of Maria Ineguez, her mother, record in the above-entitled and numbered action.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
United States District Judge