UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Xarelto (Rivaroxaban) Products Liability Litigation | * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: ELDON E. FALLON |
| *This document relates to*: Case 17-cv-01497 | * * * | MAGISTRATE JUDGE: MICHAEL NORTH |
| *Mehaffie v. Janssen Research & Devel., LLC* | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

IT IS HEREBY ORDERED that Sangisetty Law Firm and its attorneys are permitted to withdraw as counsel of record for Plaintiff Emily Mehaffie in the action numbered 17-cv-01497.

New Orleans, Louisiana, this _____ day of _____ 2018.

_____
DISTRICT JUDGE