**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been sent to all counsel of record electronically through the Court's CM/ECF system on this 22nd day of May 2018.

      I further certify that a copy of the above and foregoing has been sent to Plaintiff via certified mail, and that Plaintiff has been notified of all deadlines and pending court appearances in this case.

                                                           /s/ Ravi K. Sangisetty
                                                    Ravi K. Sangisetty