UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL No. 2592 |
| | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO: | | JUDGE FALLON |
| SEE ATTACHED EXHIBIT 1 | * | MAG. JUDGE NORTH |
| | * | |

_____

## NOTICE OF CHANGE OF FIRM NAME

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective May 7, 2018, the firm name of counsel, formerly LEVIN SIMES LLP, has changed for service and filing of documents, correspondence, contact, and for all other purposes in the above-captioned action.

The new contact information for counsel for plaintiffs is as follows:

> **RACHEL ABRAMS**
> **LEVIN SIMES ABRAMS LLP**
> **1160 Battery Street East, Suite 100**
> **San Francisco, California 94111**
> **Telephone: (415) 426-3000**
> **Facsimile: (415) 426-3001**

Dated: May 22, 2018                         **LEVIN SIMES ABRAMS LLP**

                            */s/Rachel Abrams*
                            Rachel B. Abrams (SBN 209316)
                            **LEVIN SIMES ABRAMS LLP**
                            1160 Battery Street East, Suite 100
                            San Francisco, CA 94111
                            Telephone:   (415) 426-3000
                            Facsimile:   (415) 426-3001
                            rabrams@levinsimes.com
                            *Attorneys for Plaintiffs*

# EXHIBIT 1

| Last Name | First Name | Rep Last Name | Rep First Name | Jurisdiction | Docket Numbers |
|---|---|---|---|---|---|
| Austin | Priscilla | | | USDC Eastern District Louisiana | 2:17-cv-06087-EEF-MBN |
| Brown | William | | | USDC Eastern District Louisiana | 2:17-cv-07878-EEF-MBN |
| Brumfield | Sunday | | | USDC Eastern District Louisiana | 2:16-cv-15892-EEF-MBN |
| Cimino | Marian | | | USDC Eastern District Louisiana | 2:17-cv-07289-EEF-MBN |
| Dauzat | Samuel | | | USDC Eastern District Louisiana | 2:17-cv-05857-EEF-MBN |
| Downie | Edward | | | USDC Eastern District Louisiana | 2:17-cv-05395-EEF-MBN |
| Farmer | Gary | | | USDC Eastern District Louisiana | 2:17-cv-03171-EEF-MBN |
| Gregory | Earl | Gregory | Glessna | USDC Eastern District Louisiana | 2:18-cv-03270-EEF-MBN |
| Hislop-Murdoch | Joy | | | USDC Eastern District Louisiana | 2:17-cv-08667-EEF-MBN |
| Hylton | Donald | | | USDC Eastern District Louisiana | 2:17-cv-05739-EEF-MBN |
| Jenkins | Janice | | | USDC Eastern District Louisiana | 2:17-cv-05015-EEF-MBN |
| Lieberman | Mark | | | USDC Eastern District Louisiana | 2:17-cv-07218-EEF-MBN |
| Lord | Richard | Lord | Julie | USDC Eastern District Louisiana | 2:17-cv-07484-EEF-MBN |
| Mejia | Erica | | | USDC Eastern District Louisiana | 2:17-cv-08185-EEF-MBN |
| Mills | Kathryn (Judy) | | | USDC Eastern District Louisiana | 2:17-cv-08169-EEF-MBN |
| Nelson | Bethene | | | USDC Eastern District Louisiana | 2:17-cv-08684-EEF-MBN |
| Owens | Donna | | | USDC Eastern District Louisiana | 2:17-cv-05728-EEF-MBN |
| Potter | Michael | | | USDC Eastern District Louisiana | 2:18-cv-00637-EEF-MBN |
| Sidener | Rita | | | USDC Eastern District Louisiana | 2:17-cv-05295-EEF-MBN |
| Smith | Eldridge | | | USDC Eastern District Louisiana | 2:17-cv-07006-EEF-MBN |
| Townes | James | Townes | Alberta | USDC Eastern District Louisiana | 2:17-cv-03500-EEF-MBN |

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on May 22, 2018, which shall send notification of such filing to all CM/ECF participants.

              */s/Rachel Abrams*
              Rachel Abrams