# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVORAXABAN | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Richard Henson v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:16-cv-16588*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Richard Henson, which occurred on October 16, 2017.

Dated: May 21, 2018

                                             Respectfully submitted,

                                             ROBERTS & ROBERTS

                     BY:    */s/ Justin C. Roberts*
                                             JUSTIN C. ROBERTS
                                             Texas Bar No. 24079221
                                             Email:  justin@robertslawfirm.com
                                             RANDELL (RANDY) C. ROBERTS
                                             Texas Bar No. 17016490
                                             Email:  randy@robertslawfirm.com
                                             ROBERTS & ROBERTS
                                             118 West Fourth Street
                                             Tyler, Texas 75701-4000
                                             Ph: (903) 597-6655
                                             Fax: (903) 597-1600
                                             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys, as well as any required nonparties, in a manner authorized by FRCP 4(e), FRCP 5(b)(2), and Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Justin C. Roberts*
ROBERTS & ROBERTS
