# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Patricia Hamelin v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-04271

## DECLARATION OF ROBIN LAWLOR

1. I am an adult and over the age of 18 and domiciled in Los Angeles County, State of California. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could testify competently to the truth of the facts stated herein.

2. I am the daughter of Patricia A. Hamelin, who died on May 28, 2016 at West Covina, California.

3. No proceeding is now pending in California for the administration of the Estate of Patricia A. Hamelin.

4. I am one of the successors in interest to Patricia A. Hamelin, as defined in Section 377.11 of the California Code of Civil Procedure, and succeed to their interest in the above-entitled proceeding.

5.   I am authorized by the other successors in interest to Pamela A, Hamelin to act on their behalf in the above-entitled proceeding.

6.   No other person had a superior right to commence the above-entitled proceeding.

7.   A certified copy of the death certificate for Patricia A. Hamelin is attached hereto as Exhibit "A" and incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on _7-31_, 2017 at _Anaheim_, California.

*R. Lawlor*
Robin Lawlor

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

**CERTIFICATE OF DEATH**

State File Number: 3052016137562
Local Registration Number: 3201619031076

| Field | Value |
|---|---|
| 1. Name of Decedent – First (Given) | PATRICIA |
| 2. Middle | ANN |
| 3. Last (Family) | HAMELIN |
| 4. Date of Birth | 05/22/1941 |
| 5. Age | 75 |
| 6. Sex | F |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | -1969 |
| 11. Ever in U.S. Armed Forces? | No |
| 12. Marital Status | WIDOWED |
| 7. Date of Death | 05/28/2016 |
| 8. Hour | 1030 |
| 13. Education | HS GRADUATE |
| 16. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | ASSISTANT MANAGER |
| 18. Kind of Business/Industry | HOTEL |
| 19. Years in Occupation | 20 |
| 20. Decedent's Residence | 1312 S. MAGNOLIA APT A |
| 21. City | MONROVIA |
| 22. County/Province | LOS ANGELES |
| 23. Zip Code | 91016 |
| 24. Years in County | 9 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | ROBIN KAY LAWLOR, DAUGHTER |
| 27. Informant's Mailing Address | 812 N. OLIVE ST., ANAHEIM, CA 92805 |
| 31. Name of Father/Parent – First | HARRY |
| 32. Middle | LESLIE |
| 33. Last | BYRD |
| 34. Birth State | TX |
| 35. Name of Mother/Parent – First | MILDRED |
| 36. Middle | MOZELL |
| 37. Last (Birth Name) | WOOD |
| 38. Birth State | TX |
| 39. Disposition Date | 07/15/2016 |
| 40. Place of Final Disposition | RES. ROBIN KAY LAWLOR, 812 N. OLIVE ST., ANAHEIM, CA 92805 |
| 41. Type of Disposition | CR/RES |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | DOUGLASS & ZOOK FUNERAL AND CREMATION SERVICES |
| 45. License Number | FD221 |
| 46. Signature of Local Registrar | JEFFREY GUNZENHAUSER, MD |
| 47. Date | 07/13/2016 |
| 101. Place of Death | KINDRED HOSPITAL – SAN GABRIEL VALLEY |
| 104. County | LOS ANGELES |
| 105. Facility Address | 845 N LARK ELLEN AVE |
| 106. City | WEST COVINA |
| 107. Cause of Death – Immediate | PNEUMONIA (WKS) |
| (b) | CHRONIC OBSTRUCTIVE PULMONARY DISEASE (YRS) |
| 112. Other Significant Conditions | CONGESTIVE HEART FAILURE |
| 113. Was Operation Performed | NO |
| 115. Signature of Certifier | OLIVER SOLOMON, D.O. |
| 116. License Number | 20A7503 |
| 117. Date | 06/01/2016 |
| 118. Type Attending Physician's Name | OLIVER SOLOMON, D.O., 130 W. ROUTE 66 STE 326, GLENDORA, CA 91740 |
| Decedent Attended Since | 04/29/2016 |
| Deceased Last Seen Alive | 05/28/2016 |

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan*
DEAN C. LOGAN
Registrar-Recorder/County Clerk

JUL 3 1 2017

This copy is not valid unless prepared on an engraved border displaying the seal and signature of the Registrar-Recorder/County Clerk.


1000001899490


ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE