UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) (
PRODUCTS LIABILITY LITIGATION (   MDL No. 2592
(
(   SECTION L
(
(   JUDGE ELDON E. FALLON
(
_____(   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Patricia Hamelin v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:16-cv-04271-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS HEREBY ORDERED that Plaintiff, Robin Lawlor, as the successor in interest of Patricia Hamelin, is substituted for Plaintiff Hamelin as the proper party plaintiff in the above captioned case.

NEW ORLEANS, LOUISANA, this the _____day of _____, 2018.

_____
JUDGE ELDON E. FALLON