UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) (
PRODUCTS LIABILITY LITIGATION (    MDL No. 2592
(
(    SECTION L
(
(    JUDGE ELDON E. FALLON
(
(    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Burnest Graham v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:15-cv-02388-EEF-MBN

## NOTICE OF AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Federal Rules of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of the Plaintiff, Burnest Graham.

May 23, 2018            Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey