UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Burnest Graham v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:15-cv-02388-EEF-MBN

## MOTION TO SUBSTITUTE PLANTIFF

**COMES NOW** the Plaintiff in the above-styled cause, by and through the undersigned counsel and moves the Court for an Order substituting LaVerne Graham, Fiduciary of the Estate of Burnest Graham, as the named Plaintiff in Civil Action No. 2:15-cv-02388 in place of Burnest Graham. For grounds and in support of this motion, Plaintiff states as follows:

1. On June 24, 2015, Plaintiff's Counsel filed a products liability lawsuit against Defendants on June 24, 2015.

2. Subsequently, after filing the lawsuit, Plaintiff's Counsel was made aware that Mr. Burnest Graham had passed away on February 28, 2015.

3. Plaintiff's Counsel immediately began preparations in order to begin the process of probating Burnest Graham's estate.

4. On March 22, 2017, LaVerne Graham was appointed as the fiduciary of the Estate of Burnest E. Graham by the State of North Carolina's General Court of Justice Superior Court Division. A copy of the Letters of Administration are attached to this motion as Exhibit A.

5. Fed. R. Civ. P. 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.

6. Burnest E. Graham's products liability action against defendants survived his death and was not extinguished.

7. A Notice and Suggestion of Death was filed on May 23, 2018 and is attached hereto as Exhibit B.

Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute LaVerne Graham, as the named plaintiff in this action.

Dated: May 23, 2018 .                                                    **/s/ W. Todd Harvey**
                                                                          W. Todd Harvey

**OF COUNSEL:**

Amanda H. Schafner, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone:      205-930-9091
Facsimile:       205-930-9054
Email:              tharvey@burkeharvey.com
                       aschafner@burkeharvey.com

Brian L. Kinsley, Esq,
CRUMLEY ROBERTS
2400 Freeman Mill Road
Greensboro, NC 27406
Telephone:      336-333-9899
Facsimile:       336-333-9894
Email:              BLKinsley@crumleyroberts.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2018, a true copy of the foregoing Motion to Substitute Plaintiff was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ W. Todd Harvey