UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ( <br> PRODUCTS LIABILITY LITIGATION ( <br> ( <br> ( <br> ( <br> ( <br> ( <br> _____ ( | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Donald Curry v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:15-cv-05934

## MOTION TO SUBSTITUTE PLANTIFF

**COMES NOW** the Plaintiff in the above-styled cause, by and through the undersigned counsel and moves the Court for an Order substituting Margie Curry, the surviving spouse of Donald Curry, as the Named Plaintiff in Civil Action No. 2:15-cv-005934 in place of Donald Curry. For grounds and in support of this motion, Plaintiff states as follows:

1. Donald Curry, filed a products liability lawsuit against Defendants on October 26, 2015.

2. Subsequently, after filing the lawsuit, Plaintiff's Counsel was notified that Donald Curry died on February 9, 2016.

3. Fed. R. Civ. P. 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.

4. Donald Curry's products liability action against defendants survived his death and was not extinguished.

5. A Notice and Suggestion of Death was filed on May 23, 2018 and is attached hereto as Exhibit A.

6. Margie Curry, the surviving spouse of Donald Curry, is the proper party to substitute for Plaintiff-Decedent Donald Curry and proceed forward with the surviving products liability claim. A copy of the Death Certificate is attached to this motion as Exhibit B.

7. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Margie Curry, as the named plaintiff in this action.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in the action.

Dated: May 23, 2018                                         **/s/ W. Todd Harvey**
                                                            W. Todd Harvey

**OF COUNSEL:**

Amanda H. Schafner, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone:   205-930-9091
Facsimile:   205-930-9054

Email:       tharvey@burkeharvey.com
             aschafner@burkeharvey.com

Brian L. Kinsley, Esq,
CRUMLEY ROBERTS
2400 Freeman Mill Road
Greensboro, NC 27406
Telephone:   336-333-9899
Facsimile:   336-333-9894
Email:       BLKinsley@crumleyroberts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2018, a true copy of the foregoing Motion To Substitute Plaintiff was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ W. Todd Harvey