# EXHIBIT B

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER: 4697101  
STATE FILE NUMBER: 2016-004-00572

**DECEDENT**

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | CURRY, DONALD EUGENE |
| DATE OF BIRTH | 08/15/1942 |
| DATE OF DEATH | 02/09/2016 |
| TIME OF DEATH | 10:10 PM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | BRADLEY, AR UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | 1856 |
| AGE | 73 YEARS |
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | 187 RURAL RD., SAREPTA, LA 71071 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | WEBSTER |

**PERSONAL**

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | YES |
| OCCUPATION | MECHANIC |
| INDUSTRY OF OCCUPATION | CONSTRUCTION |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | WADE, MARGIE FRANCES |
| FATHER/PARENT NAME | CURRY, DARRELL HALL |
| FATHER/PARENT PLACE OF BIRTH | UNKNOWN, UNKNOWN |
| MOTHER/PARENT NAME | CARR, NONA MAE |
| MOTHER/PARENT PLACE OF BIRTH | MADISON, AR UNITED STATES |
| INFORMANT'S NAME | THOMAS, TINA CURRY |
| RELATIONSHIP TO DECEDENT | DAUGHTER |
| INFORMANT'S ADDRESS | 255 CROW LAKE RD., SAREPTA, LA 71071 UNITED STATES |
| EDUCATION | HIGH SCHOOL GRADUATE, OR GED COMPLETED |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

**DEATH INFO**

| Field | Value |
|---|---|
| PLACE OF DEATH | NURSING HOME/LONG TERM CARE FACILITY |
| FACILITY NAME | CARRINGTON PLACE OF SPRINGHILL |
| FACILITY ADDRESS | 215 1ST ST., SPRINGHILL, LA 71075 UNITED STATES |
| PARISH/COUNTY | WEBSTER |

**DISPOSITION**

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | WALNUT HILL CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | BRADLEY, AR UNITED STATES |
| DATE OF DISPOSITION | 02/11/2016 |

**FUNERAL FACILITY**

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | BAILEY MORTUARY, INC. - SPRINGHILL |
| ADDRESS OF FUNERAL FACILITY | 304 FIRST ST. NW., SPRINGHILL, LA 71075 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | MANUEL, CODY |
| LICENSE NUMBER | E2605 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 2/23/2016 |

**MEDICAL INFO**

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

**CAUSE OF DEATH**

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. CHRONIC OBSTRUCTIVE PULMONARY DISEASE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY | PARISH/COUNTY

DESCRIBE HOW INJURY OCCURED

**CERTIFIER**

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 2/9/2016 TO 2/9/2016 AND THAT DEATH OCCURRED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 2/22/2016 |
| CERTIFIER NAME | IRIZARRY, CARLOS A |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 401 MAIN ST - APT/STE 240, MINDEN, LA 71055 UNITED STATES |
| BURIAL TRANSIT PERMIT | 161080 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 02/10/2016 |
| DATE FILED WITH REGISTRAR | 2/23/2016 |

**REGISTRAR**

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Cooper, Anale    Issued On: 2/24/2016 9:20:51 AM




00469 7101

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S. 40:32, ET SEQ.

DEVIN GEORGE  
STATE REGISTRAR

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

