UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) (<br>PRODUCTS LIABILITY LITIGATION (<br>(<br>(<br>(<br>(<br>(<br>_____( | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Donald Curry v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:15-cv-05934**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS HEREBY ORDERED that Plaintiff, Margie Curry, as the surviving spouse of Donald Curry, is substituted for Plaintiff Donald Curry as the proper party plaintiff in the above captioned case.

NEW ORLEANS, LOUISANA, this the _____ day of _____, 2018.

_____
JUDGE ELDON E. FALLON