UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*James Alvey v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:17-cv-01775

## MOTION TO SUBSTITUTE PLANTIFF

**COMES NOW** the Plaintiff in the above-styled cause, by and through the undersigned counsel and moves the Court for an Order substituting Patsy Stephens, as the Fiduciary of the Estate of James Alvey, as the Named Plaintiff in Civil Action No. 2:17-cv-01775 in place of James Alvey. For grounds and in support of this motion, Plaintiff states as follows:

1. James Alvey, filed a products liability lawsuit against Defendants on March 01, 2017.

2. Subsequently, after filing the lawsuit, Plaintiff's Counsel was notified that James Alvey died on March 14, 2017.

3. Fed. R. Civ. P. 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.

4. James Alvey's products liability action against defendants survived his death and was not extinguished.

5. A Notice and Suggestion of Death was filed on May 23, 2018 and is attached hereto as Exhibit A.

6. Patsy Stephens, the Personal Representative of the Estate of James Alvey, is the proper party to substitute for Plaintiff-Decedent James Alvey and proceed forward with the surviving products liability claim on behalf of James Alvey's Estate. A copy of the Letters of Administration is attached to this motion as Exhibit B.

7. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Patsy Stephens, as the named plaintiff in this action.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in the action.

Dated: May 23, 2018

/s/ W. Todd Harvey
W. Todd Harvey

**OF COUNSEL:**

Amanda H. Schafner, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone: 205-930-9091
Facsimile: 205-930-9054

Email: tharvey@burkeharvey.com
aschafner@burkeharvey.com

Brian L. Kinsley, Esq,
CRUMLEY ROBERTS
2400 Freeman Mill Road
Greensboro, NC 27406
Telephone: 336-333-9899
Facsimile: 336-333-9894
Email: BLKinsley@crumleyroberts.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2018, a true copy of the foregoing Motion To Substitute Party Plaintiff was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ W. Todd Harvey