# EXHIBIT
# B

**THE PERSONAL REPRESENTATIVE NAMED HEREIN
IS AUTHORIZED TO ADMINISTER THE ESTATE
WITH COURT SUPERVISION**

*FILED SPENCER CIRCUIT COURT SEP 01 2017 CLERK SPENCER CIRCUIT COURT*

**LETTERS OF PERSONAL REPRESENTATIVE**

Of the Estate of **James Alvey**, who died on March 14, 2017,

Cause No. 74C01-1709-ES-000032

**STATE OF INDIANA, SPENCER COUNTY:**

**To Whom These Presents Shall Come, Greeting:**

I, SARA J. ARNOLD, Clerk of the Spencer Circuit Court for the County of Spencer in the State of Indiana, do hereby certify that Letters of Personal Representative of the estate of **James Alvey**, late of Spencer County, deceased, are granted to **Patsy Stephens** and the said **Patsy Stephens**, having qualified as such Personal Representative, is duly authorized to take upon herself the administration of such estate, according to law.

**WITNESS**, my hand and seal of said Court this 1st day of September, 2017.

SARA J. ARNOLD
Clerk, Spencer Circuit Court

(seal)

By: _____
Deputy

STATE OF INDIANA       )
                       ) SS:
COUNTY OF SPENCER      )

IN THE SPENCER CIRCUIT COURT

IN THE MATTER OF THE ESTATE  )
OF JAMES ALVEY,              )
DECEASED;                    )   CAUSE NO. 74C01-1709-ES-000032
PATSY STEPHENS,              )
PERSONAL REPRESENTATIVE.     )

*FILED SPENCER CIRCUIT COURT SEP 01 2017 CLERK SPENCER CIRCUIT COURT*

## ORDER APPOINTING PERSONAL REPRESENTATIVE

This matter having come before the Court on the "Petition for Appointment of Personal Representative," and it appearing to the Court that the decedent, **James Alvey**, died intestate on March 14, 2017, while domiciled in Spencer County, Indiana, and the Court being otherwise duly advised in the premises now finds that the aforementioned "Petition for Appointment of Personal Representative " should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1. That **Patsy Stephens** is appointed Personal Representative of the Estate of **James Alvey** and shall qualify as such upon taking an oath as Personal Representative.

2. That upon said Personal Representative taking an oath, the Clerk of Spencer Circuit Court shall issue Letters of Personal Representative to **Patsy Stephens**.

3. That **Patsy Stephens** as Representative of the Estate of **James Alvey** is hereby authorized to proceed under the statutory provisions of the Indiana Code governing supervised administration of estates.

4. That the Personal Representative is directed to notify all reasonably

1

ascertainable creditors of the decedent's death and to comply with the notice requirements of I.C. §29-1-7-7 and the duties imposed by I.C. §29-1-7-7.5.

Dated this ___1___ day of September, 2017.

_____
JUDGE, SPENCER CIRCUIT COURT

**DISTRIBUTION TO:**

Gary K. Price
TERRELL, BAUGH, SALMON & BORN, LLP
700 S. Green River Road, Suite 2000
Evansville, IN 47715

I hereby certify that the foregoing or attached Court Record or document complies with the requirements of Trial Rule 5(G) with regard to information excluded from the public record under Administrative Rule 9(G).

_____
Gary K. Price

2