UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*James Alvey v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:17-cv-01775

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS HEREBY ORDERED that Plaintiff, Patsy Stephens, as the Personal Representative of the Estate of James Alvey, is substituted for Plaintiff James Alvey as the proper party plaintiff in the above captioned case.

NEW ORLEANS, LOUISANA, this the _____ day of _____, 2018.

_____
JUDGE ELDON E. FALLON