UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, at al. v. Janssen, et al.* | * | |
| Case No. 2:14-cv-02669 | * | MAGISTRATE JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE**
**EXHIBIT UNDER SEAL**

NOW COME Plaintiffs, who respectfully submit that on May 23, 2018, they filed Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Joint Motions for Partial Summary Judgment On the Ground that Federal Law Preempts Plaintiffs' Claim Pursuant to Order & Reasons of April 24, 2018 ("Supplemental Memorandum") [Rec. Doc. 9594]. Exhibit "1" to the Supplemental Memorandum contains or refers to information that has been designated confidential and should be filed UNDER SEAL.

WHEREFORE, movers pray that this motion be GRANTED and that Exhibit "1" to Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Joint Motions for Partial Summary Judgment On the Ground that Federal Law Preempts Plaintiffs' Claim Pursuant to Order & Reasons of April 24, 2018 be filed UNDER SEAL.

Dated: May 23, 2018

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 23, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

                                                */s/ Leonard A. Davis*
                                                **LEONARD A. DAVIS**