UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*********************************************

**THIS DOCUMENT RELATES TO:**

*James Buzard v. Janssen Research & Development LLC, et al.,*
Civil Case No. 2:16-cv-12093

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with all parties to bear their own costs.

DATED: May 23, 2018

                                              Respectfully Submitted,

By:    */s/ Christopher J. Quinn*
         Christopher J. Quinn
         THE DRISCOLL FIRM, P.C.
         211 N. Broadway, 40th Floor
         St. Louis, MO 63102
         Tel: (314) 932-3232
         Fax: (314) 932-3233
         chris@thedriscollfirm.com

         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 23, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      */s/ Christopher J. Quinn*