**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**
*Robert Rice on Behalf of Alline Rice, Deceased v. Janssen Research & Development LLC, et al.,* Civil Case No. 2:16-cv-08935

## ORDER

This matter having come before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above-captioned case is dismissed with prejudice with all parties to bear their own fees and costs.

New Orleans, Louisiana this _____ day of _____, 2018

_____
Honorable Eldon E. Fallon
United States District Judge