UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*********************************************

**THIS DOCUMENT RELATES TO:**
*Greg Kluber v. Janssen Research & Development LLC, et al.,*
Civil Case No. 2:16-cv-11969

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with all parties to bear their own costs.

DATED: May 23, 2018

                                                Respectfully Submitted,

By:    */s/ Christopher J. Quinn*
          Christopher J. Quinn
          THE DRISCOLL FIRM, P.C.
          211 N. Broadway, 40th Floor
          St. Louis, MO 63102
          Tel: (314) 932-3232
          Fax: (314) 932-3233
          chris@thedriscollfirm.com

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 23, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                 */s/ Christopher J. Quinn*