# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          *     **MDL NO. 2592**
PRODUCTS LIABILITY LITIGATION          *
                                       *     **SECTION L**
                                       *
                                       *     **JUDGE ELDON E. FALLON**
                                       *
                                       *     **MAGISTRATE JUDGE NORTH**
**********************************************

**THIS DOCUMENT RELATES TO:**
*John Hayes v. Janssen Research & Development LLC, et al.,*
Civil Case No. 2:16-cv-12154

## ORDER

This matter having come before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above-captioned case is dismissed with prejudice with all parties to bear their own fees and costs.

New Orleans, Louisiana this _____ day of _____, 2018

_____
Honorable Eldon E. Fallon
United States District Judge