UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tipton v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-6335

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9507, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Nancy Tipton, surviving spouse of Douglas R. Tipton, is substituted for Plaintiff Douglas R. Tipton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE