UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| CONNIE BLACK | ) ) | JUDGE FALLON |
| *Plaintiff* | ) ) | MAG. JUDGE NORTH |
| v. | ) ) | Civil No. 2:17-cv-11980-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | ) ) ) | |
| *Defendant(s)* | ) | |

## ORDER

IT IS ORDERED that the Plaintiffs' Second Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. is hereby GRANTED, and that Plaintiff shall have fifteen (15) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this  23rd  day of           May          , 2018.

_____
Hon. Eldon E. Fallon
United States District Judge