UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Doyle Mason v. Janssen Research & Development, LLC, et al*
CA# 2:18-cv-2582

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9513, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Gladys Mason, surviving spouse of Doyle Mason, is substituted for Plaintiff Doyle Mason as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE