UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leaston Easterling and Joan Easterling v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-7233

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9515, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joan Easterling, surviving spouse of Leaston Easterling, is substituted for Plaintiff Leaston Easterling as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE