## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVORAXABAN | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Wilma Glossbrenner v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:15-cv-3872*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Wilma Glossbrenner, which occurred on September 12, 2017.

Dated: March 26, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:     */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email: justin@robertslawfirm.com
RANDELL (RANDY) C. ROBERTS
Texas Bar No. 17016490
Email: randy@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys, as well as any required nonparties, in a manner authorized by FRCP 4(e), FRCP 5(b)(2), and Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    */s/ Justin C. Roberts*
                    ROBERTS & ROBERTS