UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>SHEILA A. CHASE,<br><br>          Plaintiff,<br><br> v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>         Defendants. | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br><br>Civil Action No. **2:14-cv-00415** |

### SUGGESTION OF DEATH OF SHEILA A. CHASE AND MOTION TO SUBSTITUTE PROPER PARTY

  Matthew Chase, as Executor of the Estate of Sheila A. Chase, by counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, submits for the record this Suggestion of Death of Plaintiff Sheila A. Chase, and moves the court to substitute the Estate of Sheila A. Chase, by Executor Matthew Chase, as Plaintiff in place of Sheila A. Chase. In support of this Motion, Plaintiff states as follows:

  Sheila A. Chase passed away on March 28, 2017. On May 17, 2017, the Superior Court of Washington, County of Spokane, appointed Matthew Chase as the Executor of the Estate of Sheila A. Chase. The Order appointing Matthew Chase as Executor of the Estate of Sheila A. Chase is attached as Exhibit A. The event of the death and appointment of Executor was not

1

transmitted to counsel until recently. When informed of the action, the Executor decided to continue the case.

This Motion is timely filed and Defendants will not suffer any prejudice. For these reasons, Plaintiff respectfully requests that this Court grant his Motion to Substitute Matthew Chase, as Executor of the Estate of Sheila A. Chase, as the Plaintiff, so that Ms. Chase's claims survive and this action on her behalf may proceed.

A proposed Order substituting Mr. Chase in his representative capacity is attached as Exhibit B.

RESPECTFULLY SUBMITTED this 23rd day of May, 2018.

KELLER ROHRBACK L.L.P.

By *s/Mark D. Samson*
 Mark D. Samson, Arizona Bar #011076
 3101 North Central Avenue, Suite 1400
 Phoenix, AZ 85012
 Telephone: (602) 248-0088
 Facsimile: (602) 248-2822

 Mark A. Griffin, WSBA #16296
 Lynn L. Sarko, WSBA #16569
 Gretchen F. Cappio, WSBA #29576
 Daniel P. Mensher, WSBA #47719
 Keller Rohrback L.L.P.
 1201 Third Avenue, Suite 3200
 Seattle, Washington 98101-3052
 Telephone: (206) 623-1900
 Facsimile: (206) 623-3384

 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all ECF users registered with the Court for this case.

/s/ Mark D. Samson