UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Sheila A. Chase v. Janssen Research & Development LLC, et al.
Civil Action No.2:14-cv-00415

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

IT IS ORDERED that Plaintiff Matthew Chase, as executor of the Estate of Sheila A. Chase, is substituted for Plaintiff Sheila A. Chase as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
United States District Court Judge

4816-3589-1302, v. 1

1