UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| OSCAR WILLIAMS, | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:18-CV-00935 |
| | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of Plaintiff Oscar Williams in the above-captioned case be dismissed with prejudice against all defendants pursuant to Fed. R. Civ. P. 41. All parties shall bear their own costs.

1

| | |
|---|---|
| **THE DRISCOLL FIRM, P.C.** | **DRINKER BIDDLE & REATH LLP** |
| By: */s/ Christopher J. Quinn* | By: */s/ Susan M. Sharko* |
| Christopher J. Quinn | Susan Sharko |
| 211 N. Broadway, 40th Fl. | 600 Campus Dr. |
| St. Louis, MO 63102 | Florham Park, NJ 07932 |
| Tel: (314) 932-3232 | Tel: (973) 549-7000 |
| Fax: (314) 932-3233 | Susan.Sharko@dbr.com |
| chris@thedriscollfirm.com | |
| | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson |
| Attorneys for Plaintiff | |
| Dated: May 24, 2018 | Dated: May 24, 2018 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: May 24, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: */s/ James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: May 24, 2018

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 24, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Christopher J. Quinn*