# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re: Xarelto (Rivaroxaban) Products     *     **MDL NO. 2592**
Liability Litigation     *
    *     **SECTION: L**
    *
    *     **JUDGE: ELDON E. FALLON**
    *
*This document relates to*:     *     **MAGISTRATE JUDGE:**
    Case 17-cv-01497     *        **MICHAEL NORTH**
    *
*Mehaffie v. Janssen Research & Devel., LLC*     *
    *
    *
* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

    IT IS HEREBY ORDERED that the motion to withdraw is hereby **DENIED**.

New Orleans, Louisiana, this \_\_\_24th\_\_ day of _____May\_\_\_ 2018.

_____
DISTRICT JUDGE