THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No.: 2592 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *Tracy R. Anderson (Shean), in her individual capacity and as Administratrix for the Estate of Daniel Walters Shean, v. Bayer Healthcare Pharmaceuticals, Inc., et al.,* Case No.: 2:17-cv-17890-EEF-MBN | ) ) ) ) ) ) ) | MAG. JUDGE NORTH |

## ORDER

On or around May 21, 2018, Plaintiff filed a *Consent Motion for Enlargement of Time to Cure Deficiencies in Plaintiff's Fact Sheet*. Because this motion is not opposed by Defendants, Plaintiff is granted an additional twenty-one (21) days, to and including **June 11, 2018**, within which to respond to the Deficiency Notice to cure "core deficiencies" in the Plaintiff Fact Sheet, which was served on Plaintiff on May 2, 2018.

This the   24th   day of May, 2018.

_____
Judge Eldon Fallon, United States District Court

1