## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Haydee Cardenas v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-5217

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9570, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Olga Lidia Perez, daughter of Haydee Cardenas, is substituted for Plaintiff Haydee Cardenas as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE