UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Joanne Nash et al. v. Janssen Research & Development, LLC et al.*
**Civil Action No.: 2:15-cv-02004**

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGES AND DECREED that David P. Matthews and Wendy C. Elsey of the law firm of Matthews & Associates, be allowed to and is enrolled as co-counsel of plaintiff Maria G. Hernandez on behalf of Maria Ineguez, her mother, record in the above-entitled and numbered action.

New Orleans, Louisiana this __24th__ day of _____May_____, 2018.

_____
United States District Judge

1