# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Thomas Cocco v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-2946

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9569, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Carol Cocco, as surviving spouse and on behalf of the estate of Dr. Thomas Cocco, is substituted for Plaintiff Thomas Cocco as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE