UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Alvey v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-1775

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9593, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patsy Stephens, as the Personal Representative of the Estate of James Alvey, is substituted for Plaintiff James Alvey as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE