UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Harriet Ibanez, at al. v. Janssen, et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:14-cv-02669 | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit "1" to Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Joint Motions for Partial Summary Judgment On the Ground that Federal Law Preempts Plaintiffs' Claim Pursuant to Order & Reasons of April 24, 2018 [Rec. Doc. 9594] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 24th day of May, 2018.

_____
Eldon E. Fallon
United States District Court Judge