## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |

*********************************************

**THIS DOCUMENT RELATES TO:**
*James Buzard v. Janssen Research & Development LLC, et al.,*
Civil Case No. 2:16-cv-12093

## ORDER

This matter having come before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above-captioned case is dismissed with prejudice with all parties to bear their own fees and costs.

New Orleans, Louisiana this 24th  day of ____May____, 2018

_____
Honorable Eldon E. Fallon
United States District Judge