UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**
*Eddie McDonald v. Janssen Research & Development LLC, et al.,*
Civil Case No. 2:16-cv-08826

## ORDER

This matter having come before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above-captioned case is dismissed with prejudice with all parties to bear their own fees and costs.

New Orleans, Louisiana this 24th day of ____May____, 2018

_____
Honorable Eldon E. Fallon
United States District Judge