**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  XARELTO (RIVAROXABAN)** | * | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAGISTRATE JUDGE NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**
*Greg Kluber v. Janssen Research & Development LLC, et al.,*
Civil Case No. 2:16-cv-11969

## ORDER

This matter having come before the Court on Plaintiff's Motion for Voluntary Dismissal

With Prejudice and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal With

Prejudice is hereby GRANTED, and the above-captioned case is dismissed with prejudice with all

parties to bear their own fees and costs.

New Orleans, Louisiana this 24th day of      May    , 2018

_____
Honorable Eldon E. Fallon
United States District Judge