UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Howard Pettus and Howard Pettus as the Surviving Spouse and Successor in Interest to the claims of his deceased wife Elizabeth A. Pettus v. Janssen Research & Development, LLC, et al* | * * * * * | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH  Case No. 2:14-cv-00217 |

**MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiff, Howard Pettus, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Respectfully submitted,

Dated: May 24, 2018

/s/ Joseph D. Lane
**The Cochran Firm - Dothan, PC**
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 East Main Street
Dothan, AL 36301
Tel: (334)673 - 1555
JoeLane@CochranFirm.Com
***Counsel for Plaintiff***

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 24, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

/s/ Joseph D. Lane
**The Cochran Firm - Dothan, PC**
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 East Main Street
Dothan, AL 36301
Tel: (334)673 - 1555
JoeLane@CochranFirm.Com
*Counsel for Plaintiff*