IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br> *Lullo, et al v. Janssen Research & Development, LLC, et al* <br> Civil Action No. 2:15-cv-02133 | ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

### SUGGESTION OF DEATH

Per Federal Rule of Civil Procedure 25(a)(1), Lenise Medici, Trustee and Executrix of The Lullo Family Trust of Plaintiffs Mary L. Lullo and Frank M. Lullo, suggests upon the record that Mary L. Lullo died on April 18, 2016 and Frank M. Lullo died on January 20, 2018. Mary L. Lullo and Frank M. Lullo died during the pendency of this action. Lenise Medici will file the appropriate pleadings to appear as the substituted Plaintiff in this matter.

Dated: May 25, 2018     /s/ *Joanne E. Matusko*
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: dnast@nastlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Suggestion of Death was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: <u>May 25, 2018</u>                  <u>*/s/ Joanne E. Matusko*</u>