IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *Lullo, et al v. Janssen Research & Development, LLC, et al* ) ) Civil Action No. 2:15-cv-02133 ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Mary L. Lullo and Frank M. Lullo, both now deceased, moves this Honorable Court for an order to substitute Lenise Medici, Trustee and Executrix of The Lullo Family Trust, on behalf of her deceased parents Mary L. Lullo and Frank M. Lullo, in the above captioned matter and in support thereof, states the following.

1,    Mary L. Lullo and Frank M. Lullo filed a Xarelto product liability case against the Defendants on June 1, 2015.

2.    On April 18, 2016, Mary L. Lullo died. Counsel for Mrs. Lullo recently learned of her passing.

3.    On January 20, 2018, Frank M. Lullo died. Counsel for Mr. Lullo recently learned of his passing.

4.    Mary L. Lullo's and Frank M. Lullo's product liability action against Defendants survived their deaths and was not extinguished.

5.	The Decedents' daughter, Lenise Medici, is the Proper Plaintiff and wishes to be substituted on behalf of Mary L. Lullo and Frank M. Lullo in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute Lenise Medici as the Plaintiff in this action.


Dated:  May 25, 2018                     /s/ *Joanne E. Matusko*
                                        **NASTLAW LLC**
                                        1101 Market Street, Suite 2801
                                        Philadelphia, Pennsylvania 19107
                                        Telephone: (215) 923-9300
                                        Facsimile: (215) 923-9302
                                        Email:  jmatusko@nastlaw.com

                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiffs and Motion to Substitute Party Plaintiffs were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: May 25, 2018                  /s/ Joanne E. Matusko