IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Lullo, et al v. Janssen Research & Development, LLC, et al* Civil Action No. 2:15-cv-02133 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

ORDER

The Court, after considering the Plaintiffs' Motion for Substitution of Party Plaintiff Lenise Medici, as well as any responses thereto, finds the motions meritorious.  Therefore,

IT IS ORDERED that Plaintiff Lenise Medici, Trustee and Executrix of The Lullo Family Trust, is substituted for Plaintiffs Mary L. Lullo and Frank M. Lullo as the proper Plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____. 2018.

_____
UNITED STATES DISTRICT COURT JUDGE