# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 15, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30845   In re: Xarelto Prod Liability
                  USDC No. 2:14-MD-2592
                  USDC No. 2:15-CV-3708
                  USDC No. 2:14-CV-2720
                  USDC No. 2:14-MD-2592
                  USDC No. 2:15-CV-3469

The court has considered the joint stipulation of Janssen Research & Development, L.L.C., Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Incorporated, Janssen Pharmaceuticals, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, the court orders that the counsel for Janssen Research & Development, L.L.C., Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Incorporated, Janssen Pharmaceuticals, Incorporated may obtain from the District Court all ex parte documents *that were filed on behalf of* Janssen Pharmaceuticals, Incorporated, Janssen Research & Development, L.L.C., Bayer Healthcare Pharmaceuticals, Incorporated and Bayer Pharma AG that are contained in the record on appeal and all other sealed documents *that were not filed ex parte* that are contained in the record on appeal. The non-public and/or sealed materials from the record on appeal are for your review ONLY. This material should be maintained in your office under seal, and if provided to you in original paper, return to the District Court as soon as it has served your purpose.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Rebecca L. Leto, Deputy Clerk
                                  504-310-7703

Mr. Stanley Blackmon
Ms. Lisa Schiavo Blatt
Mr. William W. Blevins
Mr. Lindsey C. Boney
Mr. Leonard Arthur Davis
Mr. David E. Dukes
Mr. Steven Glickstein
Mr. William Hoffman
Mr. Rodney M. Hudson

Mr. James Burke Irwin
Mr. Frederick S. Longer
Mr. John F. Olinde
Mr. William Perdue
Mr. Richard E. Sarver
Mrs. Susan M. Sharko
Ms. Elisabeth Theodore
Ms. Beth A. Wilkinson
Mr. Sherman Vance Wittie

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30845
_____

IN RE: XARELTO (RIVAROXABAN) PRDOUCTS LIABILITY LITIGATION

-------------------------------------------------------

JOSEPH ORR, JR.; JOSEPH ORR, III; KELLI WALKER; KIM DEAGANO,

      Plaintiffs - Appellants Cross-Appellees

v.

BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG, formerly known as Bayer Schering Pharma AG; JANSSEN PHARMACEUTICALS, INCORPORATED, formerly known as Janssen Pharmaceutica, Incorporated, formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Incorporated; JANSSEN RESEARCH & DEVELOPMENT, L.L.C., formerly known as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.,

      Defendants - Appellees Cross-Appellants

-------------------------------------------------------

JOSEPH J. BOUDREAUX, JR.; LORETTA BOUDREAUX,

      Plaintiffs - Appellants Cross-Appellees

v.

BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG, formerly known as Bayer Schering Pharma AG; JANSSEN PHARMACEUTICALS, INCORPORATED, formerly known as Janssen Pharmaceutica, Incorporated, formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Incorporated; JANSSEN RESEARCH & DEVELOPMENT,

L.L.C., formerly known as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.,

       Defendants - Appellees Cross-Appellants

consolidated with 18-30102

IN RE: XARELTO (RIVAROXABAN) PRDOUCTS LIABILITY LITIGATION

-----------------------------------------------------

DORA MINGO,

       Plaintiff - Appellant Cross-Appellee

v.

JANSSEN RESEARCH & DEVELOPMENT, L.L.C.; JANSSEN PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG; BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED,

       Defendants - Appellees Cross-Appellants

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

       IT IS ORDERED that unopposed joint stipulation of appellees-cross-appellants to view and obtain sealed documents is GRANTED.

       /s/ Edith Brown Clement
       _____
       EDITH BROWN CLEMENT
       UNITED STATES CIRCUIT JUDGE