UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Martha Venable v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. **2:16-cv-15344**<br><br>**No. 2:16-cv-15344** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Martha Venable, and hereby moves to dismiss this cause with prejudice.

### THIS CASE IS AN APRIL 30, 2018 WAVE 1 REMAND SELECTION.

WHEREFORE, based on the foregoing, Plaintiff hereby requests that the Court grant the voluntary dismissal of Plaintiff's action with prejudice against all parties.

Respectfully submitted,            Dated: May 25, 2018

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on May 25, 2018 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward