UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *Martha Venable v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. **2:16-cv-15344**<br><br>**No. 2:16-cv-15344** | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**[proposed] <u>ORDER OF DISMISSAL</u>**

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Martha Venable's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this _____day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge