UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HARRIS, ) | |
| ) | MDL NO. 2592 |
| Plaintiffs. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:16-cv-14507 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, David Harris, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, and with consent of all parties, hereby seeks to amend the Complaint to include an additional injury. In addition, Plaintiff's Counsel seeks to amend the final date of ingestion, as well as include an additional incident of gastrointestinal bleeding. Specifically, in the "Plaintiffs' Specific Allegations" section of the complaint.

Plaintiff David Harris's initial Complaint was filed via LAED CM/ECF on September 7, 2016 and service was executed thereafter on November 7th, 2016. Complaint in error did not include an

additional bleeding injury. Plaintiff suffered an additional gastrointestinal bleed on January 28, 2016. At the time of the additional bleeding injury, the client was still taking Xarelto, as directed. Plaintiff Counsel moves to amend the final date of ingestion from January 26, 2018 to January 28, 2016.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion, as stated on the attached exhibit "A".

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and Order to Amend Complaint.

Dated: May 25, 2018

Respectfully submitted,

SWMW Law, LLC

By: /s/Stephen B. Wohlford
    Benjamin R. Schmickle, #6270568
    Stephen B. Wohlford, #IL6287698
    701 Market Street, Suite 1000
    St. Louis, MO 63101
    (314) 480-5180
    (314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**