UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION . | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.**2:14-cv-00415** |

THIS DOCUMENT RELATES TO:
Sheila A. Chase v. Janssen Research & Development LLC, et al.
Civil Action No.2:14-cv-00415

## **SUGGESTION OF DEATH OF SHEILA A. CHASE**

    Matthew Chase, as Executor of the Estate of Sheila A. Chase, by counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, submits for the record this Suggestion of Death of Plaintiff Sheila A. Chase.  Appropriate pleadings will be filed for Mr. Chase to appear as the substituted Plaintiff.

    RESPECTFULLY SUBMITTED this 25th day of May, 2018.

                      KELLER ROHRBACK L.L.P.

                      By /s/*Mark D. Samson*
                          Mark D. Samson, Arizona Bar #011076
                          3101 North Central Avenue, Suite 1400
                          Phoenix, AZ 85012
                          Telephone:  (602) 248-0088
                          Facsimile:  (602) 248-2822

                          Mark A. Griffin, WSBA #16296
                          Lynn L. Sarko, WSBA #16569
                          Gretchen F. Cappio, WSBA #29576
                          Daniel P. Mensher, WSBA #47719

Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all ECF users registered with the Court for this case.

/s/ Mark D. Samson
