## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) |
| PRODUCTS LIABILITY LITIGATION | ) MCL No. 2592 |
| | ) Civil Action No. 2:18-cv-01676 |
| | ) SECTION: L |
| | ) JUDGE ELDON E. FALLON |
| _____ | ) MAG. MICHAEL NORTH |

### PLAINTIFF, JANE YELNICH, MOTION FOR LEAVE TO FILE
### SECOND AMENDED COMPLAINT

This motion is brought in the matter of Case 2:18-cv-01676, entitled Jane Yelnich vs Janssen Research & Development, et al.  In accordance with Federal Rules of Civil Procedure, Rule 15, "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to amend its initial Complaint filed on February 17, 2018, Docket No. 1 of Case No. 2:18-cv-01676 and its First Amended Complaint Docket No. 9083 of the master Case 2:14-md-2592, to correct an error in the spelling of Plaintiff's name from Jane Yelnich, to Jane Yelanich.  Attached as Exhibit A, please find Plaintiff's proposed Order and attached as Exhibit B is Plaintiff's proposed Second Amended Complaint.

Further, Plaintiff states, Defendants have been served with the Complaint and First Amended Complaint and therefore service of process of this motion shall transpire through the Court's ECF system.

Dated: May 29, 2018

_____ s/ *Kenneth A. Stern*
Kenneth A. Stern, P30722
STERN LAW, PLLC
41850 West 11 Mile Road
Novi, Michigan 48375-1857
(248) 347-7300
ken@sternlawonline.com