UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-01676 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

**ORDER GRANTING PLAINTIFF, JANE YELNICH, MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to File a Second Amended Complaint and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Jane Yelnich, Motion for Leave to File Second Amended Complaint to correct the spelling of the Plaintiff's name, Jane Yelnich, to read as Jane Yelanich, only, be and hereby is granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to file its Second Amended Complaint.

This is not a final order.

_____
United States District Court Judge