UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:17-cv-17736 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

### PLAINTIFF, JERRY BARKER JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JERRY BARKER, SR., MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AS TO THE APPOINTMENT OF A NEW PERSONAL REPRESENTATIVE

This motion is brought in the matter of Case 2:17-cv-17736, entitled Jerry Barker, Jr., Personal Representative of the Estate of Jerry Barker, Sr. vs Janssen Research & Development, et al.  In accordance with Federal Rule of Civil Procedures 15, which provides that "[t]he court should freely give leave [to amend] when justice so requires."

Plaintiff herein seeks to Amended its initial Complaint filed on December 22, 2017, Docket No. 1 of Case No. 2:17-cv-17736 and First Amended Complaint filed on February 15, 2018 and Second Amended Complaint filed on March 8, 2018, to correct the name of the newly appointed Personal Representative, Karen Barker, instead and in place of Jerry Barker, Jr, and to reflect that same change in paragraph 8(k).  Attached as Exhibit A, find Plaintiff's proposed Order and Exhibit B proposed Third Amended Complaint.

Further, Plaintiff states, that Defendants have been served with the initial Complaint and Defendants will be served with the within motion through the Court's ECF system.

Dated: May 29, 2018                                    s/ *Kenneth A. Stern*
                                                         Kenneth A. Stern, P30722
                                                         STERN LAW, PLLC
                                                         41850 West 11 Mile Road
                                                         Novi, Michigan 48375-1857
                                                         (248) 347-7300
                                                         ken@sternlawonline.com

                                                       *Attorney for Plaintiff's decedent*