UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |

MCL No. 2592
Civil Action No. 2:17-cv-17736
SECTION: L
JUDGE ELDON E. FALLON
MAG. JUDGE NORTH

_____

**ORDER GRANTING PLAINTIFF, JERRY BARKER JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JERRY BARKER, SR., MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file Third Amended Complaint and the court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Jerry Barker, Jr., Personal Representative of the Estate of Jerry Barker, Sr., Motion for Leave to File Third Amended Complaint to correct the name of the newly appointed Personal Representative, Karen Barker, instead and in place of Jerry Barker, Jr., and to reflect that same change in paragraph 8(k), be granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to file its Third Amended Complaint.

This is not a final order.

_____
United States District Court Judge