| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| FRED KNIGHT, Individually and on behalf of the Estate of JUDY SHANNON, Deceased, | |
| | SECTION: L |
| Plaintiff, | |
| v. | JUDGE: ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. F/K/A/ JANSSEN PHARMACEUTICA INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | MAG. JUDGE MICHAEL NORTH

Civil Action No. 2:18-cv-00888 |
| Defendants. | |

## ORDER

This matter came before the court on the Motion for Voluntary Dismissal Without Prejudice filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal without Prejudice filed by Plaintiff be GRANTED, and the above captioned case is DISMISSED, WITHOUT PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this 29th day of May, 2018

Eldon E. Fallon
United States District Court Judge