UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>JEROME SLUTSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:15-CV-7008 |

## ORDER

**IT IS ORDERED** that the Joint Motion for Leave to Withdraw Brian J. Perkins, Esq. and Meyers & Flowers, LLC and Substitute Rachel Abrams, Esq. and Levin Simes Abrams LLP as Counsel of Record is granted and that Brian J. Perkins, Esq. and Meyers & Flowers, LLC will be removed as counsel of record and that Rachel Abrams, Esq. and Levin Simes Abrams LLP shall be substituted in as counsel of record for Plaintiff, Jerome Slutsky.

SIGNED this _____29th_____ day of \_\_\_May\_\_\_, 2018

1

*[signature: Eldon E. Fallon]*

Honorable Judge Eldon E. Fallon
United States District Judge