## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION :  **MDL No. 2592**
           :
           :  **SECTION L**
           :
           :  **JUDGE ELDON E. FALLON**
           :
_____:  **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

***Dolores Sorce v. Jannsen Research & Development, LLC, et al;***
***USDC EDLA No. 2:16-cv-15244***


## NOTICE AND SUGGESTION OF DEATH

   Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs

the Honorable Court of the death of Plaintiff Dolores Sorce.

   DATED:  May 29, 2018.


           Respectfully submitted,

           THE GALLAGHER LAW FIRM, PLLC


           s/ Michael T. Gallagher
           Michael T. Gallagher
           (Texas Bar #07586000)
           2905 Sackett Street
           Houston, TX 77098
           Telephone: (713) 222-8080
           Facsimile:  (713) 222-0066
           mike@gld-law.com

           Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/Michael T. Gallagher
