# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
                                                  :
                                                  : SECTION L
                                                  :
                                                  : JUDGE ELDON E. FALLON
                                                  :
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Dolores Sorce v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-15244*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Michael Bocci, surviving son of Dolores Sorce, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute himself as Plaintiff in this action on behalf of the Estate of Dolores Sorce based on the death of Dolores Sorce.

A Notice/Suggestion of Death was filed in this matter on May 29, 2018 (Doc. 9676).

DATED:     May 29, 2018.

                                                           Respectfully submitted,

                                                           THE GALLAGHER LAW FIRM, PLLC

                                                           <u>s/ Michael T. Gallagher</u>
                                                           Michael T. Gallagher
                                                           (Texas Bar #07586000)
                                                           2905 Sackett Street
                                                           Houston, TX 77098
                                                           Telephone: (713) 222-8080
                                                           Facsimile:  (713) 222-0066
                                                           mike@gld-law.com

                                                           Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                       s/Michael T. Gallagher