UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dolores Sorce v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-15244*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. \_\_\_\_, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Michael Bocci, as surviving son, is substituted for Plaintiff Dolores Sorce as the proper party plaintiff in the above captioned case on behalf of the Estate of Dolores Sorce, deceased.

New Orleans, Louisiana this \_\_\_ day of _____, 2018.

_____
United States District Judge