UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| MARGARET S. BECKHAM, individually and as surviving spouse, heir, beneficiary, and administrator of the ESTATE OF ALLYN R. BECKHAM | * * * * | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH  Case No. 2:17-cv-03454 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, MARGARET S. BECKHAM, individually and as surviving spouse, heir, beneficiary, and administrator of the ESTATE OF ALLYN R. BECKHAM, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that

\_\_\_\_ Plaintiff is not a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6.

_X_ Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

\_\_\_\_ Plaintiff is moving to dismiss, with prejudice, within forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived pursuant to the Court's Case Management Order No. 6.

Respectfully submitted,

Dated: 5/30/2018

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 30, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*