IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) ) ) PRODUCTS LIABILITY ) LITIGATION ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| William Carey v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15066 |
|---|---|

**MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

NOW COMES counsel for Plaintiffs and hereby respectfully moves the Honorably Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs.

Respectfully submitted,


By: /s/ Eric Wiedemer
Eric Wiedemer (0078947)
Cochran Legal Group LLP
PO Box 161151
Cleveland, Ohio 44116
(216) 505-1254
(888) 508-2085 (Fax)
eric@cochranlegalgroup.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      The undersigned herby certifies that on May 30th, 2018 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ Eric Wiedemer
                                                  Eric Wiedemer (0078947)