**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO | ) | MDL NO. 2592 |
| (RIVAROXABAN) | ) | |
| | ) | SECTION: L |
| | ) | |
| PRODUCTS LIABILITY | ) | JUDGE ELDON E. FALLON |
| LITIGATION | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| | |
|---|---|
| Herbert Honness v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15121 |

**ORDER**

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Herbert Honness' Motion for Voluntary Dismissal is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREDJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Lousiana, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge