# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HARRIS, | MDL NO. 2592 |
| Plaintiffs. | |
| | JUDGE: ELDON E. FALLON |
| | |
| | SECTION: L |
| v. | |
| | MAG. JUDGE: MICHAEL NORTH |
| | |
| JANSSEN RESEARCH & | CIVIL ACTION NO. 2:16-cv-14507 |
| DEVELOPMENT LLC F/K/A JOHNSON | |
| AND JOHNSON PHARMACEUTICAL | |
| RESEARCH AND DEVELOPMENT LLC, | |
| JANSSEN ORTH LLC, JANSSEN | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN | |
| PHARMACEUTICALS, INC. F/K/A | |
| JANSSEN PHARMACEUTICA INC, | |
| F/K/A ORTHO-MCNEIL-JANSSEN | |
| PHARMACEUTICALS INC., | |
| JOHNSON & JOHNSON COMPANY | |
| BAYER HEALTHCARE PHARMACEUTICALS, | |
| INC., BAYER HEALTHCARE LLC, | |
| BAYER PHARMA AG, | |
| BAYER CORPORATION, BAYER | |
| HEALTHCARE AG, AND BAYER AG, | |
| Defendants. | |

## ORDER GRANTING
## MOTION TO FILE FIRST AMENDED COMPLAINT

This matter having come before the Court on the Motion for Leave to File Amended Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a) 2) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff David Harris's, Motion to Amend Complaint is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the

Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

  Entered this __29th__ day of _____May_____, 2018 into the United States Eastern District Court of Louisiana.

*signature: Eldon E. Fallon*

        HONORABLE DISTRICT JUDGE ELDON E. FALLON