**EXHIBIT 1**

| | |
|---|---|
| **From:** | Kelly Brilleaux |
| **To:** | Tara King |
| **Cc:** | Melanie Schmickle; Mica Harris; Harris, David (67d0038ca+matter1037422160@maildrop.clio.com) |
| **Subject:** | RE: Harris, David, 2:16-cv-14507 |
| **Date:** | Thursday, May 24, 2018 1:57:01 PM |
| **Attachments:** | image002.png |

Ms. King,

Apologies for my delay in getting back to you. I have conferred with counsel for Janssen and Bayer and there is no opposition to the filing of your Motion. Thank you.

**Kelly Brilleaux**
Associate Attorney
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
**504.310.2233 direct • 504.310.2101 fax**
website • bio • vCard

## IRWIN FRITCHIE URQUHART & MOORE LLC
COUNSELORS AT LAW

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Tara King [mailto:tara@swmwlaw.com]
**Sent:** Tuesday, May 15, 2018 9:48 AM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Melanie Schmickle <melanie@swmwlaw.com>; Mica Harris <mica@swmwlaw.com>; Harris, David (67d0038ca+matter1037422160@maildrop.clio.com) <67d0038ca+matter1037422160@maildrop.clio.com>
**Subject:** RE: Harris, David, 2:16-cv-14507

Good morning Ms. Brilleaux,

Following up on the below email.

Thank you for your time,
Tara

**From:** Tara King
**Sent:** Tuesday, May 08, 2018 11:48 AM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Melanie Schmickle <melanie@swmwlaw.com>; Mica Harris <mica@swmwlaw.com>; Harris,

David (67d0038ca+matter1037422160@maildrop.clio.com)
<67d0038ca+matter1037422160@maildrop.clio.com>
**Subject:** Harris, David, 2:16-cv-14507

Ms. Brilleaux:

I am writing to request your client's consent to filing the attached Amended Complaint for our client David Harris. His case was chosen as a Defense pick for the remand process. I have also attached the Motion and Proposed Order for your review.

Thank you for your time,
Tara

Tara Kirsten King
Associate Attorney
SWMW LAW
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180    [Office]
(314) 932-1566    [Fax]
(314) 295-7400    [Mobile]

NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unless you are the intended recipient, any copying, use or dissemination of the message is strictly prohibited. If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use.

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.