UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |  MCL No. 2592<br>Civil Action No. 2:17-cv-17736<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

_____

### ORDER GRANTING PLAINTIFF, JERRY BARKER JR., PERSONAL REPRESENTATIVE OF THE ESTATE OF JERRY BARKER, SR., MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

This matter having come before the court upon Plaintiff's filing of a Motion for Leave to file Third Amended Complaint and the court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Plaintiff, Jerry Barker, Jr., Personal Representative of the Estate of Jerry Barker, Sr., Motion for Leave to File Third Amended Complaint to correct the name of the newly appointed Personal Representative, Karen Barker, instead and in place of Jerry Barker, Jr., and to reflect that same change in paragraph 8(k), be granted.

IT IS HEREBY ORDERED that Plaintiff shall have seven (7) days from the date of this order with which to file its Third Amended Complaint.

New Orleans, Louisiana this 30th day of May, 2018

_____
United States District Court Judge