UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-01670 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

**O R D E R**

This matter came before the court on the Motion for Voluntary Dismissal Without Prejudice filed by Plaintiff, Vincent Bambi.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal Without Prejudice filed by Plaintiff, Vincent Bambi, be and is hereby DENIED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this __30th__ day of _____May_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge