# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dolores Sorce v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-15244

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9677, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Michael Bocci, as surviving son and on behalf of the Estate of Dolores Sorce, is substituted for Plaintiff Dolores Sorce as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE