## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

**THOMAS LIVELY**
**Civil Action No.: 2:16-cv-00569**

### NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 (a)(1) of the

Federal Rules of Civil Procedure, hereby informs this Court of the death of Plaintiff

Thomas Lively.  Plaintiff respectfully informs this Court that a Motion for Substitution of

Parties will be filed by the appropriate representative of Thomas Lively's estate within the

appropriate time period.

Dated: May 30, 2018

Respectfully submitted,

KENNEDY HODGES, LLP
By: /s/ David W. Hodges
David W. Hodges
dhodges@kennedyhodges.com
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using CM/ECF system. Notice of this filing will be sent to the Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Gabriel A. Assaad