UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Richard Henson v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:16-cv-16588*

## FIRST MOTION FOR EXTENSION OF TIME TO FILE COMPLETED PLAINTIFF FACT SHEET

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

COMES NOW Darnell Henson, the surviving spouse of Richard Henson, and moves to respectfully request an extension of time to file a completed Plaintiff Fact Sheet pursuant to Case Management Order No. 6. In support of this Motion, Ms. Henson respectfully shows as follows:

1. Ms. Henson was served a copy of the Notice and Suggestion of Death for Richard Henson on May 24, 2018. Ms. Henson will take necessary steps to be appointed the personal representative of Richard Henson's estate and, ultimately, to be substituted as Plaintiff in this proceeding.

2. Pursuant to Case Management Order No. 6, a completed Plaintiff Fact Sheet must be filed in this docket no later than May 30, 2018.

3. Despite requesting the appropriate medical records on May 3, 2018 from three different providers/facilities, Ms. Henson has not received a portion of the medical records that are necessary to complete the Plaintiff Fact Sheet in this docket.

4. Upon discovering an additional healthcare provider that may provide information necessary to complete the Plaintiff Fact Sheet, Ms. Henson requested an additional set of medical records on May 11, 2018 from a different facility. These records have also not been received.

WHEREFORE, Ms. Darnell Henson respectfully requests that she be given an additional twenty-one (21) days from today's date, to and including June 20, 2018, within which to file a complete Plaintiff Fact Sheet in this docket.

Dated: May 30, 2018

>Respectfully submitted,
>
>ROBERTS & ROBERTS
>
>BY:  */s/ Justin C. Roberts*
>JUSTIN C. ROBERTS
>Texas Bar No. 24079221
>Email: justin@robertslawfirm.com
>RANDELL (RANDY) C. ROBERTS
>Texas Bar No. 17016490
>Email: randy@robertslawfirm.com
>ROBERTS & ROBERTS
>118 West Fourth Street
>Tyler, Texas 75701-4000
>Ph: (903) 597-6655
>Fax: (903) 597-1600
>***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Enroll as Additional Counsel of Record has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ Justin C. Roberts*
        ROBERTS & ROBERTS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Richard Henson v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:16-cv-16588*

### ORDER

On or around May 30, 2018, Plaintiff files a *First Motion for Extension of Time to File Completed Plaintiff Fact Sheet*.  IT IS ORDERED that Darnell Henson is granted an additional twenty-one (21) days, to and including June 20, 2018, within which to file a completed Plaintiff Fact Sheet.

Signed New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Judge

4