UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joanne Nash et al. v. Janssen Research & Development, LLC et al.*
**Civil Action No.: 2:15-cv-02004**

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Maria G. Hernandez, on behalf of deceased Plaintiff, Maria Ineguez.

Maria G. Hernandez, on behalf of Maria Ineguez, her mother, filed a products liability action against Defendants on May 21, 2015 in the Central District of California, captioned *Joanne Nash et al. v. Janssen Research & Development, LLC et al.*, Civil Action No. 2:15-cv-03868. The case was transferred to the Eastern District of Louisiana on October 19, 2015, captioned *Joanne Nash et al. v. Janssen Research & Development, LLC et al.*, Civil Action No. 2:15-cv-02004. Ms. Ineguez passed away on April 12, 2016. A Notice and Suggestion of Death is being filed contemporaneously with this motion.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Maria Ineguez's products

1

liability action against Defendants survived her death and was not extinguished. Maria G. Hernandez, surviving daughter and heir of Maria Ineguez and Anticipated Representative of the Estate of Maria Ineguez, is a proper party to substitute for Plaintiff-Decedent Maria Ineguez and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, PREMISES CONSIDERED, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

Dated: May 30, 2018

Respectfully submitted,

/s/ Wendy C. Elsey
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713-522-5250
713.535.7184 – facsimile
dmatthews@thematthewslawfirm.com
welsey@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Wendy C. Elsey
Wendy C. Elsey