UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joanne Nash et al. v. Janssen Research & Development, LLC et al.*
**Civil Action No.: 2:15-cv-02004**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party in the above referenced cause, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that the Motion for Substitution of Maria G. Hernandez, Surviving Daughter, Heir and Anticipated Representative of the Estate of Maria Ineguez, Deceased, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
United States District Judge