UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| DISMISSAL OF BAYER CORPORATION | * * * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | Civil Action No. 2:16-CV-01347 L(5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS DEFENDANT BAYER CORPORATION

NOW COMES counsel for Plaintiff, Janet Wise, pursuant to Federal Rules of Civil Procedure 41(a)(2) and PTO 24, and hereby respectfully moves this Honorable Court to dismiss the above action against Defendant, Bayer Corporation, with each party to bear their own costs. Counsel for Plaintiff takes this action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Dated: May 31, 2018

Respectfully submitted,

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. Bar No.: 15781
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

1

2

John C. Whitfield
Caroline Ramsey Taylor
Whitfield Bryson & Mason LLP
518 Monroe Street
Nashville, TN 37208
Telephone: (615) 921-6500
Fax: (615) 921-6501
john@wbmllp.com
caroline@wbmllp.com

Shannon J. Carson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net

Robert Ahdoot
Ahdoot & Wolfson, P.C.
10728 Lindbrook Dr.
Los Angeles, CA 90024
Telephone: (310) 474-9111
Fax:  (310) 474-8585
rahdoot@ahdootwolfson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No.: 15781
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

*Attorney for Plaintiff*