UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br>Civil Action No. **2:14-cv-00415** |

THIS DOCUMENT RELATES TO:
Sheila A. Chase v. Janssen Research & Development LLC, et al.
Civil Action No.2:14-cv-00415

## MOTION TO SUBSTITUTE PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff moves this Court for an order substituting Matthew Chase, as Executor of the Estate of Sheila A. Chase.

In support of this Motion, Plaintiff states as follows: Sheila A. Chase passed away on March 28, 2017. On May 17, 2017, the Superior Court of Washington, County of Spokane, appointed Matthew Chase as the Executor of the Estate of Sheila A. Chase. The Order appointing Matthew Chase as Executor of the Estate of Sheila A. Chase is attached as Exhibit A. The event of the death and appointment of Executor was not transmitted to counsel until recently. When informed of the action, the Executor decided to continue the case.

This Motion is timely filed and Defendants will not suffer any prejudice. For these reasons, Plaintiff respectfully requests that this Court grant his Motion to Substitute Matthew Chase, as Executor of the Estate of Sheila A. Chase, as the Plaintiff, so that Ms. Chase's claims survive and this action on her behalf may proceed.

A proposed Order substituting Mr. Chase in his representative capacity is attached hereto.

RESPECTFULLY SUBMITTED this 25th day of May, 2018.

        KELLER ROHRBACK L.L.P.

        By /s/Mark D. Samson
           Mark D. Samson, Arizona Bar #011076
           3101 North Central Avenue, Suite 1400
           Phoenix, AZ 85012
           Telephone: (602) 248-0088
           Facsimile: (602) 248-2822

           Mark A. Griffin, WSBA #16296
           Lynn L. Sarko, WSBA #16569
           Gretchen F. Cappio, WSBA #29576
           Daniel P. Mensher, WSBA #47719
           Keller Rohrback L.L.P.
           1201 Third Avenue, Suite 3200
           Seattle, Washington 98101-3052
           Telephone: (206) 623-1900
           Facsimile: (206) 623-3384

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all ECF users registered with the Court for this case.

        /s/ Mark D. Samson