# EXHIBIT A

WORKING COPY

CN: 201704007147
SN: 2
PC: 2

FILED
MAY 17 2017
Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF SPOKANE

In the Matter of the Estate of: ) NO. 17400714-7
SHEILA A. CHASE, ) ORDER CONFIRMING PERSONAL
) REPRESENTATIVE OF INTESTATE
) ESTATE; ADJUDICATING SOLVENCY
Deceased. ) AND DIRECTING ADMINISTRATION
) WITHOUT COURT INTERVENTION

The Court having heard the testimony and evidence adduced in support of the Petition asking that Letters of Administration be issued to MATTHEW A. CHASE, and that the estate be adjudged fully solvent, and that nonintervention powers be granted, the Court finds:

1. The facts set forth in the Petition are true.

2. All notices required by law have been duly given to all persons entitled thereto who have not waived such notice or consented to the entry of this Order.

3. The decedent died intestate, a resident of Spokane County, Washington, leaving property in this state subject to probate.

4. Matthew A. Chase is qualified and willing to act as personal representative.

5. No bond is required of the personal representative.

6. The assets of the estate will exceed the expenses, taxes, debts and claims of creditors and the estate is, therefore, solvent.

IT IS HEREBY ORDERED AND DECREED as follows:

1. Letters of Administration shall be issued to MATTHEW A. CHASE, upon filing oath, to serve without bond.

2. The estate of the decedent is declared to be fully solvent, and further administration thereof shall be in accordance with the laws of this state pertaining to the settlement of estates without the intervention of court; and

3. MATTHEW A. CHASE, as Personal Representative of said estate, is hereby authorized, without further Order of this Court, to conduct the business of the estate,

ORDER CONFIRMING PERSONAL
REPRESENTATIVE; . . . Page 1

MAYREE J. BECKETT
Attorney at Law
1814 N. Normandie
Spokane, WA 99205
(509) 325-8466

administer, distribute and close the estate without further intervention of the court and is authorized to transfer all property of the estate without further order of the court.

DONE IN OPEN COURT this 17th day of May, 2017.

_____
JUDGE/COURT COMMISSIONER
HEATHER HOOVER
COMMISSIONER PROTEM

Presented by:

_____
MAYREE J. BECKETT, WSBA #19216
Attorney for Petitioner

ORDER CONFIRMING PERSONAL
REPRESENTATIVE; . . . Page 2

MAYREE J. BECKETT
Attorney at Law
1814 N. Normandie
Spokane, WA 99205
(509) 325-8466