UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION . | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No. **2:14-cv-00415** |

THIS DOCUMENT RELATES TO:
Sheila A. Chase v. Janssen Research & Development LLC, et al.
Civil Action No.2:14-cv-00415

## NOTICE OF SUBMISSION

PLEASE TAKE NOTE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

RESPECTFULLY SUBMITTED this 31st day of May, 2018.

KELLER ROHRBACK L.L.P.

By /s/*Mark D. Samson*
Mark D. Samson, Arizona Bar #011076
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822

Mark A. Griffin, WSBA #16296
Lynn L. Sarko, WSBA #16569
Gretchen F. Cappio, WSBA #29576
Daniel P. Mensher, WSBA #47719
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all ECF users registered with the Court for this case.

                                                /s/ Mark D. Samson