UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** | MDL No. 2592 |
| *EDWIN T. MURRAY and CLARA MURRAY v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE, PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,* | SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE: MICHAEL NORTH |
| **No. 2:16-cv-1181** | |

**PLAINTIFFS EDWIN T. MURRAY and CLARA MURRAY'S
NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE AS TO BAYER HEALTHCARE LLC**

TAKE NOTICE that Plaintiffs Edwin T. Murray and Clara Murray, by and through their attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses their Action solely against Bayer Healthcare LLC without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i) and Bayer Healthcare LLC has not filed an Answer or Motion for Summary Judgment, no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare LLC is not intended to have any effect on any claims against any other Defendants in this action.

Dated: May 31, 2018                                  Respectfully submitted,

                                                     */s/ Don K. Ledgard*
                                                     James T. Capretz (CA Bar No. 44442)
                                                     jcapretz@capretz.com
                                                     Don K. Ledgard (CA Bar No. 208350)
                                                     dledgard@capretz.com
                                                     CAPRETZ & ASSOCIATES
                                                     5000 Birch Street, Suite 4600
                                                     Newport Beach, CA 92660
                                                     Telephone: 949.724.3000

                                                     *Attorneys for Plaintiffs*

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on May 31, 2018 through the Court's CM/ECF system which will serve all counsel of record.

*/s/ Don K. Ledgard*
