UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Blaxton v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-7569

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9688, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Randy Stevenson, on behalf of his deceased father-in-law, Thomas Blaxton, is substituted for Plaintiff Thomas Blaxton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 31st day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE