IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| PRODUCTS LIABILITY ) | JUDGE ELDON E. FALLON |
| LITIGATION ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| Herbert Honness v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-15121 |
|---|---|

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Herbert Honness' Motion for Voluntary Dismissal is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREDJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Lousiana, this  31st  day of     May  , 2018.

Honorable Eldon E. Fallon
United States District Court Judge