UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joanne Nash et al. v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-2004

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9716, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Maria G. Hernandez, surviving daughter, heir, and anticipated representative of the Estate of Maria Ineguez, is substituted for Plaintiff Maria Ineguez as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 31st day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE