UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| DISMISSAL OF BAYOR CORPORATION | * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | Civil Action No. 2:16-CV-01347 L(5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This matter came before the court on the Motion to Voluntarily Dismiss Defendant Bayer Corporation filed by Plaintiff, Janet Wise.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Defendant Bayer Corporation filed by Plaintiff, Janet Wise, be and is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE against BAYER CORPORATION, with each party to bear their own costs. All other claims against remaining Defendants named by Plaintiff, Janet Wise, in her Complaint remain pending.

New Orleans, Louisiana, this __31st__ day of _____May_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge