# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | Section L |
| ) | Judge Eldon E. Fallon |
| ) | Mag. Judge Michael North |
| | |
| JOSEPH FORBES, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:15-cv-3522 |
| ) | |
| v. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT ) | |
| LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO DISMISS

COMES NOW Plaintiff Joseph Forbes and Pursuant to Rule 41(a)(1) and PTO 24 hereby dismisses all claims against Defendant Bayer Healthcare, LLC only, without prejudice. Each party to bear their own costs. Counsel for Plaintiff takes this action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Respectfully submitted,

Dated: May 31, 2018

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
SIMMONS, HANLY, CONROY LLC
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2018, a true and correct copy of the foregoing instrument was forwarded to all counsel of record via the Court's ECF system.

*/s/ Andrew S. Williams*
Andrew S. Williams
