## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | Section L | |
| ) | Judge Eldon E. Fallon | |
| _____) | Mag. Judge Michael North | |
| | | |
| JOSEPH FORBES, ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 2:15-cv-3522 | |
| ) | | |
| v. ) | | |
| ) | | |
| JANSSEN RESEARCH & DEVELOPMENT ) | | |
| LLC, et al. ) | | |
| ) | | |
| Defendants. ) | | |

## [PROPOSED[ ORDER OF DISMISSAL

This matter came before the court on Plaintiff's Motion to Voluntarily Dismiss Defendant Bayer Healthcare LLC only, and the Court having considered the same, is of the opinion that Plaintiff's Motion to Voluntarily Dismiss Defendant, Bayer Healthcare LLC be GRANTED in the above-reference matter.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendant Bayer Healthcare LLC, only in the above-styled cause are hereby dismissed without prejudice with all parties to bear their own costs. All other claims against the remaining Defendants name by Plaintiff Joseph Forbes in his Complaint remain pending.

THIS ORDERED THE ____ day of _____, 2018.

_____
The Honorable Eldon E. Fallon