UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jala v. Janssen Research & Development, LLC, et al., 2:17-cv-02608*

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET

NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet (PFS). The deadline to submit Plaintiff's PFS is May 31, 2018. Plaintiff respectfully requests an extra 60 days, with new deadline of July 30, 2018, to provide his verified PFS. In support of this motion, Plaintiff would show:

1. Plaintiff, Satya Narayan Jala, filed a products liability lawsuit against Defendants on March 30, 2017;

2. Pursuant to Pre-Trial Orders 13, 13A and 13B, Plaintiff's verified Plaintiff Fact Sheet was submitted on June 23, 2017;

3. On May 1, 2018, this case was selected for remand;

4. Pursuant to Case Management Order (CMO) 6, Plaintiff's updated and completed PFS is due May 31, 2018;

5. Plaintiff's counsel attempted to contact Plaintiff regarding his PFS, but have been unable to make contact;

6. Plaintiff's counsel have tried mailing to Plaintiff's last known address and have not received return mail;

7. Plaintiff's counsel have called all telephone numbers on record with no success;

8. In an effort to comply with CMO 6, Plaintiff's counsel have submitted to MDL Centrality an unverified PFS on May 31, 2018;

9. Plaintiff's counsel requests this extension so that they may employ alternative methods of contacting the Plaintiff; and

10. This motion is being submitted to this Honorable Court without the need of a formal hearing.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff, Satya Narayan Jala, respectfully requests this Court grant Plaintiff's First Motion for Extension of Time to File Verified Plaintiff Fact Sheet.

DATED: May 31, 2018                                  Respectfully submitted,

By: *s/ Avram J. Blair*
Avram J. Blair (TX Bar 24033585)
Avram Blair & Associates, P.C.
3120 Southwest Freeway,
Ste 215,
Houston, Texas 77098
(713) 936-2609
(832) 203-8286 (Fax)
ablair@ablairlaw.com

*Attorneys for Plaintiff*