UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jala v. Janssen Research & Development, LLC, et al., 2:17-cv-02608*

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET

NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet (PFS). The deadline to submit Plaintiff's PFS is May 30, 2018. Plaintiff respectfully requests an extra 60 days, with new deadline of July 30, 2018, to provide his verified PFS.

**FACTUAL BACKGROUND**

On March 30, 2017, Plaintiff, Satya Narayan Jala, by and through his counsel, filed his Complaint with the Court. Plaintiff timely served Defendants in this case. Plaintiff's counsel tried to notify Plaintiff about the need to file Plaintiff's PFS. Plaintiff's counsel has tried calling all known telephone numbers and mailing to the Plaintiff's last known address.

Plaintiff's counsel has been unable to communicate with the Plaintiff and have the PFS declaration signed. Plaintiff's counsel is working on employing other means to make contact with the Plaintiff.

In an effort to comply with CMO 6, Plaintiff's counsel has submitted to MDL Centrality an unverified PFS. However, Plaintiff's counsel respectively requests an extension of time to file the verified PFS, including the declaration page, due to Plaintiff's unresponsiveness.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff, Satya Narayan Jala, respectfully requests an extension of 60 days, with a new deadline of July 30, 2018, to provide the verified PFS.

DATED: May 31, 2018

Respectfully submitted,

By: *s/ Avram J. Blair*
Avram J. Blair (TX Bar 24033585)
Avram Blair & Associates, P.C.
3120 Southwest Freeway,
Ste 215,
Houston, Texas 77098
(713) 936-2609
(832) 203-8286 (Fax)
ablair@ablairlaw.com

*Attorneys for Plaintiff*