UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:

**THIS DOCUMENT RELATES TO:**

*Pointon et al v. Janssen Research & Development LLC et al.*
**Civil Action No.: 2:15-cv-06465**

### MOTION TO VOLUNTARILY DISMISS DEFENDANT BAYER CORPORATION

COMES NOW Counsel for Plaintiff, David Pointon, Individually and as Representative of the Estate of Diana Pointon, Deceased, pursuant to Federal Rules of Civil Procedure 41(a)(2) and PTO 24, and hereby respectfully moves this Honorable Court to dismiss the above-captioned action against Defendant Bayer Corporation with prejudice, with each party to bear their own costs.

Counsel for Plaintiff takes this action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Dated:  May 31, 2018                                     Respectfully submitted,

                                                         /s/ Wendy C. Elsey
                                                         DAVID P. MATTHEWS
                                                         Texas Bar No.: 13206200
                                                         WENDY C. ELSEY
                                                         Texas Bar No.: 24053186
                                                         Matthews & Associates
                                                         2905 Sackett St.
                                                         Houston, TX 77098
                                                         713-522-5250
                                                         713.535.7184 – facsimile
                                                         dmatthews@thematthewslawfirm.com
                                                         welsey@dpmlawfirm.com

                                                         ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                         /s/ Wendy C. Elsey
                                                         Wendy C. Elsey