# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION* | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA and ALLIED SERVICES DIVISION WELFARE FUND, on behalf of themselves and all others similarly situated, | CIVIL ACTION NO. |
| | CLASS ACTION COMPLAINT |
| Plaintiffs, | JURY TRIAL DEMANDED |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a | |
| JANSSEN PHARMACEUTICA INC. f/k/a | |
| ORTHO-MCNEIL-JANSSEN | |
| PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER | |
| HEALTHCARE LLC, BAYER HEALTHCARE AG and BAYER AG, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that Lanson Bordelon is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter.  As such, the undersigned respectfully requests that Lanson Bordelon be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause.  All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED:  June 1, 2019

                                          Respectfully Submitted:

                                           /s/ James R. Dugan, II_____
**James R. Dugan, II (LA Bar No. 24785)**
**Douglas R. Plymale (LA Bar No. 28409)**
**David S. Scalia (LA Bar No. 21369)**
**Mekel Smith Alvarez (LSBA No. 22157)**
**The Dugan Law Firm, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone:     (504) 648-0180
Facsimile:       (504) 648-0181
E-mail:            jdugan@dugan-lawfirm.com
                       dplymale@dugan-lawfirm.com
                       dscalia@dugan-lawfirm.com

*Counsel for Plaintiff(s)*

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this 1st day of June 2018, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

                                            /s/ James R. Dugan, II_____
                                            James R. Dugan, II