**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Dallas Swafford, as Personal Representative of the Estate of Madonna Swafford v. Jansenn Research & Development, LLC, et al;*
*Case. No.2:16-cv-11513 -EEF-MBN*

## EX PARTE MOTION TO VOLUNTARILY DISMISS DEFENDANT BAYER CORPORATION

Comes now Counsel for Plaintiff, Dallas Swafford as Personal Representative of the

Estate of Madonna Swafford, pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure

and PTO 24, and hereby respectfully moves this Court to dismiss the above action against

Defendant Bayer Corporation only with each party to bear their own costs. Counsel takes this

action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave

1 selected case pursuant to the Court's Case Management Order No. 6, and that all filing fees

have been paid.

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion

for Dismissal of Defendant Bayer Corporation as a Defendant in this action.

Dated: June 1, 2018

Respectfully Submitted,

/s/ Sarah Graziano

Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously

with or before filing been served on all parties or their attorneys in a manner authorized by FRCP

5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will

send notice of electronic filing in accordance with the procedures established in MDL 2592

pursuant to Pre-Trial Order No. 17.

Dated: June 1, 2018

/s/ Sarah Graziano

Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com