UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Cholie Cox o/b/o Her deceased mother, Vicky R. Cox v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:18-cv-2180

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9720, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Cholie Cox, on behalf of her deceased mother, Vicky R. Cox, is substituted for Plaintiff Vicky R. Cox as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE