UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : 
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
: 
: JUDGE ELDON E. FALLON
: 
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Stephen Guldan, Jr.

CA# 2:15-cv-01288

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Susan Guldan on behalf of her deceased spouse, Stephen Guldan, Jr.

1. Stephen Guldan, Jr. filed a products liability lawsuit against defendants on March 24, 201.
2. Subsequently, plaintiff's counsel learned that Stephen Guldan, Jr. died.
3. Stephen Guldan Jr.'s product liability action against defendants survived his death and was not extinguished.
4. Plaintiff filed a Suggestion of Death on June 4, 2018, attached hereto.
5. Susan Guldan, surviving spouse of Stephen Guldan, Jr., is a proper party to substitute for plaintiff-decedent Stephen Guldan, Jr. and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: June 4, 2018.

                                        Respectfully submitted,

                                        By:   /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER WOLF CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          /s/ Daniel J. Carr