UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Stephen Guldan, Jr.

CA# 2:15-cv-01288

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Susan Guldan, as the surviving spouse of Stephen Guldan, Jr., is substituted for Plaintiff Stephen Guldan, Jr., in the above captioned cause.

Date: _____          _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge