# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:  XARELTO              *
     (RIVAROXABAN) PRODUCTS        *
 6   LIABILITY LITIGATION          *
                                   *
 7   THIS DOCUMENT RELATES TO:     *   Docket No.: 14-MD-2592
                                   *   Section "L"
 8   Joseph J. Boudreaux, Jr.      *   New Orleans, Louisiana
     v. Janssen Research &         *   May 1, 2017
 9   Development, et. al.,         *
     Case No.: 14-CV-2720          *
10   * * * * * * * * * * * * * * * *

11                      DAY 6, MORNING SESSION
            TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE
13
     APPEARANCES:
14

15   For the Plaintiffs':
     Liaison Counsel:              Levin Papantonio
16                                 BY:  BRIAN H. BARR, ESQ.
                                   316 South Baylen Street, Suite 600
17                                 Pensacola, Florida  32502

18                                 Herman, Herman & Katz, LLC
                                   BY:  LEONARD A. DAVIS, ESQ.
19                                 820 O'Keefe Avenue
                                   New Orleans, LA  70113
20
                                   Beasley Allen
21                                 BY:  ANDY BIRCHFIELD, ESQ.
                                   P.O. Box 4160
22                                 Montgomery, Alabama  36103

23                                 Gainsburg Benjamin David
                                     Meunier & Warshauer
24                                 BY:  GERALD E. MEUNIER, ESQ.
                                   2800 Energy Centre
25                                 1100 Poydras Street
                                   New Orleans, Louisiana 70163
```

1   **MR. NEWSOM:**  Okay.
2   **THE COURT:**  That sort of thing.
3   **MR. NEWSOM:**  And without ruining the suspense, do you
4   yet know whether you're intending to charge the jury on the
5   clear evidence preemption issue?  Neither party proposed the
6   instruction initially, and I think the plaintiffs have now
7   supplemented.  We're happy to provide you with supplemental as
8   well if you think it's going down that road.
9   **THE COURT:**  I really hadn't planned on going down
10  that road.
11  **MR. BARR:**  And ours was only in the event the Court
12  felt it was for the jury.
13  **MR. NEWSOM:**  Of course.
14  **THE COURT:**  I think that's a question of law, not for
15  the jury.  I'm not even sure they know what preemption is.
16  **MR. NEWSOM:**  Nor do I for that matter.
17  **MS. WILKINSON:**  Your Honor, it might help the Court
18  if we tell you our schedule.
19  **THE COURT:**  I thought they did.
20  **MS. WILKINSON:**  We may finish early today, Your
21  Honor, because we only have two physicians, and the other one
22  is coming tomorrow, so --
23  **THE COURT:**  So we'll do the best we can.
24  **MR. MEUNIER:**  Your Honor, we do need the court
25  reporter back out to finish reading exhibits into the record