# EXHIBIT 5

```
 1                   UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF MISSISSIPPI
 3
 4
 5   IN RE:  XARELTO                  *
     (RIVAROXABAN) PRODUCTS           *
 6   LIABILITY LITIGATION             *
                                      *
 7   THIS DOCUMENT RELATES TO:        *   Docket No.: 14-MD-2592
                                      *   Section "L"
 8   Dora Mingo, et al. v.            *   Jackson, Mississippi
     Janssen Research &               *   August 11, 2017
 9   Development, LLC, et. al.,       *
     Case No.: 15-CV-3469             *
10   * * * * * * * * * * * * * * * *
11                   VOLUME V- MORNING SESSION
               TRANSCRIPT OF JURY TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE
13
14   APPEARANCES:
15
     For the Plaintiffs'
16   Liaison Counsel:              Gainsburg Benjamin David
                                     Meunier & Warshauer
17                                 BY:  GERALD E. MEUNIER, ESQ.
                                   2800 Energy Centre
18                                 1100 Poydras Street
                                   New Orleans, Louisiana 70163
19
20
     For the Plaintiffs:           Beasley Allen
21                                 BY:  ANDY BIRCHFIELD, ESQ.
                                   P.O. Box 4160
22                                 Montgomery, Alabama 36103
23
24
25
```

                        OFFICIAL REALTIME TRANSCRIPT

| | |
|---|---|
| 10:46  1 | you got 100 patients and almost 9 patients were going to have a |
| 10:46  2 | significant bleed from the drug.  So why not give the doctor a |
| 10:46  3 | tool to be able to find those patients that are increased risk |
| 10:46  4 | for bleeding? |
| 10:46  5 | Q.   Doctor, additionally, on generalized frequency of bleeding |
| 10:46  6 | and its significance, are you familiar with the Institute for |
| 10:46  7 | Safe Medication Practices? |
| 10:46  8 | A.   Yes. |
| 10:46  9 | Q.   And have you seen their most recent report that talks |
| 10:46 10 | about the rates or incidence of bleeding associated with NOAC |
| 10:46 11 | medications, including Xarelto? |
| 10:46 12 |           **MS. PRUITT:**  Your Honor, may we approach, please? |
| 10:46 13 |           **THE COURT:**  Sure. |
| 10:47 14 |           (WHEREUPON, the following proceedings were held at |
| 10:47 15 | the bench.) |
| 10:48 16 |           **MS. PRUITT:**  Your Honor, I think he's getting ready |
| 10:48 17 | to get into this QuarterWatch report.  And, in fact, we have a |
| 10:48 18 | joint exhibit here.  This QuarterWatch report is the thing that |
| 10:48 19 | got put up on this website that we argued to the judge that it |
| 10:48 20 | was being put up on Beasley Allen's website, and it refers to |
| 10:48 21 | all these adverse event reports, Your Honor. |
| 10:48 22 |           And the Court knows based on our motion that |
| 10:48 23 | these adverse event reports are no indication of medical |
| 10:48 24 | causations whatsoever.  It will bring into focus all of the |
| 10:48 25 | other cases that the Court has already ruled out and said can't |

10:48  1  come into these trials, and have not come into these trials up
10:49  2  to this point.
10:49  3          And it also has opinions in here by Dr. Furberg,
10:49  4  who we deposed, and this -- they drew him down as an expert.
10:49  5  And they're trying to use this hearsay document, and it's
10:49  6  completely hearsay, to get all this information in, none of
10:49  7  which is admissible otherwise.
10:49  8          **THE COURT:**  What is it, the document?
10:49  9          **MR. HONNOLD:**  It's the Institute for Safe Medical
10:49  10 Practices.  It's their publication called QuarterWatch.  What
10:49  11 they do is they track the FDA data that appears, and then they
10:49  12 put it in a summary form, and they identify the frequency of
10:49  13 adverse reaction reports that are out there.
10:49  14         This particular summary just highlights the fact
10:49  15 that there are a very, very significant number of adverse event
10:49  16 reports of bleeding related to Xarelto, and the other NOACs,
10:49  17 quite frankly.  But it shows that the primary -- the primary
10:49  18 wave of the bleeding in the NOACs is with Xarelto.
10:50  19         **MS. PRUITT:**  Your Honor, this is all hearsay, and
10:50  20 it's driven by lawyer advertising.  That's why we moved to
10:50  21 exclude it when it went up on the website.
10:50  22         And the prejudicial nature of the language, it's
10:50  23 unbelievable.  Because the jury is not going to understand that
10:50  24 an adverse event report is just somebody calling up.  We don't
10:50  25 even know what other conditions they had, we don't know what