**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  XARELTO (RIVAROXABAN)** | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | |
| | **JUDGE ELDON E. FALLON** |
| **Harriet Ibanez, et al. v. Janssen Research &** | **MAGISTRATE NORTH** |
| **Development, LLC f/k/a** | |
| **Johnson & Johnson Pharmaceutical** | |
| **Research & Development, LLC, et al.** | |
| **Case No. 2:14-cv-02669** | |

**DEFENDANTS' JOINT MOTION TO CERTIFY FOR**
**INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Defendants hereby move the Court, if it denies Defendants' pending motions for summary judgment on the grounds that federal law preempts Plaintiffs' failure-to-warn and design-defect claims (Docs. 7653 and 7660), to certify its order for immediate interlocutory appeal under 28 U.S.C. § 1292(b), for the reasons more fully set forth in the accompanying memorandum.

WHEREFORE, if the Court denies Defendants' pending motions for summary judgment on the grounds that federal law preempts Plaintiffs' failure-to-warn and design-defect claims (Docs. 7653 and 7660), Defendants pray that the Court certify its order for an immediate interlocutory appeal under 28 U.S.C. § 1292(b).

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ Susan M. Sharko
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen
Pharmaceuticals, Inc. and Janssen
Research & Development, LLC*

ARNOLD & PORTER LLP

By: /s/ William Hoffman
William Hoffman
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@arnoldporter.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@arnoldporter.com
steven.glickstein@arnoldporter.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ Lindsey C Boney IV
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914

CHAFFE MCCALL L.L.P.

By: /s/ John F. Olinde
John F. Olinde
Chaffe McCall L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of June, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.


By: /s/ *John F. Olinde*