# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT
 2                   SOUTHERN DISTRICT OF MISSISSIPPI
 3
 4
 5   IN RE:   XARELTO                    *
     (RIVAROXABAN) PRODUCTS               *
 6   LIABILITY LITIGATION                 *
                                          *
 7   THIS DOCUMENT RELATES TO:            *   Docket No.: 14-MD-2592
                                          *   Section "L"
 8   Dora Mingo, et al. v.                *   Jackson, Mississippi
     Janssen Research &                   *   August 11, 2017
 9   Development, LLC, et. al.,           *
     Case No.: 15-CV-3469                 *
10   * * * * * * * * * * * * * * * *
11                     VOLUME V- MORNING SESSION
                 TRANSCRIPT OF JURY TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
13
14   APPEARANCES:
15
     For the Plaintiffs'
16   Liaison Counsel:             Gainsburg Benjamin David
                                    Meunier & Warshauer
17                                BY:  GERALD E. MEUNIER, ESQ.
                                  2800 Energy Centre
18                                1100 Poydras Street
                                  New Orleans, Louisiana 70163
19
20
     For the Plaintiffs:          Beasley Allen
21                                BY:  ANDY BIRCHFIELD, ESQ.
                                  P.O. Box 4160
22                                Montgomery, Alabama 36103
23
24
25
```

OFFICIAL REALTIME TRANSCRIPT

10:46 1 you got 100 patients and almost 9 patients were going to have a
10:46 2 significant bleed from the drug. So why not give the doctor a
10:46 3 tool to be able to find those patients that are increased risk
10:46 4 for bleeding?
10:46 5 Q. Doctor, additionally, on generalized frequency of bleeding
10:46 6 and its significance, are you familiar with the Institute for
10:46 7 Safe Medication Practices?
10:46 8 A. Yes.
10:46 9 Q. And have you seen their most recent report that talks
10:46 10 about the rates or incidence of bleeding associated with NOAC
10:46 11 medications, including Xarelto?
10:46 12 **MS. PRUITT:** Your Honor, may we approach, please?
10:46 13 **THE COURT:** Sure.
10:47 14 (WHEREUPON, the following proceedings were held at
10:47 15 the bench.)
10:48 16 **MS. PRUITT:** Your Honor, I think he's getting ready
10:48 17 to get into this QuarterWatch report. And, in fact, we have a
10:48 18 joint exhibit here. This QuarterWatch report is the thing that
10:48 19 got put up on this website that we argued to the judge that it
10:48 20 was being put up on Beasley Allen's website, and it refers to
10:48 21 all these adverse event reports, Your Honor.
10:48 22 And the Court knows based on our motion that
10:48 23 these adverse event reports are no indication of medical
10:48 24 causations whatsoever. It will bring into focus all of the
10:48 25 other cases that the Court has already ruled out and said can't

10:48  1  come into these trials, and have not come into these trials up
10:49  2  to this point.
10:49  3              And it also has opinions in here by Dr. Furberg,
10:49  4  who we deposed, and this -- they drew him down as an expert.
10:49  5  And they're trying to use this hearsay document, and it's
10:49  6  completely hearsay, to get all this information in, none of
10:49  7  which is admissible otherwise.
10:49  8              **THE COURT:**  What is it, the document?
10:49  9              **MR. HONNOLD:**  It's the Institute for Safe Medical
10:49  10 Practices.  It's their publication called QuarterWatch.  What
10:49  11 they do is they track the FDA data that appears, and then they
10:49  12 put it in a summary form, and they identify the frequency of
10:49  13 adverse reaction reports that are out there.
10:49  14             This particular summary just highlights the fact
10:49  15 that there are a very, very significant number of adverse event
10:49  16 reports of bleeding related to Xarelto, and the other NOACs,
10:49  17 quite frankly.  But it shows that the primary -- the primary
10:49  18 wave of the bleeding in the NOACs is with Xarelto.
10:50  19             **MS. PRUITT:**  Your Honor, this is all hearsay, and
10:50  20 it's driven by lawyer advertising.  That's why we moved to
10:50  21 exclude it when it went up on the website.
10:50  22             And the prejudicial nature of the language, it's
10:50  23 unbelievable.  Because the jury is not going to understand that
10:50  24 an adverse event report is just somebody calling up.  We don't
10:50  25 even know what other conditions they had, we don't know what