# EXHIBIT 3

Received: 28 July 2017 | Revised: 22 October 2017 | Accepted: 15 November 2017
DOI: 10.1002/pds.4375

**ORIGINAL REPORT**

WILEY

# Prospective surveillance pilot of rivaroxaban safety within the US Food and Drug Administration Sentinel System

Elizabeth A. Chrischilles[1] | Joshua J. Gagne[2] | Bruce Fireman[3] | Jennifer Nelson[4] | Sengwee Toh[5] | Azadeh Shoaibi[6] | Marsha E. Reichman[8] | Shirley Wang[2] | Michael Nguyen[8] | Rongmei Zhang[9] | Rima Izem[9] | Margie R. Goulding[8] | Mary Ross Southworth[7] | David J. Graham[8] | Candace Fuller[5] | Hannah Katcoff[5] | Tiffany Woodworth[5] | Catherine Rogers[5] | Ryan Saliga[5] | Nancy D. Lin[10] | Cheryl N. McMahill-Walraven[11] | Vinit P. Nair[12] | Kevin Haynes[13] | Ryan M. Carnahan[1]

[1] Department of Epidemiology, College of Public Health, University of Iowa, Iowa City, IA, USA

[2] Division of Pharmacoepidemiology and Pharmacoeconomics, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA, USA

[3] Kaiser Permanente Northern California, Oakland, CA, USA

[4] Biostatistics Unit, Group Health Research Institute and Department of Biostatistics, University of Washington, Seattle, WA, USA

[5] Department of Population Medicine, Harvard Medical School and Harvard Pilgrim Health Care Institute, Boston, MA, USA

[6] Center for Biologics Evaluation and Research, US Food and Drug, Rockville, MD, USA

[7] Center for Drug Evaluation and Research, US Food and Drug Administration, Silver Spring, MD, USA

[8] Office of Surveillance and Epidemiology, Center for Drug Evaluation and Research, US Food and Drug Administration, Silver Spring, MD, USA

[9] Division of Biometric VII, Office of Biostatistics, Office of Translation Sciences, US Food and Drug Administration, Silver Spring, MD, USA

[10] Optum Epidemiology, Waltham, MA, USA

[11] Aetna, Blue Bell, PA, USA

[12] Humana Inc. Louisville, KY, USA

[13] HealthCore Inc. Alexandria, VA, USA

**Correspondence**
E. Chrischilles, Department of Epidemiology, College of Public Health, University of Iowa, 145 N. Riverside Dr., Iowa City, IA 52242-2007, USA.
Email: e-chrischilles@uiowa.edu

**Funding information**
US FDA, Grant/Award Number: HHSF223200910006I

## Abstract

**Purpose:** The US Food and Drug Administration's Sentinel system developed tools for sequential surveillance.

**Methods:** In patients with non-valvular atrial fibrillation, we sequentially compared outcomes for new users of rivaroxaban versus warfarin, employing propensity score matching and Cox regression. A total of 36 173 rivaroxaban and 79 520 warfarin initiators were variable-ratio matched within 2 monitoring periods.

**Results:** Statistically significant signals were observed for ischemic stroke (IS) (first period) and intracranial hemorrhage (ICH) (second period) favoring rivaroxaban, and gastrointestinal bleeding (GIB) (second period) favoring warfarin. In follow-up analyses using primary position diagnoses from inpatient encounters for increased definition specificity, the hazard ratios (HR) for rivaroxaban vs warfarin new users were 0.61 (0.47, 0.79) for IS, 1.47 (1.29, 1.67) for GIB, and 0.71 (0.50, 1.01) for ICH. For GIB, the HR varied by age: <66 HR = 0.88 (0.60, 1.30) and 66+ HR = 1.49 (1.30, 1.71).

**Conclusions:** This study demonstrates the capability of Sentinel to conduct prospective safety monitoring and raises no new concerns about rivaroxaban safety.

**KEYWORDS**

anticoagulants, outcome assessment, pharmacoepidemiology, product surveillance, post-marketing

## 1 | INTRODUCTION

Although sequential methods have been commonly applied in randomized trials, their use in observational settings is relatively new.[1] The Vaccine Safety Datalink used these methods to detect potential safety signals more rapidly than would be possible with a single retrospective evaluation, while controlling the overall Type I error rate across the multiple analysis periods.[2] Most subsequent applications, including within Vaccine Safety Datalink and in other settings such as Medicare data, have used either self-controlled or historically controlled designs to address confounding,[3-7] while 1 study implemented exposure matching on individual confounders.[8] Although the general challenges of sequential monitoring in observational settings have been explored,[9] less is known about sequential implementation of propensity score matching (PSM) in a setting like Sentinel. The Sentinel system, which is sponsored by the Food and Drug Administration (FDA), was created to improve medical product safety surveillance. It is a distributed database with more 100 million individuals from 18 Data Partners.

This paper describes the results of a pilot project to test a sequential PSM approach by examining the safety of rivaroxaban (Xarelto®) among patients with atrial fibrillation (AF) in the drug's early uptake period. Atrial fibrillation (AF) affects an estimated 2.9 million people in the United States[10] and is associated with a 4- to 5-fold increase in ischemic stroke risk.[11-13] Anticoagulation therapy with warfarin has long-established efficacy for reducing the risk of thromboembolic events, but this therapy also increases the risk of serious bleeding. Warfarin has other disadvantages including multiple diet and food interactions and a narrow therapeutic window requiring frequent international normalization ratio testing.

Rivaroxaban (Xarelto®) was the second non-vitamin K antagonist oral anticoagulant to receive FDA approval. In the study supporting its approval for stroke prevention in non-valvular AF (ROCKET AF—Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), rivaroxaban was found to be non-inferior to warfarin therapy for the primary composite endpoint of time to first occurrence of stroke (any type) or non-CNS systemic embolism (HR 0.88; 95% CI 0.74, 1.03).[14] In ROCKET AF, compared with warfarin, rivaroxaban had a similar effect on ischemic stroke (2.9 events per 100 person-years for rivaroxaban vs 2.9 events per 100 person-years for warfarin), decreased the risk of intracranial hemorrhage (including hemorrhagic stroke) (0.5 events per 100 person-years vs 0.7 events per 100 person-years), and increased the risk of major gastrointestinal bleeding (2.0 events per 100 person-years vs 1.2 events per 100 person-years).

## 2 | METHODS

We used a new user cohort design comparing rivaroxaban to warfarin on 3 outcomes—gastrointestinal bleeding, ischemic stroke, and intracranial hemorrhage (including hemorrhagic stroke). Variable ratio PS matching was chosen to make use of the large number of warfarin users. Risk for each outcome was separately evaluated with time-to-event analyses using Cox regression. Sequential testing controlling

> **KEY POINTS**
>
> - In the study supporting rivaroxaban (Xarelto®) approval for stroke prevention in non-valvular atrial fibrillation, compared with warfarin, rivaroxaban had a similar effect on ischemic stroke, but decreased the risk of intracranial hemorrhage and increased the risk of major gastrointestinal bleeding.
> - This study used new FDA Sentinel sequential monitoring capabilities to examine the safety of rivaroxaban among patients with atrial fibrillation during the drug's early uptake period in 4 large Data Partners in the FDA Sentinel distributed database with diverse patient populations.
> - An indication of a lower risk of ischemic stroke in the rivaroxaban group compared with warfarin was detected early and persisted with additional monitoring and sensitivity analysis.

overall type 1 error was used. A detailed surveillance plan was published, and, prior to conducting the second sequential test, amended to reduce the number of sequential tests from 5 to 2, and to also reflect the refinements made to the sequential monitoring tool.[15]

### 2.1 | Data source

The 4 largest (Aetna, Humana, Optum, and HealthCore) of Sentinel's 18 Data Partners were selected to participate in this pilot project, with data from November 1, 2011 through April 30, 2015 (Appendix Table A1). Sentinel is a public health surveillance activity that is not under the purview of institutional review boards.[16,17]

### 2.2 | Study cohort

We employed the Cohort Identification and Descriptive Analysis (CIDA) tool in combination with the PSM tool.[18] We identified new users of either drug who were age 21 years and older on the date of cohort entry and who, in the 183 days before rivaroxaban or warfarin initiation, were continuously enrolled in a participating health plan with medical coverage and pharmacy benefits, did not have a pharmacy dispensing claim for oral anticoagulants (rivaroxaban, warfarin, dabigatran, apixaban, or edoxaban), had a diagnosis of AF or atrial flutter (ICD-9-CM 427.31 or 427.32), and did not have codes for mitral stenosis, mechanical heart valve, joint replacement, renal dialysis, or a history of renal transplant. Codes for atrial flutter were included because a large fraction of these patients have AF along with atrial flutter, and per clinical practice guidelines, they should be treated similarly.[19] Rivaroxaban is not indicated for valvular AF and has not been studied in patients on hemodialysis. Patients with joint replacement or only taking the 10-mg rivaroxaban dosage, which is labeled only for prophylaxis of deep venous thromboembolism following hip or knee replacement surgery, were excluded because this

evaluation focused on the AF indication. We defined the dispensing date of the first eligible prescription of either drug as the index date.

## 2.3 | Outcomes

Intracranial hemorrhage, gastrointestinal bleeding, and ischemic stroke were identified by ICD-9-CM codes recorded as non-secondary diagnoses associated with inpatient health care claims (Appendix Table A2). Sentinel classifies diagnosis codes on acute inpatient encounters as either primary, secondary, unable to classify, or missing. Definitions that used all non-secondary (defined as primary position, unable to classify, or missing) codes were initially implemented for the outcome definitions. At the time surveillance was initiated, definitions using only primary position diagnosis codes were known to sometimes result in implausible variability in incidence rates across Data Partners. The source of this variability was corrected before the end of surveillance, and thus outcome definitions that included only diagnosis codes in the primary position were used for all end-of-surveillance analyses. The positive predictive values for these primary position-only definitions are known to exceed 85% (see Appendix Table A2 footnote for details).[20-25]

## 2.4 | Follow-up

Follow-up for each outcome ended at the earliest of any of the following: occurrence of that outcome event, initiation of a different anticoagulant, health plan disenrollment (excluding gaps of less than 45 days), death, discontinuation of the initiated therapy defined as failure to refill 7 days after the end of an exposure episode, or reaching the end of the assessment period (Appendix Table A1). Exposure episodes were defined as beginning on the day after the index date and lasting for the period specified in the days' supply field of the prescription claim. Serial fills of a study drug with gaps of 7 days or less between fills based on days' supply were merged into 1 exposure episode via a stockpiling algorithm.[26] Only the first eligible episode per person was included in the analysis.

## 2.5 | Covariates

Over 70 covariates were specified a priori, including risk factors for bleeding, risk factors for ischemic stroke, measures of overall health status, and medications (Appendix Tables A3 and A4). In addition, combined Charlson/Elixhauser comorbidity score,[27] as well as 8 measures of health care utilization intensity, were selected from pre-defined algorithms: number of filled prescriptions, unique generic drugs, unique drug classes, inpatient hospital encounters, non-acute institutional encounters, emergency department encounters, ambulatory encounters, and other ambulatory encounters such as telemedicine and email consults.[28] Covariates were based on data from the 183-day baseline period prior to initiation of the anticoagulant.

## 2.6 | Interim tool changes

The first analysis period used a prototype of the tools, while the second (last) analysis and end-of-surveillance analyses used updated CIDA and PSM tools. There were 2 important changes. First, the CIDA prototype initially misclassified physician service encounters occurring during inpatient stays as secondary diagnosis codes, while the updated CIDA tool correctly classified these diagnoses as position unspecified codes. Second, the updated PSM tool was modified to correctly retain matches throughout surveillance, rather than allow re-matching to occur with each sequential analysis period. The time between the first analysis and the second (last) sequential analysis was 18 months, rather than the planned quarterly intervals due to the time required to update the tools. By the second analysis, the target sample size had been achieved.

## 2.7 | Statistical analysis

Variable ratio PS matching was used to control for confounding where a new rivaroxaban user was matched to up to 10 new warfarin users from the same Data Partner.[29] PSs were estimated in each Data Partner, using a logistic regression model to estimate patients' probability of initiating rivaroxaban versus warfarin, and included all covariates from the 183-day baseline period in the model. A nearest-neighbor matching algorithm was used with a maximum matching caliper of 0.05 on the PS scale for analysis periods 1 and 2, and 0.01 for the end of surveillance.

We examined the distribution of PS values and checked covariate balance between rivaroxaban and warfarin cohorts within each Data Partner. We compared baseline characteristics between cohorts pooled across Data Partners before and after PS matching using standardized mean differences. A standardized mean difference $\geq 0.10$ or $\leq -0.10$ was used to indicate potential imbalance.[30] Baseline characteristics of the matched warfarin users were weighted by the inverse of the number of users in a matched set because of variability in the number of matches per set.

## 2.8 | Sequential analysis and testing

Using the matched data and combining across Data Partners, at each analysis period a separate Cox regression model with time-since-drug-initiation as the time scale, stratified by Data Partner and matched set, was used to estimate the hazard ratio (HR) comparing rivaroxaban and warfarin users for each of the 3 outcomes.

At each analysis period, a 2-sided test based on the standardized Wald statistic from the Cox regression analysis (ie, log(HR)/ stderr (log(HR)) was computed using model-based standard errors. This standardized test statistic was compared with a preset, constant group sequential signaling threshold with a total alpha of 0.05 for all sequential tests.

## 2.9 | End-of-surveillance analysis

The sequential tests yielded signals for all 3 outcomes. To further investigate, we conducted additional analyses using only diagnosis codes in the primary position for greater specificity. The HR estimates we report in our tables are from these end-of-surveillance analyses.

## 3 | RESULTS

### 3.1 | Cohort characteristics

Across the total monitoring time, we identified a total of 41 800 eligible rivaroxaban initiators and 87 907 eligible warfarin initiators (Table 1) with average follow-up of 139 days and 157 days, respectively, in the gastrointestinal bleeding analysis. For simplicity, we only present the descriptive statistics for the gastrointestinal bleeding cohort below. The sample sizes for the cohorts for the other outcome events were similar, with small differences explained by exclusion of patients with the particular outcome event on the index date.

Before PS matching, new users of rivaroxaban were on average 4 years younger and had fewer stroke or bleeding risk factors than warfarin users (Table 1; complete profiles are shown in Appendix Tables A3 and A4). The proportion of patients with a prior recorded ischemic stroke diagnosis was 7.5% for rivaroxaban users and 11.6% for warfarin users. Prior gastrointestinal bleeding had occurred in 3.6% and 5.5%, and intracranial hemorrhage in 0.6%, and 1.3%, of rivaroxaban and warfarin users, respectively. These baseline conditions include recent as well as a more distant history of the condition recorded in inpatient or outpatient settings during the baseline period. The matched cohorts were well balanced on all baseline confounders (Table 1 and Appendix Table A4).

Overall, 36 173 of 41 800 (86.5%) eligible rivaroxaban initiators and 79 520 of 87 907 (90.5%) eligible warfarin initiators were matched (Table 1). After accounting for the varying matching ratios and for loss of an entire matched set after it no longer included both rivaroxaban and warfarin users, the potentially informative mean follow-up was 85 days for rivaroxaban and 71 days for warfarin (Table 2). The number of matched sets more than doubled between the first and final sequential analysis. For example, in the first sequential analysis, 14 550 rivaroxaban users were matched with 46 539 warfarin users in the gastrointestinal bleeding analysis. In the final sequential analysis for the same outcome, 36 173 rivaroxaban users were matched with 79 520 warfarin users.

### 3.2 | Propensity score-matched sequential analysis results

At the time of the initial analysis that employed the non-secondary outcome definitions, after controlling for confounding using PS matching, the HR for ischemic stroke, 0.64, was significantly less than 1.0 with a test statistic that exceeded the threshold for rejecting the null hypothesis ($P = 0.0036$). The test statistics for gastrointestinal bleeding and intracranial hemorrhage had not exceeded the signaling threshold. At the second and final sequential analysis that employed the non-secondary outcome definitions, the null hypothesis was rejected for both bleeding outcomes with HRs of 1.30 ($P < 0.0001$) for gastrointestinal bleeding and 0.73 ($P = 0.0159$) for intracranial hemorrhage.

### 3.3 | End-of-surveillance propensity score matched results

Table 2 presents the end-of-surveillance PS matched HRs. Using a more specific outcome definition, the HR for ischemic stroke was 0.61 (0.47, 0.79), for gastrointestinal bleeding was 1.47 (1.29, 1.67), and for intracranial hemorrhage was 0.71 (0.50, 1.01). Histograms of propensity scores for the unmatched and matched cohort for each Data Partner are displayed in Appendix Figures 1 and 2.

In subgroup analyses, we did not find evidence to support that the associations varied significantly in patients with and without prior history of any of the events (Table 3). For gastrointestinal bleeding, the 2 age groups differed significantly ($P = 0.0002$) with an increased HR only observed among those aged 66 years and over (Table 3).

## 4 | DISCUSSION

This assessment demonstrates the capability of Sentinel to conduct prospective drug safety monitoring using a multi-site distributed database, and to do this with sophisticated re-usable programming tools. This enables highly customized analyses to be done more quickly and in a substantially larger and more heterogeneous patient population[31] than is otherwise possible in a single database system. Test statistics for all 3 outcomes exceeded the signaling threshold during surveillance: ischemic stroke during the first analysis period and both bleeding outcomes in the second period. When in-depth follow-up analyses were conducted, new rivaroxaban users had a 39% decrease in hazard of ischemic stroke, a 47% increase in hazard of gastrointestinal bleeding, and a HR for intracranial hemorrhage (HR = 0.71) that was no longer statistically significant (95% confidence interval: 0.50, 1.01).

The strengths of this assessment are several. The large population enabled several important subgroup analyses. The inclusion of patients who were dispensed anticoagulants in clinical settings across 4 large national health insurers provides real-world evidence to complement clinical trial evidence. There was a broad age range with which to examine effects in younger users. The active comparator new user cohort design with PS matching is a strong design with which to ensure that the study cohorts are as similar as possible except for the drug exposure. Finally, the sequential design enabled analysis of data as information accrued.

Most prior adaptations of sequential analyses in observational settings have involved monitoring of vaccines, which are administered at a single point in time, for outcomes that occur acutely following their receipt (eg, within days or weeks). Conducting sequential surveillance for chronically used drugs with longer-term adverse events follow-up periods is more challenging because "at risk" windows for a given individual are likely to span multiple sequential analysis periods. This necessitates the ability to link individual-level data over time.

When conducting prospective analyses in a dynamic health care data environment, it can be advantageous to incorporate newly updated data over time as these data may represent important corrections or previously missing data. However, doing this poses unique challenges when implementing PS matching as a confounder adjustment strategy in a sequential analysis framework. This test of the Sentinel PSM tool identified that small updates to confounder data in prior analysis periods can alter the estimated PS for individuals. This can then result in different matches being made using updated data than were first made using the originally captured data. Maintaining the same matched sample over time is important for cohort stability and

**TABLE 1** Selected baseline patient characteristics, by study drug, unmatched and matched cohorts[a]

| Selected Characteristics | Unmatched | | | Matched[a] | | |
|---|---|---|---|---|---|---|
| | N(%) Rivaroxaban | N(%) Warfarin | Standardized Difference | N(%) Rivaroxaban | N(%) Warfarin | Standardized Difference |
| | 41 800 | 87 907 | | 36 173 | 79 520 | |
| Gender (F) | 16 374 (39.2) | 37 017 (42.1) | −0.06 | 14 669 (40.6) | 14 574 (40.3) | 0.005 |
| Age-mean (SD) | 69.7 (10.7) | 73.4 (10.6) | −0.352 | 71.1 (10.4) | 71.1 (10.7) | 0 |
| Combined comorbidity score—mean (SD) | 2.4 (2.4) | 3.2 (2.8) | −0.313 | 2.5 (2.4) | 2.5 (2.4) | −0.007 |
| Atrial fibrillation | 36 581 (87.5) | 77 568 (88.2) | −0.022 | 31 630 (87.4) | 31 866 (88.1) | −0.02 |
| Atrial flutter | 7627 (18.2) | 12 454 (14.2) | 0.111 | 5994 (16.6) | 6008 (16.6) | −0.001 |
| GI bleed | 1507 (3.6) | 4841 (5.5) | −0.091 | 1393 (3.9) | 1426 (3.9) | −0.005 |
| Intracranial hemorrhage | 231 (0.6) | 1152 (1.3) | −0.079 | 224 (0.6) | 239 (0.7) | −0.005 |
| Ischemic stroke | 3150 (7.5) | 10 207 (11.6) | −0.139 | 3031 (8.4) | 2973 (8.2) | 0.006 |
| Hypertension | 32 865 (78.6) | 71 386 (81.2) | −0.064 | 28 662 (79.2) | 28 683 (79.3) | −0.001 |
| Hyperlipidemia | 12 819 (30.7) | 25 265 (28.7) | 0.042 | 10 884 (30.1) | 11 046 (30.5) | −0.01 |
| Heart failure or cardiomyopathy | 15 110 (36.1) | 39 359 (44.8) | −0.176 | 13 781 (38.1) | 13 940 (38.5) | −0.009 |
| Peripheral vascular disease | 6638 (15.9) | 18 645 (21.2) | −0.137 | 6234 (17.2) | 6277 (17.4) | −0.003 |
| Diabetes | 12 505 (29.9) | 31 905 (36.3) | −0.136 | 11 417 (31.6) | 11 398 (31.5) | 0.001 |
| Venous thromboembolism | 2525 (6.0) | 10 598 (12.1) | −0.211 | 2456 (6.8) | 2340 (6.5) | 0.013 |
| Walker use | 886 (2.1) | 3126 (3.6) | −0.087 | 844 (2.3) | 807 (2.2) | 0.007 |
| Home oxygen | 2240 (5.4) | 7017 (8.0) | −0.105 | 2123 (5.9) | 2078 (5.7) | 0.005 |
| Health service utilization intensity: Mean (SD) | | | | | | |
| # filled Rx | 18.1 (14.8) | 18.5 (15) | −0.029 | 18.1 (14.8) | 18.3 (14.8) | −0.013 |
| # inpatient hospital encounters | 0.6 (0.8) | 0.7 (0.9) | −0.178 | 0.6 (0.8) | 0.6 (0.8) | 0.011 |
| # non-acute institutional encounters | 0.2 (0.8) | 0.4 (1) | −0.151 | 0.2 (0.9) | 0.2 (0.8) | −0.004 |
| # emergency room encounters | 0.6 (1.1) | 0.6 (1.3) | 0.003 | 0.5 (1) | 0.5 (1.2) | 0.012 |
| # ambulatory encounters | 11.1 (9.6) | 13.1 (11.5) | −0.192 | 11.5 (9.9) | 11.6 (9.4) | −0.012 |

[a]Values for the matched cohort are weighted to incorporate the average values of all the matches in the matched set.

**TABLE 2** Propensity score-matched end of surveillance[a] Cox regression analyses comparing rivaroxaban with warfarin, by health outcome

| Outcome/ Comparator | New Users | Person-Years at Risk | Events | Adjusted Incidence Rate per 1000 Person-Years[c] | Adjusted Hazard Ratio (95% CI)[b] |
|---|---|---|---|---|---|
| *Ischemic stroke* | | | | | |
| Rivaroxaban | 36,512 | 8,572 | 82 | 9.57 | 0.61 (0.47, 0.79) |
| Warfarin | 80,180 | 15,672 | 268 | 17.10 | |
| *Gastrointestinal bleeding* | | | | | |
| Rivaroxaban | 36,173 | 8,427 | 423 | 50.20 | 1.47 (1.29, 1.67) |
| Warfarin | 79,520 | 15,384 | 651 | 34.82 | |
| *Intracranial hemorrhage* | | | | | |
| Rivaroxaban | 36,171 | 8,502 | 46 | 5.41 | 0.71 (0.50, 1.01) |
| Warfarin | 79,529 | 15,551 | 143 | 7.49 | |

[a]Monitoring period started November 1, 2011 for all Data Partners, but the end date varied among Data Partners: April 30, 2014, December 31, 2014, March 31, 2015, and April 30, 2015. Matching caliper for this analysis was 0.01.
[b]Hazard ratios estimated by stratified Cox regression conditioned on Data Partner and PS matched set. Confidence intervals are nominal 95% intervals for the final hazard ratio estimates.
[c]Incidence rates adjusted for censoring in matched sets and variable ratio matching. See Appendix B for further detail.

**TABLE 3** Propensity score-matched[a] end of surveillance Cox regression analysis comparing rivaroxaban with warfarin, by health outcome and subgroup

| Outcome/Subgroup | Hazard Ratio (95% CI)[b] |
|---|---|
| **Ischemic stroke** | |
| *Age group*: | |
| Patients age 21–65 | 1.09 (0.61, 1.96) |
| Patients age 66 and over | 0.60 (0.45, 0.79) |
| *Baseline history of outcome event*: | |
| Patients without baseline ischemic stroke | 0.68 (0.49, 0.93) |
| Patients with baseline ischemic stroke | 0.61 (0.40, 0.94) |
| **Gastrointestinal bleeding** | |
| *Age group*: | |
| Patients age 21–65 | 0.88 (0.60, 1.30) * |
| Patients age 66 and over | 1.49 (1.30, 1.71) * |
| *Baseline history of outcome event*: | |
| Patients without baseline gastrointestinal bleeding | 1.52 (1.32, 1.76) |
| Patients with baseline gastrointestinal bleeding | 1.36 (0.94, 1.95) |
| **Intracranial hemorrhage** | |
| *Age group*: | |
| Patients age 21–65 | 0.61 (0.20, 1.88) |
| Patients age 66 and over | 0.77 (0.54, 1.10) |
| *Baseline history of outcome event*: | |
| Patients without baseline intracranial hemorrhage | 0.66 (0.46, 0.94) |
| Patients with baseline intracranial hemorrhage | 6.47 (0.87, 48.19) |

[a]Monitoring period started November 1, 2011 for all Data Partners, but the end date varied among Data Partners: April 30, 2014, December 31, 2014, March 31, 2015, and April 30, 2015. Matching caliper for this analysis was 0.01.
[b]Hazard ratio estimated by stratified Cox regression conditioned on Data Partner and PS matched set. Confidence intervals are nominal 95% intervals for the final hazard ratio estimates.
*The null hypothesis that the 2 age subgroups differ by chance alone was rejected (Chi-square [1 degree of freedom] = 13.7, $p = .0002$).

minimizing the sampling variability of results. This was achieved, but additional programming enhancements were needed.

The CIDA + PSM tools attempt to strike a balance between semi-automating decisions and analyses so planning and implementation can be conducted more rapidly, but also retaining many of the design controls that would be implemented under a more traditional customized protocol approach. This assessment was able to extensively control for over 70 confounding variables, implement a PS-matched new user cohort design, and accomplish this with pre-programmed tools.

From a safety perspective, it is often desirable to conduct more frequent tests in order to either identify potential signals as rapidly as possible or provide reassurance that there is no evidence for a major safety concern. However, each time an analysis is conducted, resources (which are not unlimited) must be devoted to oversee and manage the receipt of the data, and to review, troubleshoot, interpret, and act on the results. The Sentinel Data Partners that participated in this surveillance activity refreshed their data on a quarterly basis. Thus, for this evaluation, quarterly testing (5 times) was originally selected as the most frequent rate of testing that would both provide potentially valuable new information at each analysis and also be practically feasible with available resources.[15] Refreshed data can only be used in surveillance analysis after they pass the Sentinel quality assurance processes. Although refreshed quarterly, the included data are from 6 to 9 months prior because the Data Partners prefer to use stable adjudicated data for Sentinel.

In this real-world example including new data as it accumulated over time, we found results that were partly consistent with those of the pivotal trial, the ROCKET-AF, a randomized trial of 14 264 patients with nonvalvular AF. The HRs for gastrointestinal bleeding (favoring warfarin over rivaroxaban) were similar in the 2 studies (Sentinel: HR: 1.47; 95% CI: 1.14, 1.76, and ROCKET-AF: HR: 1.61; 95% CI: 1.30, 1.99). However, for the ischemic stroke outcome, while rivaroxaban use was protective compared with warfarin in Sentinel (HR: 0.61, 95% CI: 0.47, 0.79), there was no difference on that outcome in the ROCKET-AF trial (HR: 0.94; 95% CI: 0.75, 1.17). The ROCKET-AF trial did find rivaroxaban was non-inferior, but not superior, to warfarin for the composite endpoint of stroke (ischemic or hemorrhagic) and non-

central nervous system systemic embolism. We did not examine such a composite outcome in the Sentinel study. In spite of differences in outcome definitions, method of capture, and population eligibility criteria, it is interesting that incidence rates for ischemic stroke and intracranial hemorrhage among warfarin users were quite similar between the 2 studies. Gastrointestinal bleeding rates were higher among Sentinel warfarin users than among warfarin users in the trial.

Our study population was drawn from patients who received anticoagulant therapy in routine ambulatory care settings and extends findings in meaningful ways beyond the randomized clinical trial setting. First, we included patients with a broad range in age and baseline stroke and bleeding risk. This enabled subgroup analyses by age and prior history of the outcome events. The HR estimates for ischemic stroke, for instance, were quite similar in patients with and without ischemic stroke diagnosis codes during the baseline period. This extends evidence beyond the high risk population included in the ROCKET-AF trial in which patients had to have either a history of stroke, transient ischemic attack, or systemic embolism or at least 2 risk factors (congestive heart failure, age 75 years or more, and diabetes). However, our estimate for those with "no prior stroke" includes people with other cerebrovascular conditions such as transient ischemic attacks and therefore may not accurately represent the risk for lowest risk individuals without these prior conditions. We also found that the overall elevated HR for gastrointestinal bleeding with rivaroxaban was not evident among those under age 66 years. The study aimed to evaluate rivaroxaban safety when used for non-valvular AF. Although all patients had AF diagnosis codes and those with codes for other indications were excluded, it is possible that some were taking anticoagulants for other indications.

This Sentinel assessment measures short-term effects (average follow-up duration less than 3 months). Follow-up in this study was short for several reasons. First, rivaroxaban was a newly approved drug with use increasing over the study period. Thus, many patients entered the cohort near the end of the study and were censored at the end of the study. For example, over half of the patients were added in the final analysis period when 10 to 21 months of new data were added. Second, real-world adherence to chronic medications is known to be low, and any on-treatment analysis like ours will have short follow-up time on average.[32,33] Health plan membership churn such as occurs with changes in employment is a third contributing factor. Finally, stratification by matched set in the Cox regression led to censoring of follow-up for the entire matched set when either the rivaroxaban user was censored, or all of the warfarin users in the matched set were censored. Most matched sets had more than 1 warfarin users and so, on average, warfarin follow-up was shortened more than rivaroxaban follow-up by this feature of the analysis. A recent FDA Medicare study found that incidence rates for both stroke and gastrointestinal bleeding were highest in the first 90 days of treatment for both dabigatran and warfarin, and dropped substantially thereafter. The same FDA study showed constant HRs in a time-varying Cox model. (Table 3, online supplement).[34]

Although we adjusted for many variables, there could still be residual confounding, such as would occur if rivaroxaban users were less likely than warfarin users to be smokers or obese, as these are potential risk factors that are incompletely captured in health plan databases. In addition, with a look-back period of 183 days, misclassification of the baseline covariates may be present. While our assessment of the PS-matched cohort suggests excellent balance in measured patient covariates, we cannot assess balance in unobserved covariates.

New use was defined by a minimum of 183 days of non-use of any anticoagulant. It is possible some patients could have had AF diagnosed in previous years and taken warfarin before a long period of non-adherence or non-problematic AF. The decision was made to require 183 days of continuous health plan enrollment rather than a longer period in order to avoid an anticipated non-trivial loss of sample size.

In summary, this first demonstration of the CIDA and PSM tools to enable prospective surveillance has resulted in important changes that improve FDA's ability to observe stable, matched patient-sets over time. The timely relevance of this study's findings illustrates capacity for Sentinel to play an effective role in post-market monitoring of serious cardiovascular outcomes for novel drugs in a way that complements post-market cardiovascular outcomes trials. Many of the important features used in rigorous observational safety studies were supported by the Sentinel CIDA + PSM tools and were able to be applied for this prospective surveillance activity, including diagnostic output to evaluate covariate balance, extensive covariate adjustment, subgroup analysis, and sensitivity analysis of key parameters. An indication of a lower risk of ischemic stroke in the rivaroxaban group compared with warfarin was detected early and persisted with additional monitoring and sensitivity analysis. Over an average of 3 months after initiating treatment, this study does not raise any new safety concerns regarding use of rivaroxaban.

## ACKNOWLEDGEMENTS

The authors would like to gratefully acknowledge the contributions of the following people and organizations: Judith C. Maro, PhD, Aetna, HealthCore Inc., Humana Inc., and Optum Epidemiology.

## CONFLICT OF INTEREST

All authors are coinvestigators of the FDA-funded Sentinel project (primary investigator: Richard Platt).

| | |
|---|---|
| Consultancies or honoraria: | Shirley Wang: consultant for Aetion, Inc. Joshua Gagne: consultant Aetion, Inc. and to Optum, Inc. |
| Grants Received: | Joshua Gagne: Principal Investigator of a grant from Novartis Pharmaceuticals Corporation to the Brigham and Women's Hospital |
| Other conflicts: | Jennifer Nelson: receives industry funding for a FDA post-marketing requirement contract (through inVentiv Health) to assess factors associated with opioid-related adverse events |

## ROLE OF THE FUNDING SOURCE

The Sentinel System is sponsored by the US Food and Drug Administration (FDA) to proactively monitor the safety of FDA-regulated medical products and complements other existing FDA safety surveillance

capabilities. The Sentinel System is one piece of FDA's Sentinel Initiative, a long-term, multi-faceted effort to develop a national electronic system. Sentinel Collaborators include Data and Academic Partners that provide access to health care data and ongoing scientific, technical, methodological, and organizational expertise.

## AUTHOR CONTRIBUTIONS

E.A.C., J.J.G., B.F., J.N., and R.M.C. wrote the manuscript, designed and performed the research, and analyzed the data; S.T. designed and performed the research and analyzed the data; A.S., M.E.R., S.W., M.N., R. Z., R.I., M.R.G., M.R.S., and D.J.G. designed the research; and C.F., H.K., C.R., R.M.S., N.D.L., C.N.M., V.P.N., N.S., and T.W. performed the research and analyzed the data.

## ORCID

*Elizabeth A. Chrischilles* http://orcid.org/0000-0002-1843-1955
*Joshua J. Gagne* http://orcid.org/0000-0001-5428-9733
*Sengwee Toh* http://orcid.org/0000-0002-5160-0810
*Marsha E. Reichman* http://orcid.org/0000-0001-6963-1060
*Ryan M. Carnahan* http://orcid.org/0000-0002-7478-4739

## REFERENCES

1. Nelson JC, Cook AJ, Yu O, Zhao S, Jackson LA, Psaty BM. Methods for observational post-licensure medical product safety surveillance. *Stat Methods Med Res*. 2015;24(2):177-193.

2. Lieu TA, Kulldorff M, Davis RL, et al. Real-time vaccine safety surveillance for the early detection of adverse events. *Med Care*. 2007;45(Suppl 2):S89-S95.

3. Nelson JC, Yu O, Dominguez-Islas CP, et al. Adapting group sequential methods to observational postlicensure vaccine safety surveillance: results of a pentavalent combination DTaP-IPV-Hib vaccine safety study. *Am J Epidemiol*. 2013;177(2):131-141.

4. Daley MF, Yih WK, Glanz JM, et al. Safety of diphtheria, tetanus, acellular pertussis and inactivated poliovirus (DTaP-IPV) vaccine. *Vaccine*. 2014;32(25):3019-3024.

5. Tseng HF, Sy LS, Liu IL, et al. Postlicensure surveillance for pre-specified adverse events following the 13-valent pneumococcal conjugate vaccine in children. *Vaccine*. 2013;31(22):2578-2583.

6. Tse A, Tseng HF, Greene SK, Vellozzi C, Lee GM, Group VSDRCAIW. Signal identification and evaluation for risk of febrile seizures in children following trivalent inactivated influenza vaccine in the Vaccine Safety Datalink Project, 2010-2011. *Vaccine*. 2012;30(11):2024-2031.

7. Lee GM, Greene SK, Weintraub ES, et al. H1N1 and seasonal influenza vaccine safety in the vaccine safety datalink project. *Am J Prev Med*. 2011;41(2):121-128.

8. Gee J, Naleway A, Shui I, et al. Monitoring the safety of quadrivalent human papillomavirus vaccine: findings from the vaccine safety datalink. *Vaccine*. 2011;29(46):8279-8284.

9. Nelson JC, Cook AJ, Yu O, et al. Challenges in the design and analysis of sequentially monitored postmarket safety surveillance evaluations using electronic observational health care data. *Pharmacoepidemiol Drug Saf*. 2012;21(Suppl 1):62-71.

10. Go AS, Hylek EM, Phillips KA, et al. Prevalence of diagnosed atrial fibrillation in adults: national implications for rhythm management and stroke prevention: the AnTicoagulation and risk factors in atrial fibrillation (ATRIA) study. *JAMA*. 2001;285(18):2370-2375.

11. Wolf PA, Abbott RD, Kannel WB. Atrial fibrillation as an independent risk factor for stroke: the Framingham study. *Stroke*. 1991;22(8):983-988.

12. Benjamin EJ, Wolf PA, D'Agostino RB, Silbershatz H, Kannel WB, Levy D. Impact of atrial fibrillation on the risk of death: the Framingham Heart Study. *Circulation*. 1998;98(10):946-952.

13. Ott A, Breteler MM, de Bruyne MC, van Harskamp F, Grobbee DE, Hofman A. Atrial fibrillation and dementia in a population-based study. *The Rotterdam Study Stroke*. 1997;28(2):316-321.

14. Patel MR, Mahaffey KW, Garg J, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. *N Engl J Med*. 2011;365(10):883-891.

15. Mini-sentinel prospective routine observational monitoring program tools (PROMPT): rivaroxaban surveillance plan v3.0. 2015. (Accessed 09/13, 2016, at https://www.sentinelinitiative.org/sites/default/files/Drugs/Assessments/Mini-Sentinel_PROMPT_Rivaroxaban-Surveillance-Plan_0_0.pdf.)

16. Forrow S, Campion DM, Herrinton LJ, et al. The organizational structure and governing principles of the Food and Drug Administration's mini-sentinel pilot program. *Pharmacoepidemiol Drug Saf*. 2012;21(Suppl 1):12-17.

17. McGraw D, Rosati K, Evans B. A policy framework for public health uses of electronic health data. *Pharmacoepidemiol Drug Saf*. 2012;21(Suppl 1):18-22.

18. Routine querying system. 2016. at https://www.sentinelinitiative.org/sites/default/files/SurveillanceTools/RoutineQuerying/Sentinel-Routine_Querying_System-Documentation_3_3_0_0.pdf.)

19. You JJ, Singer DE, Howard PA, et al. Antithrombotic therapy for atrial fibrillation: antithrombotic therapy and prevention of thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. *Chest*. 2012;141(2):e531S-e575S.

20. Tirschwell DL, Longstreth WT Jr. Validating administrative data in stroke research. *Stroke*. 2002;33(10):2465-2470.

21. Wahl PM, Rodgers K, Schneeweiss S, et al. Validation of claims-based diagnostic and procedure codes for cardiovascular and gastrointestinal serious adverse events in a commercially-insured population. *Pharmacoepidemiol Drug Saf*. 2010;19(6):596-603.

22. A protocol for assessment of dabigatran and selected safety outcomes v3.0. Mini-sentinel, 2015. at https://www.sentinelinitiative.org/sites/default/files/Drugs/Assessments/Mini-Sentinel_Protocol-for-Assessment-of-Dabigatran_0.pdf.)

23. Andrade SE, Harrold LR, Tjia J, et al. A systematic review of validated methods for identifying cerebrovascular accident or transient ischemic attack using administrative data. *Pharmacoepidemiol Drug Saf*. 2012;21(Suppl 1):100-128.

24. Schelleman H, Bilker WB, Brensinger CM, Wan F, Yang YX, Hennessy S. Fibrate/statin initiation in warfarin users and gastrointestinal bleeding risk. *Am J Med*. 2010;123(2):151-157.

25. Cunningham A, Stein CM, Chung CP, Daugherty JR, Smalley WE, Ray WA. An automated database case definition for serious bleeding related to oral anticoagulant use. *Pharmacoepidemiol Drug Saf*. 2011;20(6):560-566.

26. Modular program 3: frequency of select events during exposure to a drug/procedure group of interest (version 7.1). 2014. (Accessed September 24, 2015, at https://www.sentinelinitiative.org/sites/default/files/Drugs/Assessments/Mini-Sentinel-Modular_Program_3-Documentation.pdf.)

27. Gagne JJ, Glynn RJ, Avorn J, Levin R, Schneeweiss S. A combined comorbidity score predicted mortality in elderly patients better than existing scores. *J Clin Epidemiol*. 2011;64(7):749-759.

28. Schneeweiss S, Seeger JD, Maclure M, Wang PS, Avorn J, Glynn RJ. Performance of comorbidity scores to control for confounding in epidemiologic studies using claims data. *Am J Epidemiol*. 2001;154(9):854-864.

29. Wang SV, Schneeweiss S, Rassen JA. Optimal matching ratios in drug safety surveillance. *Epidemiology*. 2014;25(5):772-773.

30. Normand ST, Landrum MB, Guadagnoli E, et al. Validating recommendations for coronary angiography following acute myocardial

infarction in the elderly: a matched analysis using propensity scores. *J Clin Epidemiol*. 2001;54(4):387-398.

31. Psaty BM, Breckenridge AM. Mini-sentinel and regulatory science—big data rendered fit and functional. *N Engl J Med*. 2014;370(23):2165-2167.

32. De Geest S, Sabate E. Adherence to long-term therapies: evidence for action. *European journal of cardiovascular nursing: journal of the Working Group on Cardiovascular Nursing of the European Society of Cardiology*. 2003;2(4):323.

33. Haynes RB, McDonald H, Garg AX, Montague P. Interventions for helping patients to follow prescriptions for medications. The Cochrane database of systematic reviews 2002:Cd000011.

34. Graham DJ, Reichman ME, Wernecke M, et al. Cardiovascular, bleeding, and mortality risks in elderly Medicare patients treated with dabigatran or warfarin for nonvalvular atrial fibrillation. *Circulation*. 2015;131(2):157-164.

## SUPPORTING INFORMATION

Additional Supporting Information may be found online in the supporting information tab for this article.

**How to cite this article:** Chrischilles EA, Gagne JJ, Fireman B, et al. Prospective surveillance pilot of rivaroxaban safety within the US Food and Drug Administration Sentinel System. *Pharmacoepidemiol Drug Saf*. 2018;27:263–271. https://doi.org/10.1002/pds.4375