**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                                 SECTION L

THIS DOCUMENT RELATES TO:                        JUDGE ELDON E. FALLON

Harriet Ibanez, et al. v. Janssen et al.              MAGISTRATE NORTH
Case No. 2:14-cv-02669

# EXHIBIT B
### (FILED UNDER SEAL)

00509451