# EXHIBIT F



DEPARTMENT OF HEALTH & HUMAN SERVICES     Public Health Service

Pediatric and Maternal Health Staff
Office of New Drugs
Center for Drug Evaluation and Research
Food and Drug Administration
Silver Spring, MD  20993
Tel   301-796-0700
FAX  301-796-9744

# Maternal Health Team Review

**Date:**  June 7, 2011            **Date Consulted:**  February 11, 2011

**From:**  Upasana Bhatnagar, MD
Medical Officer, Maternal Health Team
Pediatric and Maternal Health Staff

**Through:**  Karen B. Feibus, MD
Medical Team Leader, Maternal Health Team
Pediatric and Maternal Health Staff

**Through:**  Lisa Mathis, M.D.
Associate Director, Office of New Drugs
Pediatric and Maternal Health Staff

**To:**  Division of Hematology Products (DHP)

**Drug:**  **Xarelto (Rivaroxaban)- NDA-022406 (SND70)**

**Subject:**  Pregnancy and Nursing Mothers Labeling Review

**Materials Reviewed:**

Pregnancy and Nursing Mothers subsections of Sponsor's proposed labeling,

**Consult Question:**

Please review the Sponsor's proposed labeling for the Pregnancy and Nursing Mothers subsections.

1

In animal studies, Xarelto crosses the placenta and there are no studies of Xarelto use in pregnant women. The animal studies indicate an increased risk of fetal wastage/post implantation loss and maternal hemorrhagic complications. An initial pharmacology/toxicology review was done by Dr. Yash Chopra dated May 12, 2009. However, the division is currently finalizing its analysis.

**Anticoagulation during pregnancy**

Pregnancy is a hypercoagulable state due to changes that occur in the coagulation system. Pregnant women have a fivefold increased risk of venous thromboembolism in comparison to non-pregnant women. The absolute risk of symptomatic venous thrombosis during pregnancy is between 0.3 and 0.5 per 1,000 women.[2] Pulmonary embolism during pregnancy is a leading cause of maternal mortality. Because of the high prevalence and associated mortality from hypercoagulability, anticoagulant therapy is frequently used during pregnancy and post-partum period for various indications. The goal of anticoagulation in pregnancy is to prevent both maternal thrombosis and adverse pregnancy outcomes. Women with thrombophilia have an increased risk of pregnancy complications such as preeclampsia, fetal growth restriction, placental abruption, and fetal loss.[3]

According to the Eighth American College of Chest Physicians Conference,[4] indications for treatment of patients with either prophylactic or adjusted doses of anticoagulants in pregnancy include the following:
- acute venous thromboembolism
- prior history of venous thromboembolism
- antithrombin deficiency or other thrombophilias
- recurrent pregnancy loss.

During pregnancy, these conditions are currently managed with parenteral unfractionated or fractionated heparin products, which do not cross the placenta. Occasionally, patients at particularly high risk for thrombosis (e.g. those with mechanical heart valves) are managed with coumadin. Coumadin is the only oral anticoagulant currently approved for use in the United States, and it is a known human teratogen that causes a characteristic embryopathy in about 5% of fetuses exposed during the first trimester of pregnancy.[5] An oral medication with an acceptable maternal and fetal safety profile would be a convenient option for pregnant patients needing anticoagulation. In addition, Xarelto could be used for patients with heparin-induced thrombocytopenia.

In clinical practice, pregnant patients who require anticoagulation are often maintained on longer acting agents until a transition is required due to clinical circumstances or advancing gestational age. During the peripartum period, patients are transitioned to unfractioned

---

[2] ACOG Practice Bulletin, Thromboembolism in Pregnancy, Number 19, August 2000.
[3] ACOG Practice Bulletin. Inherited Thrombophilias in Pregnancy. Number 113. July 2010.
[4] Bates SM, Greer IA, et al. Venous Thromboembolism, Thrombophilia, Antithrombotic Therapy, and Pregnancy:American College of Chest Physicians Evidence Based Practice Guidelines (8th Edition). *Chest.* 2008;133;844S-886S
[5] Gabbe S, Niebyl JR, Simpson JL eds. Obstetrics Normal & Problem Pregnancies. 3rd ed, New York,1996: 255.

heparin, which has a short half life and can be discontinued a few hours prior to surgery or delivery.[6] The anticoagulant effects of both heparin products and coumadin can be reversed – heparin with protamine sulfate and coumadin with vitamin K. If obstetrical hemorrhage occurs in the presence of an anticoagulant, supportive care often involves the administration of blood products, such as cryoprecipitate and/or fresh frozen plasma, to provide exogenous sources of coagulation factors

**Pregnancy labeling**

The Maternal Health Team (MHT) has been working to develop a more consistent and clinically useful approach to the Pregnancy and Nursing Mothers subsections of labeling. The Pregnancy and Nursing Mothers section of labeling should describe available animal and human data in a manner that allows clinicians, who are prescribing medication for pregnant patients and female patients of reproductive potential, to balance the benefits of treating the patient with the potential risks to the mother, fetus, and/or infant. PMHS-Maternal Health labeling recommendations not only comply with current regulations but also incorporate "the spirit" of the Proposed Pregnancy and Lactation Labeling Rule (published on May 29, 2008). Usually the first paragraph in the pregnancy subsection of labeling summarizes available data from published literature, the required regulatory language for the designated pregnancy category, and, when available, outcomes of studies conducted in pregnant women and studies conducted in animals. The paragraphs that follow provide more detailed descriptions of the available human and animal data and appropriate clinical information that may affect patient management.

This review provides the Maternal Health Team's (MHT) recommended revisions to the pregnancy and nursing mothers sections of the Sponsor's proposed labeling. Additionally, the MHT recommendations include creation of section 8.6 Females of Reproductive Potential.

**REVIEWED MATERIALS**

**Sponsors Proposed Pregnancy and Nursing Mothers Labeling**



(b) (4)

---

[6] James AH, Abel DE, Brancazio LR. Anticoagulants in Pregnancy. Obstetrical and Gynecological Survey. 2005.61;59-69.

4



(b) (4)

**REVIEW OF LITERATURE AND PRACTICE GUIDELINES**

A literature search was performed in PubMed for the following:
- Pregnancy and rivaroxaban
- Lactation and rivaroxaban

No studies of Xarelto use in pregnancy or lactation were found with these queries. The Reprotox and LactMed databases were also queried for Xarelto (rivaroxaban) and no results were obtained.

A further search was performed in PubMed
- factor Xa and pregnancy
- factor Xa fluctuations and pregnancy
- vaginal bleeding and pregnancy

**Factor Xa and Pregnancy**

Factor Xa (FXa) plays key roles in the coagulation pathway. In the initiation phase, FXa in conjunction with Factor Va converts prothrombin to thrombin by forming the Prothrombinase complex.[7] Subsequently, in the amplification phase, the thrombin formed potentiates platelet activation and activates other coagulation proteins. Furthermore, in the

---

[7] Toschi, V, Lettino M. Inhibitors of propagation of coagulation: factors V and X. "accepted article" British Journal of Clinical Pharmacology. May 4, 2011.

5

propagation step, both activated platelets and coagulation factors promote a burst of thrombin generation and further coagulation.  Drugs that directly inhibit FXa, such as Xarelto, are small molecules and can enter a thrombus and inhibit both circulating and thrombus-bound, functionally active, factor Xa and thereby diminish thrombin mediated coagulation.

Even in healthy pregnant patients, many changes are seen in the blood coagulation pathway resulting in a hypercoagulable state.  Factor XII, X, and IX increase throughout pregnancy, whereas factor XI decreases in pregnancy.  Factor V increases in concentration during early gestation and then decreases to a stable level.[8]   These prothrombotic changes are somewhat counterbalanced by increases in the activity of the fibrinolytic system.

Several studies have analyzed FXa levels in pregnant patients using anticoagulant therapy.  Although they are small studies, they demonstrate that notable variation exists in measured FXa levels throughout pregnancy.  In a retrospective review of 77 patients receiving prophylactic low molecular weight heparin, factor Xa levels were drawn four hours post injection at various stages of gestation.  The study found that 26% of patients had subprophylactic factor Xa levels, 15% were supraprophylactic, and 59% of patients were in the therapeutic range.  In their analysis, the authors did not find a correlation between anti-factor Xa levels and maternal age, gestational age, weight, or BMI.

*Reviewer comments:  If Xarelto was used in pregnant patients, the therapeutic window must be established and physiologic changes of pregnancy, such as changes in the coagulation pathway (especially  fluctuation of Xa levels), should be considered when establishing the dose.*


**Bleeding and Pregnancy**

Vaginal bleeding occurs in about 20 to 30% of confirmed pregnancies during the first 20 wks, and about half of these pregnancies end in spontaneous abortion.[9]  In a study by Yang et al, 2802 pregnancies were prospectively enrolled in the Pregnancy, Infection and Nutrition (PIN) Study database and patients from 24-29 weeks gestation were interviewed about vaginal bleeding.  A total of 24.4%  (683 out of 2,802) of women reported vaginal bleeding during pregnancy.

In a meta-analysis of 21 studies, from 1950 to 1992, Ananth et al. studied vaginal bleeding during pregnancy.  They excluded known etiologies of vaginal bleeding such as placenta previa, abruptio placenta, and premature rupture of membranes in their analysis.  Vaginal bleeding was defined as bleeding in pregnancy prior to 28 weeks gestation.  Their pooled estimate of vaginal bleeding frequency across all studies, both case controlled and cohort studies, was 12.2%.

---

[8] Holmes VA, Wallace JMW. Hemostasis in normal pregnancy: a balancing act? Biochemical Society Transactions. 2005. 33;2.428-32.
[9] The Merck Manual of Diagnosis and Therapy- 18th Ed. (2006) Section18 – Gynecology and Obstetrics 259. Approach to the Pregnant Woman and Prenatal Care.
http://online.statref.com/document.aspx?fxid=21&docid=880, accessed 5/16/2011.

6

*Reviewer comments: These studies indicate that vaginal bleeding frequently complicates pregnancy. Therefore, the use of an irreversible anticoagulation may not be appropriate in the obstetric population.*

## FDA DOCUMENTS

### Clinical Pharmacology Review

Two thirds of Xarelto is eliminated by metabolic degradation.[10] This portion of the drug is eliminated half through the kidneys and half through fecal route after metabolism in the GI tract and/or liver. The other one third is cleared renally as unchanged active substance. In healthy adults, the terminal half life of Xarelto is 5 to 9 hours whereas the therapeutic effect is seen up to 24 hours.[1] There were no clinically relevant exposures in studies correlating body weight or sex with pharmacokinetics. However, increased bleeding risk was noted in subjects at the extremes of body weight in phase 3 trials.

The predictive value of laboratory tests to monitor the therapeutic effect of Xarelto has not been adequately studied. Xarelto prolongs blood prothrombin time (PT) and activated partial prothrombin time. Although monitoring of these tests is not proposed with Xarelto, prolongation of the prothrombin time (PT) had a linear relationship with Xarelto plasma concentration. The factor Xa assay used in the clinical trials has a curvilinear relationship with Xarelto concentration so cannot be easily correlated with plasma concentration of Xarelto for dose adjustment.

*Reviewer comments: There are no studies in the pregnant population regarding the optimal dosing of Xarelto. When using Xarelto in pregnant patients, the effect of increased glomerular filtration rate that occurs during pregnancy upon the therapeutic levels of the drug should be considered. In a personal communication with Joseph Grillo, Pharm.D of clinical pharmacology, he indicated that although the PT has a linear relationship with Xarelto plasma concentration, data from the phase 3 trials indicate that this is not always a predictable relationship. Therefore, no laboratory test is well correlated with therapeutic effect of Xarelto. It may be difficult for healthcare providers to use this anticoagulant in the setting of pregnancy when physiologic changes may require dose adjustment.*

## SPONSOR'S SUBMISSIONS

### Safety Updates

The Sponsor's periodic safety update reports (PSUR) were reviewed from September 2008 to March 2011. Overall, 12 unintended exposures to Xarelto occurred in women of

---

[10] Clinical pharmacology review, Joseph Grillo 4/6/09

7

childbearing age, six were among patients enrolled in clinical trials.  Of the nine known outcomes, two "healthy" babies were delivered, one preterm delivery occurred, one missed abortion, and five elective terminations were noted.  There was one reported exposure to a neonate who was human milk fed for three weeks.  No adverse events were attributed to Xarelto use in this neonate.

***Reviewer comments:*** *Although, little can be extrapolated from this limited experience with Xarelto in pregnancy and lactation, these reports underscore the potential for unintended exposures of females of reproductive potential through both the labeled and off-label use of Xarelto.*

## DISCUSSION

Xarelto (rivaroxaban) is a first in class oral anticoagulant that directly inhibits factor Xa in the coagulation pathway.  Xarelto binds both circulating and functionally active factor Xa and inhibits thrombin mediated coagulation.  The Sponsor's current submission is for the use of Xarelto for the  indication of  deep venous thrombosis and pulmonary embolism prophylaxis after knee and hip replacement procedures.

Pregnancy exposures may occur whether planned or inadvertent.  This is evidenced by the pregnancy exposures that have already reported in the clinical trials and through spontaneous reports.  Furthermore, once marketed, this drug may be used to treat disorders that occur more frequently in females of reproductive potential. Therefore, if healthcare providers plan to use Xarelto in females of reproductive potential, they should discuss pregnancy planning with these patients.  Similarly, women who are lactating should be counseled about potential benefits of Xarelto use and the potential risks to a nursing infant.

The Maternal Health Team recommends that Xarelto be labeled as Category C.  At the time of this review, the pharmacology toxicology review is in progress.  The preliminary results suggest that animal reproduction studies show no increased risk of structural malformations but an increased risk of post-implantation pregnancy loss in rabbits.

However, the MHT is concerned about the irreversible anticoagulation effects of Xarelto in the setting of obstetric hemorrhage.  Currently, there is no antidote to reverse the action of Xarelto, and the therapeutic effects lasts up to 24 hours.  Irreversible anticoagulation during pregnancy could result in devastating hemorrhagic complications for the pregnant patient.  In early gestation, spontaneous abortion or fetal death may occur, necessitating a dilation and curettage procedure or induction of labor and delivery.  Once the fetus is viable after 24 weeks gestation, emergent delivery may be needed due to unexpected maternal or fetal complications or because of conditions that increase bleeding risk such as placenta abruption or placenta previa.  Therefore, in clinical practice, unexpected bleeding complications can occur throughout pregnancy and at delivery.  Optimal strategies for treatment of life threatening hemorrhage requiring reversal of Xarelto have not been established.  As with other anticoagulants, patients will have to be transitioned off Xarelto prior to planned

8

delivery and may require supportive therapy such as blood and blood products to reverse the anticoagulant effects of Xarelto in the event of a major bleeding episode.

Other factors that will influence proper dosing of Xarelto in pregnancy include determining and measuring the therapeutic range for Xarelto during pregnancy. Factor Xa levels fluctuate in normal pregnancy. Furthermore, Xarelto is eliminated through the kidneys, and the glomerular filtration rate is substantially increased in pregnancy. These physiologic changes may influence the metabolism of Xarelto during pregnancy and would then affect dosing during pregnancy. Therefore, healthcare providers may need an established standard laboratory test to titrate drug effect and adjust the dosing of Xarelto during pregnancy.

### RECOMMENDATIONS

1. The Maternal Health team recommends labeling Xarelto (rivaroxaban) Category C in pregnancy. Because the concerns regarding Xarelto use in the setting of obstetric hemorrhage remain, additional language has been added to the Warnings and Precautions section of labeling. *(see 5.3)*

2. Recommendations for the pregnancy and lactation subsection labeling revisions are provided below. See Appendix A for the track changes version.

3. The MHT recommends adding Section 8.6 Females of Reproductive Potential for the labeling of Xarelto to inform healthcare provides to consider pregnancy planning in women who are using this medication as an anticoagulant.

**PMHS – Maternal Health Labeling Recommendations**

### HIGHLIGHTS OF PRESCRIBING INFORMATION

-------------------------------WARNINGS AND PRECAUTIONS-------------------------------
- Pregnancy related hemorrhage: Use with caution in pregnant women due to the potential for obstetric hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible.

5. **Warnings and Precautions**

9

**5.3 Pregnancy related hemorrhage**

Xarelto should be used with caution in pregnant women. Xarelto dosing in pregnancy has not been studied. The anticoagulant effect of Xarelto can neither be monitored with standard laboratory testing nor readily reversed. Counsel pregnant women about the risks of hemorrhage and benefits of anticoagulation during pregnancy with Xarelto.

**8   Use in Specific Populations**

**8.1 Pregnancy**

Pregnancy Category C: There are no adequate or well-controlled studies of Xarelto in pregnant women, and dosing for pregnant women has not been established. Use Xarelto with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible. The anticoagulant effect of Xarelto cannot be reliably monitored with laboratory testing. Animal reproduction studies showed no increased risk of structural malformations but increased post-implantation pregnancy loss occurred in rabbits. Xarelto should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus.

Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits. Rivaroxaban crosses the placenta in animals. Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of $\geq$ 10 mg/kg rivaroxaban during the period of organogenesis. This dose is about 11 times the human exposure of unbound drug, based on AUC comparisons at the maximum recommended human dose of 10 mg/day. Fetal body weights decreased when pregnant rats were given oral doses of 120 mg/kg. This dose is about 40 times the human exposure of unbound drug.

**8.2  Labor and Delivery**

Safety and effectiveness of rivaroxaban during labor and delivery have not been studied in clinical trials; however, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40mg/kg (17 times maximum human exposure of the unbound drug at the human dose of 10 mg/kg).

**8.3  Nursing Mothers**

It is not known if rivaroxaban is excreted in human milk. Rivaroxaban and/or its metabolites are present in rat milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should

10

be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

### 8.6  Females of Reproductive Potential

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

## 17  PATIENT COUNSELING INFORMATION

### 17.6  Females of Reproductive Potential

Advise patients who can become pregnant to discuss pregnancy planning with a healthcare professional.

2 Page(s) of Draft Labeling have been Withheld in Full as b4 (CCI/TS) immediately following this page

---
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

----------------------------------------------------

UPASANA BHATNAGAR
06/08/2011

Karen B FEIBUS
06/08/2011
I agree with the information and recommendations provided in this review.

LISA L MATHIS
06/10/2011