**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| **Harriet Ibanez, et al. v. Janssen et al.** **Case No. 2:14-cv-02669** | **MAGISTRATE NORTH** |

# EXHIBIT G
### (FILED UNDER SEAL)

00509453