# EXHIBIT M



SCIENCE VOLUNTEER    WARNING SIGNS    DONATE

  



Abstracts and presentations are embargoed for release at date and time of presentation or time of AHA/ASA news event. Failure to honor embargo policies (http://newsroom.heart.org/newsmedia/embargo-policy) will result in the abstract being withdrawn and barred from presentation.

**QUALITY OF CARE AND OUTCOMES**
**SESSION TITLE: PATIENT CENTERED OUTCOMES RESEARCH IN ATRIAL FIBRILLATION AND ANTICOAGULATION**

# Abstract 15047: Evaluation of the Incidence of Major Bleeding in a Heterogeneous Population of 51,842 Rivaroxaban Users With Nonvalvular Atrial Fibrillation

**Sally Tamayo, Manesh Patel, Zhong Yuan, Nicholas Sicignano, Kathleen Hopf and Frank Peacock**

Circulation. 2016;134:A15047

Article    Info & Metrics

## Abstract

**Introduction:** Rivaroxaban, a direct factor Xa inhibitor, reduces the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation (NVAF). The central risk associated with oral anticoagulation therapy is bleeding. Because the registration trial for rivaroxaban enrolled a selected patient population, the incidence of major bleeding (MB) in a large and diverse real-world patient population was explored.

**Hypothesis:** To evaluate MB events among NVAF patients taking rivaroxaban in a real-world clinical setting.

**This Issue**

**Circulation**
November 11, 2016,
Volume 134, Issue Suppl 1

≡ Table of Contents

◂ Previous

**Methods:** From January 1, 2013 to December 31, 2015, over 10 million electronic medical records from the Department of Defense Military Health System (MHS) were queried. A validated MB case-finding algorithm was used to identify MB-related hospitalizations. Major bleeding incidence, patient characteristics, comorbid conditions, concomitant medications, bleeding management, and fatal outcomes were assessed.

**Results:** Among 51,842 rivaroxaban users with NVAF, 56.1% were male and the overall mean (SD) age was 76.5 (10.0) years. In total, 1,613 experienced at least one MB event; incidence rate of 2.71 per 100 person-years (95% CI 2.58-2.84).. Patient characteristics are displayed in Table 1. Of the 49 MB patients who died during hospitalization (incidence of 0.08 per 100 person-years), the mean (SD) age was 79.7 (7.7) years. Among the fatal cases, 75.5% had an intracranial hemorrhage and 24.5% had a gastrointestinal bleed.

**Conclusions:** The incidence, pattern, and management of MB in rivaroxaban users with NVAF in this large, heterogeneous population were generally consistent with the findings from the registration trial. Fatal bleeding was rare.

## Jump to

- Article
- Info & Metrics

## Article Tools

- Citation Tools
- Article Alerts
- Save to my folders
- Request Permissions

## Share this Article

- Email
- Share on Social Media

## Related Articles

No related articles found.

**Google Scholar**

Table 1. Comparison of Major Bleeding and Non-Major Bleeding Patients

|  |  | MB Cases N=1,613 | Patients without MB N=50,229 |
|---|---|---|---|
| Mean Age (SD), years |  | 78.6 (8.1) | 76.4 (10.1) |
| Male, n (%) |  | 836 (51.8) | 28,229 (56.2) |
| MB Incidence Rate [a] per 100 person-years (95% CI) |  | 2.71 (2.58-2.84) |  |
| MB Site, n (% of those who bled) | Gastrointestinal | 1,386 (85.9) |  |
|  | Intracranial | 133 (8.2) |  |
|  | Genitourinary | 14 (0.9) |  |
|  | Other/Unspecified | 80 (5.0) |  |
| Blood Transfusion Received [b], n (%) |  | 805 (49.9) |  |
| Transferred to ICU, n (%) |  | 695 (43.1) |  |
| Fatal [b] MB Incidence Rate per 100 person-years (95% CI) |  | 0.08 (0.06-0.11) |  |
| Presence of Comorbidities [c], n (%) | Hypertension | 1,402 (86.9) | 33,302 (66.3) |
|  | Coronary Heart Disease | 823 (51.0) | 15,270 (30.4) |
|  | Heart Failure | 603 (37.4) | 10,046 (20.0) |
|  | Diabetes | 597 (37.0) | 13,261 (26.4) |
|  | Prior Ischemic Stroke | 123 (7.6) | 2,160 (4.3) |
| Mean (SD) $CHA_2DS_2$-VASc scores |  | 4.5 (1.5) | 3.4 (1.6) |
| Concomitant Medications [d], n (%) | Statins | 957 (59.3) | 31,443 (62.6) |
|  | Proton Pump Inhibitors | 665 (41.2) | 22,603 (45.0) |
|  | SSRIs | 244 (15.1) | 8,791 (17.5) |

MB=Major Bleeding; SD=Standard Deviation; CI=Confidence Interval; $CHA_2DS_2$-VASc = Congestive heart failure, hypertension, age >75 years, diabetes mellitus, prior stroke or TIA or systemic embolism, vascular disease, age 65-75 years, sex-female; Scores range from 0-9. [a] The MB incidence rate was calculated using person-time for the denominator value (exposure time at risk) for all first major bleeds within the period under study. [b] Occurred during patient's hospitalization for the MB event. [c] Individual variables of interest identified within the 6-month period prior to MB for cases and within the 6-month period prior to the end of study for non-MB patients. [d] Top 3 medications are shown

No citing articles found.

**CrossRef**

Atrial fibrillation    Anticoagulation

Cardiovascular disease prevention

Direct factor Xa inhibitor    Disease management

Author Disclosures: **S. Tamayo:** None. **M. Patel:** Consultant/Advisory Board; Significant; MP is a member of the Janssen and Bayer Advisory Boards. **Z. Yuan:** Employment; Significant; ZY is a salaried employee of Janssen Research & Development. Ownership Interest; Significant; ZY owns stocks of Johnson & Johnson. **N. Sicignano:** Other; Modest; NMS is an

employee of Health ResearchTx, which has a business relationship with Janssen. **K. Hopf:** Other; Modest; KPH is an employee of Health ResearchTx, which has a business relationship with Janssen. **F. Peacock:** Research Grant; Significant; FP is a consultant and has received a research grant from Janssen. FP is also a consultant for Bayer.

© 2016 by American Heart Association, Inc.

◀ Previous          ▲ Back to top

# Circulation

| About Circulation | Email Alerts | Information for: |
| Instructions for Authors | Open Access Information | Advertisers |
| Circulation CME | AHA Journals RSS | Subscribers |
| Statements and Guidelines | AHA Newsroom | Subscriber Help |
| Meeting Abstracts | **Editorial Office Address:**<br>200 Fifth Avenue, Suite 1020<br>Waltham, MA 02451<br>email:<br>circ@circulationjournal.org<br>Phone: 781-902-4400<br>Fax: 781-890-2858 | Institutions / Librarians |
| Permissions | | Institutional Subscriptions FAQ |
| Journal Policies | | International Users |



**National Center**
7272 Greenville Ave.
Dallas, TX 75231

**Customer Service**
1-800-AHA-USA-1

**ABOUT US**

Our mission is to build healthier lives, free of cardiovascular diseases and stroke. That single purpose drives all we do. The need for our work is beyond question. **Find Out More**

**OUR SITES**

American Heart Association  ›
American Stroke Association  ›
For Professionals  ›
More Sites  ›

**TAKE ACTION**

Advocate  ›
Donate  ›
Planned Giving  ›
Volunteer  ›

**ONLINE COMMUNITIES**

AFib Support  ›
Garden Community  ›
Patient Support Network  ›
Professional Online Network  ›

1-800-242-8721
Local Info
Contact Us

Careers

SHOP

Latest Heart and Stroke News

AHA/ASA Media Newsroom

**Follow Us:**

Privacy Policy | Copyright | Ethics Policy | Conflict of Interest Policy | Linking Policy | Diversity | Careers

©2016 American Heart Association, Inc. All rights reserved. Unauthorized use prohibited. The American Heart Association is a qualified 501(c)(3) tax-exempt organization.

*Red Dress™ DHHS, Go Red™ AHA; National Wear Red Day ® is a registered trademark.