UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Harriet Ibanez, et al. v. Janssen et al.<br>Case No. 2:14-cv-02669 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Exhibits A, B, C, G, J, K, and L to Defendants' Reply Brief in Support of Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn-or-Instruct Claim in the above-captioned matter UNDER SEAL (Rec. Doc. ___)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits A, B, C, G, J, K, and L to Defendants' Reply Brief in Support of Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn-or-Instruct Claim UNDER SEAL.

New Orleans, Louisiana, this ___ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE