UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN ) | MDL No. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | | |
| ) | JUDGE ELDON E. FALLON | |
| THIS DOCUMENT RELATES TO: ) | | |
| *Barbara C. Stout v. Janssen Research* ) | | |
| *And Development, LLC* ) | | |
| Case No.: 2:15-cv-03952 ) | MAG. JUDGE NORTH | |

**MOTION TO VOLUNTARILY DISMISS DEFENDANT
BAYER CORPORATION**

Comes now Counsel for Plaintiff, Barbara C. Stout, pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure and PTO 24, and hereby respectfully moves this Court to dismiss the above action against Defendant Bayer Corporation only with each party to bear their own costs. Counsel takes this action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6, and that all filing fees have been paid.

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Dismissal of Defendant Bayer Corporation as a Defendant in this action.

Dated: June 4, 2018

                                         Respectfully Submitted,

                                         By:  /s/ Neil D. Overholtz
                                         Neil D. Overholtz
                                         Florida Bar No.:  0188761
                                         Aylstock, Witkin, Kreis & Overholtz, PLLC
                                         17 East Main Street, Suite 200
                                         Pensacola, FL 32502-5998

        Telephone: (850) 202-1010
        Fax: (850) 916-7449
        Noverholtz@awkolaw.com
        **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        By: /s/ Neil D. Overholtz
        Neil D. Overholtz