UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN     ) <br> PRODUCTS LIABILITY LITIGATION  ) <br>                                                                  ) <br>                                                                  ) <br>                                                                  ) <br> THIS DOCUMENT RELATES TO:    ) <br> *Barbara C. Stout v. Janssen Research*    ) <br> *And Development, LLC*                       ) <br> Case No.:  2:15-cv-03952                       ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br><br><br> MAG. JUDGE NORTH |

**ORDER**

This matter came before the Court on the Motion to Voluntarily Dismiss Defendant Bayer Corporation filed by Plaintiff Barbara C. Stout.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Defendant Bayer Corporation is hereby GRANTED, and the above-captioned case is DISMISSED WITH PREJUDICE against Defendant Bayer Corporation only, with each party to bear their own costs. Other Defendants remain in this action, and Plaintiff will continue to pursue her action against the remaining Defendants.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
United States District Judge