UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : | MDL No. 2592<br><br>SECTION L |
| MICHAEL TREAT, : :   Plaintiff : : v. : : JANSSEN RESEARCH & DEVELOPMENT : LLC f/k/a JOHNSON & JOHNSON : PHARMACEUTICAL RESEARCH AND : DEVELOPMENT LLC, JANSSEN ORTHO : LLC, JANSSEN PHARMACEUTICALS, INC. : f/k/a JANSSEN PHARMACEUTICA INC. : f/k/a ORTHO-MCNEIL-JANSSEN : PHARMACEUTICALS, INC., : JOHNSON & JOHNSON COMPANY, : BAYER HEALTHCARE : PHARMACEUTICALS INC., : BAYER PHARMA AG, : BAYER CORPORATION, : BAYER HEALTHCARE LLC, : BAYER HEALTHCARE AG, and BAYER AG, : :   Defendants : : | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br><br>Civil Action No.: 2:16-CV-06111<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

1

| | |
|---|---|
| **PROVOST UMPHREY LAW FIRM, L.L.P.**<br>By: /s/ Christopher T. Kirchmer<br>Christopher T. Kirchmer<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, Texas 77704<br>Tel: (409) 835-6000<br>ckirchmer@pulf.com<br><br>Attorneys for Plaintiff<br>Dated: June 4, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: June 4, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: /s/ Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: June 4, 2018<br><br>**CHAFFE McCALL L.L.P.**<br>By: /s/ John F. Olinde<br>John F. Olinde (LA Bar #1515)<br>1100 Poydras Street<br>Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>Facsimile: (504) 544-6084<br>olinde@chaffe.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: June 4, 2018 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: June 4, 2018

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 4, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ James B. Irwin