# Exhibit A

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

# BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2017134640     **DATE ISSUED:** September 1, 2017

**STATE FILE DATE:** September 1, 2017

### DECEDENT INFORMATION

**NAME:** PHILIP WILLIAM LAKIN

**DATE OF DEATH:** August 29, 2017     **SEX:** MALE     **AGE:** 081 YEARS
**DATE OF BIRTH:** [redacted]     **SSN:** [redacted]
**BIRTHPLACE:** SOMERVILLE, MASSACHUSETTS, UNITED STATES
**PLACE WHERE DEATH OCCURRED:** DECEDENT'S HOME
**FACILITY NAME OR STREET ADDRESS:** [redacted]
**LOCATION OF DEATH:** [redacted]

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

**MARITAL STATUS:** MARRIED
**SURVIVING SPOUSE NAME:** CAROL A TOBIN
**RESIDENCE:** [redacted]
**COUNTY:** HERNANDO
**OCCUPATION, INDUSTRY:** REFRIGERATION MECHANIC, NAVAL SHIPYARD
**RACE:** _X_ White   ___ Black or African American   ___ Asian Indian   ___ Chinese   ___ Filipino   ___ Native Hawaiian
___ American Indian or Alaskan Native--Tribe:   ___ Japanese   ___ Korean   ___ Vietnamese
___ Guamanian or Chamorro   ___ Samoan   ___ Other Pacific Isl:
___ Other Asian:   ___ Other:   ___ Unknown
**HISPANIC OR HAITIAN ORIGIN?** NO, NOT OF HISPANIC/HAITIAN ORIGIN
**EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED     **EVER IN U.S. ARMED FORCES?** YES

### PARENTS AND INFORMANT INFORMATION

**FATHER/PARENT:** WALTER H LAKIN
**MOTHER/PARENT:** MABEL L SULLIVAN
**INFORMANT:** CAROL A LAKIN
**RELATIONSHIP TO DECEDENT:** SPOUSE
**INFORMANT'S ADDRESS:** [redacted]

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

**PLACE OF DISPOSITION:** GRACE MEMORIAL GARDENS
  HUDSON, FLORIDA
**METHOD OF DISPOSITION:** BURIAL
**FUNERAL DIRECTOR/LICENSE NUMBER:** SCOTT W. VIRTS, F043757
**FUNERAL FACILITY:** GRACE MEMORIAL GARDENS AND FUNERAL HOME F080430
  16931 U S HWY 19, HUDSON, FLORIDA 34667

### CERTIFIER INFORMATION

**TYPE OF CERTIFIER:** CERTIFYING PHYSICIAN     **MEDICAL EXAMINER CASE NUMBER:** NOT APPLICABLE
**TIME OF DEATH (24 hr):** 1607     **DATE CERTIFIED:** August 31, 2017
**CERTIFIER'S NAME:** ANDREW LESLIE RUTHERFORD
**CERTIFIER'S LICENSE NUMBER:** ME98900
**NAME OF ATTENDING PHYSICIAN (If other than Certifier):** NOT ENTERED

_[signature: Ken Jones]_

, State Registrar     **REQ:** 2018497510

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

VOID IF ALTERED OR ERASED

*36173832*

DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD     Florida HEALTH