# Exhibit B

IN THE CIRCUIT COURT FOR HERNANDO COUNTY,
FLORIDA                                          PROBATE DIVISION
IN RE: ESTATE OF

PHILIP WILLIAM LAKIN

File No.
H-27-CP-2017-1160

Division Probate

Deceased.

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, Philip William Lakin, a resident of Hernando County, Florida, died on August 29, 2017, owning assets in the State of Florida, and

WHEREAS, Carol A. Lakin has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Carol A. Lakin duly qualified under the laws of the State of Florida to act as personal representative of the estate of Philip William Lakin, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _December 5_____, 2017.

_____
Circuit Judge

2017 DEC -5 PM 3:59
HERNANDO COUNTY, FL
DON BARBEE CLERK
FILED FOR RECORD

I hereby certify that the foregoing is a true and correct copy of the original and further certify that these letters are in full force and effect.
Don Barbee, Jr., Clerk of Circuit Court
Hernando County, Florida.

By: _____ D.C.
12-7-17