UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2592 <br><br> SECTION:  L <br><br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Afdahl v. Janssen Research & Development LLC, et al; No. 2:16-cv-17602*

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS BAYER HEALTHCARE AG, BAYER AG AND BAYER HEALTHCARE LLC

COMES NOW, Plaintiff James Afdhal and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and PTO 24, hereby moves this Court to dismiss the above action against Defendants Bayer Healthcare AG, Bayer AG and Bayer Healthcare LLC, and these Defendants only, with each party to bear their own costs.  Counsel takes this action for jurisdictional purposes.  Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 remand case selected pursuant to CMO 6 and that all filing fees have been paid.

WHEREFORE, Counsel for Plaintiff respectfully requests that this Honorable Court grant this Motion to Voluntarily Dismiss Defendants Bayer Healthcare AG, Bayer AG and Bayer Healthcare LLC, and these Defendants only, as Defendants in this action and that his claims and causes of action against the remaining Defendants named by Plaintiff in his Complaint remain pending.

1

Dated: June 5, 2018.

                                      Respectfully submitted,

                                      s/ Michael T. Gallagher
                                      MICHAEL T. GALLAGHER
                                       (Texas Bar #07586000)
                                      THE GALLAGHER LAW FIRM PLLC
                                      2905 Sackett Street
                                      Houston, TX 77098
                                      Telephone: (713) 222-8080
                                      Facsimile (713) 222-0066
                                      mike@gld-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      s/ Michael T. Gallagher
                                      Michael T. Gallagher