UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Afdahl v. Janssen Research & Development LLC, et al; No. 2:16-cv-17602*

## ORDER

The Court, after considering Plaintiff's Motion to Voluntarily Dismiss Defendants Bayer Healthcare AG, Bayer AG and Bayer Healthcare LLC filed by Plaintiff James Afdahl, finds the Motion meritorious.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss filed by Plaintiff James Afdahl is GRANTED, and the above-captioned case is dismissed with prejudice against Defendants Bayer Healthcare AG, Bayer AG and Bayer Healthcare LLC, and these Defendants only, with each party to bear their own costs.  Plaintiff will continue to pursue this action against the remaining Defendants named by Plaintiff in his Complaint.

Dated: _____      _____

Hon. Eldon E. Fallon
United States District Court Judge