UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| KEITH MATTINGLEY | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |
| | * | Case No. 2:16-cv-09533 |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiff, Keith Mattingley, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs.  Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case.  Further, counsel for Plaintiff represents that

_____ Plaintiff is not a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6.

_____ Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

_X___ Plaintiff is moving to dismiss, with prejudice, within forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived pursuant to the Court's Case Management Order No. 6.

Dated: June 4, 2018

1

Respectfully submitted,

Fareesh S. Sarangi, Esq.

Fareesh S. Sarangi
GA Bar No. 735110
NY Bar No. 4467445

**SARANGI LAW, LLC**
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
Ph: 404-996-5157
Fx: 678-981-8390
Fareesh@SarangiLaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 4, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

Respectfully submitted,

Fareesh S. Sarangi, Esq.

Fareesh S. Sarangi
GA Bar No. 735110
NY Bar No. 4467445

**SARANGI LAW, LLC**
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
Ph: 404-996-5157
Fx: 678-981-8390
Fareesh@SarangiLaw.com