UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Harper v. Janssen Research & Development, LLC, et al.*, Case No.: 2:15-cv-01030 | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, come plaintiffs in the above-related action, and hereby request that Neil D. Overholtz of Aylstock, Witkin, Kreis & Overholtz, PLLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled and numbered actions.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC as co-counsel of record and appointed as lead counsel in the above-entitled and numbered action.

Dated: June 5, 2018.

RESPECTFULLY SUBMITTED,

By:
/s/ Steven J. Brady, Esq.
Steven J. Brady (CA Bar #116651)
Dylan F. Pollard (CA Bar #180306)
Steven B. Stein (CA Bar #52829)
Brady Law Group
1015 Irwin Street

1

San Rafael, CA 94901
T: (415) 459-7300
F: (415) 459-7303
steve@bradylawgroup.com.

/s/ *Neil D. Overholtz*
Neil D. Overholtz
Florida Bar No.: 188761
**AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
noverholtz@awkolaw.com

***ATTORNEYS FOR PLAINTIFFS***

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

DATED: June 5, 2018

/s/ Steven J. Brady, Esq.
Steven J. Brady (CA Bar #116651)