## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| | SECTION L |
| | **JUDGE ELDON E. FALLON** |
| ***THIS DOCUMENT RELATES TO:*** | **MAGISTRATE NORTH** |
| *Harper v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-01030* | |

## <u>ORDER</u>

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm

of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and

lead counsel for Plaintiff, Joseph W. Harper in the above-entitled and numbered action.

Dated: _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge