**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ALLEN, LAJUANE | The Driscoll Firm | 2:17-cv-17539 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | ARELLANO, JAVIER | The Driscoll Firm | 2:17-cv-7543 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | ARNOLD, WALTER L | Grant & Eisenhofer | 2:16-cv-04050 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | ARROYAS, EVANGELINE | The Freeman Law Firm | 2:17-cv-14695 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 5. | AVILA, MARIA C | The Gallagher Law Firm LLP | 2:17-cv-09870 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 6. | BAKER, DAVID | The Driscoll Firm | 2:16-cv-11932 | Prescription Records-Failure to provide copies of Prescription |

1

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | and/or Pharmacy Records demonstrating use of Xarelto |
| 7. | BARR, EDWARD | The Driscoll Firm | 2:17-cv-17530 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 8. | BECKER, RICHARD | The Driscoll Firm | 2:17-cv-13847 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 9. | BELCHER, BILLY L | Beasley Allen | 2:17-cv-17292 | Prescription Records-Records provided do not show Xarelto use |
| 10. | BLAKE, EDWARD | The Driscoll Firm | 2:17-cv-13876 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | BURR, LARRY | Gainsburgh Benjamin | 2:17-cv-05558 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 12. | CASEI STRASBOURGER, NEDDA | Avram Blair & Associates, P.C. | 2:17-cv-10567 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | CHRISTIE, CLAY | The Gallagher Law Firm LLP | 2:17-cv-17455 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 14. | COBLE JR, DANIEL A | Law Office of Christopher K. Johnston, LLC | 2:17-cv-16631 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | to question in Section I (core case information) |
| 15. | COX, LEONARD R | The Schlemmer Firm, LLC | 2:17-cv-5436 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 16. | CRUZONI, DIMITRI | Reich and Binstock, LLP | 2:17-cv-11182 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | DEEB, VICTOR | The Law Offices of Jeffrey S. Glassman | 2:16-cv-02347 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 18. | DENSON, ERNESTINE G | The Gallagher Law Firm LLP | 2:17-cv-12461 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 19. | DOUNTZ, MARILYN | The Driscoll Firm | 2:17-cv-13881 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | DUMAS, CHRIST J | Freedland Harwin Valori, PL | 2:16-cv-00447 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration |

3

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|   | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|   |   |   |   | on behalf of the user; Failure to respond to question in Section I (core case information) |
| 21. | ESPINOZA, CHESTER | Andrus Wagstaff | 2:17-cv-08545 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 22. | FAEHNRICH, RANDALL | Watts Guerra, LLP | 2:17-cv-16864 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 23. | FLEMING, JOYCE | The Driscoll Firm | 2:17-cv-13844 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | GARNER, FLORENCE | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-07385 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 25. | GEORGE, GREGORY | Smith Stag | 2:17-cv-17894 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 26. | HALL, BILLY | The Gallagher Law Firm LLP | 2:17-cv-12465 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 27. | HARRIS, MARY | The Driscoll Firm | 2:17-cv-17133 | Declaration-Failure to provide Declaration signed by plaintiff, |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Xarelto user, or Xarelto user's representative |
| 28. | HARTMAN, DONALD | The Gallagher Law Firm LLP | 2:17-cv-12533 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 29. | HEBERT, KENNETH J | Johnson Law Group | 2:17-cv-11515 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 30. | HILL, KELVIN | The Gallagher Law Firm LLP | 2:17-cv-12651 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 31. | HOLLEY, HAROLD | The Gallagher Law Firm LLP | 2:17-cv-12605 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 32. | HUDDLESTON, TOMMY | The Driscoll Firm | 2:17-cv-13856 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 33. | HURT, LAWRENCE | Lenze Moss, PLC. | 2:17-cv-05691 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 34. | JAMISON, VIOLA | Andrus Wagstaff | 2:17-cv-17879 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 35. | JENKINS, LOUIS | The Gallagher Law Firm LLP | 2:17-cv-12470 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | KING, WARREN | Reich and Binstock, LLP | 2:17-cv-11729 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 37. | KLAGER, DEBRA | Baron & Budd | 2:17-cv-10307 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 38. | LANE, DORIELLE | The Driscoll Firm | 2:16-cv-09506 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 39. | LATOCHE, THOMASINA | Douglas & London | 2:17-cv-09411 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | MADSEN, CARL JOHAN | The Driscoll Firm | 2:17-cv-11578 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

Case 2:14-md-02592-EEF-MBN   Document 9805-2   Filed 06/05/18   Page 7 of 15

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 41. | MALDONADO, YVONNE | Avram Blair & Associates, P.C. | 2:17-cv-08560 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 42. | MCGRAW, THOMAS | The Driscoll Firm | 2:17-cv-13861 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 43. | MERCIERS, IONIE | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 44. | MICHELS, DONNA | Wagstaff & Cartmell, LLC | 4:15-cv-00152 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 45. | MOORE, DOROTHY | Reich and Binstock, LLP | 2:17-cv-11620 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 46. | MOORE, JAMES | Jones Ward PLC | 2:15-cv-03689 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 47. | MORGAN, MERIL | Jackson Allen | 2:15-cv-05913 | Declaration-Failure to provide documentation supporting the |

7

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  | Williams, LLP |  | authority of Xarelto user's representative to sign declaration on behalf of the user |
| 48. | MULLINS, TIFFANY | The Driscoll Firm | 2:17-cv-13866 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 49. | NEWMAN, JEFF | Pulaski Law Firm, PLLC | 2:17-cv-1396 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 50. | NICHOLS, KIMBERLY J | Fears \| Nachawati | 2:15-cv-04250 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 51. | NICOMETI, FRANK | Salim-Beasley, LLC | 2:17-cv-12826 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 52. | NOSSER, REBECCA | The Driscoll Firm | 2:17-cv-9903 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 53. | O NEAL, GENE | Salim-Beasley, LLC | 2:17-cv-10495 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, |

8

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 54. | OAKLEY, LESLIE | Douglas & London | 2:17-cv-09412 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 55. | ORICK, ROYLYNN | Excolo Law PLLC | 2:17-cv-08499 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 56. | PEREIRA, LYDIA | The Driscoll Firm | 2:17-cv-13863 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 57. | PETERSON, KAY E | Lenze Moss, PLC. | 2:17-cv-05681 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 58. | PETRELLI, MARY | The Driscoll Firm | 2:17-cv-12214 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 59. | PHILLIPS, RONALD L. | Kelley & Ferraro LLP | 2:16-cv-14409 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 60. | PICKELS, CURTIS | Law Office of Christopher K. Johnston, LLC | 2:17-cv-15516 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 61. | POPE, JAMES F | Morris Law Firm | 2:17-cv-11331 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 62. | POPHAM, SUSAN | Baron & Budd | 2:18-cv-00770 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 63. | PRITCHETT, DOROTHY | Wagstaff & Cartmell, LLC | 2:17-cv-12586 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 64. | PROFFER, JOEL | The Gallagher | 2:17-cv-12629 | Declaration-Failure to provide Declaration signed by plaintiff, |

10

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  | Law Firm LLP |  | Xarelto user, or Xarelto user's representative |
| 65. | REVENE, JOHN | The Potts Law Firm, LLP | 2:17-cv-06594 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 66. | RICHEY, KENNETH D | Baron & Budd | 2:17-cv-08477 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 67. | RIDLEY, SHERRILYN | The Driscoll Firm | 2:17-cv-11575 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 68. | ROGERS, BOBBY | The Driscoll Firm | 2:17-cv-17532 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

11

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 69. | SALTER, HENRY A | Marc J. Bern & Partners LLP | 2:17-cv-17925 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 70. | SCOTT, SHAKEMA | The Gallagher Law Firm LLP | 2:17-cv-12481 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 71. | SHELTON, ERNEST L | Law Office of Christopher K. Johnston, LLC | 2:17-cv-14953 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 72. | SHERMAN, BEVERLY J | Johnson Law Group | 2:17-cv-08550 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 73. | SNYDER, BARRY V | The Schlemmer Firm, LLC | 2:17-cv-5435 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 74. | SOTO, JUANA | Freedland Harwin Valori, PL | 2:17-cv-1061 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 75. | STEPHAN, BILLIE | Napoli Shkolnik PLLC | 2:17-cv-10826 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 76. | STEWART, DARLENE | Smith Stag | 2:17-cv-11648 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 77. | STOKES, JACQULINE | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 78. | STUCKEY, BYRON | The Driscoll Firm | 2:16-cv-11472 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 79. | SUMNER, SUE | Napoli Shkolnik PLLC | 2:17-cv-10896 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 80. | THOMAS, DOROTHY | The Driscoll Firm | 2:17-cv-17359 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 81. | TODOROVIC, RAYKO | Baron & Budd | 2:17-cv-13516 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 82. | VILLAGOMEZ, DOLLY | The Gallagher Law Firm LLP | 2:17-cv-12468 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 83. | WEDGE, PHILLIP | The Gallagher Law Firm LLP | 2:17-cv-12460 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 84. | WEST, NELDA | The Driscoll Firm | 2:17-cv-11584 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 85. | WEST, WANDA | Beasley Allen | 2:17-cv-12703 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 86. | WILLETT, LAURIE | The Driscoll Firm | 2:17-cv-17520 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
| 87. | WILLIAMS, CHARLES E | Beasley Allen | 2:17-cv-06791 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 88. | WILLIAMS, REBECCA | Reich and Binstock, LLP | 2:17-cv-11205 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 89. | WILLIAMS, ROBERT | Salim-Beasley, LLC | 2:17-cv-11481 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |