UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| Betty McMahan, et al v. Janssen Research & Development, LLC, et al | * * | MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:16-cv-02619 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, Betty McMahan, individually and as next of kin of Anna Barker, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs.  Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case.  Further, counsel for Plaintiff represents that Plaintiff is moving to dismiss, with prejudice, within forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived pursuant to the Court's Case Management Order No. 6.

Dated: June 6, 2018                    **RESPECTFULLY SUBMITTED,**

                                             **Kirkendall Dwyer, LLP**

                                             */s/ Alexander Dwyer*
                                             Alexander Dwyer
                                             Texas Bar No. 24054271
                                             Andrew F. Kirkendall
                                             Texas Bar No. 24050882
                                             adwyer@kirkendalldwyer.com
                                             akirkendall@kirkendalldwyer.com
                                             Kirkendall Dwyer, LLP

440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2018 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331