UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert and Judy Bearbower v. Jannsen Research & Development, LLC, et al; USDC EDLA No. 2:*16-cv-159512

## AMENDED MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Judy Bearbower, surviving spouse of Robert Bearbower, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action individually and on behalf of the Estate of Robert Bearbower based on the death of Robert Bearbower.

A Notice/Suggestion of Death was filed in this matter on May 11, 2018 (Doc.9433).

DATED:     June 6, 2018.

                      Respectfully submitted,

                      Dyer, Garofalo, Mann & Schultz, L.P.A.

                      s/Seth W. Schanher
                      Seth W. Schanher
                      (Ohio Bar #0085395)
                      131 N. Ludlow St. Ste. 1400
                      Dayton, OH 45402
                      Telephone: (937) 223-8888
                      Facsimile:  (937)223-0727
                      sschanher@dgmslaw.com

                      Counsel for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  s/Seth W. Schanher