# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Robert and Judy Bearbower

**PLAINTIFF(S)**

**VERSUS**

Jannsen Research & Development, LLC, et al

**DEFENDANT(S)**

**CIVIL ACTION**

No. MDL 2592

SECTION: L

## ORDER

Considering the Motion For Substitution of Party [9764],

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE