| | | |
|---|---|---|
| Reg. Dist. No. 57 | Ohio Department of Health - Vital Statistics | State File No. 2018020730 |
| Primary Reg. Dist. No. 5710 | **CERTIFICATE OF DEATH** | |
| Registrar's No. 5700-2018001223 | Type or print in permanent blue or black ink | |

**DECEDENT**

1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any): ROBERT D BEARBOWER
2. Sex: MALE
3. Date of Death (Mo/Day/Year): FEBRUARY 23, 2018
4. Social Security Number: 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
5a. Age (Years): 78
5b. Under 1 Year Months / Days
5c. Under 1 day Hours / Minutes
6. Date of Birth (Mo/Day/Year): DECEMBER 18, 1939
7. Birthplace (City and State or Foreign Country): FLINT, MICHIGAN
8a. Residence State: OHIO
8b. County: MONTGOMERY
8c. City or Town: ENGLEWOOD
8d. Street and Number: 832 BROWNING AVE
8e. Apt. No.:
8f. Zipcode: 45322
8g. Inside City Limits?: YES
9. Ever in US Armed Forces?: NO
10. Marital Status at Time of Death: MARRIED
11. Surviving Spouse's Name (If wife, give name prior to first marriage): JUDY WHETSTONE
12. Decedent's Education: COLLEGE, BUT NO DEGREE
13. Decedent of Hispanic Origin: NO
14. Decedent's Race: WHITE
15. Father's Name: DORWIN BEARBOWER
16. Mother's Name (prior to first marriage): CARYL MILLER
17a. Informant's Name: JUDY BEARBOWER
17b. Relationship to Decedent: WIFE
17c. Mailing Address: 832 BROWNING AVE, ENGLEWOOD, OHIO 45322
18a. Place of Death: DECEDENT'S HOME
18b. Facility Name (If not institution, give street & number): 832 BROWNING AVE
18c. City or Town, State and Zip Code: ENGLEWOOD, OH 45322
18d. County of Death: MONTGOMERY

**DISPOSITION**

19. Signature of Funeral Service Licensee or Other Agent: SCOTT J ROLFES
20. License Number (of licensee): 008513
21. Name and Complete Address of Funeral Facility: KINDRED FUNERAL HOME
22a. Method of Disposition: BURIAL
22b. Date of Disposition (Mo/Day/Year): FEBRUARY 27, 2018
22c. Place of Disposition (Name of Cemetery, Crematory, or other place): ARLINGTON CEMETERY
22d. Location (City/Town and State): BROOKVILLE, OH
400 UNION BLVD, ENGLEWOOD, OH 45322

**REGISTRAR**

23. Registrar's Signature: Roy E. Jordan
24. Date Filed (Mo/Day/Year): 3/1/2018
25a. Name of Person Issuing Disposition Permit: JORDAN, ROY
25b. District No.: 5700
25c. Date Disposition Permit Issued (Mo/Day/Year): 2/26/2018

**CERTIFIER**

26a. Certifier (Check only one): ☒ Certifying Physician
To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Coroner or Medical Examiner
26b. Time of Death: 6:42 p.m.
26c. Date Pronounced Dead (Mo/Day/Year): 02/23/2018
26d. Was the Medical Examiner or Coroner Contacted?: YES
26e. Signature and Title of Certifier: James Nagle, MD
26f. License number: 35.039117
26g. Date Signed (Mo/Day/Year): 02/27/18
27. Name (First, Middle, Last) and Address of Person who Completed Cause of Death: JAMES B NAGLE, 200 TAIT ROAD, KETTERING, OH 45429

**CAUSE OF DEATH**

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. Renal failure, end stage | year |
| Sequentially list conditions, if any, leading to immediate cause. | b. Due to (or as Consequence of) arteriosclerotic cardiovascular disease | years |
| Enter Underlying Cause (Disease or injury that initiated events resulting in a death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
Diabetes Mellitus, Type II

29a. Was An Autopsy Performed?: ☐ Yes ☒ No
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?: ☐ YES ☐ NO ☒ Not Applicable
30. Did Tobacco Use Contribute to Death?: ☐ Yes ☒ Unknown ☐ No ☐ Probably
31. If Female, Pregnancy Status:
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year
32. Manner of Death: ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined

33a. Date of Injury (Mo/Day/Year):
33b. Time of Injury:
33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area):
33d. Injury at Work?: ☐ Yes ☐ No
33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State):
33f. Describe How Injury Occurred:
33g. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other:

HEA 2724 Rev. 07/15-09/16

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/2015
VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW

ROY E. JORDAN, LOCAL REGISTRAR
MAR 0 1 2018
Roy E. Jordan