## PROBATE COURT OF MONTGOMERY COUNTY, OHIO
### ALICE O. MCCOLLUM, JUDGE

ESTATE OF __ROBERT D. BEARBOWER__ DECEASED

Case No. __2018 EST 00847__

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
[For Executors and all Administrators]

Name and Title of Fiduciary __JUDY L. BEARBOWER, Executor__

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the court finds that:

Decedent died [check one of the following]

☒ testate ☐ intestate

on __February 23, 2018__, domiciled in __Englewood, Montgomery County, Ohio__

[Check one of the following]
- ☒ Bond is dispensed with by the will
- ☐ Bond is dispensed with by law
- ☐ Applicant has executed and filed an appropriate bond, which is approved by the court;

and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

__MAY 0 1 2018__
Date

_[signature]_
Judge ALICE O. MCCOLLUM

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

ALICE O. McCOLLUM
Probate Judge ALICE O. MCCOLLUM /Clerk

by: _[signature]_

MAY 0 1 2018
Date

[Seal]

FORM 4.5 – ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
Puritas Springs Software    07/01/1977

