UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Robert Stupp v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-10216**

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, Robert Stupp, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is moving to dismiss, with prejudice, forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived pursuant to the Court's Case Management Order No. 6.

Dated: June 6, 2018                                   Respectfully submitted,

                                                      By:  */s/ Lauren E. Burbol*

                                                      Lauren E. Burbol
                                                      Adam P. Slater
                                                      Jonathan Schulman

1

                                          SLATER SLATER SCHULMAN LLP
                                          445 Broadhollow Road, Suite 334
                                          Melville, New York 11747
                                          Phone: (212) 922-0906
                                          Fax: (212) 922-0907
                                          aslater@sssfirm.com
                                          jschulman@sssfirm.com
                                          lburbol@sssfirm.com
                                          *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 6, 2018, foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liason Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

                                              _/s/ Lauren E. Burbol_____
                                                      Lauren E. Burbol