# U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules.

Tommy West, Personal Rep of Mike West, deceased      Case Number:   2:18-cv-3841

v.

Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Tommy West, as Personal Representative of the Estate of Mike West, deceased

| | |
|---|---|
| NAME (Type or print) William F. Eckhart | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/William F. Eckhart | |
| FIRM  HOVDE DASSOW & DEETS, LLC | |
| STREET ADDRESS  10201 North Illinois Street, SUITE 500 | |
| CITY/STATE/ZIP  INDIANAPOLIS, IN  46290 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  (317) 818-3100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.   RETAINED COUNSEL              APPOINTED COUNSEL | |