# U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules.

Forest Marchal, et al.                                  Case Number:    2:18-cv-3730

v.

Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and

Development, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Forest Marchal and Betty Marchal

---

NAME (Type or print)
Robert T. Dassow

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
　　　　s/Robert T. Dassow

FIRM   HOVDE DASSOW & DEETS, LLC

STREET ADDRESS   10201 North Illinois Street, SUITE 500

CITY/STATE/ZIP   INDIANAPOLIS, IN  46290

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   (317) 818-3100 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

　RETAINED COUNSEL　　　　　　　　　　APPOINTED COUNSEL