# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>*Heidi Myers v. Janssen Research & Development, LLC, et al; No. 2:16-cv-07568* | |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANTS BAYER HEALTHCARE AG, BAYER AG AND BAYER HEALTHCARE LLC

COMES NOW, Plaintiff **HEIDI MYERS** and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and PTO 24, hereby moves this Court to dismiss the above action against Defendants **BAYER HEALTHCARE AG**, **BAYER AG** and **BAYER HEALTHCARE LLC**, and these Defendants only, with each party to bear its own costs. Counsel takes this action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 remand case selected pursuant to CMO 6 and that all filing fees have been paid.

WHEREFORE, Counsel for Plaintiff respectfully requests that this Honorable Court grant this Motion to Voluntarily Dismiss Defendants **BAYER HEALTHCARE AG**, **BAYER AG** and **BAYER HEALTHCARE LLC**, and these Defendants only, as Defendants in this action and that her claims and causes of action against the remaining Defendants named by Plaintiff in her Complaint remain pending.

Respectfully submitted:

    MURPHY LAW FIRM, LLC
    *s/ Peyton P. Murphy*
    PEYTON P. MURPHY (#22125)
    2354 South Acadian Thruway
    Baton Rouge, LA  70808
    Telephone: (225) 928-8800
    Facsimile: (225) 246-8780
    Email: Peyton@MurphyLawFirm.com

    And

    TODD C. COMEAUX (#23453)
    Comeaux Law Firm
    2354 South Acadian Thruway, Suite C
    Baton Rouge, LA  70808
    Telephone: (225) 706-9000
    Facsimile: (225) 706-9001
    Email: TC@ComeauxLawFirm.com

    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Motion to Voluntarily Dismiss* has been electronically filed with the Clerk of Court and will be forwarded to all counsel of record, via electronic service through CM/ECF, on June 7, 2018.

    *s/ Peyton P. Murphy*
    PEYTON P. MURPHY (#22125)