UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** <br><br> *Heidi Myers v. Janssen Research & Development, LLC, et al; No. 2:16-cv-07568* | |

## ORDER

The Court, after considering Plaintiff's Motion to Voluntarily Dismiss Defendants **BAYER HEALTHCARE AG**, **BAYER AG** and **BAYER HEALTHCARE LLC** filed by Plaintiff **HEIDI MYERS**, finds the Motion meritorious.

IT IS ORDERD BY THE COURT that the Motion to Voluntarily Dismiss filed by Plaintiff **HEIDI MYERS** is GRANTED, and the above-captioned case is dismissed with prejudice against Defendants **BAYER HEALTHCARE AG**, **BAYER AG**, and **BAYER HEALTHCARE LLC**, and these Defendants only, with each party to bear their own costs. Plaintiff will continue to pursue this action against the remaining Defendants named by Plaintiff in her Complaint.


Dated: _____           _____
                                       HONORABLE ELDON E. FALLON
                                       UNITED STATES DISTRICT COURT JUDGE