UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Colombo v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-15463

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9762 as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Carol Colombo, on behalf of her deceased spouse, Anthony E. Colombo, Sr., is substituted for Plaintiff Anthony E. Colombo, Sr. as the proper party in the above captioned case.

New Orleans, Louisiana, this 7th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE