UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Guldan v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-01288

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9775, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Susan Guldan, as the surviving spouse of Stephen Guldan, Jr., is substituted for Plaintiff Stephen Guldan, Jr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 7th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE