UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Richard Henson v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:16-cv-16588*

### FIRST MOTION FOR EXTENSION OF TIME TO FILE COMPLETE PLAINTIFF FACT SHEET

COMES NOW Counsel for Darnell Henson, the surviving spouse of Richard Henson, and moves to respectfully request an extension of time to file a complete Plaintiff Fact Sheet pursuant to Case Management Order No. 6.  In support of this Motion, Ms. Henson respectfully shows as follows:

1. Ms. Henson was served a copy of the Notice and Suggestion of Death for Richard Henson on May 24, 2018.

2. Ms. Henson will take necessary steps to be appointed the personal representative of Richard Henson's estate and, ultimately, to be substituted as Plaintiff in this proceeding.

3. Pursuant to Case Management Order No. 6, a completed Plaintiff Fact Sheet must be filed in this docket no later than May 30, 2018.

4. Despite requesting the appropriate medical records on May 3, 2018, and May 11, 2018, Ms. Henson has not received medical records that are necessary to complete the Plaintiff Fact Sheet in this docket.

5. This motion is being submitted to this Honorable Court without the need of a

formal hearing.

WHEREFORE, Darnell Henson respectfully requests an additional thirty (30) days, with the new deadline of June 29, 2018, within which to file a complete Plaintiff Fact Sheet in this proceeding.

Dated: June 7, 2018

    Respectfully submitted,

    ROBERTS & ROBERTS

    BY:   */s/ Justin C. Roberts*
          JUSTIN C. ROBERTS
          Texas Bar No. 24079221
          Email:  justin@robertslawfirm.com
          RANDELL (RANDY) C. ROBERTS
          Texas Bar No. 17016490
          Email:  randy@robertslawfirm.com
          ROBERTS & ROBERTS
          118 West Fourth Street
          Tyler, Texas 75701-4000
          Ph: (903) 597-6655
          Fax: (903) 597-1600
          ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                           */s/ Justin C. Roberts*
                                            **ROBERTS & ROBERTS**