UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Richard Henson v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:16-cv-16588*

**MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE COMPLETE PLAINTIFF FACT SHEET**

COMES NOW counsel for Darnell Henson, the surviving spouse of Richard Henson, and moves to respectfully request an extension of time to file a complete Plaintiff Fact Sheet (PFS) pursuant to Case Management Order No. 6.  In support of this Motion, Ms. Henson respectfully requests an additional 30 days, with the new deadline of June 29, 2018, to provide a complete PFS.

## I. FACTUAL BACKGROUND

On November 23, 2016, Plaintiff Richard Henson, by and through his counsel, filed his Complaint with the Court.  Plaintiff timely served Defendant in this case.  On January 19, 2017, Mr. Henson timely filed a PFS.

On October 16, 2017, Mr. Henson passed away.  Mr. Henson's surviving spouse, Ms. Darnell Henson, was served a copy of the Notice and Suggestion of Death for Richard Henson on May 24, 2018.  Ms. Henson will take the appropriate steps to be appointed the personal representative of Mr. Henson's estate and, ultimately, to be substituted as Plaintiff in this proceeding.

Pursuant to Case Management Order No. 6, a completed Plaintiff Fact Sheet was required to be filed in this docket no later than May 30, 2018. On both May 3, 2018, and May 11, 2018, counsel for Ms. Henson requested medical records from four different facilities to accurately complete the PFS in this proceeding. As of the date of this filing, Ms. Henson has not received a portion of the records necessary to accurately complete the PFS.

WHEREFORE, for the reasons stated above, counsel for Darnell Henson respectfully requests an extension of thirty (30) days, with a new deadline of June 29, 2018, within which to file a complete PFS in this docket.

Dated: June 7, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:   */s/ Justin C. Roberts*
    JUSTIN C. ROBERTS
    Texas Bar No. 24079221
    Email: justin@robertslawfirm.com
    RANDELL (RANDY) C. ROBERTS
    Texas Bar No. 17016490
    Email: randy@robertslawfirm.com
    ROBERTS & ROBERTS
    118 West Fourth Street
    Tyler, Texas 75701-4000
    Ph: (903) 597-6655
    Fax: (903) 597-1600
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                */s/ Justin C. Roberts*
                                             **ROBERTS & ROBERTS**