UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Richard Henson v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:16-cv-16588*

## NOTICE OF SUBMISSION

NOW COMES counsel for Darnell Henson, the surviving spouse of Richard Henson, and files this Notice of Submission of First Motion for Extension of Time to File Complete Plaintiff Fact Sheet under Case Management Order No. 6 before the Honorable Judge Eldon E. Fallon on July 11, 2018 at 9:00 a.m. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Dated: June 7, 2018

                                                             Respectfully submitted,

                                                             ROBERTS & ROBERTS

                                      BY:   */s/ Justin C. Roberts*
                                                         JUSTIN C. ROBERTS
                                                         Texas Bar No. 24079221
                                                         Email: justin@robertslawfirm.com
                                                         RANDELL (RANDY) C. ROBERTS
                                                         Texas Bar No. 17016490
                                                         Email: randy@robertslawfirm.com
                                                         ROBERTS & ROBERTS
                                                         118 West Fourth Street
                                                         Tyler, Texas 75701-4000
                                                         Ph: (903) 597-6655
                                                         Fax: (903) 597-1600
                                                         ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2018, a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          */s/ Justin C. Roberts*
          **ROBERTS & ROBERTS**