# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**This document relates to:**
*Richard Henson v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:16-cv-16588*

## ORDER

Upon consideration of all the documents relating to the *First Motion for Extension of Time to File Complete Plaintiff Fact Sheet*, and good cause appearing:

IT IS ORDERED that Darnell Henson's First Motion for Extension of Time to File Complete Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the completed Plaintiff Fact Sheet is now June 29, 2018.

Signed New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge