UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*ROBERT BAKER, INDIVIDUALLY AND AS REPRESENTATIVE OF GLENIS BAKER, DECEASED v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-01960-EEF-MBN**

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT

COMES NOW the Plaintiff in the above-styled cause, by and through his undersigned counsel, pursuant to Federal Rule of Procedure 15(a)(2), respectfully moves the Court for leave to amend the complaint filed in this action. In support, Plaintiff offers as follows:

1. Plaintiff's Complaint was initially filed on our about February 23, 2018, for which he paid the filing fee as a solitary filing and thereby complied with the filing fee payment provisions pursuant to PTO 11B;

2. That the Defendants were served in the above-referenced case after;

3. That due to error or omission the Complaint was filed with an inaccuracy in the name of the Plaintiff.

4. That after the complaint was filed and served we became aware of such error or omission.

5. That the complaint is otherwise the same in every other manner.

WHEREFORE, Plaintiff, by and through his undersigned Counsel, respectfully requests this Court grant his Motion for Leave to File First Amended Complaint.

Dated: June 7, 2018                                   Respectfully submitted,

                                                     **WATTS GUERRA LLP**
                                                      /s/ *Ryan L. Thompson*
                                                     Ryan L. Thompson
                                                     TX State Bar No. 24046969
                                                     5726 W. Hausman Rd., Suite 119
                                                     San Antonio, TX 78249
                                                     rthompson@wattsguerra.com
                                                     (210) 448-0500
                                                     (210) 448-0501 (Fax)

                                                     *Attorney for the Plaintiff*


## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant's counsel has been contacted, and consents to Plaintiff's requested relief.  Therefore, Plaintiff is treating this as an "unopposed/consent" motion.


## CERTIFICATE OF SERVICE

The hereby certify that on June 7 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     */s/ Ryan L. Thompson*
                                                     Ryan L. Thompson