UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*ROBERT BAKER, INDIVIDUALLY AND AS REPRESENTATIVE OF GLENIS BAKER, DECEASED v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-01960-EEF-MBN**

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

The Court, being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby Grants Plaintiff's Motion for Leave to File an Amended Complaint in the above captioned matter and hereby directs the proper officials to file the First Amended tendered with the Motion and the corresponding accompanying documents.

Signed, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge