UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| BARROWS v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| | * | Case No.  2:17-cv-07545 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, Pamela Barrows, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs.  Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case.  Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Dated: June 07, 2018

Respectfully submitted,

By: /s/ Sarah J. Showard
Sarah J. Showard (AZ Bar No. 012350)
SHOWARD LAW FIRM. P.C.
4703 E. Camp Lowell Dr., Ste. 253
Tucson, AZ 85712
Phone: (520) 622-3344
Fax: (520) 881-9260
sjshoward@showardlaw.com

*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 01, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

By: /s/ Sarah J. Showard
Sarah J. Showard

*Attorney for Plaintiffs*