UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

ANTHONY EGRIE v. JANSSEN PHARMACEUTICALS, INC., et al

No. 2:15-cv-04737

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff **ANTHONY EGRIE**, and hereby notifies the Court and the parties of the death of Plaintiff, **ANTHONY EGRIE**, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's Death Certificate and Affidavit of Next of Kin (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1 and Exhibit 2. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by **CAROL BELGUM**, who is the daughter of now deceased **ANTHONY EGRIE**.

**RESPECTFULLY SUBMITTED** this the 8th day of June, 2018.

                JOHN JEWELL PACE, A.P.L.C.

                By: /s/ John Jewell Pace
                John Jewell Pace
                John Jewell Pace, A.P.L.C.
                **(State Bar No. 1115)**
                P.O. Box 14209
                Baton Rouge, LA 707898
                Telephone: (225) 686-3000
                Facsimile: (866) 912-2008
                E-mail:jjp@johnjpacelaw.com

                By: /s/ Samuel C. Ward
                **Samuel "Chuck" Ward**
                Samuel C. Ward, Jr., & Associates
                **(State Bar No. 29508)**
                660 Saint Ferdinand Street
                Baton Rouge, LA 70802
                Telephone: (225) 330-6677
                Facsimile: (225) 330-6680
                Email: samuelcward@aol.com

               Attorneys for Plaintiff,
               *Carol Belgum obo Anthony Egrie*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 8th day of June, 2018.

        JOHN JEWELL PACE, A.P.L.C.

        By: /s/ John Jewell Pace
        John Jewell Pace
        John Jewell Pace, A.P.L.C.
        **(State Bar No. 1115)**
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        E-mail: jjp@johnjpacelaw.com

        By: /s/ Samuel C. Ward
        **Samuel "Chuck" Ward**
        Samuel C. Ward, Jr., & Associates
        **(State Bar No. 29508)**
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330-6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com

Attorneys for Plaintiff,

*Carol Belgum obo Anthony Egrie*