# CERTIFICATION OF VITAL RECORD

## DEATH CERTIFICATION
## State of Delaware
## Department of Health and Social Services

**STATE FILE NUMBER :** 107-18-001656

**DECEDENT'S INFORMATION:**
NAME: *ANTHONY JOHN EGRIE*
AKA's: NOT LISTED

SEX: MALE   SOCIAL SECURITY NUMBER: 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   ARMED FORCES: YES
DATE OF DEATH : MAR 02 2018   DATE OF BIRTH: JUN 10 1924   AGE: 93   YEARS

**PLACE OF DEATH INFORMATION:**
TYPE: DECEDENT'S HOME
FACILITY NAME AND ADDRESS: 7 Median DRIVE, WILMINGTON, NEW CASTLE COUNTY, 19803

**DISPOSITION INFORMATION:**
METHOD: CREMATION                                PLACE: MCCRERY AND HARRA CREMATORY
LOCATION: WILMINGTON, DELAWARE

**DEMOGRAPHIC INFORMATION:**
RESIDENCE: 7 Median DRIVE, WILMINGTON, NEW CASTLE COUNTY, DELAWARE, 19803
PLACE OF BIRTH: PENNSYLVANIA                     MARITAL STATUS: WIDOWED (AND NOT REMARRIED)
SURVIVING SPOUSE'S NAME: NOT LISTED
FATHER'S NAME: UNKOWN UNKNOWN
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: MARY STULTZ

**INFORMANT'S INFORMATION:**
INFORMANT'S NAME: CAROL ANN BELGUM               RELATIONSHIP: Daughter
MAILING ADDRESS: 7 MEDIAN DRIVE, WILMINGTON, DELAWARE, 19803

FUNERAL HOME: MCCRERY & HARRA FUNERAL HOMES AND CREMATORY, INC, 3924 CONCORD PIKE, WILMINGTON, NEW CASTLE COUNTY, DELAWARE, 19803
FUNERAL DIRECTOR: RICHARD WHITE HARRA             LICENSE NUMBER: K1-0000474

**CAUSE OF DEATH - PART I**
CONGESTIVE HEART FAILURE SECONDARY TO DIASTOLIC DYSFUNCTION

**PART II**
ME CONTACTED? NO          AUTOPSY PERFORMED? YES          AUTOPSY AVAILABLE? NO
ACTUAL OR PRESUMED TIME OF DEATH: 08:38     MANNER OF DEATH : NATURAL

**INJURY INFORMATION:**
DATE OF INJURY:                TIME OF INJURY:                INJURY AT WORK?
PLACE OF INJURY:
LOCATION OF INJURY:
HOW THE INJURY OCCURRED?

CERTIFIER NAME AND TITLE: ANDREW L. HIMELSTEIN, MD             LICENSE NUMBER: C1-0003651
CERTIFIER'S ADDRESS: 4701 OGLETOWN-STANTON ROAD, NEWARK, NEW CASTLE COUNTY, DELAWARE, 19713

DATE FILED: MAR 09 2018
DATE OF ISSUANCE: MAR 09 2018
SPECIAL INSTRUCTIONS :

L1122681

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

State Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE