# AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

State of Delaware )
County of New Castle ) SS: 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
)

I Carol A Belgum being duly sworn according to law, declare that I
(First, middle, last name)

reside at 7 Median Dr, Wilmington De and
(Street address)      (City, State)

that on 6/1/18, Anthony Egrie, who made no will, had
(Date)         (Name of the Deceased)

permanent legal residence at 7 Median Drive Wilmington De. 19803

I am the widow, widower, (child), father, mother, other and as such am entitled to receive
(Circle relationship)

the decedent's estate under the laws of Delaware.
(Name of U.S. state where decedent last had legal permanent residence)

## NAMES OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the names of living relatives in the following order of relationship: surviving spouse, children, father and/or mother, brothers and/or sisters:

| Name | Date/Place of Birth | Address | Relationship |
|---|---|---|---|
| Carol Belgum | 6/1/18 - Pa. | 7 Median Dr Wilmington De 19803 | daughter |

_____

_____

_____

_____

_____*Carol Belgum*_____
(Signature of Affiant)

Subscribed and sworn (or affirmed to) before me by _Carol Belgum_ at _3:38pm_ on _6/1/18_.

(Seal)

_Kimberly A. Reaney_
(Signature of Notary Public)

_Kimberly A. Reaney_
(Name of Notary Public)

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
KIMBERLY A. REANEY, Notary Public
Newtown Township, Delaware County
My Commission Expires May 13, 2020