# LIMITED POWER OF ATTORNEY
# REGARDING MY PERSONAL CARE

KNOW ALL MEN BY THESE PRESENT, that I, Anthony John Egrie the undersigned of 7 Median Drive, Wilmington, DE 19803 do hereby make, constitute and appoint Carol Ann Belgum, currently of 7 Median Drive, Wilmington, DE 19803, my true and lawful attorney-in-fact for me and in my name, place and stead, and on my behalf, and for my use and benefit. In the event of the death, refusal or inability of my attorney-in-fact to act as such attorney in fact, then I nominate and appoint Dennis Belgum, currently of 7 Median Drive, Wilmington, DE 19803, my true and lawful attorney in fact for me and in my name, place and stead, and on my behalf, and for my use and benefit. In the event of the death, refusal or inability of Dennis Belgum to act as such attorney in fact, then I nominate and appoint Patricia Ann Reigel, currently of 27 S. Clifton Avenue, Rear Apts., Aldan, PA 19018, my true and lawful attorney in fact for me and in my name, place and stead, and on my behalf, and for my use and benefit.

FIRST: POWERS REGARDING MY PERSONAL CARE. The scope of authority granted in this special power of attorney regarding personal care is limited to matters set forth herein, but includes powers reasonably necessary to carry out the intent of this instrument. With respect to my personal care, my attorney in fact shall have the power:

(a) To request, review, and receive any information, verbal

# Delaware Durable Personal Power of Attorney

## Notice to Principal

As the person signing this durable power of attorney, you are the Principal. The purpose of this power of attorney is to give the person you designate (your "Agent") broad powers to handle your property, which may include powers to sell, dispose of, or encumber any real or personal property without advance notice to you or approval by you.

This power of attorney does not authorize your Agent to make health-care decisions for you.

Unless you specify otherwise, your Agent's authority will continue even if you become incapacitated, or until you die or revoke the power of attorney, or until your Agent resigns or is unable to act for you. You should select someone you trust to serve as your Agent.

This power of attorney does not impose a duty on your Agent to exercise granted powers, but when powers are exercised, your Agent must use due care to act for your benefit and in accordance with this power of attorney.

Your Agent must keep your funds and other property separate from your Agent's funds and other property.

A court can take away the powers of your Agent if it finds your Agent is not acting properly.

The powers and duties of an Agent under a durable power of attorney are explained more fully in Delaware Code, Title 12, Chapter 49A, Section 49A-114 and Sections 49A-201 through 49A-217.

If there is anything about this form that you do not understand, you should ask a lawyer of your own choosing to explain it to you.

I have read or had explained to me this notice and I understand its contents.

_Anthony J Egrie_       _Nov 18, 2015_
Anthony John Egrie      Date

**Durable Personal Power of Attorney Form**

As the person completing this form, you are the Principal. This form gives another person the power to act on your behalf. The other person is your Agent.

This form allows you to designate:

(1) one Agent at a time and up to two Agents in succession;
(2) two or more Agents who may act independently of each other (Concurrent Agents); or
(3) two or more Agents who must act together (Joint Agents).

If your Agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor Agent(s).

IF YOU HAVE QUESTIONS ABOUT THIS POWER OF ATTORNEY OR THE AUTHORITY YOU ARE GRANTING TO YOUR AGENT(S), YOU SHOULD SEEK LEGAL ADVICE BEFORE COMPLETING AND SIGNING THIS FORM.

*Designation of Agent*

I, Anthony John Egrie, name the following person(s) as my
(Name of Principal)

**Agent(s):**

| | |
|---|---|
| Name of Agent: | Carol Ann Belgum |
| Agent's Address: | 7 Median Drive |
| | Wilmington, DE 19803 |

DESIGNATION OF ADDITIONAL OR SUCCESSOR AGENTS (OPTIONAL)

| | |
|---|---|
| Name of Agent: | Dennis Belgum |
| Agent's Address: | 7 Median Drive |
| | Wilmington, DE 19803 |

If more than one Agent has been named above, I intend for those Agents to:

_____ Act successively, one after the other.
__AE__ Act concurrently, independent of each other.
_____ Act jointly, such that neither may act alone.

You must sign ONE of these two choices:

_Anthony J Egrie_
Sign here if this is your choice

This power of attorney is effective immediately, and shall not be affected by my subsequent incapacity.

_____
Sign here if this is your choice

This power of attorney is effective only if and while I am incapacitated as determined under 12 Del. C. § 49A-109(c).

*Grant of General Authority*

IF YOU HAVE QUESTIONS ABOUT THIS POWER OF ATTORNEY OR THE AUTHORITY YOU ARE GRANTING TO YOUR AGENT(S), YOU SHOULD SEEK LEGAL ADVICE BEFORE SIGNING THIS FORM.

IN WITNESS WHEREOF, I have hereunto set my Hand and Seal this 18th day of Nov, 2015.

_Anthony J Egrie_
Principal's Signature

Anthony John Egrie
Print Principal's Name

SIGNED, SEALED, AND DECLARED by the Principal, Anthony John Egrie, as his/her Durable Personal Power of Attorney in the presence of the following witness, who has signed in the presence of and at the request of the Principal on the day and year appearing above.

I, the witness, swear that I am not related to the Principal by blood, marriage, or adoption; and that I am not entitled to any portion of the estate of the Principal under the Principal's current will or codicil, or under any current trust instrument of the Principal.

_Lynn E Knothe_ (Seal) of Wilmington, DE
Witness Signature

Lynn E. Knothe
Print name

STATE OF DELAWARE    )
                     ) SS.
COUNTY OF NEW CASTLE )

This Durable Power of Attorney was signed by the Principal, witnessed by the person aforesaid, and acknowledged before me, the Subscriber, a Notary Public, this 18th day of Nov 2015.

_Charles S Knothe_
Notary Public

[Notary Seal: CHARLES S. KNOTHE, ATTORNEY, 1981]