UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
_____

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**ANTHONY EGRIE v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-04737**

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **CAROL BELGUM**, on behalf of her deceased father, **ANTHONY EGRIE**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Judge