# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*TAMMY MCDANIEL v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08541*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting DONALD LINSKY, on behalf of the Estate of TAMMY MCDANIEL as Plaintiff in the above captioned cause.

1. Tammy McDaniel filed a products liability lawsuit against defendants on May 18, 2016.

2. Plaintiff Tammy McDaniel died on June 29, 2016.

3. Tammy McDaniel's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on January 12, 2017, attached hereto as "Exhibit A."

5. Donald Linsky, as personal representative of Tammy McDaniel's Estate is a proper party to substitute for plaintiff-decedent Tammy McDaniel and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed.

R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: June 8, 2018                                    Respectfully submitted,


                                                       /s/ Russell T. Abney
                                                       Russell T. Abney, Esq.
                                                       Attorney I.D. No. 000875 (GA)
                                                       FERRER, POIROT & WANSBROUGH
                                                       2100 RiverEdge Pkwy NW, Suite 1025
                                                       Atlanta, GA 30328
                                                       Telephone: 800.521.4492
                                                       Fax: 866.513.0115
                                                       atlanta@lawyerworks.com
                                                       *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: June 8, 2018                                  Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*TAMMY MCDANIEL v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al ,*
*Civil Action No. 2:16-cv-08541*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Tammy McDaniel.

Dated: January 12, 2017                Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 12, 2017                         Respectfully submitted,


                                                /s/ Russell T. Abney
                                                Russell T. Abney, Esq.
                                                Attorney I.D. No. 000875 (GA)
                                                FERRER, POIROT & WANSBROUGH
                                                2603 Oak Lawn Avenue Suite 300
                                                Dallas, TX 75219
                                                Telephone: 800.521.4492
                                                Fax: 866.513.0115
                                                rabney@lawyerworks.com
                                                *Attorney for the Plaintiffs*