# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Tammy McDaniel v. Janssen Research & Development, LLC, et al.,, Civil Action No. 2:16-cv-08541*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Donald Linsky, on behalf of the Estate of Tammy McDaniel, be substituted for Plaintiff Tammy McDaniel in the above captioned cause.

Dated: _____          _____
                                                                    Hon. Eldon E. Fallon
                                                                    United States District Court Judge