UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  )<br>  )<br>PRODUCTS LIABILITY LITIGATION  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  ) | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**This Document Relates to:**

*JEANNETTE MAYS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-00409*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting DAISY ANDREWS, on behalf of the Estate of JEANNETTE MAYS as Plaintiff in the above captioned cause.

1. Jeanette Mays filed a products liability lawsuit against defendants on January 13, 2016.

2. Plaintiff Jeannette Mays died on September 27, 2016.

3. Jeannette Mays's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on March 2, 2017, attached hereto as "Exhibit A."

5. Daisy Andrews, as Personal Representative of Jeannette May's Estate is a proper party to substitute for plaintiff-decedent Jeannette May and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ.

P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: <u>June 8, 2018</u>                                     Respectfully submitted,

                                                                                  <u>/s/ Russell T. Abney</u>
                                                                                  Russell T. Abney, Esq.
                                                                                  Attorney I.D. No. 000875 (GA)
                                                                                  FERRER, POIROT & WANSBROUGH
                                                                                  2100 RiverEdge Pkwy NW, Suite 1025
                                                                                  Atlanta, GA 30328
                                                                                  Telephone: 800.521.4492
                                                                                  Fax: 866.513.0115
                                                                                  atlanta@lawyerworks.com
                                                                                  *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: June 8, 2018                                  Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**
*JEANETTE MAYS  v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-00409*

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Jeannette Mays.

Dated: March 2, 2017                    Respectfully submitted,


                        /s/ Russell T. Abney_____
                        Russell T. Abney, Esq.
                        Attorney I.D. No. 000875 (GA)
                        FERRER, POIROT & WANSBROUGH
                        2100 RiverEdge Pkwy NW, Suite 1025
                        Atlanta, GA 30328
                        Telephone: 800.521.4492
                        Fax: 866.513.0115
                        atlanta@lawyerworks.com
                        *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: February 2, 2017                     Respectfully submitted,


/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiffs*