UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | | |

ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED
TO SERVE A FULLY COMPLETE UPDATED
PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of CMO 6, these plaintiffs were selected for inclusion in Wave 1 discovery. These Plaintiffs were eligible for selection in Wave 1 because they had met the core requirements for the Plaintiff Fact Sheet ("PFS") on or before January 31, 2018. Pursuant to paragraph 5(a) of CMO 6, these plaintiffs now "must complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection" via MDL Centrality. See CMO No. 6 ¶ 5(a). Plaintiffs on the attached Exhibit A have failed to serve a fully complete updated PFS in accordance with the time set forth in CMO No. 6. Plaintiffs were notified of this deficiency by Defendants' Liaison Counsel and have not cured this deficiency. Those plaintiffs should be ordered to show cause at 9:00am on June 27, 2018, before the Court as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 9:00 am, on June 27, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this \_\_\_ day of _____ 2018.

_____
United States District Judge