UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Harriet Ibanez, et al. v. Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, et al. Case No. 2:14-cv-02669 | MAGISTRATE NORTH |

## ORDER

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibits 2, 3 and 4 to Defendants' Reply in Support of their Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim:

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 2, 3 and 4 to Defendants' Reply in Support of their Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim (Doc. 9776) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this 8th day of June, 2018.

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE