UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Harriet Ibanez, et al. v. Janssen et al. Case No. 2:14-cv-02669 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Exhibits A, B, C, G, J, K, and L to Defendants' Reply Brief in Support of Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn-or-Instruct Claim in the above-captioned matter UNDER SEAL (Rec. Doc. 9776)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibits A, B, C, G, J, K, and L to Defendants' Reply Brief in Support of Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn-or-Instruct Claim UNDER SEAL.

New Orleans, Louisiana, this 8th day of June, 2018.

UNITED STATES DISTRICT JUDGE