**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) PHILIP W. LAKIN, SR. and ) CAROL A. LAKIN ) Civil Action No. 2:17-cv-03377 ) ) | MDL NO.: 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br><br><br>Civil Action No. 2:17-cv-03377 |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW COME Elizabeth Middleton Burke, Esquire, H. Blair Hahn, Esquire, Christiaan A. Marcum, Esquire, and the law firm of Richardson, Patrick, Westbrook & Brickman, LLC, respectfully submit to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party Regarding Plaintiff Philip W. Lakin, Sr. In support of this motion, Plaintiffs' attorneys offer the following:

1. Plaintiff Philip W. Lakin, Sr., died on August 29, 2017. See attached Exhibit A.

2. Carol A. Lakin, surviving spouse of Philip W. Lakin, Sr., and a named party to the present action, was appointed Personal Representative of the Estate of Philip W. Lakin, Sr., on December 5, 2017, in the Circuit Court of Hernando County, Florida, Probate Division. See attached Exhibit B.

1

3. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs' attorneys file this motion to amend the Complaint to Substitute Carol A. Lakin, Individually, and as Personal Representative of the Estate of Philip W. Lakin, as Plaintiff.

Dated this the 11th day of June, 2018.

/s/ Elizabeth M. Burke
Elizabeth M. Burke, Esquire
Christiaan A. Marcum, Esquire
RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2018, the foregoing Motion for Substitution of Party Pursuant to Rule 25(a)(1) of The Federal Rules of Civil Procedure was electronically filed with the Clerk of Court using the Court's CM/ECF system which e-mailed notification of such filing to all counsel of record.

/s/ Elizabeth M. Burke
Elizabeth M. Burke (Fed. I.D. #7466)
bburke@rpwb.com
RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509