# Exhibit A

**THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.**

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2017134640     **DATE ISSUED:** September 1, 2017

### DECEDENT INFORMATION
**STATE FILE DATE:** September 1, 2017

NAME: PHILIP WILLIAM LAKIN

DATE OF DEATH: August 29, 2017     SEX: MALE     AGE: 081 YEARS
DATE OF BIRTH:     SSN:
BIRTHPLACE: SOMERVILLE, MASSACHUSETTS, UNITED STATES
PLACE WHERE DEATH OCCURRED: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS:
LOCATION OF DEATH:

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: CAROL A TOBIN
RESIDENCE:
COUNTY: HERNANDO
OCCUPATION, INDUSTRY: REFRIGERATION MECHANIC, NAVAL SHIPYARD
RACE: X White    ___Black or African American    ___Asian Indian    ___Chinese    ___Filipino    ___Native Hawaiian
___American Indian or Alaskan Native--Tribe:               ___Japanese    ___Korean    ___Vietnamese
___Guamanian or Chamorro       ___Samoan        ___Other Pacific Isl:
___Other Asian:                                 ___Other:                              ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED     EVER IN U.S. ARMED FORCES? YES

### PARENTS AND INFORMANT INFORMATION
FATHER/PARENT: WALTER H LAKIN
MOTHER/PARENT: MABEL L SULLIVAN
INFORMANT: CAROL A LAKIN
RELATIONSHIP TO DECEDENT: SPOUSE
INFORMANT'S ADDRESS:

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION: GRACE MEMORIAL GARDENS
                     HUDSON, FLORIDA
METHOD OF DISPOSITION: BURIAL
FUNERAL DIRECTOR/LICENSE NUMBER: SCOTT W. VIRTS, F043757
FUNERAL FACILITY: GRACE MEMORIAL GARDENS AND FUNERAL HOME F080430
                  16931 U S HWY 19, HUDSON, FLORIDA 34667

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN       MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 1607                   DATE CERTIFIED: August 31, 2017
CERTIFIER'S NAME: ANDREW LESLIE RUTHERFORD
CERTIFIER'S LICENSE NUMBER: ME98900
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

*[signature]*

, State Registrar                            REQ: 2018497510

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

  *36173832*         DH FORM 1946 (03-13)       

**CERTIFICATION OF VITAL RECORD**     Florida HEALTH

VOID IF ALTERED OR ERASED