# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| PHILIP W. LAKIN, SR. and CAROL A. LAKIN Civil Action No. 2:17-cv-03377 | Civil Action No. 2:17-cv-03377 |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

In light of Plaintiffs' Motion for Substitution of Party, which notified this Court of the recent appointment of Carol A. Lakin as the Personal Representative of the Estate of Philip W. Lakin, Sr., a plaintiff in this case who passed away during the pendency of this lawsuit, it is hereby ORDERED that Carol A. Lakin, in her capacity as the Personal Representative of the Estate of Philip W. Lakin, Sr., is duly qualified to pursue this case on behalf of the estate and is hereby substituted as Plaintiff in this case pursuant to Federal Rule of Civil Procedure 25(a)(1). Additionally, Carol A. Lakin will remain an individual co-plaintiff to this action so that she may continue to pursue claims personal to her (i.e. loss of consortium).

It is also hereby ORDERED that Plaintiff is permitted to file an amended complaint for the sole purpose of amending the case caption to reflect the substitution of party. Pursuant to Federal Rule of Civil Procedure 15(a), any other amendments to the

pleadings proposed by Plaintiff shall only be permitted with opposing counsel's consent or leave of this Court.

    **AND IT IS SO ORDERED.**

_____
Eldon E. Fallon
United States District Court Judge