UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Pointon et al v. Janssen Research & Development LLC et al.*
**Civil Action No.: 2:15-cv-06465**

## ORDER

This matter came before the Court on the Motion to Voluntarily Dismiss Defendant Bayer Corporation filed by Plaintiff David Pointon, Individually and as Representative of the Estate of Diana Pointon, Deceased.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Defendant Bayer Corporation is hereby GRANTED, and the above-captioned case is DISMISSED WITH PREJUDICE against Defendant Bayer Corporation only, with each party to bear their own costs. Other Defendants remain in this action, and Plaintiff will continue to pursue his action against them.

New Orleans, Louisiana this  8th  day of  June , 2018.

_____
United States District Judge