# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Dallas Swafford as Personal Representative of the Estate of Madonna Swaffordv. Jansenn Research & Development, LLC, et al;*
*Case. No.2:16-cv-11513 -EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion To Voluntarily Dismiss Defendant Bayer Corporation filed by Plaintiff Dallas Swafford as Personal Representative of the Estate of Madonna Swafford, finds the motion meritorious.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Defendant Bayer Corporation filed by Plaintiff Dallas Swafford as Personal Representative of the Estate of Madonna Swafford, be and is hereby GRANTED, and the above captioned case is dismissed with prejudice against Bayer Corporation only, with each party to bear their own costs. All other claims against remaining Defendants named by Plaintiff in the Complaint remain pending.

Dated:   June 8, 2018

_____
Hon. Eldon E. Fallon
United States District Court Judge