UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Bocci v. Janssen Research & Development LLC, et al; No. 2:16-cv-15244*

## ORDER

The Court, after considering Plaintiff's Motion to Voluntarily Dismiss Defendants Bayer Healthcare AG, Bayer AG and Bayer Healthcare LLC filed by Plaintiff Michael Bocci on behalf of the Estate of Dolores Sorce, Deceased, finds the Motion meritorious.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss filed by Plaintiff Michael Bocci on behalf of the Estate of Dolores Sorce, Deceased is GRANTED, and the above-captioned case is dismissed with prejudice against Defendants Bayer Healthcare AG, Bayer AG and Bayer Healthcare LLC, and these Defendants only, with each party to bear their own costs. Plaintiff will continue to pursue this action against the remaining Defendants named by Plaintiff in his Complaint.

Dated: June 8, 2018

_____
Hon. Eldon E. Fallon
United States District Court Judge