UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>*Heidi Myers v. Janssen Research & Development, LLC, et al; No. 2:16-cv-07568* | |

## ORDER

The Court, after considering Plaintiff's Motion to Voluntarily Dismiss Defendants **BAYER HEALTHCARE AG**, **BAYER AG** and **BAYER HEALTHCARE LLC** filed by Plaintiff **HEIDI MYERS**, finds the Motion meritorious.

IT IS ORDERD BY THE COURT that the Motion to Voluntarily Dismiss filed by Plaintiff **HEIDI MYERS** is GRANTED, and the above-captioned case is dismissed with prejudice against Defendants **BAYER HEALTHCARE AG**, **BAYER AG**, and **BAYER HEALTHCARE LLC**, and these Defendants only, with each party to bear their own costs. Plaintiff will continue to pursue this action against the remaining Defendants named by Plaintiff in her Complaint.

Dated: June 8, 2018

                                                                                        _____
                                                                                        HONORABLE ELDON E. FALLON
                                                                                        UNITED STATES DISTRICT COURT JUDGE