# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Anthony Egrie v. Janssen Pharmaceuticals, Inc., et al*
CA# 2:15-cv-4737

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9842, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Carol Belgum, on behalf of her deceased father, Anthony Egrie, is substituted for Plaintiff Anthony Egrie as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE