Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| | ) SECTION:  L |
| THIS DOCUMENT RELATES TO: | ) JUDGE FALLON |
| CLARENCE PALMER, | ) MAG. JUDGE NORTH |
| | ) |
| Plaintiff, | ) Civil Action No.: 2:16-cv-02167-EEF-MBN |
| | ) |
| v. | ) |
| | ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Clarence Palmer informs the Court that Mr. Palmer has died.  Counsel will be separately filing a motion to substitute party in this action.

DATED:  June 11, 2018                    THE MULLIGAN LAW FIRM


                                    By:    /s/Charles G. Orr_____
                                           Charles G. Orr
                                           Attorney for Plaintiff




**<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that on June 11, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

        I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                    By:    /s/Charles G. Orr_____
                                           Charles G. Orr
                                           Attorney for Plaintiff