Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| THIS DOCUMENT RELATES TO: CLARENCE PALMER, | ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) |
| Plaintiff, | ) Civil Action No.: 2:16-cv-02167-EEF-MBN |
| v. | ) ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) ) ) ) ) |
| Defendants | ) ) |

**MOTION TO SUBSTITUTE PARTY**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Gail Palmer on behalf of her late spouse, Clarence Palmer.

Mr. Palmer filed a products liability action against Defendants asserting that his use of the prescription drug Xarelto caused him to suffer personal injury.  Mr. Palmer passed away in December 2017 (counsel did not learn of Mr. Palmer's passing until recently).  A suggestion of death was filed on June 11, 2018.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may

1

order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).  Mr. Palmer's products liability action against Defendants survived his death and was not extinguished.  Gail Palmer, surviving spouse of Mr. Palmer, is a proper party to substitute for Mr. Palmer and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  June 11, 2018                                                   THE MULLIGAN LAW FIRM


                                                                        By:     /s/Charles G. Orr
                                                                                Charles G. Orr
                                                                                Attorney for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                                                        By:     /s/Charles G. Orr
                                                                                Charles G. Orr
                                                                                Attorney for Plaintiff