UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tammy McDaniel v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-8541

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9844 as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Donald Linsky, on behalf of the Estate of Tammy McDaniel, is substituted for Plaintiff Tammy McDaniel as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE