UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Jeannette Mays v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-0409

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9845, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Daisy Andrews, on behalf of the Estate of Jeannette Mays, is substituted for Plaintiff Jeannette Mays as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE