UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Naomi Batte v. Janssen Research & Development, LLC, et al.*

Civil Action No. **2:16-cv-01572**

### UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

TO THE HONORABLE JUDGE FALLON:

COMES NOW, counsel for the Plaintiff Naomi Batte, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves to substitute Robert Batte, as the Representative of the Estate of Naomi Batte and to amend the Complaint filed in this action, and would respectfully show as follows:

1. The original Complaint was filed on February 24, 2016 (*Naomi Batte vs. Janssen Research & Development LLC, et al.,* 2:16-cv-01572-EEF-MBN [Doc. 1]).

2. Plaintiff duly served a copy of the Complaint on February 25, 2016.

3. Counsel for the Plaintiff filed a Notice of Death on May 14, 2018 [Doc. 9451, Case No. 2:14-md-02592].

4. Plaintiff is deceased and counsel for the Plaintiff moves to substitute Robert Batte, the Representative of the Estate of Naomi Batte, as Plaintiff in the present action.

5. Because this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

6. On or about June 1, 2018, Plaintiff provided a copy of this motion and the proposed First Amended Complaint to Defendants, and obtained written consent on June 12, 2018 from opposing counsels to amend the Complaint.  Defendants do not oppose the relief requested herein.

WHEREFORE PREMISES CONSIDERED, Plaintiff asks this Court to grant this Unopposed Motion to Substitute Robert Batte, as the Representative of the Estate of Naomi Batte and enter an order to be allowed to file an amended Complaint as attached hereto, and grant Plaintiff such other and further relief to which she may be justly entitled.

DATED: June 12, 2018

Respectfully submitted,

PIERCE SKRABANEK PLLC

*/s/ Sofia E. Bruera*

SOFIA E. BRUERA
State Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: sofia@brueralaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing Motion to Substitute Robert Batte, as the Representative of the Estate of Naomi Batte and File Amended Complaint, Amended Complaint and proposed order on the Motion to Substitute Robert Batte, as the Representative of the Estate of Naomi Batte and File the First Amended Complaint were served on June 12, 2018. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA