UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LITIGATION LITIGATION | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON |
|---|---|

THIS DOCUMENT RELATES TO:

*Naomi Batte v. Janssen Research & Development, LLC, et al.*

Civil Action No. **2:16-cv-01572**

## ORDER

**IT IS ORDERED** that the Unopposed Motion to Substitute Robert Batte, as the Representative of the Estate of Naomi Batte and File Amended Complaint, is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE