UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

LOLA KNUTZEN

MDL NO. 2592

v.

CIVIL ACTION NO. 2:17-CV-4114

JANSSEN RESEARCH &
DEVELOPMENT, ET AL.

ORDER

Upon consideration of the foregoing Motion to Enroll as Additional Counse, **IT IS ORDERED** that the name of David K. May be entered into the record of this Court as additional counsel for Plaintiff, Lola Knutzen, in the above entitled and numbered cause.

This _____ day of _____, 2018.

_____
**HON. ELDON FALLON
UNITED STATES DISTRICT JUDGE**