UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:
:

THIS DOCUMENT RELATES TO:

*CUNNINGHAM v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al.*
Civil Action No. 15-c v-6505-EEF-MBN

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel for Plaintiff hereby moves the Court for an order substituting Kenneth Cunningham, Sr., on behalf of deceased Plaintiff, Donna Cunningham.

Donna Cunningham filed a products liability action against Defendants on December 4, 2015, captioned *Cunningham, et al. v. Janssen Research & Development LLC et al.*, Civil Action No. 15-cv-6505-EEF-MBN. Counsel was thereafter informed that Donna Cunningham passed away on February 17, 2016. Kenneth Cunningham, Sr., Donna Cunningham's surviving spouse, was appointed as Administrator of the Estate of Donna Cunningham on June 1, 2018. A suggestion of Death was filed on June 12, 2018.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by

the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Donna Cunningham's products liability action against Defendants survived her death and was not extinguished. Kenneth Cunningham, Sr., as the surviving spouse and Administrator of the Estate of Donna Cunningham, is the proper party to substitute for Donna Cunningham and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

    WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute.

**Dated**: June 12, 2018

    Respectfully submitted,

/s/ D. Todd Mathews
D. Todd Mathews
Gori Julian & Associates, P.C.
Attorneys at Law
156 N. Main St.
Edwardsville, IL  62025
Ph: 618/659-9833
Fax: 618/659-9834
todd@gorijulianlaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                           /s/ D. Todd Mathews
                                           D. Todd Mathews