UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Norman Nicholas* | * | JUDGE ELDON E. FALLON |
| *(17-01419)* | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**OPPOSITION TO MOTION FOR EXTENSION
OF TIME TO SUBMIT VERIFIED PLAINTIFF FACT SHEET**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff, Norman Nicholas's ("Plaintiff's") Motion for Extension of Time to File a Verified Plaintiff Fact Sheet under CMO 6.  (Rec. Doc. No. 9493).

As explained *infra*, Plaintiff's request for an extension of time to submit a Verified Plaintiff Fact Sheet should be denied because, as repeatedly emphasized by the Court, (1) timely submission of completed and verified PFSs is *essential* to this litigation.  Timely submission of a verified PFS is even more essential here as this case has been randomly selected by the Court for work up under Case Management Order ("CMO") 6, and without a PFS, discovery under this Order cannot proceed.

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case.  *See* Nov. 20, 2015 Status Conf. Tr. at 8:15-19 ("[I]f the fact

sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice."); Oct. 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases); *see also* Sept. 20, 2016 Status Conf. Tr. at 5 ("If this information is not forthcoming, you need to know, folks, that I'm going to dismiss the cases with prejudice."); Jan. 20, 2017 Status Conf. Tr. at 32:20-25 (And if you file a lawsuit, you have a responsibility to participate in the lawsuit. It's not something that you file and forget about. It's important that the parties participate and that the attorneys who represent these parties participate. And if they don't, I'll dismiss the cases with prejudice.).

Moreover, because this case has been selected for work up under CMO 6, the timely submission of a verified PFS is even more essential as the failure to submit a complete and verified PFS tolls all of the remaining discovery deadlines pursuant to the Court's order. Specifically, CMO 6 requires plaintiffs provide an updated Plaintiff Fact Sheet, which includes completion of "all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection" the case by the Court under CMO 6. *See* CMO 6 at ¶ 5(a). CMO 6 further provides:

> Deadlines: Provided the plaintiff timely completes all sections of the Plaintiff Fact Sheet in compliance with Pretrial Order 13 within 30 days of selection, the deposition discovery set forth in paragraph 5(d) must be completed no later than seven months after the due date for the Defendant Fact Sheet. An individual plaintiff's failure to timely complete all sections of the Plaintiff Fact Sheet in compliance with Pretrial Order 13 within 30 days of selection shall toll all deadlines in this Case Management Order with respect to that plaintiffs' case until the plaintiff has complied or the case is dismissed. The deadlines in this order may be extended in a particular plaintiffs' case by agreement of the parties or by the Court due to circumstances beyond the parties' control such as the failure of a third party medical provider to timely produce medical records or the failure of a third party physician to timely appear for deposition.

*See id.* at ¶ 6.

This case was selected for work up by the Court on April 16, 2018 as a Plaintiff pick, thus the deadline to submit a fully completed and verified PFS in this case was May 16, 2018—the same date that Plaintiff's counsel filed this motion requesting an extension to provide a verified PFS, including the declaration page.  Counsel requests an extension in this case because Plaintiff passed away after filing suit, and an estate has not been opened at this time, thus there is no proper party plaintiff to sign the declaration page.  (Rec. Doc. No. 9493).  Although an unverified PFS was provided on May 16, 2018, Counsel requests an extension of 60 days—through July 15, 2018, to submit a verified PFS, including a signed declaration page and proof of the signatory authority to sign on behalf of Plaintiff's estate.  This motion, however, indicates that Plaintiff passed away on January 27, 2018.  *Id.*  Accordingly, Plaintiff's kin has had almost six months to set up the estate for Plaintiff and file a motion to substitute the estate in this case.

Without a fully complete PFS, including a declaration page verifying the PFS, discovery in this case that has been selected for work up is at a standstill.  Counsel's request for a 60-day extension until July 15, 2018 to submit a verified PFS is not warranted.  In this litigation, the burden is on Plaintiff to provide a declaration verifying the information contained in each Plaintiff Fact Sheet.  Thus, Defendants respectfully request that the Court deny Plaintiff's Motion for Extension of Time to Submit a Verified Plaintiff Fact Sheet.  (Rec. Doc. No. 9493).

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

- 3 -

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *James B. Irwin*
**James B. Irwin**

92853149.1

- 5 -