UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Reeves v. Janssen Research & Development, LLC, et al., 2:17-cv-03335* | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that Sofia E. Bruera of Bruera Law Firm, PLLC and David Buckley of The Buckley Law Group respectfully moves this Court for entry of an order withdrawing Brian Winegar, the current counsel for Plaintiff Fannie Mae Reeves, and substituting Sofia E. Bruera as lead counsel and David Buckley as associated counsel in the above referenced matter.

Accordingly, Sofia E. Bruera and David Buckley respectfully requests that the Court enter an order withdrawing Brian Winegar as counsel substituting Sofia E. Bruera as lead counsel and David Buckley as associated counsel.

Respectfully submitted,

  /s/ Sofia E. Bruera
Sofia E. Bruera
Texas Bar No. 24062189
3100 Timmons Ln, Suite 310

Houston, TX 77027
Telephone: 832.430.4000
Facsimile: 832.558.3523
Email: sofia@brueralaw.com

and

/s/ David Buckley
David Buckley
Texas Bar No. 24078281
1811 Bering Dr., Suite 300
Houston, TX 77057-1469
Telephone: 281.719.9312
Facsimile: 281.719.9307
Email: david@thebuckleylawgroup.com

and

/s/ Brian B. Winegar
Brian B. Winegar
Texas Bar No. 24081218
1811 Bering Dr., Suite 300
Houston, TX 77057-1469
Telephone: 281.719.9312
Facsimile: 281.719.9307
Email: brian@thebuckleylawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on 13th day of June, 2018.

/s/ Sofia E. Bruera
Sofia E. Bruera