## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Reeves v. Janssen Research & Development, LLC, et al., 2:17-cv-03335* | MAGISTRATE JUDGE NORTH |
| | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

### ORDER

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on June 13, 2018. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Brian Winegar of The Buckley Law Group is allowed to withdraw as counsel and that attorney Sofia E. Bruera of Bruera Law Firm, PLLC be substituted as lead counsel and David Buckley be associated counsel.

The Clerk is instructed to substitute Sofia E. Bruera as counsel in place of Brian Winegar and add David Buckley as associated counsel in the matter referenced above.

This Clerk is directed to send a copy of this Order to counsel of record.

ENTERED: _____

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

/s/ Sofia E. Bruera
Sofia E. Bruera
Texas Bar No. 24062189
3100 Timmons Ln, Suite 310
Houston, TX 77027
Telephone: 832.430.4000
Facsimile: 832.558.3523
Email: sofia@brueralaw.com

and

/s/ David Buckley
David Buckley
Texas Bar No. 24078281
1811 Bering Dr., Suite 300
Houston, TX 77057-1469
Telephone: 281.719.9312
Facsimile: 281.719.9307
Email: david@thebuckleylawgroup.com

and

/s/ Brian B. Winegar
Brian B. Winegar
Texas Bar No. 24081218
1811 Bering Dr., Suite 300
Houston, TX 77057-1469
Telephone: 281.719.9312
Facsimile: 281.719.9307
Email: brian@thebuckleylawgroup.com