UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*William Honeycutt v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-10744**

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, Robert Stupp, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is moving to dismiss, with prejudice, forty-five (45) days from the date of selection in Wave 1, and therefore any unpaid filing fee is waived pursuant to the Court's Case Management Order No. 6.

Dated:  June 13, 2018                                          Respectfully submitted,

By:  */s/ Lauren E. Burbol*

Lauren E. Burbol
Adam P. Slater
Jonathan Schulman

1

2

SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 13, 2018, foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liason Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

                                                                              _/s/ Lauren E. Burbol_____
                                                                                Lauren E. Burbol