# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)      :      **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**      :

                                     :      **SECTION L**

                                     :

                                     :      **JUDGE ELDON E. FALLON**

                                     :

                                     :      **MAGISTRATE JUDGE NORTH**

_____
**THIS DOCUMENT RELATES TO:**

**KATHY PENDERGRAFT v. JANSSEN PHARMACEUTICALS, INC., et al**

**No.  2:17-cv-1389-EEF-MBN**

### NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff **KATHY PENDERGRAFT**, and hereby notifies the Court and the parties of the death of Plaintiff, **KATHY PENDERGRAFT**, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's Death Certificate is attached hereto and incorporated herein as Exhibit 1.

**RESPECTFULLY SUBMITTED** this the 14th day of June, 2018.

Dated: June 14,  2018

/s/ *Thomas T. Merrigan*

Attorney for Plaintiff

Thomas T. Merrigan, BBO # 343480
tom@sweeneymerrigan.com
Peter M. Merrigan, BBO # 673272
peter@sweeneymerrigan.com
Jonathan Tucker Merrigan, BBO #681627
tucker@sweeneymerrigan.com
SWEENEY MERRIGAN LAW
268 Summer Street, LL
Boston, MA 02210
617 391 9001 (telephone)
617 357 9001 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 14th day of June, 2018.

Dated: June 14, 2018

*/s/ Thomas T. Merrigan*

Attorney for Plaintiff

Thomas T. Merrigan, BBO # 343480
tom@sweeneymerrigan.com
Peter M. Merrigan, BBO # 673272
peter@sweeneymerrigan.com
Jonathan Tucker Merrigan, BBO #681627
tucker@sweeneymerrigan.com
SWEENEY MERRIGAN LAW
268 Summer Street, LL
Boston, MA 02210
617 391 9001 (telephone)
617 357 9001 (facsimile)

Exhibit 1

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD



## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
### VITAL STATISTICS

**CASE FILE NO.** 3958782

### CERTIFICATE OF DEATH

**2017010378**
STATE FILE NUMBER

**TYPE OR PRINT IN PERMANENT BLACK INK**

**DECEDENT**

| 1a. DECEASED-NAME (FIRST,MIDDLE,LAST,SUFFIX) | 2. DATE OF DEATH (Mo/Day/Year) | 3a. COUNTY OF DEATH |
|---|---|---|
| Kathy  Leotine  **PENDERGRAFT** | May 26, 2017 | Washoe |

| 3b. CITY, TOWN, OR LOCATION OF DEATH | 3c. HOSPITAL OR OTHER INSTITUTION -Name(If not either, give street and number) | 3e. If Hosp. or Inst. indicate DOA,OP/Emer. Rm. Inpatient(Specify) | 4. SEX |
|---|---|---|---|
| Reno | Renown Regional Medical Center | Inpatient | Female |

| 5. RACE (Specify) | 6. Hispanic Origin? Specify | 7a. AGE-Last birthday (Years) | 7b. UNDER 1 YEAR MOS | DAYS | 7c. UNDER 1 DAY HOURS | MINS | 8. DATE OF BIRTH (Mo/Day/Yr) |
|---|---|---|---|---|---|---|---|
| White | No - Non-Hispanic | 85 | | | | | April 18, 1932 |

**IF DEATH OCCURRED IN INSTITUTION SEE HANDBOOK REGARDING COMPLETION OF RESIDENCE ITEMS**

| 9a. STATE OF BIRTH (If not USA) | 9b. CITIZEN OF WHAT COUNTRY | 10.EDUCATION | 11.MARITAL STATUS (Specify) | 12. SURVIVING SPOUSE'S NAME (Last name prior to first marriage) |
|---|---|---|---|---|
| Montana | United States | 12 | Widowed | |

| 13. SOCIAL SECURITY NUMBER | 14a. USUAL OCCUPATION (Give Kind of Work Done During Most of | 14b. KIND OF BUSINESS OR INDUSTRY | Ever in US Armed Forces? |
|---|---|---|---|
| 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 | Hairdresser | Beauty Shop | No |

| 15a. RESIDENCE - STATE | 15b. COUNTY | 15c. CITY, TOWN OR LOCATION | 15d. STREET AND NUMBER | 15e. INSIDE CITY LIMITS (Specify Yes or No) |
|---|---|---|---|---|
| Nevada | Washoe | Reno | 194 Hoge Road | Yes |

**PARENTS**

| 16. FATHER/PARENT - NAME (First Middle  Last  Suffix) | 17. MOTHER/PARENT - NAME (First  Middle  Last  Suffix) |
|---|---|
| Edger Richard SHANK | Margaret Ellen COWLEY |

| 18a. INFORMANT- NAME (Type or Print) | 18b. MAILING ADDRESS (Street or R.F.D. No, City or Town, State, Zip) |
|---|---|
| Jack D LAWRY | 194 Hoge Road Reno, Nevada 89506 |

**DISPOSITION**

| 19a. BURIAL, CREMATION, REMOVAL, OTHER (Specify) | 19b. CEMETERY OR CREMATORY - NAME | 19c. LOCATION  City or Town  State |
|---|---|---|
| Cremation | Truckee Meadows Crematory | Sparks Nevada 89431 |

| 20a. FUNERAL DIRECTOR - SIGNATURE (Or Person Acting as Such) | 20b. FUNERAL DIRECTOR LICENSE NUMBER | 20c. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| **JOANN BUSAM** SIGNATURE AUTHENTICATED | FD624 | Truckee Meadows Cremation and Burial 616 South Wells Avenue  Reno  NV  89502 |

**TRADE CALL**

TRADE CALL - NAME AND ADDRESS

**CERTIFIER**

To Be Completed by CERTIFYING PHYSICIAN

| 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated, (Signature & Title) | | 22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature & Title) |
|---|---|---|
| **BRANDI M KINDIG MD** SIGNATURE AUTHENTICATED | To Be Completed by CORONER'S OFFICE | |

| 21b. DATE SIGNED (Mo/Day/Yr) | 21c. HOUR OF DEATH | 22b. DATE SIGNED (Mo/Day/Yr) | 22c. HOUR OF DEATH |
|---|---|---|---|
| June 05, 2017 | 04:10 | | |

| 21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 22d. PRONOUNCED DEAD (Mo/Day/Yr) | 22e. PRONOUNCED DEAD AT (Hour) |
|---|---|---|
| Olivia P Baugh  MD | | |

| 23a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, ATTENDING PHYSICIAN, MEDICAL EXAMINER, OR CORONER) (Type or Print) | 23b. LICENSE NUMBER |
|---|---|
| Brandi M Kindig MD  1155 Mill St Reno, NV  89502 | 13145 |

**REGISTRAR**

| 24a. REGISTRAR (Signature) | 24b. DATE RECEIVED BY REGISTRAR (Mo/Day/Yr) | 24c. DEATH DUE TO COMMUNICABLE DISEASE |
|---|---|---|
| **CARMEN M MENDOZA** SIGNATURE AUTHENTICATED | June 05, 2017 | YES ☐  NO ☒ |

**CAUSE OF DEATH**

**CONDITIONS IF ANY WHICH GAVE RISE TO THE IMMEDIATE CAUSE STATING THE UNDERLYING CAUSE LAST**

| 25. IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c).) PART I | Interval between onset and death |
|---|---|
| (a) Cardiopulmonary Arrest | |
| DUE TO, OR AS A CONSEQUENCE OF: (b) Hemorrhagic Shock | |
| DUE TO, OR AS A CONSEQUENCE OF: (c) Gastrointestinal Bleed | |
| DUE TO, OR AS A CONSEQUENCE OF: (d) Unknown Etiology | |

| PART II  OTHER SIGNIFICANT CONDITIONS-Conditions contributing to death but not resulting in the underlying cause given in Part I. | 26. AUTOPSY (Specify Yes or No) | 27. WAS CASE REFERRED TO CORONER (Specify Yes or No) |
|---|---|---|
| | No | No |

| 28a. ACC., SUICIDE, HOM., UNDET. OR PENDING INVEST. (Specify) | 28b. DATE OF INJURY (Mo/Day/Yr) | 28c. HOUR OF INJURY | 28d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| | | | |

| 28e. INJURY AT WORK (Specify Yes or No) | 28f. PLACE OF INJURY -At home, farm, street, factory, office building, etc. (Specify) | 28g. LOCATION  STREET OR R.F.D. No.  CITY OR TOWN  STATE |
|---|---|---|
| | | |

### STATE REGISTRAR

000724429

**CERTIFIED COPY OF VITAL RECORDS**



This is a true and exact reproduction of the document officially registered and placed on file in the office of the State Registrar and Vital Records.

**DATE ISSUED:**  JUN 06 2018

This copy is not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

STATE REGISTRAR

VRS-Rev-20120523a



Date Printed:
6/6/2018

Receipt Number:   320773

**Issued By:**

Office of Vital Records
4150 Technology Way, Ste 104
Carson City, NV 89706

Death            Kathy Pendergraft

| Request Date | Qty | Service Type - Fee Type | Service Line Total | County | Service Status |
|---|---|---|---|---|---|
| 05/17/2018 | 1 | Certified Copy - New Coroner | $20.00 | Washoe | Completed |

Payments:

| | | | | |
|---|---|---|---|---|
| 06/06/2018 | Check | 62-111/311 | $20.00 | |

| | |
|---|---|
| Total Services: | $20.00 |
| Shipping Charge | |
| Total Amt Paid: | $20.00 |
| Total Owed: | $0.00 |

Mailing Information:

J. TUCKER MERRIGAN
SWEENY MERRIGAN LAW LLP
268 SUMMER STREET, LL
BOSTON  MA   02210

