UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donna Cunningham v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-6505

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9878, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Kenneth Cunningham, Sr., surviving spouse and Administrator of the Estate of Donna Cunningham, is substituted for Plaintiff Donna Cunningham as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE