UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*William Honeycutt v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-10744**

## ORDER

This matter came before the Court on the Motion for Voluntary Dismissal With Prejudice filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal With Prejudice filed by the Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this \_\_14th\_\_ day of \_\_June\_\_, 2018.

_____
Hon. Eldon E. Fallon
United States District Court Judge