UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ann Wisniewski v. Janssen Research & Development, LLC, et al., 2:18-cv-00320*

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. Plaintiff filed suit the above captioned matter on January 11, 2018.

2. Plaintiff's initial ninety (90) day fact sheet period was therefore set for April 11, 2018. On April 11, 2018, Plaintiff substantially complied with providing fact sheet information and uploaded her responses for defense counsel to the MDL centrality website.

3. Defense counsel served Plaintiff's counsel with a deficiency notice on May 25, 2018. As required by PTO 13, Plaintiff had until June 14, 2018, to cure the deficiency, twenty (20) days from the date of the Notice. The alleged deficiencies were for the failure to provide the Declaration signed by Plaintiff.

4. Plaintiff's counsel attempted to contact the Plaintiff and Plaintiff's family members on several occasions via telephone and mail regarding the Plaintiff Fact Sheet deadline; however,

Plaintiff has failed to respond to these attempts and correspondence sent has been returned, address unknown.

5. Plaintiff's counsel has conducted an extensive search to attempt to locate Plaintiff's new mailing address; however Plaintiff's counsel was unsuccessful in its efforts.

6. Plaintiff's counsel intends to hire a private investigator in an attempt to locate Plaintiff and/or contact Plaintiff's last known parole officer to produce the signed Declaration page required to satisfy the alleged outstanding deficiencies.

7. Plaintiff's counsel is requesting a sixty (60) day extension of time to continue attempting to locate Plaintiff.

8. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file plaintiff's information once it is received.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to August 13, 2018.

Dated: June 14, 2018

Respectfully submitted,

**IRPINO, AVIN & HAWKINS LAW FIRM**

/s/ *Kacie F. Gray*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 14th day of June, 2018.

/s/ ***Kacie F. Gray***
**Attorney for Plaintiff**