# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ann Wisniewski v. Janssen Research & Development, LLC, et al., 2:18-cv-00320*

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time To Satisfy Plaintiff Fact Sheet Deficiencies filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on July 11, 2018 at 9:00 a.m., before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: June 14, 2018

                                                                           Respectfully submitted,

                                                                           **IRPINO, AVIN & HAWKINS LAW FIRM**

                                                                           /s/ ***Kacie F. Gray***
                                                                           ANTHONY D. IRPINO (#24727)
                                                                           LOUISE C. HIGGINS (#31780)
                                                                           KACIE F. GRAY (#36476)
                                                                           2216 Magazine St.
                                                                           New Orleans, Louisiana 70130
                                                                           Telephone: (504) 525-1500
                                                                           Facsimile: (504) 525-1501
                                                                           airpino@irpinolaw.com
                                                                           lhiggins@irpinolaw.com
                                                                           kgray@irpinolaw.com

                                                                          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This is the 14th day of June, 2018.

      /s/ ***Kacie F. Gray***
      **Attorney for Plaintiff**