# EXHIBIT 2

```
                                                          217

                  IN THE COURT OF COMMON PLEAS
            FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                     CIVIL TRIAL DIVISION
                            - - -
_____
IN RE: XARELTO® PRODUCTS   :
LIABILITY LITIGATION       :

LYNN HARTMAN,              : MAY TERM, 2016
         Plaintiff         :
                           :
      vs.                  :
                           :
JANSSEN PHARMACEUTICALS,   :
INC., ET AL.               :
         Defendants        : NO. 3416

                            - - -

                    November 28, 2017

                            - - -

             Courtroom 243-City Hall
             Philadelphia, Pennsylvania

                            - - -

BEFORE:   THE HONORABLE MICHAEL ERDOS, J.,
          and a Jury

                            - - -

                   JURY TRIAL-VOLUME 12
                    AFTERNOON SESSION

                            - - -
```

*Danielle O'Connor, RPR, CRR 215-683-8023*

**A P P E A R A N C E S:**

Representing Plaintiffs:

        FELDMAN & PINTO
  BY:  LAURA A. FELDMAN, ESQUIRE
     6706 Springbank Street
  Philadelphia, Pennsylvania 19119
       T: 215.546.2604
  E-mail: Lfeldman@feldmanpinto.com


     LEVIN, SEDRAN & BERMAN
  BY:  MICHAEL M. WEINKOWITZ, ESQUIRE
     FREDERICK LONGER, ESQUIRE
   510 Walnut Street, Suite 500
  Philadelphia, Pennsylvania 19107
  T: 215.592.1500 F: 215.592.4663
  E-mail: Mweinkowitz@lfsblaw.com

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
    BY:  NEIL OVERHOLTZ, ESQUIRE
  DANIEL JAMES THORNBURGH, ESQUIRE
    17 E. Main Street, Suite 200
     Pensacola, Florida 32502
      T: 850-202-1010
  E-mail: Noverholtz@awkolaw.com
    dthornburgh@awkolaw.com

     Counsel for Plaintiff


    DOUGLAS & LONDON, P.C.
  BY:  GARY DOUGLAS, ESQUIRE
   REBECCA NEWMAN, ESQUIRE
   59 Maiden Lane, 6th Floor
    New York, NY 10038
  T: 212.566.7500 F: 212.566.7501
  E-mail: Gdouglas@douglasandlondon.com
  E-mail: Rnewman@douglasandlondon.com

LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY &
       PROCTOR, P.A.
  BY:  NED McWILLIAMS, ESQUIRE
  316 S. Baylen Street, Suite 600
    Pensacola, Florida 32502
  T: 850.435.7074 F: 850.436.6107
  E-mail: Nmcwilliams@levinlaw.com

**Also Present:**
      Ashley Brittain Landers
      Schlichter Bogard & Denton

      Michael A. London, Esq., Douglas & London, P.C.

      Lara Say, Douglas & London, P.C.

      Daniel Gallucci, Esq., Nast Law, LLC


Representing Defendants:

      WILKINSON, WALSH & ESKOVITZ
BY:  BETH A. WILKINSON, ESQUIRE   (pro hac vice)
     BRIAN L. STEKLOFF, ESQUIRE (pro hac vice)
     ALEXANDRA WALSH, ESQUIRE (pro hac vice)
      2001 M Street, NW, 10th Floor
        Washington, D.C. 20036
      T: 202.847.4000 F: 212.847.4005
    E-mail: Bwilkinson@wilkinsonwalsh.com
        bstekloff@wilkinsonwalsh.com
    Counsel for Defendants Bayer HealthCare Pharmaceuticals, Inc., Bayer Pharma AG and Bayer Corporation

    IRWIN, FRITCHIE, URQUHART & MOORE, LLC
      BY:  KIM E. MOORE, ESQUIRE
        TIMOTHY F. DANIELS, ESQUIRE
     400 Poydras Street, Suite 2700
     New Orleans, Louisiana 70130
     T: 504.310.2108 F: 504.310.2101
     E-mail: Kmoore@irwinllc.com
  Counsel for Defendant Janssen Pharmaceuticals

     DRINKER BIDDLE & REATH, LLP
    BY:  CHANDA A. MILLER, ESQUIRE
      REBECCA HUDSON, ESQUIRE
     One Logan Square, Suite 2000
    Philadelphia, Pennsylvania 19103-6996
     T: 215.988.2700  F: 215.988.2757
     E-mail:  Chanda.miller@dbr.com
  Counsel for Defendants Janssen Pharmaceuticals

**Also Present:**

Michael J. Hilgendorf, Litigation Project Mgr.
Wilkinson, Walsh, Eskovitz

220

INDEX

DEFENDANTS' EVIDENCE

| WITNESS | DR | CR | RDR | RCR |
|---|---|---|---|---|
| David Callans, M.D. | -- | 222 | 272<br>368 | 361 |

- - - - -

221

```
 1                        - - -
 2                (The following occurred in open court
 3        outside the presence of the jury:)
 4                        - - -
 5                THE COURT:  The motion for compulsory
 6        nonsuit based on preemption continues to be
 7        denied.
 8                I read the new case law from I think
 9        Tennessee.  Clearly, there is some difference
10        of opinion on this issue as it applies to
11        initial FDA approval, so I'm guessing that
12        probably the U.S. Supreme Court will have to
13        look at that at some point, but that remains
14        denied.
15                I have not yet looked at the punitive
16        damage and the ILPA, which I will do.
17                MS. WILKINSON:  Your Honor, will there
18        be a chance for us to be heard on those other
19        two issues or do you not want further argument?
20                THE COURT:  I will if I think that it
21        might change my mind.
22                MS. WILKINSON:  Great.  Thank you.
23                THE COURT:  Okay.  I think we're ready
24        for the jury.
25                        - - -
```

*Danielle O'Connor, RPR, CRR  215-683-8023*