# EXHIBIT 5

## Declaration of Suzanne Parisian, M.D.

The declarant Suzanne Parisian, M.D., states as follows:

1.      My name is Suzanne Parisian, M.D. I am a physician with significant experience and expertise in FDA regulatory matters and prescription drug labeling. I previously prepared an expert report in the Xarelto MDL and also testified in the Orr and Mingo trials before Judge Fallon. Rather than restate my background and experience and various opinions regarding Xarelto, I incorporate herein by reference my prior expert report and trial testimony. I have been asked to prepare this declaration as a supplement to those materials and to also emphasize certain matters to which I previously testified.

2.      It is my opinion that there was no FDA regulatory obstacle or medical basis that prevented the manufacturers of Xarelto in either its initial draft proposed Xarelto label phase or subsequent commercial labels phases from including specific laboratory testing and safety information for clinicians including information about use of Neoplastin PT (prothrombin time) and anti-Factor Xa assays. Such an improved label and/or subsequent CBE addition to the label and marketing is the responsibility of the manufacturers selling the drug and could have been effectuated at any time by the manufacturers before FDA's November 2011 approval of Xarelto to reduce the risk of stroke and systemic emboli in patients with non-valvular atrial fibrillation ("SPAF") and following compliance with FDA's condition for NDA approval requiring "Enhanced Pharmacovigilance" to determine the risk factors, clinical management and outcome of patients taking Xarelto with major bleeding.

3.      Xarelto belongs to a group of drugs generally referred to as anticoagulants (commonly referred to as a "blood thinners" and taken to reduce risk of blood clotting). Xarelto's pharmaceutical effect includes its significant inhibition of the 'clot-forming' actions of Factor Xa, a major component of the body's clotting cascade. During the entire course of Xarelto's preclinical development and clinical trial programs for obtaining FDA's approval, both the blood plasma concentration level of Xarelto and the tie to anticoagulant effect in patients was shown to be closely and linearly correlated to the values of several routine surrogate laboratory tests, for example Neoplastin PT. The manufacturers relied on Neoplastin PT values throughout product development and in its FDA documents to demonstrate good clinical correlation of Xarelto plasma level concentrations and anticoagulant effect as part of its support for safety and efficacy.

4.      I will not in this paper repeat the background explanation of the Neoplastin PT test as it was explained and discussed in detail in numerous prior expert reports and trial testimonies. While a variety of PT tests are universally available at hospitals and clinical laboratory settings for evaluation of coagulation (clotting) and bleeding risk in the United States, the use of 'Neoplastin', identifies a specific reagent used for PT (blood clotting time) determination. Neoplastin PT was first identified by the manufacturers as a marker (surrogate) beginning with preclinical animal studies as a method able to quickly detect and quantify the blood's plasma concentration of Xarelto (rivaroxaban) based on anticoagulant effects, including potential bleeding risk. Neoplastin PT is an FDA cleared laboratory coagulation test sold in the United States and used as the PT test of choice in approximately one-third of U.S. hospitals.

5.     The anti-Factor Xa test is another type of coagulation laboratory assay intended to help directly and specifically measure Factor Xa activity in the clotting cascade for a patient and predict clotting or bleeding risk. The higher Xarelto's inhibition of Factor Xa (higher anti-Factor Xa activity) the lower blood clot formation activity and the higher the risk of bleeding. Conversely, the lower the measured anti-factor Xa activity, the higher the risk of clot formation and lower the risk of bleeding. The level of measured Xarelto blood plasma concentration inhibition of Factor Xa, directly impacts the patient's risk of bleeding or clotting.

6.     The Xarelto clinical trial program demonstrated in patients that the risk of bleeding was directly related to patient exposure to Xarelto as reflected by blood plasma concentration levels and in specific laboratory coagulation markers. The clinical trials also identified that using the manufacturers' proposed once-a-day dosing for the commercial drug given over a limited timeframe, there was significant patient variability seen in coagulation markers correlated to drug blood plasma concentration levels and potential risk for bleeding. Xarelto for SPAF is intended to be marketed to be taken chronically by aging patients over the rest of their lifetime. Patients' risk of bleeding, considered a primary safety issue in the short-term clinical trial periods used by the manufacturers, was seen to vary significantly depending on the patient's underlying medical health and ability to metabolize and eliminate the drug over time. As a general matter, in the clinical trials, patients with markers supportive of higher Xarelto blood plasma concentrations were placed at correspondingly higher bleeding risk.

7.     Another laboratory tool used by the manufacturers in the pre-clinical and clinical trials to precisely determine a patient's Xarelto blood concentration at a specific point in time, was an analytic laboratory technique called mass spectrometry. Mass spectrometry, unlike surrogate laboratory markers, is capable of directly determining a patient's Xarelto blood plasma concentration level. However, not all hospitals and clinics have immediate access to mass spectrometry. So, use of mass spectrometry, an available option to precisely determine the plasma concentration of a patient, can introduce a delay in obtaining results and increases medical cost. As a result, mass spectrometry, despite being an available precise laboratory tool, at this time has not been feasible or extensively adopted by clinicians for monitoring patients taking Xarelto.

8.     The Neoplastin PT and anti-Factor Xa tests are both highly sensitive surrogate (marker) tests able to be used by clinicians (scientists, and the manufacturers) to help determine a patient's overall handling of Xarelto in terms of blood plasma concentration level and risks for clotting and bleeding. Fortunately, not all patients placed at increased risk of bleeding from a drug like Xarelto will bleed clinically until some stimulus triggers bleeding. The Neoplastin PT, provides time in seconds for a patient's blood to form a clot. The higher Xarelto's blood plasma concentration, as the manufacturer has seen, the longer Neoplastin PT time for blood to clot (time as measured in seconds). When blood takes longer to form a clot, the risk of bleeding increases. Therefore, measured prolongation or lengthening of Neoplastin PT clotting time has been routinely used to reflect a potential increased risk for bleeding. Similarly, as a patient's Xarelto blood plasma concentration increases, there is increased evidence of inhibition of Factor Xa seen as increased "anti-Factor Xa effects". Measurement of anti-Xa level for a Xarelto patient has been correlated with drug blood plasma concentration levels and risk of bleeding or clotting. The anti-Factor Xa assay is measured as volume per blood plasma (usually given as ng/ml). These two different surrogate laboratory markers, one measuring coagulation activity as seconds and the other as volume/plasma, both reflect the patient's underlying coagulation activity, (risk of clotting or

bleeding) and have been used by the manufacturers to reflect Xarelto plasma concentration levels and bleeding risk. The manufacturers verified the reliability of using these surrogate lab values by direct measurements of Xarelto plasma concentration levels by mass spectrometry. These two routine coagulation tests are available to clinicians and should be described in the label and marketing as methods to help determine underlying coagulation activity of patients taking Xarelto.

9.      These relationships between blood plasma levels of Xarelto and Neoplastin PT and anti-FXa levels have been consistently and reliably used by the manufacturers throughout Xarelto's development and clinical trial history. The Neoplastin PT results were used by the manufacturers in all of the Xarelto pivotal trials. In all three major clinical trial programs - RECORD, ROCKET and EINSTEIN - patients' bleeding risk was shown to be closely correlated to Neoplastin PT results. Quartile analysis were done in each trial and the higher PT quartiles were consistently shown to have increased bleeding risk. FDA's A.T Farrell, M.D. Acting Division Director, July 3, 2011 under "Background Summary" of the VTE-P NDA: "...*rivaroxaban does prolong the partial thromboplastin time (PT Additionally, there is a linear relationship between exposure and PT prolongation. Dose dependent inhibition of Factor Xa was observed in clinical pharmacology trials... the clinical and pharmacology review team recommended and continues to recommend the development of a lower strength formulation for dose modification to be used in certain populations of patients who may be more sensitive to rivaroxaban.*" [1]

10.     Xarelto has been sold and marketed successfully to United States' clinicians and patients as a convenient once daily single dose anticoagulant drug for the indication of SPAF in patients which did not require any ongoing clinical monitoring of patient laboratory tests to proactively identify risks and without special diet restrictions in contrast to Coumadin (sodium warfarin), prescribed since the 1950s.) Marketing has stressed the convenience of Xarelto. The Xarelto label has not been updated by the manufacturers since 2011 to provide improved instructions, directions or recommendations obtained from its required Enhanced Post market monitoring of bleeding risk, a condition for its continued NDA approval. Physicians in the United States have been provided no updated information about methods to measure the anticoagulant effects of Xarelto for specific patients to help identify patients at increased potential risk of bleeding. There are no improved instructions for physicians for Xarelto relevant to patients' aging, changes in underlying medical conditions other than the kidney (CrCl 15-50mL/min.) Once started, literally manufacturers' marketing in the United States is that Xarelto is to be taken at the same dose and frequency for the remainder of the patient's life with no recommendations for additional laboratory testing. The Neoplastin PT and anti-FXa tests are both well-known, reliable and accurate laboratory tests for the purpose that they would assist in identification of patients at increased risk for bleeding, yet that has not been adequately provided by the manufacturers.

11.     Given the significant variability of Xarelto exposures and therefore bleeding risk that can exist between and among individual patients taking Xarelto and the changes in risk over the anticipated lifespan of patients taking Xarelto, it is my opinion that an adequate Xarelto label should provide adequate and helpful direction and instruction to prescribing and treating physicians on this topic. The FDA regulations provide that laboratory test information that would

---

[1] FDA Summary Review, Regulatory Actions, available at
http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/022406Orig1s000SumR.pdf.

be helpful in assessing the patient's reaction to the drug - including the potential to develop adverse reactions to the drug - should be included in a separate "laboratory test" section within the general Section 5 for Warnings and Precautions.

12.     It is my opinion as I have testified that after looking at the regulatory documents for Xarelto there was not any legitimate regulatory objection to the Sponsors from FDA not allowing them to include such important safety information in a separate "Laboratory Testing" subsection within the Section 5 "Warnings and Precautions" part of the label. Furthermore, this addition of safety information could and should have been accomplished with the initial draft label (21 CFR§ 314.50; 21 CFR§ 201.57) sent to FDA by the manufacturer or, after NDA approval, by way of a later Changes Being Effected (CBE) NDA supplement (21 CFR§ 314.70). It remains my opinion that there are numerous clinical indications for performing such laboratory tests to determine the anticoagulant activity of Xarelto in a specific patient over the course of their lifetime. Most importantly, these tests could and should have been used to identify patients in the upper quartile of Neoplastin PT or the higher ranges of Xarelto blood plasma concentration and therefore at increased risk of bleeding. Such adequate safety information was required for Xarelto to be sold with an adequate label and would have permitted the health care provider and patient to jointly make an informed decision regarding acceptability of chronic use of Xarelto for SPAF versus chronic use of any of the other approved anticoagulant treatment option available.

13.     There is specific basis in the FDA regulations to support my opinion that instruction and direction regarding the Neoplastin PT test and the laboratory-developed anti-FXa assay could and should have been included in the Xarelto label. Full prescribing information[2] specifically mandates that a prescription drug product label in the WARNINGS AND PRECAUTIONS section <u>must</u> identify <u>any</u> laboratory tests helpful in following the patient's response or in identifying possible adverse reactions and, if appropriate, information about the frequency of testing and expected ranges of normal and abnormal values. This provision was emphasized in an FDA "Guidance for Industry" document promulgated in January 2006. For marketed Xarelto, 21 CFR §201.57 for full prescribing information requires that a manufacturer responsible for conducting pharmacovigilance for a marketed drug like Xarelto to revise the Warnings and Precautions about a clinically significant hazards, including bleeding risk,  by updating the frequency of clinically significant adverse reactions, approximate mortality and morbidity rates of patients.

14.     Interestingly, the manufacturers of Xarelto have in various writings by company scientists and clinicians written in great detail about the clinical usefulness of the Neoplastin PT and anti-FXa assay tests. These writings specifically emphasized the reliability of the Neoplastin PT test during the Xarelto clinical trial program but are not reflected in the label. In addition, upon receipt of SPAF indication in November 2011, Janssen specifically made efforts to identify a business partner to obtain FDA-clearance of an anti-FXa assay. Several such assays had received EMA clearance and were in clinical use in Europe. Janssen advocated to its business partner Stago there was a need for such a commercial assay in the U.S.

15.     Anti-FXa assays can be available as U.S. laboratory assays as labeled "For Research Use Only" or "For Investigational Use Only".[3] The assays can also be available as a test

---

[2] 21 CFR§ 201.57 (c)(6)(iii)
[3] 21 CFR§ 861.

4

methodology conducted and validated at a single laboratory (designed, manufactured and used within the single facility) for patients. This type of single facility in vitro test is a called a laboratory developed test ("LDT") and is available pursuant to various regulations and guidelines promulgated by the oversight and certifying organizations for clinical laboratories. The FDA has historically not enforced any type of requirement for prior premarket review or clearance of LDTs, has continued to hold multiple public workshops and meetings on the topic. On January 13, 2017 FDA issued a discussion paper on LDTs indicating it still would not issue any formal regulatory guidance for LDTs but would propose a future use some form of prospective oversight only for moderate and high risk LDTs.[4] I am aware of academic medical centers and clinical reference laboratories that utilize such LDT versions of a Rivaroxaban anti-FXa assay and promote the availability of these studies to healthcare providers. There is no regulatory prohibition from including reference to such LDT assay information in prescription drug labels, especially in the laboratory testing information in Section 5 Warnings and Precautions. In fact, other anticoagulant drugs include such information in Section 5 and also reference "laboratory developed tests." The manufacturers internally also proposed for Xarelto a labeling contingency document and a labeling scenario for SPAF with a Section 5 Laboratory Section modeled on other approved anticoagulant drugs prior to Xarelto's approval. The FDA was not provided the label contingency proposal from the manufacturers or any draft label which included a proposed Section 5 and recommendations for laboratory tests.

16.     There has been some suggestion by Bayer and Janssen that adding safety information to the Xarelto label including Neoplastin PT and the anti-FXa assay would be considered somehow improper or dangerous for patients. The manufacturers have also suggested that the lack of the FDA's clearance or approval for Neoplastin PT or an anti-FXA test specifically for use with Xarelto precludes inclusion of such test information in the United States Xarelto label. This is untrue. It also mischaracterizes the FDA's NDA approval process for new drugs for the public, disregards the availability of the CBE process to immediately allow a manufacturer to improve safety and warning information in its own label to protect patients and discounts the lengthy history of interactions between the manufacturers and concerns of members of FDA throughout the agency's involvement with Xarelto. Such a misrepresentation is also totally contrary to the purpose of the drug manufacture (not the FDA) being required to draft and provide an adequate drug label, even for an anticoagulant. The prescription drug label is intended for use by the healthcare provider to ensure risks of a drug are commensurate with benefits and that a patient can be instructed how to use a drug safely and effectively. The manufacturer not the FDA has been given the final responsibility for ensuring the adequacy of its own commercial drug label and marketing. There are examples for Xarelto showing the manufacturer's control of the final label. The manufacturer proposed a draft label that did not include information about the laboratory work-up of clinical symptoms associated with clinical adverse events with Xarelto. Before any approval of Xarelto in the summer of 2011, in in Section 5.2 "Risk of Bleeding", the manufacturers in a June 14, 2011 response to FDA indicated it had elected to delete the reference to laboratory tests included in the last sentence by FDA as "redundant". The manufacturers chose to delete from FDA's requested language: "Promptly evaluate any signs or symptoms of blood loss "(e.g. a drop-

---

[4] FDA issued "Discussion Paper on Laboratory Developed Tests (LDTs)" on January 13, 2017. (www.Fda.gov/downloads/Medical
Devices/ProductsandMedicalProcedures/InVitroDiagnostics/LaboratoryDevelopedTests/UCM536965.pdf)

in hemoglobin and or hematocrit or hypotension.)"[5] Both hemoglobin and hematocrit, two common laboratory tests available to help identify blood loss, were deleted. FDA agreed to the manufacturers' proposed change. The manufacturers can request information be included in its label as "important". In response to the manufacturer's proposed draft label Section 12.2 Pharmacodynamics, FDA transmitted revised labeling back to the company which then deleted the following: "The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamics effect."[6] The manufacturer wrote to the FDA on June 28, 2011 that it did not accept FDA's change to this section and re-proposed a follow-up draft label which returned the deleted INR sentence back to the label based on the manufacturer telling the FDA reviewer it was "important information." The FDA approved the Xarelto label, Section 12.2 Pharmacodynamics on July 1, 2011 (see XARELTO VTE-P label July 1, 2011) including the following two statements related to INR and other coagulation parameters listed in section 12.2 including PT: "There are no data on the use of the International Normalized Ratio (INR). The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established." However, by time of FDA's approval of SPAF indication in November 2011, the manufacturer requested to delete these statements from its own drug label, and the FDA transmitted final SPAF labeling with these two sentences removed. [7] As a result of the manufacturer's actions, the November 2011 SPAF label was approved without the INR statement or the statement about the coagulation parameters such as PT being predictive of bleeding risk, in Section 12.2. According to the email from Alla Rhoge on November 4, 2011, the labeling committee at Janssen had requested these 2 sentences be removed, in light of the ROCKET data which was of course the Phase II trial supporting the SPAF indication.[8]

17.    As I have testified, there was no evidence in all the regulatory documents reviewed for the NDA approvals for Xarelto and subsequent label negotiations between FDA and the manufacturers that there was "impossibility" imposed by the FDA officially preventing the manufacturers from developing an adequate label for marketing Xarelto, namely with a label or labeling which instructed health care providers on methods available to ensure the safety of patients taking Xarelto and identification of patients at increased risk for bleeding.

18.    Regarding the ability to describe the use of PT in the label by the manufacturers, Dr. Grant in his FDA November 5, 2011 Decisional Memo published on FDA's website provided the agency's official Summary Review of the Xarelto NDA approval for SPAF for the Review Division. Dr. Grant recorded that the "*applicant*" had chosen not to include the PT information in the product label NOT the FDA. According to Dr. Grant, members of the FDA supported the use of some monitoring of the drug to assure appropriate dosing and reduce the risk of bleeding: "*The clinical pharmacology and clinical reviewers demonstrated that there is a linear correlation between rivaroxaban levels and prothrombin time (PT). They also demonstrated that there is a correlation between PT and risk of bleeding. This applicant has not chosen to utilize this information. However, infrequent monitoring to assure appropriate dosing of drugs* that *prevent*

---

[5] Xarelto-Janssen_01231199
[6] Xarelto-Janssen _01231199
[7] Xarelto-Janssen_01499448

[8] Xarelto_Janssen_01499448

*stroke and cause bleeding may improve outcomes and be acceptable to patients.*"[9] This does not support that FDA was "officially" not in favor or would not permit the inclusion of methods for using laboratory tests like PT in the label to inform health care providers about methods for occasionally monitoring Xarelto safety. In fact, the official published opinion from FDA of the information considered for NDA approval of SPAF, written by Dr. Grant supports that information like PT was requested for inclusion in the Xarelto label by FDA, but that the manufacturers elected not to include the information, including PT, in the label in November 2011.

19. The Neoplastin PT test is a general coagulation laboratory test used for assessing the anticoagulant (clotting/bleeding) effect of medications including drugs like Xarelto as well as to work-up medical conditions. Similarly, there is no FDA regulation that prohibits information on laboratory developed tests with particular clinical relevance from being included in prescription drug labeling. The manufacturer is permitted by the CBE to improve and strengthen the safety information in its circulated label before obtaining FDA's approval. The manufacturer is also able to incorporate additional safety information in its labeling and marketing to protect the public before approval by the FDA. In fact, the inclusion of such information should be encouraged to the extent that it can contribute to the safe and effective use of anticoagulant medications.

20. As part of Xarelto's NDA approval, there was a post approval condition for "Enhanced Pharmacovigilance".[10] The manufacturers of Xarelto were required to have a method for "active solicitation" of bleeding events and associated risk factors, subsequent therapy and outcomes. The proposal was to be submitted to FDA November 30, 2011, with the study completed June 30, 2016 and the final report due December 30, 2018.[11] Part of the approved protocol plan was for the manufacturers to create and distribute "bleeding questionnaires" to healthcare providers to help obtain additional information on Xarelto patients who developed bleeding complications as a result of taking the medication. The plan also included a component for follow-up and analysis of the post-marketing safety data pertaining to information about risks of major bleeding. These questionnaires specifically asked for coagulation test results for the patient's, including PT information. The questionnaires which resulted clearly identified numerous instances of patients with elevated PT results who experienced bleeding complications. These results served to reinforce what was previously known — the PT test (especially when utilizing the Neoplastin reagent) could be useful in identifying patients with an increased risk of bleeding. As this questionnaire data was received after Xarelto went to market, it provided further post-approval pharmacovigilance basis for updating the Xarelto label to include Neoplastin PT direction and instruction information in Section 5 of the Xarelto label, the post market adverse events section and Xarelto's marketing to clinicians. This elevated PT information was seen in several examples of fatal bleeding events in patients taking Xarelto. After Xarelto's approval, there were also published case reports of patients with "supratherapeutic" Xarelto drug levels as measured by blood plasma concentration thus reinforcing the concern for increased bleeding risk in patients with higher plasma concentration levels whether measured directly by mass spectrometry or indirectly by PT or anti-FXa assay.

---

[9] Misselwitz Exhibit 4

[10] FDA Approval Letter, available at
http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/022406Orig1s000Approv.pdf
[11] Id

21.     I have reviewed the expert report and testimony of Robert Gosselin on the issue of the use of the Neoplastin PT and laboratory developed anti-FXa assay in the context of Xarelto. I consider Mr. Gosselin's opinions and testimony to be instructive and supportive of my opinion that laboratory testing instruction should be included in the Xarelto label. Mr. Gosselin's testimony refutes and puts in context the suggestion by the manufacturers of Xarelto that the use of such laboratory tests would be dangerous. I incorporate by reference Mr. Gosselin's trial testimony, especially for his technical explanation on how to create a laboratory developed anti-FXa test for Xarelto and attach his testimony to this declaration as Exhibit 1.

22.     The clinical usefulness of the Neoplastin PT test has been widely discussed in medical literature written or co-authored by numerous Bayer employees. To my knowledge, none have ever suggested that the Neoplastin PT was not clinically useful as a reliable diagnostic tool or dangerous for patients. In fact, a recent publication by Kubitza, et al., emphasizes the availability of Neoplastin PT to assess the anticoagulant effects of Xarelto as a meaningful differentiating characteristic for Xarelto compared to its competitor agent Eliquis.

23.     In my opinion, there is no credible regulatory or factual basis to state that it would have been "impossible" to include instruction and direction on the use of the Neoplastin PT and anti-FXa laboratory tests in the Xarelto label. The FDA strikethrough language related to the manufacturers' attempt to include information on the Neoplastin PT in Section 12.2 of the draft Xarelto label does not show impossibility and unlike the published review by Dr. Grant for the FDA of the administrative documents for the NDA on the FDA's website, it does not constitute an official opinion of the FDA. First, there never was a good-faith attempt by the sponsors to ever include Neoplastin PT guidance in the proper part of the label, i.e., the Warnings and Precautions information in Section 5 of the label. Such an effort should have included reference to and explanation of the quartile analysis from the pivotal clinical trials that showed increased bleeding risk with higher PT levels. In addition, to the extent that an FDA reviewer of a proposed label may have initially opposed such efforts, the drug sponsor, ultimately responsible for ensuring the adequacy of its own commercial drug label, is permitted and required to pursue steps to obtain a final label for marketing it feels appropriate and has the option and duty to undertake obtaining further official agency action. In this instance, there never was any official FDA position expressed on the issue and the sponsors never sought further official discussion or debate on the point from the FDA. Unlike the request to continue the INR statement in the July 2011 label as "important information", which FDA accepted, there was no similar official statement made by the manufacturers to FDA in writing indicating that it considered inclusion of laboratory information "important information" for safe use of Xarelto. Dr. Grant for the Review Division indicated in his Decisional memo for the SPAF indication that it was the manufacturers which chose not to include the PT language and describe the relationship to plasma concentration and bleeding in the official published FDA NDA for Xarelto.

24.     It should be emphasized that the use of the Neoplastin PT and the anti-FXa assay in this context is not being contemplated as a means to dose-adjust Xarelto. The manufacturers elected to use only one daily dose for SPAF and not to pursue dosing studies to determine the most effective and safest dose. Instead, in the context discussed here, the use of such laboratory tests is limited to evaluating the anticoagulant effect of Xarelto on the patient. Such information could be relevant to physicians evaluating symptomatic bleeding and if it is due to the anticoagulation effects of Xarelto versus some other etiology, whether a patient took Xarelto, consideration if a

patient taking Xarelto is an appropriate candidate for emergency surgery based on estimated drug levels and anticoagulation effects. Labeling information could identify the particular patient which might be at increased risk of bleeding based upon information known about Neoplastin PT and bleeding risk seen in Xarelto clinical trials. Such use of the PT test is supported by numerous references in the Xarelto label that "increased exposure" to Xarelto results in increased pharmacodynamic effects and increased bleeding risk. However, there is no specific information in the Xarelto label for healthcare providers to use to help them identify patients with "increased exposure" and elevated plasma levels at increased risk of bleeding. Description of use of a reliable and common laboratory test like Neoplastin PT would be an obvious benefit for patient safety and clinical care. For example, some patients are shown to be "high responders" to Xarelto as indicated by a significantly prolonged Neoplastin PT or elevated anti-FXa levels. Having the benefit of this information would allow physicians decide whether to prescribe another anticoagulant - such as warfarin or other NOAC - for such patients.

25. To my knowledge, there has never been any attempt to include direction or instruction regarding the use of the anti-FXa assay in the Xarelto label. Dr. Farrell in her FDA Summary "Background" and published review of Xarelto for VTE-P wrote that: *"Dose dependent inhibition of Factor Xa was observed in clinical pharmacology trials".[12]* Therefore, there is no basis to state that it would be "impossible" for the manufacturers based on FDA to include such information in the Xarelto label. In my opinion, using a laboratory test to assist in identifying patients who might be at increased risk of bleeding on Xarelto would be extraordinarily useful to clinicians. It would allow physicians to make more informed anticoagulant prescribing decisions for patients. Instead of prescribing Xarelto to a patient with an identified increased risk of bleeding, the physician could utilize warfarin which allows for ongoing clinical monitoring or another FDA approved NOAC option, such as Eliquis, which has a lower risk of bleeding according to substantial comparative epidemiological studies.

26. The FDA's published Xarelto review summaries by Dr. Farrell and Dr. Grant represent the FDA's official administrative file describing Xarelto's NDA approvals in 2011 and the information considered by FDA. (21 CFR§ 10.70 provides that the published summary is the official administrative file regarding agency action including FDA decision on NDA approval.) In addition, there is no official FDA advisory opinion pursuant to the procedures and requirements of 21 CFR§ 10.85 preventing or restricting the Xarelto sponsors from updating its label to include laboratory test safety information in any section of the label including the Warnings and Precautions section. Again, it should be noted that other anticoagulants, e.g. Lovenox and Arixtra, include laboratory testing information in the Section 5 Warnings and Precautions section. In addition, the Pradaxa label has been updated to include reference to the use of the aPTT test (another laboratory test of coagulation) to assess its anticoagulant effects in patients.

27. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2017.

_Suzanne Parisian_
Suzanne Parisian, M.D.

---

[12] FDA Summary Review, Regulatory Actions, available at
http://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/022406Orig1s000SumR.pdf.

# EXHIBIT 1

1          UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF MISSISSIPPI

3

4

5   IN RE:  XARELTO              *
    (RIVAROXABAN) PRODUCTS       *
6   LIABILITY LITIGATION         *
                                 *
7   THIS DOCUMENT RELATES TO:    *   Docket No.: 14-MD-2592
                                 *   Section "L"
8   *Dora Mingo, et al. v.*      *   Jackson, Mississippi
    *Janssen Research &*         *   August 10, 2017
9   *Development, LLC, et. al.,* *
    Case No.: 15-CV-3469         *
10  * * * * * * * * * * * * * * * *

11            VOLUME IV - MORNING SESSION
         TRANSCRIPT OF JURY TRIAL PROCEEDINGS
12       BEFORE THE HONORABLE ELDON E. FALLON
            UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15

16  For the Plaintiffs'
    Liaison Counsel:            Gainsburg Benjamin David
                                  Meunier & Warshauer
17                              BY:  GERALD E. MEUNIER, ESQ.
                                2800 Energy Centre
18                              1100 Poydras Street
                                New Orleans, Louisiana 70163
19

20
    For the Plaintiffs:         Beasley Allen
21                              BY:  ANDY BIRCHFIELD, ESQ.
                                P.O. Box 4160
22                              Montgomery, Alabama 36103

23

24

25

              OFFICIAL REALTIME TRANSCRIPT

753

1    <u>APPEARANCES</u>:

2                              Gainsburg Benjamin Davis
                                 Meunier & Warshauer
3                              BY:  WALTER C. MORRISON, IV, ESQ.
                               240 Trace Colony Park Drive
4                              Suite 100
                               Ridgeland, Mississippi 39157
5

6
                               Goza Honnold
7                              BY:  BRADLEY D. HONNOLD, ESQ.
                               11181 Overbrook Road, Suite 200
8                              Leawood, Kansas 66211

9

10                             The Lambert Firm
                               BY:  EMILY JEFFCOTT, ESQ.
11                             701 Magazine Street
                               New Orleans, Louisiana 70130
12

13
                               Levin, Fishbein, Sedran & Berman
14                             BY: FREDERICK S. LONGER, ESQ.
                               510 Walnut Street
15                             Suite 500
                               Philadelphia, Pennsylvania 19106
16

17
     For the Defendant Bayer
18   HealthCare Pharmaceuticals
     Inc. and Bayer Pharma AG:    Mitchell, Williams, Selig, Gates &
19                                  Woodyard, P.L.L.C.
                                  BY:  LYN P. PRUITT, ESQ.
20                                425 W. Capitol Avenue, Suite 1800
                                  Little Rock, Arkansas 72201
21

22
                               Watkins & Eager, PLCC
23                             BY:  WALTER T. JOHNSON, ESQ.
                               400 East Capitol Street
24                             Jackson, Mississippi 39201

25

OFFICIAL REALTIME TRANSCRIPT

1    APPEARANCES:

2    For Janssen Pharmaceuticals,
     Inc. and Janssen Research &
3    Development, LLC:            Barrasso Usdin Kupperman Freeman &
                                    Sarver, LLC
4                                BY:  RICHARD E. SARVER, ESQ.
                                 909 Poydras Street, 24th Floor
5                                New Orleans, Louisiana 70112

6

7    Official Court Reporter:    Jodi Simcox, RMR, FCRR
                                 500 Poydras Street
8                                Room HB-406
                                 New Orleans, Louisiana 70130
9                                (504) 589-7780

10

11
     Proceedings recorded by mechanical stenography, transcript
12   produced by computer.

13

14

15

16

17

18

19

20

21

22

23

24

25

                    OFFICIAL REALTIME TRANSCRIPT

1                              **I N D E X**

2                                                                  Page

3
ROBERT GOSSELIN
4        Voir Dire By Mr. Birchfield:                    757
         Voir Dire By Mr. Sarver:                       771
5        Direct Examination By Mr. Birchfield:          777
         Cross-Examination By Mr. Sarver:               812
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

| | | |
|---|---|---|
| 08:57 | 1 | plaintiffs. |
| 08:57 | 2 | Go ahead. |
| 08:57 | 3 | **DIRECT EXAMINATION** |
| 08:57 | 4 | BY MR. BIRCHFIELD: |
| 08:57 | 5 | Q.  All right.  Mr. Gosselin, if you would, we have a board. |
| 08:57 | 6 | MR. BIRCHFIELD:  Your Honor, may he step down and -- |
| 08:57 | 7 | THE COURT:  Sure. |
| 08:57 | 8 | BY MR. BIRCHFIELD |
| 08:57 | 9 | Q.  I would like for you to step down and use this board. |
| 08:58 | 10 | MR. SARVER:  Your Honor, may I move to a place where |
| 08:58 | 11 | I can see? |
| 08:58 | 12 | THE COURT:  Sure.  Sure. |
| 08:58 | 13 | MR. SARVER:  Thank you.  After you, Mr. Gosselin. |
| 08:58 | 14 | I'm just trying to get to where I can see.  That's all.  Thank |
| 08:58 | 15 | you very much. |
| 08:58 | 16 | BY MR. BIRCHFIELD: |
| 08:58 | 17 | Q.  I ask you to use this board and give us -- and give us an |
| 08:58 | 18 | explanation on the clotting cascade. |
| 08:58 | 19 | A.  Good morning.  I'm going to -- I'm going to try to explain |
| 08:58 | 20 | what we're doing in the laboratory on the clotting cascade |
| 08:58 | 21 | here.  So this is a -- |
| 08:58 | 22 | THE COURT:  Would you hold it up a little bit, |
| 08:58 | 23 | please? |
| 08:58 | 24 | THE WITNESS:  A little bit higher? |
| 08:58 | 25 | THE COURT:  Yes. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

08:58 1      **THE WITNESS:**  How's that?

08:58 2              This is a very, very complex process that we

08:58 3   have.  I believe you kind of introduced this yesterday about

08:59 4   the different cells being involved, the fluid, the part of the

08:59 5   blood, and all that kind of stuff.

08:59 6              So probably what makes this a little bit really

08:59 7   difficult for most people to understand -- because most

08:59 8   physicians don't like to look at this because it doesn't really

08:59 9   make a whole lot of sense -- in that part of this is the

08:59 10  numbers.

08:59 11             Well, all these numbers, these roman numerals,

08:59 12  they actually have names of these factors.  These are factors

08:59 13  that actually circulate in the blood.  We tend to write them in

08:59 14  the roman numerals because it's a lot easier for us to do it

08:59 15  this way versus, let's say, Factor IX is called "Christmas

08:59 16  factor."  Well, if we were to say "Christmas factor," it's

08:59 17  going to be very hard and more complex rather than just using

08:59 18  roman numerals.

08:59 19             The other thing that may be a little more

08:59 20  confusing is, if the process starts up here, then why are we

08:59 21  starting with No. I?  Why isn't this No. I, No. II, No. III?

08:59 22  And the reason is this is how they're numbered based on

08:59 23  discovery.

08:59 24             So fibrinogen was the first factor to be discovered,

08:59 25  then prothrombin.  And then you're saying, "Well, where's

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

08:59  1    Factor III?  Where's Factor IV?"  And those actually got
08:59  2    renamed.  So Factor III used to be this right here.
09:00  3    Factor IV used to be -- I don't remember.  And Factor VI was
09:00  4    calcium.  So it makes it a little bit difficult to understand
09:00  5    this process when numerically they don't make any kind of sense
09:00  6    in any kind of sequence.
09:00  7            But, essentially, what we're doing in coag, when
09:00  8    we're doing testing, is these are the circulating proteins, the
09:00  9    ones without the a's.  And then they get activated to an
09:00  10   activated form, which is what the little "a" stands for.  So
09:00  11   once you have an activation protein, it may activate another
09:00  12   inactive protein or a factor into the activated one, and then
09:00  13   you'd get the sequence.  So for like this.
09:00  14           Now, I don't like to teach it this way because this
09:00  15   is pretty complex.  So I try to make it really, really simple
09:00  16   for our clinicians.  So I like to draw this cascade in kind of
09:00  17   as a "Y."  So then I write the numbers this way.  So XII, XI,
09:00  18   IX, and VIII.  This is Factor VII over here, and then we have
09:01  19   our dollar bills over here, X, V, II, and I.
09:01  20           When we're doing testing for PT, we're kind of
09:01  21   looking at this pathway right here.
09:01  22   Q.   Just a moment.
09:01  23   A.   Sorry.
09:01  24   Q.   I think one of our jurors may have difficulty seeing.
09:01  25           MR. BIRCHFIELD:  Is that okay, Your Honor?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:01  1          THE COURT:  That's fine.
09:01  2                Can you see?
09:01  3                That's fine.
09:01  4          THE WITNESS:  So this is what we're doing.  We're
09:01  5   doing prothrombin time testing.  I'm just going to look at this
09:01  6   side, the process here.
09:01  7                So what we're doing in prothrombin time testing,
09:01  8   we're kind of mimicking this process that goes this pathway
09:01  9   here.  We are adding tissue factor to the sample, and then
09:01 10   we're initiating this process here:  Factor VII being activated
09:01 11   is actually VIIa, which in turn activates Factor X, which in
09:01 12   turn the presence of activated Factor V converts prothrombin to
09:01 13   thrombin.
09:01 14                And then what happens at the very end, you kind
09:01 15   of get -- I think it was described as having, like, these
09:01 16   little strands in the blood -- they're very sticky strands.
09:01 17   It's almost like having spiderwebs -- is that you get these
09:01 18   filaments that are -- get developed that are very sticky.  And
09:02 19   this is how we get to the end point of the testing here.
09:02 20                So in the coag testing, looking at PT, again,
09:02 21   we're looking at a reagent that adds -- we add tissue factor to
09:02 22   the reagent.  And this is using plasma sample.  When you add
09:02 23   that in there, this plasma sample is -- if you look at, like,
09:02 24   Italian dressing in the fridge that's been sitting around for a
09:02 25   while, all the stuff that's good settles to the bottom.  The

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:02    1   stuff at the top that's kind of the liquid stuff, that's
09:02    2   yellow, that's actually how your plasma looks, is like that
09:02    3   yellow color, but it's very clear.
09:02    4              So what we're doing in testing, we're adding to
09:02    5   that yellow plasma.  We're going to add this tissue factor.
09:02    6   And then as the sample clots, as you get these little
09:02    7   spiderwebby things forming, you get a little -- it gets cloudy.
09:02    8              So what the machine is going to do -- we'll talk
09:02    9   about the equipment -- is it measures the cloudiness.  So it
09:02   10   starts out clear.  It has a light that puts light through the
09:02   11   sample, and then as it gets cloudy, the machine detects that.
09:03   12   And that's what you get, a time in seconds.
09:03   13              Now, for the prothrombin time -- usually, a
09:03   14   normal clotting time is about 10 to 12 seconds for this process
09:03   15   here.
09:03   16              Now, the prothrombin time is very, very
09:03   17   sensitive to these factors right here, VII, X, V -- I'm sorry,
        18   prothrombin --
09:03   19   Q.   Mr. Gosselin, if I could interrupt you.  So what you're
09:03   20   doing right now is describing how you would use the PT; is that
09:03   21   right?
09:03   22   A.   Right.  Correct.
09:03   23   Q.   To measure the clotting factor?
09:03   24   A.   So the PT generally is to assess these five factors
09:03   25   circulating in plasma.  So if you have low levels of any one or

ROBERT GOSSELIN - DIRECT

| | | |
|---|---|---|
| 09:03 | 1 | more of these factors, it's going to take longer to get these |
| 09:03 | 2 | strands made.  It's going to take longer to form this clot, and |
| 09:03 | 3 | so you get the longer clotting time. |
| 09:03 | 4 | Other things that may affect this test, to prolong |
| 09:03 | 5 | it, is if you have interferences or inhibitors or drugs.  So we |
| 09:03 | 6 | have drugs that inhibit this; we have drugs that inhibit this. |
| 09:04 | 7 | And, again, those two will take and make the clotting time -- |
| 09:04 | 8 | it takes longer to get there. |
| 09:04 | 9 | Q.   Okay.  Let me stop you there for just a second. |
| 09:04 | 10 | So when you say you have different drugs that will |
| 09:04 | 11 | inhibit or slow down these particular proteins -- |
| 09:04 | 12 | A.   Yes, sir. |
| 09:04 | 13 | Q.   -- are those -- are those the DOACs that you're -- are you |
| 09:04 | 14 | referring to DOACs there? |
| 09:04 | 15 | A.   Well, they could be DOACs.  They could be inactivated |
| 09:04 | 16 | ones.  And these would be DOACs, but also something called |
| 09:04 | 17 | "direct thrombin inhibitors," which are infusion drugs.  So the |
| 09:04 | 18 | stuff that we have in the hospital.  The DOACs could affect |
| 09:04 | 19 | either this one or this one right here. |
| 09:04 | 20 | Q.   All right.  Thank you.  If you will -- we'll move this |
| 09:04 | 21 | around for just a second over here, and if you'll take the |
| 09:04 | 22 | stand. |
| 09:04 | 23 | Mr. Gosselin, I want to put on the screen a statement |
| 09:05 | 24 | that was made during opening and ask you if from my notes -- |
| 09:05 | 25 | MR. SARVER:  Your Honor, I'm going to object.  There |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:05  1   is an MIL about this very thing.  This is not consistent with

09:05  2   your ruling.  The matters in the transcript, counsel can

09:05  3   certainly tell the jury what he remembers, but he's not

09:05  4   supposed to put up what he thinks the transcript is.

09:05  5   **BY MR. BIRCHFIELD:**

09:05  6   **Q.**   My notes.  Let me read my notes to you, and you tell me

09:05  7   whether this statement is accurate or not:

09:05  8            So you'll hear all the testimony about Xarelto.  PT

09:05  9   is not particularly sensitive when it's measuring the effects

09:05  10  of Xarelto.  And this is the reason, because the PT test is

09:05  11  particularly sensitive to Factor VII; and because of that, it's

09:05  12  not as sensitive in measuring the effect, and doctors know

09:05  13  this.

09:06  14           Is that an accurate statement or not, Mr. Gosselin?

09:06  15  **A.**   No.  Because I think that PTs are sensitive to Factor VII,

09:06  16  but they're also very sensitive to Factor X; they're sensitive

09:06  17  to Factor V; they're sensitive to prothrombin or Factor II.

09:06  18  And we use that test all the time to assess those factors.

09:06  19  **Q.**   All right. So when we're looking at the clotting cascade

09:06  20  that you just outlined for us here, would aspirin -- would

09:06  21  aspirin have any effect on this clotting cascade, sir?

09:06  22  **A.**   No, aspirin works on platelets.  And in this sample,

09:06  23  because we don't have platelets in our plasma when we're

09:06  24  processing this sample, it does not affect the prothrombin time

09:06  25  at all.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:06  1   **Q.**   Would aspirin affect the PT test?

09:06  2   **A.**   No.

09:06  3   **Q.**   So if a patient has an elevated PT, could that be caused

09:06  4   by aspirin?

09:06  5   **A.**   No.

09:06  6   **Q.**   All right.  And you mentioned as you were walking through

09:07  7   this -- the clotting cascade and describing this process for

09:07  8   us, you mentioned you're using -- using a machine; right?

09:07  9   **A.**   I'm sorry?

09:07  10  **Q.**   You mentioned that you would put the sample in a machine?

09:07  11  **A.**   Yes.

09:07  12  **Q.**   All right.  Sorry to be asking you to be like a

09:07  13  jack-in-the-box.  If you would get up, I want to ask you to

09:07  14  take a look at this.

09:07  15         **MR. BIRCHFIELD:**  If that's okay, Your Honor.

09:07  16         **THE COURT:**  Yes.

09:07  17  BY MR. BIRCHFIELD:

09:07  18  **Q.**   Take a look at this machine.  All right.

09:07  19         Will you describe for us, sir, what this machine is?

09:07  20  **A.**   This machine is a Sysmex CA-1500.  It is based on some

09:07  21  surveys in the U.S.  It's probably about 1,000 or so that are

09:07  22  in the U.S. laboratories of this type of machine.  So it's a

09:08  23  semi-automated analyzer, in that you still have to do some

09:08  24  manual processes in here.

09:08  25  **Q.**   Mr. Gosselin, is this a model of machine that you've used

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:08  1    in the past?

09:08  2    **A.**    Yes.

09:08  3    **Q.**    Okay.

09:08  4    **A.**    So in this particular machine, we have a screen right here

09:08  5    where you can do manual programming.  There are some ports on

09:08  6    the side, so if you have a laboratory computer, it actually can

09:08  7    talk to the machine so you don't have to do any manual stuff as

09:08  8    far as ordering a test or identifying a sample.  But if you

09:08  9    didn't, you could do that from this screen here.

09:08  10         If you lift this lid up here -- it's going to be hard

09:08  11   for anybody to see -- but there's reagent wells in here.  So I

09:08  12   was talking about reagents being in these little vials you get

09:08  13   from manufacturers.  This particular instrument looks like we

09:08  14   have close to 30.  So you can put 30 different types of

09:08  15   reagents in here.

09:08  16         This instrument has two probes.  This is one probe

09:08  17   back here but the probe is not on.  This is a probe that would

09:09  18   come out and grab part of the plasma that we talked about, the

09:09  19   yellow stuff that's in the blood.

09:09  20   **Q.**    So that's like a robot?  It can come out and pick it up?

09:09  21   **A.**    It's like -- there would be a rack that holds ten samples

09:09  22   here, one to ten samples.  And you could just have one.  It

09:09  23   would push the rack over into this area here.  There's another

09:09  24   bar that would push the rack into here and go underneath the

09:09  25   probe.  The probe would break, and the top -- not break, but

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:09  1   pierce.  There's a plastic -- rubber seal on the top.  You
09:09  2   would pierce the rubber seal and take up the sample that it
09:09  3   needs.  It would deposit it in this little holding well over
09:09  4   here.
09:09  5          And then from here is where it processes the sample.
09:09  6   It takes the sample out and puts it in one little tiny cuvette.
09:09  7   It will put it back in the staging area back here, and then
09:09  8   there's a probe on this left side over here which you cannot
09:09  9   see at all.  Maybe if I push it out, you can see it.  This is
09:09  10  the reagent probe.
09:09  11         Again, it's going to go to whatever reagent you
09:10  12  assign the test to.  It's going to then dispense that reagent
09:10  13  to the cuvette well, and that's -- maybe is where your clock
09:10  14  starts, depending on the test, or it may be incubating.
09:10  15  Depends on the test.
09:10  16         And then it goes to the back, and that's where the
09:10  17  magic happens, where you get the light, you get the readings.
09:10  18  And then the results will come out.  This one would have a
09:10  19  printer.  So the results would come out on the printer or be
09:10  20  displayed on the screen.
09:10  21  Q.  You mentioned the use of reagents.  You could add
09:10  22  whichever reagent you're using with this machine; is that
09:10  23  right?
09:10  24  A.  Yes.  This is called an open system.  That means -- there
09:10  25  are some systems, and there aren't very many, that are closed.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:10  1    That means the manufacturer of this instrument would make
09:10  2    reagents for this instrument only.  You couldn't use anything
09:10  3    else.  This is an open system.  That means you can use a
09:10  4    reagent from any manufacturer and program it in this device.
09:10  5    Q.   All right.  Thank you, Mr. Gosselin.
09:11  6         And you mentioned the -- that the -- you would get a
09:11  7    printout from the machine; is that right?  Is that called a
09:11  8    coagulation -- or test result?
09:11  9    A.   Some places, yeah, if it's hooked up to your laboratory
09:11 10    information system with a computerized system.  We tend not to
09:11 11    print out results at the machine level.  It will just download
09:11 12    or put the result into the computer.  And then the computer
09:11 13    would transfer that to a paper report if necessary -- or
09:11 14    transfer that to a hospital report if it was an electronic
09:11 15    medical record.
09:11 16    Q.   And would that report -- would that report typically
09:11 17    indicate what reagent is used in the PT testing?
09:11 18    A.   In all my years of doing coag testing in the laboratory in
09:11 19    computers, I have not seen any report that identifies the
09:11 20    reagent for the test being performed.
09:12 21    Q.   Is PT -- is PT commonly performed in labs across the
09:12 22    country?
09:12 23    A.   If you look at -- there's a thing called College of
09:12 24    American Pathology that has what we call proficiency programs.
09:12 25    These are programs that send blinded samples to laboratories

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:12  1  performing tests.  They do this at least twice a year.

09:12  2          For these labs performing these tests, it's a way of

09:12  3  assuring that they're doing good laboratory practice and

09:12  4  reporting out good results.  And if you look at that report, as

09:12  5  far as participant summary, there's roughly 5,000 labs that are

09:12  6  reporting to this CAP survey.  One would presume most of those

09:12  7  are U.S., but they could be international labs as well, but

09:12  8  that would be a very small population.

09:12  9  Q.   What about at UC Davis?  Is this test that's a commonly

09:12  10  performed coag test?

09:12  11  A.   Most institutions perform prothrombin time tests.  At

09:12  12  UC Davis, we did approximately 400 a day now.

09:12  13  Q.   400 of the PT tests?

09:13  14  A.   400 PT tests a day, yes.

09:13  15  Q.   I want to ask -- I asked an earlier witness in this case

09:13  16  this question, and I would like to pose it to you,

09:13  17  Mr. Gosselin.

09:13  18          Is it possible to measure the anticoagulant effect of

09:13  19  Xarelto?

09:13  20  A.   Yes.

09:13  21  Q.   Can I write "Bob"?  Do you go by Bob?

09:13  22  A.   Yes, sir.  I prefer that.

09:13  23  Q.   Okay.  And then one other question:  The anticoagulant

09:13  24  effect of Xarelto cannot be monitored with standard laboratory

09:14  25  testing.  Is that true or false?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:14  1    A.    I would say that's false.

09:14  2    Q.    Okay.  I'm going to put your initials there.  Okay?  BG?

09:14  3    A.    Yes, sir.

09:14  4    Q.    All right.  So, Mr. Gosselin, tell us why you say that is

09:14  5    false.

09:14  6    A.    This statement right here?

09:14  7    Q.    Yes.

09:14  8    A.    So, based on a study that I collaborated with at the

09:14  9    University of North Carolina, we looked at patients who were

09:14  10   getting Xarelto, and we looked at what we call peak and trough

09:14  11   collections.  And those were performed at UNC, UC Davis, and

09:14  12   the laboratory in Colorado.

09:14  13        And we demonstrated that Neoplastin, as well as a

09:14  14   point-of-care device called Hemochron, as well as

09:14  15   RecombiPlasTin 2G, were pretty sensitive to the anticoagulant

09:14  16   effects of Xarelto.

09:14  17   Q.    Okay.  Let's slow down just a bit.  So, first of all,

09:15  18   you're saying that you participated in a study -- this is a

09:15  19   study that you participated in personally; is that right?

09:15  20   A.    Yes, sir.

09:15  21   Q.    And you looked at the Neoplastin PT?

09:15  22   A.    I personally didn't.  It was performed at UNC.  But I

09:15  23   looked at the data it was published as, yes.

09:15  24   Q.    So you're very careful with your words.

09:15  25   A.    Yes, sir.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:15 1    Q.   So the study that you were participating in, you were part
09:15 2    of conducting this study; right?
09:15 3    A.   Yes, sir.  Yes, sir.
09:15 4    Q.   And this study looked at Neoplastin Plus?
09:15 5    A.   Yes, sir.
09:15 6    Q.   Is that right?
09:15 7    A.   Yes, sir.
09:15 8    Q.   And then you mentioned a couple of other reagents as well?
09:15 9    A.   Yes, sir.  And a RecombiPlasTin 2G, and of those three PT
09:15 10   reagents that constitutes roughly 90 percent of the PT testing
09:15 11   done in the United States.
09:15 12   Q.   All right.  So we've got the -- we've got the
09:15 13   Neoplastin PT, and you said Innovin PT; is that right?
09:16 14   A.   Yes, sir.
09:16 15   Q.   Let me get to a blank sheet.  All right.  So we got PT
09:16 16   Neoplastin and Innovin; is that right?
09:16 17   A.   Yes, sir.
09:16 18   Q.   And then --
09:16 19   A.   RecombiPlasTin 2G.  We can just initial that as R2G.
09:16 20   Might be a little simpler.
09:16 21   Q.   Okay.  So these three are reagents that are used in the PT
09:16 22   test; is that right?
09:16 23   A.   Yes, sir, roughly by about 90 percent of the labs in the
09:16 24   U.S.
09:16 25   Q.   So 90 percent of the labs would use one of these three

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:16  1  reagents?

09:16  2  **A.**   Yes, sir.

09:16  3  **Q.**   And what did you find in the study that you participated

09:16  4  in there with UNC?

09:16  5  **A.**   So, again, the UNC study we looked at these three

09:16  6  different reagents and -- as well as some other point-of-care

09:16  7  devices, "point-of-care" meaning they're not traditional

09:17  8  laboratory tests, but they're smaller instruments that are

09:17  9  performed next to the patient or at the bedside, using whole

09:17  10  blood.

09:17  11        And we demonstrated that one point-of-care device was

09:17  12  the most sensitive, followed by the Neoplastine CI Plus

09:17  13  reagent, followed by the RecombiPlasTin 2G, with Innovin being

09:17  14  the least responsive or sensitive to Xarelto anticoagulant

09:17  15  effect.

09:17  16  **Q.**   So you found the Neoplastin PT to be a sensitive reagent?

09:17  17  **A.**   Yes.

09:17  18  **Q.**   For Xarelto?

09:17  19  **A.**   Yes.

09:17  20  **Q.**   All right.  And so that is -- that's a study that you were

09:17  21  involved in personally.  Was there other basis for your

09:17  22  statement that it's false to say that the anticoagulant effect

09:17  23  of Xarelto cannot be monitored with standard laboratory

09:18  24  testing?

09:18  25  **A.**   Yes.  When I pursued the literature on Xarelto, there were

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:18  1    publications made by Bayer scientists in 2000, I believe, 5

09:18  2    through 2008, where they looked at Neoplastin PTs and to look

09:18  3    at the anticoagulant effect on Xarelto.  And I believe in every

09:18  4    single publication, they indicate that Neoplastin PT could be

09:18  5    used to determine the anticoagulant effect of Xarelto because

09:18  6    there's a dose that had no relationship, and that this test

09:18  7    could be used to determine that anticoagulant effect in future

09:18  8    studies.

09:18  9    Q.   All right.  Let's talk a little bit more about the

09:18  10   prothrombin time.  You've told us that different reagents are

09:18  11   used to measure PT.  We've looked at those three; right?

09:18  12   A.   Yes.

09:18  13   Q.   And with respect to -- with respect to Xarelto, they're

09:18  14   not all equal, are they?

09:19  15   A.   No, they are not all equal.

09:19  16   Q.   Okay.  So you mentioned that Neoplastin is particularly

09:19  17   sensitive for Xarelto.  So when we talk about being sensitive,

09:19  18   describe for us what that means.

09:19  19   A.   That -- it's difficult to explain in words, but what

09:19  20   you're looking at is essentially, what is the degree of change

09:19  21   in a test relative to the change in the drug concentration.  So

09:19  22   if you have a lot of drug concentration changes and you have

09:19  23   very little change in the test reporting time, like, in

09:19  24   seconds, we'd say that's a very insensitive test.

09:19  25        Conversely, if you had a higher degree of change in

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:19  1   the prothrombin clotting times versus a degree of change in the
09:19  2   Xarelto levels, we'd say that's a very sensitive test.  And we
09:19  3   usually look at that by doing what we call regressions.
09:20  4          So we do plots.  We plot on the -- you have to go
09:20  5   back to geometry now -- is on the X -- or algebra -- on the X
09:20  6   axis, we'll say this is the drug concentration; on the Y axis
09:20  7   would be the PT in seconds.  And if you have a -- a line that
09:20  8   you can draw that is about a 45-degree angle or even sharper,
09:20  9   meaning it's going to be 50 or -- that would say it's a very
09:20  10  responsive reagent, versus one that is very flat, you would say
09:20  11  it's very unresponsive or not a sensitive reagent.
09:20  12  Q.   All right.  Mr. Gosselin, you've told us that it is
09:20  13  possible to measure the anticoagulant effect of Xarelto with
09:20  14  standard laboratory testing, but you've published -- and there
09:20  15  have been some statements in your articles that, at first
09:20  16  blush, may seem contradictory to that.  Would you agree?
09:20  17  A.   What I reviewed, I published that may be contradictory.
09:20  18  What I published is about -- when we talk about PT testing and
09:21  19  DOACs as a class.  So PT testing as a group would include all
09:21  20  reagents.  So we don't specifically talk about a particular
09:21  21  reagent.  We'll say a PT test.  So a PT test would include
09:21  22  these three.
09:21  23         But there's other PT reagents, and because these
09:21  24  journals are read not only in the U.S. but all over the world,
09:21  25  there are other reagents in Europe that are even less sensitive

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:21  1   than Innovin.  So, again, when we look another PT tests, we
09:21  2   have to look at all reagents when we're making a collective
09:21  3   statement.
09:21  4          And the same thing is true with DOACs.  When we make
09:21  5   a statement about DOACs, it's not just Xarelto because there's
09:21  6   actually four more:  There was Pradaxa, there's Eliquis, there
09:21  7   is Savaysa, and there's another one that just came on the
09:21  8   market a little less than a couple months ago, Betrixaban.  So
09:21  9   when we make statements about PT, that's all reagents, and when
09:21 10   we make a statement about DOACs, that's all the drugs.  So it's
09:22 11   not specific to one drug or one reagent.
09:22 12   Q.   Let's take a look, if we can, at a couple of the articles
09:22 13   and these statements, and let's see if you can put this in
09:22 14   context for us.  Okay?
09:22 15   A.   Yes, sir.
09:22 16          MR. BIRCHFIELD:  Can I have the ELMO?  Can you pull
09:23 17   it up on the screen for me?  Dean, would you give me the main
09:23 18   screen, please?
09:23 19   BY MR. BIRCHFIELD:
09:23 20   Q.   All right.  Take a look at this on your screen.
09:23 21          First of all, this is a thrombosis research article;
09:23 22   is that right?
09:23 23   A.   Yes, sir.
09:23 24   Q.   And it's "Direct Oral Anticoagulants (DOACs) in the
09:23 25   Laboratory:  2015 Review."  Is that right?

ROBERT GOSSELIN - DIRECT

09:23 1    **A.**   Yes, sir.

09:23 2    **Q.**   And you're an author?

09:23 3    **A.**   The second author, yes, sir.

09:24 4    **Q.**   And the first author is?

09:24 5    **A.**   Dr. Dorothy Adcock, from Colorado Coag or LabCorp.  I'm

09:24 6    not sure how they identify themselves anymore.

09:24 7    **Q.**   And then if we take a look at the second page, there's

09:24 8    a -- under the heading there Laboratory Assays -- "assay" is

09:24 9    just a fancy word for test; is that right?

09:24 10   **A.**   This is really blurry for me.

09:24 11   **Q.**   Okay.  All right.

09:24 12   **A.**   That helps a little.

09:24 13   **Q.**   Let's see if we can work through it together.  It is

09:24 14   blurry.  So, Mr. Gosselin, I'll tell you what.  For your sake,

09:24 15   I'll give you the article.  It's small print too.

09:24 16   **A.**   Thank you.

09:24 17   **Q.**   Okay.  So under the laboratory -- under the Laboratory

09:24 18   Assays and DOACs, an overview.

09:24 19          Do you see that, sir?

09:24 20   **A.**   Yes, sir.

09:24 21   **Q.**   Okay.  And then, if we drop down to that second paragraph,

09:25 22   it says, "Routine coagulation screening assays, including

09:25 23   prothrombin time (PT)."

09:25 24          That's what we've been talking about with you this

09:25 25   morning; right?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:25  1   A.   Yes, sir.

09:25  2   Q.   Okay.  And then it says, "activated partial thromboplastin

09:25  3   time (aPPT) and thrombin clotting time were widely available on

09:25  4   a routine and emergent basis in clinical laboratories."  Is

09:25  5   that right?

09:25  6   A.   "In most clinical laboratories," yes, sir.

09:25  7   Q.   Okay.  And then there's a statement, "These assays are not

09:25  8   a reliable measure of DOAC anticoagulant effect."

09:25  9          Is that -- did I read that right?

09:25  10  A.   You read that correctly.

09:25  11  Q.   Okay.  And is that an accurate statement?

09:25  12  A.   Yes, sir.

09:25  13  Q.   Okay.  Does that contradict your statement that the

09:25  14  anticoagulant effect of Xarelto -- it's possible to measure the

09:25  15  anticoagulant effect of Xarelto with standard laboratory tests?

09:25  16  A.   No, it does not.

09:26  17  Q.   Okay.  All right.  And why is that, Mr. Gosselin?

09:26  18  A.   Because, again, this statement is looking -- if you look

09:26  19  at the next line, we sort of indicate why we say what we say.

09:26  20  And we demonstrate that with a figure as well.  Figure 1 is

09:26  21  that the sensitive of these reagents vary depending on the

09:26  22  DOAC.

09:26  23          So the example, actually, in this case is Neoplastin.

09:26  24  And these are the lines I was discussing that you're looking

09:26  25  at, concentration of the drug versus this one that's actually

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:26  1  an INR, which is not appropriate but it gives you a rough idea

09:26  2  of the changes in the value of the result.

09:26  3        And you can see with rivaroxaban, there's a pretty

09:26  4  good response with increasing drug concentration.  But with

09:26  5  apixaban, there's very little response.  So collectively as a

09:26  6  PT and collectively as DOACs, we can't say with absolute

09:26  7  certainty that the PT is reliable for all DOACs because that

09:26  8  includes apixaban.

09:26  9        If we were simply saying is Neoplastin's sensitive if

09:27 10  we're measuring rivaroxaban, we would have a different

09:27 11  statement where we're using collectively all PTs and all DOACs.

09:27 12  Q.   Okay.  Let's take a look at one other article where you're

09:27 13  an author, Plaintiff's Identification Number 578406.

09:27 14        If we look in the abstract there under context, we

09:27 15  have this statement again -- well, first of all, you're an

09:27 16  author; right?

09:27 17  A.   Yes, sir.  I'm the first author.

09:27 18  Q.   Okay.  All right.  And in the context there -- I believe

09:27 19  it's the second sentence, it says, "Routine coagulation assay

09:27 20  such as prothrombin time and, to a lesser degree, activated

09:27 21  partial thromboplastin time correlate with drug concentration

09:28 22  but, because of reagent variability, these methods are not

09:28 23  reliable for determining rivaroxaban anticoagulation."  Is that

09:28 24  right?

09:28 25  A.   Yes, sir.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

| | | |
|---|---|---|
| 09:28 | 1 | **Q.** Okay. And, again, is that what you were saying, you need |
| 09:28 | 2 | to know -- you need to know the reagent that was used? |
| 09:28 | 3 | **A.** Yes, sir. |
| 09:28 | 4 | **Q.** All right. So when we make this statement that PT cannot |
| 09:28 | 5 | be reliably used and you're talking about DOACs and you're |
| 09:28 | 6 | talking about PT, there -- you mentioned that there are -- |
| 09:28 | 7 | there are multiple DOACs; right? |
| 09:28 | 8 | **A.** Yes, sir. |
| 09:28 | 9 | **Q.** Okay. So we've got Xarelto, we have Eliquis, and Pradaxa? |
| 09:29 | 10 | **A.** Savaysa. |
| 09:29 | 11 | **Q.** Savaysa? |
| 09:29 | 12 | **A.** And Pradaxa. |
| 09:29 | 13 | **Q.** Pradaxa. |
| 09:29 | 14 | **A.** And, again, Betrixaban just recently became available, but |
| 09:29 | 15 | there's no data that I'm aware of. |
| 09:29 | 16 | **Q.** And then the -- and when we're talking about PTs, you |
| 09:29 | 17 | mentioned in the U.S. that there are three primary PTs; right? |
| 09:29 | 18 | **A.** Yes, sir. |
| 09:29 | 19 | **Q.** So we have Neoplastin? |
| 09:29 | 20 | **A.** Innovin and R2G. |
| 09:29 | 21 | **Q.** And so if you lump all of the DOACs together, Eliquis is |
| 09:30 | 22 | not sensitive to any of these reagents; is that right? |
| 09:30 | 23 | **A.** That's correct. |
| 09:30 | 24 | **Q.** Okay. So that would be no for there. |
| 09:30 | 25 | **A.** Yes. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:30    1   **Q.**    And Xarelto is not sensitive for Innovin.

09:30    2             That's what you found in your UNC study; is that

09:30    3   right?

09:30    4   **A.**    That's correct.

09:30    5   **Q.**    Okay.  But it is sensitive for Neoplastin?

09:30    6   **A.**    Yes.

09:30    7   **Q.**    Okay.  So there are -- if you're looking at specific DOACs

09:30    8   and a specific reagent, it can be reliable if you're lumping

09:30    9   them all together, all the DOACs together, or all the PTs

09:30   10   without a reagent, they're not reliable; is that right?

09:30   11   **A.**    That's correct.

09:30   12   **Q.**    Okay.  And is that consistent -- is that a consistent

09:30   13   position in all of the articles that you have published?

09:30   14   **A.**    Yes.

09:30   15   **Q.**    I want to see if we can clear up -- clear up an issue.

09:30   16   Ms. Pruitt put this slide up during opening statement about a

09:30   17   paper that you coauthored, and this is a copy of the slide that

09:31   18   Ms. Pruitt used.

09:31   19             It says the danger -- the callouts that you provided

09:31   20   were:  "The danger of relying on the APT and PT in patients on

09:31   21   DOAC therapy, a potential safety issue."

09:31   22             And then the next callout that:  "Clinicians must

09:31   23   acknowledge that" -- and then there are ellipses -- "PT can no

09:31   24   longer be used as a gauge of a patient's level of

09:31   25   anticoagulation and, hence, bleeding risk."

ROBERT GOSSELIN - DIRECT

09:31 1        Is that an accurate representation of your study in
09:31 2   this article?
09:31 3   A.   No.  Actually, I was quite stunned when I saw this and
09:31 4   read this, that that's the interpretation of the paper, which
09:31 5   is a gross misrepresentation of what the paper's intended to
09:32 6   say.
09:32 7   Q.   What's this paper really about?  How did this paper come
09:32 8   about?
09:32 9   A.   Okay.  So Dr. Adcock, she has a reference lab in Colorado.
09:32 10  She gets calls a lot from clinicians.  It's a large coagulation
09:32 11  reference lab.
09:32 12       She had recently received a call from a clinician who
09:32 13  had a patient on apixaban or Eliquis, and the physician queried
09:32 14  Dr. Adcock to say that "I had a patient on Eliquis and they had
09:32 15  a normal PT and PDT.  I'm going to assume that patient is no
09:32 16  longer anticoagulated" -- that's safe to go to surgery.  And,
09:32 17  of course, the answer to that is no.
09:32 18       And so Dr. Adcock called me almost immediately after
09:32 19  the consultation and said we have to get this information out,
09:32 20  that it's kind of a paradigm shift in how we do laboratory
09:32 21  medicine.  Because, prior to the DOACs, we used PTs and PDTs
09:33 22  almost exclusively to rule out drug effects or deficiencies.
09:33 23       Now, with the advent of DOACs, we can no longer rely
09:33 24  on a normal PT ruling out any kind of anticoagulant effect.
09:33 25  And that was the purpose of this article.

ROBERT GOSSELIN - DIRECT

09:33  1      And the final box about "PT can no longer be used a
09:33  2  gauge," again, because a normal PT does not exclude patients
09:33  3  actually having a significant amount of drug on board and the
09:33  4  bleeding risk wouldn't be bleeding risk, as it's sort of been
09:33  5  inferred here.
09:33  6      But a bleeding risk, if you were to go to surgery, if
09:33  7  you were to get an epidural put in or some sort of invasive
09:33  8  procedure, despite the fact that you have a normal clotting
09:33  9  time with a PT or PDT, you can still have a significant amount
09:33 10  of drug on board, which would lead to increased bleeding risk.
09:33 11  Q.   All right.  Mr. Gosselin, in most of the articles that you
09:33 12  published and, in fact, most of the literature on this issue,
09:33 13  there's always an introductory statement about -- that NOACs or
09:34 14  DOACs, there's no routine monitoring required or necessary.
09:34 15      Are you familiar with that?
09:34 16  A.   Yes, sir.  We say that quite often.
09:34 17  Q.   All right.  And so can you explain to the jury, in that
09:34 18  context, what does routine monitoring mean?
09:34 19  A.   So first we have to look at the target audience for the
09:34 20  papers that we publish for laboratory people, so your
09:34 21  laboratory clinicians or people dealing with coagulation.
09:34 22      And when we talk about routine monitoring -- this is
09:34 23  something we've been doing for decades for other drugs.  So
09:34 24  routine monitoring for other drugs, such heparin or warfarin or
09:34 25  some of the other anticoagulants, they require episodic and

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:34    1  frequent measurements of tests.  And then they make adjustments
09:34    2  to the dosing based on that.
09:34    3  Q.   Okay.  You said "episodic"?
09:34    4  A.   Yes.
09:34    5  Q.   What do you mean by that?
09:34    6  A.   It could be days, it could be hours, it could be weeks,
09:34    7  but -- if it's heparin, it could be every four to six hours,
09:35    8  and they make a dose change.  It could be another four to six
09:35    9  hours after the dose change.  So that would be -- the frequency
09:35   10  depends on the drug.
09:35   11       "Episodic" means more than once until you get to the
09:35   12  level that's desired.  Then it may be less frequency.
09:35   13       But that's the concept of routine monitoring as we
09:35   14  know in the laboratory, that we're doing something frequently
09:35   15  over a period of time.
09:35   16  Q.   All right.  So when you're talking about DOACs, that's not
09:35   17  something that is -- that's required or necessary; right?
09:35   18  A.   Yes.  That's correct.
09:35   19  Q.   Does that have any impact on whether or not a standard
09:35   20  laboratory test could be helpful?
09:35   21  A.   In my opinion, no.
09:35   22  Q.   All right.  And we have been -- we've been talking through
09:35   23  the -- about the DOACs and the PT test, the clotting cascade.
09:35   24  We've been talking about measuring the effect of Xarelto in
09:35   25  DOACs; is that right?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:35 1  **A.**    Yes.

09:35 2  **Q.**    Okay.  Is there a difference between measuring the effects

09:36 3  of a drug and measuring the levels of a drug?

09:36 4  **A.**    It may seem like semantics or splitting hairs a little

09:36 5  bit, but usually when they talk about measuring the effect,

09:36 6  you're measuring the activity or does it work.  So you're

09:36 7  talking about a test that has a -- kind of a functional

09:36 8  activity to it, which would be a clotting test.

09:36 9          If you're talking about measurement, what that tells

09:36 10  you is the drug is actually there.  So one is kind of telling

09:36 11  you, is the drug working?  So is it impacting that you're

09:36 12  getting a prolongation of a clotting time or you're getting

09:36 13  some sort of effect on a functional test?

09:36 14          Whereas, one is telling you, yes, you can measure the

09:36 15  drug, it's there, it's present, but that necessarily isn't

09:36 16  working.

09:36 17  **Q.**    Okay.  All right.  So now I want to shift to measuring the

09:36 18  levels.  Is it possible to measure Xarelto levels with standard

09:36 19  laboratory tests?

09:36 20  **A.**    Yes.

09:36 21  **Q.**    And is -- a calibrated anti-Factor Xa test, is that one

09:37 22  way to measure the levels of Xarelto?

09:37 23  **A.**    Yes, that is one way.

09:37 24  **Q.**    And is that something that you have done?

09:37 25  **A.**    We have been doing quantitative for rivaroxaban levels

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:37  1   since 2013 --
09:37  2   Q.    Okay.
09:37  3   A.    -- at UC Davis.  Sorry.
09:37  4   Q.    And, Mr. Gosselin, if you would, tell us how you came to
09:37  5   start measuring the levels of DOACs.  What brought you to do
09:37  6   that?
09:37  7   A.    It actually came before Xarelto.  I had a chance encounter
09:37  8   in the emergency department of our institution.  We're a very
09:37  9   large Level 1 trauma center.  Level 1 is the highest level you
09:37 10   can have for a trauma center.  And a physician that I happened
09:37 11   to meet just had admitted a patient in the emergency department
09:37 12   who had a head injury.
09:37 13         And he asked me that -- "This lady is on
09:37 14   dabi-dabi-something."
09:37 15         And I said, "Oh, dabigatran?"
09:37 16         And he said, "Yes.  That's it.  What can you do for
09:38 17   me?"
09:38 18         And I said, "Nothing."
09:38 19   Q.    Dabigatran.  That's Pradaxa?
09:38 20   A.    Pradaxa, yes.
09:38 21   Q.    Okay.
09:38 22   A.    And I said I could do nothing, which is a pretty awful
09:38 23   feeling given the reputation.  And they look to me that I'm
09:38 24   UC Davis as being the coag specialist, that I should be able to
09:38 25   provide them some sort of service to assist whether or not the

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:38  1   drug was impacting this patient's head injury.

09:38  2          And so from that point in forward, I wanted to make

09:38  3   sure that we, as an institution, were one of the frontrunners

09:38  4   in doing testing for these drugs.  So we did testing for

09:38  5   Pradaxa.  I believe we started in 2011 or maybe early 2012, and

09:38  6   we did start rivaroxaban 2013.

09:38  7   Q.   And rivaroxaban, that's Xarelto; right?

09:38  8   A.   Yes, sir.  Sorry.

09:38  9   Q.   Okay.  All right.  And you said that to do that, you use a

09:38  10  calibrated anti-Factor Xa test; is that right?

09:38  11  A.   Yes.

09:38  12  Q.   And anti-Factor Xa sometimes is called Factor Xa by

09:39  13  doctors?

09:39  14  A.   They use them interchangeably, although not technically

09:39  15  the same.

09:39  16  Q.   All right.  So when you talk about a calibrated test, what

09:39  17  does that mean?

09:39  18  A.   So when we talk about a calibrated test, essentially what

09:39  19  you're doing is buying some material that has a known value to

09:39  20  it.  Then you run it on the analyzer.  Then you program the

09:39  21  analyzer so, from that point forward, when you run a patient,

09:39  22  it's going to extrapolate a value based on that -- on those

09:39  23  calibration numbers.

09:39  24          So you're essentially telling the machine -- you

09:39  25  program the machine telling it how to quantify the drug level

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:39  1    in a patient.

09:39  2    Q.   Okay.  So you've got samples of known drug levels; is that

09:39  3    right?

09:39  4    A.   Yes, sir.

09:39  5    Q.   Okay.  And then you -- so you measure the machine and its

09:39  6    response against those -- against those samples -- those known

09:39  7    samples; is that right?

09:39  8    A.   Yes, sir.

09:39  9    Q.   So that's how you calibrate the machine to measure --

09:39  10   A.   Yes, sir.

09:39  11   Q.   -- Xarelto?

09:39  12   A.   Yes, sir.

09:39  13   Q.   So you've got calibrators and controls?

09:39  14   A.   Yes, sir.

09:39  15   Q.   Tell us what -- make sure we understand the controls.

09:40  16   A.   So the controls, what that is -- and that's to assure

09:40  17   that, when you do an analysis on a patient sample, that you're,

09:40  18   what they say, in control, that you're reporting out expected

09:40  19   values.

09:40  20        So controls are usually two levels.  They're usually

09:40  21   on the low end or the high end or abnormal and normal.  Depends

09:40  22   on the test that you have.

09:40  23        And you have a criteria, a set finite number that

09:40  24   these controls values should fall into.  If you fall into those

09:40  25   set values, you're in control.  That means the results can be

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:40  1    reported on that patient.  If the controls are not within the

09:40  2    set value, you're out of control; you should not report out

09:40  3    patient results until you figure out the problem.

09:40  4    Q.    All right.  So to do that -- is that what's referred to as

09:40  5    a laboratory-developed test?

09:40  6    A.    Well, a laboratory-developed test is an FDA definition of

09:40  7    a test that is either modified or changed.  And for us to do

09:40  8    the anti-Xa the way we had it set up was a laboratory to

09:41  9    develop tests.  Because we had a kit that was not designed for

09:41  10   the instrument that we put it on, but we adapted that kit to

09:41  11   the instrument.  Because it's an open system, so we're able to

09:41  12   program it.

09:41  13          And then we calibrated it and did the method

09:41  14   validation before we did any kind of patient result reporting.

09:41  15   Q.    All right.  And UC Davis is not the only lab that does

09:41  16   lab-developed tests, are you?

09:41  17   A.    No, sir.

09:41  18   Q.    All right.  Is there an organization that actually, you

09:41  19   know, monitors all its labs to make sure that the proper

09:41  20   processes and protocols are followed in doing

09:41  21   laboratory-developed tests?

09:41  22   A.    Well, that's -- kind of the issue that FDA is having now,

09:41  23   is who is going to be the gatekeeper of LDTs?  They do look to

09:41  24   organizations to have oversight.

09:41  25          There's another federal organization called -- not

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:41  1  organization but regulation call CLIA, which defines, again,
09:42  2  the laboratory-developed tests that the labs need to assure
09:42  3  they do proper validation of method before they implement it.
09:42  4         And then the College of American Pathology, or CAP,
09:42  5  is kind of the overseer for CLIA to make sure, when they go and
09:42  6  inspect labs, which is -- every two years, CAP goes to your
09:42  7  laboratory to inspect to assure ensure that you're doing
09:42  8  compliance with the regulations and the processes.
09:42  9  Q.  Okay.  So you mentioned CLIA, C-L-I-A; is that right?
09:42  10  A.  Yes, sir.
09:42  11  Q.  That's an acronym?
09:42  12  A.  Yes, sir.
09:42  13  Q.  I'm going to put you on the spot.  Can you help us there?
09:42  14  Do you know what that stands for?
09:42  15  A.  It came about in 1988.  I believe it stands for Clinical
09:42  16  Laboratory Improvement Act.
09:42  17  Q.  All right.  So you've got CLIA that will do audits of
09:42  18  labs; right?
09:42  19  A.  It may be CLIA but somebody on behalf CLIA, like CAP.  Or
09:43  20  CMS might be another organization that come and inspects -- or
09:43  21  even JCAHO.  I'm not sure.
09:43  22  Q.  So, Mr. Gosselin, based on your experience, is it feasible
09:43  23  to do a -- an anti-Factor Xa test to measure the levels of
09:43  24  Xarelto, rivaroxaban?
09:43  25  A.  Yes.  We've been doing it since 2013.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:43  1   **Q.**   Okay.  All right.  And understand that we have a model
09:43  2   that's not plugged in.
09:43  3          Using this model machine -- using this model machine,
09:43  4   could you do -- could you do a Xarelto calibrated
09:43  5   anti-Factor Xa assay using this machine?
09:43  6   **A.**   Yes.
09:43  7   **Q.**   Okay.  And could you do a PT Neoplastin using this
09:43  8   machine?
09:43  9   **A.**   Yes.
09:43  10  **Q.**   Could you do an Innovin PT using this machine?
09:43  11  **A.**   Yes.
09:43  12  **Q.**   Could you do all those at the same time?
09:43  13  **A.**   Yes.
09:43  14  **Q.**   And what about a -- we talked about APTT.
09:44  15          Can you do that on this machine, too?
09:44  16  **A.**   Yes.
09:44  17  **Q.**   Okay.  What percentage of labs in the U.S. would have
09:44  18  equipment to run those type tests?
09:44  19  **A.**   And the criteria would be, are they open systems, and do
09:44  20  they run what we call chromogenic assays, which are
09:44  21  color-developing instead of clot-developing?  And based on the
09:44  22  CAP surveys, roughly 90 percent or more would have the capacity
09:44  23  for running a chromogenic assay and be an open system.
09:44  24  **Q.**   All right.  Are Xarelto-specific calibrators and controls
09:44  25  for Factor Xa tests approved for clinical use in Europe?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:44 1    A.   Yes.

09:44 2    Q.   Is that test more widely available in Europe?

09:44 3    A.   I believe so, yes.

09:44 4    Q.   And what do you base that on?

09:44 5    A.   Discussion with colleagues, proficiency survey programs

09:44 6    over there.  So similar to CAP programs where they send blinded

09:44 7    samples, they do that in England as well and other places in

09:45 8    Europe.

09:45 9    Q.   Mr. Gosselin, if the manufacturers of Xarelto informed

09:45 10   physicians that Xarelto levels could be measured by calibrated

09:45 11   anti-Factor Xa tests, would that be helpful?

09:45 12          MR. SARVER:  Objection, Your Honor.  This is

09:45 13   speculation into an area of clinical practice that this witness

09:45 14   is clearly not qualified to talk about.

09:45 15          THE COURT:  Well, from his vantage point, I'll allow

09:45 16   him to give that opinion.

09:45 17          THE WITNESS:  I suspect that, if this were part of

09:45 18   the prescriber information --

09:45 19          MR. SARVER:  Your Honor, I've got to object as

09:45 20   suspecting is speculation.  He doesn't know, and he can't know.

09:45 21          THE COURT:  All right.  Let's rephrase the question.

09:45 22   BY MR. BIRCHFIELD:

09:45 23   Q.   Mr. Gosselin --

09:45 24   A.   Yes, sir.

09:45 25   Q.   -- in your 30 years of practice at UC Davis, did you

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:45  1  interact on a regular basis with physicians?

09:45  2  **A.**  Yes.

09:45  3  **Q.**  Okay.  And did physicians consult with you about

09:45  4  coagulation matters?

09:45  5  **A.**  Almost daily.

09:46  6  **Q.**  Okay.  And did they consult with you about dealing with

09:46  7  complicated patients and anticoagulation matters?

09:46  8  **A.**  As required.

09:46  9  **Q.**  And so, Mr. Gosselin, if the -- if the manufacturers and

09:46  10  sellers of Xarelto were to inform doctors that there is a way

09:46  11  to use standard laboratory tests to measure the anticoagulant

09:46  12  effect of Xarelto, would that be helpful?

09:46  13        **MR. SARVER:**  Objection, Your Honor.  This is

09:46  14  speculation.  It's not based on anything that his personal

09:46  15  experience would allow him to testify about.

09:46  16        **THE COURT:**  I'll allow you to take him under

09:46  17  cross-examination.  I'll allow him, based on his experience, to

09:46  18  give an opinion on that.

09:46  19        **THE WITNESS:**  Yes.

09:46  20        **MR. BIRCHFIELD:**  Thank you, Mr. Gosselin.

09:46  21        **THE COURT:**  All right.  Is that it?

09:46  22        **MR. BIRCHFIELD:**  Yes, Your Honor.

09:46  23        **THE COURT:**  All right.  Let's take a break at this

09:46  24  time.  We'll take a ten-minute break.  Court will stand in

09:46  25  recess.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 09:46 | 1 | **THE DEPUTY CLERK:**  All rise. |
| 09:46 | 2 | (WHEREUPON, the jury exited the courtroom.) |
| 09:47 | 3 | (WHEREUPON, the Court took a recess.) |
| 10:03 | 4 | **THE DEPUTY CLERK:**  All rise. |
| 10:03 | 5 | (WHEREUPON, the jury entered the courtroom.) |
| 10:03 | 6 | **THE COURT:**  Be seated, please. |
| 10:03 | 7 | You may cross-examine. |
| 10:03 | 8 | **MR. SARVER:**  Thank you, Your Honor. |
| 10:03 | 9 | **CROSS-EXAMINATION** |
| 10:03 | 10 | BY MR. SARVER: |
| 10:03 | 11 | Q.   Good morning again, Mr. Gosselin. |
| 10:03 | 12 | A.   Good morning. |
| 10:03 | 13 | Q.   All right.  I'd like to start where you and Mr. Birchfield |
| 10:03 | 14 | left off.  He was asking you questions about what a clinician, |
| 10:04 | 15 | what a doctor, a medical doctor, might do with test results. |
| 10:04 | 16 | Do you remember those questions? |
| 10:04 | 17 | A.   Yes. |
| 10:04 | 18 | Q.   Now, it's correct that you are a laboratory person; |
| 10:04 | 19 | correct? |
| 10:04 | 20 | A.   Clinical laboratory scientist, yes. |
| 10:04 | 21 | Q.   And you are not a clinician? |
| 10:04 | 22 | A.   That's correct. |
| 10:04 | 23 | Q.   And you don't make medical treatment decisions for |
| 10:04 | 24 | patients? |
| 10:04 | 25 | A.   That is correct. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:04  1   **Q.**   And you never have?

10:04  2   **A.**   I'm sorry?

10:04  3   **Q.**   You never have made medical treatments for patients

10:04  4   anywhere?

10:04  5   **A.**   In any capacity.

10:04  6   **Q.**   All right.

10:04  7   **A.**   That is correct.

10:04  8   **Q.**   All right.  Now, in terms of what is helpful to a medical

10:04  9   doctor in treating his or her patient, would you defer to

10:04  10  medical doctors who are going to testify in this case and tell

10:04  11  the jury that the test you're talking about would not be

10:04  12  helpful for their treatment of their patients?  Would you defer

10:04  13  to them?

10:04  14  **A.**   I really don't understand the question.  I think it's

10:04  15  outside the scope of why I'm here.

10:04  16  **Q.**   Right.  You are not here to tell the jury what is helpful

10:05  17  to doctors treating patients.  And if doctors treating patients

10:05  18  say that the tests your talking about are not helpful to them,

10:05  19  you would defer to them?

10:05  20  **A.**   Yes.

10:05  21  **Q.**   All right.  You don't prescribe any medications to

10:05  22  patients, do you?

10:05  23  **A.**   I do not.

10:05  24  **Q.**   And you aren't the person who actually orders a lab test

10:05  25  for a patient?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:05  1   **A.**   I am not.

10:05  2   **Q.**   In fact, this fancy machine -- it takes me back.  Remember

10:05  3   *My Cousin Vinny* and the high-powered test machine that they

10:05  4   showed in that one?

10:05  5   **A.**   Now you're really dating yourself.

10:05  6   **Q.**   I am dating myself.  I'm old.

10:05  7           So they got a fancy test machine, and you can put

10:05  8   things into it and you get numbers out; right?

10:05  9   **A.**   Yes, sir.

10:05  10  **Q.**   In terms of what doctors do with the numbers that come out

10:05  11  of that machine, that's not your business, is it?

10:05  12  **A.**   Only when they consult me.

10:05  13  **Q.**   All right.  And, in fact, you've told us that you can only

10:05  14  assume what clinicians do with the results; I don't actually

10:06  15  know what they do with the results?

10:06  16  **A.**   That is correct.

10:06  17  **Q.**   True?  All right.

10:06  18          So these decisions about whether these results mean

10:06  19  anything, are useful in any respect, are best left for the

10:06  20  doctors who would use the results?

10:06  21  **A.**   Yes.

10:06  22  **Q.**   All right.  Now, I want to make sure that we are clear on

10:06  23  some of the terminology.  You've been talking with

10:06  24  Mr. Birchfield about a connection between -- and I apologize

10:06  25  for having this right in your way -- sorry -- right in your

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:06 1    way, but we're going to show some things to the jury in a
10:06 2    moment.
10:06 3            You've been talking about anticoagulant effect.
10:06 4    A.   Yes, sir.
10:06 5    Q.   And anticoagulant effect is the degree of coagulation in
10:06 6    the body and how its inhibited?
10:06 7    A.   I think we look at that as an ex vivo or outside the body
10:06 8    in a test tube is how we assess that.  But, yes.
10:06 9    Q.   That's even better.  So when you're talking about
10:07 10   anticoagulant effect, you're looking at how blood clots in a
10:07 11   test tube?
10:07 12   A.   Yes.
10:07 13   Q.   All right.  And in terms of how blood clots in a test
10:07 14   tube, that doesn't always match up with how it clots in the
10:07 15   body, does it?
10:07 16   A.   Since you used the word "always," the answer would be yes.
10:07 17   Q.   The answer -- I'm right; correct?
10:07 18   A.   Because you used the word "always."
10:07 19   Q.   Yes.  All right.  Now, you did not use the phrase
10:07 20   "bleeding" with Mr. Birchfield.  I don't think you ever said
10:07 21   the word "bleeding."
10:07 22           Do you recall saying the word "bleeding"?
10:07 23   A.   No, because that's a clinical end point.
10:07 24   Q.   It is.  And in terms of whether these test results have
10:07 25   any meaning in terms of the risk of bleeding for a particular

ROBERT GOSSELIN - CROSS

10:07　1　patient, you have nothing to tell this jury about that?

10:07　2　**A.**　That is correct.

10:07　3　**Q.**　All right.  You can't tell the jury about the clinical

10:07　4　significance of the test you've been talking about?

10:08　5　**A.**　That's not my role.

10:08　6　**Q.**　Pardon me?

10:08　7　**A.**　That's not my role in this case.

10:08　8　**Q.**　Yes, sir.  So you can't do that?

10:08　9　**A.**　Yes, I would agree with that.

10:08　10　**Q.**　All right.  And you also don't know if there's any -- if

10:08　11　these numbers you've come up with, the PT number or the

10:08　12　Factor Xa assay, it gives you a number; right?

10:08　13　**A.**　Yes, sir.

10:08　14　**Q.**　Okay.  You don't know whether or not there is any kind of

10:08　15　a range for those numbers that provides any meaningful

10:08　16　information to a doctor, do you?

10:08　17　**A.**　I would caveat that answer with it depends on the number,

10:08　18　it depends on the patient.

10:08　19　**Q.**　You're not able to give this jury a range of clinically

10:08　20　meaningful information from a PT test; right?

10:08　21　**A.**　That's not my role.

10:08　22　**Q.**　You don't have an opinion about what would be a high

10:08　23　result on a PT test?

10:08　24　**A.**　Oh, I have opinions about lots of stuff.  Do I have one

10:09　25　about a high PT result?  Yes.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:09  1  **Q.**    All right.  Do you have a clinical opinion about what
10:09  2  would be high for a particular patient?
10:09  3  **A.**    I have an opinion, yes.
10:09  4  **Q.**    All right.  Is it based on any kind of experience, never
10:09  5  treating a patient?
10:09  6  **A.**    Not in treating, but in consulting, because clinicians
10:09  7  come to me when they do have high PT results and asking for
10:09  8  assistance to interpret that data based on their clinical
10:09  9  indication of the patient or how they're presenting with the
10:09  10  patient.  So yes.  Not only doctors, but pharmacists as well.
10:09  11  **Q.**    Is it correct, sir, that, not being a clinician, not
10:09  12  understanding or knowing what "high" means, a PT of 20 seconds
10:09  13  in a trough collection, I don't know where that falls.  Is that
10:09  14  true?
10:09  15  **A.**    No, I would disagree with that statement.
10:09  16  **Q.**    All right.
10:09  17  **A.**    Because if 20 seconds were with Innovin with a certain
10:09  18  DOAC or if it was a liver disease, that would mean a lot to me
10:09  19  versus a different drug.  So it depends on the context of the
10:09  20  test and the patient.
10:10  21  **Q.**    Do you remember testifying to the contrary in your
10:10  22  deposition?
10:10  23  **A.**    No, I don't.
10:10  24  **Q.**    All right.  Let's take a look at pages 342, line 17, to
10:10  25  343, line 9.

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:10 | 1 | **MR. SARVER:** Jim? |
| 10:10 | 2 | BY MR. SARVER: |
| 10:10 | 3 | Q. (Clip played as follows:) |
| 10:10 | 4 | "Q. Okay. Would a PT using Neoplastine CI Plus of |
| 10:10 | 5 | 20 seconds as a trough level indicate to you that the |
| 10:10 | 6 | person was -- had a very high level of rivaroxaban on |
| 10:10 | 7 | board? |
| 10:10 | 8 | "A. And not being a clinician, not understanding or |
| 10:10 | 9 | knowing what "high" means, a PT of 20 seconds as trough |
| 10:10 | 10 | collection, based on some of the data that I've seen from |
| 10:10 | 11 | the early published studies, was equivalent to about 200 |
| 10:10 | 12 | nanograms per mill. And I don't know where that falls. I |
| 10:10 | 13 | believe that is the upper threshold of the published |
| 10:10 | 14 | reference range, whether it be in an FDA summary report or |
| 10:10 | 15 | other published range. I'm just recollecting, but I'm not |
| 10:10 | 16 | sure." |
| 10:11 | 17 | BY MR. SARVER: |
| 10:11 | 18 | Q. So the correct answer is you don't know what "high" means? |
| 10:11 | 19 | A. No, sir. You did not ask about trough levels for Xarelto. |
| 10:11 | 20 | What you asked about, a patient with a 20-second PT. I believe |
| 10:11 | 21 | that was the question, not specific to a drug, not specific to |
| 10:11 | 22 | a time collection. |
| 10:11 | 23 | I believe your question you asked me was, I wouldn't |
| 10:11 | 24 | know what to do with a PT of 20 seconds on a patient. I don't |
| 10:11 | 25 | recall you saying "Xarelto." I don't recall you saying |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:11  1    "trough."  If those were the caveats in your question, that's a

10:11  2    different question.  But that's not the question I believe you

10:11  3    asked me.

10:11  4    Q.    What you told the jury, I think, is that you got something

10:11  5    to say and you do know what high is.  But what you told us in

10:11  6    the deposition under oath is you don't know what high is?

10:11  7    A.    Again, sir, the question you asked in the deposition was

10:11  8    very clear about would I know what to do with a 20-second PT

10:11  9    with Neoplastin on a patient with a trough level?  Which means

10:11  10   before their next drug dose, would I know what to do with that?

10:12  11   That, the answer is no.

10:12  12          The question you just asked me now did not specify

10:12  13   Xarelto, did not specify trough, did not specify any drug.  So

10:12  14   it's a 20-second PT.  That's a different question.  That's an

10:12  15   entirely different question, sir.

10:12  16   Q.    Shall we hear what you said again?

10:12  17          Do you agree you told us under oath at your

10:12  18   deposition you don't know what "high" is?

10:12  19   A.    Related to that question in the deposition, which was

10:12  20   specific for Xarelto in a trough patient, yes.  But that is not

10:12  21   the question you asked me here today.

10:12  22   Q.    Do you agree that you are not qualified to assess the need

10:12  23   for monitoring of Xarelto in a patient?

10:12  24   A.    That's not my role.

10:12  25   Q.    You agree with me, then?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:12 | 1 | **A.**   I agree that's not my role. |
| 10:12 | 2 | **Q.**   And the reason for that is you're not a clinician? |
| 10:12 | 3 | **A.**   That is correct. |
| 10:12 | 4 | **Q.**   All right.  Is it correct that you've not provided any |
| 10:12 | 5 | opinions at all about Ms. Mingo? |
| 10:12 | 6 | **A.**   I'm sorry.  Ms. who? |
| 10:12 | 7 | **Q.**   Ms. Mingo is our plaintiff here.  We should introduce you. |
| 10:12 | 8 | This is Dora Mingo. |
| 10:13 | 9 |         You don't know her, and you don't have any opinions |
| 10:13 | 10 | about Ms. Mingo? |
| 10:13 | 11 | **A.**   No, sir.  I'm sorry.  I don't know her, that's correct, |
| 10:13 | 12 | and I have no opinions on Ms. Mingo. |
| 10:13 | 13 | **Q.**   And is it also correct that you have no opinions that |
| 10:13 | 14 | criticize Janssen or Bayer in their design or testing of |
| 10:13 | 15 | Xarelto? |
| 10:13 | 16 | **A.**   No, sir. |
| 10:13 | 17 | **Q.**   I'd like to talk a bit more, and probably quite a while, |
| 10:13 | 18 | about the PT test.  All right? |
| 10:13 | 19 | **A.**   All right. |
| 10:13 | 20 | **Q.**   All right.  If you wouldn't mind, I'm going to ask you to |
| 10:13 | 21 | take another look at this clotting cascade you showed the jury. |
| 10:13 | 22 |         **MR. SARVER:**  Your Honor, may he step up again? |
| 10:13 | 23 |         **THE COURT:**  Sure. |
| 10:14 | 24 | BY MR. SARVER: |
| 10:14 | 25 | **Q.**   All right, sir.  This is what you called a "simplified |

ROBERT GOSSELIN - CROSS

10:14   1   coagulation cascade"?

10:14   2   **A.**   Yes, sir, it's very simplified.

10:14   3   **Q.**   The real coagulation cascade in the human body is a lot

10:14   4   more complicated?

10:14   5   **A.**   Yes, sir.

10:14   6   **Q.**   But even on the simplified coagulation cascade, you

10:14   7   provided -- and I think you took us down the right-hand side of

10:14   8   the Y?

10:14   9   **A.**   Yes, sir.

10:14  10   **Q.**   This is the Y part, and you told us that a PT test

10:14  11   measures certain of the proteins; right?

10:14  12   **A.**   Yes, sir.

10:14  13   **Q.**   It measures Factor VII; it measures Factor Xa, Factor V,

10:14  14   Factor II, and thrombin?

10:14  15   **A.**   Fibrinogen.

10:14  16   **Q.**   Fibrinogen.  Thank you.  It measures all those things?

10:14  17   **A.**   Yes, sir.  It assesses whether or not there's normal

10:14  18   levels of those things, yes, sir.

10:14  19   **Q.**   And that PT test works pretty well under the INR for

10:15  20   warfarin; right?

10:15  21   **A.**   Yes, sir.

10:15  22   **Q.**   Because warfarin affects -- what factors does warfarin

10:15  23   affect?

10:15  24   **A.**   VII, X, and II.

10:15  25   **Q.**   VII, X, and II.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:15 1  A.   And IV, but up there in the PT test.

10:15 2  Q.   But that's way up here instead of the --

10:15 3  A.   Yes, sir.

10:15 4  Q.   So warfarin is kind of a broad-acting effecting

10:15 5  anticoagulant?

10:15 6  A.   Yes, sir.

10:15 7  Q.   It affects a number of the proteins?

10:15 8  A.   Yes, sir.

10:15 9  Q.   That's not true of the anti-Factor Xa drugs like Xarelto?

10:15 10  A.   That is a true statement.

10:15 11  Q.   Xarelto affects only one part of the coagulation cascade?

10:15 12  A.   True.

10:15 13  Q.   So when you run a broad PT test that measures all of those

10:15 14  different factors for a drug like Xarelto, it becomes more

10:15 15  difficult to measure what's really going on with Xarelto;

10:15 16  right?

10:15 17  A.   I'm not sure that's a true statement.  I know that studies

10:15 18  I've seen, that there's been PT tests that are affected by

10:15 19  Xarelto and there's ones that are not.

10:15 20  Q.   And one of the reasons that's more difficult for -- or any

10:16 21  of the Factor Xa drugs is because they affect one part of the

10:16 22  coagulation cascade and not the rest of it?

10:16 23  A.   I'm not sure I agree with that.

10:16 24  Q.   Well, it only affects Factor X?

10:16 25  A.   Yes, that's a true --

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:16  1  **Q.**   You agree with that?

10:16  2  **A.**   Yes, that's a true statement.

10:16  3       **MR. SARVER:**  All right.  Why don't you take a seat,

10:16  4  sir.

10:16  5  **BY MR. SARVER:**

10:16  6  **Q.**   I think we've already agreed on this.  You agree that PT

10:16  7  test results do not necessarily reflect in vivo, or inside the

10:16  8  body, coagulation; is that correct?

10:16  9  **A.**   When you said the word "always," then I would say yes, I

10:16  10  agree with that.

10:16  11  **Q.**   Well, let me say it using the word "necessarily."

10:16  12       Do you agree that PT test results do not necessarily

10:17  13  reflect in vivo, or inside the body, coagulation?

10:17  14  **A.**   I would agree with that, sir.

10:17  15  **Q.**   So that's correct as well?

10:17  16  **A.**   Yes.

10:17  17  **Q.**   Now, PT testing is widely available; correct?

10:17  18  **A.**   On different platforms, yes.

10:17  19  **Q.**   And it's widely available because warfarin has been around

10:17  20  since the 1940s?

10:17  21  **A.**   Maybe a little bit later than that, but I'm not sure.

10:17  22  It's been around for a while.  The PT has been around for

10:17  23  longer than warfarin.  It's been around for a long, long time,

10:17  24  since 1935.

10:17  25  **Q.**   PT has been around since 1935?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:17 | 1 | **A.**   I believe so, yes. |
| 10:17 | 2 | **Q.**   And warfarin has been around for more than half a century? |
| 10:17 | 3 | **A.**   Yes, sir. |
| 10:17 | 4 | **Q.**   PT has been used to monitor warfarin for a long, long |
| 10:17 | 5 | time? |
| 10:17 | 6 | **A.**   But that's not its sole function.  So it's been used for |
| 10:17 | 7 | other indications as well. |
| 10:17 | 8 | **Q.**   In fact, PT is kind of a routine screening test, isn't it? |
| 10:17 | 9 | **A.**   I would say yes. |
| 10:17 | 10 | **Q.**   So you go into the hospital and you have your blood drawn, |
| 10:17 | 11 | it's pretty likely that they're going to do a PT test? |
| 10:18 | 12 | **A.**   Yes, sir. |
| 10:18 | 13 | **Q.**   Now, you have told us as a general matter that these PT |
| 10:18 | 14 | tests, these PT assays, are not a reliable measure of DOAC |
| 10:18 | 15 | anticoagulant effect.  That's true, isn't it? |
| 10:18 | 16 | **A.**   When you collectively put PT, which are all reagents, and |
| 10:18 | 17 | DOACs, which are all drugs, that is a true statement, yes. |
| 10:18 | 18 | **Q.**   And you've written that in the peer-reviewed literature? |
| 10:18 | 19 | **A.**   Yes, sir. |
| 10:18 | 20 | **Q.**   When you write in the peer-reviewed literature, do you try |
| 10:18 | 21 | to be accurate? |
| 10:18 | 22 | **A.**   Absolutely. |
| 10:18 | 23 | **Q.**   Do you try to be scientifically correct? |
| 10:18 | 24 | **A.**   Scientifically correct? |
| 10:18 | 25 | **Q.**   Yes, sir. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:18  1   **A.**   Yes, yes.

10:18  2   **Q.**   Do you try to be correct, period?

10:18  3   **A.**   Yes.

10:18  4   **Q.**   All right.  We're going to talk about a number of your

10:18  5   articles.  I just want to make sure that that premise is laid

10:18  6   out:  You don't ever intend to be wrong in the scientific

10:18  7   literature?

10:18  8   **A.**   That is correct.

10:18  9   **Q.**   And if you say something in the scientific literature and

10:18  10  it turns out to be wrong, you've got an obligation to correct

10:18  11  it, don't you?

10:18  12  **A.**   It depends on the context and the manuscript.  If the

10:19  13  statement in question that -- you may say, well, I challenge

10:19  14  this, and it's a clinical question, that's outside the purview

10:19  15  of my expertise.  And so I have not written a manuscript about

10:19  16  DOACs without a clinician or a colleague, and those colleagues

10:19  17  tend to be treatment colleagues or medical doctors, and so

10:19  18  they're the ones in the best position to talk about that

10:19  19  clinical aspect of a drug.

10:19  20          So I don't render opinion on there.  So if they

10:19  21  indicate something that is more clinically oriented, I defer to

10:19  22  that.  I don't have an opinion.  I'm there to keep the

10:19  23  laboratory component honest.

10:19  24  **Q.**   All right.  You will agree with me that you have written

10:19  25  that prothrombin time are not suited -- are not suitable for

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:19 | 1 | measuring the effect of DOACs because they lack sensitivity to |
| 10:19 | 2 | the anticoagulant effect of DOACs? |
| 10:19 | 3 | **A.**   As I said to Mr. Birchfield, yes, and the reasons thereof. |
| 10:20 | 4 | **Q.**   And you would not be surprised if someone reading your |
| 10:20 | 5 | literature determined that the takeaway from that is don't use |
| 10:20 | 6 | PT to monitor DOACs because they're not sensitive? |
| 10:20 | 7 | **A.**   I don't know if that's true because, unfortunately, some |
| 10:20 | 8 | of the other journals that deal with anesthesia or surgery |
| 10:20 | 9 | outside the lab purview tend to look at these tests to say |
| 10:20 | 10 | they're adequate when we're trying to inform our |
| 10:20 | 11 | outside-the-lab colleagues that perhaps this may not be the |
| 10:20 | 12 | optimal test to use, depending on the indication, what they're |
| 10:20 | 13 | using it for. |
| 10:20 | 14 | **Q.**   Sir, I want to show you -- and I'm sorry. |
| 10:20 | 15 | **MR. SARVER:**  Andy, this is what I'm going to show. |
| 10:20 | 16 | It's one of his articles. |
| 10:20 | 17 | **MR. BIRCHFIELD:**  Thank you. |
| 10:20 | 18 | **BY MR. SARVER:** |
| 10:20 | 19 | **Q.**   Do you recall this article that I think was published in |
| 10:20 | 20 | 2017 in which you are the second author with Dr. Dorothy |
| 10:20 | 21 | Adcock? |
| 10:20 | 22 | **A.**   Yes, sir. |
| 10:20 | 23 | **Q.**   Do you recall the title of this article? |
| 10:21 | 24 | **A.**   Yes, sir. |
| 10:21 | 25 | **Q.**   And for the jury, what's the title of your article? |

ROBERT GOSSELIN - CROSS

10:21 1    **A.**    "The danger of relying on an APTT and PT in patients on

10:21 2    DOAC therapy, a potential patient safety issue."

10:21 3    **Q.**    So the article that you wrote in 2017 talked to whoever

10:21 4    was reading it -- doctors, clinicians, whoever -- about the

10:21 5    danger of relying on PT; correct?

10:21 6    **A.**    Well, I hope they're reading more than the title because

10:21 7    we explain, as I explained to Mr. Birchfield, what the intent

10:21 8    of the article was.

10:21 9    **Q.**    Well, let's take a look at the article, why don't we.

10:21 10   It's Defendants' Exhibit 2451.

10:21 11           Let me give you a copy, too.  Would you like a paper

10:21 12   copy?

10:21 13           **MR. SARVER:**  May I approach, Your Honor?

10:21 14           **THE COURT:**  Yes.

10:21 15           **MR. SARVER:**  Thank you.

10:21 16           **THE WITNESS:**  Thank you, sir.

10:21 17   BY MR. SARVER:

10:21 18   **Q.**    You bet.  Is this a copy of your article, sir?

10:22 19   **A.**    It appears to be.

10:22 20   **Q.**    And you are the second author of two; correct?

10:22 21   **A.**    Yes, sir.

10:22 22   **Q.**    All right.  In paragraph 2, title 2, it's on page 1.  Do

10:22 23   you see that, "anticoagulant mechanism"?

10:22 24   **A.**    Paragraph 2.

10:22 25   **Q.**    You label it with a number 2.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:22 1   **A.**   Okay.

10:22 2   **Q.**   Do you see that?

10:22 3   **A.**   Yes, sir.

10:22 4   **Q.**   In that section, you refer to the American Association of

10:22 5   Chest Physicians recommendations.  Do you see that?

10:22 6   **A.**   Yes, sir.

10:22 7   **Q.**   Have you read that recommendation?

10:22 8   **A.**   No, sir.

10:22 9   **Q.**   You've never read it?

10:22 10  **A.**   Chest Physicians?

10:22 11  **Q.**   Yes.

10:22 12  **A.**   Way back when, yes, but I haven't read the recent one.

10:22 13  **Q.**   You cited it here.  You know, don't you, that the American

10:22 14  Association of Chest Physicians recommends the use of DOACs,

10:22 15  including rivaroxaban, over warfarin?

10:23 16  **A.**   Have I heard that?  Yes, sir.  Have I read it?  No, I have

10:23 17  not read the chest guidelines.  That's a clinical guideline.

10:23 18  **Q.**   And that's something that's beyond your pale again?

10:23 19  **A.**   Well, I can read.  I just don't read the clinical

10:23 20  guidelines.

10:23 21  **Q.**   Well, that's part of it.  You can read whatever is in the

10:23 22  scientific literature.  But in terms of offering your

10:23 23  expertise, your expertise is based on experience; right?

10:23 24  **A.**   Both reading and experience.  I think they go hand in

10:23 25  hand.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:23  1   **Q.**   Well, the jury can read these articles too; correct?
10:23  2   **A.**   I would assume so.
10:23  3   **Q.**   All right.  If you would turn to the second page.  Do you
10:23  4   see your paragraph 2.1?
10:23  5   **A.**   Yes, sir.
10:23  6   **Q.**   Okay.  And just above that, I'd like to direct your
10:23  7   attention to a sentence that starts with "there is a poor
10:23  8   correlation."
10:24  9        **MR. SARVER:**  Jim, can you highlight that.
10:24  10  **BY MR. SARVER:**
10:24  11  **Q.**   Do you have that sentence in front of you?  Can you read
10:24  12  it?
10:24  13  **A.**   I can barely read that.
10:24  14  **Q.**   Let me read it for you.
10:24  15  **A.**   I'm with you, sir.
10:24  16  **Q.**   I'll tell you -- I'll read it:
10:24  17       "This poor correlation of APTT and PT prolongation to
10:24  18  the physiological level of DOAC anticoagulation may be related
10:24  19  to the fact that clot formation in APTT and PT reactions
10:24  20  requires only about 3 percent of the thrombin generated."
10:24  21       Did you write that statement or did Dorothy?
10:24  22  **A.**   Dorothy did.
10:24  23  **Q.**   Is she right?  Is that correct?
10:24  24  **A.**   Do you see the authorship, how this works, publications,
10:24  25  is the first author is the writer?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:24 1 **Q.** I understand. But my question is, is she correct?
10:24 2 **A.** Well, there's a "maybe" in there. That means we're
10:24 3 supposing or we're guessing or we're estimating. This may be a
10:24 4 possible reason, but there's not absolute certainty in that
10:25 5 statement. We don't say absolutely this is the reason because
10:25 6 we can't explain why apixaban doesn't work. We can't explain
10:25 7 why there's differences in reagent sensitivity for the same
10:25 8 class of drugs. There's a lot of things we can't understand,
10:25 9 but we proffer theories about what we think may happen.
10:25 10 **Q.** So I'm trying to go back. You would not put something in
10:25 11 a paper unless you thought it was correct; right?
10:25 12 **A.** If you can see the little number after the sentence, that
10:25 13 means we referenced somebody else's work.
10:25 14 **Q.** Not my question. You would not put something in a paper
10:25 15 if you did not think it was correct?
10:25 16 **A.** I would agree with that statement.
10:25 17 **Q.** You would agree; right?
10:25 18 **A.** I would agree with that statement.
10:25 19 **Q.** All right. So here, you and Dr. Adcock were attempting to
10:25 20 explain to the world why there's a poor correlation between PT
10:25 21 prolongation and the physiological effect of anticoagulation.
10:25 22 **A.** I don't -- yes, again, but we're saying that we're
10:25 23 estimating a possible reason why that may occur.
10:26 24 **Q.** I'm understanding that.
10:26 25 **A.** Yes. But I think you're deemphasizing the "maybe." We're

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:26  1  not saying with absolute certainty.  It's a possibility.

10:26  2  Q.   I'm with you.  What you're doing is you're taking your

10:26  3  best shot to explain why PT --

10:26  4  A.   Yes.

10:26  5  Q.   -- does not relate very well to anticoagulation.  You're

10:26  6  trying to explain that?

10:26  7  A.   Yes.

10:26  8  Q.   Okay.  And if you turn to the next page under

10:26  9  "Conclusion," do you see that?

10:26  10  A.   Yes, sir.

10:26  11  Q.   And --

10:26  12       MR. SARVER:  Jim, I don't know if you can take us

10:26  13  to -- oh, you're good.  Thank you.

10:26  14  BY MR. SARVER:

10:26  15  Q.   And let me read this, and tell me if I get it right:

10:26  16       "Clinicians must acknowledge that the APTT and the PT

10:26  17  can no longer be used as a general gauge of a patient's level

10:26  18  of anticoagulation and, hence, bleeding risk."

10:26  19       Did I read it correctly?

10:26  20  A.   You read it correctly, but you missed the first line

10:27  21  before that.

10:27  22  Q.   Did I miss --

10:27  23  A.   So the line before that is the preface to the statement,

10:27  24  and that is, we're talking about normal or near-normal results

10:27  25  not being able to exclude significant drug levels, and,

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:27 1    therefore, bleeding risk would be in patients that may get
10:27 2    intervention.
10:27 3           So I think if you look in the middle of the paragraph
10:27 4    for the conclusion, as opposed to starting at the top of the
10:27 5    conclusion, it may be misleading.
10:27 6    Q.   It's fine.  If you want to point out anything else, that's
10:27 7    perfectly okay.  But I want to make sure that, when I look at
10:27 8    statements in your literature, you're going to confirm with me
10:27 9    it's either correct or it's wrong.  Whichever one you say, I
10:27 10   don't care.  But I want you to either confirm it's right or
10:27 11   it's wrong.
10:27 12   A.   I will say that we wrote this sentence, which is the third
10:27 13   sentence in the conclusion, and that third sentence has to do
10:27 14   with the second sentence and the first sentence of the
10:27 15   conclusion.  They're all tied in together.
10:27 16   Q.   Let me ask it again:  "Clinicians must acknowledge that
10:27 17   the APTT and the PT can no longer be used as a general gauge of
10:28 18   a patient's level of anticoagulation and, hence, bleeding
10:28 19   risk."
10:28 20          Is that a true statement?
10:28 21   A.   In the context the article is written about normal or
10:28 22   near-normal PTs and PTT results, excluding significant drug
10:28 23   levels to allow clinicians to go into surgery or any other
10:28 24   intervention, that is the premise of the article and that is
10:28 25   the premise of the conclusion.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:28 1  **Q.**   Did you also write in the same article that there is a
10:28 2  lack of clinical utility of the APTT and PT in patients on
10:28 3  DOACs?
10:28 4  **A.**   Where is that sentence?  But I don't recall, but that's a
10:28 5  clinical sentence, so Dot -- or, I'm sorry, Dorothy --
10:28 6  Dr. Adcock would have written that.
10:28 7  **Q.**   All right.  Well, let me go directly to it.  It's on page
10:29 8  37 of the article.
10:29 9       **MR. SARVER:**  Jim, can you pull it up for us?  There
10:29 10 we are.
10:29 11 **BY MR. SARVER:**
10:29 12 **Q.**   Do you see it?  It's in the introduction?
10:29 13 **A.**   Yes, sir.
10:29 14 **Q.**   All right.  "As DOACs are becoming more commonly used, the
10:29 15 need to educate clinical colleagues regarding this paradigm
10:29 16 shift" -- and you talked about that with Mr. Birchfield --
10:29 17 "specifically, the lack of clinical utility of the APTT and the
10:29 18 PT in patients on DOACs is paramount."
10:29 19       Is that a true statement?
10:29 20 **A.**   That is a true sentence.  But, again, what you're doing is
10:29 21 starting in the middle of a paragraph when we're introducing
10:29 22 the concept that we want to discuss, and that is ruling out
10:29 23 significant levels of DOACs with these screening tests.  That's
10:29 24 the premise of the article.  That's the premise of the
10:29 25 statement.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:29 | 1 | **Q.** I understand you want to explain it. What I'm trying to |
| 10:29 | 2 | understand is whether or not the statements in your article are |
| 10:29 | 3 | true. That's really all I want to know. Is that statement |
| 10:29 | 4 | true? |
| 10:29 | 5 | **A.** In the context the article is written on, that statement |
| 10:29 | 6 | is true. |
| 10:29 | 7 | **Q.** All right. Is it also true that there is often a poor |
| 10:30 | 8 | correlation between the plasma concentration of DOACs and |
| 10:30 | 9 | prolongation of the APTT and the PT? |
| 10:30 | 10 | **A.** Correlation is a very weak statistical analysis. You can |
| 10:30 | 11 | be correlated really well and still be not very responsive. Is |
| 10:30 | 12 | there weak -- yes, for some -- this reagent had it, yes. So |
| 10:30 | 13 | there are some. |
| 10:30 | 14 | **Q.** All right. Let me try it again. |
| 10:30 | 15 | **A.** Please. |
| 10:30 | 16 | **Q.** "There is often a poor correlation between plasma |
| 10:30 | 17 | concentration of DOACs and prolongation of the APTT and PT?" |
| 10:30 | 18 | Is that true? |
| 10:30 | 19 | **A.** That is a true statement. |
| 10:30 | 20 | **Q.** Is it also true that the laboratory-based APTT and PT |
| 10:30 | 21 | cascades, therefore, do not accurately reflect the clotting |
| 10:31 | 22 | process as it occurs in vivo? |
| 10:31 | 23 | **A.** Is that something we wrote? Because I would have to look |
| 10:31 | 24 | at it. |
| 10:31 | 25 | **Q.** It's something you wrote. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:31   1   A.   Can I read it, please?

10:31   2   Q.   Of course.  Take a look at page 2.  It's the page 38 in

10:31   3   your manuscript.

10:31   4   A.   I'm sorry, what?

10:31   5   Q.   Page 2, page 38 of the manuscript.

10:31   6   A.   That's a big page.

10:31   7   Q.   And just -- there's a Footnote 18, just above the sentence

10:31   8   I want to read.  Does that help?

10:31   9   A.   No, I'm sorry.  Are we left or right at the top?  I'm

10:31  10   sorry.  I don't know where you are.

10:31  11          MR. SARVER:  Jim, can you help?  It's on the

10:31  12   right-hand column.

10:31  13          THE WITNESS:  Thank you.  I'm sorry.

10:31  14   BY MR. SARVER:

10:31  15   Q.   There we are.  It's in the right-hand column, kind of

10:31  16   midway on the top.

10:31  17   A.   Right.  So we're discussing now the sentence after the

10:31  18   sentence we discussed earlier before, about DOACs and PTs and

10:31  19   PTTs.

10:31  20   Q.   Yes.  Do you see the Footnote 18?

10:31  21   A.   Yes.

10:31  22   Q.   All right.  Let me read for you from your article.

10:32  23          "The laboratory-based APTT and PT cascades,

10:32  24   therefore, do not accurately reflect the clotting process as it

10:32  25   occurs in vivo."

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:32  1          Is that true?
10:32  2  A.   Again, when you take the end of the paragraph, you have to
10:32  3  start at the beginning of paragraph.  We're looking at this in
10:32  4  the context of normal screening tests and presence of DOACs.
10:32  5  In the context --
10:32  6  Q.   My question to you, sir, is it true?
10:32  7  A.   In the context the article is written and the paragraph
10:32  8  the article is about, that is a true statement.
10:32  9  Q.   All right.  That wasn't that hard.  It was a true
10:32 10  statement all along, wasn't it?
10:32 11  A.   In the context it was written, not in the global context.
10:32 12  Q.   Is it true that PT can only estimate the coagulation
10:32 13  process?
10:32 14  A.   That is true.
10:32 15  Q.   Is it also true that PT cannot be used to measure the
10:32 16  plasma concentration of rivaroxaban and can only be used to
10:33 17  obtain a crude estimate of that concentration?
10:33 18  A.   That is true.
10:33 19  Q.   That's based on your own experience, isn't it?
10:33 20  A.   That is true.  In published literature as well.
10:33 21  Q.   You've given us some opinions about Neoplastin as a
10:33 22  reagent; correct?
10:33 23  A.   Yes, sir.
10:33 24  Q.   All right.  And I think you've told us that you don't have
10:33 25  any personal experience using Neoplastin?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:33  1   A.   I did tell you that, yes, sir.

10:33  2   Q.   And, you know, in terms of what went into this machine

10:33  3   when you were working at Davis, you never put Neoplastin Plus

10:33  4   in the reagent slot in your machine, did you?

10:33  5   A.   That's correct, I did not.

10:33  6   Q.   All right.  You don't know enough about Neoplastin, other

10:34  7   than what's been published in the literature, to have an

10:34  8   opinion based on personal experience, do you?

10:34  9   A.   That's an interesting question when you say I don't know

10:34  10  enough about Neoplastin because of published literature.  I'm

10:34  11  not sure how to answer that.  If --

10:34  12  Q.   All right.  Let me try it with your words.  "I don't know

10:34  13  enough about Neoplastin other than what's published, and so I

10:34  14  have to rely on the published data using patient samples versus

10:34  15  contrived samples."

10:34  16       Is that true?

10:34  17  A.   That is true.

10:34  18  Q.   Now, in your research, I think you talked about some work

10:34  19  that was done at the University of North Carolina.

10:35  20       Do you remember that?

10:35  21  A.   Yes, sir.

10:35  22  Q.   You talked about, there, those technicians used

10:35  23  Neoplastine CI; true?

10:35  24  A.   I believe that was the site that used Neoplastin, yes.

10:35  25  Q.   And were you privy to the internal discussion about using

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:35  1  Neoplastin Plus in that study?

10:35  2  **A.**   I'm not sure what you mean by an internal discussion.

10:35  3  That was a reagent used at the laboratory at the time.

10:35  4  **Q.**   Well, before you use a reagent, you take a look at the

10:35  5  package insert, the label, to determine the facts, the

10:35  6  appropriate information about the reagent, don't you?

10:35  7  **A.**   Not necessarily.  Usually, the reagent is a part of an

10:35  8  instrument package.  And if so your hospital buys the

10:35  9  instrument, you kind of buy that reagent.

10:35  10  **Q.**   Well, in the United States, at least, you can't use a

10:35  11  reagent that has not been FDA-cleared; true?

10:35  12  **A.**   That is true.

10:35  13  **Q.**   All right.  So you understand that the Neoplastine CI Plus

10:36  14  has been FDA-approved?

10:36  15  **A.**   The indicated use, yes.

10:36  16  **Q.**   And it has a label that has been also approved by the FDA;

10:36  17  true?

10:36  18  **A.**   I think when you folks use the word "label," you mean

10:36  19  package insert for us.  Yes.

10:36  20  **Q.**   We've been trying to say the same thing.

10:36  21       But "label" and "package insert," they're basically

10:36  22  the same; fair?

10:36  23  **A.**   It's a different vernacular for us, yes.

10:36  24  **Q.**   All right.  And I'll use whatever you're comfortable --

10:36  25  package insert, you're more comfortable with?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:36  1   A.    Yes.

10:36  2   Q.    Fair enough.  Have you read the Neoplastine CI Plus

10:36  3   package insert?

10:36  4   A.    Yes.

10:36  5   Q.    And you know, based on reading it, that it is not approved

10:36  6   for use with Xarelto?

10:36  7   A.    I don't think the package insert says anything it approved

10:36  8   for any use.  Its intended use it's approved for is for PT

10:36  9   testing on two of their analyzers.  That's the --

10:36  10  Q.    But isn't --

10:36  11  A.    -- intended use.

10:36  12        They go on to describe potentially the use of the PT

10:36  13  in a bunch of medication, but I am not sure that's the FDA

10:37  14  approval process.  The FDA approval process is the intended

10:37  15  use.  The intended use would be the PT on those tests --

10:37  16  Q.    You know, don't you, from reading the label --

10:37  17  A.    -- on those instruments, I'm sorry.

10:37  18        MR. SARVER:  I'm sorry, Madam Court Reporter.  I

10:37  19  walked over him.  Are we okay?  All right.

10:37  20  BY MR. SARVER:

10:37  21  Q.    You know from reading the label, don't you, that there is

10:37  22  a lengthy discussion of use of Neoplastine CI with warfarin;

10:37  23  true?

10:37  24  A.    No.  What they talk about is discussion of the PT test,

10:37  25  the summary of the prothrombin time test, or PT test, and what

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:37  1    are the potential indications for use of this test; warfarin

10:37  2    being one of them, liver disease being another, DIC being

10:37  3    another.

10:37  4    Q.   And there is absolutely no discussion in the Neoplastine

10:37  5    CI Plus label that recommends its use with Xarelto, is there?

10:37  6    A.   That is a true statement.

10:37  7    Q.   All right.  Neoplastin Plus PT measures three out of the

10:38  8    five factors or proteins in the clotting cascade; correct?

10:38  9    A.   Three?

10:38  10   Q.   Three.

10:38  11   A.   No.  It measures VII, V, X, II, and, to a lesser degree,

10:38  12   fibrinogen.  So five.

10:38  13   Q.   So Neoplastine CI Plus measures five proteins in the

10:38  14   clotting cascade; true?

10:38  15   A.   Yes, sir.

10:38  16   Q.   And Xarelto affects how many?

10:38  17   A.   One.

10:38  18   Q.   All right.  Do you think that might be a reason why the

10:38  19   manufacturers of Neoplastine CI Plus don't recommend its use

10:38  20   with Xarelto?

10:38  21   A.   No.

10:38  22   Q.   You don't know, do you?

10:38  23   A.   You asked me if I thought there was a reason.  No, because

10:38  24   we use this test to screen -- isolate deficiencies for

10:38  25   Factor V, isolate deficences for Factor X, isolate

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:38    1    deficiencies of prothrombin.  So we use this test to screen for
10:38    2    those.
10:39    3              So if one of them are missing, we would see a
10:39    4    prolongation.  So I don't think that's the reason, because it
10:39    5    only affects one of the five factors.
10:39    6    Q.    Now, Mr. Gosselin, would you agree that there is no
10:39    7    FDA-approved method, calibrator, or control for using PT to
10:39    8    access the anticoagulant effect of rivaroxaban?
10:39    9    A.    Again, sir --
10:39   10    Q.    Would you like me to repeat it?
10:39   11    A.    Again, sir, I'm not sure the FDA approves the PT test
10:39   12    utilization and what it's used for.  They approve the test on
10:39   13    instruments or the intended use as described in the label.
10:39   14    Q.    Should we go back to your deposition?
10:39   15    A.    Sir, I'm not a regulatory person.  You can go back to the
10:39   16    deposition, but my understanding is that the FDA does not
10:39   17    approve a test per se, but it approves the intended use.
10:39   18    Q.    Let's take a look at your deposition, page 203, lines 7
10:39   19    through 10.  That question was asked to you directly.
10:39   20    A.    Okay.
10:39   21              "Q.  Would you agree that there is no FDA-approved
10:39   22          method, calibrator or control for using PT to assess the
10:39   23          anticoagulant effect of rivaroxaban?
10:39   24              "A.  That is a true statement."
        25

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:40 1  BY MR. SARVER:
10:40 2  Q.   That is a true statement, isn't it?
10:40 3  A.   Well, when you collectively throw in "calibrators and
10:40 4  controls," I would have to say yes, that's true.  When you say
10:40 5  "method," that's a whole different picture.
10:40 6  Q.   Would you agree that there is no FDA-approved method,
10:40 7  calibrator, or control for using PT to assess the anticoagulant
10:40 8  effect of rivaroxaban?
10:40 9  A.   There are no FDA-approved calibrators or controls for
10:40 10  measuring rivaroxaban.  As far as FDA methodology approval for
10:40 11  pro time, again, my understanding of the regulatory -- again,
10:40 12  I'm not a regulatory expert -- is it that the FDA approves the
10:40 13  intended use of the test, which is their first box on the
10:40 14  label.
10:40 15       And the intended use for Neoplastin is for measuring
10:40 16  PT on two of their -- three of their analyzers.  That's my
10:41 17  understanding.
10:41 18  Q.   Let's take it to the clinical context a bit.  All right.
10:41 19       You'd agree that, with PT testing on a Xarelto
10:41 20  patient, you could have the same sample using the same reagent
10:41 21  but test in different laboratories and the results would be
10:41 22  different?
10:41 23  A.   That would not be unusual.  I don't think they'd be
10:41 24  significantly different.  I think they would be different --
10:41 25  Q.   Do you agree with me that you can have the same PT test on

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:41  1  the same patient in different laboratories and get different
10:41  2  results?  That's just true, isn't it?
10:41  3  A.    That is true.
10:41  4  Q.    In fact, you told us "Oh, absolutely" at your deposition,
10:41  5  "There's no doubt"; right?
10:41  6  A.    Yes.  But I think that you're inferring that to be
10:41  7  dramatically different, and I'm saying they would be -- may be
10:41  8  a difference, but they may be .1 second different, .2-second
10:41  9  difference.  There wouldn't be a 15 and a 26.  There may be a
10:41  10  25, a 26, a 27, a 22.  And I don't think that's a big
10:42  11  difference.
10:42  12  Q.    But you don't know -- you're not a clinician -- do you?
10:42  13  A.    No.  This is laboratory tests, and I do know.  So now
10:42  14  we're talking about precision of a test.
10:42  15  Q.    Yes.  But you don't know what to do with those numbers?
10:42  16  A.    That is a correct statement.
10:42  17  Q.    All right.  Now, using a calibrated PT to assess
10:42  18  rivaroxaban has not been embraced to date by the laboratory
10:42  19  world?
10:42  20  A.    There has been one published literature, to my knowledge,
10:42  21  by Armando Tripodi that looked at possibly calibrating the PT
10:42  22  in the same respects that we have INRs, and that has not been
10:42  23  embraced by the coagulation world, yes.
10:42  24  Q.    Sitting here in 2017 -- we're now in August of 2017 --
10:42  25  that's a true statement?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:42  1   A.   Yes.

10:42  2   Q.   Using calibrated PT to assess rivaroxaban has not been

10:42  3   embraced by the laboratory world.  True as of today?

10:42  4   A.   Yes, that is true.

10:42  5   Q.   All right.  I want to make sure that we don't overextend

10:43  6   what you're telling this jury.

10:43  7        Do you have any evidence at all of what would happen

10:43  8   in the real world to patient care if PT using Neoplastin was

10:43  9   used to assess the anticoagulant effect of rivaroxaban?  Do you

10:43  10  know?

10:43  11  A.   That sounds like a supposition question, so the answer is

10:43  12  I don't know.

10:43  13  Q.   Now, what we do know, before rivaroxaban was ever allowed

10:43  14  to be used in this country, the FDA determined it was safe and

10:43  15  effective; correct?

10:43  16  A.   I didn't read the label, but I would assume so since it

10:43  17  approved for use.

10:43  18  Q.   You know that.  I mean, any medicine approved for use in

10:43  19  the U.S. has to be approved as safe and effective; right?

10:43  20  A.   Yes.

10:43  21  Q.   All right.  Have you done any work to determine how these

10:43  22  clinical trials were done?

10:43  23  A.   No.

10:43  24  Q.   Do you know?

10:43  25  A.   No.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:44 | 1 | **Q.** Okay. If I tell you that these clinical trials were done |
| 10:44 | 2 | without the monitoring you're talking about, do you have any |
| 10:44 | 3 | reason to disagree with me? |
| 10:44 | 4 | **A.** If that's what you tell me, I -- I guess I'd have to |
| 10:44 | 5 | believe you. |
| 10:44 | 6 | **Q.** Well, you don't have to. |
| 10:44 | 7 | **A.** But I'm a suspicious soul, so I'd always look at |
| 10:44 | 8 | literature if that were a question posed to me. |
| 10:44 | 9 | **Q.** All right. So how about -- you know that rivaroxaban has |
| 10:44 | 10 | been approved for use as safe and effective by the FDA now for |
| 10:44 | 11 | over six years; right? |
| 10:44 | 12 | **A.** If you're asking me if I'm familiar with the studies, yes. |
| 10:44 | 13 | **Q.** Okay. |
| 10:44 | 14 | **A.** I believe some of them like ROCKET. Is that one of them? |
| 10:44 | 15 | **Q.** How about EINSTEIN? Are you familiar with EINSTEIN? |
| 10:44 | 16 | **A.** I'm familiar with the name, but I did not delve into the |
| 10:44 | 17 | clinical or the summary report of the FDA on those studies. |
| 10:44 | 18 | **Q.** Do you know that Xarelto has been used in the real world |
| 10:44 | 19 | by real doctors on real patients without the monitoring that |
| 10:44 | 20 | you're talking about using a PT or Factor Xa assay? Do you |
| 10:45 | 21 | know that? |
| 10:45 | 22 | **A.** Yes. |
| 10:45 | 23 | **Q.** In your familiarity with EINSTEIN, did you come to learn |
| 10:45 | 24 | that there was no evidence that PT Neoplastin measured in |
| 10:45 | 25 | seconds at peak was different in subjects with bleeding events |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:45  1    compared to subjects without bleeding events?  Did you know
10:45  2    that?
10:45  3    A.   Again, I didn't read the EINSTEIN trial.  So if that's
10:45  4    what you read --
10:45  5    Q.   Go ahead.  Finish your answer.
10:45  6    A.   I did not read EINSTEIN.  I mean, yeah, I'm familiar with
10:45  7    the title of study, but I did not read the clinic assay.
10:45  8    Q.   This gets back to the whole notion we talked about.
10:45  9         You can give a doctor a number from that machine.
10:45  10   But if that number -- it might be a really nice number, a
10:45  11   pretty number.  But if it doesn't mean anything clinically, it
10:46  12   doesn't help the doctor, does it?
10:46  13   A.   Your asking me what's going to help the physician is
10:46  14   somewhat speculative.  So I think, if I'm consulted on a -- on
10:46  15   a patient with a sample, I look -- I ask about the patient, the
10:46  16   condition of the patient, what's the result, what are other
10:46  17   laboratory tests, what medications, et cetera, et cetera.
10:46  18        So it's a little difficult to be speculative on all
10:46  19   cases.  So I'd have to disagree with the statement.
10:46  20   Q.   All right.  So let's take a look at Defense Exhibit 6079.
10:46  21   I don't think you're disagreeing with me that the EINSTEIN
10:46  22   trial actually looked at whether patients that bled had PTs
10:46  23   different than patients who didn't bleed.
10:46  24        Do you disagree with that?
10:46  25   A.   Again, I have to iterate again that I did not read the

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:46  1    EINSTEIN study.

10:46  2    Q.    All right.  Let's look at Defense Exhibit 6079, page 66.

10:46  3          MR. SARVER:  Do we have a copy for counsel, Andy?  Do

10:47  4    we have a copy for Mr. Gosselin?

10:47  5          MR. BIRCHFIELD:  Your Honor, we've been very lax

10:47  6    here, but this is way beyond the scope of my direct.  And he

10:47  7    said that this is not his area and it's not what he has

10:47  8    reviewed.  We're way off track.

10:47  9          THE COURT:  I understand.  It goes to credibility.

10:47  10   I'll allow it.

10:47  11         MR. SARVER:  Thank you, Your Honor.

10:47  12   BY MR. SARVER:

10:47  13   Q.    Mr. Gosselin, do you have Defense Exhibit 6079 in front of

10:47  14   you?

10:47  15   A.    Yes, sir.

10:47  16   Q.    Page 66.

10:47  17         MR. SARVER:  Bring that up, Jim, please.

10:47  18   BY MR. SARVER:

10:47  19   Q.    Do you see the section titled "Bleeding Risk in

10:47  20   Correlation to Prothrombin Time Prolongation"?

10:47  21   A.    Yes.

10:47  22   Q.    And do you see that this is discussing a set of clotting

10:47  23   tests using Neoplastin PT?

10:47  24   A.    Yes.

10:47  25   Q.    And do you see this is done in the Study 11702, the

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:48  1    EINSTEIN study, for DVT?  Do you see that?

10:48  2    **A.**    Well, I don't see "EINSTEIN," but I have to believe you.

10:48  3    **Q.**    All right.  11702, you see that?

10:48  4    **A.**    Yes, sir.

10:48  5    **Q.**    And you see DVT?

10:48  6    **A.**    Yes, sir.

10:48  7    **Q.**    And you know that's deep vein thrombosis?

10:48  8    **A.**    Yes, sir, I do.

10:48  9    **Q.**    Like Ms. Mingo suffered?

10:48  10   **A.**    I don't know what Ms. Mingo suffered.

10:48  11   **Q.**    You don't?

10:48  12   **A.**    Yeah.

10:48  13   **Q.**    Okay.  And you see here, in general, there was no evidence

10:48  14   that PT Neoplastin measured in seconds of peak was different in

10:48  15   subjects with bleeding events compared to subjects without

10:48  16   bleeding events.

10:48  17          Do you have any reason to disagree with that.

10:48  18   **A.**    No.

10:48  19   **Q.**    That goes to the clinical significance of the number that

10:48  20   comes out of that big machine, doesn't it?

10:48  21   **A.**    One would assume it's a clinical end point.  So, yes.

10:48  22   **Q.**    I mean, what we care about is whether -- two things;

10:48  23   right?  We care about whether rivaroxaban treats the disease

10:48  24   it's there for; right?

10:48  25   **A.**    Sir, my role is about what comes out of the machine.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:48    1    **Q.**   I understand.  You're the guy that talks about what comes

10:48    2    out of the machine.  But in terms of what utility that

10:49    3    information is, that's not your role?

10:49    4    **A.**   That's correct.

10:49    5    **Q.**   Okay.  If there is evidence from the EINSTEIN clinical

10:49    6    trials that shows that the PT levels for patients who didn't

10:49    7    bleed were higher than the PT levels for patients who did

10:49    8    bleed, would that have any meaning to you or is that something

10:49    9    for somebody else?

10:49    10   **A.**   Not to me as a laboratory person.  If somebody came to me

10:49    11   and said, "I want something," I don't look at the studies to

10:49    12   determine whether or not it's a valid request or not.

10:49    13   **Q.**   You talked to the jury -- I'm going to move on a little

10:49    14   bit.  But, actually, before I do that, I'd like to talk with

10:49    15   you to some extent about some of the statements that you've

10:50    16   made in your literature.

10:50    17           And if I could go to an article that you wrote in

10:50    18   2015 titled "Assessing nonvitamin K antagonist oral

10:50    19   anticoagulants (NOACs) in the laboratory."

10:50    20           We you -- this is one where you were the lead author;

10:50    21   correct?

10:50    22   **A.**   Yes, sir.

10:50    23   **Q.**   Do you remember that -- this article?

10:50    24   **A.**   Yes, sir.

10:50    25           **MR. SARVER:**  Do we have a copy for --

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:50  1          Your Honor, may I continue to approach?

10:50  2          THE COURT:  Sure.

10:50  3          MR. SARVER:  Thank you.

10:50  4  BY MR. SARVER:

10:50  5  Q.   Do you see your article, Dr. Gosselin -- Mr. Gosselin?

10:50  6        I'm making the mistake now too.

10:50  7  A.   Thank you for the promotion again.

10:50  8  Q.   You're welcome.

10:50  9  A.   Yes, sir, I did.

10:50  10 Q.   Is this an article that you were the lead author on?

10:50  11 A.   Yes, sir.

10:50  12 Q.   Does that mean you wrote it?

10:50  13 A.   Yes, sir.

10:50  14 Q.   Okay.  I'd like to take a look at the summary at the top.

10:50  15       Do you see it?

10:50  16 A.   Yes, sir.

10:51  17 Q.   We start out reading, "Nonvitamin K antagonist oral

10:51  18 anticoagulants (NOACs)" -- does that include rivaroxaban?

10:51  19 A.   Yes, sir.

10:51  20 Q.   Okay.

10:51  21       -- "are being used with increasing frequency due to

10:51  22 their safety profile, ease of use, and given that therapeutic

10:51  23 monitoring is not required."

10:51  24       Did I read that correctly?

10:51  25 A.   Yes, you did.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:51  1   Q.   Is that a true statement?

10:51  2   A.   Yes, it is.

10:51  3   Q.   You've never retracted that statement from the

10:51  4   peer-reviewed literature, have you?

10:51  5   A.   No, sir.  But I think I discussed earlier with

10:51  6   Mr. Birchfield about why we talk about routine monitoring.

10:51  7   Q.   I understand.  But what you're -- you said a number of

10:51  8   things here.  The NOACs -- including rivaroxaban, Xarelto --

10:51  9   are being used with increasing frequency due to their safety

10:51  10  profile.

10:51  11           That's a true statement, isn't it?

10:51  12  A.   Yes, sir.

10:51  13  Q.   All right.  And also their ease of use.  You take a pill;

10:51  14  right?

10:51  15  A.   Well, it's an oral drug, yes.

10:51  16  Q.   You take a pill.  You don't have to do the stomach

10:52  17  injections like you have to do with Lovenox; right?

10:52  18  A.   That's correct.

10:52  19  Q.   Okay.  "And given that the therapeutic monitoring is not

10:52  20  required."

10:52  21           You don't caveat that statement, you just say it's

10:52  22  not required; correct?

10:52  23  A.   And I explained in the past where you typically refer to

10:52  24  as therapeutic monitoring for laboratorians, and this is a

10:52  25  laboratory journal.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:52  1   **Q.**   Yes.  But this is what you put out -- it was
10:52  2   peer-reviewed, wasn't it?
10:52  3   **A.**   Yes, sir.
10:52  4   **Q.**   So nobody questioned you on that and said you were wrong,
10:52  5   did they?
10:52  6   **A.**   Not to my knowledge.
10:52  7   **Q.**   All right.  And you haven't tried to correct this
10:52  8   statement in the literature, have you?
10:52  9   **A.**   No, sir.
10:52  10  **Q.**   And was this article written before you began working for
10:52  11  the plaintiff lawyers?
10:52  12  **A.**   I believe so.  I believe it was accepted in May.  So it
10:52  13  would have been January.  So the answer is yes.
10:52  14  **Q.**   Right.  And you started working for the plaintiff lawyers
10:52  15  sometime in the middle of 2015?
10:52  16  **A.**   I believe in the summertime, yes.
10:52  17  **Q.**   Okay.  And at least as of the time of your deposition, you
10:53  18  had worked for the plaintiff lawyers for about 120 hours; is
10:53  19  that correct?  That's what you told us.  Does that sound right?
10:53  20  **A.**   I believe you.  Yes, it sounds about right.
10:53  21  **Q.**   And since that time of your deposition, have you done
10:53  22  further work for the plaintiff lawyers?
10:53  23  **A.**   Yes, sir.
10:53  24  **Q.**   And, now, Mr. Birchfield and you didn't talk about it.
10:53  25  You're not doing that for free, are you?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:53  1   **A.**   Oh, no, sir.

10:53  2   **Q.**   Okay.

10:53  3   **A.**   I get paid $200 an hour for working at a trial and $300

10:53  4   when I'm sitting in the seat.

10:53  5   **Q.**   Because you have to answer my questions, and that's no

10:53  6   fun.

10:53  7   **A.**   I suppose that's one reason.

10:53  8   **Q.**   Sorry about that.

10:53  9         So the answer is you've been working for the

10:53  10  plaintiff lawyers for over two years now?

10:53  11  **A.**   Not full-time, but, yes, for over two years.

10:53  12  **Q.**   All right.  And it's kind of a nice thing to have this

10:53  13  kind of income in your retirement?

10:53  14  **A.**   My retirement income is really nice.

10:53  15  **Q.**   Cool.  That's good.  All right.

10:53  16        So if we take a look at your literature before you

10:54  17  began working for the plaintiff lawyers, it's going to look a

10:54  18  lot like the literature afterwards?

10:54  19  **A.**   Yes, I believe so.

10:54  20  **Q.**   Fair enough.  Now, one of the things I'd like to talk with

10:54  21  you a little bit -- well, before I do that, let me finish off

10:54  22  this exhibit so we don't make Jim jump around.

10:54  23        Would you look at the conclusion page,

10:54  24  Mr. Gosselin, please?

10:54  25  **A.**   I'm sorry.  On what?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:54  1    **Q.**   That's on page 51.

10:54  2    **A.**   This article?  Yeah, I'm sorry.

10:54  3    **Q.**   Yes, sir.  The article we've just been talking about,

10:54  4    which I think is --

10:54  5            **MR. SARVER:**  What's the exhibit number, Jim?  I

10:54  6    forgot.

10:54  7            **MR. HOY:**   1471.

10:54  8            **MR. SARVER:**  1471, for the record.  Thank you.

10:54  9    **BY MR. SARVER:**

10:54  10   **Q.**   Did you take a look at your conclusion?

10:54  11   **A.**   Yes, sir.

10:54  12   **Q.**   All right.  And the conclusion at the -- well, let's take

10:54  13   a look at the top.

10:54  14          "Nonvitamin K antagonist oral anticoagulants are the

10:54  15   emerging choice for long-term oral anticoagulation."

10:54  16          Do you see that?

10:55  17   **A.**   Yes, sir.

10:55  18   **Q.**   All right.  If we take a look, oh, goodness, about

10:55  19   two-thirds of way toward the bottom, the line starts with

10:55  20   "quantitative."

10:55  21          Do you see that?

10:55  22   **A.**   Yes, sir.

10:55  23   **Q.**   "Quantitative measurement of these agents is achievable

10:55  24   using research only or laboratory-developed assays."

10:55  25          That's a true statement?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:55  1   A.   That is a true statement.

10:55  2   Q.   Now, we're going to talk about what "research use only"

10:55  3   means in just a moment.

10:55  4         "But forthcoming FDA approval of appropriate kits,

10:55  5   calibrators, and controls may alleviate the current anxiety

10:55  6   associated with measuring the effects of NOACs."

10:55  7         I read that correctly?

10:55  8   A.   Yes, you did.

10:55  9   Q.   Was that a true statement when you wrote it.

10:55  10  A.   That's our impression, yes.

10:55  11  Q.   All right.  Sitting here today, now two years later,

10:55  12  nothing's changed; correct?

10:55  13  A.   Sadly so, nothing's changed.

10:55  14  Q.   All right.  And the reason nothing has changed is that FDA

10:55  15  has not approved any kind of a Factor Xa assay for Xarelto,

10:56  16  have they?

10:56  17  A.   It's not so much the Factor X assay because there are

10:56  18  Factor X assays that are approved.  It's the calibrators and

10:56  19  controls that are the limiting factor, in my opinion, why labs

10:56  20  were not using those tests.

10:56  21  Q.   There is no FDA-approved Factor Xa assay, calibrators, or

10:56  22  controls for rivaroxaban as of today?

10:56  23  A.   As of today, that answer is correct.

10:56  24  Q.   Now, at the bottom, do you see a conflict-of-interest

10:56  25  statement?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:56  1   **A.**   Yes, sir.

10:56  2   **Q.**   All right.  And the conflict-of-interest statement refers

10:56  3   to you, RG?

10:56  4   **A.**   Yes, sir.

10:56  5   **Q.**   Robert Gosselin.  And it says that you worked on

10:56  6   Instrumentation Laboratory's advisory committee and you

10:56  7   received a speaker honoraria from Siemens; correct?

10:56  8   **A.**   Yes, sir.

10:56  9   **Q.**   And that means they paid you money?

10:56  10  **A.**   Yes, sir.

10:56  11  **Q.**   Okay.  So does Siemens make any kind of an anticoagulant

10:57  12  test?

10:57  13  **A.**   An anticoagulant test meaning?

10:57  14  **Q.**   Like a PT test.

10:57  15  **A.**   Oh.

10:57  16  **Q.**   Similar to --

10:57  17  **A.**   They make a vast range of tests --

10:57  18  **Q.**   Okay.

10:57  19  **A.**   -- both here and over in Europe.

10:57  20  **Q.**   So Siemens makes a PT test, and the reason that it was

10:57  21  important for you to note that as a potential conflict of

10:57  22  interest is so that anyone reading this article would know that

10:57  23  Robert Gosselin has a potential conflict of interest because of

10:57  24  your work with Siemens; right?

10:57  25  **A.**   Not worked for Siemens but provided an honoraria for

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:57  1    speaking.

10:57  2    Q.   Yes.  They paid you money, and you wanted to make sure

10:57  3    that people reading your literature knew that?

10:57  4    A.   Yes.

10:57  5    Q.   It's only fair that they know whether or not there's some

10:57  6    potential bias; correct?

10:57  7    A.   Correct.

10:57  8    Q.   Now, when you wrote the article we've been talking about

10:57  9    here -- that's a 2017 article; right?

10:58  10   A.   That is correct.

10:58  11   Q.   All right.  In that 2017 article, you had an opportunity

10:58  12   to write a conflict of interest, didn't you?

10:58  13   A.   That is correct.

10:58  14   Q.   And as of the time you wrote this article and had it

10:58  15   published, you'd been working for these plaintiff lawyers for

10:58  16   about two years?

10:58  17   A.   That's correct.

10:58  18   Q.   You didn't tell anybody, did you?

10:58  19   A.   I believe I explained that to Mr. Birchfield.

10:58  20   Q.   No.  The question is, you didn't tell anyone?  That's the

10:58  21   question.  Isn't that true?

10:58  22   A.   I did not disclose, as I explained to Mr. Birchfield, why

10:58  23   I felt it wasn't necessary.  But I also learned my colleague,

10:58  24   Dr. Adcock -- who also chose not to disclose any of her

10:58  25   disclosures.  So using her as kind of my mentor, my guide,

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:58  1  since she's a medical doctor, I didn't think there was a

10:58  2  conflict, as I discussed with Mr. Birchfield.

10:58  3  **Q.**  Back in 2015, you knew that it was proper to disclose a

10:58  4  bias because you had received honoraria from Siemens; true?

10:58  5  **A.**  But it you look at the article, I actually cite --

10:58  6  **Q.**  Sir, could you answer my question?

10:59  7  **A.**  I have to explain my question.

10:59  8  **Q.**  No, sir, you don't.

10:59  9       **THE COURT:**  Well, he can answer it and then explain

10:59 10  it.

10:59 11  **BY MR. SARVER:**

10:59 12  **Q.**  Please answer my question first.  Back in 2015, when you

10:59 13  wrote the article we've just been talking about, you disclosed

10:59 14  a bias, potential conflict, because of your honoraria from

10:59 15  Siemens.  That's just true?

10:59 16  **A.**  And -- yes.

10:59 17  **Q.**  Now explain.

10:59 18  **A.**  Now?  From being on the IL advisory board.  But the reason

10:59 19  that I felt that it was necessary is that if you look at the

10:59 20  papers, I actually cite reagents from those companies.  And so

10:59 21  for me, that looked like it may serve as an advantage to the

10:59 22  company, which is part of the disclosure issue, that you may be

10:59 23  putting forth information that benefits a company that you

10:59 24  received honoraria or had a financial tie to that warrants

10:59 25  disclosure.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:59  1           So this is why I felt it was necessary in this
10:59  2    article, because I did disclose and I did work with two
10:59  3    companies that I actually put their reagents in -- their
10:59  4    specific reagents in the graphs and in the text.
10:59  5    Q.   All right.  Now, as of 2017, you have been working for the
11:00  6    plaintiff lawyers.  They have been paying you $200 an hour;
11:00  7    right?
11:00  8    A.   Yes, sir.
11:00  9    Q.   You wrote another article in the scientific literature;
11:00 10    true?
11:00 11    A.   Yes, sir.
11:00 12    Q.   And you knew these plaintiff lawyers were suing Janssen
11:00 13    and Bayer.  You knew that, didn't you?
11:00 14    A.   Yes, sir.
11:00 15    Q.   And you knew that they wanted money from Janssen and
11:00 16    Bayer.  You knew that?
11:00 17    A.   I assumed that.  They didn't tell me that.
11:00 18    Q.   And they were paying you, and yet you wrote an article in
11:00 19    the scientific literature where you never told anyone that you
11:00 20    were working for the plaintiff lawyers?
11:00 21    A.   I believe I discussed that answer with Mr. Birchfield.
11:00 22    Q.   The answer is that's true?
11:00 23    A.   That's true, for the reasons that I gave to Mr. Birchfield
11:00 24    earlier.
11:00 25    Q.   All right.  Is it correct, Mr. Gosselin, that Xarelto has

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:00   1   highly predictable pharmacokinetics and pharmacodynamics?
11:01   2   A.   Based on what I've read in the literature, the answer is
11:01   3   yes.  But I'm not a pharmacologist or a pharmacy doctor.
11:01   4   Q.   It's not just what you read in the literature, is it?
11:01   5   It's what you have written on multiple occasions.  You have
11:01   6   written in the peer-review published literature that Xarelto
11:01   7   has highly predictable pharmacokinetic and pharmacodynamic
11:01   8   effects; isn't that true?
11:01   9   A.   That's true, but my coauthors are the clinicians on that,
11:01   10  so that would be their statement.
11:01   11  Q.   Has anyone ever called you out on that and said, "You got
11:01   12  that wrong"?
11:01   13  A.   No, sir.
11:01   14  Q.   Are you satisfied that that is a true statement of
11:01   15  science?
11:01   16  A.   Yes, sir.
11:01   17  Q.   Okay.  Are you also satisfied that Xarelto has a wide
11:01   18  therapeutic range?
11:01   19  A.   I would agree with that.
11:01   20  Q.   And "a wide therapeutic range" means that Xarelto can be
11:01   21  used to treat patients at lower doses and higher doses;
11:01   22  correct?
11:02   23  A.   Well, I think we're struggling with the therapeutic range
11:02   24  issues.  And this implies what we tend to use in the laboratory
11:02   25  now from Dr. Cooper and Dr. Moll is that we talk about an

OFFICIAL REALTIME TRANSCRIPT

Case 2:14-md-02592-EEF-MBN Document 9982-5 Filed 06/04/18 Page 100 of 137
Case 2:14-md-02592-EEF-MBN Document 9982-5 Filed 06/08/18 Page 99 of 136

861

ROBERT GOSSELIN - CROSS

11:02   1    on-therapy range, and that can be quite wide, yes.

11:02   2    **Q.**    And because of the predictable pharmacokinetics,

11:02   3    pharmacodynamics and wide therapeutic range, routine laboratory

11:02   4    measurement of Xarelto is not required?

11:02   5    **A.**    In the context I described "routine" with Mr. Birchfield,

11:02   6    the answer is yes.

11:02   7    **Q.**    And I think we've said this.  I want to make sure:  Today,

11:02   8    as of August 11th, 10th, whatever we are, 2017, there's

11:02   9    currently no FDA-approved commercial rivaroxaban-specific

11:02  10    calibrators or controls available for use in the United States?

11:03  11    **A.**    True.

11:03  12    **Q.**    True.  All right.  Now I'd like to talk about Factor Xa

11:03  13    assay.

11:03  14    **A.**    Yes, sir.

11:03  15    **Q.**    All right.  I think you talked about that a little bit

11:03  16    with Mr. Birchfield.

11:03  17    **A.**    Very little.

11:03  18    **Q.**    Very little.  Okay.

11:03  19    Currently, there are no FDA-approved commercial

11:03  20    rivaroxaban-specific calibrators or controls available for use

11:03  21    in the United States, and that includes the Factor Xa assay?

11:03  22    **A.**    Well, again, I'm not sure that the FDA needs to validate a

11:03  23    particular kit for measuring anti-Xa, but, again, that's a

11:03  24    regulatory issue.  But certainly there are no FDA-approved

11:03  25    calibrators and controls.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:03  1    **Q.**   All right.  Fair enough.

11:03  2          You have used a Factor Xa assay in your work at

11:03  3    UC Davis; correct?

11:03  4    **A.**   Yes, sir.

11:03  5    **Q.**   And you've used that because doctors at UC Davis Medical

11:03  6    System, they prescribe Xarelto to their patients?

11:04  7    **A.**   Doctors and pharmacists, yes, sir.

11:04  8    **Q.**   And you knew that, and you never told them not to, did

11:04  9    you?

11:04  10   **A.**   No, sir.

11:04  11   **Q.**   All right.  So you know that at times blood samples for

11:04  12   patients on rivaroxaban have come into your laboratory; true?

11:04  13   **A.**   Yes, sir.

11:04  14   **Q.**   And because you didn't have Neoplastin PT, you didn't use

11:04  15   Neoplastin PT even once on those samples; correct?

11:04  16   **A.**   Yes, sir.

11:04  17   **Q.**   You did use a research only -- research use only Factor Xa

11:04  18   assay; correct?

11:04  19   **A.**   No, sir.

11:04  20   **Q.**   You did use a research-only -- research-use-only Factor Xa

11:04  21   assay; correct?

11:04  22   **A.**   No, sir.

11:04  23   **Q.**   You used the Factor Xa assay?

11:04  24   **A.**   I used an FDA-approved Factor Xa assay.

11:04  25   **Q.**   But not for Xarelto.  The FDA has never approved a

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:04  1  Factor Xa assay for Xarelto, as of today?

11:04  2  **A.**   Again, I'm not sure of the regulatory issues, if it needs

11:04  3  to be approved specifically for Xarelto or any anti-Xa because

11:04  4  the test does measure anti-Xa.  I'm not sure of the approval

11:04  5  process for each kind of drug.  I'm not sure of the regulatory

11:05  6  issues.

11:05  7  **Q.**   I don't want to push you beyond where you're comfortable,

11:05  8  but let me ask you this:  You're familiar with a company called

11:05  9  Stago Diagnostics; right?

11:05  10  **A.**   It's pronounced "Stago," yes, sir.  Diagnostica Stago.

11:05  11  **Q.**   It sounds like a foreign company; is that right?

11:05  12  **A.**   Their home base is in France.

11:05  13  **Q.**   Okay.  Diagnostica Stago.  Did I get it right that time?

11:05  14  **A.**   Yes, sir.

11:05  15  **Q.**   So they have tried -- that company has been trying to get

11:05  16  the FDA to approve a Factor Xa assay for use in the United

11:05  17  States; right?

11:05  18  **A.**   Yes, sir.

11:05  19  **Q.**   They have failed.  The FDA has not approved that Factor Xa

11:05  20  assay for use in this country?

11:05  21  **A.**   That is a correct statement, if I get to expand why.

11:05  22  **Q.**   Absolutely.  Tell us why.

11:05  23  **A.**   Well, the FDA at the workshop, they kind of explained why

11:05  24  there's a difficult process for approval of these, is that the

11:05  25  FDA now wants to have not only the intended use of the assay,

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:06   1   but they want clinical outcome studies.  And that would be

11:06   2   cost-prohibitive for a company that just makes reagents.  So

11:06   3   that's the process that's kind of delaying this, is what the

11:06   4   FDA now wants.

11:06   5          Before, in the old days, it was just a matter of

11:06   6   taking a test and comparing it to a predicate, like mass

11:06   7   spectrometry.  But I believe they kind of set back a little

11:06   8   bit, and now there's company that's close to being, my

11:06   9   understanding, of getting approval process for calibrators and

11:06   10  control, and that would be Instrumentation Laboratory, or IL.

11:06   11  Q.   Let's break it down a little bit.  The FDA has not

11:06   12  approved Diagnostica Stago --

11:06   13  A.   You're fine.

11:06   14  Q.   Thank you.

11:06   15          -- their efforts to introduce in the United States a

11:06   16  Factor Xa assay for Xarelto.  They have not approved that?

11:06   17  A.   They have not approved that.

11:06   18  Q.   And the reason you told us they haven't approved it is

11:06   19  because the FDA is asking the company to prove that there is an

11:07   20  intended use of that test?

11:07   21  A.   An intended use, that's one of the stipulations, yes.

11:07   22  Q.   Yes.  And what we're talking about now is, again, we're

11:07   23  back to this -- that machine spits out a number; right?

11:07   24  A.   Yes, sir.

11:07   25  Q.   And then the question is:  Does that have any meaning

ROBERT GOSSELIN - CROSS

11:07   1   whatsoever to any doctor on the planet?  That's really what has

11:07   2   happened with Diagnostica Stago.  They haven't been able to

11:07   3   show that that assay was meaningful, useful at all.

11:07   4   A.    No, sir, I don't think that's the reason.  I think the

11:07   5   reason is that, when they did a cost analysis of whether it's

11:07   6   feasible to do a study, how many patients would have to enroll,

11:07   7   it was cost-prohibitive.  I don't actually know that they had

11:07   8   any studies done, if they even got off the ground.  I have no

11:07   9   idea.

11:07   10          Since then, again, the FDA is now allowing another

11:07   11  company, Instrumentation Laboratory, to look at mass

11:07   12  spectrometry as the predicate.  That's a lot easier to

11:07   13  accomplish this kind of comparison study.

11:07   14  Q.    So what was missing from Diagnostica Stago's application

11:08   15  is the proof of how doctors would use their test; correct?

11:08   16  A.    Again, I'm not sure about the submission and how it worked

11:08   17  out, but I know that Stago decided to pull out, and IL seems to

11:08   18  have an easier path.  So it looks like just bad timing on

11:08   19  Stago's part.

11:08   20  Q.    Now, I think one of the other things you told us was that

11:08   21  the FDA was actually demanding some clinical studies.

11:08   22          Do you remember telling us that?

11:08   23  A.    That was what they indicated at the workshop in 2015, in

11:08   24  October of 2015.

11:08   25  Q.    And what they would be looking for is -- okay, when the

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:08  1   drug comes on the market, you know that there have to be
11:08  2   clinical studies, clinical trials, that prove it's safe and
11:08  3   effective.  You know that; right?
11:08  4   A.   Yes.
11:08  5   Q.   So the FDA was looking for Stago to prove that the use of
11:08  6   this assay would be safe and effective in people; right?
11:08  7   A.   Again, I'm not sure what the goal of FDA was because the
11:08  8   podium and the panelists of the physicians and the laboratory
11:09  9   people thought the request was rather absurd, their requirement
11:09  10  for getting a test approved in the United States.
11:09  11  Q.   And the FDA could never determine, and has never
11:09  12  determined, that that assay had any clinical significance for
11:09  13  patients on Xarelto.  That's never happened?
11:09  14  A.   Again, I don't know the submission that -- if Stago even
11:09  15  made a preclinical submission or they submitted any data, so
11:09  16  I'm not sure what the FDA did or didn't do.
11:09  17       All I know is that another company has submitted to
11:09  18  the FDA for their product, and it's currently in process.
11:09  19  Q.   Is it correct that you do not advocate the routine use of
11:09  20  these assays to estimate rivaroxaban concentration?  And that's
11:09  21  the Factor Xa assay.  Is that true?
11:09  22  A.   Again, as described to Mr. Birchfield, what we consider to
11:09  23  be routine assessment, what we're used to in the past as far as
11:09  24  episodic and frequent, I would agree with that statement.
11:10  25  Q.   All right.  I'm trying to make a clean record.  I would

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 11:10 | 1 | ask you to listen to my question and answer my question.  Will |
| 11:10 | 2 | you do that for me, sir? |
| 11:10 | 3 |         **MR. BIRCHFIELD:**  He answered question. |
| 11:10 | 4 |         **THE COURT:**  Yeah, I thought he answered it too. |
| 11:10 | 5 |         **MR. SARVER:**  Thank you. |
| 11:10 | 6 | **BY MR. SARVER:** |
| 11:10 | 7 | **Q.**   All right.  Is it true that we do not have a routine use |
| 11:10 | 8 | of these assays to estimate rivaroxaban concentration?  Is that |
| 11:10 | 9 | true? |
| 11:10 | 10 | **A.**   And you're reading that from what, sir? |
| 11:10 | 11 | **Q.**   One of your articles. |
| 11:10 | 12 | **A.**   Which one?  In what context? |
| 11:10 | 13 | **Q.**   Sir, I'm asking you, sitting here on the stand testifying |
| 11:10 | 14 | under oath, is that true? |
| 11:10 | 15 | **A.**   If you say I wrote that.  But I think we have to put it |
| 11:10 | 16 | into the context it's written in.  Again, I think that you're |
| 11:10 | 17 | misunderstanding that.  If you look at my articles, there's |
| 11:10 | 18 | lots of conditions where we look at these levels, and in the |
| 11:10 | 19 | last several articles, we talk about what's the use of the |
| 11:10 | 20 | test?  Is it to rule out drug -- is it to measure the drug? |
| 11:10 | 21 | Those are all different indications of what test we want to |
| 11:10 | 22 | use. |
| 11:10 | 23 |         So for you to read one sentence out of a paper that |
| 11:11 | 24 | may be six pages long, I think is disingenuous. |
| 11:11 | 25 | **Q.**   All right.  Let's take a look at the paper. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 11:11 | 1 | **A.**   And so it's hard for me to comment. |
| 11:11 | 2 | **Q.**   Would you like to look at the paper? |
| 11:11 | 3 | **A.**   Sure. |
| 11:11 | 4 | **Q.**   Defense Exhibit 1470. |
| 11:11 | 5 |             **MR. SARVER:**   Jim, if you could pull it up for us. |
| 11:11 | 6 | **BY MR. SARVER:** |
| 11:11 | 7 | **Q.**   I'll give you a copy, Dr. Gosselin.  I did it again. |
| 11:11 | 8 | **A.**   I'm not a doctor. |
| 11:11 | 9 | **Q.**   Is this an article you wrote, Mr. Gosselin? |
| 11:11 | 10 | **A.**   Yes. |
| 11:11 | 11 | **Q.**   And you're the lead author here, so that means you wrote |
| 11:11 | 12 | it? |
| 11:11 | 13 | **A.**   Yes, sir. |
| 11:11 | 14 | **Q.**   So do you remember this one?  It's from 2015. |
| 11:11 | 15 | **A.**   I remember the article, yes. |
| 11:11 | 16 | **Q.**   Can you tell us, is it before or after you began working |
| 11:11 | 17 | for the plaintiff lawyers? |
| 11:11 | 18 | **A.**   I can't tell you because it doesn't look like they have a |
| 11:11 | 19 | submission date, which usually they have on the front page.  So |
| 11:11 | 20 | it's unclear when it was published or submitted, so I'm not |
| 11:11 | 21 | really sure. |
| 11:11 | 22 | **Q.**   I would like to direct your attention to page 783 of your |
| 11:12 | 23 | article. |
| 11:12 | 24 |             Did you find that page? |
| 11:12 | 25 | **A.**   Yes, sir. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:12    1    **Q.**   All right.  And I direct your attention to the screen in
11:12    2    front of you.  Or you can look at the paper, whichever is
11:12    3    easiest for you.
11:12    4           Do you see that you wrote, "We do not advocate the
11:12    5    routine use of these assays to estimate rivaroxaban
11:12    6    concentration"?
11:12    7    **A.**   Yes, sir.
11:12    8    **Q.**   Did you write that?
11:12    9    **A.**   Yes, sir.  Once again, you skipped the line before that.
11:12   10    And I think that's germane to that sentence, so you're taking
11:12   11    the sentence out of context.
11:12   12    **Q.**   Read the line before it.
11:12   13    **A.**   We're talking about the low-chromogenic Xa assays, so
11:12   14    we're looking at whether or not we can use heparin-calibrated
11:12   15    Xa assays -- so we're not talking about Xarelto-calibrated
11:12   16    assays -- can be used in emergency situations.
11:12   17           "We do not advocate the use of heparin-calibrated
11:12   18    anti-Xa tests."
11:13   19           So you are taking the sentence out of context, which
11:13   20    is, "We do not encourage the routine use for
11:13   21    heparin-calibrated anti-Xa testing."
11:13   22    **Q.**   Let's put it in context for the jury because, like you
11:13   23    say, context is important.
11:13   24    **A.**   Yes.
11:13   25    **Q.**   In the United States today, there are heparin-calibrated

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:13  1    assays available for use?

11:13  2    **A.**   There are FDA-approved calibrators for use in the United

11:13  3    States, yes.

11:13  4    **Q.**   But -- now, here's context -- there is no such

11:13  5    FDA-approved calibrated assay for rivaroxaban, is there?

11:13  6    **A.**   Again, I'm not sure when you say "assay," that's talking

11:13  7    about the kit versus the whole component.  There are no

11:13  8    FDA-approved calibrators or controls in the United States.

11:13  9    **Q.**   So if someone wanted to use an FDA-approved assay with

11:13  10   calibrators and controls, they would not be able to use one for

11:13  11   rivaroxaban, would they?

11:13  12   **A.**   Oh, that's not a true statement, because you can get

11:13  13   rivaroxaban from a chemical company and make your own

11:13  14   calibrators and controls.

11:13  15   **Q.**   If you want to and you're able to, you can do that?

11:14  16   **A.**   If you have a lab and you have an instrument and you have

11:14  17   a capacity to order from Sigma-Aldrich, you can buy it from a

11:14  18   chemical company.  It's very easy to get it.

11:14  19   **Q.**   And if you did that, you wouldn't be using an FDA-approved

11:14  20   test, would you?  Because you made it up.

11:14  21   **A.**   It would be a lab-developed test because you manufactured

11:14  22   the test in your own lab.  That does not preclude you from

11:14  23   using the test in the lab.  It just means you have to have a

11:14  24   little bit more robustness in your method validation.

11:14  25   **Q.**   You've got to be a little creative and do it on your own?

ROBERT GOSSELIN - CROSS

11:14 1   **A.**   It's possible to do it our your own, but you can also buy

11:14 2   the commercial calibrators.  Just because they're not

11:14 3   FDA-approved, you can still purchase them.

11:14 4   **Q.**   And to make sure we stay in context --

11:14 5   **A.**   Yes, sir.

11:14 6   **Q.**   -- let's go back to the article.  You wanted to read the

11:14 7   sentence before.  Let's read the sentence after.  Shall we?

11:14 8   **A.**   The sentence after?  That was the one you just read.

11:14 9   **Q.**   No.  "We do not advocate the routine use of these assays

11:14 10  to estimate rivaroxaban concentration."  Furthermore.

11:14 11  "Furthermore, it is unclear what level of rivaroxaban is safe

11:15 12  to pursue interventional procedures such as neuraxial

11:15 13  anesthesia."

11:15 14          Did I read that correctly?

11:15 15  **A.**   At the time in 2015, that was a correct statement.

11:15 16  **Q.**   And you would not put it in your literature if it were not

11:15 17  correct?

11:15 18  **A.**   At the time in 2015, we did not have the data we have

11:15 19  today.  So that would change if I were to write that today.

11:15 20  **Q.**   And you know that rivaroxaban was approved as safe and

11:15 21  effective in 2011, four years before your article?

11:15 22  **A.**   Yes, sir.

11:15 23  **Q.**   Now, I'd like to take a look at Defense Exhibit --

11:15 24          **MR. SARVER:**  Can you read that for me, Madison?  I

11:15 25  can't read it --

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:15  1  BY MR. SARVER:

11:15  2  **Q.**   -- 2693.

11:15  3       Do you remember an article you wrote called

11:16  4  "Laboratory Assessment of Direct Oral Anticoagulants"?

11:16  5  **A.**   Can you flip it over, please, so I can just see the front

11:16  6  of it?

11:16  7  **Q.**   I'm going to give it to you in just a moment.

11:16  8       Do you remember it?

11:16  9  **A.**   If you flip the front over, I can maybe tell you if

11:16 10  that -- is that first author -- is the first author Douxfils?

11:16 11  **Q.**   Do you remember --

11:16 12  **A.**   Yes, sir.

11:16 13  **Q.**   -- this article, sir?

11:16 14  **A.**   Yes, sir.

11:16 15  **Q.**   And you were the -- I guess it was just you and Jonathan

11:16 16  Douxfils?

11:16 17  **A.**   Yes, sir.

11:16 18  **Q.**   You pronounce his name.  You know the fellow, don't you?

11:16 19  **A.**   Actually, I don't.  I just met the man, and I've never

11:16 20  called him by his last name.

11:16 21  **Q.**   Can we -- is it okay?  "Douxfils" is okay?

11:16 22  **A.**   Let's call him "Douxfils," yes.

11:16 23  **Q.**   Douxfils.  Okay.  You and Jonathan Douxfils.

11:16 24       In this article, you actually looked at whether or

11:16 25  not there was a way to establish a cutoff for bleeding risk.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 11:16 | 1 | Do you remember that? |
| 11:16 | 2 | **A.**   No, I don't. |
| 11:16 | 3 | **Q.**   Okay.  I'm going to -- |
| 11:16 | 4 | **A.**   Which table are you referring to? |
| 11:16 | 5 | **Q.**   Table 9, I believe.  It's a table on page 9. |
| 11:17 | 6 | For the jury, I'm going to put up the cardboard.  Am |
| 11:17 | 7 | I providing the same table to the jury with some yellow |
| 11:17 | 8 | highlights on it that's not on your paper? |
| 11:17 | 9 | **A.**   It appears so, yes. |
| 11:17 | 10 | **Q.**   Okay.  All right.  Is this your article? |
| 11:17 | 11 | **A.**   Yes. |
| 11:17 | 12 | **Q.**   And in your article on page 9, you looked at a number of |
| 11:17 | 13 | the different molecules? |
| 11:17 | 14 | **A.**   Yes, sir. |
| 11:17 | 15 | **Q.**   And you looked at the different NOACs.  You looked at the |
| 11:17 | 16 | dabigatran, you looked at rivaroxaban, you looked at apixaban |
| 11:17 | 17 | and edoxaban; right? |
| 11:17 | 18 | **A.**   Yes, sir. |
| 11:17 | 19 | **Q.**   And your last column, could you read for the jury, what is |
| 11:17 | 20 | your last column? |
| 11:17 | 21 | **A.**   It says, "Cutoff for risk of bleeding, units of |
| 11:18 | 22 | expression." |
| 11:18 | 23 | **Q.**   Now, I want to go down to rivaroxaban -- I'm sorry, |
| 11:18 | 24 | ma'am -- rivaroxaban and apixaban. |
| 11:18 | 25 | Do you see that line? |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:18  1    A.   Which test are we referring to?

11:18  2    Q.   Why don't you go with PT because that's the one we care

11:18  3    about.

11:18  4    A.   Rivaroxaban and edoxaban.  Edoxaban, not apixaban.

11:18  5    Q.   I'm sorry.  If I say said it wrong, my apologies.

11:18  6    Edoxaban and rivaroxaban?

11:18  7    A.   Yes, sir.

11:18  8    Q.   Now, I want you to go over to your last column --

11:18  9    A.   Yes, sir.

11:18  10   Q.   -- where it says "Cutoff for a risk of bleeding."

11:18  11            Do you see that?

11:18  12   A.   I do.

11:18  13   Q.   What does it say in term of rivaroxaban and edoxaban using

11:18  14   PT?

11:18  15   A.   "Not established."

11:18  16   Q.   So you don't know what the cutoff level is for a risk of

11:18  17   bleeding for rivaroxaban and edoxaban?

11:18  18   A.   And edoxaban, yes.

11:18  19   Q.   And when was that article published?

11:18  20   A.   Just a few months ago.

11:18  21   Q.   So as of 2017, that level is not established, at least to

11:18  22   your knowledge?

11:19  23   A.   To my knowledge, yes.

11:19  24   Q.   Do you think that might be something that is important to

11:19  25   a clinician?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:19  1   A.   That's a clinical decision.  I'm going to step away from
11:19  2   that one.
11:19  3   Q.   Right.  But when Mr. Birchfield asked you about what's
11:19  4   important to clinicians, you were willing to answer.  Why not
11:19  5   me?
11:19  6   A.   You're asking about the result, I believe, the window or
11:19  7   the range and host of the test.  If I think the test is
11:19  8   important, yes.  If you're asking about therapeutic guidelines
11:19  9   or therapeutic windows or -- that's outside my area of
11:19 10   expertise.
11:19 11   Q.   Do you agree that rivaroxaban has predictable
11:19 12   pharmacokinetics and it is not affected by diet?
11:19 13   A.   By?  I'm sorry?
11:19 14   Q.   By diet, what you eat.
11:19 15   A.   I believe there was a study by Kubitza back in 2008 that
11:19 16   looked at food intake.  While they recommend intake with food,
11:20 17   it does help the absorption, if I recall correctly.  But unlike
11:20 18   warfarin that's affected by vitamin K, green leafy
11:20 19   vegetables -- in the same context as warfarin?  No, it's not
11:20 20   affected by diet.
11:20 21   Q.   Okay.  In terms of predictable pharmacokinetics and
11:20 22   pharmacodynamics, that's something you published multiple
11:20 23   times; right?
11:20 24   A.   I've written that phrase, yes.
11:20 25   Q.   Let me ask you something that you may have never been

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:20  1  asked:  Can you take enough rivaroxaban to kill yourself?
11:20  2  A.   I don't know the answer.  I know that we've had patients
11:20  3  who have come into the emergency department bleeding that have
11:20  4  had very, very high levels.
11:20  5  Q.   Were you aware of what the dosage range for rivaroxaban
11:20  6  have been tested and published in the literature?
11:20  7  A.   I think, again, from the early studies of Kubitza, I think
11:20  8  I've looked at some of the ones that said 1.5 to 80, I believe.
11:21  9  Again, it's a memory issue.
11:21  10 Q.   So you know that test results for rivaroxaban, they did a
11:21  11 range of 1.5 milligrams all the way up to 80 milligrams, and
11:21  12 they gave that to humans; correct?
11:21  13 A.   Yes.
11:21  14 Q.   And that there was no increased risk of bleeding in that
11:21  15 study between 1.5 milligrams and 80 milligrams of Xarelto?
11:21  16 A.   That, I can't comment on because my interest in the
11:21  17 article was about the laboratory testing, not about the
11:21  18 outcomes.
11:21  19 Q.   Have you read the literature that talked about the massive
11:21  20 ingestions of rivaroxaban, massive ingestions, without
11:21  21 bleeding?  Have you read that literature?
11:21  22 A.   No.
11:21  23 Q.   Can you explain to the jury one of the reasons why you can
11:21  24 take in just a huge amount of rivaroxaban and yet not overdose?
11:21  25 A.   No.

ROBERT GOSSELIN - CROSS

11:21  1  **Q.**    You simply don't know?

11:21  2  **A.**    I don't know.

11:21  3  **Q.**    Would one reason be that there is a ceiling effect of

11:22  4  rivaroxaban?

11:22  5  **A.**    That would be speculative.  I don't know what that ceiling

11:22  6  would be.

11:22  7         Again, we have had patients come in that have had

11:22  8  significant bleeding and really high levels.  So I don't know

11:22  9  what that ceiling would be.

11:22  10  **Q.**    Let's take a look at Defense Exhibit 1105.

11:22  11         **MR. SARVER:**  May I approach, Your Honor?

11:22  12             Do you need more water?  We'll get --

11:22  13         **THE WITNESS:**  Yes, please.

11:22  14         **THE COURT:**  Dean, can you get him more water?

11:22  15         **MR. BIRCHFIELD:**  Your Honor, we're getting way beyond

11:22  16  the scope of --

11:22  17         **THE COURT:**  Yes.  We're going to have to finish up

11:22  18  soon.

11:22  19         **MR. BIRCHFIELD:**  -- the scope of his testimony.

11:22  20         **MR. SARVER:**  All right, Your Honor.  In that case,

11:22  21  I'll...

11:22  22  **BY MR. SARVER:**

11:22  23  **Q.**    Let me just ask the general question:  You have not read

11:22  24  any of the literature talking about massive ingestion of

11:22  25  rivaroxaban and it simply didn't cause bleeding?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 11:22 | 1 | **A.**   No, sir, I did not. |
| 11:22 | 2 | **THE COURT:**  Are you about finished, counsel? |
| 11:23 | 3 | **MR. SARVER:**  We are, Your Honor. |
| 11:23 | 4 | BY MR. SARVER: |
| 11:23 | 5 | **Q.**   And is it correct, Mr. Gosselin, that you simply have no |
| 11:23 | 6 | understanding of how Xarelto has performed in the real world? |
| 11:23 | 7 | **A.**   I have limited understanding.  I would not say no |
| 11:23 | 8 | understanding, but a limited understanding, yes. |
| 11:23 | 9 | **Q.**   All right.  You have no evidence to say that Xarelto has |
| 11:23 | 10 | not been safe and effective in the real world? |
| 11:23 | 11 | **A.**   No evidence or the contrary, yes. |
| 11:23 | 12 | **MR. SARVER:**  Thank you, sir.  I appreciate you |
| 11:23 | 13 | answering my questions today. |
| 11:23 | 14 | **THE WITNESS:**  Thank you, sir. |
| 11:23 | 15 | **THE COURT:**  Do you have much redirect? |
| 11:23 | 16 | **MR. BIRCHFIELD:**  Yes, sir. |
| 11:23 | 17 | **THE COURT:**  Okay.  I'm going to have to stop at |
| 11:23 | 18 | 11:30. |
| 11:23 | 19 | All right.  Before we start it, we'll stop here |
| 11:23 | 20 | then.  I'm going to have to stop, members of the jury, and take |
| 11:23 | 21 | a longer lunch break today.  I'll be back at 1:15.  We'll start |
| 11:24 | 22 | at 1:15. |
| 11:24 | 23 | Court will stand in recess. |
| 11:24 | 24 | **THE DEPUTY CLERK:**  All rise. |
| 11:24 | 25 | (WHEREUPON, the jury exited the courtroom.) |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

1     (LUNCHEON RECESS)

2     * * * * *

3     *****

4     CERTIFICATE

5          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

6     for the United States District Court, Eastern District of

7     Louisiana, do hereby certify that the foregoing is a true and

8     correct transcript, to the best of my ability and

9     understanding, from the record of the proceedings in the

10    above-entitled and numbered matter.

11

12

13              s/Jodi Simcox, RMR, FCRR
               Jodi Simcox, RMR, FCRR
14             Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL REALTIME TRANSCRIPT

1              UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF MISSISSIPPI

3

4

5    IN RE:  XARELTO              *
     (RIVAROXABAN) PRODUCTS       *
6    LIABILITY LITIGATION         *
                                  *
7    THIS DOCUMENT RELATES TO:    *    Docket No.: 14-MD-2592
                                  *    Section "L"
8    *Dora Mingo, et al. v.*      *    Jackson, Mississippi
     *Janssen Research &*         *    August 10, 2017
9    *Development, LLC, et. al.,* *
     Case No.: 15-CV-3469         *
10   * * * * * * * * * * * * * * * *

11            VOLUME IV - AFTERNOON SESSION
           TRANSCRIPT OF JURY TRIAL PROCEEDINGS
12        BEFORE THE HONORABLE ELDON E. FALLON
              UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15

     For the Plaintiffs'
16   Liaison Counsel:            Gainsburg Benjamin David
                                   Meunier & Warshauer
17                               BY:  GERALD E. MEUNIER, ESQ.
                                 2800 Energy Centre
18                               1100 Poydras Street
                                 New Orleans, Louisiana 70163
19

20
     For the Plaintiffs:         Beasley Allen
21                               BY:  ANDY BIRCHFIELD, ESQ.
                                 P.O. Box 4160
22                               Montgomery, Alabama 36103

23

24

25

                     **OFFICIAL TRANSCRIPT**

881

```
 1   APPEARANCES:

 2                                  Gainsburg Benjamin Davis
                                      Meunier & Warshauer
 3                                  BY:  WALTER C. MORRISON, IV, ESQ.
                                    240 Trace Colony Park Drive
 4                                  Suite 100
                                    Ridgeland, Mississippi 39157
 5

 6                                  Goza Honnold
 7                                  BY:  BRADLEY D. HONNOLD, ESQ.
                                    11181 Overbrook Road, Suite 200
 8                                  Leawood, Kansas 66211

 9                                  The Lambert Firm
10                                  BY:  EMILY JEFFCOTT, ESQ.
                                    701 Magazine Street
11                                  New Orleans, Louisiana 70130

12        For the Defendant Bayer
13        HealthCare Pharmaceuticals
          Inc. and Bayer Pharma AG:   Mitchell, Williams, Selig, Gates &
14                                      Woodyard, P.L.L.C.
                                      BY:  LYN P. PRUITT, ESQ.
15                                    425 W. Capitol Avenue, Suite 1800
                                      Little Rock, Arkansas 72201
16

17                                    Watkins & Eager, PLCC
18                                    BY:  WALTER T. JOHNSON, ESQ.
                                      400 East Capitol Street
19                                    Jackson, Mississippi 39201

20

21        For Janssen Pharmaceuticals,
          Inc. and Janssen Research &
22        Development, LLC:          Barrasso Usdin Kupperman Freeman &
                                       Sarver, LLC
23                                    BY:  RICHARD E. SARVER, ESQ.
                                      909 Poydras Street, 24th Floor
24                                    New Orleans, Louisiana 70112

25
```

**OFFICIAL TRANSCRIPT**

1

2

Official Court Reporter:        Tana J. Hess, CRR, RMR
3                               500 Poydras Street
                                Room B275
4                               New Orleans, Louisiana 70130
                                (504) 589-7781
5

6

Proceedings recorded by mechanical stenography using
7  computer-aided transcription software.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

**<u>INDEX OF WITNESSES</u>**

<u>NAME</u>                                                              <u>PAGE</u>

Robert Gosselin

    Redirect Examination by Mr. Birchfield        884

Shujian Wu, M.D. Ph.D.

    Direct Examination by Mr. Honnold             900

    Cross-Examination by Mr. Sarver              946

    Redirect Examination by Mr. Honnold           967

Anthonie Lensing

    Direct Examination (Cont'd) by Mr. Overholtz   977

**OFFICIAL TRANSCRIPT**

884

| | | |
|---|---|---|
| 12:00AM | 1 | (Afternoon session.) |
| 12:00AM | 2 | (Whereupon the jury entered the courtroom.) |
| 1:16PM | 3 | **THE COURT:** Be seated, please. |
| 1:16PM | 4 | You may redirect. |
| 1:16PM | 5 | **MR. BIRCHFIELD:** Thank you, Your Honor. |
| 1:16PM | 6 | REDIRECT EXAMINATION |
| 1:16PM | 7 | BY MR. BIRCHFIELD: |
| 1:16PM | 8 | **Q.** Good afternoon, Mr. Gosselin. I want to take just a few |
| 1:16PM | 9 | minutes and walk back through the articles that Mr. Sarver |
| 1:16PM | 10 | discussed with you, if we may. |
| 1:16PM | 11 | Before we -- before we do that, I want to us to go |
| 1:16PM | 12 | back to the discussion that we had this morning in regards to |
| 1:16PM | 13 | talking about DOACs as a group, an unspecified group, and PT as |
| 1:16PM | 14 | an unspecified group. Okay? |
| 1:16PM | 15 | **A.** Yes. |
| 1:16PM | 16 | **Q.** Okay. And so there are -- there are problems that can be |
| 1:16PM | 17 | even dangers if you're talking about DOACs as a group |
| 1:16PM | 18 | unspecified and PT as a group unspecified; right? |
| 1:16PM | 19 | **A.** Yes. |
| 1:16PM | 20 | **Q.** Okay. And that's what's reflected in your articles? |
| 1:16PM | 21 | **A.** Yes. |
| 1:16PM | 22 | **Q.** But if we're talking about a specific DOAC, Xarelto, and a |
| 1:17PM | 23 | specific -- using a specific reagent, Neoplastin, that can |
| 1:17PM | 24 | provide reliable, helpful information; correct? |
| 1:17PM | 25 | **A.** Yes. |

**OFFICIAL TRANSCRIPT**

1:17PM 1    Q.   Okay.   And Mr. Sarver showed you an article that we did

1:17PM 2    discuss.

1:17PM 3         MR. BIRCHFIELD:   And if I can get the ELMO, please.

1:17PM 4    BY MR. BIRCHFIELD:

1:17PM 5    Q.   Okay.   And this is -- again, this is an article that --

1:17PM 6    that you coauthored with D.M. Adcock, Dorothy Adcock; is that

1:17PM 7    right?

1:17PM 8    A.   Yes.

1:17PM 9    Q.   And Mr. Sarver showed you and highlighted the language in

1:17PM 10   this first paragraph.

1:17PM 11        Do I need to zoom in?   Can you see that?

1:17PM 12        THE DEPUTY CLERK:   The wheel on top.

1:17PM 13   BY MR. BIRCHFIELD:

1:17PM 14   Q.   Okay.   All right.   And the language here says, "As NOACs

1:18PM 15   are becoming more commonly used, the need to educate clinical

1:18PM 16   colleagues regarding this paradigm shift, specifically the lack

1:18PM 17   of utility of the APT and PT in patients on DOACs is

1:18PM 18   paramount."

1:18PM 19        Do you see that?

1:18PM 20   A.   Yes.

1:18PM 21   Q.   And, again, this is talking about DOACs, an unspecified

1:18PM 22   group, and PT as an unspecified group; is that right?

1:18PM 23        MR. SARVER:   Your Honor, could we do this without

1:18PM 24   leading?   I object to leading questions.

1:18PM 25        THE COURT:   Yeah.   Please don't lead.   Ask him the

1:18PM  1    questions.

1:18PM  2         **MR. BIRCHFIELD:**  Okay.  I thought I was okay with an

1:18PM  3    expert, Your Honor.  My apologies.

1:18PM  4    BY MR. BIRCHFIELD:

1:18PM  5    **Q.**   And then in this article, you discussed the relationships

1:18PM  6    with DOACs and APTT and PT data; right?

1:18PM  7    **A.**   Yes.

1:18PM  8    **Q.**   Okay.  So will you describe for us once again, what was

1:18PM  9    the purpose behind this article?

1:18PM  10   **A.**   Again, if we can go to the beginning of the article, it

1:19PM  11   had to do with a consult for Dr. Adcock being called about

1:19PM  12   normal PT and PTT in a patient taking Eliquis, which does not

1:19PM  13   affect any one of those tests.

1:19PM  14        And the clinician assumed that because these tests

1:19PM  15   were normal, that the patient was not anticoagulated and they

1:19PM  16   can go ahead and do whatever conventional procedures they were

1:19PM  17   going to have, which was an alarm for her, which as a consult,

1:19PM  18   she called me and said, "We need to write a paper and get this

1:19PM  19   out, that normal PTs and APTTs do not rule out significant

1:19PM  20   levels of these new class of drugs."

1:19PM  21   **Q.**   All right.  And that was the object?  That was the purpose

1:19PM  22   behind this article?

1:19PM  23   **A.**   That was the whole premise of the article.

1:19PM  24   **Q.**   If we turn to the "Conclusion" section -- and I've

1:19PM  25   highlighted what Mr. Sarver covered with you again.  There it

887

| | | |
|---|---|---|
| 1:19PM | 1 | states, "Clinicians must acknowledge that the APTT and PT can |
| 1:19PM | 2 | no longer be used as a general gauge of a patient's level of |
| 1:20PM | 3 | anticoagulation and, hence, bleeding risk." |
| 1:20PM | 4 | Do you see that? |
| 1:20PM | 5 | A.   I do see that. |
| 1:20PM | 6 | Q.   Okay.  And so what does that have to do in regards to |
| 1:20PM | 7 | Xarelto and the Neoplastin agents? |
| 1:20PM | 8 | A.   Again, in the context of this article, if you read the |
| 1:20PM | 9 | sentence before that, it had to do with fully anticoagulated |
| 1:20PM | 10 | patients with normal screening tests.  And so it's not really |
| 1:20PM | 11 | applicable to this case at all. |
| 1:20PM | 12 | Q.   Okay.  And I want to -- I want to go back to Ms. Dorothy |
| 1:20PM | 13 | Adcock, your coauthor here. |
| 1:20PM | 14 | A.   Yes. |
| 1:20PM | 15 | Q.   And in this article, did Ms. -- Dr. Adcock -- did |
| 1:20PM | 16 | Dr. Adcock -- did she make any disclosures, conflicts of |
| 1:20PM | 17 | interest, financial ties to the defendants, Bayer and Janssen, |
| 1:20PM | 18 | in this case? |
| 1:20PM | 19 | A.   There's no listing of that in the conflict of interest |
| 1:21PM | 20 | area. |
| 1:21PM | 21 | Q.   Okay.  And is -- Ms. Adcock, is she a consultant, a paid |
| 1:21PM | 22 | consultant, of Bayer and Janssen? |
| 1:21PM | 23 | A.   It's my understanding. |
| 1:21PM | 24 | Q.   And based on what? |
| 1:21PM | 25 | A.   So Dr. Adcock is the one who recommended me to the current |

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 1:21 PM | 1 | law firm because they were contacting her first, and she could |
| 1:21 PM | 2 | not.  So they sent Russ Abney, and Mr. Abney is the one that |
| 1:21 PM | 3 | contacted me about doing the work with this lawyer firm. |
| 1:21 PM | 4 | When I was deposed in -- last year in November, it |
| 1:21 PM | 5 | was a grueling experience for me, my first, from 6:00 in the |
| 1:21 PM | 6 | morning to 5:00 at night.  And so when I left to go home -- and |
| 1:21 PM | 7 | I drove home at 5:00 at night -- I called Dr. Adcock to |
| 1:21 PM | 8 | tongue-in-cheek thank her for the experience I had with my |
| 1:21 PM | 9 | first deposition, at which point, she informed me that she |
| 1:21 PM | 10 | couldn't talk to me because she had been hired by Bayer. |
| 1:21 PM | 11 | Q.   And let's go to the next article.  I just want to make |
| 1:22 PM | 12 | sure that in each of the articles that Mr. Sarver showed you, |
| 1:22 PM | 13 | that -- that the statements here are talking about -- whether |
| 1:22 PM | 14 | they're talking about NOACs and DOACs as a general group or |
| 1:22 PM | 15 | Xarelto specifically versus PT as a general group versus PT |
| 1:22 PM | 16 | with the Neoplastin reagent.  Okay? |
| 1:22 PM | 17 | So Mr. Sarver showed you this article "Assessing |
| 1:22 PM | 18 | vitamin K antagonist oral anticoagulants (NOACs) in the |
| 1:22 PM | 19 | laboratory." |
| 1:22 PM | 20 | Do you see that? |
| 1:22 PM | 21 | A.   Yes. |
| 1:22 PM | 22 | Q.   And, again, this is an article that you published along |
| 1:22 PM | 23 | with Dorothy Adcock, Dr. Adcock? |
| 1:22 PM | 24 | A.   Dr. Adcock, yes. |
| 1:22 PM | 25 | Q.   Okay.  All right.  And is the discussion here in terms of |

**OFFICIAL TRANSCRIPT**

1:22PM  1    Xarelto specifically or NOACs as a group?

1:22PM  2    **A.**   It's for NOACs specifically.

1:22PM  3    **Q.**   NOACs?

1:22PM  4    **A.**   At the time we said NOACs, but it was all the direct oral

1:23PM  5    anticoagulants --

1:23PM  6    **Q.**   All of them?

1:23PM  7    **A.**   -- generically.  Sorry.

1:23PM  8    **Q.**   Okay.

1:23PM  9    **A.**   As a class of drugs and PT as a class of tests.

1:23PM 10    **Q.**   Okay.  And I want to go to -- this is an article that --

1:23PM 11    that you did not cover with Mr. Sarver, but I'd ask you to take

1:23PM 12    a look at this.  It's "Clinical Pearls:  Laboratory Assessments

1:23PM 13    of Direct Oral Anticoagulants."

1:23PM 14         **MR. SARVER:**  Your Honor, we're going to object to the

1:23PM 15    use of a document I didn't use unless I have the -- I'd be

1:23PM 16    delighted to cross -- recross, but I know that that's not your

1:23PM 17    practice.

1:23PM 18         **THE COURT:**  You're right.  Let's not deal with --

1:23PM 19         Members of the jury, what happens is that the

1:23PM 20    cross-examination of the credibility is limited to the direct

1:23PM 21    examination.  The redirect is limited to what's been on cross

1:23PM 22    so you don't keep going on and on and on.

1:24PM 23    BY MR. BIRCHFIELD:

1:24PM 24    **Q.**   Mr. Gosselin, in the cross-examination, were you

1:24PM 25    challenged on the position that Neoplastin PT is sensitive to

**OFFICIAL TRANSCRIPT**

890

| | | |
|---|---|---|
| 1:24PM | 1 | Xarelto? |
| 1:24PM | 2 | **A.**   Yes. |
| 1:24PM | 3 | **Q.**   And have you published, along with Dorothy Adcock, on that |
| 1:24PM | 4 | very issue? |
| 1:24PM | 5 | **A.**   Yes. |
| 1:24PM | 6 | **Q.**   And in the paper that you and Dr. Adcock published |
| 1:24PM | 7 | together, do you state that Neoplastin PT is sensitive to |
| 1:24PM | 8 | rivaroxaban? |
| 1:24PM | 9 | **A.**   I believe we do, but I couldn't tell you which citation it |
| 1:24PM | 10 | would be or which paper it was. |
| 1:24PM | 11 | **Q.**   Mr. Gosselin, you mentioned that there were -- that Bayer |
| 1:24PM | 12 | scientists had researched the issue of the sensitivity of |
| 1:25PM | 13 | Neoplastin PT and rivaroxaban or Xarelto; is that right? |
| 1:25PM | 14 | **A.**   That's what they published, yes. |
| 1:25PM | 15 | **Q.**   Okay.  And what were their findings regarding the |
| 1:25PM | 16 | sensitivity of Neoplastin PT specifically and Xarelto? |
| 1:25PM | 17 | **A.**   Again, in the studies published in 2005, I think is when |
| 1:25PM | 18 | they start, to 2008, the ones that I cite in my deposition -- |
| 1:25PM | 19 | in my report, was that they used Neoplastin.  And they, in |
| 1:25PM | 20 | their own terminology, indicated that this test could be used |
| 1:25PM | 21 | to determine the anticoagulation effect of Xarelto in patients |
| 1:25PM | 22 | being treated -- or in clinical trials that they observed to be |
| 1:25PM | 23 | accurate. |
| 1:25PM | 24 | **Q.**   And that is the -- that's the position that you have |
| 1:25PM | 25 | confirmed in the studies that you have done yourself? |

**OFFICIAL TRANSCRIPT**

1:25PM  1    **A.**   Yes.

1:25PM  2    **Q.**   And Mr. Sarver asked you about if you had an opinion about

1:26PM  3    high PTs, and you said that you expressed those opinions when

1:26PM  4    you were consulted by physicians.

1:26PM  5              Do you recall that exchange?

1:26PM  6    **A.**   Yes.

1:26PM  7    **Q.**   So tell us -- tell us about the type of exchange that you

1:26PM  8    would have with physicians regarding high PT values.

1:26PM  9    **A.**   Well, usually when they come to me and ask me for my

1:26PM  10   advice, it's an exchange about the results, not just the

1:26PM  11   PT-level results because we don't look at that in isolation.

1:26PM  12             Because what would the PT results be?  What would

1:26PM  13   other laboratory tests be that we may have in coagulation?  And

1:26PM  14   then what's going on with the patients?  Are they bleeding?

1:26PM  15   Are they not bleeding?  Are they on any antibiotics?  Are they

1:26PM  16   on any drugs that may interfere with the test?  Because

1:26PM  17   sometimes they take antibiotics that may interfere with the

1:26PM  18   test.

1:26PM  19             So those kind of discussion goes on.  And then once

1:26PM  20   that occurs and we've ruled out kind of interference due to

1:26PM  21   these extraneous reasons, then we proceed down a path of what

1:26PM  22   we should be doing next.  If it's a patient with known drug

1:27PM  23   exposure, an anticoagulant, we assume it's that drug effect

1:27PM  24   first and then -- until we prove otherwise.

1:27PM  25   **Q.**   Are those -- those types of discussions, discussions that

**OFFICIAL TRANSCRIPT**

1:27PM    1    you would have on a -- it wouldn't be uncommon for you to have

1:27PM    2    those kind of discussions, would it?

1:27PM    3    A.    No, not only with physicians but pharmacists as well.

1:27PM    4    Q.    And Mr. Sarver asked you about the FDA approval for

1:27PM    5    Neoplastin specifically for use with Xarelto.

1:27PM    6          Do you recall that?

1:27PM    7    A.    Yes.

1:27PM    8    Q.    So will you explain -- is it inappropriate to use the

1:27PM    9    Neoplastin PT on patients with Xarelto?

1:27PM   10    A.    In my opinion, no.  Again, I don't -- I'm not aware of the

1:27PM   11    regulatory restrictions of testing because we use the PT test

1:27PM   12    for a lot of indications that's not listed in the package

1:27PM   13    insert -- or the label.

1:27PM   14    Q.    And you were -- you were attempting to explain about the

1:27PM   15    intended use for Neoplastin.

1:28PM   16          Will you explain that for us, sir?

1:28PM   17    A.    Yeah.  I believe that's the ruling that the FDA uses, is

1:28PM   18    what's the test going to be used for?  So the test is being

1:28PM   19    used for, if you look at the Neoplastin label -- or what we

1:28PM   20    call the package insert in the lab -- it's quite clear that you

1:28PM   21    can run PT tests on their instruments, "their" being Stago

1:28PM   22    instruments, which is the STA R, the Satellite, and the

1:28PM   23    STA Compact.  So that's the intended use.  In my understanding

1:28PM   24    of the regulation, that's what FDA is approving.

1:28PM   25          Just below that, again, the package insert describes

**OFFICIAL TRANSCRIPT**

1:28PM  1  what a PT is, what it does, what does it measure, what are the

1:28PM  2  possible indications it could be used for.  That's not an

1:28PM  3  all-inclusive list.  It's just an example list.

1:28PM  4  Q.  And, Mr. Gosselin, I think that you described for us that

1:28PM  5  you have -- you've been involved -- you've been a researcher

1:28PM  6  doing studies that have been published involving the

1:28PM  7  Neoplastin PT reagent.  Is that right?

1:28PM  8  A.  Yes.

1:29PM  9  Q.  Okay.  All right.  And that was the study there at UNC?

1:29PM  10  A.  Well, that was using patient samples.  We also did a study

1:29PM  11  using contrived samples.  So we took normal plasma and added

1:29PM  12  drug to it.  So that was also including Neoplastin.

1:29PM  13  Q.  So, Mr. Gosselin, why is it that you don't -- you don't

1:29PM  14  use the Neoplastin PT reagent in your laboratory for Xarelto?

1:29PM  15  A.  Well, the primary reason is because we offer the

1:29PM  16  rivaroxaban measurements.  So we can measure the level of drug.

1:29PM  17  Q.  Okay.  All right.  So -- so you've got the Neoplastin --

1:29PM  18  you've got the Neoplastin PT that is sensitive to Xarelto;

1:29PM  19  right?

1:29PM  20  A.  Yes.

1:29PM  21  Q.  Okay.  But then you use the -- is it the anti-Factor Xa

1:29PM  22  assay?

1:29PM  23  A.  Yes, the drug calibrated anti-Xa assay.

1:29PM  24  Q.  And so tell us the difference between the Factor Xa assay

1:29PM  25  and the Neoplastin PT reagent.

Case 2:14-md-02592-EEF-MBN  Document 9902-5  Filed 06/04/19  Page 133 of 137

1:29PM    1    **A.**  As far as the technical difference or as far as what is it

1:30PM    2    measuring?

1:30PM    3    **Q.**  What are you measuring, and what are the results and

1:30PM    4    sensitivities?

1:30PM    5    **A.**  Sensitivities is a different issue.

1:30PM    6    So what is it measuring?  Again, we went over the PT

1:30PM    7    test.  It's a clot-based test.  So you're adding something to a

1:30PM    8    plasma sample, and you're waiting for the reaction to occur

1:30PM    9    with the end point being a clot formation.

1:30PM    10    With the anti-Xa test, it's a little bit of a

1:30PM    11    different piece.  It's a chromogenic assay.  You're adding some

1:30PM    12    material to the sample, and you're seeing how much of this

1:30PM    13    material you can recover back, "this material" being activated

1:30PM    14    Factor X.

1:30PM    15    And then we add another reagent that creates

1:30PM    16    this yellow color, and there's a relationship in the yellow

1:30PM    17    color and how much drug is on board or not on board.  One gets

1:30PM    18    reported in seconds, which would be the clot-based assay.  One

1:30PM    19    gets reported in nanograms per mL, which is measurement of the

1:30PM    20    drug.

1:30PM    21    **Q.**  And there was a discussion about whether or not they were

1:30PM    22    FDA-approved Xarelto-specific calibrators and controls.

1:30PM    23    Do you recall that?

1:30PM    24    **A.**  Yes.

1:30PM    25    **Q.**  Is it appropriate or inappropriate to use Factor Xa tests

Case 2:14-md-02592-EEF-MBN   Document 9002-5   Filed 06/04/18   Page 134 of 137

1:31PM  1    without FDA-approved calibration controls?

1:31PM  2    **A.**   In my opinion, no.  It makes it a lab-developed test.

1:31PM  3    **Q.**   Lab-developed tests.  Let's revisit the lab-developed

1:31PM  4    test.

1:31PM  5            Are there protocols, guidelines in place for

1:31PM  6    laboratory-developed tests?

1:31PM  7    **A.**   It's a touchy issue with people in the labs who do

1:31PM  8    lab-developed tests.  The FDA was supposed to make a ruling

1:31PM  9    last I believe August, and they've kind of taken a little bit

1:31PM  10   of a step back.  But they did define "lab-developed tests" as

1:31PM  11   tests that you manufacture in your lab.  So if you make a

1:31PM  12   protocol change or you make a change to intended use of a kit,

1:31PM  13   that now becomes a lab-developed test.

1:31PM  14   **Q.**   All right.  So at UC Davis, how many lab-developed tests

1:31PM  15   did you have?

1:31PM  16   **A.**   At UC Davis?

1:31PM  17   **Q.**   Yes.

1:31PM  18   **A.**   I can't speak for the whole laboratory.  In my department,

1:31PM  19   I had 20 or 21.

1:31PM  20   **Q.**   Okay.  And what about -- what about at the Cleveland

1:32PM  21   Clinic?  How many lab-developed tests did they have?

1:32PM  22   **A.**   Again, just in the small section I looked at was the

1:32PM  23   special coag section, Cleveland Clinic had about the same

1:32PM  24   number, about 20.

1:32PM  25   **Q.**   So lab-developed tests are not uncommon?

| | | |
|---|---|---|
| 1:32PM | 1 | **A.**   No, sir. |
| 1:32PM | 2 | **Q.**   Is it -- I want to go back to one other issue that |
| 1:32PM | 3 | Mr. Sarver discussed with you, and that is in vivo tests versus |
| 1:32PM | 4 | ex vivo tests.  The tests that you're doing, they're ex vivo |
| 1:32PM | 5 | tests; right? |
| 1:32PM | 6 | **A.**   They're outside the body, which is ex vivo, yes. |
| 1:32PM | 7 | **Q.**   Okay.  All right.  So when you said that the -- that the |
| 1:32PM | 8 | ex vivo test -- I think he said, "Are they always going to |
| 1:32PM | 9 | reflect what happens in the body?" |
| 1:32PM | 10 | Do you remember that? |
| 1:32PM | 11 | **A.**   I remember the "always."  I'm not for sure the context of |
| 1:32PM | 12 | the sentence, but I remember "always." |
| 1:32PM | 13 | **Q.**   Okay.  So can ex vivo tests be reliable to tell you what's |
| 1:33PM | 14 | going on in the body? |
| 1:33PM | 15 | **A.**   I believe it does in certain situations.  It can in |
| 1:33PM | 16 | patients that have deficiencies of factors.  It can in patients |
| 1:33PM | 17 | that are anticoagulated. |
| 1:33PM | 18 | **Q.**   So let's talk about some examples of ex vivo tests.  Do |
| 1:33PM | 19 | you test cholesterol with an ex vivo test? |
| 1:33PM | 20 | **A.**   I don't.  But somebody else does, yes. |
| 1:33PM | 21 | **Q.**   Are cholesterol tests, are they ex vivo tests? |
| 1:33PM | 22 | **A.**   Yes.  Those are common tests performed in chemistry |
| 1:33PM | 23 | laboratories. |
| 1:33PM | 24 | **Q.**   What are some other ex vivo tests that are fairly common? |
| 1:33PM | 25 | **A.**   Potassium would be another offered one that's done quite |

**OFFICIAL TRANSCRIPT**

1:33PM   1    frequently.  Potassium, sodium, all the -- chloride, BUN,

1:33PM   2    creatinine.  There's a bunch.

1:33PM   3    **Q.**   If you're getting like a complete blood count, a CBC --

1:33PM   4    **A.**   Yes.

1:33PM   5    **Q.**   -- a panel, is that ex vivo?

1:33PM   6    **A.**   Yes.

1:33PM   7    **Q.**   If you're looking at white blood cell counts, is that ex

1:33PM   8    vivo?

1:33PM   9    **A.**   Yes.

1:33PM  10    **Q.**   Red blood cell count, that's ex vivo?

1:34PM  11    **A.**   Yes.

1:34PM  12    **Q.**   All of those are ex vivo tests?

1:34PM  13    **A.**   Yes.

1:34PM  14    **Q.**   All right.  And based on all of the articles that

        15    Mr. Sarver showed you about the use of -- of PT in measuring or

        16    monitoring the anticoagulant effect of Xarelto, is it your

        17    opinion, Mr. Gosselin, that the Neoplastin PT reagent is an

        18    effective tool to measure the anticoagulant effect of Xarelto?

1:34PM  19    **A.**   Based on the studies that we performed with UNC and based

1:34PM  20    on the literature by the Bayer scientists, I would say yes.

1:34PM  21    **Q.**   And is it your opinion that the anti-Factor Xa assay is an

1:34PM  22    effective tool to measure the levels of Xarelto?

1:34PM  23    **A.**   Yes, absolutely.

1:34PM  24          **MR. SARVER:**  Thank you, Your Honor.

1:34PM  25          **THE COURT:**  Okay.  All right.  Thank you.  You're

| | | |
|---|---|---|
| 1:34PM | 1 | excused, sir. |
| 1:34PM | 2 | (Witness excused.) |
| 1:35PM | 3 | THE COURT:  Call your next witness.  Thank you. |
| 1:35PM | 4 | MR. BIRCHFIELD:  Your Honor, Mr. Honnold will be |
| 1:35PM | 5 | taking the next witness.  This will be by satellite.  There's |
| 1:35PM | 6 | one issue that we need to discuss. |
| 1:35PM | 7 | THE COURT:  Okay. |
| 1:35PM | 8 | (Whereupon the following proceedings were held at the |
| 1:35PM | 9 | bench out of the hearing of the jury:) |
| 1:40PM | 10 | THE COURT:  This is Dr. Wu? |
| 1:40PM | 11 | MR. SARVER:  This is Dr. Wu. |
| 1:40PM | 12 | MR. BIRCHFIELD:  Your Honor, in the -- the Court |
| 1:40PM | 13 | sustained our Motion in Limine about the FDA-approved |
| 1:40PM | 14 | Neoplastin.  We have raised that issue in -- it was part of the |
| 1:40PM | 15 | Boudreaux trial.  We briefed that issue in the Orr trial, and |
| 1:40PM | 16 | you granted it.  It's a Motion in Limine that was sustained in |
| 1:40PM | 17 | this case, and Mr. Sarver went specifically there in regards to |
| 1:40PM | 18 | the FDA-approved Neoplastin, and so we would ask the Court |
| 1:40PM | 19 | to -- to give an instruction to the jury regarding the lack of |
| 1:41PM | 20 | necessity of the FDA approval for Neoplastin PT.  I mean, |
| 1:41PM | 21 | this -- this is -- |
| 1:41PM | 22 | MR. SARVER:  We absolutely did.  We did because he |
| 1:41PM | 23 | opened the door wide open, walked through it with a Mack truck. |
| 1:41PM | 24 | THE COURT:  No.  I will at the appropriate time; just |
| 1:41PM | 25 | say it. |