### UNITED STATES DISTRICT COURT OF THE
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| v. | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Filberto Martinez, Jr., individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10013 | MAG. JUDGE MICHAEL NORTH |
| *Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-03391 | |
| *Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-00856 | |
| *Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10460 | |
| *Howard Rosebaum v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-04676 | |

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW COME Plaintiffs in the above-captioned matters, by and through the undersigned counsel, and hereby request that Grant & Eisenhofer P.A. be enrolled as co-counsel of record in the above-captioned actions.

WHEREFORE, Plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Samantha Mertz, M. Elizabeth Graham, Thomas Ayala and

Paige Alderson of Grant & Eisenhofer P.A. as co-counsel of record in the above-entitled and numbered actions

Dated: June 15, 2018                    **GRANT & EISENHOFER P.A.**

                                        By:   /s/ M. Elizabeth Graham
                                                Jay W. Eisenhofer
                                                **GRANT & EISENHOFER P.A.**
                                                485 Lexington Avenue, 29th Floor
                                                New York, NY  10017
                                                Telephone: 646-722-8500
                                                Facsimile:  646-722-8501
                                                jeisenhofer@gelaw.com

                                                M. Elizabeth Graham
                                                Thomas V. Ayala
                                                Samantha Mertz
                                                Paige Alderson
                                                **GRANT & EISENHOFER P.A.**
                                                123 Justison Street
                                                Wilmington, DE 19801
                                                Tel: (302) 622-7000
                                                Fax:  (302) 622-7100
                                                egraham@gelaw.com
                                                tayala@gelaw.com
                                                smertz@gelaw.com
                                                palderson@gelaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 15, 2018, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF System.

                                                */s/ M. Elizabeth Graham*
                                                M. Elizabeth Graham