UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

KATHY PENDERGRAFT v.
JANSSEN PHARMACEUTICALS,
INC., et al

17 CV 1389 and
2:14-md-02592-EEF-MBN Document 9847

### Opposition to Defendants' Motion For Order To Show Cause

Counsel for the plaintiff in the above matter opposes the defendants' Motion For Order To Show Cause.

Plaintiff's complaint was filed on February 16, 2017. Plaintiff's initial PFS was submitted on April 5, 2017.

The plaintiff's case is a random selection case identified in Wave 1. Once counsel was notified that the case of Kathy Pendergraft was chosen by random selection, counsel initiated contact with the plaintiff. Unable to reach the plaintiff, counsel investigated vital statistics records and learned that Ms. Pendergraft had passed away, a resident of Reno, Nevada. Counsel then employed the services of an investigator to identify and locate next of kin. Ms. Pendergraft's son has been located, and it is expected the he will be appointed Personal Representative, and that a Motion to Substitute will be filed.

For these reasons, plaintiff's counsel requests that the Court take no action on the defendants' Motion For Order to Show Cause for a period of ninety days and for such other relief to which the plaintiff may be entitled

                                      Respectfully submitted:

June 15, 2018                    /s/ Thomas T. Merrigan
                                      Attorney for Plaintiff
                                      Thomas T. Merrigan, BBO # 343480
                                      tom@sweeneymerrigan.com

                                      Peter M. Merrigan, BBO # 673272
                                      peter@sweeneymerrigan.com

                                      Jonathan Tucker Merrigan, BBO
                                      #681627 tucker@sweeneymerrigan.com

                                      SWEENEY MERRIGAN LAW
                                      268 Summer Street, LL
                                      Boston, MA 02210
                                      617 391 9001 (telephone)
                                      617 357 9001 (facsimile)