UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

KATHY PENDERGRAFT v. JANSSEN
PHARMACEUTICALS, INC., et al

17 CV 1389 and
2:14-md-02592-EEF-MBN

## MOTION TO EXTEND TIME TO SUBMIT PLAINTIFF FACT SHEET

NOW COMES Counsel for Plaintiff **KATHY PENDERGRAFT**, and hereby moves that the time for filing a Plaintiff Fact Sheet for Kathy Pendergraft be extended to September 15, 2018.

The plaintiff's case is a random selection case identified in Wave 1. Once counsel was notified that the case of Kathy Pendergraft was chosen by random selection, counsel initiated contact with the plaintiff. Unable to reach the plaintiff, counsel investigated vital statistics records and learned that Ms. Pendergraft had passed away, a resident of Reno, Nevada. Counsel then used the services of an investigator to identify and locate next of kin. Ms. Pendergraft's son has been located, and it is expected the he will be appointed Personal Representative, and that a Motion to Substitute will be filed.

**RESPECTFULLY SUBMITTED** this the 15th day of June, 2018.

_/s/ *Thomas T. Merrigan*_
Attorney for Plaintiff
Thomas T. Merrigan, BBO # 343480
tom@sweeneymerrigan.com

1

Peter M. Merrigan, BBO # 73272
peter@sweeneymerrigan.com

Jonathan Tucker Merrigan, BBO #681627
tucker@sweeneymerrigan.com

SWEENEY MERRIGAN LAW
268 Summer Street, LL Boston, MA 02210
617 391 9001 (telephone)
617 357 9001 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas T. Merrigan
Attorney for Plaintiff