UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

KATHY PENDERGRAFT v.
JANSSEN PHARMACEUTICALS,
INC., et al

17 CV 1389 and
2:14-md-02592-EEF-MBN

## Memorandum in Support of Motion For Extension

In support of Plaintiff's Motion for Extension of Time to submit Plaintiff's Fact Sheet, plaintiff states the following:

1. Plaintiff filed suit the above captioned matter on February 16, 2017.

2. Plaintiff submitted the PFS on April 5, 2017.

3. Immediately following Wave 1 Random Selection, plaintiff's counsel attempted to contact the Plaintiff.

4. Unable to reach the plaintiff, counsel investigated vital statistics records and learned that Ms. Pendergraft had passed away on May 26, 2017, a resident of Reno, Nevada.

5. Counsel then engaged the services of an investigator to identify and locate next of kin.

6. Ms. Pendergraft's son has been located, and it is expected the he will be appointed Personal Representative, and that a Motion to Substitute will be filed.

7. Plaintiff's counsel is requesting a ninety (90) day extension of time to enable the appointment of a Personal Representative, obtain final medical records and submit an updated PFS.

7. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served.

1

WHEREFORE, Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to September 15, 2018.

|  |  |
|---|---|
| June 15, 2018 | Respectfully submitted:<br>/s/ Thomas T. Merrigan<br>Attorney for Plaintiff<br>Thomas T. Merrigan, BBO # 343480<br>tom@sweeneymerrigan.com<br><br>Peter M. Merrigan, BBO # 673272<br>peter@sweeneymerrigan.com<br><br>Jonathan Tucker Merrigan, BBO 681627<br>tucker@sweeneymerrigan.com<br><br>SWEENEY MERRIGAN LAW<br>268 Summer Street, LL Boston, MA  02210<br>617 391 9001 (telephone)<br>617 357 9001 (facsimile) |