UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

KATHY PENDERGRAFT v. JANSSEN
PHARMACEUTICALS, INC., et al

17 CV 1389 and
2:14-md-02592-EEF-MBN Document 9847

NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time To Satisfy Plaintiff Fact Sheet Deficiencies filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on July 11, 2018 at 9:00 a.m., before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

**RESPECTFULLY SUBMITTED** this the 15th day of June, 2018.

                                                    */s/ Thomas T. Merrigan*_____
                                                    Attorney for Plaintiff
                                                    Thomas T. Merrigan, BBO # 343480
                                                    tom@sweeneymerrigan.com
                                                    Peter M. Merrigan, BBO # 73272
                                                    peter@sweeneymerrigan.com
                                                    Jonathan Tucker Merrigan, BBO #681627
                                                    tucker@sweeneymerrigan.com
                                                    SWEENEY MERRIGAN LAW
                                                    268 Summer Street, LL Boston, MA 02210
                                                    617 391 9001 (telephone)
                                                    617 357 9001 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas T. Merrigan
Attorney for Plaintiff