IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL NO. 2592 ) |
| | ) SECTION: L |
| **THIS DOCUMENT RELATES TO:** | ) |
| | ) JUDGE: ELDON E. FALLON |
| LENNY ROBERTSON, | ) |
| | ) MAG. JUDGE: MICHAEL NORTH |
| v. | ) |
| | ) |
| Janssen Research & Development LLC, et al.; Case No. 2:17-cv-936; | ) ) |
| | ) |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW, Lenny Robertson, Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.

1. Lenny Robertson filed a products liability lawsuit against defendants on February 2, 2017, Lenny Robertson v. Janssen Research & Development, LLC, et al. 2:17-cv-936.

2. Pursuant to Pretrial Order #10A, the Complaint was served upon the defendants thereafter on February 21, 2017.

3. Due to a clerical error, the initial complaint was filed with an injury of gastrointestinal bleeding, but after further review of the medical records it has been determined that the Plaintiff suffered and injury of hematuria.

4. In light of this information, Plaintiff moves to amend the injury in the Complaint from "gastrointestinal bleed" to "hematuria."

For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached First Amended Complaint.

Respectfully submitted,

By: /s/Stephen Wohlford

SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile
pharma@swmwlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served upon all parties of record electronically by CM/ECF, on June 15, 2018.

Respectfully submitted,

By: /s/Stephen Wohlford

SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile
pharma@swmwlaw.com

**ATTORNEYS FOR PLAINTIFFS**