UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAG. JUDGE NORTH |

**************************************************

THIS DOCUMENT RELATES TO:

*Lenny Robertson vs Janssen Research and Development LLC et. al.*
Case No. 2:17-cv-936

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff in the above-listed action, through undersigned counsel, has moved the Court for leave to file his First Amended Complaint in order to amend the injury from "gastrointestinal bleed" to "hematuria". In support of his motion, Plaintiff respectfully states as follows:

Plaintiff Lenny Robertson filed his original complaint in this action on February 2, 2017. Service was completed upon the defendants thereafter on February 21, 2017. Due to a clerical error, the initial complaint was filed with an injury of gastrointestinal bleeding. After further review, it has been determined that the Plaintiff suffered an episode of hematuria. The proposed amended complaint is identical to the original complaint in all material respects except that the injury has been amended from gastrointestinal bleed to hematuria.

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to file his First Amended Complaint in order to amend the injury from gastrointestinal bleed to hematuria and such other and further relief the Court deems just and proper.

Dated: June 15, 2018   Respectfully submitted, SWMW

Law, LLC

By: /s/Stephen B. Wohlford
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

SWMW Law, LLC

By: /s/Stephen B. Wohlford
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**