UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVEROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION: | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Lenny Robertson vs Janssen Research and Development LLC et. al.**

**Civil Action No.: 2:17-cv-936**

## NOTICE OF SUBMISSION

COMES NOW, the plaintiff by and through the undersigned counsel, files this Notice of Submission to Motion to Amend Complaint before the Honorable Judge Eldon. E Fallon on motion date July 11, 2018 at 9 a.m.

| | |
|---|---|
| Dated: June 15, 2018 | By: /s/Stephen B. Wohlford |
| | SWMW Law, LLC |
| | Benjamin R. Schmickle, #6270568 |
| | Stephen B. Wohlford, #IL6287698 |
| | 701 Market Street, Suite 1000 |
| | St. Louis, MO 63101 |
| | (314) 480-5180 |
| | (314) 932-1566- Facsimile |
| | **ATTORNEYS FOR PLAINTIFFS** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/Stephen B. Wohlford

SWMW Law, LLC

Benjamin R. Schmickle, #6270568

Stephen B. Wohlford, IL#6287698

701 Market Street, Suite 1000

St. Louis, MO 63101

(314) 480-5180

(314) 932-1566- Facsimile

**ATTORNEYS FOR PLAINTIFFS**