## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL NO. 2592 ) |
| | ) SECTION: L |
| **THIS DOCUMENT RELATES TO:** | ) |
| | ) JUDGE: ELDON E. FALLON |
| LENNY ROBERTSON, | ) |
| | ) MAG. JUDGE: MICHAEL NORTH |
| v. | ) |
| | ) |
| Janssen Research & Development LLC, et al.; Case No. 2:17-cv-936; | ) ) ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, by its designated attorneys, files a Motion for Leave to File the First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

Whereas the Court considered Plaintiff's motion, THE COURT FINDS that Plaintiff has demonstrated that justice requires the grant of the leave to file the proposed First Amended Complaint. Therefore, Plaintiff's motion is granted.

**SO ORDERED** that Plaintiff's First Amended Complaint be filed with the Clerk of the Court and served within _____ days of the date of this Order; and it is further

**SO ORDERED**, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE