UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Pattie J. Pettus as Personal Representative* ) <br> *of the Estate of George C. Pettus v.* ) <br> *Janssen Research* ) <br> *& Development, LLC, et al.* ) <br> Case No.:  2:17-cv-07031 ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br><br><br><br><br> MAG. JUDGE NORTH |

## MOTION TO VOLUNTARILY DISMISS DEFENDANT BAYER CORPORATION

Comes now Counsel for Plaintiff, Pattie J. Pettus as Personal Representative of the Estate of George C. Pettus, pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure and PTO 24, and hereby respectfully moves this Court to dismiss the above action against Defendant Bayer Corporation, only with each party to bear their own costs. Counsel takes this action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6, and that all filing fees have been paid.

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Dismissal of Defendant Bayer Corporation as a Defendant in this action.

Dated: June 15, 2018

Respectfully Submitted,

By: /s/ *Debra Humphrey*
**Debra Humphrey**
One Grand Central Place
60 E 42nd Street, Suite 950
New York, NY 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Fax: (212) 818-0164
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: /s/*Debra Humphrey*