UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Pattie J. Pettus as Personal Representative of the Estate of George C. Pettus v. Janssen Research & Development, LLC, et al.* Case No.: 2:17-cv-07031 | | MAG. JUDGE NORTH |

## ORDER

This matter came before the Court on the Motion to Voluntarily Dismiss Defendant Bayer Corporation filed by Plaintiff Pattie J. Pettus as Personal Representative of the Estate of George C. Pettus.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Defendant Bayer Corporation is hereby GRANTED, and the above-captioned case is DISMISSED WITH PREJUDICE against Defendant Bayer Corporation only, with each party to bear their own costs. Other Defendants remain in this action, and Plaintiff will continue to pursue her action against the remaining Defendants.

New Orleans, Louisiana this _____ day of _____, 2018.

                                                                                    United States District Judge