UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

CHARLES LEE LEWIS, CA# 2:15-cv-01751

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel for Plaintiff, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of the Plaintiff **Charles Lee Lewis**, on April 6, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Virginia Owens, Guardian ad Litem for Lucille Lewis, mother of Charles Lee Lewis, and as personal representative of the Estate of Charles Lee Lewis. A copy of Plaintiff's Death Certificate is attached hereto and incorporated herein as Exhibit 1.

**Date:  June 15, 2018**

                            **Respectfully submitted,**

                            By: */s/ Laura M. Morris*
                            Daniel J. Callahan
                            Daniel@callahan-law.com
                            Laura M. Morris
                            lmorris@callahan-law.com
                            3 Hutton Centre Drive,
                            Ninth Floor
                            Santa Ana, CA 92707
                            Phone: 714-241-4444
                            Fax: 714-241-4445

                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rules of Civil Procedure 5(a)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 15th day of June 2018.

 

Dated: June 15, 2018
/s/ Laura M. Morris
Attorney for Plaintiff
Daniel J Callahan
Daniel@Callahan-law.com
Laura M. Morris
lmorris@Callahan-law.com
3 Hutton Centre Drive,
Ninth Floor
Santa Ana, CA 92707
Phone: 714-241-4444
Fax: 714-241-4445

# EXHIBIT 1

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:** 

**STATE FILE NUMBER:** 2018-015-00927

**6037879**

## DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | LEWIS, CHARLES LEE |
| DATE OF BIRTH | 04/01/1951 |
| DATE OF DEATH | 04/06/2018 |
| TIME OF DEATH | 08:59 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SHREVEPORT, LA UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 67 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | |

## PERSONAL

| Field | Value |
|---|---|
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 3742 CLEVELAND ST., SHREVEPORT, LA 71109 UNITED STATES |
| WITHIN CITY LIMITS? | YES |
| PARISH/COUNTY | CADDO |
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | LABORER |
| INDUSTRY OF OCCUPATION | LUMBER |
| MARITAL STATUS | NEVER MARRIED |
| NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | LEWIS SR, JAMES EDWARD |
| FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | GREENWOOD, LA UNITED STATES |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DUNKINS, LUCLLE |
| MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | BETHANY, LA UNITED STATES |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | OWENS, VIRGINIA |
| RELATIONSHIP TO DECEDENT | SISTER |
| INFORMANT'S ADDRESS | 151 GREGG ST., SHREVEPORT, LA 71104 UNITED STATES |
| EDUCATION: | 9TH THROUGH 12TH, NO DIPLOMA |
| OF HISPANIC ORIGIN?: | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE: | BLACK OR AFRICAN AMERICAN |

## DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | INPATIENT |
| FACILITY NAME | UNIVERSITY HEALTH - SHREVEPORT |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 1541 KINGS HWY., SHREVEPORT, LA 71103 UNITED STATES |
| PARISH/COUNTY | CADDO |

## DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | MT. OLIVE BAPTIST CHURCH |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | GREENWOOD, LA UNITED STATES |
| DATE OF DISPOSITION | 04/11/2018 |

## FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | GOOD SAMARITAN FUNERAL HOME, INC. |
| ADDRESS OF FUNERAL FACILITY | 2200 LAUREL, SHREVEPORT, LA 71103 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | JACKSON, WINNIFRED H |
| LICENSE NUMBER | U1397 |
| CORONER NOTIFIED? | N |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 5/16/2018 |

## MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

## CAUSE OF DEATH

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. CARDIOPULMONARY ARREST SECONDARY TO METASTATIC CANCER AND ACUTE RESPIRATORY FAILURE | 5 MINUTES |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. PERICARDIAL EFFUSION/CARDIAC TAMPONADE | 2 YEARS |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. CHRONIC KIDNEY DISEASE STAGE 3 | 5 YEARS |
| | d. METASTATIC SQUAMOUS CELL CARCINOMA OF LUNG | 2 YEARS |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

HYPERTENSION

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

## INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)

PARISH/COUNTY

DESCRIBE HOW INJURY OCCURED

## CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 3/26/2018 TO 4/6/2018 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER: | *e-sign* |
| DATE | 4/22/2018 |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MALHOTRA, KANCHAN |
| CERTIFIER TITLE: | PRONOUNCING & CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 1541 KINGS HWY., SHREVEPORT, LA 71103 UNITED STATES |
| BURIAL TRANSIT PERMIT | 262221 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 04/11/2018 |
| DATE FILED WITH REGISTRAR | 5/16/2018 |

## REGISTRAR

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Turner, Cheri Ann

Issued On: 5/17/2018 8:51:40 AM



006037879

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT



**DEVIN GEORGE**
**STATE REGISTRAR**



AmeriTech, Incorporated | ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE