# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| JANA GORDON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH PESEK, DECEASED, | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | Civil Action No.: 2:17-cv-17825 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**
*Attorneys for Plaintiff*

By: /s/ Joseph T. Waechter
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
201 N. Franklin St., Suite 700
Tampa, FL 33602
Email: JWaechter@forthepeople.com
Email: MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

Dated: 6/18/2018

**DRINKER BIDDLE & REATH LLP**
*Attorneys for Defendants*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Research & Development LLC,*
*and Janssen Ortho LLC*

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Phone: (973) 549-7350
Fax: (973) 360-9831
Email: susan.sharko@dbr.com

Dated: Dated: 6/18/2018

**PORTER KAYE SCHOLER LLP**
*Attorneys for Defendants*
*Bayer Healthcare Pharmaceuticals Inc.*
*and Bayer Pharma AG*

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Dated: 6/18/2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
*Liaison Counsel for Defendants*

By:/s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Dated: Dated: 6/18/2018

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 18, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

    /s/ Joseph T. Waechter