UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Janet Dougherty v. Janssen Research & Development LLC, et al.* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:16-cv-11755 |

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, Janet Dougherty, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that:

\_\_\_\_  Plaintiff is not a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6.

_X_  Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

\_\_\_\_  Plaintiff is moving to dismiss, with prejudice, within forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived pursuant to the Court's Case Management Order No. 6.

DATED:  June 19, 2018                                              Respectfully Submitted,

                                                          By:    */s/ Christopher J. Quinn*_____
                                                                 Christopher J. Quinn
                                                                 THE DRISCOLL FIRM, P.C.
                                                                 211 N. Broadway, 40th Floor
                                                                 St. Louis, MO 63102
                                                                 Tel: (314) 932-3232
                                                                 Fax: (314) 932-3233
                                                                 chris@thedriscollfirm.com

                                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 19, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                 */s/ Christopher J. Quinn*