# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) | MDL No. 2592 |
| | ) | |
| SARAJO MOSIER | ) ) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff | ) ) | |
| vs. | ) ) ) | Civil Action No.: 2:17-cv-3856 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF SUBMISSION**

Please take notice that Plaintiff's Motion to Dismiss Without Prejudice is set for submission on June 20, 2018.

        By: *s/ Monte Bond*
        Monte Bond No. 02585625
        **Tautfest Bond, PLLC**
        5151 Belt Line Rd.,
        Suite 1000, Dallas, TX 75254
        Telephone: (214) 617-9998
        Facsimile: (214) 853-4281 mbond@tautfestbond.com

        *s/ Jessica Glitz*
        Jessica Glitz No. 24076095
        **Tautfest Bond, PLLC**
        5151 Belt Line Rd.,
        Suite 1000, Dallas, TX 75254
        Telephone: (214) 617-9998
        Facsimile: (214) 853-4281 jglitz@tautfestbond.com

        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

        */s/Monte Bond*
        Monte Bond