# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION: L |
| SARAJO MOSIER | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No.: 2:17-cv-3856 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW the Plaintiff, by and through the undersigned counsel, and moves this Court for an order pursuant to PTO # 24 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-named Plaintiff's action be dismissed without prejudice and without costs or fees to any party, with Plaintiff and Defendants to bear their own costs.

1. Subsequent to filing her complaint, Plaintiff's counsel has learned of issues related to the jurisdiction of this Court that necessitates filing the case in state court.

2. Therefore, pursuant to PTO #24 in MDL 2592, Plaintiff seeks dismissal of the action in this Court and relation back on the Statute of Limitations pursuant to paragraph 3 of PTO#24.

3. This Motion applies only to Case Number 2:17-CV-3856 and has no effect on any other actions pending for Plaintiff.

Based on the foregoing, Plaintiff asks this Court, pursuant to Fed. R. Civ. P. 41(a)(2) and PTO #24, to dismiss Case No. 2:17-cv-3856 without prejudice, order that the dismissal is subject to the terms of PTO#24, order each party to bear its own costs, and grant Plaintiff such other and further relief to which he may be justly entitled.

Respectfully submitted this 20th day of June, 2018.

By: *s/ Monte Bond*
Monte Bond No. 02585625
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281 mbond@tautfestbond.com

*s/ Jessica Glitz*
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281 jglitz@tautfestbond.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

On May 31, 2018, counsel for Plaintiff sent an e-mail to the counsel of record for Defendants regarding this Motion. Plaintiff's counsel received a response from Defendants' counsel to the e-mail indicating they received the coorespondence. However, as of this date, Defendants have made no further response.

*s/Monte Bond*
Monte Bond

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2018 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Monte Bond*
Monte Bond
