# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| SARAJO MOSIER ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No.: 2:17-cv-3856 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF SUBMISSION

Please take notice that Plaintiff's Motion to Dismiss Without Prejudice is set for submission on June 20, 2018.

By: *s/ Monte Bond*
Monte Bond No. 02585625
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281 mbond@tautfestbond.com

*s/ Jessica Glitz*
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281 jglitz@tautfestbond.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Monte Bond*
Monte Bond

2