UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*SARAJO MOSIER*: No. 2:17-CV-3856

## ORDER

Upon review of Plaintiff's Motion to Dismiss Without Prejudice is both unopposed and in compliance with Pretrial Orders 24 and 24A,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice, is hereby **GRANTED**.

.

---
UNITED STATES DISTRICT JUDGE