UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION:  L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Schiller v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:17-cv-07570**

## MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff Larry Schiller, pursuant to Federal Rule of Civil procedure 25(a)(1), moves for an order substituting Darlene A. Schiller, on behalf of the Estate of Larry E. Schiller as Plaintiff in the above captioned case.

Larry E. Schiller filed a products liability lawsuit against defendants on March 31, 2016. Plaintiff Larry E. Schiller died on June 14, 2017.  Plaintiff filed a Notice and Suggestion of Death on June 15, 2018, attached hereto as Exhibit A.  Darlene A. Schiller, as Executor of the Estate of Larry E. Schiller is a proper party to substitute for Plaintiff-decedent Larry E. Schiller.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: June 20, 2018                                         Respectfully Submitted

**Wexler Wallace LLP**

/s/ Edward A. Wallace\_\_\_\_
Edward A. Wallace
Timothy E. Jackson
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX

*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Edward A. Wallace
Edward A. Wallace
Timothy E. Jackson
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX

*Attorney for the Plaintiff*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Schiller v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:17-cv-07570**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Larry Schiller, files this Suggestion of Death upon the Record. Plaintiff Larry Schiller departed this world on or about June 14, 2017 during the pendency of this civil action.

Dated: June 15, 2018

Respectfully Submitted

**Wexler Wallace LLP**

/s/ Edward A. Wallace
Edward A. Wallace
Timothy E. Jackson
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Edward A. Wallace
Edward A. Wallace
Timothy E. Jackson
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX

*Attorney for the Plaintiff*