UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Schiller v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:17-cv-07570**

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Darlene E. Schiller, finds the Motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Darlene E. Schiller, on behalf of the Estate of her deceased spouse, Larry E. Schiller, is substituted as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of June 2018.

_____
UNITED STATES DISTRICT COURT JUDGE