UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No: <u>2:17-cv-8515</u> |

**STATEMENT NOTING A PARTY'S DEATH**

THIS DOCUMENT RELATES TO:
April D. Adams o/b/o
Her deceased father, Othal Cheese v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-8515

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff April D. Adams, notes the death before pendency of this action of Plaintiff Othal Cheese on February 19th, 2018.

Law Offices of Christopher K. Johnston LLC

/s/ David B. Owen Jimenez
David B. Owen Jiménez
USDCPR No. 301113
Puerto Rico Bar No. 19627
david@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020
San Juan, Puerto Rico 00918

Tel: (844) 345-3784  
Fax: (844) 644-1230  

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez  
David B. Owen Jiménez (#301113)