UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) |
| | ) SECTION: L |
| | ) JUDGE FALLON |
| | ) MAG. JUDGE NORTH |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) Civil Action No:  2:17-cv-8515 |
| | ) |

THIS DOCUMENT RELATES TO:
April D. Adams o/b/o
Her deceased father, Othal Cheese v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-8515

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that April D. Adams, on behalf of her

deceased father, Othal Cheese, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.


_____
Eldon E. Fallon, United States District Court Juge