**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | : |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| | : MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' AMENDED MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") respectfully request that this Court issue an Order to Show Cause regarding plaintiffs on the attached Exhibit A as to why their respective actions should not be dismissed with prejudice for failure to serve an updated fully complete Plaintiff Fact Sheet in accordance with the time required by Case Management Order ("CMO") 6, and in compliance with CMO No. 13.

Plaintiffs on the attached Exhibits A through E have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. On Friday June 8, 2018, Defendants filed a Motion requesting that this Court issue an Order to Show Cause regarding these plaintiffs for failure to submit an updated, fully complete Plaintiff Fact Sheet ("PFS") as required by CMO 6 ("June 8th Motion").

To date, the 37 cases remaining on Exhibit A have failed to submit a filly complete Plaintiff Fact Sheet in accordance with CMO 6.  Pursuant to paragraph 1 of CMO 6, these plaintiffs were selected for inclusion in Wave 1 discovery.  These Plaintiffs were eligible for selection in Wave 1 because they had met the core requirements for the PFS on or before January 31, 2018.  Pursuant to paragraph 5(a) of CMO 6, these plaintiffs now update their PFS and "must complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection" via MDL Centrality.  *See* CMO No. 6 ¶ 5(a).

Defendants' Liaison Counsel notified the plaintiffs of their failure to submit an updated and fully completely PFS as required by CMO 6, but the plaintiffs have not cured this deficiency.  Those plaintiffs should be ordered to show cause at 9:00 a.m. on June 27, 2018, before the Court as to why their case should not be dismissed with prejudice.

To date, 31 plaintiffs who were listed on Defendants' June 8th Motion, all of whom are listed on Exhibit B, have advised that they did not appreciate that CMO 6 required an updated Plaintiff Fact Sheet.  In these cases, the Parties agree for plaintiffs to provide either a verification within 30 days that the previously submitted PFS is up to date or an updated PFS.[1]

To date, the 30 plaintiffs listed on Exhibit C have submitted a fully complete, amended PFS and can be removed from the initial list on the June 8th Motion.

Eight cases listed on Exhibit D have dismissed their case, or indicated that they plan to dismiss their case, and can be removed from the initial list on the June 8th Motion.

The two cases listed on Exhibit E have been removed from the CMO 6 pool by agreement by the parties, and can be removed from the initial list on the June 8th Motion.

---

[1] In light of this agreement, Defendants will not review the previously submitted PFSs for the cases on Exhibit B to identify any other potential deficiencies until after the verifications are received.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 21, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            */s/ James B. Irwin*
                                            **James B. Irwin**