## EXHIBIT A

## Cases where a Fully Complete PFS Has Not Been Served Per CMO 6

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 16232 | ALIENGENA, GERALD | Random | 4/30/2018 | Bernstein Liebhard LLP |
| 17046 | AZURIN, ADORACION | Plaintiff | 4/16/2018 | Baron & Budd |
| 7013 | BAIRD, ARTHUR | Random | 4/30/2018 | Ross Feller Casey, LLP |
| 10961 | BARAILLOUX, PHILOMENA | Defendant | 4/16/2018 | Ferrer, Poirot & Wansbrough |
| 4728 | BITETTO, GARY | Random | 4/30/2018 | The Driscoll Firm |
| 9155 | BOATMAN, JENNIE | Defendant | 4/16/2018 | Stark & Stark |
| 5316 | CALLAWAY, JESSE | Random | 4/30/2018 | Stark & Stark |
| 5200 | CANNON, MARY | Random | 4/30/2018 | Johnson Law Group |
| 10503 | CLARKE, RICHARD | Defendant | 4/16/2018 | Bernstein Liebhard LLP |
| 1732 | COCCO, THOMAS | Defendant | 4/16/2018 | The Mulligan Law Firm |
| 3626 | COOPER, DAISY | Defendant | 4/16/2018 | Bernstein Liebhard LLP |
| 10630 | DAVIS, FRED | Random | 4/30/2018 | Ferrer, Poirot & Wansbrough |
| 4663 | DRESZER, MOISES | Plaintiff | 4/16/2018 | Law Offices of Andre' P. LaPlace |
| 20968 | GREEN JR, ALBERT | Defendant | 4/16/2018 | The Benton Law Firm |
| 11824 | HALL, JAMES | Defendant | 4/16/2018 | Monsour Law Firm |
| 4901 | HAMILTON, LAMONA | Random | 4/30/2018 | The Lanier Law Firm |

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 12667 | HEAVRIN, GLENDA | Random | 4/30/2018 | Murphy Law Firm |
| 17750 | HENSON, RICHARD | Random | 4/30/2018 | Roberts & Roberts |
| 9333 | HUNTER, JACK | Random | 4/30/2018 | The Mulligan Law Firm |
| 21252 | JALA, SATYANARAYANA | Random | 4/30/2018 | Avram Blair & Associates, P.C. |
| 18426 | JOHNSON, ROBERT | Defendant | 4/16/2018 | TorHoerman Law LLC |
| 2828 | JONES, PHYLLIS | Defendant | 4/16/2018 | The Michael Brady Lynch Law Firm |
| 1314 | LEWIS, CHARLES LEE | Defendant | 4/16/2018 | Callahan & Blaine, APLC |
| 12883 | MCCOY, JACQULINE | Random | 4/30/2018 | Brady Law Group |
| 23805 | MCGRADY, IRIS | Defendant | 4/16/2018 | The Driscoll Firm |
| 4887 | MCKEE, MARY | Plaintiff | 4/16/2018 | The Lanier Law Firm |
| 1376 | MURRAY, JAMES | Random | 4/30/2018 | The Lanier Law Firm |
| 15846 | PENDERGRAFT, KATHY | Random | 4/30/2018 | Sweeney Merrigan Law |
| 12410 | PONDER, DONNA | Plaintiff | 4/16/2018 | Ross Feller Casey, LLP |
| 8568 | ROBERTS, GERALD | Defendant | 4/16/2018 | Kelley & Ferraro LLP |
| 3522 | SHUNK, ROGER | Defendant | 4/16/2018 | The Driscoll Firm |
| 4897 | STOKES, MARY | Defendant | 4/16/2018 | The Lanier Law Firm |
| 3019 | SUTTON, ROSE | Defendant | 4/16/2018 | Burke Harvey, LLC |
| 4876 | WACKMAN, BARBARA | Random | 4/30/2018 | The Lanier Law Firm |

3

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 12793 | WALTON, DONALD | Random | 4/30/2018 | The Lanier Law Firm |
| 16652 | WHITE, DORIS | Defendant | 4/16/2018 | The Law Offices of Crandall & Katt |
| 13323 | WOLFE, LEONARD | Defendant | 4/16/2018 | Law Offices of Charles H. Johnson, P.A. |

**EXHIBIT B**

**Cases Where Plaintiffs are to Submit Either a Verification That the Previously Submitted PFS is Fully Complete and Does Not Need Updating or an Updated PFS Within 30 Days**

| Plaintiff ID | Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 7625 | ALLEN, MARVIN | Plaintiff | 4/16/2018 | The Cochran Firm - Dothan |
| 22115 | BAKER, JACQUELINE | Random | 4/30/2018 | Flint Law Firm, LLC |
| 4461 | BANTA, MARY | Random | 4/30/2018 | Meyers & Flowers, LLC |
| 2512 | BARBOSA, MANUEL | Plaintiff | 4/16/2018 | Meyers & Flowers, LLC |
| 6869 | BEAN, VIOLA | Random | 4/30/2018 | Jensen & Associates |
| 20531 | BELL, VERONICA | Random | 4/30/2018 | Showard Law Firm |
| 8070 | CAMPBELL, EDITH | Plaintiff | 4/16/2018 | Stark & Stark |
| 1654 | CARAWAN, SANDRA | Plaintiff | 4/16/2018 | Herman Herman & Katz |
| 5371 | CHARTIER, PATRICIA | Random | 4/30/2018 | Stark & Stark |
| 1055 | CHURCH, ADA | Plaintiff | 4/16/2018 | Jamie A. Johnston, P.C. |
| 15523 | DAMERON, JESSICA | Random | 4/30/2018 | Flint Law Firm, LLC |
| 9083 | DOSS, ELSIE | Defendant | 4/16/2018 | Herman Herman & Katz |
| 8382 | ESSIG, DAREN | Random | 4/30/2018 | Flint Law Firm, LLC |
| 1652 | FINLEY, ROY | Plaintiff | 4/16/2018 | Herman Herman & Katz |

| Plaintiff ID | Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 5191 | FREEMAN, SANDRA | Defendant | 4/16/2018 | Grant & Eisenhofer |
| 17265 | GRANT, DELORES | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 23030 | HARRIS, DORIS | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 3694 | HECKLER, JAMES | Defendant | 4/16/2018 | The Dugan Law Firm |
| 8410 | JOCK, ROBERT | Plaintiff | 4/16/2018 | Stark & Stark |
| 2298 | JONES, MARVIN | Defendant | 4/16/2018 | Sanders Law |
| 1708 | KHOURY, ALBERTA | Plaintiff | 4/16/2018 | Herman Herman & Katz |
| 9206 | MAYNARD, CATHERINE | Random | 4/30/2018 | Flint Law Firm, LLC |
| 8727 | MERCER, ROY | Defendant | 4/16/2018 | Stark & Stark |
| 3745 | MILLER, ADINE | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 8494 | MOSELEY, JEFFREY | Random | 4/30/2018 | Flint Law Firm, LLC |
| 1440 | RAY, PATRICIA | Plaintiff | 4/16/2018 | Wagstaff & Cartmell, LLC |
| 13403 | ROMERO, RITA | Plaintiff | 4/16/2018 | Showard Law Firm |
| 1386 | RUDOLPH, MERLIN | Plaintiff | 4/16/2018 | Herman Herman & Katz |
| 10004 | SESCO, CLINTON | Random | 4/30/2018 | Flint Law Firm, LLC |

| Plaintiff ID | Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 1389 | STOUT, BARBARA | Random | 4/30/2018 | Brady Law Group |
| 2187 | TRICE, G H | Plaintiff | 4/16/2018 | Wagstaff & Cartmell, LLC |

# EXHIBIT C

**Cases That Can be Removed from the Order to Show Cause List As a Fully Updated PFS Has Been Submitted**

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 23167 | ALEXANDER, FAYE | Random | 4/30/2018 | Monsour Law Firm |
| 9176 | BATTE, NAOMI | Random | 4/30/2018 | Pierce Skrabanek Bruera, PLLC |
| 1904 | BILGER, SUSAN | Plaintiff | 4/16/2018 | Wexler Wallace LLP |
| 23748 | BILLIOT, JAMES | Random | 4/30/2018 | Tamari Law Group, LLC |
| 12141 | BLEVINS, JULIE | Random | 4/30/2018 | The Michael Brady Lynch Law Firm |
| 22302 | BONE, MICHAEL | Random | 4/30/2018 | Tamari Law Group, LLC |
| 14873 | BOURNE, ROBERT | Defendant | 4/16/2018 | Law Offices of Charles H. Johnson, P.A. |
| 17084 | BOYSEL, BEVERLY | Random | 4/30/2018 | The Murray Law Firm |
| 4316 | BROWN, ROXANNE | Defendant | 4/16/2018 | Fears \| Nachawati |
| 9252 | CASEY, PATRICK | Defendant | 4/16/2018 | Monsour Law Firm |
| 12933 | DANIEL, EDITH | Defendant | 4/16/2018 | Law Offices of Charles H. Johnson, P.A. |
| 16434 | DESEMAR, WELDON | Defendant | 4/16/2018 | Fears \| Nachawati |
| 16013 | DIXON, WILLIAM | Defendant | 4/16/2018 | Fears \| Nachawati |
| 14653 | DUNN, JOSEPH | Random | 4/30/2018 | Milstein Jackson Fairchild & Wade, LLP |

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 6964 | EISENBEIL, DENNIS | Plaintiff | 4/16/2018 | Simmons Hanly Conroy |
| 2566 | FIORE, FREDERICK | Random | 4/30/2018 | Zeccola & Selinger, LLC |
| 4329 | GARZA, REYNERIO | Random | 4/30/2018 | Fears | Nachawati |
| 14661 | HAYS, VIRGINIA | Defendant | 4/16/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 4348 | MOBLEY, THEODORE | Random | 4/30/2018 | Fears | Nachawati |
| 14642 | NICHOLSON, VELMA | Random | 4/30/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 14481 | PINA, JIMMIE | Defendant | 4/16/2018 | Seeger Weiss LLP |
| 21625 | RAGER, RANDALL | Random | 4/30/2018 | Fears | Nachawati |
| 20359 | REEVES, FANNIE | Random | 4/30/2018 | The Buckley Law Group |
| 25630 | SCHILLER, LARRY | Defendant | 4/16/2018 | Wexler Wallace LLP |
| 16447 | SHELBY, LINDA | Random | 4/30/2018 | Fears | Nachawati |
| 8312 | STEPHENS, WANDA | Random | 4/30/2018 | Heninger Garrison Davis, LLC |
| 1540 | SUDOL, RAYMOND | Plaintiff | 4/16/2018 | Zeccola & Selinger, LLC |
| 14621 | WATERS, BETTY | Defendant | 4/16/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 22537 | WILSON, EDWIN | Defendant | 4/16/2018 | Tamari Law Group, LLC |

| **Plaintiff ID** | **Name** | **Case Selection** | **Date of Selection** | **Plaintiff Firm** |
|---|---|---|---|---|
| 2524 | WOOD, LAMAR | Plaintiff | 4/16/2018 | Beasley Allen |

## **EXHIBIT D**

**Cases That Can Be Removed from the Order To Show Cause List as Dismissed or To Be Dismissed**

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 22282 | BARROWS, ROLAND | Random | 4/30/2018 | Showard Law Firm |
| 10599 | CONDON, ROBERT | Random | 4/30/2018 | Ferrer, Poirot & Wansbrough |
| 8998 | DOUGHERTY, JANET | Random | 4/16/2018 | The Driscoll Firm |
| 25631 | GUIDRY, MARY | Defendant | 4/16/2018 | Wexler Wallace LLP |
| 4907 | HICKS, GEORGE | Random | 4/30/2018 | The Lanier Law Firm |
| 16295 | HONEYCUTT, WILLIAM | Random | 4/30/2018 | Slater Slater Schulman LLP |
| 11184 | ROBINETT, DIANA | Random | 4/30/2018 | Ferrer, Poirot & Wansbrough |
| 16229 | SMITH, LILLIAN | Defendant | 4/16/2018 | The Michael Brady Lynch Law Firm |

## **EXHIBIT E**

**Cases That Can Be Removed from the Order To Show Cause List as the Parties Have Agreed to Remove These Cases from the CMO 6 Pool**

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 12330 | KOCIAN, SHIRLEY | Random | 4/30/2018 | The Lanier Law Firm |
| 10260 | SCAVUZZO, JOSEPH | Random | 4/30/2018 | The Lanier Law Firm |