UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL No.: 2592
PRODUCTS LIABILITY LITIGATION     SECTION: L
                                                       JUDGE ELDON E. FALLON
                                                       MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

The cases listed in the attached Exhibit A.

## NOTICE OF CHANGE OF ADDRESS

**COMES NOW,** Patrick A. Salvi, II of the law offices of SALVI, SCHOSTOK & PRITCHARD P.C., the undersigned counsel for the Plaintiffs listed in the attached Exhibit A, who hereby gives notice to this Honorable Court, all parties, and all counsel of record who have made an appearance in these matters that the address of SALVI, SCHOSTOK & PRITCHARD P.C. has changed.

Effective immediately, the new address is as follows:

        **SALVI SCHOSTOK & PRITCHARD P.C.**
        **161 North Clark Street, Suite 4700**
        **Chicago, Illinois 60601**

The telephone number, facsimile number, and email address remain the same.

Dated: June 21, 2018           Respectfully submitted,

                                          **SALVI, SCHOSTOK & PRITCHARD P.C.**

                                          By: /s/ Patrick A. Salvi, II
                                          Patrick A. Salvi, II
                                          IL Bar Number: 6293686
                                          Andrew J. Burkavage
                                          IL Bar Number: 6308669
                                          161 North Clark Street, Suite 4700
                                          Chicago, Illinois 60601
                                          Telephone: (312) 372-1227

Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21nd day of June, 2018 a copy of the above and foregoing *Notice of Change of Address* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  June 21, 2018            Respectfully submitted,

**SALVI, SCHOSTOK & PRITCHARD P.C.**

By:  /s/ Patrick A. Salvi, II
Patrick A. Salvi, II