## **EXHIBIT A**

| | |
|---|---|
| 2:16-cv-15684 | Bahm v. Janssen Research & Development LLC et al |
| 2:17-cv-05067 | Bailey v. Janssen Research & Development LLC et al |
| 2:16-cv-13397 | Benkovich v. Janssen Research & Development LLC et al |
| 1:15-cv-02201 | Bubis v. Janssen Research & Development LLC et al |
| 2:17-cv-08728 | Burris v. Janssen Research & Development LLC et al |
| 2:17-cv-10119 | Cohen v. Janssen Research & Development LLC et al |
| 2:18-cv-04648 | Collier v. Janssen Research & Development LLC et al |
| 2:16-cv-16528 | Crawford v. Janssen Research & Development LLC et al |
| 2:17-cv-02787 | Deprima v. Janssen Research & Development LLC et al |
| 2:16-cv-17699 | Dussel v. Janssen Research & Development LLC et al |
| 2:17-cv-09338 | Foster v. Janssen Research & Development LLC et al |
| 2:16-cv-14404 | Hale v. Janssen Research & Development LLC et al |
| 2:17-cv-17399 | Jimerson v. Janssen Research & Development LLC et al |
| 2:17-cv-05521 | Joel v. Janssen Research & Development LLC et al |
| 2:17-cv-02757 | Kidd v. Janssen Research & Development LLC et al |
| 2:16-cv-17702 | Lish v. Janssen Research & Development LLC et al |
| 2:16-cv-07288 | Manganiello v. Janssen Research & Development LLC et al |
| 2:16-cv-03802 | McHugh v. Janssen Research & Development LLC et al |
| 2:15-cv-04058 | McKethan v. Janssen Research & Development LLC et al |
| 2:15-cv-06200 | Mershon v. Janssen Research & Development LLC et al |
| 2:17-cv-17384 | Moye v. Janssen Research & Development LLC et al |
| 2:17-cv-08735 | Nabutovsky v. Janssen Research & Development LLC et al |
| 2:17-cv-06398 | OShea v. Janssen Research & Development LLC et al |
| 2:17-cv-00703 | Pino Elliott v. Janssen Research & Development LLC et al |
| 2:16-cv-17644 | Plummer v. Janssen Research & Development LLC et al |
| 2:16-cv-13790 | Quinlan v. Janssen Research & Development LLC et al |
| 2:17-cv-10140 | Reid v. Janssen Research & Development LLC et al |
| 2:16-cv-07281 | Rowell v. Janssen Research & Development LLC et al |
| 2:16-cv-03751 | Simon v. Janssen Research & Development LLC et al |
| 2:16-cv-15687 | VanWinkle v. Janssen Research & Development LLC et al |
| 2:15-cv-02330 | Wiggs v. Janssen Research & Development LLC et al |
| 2:18-cv-01061 | Willard v. Janssen Research & Development LLC et al |
| 2:17-cv-06364 | Woodrum v. Janssen Research & Development LLC et al |
| 2:17-cv-02914 | Woods v. Janssen Research & Development LLC et al |