UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rosie Harris v. Janssen Research &*
*Development LLC, et al; No. 2:16-cv-17898*

## **ORDER**

  This matter came before the Court on the Motion to Voluntarily Dismiss With Prejudice,

filed by Plaintiff.

  IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss With

Prejudice filed by Plaintiff Rosie Harris is GRANTED, and the above-captioned case is

DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

  New Orleans, Louisiana, this _____ day of _____, 2018.


          _____
          Hon. Eldon E. Fallon
          United States District Court Judge