# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gary Hall v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:16-cv-02466*

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Gary Hall.

Dated: June 21, 2018

/s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 21st day of June, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2593 pursuant to Pre-Trial Order No. 17.

    Respectfully submitted,

    By: /s/ James C. Ferrell
    James C. Ferrell
    James C. Ferrell, P.C.
    4119 Montrose Blvd., Suite 400
    Houston, Texas 77006
    (713) 337-3855
    (713) 337-3856 Facsimile
    jferrell@jamesferrell-law.com

    *Attorney for Plaintiff*