UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>NORMAN NICHOLAS<br><br>Civil Case No. 2:17-cv-01419-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's First Motion for Extension of Time to File Verified Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the declaration page relating to Plaintiff's Fact Sheet is now July 15, 2018.

SIGNED this   20th   day of   June  , 2018.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff

2