**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | : : : | |
| | | JUDGE ELDON E. FALLON |
| | : : | |
| | | MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE**
**REGARDING PLAINTIFFS WITH ALLEGED**
**CORE PLAINTIFF FACT SHEET DEFICIENCIES**

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. The same plaintiffs have failed to provide one or more of the following: (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration and, thus, have failed to provide the documentation required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet.

The most basic elements of any products liability case include the proof of use of the product that allegedly caused the plaintiff's alleged injury, as well as the damage allegedly caused by the use of the product. For example, under the Louisiana Products Liability Act, a plaintiff must establish: "(1) that the defendant is a manufacturer of the product; (2) that the [plaintiff's] damage was proximately caused by a characteristic of the product; (3) that this characteristic made the product 'unreasonably dangerous'; and (4) that the [plaintiff's] damage arose from a reasonably anticipated use of the product by the [plaintiff] or someone else." *Stahl v. Novartis Pharm. Corp.*, 283 F.3d 254, 260-61 (5th Cir. 2002) (quoting La. Rev. Stat. Ann. § 9:2800.54(A)). Without proof

1

that plaintiff used the product that allegedly caused his or her injury—as well as proof of the alleged injury itself—plaintiff certainly cannot show that any damage was proximately caused by a characteristic of the product and that this damage arose from a reasonably anticipated use of the product. And verification of the information contained in and documents attached to the Plaintiff Fact Sheet is required for plaintiff to proceed with his or her claim. Therefore, any plaintiff who fails to provide (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration cannot maintain a products liability action against the defendants in this case.

Plaintiffs on the attached Exhibit A have failed to provide at least one of the foregoing items as required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet. Plaintiffs shall be ordered to show cause on July 17, 2018, before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 8:30 am on July 17, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this 20th day of ____June____ 2018.

                                                                                   United States District Judge

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | ALLEN, LAJUANE | The Driscoll Firm | 2:17-cv-17539 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | ARELLANO, JAVIER | The Driscoll Firm | 2:17-cv-7543 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | ARNOLD, WALTER L | Grant & Eisenhofer | 2:16-cv-04050 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | ARROYAS, EVANGELINE | The Freeman Law Firm | 2:17-cv-14695 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 5. | AVILA, MARIA C | The Gallagher Law Firm LLP | 2:17-cv-09870 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 6. | BAKER, DAVID | The Driscoll Firm | 2:16-cv-11932 | Prescription Records-Failure to provide copies of Prescription |

1

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|---|---|---|---|
|    |   |   |   | and/or Pharmacy Records demonstrating use of Xarelto |
| 7. | BARR, EDWARD | The Driscoll Firm | 2:17-cv-17530 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 8. | BECKER, RICHARD | The Driscoll Firm | 2:17-cv-13847 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 9. | BELCHER, BILLY L | Beasley Allen | 2:17-cv-17292 | Prescription Records-Records provided do not show Xarelto use |
| 10. | BLAKE, EDWARD | The Driscoll Firm | 2:17-cv-13876 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | BURR, LARRY | Gainsburgh Benjamin | 2:17-cv-05558 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 12. | CASEI STRASBOURGER, NEDDA | Avram Blair & Associates, P.C. | 2:17-cv-10567 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | CHRISTIE, CLAY | The Gallagher Law Firm LLP | 2:17-cv-17455 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 14. | COBLE JR, DANIEL A | Law Office of Christopher K. Johnston, LLC | 2:17-cv-16631 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  |  |  | to question in Section I (core case information) |
| 15. | COX, LEONARD R | The Schlemmer Firm, LLC | 2:17-cv-5436 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 16. | CRUZONI, DIMITRI | Reich and Binstock, LLP | 2:17-cv-11182 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | DEEB, VICTOR | The Law Offices of Jeffrey S. Glassman | 2:16-cv-02347 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 18. | DENSON, ERNESTINE G | The Gallagher Law Firm LLP | 2:17-cv-12461 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 19. | DOUNTZ, MARILYN | The Driscoll Firm | 2:17-cv-13881 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | DUMAS, CHRIST J | Freedland Harwin Valori, PL | 2:16-cv-00447 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration |

3

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | on behalf of the user; Failure to respond to question in Section I (core case information) |
| 21. | ESPINOZA, CHESTER | Andrus Wagstaff | 2:17-cv-08545 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 22. | FAEHNRICH, RANDALL | Watts Guerra, LLP | 2:17-cv-16864 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 23. | FLEMING, JOYCE | The Driscoll Firm | 2:17-cv-13844 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | GARNER, FLORENCE | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-07385 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 25. | GEORGE, GREGORY | Smith Stag | 2:17-cv-17894 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 26. | HALL, BILLY | The Gallagher Law Firm LLP | 2:17-cv-12465 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 27. | HARRIS, MARY | The Driscoll Firm | 2:17-cv-17133 | Declaration-Failure to provide Declaration signed by plaintiff, |

4

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Xarelto user, or Xarelto user's representative |
| 28. | HARTMAN, DONALD | The Gallagher Law Firm LLP | 2:17-cv-12533 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 29. | HEBERT, KENNETH J | Johnson Law Group | 2:17-cv-11515 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 30. | HILL, KELVIN | The Gallagher Law Firm LLP | 2:17-cv-12651 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 31. | HOLLEY, HAROLD | The Gallagher Law Firm LLP | 2:17-cv-12605 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 32. | HUDDLESTON, TOMMY | The Driscoll Firm | 2:17-cv-13856 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 33. | HURT, LAWRENCE | Lenze Moss, PLC. | 2:17-cv-05691 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

5

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 34. | JAMISON, VIOLA | Andrus Wagstaff | 2:17-cv-17879 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 35. | JENKINS, LOUIS | The Gallagher Law Firm LLP | 2:17-cv-12470 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | KING, WARREN | Reich and Binstock, LLP | 2:17-cv-11729 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 37. | KLAGER, DEBRA | Baron & Budd | 2:17-cv-10307 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 38. | LANE, DORIELLE | The Driscoll Firm | 2:16-cv-09506 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 39. | LATOCHE, THOMASINA | Douglas & London | 2:17-cv-09411 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | MADSEN, CARL JOHAN | The Driscoll Firm | 2:17-cv-11578 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

6

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 41. | MALDONADO, YVONNE | Avram Blair & Associates, P.C. | 2:17-cv-08560 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 42. | MCGRAW, THOMAS | The Driscoll Firm | 2:17-cv-13861 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 43. | MERCIERS, IONIE | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 44. | MICHELS, DONNA | Wagstaff & Cartmell, LLC | 4:15-cv-00152 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 45. | MOORE, DOROTHY | Reich and Binstock, LLP | 2:17-cv-11620 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 46. | MOORE, JAMES | Jones Ward PLC | 2:15-cv-03689 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 47. | MORGAN, MERIL | Jackson Allen | 2:15-cv-05913 | Declaration-Failure to provide documentation supporting the |

7

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  | Williams, LLP |  | authority of Xarelto user's representative to sign declaration on behalf of the user |
| 48. | MULLINS, TIFFANY | The Driscoll Firm | 2:17-cv-13866 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 49. | NEWMAN, JEFF | Pulaski Law Firm, PLLC | 2:17-cv-1396 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 50. | NICHOLS, KIMBERLY J | Fears \| Nachawati | 2:15-cv-04250 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 51. | NICOMETI, FRANK | Salim-Beasley, LLC | 2:17-cv-12826 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 52. | NOSSER, REBECCA | The Driscoll Firm | 2:17-cv-9903 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 53. | O NEAL, GENE | Salim-Beasley, LLC | 2:17-cv-10495 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, |

8

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
|     |     |     |     | Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 54. | OAKLEY, LESLIE | Douglas & London | 2:17-cv-09412 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 55. | ORICK, ROYLYNN | Excolo Law PLLC | 2:17-cv-08499 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 56. | PEREIRA, LYDIA | The Driscoll Firm | 2:17-cv-13863 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 57. | PETERSON, KAY E | Lenze Moss, PLC. | 2:17-cv-05681 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

9

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 58. | PETRELLI, MARY | The Driscoll Firm | 2:17-cv-12214 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 59. | PHILLIPS, RONALD L. | Kelley & Ferraro LLP | 2:16-cv-14409 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 60. | PICKELS, CURTIS | Law Office of Christopher K. Johnston, LLC | 2:17-cv-15516 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 61. | POPE, JAMES F | Morris Law Firm | 2:17-cv-11331 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 62. | POPHAM, SUSAN | Baron & Budd | 2:18-cv-00770 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 63. | PRITCHETT, DOROTHY | Wagstaff & Cartmell, LLC | 2:17-cv-12586 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 64. | PROFFER, JOEL | The Gallagher | 2:17-cv-12629 | Declaration-Failure to provide Declaration signed by plaintiff, |

10

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
|  |  | Law Firm LLP |  | Xarelto user, or Xarelto user's representative |
| 65. | REVENE, JOHN | The Potts Law Firm, LLP | 2:17-cv-06594 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 66. | RICHEY, KENNETH D | Baron & Budd | 2:17-cv-08477 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 67. | RIDLEY, SHERRILYN | The Driscoll Firm | 2:17-cv-11575 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 68. | ROGERS, BOBBY | The Driscoll Firm | 2:17-cv-17532 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

11

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 69. | SALTER, HENRY A | Marc J. Bern & Partners LLP | 2:17-cv-17925 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 70. | SCOTT, SHAKEMA | The Gallagher Law Firm LLP | 2:17-cv-12481 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 71. | SHELTON, ERNEST L | Law Office of Christopher K. Johnston, LLC | 2:17-cv-14953 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 72. | SHERMAN, BEVERLY J | Johnson Law Group | 2:17-cv-08550 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

12

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 73. | SNYDER, BARRY V | The Schlemmer Firm, LLC | 2:17-cv-5435 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 74. | SOTO, JUANA | Freedland Harwin Valori, PL | 2:17-cv-1061 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 75. | STEPHAN, BILLIE | Napoli Shkolnik PLLC | 2:17-cv-10826 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 76. | STEWART, DARLENE | Smith Stag | 2:17-cv-11648 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 77. | STOKES, JACQULINE | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 78. | STUCKEY, BYRON | The Driscoll Firm | 2:16-cv-11472 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

13

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 79. | SUMNER, SUE | Napoli Shkolnik PLLC | 2:17-cv-10896 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 80. | THOMAS, DOROTHY | The Driscoll Firm | 2:17-cv-17359 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 81. | TODOROVIC, RAYKO | Baron & Budd | 2:17-cv-13516 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 82. | VILLAGOMEZ, DOLLY | The Gallagher Law Firm LLP | 2:17-cv-12468 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 83. | WEDGE, PHILLIP | The Gallagher Law Firm LLP | 2:17-cv-12460 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 84. | WEST, NELDA | The Driscoll Firm | 2:17-cv-11584 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 85. | WEST, WANDA | Beasley Allen | 2:17-cv-12703 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 86. | WILLETT, LAURIE | The Driscoll Firm | 2:17-cv-17520 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

14

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 87. | WILLIAMS, CHARLES E | Beasley Allen | 2:17-cv-06791 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 88. | WILLIAMS, REBECCA | Reich and Binstock, LLP | 2:17-cv-11205 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 89. | WILLIAMS, ROBERT | Salim-Beasley, LLC | 2:17-cv-11481 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

15