# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gary Hall v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:16-cv-02466*

## MOTION FOR SUBSTITUTION OF PARTY

Plaintiff, Gary Hall, through undersigned counsel, moves for substitution of party in this case pursuant to Federal Rule of Civil Procedure 25 (a). Plaintiff, Gary Hall died on January 7, 2018 in Alabama. Dawn Hall is a surviving spouse of Plaintiff Gary Hall. Pursuant to Alabama Rules of Civil Procedure 25(a)(1), any cause of action for the wrongful death or injuries not resulting in death can be brought by the successors or representatives of the decedent. Plaintiff therefore seeks an Order from the Court substituting Dawn Hall, as the Plaintiff.  According to Federal Rule of Civil Procedure 25 (a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Counsel filed a Suggestion of Death for Gary Hall on June 21, 2018, a copy of which is attached hereto as Exhibit A. For the foregoing reasons shown, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Dawn Hall, as surviving spouse of Gary Hall, for the current Plaintiff Gary Hall.

Dated: June 22, 2018 /s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
6226 Washington Ave., Ste. 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of records via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2593 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: /s/ **James C. Ferrell**
James C. Ferrell
James C. Ferrell, P.C.
6226 Washington Ave., Ste. 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*