# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gary Hall v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:16-cv-02466*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Dawn Hall, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED THAT** that Plaintiff Dawn Hall, on behalf of the Estate of her deceased spouse, Gary Hall, is substituted as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this ____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge