UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| SYLVIA SHIELDS, | * * | JUDGE ELDON E. FALLON |
| Plaintiff, | * * | MAGISTRATE JUDGE NORTH |
| vs. | * * * | Case No. 16-cv-1074 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, et al. | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

This matter came before the court on the Motion for Voluntarily Dismissal with Prejudice filed by Plaintiff, Sylvia Shields.

IT IS ORDERED BY THE COURT that the Motion for Voluntarily Dismissal with Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge