UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Charles Goodwin v. Janssen Research* | * | |
| *& Development, LLC, et al (17-02023 EDLA)* | * | MAG. JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * | | |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, comes **Charles Goodwin**, individually, and Richard Goodwin as Power of Attorney for Charles Goodwin, in the above-related actions, and hereby request that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of Herman, Herman & Katz, LLP be enrolled as co-counsel of record in the above-entitled and numbered actions. Mover also requests that Danielle Treadaway Hufft be removed from the record, as she is no longer with the law firm of Herman, Herman & Katz, LLP.

WHEREFORE mover prays that Danielle Treadaway Hufft be removed from the record and that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of the law firm of Herman, Herman & Katz, LLC be added to the docket as co-counsel for plaintiff, **Charles Goodwin**, individually, and Richard Goodwin as Power of Attorney for Charles Goodwin.

Dated: June 22, 2018

                                          Respectfully submitted,

                                          */s/ Brian Katz*

                                          Brian Katz (#24137)
                                          bkatz@hhklawfirm.com

Soren Gisleson (#26302)
sgisleson@hhklawfirm.com
Joseph Cain (#29785)
jcain@hhklawfirm.com
Dr. Joseph Kott (#24499)
jkott@hhklawfirm.com
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

*Attorneys for Plaintiff, Charles Goodwin, individually, and Richard Goodwin as Power of Attorney for Charles Goodwin*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsel via the Court's Electronic Filing System this 22st day of June, 2018.

*/s/ Brian Katz*

_____
Brian Katz

**PROPOSED ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of the law firm of Herman, Herman & Katz, LLP, be allowed to and is enrolled as co-counsel for Plaintiff, Charles Goodwin, individually, and Richard Goodwin as Power of Attorney for Charles Goodwin, and that Danielle Treadaway Hufft be removed from the record in the above-entitled and numbered actions.

Dated: _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge