**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| ADAM WOOD, AS SURVIVING SON OF LAMAR B. WOOD, DECEASED | : | |
| | : | |
| **Plaintiff** | : | **JUDGE ELDON E. FALLON** |
| | : | |
| v. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JOHNSON & JOHNSON, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC, BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER PHARMA AG, BAYER AG, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE PHARMACEUTICALS, INC., AND FICTITIOUS DEFEDANTS 1-100, | : : : : : : : : : | **Civil Action No.: 2:15-CV-02182** |
| | : | |
| **Defendants** | : | |
| ——————————————— | : | |
| JOHN WOOD, AS EXECUTOR OF THE ESTATE OF LAMAR B. WOOD, DECEASED | : : | |
| | : | **Civil Action No.: 2:15-CV-02184** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JOHNSON & JOHNSON, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC, BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER PHARMA AG, BAYER AG, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE PHARMACEUTICALS, INC., AND FICTITIOUS DEFEDANTS 1-100, | : : : : : : : : : | **JOINT STIPULATION AND CONSENT ORDER TO CONSOLIDATE** |
| | : | |
| **Defendants** | : | |
| ——————————————— | : | |

1

This matter comes before the Court through the Joint Stipulation of John Wood, as Executor of the Estate of Lamar B. Wood, Deceased, and Adam Wood, as Surviving Son of Lamar B. Wood, Deceased (collectively, "Plaintiffs"), and Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, by and through their respective counsel.

WHEREAS, on June 2, 2015, Counsel for Plaintiffs filed a bundled complaint against Defendants in In re Xarelto® Rivaroxaban Products Liability Litigation under docket number 15-cv-01885;

WHEREAS, on June 4, 2015, the Court severed the claims of Plaintiff John Wood, as Executor of the Estate of Lamar B. Wood, Deceased, pursuant to Pre-Trial Order No. 11;

WHEREAS, on June 4, 2015, the Court severed the claims of Plaintiff Adam Wood, as Surviving Son of Lamar B. Wood, Deceased, pursuant to Pre-Trial Order No. 11;

WHEREAS, the parties agree that it would serve judicial economy to consolidate the above-captioned cases pertaining to the same decedent, Lamar Wood for work up and trial under Case Management Order 6;

IT IS HEREBY STIPULATED AND ORDERED on this _____ day of _____, 2018:

1.  The above-referenced cases shall be consolidated for work up under Case Management Order 6 and for trial under docket number 2:15-cv-02182;

2.  The caption for docket number 2:15-cv-2182 shall be amended as John Wood, as Executor of the Estate of Lamar B. Wood, Deceased and Adam Wood, as surviving son of Lamar B. Wood, deceased; and

3.  Docket number 2:15-cv-02184 shall be closed by the Court.

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

By: /s/David B. Byrne, III
Anthony D. Birchfield, Jr.
David Bryson Byrne, III
Carl Gibson Vance
218 Commerce St.
P.O. Box 4160
Montgomery, AL 36103-4160
Tel: (334) 269-2343
andy.birchfield@beasleyallen.com
david.byrne@beasleyallen.com
gibson.vance@beasleyallen.com

Attorneys for Plaintiff
Dated: June 22, 2018

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc.,
Janssen Research & Development, LLC, Janssen Ortho
LLC, and Johnson & Johnson
Dated: June 22, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: June 22, 2018

00514004

2

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: June 22, 2018


New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge

00514004