UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Alberta Khoury v. Janssen Research* | * | |
| *& Development, LLC, et al (15-05746 EDLA)* | * | MAG. JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, comes **Donna Raftery**, individually, and on behalf of Albert Khoury in the above-related actions, and hereby request that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of Herman, Herman & Katz, LLP be enrolled as co-counsel of record in the above-entitled and numbered actions. Mover also requests that Danielle Treadaway Hufft be removed from the record, as she is no longer with the law firm of Herman, Herman & Katz, LLP.

WHEREFORE mover prays that Danielle Treadaway Hufft be removed from the record and that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of the law firm of Herman, Herman & Katz, LLC be added to the docket as co-counsel for plaintiff **Donna Raftery**, individually, and on behalf of Albert Khoury.

Dated:  June 22, 2018

Respectfully submitted,

*/s/ Brian Katz*
_____
Brian Katz (#24137)
bkatz@hhklawfirm.com

Soren Gisleson (#26302)
sgisleson@hhklawfirm.com
Joseph Cain (#29785)
jcain@hhklawfirm.com
Dr. Joseph Kott (#24499)
jkott@hhklawfirm.com
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

*Attorneys for Plaintiff, Donna Raftery, individually, and on behalf of Alberta Khoury*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsel via the Court's Electronic Filing System this 22st day of June, 2018.

/s/ Brian Katz
_____
Brian Katz

## PROPOSED ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of the law firm of Herman, Herman & Katz, LLP, be allowed to and is enrolled as co-counsel for Plaintiff, Donna Raftery, individually, and on behalf of Albert Khoury and that Danielle Treadaway Hufft be removed from the record in the above-entitled and numbered actions.

Dated: _____, 2018.

                                              _____
                                              Hon. Eldon E. Fallon
                                              United States District Judge