UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*April Adams o/b/o her deceased father, Othal Cheese v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:17-cv-8515

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 9943, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff April D. Adams, on behalf of her deceased father, Othal Cheese, is substituted for Plaintiff Othal Cheese as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 25th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE