Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Carol Cocco, Individually and on Behalf of the Estate of Dr. Thomas Cocco v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02946 | ) **DECLARATION OF CHARLES G. ORR IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE [ALLEGEDLY] FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6** |

I, Charles G. Orr, declare as follows:

    1.    I am an attorney at law with The Mulligan Law Firm, duly licensed to practice law in the State of Texas.  I represent Plaintiff Carol Cocco, Individually and on Behalf of the Estate of Dr. Thomas Cocco, in the above-styled and numbered case.  I make this Declaration in support of Plaintiff Cocco's Response to Motion for Order to Show Cause Regarding Plaintiffs Who Have [Allegedly] Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6.  The matters set forth in this Declaration are of my own personal knowledge and if called upon to do so, I could and would competently testify thereto.

**ORR DECL ISO RESPONSE TO SHOW CAUSE MOTION**                **Page 1 of 4**

2.      Attached to this Declaration as Exhibit A is a true and correct copy of an email chain between me and various lawyers and paralegals for firms that represent Defendants in this action. The emails in this chain, like all email chains attached to this declaration, are arranged sequentially, with the first email, chronologically, in the chain appearing as the last email in the printed chain, such that to read the emails in sequence as they were sent and received, one must begin at the bottom and read up. As this email chain shows, I emailed Defendants regarding Dr. Cocco's case on May 25, 2018, advising that the PFS and DFS process contemplated by CMO 6 (i.e., service of a complete PFS and of DFSs) was already completed and asking for the identities of defense counsel with whom I could commence scheduling of depositions as contemplated by CMO 6. I received no response from Defendants to my May 25 email.

3.      Attached to this Declaration as Exhibit B is a true and correct copy of an email chain between me and counsel for Defendants. This email chain shows that Defendants first notified me at 4:00 p.m., Central Time, on June 8, 2018, that Defendants intended to seek a show cause order, including requesting dismissal with prejudice based on Dr. Cocco's alleged failure to serve a completed PFS. I promptly responded, advising Defendants that, in light of the fact that the parties had already exchanged completed PFSs and DFSs, I remained ready to schedule depositions. I noted that Dr. Cocco provided a complete PFS before he passed, that he was, of course, much more knowledgeable than his widow regarding the information requested in the PFS, and that Mrs. Cocco was ready to sit for her deposition. I further requested that Defendants refrain from filing a threatened show cause motion and instead engage in good faith meet-and-confer discussions about why Defendants were taking the position that Cocco had not complied with CMO 6 when, in fact, the parties had already exchanged complete PFSs and DFSs.

4.      Without responding to this email, Defendants filed their show cause motion that afternoon and included the Cocco case.  Indeed, Defendants filed the show cause motion at 5:50 p.m., Central Time, June 8, or less than two hours after they first provided me notice of their intent to file such a motion (and without responding to my request for a good faith meet-and-confer).

5.      Attached to this declaration as Exhibit C is a true and correct copy of an email chain between me and counsel for Defendants.  Between June 8 (when Defendants filed their show cause motion) and June 25 (the date of the filing of this response), the parties engaged in the meet-and-confer process that should have preceded the filing of the show cause motion.  This after-the-fact meet-and-confer is reflected in attached Exhibits B and C.  As early as June 11, I acknowledged that Defendants are entitled to new authorizations executed by Mrs. Cocco under the circumstances.  The balance of this after-the-fact meet-and-confer consisted essentially of a debate between the parties as to a plaintiff's obligation under CMO 6 in a case like this one, where the plaintiff served a complete PFS but subsequently passed away, resulting in a substitution of party plaintiff.  After this meet-and-confer, I understood Defendants' position to be that the substituted party plaintiff is required either to serve an "updated" PFS or to complete an entirely new PFS.  My position as expressed in this meet-and-confer, on the other hand, was that a plaintiff like Mrs. Cocco cannot "update" her late husband's PFS (since she did not prepare that PFS in the first place) and is not required to serve an entirely new PFS.

6.      I recognized, however, that Defendants are entitled to new authorizations executed by Mrs. Cocco in these circumstances.  Even before the culmination of the after-the-fact meet-and-confer, I set about to obtain authorizations signed by Mrs. Cocco.  Upon receipt of those signed authorizations, I uploaded them to the MDL Centrality portal (Document ID

404807) and I advised Defendants that this had been done.   Attached to this Declaration as Exhibit D is a true and correct copy of the email chain in which I notified Defendants that the authorizations had been uploaded.

      7.     As part of the after-the-fact meet-and-confer, I reviewed the entire PFS previously served by Dr. Cocco to see if there were any questions about which Mrs. Cocco could provide updated responsive information, if not an "updated" PFS, and I determined that supplemental responses would be appropriate for a small number of PFS questions.   Accordingly, I reached out to Defendants to suggest a process that would satisfy the legitimate concerns of each side and that should satisfy any remaining CMO obligations (if indeed there were any) for Mrs. Cocco in this case (I suggested a telephone call but Defendants' counsel advised unavailability for a call and asked for an email instead, which I provided, *see* Ex. C).   Specifically, I offered to provide Mrs. Cocco's *supplemental* responses to the previously provided complete PFS.   *See* Ex. C. Defendants rejected this proposal, maintaining that Mrs. Cocco is obligated under CMO 6 to provide a new PFS.   *See* Ex. C.

      8.     On June 25, the date of the filing of this declaration and the response it supports, I uploaded Mrs. Cocco's supplemental PFS responses to the portal along with her declaration supporting those responses.   Document ID 405021 (supplemental PFS responses), Document ID 405022 (declaration).   I advised Defendants by email that the supplemental responses and declaration had been uploaded to the portal.   *See* Ex. C.

      I hereby declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of June, 2018.

*Chas G Orr*
_____
Charles G. Orr

# Exhibit A

## Chip Orr

| | |
|---|---|
| **From:** | Chip Orr |
| **Sent:** | Friday, May 25, 2018 4:29 PM |
| **To:** | 'Dunn, Botreece (SHB)'; Cindy Ensley; Cathy Sanders |
| **Cc:** | 'joan.goddard@apks.com'; 'Bartley, Jane (SHB)'; 'chanda.miller@dbr.com'; 'daryl.daly@dbr.com'; 'Phillips, Michelle L. (SHB)' |
| **Subject:** | Xarelto Remand cases - ready to schedule depositions in Mulligan defense pick case for Dr. Thomas Cocco |

Following up because I haven't received a response to my email below.

I also note that the PFS in Cocco was complete when served and defendants have already served DFSs so there is no impediment to starting the scheduling process for Cocco.

Can one of the defense attorneys on this email please respond and let me know your thoughts on scheduling, particularly as to Cocco?

**From:** Chip Orr
**Sent:** Friday, May 18, 2018 3:11 PM
**To:** 'Dunn, Botreece (SHB)'; Cindy Ensley; Cathy Sanders
**Cc:** joan.goddard@apks.com; Bartley, Jane (SHB); chanda.miller@dbr.com; daryl.daly@dbr.com; Phillips, Michelle L. (SHB)
**Subject:** RE: In Re Xarelto MDL 2592 - Janice Foley - Authorization Request

They arrived this a.m. They are attached.

For the defense attorneys on this email: We also received Ms. Foley's updated declaration today and will be serving her PFS later today. Our other Xarelto remand defense pick – Thomas Cocco – has passed away. We tracked down his widow who wishes to proceed and we are in the process of completing his PFS and getting the updated declaration from his widow.

I'm about to go into a briefing cave defending a recent CAFA remand victory in the California Lipitor JCCP cases (my response to Pfizer's request for permission to appeal is due on May 31) but I wanted to touch base with whoever I need to re scheduling of depositions in both Mulligan cases (Foley and Cocco). With whom should I correspond about deposition scheduling for those cases?

**From:** Dunn, Botreece (SHB) [mailto:BDUNN@shb.com]
**Sent:** Friday, May 18, 2018 2:29 PM
**To:** Chip Orr; Cindy Ensley; Cathy Sanders
**Cc:** joan.goddard@apks.com; Bartley, Jane (SHB); chanda.miller@dbr.com; daryl.daly@dbr.com; Phillips, Michelle L. (SHB)
**Subject:** In Re Xarelto MDL 2592 - Janice Foley - Authorization Request

Counsel,

This is our Second follow-up regarding our request for you client, Janice Foley to provide us with the attached authorization(s) for Bethesda Trihealth Good Samaritan, which was originally requested on May 1, 2018. Please complete and submit the signed authorization(s) by close of business day on Tuesday May 22, 2018, to avoid Court intervention.

Thank You.

**Botreece J. Dunn**
*Project Assistant*
Shook, Hardy & Bacon L.L.P.

816.559.2958 | bdunn@shb.com

S H O O K

**From:** Chip Orr <corr@mulliganlaw.com>
**Sent:** Friday, May 11, 2018 10:17 AM
**To:** Phillips, Michelle L. (SHB) <MPHILLIPS@shb.com>; Dunn, Botreece (SHB) <BDUNN@shb.com>
**Cc:** joan.goddard@apks.com; Bartley, Jane (SHB) <JBARTLEY@shb.com>; chanda.miller@dbr.com; daryl.daly@dbr.com; Cindy Ensley <censley@mulliganlaw.com>; Cathy Sanders <CSanders@mulliganlaw.com>
**Subject:** RE: In Re Xarelto MDL 2592 - Janice Foley - Authorization Request

Thanks, Michelle.  Is the email you attached as you received it on May 1?  I ask because I expect our IT guy is going to ask me.

Appreciate the flexibility on timing of getting the releases back to you.  Hopefully we can turn them around within a business day or two.

**From:** Phillips, Michelle L. (SHB) [mailto:MPHILLIPS@shb.com]
**Sent:** Friday, May 11, 2018 10:11 AM
**To:** Chip Orr; Dunn, Botreece (SHB)
**Cc:** joan.goddard@apks.com; Bartley, Jane (SHB); chanda.miller@dbr.com; daryl.daly@dbr.com; Cindy Ensley; Cathy Sanders
**Subject:** RE: In Re Xarelto MDL 2592 - Janice Foley - Authorization Request

Hi Chip,

We appreciate your quick response.  I'm attaching the initial e-mail that we sent to you on May 1st.  We will allow you a few extra days to have your client sign the authorization and will continue to follow-up until the authorization is received.  We have also noted to include Cindy and Cathy on all future communications.

Thanks,
Michelle

*Michelle L. Phillips*
*Paralegal*
Shook, Hardy & Bacon, LLP

816.559.2469 | mphillips@shb.com



**From:** Chip Orr <corr@mulliganlaw.com>
**Sent:** Friday, May 11, 2018 9:55 AM
**To:** Dunn, Botreece (SHB) <BDUNN@shb.com>
**Cc:** joan.goddard@apks.com; Bartley, Jane (SHB) <JBARTLEY@shb.com>; chanda.miller@dbr.com; daryl.daly@dbr.com; Phillips, Michelle L. (SHB) <MPHILLIPS@shb.com>; Cindy Ensley <censley@mulliganlaw.com>; Cathy Sanders <CSanders@mulliganlaw.com>
**Subject:** RE: In Re Xarelto MDL 2592 - Janice Foley - Authorization Request

Good morning, Ms. Dunn.

On receiving your email dated today (May 11, 2018), I searched my email box for your May 1 email included in your email from today, as I don't remember receiving the May 1 email. I do not have the May 1 email and apparently never received it, which explains why I don't remember receiving it. If the other recipients copied on your May 1 email could please let me know that they all did receive the May 1 email, that will help me in working with my IT people to figure out what happened. Fortunately, the email you sent today did find its way to me.

I cannot assure you that I will get authorizations back to you by Monday as your email below suggests I must do to avoid court intervention. While I understand your need for the authorizations, given that today is the first I've received any correspondence from you about Ms. Foley, I can only say that I will give the request my prompt attention.

In the future, please copy Cindy Ensley (censley@mulliganlaw.com) and Cathy Sanders (csanders@mulliganlaw.com) on any Xarelto-related matters.

Thanks,
Chip Orr

**From:** Dunn, Botreece (SHB) [mailto:BDUNN@shb.com]
**Sent:** Friday, May 11, 2018 9:37 AM
**To:** Chip Orr
**Cc:** joan.goddard@apks.com; Bartley, Jane (SHB); chanda.miller@dbr.com; daryl.daly@dbr.com; Phillips, Michelle L. (SHB)
**Subject:** In Re Xarelto MDL 2592 - Janice Foley - Authorization Request

Counsel,

This is our First follow-up regarding our request for you client, Janice Foley to provide us with the attached authorization(s) for Bethesda Trihealth Good Samaritan, which was originally requested on May 1, 2018. Please complete and submit the signed authorization(s) by close of business day on Monday May 15, 2018, to avoid Court intervention.

Thank You.

**Botreece J. Dunn**
*Project Assistant*
Shook, Hardy & Bacon L.L.P.

816.559.2958 | bdunn@shb.com

SHOOK

**From:** Dunn, Botreece (SHB)
**Sent:** Tuesday, May 1, 2018 9:29 AM
**To:** corr@mulliganlaw.com
**Cc:** joan.goddard@apks.com; Bartley, Jane (SHB) <JBARTLEY@shb.com>; chanda.miller@dbr.com; daryl.daly@dbr.com; Phillips, Michelle L. (SHB) <MPHILLIPS@shb.com>
**Subject:** In Re Xarelto MDL 2592 - Janice Foley - Authorization Request

Counsel,

The attached authorization(s) is required in order for defendants to collect the records for the facilities/treaters identified below for the above-referenced plaintiff. Please complete and submit to mdlcentrality.com these authorization(s) by May 11, 2018:

Authorization(s):

Bethesda Trihealth Good Samaritan (Proprietary Authorizations)

Thank you

**Botreece J. Dunn**
*Project Assistant*
Shook, Hardy & Bacon L.L.P.

816.559.2958 | bdunn@shb.com

SHOOK

Mail Gate made the following annotations on Fri May 11 2018 09:36:49

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Fri May 11 2018 10:11:27

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Mail Gate made the following annotations on Fri May 18 2018 14:28:38

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# Exhibit B

## Chip Orr

| | |
|---|---|
| **From:** | Chip Orr |
| **Sent:** | Tuesday, June 12, 2018 3:28 PM |
| **To:** | Goddard, Joan |
| **Cc:** | Brown, Lindy; 'McCollum, Maegan'; Brennan, Jessica L.; Daly, Daryl |
| **Subject:** | RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Thomas Cocco (MDL Centrality ID 1732) |
| **Attachments:** | image001.jpg |

Thanks. I'll revise my response in light of this email exchange and file it this week.

From: Goddard, Joan [Joan.Goddard@arnoldporter.com]
Sent: Tuesday, June 12, 2018 2:18 PM
To: Chip Orr
Cc: Brown, Lindy; 'McCollum, Maegan'; Brennan, Jessica L.; Daly, Daryl
Subject: RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Thomas Cocco (MDL Centrality ID 1732)

Chip, first thanks for your continuing efforts to obtain authorizations as they are needed for the collection of medical records and also for flagging that the motion to substitute Mrs. Cocco as party plaintiff has been granted. As to the PFS, given the updates, including at least the death of Dr. Cocco, we believe that an updated PFS is required per CMO No. 6. As to a defense contact for scheduling depositions, defendants will be providing that information as cases become fully compliant pursuant to CMO No. 6.

Thanks again, Joan.

Joan Goddard
Counsel

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.7429 | F: +1 212.836.6659
Joan.Goddard@arnoldporter.com<mailto:Joan.Goddard@arnoldporter.com> | www.arnoldporter.com

From: Chip Orr [mailto:corr@mulliganlaw.com]
Sent: Monday, June 11, 2018 5:28 PM
To: Goddard, Joan
Cc: 'Brown, Lindy'; 'Daly, Daryl'; Brennan, Jessica L.; 'Andy.Birchfield@BeasleyAllen.com'; 'XareltoMDL2592-PFSInquiries@bradley.com'; 'penny.davies@beasleyallen.com'; 'Joseph.VanZandt@BeasleyAllen.com'; Cindy Ensley; Cathy Sanders
Subject: RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Thomas Cocco (MDL Centrality ID 1732)

Thanks for this reply, Joan.

Please note that all future meet-and-confers regarding individual Mulligan cases should be directed to me. While it is certainly appropriate for Defendants to apprise the PSC/PEC of alleged PFS deficiencies in the remand cases, the remand cases are functionally now one-offs and should be treated as such.

I respectfully disagree that this case should remain on the show cause motion and I will be filing a response to the show cause motion, if not today then later this week. If Defendants insist that Mrs. Cocco must supply a complete PFS with supporting declaration, she will have to provide her own answers, not "update" the existing PFS (as she cannot supply a declaration under penalty of perjury for anyone's answers beside her own).

However, I respect that Defendants need updated authorizations. We are already in the process of securing those from Mrs. Cocco and should have them this week (along with the provider specific authorization that your office sent a week or so ago).

I'm unclear on why Defendants think the complaint needs to be amended. Judge Fallon granted our motion to substitute Mrs. Cocco as party plaintiff. I'm not saying I refuse to amend the complaint – I'd just like to know Defendants' reason(s) for suggesting that an amended complaint should be filed.

Finally, I've asked who I need to speak to regarding scheduling depositions in this case. Could you please answer that question?

Kind regards,
Chip Orr

From: Goddard, Joan [mailto:Joan.Goddard@arnoldporter.com]
Sent: Monday, June 11, 2018 4:00 PM
To: Chip Orr
Cc: 'Brown, Lindy'; 'Daly, Daryl'; Brennan, Jessica L.; 'Andy.Birchfield@BeasleyAllen.com'; 'XareltoMDL2592-PFSInquiries@bradley.com'; 'penny.davies@beasleyallen.com'; 'Joseph.VanZandt@BeasleyAllen.com'
Subject: RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Thomas Cocco (MDL Centrality ID 1732)

Chip,
Thank you for email. CMO 6 requires an updated PFS with selected plaintiffs to complete all sections within 30 days of compliance. Defendants previously provided to Andy Birchfield a list of cases that had not submitted an updated PFS, so assumed that information had been passed on. Given that Dr. Cocco has passed away since the last PFS was submitted, that is one update that should be incorporated into an updated PFS, if there is nothing else that needs to be updated, please let us know, otherwise please update any other sections as necessary to bring the PFS current. Once we get an updated and complete PFS, we will take Dr. Cocco's case off the OTSC list and at that time review all sections for deficiencies. Additionally, given the passing of Dr. Cocco, the complaint will need to be amended, and we will need authorizations signed by the administrator. If you would like to discuss, please let me know what is convenient for you.
Thanks, Joan.

_____

Joan Goddard
Counsel

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.7429 | F: +1 212.836.6659
Joan.Goddard@arnoldporter.com<mailto:Joan.Goddard@arnoldporter.com> |
www.arnoldporter.com<http://www.arnoldporter.com>

From: Chip Orr [mailto:corr@mulliganlaw.com]
Sent: Monday, June 11, 2018 12:32 PM
To: Brown, Lindy <lbrown@bradley.com><mailto:lbrown@bradley.com>>
Cc: Andy.Birchfield@BeasleyAllen.com<mailto:Andy.Birchfield@BeasleyAllen.com>; Inquiries, Xarelto
<XareltoMDL2592-PFSInquiries@bradley.com<mailto:XareltoMDL2592-PFSInquiries@bradley.com>>; Daly, Daryl
<Daryl.Daly@dbr.com<mailto:Daryl.Daly@dbr.com>>; Brennan, Jessica L.
<Jessica.Brennan@dbr.com<mailto:Jessica.Brennan@dbr.com>>; Joseph VanZandt
(Joseph.VanZandt@BeasleyAllen.com<mailto:Joseph.VanZandt@BeasleyAllen.com>)
<Joseph.VanZandt@BeasleyAllen.com<mailto:Joseph.VanZandt@BeasleyAllen.com>>;
penny.davies@beasleyallen.com<mailto:penny.davies@beasleyallen.com>
Subject: RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Thomas Cocco (MDL Centrality ID 1732)

[External Email]
I still have not heard back from Defendants regarding this matter.  At 5 p.m. Central time today, I plan to file the
attached if I do not hear from Defendants before then.

From: Chip Orr
Sent: Friday, June 08, 2018 6:15 PM
To: 'Brown, Lindy'
Cc: 'Andy.Birchfield@BeasleyAllen.com'; 'Inquiries, Xarelto'; 'Daly, Daryl'; 'Brennan, Jessica L.'
Subject: RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Thomas Cocco (MDL Centrality ID 1732)

Defendants provided no notice to me of any alleged deficiency regarding Dr. Cocco's completed PFS before 4:00 p.m.
Central Time today.  Despite not engaging in any meet-and-confer and without responding either to the email below or
to the two prior emails I sent you regarding Dr. Cocco's case (on May 25 and May 18, 2018), Defendants have now filed a
show cause motion regarding Dr. Cocco, less than two hours after Defendants first provided notice to me that
Defendants expected Dr. Cocco to serve another completed PFS even though the parties have already exchanged
competed PFSs and DFSs.

Under these circumstances, I respectfully request that Defendants withdraw the show cause motion as to Dr. Cocco's
case and engage in a good faith meet-and-confer process as requested in my email below.

I will be responding to the show cause motion no later than end of day next Monday (June 11).  I will refrain from filing
before then in the hope that Defendants will engage in meaningful, good faith meet-and-confer discussions regarding
this matter.  Show cause motions should never be the first resort – they should follow good faith meet-and-confer
processes.

Moreover, these cases are not cookie cutter, one-size-fits-all.  Each case is individual.  Global show cause motions that
do not distinguish cases that are factually inapposite are inappropriate at this stage of the litigation.  Which is all the
more reason for good faith, individualized meet-and-confer conferences before the filing of any show cause motions,
which take up the court's valuable time and which force the parties to engage in needless motion practice when that
time could be better spent actually working the cases up for trial.

From: Chip Orr
Sent: Friday, June 08, 2018 4:53 PM
To: 'Brown, Lindy'
Cc: Andy.Birchfield@BeasleyAllen.com<mailto:Andy.Birchfield@BeasleyAllen.com>; Inquiries, Xarelto; Daly, Daryl;
Brennan, Jessica L.

Subject: RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Thomas Cocco (MDL Centrality ID 1732)

As Defendants know, Dr. Cocco already served a complete (all sections) verified PFS years ago.  As Defendants also know, Dr. Cocco has since passed away and his widow has been substituted as party plaintiff.  Under these circumstances, I don't see what use Mrs. Cocco's completed PFS would be to Defendants – she would simply be providing a lot of "I don't know or recall" responses.

Moreover, Defendants have already provided DFSs and I don't need another one (though I reserve the right to request one, if Defendants insist that we provide another completed PFS when one has already been provided).  In fact, I've already written Defendants two emails now (May 18 and May 25, 2018), with no response, advising that Dr. Cocco already provided a completed PFS and asking to begin the scheduling of depositions in the Cocco matter.

I'm certainly open to further discussion about this.  I ask that you engage in a meaningful meet-and-confer process with me before filing any show cause request, especially since I reached out to you well over a week ago to advise our position that a completed PFS was already served (as were completed DFSs) and I received no response.  If there is a good reason for Mrs. Cocco to complete a PFS when her husband already did so before he passed, let me know and let's discuss.  Show cause motions should follow a meet-and-confer, not the other way around.

From: Brown, Lindy [mailto:lbrown@bradley.com]
Sent: Friday, June 08, 2018 4:00 PM
To: Chip Orr
Cc: Andy.Birchfield@BeasleyAllen.com<mailto:Andy.Birchfield@BeasleyAllen.com>; Inquiries, Xarelto; Daly, Daryl; Brennan, Jessica L.
Subject: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Thomas Cocco (MDL Centrality ID 1732)

Counsel,

This case was selected as a defense pick for Wave 1 workup under CMO 6.  Under CMO 6 and PTO 13, an updated, fully complete and verified Plaintiff Fact Sheet was due within 30 days of selection.  The PFS for your client was due on May 16, 2018, and no amended PFS has been submitted via MDL Centrality since selection.  Defendants will be filing a motion to show cause returnable for the June 27, 2018 MDL Status Conference as to why this case should not be dismissed with prejudice for failure to comply with CMO 6 and PTO 13.

Additionally, please be advised that per CMO 6, failure to timely complete all sections of the PFS in compliance with PTO 13 within 30 days of selection shall toll all CMO 6 deadlines with respect to plaintiff's case, including production of the Defendant Fact Sheet, until plaintiff has complied or the case is dismissed.
Thanks,
Lindy


[Image removed by sender. Bradley]


Lindy D. Brown
Attorney
e: lbrown@bradley.com<mailto:lbrown@bradley.com> w: bradley.com<http://bradley.com>
d: 601.592.9905 f: 601.592.1405
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 400 Jackson, MS 39201 LinkedIn
<https://www.linkedin.com/company/bradley-law> | Facebook <https://www.facebook.com/officialbradleylaw/> |
Twitter <https://twitter.com/bradleylegal> | Instagram <https://www.instagram.com/bradleylaw/> |
Blogs<http://www.bradley.com/blogs/> | My Bio<http://www.bradley.com/>

4

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

# Exhibit C

## Chip Orr

| | |
|---|---|
| **From:** | Chip Orr |
| **Sent:** | Monday, June 25, 2018 3:09 PM |
| **To:** | 'Goddard, Joan' |
| **Cc:** | 'Brown, Lindy' (lbrown@bradley.com); Daly, Daryl |
| **Subject:** | RE: Xarelto - Cocco |

I respectfully disagree that PTO 13 requires Mrs. Cocco to serve a new PFS in this matter.

I acknowledged by email on June 11 that Defendants are entitled to updated authorizations from Mrs. Cocco (and, as I previously advised you by separate email, such authorizations have been uploaded to the MDL Centrality portal – see Document ID 404807). I also see your point that certain PFS questions (particularly as to sections I.E and VIII) can (and maybe should) be updated in light of Dr. Cocco's passing.

To satisfy both our concerns (mine being that Mrs. Cocco is not obligated to submit a new PFS and cannot "update" the existing (complete) PFS because she didn't serve it, her late husband did; yours being that certain PFS questions need to be updated as part of the CMO 6 process), I've uploaded to the portal this morning Mrs. Cocco's *supplemental* PFS responses and her declaration in support of her supplemental responses (I used the form declaration from the PFS but please be assured that Mrs. Cocco is verifying *only* her supplemental response by way of that declaration). The supplemental responses and declaration are at Document ID 405021 and 405022, respectively.

**From:** Goddard, Joan [mailto:Joan.Goddard@arnoldporter.com]
**Sent:** Monday, June 18, 2018 4:16 PM
**To:** Chip Orr
**Cc:** 'Brown, Lindy' (lbrown@bradley.com); Daly, Daryl
**Subject:** RE: Xarelto - Cocco

Chip, thanks for your efforts, but since Mrs. Cocco was substituted as the party plaintiff, a PFS along with authorizations executed by Mrs. Cocco as the substituted party is required by CMO #13. Please have these documents submitted to www.mdlcentrality.com)  Thanks. Joan.

_____
Joan Goddard
Counsel

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.7429 | F: +1 212.836.6659
Joan.Goddard@arnoldporter.com | www.arnoldporter.com

**From:** Chip Orr [mailto:corr@mulliganlaw.com]
**Sent:** Monday, June 18, 2018 1:51 PM
**To:** Goddard, Joan
**Subject:** RE: Xarelto - Cocco

Joan,

I'm about to be out of pocket for depositions for the rest of the week. If Defendants are not agreeable to the proposal below, I need to budget some time to revise my response to the show cause motion in light of our recent exchanges. I

also need to make travel plans to appear at the hearing next Wednesday.  So the courtesy of a reply this afternoon would be appreciated.

Chip

**From:** Chip Orr
**Sent:** Friday, June 15, 2018 12:11 PM
**To:** 'Goddard, Joan'
**Subject:** RE: Xarelto - Cocco

I'll give it a shot by email.

I understand Defendants' main concern to be that Defendants are entitled to an updated PFS (i.e., any new information between when Dr. Cocco verified the PFS responses and his passing).  My concern is that the widow Cocco can't verify an amended PFS, because it's not her PFS that would be updated – she would have to do an entire new PFS.

How about if, instead of doing an amended PFS with any new information, we instead provide supplemental responses?  If Mrs. Cocco has any information that she can support with a sworn declaration that would be responsive to the PFS questions, we can provide just that information by way of supplementation, such that she is verifying only that information and not what her husband answered when he did the PFS.  In particular, to the extent she can identify any new medical conditions or health care providers that her husband may have seen after the date he verified his PFS, that would be the sort of thing we could provide by way of supplementation (rather than amendment).

Your thoughts?

**From:** Goddard, Joan [mailto:Joan.Goddard@arnoldporter.com]
**Sent:** Friday, June 15, 2018 11:53 AM
**To:** Chip Orr
**Subject:** RE: Xarelto - Cocco

Hi Chip.  Sorry, on a call, and pretty much booked rest of day.  Feel free to email idea? Thanks.

**From:** Chip Orr [mailto:corr@mulliganlaw.com]
**Sent:** Friday, June 15, 2018 12:51 PM
**To:** Goddard, Joan
**Subject:** Xarelto - Cocco

Hi Joan.

Are you available for a quick call about Cocco?  I have an idea to run by you to perhaps resolve our PFS issue short of having to involve the court.

Chip

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

# Exhibit D

## Chip Orr

| | |
|---|---|
| **From:** | Chip Orr |
| **Sent:** | Friday, June 22, 2018 3:10 PM |
| **To:** | 'Gragg, Dori (SHB)'; Cindy Ensley; Cathy Sanders |
| **Cc:** | Goddard, Joan (Joan.Goddard@arnoldporter.com); Bartley, Jane (SHB); Chanda A. Miller (chanda.miller@dbr.com); Daly, Daryl; Phillips, Michelle L. (SHB) |
| **Subject:** | RE: RE: In Re Xarelto MDL 2592 - Thomas Cocco - Authorization Request |

This authorization, as well as MDL authorizations executed by Mrs. Cocco on behalf of the estate of Dr. Cocco, have been uploaded to the portal. The provider specific authorization is Doc ID 404507, and the MDL authorizations are Doc ID 404807.

**From:** Gragg, Dori (SHB) [mailto:DGRAGG@shb.com]
**Sent:** Monday, June 18, 2018 8:59 AM
**To:** Chip Orr; Cindy Ensley; Cathy Sanders
**Cc:** Goddard, Joan (Joan.Goddard@arnoldporter.com); Bartley, Jane (SHB); Chanda A. Miller (chanda.miller@dbr.com); Daly, Daryl; Phillips, Michelle L. (SHB)
**Subject:** RE: RE: In Re Xarelto MDL 2592 - Thomas Cocco - Authorization Request

Counsel,

We are following up on our prior request for your client, Thomas Cocco, to provide the executed proprietary authorization for Associated Neurologists of Southern Connecticut, PC. Pursuant to PTO 13C, this authorization was due within 10 days of our request. This authorization is overdue pursuant to PTO 13C. Please complete and submit this authorization to avoid court intervention. Thank you.

**Dorothy (Dori) A. Gragg**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816-559-2956 | dgragg@shb.com

SHOOK

**From:** Gragg, Dori (SHB)
**Sent:** Monday, June 11, 2018 8:49 AM
**To:** corr@mulliganlaw.com; censley@mulliganlaw.com; csanders@mulliganlaw.com
**Cc:** Goddard, Joan (Joan.Goddard@arnoldporter.com) <Joan.Goddard@arnoldporter.com>; Bartley, Jane (SHB) <jbartley@shb.com>; Chanda A. Miller (chanda.miller@dbr.com) <chanda.miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Phillips, Michelle L. (SHB) <mphillips@shb.com>
**Subject:** RE: RE: In Re Xarelto MDL 2592 - Thomas Cocco - Authorization Request [unsecure]

Counsel,

We are following up on our prior request for your client, Thomas Cocco, to provide the executed proprietary authorization for Associated Neurologists of Southern Connecticut, PC. Pursuant to PTO 13C, this

authorization was due within 10 days of our request.  This authorization is overdue pursuant to PTO 13C.  Please complete and submit this authorization to avoid court intervention.  Thank you.

**Dorothy (Dori) A. Gragg**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816-559-2956 | dgragg@shb.com

SHOOK

**From:** Gragg, Dori (SHB)
**Sent:** Friday, June 1, 2018 1:06 PM
**To:** corr@mulliganlaw.com; censley@mulliganlaw.com; csanders@mulliganlaw.com
**Cc:** Goddard, Joan (Joan.Goddard@arnoldporter.com) <Joan.Goddard@arnoldporter.com>; Bartley, Jane (SHB) <jbartley@shb.com>; Chanda A. Miller (chanda.miller@dbr.com) <chanda.miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Phillips, Michelle L. (SHB) <mphillips@shb.com>
**Subject:** RE: In Re Xarelto MDL 2592 - Thomas Cocco - Authorization Request [unsecure]

Counsel,

The attached authorization is required in order for defendants to collect the records for Thomas Cocco.  Please complete and submit to mdlcentralitycom the attached proprietary authorization by June 11, 2018, in accordance with PTO13C.

Authorization:
Associated Neurologists of Southern Connecticut, P.C.

Thank you.,

**Dorothy (Dori) A. Gragg**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816-559-2956 | dgragg@shb.com

SHOOK

Mail Gate made the following annotations on Mon Jun 18 2018 08:59:27

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.