# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Tammy Jackson o/b/o Johnnie Thompson v. Janssen Research & Development, LLC, et al., 2:18-cv-01651*

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Tammy Jackson on behalf of her deceased father, Johnnie Thompson, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to August 24, 2018, sixty (60) days from the original deadline of June 25, 2018.

In support of the motion, counsel for the Plaintiff submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is in the process of attempting to locate and/or receive a response from Plaintiff.

This is Plaintiff's first motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until August 24, 2018.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: June 25, 2018

          Respectfully submitted,

          **IRPINO, AVIN & HAWKINS LAW FIRM**

          /s/ *Kacie F. Gray*
          ANTHONY D. IRPINO (#24727)
          LOUISE C. HIGGINS (#31780)
          KACIE F. GRAY (#36476)
          2216 Magazine St.
          New Orleans, Louisiana 70130
          Telephone: (504) 525-1500
          Facsimile: (504) 525-1501
          airpino@irpinolaw.com
          lhiggins@irpinolaw.com
          kgray@irpinolaw.com

          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    This is the 25th day of June, 2018.

          /s/ *Kacie F. Gray*
          **Attorney for Plaintiff**