**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tammy Jackson o/b/o Johnnie Thompson v. Janssen Research & Development, LLC, et al., 2:18-cv-01651*

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. Plaintiff filed suit the above captioned matter on February 16, 2018.

2. Plaintiff's initial ninety (90) day fact sheet period was therefore set for May 17, 2018. On May 17, 2018, Plaintiff substantially complied with providing fact sheet information and uploaded responses for defense counsel to the MDL centrality website.

3. Defense counsel served Plaintiff's counsel with a deficiency notice on June 6, 2018. As required by PTO 13, Plaintiff has until June 26, 2018, to cure the deficiency, twenty (20) days from the date of the Notice. The alleged deficiencies were for the failure to provide the Declaration signed by Plaintiff, and failure to provide proof of use and/or proof of injury.

4. Plaintiff's counsel attempted to contact the Plaintiff and Plaintiff's family members on several occasions via telephone and mail regarding the Plaintiff Fact Sheet deadline; however,

Plaintiff has failed to respond to these attempts.

5. Plaintiff's counsel is requesting a sixty (60) day extension of time to procure a response from Plaintiff.

6. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served and will file Plaintiff's information once it is received.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to August 24, 2018.

Dated: June 25, 2018

        Respectfully submitted,

        **IRPINO, AVIN & HAWKINS LAW FIRM**

        /s/ ***Kacie F. Gray***
        ANTHONY D. IRPINO (#24727)
        LOUISE C. HIGGINS (#31780)
        KACIE F. GRAY (#36476)
        2216 Magazine St.
        New Orleans, Louisiana 70130
        Telephone: (504) 525-1500
        Facsimile: (504) 525-1501
        airpino@irpinolaw.com
        lhiggins@irpinolaw.com
        kgray@irpinolaw.com

        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This is the 25th day of June, 2018.

      /s/ ***Kacie F. Gray***
      **Attorney for Plaintiff**