UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| ROY FINLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | COMPLAINT and JURY DEMAND |
| PHARMACEUTICAL RESEARCH AND | ) | |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, | ) | Civil Action No.: 2:16-cv-05853 |
| JANSSEN PHARMACEUTICALS, INC. | ) | |
| f/k/a JANSSEN PHARMACEUTICA INC. | ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS, INC., JOHNSON | ) | |
| & JOHNSON, BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS, INC., BAYER PHARMA | ) | |
| AG, BAYER CORPORATION,  BAYER | ) | |
| HEALTHCARE LLC, BAYER HEALTHCARE | ) | |
| AG, and BAYER AG | ) | |
|     Defendants | | |

---

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

hereby informs this Honorable Court of the death of the Plaintiff, Roy Finley, which occurred on

November 7, 2016.   Plaintiff respectfully informs this Court that a Motion for Substitution of

Plaintiff will be filed by the appropriate representative of the estate of Roy Finley.


    Dated:  June 25, 2018

By:     /s/ Brian Katz_____
Soren Gisleson (La. Bar No.: 26302)
sgisleson@hhklawfirm.com
Joseph Cain (La. Bar No.: 29785)
jcain@hhklawfirm.com
Dr. Joseph Kott (La. Bar No.: 24499)
jkott@hhklawfirm.com

HERMAN HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax:  (504) 561-6024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brian Katz_____
BRIAN KATZ