UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*DAVID LEGGETT v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-09627-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, David Leggett, by and through the undersigned counsel of record, moves this Court for an Order substituting David Leggett, Jr. on behalf of decedent David Leggett. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff David Leggett filed this present action on May 19, 2016.

2. David Leggett died on April 22, 2017.

3. On June 11, 2018, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. David Leggett, Jr., surviving child of David Leggett, is a proper party to substitute for plaintiff-decedent David Leggett and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, David Leggett, Jr., respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: June 25, 2018   Respectfully submitted,

**WATTS GUERRA LLP**
 /s/ Ryan L. Thompson_____
Ryan L. Thompson
TX State Bar No. 24046969
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rlt-bulk@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on June 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ryan L. Thompson_____
Ryan L. Thompson