UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*DAVID LEGGETT v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-09627-EEF-MBN**

### ORDER ON MOTION TO SUBSTITUTE PARTY

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, David Leggett, Jr., as surviving child of David Leggett, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge