UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
_____    :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Phyllis Jones

CA#2:15-cv-3902

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

On June 8, 2018, this Court issued an Order to Show Cause (Rec. Doc. 9847) why certain actions, including the above-captioned action filed on behalf of Phyllis Jones, should not be dismissed with prejudice for failure to serve a fully completed Plaintiff Fact Sheet in accordance with the time set forth by Case Management Order No. 6. Undersigned counsel responds to that order as follows:

1. Plaintiff's case was selected for Wave 1 remand.

2. Undersigned counsel informed Ms. Jones, both verbally and in writing, that her case was selected for Wave 1 remand, and that she must meet certain obligations pursuant to CMO6, including completing and serving a full Plaintiff's Fact Sheet.

3. The full Plaintiff Fact Sheet was sent to Ms. Jones on or about May 14, 2018, with instructions for completion and returning to counsel.

4.	Counsel has had numerous conversations with Plaintiff explaining, in detail, the remand process, and her responsibility to complete and return a full Plaintiff's Fact Sheet as the first step in that process.

5.	Plaintiff indicated her intent to move forward with the case but has yet to provide counsel with fully completed Plaintiff's Fact Sheet, or otherwise cooperate in counsels' efforts to obtain the Plaintiff's Fact Sheet.

6.	Counsel has notified Plaintiff three times in writing and several times verbally that failure to comply with this requirement of CMO 6 can result in dismissal of her case.

7.	Plaintiff has confirmed her understanding of the requirements of CMO 6 and the consequences of failing to comply with those requirements, however, she has not yet provided any response to counsels' numerous requests to provide the fully completed Plaintiff's Fact Sheet.

8.	Accordingly, counsel does not have the authority to consent to dismissal of this action, but undersigned counsel is unable to assist Plaintiff in complying with her obligations under CMO 6. Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Respectfully submitted,

By:  /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER WOLF CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@pwcklegal.com

                                                   Michael B. Lynch, Esq.
                                                   THE MICHAEL BRADY LYNCH FIRM
                                                   127 West Fairbanks Ave. #528
                                                   Winter Park, Florida 32789
                                                   Office: (877) 513-9517
                                                   Fax: (321) 972-3568
                                                   Cell: (321) 239-8026
                                                   Email: michael@mblynchfirm.com
                                                   *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 25, 2018, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

                                                      /s/ *Daniel J. Carr*