# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| v. | |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAG. JUDGE MICHAEL NORTH |
| *Filberto Martinez, Jr., Individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10013* | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |
| *Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03391* | |
| *Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-00856* | |
| *Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10460* | |
| *Howard Rosebaum v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-04676* | |
| *Adoracion M. Azurin v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-15008* | |
| *Franklin Barruga v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-07285* | |
| *Kathleen Bassini, Individually and O/B/O Ronaldo Bassini v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-09936* | |
| *Shelia Garcia v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-13183* | |
| *Kenneth Dant, Individually and O/B/O Violet Dant v. Janssen Research & Development, LLC, et al., Case No:. 2:16-cv-13163* | |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

PLEASE TAKE NOTICE that Baron & Budd, P.C. ("B&B"), by and through its undersigned counsel, respectfully moves this Court for entry of an order withdrawing **D. Matthew Haynie, the current counsel for clients in the above-referenced matters, and substituting Sindhu Daniel as counsel** in the above referenced matters.

Accordingly, B&B respectfully requests that the Court enter an order withdrawing D. Matthew Haynie as counsel and substituting Sindhu Daniel as counsel.

Dated: June 25, 2018  **BARON & BUDD, P.C.**

By: /s/ Sindhu Daniel
Attorneys for Plaintiffs
New Jersey Bar No. 010711996
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
Email: *sdaniel@baronbudd.com*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, the above and foregoing Motion for Substitution and Withdrawal of Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF System.

*/s/ Sindhu Daniel*
Sindhu Daniel