# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| v. | |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAG. JUDGE MICHAEL NORTH |
| *Filberto Martinez, Jr., Individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10013 | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |
| *Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-03391 | |
| *Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-00856 | |
| *Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10460 | |
| *Howard Rosebaum v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-04676 | |
| *Adoracion M. Azurin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-15008 | |
| *Franklin Barruga v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-07285 | |
| *Kathleen Bassini, Individually and O/B/O Ronaldo Bassini v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-09936 | |
| *Shelia Garcia v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-13183 | |
| *Kenneth Dant, Individually and O/B/O Violet Dant v. Janssen Research & Development, LLC, et al.*, Case No:. 2:16-cv-13163 | |

## **O R D E R**

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on June 25, 2018. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is ordered that attorney D. Matthew Haynie, is allowed to withdraw as counsel and that attorney Sindhu Daniel be substituted in his place.

The Clerk is instructed to substitute Sindhu Daniel as counsel in place of D. Matthew Haynie, in the matters referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED: _____

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED