## UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| v. | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Filberto Martinez, Jr., individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10013 | MAG. JUDGE MICHAEL NORTH |
| *Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-03391 | |
| *Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-00856 | |
| *Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10460 | |
| *Howard Rosebaum v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-04676 | |

### **MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW COME Plaintiffs in the above-captioned matters, by and through the undersigned counsel, and hereby request that Grant & Eisenhofer P.A. be enrolled as co-counsel of record in the above-captioned actions.

WHEREFORE, Plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Samantha Mertz, M. Elizabeth Graham, Thomas Ayala and

Paige Alderson of Grant & Eisenhofer P.A. as co-counsel of record in the above-entitled and numbered actions

Dated:  June 25, 2018          **GRANT & EISENHOFER P.A.**

By*:*     **/s/ Sindhu Daniel**_____ _____
Sindhu Daniel
**BARON& BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
sdaniel@baronbudd.com

/s/ M. Elizabeth Graham
M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
Paige Alderson
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com
palderson@gelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF System.

*/s/ Sindhu Daniel*_____

2