# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| v. | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Filberto Martinez, Jr., individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10013* | MAG. JUDGE MICHAEL NORTH |
| *Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03391* | |
| *Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-00856* | |
| *Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10460* | |
| *Howard Rosebaum v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-04676* | |

## ORDER

Upon consideration of the foregoing Motion to Enroll as Co-Counsel, IT IS ORDERED that Samantha Mertz, M. Elizabeth Graham, Thomas Ayala and Paige Alderson of Grant & Eisenhofer P.A. be allowed to enroll as co-counsel of record in the above-entitled and numbered actions.

Dated: _____

_____
Honorable Eldon E. Fallon