UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| DISMISSAL OF JANET WISE | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |
| | * | Civil Action No. 2:16-CV-01347 L(5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

---

# O R D E R

---

This matter came before the court on the Motion for Voluntarily Dismissal With Prejudice filed by the Plaintiff.

IT IS ORDERED BY THE COURT that the Motion for Voluntarily Dismissal With Prejudice filed by the Plaintiff  be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this __26th__ day of _____June_____, 2018.


_____
Eldon E. Fallon
United States District Court Judge