UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Craig Russell v. Janssen Research & Development LLC, et al; No. 2:16-cv-14972*

## ORDER

This matter came before the Court on the Motion to Voluntarily Dismiss With Prejudice, filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss With Prejudice filed by Plaintiff Craig Russell is GRANTED, and the above-captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Court Judge