UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**
*GERALD LEWIS, on behalf of the Estate of LIZZIE LEWIS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-10508*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This motion is brought in the matter of Case 2:16-cv-10508, entitled Gerald Lewis, on behalf of the Estate of Lizzie Lewis v. Janssen Research & Development, et al. in accordance with the United States District Court of Louisiana's Local Rule 83.2.11, attorney for Plaintiff, Russell T. Abney, brings this Motion to Withdraw as Counsel for Plaintiff, and states as follows:

1. Lizzie Lewis filed a products liability lawsuit against defendants on May 19, 2016.

2. Plaintiff Lizzie Lewis died on August 28, 2016, after her complaint was filed.

3. Lizzie Lewis's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Gerald Lewis, as surviving child, was substituted in as proper party for plaintiff-descendant Lizzie Lewis on May 2, 2017 and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1).

5. After completing this substitution, Plaintiff Gerald Lewis decided he no longer desired attorney, Russell T. Abney to represent him and on May 20, 2018 verbally requested that Russell T. Abney be withdrawn as counsel.

1

6. Upon filing of this motion, Plaintiff's attorney, Russell T. Abney, has served Plaintiff with a copy of the within Motion, with attachments, including a copy of the Complaint, the Pretrial Order, that outlines Plaintiff Fact Sheet requirements, and a print out of the most recent court calendar as located on the court's website, by certified mail, return receipt requested as set forth in the correspondence attached hereto. See **Exhibit A** – Letter to Plaintiff.

7. Plaintiff's contact information is as follows:

    Gerald Lewis
    416 West 9th St. Apt. 1310
    Cincinnati, OH 45203
    (513)714-6782
    geraldlewis513@gmail.com

8. Plaintiff's attorney, Russell T. Abney, seeks an Order permitting him to withdraw as counsel for Plaintiff as provided in the attached proposed Order. See **Exhibit B** – Proposed Order.

9. Plaintiff's attorney, Russell T. Abney, has, by a copy of pertinent Pretrial Orders and a print out of the case management calendar as provided on the court's website, and has notified Plaintiff of all deadlines in connection with this cause of action.

10. Plaintiff's attorney, Russell T. Abney, has made Plaintiff aware of any pending court appearances required and has notified Plaintiff of those dates as provided on the court's website under the case management tab. [Also, Plaintiff's attorney, Russell T. Abney, has provided Plaintiff with a correspondence outlining the Court's contact information including telephone number and website with which Plaintiff can inquire regarding future court appearances.]

Dated: June 26, 2018                    Respectfully submitted,

                                        /s/ Russell T. Abney_____
                                        Russell T. Abney, Esq.
                                        Attorney I.D. No. 000875 (GA)
                                        FERRER, POIROT & WANSBROUGH
                                        2100 RiverEdge Pkwy NW, Suite 1025
                                        Atlanta, GA 30328
                                        Telephone: 800.521.4492
                                        Fax: 866.513.0115
                                        atlanta@lawyerworks.com
                                        *Attorney for the Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion to Withdraw as Counsel of Records for Plaintiff together with the Complaint, Pretrial Orders and Court Notices has been sent to Plaintiff, via Certified Mail Return Receipt Requested on June 25, 2018. Further, a copy of the above entitled Motions has been served upon opposing counsel by way of the court's electronic filing system, ECF, on June 25, 2018.

Dated: June 26, 2018    Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*