# EXHIBIT A



JESSE F. FERRER - *TX*
JOE POIROT * - *OK, TX*
AARON G. WANSBROUGH - *TX*
CHRISTINA FELLER - *FL, TX*
MATTHEW DANIEL - *CA, TX*
RUSSELL T. ABNEY - *AL, GA, NY, TX*
HUNTER LINVILLE - *GA, TX*

JOHN T. KIRTLEY, III * †
LATOYA CHAMBERS – *TX*
BLAKE TANASE - *GA, NJ*
HUSSAIN ISMAIL - *TX*
JAMES HEARON - *TX*
MATTHEW VINSON - *TX*
YVETTE FERRER - *NY*
MOLLY WEST - *FL, GA*

† BOARD CERTIFIED - CIVIL TRIAL LAW NATIONAL BOARD OF TRIAL ADVOCACY
LICENSED IN *AR, CO, D.C., GA, IL, MA, MN, MO, NC, NY, PA, TX, WI & WV*

* BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION

DALLAS | ATLANTA
LAWYERWORKS.COM

June 26, 2018

Mr. Gerald Lewis
416 West 9th St.
Apt. 1310
CINCINNATI, OH 45203

**RE: Gerald Lewis, on behalf of the Estate of Lizzie Lewis v. Janssen Research & Development LLC, et al.
Case No. 2:16-cv-10508**

Dear Mr. Lewis:

Enclosed in a copy of our Motion to Withdraw as Counsel of Record for Plaintiff. Also attached to this correspondence, please find the following documents:

- Complaint and Jury Demand
- Pretrial Order #13 re: Plaintiff's Fact Sheet
- Pretrial Order #27 re: Plaintiff's Fact Sheet (Amended)
- Notice of Court Appearances scheduled
- Court Contact Information

If you wish to pursue your lawsuit, we again urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. Should a hearing be scheduled by the Court to discuss your case, we will notify you and you will need to call in. Should you have any questions please contact the Court.

Sincerely,

Russell T. Abney
Partner
**Ferrer Poirot Wansbrough**
**Feller Daniel Abney Linville**
atlanta@lawyerworks.com

FPW/8810F16/ERAMOS
Mailed via USPS Certified Mail
Return Receipt Requested

2100 RIVEREDGE PARKWAY ▪ SUITE 1025 ▪ ATLANTA, GA 30328 ▪ TOLL FREE (800) 661-8210 ▪ FAX (770) 933-3425
PROTECTING VICTIMS' RIGHTS SINCE 1981