# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*GERALD LEWIS, on behalf of the Estate of LIZZIE LEWIS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-10508*

## ORDER

The matter having come before this Honorable Court upon Plaintiff's Attorney Russell T. Abney's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:16-cv-10508, entitled Gerald Lewis, on behalf of the Estate of Lizzie Lewis v. Janssen Research & Development, et al. and the Court being otherwise fill advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Russell T. Abney's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:16-cv-10508 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Russell T. Abney shall serve a copy of this Order upon Plaintiff, via certified mail return receipt requested, within fourteen (14) days of the date of this order.

Dated: _____    _____
                                                            Hon. Eldon E. Fallon
                                                            United States District Court Judge