# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| v. | |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAG. JUDGE MICHAEL NORTH |

*Filberto Martinez, Jr., Individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10013

*Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-03391

*Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-00856

*Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10460

*Howard Rosebaum v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-04676

*Adoracion M. Azurin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-15008

*Franklin Barruga v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-07285

*Kathleen Bassini, Individually and O/B/O Ronaldo Bassini v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-09936

*Shelia Garcia v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-13183

*Kenneth Dant, Individually and O/B/O Violet Dant v. Janssen Research & Development, LLC, et al.*, Case No:. 2:16-cv-13163

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

COMES NOW, Plaintiffs, by and through their undersigned attorneys, respectfully requests that Sindhu Daniel and Anna Rol of Baron & Budd, P.C. be enrolled as counsel of record in the above entitled and numbered actions. Movers request that D. Matthew Haynie be removed from the record, as he is no longer with the law firm of Baron & Budd, P.C.

Wherefore movers pray that D. Matthew Haynie be removed from the record and that Sindhu Daniel and Anna Rol of Baron & Budd, P.C. be added to the docket as counsel for Plaintiffs.

Dated:  June 26, 2018                                Baron & Budd, P.C.

/s/ Sindhu Daniel
Sindhu Daniel
New Jersey Bar No. 010711996
Anna Rol
Texas Bar No. 24094924
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
Email: sdaniel@baronbudd.com
           arol@baronbudd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Substitution and Withdrawal of Counsel of Record was filed electronically and is available for viewing through this Court's ECF system on this 26th day of June, 2018. A true and correct copy has been served upon all counsel of record via the Court's ECF System.

/s/ Sindhu Daniel
Sindhu Daniel