# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| v. | |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAG. JUDGE MICHAEL NORTH |
| *Filberto Martinez, Jr., Individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10013 | |
| *Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-03391 | |
| *Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-00856 | |
| *Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10460 | |
| *Howard Rosebaum v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-04676 | |
| *Adoracion M. Azurin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-15008 | |
| *Franklin Barruga v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-07285 | |
| *Kathleen Bassini, Individually and O/B/O Ronaldo Bassini v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-09936 | |
| *Shelia Garcia v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-13183 | |
| *Kenneth Dant, Individually and O/B/O Violet Dant v. Janssen Research & Development, LLC, et al., Case No:.* 2:16-cv-13163 | |

# **O R D E R**

Considering the above and foregoing Motion to Enroll as Counsel;

IT IS ORDER, ADJUDGED AND DECREED that Sindhu Daniel and Anna Rol of the law firm of Baron & Budd, P.C. be allowed to and are enrolled as counsel for Plaintiffs and that D. Matthew Haynie be removed from the record in the above entitled and numbered actions.

Signed this \_\_\_\_ day of _____, 2018.

_____
JUDGE ELDON E. FALLON