**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXIBAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 |
| | Section: L |
| | JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Charles Lewis v. Janssen Research & Development LLC, et al; 2:15-cv-01715*

### RESPONSE TO ORDER TO SHOW CAUSE

This matter is subject to the Motion for an Order to Show Cause on June 27, 2018, as to why it should not be dismissed with prejudice for failure to submit and serve an updated Plaintiff Fact Sheet and Authorization for Release of all healthcare providers and other sources of information of records. Undersigned counsel responds to the Motion as follows:

1. On August 18, 2015, Plaintiff Charles Lee Lewis fully completed a Plaintiff Fact Sheet that was submitted to MDL Centrality on or about that time.

2. Plaintiff has recently received notice from The Marker Group that Defendants have received the medical records of Charles Lee Lewis from the healthcare providers listed on the Plaintiff Fact Sheet submitted on or about August 18, 2015.

3. Counsel for Plaintiff was recently notified that Charles Lee Lewis passed away on April 6, 2018.

4. Charles Lee Lewis was not married and had no children. Counsel for Plaintiff is

1

unclear who will be the new Plaintiff in the wrongful death action.  Decedent's mother is next of kin but it is counsel's understanding that she is 91-years-old and may not have the capacity to bring a lawsuit.  Decedent's family has informed counsel that they wish to continue with the lawsuit.

5.      Counsel for Plaintiff has been in touch with members of the decedent's family.  Counsel has informed multiple family members that this case was selected for remand and what that entails.  Counsel has also told family members in conversation and in writing that she needs to know who will be the new Plaintiff and when the appropriate estate documents will be in order so that the complaint can be amended.   However, that information has not been confirmed.

6.      Counsel for Plaintiff prepared an updated Plaintiff Fact Sheet with new information as a result of the death of Charles Lee Lewis and requested two separate family members who counsel believes would be the new Plaintiff verify it but she has yet to receive back the Declaration page verifying the information.

7.      Counsel for Plaintiff has informed multiple family members of Charles Lee Lewis that this case is on the list for an Order to Show Cause as to why it should not be dismissed with prejudice and that counsel needed their immediate cooperation regarding returning the verification to the fact sheet, new authorization, verifying who would be the new Plaintiff and provide the necessary estate documentation so the complaint could be amended.  To date, the family members have not returned the authorizations, verifications and have not informed counsel when the appropriate estate proceedings will be completed.

8.      On June 22, 2018, counsel for Plaintiff sent an e-mail to opposing counsel,

Daryl Daly, with Drinker, Biddle & Reath requesting that this case be removed from the Order to Show Cause list because of the death of Charles Lee Lewis. Additional time was requested to submit an updated Plaintiff Fact Sheet so next of kin could be confirmed and so the family members could get estate documentation in order so the appropriate motion could be filed since the matter has turned into a wrongful death case. As of the time of the filing of this response no e-mail was received back from opposing counsel relative to the request that this matter be removed from the Order to Show Cause hearing.

9. As a result of the death of Charles Lee Lewis and the inability of counsel to obtain the necessary information and documentation to amend the complaint it is respectfully requested that additional time be permitted to submit an Updated Plaintiff Fact sheet and that an Order to Show Cause Re Dismissal of this case not be issued.

Dated: June 26, 2018

/s/ Laura M. Morris

Attorney for Plaintiff
Daniel J. Callahan
Daniel@callahan-law.com
Laura M. Morris
lmorris@callahan-law.com

3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Tel: (714) 241-4444
Fax: (714) 241-4445

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rules of Civil Procedure 5(a)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 26th day of June, 2018.

/s/ Laura M. Morris

Attorney for Plaintiff
Daniel J Callahan
Daniel@Callahan-law.com
Laura M. Morris
lmorris@Callahan-law.com
3 Hutton Centre Drive,
Ninth Floor
Santa Ana, CA 92707
Phone: 714-241-4444
Fax: 714-241-4445