**Exhibit A**
**Schedule of Actions**

| MDL Centrality ID # | Plaintiff Name | Docket Number |
|---|---|---|
| 4728 | Bitetto, Gary | 2:16-cv-11602 |
| 8998 | Dougherty, Janet | 2:16-cv-11755 |
| 23805 | McGrady, Iris D. | 2:17-cv-12207 |
| 3522 | Shunk, Roger | 2:16-cv-9876 |