UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*Michael Mouskourie, et. al. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:15-cv-3868*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Michael Mouskourie.

Dated: June 26, 2018

By: */s/ Brian Lienbach*
ENGSTROM LIPSCOMB & LACK
Walter Lack, #57550
Brian Lienbach, #161739
Ann Howitt, #169497
10100 Santa Monica Boulevard, 12th Fl.
Los Angeles, CA 90067
(310) 552-3800
(310) 552-9434 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*

CERTIFICATE OF SERVICE

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on June 26, 2018 and that this system will provide notice of such filing to all counsel of record.

By: */s/ Brian Lienbach*
ENGSTROM LIPSCOMB & LACK
Walter Lack, #57550
Brian Lienbach, #161739
Ann Howitt, #169497
10100 Santa Monica Boulevard, 12th Fl.
Los Angeles, CA 90067
(310) 552-3800
(310) 552-9434 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*