UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Johnson v. Janssen Research & Development LLC, et al; No. 2:17-cv-1399*

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiff, Robert Johnson, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff has passed away, and his next of kin do not wish to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Dated: June 26, 2018.

            Respectfully submitted,

            s/ Steven D. Davis
            Steven D. Davis
            (IL Bar #6281263)
            TorHoerman Law LLC
            6029 Old Poag Road
            Edwardsville, IL 62025
            Telephone: (618) 656-400
            Facsimile (618) 656-4401
            sdavis@thlawyer.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

                                                      s/ Steven D. Davis
                                                      Steven D. Davis