MINUTE ENTRY
FALLON, J.
JUNE 27, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 14-2669 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Andy Birchfield, Esq. for Plaintiffs
              Steve Glickstein, Esq., for Defendants

Joint Motion of Defendants to Certify for Interlocutory Appeal Under 28 U.S.C. 1292(b) (9778)

After oral argument – after argument, motion was taken under submission

JS10:   1:09