# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| | |
|---|---|
| Timothy Carpenter and Linda Carpenter v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:15-cv-00929 |

**PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiffs takes this action because Plaintiff Timothy Carpenter passed away on February 25, 2018 and his family does not wish to further prosecute this case.

Dated: June 27, 2018

Respectfully submitted,

By: /s/ Benjamin T. Cochran
BENJAMIN T. COCHRAN
N.C. State Bar No. 28476
Hardison & Cochran, PLLC
7340 Six Forks Road
Raleigh, NC 27615
Phone: (919) 829-0449
Fax: (919) 835-1379
Ben@lawyernc.com

*Attorney for Plaintiff(s)*