# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
Carpenter, et al. v. Janssen Research & Development LLC, et al.
Civil Case No.: 2:15-cv-00929

## ORDER

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge