UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L |
| Eileen Stark, individually and as Representative of the Estate of Michael Stark | |
| Plaintiff | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | Civil Action No. 2:17-cv-8906-EEF-MBN<br><br>EXPARTY/CONSENT MOTION TO SUBSTITUTE PARTY |
| Defendants | |

## EXPARTE/CONSENT MOTION TO SUBSTITUTE PROPER PARTY

NOW INTO COURT, through undersigned counsel, comes Susan Brust, who respectfully moves this Court for an order substituting Susan Brust as party plaintiff for Eileen Stark, her father's estranged wife, for the following reasons:

1.

The above captioned lawsuit was filed on September 11, 2017 on behalf of the Estate of Michael Stark.

2.

Eileen Stark agreed to represent the family until a formal Administrator could be appointed.

3.

On June 6, 2018, Susan Brust, daughter of Michael Stark, was formally appointed to be the Administrator of her father's estate by the probate division of the Circuit Court for Palm Beach County, Florida. (See Exhibit A attached.) Susan Brust is a proper party to substitute as party plaintiff in this matter, and she has the proper capacity to proceed forward with the surviving products liability lawsuit on the family's behalf.

WHEREFORE, Susan Brust respectfully requests that she be substituted as party plaintiff on behalf of the Estate of Michael Stark, her deceased father.

Dated:  June 27, 2018                    Respectfully submitted,

*Isl* David A. Vermont
David A. Vermont, Esquire
HELMSDALE LAW, LLP
6 Consultant Pl., Suite 100-A
Durham, NC  27707
dvermont@helmsdalelaw.com
Telephone: (424) 249-7942
Facsimile: (424) 249-7990
ATTORNEY  FOR PLAINTIFF