UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | * * | SECTION L |
| Eileen Stark, individually and as Representative Of the Estate of Michael Stark v. Janssen Research & Development LLC, et al. Civil Action No. 2:17-cv-8906 | * * * * * | JUDGE ELDON E. FALLON |

*********************************************

## PROPOSED ORDER ON EXPARTE/CONSENT MOTION TO SUBSTITUTE PROPER PARTY

Considering the foregoing Exparte/Consent Motion to Substitute Proper Party,

IT IS HEREBY ORDERED that Susan Brust, as the Administrator of the Estate of Michael Stark, be substituted as proper party.

DATED:

_____
Honorable Eldon E Fallon
United States District Court Judge