# **EXHIBIT A**

Letters of Administration for the

Estate of Michael Stark

Filing # 73139171 E-Filed 06/06/2018 09:18:41 AM

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

MICHAEL STARK,
Deceased.

File No.
502018CP002517XXXXSB

Division: IZ

## LETTERS OF ADMINISTRATION
(single Personal Representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, MICHAEL STARK, a resident of Lake Worth, Palm Beach County Florida, died on November 6, 2016, owning assets in the State of Florida, and

WHEREAS, SUSAN BRUST a/k/a SUSIE BRUST has been appointed Personal Representative of the estate of the decedent and have performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare SUSAN BRUST duly qualified under the laws of the State of Florida to act as Personal Representative of the estate of MICHAEL STARK, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on __June 6__ 2018.

All assets must be placed in a Restricted Depository, pursuant to Fla. Stat. § 69.031(1). No distribution without Court Order

_____
Circuit Judge

COPIES FURNISHED TO:
TARA WOOD, ESQ., 2000 GLADES ROAD, STE 312
BOCA RATON, FLORIDA 33431

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy as recorded in my office and the same is in full force and effect.
THIS __ DAY OF _____, 20__
SHARON R. BOCK
CLERK & COMPTROLLER
By_____
DEPUTY CLERK

Estate must be closed __12__ months from the date of order

No copies received by the court
No envelopes received by the court ✓

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 06/06/2018 09:18:41 AM

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA PROBATE DIVISION

IN RE: ESTATE OF

MICHAEL STARK,
Deceased.

File No.
502018CP002517XXXXSB

Division: IZ

## ORDER APPOINTING PERSONAL REPRESENTATIVE
(intestate – single)

On the petition of SUSAN BRUST a/k/a SUSIE BRUST, for administration of the estate of MICHAEL STARK, deceased, the court finding that the decedent died on November 6, 2016, and that SUSAN BRUST is entitled to appointment as Personal Representative by reason that she is a daughter and heir of the decedent, and who is qualified to be Personal Representative, it is

ADJUDGED that SUSAN BRUST is appointed Personal Representative of the estate of the decedent, and that upon taking the prescribed oath, filing designation and acceptance of resident agent, and entering into bond in the sum of ____Ø____ letters of administration shall be issued.

ORDERED on __June 6__ 2018.

All assets must be placed in a Restricted Depository, pursuant to Fla. Stat. § 69.031(1). No distribution without Court Order

_____
Circuit Judge

COPIES FURNISHED TO:
TARA WOOD, ESQ., 2000 GLADES ROAD, STE 312
BOCA RATON, FLORIDA 33431