UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) MDL No. 2592
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
)
) JUDGE FALLON
) MAG. JUDGE NORTH
)
)
)

**THIS DOCUMENT RELATES TO:**

*Toni Garza v. Janssen Research & Development LLC, et al; No. 2:17-cv-12598*

# ORDER

This matter came before the Court on the Motion to Voluntarily Dismiss With Prejudice, filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss With Prejudice filed by Plaintiff Toni Garza is GRANTED, and the above-captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this 26th day of June, 2018.

_____
Hon. Eldon E. Fallon
United States District Court Judge