UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kenneth Stewart, Ind. and on behalf of the*
*Estate of Sandra Lynn Stewart, deceased v. Janssen Research &*
*Development LLC, et al; No. 2:16-cv-10829*

<u>**ORDER**</u>

This matter came before the Court on the Motion to Voluntarily Dismiss With Prejudice,

filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss With

Prejudice filed by Plaintiff Kenneth Stewart is GRANTED, and the above-captioned case is

DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this 26th day of _____June_____, 2018.

Hon. Eldon E. Fallon
United States District Court Judge