UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> DORIS WHITE ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., BAYER PHARMA ) <br> AG, BAYER CORPORATION, BAYER ) <br> HEALTHCARE LLC, BATER HEALTHCARE ) <br> AG, and BAYER AG ) <br>    Defendants | MDL <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br> Civil Action No.: 2:14-md-02592-EEF-MBN |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** Mark Zamora, Esq., **The Orlando Firm, P.C.,** and hereby enters his appearance as co-counsel for the Plaintiff in the above-styled action. The Clerk and the Court are requested to direct all future notices and communications to the undersigned, as well as all other existing of counsel of record.

Respectfully submitted,

ORLANDO FIRM, P.C.

/s/: Roger W. Orlando
Roger w. Orlando
Georgia Bar No. 554295


/s/: *Mark Zamora, Esq.*
Mark Zamora
Georgia Bar No. 784239
Florida Bar No. 832987


Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via electronic filing this 27th day of June, 2018.

                                        Respectfully submitted,

                                        ORLANDO FIRM, P.C.

                                        /s/: *Roger W. Orlando*
                                        Roger w. Orlando
                                        Georgia Bar No. 554295

                                        /s/: *Mark Zamora, Esq.*
                                        Mark Zamora
                                        Georgia Bar No. 784239
                                        Florida Bar No. 832987

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800