UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| DORIS WHITE<br>     Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BATER HEALTHCARE AG, and BAYER AG<br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:14-md-02592-EEF-MBN |

### PLAINTIFF DORIS WHITE'S MOTION FOR EXTENSION TO SERVE PLAINTIFF'S FACT SHEET/ALTERNATIVELY RESPONSE IN OPPOSITION TO MOTION TO DISMISS COMPLAINT

Plaintiff DORIS WHITE ("WHITE") files this motion and states:

1. This matter was filed on August 8, 2016. The Defendants filed a motion to dismiss the instant action for failure to submit the plaintiff fact sheet.

2. Counsel has asked the Defendants for additional time to file the past due Plaintiff Fact Sheet, but as of the date of this motion, no agreement has been reached.

3. Plaintiff therefore requests an additional 30 days to cure any deficiency.

WHEREFORE, Plaintiff requests that the Court grant this motion.

Respectfully submitted,

ORLANDO FIRM, P.C.

/s/:  *Mark Zamora, Esq.*
Mark Zamora
Georgia Bar No. 784239
Florida Bar No. 832987

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all opposing counsel in the foregoing matter with **PLAINTIFF DORIS WHITE'S MOTION FOR EXTENSION TO SERVE PLAINTIFF FACT SHEET** via electronic filing this 27th day of June, 2018.

via electronic filing this 27th day of June, 2018

Respectfully submitted,

ORLANDO FIRM, P.C.

/s/:  *Mark Zamora, Esq.*
Mark Zamora
Georgia Bar No. 784239
Florida Bar No. 832987

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800