**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Abernathy, Frances | 2:17-cv-11623 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Abernathy, Kim | 2:17-cv-10644 | Cochran Legal Group, LLP |
| 3. | Adams-Hughes, Rosemary | 2:17-cv-12174 | Fears Nachawati, PLLC |
| 4. | Aguilar, Madeline | 2:17-cv-09959 | The Driscoll Firm, P.C. |
| 5. | Allred, Thomas | 2:17-cv-11627 | Lenze Lawyers, PLC |
| 6. | Andrick, Joyce | 2:17-cv-10866 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 7. | Arnett, Ina M. | 2:17-cv-11135 | Grant & Eisenhofer P.A. |
| 8. | Astacio, Johanna | 2:17-cv-10700 | Reich & Binstock |
| 9. | Avakian, Nvard | 2:17-cv-12169 | Fears Nachawati, PLLC |
| 10. | Barber, Richard | 2:17-cv-10645 | Cochran Legal Group, LLP |
| 11. | Baun, Allen | 2:17-cv-10646 | Cochran Legal Group, LLP |
| 12. | Brown, Betty | 2:17-cv-13042 | Lenze Lawyers, PLC |
| 13. | Casados, Julia | 2:17-cv-12606 | The Miller Firm, LLC |
| 14. | Chaney, Elijah | 2:17-cv-09987 | The Driscoll Firm, P.C. |
| 15. | Chernesky, Beth | 2:17-cv-10395 | Heninger Garrison Davis, LLC |
| 16. | Davis, Julie | 2:17-cv-09800 | Lenze Lawyers, PLC |
| 17. | DeFrank, Margaret D. | 2:17-cv-12193 | Motley Rice LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 18. | Deluso, Victor | 2:17-cv-10637 | Slater, Slater Schulman, LLP |
| 19. | Drape, Lula | 2:17-cv-09978 | The Driscoll Firm, P.C. |
| 20. | Draper, John, Sr. | 2:17-cv-13065 | Slater, Slater Schulman, LLP |
| 21. | Fagan, Anthony | 2:17-cv-13342 | Lenze Lawyers, PLC |
| 22. | Farmer, James | 2:17-cv-11176 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 23. | Ferguson, Alfred, Jr. | 2:17-cv-09896 | The Driscoll Firm, P.C. |
| 24. | Fields, Anastasia | 2:17-cv-11179 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 25. | Fitzgerald, William | 2:17-cv-12153 | Douglas & London, P.C. |
| 26. | Gardner, James Hays | 2:17-cv-10647 | Cochran Legal Group, LLP |
| 27. | Godio, Bill | 2:17-cv-11944 | Johnson Law Group |
| 28. | Graham, Tonya | 2:17-cv-10948 | Johnson Law Group |
| 29. | Hair, Thelma | 2:17-cv-11103 | Johnson Law Group |
| 30. | Hancock, Charles | 2:17-cv-10572 | Fears Nachawati, PLLC |
| 31. | Herrington, Pamela | 2:17-cv-13039 | Lenze Lawyers, PLC |
| 32. | Hill, Terry | 2:17-cv-10649 | Cochran Legal Group, LLP |
| 33. | Holmes, Juanita | 2:17-cv-10075 | The Driscoll Firm, P.C. |
| 34. | Holmes, Thelma | 2:17-cv-09765 | Johnson Law Group |
| 35. | Jackson, Anne | 2:17-cv-09983 | The Driscoll Firm, P.C. |
| 36. | Kincaid, Roger | 2:17-cv-09980 | The Driscoll Firm, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 37. | Kiser, Barbara | 2:17-cv-12745 | Avram Blair & Associates, P.C. |
| 38. | Knox, Roberta | 2:17-cv-10875 | Johnson Law Group |
| 39. | Lacy, John | 2:17-cv-12746 | Avram Blair & Associates, P.C. |
| 40. | Lee, Joyce A. | 2:17-cv-10323 | Slater, Slater Schulman, LLP |
| 41. | Lemond, Doyle F. | 2:17-cv-09732 | Fears Nachawati, PLLC |
| 42. | Little, Joseph | 2:17-cv-13405 | Douglas & London, P.C. |
| 43. | Lopez, Abedon, Jr. | 2:17-cv-10066 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 44. | Lower, William | 2:17-cv-09631 | Napoli Shkolnik, PLLC |
| 45. | Luce, Lawrence | 2:17-cv-11603 | The Schlemmer Firm, LLC |
| 46. | Mantel, Jewel | 2:17-cv-10787 | Driggs, Bills & Day, P.C. |
| 47. | Martin, Carmella | 2:17-cv-12380 | Lenze Lawyers, PLC |
| 48. | May, Charles | 2:17-cv-11608 | The Schlemmer Firm, LLC |
| 49. | Mitchell, Michael | 2:17-cv-11664 | Jackson Allen & Williams, LLP |
| 50. | Moore, Joseph | 2:17-cv-10706 | Slater, Slater Schulman, LLP |
| 51. | Mosteller, Betty | 2:17-cv-11639 | Reich & Binstock |
| 52. | O'Reilly, Peter | 2:17-cv-10509 | Douglas & London, P.C. |
| 53. | Rankin, Charles | 2:17-cv-11089 | Grant & Eisenhofer P.A. |
| 54. | Sanders, Gordon L. | 2:17-cv-10280 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 55. | Serna, Maria | 2:17-cv-10938 | Reich & Binstock |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 56. | Shaw, Stanley | 2:17-cv-13344 | Lenze Lawyers, PLC |
| 57. | Sheridan, Gloria | 2:17-cv-12213 | The Driscoll Firm, P.C. |
| 58. | Singer, Edith | 2:17-cv-10142 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 59. | Smith, Angela | 2:17-cv-11725 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 60. | Smith, Jacqueline | 2:17-cv-09908 | The Schlemmer Firm, LLC |
| 61. | Sowl, John | 2:17-cv-13677 | Johnson Law Group |
| 62. | Spiegel, Ronald | 2:17-cv-11310 | Reich & Binstock |
| 63. | Swan, Mark A. | 2:17-cv-10151 | Medley Law Group |
| 64. | Turner, Anthony | 2:17-cv-10650 | Cochran Legal Group, LLP |
| 65. | Walker, Marguerite | 2:17-cv-09825 | Douglas & London, P.C. |
| 66. | Wallin, Carroll | 2:17-cv-12143 | Wexler Wallace LLP |
| 67. | Whisler, Angela | 2:17-cv-11219 | Reich & Binstock |
| 68. | Williams, Ricky | 2:17-cv-13343 | Lenze Lawyers, PLC |