**UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| v. | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

*Filberto Martinez, Jr., Individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10013

*Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-03391

*Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-00856

*Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-10460

*Howard Rosebaum v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-04676

*Adoracion M. Azurin v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-15008

*Franklin Barruga v. Janssen Research & Development, LLC, et al.*, Case No.: 2:17-cv-07285

*Kathleen Bassini, Individually and O/B/O Ronaldo Bassini v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-09936

*Shelia Garcia v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-13183

*Kenneth Dant, Individually and O/B/O Violet Dant v. Janssen Research & Development, LLC, et al.*, Case No:. 2:16-cv-13163

**O R D E R**

Considering the above and foregoing Motion to Enroll as Counsel;

IT IS ORDER, ADJUDGED AND DECREED that Sindhu Daniel and Anna Rol of the law firm of Baron & Budd, P.C. be allowed to and are enrolled as counsel for Plaintiffs and that D. Matthew Haynie be removed from the record in the above entitled and numbered actions.

Signed this 28th day of June, 2018.

_____
JUDGE ELDON E. FALLON