# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| v. | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Filberto Martinez, Jr., individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al.,* Case No.: 2:16-cv-10013 | MAG. JUDGE MICHAEL NORTH |
| *Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al.,* Case No.: 2:16-cv-03391 | |
| *Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al.,* Case No.: 2:17-cv-00856 | |
| *Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al.,* Case No.: 2:16-cv-10460 | |
| *Howard Rosebaum v. Janssen Research & Development, LLC, et al.,* Case No.: 2:16-cv-04676 | |

## **ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDER, ADJUDGED AND DECREED that Samantha Mertz, M. Elizabeth Graham, Thomas Ayala and Paige Alderson of Grant & Eisenhofer P.A. be allowed to enroll as co-counsel of record in the above-entitled and numbered actions along with Sindhu Daniel and Anna Rol of Baron & Budd, P.C.

Signed this ____ day of _____, 2018.

_____
JUDGE ELDON E. FALLON