# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Eileen Stark as Representative of the Estate of Michael Stark v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-8906

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10029, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Susan Brust, daughter and Administrator of the Estate of Michael Stark, is substituted for Plaintiff Eileen Stark as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 28th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE