UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABIN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Ann Garay v Janssen Pharmaceuticals, Inc. et al.*
**Civil Action No. 2:15-cv-03062**

## NOTICE AND SUGGESTION OF DEATH

Undersigned Counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Ann Garay, which occurred on April 4, 2018. Counsel respectfully informs the Court that a Motion to Substitute Party Plaintiff will be filed by Patricia Youngblood, as duly appointed Executrix of the Estate of Ann Garay. A copy of Plaintiff's Death Certificate is attached hereto and incorporated herein as Exhibit 1.

Dated: July 2, 2018

/s/ *Robert A. Young*
/s/ *Jessica R. Surber*
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College St., P.O. Box 770
Bowling Green, KY 42102
Phone: 270-781-6500
Facsimile: 270-782-7782
byoung@elpolaw.com
jrsurber@elpolaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2018, the foregoing document was filed with the Clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ Jessica R. Surber
                JESSICA R. SURBER
                jrsurber@elpolaw.com