# Registrar of Vital Statistics
# Certified Copy



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

**5294633**

**KENTUCKY CERTIFICATE OF DEATH**

116  201814190
Case #: E201804060096

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | ANN LOIS GARAY |
| 1b. LAST NAME PRIOR TO FIRST MARRIAGE | BENTLEY |
| 2. SEX | FEMALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | April 04, 2018 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE-LAST BIRTHDAY (Years) | 80 |
| 6. DATE OF BIRTH | 01/26/1938 |
| 7. COUNTY OF DEATH | WARREN |
| 8. PLACE OF DEATH | Nursing Home/Long Term Care Facility |
| 9. FACILITY NAME | BOWLING GREEN NURSING AND REHABILITATION CENTER |
| 10. CITY OR TOWN, STATE AND ZIP CODE | BOWLING GREEN, KY 42104 |
| 11. BIRTHPLACE | JENKINS, KENTUCKY |
| 12. MARITAL STATUS | Widowed |
| 13. SURVIVING SPOUSE | |
| 14. DECEDENT'S USUAL OCCUPATION | HAIRDRESSER |
| 15. KIND OF BUSINESS/INDUSTRY | BEAUTY |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | WARREN |
| 17c. CITY OR TOWN | BOWLING GREEN |
| 17d. STREET AND NUMBER | 1320 GIRKIN BOILING SPRINGS RD |
| 17e. ZIP CODE | 42101 |
| 17f. INSIDE CITY LIMITS? | No |
| 18. DECEDENT'S EDUCATION | High School Graduate or GED Completed |
| 19. DECEDENT OF HISPANIC ORIGIN? | No, not Spanish/Hispanic/Latino |
| 20. DECEDENT'S RACE | White |
| 21. FATHER'S NAME | ALEX BENTLEY |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | EVA CHRISTINE MILLER |
| 23a. INFORMANT'S NAME | PATRICIA YOUNGBLOOD |
| 23b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 23c. MAILING ADDRESS | 1320 GIRKIN BOILING SPRINGS RD, BOWLING GREEN, KY 42101 |
| 24. METHOD OF DISPOSITION | Cremation |
| 25. PLACE OF DISPOSITION | VOGT CREMATORY |
| 26. LOCATION | BOWLING GREEN, KY |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | KENNETH N. CONE |
| DATE SIGNED | 04/06/2018 |
| 28. KY LICENSE NUMBER | 5160 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | CONE FUNERAL HOME, 1510 CAMPBELL LANE, BOWLING GREEN, KY 42104 |
| 30. DATE PRONOUNCED DEAD | 04/04/2018 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | 0304 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | Yes |

**CAUSE OF DEATH**

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE | a. CEREBROVASCULAR ACCIDENT | 1 MONTH(S) |
| DUE TO | b. DIABETES | UNKNOWN |

| Field | Value |
|---|---|
| 34. MANNER OF DEATH | Natural |
| 35. WAS AN AUTOPSY PERFORMED? | No |
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | No |
| 38. IF FEMALE | Not pregnant within past year |
| 46. TO BE COMPLETED BY CERTIFIER | To the best of my knowledge, death occurred at the time, date, and place, and due to cause(s) and manner stated. |
| 47. DATE CERTIFIED | 04/26/2018 |
| SIGNATURE | JOSEPH R. ALLEN M.D. |
| 48. LICENSE NUMBER | KY30657 |
| 49. TITLE OF CERTIFIER | PHYSICIAN |
| 50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | JOSEPH ALLEN, GREENVIEW MEDICAL GROUP THE ALLEN CLINIC, 746 CAMPBELL LANE, STE 101, BOWLING GREEN, KY 42104 |
| 51. REGISTRAR'S SIGNATURE | Paul F. Royce |
| 52. DATE FILED | 04/26/2018 |

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

I, Paul F. Royce, Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky this _____31st_____ day of _____May_____, 20__18__.

FORM VS NO. 1-A
(REVISED 06/2015)

Paul F. Royce
State Registrar