```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE: XARELTO (RIVAROXABAN)     *   MDL 2592 "L"
PRODUCTS LIABILITY LITIGATION    *
                                 *
                                 *   June 27, 2018
                                 *
                                 *
THIS DOCUMENT RELATES TO         *   Judge Eldon E. Fallon
ALL CASES                        *
                                 *
                                 *   Mag. Judge Michael North
*******************************************************************

     REPORTER'S OFFICIAL TRANSCRIPT OF THE STATUS CONFERENCE
            BEFORE THE HONORABLE ELDON E. FALLON,
                    UNITED STATES JUDGE.

*******************************************************************
```

**APPEARANCES:**

FOR THE PLAINTIFFS:         GAINSBURGH BENJAMIN DAVID
                            MEUNIER & WARSHAUER
                            BY: GERALD MEUNIER
                            1100 POYDRAS ST., STE 2800
                            NEW ORLEANS, LA  70163


FOR THE DEFENDANTS:         DRINKER BIDDLE & REATH
                            BY: SUSAN SHARKO, ESQ.
                            600 CAMPUS DRIVE
                            FLORHAM, NJ 70130


**REPORTED BY:**   Mary V. Thompson, RMR, FCRR
                   Official Court Reporter
                   500 Poydras, Room B-275
                   New Orleans, LA 70130
                   (504)589-7783
                   mary_v_thompson@laed.uscourts.gov

**OFFICIAL TRANSCRIPT**

I N D E X

PAGE NO.

Pretrial Orders................................... 3

Case Management Orders............................ 4

Plaintiff Fact Sheet.............................. 6

Defendant Fact Sheet.............................. 6

Order Governing the Parties' Interactions with MDL
Plaintiffs' Prescribing and Treating Physicians.... 9

Bellwether Cases.................................. 9

CMO 6 Cases....................................... 10

State/Federal Coordination........................ 12

Matters Set for Hearing Following the Status
Conference........................................ 13

Next Status Conference............................ 13

OFFICIAL TRANSCRIPT

**P R O C E E D I N G S**

(Call to order of the court.)

THE COURT: Be seated, please.

Good morning, ladies and gentlemen.

Call the case, please.

THE CASE MANAGER: MDL No. 2592, *In Re: Xarelto Products Liability Litigation*.

THE COURT: Liaison counsel, make your appearances for the record, please.

MR. MEUNIER: Jerry Meunier, co-liaison counsel for plaintiffs.

MS. SHARKO: Susan Sharko for the defendants.

THE COURT: We're here today for our monthly meeting. I met recently with the parties. They've given me the proposed agenda. We'll take it in the order presented.

MR. MEUNIER: May it please the Court. Jerry Meunier for the plaintiffs.

Your Honor, in Section 1 of the joint report, there's reference to the pretrial order which has been entered since the last joint report, which is Pretrial Order 14C, having to do with plaintiffs' counsel obtaining the prescribing history and information on physicians involved with their case.

There is an agreement that plaintiffs' counsel have to sign now in order to get that material when the defendants furnish their fact sheets, and I do urge plaintiffs' counsel to

**OFFICIAL TRANSCRIPT**

```
 1  read that agreement, which is attached to 14C, and call liaison
 2  counsel if they have any questions about it.
 3          There are no new case management orders although the
 4  parties have submitted CMO 7 to the Court for consideration which
 5  deals with further discovery in the case.
 6          But the process under CMO 6 is continuing.  We've had
 7  Wave 1 cases now selected.  Wave 2 cases will be picked by the
 8  end of August.
 9          It's important, I think, to note that in the framework
10  of CMO 6, the period for discovery is commenced upon the
11  completion of a full plaintiff fact sheet by the selected
12  plaintiff, and that fact sheet needs to be executed within
13  30 days of plaintiff being selected.  It has to be executed.
14          And the question arose about plaintiffs who had
15  previously completed a fact sheet, got selected, and then how did
16  they communicate to the defendants that the previously completed
17  fact sheet was up-to-date and didn't need any further editing or
18  updating.
19          And there's been an agreement now reached where counsel
20  for that plaintiff will get the plaintiff to sign a verification
21  that the previous fact sheet is complete.  And when that
22  verification is given to the defendants, that will trigger the
23  period of time for discovery.
24          And there may be an amended order submitted to the
25  Court to clarify this arrangement, but it certainly applies not
```

Timestamps: 09:00:04, 09:00:21, 09:00:40, 09:00:58, 09:01:14

OFFICIAL TRANSCRIPT

1  just to Wave 1 but to the Wave 2 cases going forward.
2          THE COURT: Do I understand that if there are changes,
3  then the fact sheet will be amended to reflect those changes?
4          MR. MEUNIER: Yes.
5          There is a motion for -- a show cause motion that has
6  been filed by the defendants dealing with deficiencies in fact
7  sheets or failure to complete fact sheets, and that motion, as I
8  appreciate it, is now to be heard by the Court on July 17th.
9          We do still have the process in this case whereby the
10 defendants' and plaintiffs' counsel can confer before any motion
11 practice to see if some of the deficiency issues can be worked
12 out through communications with individual counsel.
13         Your Honor --
14         THE COURT: It's important in those matters that -- I'm
15 not -- I'm interested in trying to get the fact sheets completed
16 as opposed to dismissing cases. When they are not completed, I
17 give them enough time. But after a period of time that they're
18 not completed, particularly indicating that there is use of the
19 drug -- if that's not in, then they shouldn't be in this
20 litigation. They should be in other litigation.
21         Susan.
22         MS. SHARKO: Yes. So this order to show cause, which
23 will be heard on July 17th, is for the CMO 6 cases as distinct
24 from the rest of the pool.
25         I gave Your Honor's law clerk an amended set of

OFFICIAL TRANSCRIPT

1  exhibits this morning, because, since filing it, we've had a fair
2  amount of compliance, which is a good thing.
3           THE COURT:  Yeah.
4           MS. SHARKO:  So there are now 21 cases in CMO 6 where
5  we don't have a PFS at all; 29 where the plaintiffs will either
6  amend their old fact sheet or submit the verification that
7  Mr. Meunier talked about; and then 40 cases that can come off
8  because they've submitted; 3 where they solved the old PFS
9  problem; 13 will come off because they're going to be dismissed;
10 and 2 will come off because those cases will be dismissed.
11          So we're making progress there.  But that's that order
12 to show cause.
13          THE COURT:  Okay.  Good.
14          MR. DAVIS:  Your Honor, we're attempting to keep track
15 of these also, and I just ask that Susan give us a copy of
16 whatever she provided the law clerk so we can check our records
17 as well.
18          MS. SHARKO:  And I will.  I always do.
19          THE COURT:  Thank you, Susan.
20          MR. MEUNIER:  Your Honor, I think Jake Woody is here
21 for BrownGreer to make a presentation to the Court.
22          THE COURT:  Okay.
23          MR. WOODY:  Good morning, Your Honor.  Jake Woody from
24 BrownGreer.  I have a quick update on the status of fact sheets
25 in this case generally.

OFFICIAL TRANSCRIPT

1            So far we have 21,778 fact sheets submitted.  That's an
2  increase of 300 since my last report to you last month.
3            The total of plaintiffs in our system is 23,158, which
4  is an increase of 155.
5            We are keeping track of dismissals in our system as
6  well, so the total plaintiffs includes, to the extent we can
7  tell, plaintiffs who have not been dismissed.  So we keep those
8  up-to-date in our system so that we can report on accurate
9  numbers.
10           And we have 1,380 fact sheets that are in progress that
11  haven't been submitted yet, which is pretty much par for the
12  course.
13           In May of 2018 we received 400 fact sheets.
14           So far in June we have 399.
15           The average that we receive a month is about 469.  The
16  last three months have been a little bit lower than that so we'll
17  keep an eye on it and see if that number is changing, but it does
18  seem to be fairly steady over the life of this case so far.
19           The age information of all the plaintiffs who submitted
20  fact sheets is this slide (indicating).
21           The biggest group is the age group 70 to 79 with
22  30 percent of all plaintiffs in that age group.
23           As you can tell, most plaintiffs are over the age of
24  60.  82 percent are over the age of 60.  And that number is
25  steady and not really changing other than over the course of the

OFFICIAL TRANSCRIPT

```
               1  MDL people, obviously, get older so it changes.  But the ages
               2  that are coming in are normal for the life of the MDL.
               3            THE COURT:  Okay.
               4            MR. WOODY:  The most common injury is gastrointestinal
    09:06:00   5  bleeding.  49 percent of plaintiffs allege that injury, which is
               6  by far the greatest category.
               7            The next category is the "other" category, which is a
               8  variety of different things.  And that's only 21 percent.
               9            So most people do allege a GI bleed, about half of
    09:06:14  10  them, actually; and people do allege multiple injuries and we
              11  count them all on this slide.  But that number is steady and not
              12  really changing despite the fact that we're getting 4- or 500
              13  fact sheets a month.
              14            Finally, the indication information, which is the
    09:06:30  15  reason that people took Xarelto.
              16            The most common indication is reduction of risk of
              17  stroke.  53 percent of all plaintiffs took it for that reason.
              18            The next size category is treatment of DVT, which is
              19  only 16 percent.
    09:06:45  20            So we have some very common themes in this case between
              21  age and injury and indication, and those numbers are steady and
              22  not really changing.
              23            I last month did this analysis on the CMO 6 population,
              24  and it matched up fairly well.  And that number isn't changing
    09:07:01  25  too much here.
```

**OFFICIAL TRANSCRIPT**

```
 1              So that is my report for this month.
 2              THE COURT:  All right.  Thank you, Jake.
 3              MR. WOODY:  Thank you, Your Honor.
 4              MR. MEUNIER:  Your Honor, I want to make mention of
 5   Section 8 of the report, the joint report, and just remind
 6   counsel who are representing Wave 1, or who will be representing
 7   Wave 2 plaintiffs, that there was a pretrial order entered
 8   earlier this year.  It's PTO 28.
 9              It sets forth a new requirement dealing with
10   communications between plaintiffs' counsel and treating or
11   prescribing doctors, and that is that for the purpose of
12   scheduling the doctors' depositions and the discovery under
13   CMO 6, that has to be done jointly with the defense.  Otherwise,
14   the provisions of PTO 28 dealing with recordkeeping and
15   disclosures apply to interactions with physicians.
16              In Section 9 of the report, we reference the pending
17   Fifth Circuit consolidated appeal on the three MDL bellwether
18   trials, *Boudreaux*, *Orr* and *Mingo*.  The briefing schedule set by
19   the Fifth Circuit is still being unfolded, and the next brief due
20   will be the plaintiffs' reply brief due on July 9th in response
21   to the defendants' cross appeal.
22              As the Court knows, the defendants in those cases have
23   cross appealed on matters like preemption.
24              So our reply brief to their cross appeal is due July 9.
25              And then the defendants' response to that is due
```

**OFFICIAL TRANSCRIPT**


July 23rd.

So by the end of July, the briefing, unless extended, will be complete, and that matter will then be ripe for argument and disposition.

09:08:48  In Section 10 there is reference, again, to the CMO 6 cases, and reference to the fact that the defendants have advised us that -- and I believe I heard this morning the number is 114 cases, not 113, which is stated in the report, but 114 of the 600 Wave 1 cases have now been dismissed.

09:09:12  MS. SHARKO:  Yes.  114 have been dismissed.  70 of those were defense-picked.

That's up from last month.  When we were here, 41 had been dismissed.

There have been 12 cases removed from the pool by 09:09:27 agreement of the parties and they'll go back on the docket.

There are 25 cases that have not yet submitted a PFS.  Last month there were 91 so we're making progress there.

There are 29 cases where the plaintiffs have to either update the PFS or verify that it's complete.

09:09:48  There are now 23 cases where the plaintiff died after filing the complaint, and discovery is owed to bring those cases up to par.  We're working with the plaintiffs on that.  We'll probably have to file an order to show cause on them shortly.

There are now eight cases that have subject matter 09:10:07 jurisdiction issues, and three of those eight are fatal.  And so

1  we continue to talk with the plaintiffs and urge them to fix that
2  so the cases can go forward in the proper court.
3          There are six cases where the key defendant hasn't been
4  served in those cases.  It's Janssen.  And we emphasize to the
5  plaintiffs that they have to serve us.  You can serve by mail.
6  It's not that hard.  But we have to comply with that.
7          We still have three duplicate-filed cases in the pool.
8  We're trying to work with the plaintiffs on those.  We find that
9  if it doesn't get resolved, we'll have to file an order to show
10 cause.
11         And lastly we're down to one case that does not have
12 authorization, and it's been long enough.  We'll file an order to
13 show cause on that particular case.
14         THE COURT:  Okay.  Yeah.  The plaintiffs' committee
15 ought to get with the plaintiffs, particularly on the ones on
16 service.  I mean, I don't know why that's delayed so long.
17         MR. DAVIS:  If we can get the list from Susan, we'll do
18 that.  We'll go through it and we'll work with that as it was
19 done in the past.  And we'll continue to work and reach out to
20 the plaintiffs' lawyers.  We've had ongoing communications with
21 them.
22         We also would appreciate getting that information so we
23 can --
24         MS. SHARKO:  Yes.  Andy Birchfield has that list.
25 We've been talking to him regularly and sending him lists and he

**OFFICIAL TRANSCRIPT**

has been helpful in moving the process along.

THE COURT: All right. We ought to get somebody on that, Andy.

MR. BIRCHFIELD: Your Honor, we have. And we've been working all of those lists diligently and those numbers are coming down. We're very close to --

THE COURT: Okay. Good.

MS. SHARKO: Lastly, I would ask, we haven't really started the motion practice on PFS deficiencies, but I would urge the plaintiffs to make sure their PFSs are accurate and complete.

Because we're seeing an increasing number of PFSs -- for example, ones that have a question, Have you ever used Pradaxa, and the answer is "no" and we have pharmacy records now showing the guy was on Pradaxa for over a year before he signed the certification.

That's just one of many examples. So it's in everybody's interest to have an up-to-date and complete PFS.

MR. MEUNIER: Your Honor, Section 11 of the report references state/federal court coordination. I'll make just a brief report to the Court on the Pennsylvania state court proceedings.

The next trial set in Pennsylvania, in Philadelphia, is the Clooney trial August 6th.

The next trial after that is the Rush trial, which is set for December 3rd.

**OFFICIAL TRANSCRIPT**

```
 1          And then on June 15th Judge New entered a CMO providing
 2   for the trials of additional cases starting in June of 2019.
 3   Those cases will be tried every 60 days starting in June of 2019.
 4          THE COURT:  Okay.
 5          MR. MEUNIER:  Your Honor, after the status conference,
 6   there will be oral argument before the Court on the 1292(b)
 7   motion filed by the defendants regarding their Ibanez preemption
 8   motions.
 9          I think other than setting the date for the next status
10   conference, that's it.
11          THE COURT:  All right.  The next one is August 6th.
12   And following that, September 5th.  They will be at 8:30 with the
13   leadership of the committees and 9:00 for the general meeting.
14          MR. MEUNIER:  Thank you, Your Honor.
15          THE COURT:  Anything else from anyone?
16          (No response.)
17          THE COURT:  All right, folks.  Thank you very much.
18          Let's move in to the motion at this time.
19                                  (Proceedings adjourned.)
20                        * * * *
                        CERTIFICATE
21
         I hereby certify this 2nd day of July, 2018, that the
22   foregoing is, to the best of my ability and understanding, a true
     and correct transcript of the proceedings in the above-entitled
23   matter.

24                             /s/ Mary V. Thompson
                               _____
25                             Official Court Reporter
```

**OFFICIAL TRANSCRIPT**