**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Abbott, Janis A. | 2:18-cv-00203 | The Bradley Law Firm |
| 2. | Adams, Victor | 2:18-cv-00074 | Johnson Law Group |
| 3. | Alexander, Valerie Susan | 2:17-cv-17501 | Holland Law Firm |
| 4. | Allen, Steven | 2:17-cv-17382 | SWMW Law, LLC |
| 5. | Barroso, Raul | 2:18-cv-00283 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 6. | Bolding, Halena | 2:18-cv-00212 | Johnson Law Group |
| 7. | Cantes, Richard | 2:17-cv-07569 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |
| 8. | Carrington, Terrance | 2:17-cv-17305 | Pro Se<br><br>(Stern Law, PLLC terminated 4/10/18) |
| 9. | Carter, Lucy Brown | 2:18-cv-00734 | Bruera Law Firm, PLLC |
| 10. | Christie, Jennifer | 2:17-cv-17264 | Pro Se<br><br>(Stern Law, PLLC terminated 4/12/18) |
| 11. | Cunningham, Ruby | 2:18-cv-01202 | Burns Charest LLP |
| 12. | Devall, Barry | 2:18-cv-00262 | Johnson Law Group |
| 13. | Domingo, Cesar | 2:18-cv-00745 | Hovde Dassow + Deets, LLC; Scovern Law; The Lanier Law Firm |
| 14. | Duenas, Estella | 2:18-cv-00124 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 15. | Eaves, Thomas | 2:18-cv-01207 | Burns Charest LLP |
| 16. | Epperson, Jamie | 2:17-cv-17658 | Lenze Lawyers, PLC |
| 17. | Evans, Stephen | 2:17-cv-17371 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 18. | Fick, Ashley | 2:17-cv-17978 | Johnson Law Group |
| 19. | Foster, Roosevelt | 2:18-cv-00941 | Lenze Lawyers, PLC |
| 20. | Fowler, Daria | 2:18-cv-00318 | Johnson Law Group |
| 21. | Freeman, Barbara | 2:17-cv-14091 | Gacovino, Lake, & Associates, P.C. |
| 22. | Gaines, Benjamin | 2:17-cv-17560 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 23. | Grohn, Virginia | 2:18-cv-00319 | Johnson Law Group |
| 24. | Gusewell, Sara | 2:18-cv-00281 | Tor Hoerman Law LLC |
| 25. | Hall, Leona | 2:17-cv-14730 | Salyer Law Office, PLLC |
| 26. | Hall, Mary | 2:17-cv-07569 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |
| 27. | Hall-Wilson, Carolyn | 2:18-cv-01080 | Childers, Schlueter & Smith, LLC |
| 28. | Huxable, Linda F. | 2:18-cv-00998 | Lenze Lawyers, PLC |
| 29. | Jeffery, Rico | 2:18-cv-00120 | Johnson Law Group |
| 30. | Jones, Maude | 2:18-cv-01212 | Slater, Slater Schulman, LLP |
| 31. | Jones, Shedrie | 2:18-cv-00115 | Slater, Slater Schulman, LLP |
| 32. | Kennedy, Craig | 2:18-cv-00730 | Pierce Skrabanek, PLLC |
| 33. | Lemley, Cheryl | 2:18-cv-00969 | Lenze Lawyers, PLC |
| 34. | Lilly, Alma | 2:18-cv-00118 | Slater, Slater Schulman, LLP |
| 35. | Longone, Betty | 2:17-cv-17393 | Slater, Slater Schulman, LLP |
| 36. | Love, Samuel | 2:18-cv-00672 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 37. | Mancebo, John | 2:18-cv-00949 | Excolo Law, PLLC |
| 38. | Martin, Myrtis J. | 2:18-cv-00141 | Lenze Lawyers, PLC |
| 39. | Mason, Lawrence | 2:17-cv-17811 | Gacovino, Lake, & Associates, P.C. |
| 40. | McCormack, Mary | 2:17-cv-17481 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 41. | Medley, Anna | 2:18-cv-00527 | Slater, Slater Schulman, LLP |
| 42. | Mott, Alden | 2:17-cv-17940 | Jackson Allen & Williams, LLP |
| 43. | Narh, Ebony | 2:17-cv-14056 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 44. | Noriega, Lillian | 2:18-cv-01214 | Slater, Slater Schulman, LLP |
| 45. | Nunez, Leonora | 2:18-cv-00487 | Morgan & Morgan Complex Litigation Group |
| 46. | Oakes, Martha | 2:18-cv-00530 | Slater, Slater Schulman, LLP |
| 47. | Rein, David | 2:17-cv-17161 | Jackson Allen & Williams, LLP |
| 48. | Rexstrew, Verla | 2:18-cv-00337 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 49. | Rice, Annette K. | 2:18-cv-00824 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 50. | Richmond-Sanders, Latresa | 2:17-cv-17918 | Lenze Lawyers, PLC |
| 51. | Rogers, Veronica | 2:17-cv-14075 | Fernelius Simon PLLC |
| 52. | Seats, Robbin | 2:17-cv-15622 | Slater, Slater Schulman, LLP |
| 53. | Sigler, Tamara | 2:17-cv-17883 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 54. | Simmons, Cora | 2:18-cv-00568 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 55. | Smith, Frank | 2:17-cv-07569 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 56. | Sparrow, Robert | 2:18-cv-00109 | Johnson Law Group |
| 57. | Tettleton, Steven, Sr. | 2:17-cv-17808 | Avram Blair & Associates, P.C. |
| 58. | Turnbach, Norbert | 2:17-cv-07569 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |
| 59. | Turner, Cara | 2:18-cv-00342 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 60. | White, William K. | 2:17-cv-17867 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 61. | Whitley, Cecil | 2:18-cv-00113 | Slater, Slater Schulman, LLP |
| 62. | Willette, Pepper | 2:18-cv-00528 | Slater, Slater Schulman, LLP |
| 63. | Wray-Brewer, Sonja | 2:18-cv-00153 | Douglas & London, P.C. |