UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| DORIS A. WHITE | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:16-CV-13787 |
| Defendants | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING FAILURE TO PROVIDE AUTHORIZATIONS FOR THE <u>RELEASE OF MEDICAL RECORDS PURSUANT TO CMO 6</u>**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") respectfully request that this Court issue an Order to Show Cause as to why the case of plaintiff Doris A. White ("Plaintiff") case should not be dismissed with prejudice for failure to provide a sufficient authorization for the release of records and related documentation in

1

accordance with Case Management Order ("CMO") 6 and in compliance with Pretrial Order ("PTO") No. 13.

Plaintiff has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of CMO 6, Plaintiff was selected for inclusion in Wave 1 discovery. Pursuant to paragraph 9 of CMO 6, "[e]ach Plaintiff in this proceeding shall complete and serve upon Defendants' Counsel the Records Authorization Forms ("Records Authorizations") to permit collection of records relating to such Plaintiff, including medical and laboratory records from all providers identified in the PFS." *See* CMO 6 ¶ 9. Such "[a]uthorizations are to be signed and dated." *See* PTO No. 13 ¶ 4.

To date, Plaintiff has failed to provide any authorizations signed by Plaintiff for the collection of medical records. Defendants must possess these authorizations and related documents in order to obtain medical records relevant to Plaintiff's claims and in order to begin even initial work up and discovery in this matter. In the absence of sufficient authorizations, Defendants cannot collect Plaintiff's medical records and discovery cannot proceed in this case.[1] Plaintiff has been notified of this deficiency by Defendants' Liaison Counsel on several occasions and has not cured these deficiencies. Plaintiff should be ordered to show cause at 8:30 am on July 17, 2018, before the Court as to why this case should not be dismissed with prejudice.

---

[1] This case is also listed on Defendant's Motion For Order to Show Cause Regarding Plaintiffs Who Have Failed To Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. *See* Rec Docs. 9847; 9945. In addition to failure to provide authorizations, which is delaying any discovery from proceeding whatsoever Plaintiff also has failed to provide an updated PFS in accordance to CMO 6.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**