UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : | MDL No. 2592<br><br>SECTION L |
| DORIS A. WHITE : :     Plaintiff : : v. : : JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, : : : : : : : : : : | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>Civil Action No.: 2:16-CV-13787 |
|     Defendants : | |

**ORDER TO SHOW CAUSE
REGARDING FAILURE TO PROVIDE
AUTHORIZATIONS FOR THE RELEASE OF
<u>MEDICAL RECORDS PURSUANT TO CMO 6</u>**

    Plaintiff, Doris White, has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of CMO 6, Plaintiff was selected for inclusion in Wave 1 discovery. Pursuant to paragraph 9 of CMO 6, "[e]ach Plaintiff in this proceeding shall complete and serve upon Defendants' Counsel the Records Authorization Forms ("Records Authorizations")

1

to permit collection of records relating to such Plaintiff, including medical and laboratory records from all providers identified in the PFS." *See* CMO 6 ¶ 9. Such "[a]uthorizations are to be signed and dated." *See* PTO No. 13 ¶ 4.

To date, Plaintiff has failed to provide any authorizations signed by Plaintiff for the collection of medical records. Defendants must possess these authorizations and related documents in order to obtain medical records relevant to Plaintiff's claims and in order to begin even initial work up and discovery in this matter. In the absence of sufficient authorizations, Defendants cannot collect Plaintiff's medical records and discovery cannot proceed in this case.[1] Plaintiff has been notified of this deficiency by Defendants' Liaison Counsel on several occasions and has not cured these deficiencies. Plaintiff should be ordered to show cause at 8:30 am on July 17, 2018, before the Court as to why this case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 8:30 am on July 17, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge

---

[1] This case is also listed on Defendant's Motion For Order to Show Cause Regarding Plaintiffs Who Have Failed To Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. *See* Rec Docs. 9847; 9945. In addition to failure to provide authorizations, which is delaying any discovery from proceeding whatsoever Plaintiff also has failed to provide an updated PFS in accordance to CMO 6.