## Exhibit A

## Duplicate Filed Cases

| No. | Plaintiff | Docket No. | Plaintiff Counsel (Current) | Init. Compl. Filed Date | Selection |
|---|---|---|---|---|---|
| 1 | Waters, Betty J. (Duplicate 2) | 2:17-cv-00561 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm | 5/19/2016 | MDL Wave 1 Defense Selection |
| | Waters, Betty (Duplicate 1) | 2:16-cv-01047 | Kirkendall Dwyer LLP | 1/20/2016 | |