Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) **MDL No. 2592** |
| | ) |
| **This Document Relates To:** | ) **SECTION:  L** |
| | ) **JUDGE FALLON** |
| *Carol Cocco, Individually and on Behalf of the Estate of Dr. Thomas Cocco v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02946 | ) **MAG. JUDGE NORTH** |
| | ) |
| | ) Date:  July 17, 2018 |
| | ) Time:  9:00 a.m. |
| *James Hunter, Individually and on Behalf of the Estate of Jack Hunter v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13217 | **MOTION TO DEEM SERVICE OF PROCESS CONSTUCTIVELY ACCEPTED, OR IN THE ALTERNATIVE FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS** |
| *Daniel Abbott, et al. v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02605 | |
| *Michael Bowman, Individually and on Behalf of the Estate of Arlene Bowman, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-06612 | |

Plaintiffs in the above-styled and above-numbered cases, through undersigned counsel,

respectfully request that this Court grant their Motion to Deem Service of Process Constructively

Accepted, or in the Alternative for Extension of Time Within Which to Serve Process.  If the

Court does not deem service of process constructively accepted, Plaintiffs respectfully request an

additional sixty days within which to serve process on the Janssen Defendants (the Bayer

Defendants have already been served with process).[1]

       This Motion is supported by Plaintiffs' Brief in Support and the declaration of Charles G.

Orr, which are being filed contemporaneously herewith.

DATED:  July 3, 2018                     Respectfully submitted,

                                    By:    */s/ Charles G. Orr*    \_\_
                                           Charles G. Orr, TX Bar No. 00788148
                                           THE MULLIGAN LAW FIRM
                                           3710 Rawlins Street, #901
                                           Dallas, Texas 75219
                                           Telephone: (214) 219-9779
                                           Facsimile: (214) 520-8789
                                           ***Attorneys for Plaintiff***

---

[1] This motion is being filed in the MDL cause number with reference to both the bundled complaints in which each case at issue was originally filed and the case number for each case as assigned at the time the case was severed and the plaintiffs filed their short form complaints.  As set forth in the accompanying brief, Plaintiffs' counsel served service waiver forms in the bundled complaint numbers on the Janssen Defendants in early June 2018.  Accordingly, the relief sought by way of this motion is applicable equally to Cocco and Hunter as individual cases and the bundled complaints that each was originally filed in.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:    /s/ Charles G. Orr
Charles G. Orr
Attorney for Plaintiff
