Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Carol Cocco, Individually and on Behalf of the Estate of Dr. Thomas Cocco v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02946<br><br>*James Hunter, Individually and on Behalf of the Estate of Jack Hunter v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13217<br><br>*Daniel Abbott, et al. v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02605<br><br>*Michael Bowman, Individually and on Behalf of the Estate of Arlene Bowman, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-06612 | **MDL No. 2592**<br><br>**SECTION:  L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH**<br><br>Date:  July 17, 2018<br>Time:  9:00 a.m.<br><br>**NOTICE OF SUBMISSION OF MOTION TO DEEM SERVICE OF PROCESS CONSTUCTIVELY ACCEPTED, OR IN THE ALTERNATIVE FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS** |

PLEASE TAKE NOTICE that Wave I remand plaintiffs Carol Cocco, Individually and on Behalf of the Estate of Dr. Thomas Cocco (Cocco), and James Hunter, Individually and on Behalf of the Estate of Jack Hunter (Hunter), will bring for hearing their Motion to Deem

Page 1

Service of Process Constructively Accepted, or in the Alternative for Extension of Time Within Which to Serve Process at 8:30 a.m. on the 17th day of July, 2018, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

DATED: July 3, 2018                                 Respectfully submitted,

                                            By:    /s/ *Charles G. Orr*
                                                       Charles G. Orr, TX Bar No. 00788148
                                                       THE MULLIGAN LAW FIRM
                                                       3710 Rawlins Street, #901
                                                       Dallas, Texas 75219
                                                       Telephone: (214) 219-9779
                                                       Facsimile: (214) 520-8789
                                                       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 3, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            By:    /s/ Charles G. Orr
                                                      Charles G. Orr
                                                      Attorney for Plaintiffs