UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| ROY FINLEY,<br><br>         Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br>         Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | COMPLAINT and JURY DEMAND<br><br>Civil Action No.: 2:16-cv-05853 |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Horace E. Finley, individually, and Amelia Jean Finley Biggs as Power of Attorney for Horace E. Finley as the Plaintiffs in the above captioned matter:

1. Roy Finley filed a complaint in this action on May 13, 2016.

2. Plaintiff, Roy Finley died on November 7, 2016. (See attached Exhibit A, Death Certificate of Roy Finley.)

3. Roy Finley is survived by her husband Horace E. Finley, who is named as sole beneficiary in the Last Will and Testament of Roy Finley. (Attached hereto as Exhibit B.)

4. Amelia Biggs was appointed as the "agent" for Horace E. Finley by General Durable Power of Attorney executed on September 26, 2017 by Horace E. Finley. (Attached hereto as Exhibit C.)

5. A Notice and Suggestion of Death was filed in this matter on June 25, 2018. (Attached hereto as Exhibit D.)

6. Horace E. Finley, individually, and Amelia Jean Finley Biggs, as Power of Attorney for Horace E. Finley, are the proper parties to substitute Plaintiff-decedent, Roy Finley, in this matter and have the proper capacity to proceed with the surviving products liability lawsuit on her behalf, pursuant to Federal Rule of Civil Procedure 25 (a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of parties in this action.

Dated: July 3, 2018

By:   /s/ *Brian Katz*_____
Russ M. Herman (La. Bar No.: 6819)
rherman@hhklawfirm.com
Leonard A. Davis (La. Bar No.: 14190)
ldavis@hhklawfirm.com
Brian D. Katz (La. Bar No. 24137)
bkatz@hhklawfirm.com
Stephen J. Herman (La. Bar No.: 23129)
Sherman@hhklawfirm.com
Soren Gisleson (La. Bar No.: 26302)
sgisleson@hhklawfirm.com

Joseph Cain (La. Bar No.: 29785)
jcain@hhklawfirm.com
Dr. Joseph Kott (La. Bar No.: 24499)
jkott@hhklawfirm.com

HERMAN HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brian D. Katz
BRIAN D. KATZ