# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## N.C. VITAL RECORDS — CERTIFICATE OF DEATH

**REGISTRATION DISTRICT NO.:** 0700  
**LOCAL NO.:** —  
**COUNTY OF DEATH:** Pasquotank  
**STATE FILE NO.:** —

### DECEDENT
- **1a. First:** Roy
- **1b. Middle:** Ann
- **1c. Last:** Finley
- **1d. Suffix:** —
- **1e. Last Name Prior to First Marriage:** Leary
- **2. Sex:** F
- **3a. Age – Last Birthday (Yrs):** 83
- **4. Date of Birth:** [redacted]
- **5. Birthplace:** Camden Co., NC
- **6. Date of Death:** [redacted]

### Place of Death
- **7a./7b.:** Decedent's home
- **7d. City or Town:** Elizabeth City
- **7e. County of Death:** Pasquotank

### Marital Status / Spouse / Occupation
- **8. Marital Status:** Married
- **9. Surviving Spouse (Name prior to first marriage):** Horace Eugene Finley
- **10a. Decedent's Usual Occupation:** Homemaker
- **10b. Kind of Business/Industry:** Own Home

### Residence
- **12a. State:** North Carolina
- **12b. County:** Pasquotank
- **12c. City or Town:** Elizabeth City
- **12e. Inside City Limits:** No
- **12f. Zip Code:** 27909
- **13. Was Decedent Ever in U.S. Armed Forces:** No

### Demographics
- **14. Decedent's Education:** High school graduate or GED completed
- **15. Hispanic Origin:** No, not Spanish/Hispanic/Latino
- **16. Race:** White

### Parents
- **17. Father's Name:** Norman Leroy Leary
- **18. Mother's Name Prior to First Marriage:** Viola Squires

### Informant
- **19a. Informant's Name:** Horace Eugene Finley
- **19b. Relationship:** Husband
- **19c. Mailing Address:** Elizabeth City, NC 27909

### Disposition
- **20a. Method of Disposition:** Cremation
- **20b. Place of Disposition:** Albemarle Crematory
- **20c. Location:** Elizabeth City, NC
- **21a. Signature of Funeral Director:** Jerome Rio
- **21b. License Number:** 1863
- **22. Funeral Home:** Twiford Funeral Homes Elizabeth City, 405 E. Church Street, Elizabeth City, NC 27909

### Medical Certification
**23. Part I. Cause of Death:**
- a. Immediate cause: MI — Myocardial Infarction
- b. Due to: Emphysema
- c. Due to: CHF — Congestive Heart Failure
- d. Due to: DM — Diabetes Mellitus

**Part II. Other significant conditions:** CAD, HTN — Coronary Heart Disease, Hypertension

- **24a. Autopsy Performed:** No
- **24b. Autopsy Findings Available:** No
- **25. Manner of Death:** Natural
- **26a. Case Referred to Medical Examiner:** No
- **27. Time of Death (Approximate):** 8:30 am
- **28. Did Tobacco Use Contribute to Death:** Unknown
- **29. If Female:** Not pregnant within past year
- **31c. Injury at Work:** No

### Certifier
- **32. Certifier:** Certifying physician/nurse practitioner/physician assistant
- **33a. Signature and Title of Certifier:** Tanely White, FNP
- **33b. License Number:** NC 201621
- **33c. Date Signed:** 11/10/16
- **33d. Name and Address of Certifier:** Tanely White, FNP / Sentara Family Medicine Physicians, 1141 N Road St, Elizabeth City, NC
- **34. Local Registrar:** Jerry L. Parks, MPH
- **35. Date Filed:** 11-14-2016

---

**STATE OF NORTH CAROLINA**  
**COUNTY OF PASQUOTANK**

THIS is to certify that the foregoing or annexed instrument is a true and correct copy of the original certificate on file in this office and recorded in Volume ___ Page ___. WITNESS my hand and Official Seal, this 14th day of November, 2016.

JOYCE W. PRITCHARD  
REGISTER OF DEEDS  
BY: Penny [signature], Deputy

**Exhibit A**