NORTH CAROLINA

CAMDEN COUNTY

*COPY*

## LAST WILL AND TESTAMENT

I, ROY ANN FINLEY of Shiloh, Camden County, North Carolina, do hereby revoke all Wills and Codicils heretofore made by me and do hereby publish and declare this my Last Will and Testament in manner and form as follows:

### ARTICLE I

I direct my Executor hereinafter named to pay all of my just debts and funeral expenses, and to erect at my grave such monument and to make such provision for the care of my cemetery lot as he may deem proper. All estate, inheritance and other taxes imposed upon or by reason of my death with respect to any property included within my gross estate for the purpose of such taxes shall be paid from my estate after the above items have been paid.

### ARTICLE II

I will, devise and bequeath all of my property, both real and personal, of every kind and description, wherever same may be located, to my beloved husband, Horace Eugene Finley.

### ARTICLE III

In the event my husband, Horace Eugene Finley, should predecease me, or should we meet death simultaneously, then I will, devise and bequeath all of my property of every kind, nature and description, both real and personal, to our five children, Norman Leroy Finley, Amelia Jean Finley Etheridge, Stephen Wood

TRIMPI
THOMPSON & NASH
ATTORNEYS AT LAW
146 NORTH ROAD STREET
ELIZABETH CITY, N.C. 27909
AREA CODE 919
TELEPHONE 338 0104

**Exhibit B**

Finley, Karen Marie Finley Godfrey and Thomas Randall Finley in equal shares, share and share alike.

In the event one of my children should predecease me or should we meet death simultaneously and that child leaves surviving at the time of my death, living issue, then I will, devise and bequeath said deceased child's interest in my estate to his or her living issue, in equal shares, share and share alike.

ARTICLE IV

I appoint my husband, Horace Eugene Finley, to be the Executor of this my Last Will and Testament to serve without bond, and I do hereby grant unto said Executor full power and authority to sell any property or do any act which in his opinion is reasonably necessary for the proper administration of my estate; however, should my husband, Horace Eugene Finley, predecease me, or should he die before my estate is fully administered, or should he not elect to serve as the Executor of my estate, then I constitute and appoint my son, Norman Leroy Finley, the Executor of my estate with the same powers and authorities described above.

IN TESTIMONY WHEREOF, I sign, seal, publish and declare this instrument to be my Last Will, this 23 day of August, 1985 at Elizabeth City, North Carolina.

*Roy Ann Finley* (SEAL)
ROY ANN FINLEY

The foregoing instrument was signed, sealed, published and declared by the above-named Testatrix as her Last Will and Testament in our presence, and we, at her request and in her presence, and in the presence of each other, have hereunto

TRIMPI
THOMPSON & NASH
ATTORNEYS AT LAW
146 NORTH ROAD STREET
ELIZABETH CITY, N.C. 27909
AREA CODE 919
TELEPHONE 338-0104

subscribed our names as witnesses on the day and year first above set out.

Paulette B. Lamb
Name

Camden, North Carolina
Address

Sharon G. Hurt
Name

Elizabeth City, NC
Address

C. Everett Thompson
Name

Eliz. City NC
Address

STATE OF NORTH CAROLINA

PASQUOTANK COUNTY

Before me, the undersigned Notary Public, on this day personally appeared Roy Ann Finley, known to me to be the Testatrix, and Paulette B Lamb, Sharon E. Hurt and C. Everett Thompson known to me to be the witnesses, whose names are signed to the foregoing instrument, and all of these persons being by me first duly sworn.

The Testatrix declare to me and to the witnesses in my presence: that said instrument is her Last Will; that she has willingly signed same and executed same in the presence of the witnesses of her free and voluntary act for the purposes expressed therein.

The witnesses stated to me that the foregoing instrument was executed and acknowledged by the Testatrix to be her Last Will in their presence, and that they subscribed their names thereto as

TRIMPI
THOMPSON & NASH
ATTORNEYS AT LAW
46 NORTH ROAD STREET
ELIZABETH CITY, N.C. 27909
AREA CODE 919
TELEPHONE 338-0104

attesting witnesses at the request of the Testatrix and in her
presence; and that the Testatrix, at the time of the execution of
her Last Will, was over the age of eighteen years and of sound and
disposing mind and memory.

_Roy Ann Finley_
ROY ANN FINLEY

_Paulette B. Lamb_

_Sharon E. Hut_

SUBSCRIBED, SWORN AND ACKNOWLEDGED to before me, a Notary
Public, by the aforenamed Testatrix and attesting witnesses, this
23 day of August, 1985.

_Melody Lee Griffith_
Notary Public

My Commission Expires:

_July 25, 1990_

WR/mrg

TRIMPI
THOMPSON & NASH
ATTORNEYS AT LAW
146 NORTH ROAD STREET
LIZABETH CITY, N.C. 27909
AREA CODE 919
TELEPHONE 338 0104

attesting witnesses at the request of the Testatrix and in her presence; and that the Testatrix, at the time of the execution of her Last Will, was over the age of eighteen years and of sound and disposing mind and memory.

*Roy Ann Finley*
ROY ANN FINLEY

*Paulette B. Lamb*

*Sharon E. Hurt*

SUBSCRIBED, SWORN AND ACKNOWLEDGED to before me, a Notary Public, by the aforenamed Testatrix and attesting witnesses, this 23 day of August, 1985.

*Melody Lou Griffith*
Notary Public

My Commission Expires:

*July 25, 1990*

WR/mrg

TRIMPI
THOMPSON & NASH
ATTORNEYS AT LAW
1146 NORTH ROAD STREET
ELIZABETH CITY, N.C. 27909
AREA CODE 919
TELEPHONE 338-0104