UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Roy Finley v. Janssen, et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:16-cv-05853 | * * | MAGISTRATE JUDGE NORTH |

**O R D E R**

Considering the Motion for Substitution of Plaintiff;

IT IS ORDERED ADJUDGED AND DECREED that the Plaintiff in the above-entitled action be substituted with Horace E. Finley, individually and Amelia Jean Finley Biggs as Power of Attorney for Horace E. Finley.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge