UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES | : | |
| TO ALL CASES | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

    IT IS HEREBY ORDERED that, considering the *Ex Parte* Motion to Amend Record Document No. 10059, filed by Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, the Motion is hereby GRANTED, and the Court will replace Rec. Doc. 10059, 10059-1, 10059-2, 10059-3, and 10059-4 with the proposed amended pleadings attached to Defendants' Motion on this Court's docket.

    New Orleans, Louisiana this _____ day of _____ 2018.

                                                                _____
                                                                **UNITED STATES DISTRICT JUDGE**