# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :          MDL No. 2592
                                      :
                                      :          SECTION L
                                      :
JOSEPH B. MILES, JR.                  :
                                      :
        Plaintiff                     :          JUDGE ELDON E. FALLON
                                      :
v.                                    :          MAGISTRATE JUDGE NORTH
                                      :
JANSSEN RESEARCH & DEVELOPMENT        :
LLC f/k/a JOHNSON & JOHNSON           :
PHARMACEUTICAL RESEARCH AND           :
DEVELOPMENT LLC, JANSSEN ORTHO        :          Civil Action No.: 2:16-CV-11010
LLC, JANSSEN PHARMACEUTICALS, INC.    :
f/k/a JANSSEN PHARMACEUTICA INC.      :
f/k/a ORTHO-MCNEIL-JANSSEN            :          STIPULATION OF DISMISSAL
PHARMACEUTICALS, INC.,                :              WITH PREJUDICE
BAYER HEALTHCARE                      :
PHARMACEUTICALS INC.,                 :
BAYER PHARMA AG,                      :
BAYER CORPORATION,                    :
BAYER HEALTHCARE LLC,                 :
BAYER HEALTHCARE AG, and BAYER AG,    :
                                      :
        Defendants                    :
_____ :

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice, each party to bear its own fees and costs.

**JOHNSON BECKER, PLLC**
By: /s/ Lisa Ann Gorshe
Lisa Ann Gorshe
Alexandra Robertson
Michael K. Johnson
444 Cedar St.
Suite 1800
St. Paul, MN 55101
Tel: (612) 436-1852
lgorshe@johnsonbecker.com
arobertson@johnsonbecker.com
mjohnson@johnsonbecker.com

Attorneys for Plaintiff
Dated: July 5, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC, and
Janssen Ortho LLC
Dated: July 5, 2018

**ARNOLD & PORTER KAYE
SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: July 5, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: July 5, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 5, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James B. Irwin