UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Betty J. Waters v. Janssen Research & Development, LLC, et al.* | * * * | MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:17-cv-00561 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, Betty J. Waters, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff's case is a duplicate filing and was also filed by Kirkendall Dwyer LLP on 2/4/2016 (16-1047). Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Dated: 7/5/2018

Respectfully submitted,

*/s/ Jonathan Paul Staffeldt*
Jonathan Paul Staffeldt
Milstein Jackson Fairchild & Wade, LLP
10250 Constellation Blvd.
14th Floor
Los Angeles, CA 90067
310-396-9600
Email: jstaffeldt@mjfwlaw.com

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 5, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Jonathan Paul Staffeldt*
Jonathan Paul Staffeldt