# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| v. | |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| | MAG. JUDGE MICHAEL NORTH |
| *Filberto Martinez, Jr., individually and o/b/o the Estate of Nancy Martinez v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10013* | |
| *Barbara Frisone, Individually and o/b/o the Estate of James Murrin v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-03391* | |
| *Robert Naftel, o/b/o the Estate of Saint John Naftel v. Janssen Research & Development, LLC, et al., Case No.: 2:17-cv-00856* | |
| *Hattie King, o/b/o the Estate of Ella Ransom v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-10460* | |
| *Howard Rosebaum v. Janssen Research & Development, LLC, et al., Case No.: 2:16-cv-04676* | |

## **AMENDED MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

COME NOW, Plaintiffs, by and through their undersigned attorneys and respectfully requests that Samantha Mertz, M. Elizabeth Graham, and Thomas Ayala of Grant & Eisenhofer P.A. be enrolled as co-counsel of record along with Sindhu Daniel of Baron & Budd, P.C. in the above-captioned actions.

WHEREFORE, Plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Samantha Mertz, M. Elizabeth Graham, and Thomas Ayala

of Grant & Eisenhofer P.A. as co-counsel of record in the above-entitled and numbered actions along with Sindhu Daniel of Baron & Budd, P.C.

Dated:  July 5, 2018                         **BARON & BUDD, P.C.**

/s/ Sindhu Daniel
Sindhu Daniel
New Jersey Bar No. 010711996
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
sdaniel@baronbudd.com

**GRANT & EISENHOFER P.A.**

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2018, the above and foregoing Amended Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF System.

                                                     */s/ Sindhu Daniel*
                                                     Sindhu Daniel