UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Donald Griffin v. Janssen Research* | * | |
| *& Development, LLC, et al (16-11560 EDLA)* | * | MAG. JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## **ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of the law firm of Herman, Herman & Katz, LLP, be allowed to and is enrolled as co-counsel for Plaintiffs, Donald Griffin and Bernice Griffin, and that Danielle Treadaway Hufft be removed from the record in the above-entitled and numbered actions.

New Orleans, Louisiana this ___5th___ day of ___July___, 2018.

                                                                                            Hon. Eldon E. Fallon
                                                                                            United States District Judge