UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Sandra Carawan v. Janssen Research & Development, LLC, et al (15-06852 EDLA)* | * * | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of the law firm of Herman, Herman & Katz, LLP, be allowed to and is enrolled as co-counsel for Plaintiff, William C. Carawan, individually and on behalf of Sandra Carawan, and that Danielle Treadaway Hufft be removed from the record in the above-entitled and numbered actions.

New Orleans, Louisiana this ___5th___ day of ___July___, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge