UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Alberta Khoury v. Janssen Research & Development, LLC, et al (15-05746 EDLA)* | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of the law firm of Herman, Herman & Katz, LLP, be allowed to and is enrolled as co-counsel for Plaintiff, Donna Raftery, individually, and on behalf of Albert Khoury and that Danielle Treadaway Hufft be removed from the record in the above-entitled and numbered actions.

Dated: __July   5th_____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge