UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Merlin Rudolph v. Janssen Research* | * | JUDGE ELDON E. FALLON |
| *& Development, LLC, et al (15-06640 EDLA)* | * | MAG. JUDGE NORTH |

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Brian Katz, Soren Gisleson, Joseph Cain and Dr. Joseph Kott of the law firm of Herman, Herman & Katz, LLP, be allowed to and is enrolled as co-counsel for Plaintiff, Mary Rudolph, individually, and on behalf of Merlin Rudolph and that Danielle Treadaway Hufft be removed from the record in the above-entitled and numbered actions.

New Orleans, Louisiana this   5th   day of   July  , 2018.

                                                          Hon. Eldon E. Fallon
                                                         United States District Judge