UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Riekenberg v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-17558

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10054 as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Beulah Mae L. Riekenberg, on behalf of her deceased spouse, Lawrence F. Riekenberg, is substituted for Plaintiff Lawrence F. Riekenberg. as the proper party in the above captioned case.

New Orleans, Louisiana, this 5th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE