UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Roy Finley v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-05853

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10064 as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Horace E, Finley, individually and Amelia Jean Finley Biggs as Power of Attorney for Horace E. Finley, on behalf of her deceased spouse, Roy Finley, is substituted for Plaintiff Roy Finley as the proper party in the above captioned case.

New Orleans, Louisiana, this 5th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE