# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| MICHAEL CIALELLA | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: **2:17-CV-12355**  <br><br> **STIPULATION OF DISMISSAL** |
| Defendants | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and counsel for Defendants that the above-captioned matter is dismissed in its entirety as to Defendants and that Plaintiff may refile the lawsuit in his home state of Pennsylvania, subject to the following:

1. The lawsuit is refiled in Plaintiff's home state of Pennsylvania within sixty (60) days and without adding any new Defendants.

2. Defendants agree that for statute of limitations purposes, if the Plaintiff refiles the action in his home state of Pennsylvania within sixty (60) days, the filing date of the case shall be the date on which this case was originally filed in this Multi-District Litigation.

**IT IS FURTHER STIPULATED** that no defenses are waived by entering into this stipulation.

**IT IS FURTHER STIPULATED** that each party shall bear its own costs.

| **THE GALLAGHER LAW FIRM, PLLC** | **DRINKER BIDDLE & REATH LLP** |
|---|---|
| By: /s/ Michael T. Gallagher<br>Michael T. Gallagher<br>Texas Bar No. 07586000<br>2905 Sackett Street<br>Houston, Texas 77098<br>713-222-8080 (Phone)<br>713-222-0066 (Fax)<br><br>Attorneys for Plaintiff<br><br>Dated: July 5, 2018 | By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: July 5, 2018<br><br>**ARNOLD & PORTER**<br>**KAYE SCHOLER LLP**<br><br>By: /s/ Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: July 5, 2018 |

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: July 5, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: July 5, 2018

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on July 5, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ John F. Olinde