UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| ALL CASES | MAGISTRATE NORTH |

## CASE MANAGEMENT ORDER NO. 7

Plaintiffs and Defendants before this Court in MDL No. 2592 having advised the Court that they hereby stipulate and agree through their respective attorneys of record to the terms of the attached AGREEMENT BETWEEN MDL PSC, PCCP LIASION COUNSEL AND DEFENDANTS ON ADDITIONAL DISCOVERY, the Court hereby Orders and adopts this Agreement as Case Management Order No. 7.

NEW ORLEANS, LOUISIANA this 6th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE