UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| DISMISSAL OF JAMES WIER | * * * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:17-cv-02664-EEF-MBN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, **James Wier**, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Dated: July 6, 2018

Respectfully submitted,

BAILEY PEAVY BAILEY COWAN HECKAMAN PLLC

By: */s/ K. Camp Bailey*
K. Camp Bailey
Texas Bar No. 24006782
5555 San Felipe Street, Suite 900
Houston, Texas 77056
(713) 425-7100 Telephone
(713) 425-7101 Facsimile
bailey-svc@bpblaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

> */s/ K. Camp Bailey*
> K. Camp Bailey
> Texas Bar No. 24006782
> 5555 San Felipe Street, Suite 900
> Houston, Texas 77056
> (713) 425-7100 Telephone
> (713) 425-7101 Facsimile
> bailey-svc@bpblaw.com