UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Michael Mikita v. Janssen, et al.* | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| | * | Case No *2:16-cv-07554* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, **MICHAEL MIKITA, JR.**, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs.  Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case.  Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Respectfully submitted,

Dated: July 6, 2018

MURPHY LAW FIRM, LLC
*s/ Peyton P. Murphy*
PEYTON P. MURPHY (#22125)
2354 South Acadian Thruway
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@MurphyLawFirm.com

1

and

TODD C. COMEAUX (#23453)
Comeaux Law Firm
2354 South Acadian Thruway, Suite C
Baton Rouge, LA  70808
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: TC@ComeauxLawFirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **July 6, 2018**, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*s/ Peyton P. Murphy*
PEYTON P. MURPHY (#22125)