UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Carol Soiu and Robert Hall  v. Jannsen, et al.* | * | MAGISTRATE JUDGE NORTH |
| | * | |
| | * | Case No. *2:16-cv-09212* |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

This matter came before the court on the Motion for Voluntarily Dismissal With Prejudice filed by Plaintiffs, **CAROL SOIU and ROBERT HALL.**

IT IS ORDERED BY THE COURT that the Motion for Voluntarily Dismissal With Prejudice filed by Plaintiffs be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this __6th__ day of _____July_____, 2018.

_____

Eldon E. Fallon
United States District Court Judge