UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : : : : | MDL No. 2592 <br><br>SECTION L <br><br>JUDGE ELDON E. FALLON <br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bullock v. Janssen Research & Development LLC, et al*
**Civil Action No.: 2:16-cv-13072**

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Hasting T. Bullock, on behalf of deceased Plaintiff, Della Mae Bullock.

Della Mae Bullock filed a products liability action against Defendants on May 11, 2016 in the Eastern District of Louisiana, captioned *Arnold et al v. Janssen Research & Development LLC et al*, Civil Action No. 2:16-cv-05151. The case was later severed and a short form complaint filed in the individual case on July 21, 2016, captioned *Bullock v. Janssen Research & Development LLC, et al*, Civil Action No. 2:16-cv-13072. Ms. Bullock passed away on April 17, 2017. A Notice and Suggestion of Death is being filed contemporaneously with this motion.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Della Mae Bullock's products liability action against Defendants survived her death and was not extinguished.

1

Hasting T. Bullock, surviving son and heir of Della Mae Bullock and Anticipated Representative of the Estate of Della Mae Bullock, is a proper party to substitute for Plaintiff-Decedent Della Mae Bullock and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, PREMISES CONSIDERED, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

Dated: <u>July 6, 2018</u>                                  Respectfully submitted,

                                                                          /s/ Wendy C. Elsey
                                                                          DAVID P. MATTHEWS
                                                                          Texas Bar No.: 13206200
                                                                          WENDY C. ELSEY
                                                                          Texas Bar No.: 24053186
                                                                          Matthews & Associates
                                                                          2905 Sackett St.
                                                                          Houston, TX 77098
                                                                          713-522-5250
                                                                          713.535.7184 – facsimile
                                                                          dmatthews@thematthewslawfirm.com
                                                                          welsey@dpmlawfirm.com

                                                                          ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Wendy C. Elsey
Wendy C. Elsey