**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bullock v. Janssen Research & Development LLC, et al*
**Civil Action No.: 2:16-cv-13072**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party in the above referenced cause, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that the Motion for Substitution of Hasting T. Bullock, Surviving Son, Heir and Anticipated Representative of the Estate of Della Mae Bullock, Deceased, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
United States District Judge