UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | :<br>:   MDL No. 2592<br>:<br>:   SECTION L<br>:<br>:   JUDGE ELDON E. FALLON<br>:<br>:   MAGISTRATE JUDGE NORTH<br>: |

**THIS DOCUMENT RELATES TO:**

*Bodi v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14671**

*Nelson v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14753**

*Rosario v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14756**

*Willis v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14757**

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, come Plaintiffs in the above-related actions, and hereby request that Wendy C. Elsey of Matthews & Associates be enrolled as co-counsel of record in the above-entitled and numbered actions.

WHEREFORE, Plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Wendy C. Elsey of the law firm of Matthews & Associates as co-counsel of record in the above entitled and numbered actions.

1

Dated: July 6, 2018 　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ David P. Matthews
　　　　　　　　　　　　　　　　　　　　　　DAVID P. MATTHEWS
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No.: 13206200
　　　　　　　　　　　　　　　　　　　　　　WENDY C. ELSEY
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No.: 24053186
　　　　　　　　　　　　　　　　　　　　　　Matthews & Associates
　　　　　　　　　　　　　　　　　　　　　　2905 Sackett St.
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　　713-522-5250
　　　　　　　　　　　　　　　　　　　　　　713.535.7184 – facsimile
　　　　　　　　　　　　　　　　　　　　　　dmatthews@thematthewslawfirm.com
　　　　　　　　　　　　　　　　　　　　　　welsey@dpmlawfirm.com

　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on July 6, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

　　　　　　　　　　　　　　　　　　　　　　/s/ David P. Matthews
　　　　　　　　　　　　　　　　　　　　　　David P. Matthews

2