UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bodi v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14671**

*Nelson v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14753**

*Rosario v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14756**

*Willis v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14757**

**ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Wendy C. Elsey of the law firm of Matthews & Associates be allowed to and is enrolled as co-counsel of record in the above-entitled and numbered actions.

New Orleans, Louisiana this _____ day of _____, 2018.

                                                                                                               _____
                                                                                                               United States District Judge