UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | | |

ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED
TO SERVE A FULLY COMPLETE UPDATED
PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of CMO 6, these plaintiffs were selected for inclusion in Wave 1 discovery. These Plaintiffs were eligible for selection in Wave 1 because they had met the core requirements for the Plaintiff Fact Sheet ("PFS") on or before January 31, 2018. Pursuant to paragraph 5(a) of CMO 6, these plaintiffs now "must complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection" via MDL Centrality. See CMO No. 6 ¶ 5(a). Plaintiffs on the attached Exhibit A have failed to serve a fully complete updated PFS in accordance with the time set forth in CMO No. 6. Plaintiffs were notified of this deficiency by Defendants' Liaison Counsel and have not cured this deficiency. Those plaintiffs should be ordered to show cause at 9:00am on July 17, 2018, before the Court as to why their case should not be dismissed with prejudice.

1

Failure to show cause by appearing before this Court at 9:00 am, on July 17, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this  9th day of _____July_____ 2018.

_____
United States District Judge

# EXHIBIT A

**Plaintiffs Who Have Failed to Serve a Fully Complete Updated PFS Since Selection Per CMO 6**

| MDL Centrality ID # | Plaintiff Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 23167 | ALEXANDER, FAYE | Random | 04/30/2018 | Monsour Law Firm |
| 16232 | ALIENGENA, GERALD – extension requested | Random | 04/30/2018 | Bernstein Liebhard LLP |
| 7625 | ALLEN, MARVIN | Plaintiff | 04/16/2018 | The Cochran Firm - Dothan |
| 17046 | AZURIN, ADORACION – extension requested | Plaintiff | 04/16/2018 | Baron & Budd |
| 7013 | BAIRD, ARTHUR | Random | 04/30/2018 | Ross Feller Casey, LLP |
| 22115 | BAKER, JACQUELINE | Random | 04/30/2018 | Flint Law Firm, LLC |
| 4461 | BANTA, MARY F | Random | 04/30/2018 | Meyers & Flowers, LLC |
| 10961 | BARAILLOUX, PHILOMENA | Defendant | 04/16/2018 | Ferrer, Poirot & Wansbrough |
| 2512 | BARBOSA, MANUEL | Plaintiff | 04/16/2018 | Meyers & Flowers, LLC |
| 22282 | BARROWS, ROLAND F | Random | 04/30/2018 | Showard Law Firm |
| 9176 | BATTE, NAOMI L | Random | 04/30/2018 | Pierce Skrabanek Bruera, PLLC |
| 6869 | BEAN, VIOLA | Random | 04/30/2018 | Jensen & Associates |
| 20531 | BELL, VERONICA M | Random | 04/30/2018 | Showard Law Firm |
| 1904 | BILGER, SUSAN | Plaintiff | 04/16/2018 | Wexler Wallace LLP |
| 23748 | BILLIOT, JAMES | Random | 04/30/2018 | Tamari Law Group, LLC |
| 4728 | BITETTO, GARY | Random | 04/30/2018 | The Driscoll Firm |
| 12141 | BLEVINS, JULIE | Random | 04/30/2018 | The Michael Brady Lynch Law Firm |
| 9155 | BOATMAN, JENNIE | Defendant | 04/16/2018 | Stark & Stark |
| 22302 | BONE, MICHAEL | Random | 04/30/2018 | Tamari Law Group, LLC |
| 14873 | BOURNE, ROBERT I | Defendant | 04/16/2018 | Law Offices of Charles H. Johnson, P.A. |
| 17084 | BOYSEL, BEVERLY K | Random | 04/30/2018 | The Murray Law Firm |

1

| MDL Centrality ID # | Plaintiff Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 4316 | BROWN, ROXANNE J | Defendant | 04/16/2018 | Fears \| Nachawati |
| 5316 | CALLAWAY, JESSE A | Random | 04/30/2018 | Stark & Stark |
| 8070 | CAMPBELL, EDITH | Plaintiff | 04/16/2018 | Stark & Stark |
| 5200 | CANNON, MARY J | Random | 04/30/2018 | Johnson Law Group |
| 1654 | CARAWAN, SANDRA | Plaintiff | 04/16/2018 | Herman Herman & Katz |
| 9252 | CASEY, PATRICK | Defendant | 04/16/2018 | Monsour Law Firm |
| 5371 | CHARTIER, PATRICIA A | Random | 04/30/2018 | Stark & Stark |
| 1055 | CHURCH, ADA E | Plaintiff | 04/16/2018 | Jamie A. Johnston, P.C. |
| 10503 | CLARKE, RICHARD – extension requested | Defendant | 04/16/2018 | Bernstein Liebhard LLP |
| 1732 | COCCO, THOMAS | Defendant | 04/16/2018 | The Mulligan Law Firm |
| 10599 | CONDON, ROBERT | Random | 04/30/2018 | Ferrer, Poirot & Wansbrough |
| 3626 | COOPER, DAISY – extension requested | Defendant | 04/16/2018 | Bernstein Liebhard LLP |
| 15523 | DAMERON, JESSICA | Random | 04/30/2018 | Flint Law Firm, LLC |
| 12933 | DANIEL, EDITH H | Defendant | 04/16/2018 | Law Offices of Charles H. Johnson, P.A. |
| 10630 | DAVIS, FRED | Random | 04/30/2018 | Ferrer, Poirot & Wansbrough |
| 16434 | DESEMAR, WELDON | Defendant | 04/16/2018 | Fears \| Nachawati |
| 16013 | DIXON, WILLIAM A | Defendant | 04/16/2018 | Fears \| Nachawati |
| 9083 | DOSS, ELSIE B | Defendant | 04/16/2018 | Herman Herman & Katz |
| 8998 | DOUGHERTY, JANET | Random | 04/30/2018 | The Driscoll Firm |
| 4663 | DRESZER, MOISES | Plaintiff | 04/16/2018 | Law Offices of Andre' P. LaPlace |
| 14653 | DUNN, JOSEPH | Random | 04/30/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 6964 | EISENBEIL, DENNIS J | Plaintiff | 04/16/2018 | Simmons Hanly Conroy |
| 8382 | ESSIG, DAREN | Random | 04/30/2018 | Flint Law Firm, LLC |
| 1652 | FINLEY, ROY | Plaintiff | 04/16/2018 | Herman Herman & Katz |

| MDL Centrality ID # | Plaintiff Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 2566 | FIORE, FREDERICK | Random | 04/30/2018 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 5191 | FREEMAN, SANDRA | Defendant | 04/16/2018 | Grant & Eisenhofer |
| 4329 | GARZA, REYNERIO | Random | 04/30/2018 | Fears | Nachawati |
| 17265 | GRANT, DELORES | Defendant | 04/16/2018 | Flint Law Firm, LLC |
| 20968 | GREEN JR, ALBERT | Defendant | 04/16/2018 | The Benton Law Firm |
| 25631 | GUIDRY, MARY | Defendant | 04/16/2018 | Wexler Wallace LLP |
| 11824 | HALL, JAMES P | Defendant | 04/16/2018 | Monsour Law Firm |
| 4901 | HAMILTON, LAMONA | Random | 04/30/2018 | The Lanier Law Firm |
| 23030 | HARRIS, DORIS | Defendant | 04/16/2018 | Flint Law Firm, LLC |
| 14661 | HAYS, VIRGINIA A | Defendant | 04/16/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 12667 | HEAVRIN, GLENDA | Random | 04/30/2018 | Murphy Law Firm |
| 3694 | HECKLER, JAMES | Defendant | 04/16/2018 | The Dugan Law Firm |
| 17750 | HENSON, RICHARD – extension requested | Random | 04/30/2018 | Roberts & Roberts |
| 4907 | HICKS, GEORGE | Random | 04/30/2018 | The Lanier Law Firm |
| 16295 | HONEYCUTT, WILLIAM | Random | 04/30/2018 | Slater Slater Schulman LLP |
| 9333 | HUNTER, JACK | Random | 04/30/2018 | The Mulligan Law Firm |
| 21252 | JALA, SATYANARAYANA N – motion for extension filed | Random | 04/30/2018 | Avram Blair & Associates, P.C. |
| 8410 | JOCK, ROBERT J | Plaintiff | 04/16/2018 | Stark & Stark |
| 18426 | JOHNSON, ROBERT | Defendant | 04/16/2018 | TorHoerman Law LLC |
| 2298 | JONES, MARVIN | Defendant | 04/16/2018 | Sanders Law |
| 2828 | JONES, PHYLLIS | Defendant | 04/16/2018 | The Michael Brady Lynch Law Firm |
| 1708 | KHOURY, ALBERTA | Plaintiff | 04/16/2018 | Herman Herman & Katz |
| 12330 | KOCIAN, SHIRLEY | Random | 04/30/2018 | The Lanier Law Firm |

| MDL Centrality ID # | Plaintiff Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 1314 | LEWIS, CHARLES LEE | Defendant | 04/16/2018 | Callahan & Blaine, APLC |
| 9206 | MAYNARD, CATHERINE | Random | 04/30/2018 | Flint Law Firm, LLC |
| 12883 | MCCOY, JACQULINE A | Random | 04/30/2018 | Brady Law Group |
| 23805 | MCGRADY, IRIS D | Defendant | 04/16/2018 | The Driscoll Firm |
| 4887 | MCKEE, MARY | Plaintiff | 04/16/2018 | The Lanier Law Firm |
| 8727 | MERCER, ROY S | Defendant | 04/16/2018 | Stark & Stark |
| 3745 | MILLER, ADINE R | Defendant | 04/16/2018 | Flint Law Firm, LLC |
| 4348 | MOBLEY, THEODORE | Random | 04/30/2018 | Fears | Nachawati |
| 8494 | MOSELEY, JEFFREY | Random | 04/30/2018 | Flint Law Firm, LLC |
| 1376 | MURRAY, JAMES T. | Random | 04/30/2018 | The Lanier Law Firm |
| 14642 | NICHOLSON, VELMA J | Random | 04/30/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 15846 | PENDERGRAFT, KATHY | Random | 04/30/2018 | Sweeney Merrigan Law |
| 14481 | PINA, JIMMIE G | Defendant | 04/16/2018 | Seeger Weiss LLP |
| 12410 | PONDER, DONNA J | Plaintiff | 04/16/2018 | Ross Feller Casey, LLP |
| 21625 | RAGER, RANDALL L | Random | 04/30/2018 | Fears | Nachawati |
| 1440 | RAY, PATRICIA | Plaintiff | 04/16/2018 | Wagstaff & Cartmell, LLC |
| 20359 | REEVES, FANNIE M | Random | 04/30/2018 | The Buckley Law Group |
| 8568 | ROBERTS, GERALD | Defendant | 04/16/2018 | Kelley & Ferraro LLP |
| 11184 | ROBINETT, DIANA | Random | 04/30/2018 | Ferrer, Poirot & Wansbrough |
| 13403 | ROMERO, RITA S | Plaintiff | 04/16/2018 | Showard Law Firm |
| 1386 | RUDOLPH, MERLIN G | Plaintiff | 04/16/2018 | Herman Herman & Katz |
| 10260 | SCAVUZZO, JOSEPH | Random | 04/30/2018 | The Lanier Law Firm |
| 25630 | SCHILLER, LARRY | Defendant | 04/16/2018 | Wexler Wallace LLP |
| 10004 | SESCO, CLINTON | Random | 04/30/2018 | Flint Law Firm, LLC |
| 16447 | SHELBY, LINDA | Random | 04/30/2018 | Fears | Nachawati |
| 3522 | SHUNK, ROGER | Defendant | 04/16/2018 | The Driscoll Firm |

4

| MDL Centrality ID # | Plaintiff Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 16229 | SMITH, LILLIAN | Defendant | 04/16/2018 | The Michael Brady Lynch Law Firm |
| 8312 | STEPHENS, WANDA A | Random | 04/30/2018 | Heninger Garrison Davis, LLC |
| 4897 | STOKES, MARY L | Defendant | 04/16/2018 | The Lanier Law Firm |
| 1389 | STOUT, BARBARA C | Random | 04/30/2018 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 1540 | SUDOL, RAYMOND P | Plaintiff | 04/16/2018 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 3019 | SUTTON, ROSE | Defendant | 04/16/2018 | Burke Harvey, LLC |
| 2187 | TRICE, G H | Plaintiff | 04/16/2018 | Wagstaff & Cartmell, LLC |
| 4876 | WACKMAN, BARBARA | Random | 04/30/2018 | The Lanier Law Firm |
| 12793 | WALTON, DONALD | Random | 04/30/2018 | The Lanier Law Firm |
| 14621 | WATERS, BETTY J | Defendant | 04/16/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 16652 | WHITE, DORIS A – extension requested | Defendant | 04/16/2018 | The Law Offices of Crandall & Katt |
| 22537 | WILSON, EDWIN | Defendant | 04/16/2018 | Tamari Law Group, LLC |
| 13323 | WOLFE, LEONARD J | Defendant | 04/16/2018 | Law Offices of Charles H. Johnson, P.A. |
| 2524 | WOOD, LAMAR B | Plaintiff | 04/16/2018 | Beasley Allen |