UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | | |

ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED
TO SERVE A FULLY COMPLETE UPDATED
PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Plaintiffs on the attached Exhibits A through E have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of CMO 6, these plaintiffs were selected for inclusion in Wave 1 discovery. These Plaintiffs were eligible for selection in Wave 1 because they had met the core requirements for the Plaintiff Fact Sheet ("PFS") on or before January 31, 2018. Pursuant to paragraph 5(a) of CMO 6, these plaintiffs now "must complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection" via MDL Centrality. See CMO No. 6 ¶ 5(a). Plaintiffs on the attached Exhibit A have failed to serve a fully complete updated PFS in accordance with the time set forth in CMO No. 6. Plaintiffs were notified of this deficiency by Defendants' Liaison Counsel and have not cured this deficiency. Those plaintiffs should be ordered to show cause at 9:00am on July 17, 2018, before the Court as to why their case should not be dismissed with prejudice.

1

Failure to show cause by appearing before this Court at 9:00 am, on July 17, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this <u>9th</u> day of <u>July</u> 2018.

_Eldon E. Fallon_
United States District Judge

# EXHIBIT A

## Cases where a Fully Complete PFS Has Not Been Served Per CMO 6

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 16232 | ALIENGENA, GERALD | Random | 4/30/2018 | Bernstein Liebhard LLP |
| 17046 | AZURIN, ADORACION | Plaintiff | 4/16/2018 | Baron & Budd |
| 7013 | BAIRD, ARTHUR | Random | 4/30/2018 | Ross Feller Casey, LLP |
| 10961 | BARAILLOUX, PHILOMENA | Defendant | 4/16/2018 | Ferrer, Poirot & Wansbrough |
| 4728 | BITETTO, GARY | Random | 4/30/2018 | The Driscoll Firm |
| 9155 | BOATMAN, JENNIE | Defendant | 4/16/2018 | Stark & Stark |
| 5316 | CALLAWAY, JESSE | Random | 4/30/2018 | Stark & Stark |
| 5200 | CANNON, MARY | Random | 4/30/2018 | Johnson Law Group |
| 10503 | CLARKE, RICHARD | Defendant | 4/16/2018 | Bernstein Liebhard LLP |
| 1732 | COCCO, THOMAS | Defendant | 4/16/2018 | The Mulligan Law Firm |
| 3626 | COOPER, DAISY | Defendant | 4/16/2018 | Bernstein Liebhard LLP |
| 10630 | DAVIS, FRED | Random | 4/30/2018 | Ferrer, Poirot & Wansbrough |
| 4663 | DRESZER, MOISES | Plaintiff | 4/16/2018 | Law Offices of Andre' P. LaPlace |
| 20968 | GREEN JR, ALBERT | Defendant | 4/16/2018 | The Benton Law Firm |
| 11824 | HALL, JAMES | Defendant | 4/16/2018 | Monsour Law Firm |
| 4901 | HAMILTON, LAMONA | Random | 4/30/2018 | The Lanier Law Firm |

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 12667 | HEAVRIN, GLENDA | Random | 4/30/2018 | Murphy Law Firm |
| 17750 | HENSON, RICHARD | Random | 4/30/2018 | Roberts & Roberts |
| 9333 | HUNTER, JACK | Random | 4/30/2018 | The Mulligan Law Firm |
| 21252 | JALA, SATYANARAYANA | Random | 4/30/2018 | Avram Blair & Associates, P.C. |
| 18426 | JOHNSON, ROBERT | Defendant | 4/16/2018 | TorHoerman Law LLC |
| 2828 | JONES, PHYLLIS | Defendant | 4/16/2018 | The Michael Brady Lynch Law Firm |
| 1314 | LEWIS, CHARLES LEE | Defendant | 4/16/2018 | Callahan & Blaine, APLC |
| 12883 | MCCOY, JACQULINE | Random | 4/30/2018 | Brady Law Group |
| 23805 | MCGRADY, IRIS | Defendant | 4/16/2018 | The Driscoll Firm |
| 4887 | MCKEE, MARY | Plaintiff | 4/16/2018 | The Lanier Law Firm |
| 1376 | MURRAY, JAMES | Random | 4/30/2018 | The Lanier Law Firm |
| 15846 | PENDERGRAFT, KATHY | Random | 4/30/2018 | Sweeney Merrigan Law |
| 12410 | PONDER, DONNA | Plaintiff | 4/16/2018 | Ross Feller Casey, LLP |
| 8568 | ROBERTS, GERALD | Defendant | 4/16/2018 | Kelley & Ferraro LLP |
| 3522 | SHUNK, ROGER | Defendant | 4/16/2018 | The Driscoll Firm |
| 4897 | STOKES, MARY | Defendant | 4/16/2018 | The Lanier Law Firm |
| 3019 | SUTTON, ROSE | Defendant | 4/16/2018 | Burke Harvey, LLC |
| 4876 | WACKMAN, BARBARA | Random | 4/30/2018 | The Lanier Law Firm |

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 12793 | WALTON, DONALD | Random | 4/30/2018 | The Lanier Law Firm |
| 16652 | WHITE, DORIS | Defendant | 4/16/2018 | The Law Offices of Crandall & Katt |
| 13323 | WOLFE, LEONARD | Defendant | 4/16/2018 | Law Offices of Charles H. Johnson, P.A. |

# EXHIBIT B

**Cases Where Plaintiffs are to Submit Either a Verification That the Previously Submitted PFS is Fully Complete and Does Not Need Updating or an Updated PFS Within 30 Days**

| Plaintiff ID | Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 7625 | ALLEN, MARVIN | Plaintiff | 4/16/2018 | The Cochran Firm - Dothan |
| 22115 | BAKER, JACQUELINE | Random | 4/30/2018 | Flint Law Firm, LLC |
| 4461 | BANTA, MARY | Random | 4/30/2018 | Meyers & Flowers, LLC |
| 2512 | BARBOSA, MANUEL | Plaintiff | 4/16/2018 | Meyers & Flowers, LLC |
| 6869 | BEAN, VIOLA | Random | 4/30/2018 | Jensen & Associates |
| 20531 | BELL, VERONICA | Random | 4/30/2018 | Showard Law Firm |
| 8070 | CAMPBELL, EDITH | Plaintiff | 4/16/2018 | Stark & Stark |
| 1654 | CARAWAN, SANDRA | Plaintiff | 4/16/2018 | Herman Herman & Katz |
| 5371 | CHARTIER, PATRICIA | Random | 4/30/2018 | Stark & Stark |
| 1055 | CHURCH, ADA | Plaintiff | 4/16/2018 | Jamie A. Johnston, P.C. |
| 15523 | DAMERON, JESSICA | Random | 4/30/2018 | Flint Law Firm, LLC |
| 9083 | DOSS, ELSIE | Defendant | 4/16/2018 | Herman Herman & Katz |
| 8382 | ESSIG, DAREN | Random | 4/30/2018 | Flint Law Firm, LLC |
| 1652 | FINLEY, ROY | Plaintiff | 4/16/2018 | Herman Herman & Katz |

4

| Plaintiff ID | Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 5191 | FREEMAN, SANDRA | Defendant | 4/16/2018 | Grant & Eisenhofer |
| 17265 | GRANT, DELORES | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 23030 | HARRIS, DORIS | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 3694 | HECKLER, JAMES | Defendant | 4/16/2018 | The Dugan Law Firm |
| 8410 | JOCK, ROBERT | Plaintiff | 4/16/2018 | Stark & Stark |
| 2298 | JONES, MARVIN | Defendant | 4/16/2018 | Sanders Law |
| 1708 | KHOURY, ALBERTA | Plaintiff | 4/16/2018 | Herman Herman & Katz |
| 9206 | MAYNARD, CATHERINE | Random | 4/30/2018 | Flint Law Firm, LLC |
| 8727 | MERCER, ROY | Defendant | 4/16/2018 | Stark & Stark |
| 3745 | MILLER, ADINE | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 8494 | MOSELEY, JEFFREY | Random | 4/30/2018 | Flint Law Firm, LLC |
| 1440 | RAY, PATRICIA | Plaintiff | 4/16/2018 | Wagstaff & Cartmell, LLC |
| 13403 | ROMERO, RITA | Plaintiff | 4/16/2018 | Showard Law Firm |
| 1386 | RUDOLPH, MERLIN | Plaintiff | 4/16/2018 | Herman Herman & Katz |
| 10004 | SESCO, CLINTON | Random | 4/30/2018 | Flint Law Firm, LLC |

| Plaintiff ID | Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 1389 | STOUT, BARBARA | Random | 4/30/2018 | Brady Law Group |
| 2187 | TRICE, G H | Plaintiff | 4/16/2018 | Wagstaff & Cartmell, LLC |

# EXHIBIT C

## Cases That Can be Removed from the Order to Show Cause List As a Fully Updated PFS Has Been Submitted

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 23167 | ALEXANDER, FAYE | Random | 4/30/2018 | Monsour Law Firm |
| 9176 | BATTE, NAOMI | Random | 4/30/2018 | Pierce Skrabanek Bruera, PLLC |
| 1904 | BILGER, SUSAN | Plaintiff | 4/16/2018 | Wexler Wallace LLP |
| 23748 | BILLIOT, JAMES | Random | 4/30/2018 | Tamari Law Group, LLC |
| 12141 | BLEVINS, JULIE | Random | 4/30/2018 | The Michael Brady Lynch Law Firm |
| 22302 | BONE, MICHAEL | Random | 4/30/2018 | Tamari Law Group, LLC |
| 14873 | BOURNE, ROBERT | Defendant | 4/16/2018 | Law Offices of Charles H. Johnson, P.A. |
| 17084 | BOYSEL, BEVERLY | Random | 4/30/2018 | The Murray Law Firm |
| 4316 | BROWN, ROXANNE | Defendant | 4/16/2018 | Fears | Nachawati |
| 9252 | CASEY, PATRICK | Defendant | 4/16/2018 | Monsour Law Firm |
| 12933 | DANIEL, EDITH | Defendant | 4/16/2018 | Law Offices of Charles H. Johnson, P.A. |
| 16434 | DESEMAR, WELDON | Defendant | 4/16/2018 | Fears | Nachawati |
| 16013 | DIXON, WILLIAM | Defendant | 4/16/2018 | Fears | Nachawati |
| 14653 | DUNN, JOSEPH | Random | 4/30/2018 | Milstein Jackson Fairchild & Wade, LLP |

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 6964 | EISENBEIL, DENNIS | Plaintiff | 4/16/2018 | Simmons Hanly Conroy |
| 2566 | FIORE, FREDERICK | Random | 4/30/2018 | Zeccola & Selinger, LLC |
| 4329 | GARZA, REYNERIO | Random | 4/30/2018 | Fears | Nachawati |
| 14661 | HAYS, VIRGINIA | Defendant | 4/16/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 4348 | MOBLEY, THEODORE | Random | 4/30/2018 | Fears | Nachawati |
| 14642 | NICHOLSON, VELMA | Random | 4/30/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 14481 | PINA, JIMMIE | Defendant | 4/16/2018 | Seeger Weiss LLP |
| 21625 | RAGER, RANDALL | Random | 4/30/2018 | Fears | Nachawati |
| 20359 | REEVES, FANNIE | Random | 4/30/2018 | The Buckley Law Group |
| 25630 | SCHILLER, LARRY | Defendant | 4/16/2018 | Wexler Wallace LLP |
| 16447 | SHELBY, LINDA | Random | 4/30/2018 | Fears | Nachawati |
| 8312 | STEPHENS, WANDA | Random | 4/30/2018 | Heninger Garrison Davis, LLC |
| 1540 | SUDOL, RAYMOND | Plaintiff | 4/16/2018 | Zeccola & Selinger, LLC |
| 14621 | WATERS, BETTY | Defendant | 4/16/2018 | Milstein Jackson Fairchild & Wade, LLP |
| 22537 | WILSON, EDWIN | Defendant | 4/16/2018 | Tamari Law Group, LLC |

8

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 2524 | WOOD, LAMAR | Plaintiff | 4/16/2018 | Beasley Allen |

# EXHIBIT D

## Cases That Can Be Removed from the Order To Show Cause List as Dismissed or To Be Dismissed

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 22282 | BARROWS, ROLAND | Random | 4/30/2018 | Showard Law Firm |
| 10599 | CONDON, ROBERT | Random | 4/30/2018 | Ferrer, Poirot & Wansbrough |
| 8998 | DOUGHERTY, JANET | Random | 4/16/2018 | The Driscoll Firm |
| 25631 | GUIDRY, MARY | Defendant | 4/16/2018 | Wexler Wallace LLP |
| 4907 | HICKS, GEORGE | Random | 4/30/2018 | The Lanier Law Firm |
| 16295 | HONEYCUTT, WILLIAM | Random | 4/30/2018 | Slater Slater Schulman LLP |
| 11184 | ROBINETT, DIANA | Random | 4/30/2018 | Ferrer, Poirot & Wansbrough |
| 16229 | SMITH, LILLIAN | Defendant | 4/16/2018 | The Michael Brady Lynch Law Firm |

## **EXHIBIT E**

**Cases That Can Be Removed from the Order To Show Cause List as the Parties Have Agreed to Remove These Cases from the CMO 6 Pool**

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 12330 | KOCIAN, SHIRLEY | Random | 4/30/2018 | The Lanier Law Firm |
| 10260 | SCAVUZZO, JOSEPH | Random | 4/30/2018 | The Lanier Law Firm |