**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bodi v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14671**

*Nelson v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14753**

*Rosario v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14756**

*Willis v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-14757**

**ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Wendy C. Elsey of the law firm of Matthews & Associates be allowed to and is enrolled as co-counsel of record in the above-entitled and numbered actions.

New Orleans, Louisiana this  9th  day of _____July_____, 2018.

_____
United States District Judge

1