# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | |
| Harriet Ibanez, et al. v. Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.<br>Case No. 2:14-cv-02669 | SECTION "L" (5) |

## ORDER

Having been advised that Defendants seek to withdraw the following motions without prejudice to renewal after the Supreme Court's decision in *Merck, Sharpe & Dohme Corp. v. Albrecht*: Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim (R. Doc. 7653); Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn or Instruct Claim (R. Doc. 7660); and Defendants' Joint Motion to Certify for Interlocutory Appeal under 28 U.S.C. § 1292(b) (R. Doc. 9778),

**IT IS ORDERED** that the motions are hereby **WITHDRAWN WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 9th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE