Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**This Document Relates To:**

*Carol Cocco, Individually and on Behalf of the*
*Estate of Dr. Thomas Cocco v. Janssen*
*Research & Development LLC, et al.*, No. 2:15-
cv-02946

*James Hunter, Individually and on Behalf of the*
*Estate of Jack Hunter v. Janssen Research &*
*Development LLC, et al.*, No. 2:16-cv-13217

*Daniel Abbott, et al. v. Janssen Research &*
*Development LLC, et al.*, No. 2:15-cv-02605

*Michael Bowman, Individually and on Behalf of*
*the Estate of Arlene Bowman, et al. v. Janssen*
*Research & Development LLC, et al.*, No. 2:16-
cv-06612

）  **MDL No. 2592**
）
）  **SECTION:   L**
）  **JUDGE FALLON**
）  **MAG. JUDGE NORTH**
）
）  Date:  July 17, 2018
）  Time:  8:30 a.m.

**MOTION FOR LEAVE TO WITHDRAW**
**MOTION TO DEEM SERVICE OF PROCESS**
**CONSTUCTIVELY ACCEPTED, OR IN THE**
**ALTERNATIVE FOR EXTENSION OF TIME**
**WITHIN WHICH TO SERVE PROCESS**

The parties have reached an agreement to resolve the issues raised by Plaintiffs' Motion

to Deem Service of Process Constructively Accepted, or in the Alternative for Extension of Time

Within Which to Serve Process (Plaintiffs' Motion) [Dkt. 10061].  Accordingly, Plaintiffs hereby seek leave to withdraw Plaintiffs' Motion.

DATED:  July 9, 2018                                   Respectfully submitted,


                                        By:     /s/ *Charles G. Orr*
                                                Charles G. Orr, TX Bar No. 00788148
                                                THE MULLIGAN LAW FIRM
                                                3710 Rawlins Street, #901
                                                Dallas, Texas 75219
                                                Telephone: (214) 219-9779
                                                Facsimile: (214) 520-8789
                                                *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                        By:     /s/ Charles G. Orr
                                                Charles G. Orr
                                                Attorney for Plaintiffs