UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Fountain, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-08918**

### PLAINTIFF WANDA FOUNTAIN'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Wanda Fountain, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Wanda Fountain contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in May of 2017.

2. The Complaint in this matter was filed on September 11, 2017, while record requests from some healthcare providers were still pending. Proof of Xarelto-related injuries was already established, and records proving usage would soon follow.

3. To date, the records counsel has been able to obtain have not contained evidence of usage.

4. In Plaintiff Wanda Fountain's Response in Opposition to the Court's Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies, Plaintiff requested additional time to provide records.

1

5.       Plaintiff has provided the records necessary to resolve the Plaintiff Fact Sheet (PFS) deficiencies. At this time, she is on vacation and unable to return the Declaration to submit an amended PFS.

6.       Accordingly, undersigned counsel requests that Ms. Fountain's claim not be dismissed with prejudice for failure to show usage at this time, and Plaintiff be given an additional 30 days to provide a signed Declaration.

7.       At all times relevant hereto, undersigned counsel has diligently sought proof of usage from all known healthcare providers. Plaintiff's request is not for purposes of delay but so that justice may be done.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

July 9, 2018

Respectfully submitted,
By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            */s/ Barrett Beasley*
                                            Barrett Beasley