# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          (          MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION      (

                                          (          SECTION: L

                                          (          JUDGE FALLON

                                          (          MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Koppang v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-04426**

*Scott v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-05445**

*Harvey v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-06518**

*Segraves v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07506**

*Miller, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07610**

*Hill v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-08415**

*Mesta v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-08424**

Now comes Plaintiffs listed above, identified in Defendants' Motions for Order to Show

Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8620 and

9111) who, by and through undersigned counsel, submit this Response in Opposition to the Order

to Show Cause and show as follows:

1

1.      Plaintiffs contacted undersigned counsel regarding potential claims involving use of Xarelto and alleged subsequent injuries.

2.      The Complaints in these matters were filed while record requests from some healthcare providers were still pending.

3.      Counsel has exhausted its resources to obtain the documentation and information necessary to resolve the Plaintiff Fact Sheet deficiencies.  Despite previously being in contact with Plaintiffs, undersigned counsel has attempted to communicate with the Plaintiffs regarding the need to provide documentation and information to no avail.

Despite the best efforts of these Plaintiffs' counsel, counsel has been unable to provide the items necessary to resolve the deficiencies, nor has counsel been able to obtain permission from Plaintiffs to agree to a stipulation of dismissal of this claim.

July 9, 2018                                         Respectfully submitted,

                                                    By: */s/ Barrett Beasley*
                                                    Barrett Beasley, Esq.
                                                    LA Bar Roll No. 25984
                                                    SALIM-BEASLEY, LLC
                                                    1901 Texas Street
                                                    Natchitoches, LA 71457
                                                    Phone: (800) 491-1817
                                                    Facsimile: (318) 354-1227
                                                    bbeasley@salim-beasley.com


                                                    ***Attorney for Plaintiffs***

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*
Barrett Beasley