# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | |
| | ( | JUDGE FALLON |
| | ( | |
| | ( | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Marks v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07501**

*McCaskill, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07611**

Now comes Plaintiffs identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who, by and through undersigned counsel, submit this Response in Opposition to the Order to Show Cause and shows as follows:

1. Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc. 9111). The Court entered an Order to Show Cause on (Doc. 9121). Plaintiffs represented by Salim-Beasley LLC appeared on Exhibit A of both Defendant's Motion and the Court's Order to Show Cause (Doc. 9111-2 and 9121 respectively).

*Marks v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07501**

2. Undersigned counsel would show that on June 28, 2018, Plaintiff uploaded an affidavit detailing Plaintiff's injuries signed by the Plaintiff and notarized. In addition, Plaintiff amended the PFS and provided a new signed Declaration.

1

*McCaskill, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07611**

3.      Undersigned counsel would show that on May 1, 2018, Plaintiff uploaded records supporting the Plaintiff's alleged usage and injuries, and on June 28, 2018, Plaintiff amended the PFS and provided a new signed Declaration.

Therefore Plaintiffs contend that any alleged deficiencies have been cured and respectfully request that these cases remain on the active docket of this Court.

| | |
|---|---|
| July 9, 2018 | Respectfully submitted,<br>By: */s/ Barrett Beasley*<br>Barrett Beasley, Esq.<br>LA Bar Roll No. 25984<br>SALIM-BEASLEY, LLC<br>1901 Texas Street<br>Natchitoches, LA 71457<br>Phone: (800) 491-1817<br>Facsimile: (318) 354-1227<br>bbeasley@salim-beasley.com<br><br>*Attorney for Plaintiff* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            */s/ Barrett Beasley*
                                            Barrett Beasley