# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   (     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION  (
                               (     SECTION: L
                               (
                               (     JUDGE FALLON
                               (
                               (     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
***Nicometi v. Janssen Research & Development, LLC et al***
**Civil Action No. 2:17-cv-12826**

### PLAINTIFF FRANK L. NICOMETI, SR.'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH <u>ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES</u>

Now comes Plaintiff, Frank L. Nicometi, Sr., identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9805) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1.     Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc. 9805). The Court entered an Order to Show Cause on June 21, 2018 (Doc. 9955). Plaintiff Frank L. Nicometi, Sr. represented by Salim-Beasley LLC appeared on Exhibit A of both the Defendant's Motion and the Court's Order to Show Cause (Doc. 9805-2 and 9955 respectively).

2.     Plaintiff's deficiency on both the Motion and Order was failure to provide medical records.

3.     Undersigned counsel would show that on July 9, 2018, Plaintiff uploaded amended PFS and a signed Declaration.

1

Therefore, Plaintiff contends that any alleged deficiencies have been cured and respectfully requests that this case remain on the active docket of this Court.

July 10, 2018                                    Respectfully submitted,

                                                 By: */s/ Barrett Beasley*
                                                 Barrett Beasley, Esq.
                                                 LA Bar Roll No. 25984
                                                 SALIM-BEASLEY, LLC
                                                 1901 Texas Street
                                                 Natchitoches, LA 71457
                                                 Phone: (800) 491-1817
                                                 Facsimile: (318) 354-1227
                                                 bbeasley@salim-beasley.com


                                                 *Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 10, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*
Barrett Beasley
