UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABIN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) | **MDL NO. 2592** <br><br> **SECTION: L** <br><br> **JUDGE FALLON** <br><br> **MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*Ann Garay v Janssen Pharmaceuticals, Inc. et al.*
**Civil Action No. 2:15-cv-03062**

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW counsel for Plaintiff Ann Garay, now deceased, and pursuant to Fed. R. Civ. P. 25(a)(1), respectfully moves to substitute Patricia Youngblood, the personal representative and duly appointed Executrix of the Estate of Ann Garay, as a named party in place of Ann Garay. Plaintiff's counsel would show that Plaintiff Ann Garay, died on or about April 4, 2018. On June 22, 2018, the Probate Court for Warren County, Kentucky entered an Order appointing Patricia Youngblood, as personal representative and Executrix of the Estate of Ann Garay.

On July 2, 2018, counsel for Plaintiff Ann Garay, filed a Notice & Suggestion of Death for the above referenced case. [Dkt. 10049].

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an order permitting the substitution of Patricia Youngblood, as personal representative and Executrix for the Estate of Ann Garay as a named party in place of Ann Garay.

|  |  |
|---|---|
| Dated: <u>July 10, 2018</u> | /s/ *Robert A. Young* <br> /s/ *Jessica R. Surber* <br> ENGLISH, LUCAS, PRIEST & OWSLEY, LLP <br> 1101 College St., P.O. Box 770 <br> Bowling Green, KY 42102 <br> Phone: 270-781-6500 <br> Facsimile: 270-782-7782 <br> byoung@elpolaw.com <br> jrsurber@elpolaw.com <br> *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2018 the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jessica R. Surber
JESSICA R. SURBER
jrsurber@elpolaw.com