UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABIN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) | MDL NO. 2592  SECTION:  L  JUDGE FALLON  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Ann Garay v Janssen Pharmaceuticals, Inc. et al.*
**Civil Action No. 2:15-cv-03062**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party, as well as any responses thereto, finds the motion meritorious.  Therefore,

IT IS ORDERED that Plaintiff, Patricia Youngblood, as personal representative and duly appointed Executrix of the Estate of Ann Garay, is substituted for Plaintiff Ann Garay as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2018.

UNITED STATES DISTRICT JUDGE