# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |
| MICHAEL BLANKENSHIP ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JANSSEN RESEARCH DEVELOPMENT ) | |
| LLC f/k/a JOHNSON AND JOHNSON ) | Civil Action No.: 2:14-md-02592- |
| PHARMACEUTICAL RESEARCH AND ) | EEF-MBN |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) | |
| JANSSEN PHARMACEUTICALS, INC. ) | Case Reference Nos.: |
| f/k/a JANSSEN PHARMACEUTICA INC. ) | 2:16-cv-13982, 2:16-cv-14786, |
| f/k/a ORTHO-MCNEIL-JANSSEN ) | 2:16-cv-11083, 2:16-cv-13941, |
| PHARMACEUTICALS, INC., BAYER PHARMA ) | 2:16-cv-15241, 2:16-cv-09580, |
| AG, BAYER CORPORATION, BAYER ) | 2:15-cv-04532, 2:16-cv-06539, |
| HEALTHCARE LLC, BATER HEALTHCARE ) | 2:16-cv-12894, 2:18-cv-04937, |
| AG, and BAYER AG ) | 2:17-cv-01819, 2:17-cv-07195, |
| Defendants ) | 2:17-cv-03071, 2:16-cv-12267. |

## ORDER APPROVING PLAINTIFFS MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Considering the Motion to Enroll Additional Counsel of Record,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this \_\_\_\_ day of July, 2018.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE