# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Carol Cocco, Individually and on Behalf of the Estate of Dr. Thomas Cocco v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02946<br><br>*James Hunter, Individually and on Behalf of the Estate of Jack Hunter v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-13217<br><br>*Daniel Abbott, et al. v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02605<br><br>*Michael Bowman, Individually and on Behalf of the Estate of Arlene Bowman, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-06612 | MDL No. 2592<br><br>**SECTION:  L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH**<br><br>Date:  July 17, 2018<br>Time:  8:30 a.m.<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW MOTION TO DEEM SERVICE OF PROCESS CONSTUCTIVELY ACCEPTED, OR IN THE ALTERNATIVE FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS** |

Plaintiffs have advised this Court that the parties have reached an agreement to resolve the issues raised by Plaintiffs' Motion to Deem Service of Process Constructively Accepted, or in the Alternative for Extension of Time Within Which to Serve Process (Plaintiffs' Motion) [Dkt. 10061].  Accordingly, Plaintiffs are hereby granted leave to withdraw Plaintiffs' Motion, and said Motion is hereby ORDERED to be withdrawn.

DATED: July 10, 2018

_____
Hon. Eldon E. Fallon
United States District Court Judge