UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Williams v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-11481**

**PLAINTIFF ROBERT WILLIAMS' RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES**

Now comes Plaintiff, Robert Williams, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9805) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Robert Williams contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in May of 2017.

2. The Complaint in this matter was filed on October 30, 2017, while record requests from some healthcare providers were still pending.

3. To date, the records counsel has been able to obtain have not contained evidence of usage or alleged injuries.

4. Plaintiff has agreed to provide records to satisfy the PFS deficiencies.

5. Accordingly, undersigned counsel requests that Mr. Williams's claim not be dismissed with prejudice for failure to show usage or alleged injuries at this time, and Plaintiff be

1

given an additional 60 days to obtain the relevant records documenting proof of usage or alleged injuries.

6. At all times relevant hereto, undersigned counsel has diligently sought proof of usage or alleged injuries from all known healthcare providers. Plaintiff's request is not for purposes of delay but so that justice may be done. Plaintiff has never previously requested or received an extension of time to submit core PFS documentation.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

July 10, 2018

Respectfully submitted,
By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                       */s/ Barrett Beasley*
                                       Barrett Beasley