**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| Ponder v. Janssen Research & | : | **JUDGE ELDON E. FALLON** |
| Development, LLC, et al. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| Case No. 2:16-cv-08073 | : | **MOTION FOR SUBSTITUTION** |
| Plaintiff Donna Ponder | : | **OF PARTY** |
| | : | |

Counsel for Plaintiff Donna Ponder, now deceased, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves for an order substituting Brian Ponder, on behalf of the Estate of Donna Ponder, as Plaintiff in the above captioned case.

Donna Ponder filed a products liability lawsuit against defendants on June 3, 2016. Plaintiff Donna Ponder died on February 18, 2018. Plaintiff filed a Notice and Suggestion of Death on June 21, 2018, attached hereto as Exhibit A. Brian Ponder, as surviving son and pending Administrator of the Estate of Donna Ponder, is a proper party to substitute for Plaintiff-decedent Donna Ponder.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Respectfully submitted,

Date:   July 11, 2018                    ROSS FELLER CASEY, LLP
                                         Attorneys for Plaintiff(s)

                                      By:    /s/ Brian J. McCormick, Jr.
                                         Brian J. McCormick, Jr., Esquire
                                         Mark A. Hoffman, Esquire
                                         Dena R. Young, Esquire
                                         Scott S. Berger, Jr., Esquire
                                         One Liberty Place
                                         1650 Market Street, 34th floor
                                         Philadelphia, PA. 19103
                                         Phone: (215) 574-2000
                                         Fax: (215) 574-3080
                                         bmccormick@rossfellercasey.com
                                         mhoffman@rossfellercasey.com
                                         dyoung@rossfellercasey.com
                                         sberger@rossfellercasey.com