**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Brian J. McCormick, Jr.
BRIAN J. MCCORMICK, JR.
