# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| Ponder v. Janssen Research & | : | JUDGE ELDON E. FALLON |
| Development, LLC, et al. | : | MAGISTRATE JUDGE NORTH |
| | : | |
| Case No. 2:16-cv-08073 | : | **STATEMENT NOTING** |
| Plaintiff Donna Ponder | : | **A PARTY'S DEATH** |
| | : | |

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represent Plaintiff Donna Ponder, note the death during the pendency of this action of Plaintiff Donna Ponder.

                                                                            Respectfully submitted,

Date:   June 21, 2018                      ROSS FELLER CASEY, LLP
                                              Attorneys for Plaintiff(s)

                               By:    <u>/s/ Brian J. McCormick, Jr.</u>
                                           Brian J. McCormick, Jr., Esquire
                                           Mark A. Hoffman, Esquire
                                           Dena R. Young, Esquire
                                           Scott S. Berger, Jr., Esquire
                                           One Liberty Place
                                           1650 Market Street, 34th floor
                                           Philadelphia, PA. 19103
                                           Phone: (215) 574-2000
                                           Fax: (215) 574-3080
                                           bmccormick@rossfellercasey.com
                                           mhoffman@rossfellercasey.com
                                           dyoung@rossfellercasey.com
                                           sberger@rossfellercasey.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Brian J. McCormick, Jr.
BRIAN J. MCCORMICK, JR.