UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

DONNA PONDER
Civil Case No. 2:16-cv-08073

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff David Ponder, finds the Motion meritorious. Therefore,

IT IS HEREBY ORDERED that Plaintiff Brian Ponder, on behalf of the Estate of his deceased mother, Donna Ponder, is substituted as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____ 2018.

_____
Eldon E. Fallon
United States District Court Judge