# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ann Garay v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-03062

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10137, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patricia Youngblood, as personal representative and duly appointed Executrix of the Estate of Ann Garay, is substituted for Plaintiff Ann Garay as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE