**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION   :        MDL No. 2592
                                                                :
                                                                :        SECTION L
                                                                :        JUDGE ELDON E. FALLON
                                                                :
                                                                :        MAGISTRATE JUDGE NORTH
                                                                :

**THIS DOCUMENT RELATES TO:**

The cases listed on the attached Exhibit A.

        COMES NOW, Scott D. Levensten, Esq., of The Levensten Law Firm, P.C., the

undersigned counsel for all Plaintiffs listed on the attached Exhibit A, who hereby gives notice to

this Honorable Court, all parties, and all counsel of record who have made an appearance in

these matters, that the address of The Levensten Law Firm, P.C. has changed.

Effective immediately, the new address is as follows:

        346 S. 15th Street
        Philadelphia, PA 19102

The telephone number, facsimile number and email address remain unchanged.

Date:   July 11, 2018                        Respectfully submitted,


                                                /s/ Scott D. Levensten
                                                **Scott D. Levensten, Esq.**
                                                **THE LEVENSTEN LAW FIRM, P.C.**
                                                **346 S. 15th Street**
                                                **Philadelphia, PA 19102**
                                                **Phone: (215) 545-5600**
                                                **Fax: (215) 545-5156**
                                                **SDL@LevenstenLawFirm.com**

## <u>CERTIFICATE OF SERVICE</u>

     I, Scott D. Levensten, Esq., hereby certify that on July 11, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Date:  July 11, 2018        Respectfully submitted,

         /s/ Scott D. Levensten
         **Scott D. Levensten, Esq.**
         **THE LEVENSTEN LAW FIRM, P.C.**
         **346 S. 15th Street**
         **Philadelphia, PA 19102**
         **Phone: (215) 545-5600**
         **Fax: (215) 545-5156**
         **SDL@LevenstenLawFirm.com**

**EXHIBIT A**

| | | | |
|---|---|---|---|
| Bean | Betty | USDC East Louisiana | 2:16-cv-340 |
| Beatty | Ronald | USDC East Louisiana | 2:16-cv-14832 |
| Beaver | Richard | USDC East Louisiana | 2:15-cv-4083 |
| Burgess | Leona | USDC East Louisiana | 2:16-cv-15918 |
| Cary | Andy | USDC East Louisiana | 2:16-cv-8967 |
| Ciola | Frances | USDC East Louisiana | 2:16-cv-15925 |
| Coleman | Kenny | USDC East Louisiana | 2:16-cv-15930 |
| Crush | Julie | USDC East Louisiana | 2:15-cv-1299 |
| Francisco | Virginia | USDC East Louisiana | 2:16-cv-2014 |
| Geyer | Jacqueline | USDC East Louisiana | 2:17-cv-4169 |
| Grant | Jeanette | USDC East Louisiana | 2:17-cv-7284 |
| Hajek | Doloris | USDC East Louisiana | 2:16-cv-17529 |
| Hodges | Gregory | USDC East Louisiana | 2:16-cv-17532 |
| Hunn | Ethel | USDC East Louisiana | 2:16-cv-14284 |
| Kindred | Myra | USDC East Louisiana | 2:16-cv-15931 |
| King | Joyce | USDC East Louisiana | 2:17-cv-4188 |
| Kniceley | Harold | USDC East Louisiana | 2:17-cv-4170 |
| McKain | Rita | USDC East Louisiana | 2:16-cv-6546 |
| Mueller | William | USDC East Louisiana | 2:15-cv-4083 |
| Natoli | Frank | USDC East Louisiana | 2:17-cv-9752 |
| Olson | David | USDC East Louisiana | 2:16-cv-16600 |

| Phillips | Cecelia | USDC East Louisiana | 2:17-cv-7290 |
|---|---|---|---|
| Prigge | Genevieve | USDC East Louisiana | 2:15-cv-1695 |
| Ramirez | John | USDC East Louisiana | 2:16-cv-8974 |
| Reece | Ronald | USDC East Louisiana | 2:16-cv-14280 |
| Rodriguez | Rose | USDC East Louisiana | 2:16-cv-8978 |
| Runge | Clark | USDC East Louisiana | 2:15-cv-5919 |
| Sachs | Donna | USDC East Louisiana | 2:17-cv-5413 |
| Schiller | Jeannette | USDC East Louisiana | 2:17-cv-1707 |
| Steele | William | USDC East Louisiana | 2:16-cv-2907 |
| Touchton | Margaret | USDC East Louisiana | 2:16-cv-12220 |