UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICE SPRING and THOMAS SPRING ) | |
| ) | MDL NO. 2592 |
| Plaintiffs. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:16-cv-06725 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff's Alice Spring and Thomas Spring, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, and with consent of all parties, hereby seek to amend the Complaint to include an second injury of gastrointestinal bleeding, specifically, in the "Plaintiffs' Specific Allegations".

Plaintiff Alice Spring and Thomas Spring's initial Complaint was jointly filed via LAED CM/ECF on May 4, 2016. The joint complaint was then severed and given a new case number of

2:16-cv-06725 on May 20, 2016. Service was executed thereafter on June 8, 2016. Plaintiff suffered a second internal bleeding event on July 10, 2017 after the initial complaint was filed.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and Order to Amend Complaint.

Dated: July 11th, 2018

                                        Respectfully submitted,

                                        SWMW Law, LLC

                                        By: /s/Stephen B. Wohlford
                                              Benjamin R. Schmickle, #6270568
                                              Stephen B. Wohlford, #IL6287698
                                              701 Market Street, Suite 1000
                                              St. Louis, MO 63101
                                              (314) 480-5180
                                              (314) 932-1566 – Facsimile

                                        **ATTORNEYS FOR PLAINTIFFS**