UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | : | |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FILED
DUPLICATE CASES IN MDL NO. 2592

Plaintiffs on the attached Exhibit A have filed more than one lawsuit regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of CMO 6, these Plaintiffs were selected for inclusion in Wave 1 discovery for one of the cases that they have filed. Plaintiffs cannot have two cases pending in this litigation. Defendants' Liaison Counsel has contacted Plaintiffs' counsel about these duplicate cases pending in the litigation multiple times and has requested dismissal of the case that was not selected for work up under CMO 6. One of these cases will be a part of the Wave 1 workup pool as selected, and the second case needs to be dismissed. To date, Plaintiffs have not responded to any of Defendants' attempts to resolve this issue without Court intervention and have not agreed to dismiss the duplicate-filed case for each Plaintiff.[1] Those Plaintiffs should be ordered to show cause at 8:30 a.m. on July 17, 2018, before the Court as to why the duplicate filed-case should not be dismissed with prejudice.

---

[1] Defendants understand that plaintiff's counsel are in the process of working on a resolution for the duplicate filings in Netty Acker case. To the extent this is resolved prior to the show cause hearing, Defendants will advise the Court accordingly.

1

Failure to show cause by appearing before this Court at 8:30 am on July 17, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 11th day of _____July_____ 2018.

_____
United States District Judge

# Exhibit A

## Duplicate Filed Cases

| No. | Plaintiff | Docket No. | Plaintiff Counsel (Current) | Init. Compl. Filed Date | Selection |
|---|---|---|---|---|---|
| 1 | Acker, Netty (Duplicate 1) | 2:16-cv-13851 | The Driscoll Firm, P.C. | 3/8/2016 | MDL Wave 1 Defense Selection |
|   | Acker, Netty (Duplicate 2) | 2:17-cv-17257 | The Gallagher Law Firm, PLLC | 12/14/2017 | |
| 2 | Fiore, Frederick (Duplicate 1) | 2:15-cv-02770 | Zeccola & Selinger, LLC; Aylstock, Witkin, Kreis & Overholtz PLLC | 7/10/2015 | MDL Wave 1 Random Selection |
|   | Fiore, Frederick (Duplicate 2) | 2:16-cv-09203 | Childers, Schlueter & Smith, LLC | 5/19/2016 | |
| 3 | Waters, Betty J. (Duplicate 2) | 2:17-cv-00561 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm | 5/19/2016 | MDL Wave 1 Defense Selection |
|   | Waters, Betty (Duplicate 1) | 2:16-cv-01047 | Kirkendall Dwyer LLP | 1/20/2016 | |

00515975