UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

IT IS HEREBY ORDERED that, considering the *Ex Parte* Motion to Amend Record Document No. 10059, filed by Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, the Motion is hereby GRANTED, and the Court will replace Rec. Doc. 10059, 10059-1, 10059-2, 10059-3, and 10059-4 with the proposed amended pleadings attached to Defendants' Motion on this Court's docket.

New Orleans, Louisiana this   11th   day of    July       2018.

_____
UNITED STATES DISTRICT JUDGE