UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donna Ponder v. Janssen Research & Development LLC, et al.*
CA# 2:16-cv-08073

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10142, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Brian Ponder, on behalf of the Estate of his deceased mother, Donna Ponder, is substituted for Plaintiff Donna Ponder as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE