UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Hernando Avila obo Maria C. Avila v. Janssen Research & Development LLC, et al; No. 2:17-cv-09870*

*Clay Christie v. Janssen Research & Development LLC, et al; No. 2:17-cv-17455*

*Ernestine Denson v. Janssen Research & Development LLC, et al; No. 2:17-cv-12461*

*Billy Hall v. Janssen Research & Development LLC, et al; No. 2:17-cv-12465*

*Donald Hartman v. Janssen Research & Development LLC, et al; No. 2:17-cv-12533*

*Kelvin Hill v. Janssen Research & Development LLC, et al; No. 2:17-cv-12651*

*Harold Holley v. Janssen Research & Development LLC, et al; No. 2:17-cv-12605*

*Dozie Jenkins obo Louis Jenkins v. Janssen Research & Development LLC, et al; No. 2:17-cv-12470*

*Joel Proffer v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12629*

*Shakema Scott v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12481*

*Dolly Villagomez v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12468*

*Karen Wedge obo Phillip Wedge v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12460*


COMES NOW Counsel for Plaintiffs in the above matters, and files this Response to the

Order to Show Cause Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies

entered on June 21, 2018 (Doc. 9955) and would respectfully show the Court the following:

I.

Defendants moved for an Order to Show Cause why certain cases in which Defendants

allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be

dismissed with prejudice (Doc.9805). The Court entered an Order to Show Cause on June 21,

2018 (Doc. 9955).   Several Plaintiffs represented by The Gallagher Law Firm PLLC appear on

Exhibit A of both Defendants' Motion and the Court's Order to Show Cause as follows:


**DISMISSAL OF CASES**

- *Ernestine Denson v. Janssen Research &*
  *Development LLC, et al; No. 2:17-cv-12461*

- *Joel Proffer v. Janssen Research &*
  *Development LLC, et al; No. 2:17-cv-12629*

Counsel for Plaintiff would show that a Stipulation of Dismissal was entered in Ernestine

Denson's cause of action on June 25, 2018.

Counsel for Plaintiff has approved the filing of Stipulation of Dismissal in Joel Proffer's case.  Mr. Proffer's case is dual filed and the case filed by The Gallagher Law Firm PLLC is being dismissed.

## ALLEGED DEFICIENCIES CURED

- *Hernando Avila obo Maria C. Avila v. Janssen Research & Development LLC, et al; No. 2:17-cv-09870*

- *Billy Hall v. Janssen Research & Development LLC, et al; No. 2:17-cv-12465*

- *Dozie Jenkins obo Louis Jenkins v. Janssen Research & Development LLC, et al; No. 2:17-cv-12470*

Undersigned counsel has informed the Plaintiffs of their obligations regarding the completion and serving of PFSs pursuant to CMO1 and PTO 13.

With respect to Hernando Avila's case, counsel for Plaintiff would show that on July 2, 2018  the Plaintiff's Fact Sheet was amended and uploaded to MDL Centrality, along with event records translated into English to remedy the alleged deficiencies regarding Mr. Avila's PFS. Plaintiff further amended the PFS on July 5, 2018 to remove death as a claimed injury.

With respect to Billy Hall's case, counsel for Plaintiff would show that on May 18, 2018 the Plaintiff's Fact Sheet was amended and uploaded to MDL Centrality, along with event records to remedy the alleged deficiencies regarding Mr. Hall's PFS.

Regarding the Louis Jenkins case, Plaintiff would show that a certificate of death listing the surviving spouse and Plaintiff in this matter, Dozie Jenkins, as both the informant and surviving spouse of Louis Jenkins, was uploaded to MDL Centrality on February 28, 2018. Additionally, an Affidavit of Next of Kin executed by Plaintiff/surviving spouse Dozie Jenkins

was uploaded to MDL Centrality on March 13, 2018. Finally, Plaintiff also uploaded an amended PFS and executed Declaration page on March 27, 2018. No further deficiencies were received or identified in MDL Centrality beyond that date.

Therefore, the Plaintiffs in these matters contend that any alleged deficiencies have been cured and Plaintiffs respectfully request that their cases be allowed to proceed.

## EXTENSION OF TIME REQUESTED TO CURE ALLEGED DEFICIENCIES

Undersigned counsel has informed the Plaintiffs below of their obligations regarding the completion and serving of the PFS pursuant to CMO1 and PTO 13. Counsel has also provided Plaintiff with a copy of the Notice(s) of Core Deficiency issued by the Defendants, as well as a copy of the Court's Order to Show Cause and advised of the deadlines within which to respond and cure said deficiencies.

- *Clay Christie v. Janssen Research & Development LLC, et al; No. 2:17-cv-17455*

Counsel for Plaintiff would show that he has been working to obtain records which would establish proof of a Xarelto related injury suffered by Mr. Christie.  While the invoice for records from Lake Norman Regional Medical Center has been paid to the records custodian, counsel for Plaintiff has not yet received the requested records.

Counsel is hopeful that the facility will provide the requested records shortly. Therefore, counsel for Plaintiff respectfully requests an extension of time of thirty (30) days within which to cure the alleged PFS deficiencies and obtain the requisite medical records establishing Mr. Christie's injury.

- *Kelvin Hill v. Janssen Research &*
  *Development LLC, et al; No. 2:17-cv-12651*

Counsel for Plaintiff would show that he has been working to obtain records which would

establish proof of a Xarelto related injury suffered by Mr. Hill.  Additional records were ordered

from Cardiology Associates and counsel is hopeful that the facility will provide the requested

records shortly. Therefore, counsel for Plaintiff respectfully requests an extension of time of

thirty (30) days within which to cure the alleged PFS deficiencies and obtain the requisite

medical records establishing Mr. Hill's injury.

- *Donald Hartman v. Janssen Research &*
  *Development LLC, et al; No. 2:17-cv-12533*

While Plaintiff has already established that he belongs in this litigation by providing

proof of Xarelto use and proof of a bleeding event while taking Xarelto, Plaintiff has not

provided an executed Declaration. Unfortunately, Mr. Hartman passed away and counsel for

Plaintiff only recently learned of his death. Upon learning of Mr. Hartman's death, counsel filed

Notice and Suggestion of Death with the Court on June 6, 2018.

Counsel for Plaintiff has been contacted by probate counsel for the estate of Mr.

Hartman, Ms. Lauren Richardson of Gainesville, FL, who has advised that one of Mr. Hartman's

surviving children, Amy Marie Hughes, is being appointed as the estate representative on behalf

of Mr. Hartman's estate.  The estate proceeding is pending in the Circuit Court for Alachua

County, Florida, Probate Division, under File No. 01-2018-CP-Division.  Ms. Richardson has

requested an extension of time of forty-five (45) days to conclude the probate proceeding and

obtain a Declaration executed by the estate representative.

Therefore, counsel for Plaintiff respectfully requests an extension of time of forty-five (45) days within which to cure the alleged PFS deficiencies and provide an executed Declaration from Mr. Hartman's estate representative, Amy Marie Hughes.

## <u>UNABLE TO CURE ALLEGED DEFICIENCIES</u>

*Harold Holley v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12605*

*Shakema Scott v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12481*

*Dolly Villagomez v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12468*

*Karen Wedge obo Phillip Wedge v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12460*

Undersigned counsel has informed the Plaintiffs of their obligations regarding the completion and serving of PFSs pursuant to CMO1 and PTO 13. Counsel has also provided Plaintiffs with a copy of the Notice(s) of Core Deficiency issued by the Defendants, as well as a copy of the Court's Order to Show Cause, and advised of the deadlines within which to respond and cure said deficiencies.

The above-referenced Plaintiffs have been unable to cure their respective alleged PFS deficiencies.  Counsel has communicated with Plaintiffs in order to obtain executed Declarations, where applicable, and/or identify any other source of records which would confirm Plaintiffs' proof of their Xarelto related injuries, and Plaintiffs have been unable to provide any additional information and/or records that would allow counsel to provide a properly executed Declarations and/or obtain the requisite records and cure the PFS deficiencies.

Because Plaintiffs' counsel has been unsuccessful in obtaining a properly executed Declarations, where applicable, and/or identifying any other source of information and/or records that may contain proof of the Xarelto related injuries suffered by Plaintiffs, counsel is unable to respond and cure the alleged core PFS deficiencies.

Despite the best efforts of Plaintiffs' counsel, counsel has been unable to obtain the requisite information to cure the alleged core PFS deficiencies. Counsel does not have written permission from these Plaintiffs to agree to a stipulation of dismissal of their claims with prejudice.  However, unless the requisite Declarations and/or additional information or records are received by Plaintiffs' counsel prior to the show cause hearing, counsel has no basis to contest such a dismissal should the Court rule that a dismissal is appropriate and proper.

Plaintiffs have been advised that unless the requisite documents and/or records are received, their cases are subject to dismissal by the Court with prejudice.

Dated:  July 11, 2018.

Respectfully submitted,


s/ Michael T. Gallagher
MICHAEL T. GALLAGHER
 (Texas Bar #07586000)
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile (713) 222-0066
mike@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties  or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via

MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


s/ Michael T. Gallagher
Michael T. Gallagher