# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

THIS DOCUMENT RELATES TO:

*Antonio Fernandes v. Janssen Research & Development, LLC, et al.; No. 2:17-cv-8273*

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Plaintiff Antonio Fernandes, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Motion for Leave to File Amended Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to correct certain names of medical providers and to include the additional injury dates of April 20, 2016 through May 10, 2016, reflected in paragraphs 250, 251 of the Second Amended Complaint. A copy of Plaintiff's Second Amended Complaint is attached hereto as Exhibit A.

Plaintiff Antonio Fernandes' Complaint was filed via LAED CM/ECF on August 25, 2017 and service was executed thereafter on September 7, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint be granted.

Dated July 11, 2018                                Respectfully submitted,

By: /s/ Bobby Saadian
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 11th day of July, 2018.

**THE WILSHIRE LAW FIRM**

By: /s/ Bobby Saadian
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiffs*