# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXIBAN) PRODUCTS LIABILITY LITIGATION

MDL No.: 2592

Section: L

JUDGE FALLON
MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Charles Lewis v. Janssen Research & Development LLC, et al; 2:15-cv-01715*

## RESPONSE IN OPPOSITION TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

This matter is subject to the Motion for an Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (DOC. 911) scheduled to be heard on July 16, 2018. Undersigned counsel responds to the Motion as follows:

1. On August 18, 2015, Plaintiff Charles Lee Lewis fully completed a Plaintiff Fact Sheet that was submitted to MDL Centrality on or about that time.

2. Plaintiff has received notice from The Marker Group that Defendants have received the medical records of Charles Lee Lewis from the healthcare providers listed on the Plaintiff Fact Sheet submitted on or about August 18, 2015.

3. Counsel for Plaintiff was notified that Charles Lee Lewis passed away on April 6, 2018.

4. Charles Lee Lewis was not married and had no children. Counsel for Plaintiff is

unclear who will be the new Plaintiff in the wrongful death action.  Decedent's mother is next of kin but it is counsel's understanding that she is 91-years-old and may not have the capacity to bring a lawsuit.  Decedent's family has informed counsel that they wish to continue with the lawsuit.

5. Counsel for Plaintiff has been in touch with members of the decedent's family.  Counsel has informed multiple family members that this case was selected for remand and what that entails.  Counsel has also told family members in conversation and in writing that she needs to know who will be the new Plaintiff and when the appropriate estate documents will be in order so that the complaint can be amended.   However, that information has not been confirmed.

6. Counsel for Plaintiff prepared an updated Plaintiff Fact Sheet with new information as a result of the death of Charles Lee Lewis and requested two separate family members who counsel believes would be the new Plaintiff review the Fact Sheet and sign the Declaration but she has yet to receive back the Declaration page back.  The updated Plaintiff Fact Sheet was submitted to MDL Centrality on June 27, 2018.  The only deficiency is the failure to submit a signed Declaration in connection with the Plaintiff Fact Sheet.

7. Counsel for Plaintiff has informed multiple family members of Charles Lee Lewis multiple times that this case is on the list for an Order to Show Cause as to why it should not be dismissed with prejudice and that counsel needed their immediate cooperation regarding returning the Declaration to the Fact Sheet. To date, the family members have not returned the authorizations, verifications and have not informed counsel when the appropriate estate proceedings will be completed.

8.      Counsel for Plaintiff has also not been informed by the Lewis family who will be the new Plaintiff on behalf of the Estate of Mr. Lewis and counsel has not been provided the necessary estate documentation so the complaint could be amended.

9.      As a result of the death of Charles Lee Lewis and the inability of counsel to obtain the necessary information and documentation to amend the complaint and a signed Declaration page to the fact sheet it is respectfully requested that additional time be permitted to submit the Declaration and that an Order to Show Cause Re Dismissal of this case not be issued.

Dated: July 11, 2018

*/s/ Laura M. Morris*

Attorney for Plaintiff
Daniel J. Callahan
Daniel@callahan-law.com
Laura M. Morris
lmorris@callahan-law.com

3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Tel: (714) 241-4444
Fax: (714) 241-4445

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Response in Opposition to Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rules of Civil Procedure 5(a)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 11th day of July, 2018.

/s/ Laura M. Morris

Attorney for Plaintiff
Daniel J Callahan
Daniel@Callahan-law.com
Laura M. Morris
lmorris@Callahan-law.com
3 Hutton Centre Drive,
Ninth Floor
Santa Ana, CA 92707
Phone: 714-241-4444
Fax: 714-241-4445