# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　:
PRODUCTS LIABILITY LITIGATION　:　　**MDL No. 2592**
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　**SECTION L**
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　**JUDGE ELDON E. FALLON**
　　　　　　　　　　　　　　　　　　　:
_____:　　**MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**　　　**JURY TRIAL DEMANDED**

ALICE SPRING and THOMAS SPRING

Civil Action No. 2:16-cv-6725

## AMENDED SHORT FORM COMPLAINT

1.　Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2.　Individual Plaintiffs, ALICE SPRING and THOMAS SPRING, are identified more fully in Paragraph 8 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Paragraph 8 states that Plaintiff Alice Spring suffered a gastrointestinal bleed on December 23, 2015. Plaintiff also suffered a second gastrointestinal bleed on July 10, 2017.

4.　Individual Plaintiffs herein reside at 922 Brenwood Farms Rd. Burlington, WV 26710.

5.　The Xarelto User resides (or if deceased, resided at the time of death) at PO Box 198, Burlington, West Virginia 26710.

6.　In conjunction with Plaintiff Alice Spring's claim, Thomas Spring, spouse of Alice Spring, asserts a claim for loss of consortium.

8. Attached as Attachment 2 is the Joint Complaint listing within the Individual Plaintiffs.

Respectfully Submitted,

Dated: July 11th, 2018                    By:    /s/Stephen Wohlford

SWMK Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile
pharma@swmklaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11th, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____