UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :    MDL No. 2592
                                      :
                                      :    SECTION L
                                      :    JUDGE ELDON E. FALLON
                                      :    MAGISTRATE JUDGE NORTH
                                      :
_____:

**THIS DOCUMENT RELATES TO:**

Arthur K. McDonald
Civil Action No.: 2:18-cv-00590

### PLAINTIFF ARTHUR K. MCDONALD'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Arthur K. McDonald, in the above-referenced action, and by and through his counsel of record hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff Arthur K. McDonald hereby requests that his claims against all Defendants in this action be voluntarily dismissed, WITHOUT prejudice.

Plaintiff Arthur K. McDonald dismisses all claims in this matter WITHOUT prejudice against all Defendants in THIS action only. This dismissal is not intended to affect the lawsuit filed by the Law Office of Christopher K. Johnston, LLC which is currently pending in the United States District Court Eastern District of Louisiana, MDL No. 2592, Case No. 2:17-cv-04622.

1

Dated: This 12th day of July, 2018.

        Respectfully submitted,

/s/ Michael G. Guajardo

MICHAEL G. GUAJARDO, ESQ.
Texas Bar No.  00784183
J. GREGORY MARKS, ESQ.
Texas Bar No.  12994900

Guajardo & Marks, LLP
12221 Merit Drive, Suite 945
Dallas, Texas  75251
Phone:  (972) 774-9800
Fax:  (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  The foregoing Plaintiff's Motion to Voluntarily Dismiss With Prejudice has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 12th day of July, 2018.

               Respectfully submitted,

                /s/ Michael G. Guajardo
               MICHAEL G. GUAJARDO, ESQ.
               Texas Bar No. 00784183
               J. GREGORY MARKS, ESQ.
               Texas Bar No. 12994900

               Guajardo & Marks, LLP
               12221 Merit Drive, Suite 945
               Dallas, Texas 75251
               Phone: (972) 774-9800
               Fax: (972) 774-9801
               mike@guajardomarks.com
               greg@guajardomarks.com

               *Attorneys for Plaintiff*