UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Barr v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 18-cv-4413 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that David Barr, on behalf of his deceased mother Glenda Barr, may be substituted for Glenda Barr as the proper party plaintiff in this action.

New Orleans, Louisiana this __ day of __ 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge