UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Doss v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:16-cv-00775**

**PLAINTIFF' RESPONSE IN OPPOSITION TO THE COURT'S ORDER
TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED
TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT
SHEET PURSUANT TO CMO 6**

Now, comes the law firm of Herman, Herman & Katz, LLC, counsel for Plaintiff, **Bernice Byron Doss**, individually, and on behalf of Elsie Bernice Doss, identified in this Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Fully Completed Updated Plaintiff Fact Sheet Pursuant to CMO6 (Rec.Doc. 10121 and 10122), dated July 9, 2018, who submits this Response in Opposition to the Order to Show Cause and shows as follows:

1.  Undersigned counsel filed the complaint in this matter on behalf of plaintiff, Bernice Byron Doss, individually, and as a representative of Elsie Bernice Doss on January 28, 2016.

2.  At the time of the filing of the complaint, Pre-Trial Order 13 was in effect, requiring plaintiffs to complete the Plaintiff Fact Sheet ("PFS") in its entirety and submit the PFS to the defendants within sixty (60) days. Pre-trial order 27 was not yet in effect as of the date of the filing

2

of this complaint.

3. On March 28, 2016, undersigned counsel request and was granted an extension of time from the defendants until April 28, 2016, to submit the PFS.  Undersigned counsel submitted a fully completed PFS to the defendants via MDL Centrality on April 26, 2016, in compliance with Court orders.  On May 17, 2016, defendants issued a deficiency notice, which was promptly responded to by undersigned counsel on June 6, 2016.  There have been no deficiencies issued on this claimant since that time.

4. On February 27, 2018, this Honorable Court issued Case Management Order 6 ("CMO6").

5. This case had been selected as a Wave I discovery case.

6. Accordingly, undersigned counsel notified Plaintiff, **Bernice Byron Doss**, individually, and on behalf of Elsie Bernice Doss, via US mail on April 23, 2018 and again on May 7, 2018, , in attempt to notify him of the Wave I selection and the requirements of CMO6.  Additionally, undersigned counsel made several telephone calls to plaintiff on May 7, 2018, May 30, 2018 and June 4, 2018, with no success in reaching plaintiff.  On June 11, 2018, undersigned counsel received a telephone message from Stephanie McGuire, who advised that she was the niece of plaintiff, Bernice Doss, and was notifying counsel of the death of Bernice Doss.

7. After numerous attempts to return the telephone call of Ms. McGuire, undersigned counsel spoke with Ms. McGuire on July 11, 2018, who advised that Elsie Doss has a daughter that Ms. McGuire will attempt to locate.  Additionally, undersigned counsel has employed the services a private investigators to locate the next of kin for Elsie Doss.

8. Undersigned counsel has performed extensive due diligence in its efforts to locate

next of kin to decedent, Elsie Doss, and is hopeful that the next of kin can be located so that the proper representative can be substituted and the case proceed accordingly.

9. Undersigned counsel respectfully requests that this Honorable Court grant an additional sixty (60) days to perform the necessary steps to enable a representative to be substituted and enroll in this matter, or to get guidance as to how to proceed in this matter.

10. Undersigned counsel will report to the defendants and this Honorable Court regarding the ongoing progress of this matter, so if the case is to be dismissed, the defendants are timely notified.

11. FOR THE REASONS STATED ABOVE, Plaintiff, **Bernice Byron Doss**, individually, and on behalf of Elsie Bernice Doss, through undersigned counsel requests this Honorable Court grant an additional sixty (60) days to perform the necessary steps to enable a representative to be substituted and enroll in this matter, or to get guidance as to how to proceed in this matter.

July 12, 2018     Respectfully submitted,

*/s/ Leonard A. Davis*
HERMAN, HERMAN & KATZ, LLC
Leonard A. Davis (#14190)
ldavis@hhklawfirm.com
Russ M. Herman (#6819)
rherman@hhklawfirm.com
Stephen J. Herman (#23129)
sherman@hhklawfirm.com
Brian Katz (#24137)
bkatz@hhklawfirm.com
Soren Gisleson (#26302)
sgisleson@hhklawfirm.com
Joseph Cain (#29785)
jcain@hhklawfirm.com
Dr. Joseph Kott (#24499)
jkott@hhklawfirm.com

820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

*Attorneys for Plaintiff, Bernice Byron Doss, individually, and on behalf of Elsie Bernice Doss*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Leonard A. Davis
Leonard A. Davis