# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

THIS DOCUMENT RELATES TO:

*Antonio Fernandes v. Janssen Research & Development, LLC, et al.; No. 2:17-cv-8273*

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Plaintiff Antonio Fernandes, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Motion for Leave to File Amended Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to correct certain names of medical providers and to include the additional injury dates of April 20, 2016 through May 10, 2016, reflected in paragraphs 250, 251 of the Second Amended Complaint. A copy of Plaintiff's Second Amended Complaint is attached hereto as Exhibit A.

Plaintiff's counsel conferred with Defense counsel and, on July 10, 2018, received consent to file this motion unopposed.

Plaintiff Antonio Fernandes' Complaint was filed via LAED CM/ECF on August 25, 2017 and service was executed thereafter on September 7, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint be granted.


Dated July 12, 2018                                Respectfully submitted,


                                                   By: */s/ Bobby Saadian*
                                                   Bobby Saadian, Esq.
                                                   CA Bar 250377
                                                   3055 Wilshire Blvd. 12th Floor,
                                                   Los Angeles, CA 90010
                                                   Phone: (213)381-9988
                                                   Fax: (213)381-9989
                                                   Email: masstorts@wilshirelawfirm.com
                                                   *Attorney for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 12th day of July, 2018.

                                      **THE WILSHIRE LAW FIRM**

                                      By: */s/ Bobby Saadian*
                                      Bobby Saadian, Esq.
                                      CA Bar 250377
                                      3055 Wilshire Blvd. 12th Floor,
                                      Los Angeles, CA 90010
                                      Phone: (213)381-9988
                                      Fax: (213)381-9989
                                      Email: masstorts@wilshirelawfirm.com
                                      ***Attorney for Plaintiffs***