UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>LOLA KNUTZEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　　　Defendants. | MDL NO. 2592<br><br>CIVIL ACTION FILE NO. 2:17-CV-4114<br><br>JUDGE: ELDON E. FALLON |

## MOTION AND ORDER TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel comes Plaintiff, Lola Knutzen, who moves this Court to allow David K. May (Georgia Bar No. 478948) to be enrolled as additional counsel of record for Plaintiff, Lola Knutzen.

**PRINCENTHAL & MAY LLC**
David K. May
750 Hammond Dr.
Building 12, Suite 200
Sandy Springs, GA 30328
Tel: (678) 534-1980
david@princemay.com

**JOHNSTON LAW GROUP**
Dianna Albini
William Rivera
649 Mission Street, 5th Floor
San Francisco, CA 94105

Attorneys for Plaintiffs
Dated: June 12, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc.,
Janssen Research & Development, LLC,
Janssen Ortho LLC,
and Johnson & Johnson
Dated: June 12, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants
Bayer HealthCare Pharmaceuticals Inc.,
and Bayer Pharma AG
Dated: June 12, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: June 12, 2018

## CERTIFICATE

I hereby certify that a copy of the foregoing **Motion to Enroll as Additional Counsel** was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to Mr. James B. Irwin, Liason Counsel for Defendants, by operation of the Court's electronic filing system.

This **12th** day of **July, 2018.**

David K. May (#GA478948)
Princenthal & May, LLC
750 Hammond Drive
Building 12, Ste 200
Sandy Springs, GA 30328
Telephone: (678) 534-1980
Facsimile: (404) 806-0624

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

**LOLA KNUTZEN**               MDL NO. 2592

v.                             CIVIL ACTION NO. 2:17-CV-4114

**JANSSEN RESEARCH &
DEVELOPMENT, ET AL.**

ORDER

Upon consideration of the foregoing Motion to Enroll as Additional Counse, **IT IS ORDERED** that the name of David K. May be entered into the record of this Court as additional counsel for Plaintiff, Lola Knutzen, in the above entitled and numbered cause.

This _____ day of _____, 2018.

_____
**HON. ELDON FALLON
UNITED STATES DISTRICT JUDGE**