UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

## ORDER

On April 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9121]. Prior to the Show Cause Hearing held on May 8, 2018, the following Plaintiffs agreed to file or filed stipulations dismissing their cases with prejudice:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | ALLEN, CYNTHIA | Law Office of Christopher K. Johnston, LLC | 2:17-cv-7542 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | ARNSON, GLORIA | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | DALTON, WILLIAM | Cory Watson | 2:17-cv-12639 | Medical Records-Medical records provided do not demonstrate alleged injury |

1

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|---|---|---|---|
| 4. | DUMA, EUNICE | Salim-Beasley, LLC | 2:17-cv-07618 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 5. | FEGGINS, JOHNNY | Salim-Beasley, LLC | 2:17-cv-07367 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | GRIMES, MACK | The Driscoll Firm | 2:17-cv-9898 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 7. | HARMON, CHARLES | The Driscoll Firm | 2:17-cv-9900 | Prescription Records-Records provided are not for the user identified in PFS section I.B.; Medical Records-Records provided are not for the user identified in PFS section I.B.; Failure to respond to question in Section I (core case information) |
| 8. | JOHNSON, TAMEKIA | Law Office of Christopher K. Johnston, LLC | 2:17-cv-7394 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 9.  | LINE, THEODORE | Salim-Beasley, LLC | 2:17-cv-08420 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 10. | MAXWELL, LEILA | Salim-Beasley, LLC | 2:17-cv-07502 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 11. | MILLS, BILLY | Wexler Wallace LLP | 2:17-cv-07228 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | RADDATZ, GLORIA | Salim-Beasley, LLC | 2:17-cv-10496 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 13. | VEAZIE, JAMES | Pulaski Law Firm, PLLC | 2:17-cv-07112 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 14. | WILLIAMS, LEON | Salim-Beasley, LLC | 2:17-cv-05597 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 12th day of July, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge