UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) | : | |
|---|---|---|
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On April 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9121]. For the reasons set forth at the Show Cause Hearing held on May 8, 2018, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | ADAY, JOHN | The Gallagher Law Firm LLP | 2:17-cv-06670 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | ALEGRIA, JOHN | Marc J. Bern & Partners LLP | 2:17-cv-06976 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

1

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|--------------------|-------------------|-------------------|-------------------------|
| 3. | ALVAREZ, ROBERTO | Fernelius Simon PLLC | 2:17-cv-09587 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | BIGNELL, CYNTHIA | Lenze Moss, PLC. | 2:17-cv-06885 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | BOLDEN, DENNIS | GLANCY PRONGAY & MURRAY LLP | 2:17-cv-4508 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | CALDWELL, EVA | Salim-Beasley, LLC | 2:17-cv-09243 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 7.  | COVINGTON, DAPHNE | Slater Slater Schulman LLP | 2:17-cv-05130 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8.  | DE LOS SANTOS, GEORGE | The Gallagher Law Firm LLP | 2:17-cv-07936 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 9.  | FITZGERALD, LARRY | Salim-Beasley, LLC | 2:17-cv-07601 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | FLORES, RIGOBERTO | The Potts Law Firm, LLP | 2:17-cv-09588 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 11. | FREEMAN, PEGGY | Salim-Beasley, LLC | 2:17-cv-09384 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 12. | GILLESPIE, CALVIN | The Gallagher Law Firm LLP | 2:17-cv-07933 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 13. | GRINSTEAD, ERNESTINE | Marc J. Bern & Partners LLP | 2:17-cv-04203 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | HINES, GLORIA | The Gallagher Law Firm LLP | 2:17-cv-08777 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 15. | JACKSON, ALBERT | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11705 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 16. | JACKSON, EARLINE | Fernelius Simon PLLC | 2:17-cv-02969 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 17. | JONES, EDWARD | Douglas & London | 2:17-cv-08433 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | KING, BILLY | Marc J. Bern & Partners LLP | 2:17-cv-0547 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | LATHEY, RAYMOND | Salim-Beasley, LLC | 2:17-cv-07507 | Medical Records-Medical records provided do not demonstrate alleged injury |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 20. | LONG, DARRELL | Schneider Hammers LLC | 2:17-cv-2708 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 21. | MACKLIN, JOHN T | The Driscoll Firm | 2:17-cv-11721 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 22. | MCGRIFF, CATHY | Salim-Beasley, LLC | 2:17-cv-08423 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 23. | MOSTELLA, LILA | The Driscoll Firm | 2:17-cv-9976 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 24. | MYERS, ROBERT | Salim-Beasley, LLC | 2:17-cv-07613 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 25. | NEWMAN, MONICA | Rosenbaum & Rosenbaum, P.C. | 2:17-cv-10310 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 26. | NORRIS, STANLEY | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11732 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 27. | ORTIZ AMARO, FRANCISCO | Johnson Law Group | 2:17-cv-07265 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 28. | OSBORNE, KENNETH | Salim-Beasley, LLC | 2:17-cv-08925 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 29. | PADILLA, GUADALUPE | The Gallagher Law Firm LLP | 2:17-cv-08794 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 30. | PROCTOR, ELVIS | Wexler Wallace LLP | 2:17-cv-08685 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 31. | PRYEAR, HOWARD | The Gallagher Law Firm LLP | 2:17-cv-10341 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 32. | QUINN, JOSEPH | Kirtland & Packard | 2:17-cv-01095 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 33. | RANDOLPH, ANNETTE | Marc J. Bern & Partners LLP | 2:17-cv-11891 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 34. | REYNOLDS, REBECCA | Salim-Beasley, LLC | 2:17-cv-07603 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 35. | ROBIN, ANTHONY | The Driscoll Firm | 2:17-cv-9905 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 36. | ROSSO, SHIRLEY | The Driscoll Firm | 2:17-cv-9969 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 37. | ROUTH, ROBERT H | Beasley Allen | 2:17-cv-07384 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 38. | SOUDERS, LINDA | Salim-Beasley, LLC | 2:17-cv-08427 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 39. | STARLING, JOAN | Salim-Beasley, LLC | 2:17-cv-07600 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 40. | TROYER, SHERRY | Hilliard Martinez Gonzales LLP | 2:17-cv-5689 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 41. | WASHINGTON, JULIA | The Potts Law Firm, LLP | 2:17-cv-07053 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 42. | YOUNG, MAMIE | The Driscoll Firm | 2:17-cv-9963 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 43. | YU, JEAN J | Beasley Allen | 2:17-cv-05480 | Medical Records-Medical records provided do not demonstrate alleged injury |

New Orleans, Louisiana, on this 12th day of July, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge