UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On March 30, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 9054]. For the reasons set forth at the Show Cause Hearing held on May 8, 2018, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Atkinson, Bruce | 2:17-cv-08488 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Blanchard, Gail | 2:17-cv-08094 | McEwen Law Firm, Ltd. |
| 3. | Bretz, Katherine | 2:17-cv-09519 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Budzak, Lorraine | 2:17-cv-08609 | Kabateck Brown Kellner, LLP |
| 5. | Estridge, Percy | 2:17-cv-09004 | Fears Nachawati, PLLC |
| 6. | Fleming, Carl | 2:17-cv-08543 | Lenze Lawyers, PLC |
| 7. | Kazmi, Sayed M. | 2:17-cv-08876 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 8. | Pippin, Larry | 2:17-cv-09524 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 9. | Stevens, Peter John | 2:17-cv-08117 | Bachus & Schanker, LLC |

New Orleans, Louisiana, on this 12th day of July 2018.

_____

Judge Eldon E. Fallon
United States District Court Judge