UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On March 30, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 9054]. Prior to the Show Cause Hearing held on May 8, 2018, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Briggs, Denise | 2:17-cv-08548 | Lenze Lawyers, PLC |
| 2. | Butler, Richard | 2:17-cv-07158 | Barney & Karamanis, LLP; Flint Law Firm, LLC |
| 3. | Carlino, Sam | 2:17-cv-08535 | Lenze Lawyers, PLC |
| 4. | Carrocino, Julia | 2:17-cv-07592 | Johnson Law Group |
| 5. | Comegys, Carole | 2:17-cv-07581 | Lenze Lawyers, PLC |
| 6. | Duka, Daniel | 2:17-cv-08306 | Slater, Slater Schulman, LLP |
| 7. | Edgerly, Frances | 2:17-cv-09278 | Johnson Law Group |
| 8. | Glenn, Isiah B. | 2:17-cv-08524 | The Schlemmer Firm, LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 9. | Gomez, Hermelinda E. | 2:17-cv-09378 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 10. | Jester, Early | 2:17-cv-09487 | Johnson Law Group |
| 11. | Lee, Herbert | 2:17-cv-08301 | Slater, Slater Schulman, LLP |
| 12. | Poage, Terry | 2:17-cv-08546 | Lenze Lawyers, PLC |
| 13. | Stevenson, Theresa | 2:17-cv-08278 | Lenze Lawyers, PLC |
| 14. | Stockwell, Lonnie | 2:17-cv-08611 | Johnson Law Group |
| 15. | Washington, Alveria Denise | 2:17-cv-08162 | Motley Rice LLC |
| 16. | Williams, Anita | 2:17-cv-08716 | Avram Blair & Associates, P.C. |
| 17. | Williamson, William D. | 2:17-cv-07873 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 18. | Wright, Rachelle | 2:17-cv-08298 | Slater, Slater Schulman, LLP |

New Orleans, Louisiana, on this 12th day of July 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge