# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On March 30, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 9054]. Prior to the Show Cause Hearing held on May 8, 2018, the following Plaintiffs agreed to file or filed stipulations dismissing their cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Burker, Ornel J. | 2:17-cv-07849 | Law Office of Christopher K. Johnston, LLC |
| 2. | Dempsey, David M. | 2:17-cv-07566 | Law Office of Christopher K. Johnston, LLC |
| 3. | Thomas, Dorothy | 2:17-cv-08049 | Law Office of Christopher K. Johnston, LLC |
| 4. | West, Robert | 2:17-cv-08435 | Salim-Beasley, LLC |

New Orleans, Louisiana, on this 12th day of July, 2018.

Judge Eldon E. Fallon
United States District Court Judge