UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On April 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9121]. Prior to the Show Cause Hearing held on May 8, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | ABIODUN, EVELYN | Andrus Wagstaff | 2:17-cv-08518 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 2. | ALEXANDER, GRACE | Lenze Moss, PLC. | 2:17-cv-06678 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | BAILEY, RONALD | Salim-Beasley, LLC | 2:17-cv-09178 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 4. | BELLONE, MARIA | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-1743 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 5.  | BOWEN, ERVIN R | Motley Rice, LLC | 2:17-cv-6067 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6.  | BRADEN, ELMER | The Mulligan Law Firm | 2:15-cv-02939 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 7.  | BROWN, WILLIAM | Salim-Beasley, LLC | 2:17-cv-04433 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 8.  | BROYLES, RONALD | Avram Blair & Associates, P.C. | 2:17-cv-2090 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9.  | CAMILLE, DONA | Medley Law Group | 2:17-cv-07332 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | DAVIS, ANNETTE | Beasley Allen | 2:17-cv-06507 | Prescription Records-Records provided do not show Xarelto use |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 11. | ELIA, IRENE | The Law Office of L. Paul Mankin | 2:17-cv-07201 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 12. | ELLIS, BRANDY | Beasley Allen | 2:17-cv-08075 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 13. | GHIGHI, MARGUERITE | Salim-Beasley, LLC | 2:17-cv-09253 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 14. | GILL, BERNIE | Douglas & London | 2:17-cv-6866 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 15. | GOETZ, THERESA | The Driscoll Firm | 2:17-cv-17339 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 16. | GRANT, CHARLES | The Mulligan Law Firm | 2:16-cv-03367 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 17. | GRZELAKOWSKI, BARBARA | The Driscoll Firm | 2:17-cv-12208 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 18. | HAWES, DAWN L | Bennerotte & Associates, P.A. |  | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 19. | HIGGINS, TROY | Salim-Beasley, LLC | 2:17-cv-08413 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 20. | HOLLAND, CAROLYN | The Driscoll Firm | 2:17-cv-11596 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 21. | JEFFERY, MORRIS | Fears | Nachawati | 2:17-cv-07278 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 22. | JOHNSON, AUDWIN | The Driscoll Firm | 2:17-cv-9901 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 23. | JOHNSON, CLINTON | Baron & Budd | 2:17-cv-07303 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 24. | JOHNSON, JOHN F | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:17-cv-07346 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 25. | JONES, CURTIS L | The Driscoll Firm | 2:17-cv-11589 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 26. | JONES, JOHN | The Driscoll Firm | 2:17-cv-9986 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 27. | KEROS, GEORGE T | Rheingold Giuffra Ruffo & Plotkin LLP | 2:17-cv-11322 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 28. | LAMBRECHT, JOEL A | Elkus Sisson & Rosenstein, P.C. | 2:15-cv-06917 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 29. | LEMMON, CYNTHIA | Salim-Beasley, LLC | 2:17-cv-07409 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 30. | LEWIS, BETTY | The Driscoll Firm | 2:17-cv-11593 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 31. | LOVE, BILLY R | Beasley Allen | 2:17-cv-08812 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 32. | MAY, MARY E | Atlas Partners, LLP | 2:17-cv-11843 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 33. | MAYNARD, NELSON | Andrus Wagstaff | 2:17-cv-13629 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 34. | MENDEL, RUTH | Salim-Beasley, LLC | 2:17-cv-07406 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 35. | OLSEN, VAL D | Motley Rice, LLC | 2:17-cv-5978 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | OWEN, GREG | Whitehead Law Firm | 2:17-cv-10987 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 37. | PARKER, JAMES | Law Office of Christopher K. Johnston, LLC | 2:17-cv-8529 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 38. | PASCUAL, BEVERLY | Douglas & London | 2:17-cv-03503 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 39. | PERRY, RUBY | Lenze Moss, PLC. | 2:16-cv-16703 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | RAMSPERGER, ROBERT J | Beasley Allen | 2:17-cv-10783 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 41. | RICHARDSON, GERALDINE | Carey Danis & Lowe | 2:17-cv-08199 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 42. | ROBERT, JOHNSON | Anastopoulo Law Firm | 2:17-cv-10010 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 43. | ROUMAYA, RIYADH | The Gallagher Law Firm LLP | 2:17-cv-09880 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 44. | SANCHEZ, STELLA C | Law Office of Christopher K. Johnston, LLC | 2:17-cv-11389 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 45. | SCARE, DAVID | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 46. | SCHMIDT, CORDELL | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 47. | SHELTON, JOHN | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 48. | SOLOMON, ALVIN | The Potts Law Firm, LLP | 2:17-cv-09277 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 49. | SOTO, MARY | The Driscoll Firm | 2:16-cv-12009 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 50. | SOUTHARDS, FARRELL | Wexler Wallace LLP | 2:17-cv-07990 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 51. | SPEARS, CAROLYN G | The Penton Law Firm | 2:17-cv-06951 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 52. | SPIVEY, MARGARET | Salim-Beasley, LLC | 2:17-cv-09230 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 53. | TAYLOR, MARK | Lenze Moss, PLC. | 2:17-cv-06909 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 54. | TORRES, ROSA | The Gallagher Law Firm LLP | 2:17-cv-03102 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

9

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 55. | VAN ROOY, PETER | Salim-Beasley, LLC | 2:17-cv-05655 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 56. | WALKINS, JOHN | Napoli Shkolnik PLLC | 2:17-cv-11625 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 57. | WILSON, RETHA | The Driscoll Firm | 2:17-cv-11594 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 12th day of July, 2018.

Judge Eldon E. Fallon
United States District Court Judge