UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : THE CASES LISTED BELOW : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

### ORDER

On February 14, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8662]. For the reasons set forth at the Show Cause Hearing held on March 20, 2018, the following Plaintiffs were given until May 8, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 9151]. Prior to the Show Cause Hearing held on May 8, 2018, the following Plaintiffs agreed to file or filed stipulations dismissing their cases with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | BARTHOLOMEW, JOHN | Salim-Beasley, LLC | 2:17-cv-07608 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond |

1

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| | | | | to question in Section I (core case information) |
| 2. | MILLER, DENNIS | Salim-Beasley, LLC | 2:17-cv-07614 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 12th day of July, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge

2