UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
|---|---|---|
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

### ORDER

On February 14, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8662]. For the reasons set forth at the Show Cause Hearing held on March 20, 2018, the following Plaintiffs were given until May 8, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 9151]. Prior to the Show Cause Hearing held on May 8, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | ABDUR RASHEED, SHRIFF | The Mulligan Law Firm | 2:16-cv-1930 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 2. | BOGGS, IRA | The Mulligan Law Firm | 2:16-cv-13008 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

1

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 3. | BOUDREAUX, CONCHETTA | The Mulligan Law Firm | 2:15-cv-02937 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 4. | BRADEN, ELMER | The Mulligan Law Firm | 2:15-cv-02939 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 5. | BROADS, MARSHA | The Mulligan Law Firm | 2:16-cv-13016 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 6. | BURLISON, DONZIL | The Mulligan Law Firm | 2:15-cv-02940 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 7. | BURROUGHS, DOROTHY | The Mulligan Law Firm | 2:15-cv-02942 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 8. | COYLE, DIANA | The Mulligan Law Firm | 2:15-cv-02949 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 9. | CRAIG, SYLVIA S | The Mulligan Law Firm | 2:15-cv-00222 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 10. | CRAVER, ROBERT | The Mulligan Law Firm | 2:16-cv-09932 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 11. | DANIELSON, ELIZABETH | The Mulligan Law Firm | 2:15-cv-01523 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 12. | DAVIDSON, GEORGE | The Mulligan Law Firm | 2:16-cv-13035 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 13. | DOWNING, JAMES | The Mulligan Law Firm | 2:16-cv-13036 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 14. | DUPREE, DEWEY B | The Mulligan Law Firm | 2:15-cv-02956 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 15. | ELLIS, RICHARD | Cochran Legal Group | 2:16-cv-15093 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 16. | FEIST, JOSEF | The Mulligan Law Firm | 2:15-cv-02951 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 17. | FRANCIS, QUINCY L | The Mulligan Law Firm | 2:16-cv-02153 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 18. | GORDON, PATRICIA | The Mulligan Law Firm | 2:16-cv-12974 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 19. | HEBERT, JANET F | The Mulligan Law Firm | 2:15-cv-02991 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 20. | JACOBSEN, DORIS | The Mulligan Law Firm | 2:15-cv-02993 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 21. | JENSEN, WILLIAM A | The Mulligan Law Firm | 2:16-cv-12805 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 22. | JOHNSON, TIMOTHY | The Mulligan Law Firm | 2:15-cv-02997 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 23. | JONES, GEORGE R | The Mulligan Law Firm | 2:16-cv-13232 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 24. | LIMERICK, RANDOLPH | The Mulligan Law Firm | 2:16-cv-11713 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 25. | MARFIELD, GLADYS | The Mulligan Law Firm | 2:16-cv-12702 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 26. | MCKAY, ROBERT | Beasley Allen | 2:16-cv-10884 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 27. | PAHLS, JAMES L | The Mulligan Law Firm | 2:15-cv-03010 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 28. | PALAZZOLO, JEROME J | The Mulligan Law Firm | 2:15-cv-03011 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 29. | PALMER, CLARENCE | The Mulligan Law Firm | 2:16-cv-02167 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 30. | PLOWMAN, CHARLES B | The Mulligan Law Firm | 2:15-cv-03013 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 31. | SCHIESSL, LUDWIG W | The Mulligan Law Firm | 2:16-cv-02174 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 32. | SHOEHIGH, JOAN | The Mulligan Law Firm | 2:16-cv-12830 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 33. | SINGH, SHANKER | Salim-Beasley, LLC | 2:17-cv-05243 | Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 34. | SOUTHWICK, CHARLES | The Mulligan Law Firm | 2:16-cv-04196 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 35. | THOMPSON, MARY S | The Mulligan Law Firm | 2:16-cv-02704 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 36. | TUNNELL, BILLIE J | The Mulligan Law Firm | 2:16-cv-02180 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 37. | WALKER, RANDA | Johnson Law Group | 2:17-cv-5271 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 38. | WELLS, MARION F | Huber, Slack, Thomas & Marcelle, LLP | 2:16-cv-14761 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 39. | WILLIAMS, CLAUDETTE | The Mulligan Law Firm | 2:16-cv-02617 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 40. | WOLGAST, CAROLINE | The Mulligan Law Firm | 2:15-cv-03747 | Declaration- Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 41. | ZUPANCIC, MARGARET | The Driscoll Firm | 2:16-cv-11500 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury |

New Orleans, Louisiana, on this 12th day of July 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge