# Brandon Steffey

| | |
|---|---|
| **From:** | Brandon Steffey |
| **Sent:** | Tuesday, June 12, 2018 9:37 AM |
| **To:** | 'Brown, Lindy'; 'andrew.solow@apks.com'; 'susan.sharko@dbr.com' |
| **Cc:** | 'joseph.vanzandt@beasleyallen.com'; 'penny.davies@beasleyallen.com' |
| **Subject:** | RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Viola Bean (MDL Centrality ID 6869) |
| **Attachments:** | Bean Viola 1st Amended PFS.pdf |

Dear Counsel, I write regarding the Viola Bean case made subject of Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve A Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6, filed 6/8/18.

The First Amended Fact Sheet in the Bean case was served on 2/10/16.  It is attached for your convenience.

Upon review of attached Fact Sheet, you will note Ms. Bean passed on 10/1/13.  Accordingly, the Fact Sheet did not require updating or an amendment.

Please kindly remove/withdraw Ms. Bean from your motion to dismiss.

Thanks,

Brandon

---

**From:** Brandon Steffey
**Sent:** Friday, June 8, 2018 4:34 PM
**To:** 'Brown, Lindy' <lbrown@bradley.com>; Keith Jensen <kj@kjensenlaw.com>
**Cc:** Andy.Birchfield@BeasleyAllen.com; Inquiries, Xarelto <XareltoMDL2592-PFSInquiries@bradley.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Brennan, Jessica L. <Jessica.Brennan@dbr.com>
**Subject:** RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Viola Bean (MDL Centrality ID 6869)

Hi Lindy, Hope you are well.

Viola Bean is deceased and passed in 2013; there was no reason to amend the PFS.

Thanks,

Brandon

---

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Friday, June 8, 2018 3:11 PM
**To:** Brandon Steffey <bhs@jensen-law.com>; Keith Jensen <kj@kjensenlaw.com>
**Cc:** Andy.Birchfield@BeasleyAllen.com; Inquiries, Xarelto <XareltoMDL2592-PFSInquiries@bradley.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Brennan, Jessica L. <Jessica.Brennan@dbr.com>
**Subject:** Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Viola Bean (MDL Centrality ID 6869)

Counsel,

This case was selected as a random pick for Wave 1 workup under CMO 6.  Under CMO 6 and PTO 13, an updated, fully complete and verified Plaintiff Fact Sheet was due within 30 days of selection.  The PFS for your client was due on May

EXHIBIT 1

30, 2018, and no amended PFS has been submitted via MDL Centrality since selection.  Defendants will be filing a motion to show cause returnable for the June 27, 2018 MDL Status Conference as to why this case should not be dismissed with prejudice for failure to comply with CMO 6 and PTO 13.

Additionally, please be advised that per CMO 6, failure to timely complete all sections of the PFS in compliance with PTO 13 within 30 days of selection shall toll all CMO 6 deadlines with respect to plaintiff's case, including production of the Defendant Fact Sheet, until plaintiff has complied or the case is dismissed.

Thanks,

Lindy



**Lindy D. Brown**
Attorney
e: lbrown@bradley.com  w: bradley.com
d: 601.592.9905  f: 601.592.1405
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 400
Jackson, MS 39201

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.