## Brandon Steffey

| | |
|---|---|
| **From:** | Brandon Steffey |
| **Sent:** | Tuesday, June 12, 2018 4:57 PM |
| **To:** | 'Brown, Lindy'; Keith Jensen |
| **Cc:** | Andy.Birchfield@BeasleyAllen.com; Inquiries, Xarelto; Daly, Daryl; Brennan, Jessica L.; McCollum, Maegan |
| **Subject:** | RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Viola Bean (MDL Centrality ID 6869) |
| **Attachments:** | RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Viola Bean (MDL Centrality ID 6869) |

Thanks, Lindy.  See attached email sent this morning which confirms there is nothing else to add.

Thanks again,

Brandon

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Tuesday, June 12, 2018 4:52 PM
**To:** Brandon Steffey <bhs@jensen-law.com>; Keith Jensen <kj@kjensenlaw.com>
**Cc:** Andy.Birchfield@BeasleyAllen.com; Inquiries, Xarelto <XareltoMDL2592-PFSInquiries@bradley.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Brennan, Jessica L. <Jessica.Brennan@dbr.com>; McCollum, Maegan <mmccollum@bradley.com>
**Subject:** RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Viola Bean (MDL Centrality ID 6869)

Brandon,

Thank you for your response.  CMO 6 requires that an **updated** fact sheet, with all sections completed, be submitted within 30 days of selection.  For example, if a plaintiff served a PFS with filled in all sections in 2015, the plaintiff still needs to update the PFS **or** tell Defendants (you can respond to this email) that the PFS is up to date and there is nothing else to add.  Once we get an updated and complete PFS in this case or a statement that the PFS remains up to date as of 6/11/18, we will remove the case from the OTSC list and move on to reviewing all sections of the PFS for deficiencies.

Thanks,
Lindy

**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com
601.592.9905

**From:** Brandon Steffey [mailto:bhs@jensen-law.com]
**Sent:** Friday, June 08, 2018 4:34 PM
**To:** Brown, Lindy <lbrown@bradley.com>; Keith Jensen <kj@kjensenlaw.com>
**Cc:** Andy.Birchfield@BeasleyAllen.com; Inquiries, Xarelto <XareltoMDL2592-PFSInquiries@bradley.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Brennan, Jessica L. <Jessica.Brennan@dbr.com>
**Subject:** RE: Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Viola Bean (MDL Centrality ID 6869)

**[External Email]**                              EXHIBIT 3

Hi Lindy, Hope you are well.

Viola Bean is deceased and passed in 2013; there was no reason to amend the PFS.

Thanks,

Brandon

---

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Friday, June 8, 2018 3:11 PM
**To:** Brandon Steffey <bhs@jensen-law.com>; Keith Jensen <kj@kjensenlaw.com>
**Cc:** Andy.Birchfield@BeasleyAllen.com; Inquiries, Xarelto <XareltoMDL2592-PFSInquiries@bradley.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Brennan, Jessica L. <Jessica.Brennan@dbr.com>
**Subject:** Xarelto: PFS - CMO 6 Wave 1 Selection - Plaintiff Viola Bean (MDL Centrality ID 6869)

Counsel,

This case was selected as a random pick for Wave 1 workup under CMO 6.  Under CMO 6 and PTO 13, an updated, fully complete and verified Plaintiff Fact Sheet was due within 30 days of selection.  The PFS for your client was due on May 30, 2018, and no amended PFS has been submitted via MDL Centrality since selection.  Defendants will be filing a motion to show cause returnable for the June 27, 2018 MDL Status Conference as to why this case should not be dismissed with prejudice for failure to comply with CMO 6 and PTO 13.

Additionally, please be advised that per CMO 6, failure to timely complete all sections of the PFS in compliance with PTO 13 within 30 days of selection shall toll all CMO 6 deadlines with respect to plaintiff's case, including production of the Defendant Fact Sheet, until plaintiff has complied or the case is dismissed.

Thanks,

Lindy



**Lindy D. Brown**
Attorney
e: lbrown@bradley.com w: bradley.com
d: 601.592.9905 f: 601.592.1405
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 400
Jackson, MS 39201

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.