UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH <br><br> RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Faye Alexander v. Janssen Research & Development LLC, et al; No. 2:17- cv- 11384*

*Patrick Casey v. Janssen Research & Development LLC, et al; No. 2:16-cv- 03153*

*James P. Hall v. Janssen Research & Development LLC, et al; No. 2:16-cv-08318*

COMES NOW Counsel for Plaintiffs in the above matters, and files this Response to the Order to Show Cause Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies entered on July 9, 2018 (Doc. 10121) and would respectfully show the Court the following:

**I.**

Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice. The Court entered an Order to Show Cause on July 9, 2018 (Doc. 10121).

Several Plaintiffs represented by The Monsour Law Firm appear on Exhibit A of both Defendant's Motion and the Court's Order to Show Cause as follows:

### ALLEGED DEFICIENCIES CURED

*Faye Alexander v. Janssen Research &*
*Development LLC, et al; No. 2:17- cv- 11384*

Undersigned counsel has informed the Plaintiff of her obligations regarding the completion and serving of a PFS pursuant to CMO 6 and PTO 13 and complied with both.

Counsel for Plaintiff would show that on June 13, 2018 an updated and amended PFS was uploaded to MDL Centrality, and an email was sent to defense counsel Lindy Brown notifying her that the PFS was served via MDL Centrality. A PFS deficiency was received on June 13, 2018 for two sections. The Plaintiff cured these deficiencies on June 15, 2018. Plaintiff received Defendant Fact Sheet on July 10, 2018, which is only triggered upon completion of PFS and evidence that Plaintiff has cured all alleged PFS deficiencies.

### DISMISSAL OF CASES

*Patrick Casey v. Janssen Research &*
*Development LLC, et al; No. 2:16-cv- 03153*

Counsel for Plaintiff would show that an Order Voluntarily Dismissing With Prejudice was entered on June 20, 2018.

*James P. Hall v. Janssen Research &*
*Development LLC, et al; No. 2:16-cv-08318*

Counsel for Plaintiff would show that an Order Voluntarily Dismissing With Prejudice was entered on June 26, 2018.

### II.

Therefore, the Plaintiffs in these matters contend that any alleged deficiency has been cured or the case dismissed. Plaintiff Faye Alexander respectfully requests that her case be allowed to proceed.

Dated: July 13, 2018

                                           Respectfully submitted,

                                           By: */s Douglas C. Monsour, Esq.*
                                           **Douglas C. Monsour, Esq.**
                                           Texas Bar No. 00791289
                                           404 North Green Street
                                           PO Box 4209
                                           Longview, TX 75601
                                           Phone (903) 758-5757
                                           Fax (903) 230-5010
                                           Email: doug@monsourlawfirm.com
                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                           s/ Douglas C. Monsour
                                           Douglas C. Monsour