# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Howard Townson, Ind. and obo the Estate of Barbara Townson, Deceased v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-17459**

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Howard Townson, individually and on behalf of the Estate of Barbara Townson, deceased, by and through his attorney, Michael T. Gallagher, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of his deceased spouse, Barbara Townson, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Howard Townson, individually and as surviving spouse of Barbara Townson, deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Barbara Townson's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: July 13, 2018

Respectfully submitted,

THE GALLAGHER LAW FIRM PLLC

s/ Michael T. Gallagher
Michael T. Gallagher  (#07586000)
2905 Sackett Street
Houston TX 77098

Telephone: (713) 222-8080  
Facsimile: (713) 222-0066  
mike@lgd-law.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                 s/ Michael T. Gallagher  
                                                                 Michael T. Gallagher