UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*CRAIG KENNEDY v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:18-cv-730**

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

On or about July 5, 2018, this Court issued an Order to Show Cause (Docket 10085) why certain actions, including the above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required, in accordance with Case Management Order No. 1. Undersigned counsel responds to that order as follows:

1. The complaint in this matter was filed on January 24, 2018.

2. Shortly after filing, undersigned was informed by one of Plaintiff's medical facilities that Plaintiff had passed away on September 24, 2017. Undersigned filed a Suggestion of Death the same day on February 13, 2018.

3. Since undersigned was made aware of Plaintiff's death, many attempts have been made to locate Plaintiff's family members through the use of lexis, public data, linkedin, internet searches, mail, emergency phone numbers and social media.

4. Undersigned contacted Defense counsel and requested an extension referencing the attempts made to locate Plaintiff's family members. Defense counsel denied the request and advised that they would be seeking a dismissal. A Notice of Overdue Plaintiff Fact Sheet was served on May 1, 2018. During this timeframe, undersigned continued to mail letters and utilize the emergency contact phone numbers which have since been disconnected.

5. On July 7, 2018, Plaintiff's daughter, Sylvia Kennedy, responded to undersigned's social media message and provided a working phone number to reach her. Since that time, undersigned has been in contact with Ms. Kennedy so that she may substitute into the action and complete the declaration to the Plaintiff Fact Sheet.

6. In an effort to comply with the Court's deadlines, undersigned has completed and served the Plaintiff Fact Sheet with the exception of the declaration which will be signed by Plaintiff's daughter. Given that undersigned was recently able to make contact with Plaintiff's next of kin, undersigned is requesting that the Court grant an extension to obtain the declaration of Plaintiff's daughter.

Date: July 13, 2018

        Respectfully submitted,

        PIERCE SKRABANEK, PLLC

        */s/ Sofia E. Bruera*

        SOFIA E. BRUERA
        State Bar No. 24062189
        3701 Kirby Drive, Suite 760
        Houston, Texas 77098
        Telephone: (832) 690-7000
        Facsimile: (832) 616-5576
        E-mail: sofia@bruerelaw.com

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, a true and correct copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

        */s/ Sofia E. Bruera*
        SOFIA E. BRUERA