UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

ORDER TO SHOW CAUSE
REGARDING CMO 6 PLAINTIFFS WHO HAVE FILED
DUPLICATE CASES IN MDL NO. 2592

Plaintiff on the attached Exhibit A has filed more than one lawsuit regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of CMO 6, this Plaintiff was selected for inclusion in Wave 1 discovery for one of the cases that plaintiff filed. Plaintiff cannot have two cases pending in this litigation. Defendants' Counsel has contacted Plaintiff's counsel about these duplicate cases pending in the litigation multiple times and has requested dismissal of the case that was not selected for work up under CMO 6. One of these cases will be a part of the Wave 1 workup pool as selected, and the second case needs to be dismissed. To date, Plaintiff has not responded to any of Defendants' attempts to resolve this issue without Court intervention and has not agreed to dismiss the duplicate-filed case. Plaintiff should be ordered to show cause at 8:30 a.m. on July 17, 2018, before the Court as to why the duplicate filed-case should not be dismissed with prejudice.

1

Failure to show cause by appearing before this Court at 8:30 am on July 17, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 13th day of _____July_____ 2018.

_____
United States District Judge

# **Exhibit A**

## **Duplicate Filed Cases**

| No. | Plaintiff | Docket No. | Plaintiff Counsel (Current) | Init. Compl. Filed Date | Selection |
|---|---|---|---|---|---|
| 1 | Waters, Betty J. (Duplicate 2) | 2:17-cv-00561 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm | 5/19/2016 | MDL Wave 1 Defense Selection |
|   | Waters, Betty (Duplicate 1) | 2:16-cv-01047 | Kirkendall Dwyer LLP | 1/20/2016 | |