UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>John Sowl v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-13677 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Counsel for Plaintiff, John Sowl and files this Response to the Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet entered on June 28, 2018 [Doc. 10041 and 10041-2] and would show the Court the following:

Defendants moved for an Order to Show Cause why certain cases in which Defendants allege Plaintiffs failed to serve Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice [Doc. 10041]. The Court entered an Order to Show Cause on July 5, 2018 [Doc. 10085]. Plaintiff is represented by The Johnson Law Group listed on both Defendants' Motion and the Court's Order to Show Cause [Docs. 10041-2 and 10085, respectively]. The deficiencies noted are as follows: failure to serve a Plaintiff Fact Sheet in accordance with the time required by Case Management Orders Nos. 1, 13, 27, and 31.

Plaintiff was advised on several occasions that unless the requisite proof of an injury, proof of damage, Declaration, and core case information was provided, this case would be subject to dismissal by the Court with prejudice. Specifically, Plaintiff was advised by letters and emails on May 20, 2016, November 29, 2017, May 2, 2018 and May 16, 2018 that the case would be dismissed without the requisite information. Attempts to contact Plaintiff by telephone to obtain PFS

information were made on February 2, February 25, March 6, March 8, March 22, March 23, April 4, April 24, April 27, May 2, May 23, July 6, and July 11, 2018

Undersigned counsel has informed the Plaintiff of his obligations regarding the completion and serving of PFSs pursuant to CMO1, 13, 27 and 31. Counsel has also provided Plaintiff with a copy of the Court's Order to Show Cause and advised of the deadlines within which to respond and cure said deficiencies.

To date, Counsel for Plaintiff has exhausted its efforts to obtain additional medical records or a completed PFS from Plaintiff. This alleged failure to provide the Plaintiff's Fact Sheet is substantive in nature and cannot be cured despite the best efforts of counsel and Plaintiff. Counsel does not have written permission from this Plaintiff to agree to a stipulation of dismissal of the Plaintiff's claims with prejudice.

Dated: July 13, 2018

By: */s/ Kori L. Westbrook*
Kori L. Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
kwestbrook@johnsonlawgroup.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          */s/ Kori L. Westbrook*
                                          Attorney for Plaintiff