## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
   John Sowl  v. Janssen Research
   & Development, LLC
   E.D. La. No. 2:17-cv-13677

### PROPOSED ORDER

This Court, having considered Defendants' Order to Show Cause why certain cases in which Defendants allege failure of Plaintiff to serve Plaintiffs' Fact Sheets should not be dismissed with prejudice [Doc. 10041], the Court's Order to Show Cause [10085], and Plaintiff's Response to Motion to Show Cause:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the court dismisses Plaintiff's case without prejudice.

Signed New Orleans, Louisiana this ____ day of _____, 2018.