UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*********************************************

**THIS DOCUMENT RELATES TO:**
*(See cases listed in Exhibit A, Schedule of Actions)*

## RESPONSE TO ORDERS TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE ALLEGEDLY FAILED TO SERVE A FULLY COMPLETED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Defendants moved for, and this Court entered, an Order to Show Cause why certain cases in which Wave 1 discovery pool plaintiffs have allegedly not served a fully completed fact sheet within 30 days of selection should not be dismissed. *See* Rec. Docs. 10121 and 10122. The four plaintiffs listed on Exhibit A and represented by The Driscoll Firm, P.C. appear on one or both of these Orders. These plaintiffs, through counsel, respectfully respond as follows to the Court's Orders.

### Plaintiffs Gary Bitetto and Roger Shunk – Not Deficient Per Agreement

These plaintiffs submitted substantially complete Plaintiff Fact Sheets in 2016. All sections of their fact sheets – not just the Core Case Information – were completed to the best of plaintiffs' recollection and ability, and plaintiffs submitted a signed declaration and authorizations together with medical records as required. In addition, these plaintiffs have now submitted substantially complete updated fact sheets. As such, undersigned counsel understands that

1

defendants have agreed to withdraw their motions as to these cases, docket numbers 2:16-cv-11602 and 2:16-cv-9876, and the Show Cause Orders should be dismissed.

Plaintiff Janet Dougherty – Previously Dismissed

Defendants' motion is moot as to Plaintiff Janet Dougherty, whose case, docket number 2:16-cv-11755, was voluntarily dismissed with prejudice on June 20, 2018.  *See* Rec. Doc. 9956.

Plaintiff Iris Dalton McGrady – Will not Oppose Dismissal

The Plaintiff Fact Sheet deficiencies in this case are substantive in nature and, despite the best efforts of counsel and plaintiff, cannot be cured.  As such, counsel has no basis to oppose dismissal of this case, docket number 2:17-cv-12207, and has advised defense counsel of the same.

Signed: July 16, 2018                                                       Respectfully submitted,

By:    */s/ Christopher J. Quinn*
        Christopher J. Quinn
        THE DRISCOLL FIRM, P.C.
        211 N. Broadway, 40th Floor
        St. Louis, MO 63102
        Tel: (314) 932-3232
        Fax: (314) 932-3233
        chris@thedriscollfirm.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*