UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

IN RE: XARELTO (RIVAROXABAN) )  MDL No. 2592
PRODUCTS LIABILITY LITIGATION )
                              )  SECTION: L
                              )
                              )  JUDGE FALLON
                              )  MAG. JUDGE NORTH
                              )

**THIS DOCUMENT RELATES TO:**

*Thomasina Latoche- Civil Action No.: 2:17-cv-09411*

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES

This Court issued an Order to Show Cause (Doc. 9955) as to why certain actions, including the above-captioned action should not be dismissed due to plaintiffs with alleged core Plaintiff Fact Sheet deficiencies. The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Thomasina Latoche.

2. Specifically, Plaintiff's counsel attempted to contact Ms. Latoche on the following dates with respect to her Plaintiff Fact Sheet:

    a. A letter was sent via Federal Express on January 25, 2018 requesting the completion of the Plaintiff Fact Sheet and required materials and the return of same to Plaintiff's counsel.

    b. Subsequent letters were sent on March 12, 2018 and April 5, 2018 informing Ms. Latoche of her obligations to complete a Plaintiff Fact Sheet, and that her failure to

1

do so would likely result in Defendants moving for a dismissal of his case. These letters were signed for.

  c. Further, Plaintiff's counsel attempted calls to the client after failure to receive the completed Plaintiff Fact Sheet and materials. These communication efforts were made on February 12, 2018, February 14, 2018, February 21, 2018, March 12, 2018 and March 14, 2018.

  d. On April 27, 2018 our office spoke with Ms. Latoche who requested that her case be dismissed. A Stipulation to Dismiss the case was sent to the client on May 23, 2018 and June 18, 2018.

  e. Further, Plaintiff's counsel attempted calls to the client after failure to receive the signed Stipulation to Dismiss on May 29, 2018, June 5, 2018, June 18, 2018, June 25, 2018, June 26, 2018, June 28, 2018 and July 3, 2018.

  f. On July 3, 2018 another letter was sent via Federal Express, Certified Mail and e-mail enclosing a copy of the Defendants' Motion for Order to Show Cause.

  g. On July 12, 2018 a final letter was sent via Federal Express and e-mail urging Ms. Latoche to send back either a completed Plaintiff Fact Sheet or the signed Stipulation to Dismiss her case and once again notifying her of the July 17, 2018 Court hearing.

  3. Undersigned counsel is unaware of any circumstances that would prevent Ms. Latoche from complying with the Plaintiff Fact Sheet obligations set by this Court.

  4. However, in the event that the Court elects to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice.

**WHEREFORE,** it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action that any dismissal be without prejudice.

Dated: New York, New York
       July 16, 2018
                                     By: _/s/ Michael A. London_
                                         Michael A. London
                                         DOUGLAS & LONDON, P.C.
                                         59 Maiden Lane, 6th Floor
                                         New York, New York 10038
                                         Phone: (212) 566-7500
                                         Fax: (212) 566-7501
                                         Email: mlondon@douglasandlondon.com

                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                         _/s/ Michael A. London_
                                         Michael A. London