UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL |
| NO.: 2592 PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION L |
| ) | | |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| ) | | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**Georgia MacGregor, As Surviving**
**Daughter of Beverly Sherman, Deceased**
**v. Janssen Research & Development, LLC**
**E.D. La. No. 2:17-cv-7265**

## PROPOSED ORDER

This Court, having considered Defendants' Order to Show Cause why certain cases in which Defendants Allege Core Deficiencies in Plaintiffs' Fact Sheets should not be dismissed with prejudice [Doc. 9111], the Court's Order to Show Cause, and Plaintiff's Response to Motion to Show Cause:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the court grants Plaintiff a 60 day extension.

Signed New Orleans, Louisiana this _____ day of _____, 2018.