UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Georgia MacGregor, As Surviving Daughter of Beverly Sherman, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-08550 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Now, comes Counsel for Plaintiff, Georgia MacGregor, As Surviving Daughter of Beverly Sherman, Deceased, and files this Response to the Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111) who by and through undersigned counsel, submits the Response in Opposition to the Order to Show Cause and shows the following:

1. Plaintiff Georgia MacGregor contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury pertaining to Beverly Sherman in July of 2017.

2. The Complaint in this matter was filed on August 31, 2017, while record requests from some healthcare providers were still pending.

3. The Plaintiff Fact Sheet was submitted on February 22, 2018, while record requests from some healthcare providers were still pending.

4. Defendants sent a deficiency notice on February 22, 2018 alleging failure to provide the names of prescribing physicians, failure to provide medical records demonstrating alleged injury and failure to provide copies of prescription and/or pharmacy records demonstrating use of Xarelto.

5. Counsel received records from its requests on April 27, 2018 which did not contain evidence

of Xarelto. Since then, Counsel has made multiple attempts to reach Plaintiff and obtain new information to no avail.

6. Plaintiff was advised on several occasions that unless the requisite proof of use, proof of an injury, proof of damage, information was provided, this case would be subject to dismissal by the Court with prejudice. Specifically, Plaintiff was advised by letters and emails on May 25, 2018, June 4, 2018, July 2, 2018, July 11, 2018 and July 13, 2018. Attempts to contact Plaintiff by telephone to obtain additional PFS information were made on April 27, 2018, March 12, 2018, May 25, 2018, July 11, 2018, July 13, 2018 and July 16, 2018.

7. Accordingly, undersigned counsel requests that Plaintiff's claim not be dismissed with prejudice for failure to show at this time, and Plaintiff be given an additional 60 days to locate Plaintiff and obtain the relevant records documenting proof of usage and injury.

8. At all times relevant hereto, undersigned counsel has diligently sought proof from all known healthcare providers. Plaintiff's request is not for purposes of delay but so that justice may be done.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

Dated July 16, 2018.

Respectfully submitted,

By: */s/ Kori L. Westbrook*
Kori L. Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
kwestbrook@johnsonlawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2692 pursuant to Pre-Trial Order No. 17.

*/s/ Kori L. Westbrook*
Attorney for Plaintiff