UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**
*(See cases listed in Exhibit A, Schedule of Actions)*

### RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Defendants moved for, and this Court entered, an Order to Show Cause [Rec. Doc. 9955] why certain cases in which defendants allege core deficiencies in Plaintiffs' Fact Sheets should not be dismissed with prejudice. Plaintiffs listed on Exhibit A and represented by The Driscoll Firm, P.C. appear on the Order. For purposes of their response, plaintiffs' counsel has grouped these plaintiffs into four categories: (1) cases that were previously dismissed; (2) cases in which the Plaintiff's Fact Sheet is not deficient or any deficiencies have been resolved for purposes of the pending Show Cause Order; (3) cases in which counsel for plaintiffs will not oppose dismissal; and (4) cases in which the Plaintiff's Fact Sheet is substantially complete and in which the Order to Show Cause should be dismissed or, in the alternative, in which plaintiff should be granted additional time to attempt to cure minor deficiencies. These cases are listed on Exhibits B, C, D, and E respectively.

**1.  Cases previously dismissed.**

The cases listed on Exhibit B were dismissed on July 6, 2018. *See* Rec. Docs. 10104 and 10105.

2. **Cases in which the Plaintiff's Fact Sheet is not deficient and for which the Show Cause Order should therefore be dismissed.**

Counsel for plaintiffs and defendants conferred regarding the cases listed on Exhibit C and agree that the Plaintiff's Fact Sheet in each of these cases is not deficient or any deficiencies have been resolved for purposes of the pending Show Cause Order. As such, the Show Cause Order should be dismissed as to these cases.

3. **Cases in which counsel for plaintiffs will not oppose dismissal.**

In the cases listed on Exhibit D, the Plaintiff Fact Sheet deficiencies are substantive in nature and, despite the best efforts of counsel and plaintiffs, the deficiencies cannot be cured. As such, counsel for plaintiffs will not oppose dismissal of these cases.

4. **Cases in which Plaintiff's Fact Sheet is substantially complete and in which the Order to Show Cause should be dismissed or, in the alternative, in which plaintiff should be granted additional time to attempt to cure minor deficiencies.**

In Joyce Fleming, docket number 2:17-cv-13844, the Plaintiff Fact Sheet has been completed with as much information as possible and medical records have been submitted to MDL Centrality that demonstrate a Xarelto-related injury. For example, page 4039 of the records states, "She does have a history of subdurals in the past and was taken off Xarelto after those developed." Records located to date do not contain additional, contemporaneous information about these injuries, however; so some Plaintiff Fact Sheet items could not be answered. Counsel for plaintiff has repeatedly attempted to contact plaintiff to obtain additional information, records, and a declaration page without success. On July 13, 2018, counsel learned that Ms. Fleming died on May 16, 2018. We are following up with the family but have not yet received additional information or paperwork.

In the remaining four cases listed on Exhibit E, the deficiency cited by defendants is failure to provide a signed declaration (or an updated declaration for an amended fact sheet filed after the original fact sheet, with declaration, was filed).  The Plaintiff Fact Sheets for these plaintiffs are otherwise substantially complete and they have submitted medical and pharmacy records showing Xarelto-related injuries.  Despite multiple attempts, undersigned counsel has been unable to obtain signed declarations; however.  On July 12, 2018, a person identifying himself as a family member advised counsel that Jacqueline Stokes, docket number 2:18-cv-00666, has passed away.  We are attempting to obtain additional information and paperwork from the family. We have been unable to contact Mary Harris, docket number 2:17-cv-17133, Dorielle Lane, docket number 2:16-cv-09506, or Dorothy Thomas, docket number 2:17-cv-17359, regarding the declarations by either U.S. Mail or telephone.

We believe the plaintiffs listed on Exhibit E have submitted substantially completed Plaintiff Fact Sheets and sufficient medical documentation to satisfy their discovery obligations at this point and that the Show Cause Order should therefore be dismissed as to these plaintiffs.  In the alternative, these plaintiffs respectfully request that the Court grant them an additional sixty (60) days to resolve any outstanding deficiencies.

Signed: July 16, 2018                                                          Respectfully submitted,

                                              By:     */s/ Christopher J. Quinn*
                                                      Christopher J. Quinn
                                                      THE DRISCOLL FIRM, P.C.
                                                      211 N. Broadway, 40th Floor
                                                      St. Louis, MO 63102
                                                      Tel: (314) 932-3232
                                                      Fax: (314) 932-3233
                                                      chris@thedriscollfirm.com
                                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*