**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 1. | ALLEN, LAJUANE | 2:17-cv-17539 |
| 2. | ARELLANO, JAVIER | 2:17-cv-7543 |
| 6. | BAKER, DAVID | 2:16-cv-11932 |
| 7. | BARR, EDWARD | 2:17-cv-17530 |
| 8. | BECKER, RICHARD | 2:17-cv-13847 |
| 10. | BLAKE, EDWARD | 2:17-cv-13876 |
| 19. | DOUNTZ, MARILYN | 2:17-cv-13881 |
| 23. | FLEMING, JOYCE | 2:17-cv-13844 |
| 27. | HARRIS, MARY | 2:17-cv-17133 |
| 32. | HUDDLESTON, TOMMY | 2:17-cv-13856 |
| 38. | LANE, DORIELLE | 2:16-cv-09506 |
| 40. | MADSEN, CARL JOHAN | 2:17-cv-11578 |
| 42. | MCGRAW, THOMAS | 2:17-cv-13861 |
| 48. | MULLINS, TIFFANY | 2:17-cv-13866 |
| 52. | NOSSER, REBECCA | 2:17-cv-9903 |
| 56. | PEREIRA, LYDIA | 2:17-cv-13863 |
| 58. | PETRELLI, MARY | 2:17-cv-12214 |
| 67. | RIDLEY, SHERRILYN | 2:17-cv-11575 |
| 68. | ROGERS, BOBBY | 2:17-cv-17532 |
| 77. | STOKES, JACQULINE | 2:18-cv-00666 |
| 78. | STUCKEY, BYRON | 2:16-cv-11472 |
| 80. | THOMAS, DOROTHY | 2:17-cv-17359 |
| 84. | WEST, NELDA | 2:17-cv-11584 |
| 86. | WILLETT, LAURIE | 2:17-cv-17520 |