**Exhibit B**
**Previously Dismissed**

| No. | Plaintiff Name | Docket Number |
|-----|----------------|---------------|
| 7.  | BARR, EDWARD   | 2:17-cv-17530 |
| 58. | PETRELLI, MARY | 2:17-cv-12214 |