**Exhibit C**
**Cases that are Not Deficient**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 1. | ALLEN, LAJUANE | 2:17-cv-17539 |
| 8. | BECKER, RICHARD | 2:17-cv-13847 |
| 10. | BLAKE, EDWARD | 2:17-cv-13876 |
| 19. | DOUNTZ, MARILYN | 2:17-cv-13881 |
| 40. | MADSEN, CARL JOHAN | 2:17-cv-11578 |
| 68. | ROGERS, BOBBY | 2:17-cv-17532 |
| 78. | STUCKEY, BYRON | 2:16-cv-11472 |
| 86. | WILLETT, LAURIE | 2:17-cv-17520 |