**Exhibit D**
**Cases in Which Dismissal is Not Opposed**

| No. | Plaintiff Name | Docket Number |
| --- | --- | --- |
| 2. | ARELLANO, JAVIER | 2:17-cv-7543 |
| 6. | BAKER, DAVID | 2:16-cv-11932 |
| 32. | HUDDLESTON, TOMMY | 2:17-cv-13856 |
| 42. | MCGRAW, THOMAS | 2:17-cv-13861 |
| 48. | MULLINS, TIFFANY | 2:17-cv-13866 |
| 52. | NOSSER, REBECCA | 2:17-cv-9903 |
| 56. | PEREIRA, LYDIA | 2:17-cv-13863 |
| 67. | RIDLEY, SHERRILYN | 2:17-cv-11575 |
| 84. | WEST, NELDA | 2:17-cv-11584 |