UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL NO. |
| 2592 PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**
*(See cases listed in Exhibit A, Schedule of Actions)*

### RESPONSE TO ORDERS TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE ALLEGEDLY FAILED TO SERVE A FULLY COMPLETED PLAINTIFF FACT <u>SHEET PURSUANT TO CMO 6</u>

Defendants moved for, and this Court entered, an Order to Show Cause why certain cases in which Wave 1 discovery pool plaintiffs have allegedly not served a fully completed fact sheet within 30 days of selection should not be dismissed. *See* Rec. Docs. 10121 and 10122. The nine plaintiffs listed on Exhibit A and represented by The Lanier Law Firm appear on one or both of these Orders. These plaintiffs, through counsel, respectfully respond as follows to the Court's Orders.

<u>Plaintiffs Lamona Hamilton, George Hicks, Mary McKee, James Murray and Barbara Wackman- Completed PFS Served</u>

Plaintiffs Lamona Hamilton (Case No. 2:15-cv-4630), George Hicks (Case No. 2:15-cv-4634), Mary McKee (Case No. 2:15-cv-5282), James Murray (Case No. 2:15-cv-01302) and Barbara Wackman (Case No. 2:15-cv-5392) have served their Plaintiff Fact Sheets prior to the July 9th Order to Show Cause. All sections of their fact sheets – not just the Core Case

2

Information – were completed to the best of plaintiffs' recollection and ability, and plaintiffs submitted a signed declaration and authorizations together with medical records as required. As such, undersigned counsel understands that defendants have agreed to withdraw their motions as to these cases, docket numbers, and the Show Cause Orders should be dismissed.

<u>Plaintiffs Mary Stokes and Donald Walton – Agreed to Voluntary Dismissal</u>

Defendants' motion is moot as to Plaintiffs Mary Stokes (Case No. 2:15-cv-5362), and Donald Walton (Case No. 2:16-cv-12201). The parties have previously agreed to stipulate to the dismissal of both of these cases with prejudice, each side to bear their own costs. Although the stipulations have apparently not yet been filed, we respectfully request that the Show Cause Orders against these plaintiffs should be dismissed, so that the plaintiffs may be allowed to voluntarily dismiss their cases as previously agreed.

<u>Plaintiffs Shirley Kocian and Joseph Scavuzzo – Removed from Remand Pool Wave 1</u>

Plaintiffs Shirley Kocian (Case No. 2:16-cv-11443) and Joseph Scavuzzo (Case No. 2:16-cv-6817) have been removed from the Remand Pool Wave at the requests of Defendants. Defendants have agreed to withdraw their motions as to these cases.

Signed: July 16, 2018                                   Respectfully submitted,

                                        By:    */s/ Catherine T. Heacox*
                                                Catherine T. Heacox
                                                THE LANIER LAW FIRM, PLLC
                                                126 E. 56th Street, Floor 6
                                                New York, NY 10022
                                                Tel: (212) 421-2800
                                                Fax: (212) 421-2878
                                                CTH@lanierlawfirm.com

                                                *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Catherine T. Heacox*
Catherine T. Heacox
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, Floor 6
New York, NY 10022
Tel: (212) 421-2800
Fax: (212) 421-2878
CTH@lanierlawfirm.com

*Attorneys for Plaintiff*