**Exhibit A**
**Schedule of Actions**

| MDL Centrality ID # | Plaintiff Name | Docket Number |
|---|---|---|
| 4901 | Hamilton, Lamona | 2:15-cv-4630 |
| 4907 | Hicks, George | 2:15-cv-4634 |
| 12330 | Kocian, Shirley | 2:16-cv-11443 |
| 4887 | McKee, Mary | 2:15-cv-5282 |
| 1376 | Murray, James | 2:15-cv-1302 |
| 10260 | Scavuzzo, Joseph | 2:16-cv-6817 |
| 4897 | Stokes, Mary | 2:15-cv-5362 |
| 4876 | Wackman, Barbara | 2:15-cv-5392 |
| 12793 | Walton, Donald | 2:16-cv-12201 |