## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | |
| White v. Janssen 2:16-cv-13787-EEF-MBN | JUDGE ELDON E. FALLON |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Counsel for Plaintiff, DORIS WHITE files this Response to the Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 9111), by and through undersigned counsel, submits the Response in Opposition to the Order to Show Cause and shows the following:

1. Plaintiff was recently admitted to a nursing home in Tennessee. Since then, Counsel has made multiple attempts to reach Plaintiff and obtain new information to no avail. Last week, contact was made.

2. Counsel located Plaintiff, completed the fact sheet, and submitted same to Centrality. Accordingly, undersigned counsel requests that Plaintiff's claim not be dismissed with prejudice for failure to show at this time.

FOR THESE REASONS, Plaintiff requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

Dated July 16, 2018.

FOR PLAINTIFF,

By: /O. Mark Zamora
GA Bar 832789
315 West Ponce De Leon Ave #400
Decatur, GA 30030

T: 404.373.1800 F: 404.506.9223

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2692 pursuant to Pre-Trial Order No. 17.

/s/ O. Mark Zamora, Esq.
Attorney for Plaintiff