# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVARAXOBAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) | **MDL NO. 2592** |
| | | **JUDGE: ELDON E. FALLON** |
| | | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | | **MAG. JUDGE: MICHAEL NORTH** |
| Steven Allen | | |
| No.: 2:17-cv-17382 | | |

## ENTRYY OF APPEARANCE

PLEASE TAKE NOTICE, Tara K. King of SWMW Law, LLC, hereby enters her appearance as counsel for Plaintiff, Steven Allen. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

Respectfully submitted this 16th day of July 2018.

By: */s/ Tara K. King*
Tara K. King MO# 69171
SWMW Law, LLC
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 – Office
(314) 932-1566 – Facsimile
Tara@swmwlaw.com --Email

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2018, a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      */s/ Tara K. King* _____
Tara K. King MO# 69171
SWMW Law, LLC
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 – Office
(314) 932-1566 – Facsimile
Tara@swmwlaw.com --Email