UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAGISTRATE JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Allen, Marvin (Estate), et al., v. Janssen Research and Development, LLC, et al.*
Civil Action No. 2:15-cv-06956-EEF-MBN

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CASUE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Now comes Plaintiff, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Completed Updated Plaintiff Fact Sheet Pursuant to CMO 6 [Dkt. 9847] and identified in the Court's Order to Show Cause [Dkt. 10121], and shows that Plaintiff Thea Allen is in compliance with CMO 6, as previously discussed with Defense Counsel and, as a factual basis, states the following:

1. Plaintiff Thea Allen, as surviving spouse of Marvin Stuart Allen, submitted a substantially complete and accurate Plaintiff Fact Sheet on March 3, 2016.

2. On June 8, 2018, Plaintiff's Counsel was notified by Defense Counsel of their intent to file a motion to show cause for failure to comply with CMO 6 and PTO 13, on the basis that an updated PFS was not filed within 30 days of case selection for remand (Exhibit A).

3. Approximately 30 minutes later, Plaintiff's counsel responded that the PFS was previously submitted, in long form, and requested her to clarify her understanding of CMO 6 (Exhibit A).

4. Plaintiff's Counsel received an email from the Plaintiff Steering Committee, which confirmed the understanding, that if a long form PFS was previously submitted, his client was in compliance with CMO 6 (Exhibit B).

5. After a lack of response from Defense Counsel for four days, on June 12, 2018, Defense Counsel replied that her interpretation of CMO 6 requires an updated fact sheet within 30 days of selection. However, Defense Counsel also added that "Once we get an updated and complete PFS in this case or a statement that the PFS remains up to date as of 6/11/2018, we will remove the case from the OTSC list" (Exhibit A).

6. On June 13, 2018, Plaintiff's Counsel confirmed via email to Defense Counsel that the PFS previously submitted remains up to date as of June 11, 2018. Plaintiff's Counsel also requested this case be removed from the OTSC list (Exhibit A).

Accordingly, Plaintiff respectfully requests this case remain on the active docket of this Court as by agreement of the parties reflected in Exhibit A.

**THE COCHRAN FIRM-DOTHAN, P.C.**
*Attorneys for Plaintiff*

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL  36301
Phone: (334) 673-1555
Fax: (334) 669-7229

Email: JoeLane@CochranFirm.com

Dated: July 16, 2018

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record, on this 16th day of July, 2018.

**THE COCHRAN FIRM-DOTHAN, P.C.**
*Attorneys for Plaintiff*

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL  36301
Phone: (334) 673-1555
Fax: (334) 669-7229
Email: JoeLane@CochranFirm.com