# EXHIBIT B

**Lara Zander**

| | |
|---|---|
| **Subject:** | FW: **Xarelto - PFS Issue and Motion to Dismiss |

**From:** Joseph VanZandt <Joseph.VanZandt@BeasleyAllen.com>
**Sent:** Monday, June 11, 2018 6:34 PM
**Cc:** Penny Davies <Penny.Davies@BeasleyAllen.com>; Andy Birchfield <Andy.Birchfield@BeasleyAllen.com>
**Subject:** **Xarelto - PFS Issue and Motion to Dismiss

This is a follow-up regarding Defendants' emails on Friday, June 8th regarding PFS's and the motion to dismiss they subsequently filed on Friday. As set forth in my email on Sunday, if you received this Defendants' email and your client was included in the motion to dismiss, you will need to address this issue directly with Defendants. If you completed a PFS for your client before the remand process, please notify Defendants and ask them to withdraw your client from the motion to dismiss. If Defendants do not respond or otherwise refuse to withdraw your client, you will need to file and opposition to the motion to dismiss for your clients. In the motion, lay out that the PFS was previously submitted for your client and did not require updating or amendment. Also, attach the completed and signed PFS for your client.

Please let us know if you have any additional questions.

Thanks,



**Joseph VanZandt**
Associate
334.269.2343

Joseph.VanZandt@BeasleyAllen.com
BeasleyAllen.com
800.898.2034

