IN THE UNITED STATES DISTRICT
COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | Docket No. 13-cv-2418 |
| This Document Relates to:<br><br>HENRY SALTER JR.,<br><br>      Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC, et al. | Case No. 2:17-17925 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Ryan Sharp, and the law firm of Marc J. Bern & Partners, LLP, who in support of this Motion for Leave to Withdraw as Counsel, states as follows:

1. That the undersigned has actively carried out her duties in the best interest of the Plaintiff, Henry Salter Jr. (hereinafter "Plaintiff");

2. That facts now exist pursuant to Rule 1.16(b)(1) of the Code of Professional Responsibility that require the undersigned to seek permission to withdraw as attorney of record for the Plaintiff;

3. That the Plaintiff has been informed by phone and by mail of the undersigned's intention to withdraw as attorney of record and have been sent a copy of this motion by certified mail (#7018 0680 0001 7091 7694), return receipt requested, to the Plaintiff's last known address;

4. That the Plaintiff will not be prejudiced hereby;

5. That pursuant to Rule 1.16(d), the Plaintiff's Representative has been informed that to insure proper notice, Plaintiff's Representative should retain other counsel or file with the Clerk of Court, within forty- five (45) days after entry of the Order of Withdrawal, their appearance stating an address at which service of notices or other papers may be had;

6. The last known address of Plaintiff is 8012 Onyx Trail, Pensacola, FL 32506.

7. Undersigned counsel has communicated with counsel for Defendants, who does not object to the filing of this motion.

WHEREFORE, undersigned counsel prays this Court enter an Order granting this Motion For Leave to Withdraw as Counsel.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Ryan Sharp*
Ryan Sharp, Esq.
*One Grand Central Place*
60 E 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
rsharp@bernllp.com

DATED: July 16, 2018

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this day been filed using the CM/ECF system, which will provide notice to all counsel of record, and that a copy of the same has hereby been mailed to the Plaintiff Henry Salter Jr., via United States Postal Service, Certified Mail #7018 0680 0001 7091 7694.

**MARC J. BERN & PARTNERS LLP**

By: */s/ Ryan Sharp*
Ryan Sharp, Esq.
*One Grand Central Place*
60 E 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
rsharp@bernllp.com

DATED: July 17, 2018