IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| This Document Relates to:<br><br>HENRY SALTER JR.,<br><br>       Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC, et al. | Case No. 2:17-cv-17925 |

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

WHEREAS, this matter having been opened to the Court by Marc. J. Bern & Partners, LLP, counsel for Plaintiff Henry Salter Jr., seeking an order permitting counsel to withdraw from representation of Henry Salter Jr. in this matter, and good cause appearing;

IT IS on this ____ day of _____, 2018,

1. Plaintiff Counsel's Motion for Leave to Withdraw as Counsel is granted; and

2. Counsel shall mail Plaintiff's Representative a complete and accurate copy of their entire file within fourteen (14) days of this Order; and

3. Counsel is relieved of any further responsibility in this case with regard to representation of Plaintiff Henry Salter Jr.; and

4. Plaintiff Henry Salter Jr. is required to either retain new counsel or inform the Court that he intends to proceed *pro se*.

    a. In the event that he retains new counsel, his new counsel shall make an appearance in this case within forty-five (45) days of this Order; or

    b. In the event Plaintiff's Representative elects to proceed *pro se*, he shall notify the Court and the parties in writing and on the record of their intention to do so within forty-five (45) days of this Order; and

5. Failure to comply with this Order may lead to imposition of sanctions, including dismissal of Plaintiff's claim with prejudice; and

6. This case is stayed until after Plaintiff's Representative has notified the Court of his intentions regarding representation and the parties have conferred with the Court regarding new discovery deadlines.

_____
Honorable