# EXHIBIT A

**DECLARATION IN SUPPORT OF ATTORNEY BOBBY SAADIAN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

I, Bobby Saadian, state the following:

1. Defense Counsel and Liaison Counsel have been contacted by email at least fourteen days prior to the filing of this motion. On June 3, 2018, Defense Counsel responded to the notice of intention by stating that they oppose the filing of this motion.

2. All reasonable efforts to contact plaintiff have been made including:

   a. Phone calls on the following dates:

      *12/7/2017, 12/18/2017, 12/21/2017, 1/5/2018, 2/12, 2018, 3/7/2018, 3/8/2018, 3/16/2018, 3/19/2018, 3/21/2018, 3/23/2018, 3/26/2018, 3/28/2018, 4/6/2018, 5/9/2018, 5/23/2018, 5/24/2018, 5/31/2018.*

   b. Written correspondence on the following dates (delivery confirmation by tracking number, if applicable, attached hereto as Exhibit B):

      | Date | Description |
      |---|---|
      | *1/5/2018 –* | *A contact letter sent via U.S. Priority Mail, tracking number 9114-9014-9645-1466-1161-76, which was confirmed delivered on 1/12/2018;* |
      | *2/9/2018 -* | *A contact letter sent via U.S. First Class Mail;* |
      | *3/12/2018 -* | *A letter sent via U.S. Priority Mail, tracking number 9114-9014-9645-1452-7352-13, which was confirmed delivered on 3/16/2018; a copy was also sent via email;* |
      | *3/29/2018 -* | *A letter sent via U.S. Priority Mail, tracking number 9114-9014-9645-1452-7352-99, which was confirmed delivered on 4/2/2018; a copy was also sent via email;* |
      | *4/16/2018 -* | *A contact letter sent via U.S. Priority Mail, tracking number 9114-9014-9645-1452-7354-59, which was confirmed delivered on 4/20/2018;* |
      | *5/31/2018 -* | *A letter sent via U.S. Certified Mail, return receipt requested, tracking number 7017-1070-0000-8856-3287, which was confirmed delivered on 6/4/2018;* |

3. The communication dated May 31, 2018 identified above specifically indicated that Plaintiff's counsel intended to file the subject motion to withdraw. As of the time of this filing, Plaintiff's Counsel has not received communication from Plaintiff expressing either an objection to the withdrawal or an intention to obtain other counsel.

4. Plaintiff's Counsel, in compliance with Local Rule 83.2.11, sent Plaintiff an additional correspondence on July 11, 2018 which included a copy of the within Motion, including attachments, a copy of the Complaint and Pretrial Orders, that outline service of process and the Plaintiff Fact Sheet requirements, and a print out of the most recent court

    calendar as located on the court's website which sets forth the date of August 6, 2018 (Status Conference), by certified mail, return receipt requested.

5. As of the making of this motion, Plaintiff has not submitted a Plaintiff Fact Sheet in compliance with PTO No. 27.

6. Wilshire Law Firm, PLC is in compliance with PTO No. 11B as all applicable filing fees have been paid.

    I declare under the penalty of perjury under all applicable local, state and federal laws, that the foregoing is true and correct.

    Executed on July 11, 2018, at Los Angeles, California.

                                            */s/Bobby Saadian*
                                            Bobby Saadian, Esq.