# EXHIBIT B

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 9114901496451452735213

Remove ✕

Your item was delivered in or at the mailbox at 1:05 pm on March 16, 2018 in CORPUS CHRISTI, TX 78410.

## ✓ Delivered

March 16, 2018 at 1:05 pm
Delivered, In/At Mailbox
CORPUS CHRISTI, TX 78410

### Tracking History

**March 16, 2018, 1:05 pm**
Delivered, In/At Mailbox
CORPUS CHRISTI, TX 78410
Your item was delivered in or at the mailbox at 1:05 pm on March 16, 2018 in CORPUS CHRISTI, TX 78410.

**March 16, 2018, 4:02 am**
Arrived at Post Office
CORPUS CHRISTI, TX 78410

**March 15, 2018, 3:28 pm**
Departed USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER ANNEX

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Tracking Number: 9114901496451452735299

Remove ✕

**Expected Delivery on**

**MONDAY**
**2** APRIL 2018 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

April 2, 2018 at 1:32 pm
Delivered, In/At Mailbox
CORPUS CHRISTI, TX 78410

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 9114901496451452735459    Remove ✕

Your item was delivered in or at the mailbox at 11:12 am on April 20, 2018 in CORPUS CHRISTI, TX 78410.

## ✓ Delivered

April 20, 2018 at 11:12 am
Delivered, In/At Mailbox
CORPUS CHRISTI, TX 78410

### Tracking History

**April 20, 2018, 11:12 am**
Delivered, In/At Mailbox
CORPUS CHRISTI, TX 78410
Your item was delivered in or at the mailbox at 11:12 am on April 20, 2018 in CORPUS CHRISTI, TX 78410.

**April 20, 2018, 6:47 am**
Arrived at Post Office
CORPUS CHRISTI, TX 78410

**April 20, 2018, 1:56 am**
Arrived at USPS Facility
CORPUS CHRISTI, TX 78410

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STACEY HOLDER
   2918 CHARLES DR.
   CORPUS CHRISTI, TX 78410

   9590 9402 3234 7196 4208 38

2. Article Number (Transfer from service label)

   7017 1070 0000 8856 3287

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Am                                    ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Vanessa Cooper                  6-4-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt