# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>[PROPOSED] ORDER GRANTING ATTORNEY BOBBY SAADIAN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF |

## ORDER GRANTING ATTORNEY BOBBY SAADIAN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This matter having come before this Honorable Court upon Plaintiff's Attorney Bobby Saadian's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-17428, entitled Stacey Holder v Janssen Research & Development, LLC, et al. and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Bobby Saadian's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-17428 be and is hereby granted.

IT IS HEREBY FUTHER ORDERED that Bobby Saadian shall serve a copy of this Order upon Plaintiff, via certified mail return receipt requested, within fourteen (14) days of the date of this order.

IT IS HEREBY FUTHER ORDERED that Plaintiff, Stacey Holder, is granted a period of ninety (90) days from the date of this order with which to secure new counsel. Should Plaintiff

2

fail to secure new counsel within the ninety (90) day time period allotted herein, the Court may administratively dismiss Plaintiff's Complaint.

    This is not a final order and does not close the case.

_____

JUDGE, UNITED STATES DISTRICT COURT