UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Kathy Pendergraft v. Janssen Research & Development LLC, et al; 2:17-cv-1389* | : : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER**

Considering the Motion for Leave to File Rely Memorandum in Further Support of the Motion for Order To Show Cause Regarding Plaintiffs Who Have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6 (Rec. Docs. 9945 and 10121), filed by Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Rely Memorandum in Further Support of the Motion for Order To Show Cause Regarding Plaintiffs Who Have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6 is hereby entered into the Court's docket.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge

00520099