UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| *Kathy Pendergraft v. Janssen Research & Development LLC, et al; 2:17-cv-1389* | : : : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR AMENDED MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6 AS THE MOTION RELATES TO PLAINTIFF KATHY PENDERGRAFT**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") submit this reply in further support of their amended motion for order to show cause regarding plaintiffs who have failed to serve a fully complete updated Plaintiff Fact Sheet ("PFS") pursuant to CMO 6 as the motion relates to Plaintiff Kathy Pendergraft ("Plaintiff") and state as follows:

Pursuant to Paragraph 5 of CMO 6, Plaintiff was required to complete all sections of the PFS within 30 days of selection. Plaintiff was selected on April 30, 2018, and therefore her fully completed PFS was due on May 30, 2018. She failed to produce a fully completed PFS by this deadline. On May 21, 2018, defense counsel notified counsel that a fully completed PFS had not been served in this case via an email to Plaintiffs' liaison counsel. Defense counsel again raised the issue on the record during the May 25, 2018 MDL case management conference. On June 8,

1

2018, defense counsel reached out to Plaintiff's counsel advising that they had not received an amended PFS and would be filing a motion to show cause. On the same date, counsel for Plaintiff responded that plaintiff had passed away and was seeking appointment of plaintiff's son as personal representative, and requested an extension of time to serve the PFS. On June 15, 2018, Plaintiff's counsel filed a motion for an extension of time to submit a PFS. (Rec. Doc. 9912). Pursuant to this motion, Plaintiff passed away on May 26, 2017. This is almost one year before Plaintiff's case was selected for work up under CMO 6 and one year before the updated PFS in this case was due. Accordingly, Plaintiff's counsel has had more than eleven months to locate next of kin and file a Motion to Substitute in this case.

    In response to the instant motion, Plaintiff's counsel admits that he did not attempt to locate next of kin to pursue Plaintiff's case until after this case was selected for remand. Plaintiff's response states that "Ms. Pendergraft's son has been located, and it is expected that he will be appointed Personal Representative, and that a Motion to Substitute will be filed." (Rec. Doc. 9911). To date, a Motion to Substitute has not been filed despite 413 days passing since Plaintiff has passed away, and 74 days passing since this case was selected for work up under CMO 6.

    This delay is unwarranted. PTO 13 provides that the failure of a plaintiff to timely comply with his or her PFS obligations may result in a dismissal of the plaintiff's claim. CMO 6 states that all dismissals of Wave 1 and Wave 2 selected cases shall be with prejudice. Without a fully complete PFS in this case, all discovery deadlines are tolled and this case is simply sitting dormant. If Plaintiff will not comply with the basic discovery requirements set forth in PTO 13 and CMO 6, this case cannot proceed. Pursuant to PTO 13 and CMO 6, Plaintiff's case should be dismissed <u>with</u> prejudice for her repeated disregard of the Court's order by failing to comply with her plaintiff fact sheet obligations.

For these reasons and for the reasons set forth in Defendants' motion, Plaintiff Kathy Pendergraft's case should be dismissed with prejudice.

July 16, 2018.

        **DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson


**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**