**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| JOAN ROAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ELIZABETH A. FARRAR, DECEASED, | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | Civil Action No.: 2:15-cv-02351 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **MORGAN AND MORGAN COMPLEX LITIGATION GROUP**<br>*Attorneys for Plaintiff*<br><br>By: /s/ Joseph T. Waechter<br>Joseph T. Waechter<br>Florida Bar Number 0092593<br>Michael Goetz<br>Florida Bar Number 0963984<br>201 N. Franklin St., Suite 700<br>Tampa, FL 33602<br>Email: JWaechter@forthepeople.com<br>Email: MGoetz@forthepeople.com<br>Phone: (813) 223-5505<br>Fax: (813) 222-4730<br><br>Dated: 7/17/2018<br><br>**DRINKER BIDDLE & REATH LLP**<br>*Attorneys for Defendants*<br>*Janssen Pharmaceuticals, Inc.,*<br>*Janssen Research & Development LLC,*<br>*and Janssen Ortho LLC*<br><br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, NJ 07932<br>Phone: (973) 549-7350<br>Fax: (973) 360-9831<br>Email: susan.sharko@dbr.com<br><br>Dated: 7/17/2018 | **ARNOLD &PORTER KAYE SCHOLER LLP**<br>*Attorneys for Defendants*<br>*Bayer Healthcare Pharmaceuticals Inc.*<br>*and Bayer Pharma AG*<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Dated: 7/17/2018<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>*Liaison Counsel for Defendants*<br><br>By:/s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Dated: 7/17/2018 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 17, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

    /s/ Joseph T. Waechter