UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Mary Boutte v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al**<br>**CA # 2:16-cv-12927** | **MAGISTRATE JUDGE NORTH** |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Mary Boutte Doc. __, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Claudia Boutte, as surviving natural daughter, is substituted for Plaintiff Mary Boutte as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on April 25, 2018 (Doc. 9218).

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge