**Exhibit A**

Porschia Baker v. Janssen Research & Development LLC et al: 2:17-cv-03422

Donald Bonacci v. Janssen Research & Development, LLC et al: 2:17-cv-02273

Elizabeth Reynolds-Brown, as surviving heir of Edwin Brown, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01220

Mary Burrell v. Janssen Research & Development, LLC et al: 2:17-cv-04743

Arthur Carpenter v. Janssen Research & Development LLC et al: 2:17-cv-02279

Daniel Lattieri v. Janssen Research & Development, LLC et al: 2:17-cv-01121

Sabrena Luke v. Janssen Research & Development LLC et al: 2:17-cv-01922

Rose Martin, as surviving spouse of Garry Martin v. Janssen Research & Development LLC et al: 2:17-cv-01783

Joyce McCluskey, as representative of the estate of James McCluskey, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01620

Hershal Muse v. Janssen Research & Development, LLC et al: 2:17-cv-02264

April Phillips-Bosley v. Janssen Research & Development, LLC et al: 2:17-cv-01342

Kathy Cobb, as surviving heir of Doris Smith, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01017

Billie ValBracht v. Janssen Research & Development, LLC et al: 2:17-cv-02488

Kathy Valle v. Janssen Research & Development, LLC et al: 2:17-cv-03518

Helen Whittet v. Janssen Research & Development, LLC et al: 2:17-cv-04238