**Exhibit A**

*Tim Adams v. Janssen Research and Development, LLC et al: 2:18-cv-00074*

*Eleanor Ahearn v. Janssen Research and Development, LLC et al: 2:15-cv-07143*

*Karen Allen v Janssen Research & Development, LLC et al: 2:16-cv-06777*

*Cary Altschuler v. Janssen Research & Development, LLC et al: 2:16-cv-09906*

*Ella Puckett, as Representative of the Estate of Mildred Anderson, Deceased v. Janssen Research & Development, LLC et al: 2:17-cv-09364*

*Arthur Armprester v. Janssen Research & Development, LLC et al: 2:18-cv-04395*

*Howard Asby v. Janssen Research & Development, LLC et al: 2:16-cv-00680*

*Robert W. Atnip, as Representative of the Estate of Jacqueline Atnip, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03692*

*Emily Augman v. Janssen Research & Development, LLC, et al: 2:17-cv-08614*

*Marcia Aylor v. Janssen Research & Development, LLC, et al: 2:18-cv-04163*

*George Azzariti v. Janssen Research & Development, LLC, et al: 2:17-cv-15567*

*Wanda La Russa, as surviving heir of Lawrence Baker, Deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06122*

*Willie Bannister v. Janssen Research & Development, LLC., et al: 2:17-cv-09421*

*Norma Barton v. Janssen Research & Development, LLC, et al: 2:18-cv-05762*

*Linda Muller, as surviving heir of Vivian Beenblossom, Deceased v. Janssen Research & Development, LLC et al: 2:17-cv-04895*

*Moses A. Belgrade v. Janssen Research & Development, LLC, et al: 2:18-cv-04161*

*Marie Benjamin v. Janssen Research & Development, LLC, et al: 2:18-cv-05722*

*Harriet J. Bennett v. Janssen Research & Development, LLC et al: 2:16-cv-00681*

*Theresa Bernard v. Janssen Research & Development, LLC, et al: 2:18-cv-0571*

*Susan Bernstein v. Janssen Research & Development, LLC, et al: 2:17-cv-11097*

*Shirley Mccaskill as the Surviving Daughter of Lorean Berry, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03937*

*Lavona Berry v. Janssen Research & Development, LLC, et al: 2:18-cv-04390*

*James D. Bimson v. Janssen Research & Development, LLC et al: 2:16-cv-00682*

*Georgina Bingaman v. Janssen Research & Development, LLC et al: 2:16-cv-17736*

*Wendy Bodner v. Jansssen Research & Development, LLC et al: 2:17-cv-09379*

*Halena Bolding v. Janssen Research & Development, LLC, et al: 2:18-cv-00212*

*Mary Brannen v. Janssen Research & Development LLC et al: 2:16-cv-03808*

*Patti Breeden v. Janssen Research & Development, LLC, et al: 2:18-cv-05530*

*Gary Brodecky v. Janssen Research & Development, LLC et al: 2:16-cv-00714*

*Charles Brown v. Janssen Research & Development, LLC, et al: 2:17-cv-08577*

*Larry Brown v. Janssen Research & Development, LLC, et al: 2:17-cv-15537*

*Barbara Bunker as the Surviving Spouse of Douglas Bunker, Deceased v. Janssen Research & Development, LLC, et al:2:18-cv-04989*

*Elizabeth Burtnett v. Janssen Research & Development, LLC et al: 2:16-cv-01634*

*Debra Burton v. Janssen Research & Development, LLC et al: 2:16-cv-09913*

*Grace Burton v. Janssen Research & Development, LLC, et al: 2:18-cv-04541*

*Mary Cannon v. Janssen Research & Development LLC et al: 2:15-cv-05709*

*Edna Canter v. Janssen Research & Development, LLC, et al: 2:18-cv-02262*

*Evan Carlson v. Janssen Research & Development LLC et al: 2:15-cv-05836*

*Julia Carrocino v. Janssen Research & Development LLC et al: 2:17-cv-07592*

*Madeline L. Carson v. Janssen Research & Development, LLC et al: 2:15-cv-00715*

*Edward Caudell v. Janssen Research & Development, et al: 2:17-cv-12341*

*Margaret Romaine Chambers v. Janssen Research & Development, LLC et al: 2:16-cv-00718*

*Kashabia Shantajia Charles v. Janssen Research & Development, LLC et al: 2:16-cv-00719*

*Diana Clark v. Janssen Research & Development, LLC et al: 2:16-cv-00720*

*Timothy Clouser v. Janssen Research & Development, LLC et al: 2:16-cv-00725*

*Richard Feldmeier as the Executor of the Estate of Drusilla Coates, Deceased v. Janssen Research & Development LLC, et al: 2:18-cv-03932*

*Kenneth Coheley v. Janssen Research & Development, LLC, et al: 2:17-cv-14533*

*Jennifer Cooper v. Janssen Research & Development, LLC, et al: 2:18-cv-03689*

*Elizabeth Counts v. Janssen Research & Development, LLC et al: 2:16-cv-00331*

*Judy Wise, as representative of the Estate of Pamela Covert, deceased v. Janssen Research & Development LLC et al: 2:17-cv-05308*

*Nancy Cox v. Janssen Research & Development, LLC, et al: 2:17-cv-09626*

*George Cox v. Janssen Research & Development, LLC, et al: 2:18-cv-01930*

*Shirlee M. Crandall v. Janssen Research & Development, LLC et al: 2:16-cv-01955*

*Lora Crawford v. Janssen Research & Development, LLC, et al: 2:18-cv-05758*

*Ray Cryder v. Janssen Research Development, LLC, et al: 2:18-cv-05755*

*DonnaLee Czarnik v. Janssen Research & Development, LLC, et al: 2:18-cv-05723*

*Anita Dake v. Janssen Research & Development, LLC et al: 2:16-cv-00726*

*William Damelio v. Janssen Research & Development, LLC et al: 2:16-cv-09918*

*Raymond Alf Davis v. Janssen Research & Development, LLC et al: 2:16-cv-00727*

*Carla Hargrove, Individually, and as Representative of the Estate of Jane Brodie Davis v. Janssen Research & Development, LLC et al: 2:16-cv-00763*

*Jonathan Denton v. Janssen Research & Development, LLC, et al: 2:18-cv-03539*

*Barry Devall v. Janssen Research & Development, LLC, et al: 2:18-cv-00262*

*Layal Romero, Individually and as Representative of the Estate of Ibtissam Diab v. Janssen Research and Development, LLC et al: 2:16-cv-00890*

*Eliza A. Dixon v. Janssen Research & Development, LLC et Al: 2:15-cv-04888*

*Thomas Dolan v. Janssen Research & Development, LLC, et al: 2:18-cv-01933*

*Shirley Douthit v. Janssen Research & Development, LLC, et al: 2:17-cv-10943*

*Dewey A. Dove v. Janssen Research & Development, LLC et al: 2:16-cv-00754*

*Mildred Drungo v. Janssen Research & Development, et al: 2:17-cv-07769*

*Lou Ann Holmes, Individually, and as Representative of the Estate of Oleta M. Durette v. Janssen Research & Development, LLC et al: 2:16-cv-00830*

*Laurel Dyson v. Janssen Research & Development, LLC et al: 2:16-cv-06739*

*Frances Edgerly v. Janssen Research & Development, LLC, et al: 2:17-cv-09278*

*Carol Eldridge v. Janssen Research & Development, LLC et al: 2:16-cv-09920*

*Terry Boffone as Representative of the Estate of Nell Elliott, Deceased, v. Janssen Research & Development LLC et al: 2:17-cv-10281*

*Cathleen Errett v. Janssen Research & Development, LLC, et al: 2:17-cv-11370*

*Guadalupe Esparza v. Janssen Research & Development, LLC et al: 2:16-cv-16481*

*Lucille Estis v. Janssen Research & Development, et al: 2:18-cv-02277*

*Kimberly S. Estrella v. Janssen Research & Development LLC, et al: 2:16-cv-00755*

*Janelle Eubanks v. Janssen Research & Development, LLC., et al: 2:17-cv-09461*

*Robert C. Evans v. Janssen Research & Development, LLC et al: 2:16-cv-06749*

*Barbara Ferguson v. Janssen Research & Development, LLC, et al: 2:18-cv-05002*

*George Michael Finch v. Janssen Research & Development, LLC et al: 2:15-cv-00756*

*Larry Fleck v. Janssen Research & Development, LLC, et al: 2:17-cv-09147*

*Renee Flores v. Janssen Research & Development, LLC et al: 2:16-cv-09961*

*Judith Forward, as surviving spouse of Delwin Forward, Deceased v. Janssen Research & Development, LLC, et al: 2:17-cv-14530*

*Scharmaine Foster, as surviving heir of Willie Mae Foster, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-00834*

*Daria Fowler v. Janssen Research & Development, LLC, et al: 2:18-cv-00318*

*Gloria Fowler v. Janssen Research & Development, LLC, et al: 2:18-cv-01938*

*Glenn Fox, as surviving spouse of Annie Fox, deceased vs. Janssen Research & Development, LLC et al: 2:16-cv-17986*

*Annabel Frakes v. Janssen Research & Development, LLC et al: 2:16-cv-00925*

*Elvira Franco v. Janssen Research & Development, LLC et al: 2:16-cv-16536*

*Stephen Franklin v. Janssen Research & Development, LLC, et al: 2:18-cv-01170*

*Ridgeway Gaines v. Janssen Research & Development, LLC et al: 2:16-cv-00766*

*Jean Garcia v. Janssen Research & Development, LLC, et al: 2:18-cv-00259*

*James Gardner, Jr. v. Janssen Research & Development, LLC et al: 2:16-cv-00768*

*Paul Gibson v. Janssen Research & Development, LLC et al: 2:16-cv-00757*

*David Giles, Individually and as Representative of the Estate of Barbara Giles v. Janssen Research & Development, LLC et al: 2:16-cv-00760*

*Myrna Glass v. Janssen Research & Development, LLC et al: 2:17-cv-07678*

*John E. Glusak v. Janssen Research & Development, LLC, et al: 2:18-cv-05719*

*Bill Godio v. Janssen Research & Development, LLC et al: 2:17-cv-11944*

*Jean Goerth v. Janssen Research & Development LLC et al.: 2:15-cv-05157*

*Robert Goldberg v. Janssen Research & Development LLC et al: 2:16-cv-01662*

*David Gouzie v. Janssen Research & Development LLC et al: 2:17-cv-04750*

*Tina Grady v. Janssen Research & Development, LLC, et al: 2:18-cv-03695*

*Shanolla N. Graham v. Janssen Research & Development, LLC et al: 2:16-cv-01956*

*Tonya Graham v. Janssen Research & Development, LLC, et al: 2:17-cv-10948*

*Elias Green, Individually, and as Representative of the Estate of Victoria Green v. Janssen Research & Development, LLC et al: 2:16-cv-00762*

*Joy Greengrass, as Surviving Spouse and Anticipated Representative of the Estate of George Greengrass, Deceased v. Janssen Research & Development, LLC, et al: 2:17-cv-15556*

*Gary Greif v. Janssen Research & Development, LLC, et al: 2:18-cv-04383*

*Virginia Grohn v. Janssen Research & Development, LLC, et al: 2:18-cv-00319*

*Frances Guidry v. Janssen Research & Development, LLC et al: 2:17-cv-12232*

*Maria Guzman v. Janssen Research & Development, LLC et al: 2:16-cv-09995*

*Delaron Hall v. Janssen Research & Development, LLC: 2:17-cv-09113*

*Teddy Hamrick v. Janssen Research & Development, LLC, et al: 2:18-cv-01169*

*Karen Handy, as surviving heir of George Handy, deceased v. Janssen Research & Development, LLC et al: 2:16-cv-16616*

*Nancy Hanrahan v. Janssen Research & Development, LLC, et al: 2:18-cv-06017*

*Gary Harlan v. Janssen Research & Development, LLC et al: 2:16-cv-00767*

*Doris Shirley Harris v. Janssen Research & Development, LLC et al: 2:16-cv-00771*

*Charles Hart v. Janssen Research & Development LLC et al: 2:18-cv-03977*

*Helen Haynes v. Janssen Research & Development, LLC, et al: 2:18-cv-01005*

*Kenneth Hebert v. Janssen Research & Development, LLC., et al: 2:17-cv-11515*

*Mel Heitt v. Janssen Research & Development, LLC et al: 2:17-cv-01223*

*Bryan A. Henderson v. Janssen Research & Development LLC et al: 2:16-cv-00796*

*Linda Henry v. Janssen Research & Development, LLC, et al: 2:17-cv-10617*

*Joel Hensley v. Janssen Research & Development, LLC et al: 2:17-cv-06086*

*Linda Stevens, as surviving spouse of Alfred Herman-Stevens, Deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06406*

*Latonda Harper, as Surviving Daughter of, Linda Hickson, Deceased v. Janssen Research & Development, LLC, et al: 2:17-cv-14536*

*Cherri Hill v. Janssen Research & Development, LLC et al: 2:16-cv-00798*

*Daisey Hilton v. Janssen Research and Development LLC et al: 2:16-cv-00800*

*Jerry Hill v. Janssen Research & Development LLC, et al: 2:18-cv-03929*

*Daisey Hilton v. Janssen Research & Development, LLC, et al: 2:16-cv-00800*

*Erline Hines v. Janssen Research & Development, LLC et al: 2:16-cv-01663*

*Judith Holbrook v. Janssen Research & Development, LLC et al: 2:16-cv-00802*

*Jerry Holder v. Janssen Research & Development, LLC et al: 2:16-cv-16371*

*Thelma Holmes v. Janssen Research & Development, LLC, et al: 2:17-cv-09765*

*Virgil Holub v. Bayer Corporation et al: 2:15-cv-05851*

*Dewayne Hooks as Representative of the Estate of Mary Hooks, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03683*

*Gertrude Horridge v. Janssen Research & Development, LLC et al: 2:16-cv-01565*

*Linwood Humphrey v. Janssen Research & Development, LLC, et al: 2:18-cv-05760*

*Charles Irick v. Janssen Research & Development LLC et al: 2:16-cv-01958*

*Valerie Ivey as Surviving Daughter of Geraldine Ivey, Deceased, v. Janssen Research & Development, LLC, et al: 2:18-cv-04693*

*Tiffany Jaramillo-Swan v. Janssen Research & Development, LLC, et al: 2:17-cv-13769*

*Rico Jeffery v. Janssen Research & Development, LLC, et al: 2:18-cv-00120*

*Early Jester v. Janssen Research & Development, LLC., et al: 2:17-cv-09487*

*Chester Johnson v. Janssen Research & Development, LLC. et al: 2:18-cv-05974*

*Ernest Johnson v. Janssen Research & Development, LLC et al: 2:16-cv-00828*

*Pauline Johnson v. Janssen Research & Development, LLC et al: 2:16-cv-10005*

*Reginald Johnson, as Surviving Son of Edward Lamar Johnson v. Janssen Research & Development, LLC, et al: 2:18-cv-04532*

*Thomas Johnson v. Janssen Research & Development, LLC, et al: 2:17-cv-13777*

*Arthur Jones v. Janssen Research & Development, LLC, et al: 2:18-cv-04991*

*Betty Jones v. Janssen Research & Development, LLC, et al: 2:18-cv-03225*

*James S. Smith, Individually, and as Representative of the Estate of Leila Jones v. Janssen Research & Development, LLC et al: 2:16-cv-00881*

*Shelly Jones v. Janssen Research & Development LLC, et al: 2:15-cv-05166*

*Georgeina Joyner v. Janssen Research & Development, LLC, et al: 2:18-cv-04540*

*Peter Edward Kaples v. Janssen Research & Development, LLC et al: 2:16-cv-00831*

*Mary Jane Kay as Surviving Spouse of Wayne Kay, Deceased v. Janssen Research Development, LLC, et al: 2:18-cv-5648*

*Anna Keane, Individually, and as Representative of the Estate of John M. Keane v. Janssen Research & Development, LLC et al: 2:16-cv-00797*

*Michael Killian v. Janssen Research & Development, LLC, et al: 2:17-cv-10951*

*Patricia King v. Janssen Research & Development, LLC, et al: 2:17-cv-15549*

*Lorene Donaho, as Surviving Daughter of James Knapp, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-05753*

*Linda Kneipp v. Janssen Research & Development LLC et al: 2:17-cv-06113*

*Richard Kniffin v. Janssen Research & Development LLC et al.: 2:15-cv-05171*

*Roberta Knox v. Janssen Research & Development, LLC, et al: 2:17-cv-10875*

*Gerald Kortman v. Janssen Research & Development, LLC et al: 2:16-cv-10058*

*Walter Kozlowski, Individually, and as Representative of the Estate of Amelia Kozlowski v. Janssen Research & Development, LLC et al: 2:16-cv-00799*

*Gil Laake as Surviving Heir of Madelyne Laake, Deceased v. Janssen Research & Development, LLC et al: 2:16-cv-15773*

*George Q. LaMar v. Janssen Research & Development, LLC., et al: 2:18-cv-05243*

*Sharon Lambert, Individually, and as Representative of the Estate of Eric Leon Lambert v. Janssen Research & Development, LLC et al: 2:16-cv-00801*

*Jason Lane v. Janssen Research & Development, LLC et al: 2:16-cv-01566*

*John Large v. Janssen Research & Development, LLC et al: 2:17-cv-06567*

*Roger Larison v. Janssen Research & Development, LLC, et al: 2:18-cv-05714*

*Jerry Larsen v. Janssen Research & Development, LLC, et al: 2:18-cv-05267*

*Mark I. Lawless v. Janssen Research & Development, LLC et al: 2:16-cv-01569*

*Rebecca Ann Lawson v. Janssen Research & Development, LLC et al: 2:16-cv-16479*

*Leesa Ledyard, as the Surviving Daughter of Caralotta Ledyard, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-04640*

*Mary Lee v. Janssen Research & Development, LLC, et al: 2:18-cv-03925*

*Vincent Leon v. Janssen Research & Development, LLC et al: 2:16-cv-01570*

*Sharon Lambert, Individually, and as Representative of the Estate of John A. Leser v. Janssen Research & Development, LLC et al: 2:16-cv-00801*

*Josephine Levi v. Janssen Research Development, LLC, et al: 2:18-cv-03696*

*Terry O. Levi v. Janssen Research & Development, LLC et al: 2:15-cv-05184*

*Catherine Livingston v. Janssen Research & Development, LLC et al: 2:16-cv-10070*

*Diane Looney v. Janssen Research & Development, LLC, et al: 2:18-cv-02301*

*Vickie Lowerison v. Janssen Research & Development, LLC et al: 2:16-cv-06841*

*Dwayne Lucas v. Janssen Research & Development LLC et al: 2:18-cv-03981*

*Ronald Ray Lucas v. Janssen Research & Development, LLC et al: 2:17-cv-00167*

*Josephine Lynch v. Janssen Research & Development, LLC et al: 2:16-cv-00829*

*Tui Pulou, Individually and as Representative of the Estate of Merita Maae v. Janssen Research & Development LLC et al: 2:16-cv-00863*

*Judith Macchia v. Janssen Research & Development, LLC et al: 2:16-cv-00803*

*Mary Kirk as Surviving Daughter of Richard MacDuff, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-06023*

*Rafael Magallon v. Janssen Research & Development, LLC, et al: 2:18-cv-04994*

*L.B. Manus v. Janssen Research & Development, LLC., et al: 2:18-cv-05946*

*Charles Marmolejo v. Janssen Research & Development, LLC, et al: 2:18-cv-05157*

*Bruce Martin v. Janssen Research & Development, LLC, et al: 2:18-cv-04053*

*Carroll Martin v. Janssen Research & Development, LLC et al: 2:16-cv-17536*

*Elmer Martin v. Janssen Research & Development, LLC et al: 2:16-cv-00832*

*Robert Martin v. Janssen Research & Development, LLC et al: 2:16-cv-00833*

*Gil Martinez v. Janssen Research & Development, LLC, et al: 2:18-cv-00187*

*Esther Martinez, as Representative of the Estate of Manuel R. Martinez, Deceased. v. Janssen Research & Development, LLC et al: 2:17-cv-09760*

*Marion Mast v. Janssen Research & Development, LLC, et al: 2:18-cv-00997*

*James T. May v. Janssen Research & Development, LLC, et al: 2:18-cv-05233*

*John Daniel McAllister, IV v. Janssen Research & Development, LLC et al: 2:15-cv-05179*

*Sharon McAuliffe as Surviving Spouse of Charles McAuliffe, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-04756*

*Alfred McClendon v. Janssen Research & Development, LLC et al: 2:16-cv-01666*

*Hollis McCollum v. Janssen Research & Development, LLC et al: 2:16-cv-00835*

*William McConnell v. Janssen Research & Development, LLC, et al: 2:18-cv-04944*

*Penny McCullah v. Janssen Research & Development, LLC et al: 2:16-cv-00839*

*Linda Rapheal, Individually, and as Representative of the Estate of Jean McDevitt v. Janssen Research & Development, LLC et al: 2:16-cv-06852*

*Martin McGlothan v. Janssen Research & Development, LLC et al: 2:16-cv-17740*

*Michae McKenzie v. Janssen Research & Development, LLC et al: 2:16-cv-00841*

*Pamela G. McLain v. Janssen Research & Development LLC et al: 2:16-cv-00853*

*Verdie McNeal v. Janssen Research & Development, LLC et al: 2:16-cv-06844*

*David Meaders v. Janssen Research & Development, LLC et al: 2:16-cv-10078*

*Patricia Francis, Individually, and as Representative of the Estate of Helen Medvigy v. Janssen Research & Development LLC et al: 2:16-cv-01959*

*Jacob Mehelich, Individually and as Representative of the Estate of Helen Holly Mehelich v. Janssen Research & Development, LLC et al: 2:16-cv-00855*

*Bryant Mickler v. Janssen Research & Development, LLC et al: 2:16-cv-00862*

*Maudie Miller v. Janssen Research and Development, LLC, et al: 2:17-cv-08534*

*Nicole Miller v. Janssen Research & Development, LLC, et al: 2:18-cv-04206*

*Sandra Miller v. Janssen Research & Development, LLC et al: 2:16-cv-00834*

*Rosetta Minnefield v. Janssen Research & Development LLC, et al: 2:15-cv-05182*

*Rodney Wayne Mish v Janssen Research & Development, LLC, et al: 2:18-cv-05132*

*Dimitrije Miskovic v. Janssen Research & Development, LLC et al: 2:16-cv-00836*

*Emma Jane Mitchell v. Janssen Research & Development LLC, et al.: 2:15-cv-05854*

*Glenda Lynn Mitchell v. Janssen Research & Development, LLC et al: 2:16-cv-10085*

*JD Mohon v. Janssen Research & Development, LLC et al: 2:16-cv-10105*

*Kelly Monty-Hanson v. Janssen Research & Development, LLC et al: 2:16-cv-06848*

*Perry Moon v. Janssen Research & Development, LLC et al: 2:17-cv-14785*

*Frank Morley v. Janssen Research & Development LLC et al: 2:16-cv-00840*

*Veronica Mouzon v. Janssen Research & Development, LLC et al: 2:17-cv-06377*

*Tammy Jones, Individually, and as Representative of the Estate of Vaughnell Mullins v. Janssen Research & Development, LLC et al: 2:16-cv-10028*

*Eldon Napier v. Janssen Research & Development, LLC et al: 2:16-cv-10146*

*Barbara Neeley v. Janssen Research & Development, LLC et al: 2:16-cv-06777*

*Paul Nestle v. Janssen Research & Development, LLC, et al: 2:18-cv-01937*

*Herman Nickels v. Janssen Research & Development, LLC et al: 2:17-cv-05885*

*Evelyn Nix as Surviving Spouse of Herschel Nix, Deceased v. Janssen Research & Development LLC et al: 2:18-cv-04319*

*Alexander R. Nobles, Jr. v. Janssen Research & Development LLC et al.: 2:15-cv-05185*

*DeAnne Novak v. Janssen Research & Development, LLC et al: 2:16-cv-10164*

*Johann Odom v. Janssen Research & Development, LLC, et al: 2:18-cv-03525*

*Burney Orgeron v. Janssen Research & Development, LLC et al: 2:18-cv-02765*

*Maria Ortiz, as surviving spouse of Francisco Ortiz-Amaro, deceased v. Janssen Research & Development, LLC et al.: 2:17-cv-07265*

*John Leo Pace v. Janssen Research & Development LLC et al.: 2:15-cv-05187*

*Stacy Arndt, Individually, and as Representative of the Estate of Maria Paliouras v. Janssen Research & Development, LLC et al: 2:16-cv-00677*

*Rodney Pantone, Individually, and as Representative of the Estate of Lillian Pantone v. Janssen Research & Development, LLC et al: 2:16-cv-10166*

*AnnMarie Pascoe v. Janssen Research & Development, LLC et al: 2:16-cv-00842*

*Annie R. Pate v. Janssen Research & Development LLC et al.: 2:15-cv-05195*

*Sally Patterson v. Janssen Research & Development, LLC, et al: 2:18-cv-03344*

*Peggy Payne-Grindstaff v. Janssen Research & Development, LLC et al: 2:16-cv-14782*

*Walter Pekar v. Janssen Research & Development LLC et al: 2:16-cv-10649*

*Harry Pendry v. Janssen Research & Development LLC et al: 2:16-cv-00857*

*Terry Penland as Surviving Spouse of Jean Penland, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-04030*

*Shirley Perry v. Janssen Research & Development, LLC et al: 2:18-cv-02723*

*Richard Bertil Peterson v. Janssen Research & Development, LLC et al: 2:16-cv-01669*

*Russell Peterson v. Janssen Research & Development, LLC et al: 2:16-cv-06851*

*Jackie Phillips v. Janssen Research & Development, LLC, et al: 2:18-cv-03593*

*Cheryl Pierce v. Janssen Research & Development, LLC, et al: 2:17-cv-17365*

*Barbara D. Pirie v. Janssen Research & Development, LLC, et al: 2:18-cv-06019*

*Ruth Pleasant v. Janssen Research & Development LLC et al: 2:16-cv-01960*

*Dawn Poepping v. Janssen Research & Development, LLC et al: 2:16-cv-10227*

*Valiera Powell-Best, Valiera v. Janssen Research & Development, LLC et al: 2:17-cv-05511*

*Kenneth Powers v. Janssen Research & Development LLC et al: 2:18-cv-04022*

*Jerry Price v. Janssen Research & Development, LLC et al: 2:16-cv-01962*

*Kim Priest v. Janssen Research & Development, LLC et al: 2:16-cv-00869*

*Laverne Pugh v. Janssen Research & Development, LLC, et al: 2:18-cv-02305*

*Ella Pulliam v. Janssen Research & Development, LLC et al: 2:16-cv-00859*

*Patricia Pursley v. Janssen Research & Development, LLC et al: 2:16-cv-00864*

*Brenda Quinn v. Janssen Research & Development, LLC et al: 2:17-cv-17493*

*Pia Rachels, as Representative of the Estate of Shirley Rachels, Deceased v. Janssen Research & Development, LLC, et al: 2:17-cv-08163*

*Wayne Randall v. Janssen Research & Development, LLC, et al: 2:18-cv-04773*

*Julie Rawlings v. Janssen Research & Development, LLC et al: 2:17-cv-05660*

*Judy Reed v. Janssen Research & Development, LLC, et al: 2:17-cv-12377*

*Lou Ann Reeves v. Janssen Research & Development, LLC, et al: 2:18-cv-04941*

*Phyllis Reynolds v. Janssen Research & Development, LLC, et al: 2:18-cv-04826*

*Sharon Larue Rhodes v. Janssen Research & Development, LLC et al: 2:16-cv-00879*

*Bodie Riddle vs. Janssen Research and Development, LLC, et al: 2:17-cv-08479*

*Susan Riggs v. Janssen Research & Development, LLC, et al: 2:18-cv-03848*

*Dale Ringler v. Janssen Research & Development, LLC et al: 2:16-cv-00882*

*Heidi Rizzotto v. Janssen Research & Development, LLC et al: 2:16-cv-10239*

*Lisa Robison-Gaydon v. Janssen Research & Development, LLC, et al: 2:18-cv-04842*

*Irene Robles v. Janssen Research & Development, LLC et al: 2:16-cv-01963*

*Edith Rodgers v. Jansen Research & Development, et al: 2:17-cv-07579*

*Louise Rogan v. Janssen Research & Development, LLC et al: 2:16-cv-00889*

*Betty Roland v. Janssen Research & Development, LLC, et al: 2:18-cv-04895*

*Victor Rosa v. Janssen Research & Development LLC et al: 2:15-cv-05926*

*Phillip Royer, as surviving spouse of Jacqueline Royer, Deceased v. Janssen Research & Development, LLC et al: 2:16-cv-15184*

*Howard Rubin, as Surviving Son of Selma Rubin, Deceased v. Janssen Research & Development LLC et al: 2:18-cv-00190*

*Eugene Russell Jr. v. Janssen Research & Development, LLC, et al: 2:18-cv-04515*

*Evah Sala v. Janssen Research & Development, LLC, et al: 2:18-cv-04885*

*Johnny E. Sanders v. Janssen Research & Development, LLC, et al: 2:18-cv-05703*

*Nancy S. Sauer v. Janssen Research & Development LLC et al.: 2:15-cv-05199*

*Albert Scala v. Janssen Research & Development, LLC et al: 2:16-cv-17537*

*Judine Schield v. Janssen Research & Development, LLC et al: 2:16-cv-00891*

*Ralph Schnidman v. Janssen Research & Development, LLC et al: 2:16-cv-17989*

*Fred Scott v. Janssen Research & Development, LLC, et al: 2-17-cv-08540*

*Dorothea Sedell v. Janssen Research & Development, LLC et al: 2:17-cv-16888*

*Theodore Sergent v. Janssen Research & Development, LLC et al: 2:16-cv-00904*

*Charlotte Shapiro v. Janssen Research & Development, LLC et al: 2:16-cv-10342*

*Darrell Shaw v. Janssen Research & Development, LLC et al: 2:16-cv-01670*

*Georgia Mcgregor as Surviving Daughter of Beverly Sherman, Deceased v. Janssen Research & Development LLC, et al: 2:17-cv-08550*

*Judy Shimley v. Janssen Research & Development, LLC et al: 2:16-cv-00875*

*Elizabeth Shively v. Janssen Research & Development LLC et al: 2:15-cv-05201*

*Norma Silva v. Janssen Research & Development, LLC, et al: 2:18-cv-03886*

*Leonard Sims v. Janssen Research & Development, LLC et al: 2:17-cv-17497*

*Yvonne Sluder v. Janssen Research & Development LLC et al: 2:16-cv-00880*

*Billy Smith v. Janssen Research & Development, LLC, et al: 2:18-cv-05616*

*Cleo Smith v. Janssen Research & Development, LLC, et al: 2:18-cv-04837*

*Elizabeth G. Smith v. Janssen Research & Development LLC et al: 2:15-cv-05206*

*Rhonda Bustamante as Surviving Daughter of Jimmy Smith, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03099*

*Shanna Smith v. Janssen Research & Development, LLC et al: 2:16-cv-10362*

*Naomi Snyder v. Janssen Research & Development LLC et al: 2:16-cv-01606*

*Adam Soles v Janssen Research & Development, LLC et al: 2:16-cv-15598*

*Jill Solomon as Surviving spouse of Edward Solomon, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-00191*

*Robert Sorensen as Surviving son of Jeanne Sorensen, Deceased v. Janssen Research & Development LLC et al: 2:18-cv-00092*

*Lisa Souza v. Janssen Research & Development, LLC et al: 2:17-cv-06572*

*John Sowl v. Janssen Research & Development, LLC et al: 2:17-cv-13677*

*Mary Spain v. Janssen Research & Development, LLC et al.: 2:17-cv-06962*

*Robert Sparrow v. Janssen Research & Development, LLC et al: 2:18-cv-00109*

*Gary Spencer v. Janssen Research & Development, LLC et al: 2:17-cv-15560*

*Johnnie Stacy v. Janssen Research & Development, LLC et al: 2:16-cv-06854*

*Shelia Stayrook, as Representative of the Estate of Ronald Stayrook, Deceased, v. Janssen Research & Development LLC, et al: 2:17-cv-09429*

*Carol Stillion v. Janssen Research & Development, LLC, et al: 2:18-cv-00374*

*Lonnie Stockwell v. Janssen Research & Development, LLC, et al: 2:17-cv-08611*

*Constance Sturgeon v. Janssen Research & Development, LLC et al: 2:16-cv-00888*

*Robert Sullivan v. Janssen Research & Development, LLC et al: 2:16-cv-00905*

*Carolyn Maxwell, Surviving Daughter of Elnora Swiling-White, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-02269*

*Parwana Sadozai as the Executor of the Estate of Ziagul Syedali, Deceased v. Janssen Research & Development LLC et al: 2:18-cv-04635*

*Scherise Bell as Surviving Daughter of Alice Taliaferro, Deceased v. Janssen Research & Development, LLC et al: 2:18-cv-04781*

*Constance Taylor v. Janssen Research & Development, LLC et al: 2:16-cv-10372*

*Greg Taylor, as surviving heir of Robert Taylor, Deceased v Janssen Research & Development LLC et al: 2:17-cv-06556*

*Edwin Terry v. Janssen Research & Development, LLC et al: 2:16-cv-01673*

*Danny Thacker v. Janssen Research & Development, LLC et al: 2:16-cv-10386*

*James Thomas v. Janssen Research & Development LLC et al: 2:18-cv-05532*

*Geraldine Thompson v. Janssen Research & Development, LLC, et al: 2:18-cv-04946*

*Martha Thompson v. Janssen Research & Development, LLC, et al: 2:18-cv-03924*

*Timothy Thompson v. Janssen Research & Development, LLC et al: 2:16-cv-00907*

*Bradley Tielsch as Surviving Son of Jacqueline Tielsch, Deceased v. Janssen Research & Development, LLC, et al:2:18-cv-02526*

*Duane Townsend v. Janssen Research & Development, LLC et al: 2:17-cv-17540*

*Dolores Trovato v. Janssen Research & Development, LLC, et al. 2:18-cv-03763*

*Peggy Truesdell v. Janssen Research & Development, LLC et al: 2:16-cv-10397*

*Irene Tuminello v. Janssen Research & Development, LLC, et al: 2:18-cv-05585*

*Greg Turner v. Janssen Research & Development, LLC et al: 2:16-cv-10404*

*Karla Vancott v. Janssen Research & Development, LLC et al: 2:16-cv-15748*

*Karen Venable v. Janssen Research & Development, LLC et al: 2:17-cv-17521*

*Mike Wahl v. Janssen Research & Development, LLC et al: 2:16-cv-10413*

*Randa Walker v. Janssen Research & Development, LLC et al: 2:17-cv-05271*

*Cheryl Walker v. Janssen Research & Development, LLC, et al: 2:17-cv-17435*

*Timothy Wallace v. Janssen Research & Development, LLC, et al: 2:17-cv-08595*

*Harry Walsh v. Janssen Research & Development, LLC et al: 2:18-cv-02644*

*David H. Ward v. Janssen Research & Development, LLC et al: 2:16-cv-01964*

*Pamela Weiss vs. Janssen Research & Development, LLC, et al: 2:18-cv-00372*

*Betty Whyel v. Janssen Research & Development, LLC et al: 2:16-cv-00909*

*Mary G. Williams v. Janssen Research & Development, LLC et al: 2:16-cv-10431*

*Danielle Wilson v. Janssen Research & Development, LLC et al: 2:16-cv-10443*

*Thomas Wilson v. Janssen Research & Development LLC et al: 2:18-cv-04788*

*Ernest Wood v. Janssen Research & Development, LLC et al: 2:16-cv-10485*

*Joseph Wood v. Janssen Research & Development LLC et al: 2:16-cv-00911*

*Howard Woodruff v. Janssen Research & Development, LLC et al: 2:16-cv-00913*

*Charla Woods v. Janssen Research & Development, LLC et al: 2:17-cv-06600*

*Ronald Woods, Individually, and as Representative of the Estate of Laura Phyllis Woods v. Janssen Research & Development, LLC et al: 2:16-cv-00914*

*Ralph Woods v. Janssen Research & Development LLC et al: 2:16-cv-01965*

*Virgil Younger v. Janssen Research & Development, LLC, et al: 2:18-cv-03604*

*Ida Zajicek as Surviving spouse of Benjamin Zajicek, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03117*

*Louis Zupancic v. Janssen Research & Development, LLC et al: 2:16-cv-13145*