UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :    MDL No. 2592
                                      :
                                      :    SECTION L
                                      :
                                      :    JUDGE ELDON E. FALLON
                                      :
_____:    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Wynona Jacobs v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-04586

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

Now comes Plaintiff in the above-listed action, through undersigned counsel, and respectfully move this for an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG (the "Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B. In support of their motion, Plaintiff states as follows:

The foregoing action has been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592. Service of Plaintiff's complaint would have been timely pursuant to F.R.C.P. 4(c). However, due to inadvertent oversight on behalf of undersigned counsel, streamlined service of Plaintiff's complaint in this action was not properly effected as set forth in Pre-Trial Order #10, 10A and 10B as to some or all of the Defendants. Undersigned counsel regrets its failure to properly oversee and accomplish streamlined service of the complaint and summons in the above-listed action and

assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by the above-captioned Plaintiffs, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Plaintiff shows that as a matter of law and fact, they were not in "bad faith" in delaying streamlined service of her respective Complaint and Summons. Defendants are fully aware of and are served with hundreds of identical complaints in this matter.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow her an additional thirty (30) days within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

                              Respectfully submitted,

Dated: July 18, 2018                  */s/* Jonathan Staffeldt
                                        Jonathan Paul Staffeldt Bar # 252326
                                        MILSTEIN JACKSON FAIRCHILD & WADE, LLP
                                        10250 Constellation Blvd, Suite 1400
                                        Los Angeles, CA 90067
                                        Telephone:  (310) 396-9600
                                        Facsimile:  (310) 396-9635
                                        Email: jstaffeldt@mjfwlaw.com

                                        *Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jonathan P. Staffeldt