UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mayolia Griffin v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:16-cv-02658

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10224, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Michael Griffin, as surviving natural son of Mayolia Griffin, is substituted for Plaintiff Mayolia Griffin as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE