UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Wanda Smith v. Janssen Research & Development, LLC, et al; LAED USDC No. 2::16-cv-17765*

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Wanda Smith. Counsel respectfully informs this Court a Motion to Substitute Party Plaintiff will be filed by the sibling of Wanda Smith.

DATED: July 18, 2018

Respectfully Submitted,

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo (AL # 7575-J64D)
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE AND SUGGESTION OF DEATH has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 18th day of July, 2018

/s/ Joel L. DiLorenzo