# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Leonard Hodes v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:16-cv-6651

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 10225, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Carol Hodes, as surviving spouse of Leonard Hodes, is

substituted for Plaintiff Leonard Hodes as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE