UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Harold Legacy v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:16-cv-04200

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10226, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Shawn Legacy, as surviving natural son of Harold Legacy, is substituted for Plaintiff Harold Legacy as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE