## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  |  MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*William Lyons v. Janssen Pharmaceuticals, Inc., et al.*
CA# 2:18-cv-03093

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 10227, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jacqueline Means, as surviving spouse of William Lyons,

is substituted for Plaintiff William Lyons as the proper party plaintiff in the above captioned case.


New Orleans, Louisiana, this 18th day of July, 2018.


_____
UNITED STATES DISTRICT COURT JUDGE