## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| ***THIS DOCUMENT RELATES TO:*** | **MAGISTRATE NORTH** |

*Tim Adams v. Janssen Research and Development, LLC et al: 2:18-cv-00074*

*Eleanor Ahearn v. Janssen Research and Development, LLC et al: 2:15-cv-07143*

*Karen Allen v Janssen Research & Development, LLC et al: 2:16-cv-06777*

*Cary Altschuler v. Janssen Research & Development, LLC et al: 2:16-cv-09906*

*Ella Puckett, as Representative of the Estate of Mildred Anderson, Deceased v. Janssen Research & Development, LLC et al: 2:17-cv-09364*

*Arthur Armprester v. Janssen Research & Development, LLC et al: 2:18-cv-04395*

*Howard Asby v. Janssen Research & Development, LLC et al: 2:16-cv-00680*

*Robert W. Atnip, as Representative of the Estate of Jacqueline Atnip, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03692*

*Emily Augman v. Janssen Research & Development, LLC, et al: 2:17-cv-08614*

*Marcia Aylor v. Janssen Research & Development, LLC, et al: 2:18-cv-04163*

1

*George Azzariti v. Janssen Research & Development, LLC, et al: 2:17-cv-15567*

*Wanda La Russa, as surviving heir of Lawrence Baker, Deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06122*

*Willie Bannister v. Janssen Research & Development, LLC., et al: 2:17-cv-09421*

*Norma Barton v. Janssen Research & Development, LLC, et al: 2:18-cv-05762*

*Linda Muller, as surviving heir of Vivian Beenblossom, Deceased v. Janssen Research & Development, LLC et al: 2:17-cv-04895*

*Moses A. Belgrade v. Janssen Research & Development, LLC, et al: 2:18-cv-04161*

*Marie Benjamin v. Janssen Research & Development, LLC, et al: 2:18-cv-05722*

*Harriet J. Bennett v. Janssen Research & Development, LLC et al: 2:16-cv-00681*

*Theresa Bernard v. Janssen Research & Development, LLC, et al: 2:18-cv-05718*

*Susan Bernstein v. Janssen Research & Development, LLC, et al: 2:17-cv-11097*

*Shirley Mccaskill as the Surviving Daughter of Lorean Berry, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03937*

*Lavona Berry v. Janssen Research & Development, LLC, et al: 2:18-cv-04390*

*James D. Bimson v. Janssen Research & Development, LLC et al: 2:16-cv-00682*

*Georgina Bingaman v. Janssen Research & Development, LLC et al: 2:16-cv-17736*

*Wendy Bodner v. Jansssen Research & Development, LLC et al: 2:17-cv-09379*

*Halena Bolding v. Janssen Research & Development, LLC, et al: 2:18-cv-00212*

*Mary Brannen v. Janssen Research & Development LLC et al: 2:16-cv-03808*

*Patti Breeden v. Janssen Research & Development, LLC, et al: 2:18-cv-05530*

*Gary Brodecky v. Janssen Research & Development, LLC et al: 2:16-cv-00714*

*Charles Brown v. Janssen Research & Development, LLC, et al: 2:17-cv-08577*

*Larry Brown v. Janssen Research & Development, LLC, et al: 2:17-cv-15537*

*Barbara Bunker as the Surviving Spouse of Douglas Bunker, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-04989*

*Elizabeth Burtnett v. Janssen Research & Development, LLC et al: 2:16-cv-01634*

*Debra Burton v. Janssen Research & Development, LLC et al: 2:16-cv-09913*

*Grace Burton v. Janssen Research & Development, LLC, et al: 2:18-cv-04541*

*Mary Cannon v. Janssen Research & Development LLC et al: 2:15-cv-05709*

*Edna Canter v. Janssen Research & Development, LLC, et al: 2:18-cv-02262*

*Evan Carlson v. Janssen Research & Development LLC et al: 2:15-cv-05836*

*Julia Carrocino v. Janssen Research & Development LLC et al: 2:17-cv-07592*

*Madeline L. Carson v. Janssen Research &*
*Development, LLC et al: 2:15-cv-00715*

*Edward Caudell v. Janssen Research &*
*Development, et al: 2:17-cv-12341*

*Margaret Romaine Chambers v. Janssen*
*Research & Development, LLC et al:*
*2:16-cv-00718*

*Kashabia Shantajia Charles v. Janssen*
*Research & Development, LLC et al:*
*2:16-cv-00719*

*Diana Clark v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00720*

*Timothy Clouser v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00725*

*Richard Feldmeier as the Executor of the*
*Estate of Drusilla Coates, Deceased v.*
*Janssen Research & Development LLC, et al:*
*2:18-cv-03932*

*Kenneth Coheley v. Janssen Research &*
*Development, LLC, et al: 2:17-cv-14533*

*Jennifer Cooper v. Janssen Research &*
*Development, LLC, et al: 2:18-cv-03689*

*Elizabeth Counts v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00331*

*Judy Wise, as representative of the Estate of*
*Pamela Covert, deceased v. Janssen Research*
*& Development LLC et al: 2:17-cv-05308*

*Nancy Cox v. Janssen Research &*
*Development, LLC, et al: 2:17-cv-09626*

*George Cox v. Janssen Research &*
*Development, LLC, et al: 2:18-cv-01930*

*Shirlee M. Crandall v. Janssen Research & Development, LLC et al: 2:16-cv-01955*

*Lora Crawford v. Janssen Research & Development, LLC, et al: 2:18-cv-05758*

*Ray Cryder v. Janssen Research Development, LLC, et al: 2:18-cv-05755*

*DonnaLee Czarnik v. Janssen Research & Development, LLC, et al: 2:18-cv-05723*

*Anita Dake v. Janssen Research & Development, LLC et al: 2:16-cv-00726*

*William Damelio v. Janssen Research & Development, LLC et al: 2:16-cv-09918*

*Raymond Alf Davis v. Janssen Research & Development, LLC et al: 2:16-cv-00727*

*Carla Hargrove, Individually, and as Representative of the Estate of Jane Brodie Davis v. Janssen Research & Development, LLC et al: 2:16-cv-00763*

*Jonathan Denton v. Janssen Research & Development, LLC, et al: 2:18-cv-03539*

*Barry Devall v. Janssen Research & Development, LLC, et al: 2:18-cv-00262*

*Layal Romero, Individually and as Representative of the Estate of Ibtissam Diab v. Janssen Research and Development, LLC et al: 2:16-cv-00890*

*Eliza A. Dixon v. Janssen Research & Development, LLC et Al: 2:15-cv-04888*

*Thomas Dolan v. Janssen Research & Development, LLC, et al: 2:18-cv-01933*

*Shirley Douthit v. Janssen Research & Development, LLC, et al: 2:17-cv-10943*

*Dewey A. Dove v. Janssen Research & Development, LLC et al: 2:16-cv-00754*

*Mildred Drungo v. Janssen Research & Development, et al: 2:17-cv-07769*

*Lou Ann Holmes, Individually, and as Representative of the Estate of Oleta M. Durette v. Janssen Research & Development, LLC et al: 2:16-cv-00830*

*Laurel Dyson v. Janssen Research & Development, LLC et al: 2:16-cv-06739*

*Frances Edgerly v. Janssen Research & Development, LLC, et al: 2:17-cv-09278*

*Carol Eldridge v. Janssen Research & Development, LLC et al: 2:16-cv-09920*

*Terry Boffone as Representative of the Estate of Nell Elliott, Deceased, v. Janssen Research & Development LLC et al: 2:17-cv-10281*

*Cathleen Errett v. Janssen Research & Development, LLC, et al: 2:17-cv-11370*

*Guadalupe Esparza v. Janssen Research & Development, LLC et al: 2:16-cv-16481*

*Lucille Estis v. Janssen Research & Development, et al: 2:18-cv-02277*

*Kimberly S. Estrella v. Janssen Research & Development LLC, et al: 2:16-cv-00755*

*Janelle Eubanks v. Janssen Research & Development, LLC., et al: 2:17-cv-09461*

*Robert C. Evans v. Janssen Research & Development, LLC et al: 2:16-cv-06749*

*Barbara Ferguson v. Janssen Research & Development, LLC, et al: 2:18-cv-05002*

*George Michael Finch v. Janssen Research & Development, LLC et al: 2:15-cv-00756*

*Larry Fleck v. Janssen Research & Development, LLC, et al: 2:17-cv-09147*

*Renee Flores v. Janssen Research & Development, LLC et al: 2:16-cv-09961*

*Judith Forward, as surviving spouse of Delwin Forward, Deceased v. Janssen Research & Development, LLC, et al: 2:17-cv-14530*

*Scharmaine Foster, as surviving heir of Willie Mae Foster, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-00834*

*Daria Fowler v. Janssen Research & Development, LLC, et al: 2:18-cv-00318*

*Gloria Fowler v. Janssen Research & Development, LLC, et al: 2:18-cv-01938*

*Glenn Fox, as surviving spouse of Annie Fox, deceased vs. Janssen Research & Development, LLC et al: 2:16-cv-17986*

*Annabel Frakes v. Janssen Research & Development, LLC et al: 2:16-cv-00925*

*Elvira Franco v. Janssen Research & Development, LLC et al: 2:16-cv-16536*

*Stephen Franklin v. Janssen Research & Development, LLC, et al: 2:18-cv-01170*

*Ridgeway Gaines v. Janssen Research & Development, LLC et al: 2:16-cv-00766*

*Jean Garcia v. Janssen Research & Development, LLC, et al: 2:18-cv-00259*

*James Gardner, Jr. v. Janssen Research & Development, LLC et al: 2:16-cv-00768*

*Paul Gibson v. Janssen Research & Development, LLC et al: 2:16-cv-00757*

*David Giles, Individually and as Representative of the Estate of Barbara Giles v. Janssen Research & Development, LLC et al: 2:16-cv-00760*

*Myrna Glass v. Janssen Research & Development, LLC et al: 2:17-cv-07678*

*John E. Glusak v. Janssen Research & Development, LLC, et al: 2:18-cv-05719*

*Bill Godio v. Janssen Research & Development, LLC et al: 2:17-cv-11944*

*Jean Goerth v. Janssen Research & Development LLC et al.: 2:15-cv-05157*

*Robert Goldberg v. Janssen Research & Development LLC et al: 2:16-cv-01662*

*David Gouzie v. Janssen Research & Development LLC et al: 2:17-cv-04750*

*Tina Grady v. Janssen Research & Development, LLC, et al: 2:18-cv-03695*

*Shanolla N. Graham v. Janssen Research & Development, LLC et al: 2:16-cv-01956*

*Tonya Graham v. Janssen Research & Development, LLC, et al: 2:17-cv-10948*

*Elias Green, Individually, and as Representative of the Estate of Victoria Green v. Janssen Research & Development, LLC et al: 2:16-cv-00762*

*Joy Greengrass, as Surviving Spouse and Anticipated Representative of the Estate of George Greengrass, Deceased v. Janssen Research & Development, LLC, et al: 2:17-cv-15556*

*Gary Greif v. Janssen Research & Development, LLC, et al: 2:18-cv-04383*

*Virginia Grohn v. Janssen Research & Development, LLC, et al: 2:18-cv-00319*

*Frances Guidry v. Janssen Research & Development, LLC et al: 2:17-cv-12232*

*Maria Guzman v. Janssen Research & Development, LLC et al: 2:16-cv-09995*

*Delaron Hall v. Janssen Research & Development, LLC: 2:17-cv-09113*

*Teddy Hamrick v. Janssen Research & Development, LLC, et al: 2:18-cv-01169*

*Karen Handy, as surviving heir of George Handy, deceased v. Janssen Research & Development, LLC et al: 2:16-cv-16616*

*Nancy Hanrahan v. Janssen Research & Development, LLC, et al: 2:18-cv-06017*

*Gary Harlan v. Janssen Research & Development, LLC et al: 2:16-cv-00767*

*Doris Shirley Harris v. Janssen Research & Development, LLC et al: 2:16-cv-00771*

*Charles Hart v. Janssen Research & Development LLC et al: 2:18-cv-03977*

*Helen Haynes v. Janssen Research & Development, LLC, et al: 2:18-cv-01005*

*Kenneth Hebert v. Janssen Research & Development, LLC., et al: 2:17-cv-11515*

*Mel Heitt v. Janssen Research & Development, LLC et al: 2:17-cv-01223*

*Bryan A. Henderson v. Janssen Research & Development LLC et al: 2:16-cv-00796*

*Linda Henry v. Janssen Research & Development, LLC, et al: 2:17-cv-10617*

*Joel Hensley v. Janssen Research & Development, LLC et al: 2:17-cv-06086*

*Linda Stevens, as surviving spouse of Alfred Herman-Stevens, Deceased v. Janssen Research & Development, LLC et al: 2:17-cv-06406*

*Latonda Harper, as Surviving Daughter of, Linda Hickson, Deceased v. Janssen Research & Development, LLC, et al: 2:17-cv-14536*

*Cherri Hill v. Janssen Research & Development, LLC et al: 2:16-cv-00798*

*Daisey Hilton v. Janssen Research and Development LLC et al: 2:16-cv-00800*

*Jerry Hill v. Janssen Research & Development LLC, et al: 2:18-cv-03929*

*Daisey Hilton v. Janssen Research & Development, LLC, et al: 2:16-cv-00800*

*Erline Hines v. Janssen Research & Development, LLC et al: 2:16-cv-01663*

*Judith Holbrook v. Janssen Research & Development, LLC et al: 2:16-cv-00802*

*Jerry Holder v. Janssen Research & Development, LLC et al: 2:16-cv-16371*

*Thelma Holmes v. Janssen Research & Development, LLC, et al: 2:17-cv-09765*

*Virgil Holub v. Bayer Corporation et al: 2:15-cv-05851*

*Dewayne Hooks as Representative of the Estate of Mary Hooks, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03683*

*Gertrude Horridge v. Janssen Research & Development, LLC et al: 2:16-cv-01565*

*Linwood Humphrey v. Janssen Research & Development, LLC, et al: 2:18-cv-05760*

*Charles Irick v. Janssen Research & Development LLC et al: 2:16-cv-01958*

*Valerie Ivey as Surviving Daughter of Geraldine Ivey, Deceased, v. Janssen Research & Development, LLC, et al: 2:18-cv-04693*

*Tiffany Jaramillo-Swan v. Janssen Research & Development, LLC, et al: 2:17-cv-13769*

*Rico Jeffery v. Janssen Research & Development, LLC, et al: 2:18-cv-00120*

*Early Jester v. Janssen Research & Development, LLC., et al: 2:17-cv-09487*

*Chester Johnson v. Janssen Research & Development, LLC. et al: 2:18-cv-05974*

*Ernest Johnson v. Janssen Research & Development, LLC et al: 2:16-cv-00828*

*Pauline Johnson v. Janssen Research & Development, LLC et al: 2:16-cv-10005*

*Reginald Johnson, as Surviving Son of Edward Lamar Johnson v. Janssen Research & Development, LLC, et al: 2:18-cv-04532*

*Thomas Johnson v. Janssen Research & Development, LLC, et al: 2:17-cv-13777*

*Arthur Jones v. Janssen Research & Development, LLC, et al: 2:18-cv-04991*

*Betty Jones v. Janssen Research & Development, LLC, et al: 2:18-cv-03225*

*James S. Smith, Individually, and as Representative of the Estate of Leila Jones v. Janssen Research & Development, LLC et al: 2:16-cv-00881*

*Shelly Jones v. Janssen Research & Development LLC, et al: 2:15-cv-05166*

*Georgeina Joyner v. Janssen Research & Development, LLC, et al: 2:18-cv-04540*

*Peter Edward Kaples v. Janssen Research & Development, LLC et al: 2:16-cv-00831*

*Mary Jane Kay as Surviving Spouse of Wayne Kay, Deceased v. Janssen Research Development, LLC, et al: 2:18-cv-5648*

*Anna Keane, Individually, and as Representative of the Estate of John M. Keane v. Janssen Research & Development, LLC et al: 2:16-cv-00797*

*Michael Killian v. Janssen Research & Development, LLC, et al: 2:17-cv-10951*

*Patricia King v. Janssen Research & Development, LLC, et al: 2:17-cv-15549*

*Lorene Donaho, as Surviving Daughter of James Knapp, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-05753*

*Linda Kneipp v. Janssen Research & Development LLC et al: 2:17-cv-06113*

*Richard Kniffin v. Janssen Research & Development LLC et al.: 2:15-cv-05171*

*Roberta Knox v. Janssen Research & Development, LLC, et al: 2:17-cv-10875*

*Gerald Kortman v. Janssen Research & Development, LLC et al: 2:16-cv-10058*

*Walter Kozlowski, Individually, and as Representative of the Estate of Amelia Kozlowski v. Janssen Research & Development, LLC et al: 2:16-cv-00799*

*Gil Laake as Surviving Heir of Madelyne Laake, Deceased v. Janssen Research & Development, LLC et al: 2:16-cv-15773*

*George Q. LaMar v. Janssen Research & Development, LLC., et al: 2:18-cv-05243*

*Sharon Lambert, Individually, and as Representative of the Estate of Eric Leon Lambert v. Janssen Research & Development, LLC et al: 2:16-cv-00801*

*Jason Lane v. Janssen Research & Development, LLC et al: 2:16-cv-01566*

*John Large v. Janssen Research & Development, LLC et al: 2:17-cv-06567*

*Roger Larison v. Janssen Research & Development, LLC, et al: 2:18-cv-05714*

*Jerry Larsen v. Janssen Research & Development, LLC, et al: 2:18-cv-05267*

*Mark I. Lawless v. Janssen Research & Development, LLC et al: 2:16-cv-01569*

*Rebecca Ann Lawson v. Janssen Research & Development, LLC et al: 2:16-cv-16479*

*Leesa Ledyard, as the Surviving Daughter of Caralotta Ledyard, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-04640*

*Mary Lee v. Janssen Research & Development, LLC, et al: 2:18-cv-03925*

*Vincent Leon v. Janssen Research & Development, LLC et al: 2:16-cv-01570*

13

*Sharon Lambert, Individually, and as Representative of the Estate of John A. Leser v. Janssen Research & Development, LLC et al: 2:16-cv-00801*

*Josephine Levi v. Janssen Research Development, LLC, et al: 2:18-cv-03696*

*Terry O. Levi v. Janssen Research & Development, LLC et al: 2:15-cv-05184*

*Catherine Livingston v. Janssen Research & Development, LLC et al: 2:16-cv-10070*

*Diane Looney v. Janssen Research & Development, LLC, et al: 2:18-cv-02301*

*Vickie Lowerison v. Janssen Research & Development, LLC et al: 2:16-cv-06841*

*Dwayne Lucas v. Janssen Research & Development LLC et al: 2:18-cv-03981*

*Ronald Ray Lucas v. Janssen Research & Development, LLC et al: 2:17-cv-00167*

*Josephine Lynch v. Janssen Research & Development, LLC et al: 2:16-cv-00829*

*Tui Pulou, Individually and as Representative of the Estate of Merita Maae v. Janssen Research & Development LLC et al: 2:16-cv-00863*

*Judith Macchia v. Janssen Research & Development, LLC et al: 2:16-cv-00803*

*Mary Kirk as Surviving Daughter of Richard MacDuff, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-06023*

*Rafael Magallon v. Janssen Research & Development, LLC, et al: 2:18-cv-04994*

*L.B. Manus v. Janssen Research & Development, LLC., et al: 2:18-cv-05946*

*Charles Marmolejo v. Janssen Research & Development, LLC, et al: 2:18-cv-05157*

*Bruce Martin v. Janssen Research & Development, LLC, et al: 2:18-cv-04053*

*Carroll Martin v. Janssen Research & Development, LLC et al: 2:16-cv-17536*

*Elmer Martin v. Janssen Research & Development, LLC et al: 2:16-cv-00832*

*Robert Martin v. Janssen Research & Development, LLC et al: 2:16-cv-00833*

*Gil Martinez v. Janssen Research & Development, LLC, et al: 2:18-cv-00187*

*Esther Martinez, as Representative of the Estate of Manuel R. Martinez, Deceased. v. Janssen Research & Development, LLC et al: 2:17-cv-09760*

*Marion Mast v. Janssen Research & Development, LLC, et al: 2:18-cv-00997*

*James T. May v. Janssen Research & Development, LLC, et al: 2:18-cv-05233*

*John Daniel McAllister, IV v. Janssen Research & Development, LLC et al: 2:15-cv-05179*

*Sharon McAuliffe as Surviving Spouse of Charles McAuliffe, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-04756*

*Alfred McClendon v. Janssen Research & Development, LLC et al: 2:16-cv-01666*

*Hollis McCollum v. Janssen Research & Development, LLC et al: 2:16-cv-00835*

*William McConnell v. Janssen Research &*
*Development, LLC, et al: 2:18-cv-04944*

*Penny McCullah v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00839*

*Linda Rapheal, Individually, and as*
*Representative of the Estate of Jean McDevitt*
*v. Janssen Research & Development, LLC et*
*al: 2:16-cv-06852*

*Martin McGlothan v. Janssen Research &*
*Development, LLC et al: 2:16-cv-17740*

*Michae McKenzie v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00841*

*Pamela G. McLain v. Janssen Research &*
*Development LLC et al: 2:16-cv-00853*

*Verdie McNeal v. Janssen Research &*
*Development, LLC et al: 2:16-cv-06844*

*David Meaders v. Janssen Research &*
*Development, LLC et al: 2:16-cv-10078*

*Patricia Francis, Individually, and as*
*Representative of the Estate of Helen Medvigy*
*v. Janssen Research & Development LLC et*
*al: 2:16-cv-01959*

*Jacob Mehelich, Individually and as*
*Representative of the Estate of Helen Holly*
*Mehelich v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00855*

*Bryant Mickler v. Janssen Research &*
*Development, LLC et al: 2:16-cv-00862*

*Maudie Miller v. Janssen Research and*
*Development, LLC, et al: 2:17-cv-08534*

*Nicole Miller v. Janssen Research &*
*Development, LLC, et al: 2:18-cv-04206*

*Sandra Miller v. Janssen Research & Development, LLC et al: 2:16-cv-00834*

*Rosetta Minnefield v. Janssen Research & Development LLC, et al: 2:15-cv-05182*

*Rodney Wayne Mish v Janssen Research & Development, LLC, et al: 2:18-cv-05132*

*Dimitrije Miskovic v. Janssen Research & Development, LLC et al: 2:16-cv-00836*

*Emma Jane Mitchell v. Janssen Research & Development LLC, et al.: 2:15-cv-05854*

*Glenda Lynn Mitchell v. Janssen Research & Development, LLC et al: 2:16-cv-10085*

*JD Mohon v. Janssen Research & Development, LLC et al: 2:16-cv-10105*

*Kelly Monty-Hanson v. Janssen Research & Development, LLC et al: 2:16-cv-06848*

*Perry Moon v. Janssen Research & Development, LLC et al: 2:17-cv-14785*

*Frank Morley v. Janssen Research & Development LLC et al: 2:16-cv-00840*

*Veronica Mouzon v. Janssen Research & Development, LLC et al: 2:17-cv-06377*

*Tammy Jones, Individually, and as Representative of the Estate of Vaughnell Mullins v. Janssen Research & Development, LLC et al: 2:16-cv-10028*

*Eldon Napier v. Janssen Research & Development, LLC et al: 2:16-cv-10146*

*Barbara Neeley v. Janssen Research & Development, LLC et al: 2:16-cv-06777*

*Paul Nestle v. Janssen Research & Development, LLC, et al: 2:18-cv-01937*

*Herman Nickels v. Janssen Research & Development, LLC et al: 2:17-cv-05885*

*Evelyn Nix as Surviving Spouse of Herschel Nix, Deceased v. Janssen Research & Development LLC et al: 2:18-cv-04319*

*Alexander R. Nobles, Jr. v. Janssen Research & Development LLC et al.: 2:15-cv-05185*

*DeAnne Novak v. Janssen Research & Development, LLC et al: 2:16-cv-10164*

*Johann Odom v. Janssen Research & Development, LLC, et al: 2:18-cv-03525*

*Burney Orgeron v. Janssen Research & Development, LLC et al: 2:18-cv-02765*

*Maria Ortiz, as surviving spouse of Francisco Ortiz-Amaro, deceased v. Janssen Research & Development, LLC et al.: 2:17-cv-07265*

*John Leo Pace v. Janssen Research & Development LLC et al.: 2:15-cv-05187*

*Stacy Arndt, Individually, and as Representative of the Estate of Maria Paliouras v. Janssen Research & Development, LLC et al: 2:16-cv-00677*

*Rodney Pantone, Individually, and as Representative of the Estate of Lillian Pantone v. Janssen Research & Development, LLC et al: 2:16-cv-10166*

*AnnMarie Pascoe v. Janssen Research & Development, LLC et al: 2:16-cv-00842*

*Annie R. Pate v. Janssen Research & Development LLC et al.: 2:15-cv-05195*

*Sally Patterson v. Janssen Research & Development, LLC, et al: 2:18-cv-03344*

*Peggy Payne-Grindstaff v. Janssen Research & Development, LLC et al: 2:16-cv-14782*

*Walter Pekar v. Janssen Research & Development LLC et al: 2:16-cv-10649*

*Harry Pendry v. Janssen Research & Development LLC et al: 2:16-cv-00857*

*Terry Penland as Surviving Spouse of Jean Penland, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-04030*

*Shirley Perry v. Janssen Research & Development, LLC et al: 2:18-cv-02723*

*Richard Bertil Peterson v. Janssen Research & Development, LLC et al: 2:16-cv-01669*

*Russell Peterson v. Janssen Research & Development, LLC et al: 2:16-cv-06851*

*Jackie Phillips v. Janssen Research & Development, LLC, et al: 2:18-cv-03593*

*Cheryl Pierce v. Janssen Research & Development, LLC, et al: 2:17-cv-17365*

*Barbara D. Pirie v. Janssen Research & Development, LLC, et al: 2:18-cv-06019*

*Ruth Pleasant v. Janssen Research & Development LLC et al: 2:16-cv-01960*

*Dawn Poepping v. Janssen Research & Development, LLC et al: 2:16-cv-10227*

*Valiera Powell-Best, Valiera v. Janssen Research & Development, LLC et al: 2:17-cv-05511*

*Kenneth Powers v. Janssen Research & Development LLC et al: 2:18-cv-04022*

*Jerry Price v. Janssen Research & Development, LLC et al: 2:16-cv-01962*

*Kim Priest v. Janssen Research & Development, LLC et al: 2:16-cv-00869*

*Laverne Pugh v. Janssen Research & Development, LLC, et al: 2:18-cv-02305*

*Ella Pulliam v. Janssen Research & Development, LLC et al: 2:16-cv-00859*

*Patricia Pursley v. Janssen Research & Development, LLC et al: 2:16-cv-00864*

*Brenda Quinn v. Janssen Research & Development, LLC et al: 2:17-cv-17493*

*Pia Rachels, as Representative of the Estate of Shirley Rachels, Deceased v. Janssen Research & Development, LLC, et al: 2:17-cv-08163*

*Wayne Randall v. Janssen Research & Development, LLC, et al: 2:18-cv-04773*

*Julie Rawlings v. Janssen Research & Development, LLC et al: 2:17-cv-05660*

*Judy Reed v. Janssen Research & Development, LLC, et al: 2:17-cv-12377*

*Lou Ann Reeves v. Janssen Research & Development, LLC, et al: 2:18-cv-04941*

*Phyllis Reynolds v. Janssen Research & Development, LLC, et al: 2:18-cv-04826*

*Sharon Larue Rhodes v. Janssen Research & Development, LLC et al: 2:16-cv-00879*

*Bodie Riddle vs. Janssen Research and Development, LLC, et al: 2:17-cv-08479*

*Susan Riggs v. Janssen Research & Development, LLC, et al: 2:18-cv-03848*

*Dale Ringler v. Janssen Research & Development, LLC et al: 2:16-cv-00882*

*Heidi Rizzotto v. Janssen Research & Development, LLC et al: 2:16-cv-10239*

*Lisa Robison-Gaydon v. Janssen Research & Development, LLC, et al: 2:18-cv-04842*

*Irene Robles v. Janssen Research & Development, LLC et al: 2:16-cv-01963*

*Edith Rodgers v. Jansen Research & Development, et al: 2:17-cv-07579*

*Louise Rogan v. Janssen Research & Development, LLC et al: 2:16-cv-00889*

*Betty Roland v. Janssen Research & Development, LLC, et al: 2:18-cv-04895*

*Victor Rosa v. Janssen Research & Development LLC et al: 2:15-cv-05926*

*Phillip Royer, as surviving spouse of Jacqueline Royer, Deceased v. Janssen Research & Development, LLC et al: 2:16-cv-15184*

*Howard Rubin, as Surviving Son of Selma Rubin, Deceased v. Janssen Research & Development LLC et al: 2:18-cv-00190*

*Eugene Russell Jr. v. Janssen Research & Development, LLC, et al: 2:18-cv-04515*

*Evah Sala v. Janssen Research & Development, LLC, et al: 2:18-cv-04885*

*Johnny E. Sanders v. Janssen Research & Development, LLC, et al: 2:18-cv-05703*

*Nancy S. Sauer v. Janssen Research & Development LLC et al.: 2:15-cv-05199*

*Albert Scala v. Janssen Research & Development, LLC et al: 2:16-cv-17537*

*Judine Schield v. Janssen Research & Development, LLC et al: 2:16-cv-00891*

*Ralph Schnidman v. Janssen Research & Development, LLC et al: 2:16-cv-17989*

*Fred Scott v. Janssen Research & Development, LLC, et al: 2-17-cv-08540*

*Dorothea Sedell v. Janssen Research & Development, LLC et al: 2:17-cv-16888*

*Theodore Sergent v. Janssen Research & Development, LLC et al: 2:16-cv-00904*

*Charlotte Shapiro v. Janssen Research & Development, LLC et al: 2:16-cv-10342*

*Darrell Shaw v. Janssen Research & Development, LLC et al: 2:16-cv-01670*

*Georgia Mcgregor as Surviving Daughter of Beverly Sherman, Deceased v. Janssen Research & Development LLC, et al: 2:17-cv-08550*

*Judy Shimley v. Janssen Research & Development, LLC et al: 2:16-cv-00875*

*Elizabeth Shively v. Janssen Research & Development LLC et al: 2:15-cv-05201*

*Norma Silva v. Janssen Research & Development, LLC, et al: 2:18-cv-03886*

*Leonard Sims v. Janssen Research & Development, LLC et al: 2:17-cv-17497*

*Yvonne Sluder v. Janssen Research & Development LLC et al: 2:16-cv-00880*

*Billy Smith v. Janssen Research & Development, LLC, et al: 2:18-cv-05616*

*Cleo Smith v. Janssen Research & Development, LLC, et al: 2:18-cv-04837*

*Elizabeth G. Smith v. Janssen Research & Development LLC et al: 2:15-cv-05206*

*Rhonda Bustamante as Surviving Daughter of Jimmy Smith, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-03099*

*Shanna Smith v. Janssen Research & Development, LLC et al: 2:16-cv-10362*

*Naomi Snyder v. Janssen Research & Development LLC et al: 2:16-cv-01606*

*Adam Soles v Janssen Research & Development, LLC et al: 2:16-cv-15598*

*Jill Solomon as Surviving spouse of Edward Solomon, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-00191*

*Robert Sorensen as Surviving son of Jeanne Sorensen, Deceased v. Janssen Research & Development LLC et al: 2:18-cv-00092*

*Lisa Souza v. Janssen Research & Development, LLC et al: 2:17-cv-06572*

*John Sowl v. Janssen Research & Development, LLC et al: 2:17-cv-13677*

*Mary Spain v. Janssen Research & Development, LLC et al.: 2:17-cv-06962*

*Robert Sparrow v. Janssen Research & Development, LLC et al: 2:18-cv-00109*

*Gary Spencer v. Janssen Research & Development, LLC et al: 2:17-cv-15560*

*Johnnie Stacy v. Janssen Research & Development, LLC et al: 2:16-cv-06854*

*Shelia Stayrook, as Representative of the Estate of Ronald Stayrook, Deceased, v. Janssen Research & Development LLC, et al: 2:17-cv-09429*

*Carol Stillion v. Janssen Research & Development, LLC, et al: 2:18-cv-00374*

*Lonnie Stockwell v. Janssen Research & Development, LLC, et al: 2:17-cv-08611*

*Constance Sturgeon v. Janssen Research & Development, LLC et al: 2:16-cv-00888*

*Robert Sullivan v. Janssen Research & Development, LLC et al: 2:16-cv-00905*

*Carolyn Maxwell, Surviving Daughter of Elnora Swiling-White, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-02269*

*Parwana Sadozai as the Executor of the Estate of Ziagul Syedali, Deceased v. Janssen Research & Development LLC et al: 2:18-cv-04635*

*Scherise Bell as Surviving Daughter of Alice Taliaferro, Deceased v. Janssen Research & Development, LLC et al: 2:18-cv-04781*

*Constance Taylor v. Janssen Research & Development, LLC et al: 2:16-cv-10372*

*Greg Taylor, as surviving heir of Robert Taylor, Deceased v Janssen Research & Development LLC et al: 2:17-cv-06556*

*Edwin Terry v. Janssen Research & Development, LLC et al: 2:16-cv-01673*

*Danny Thacker v. Janssen Research & Development, LLC et al: 2:16-cv-10386*

*James Thomas v. Janssen Research & Development LLC et al: 2:18-cv-05532*

*Geraldine Thompson v. Janssen Research & Development, LLC, et al: 2:18-cv-04946*

*Martha Thompson v. Janssen Research & Development, LLC, et al: 2:18-cv-03924*

*Timothy Thompson v. Janssen Research & Development, LLC et al: 2:16-cv-00907*

*Bradley Tielsch as Surviving Son of Jacqueline Tielsch, Deceased v. Janssen Research & Development, LLC, et al: 2:18-cv-02526*

*Duane Townsend v. Janssen Research & Development, LLC et al: 2:17-cv-17540*

*Dolores Trovato v. Janssen Research & Development, LLC, et al. 2:18-cv-03763*

*Peggy Truesdell v. Janssen Research & Development, LLC et al: 2:16-cv-10397*

*Irene Tuminello v. Janssen Research & Development, LLC, et al: 2:18-cv-05585*

*Greg Turner v. Janssen Research & Development, LLC et al: 2:16-cv-10404*

*Karla Vancott v. Janssen Research & Development, LLC et al: 2:16-cv-15748*

*Karen Venable v. Janssen Research & Development, LLC et al: 2:17-cv-17521*

*Mike Wahl v. Janssen Research & Development, LLC et al: 2:16-cv-10413*

*Randa Walker v. Janssen Research & Development, LLC et al: 2:17-cv-05271*

*Cheryl Walker v. Janssen Research & Development, LLC, et al: 2:17-cv-17435*

*Timothy Wallace v. Janssen Research & Development, LLC, et al: 2:17-cv-08595*

*Harry Walsh v. Janssen Research & Development, LLC et al: 2:18-cv-02644*
*David H. Ward v. Janssen Research & Development, LLC et al: 2:16-cv-01964*

*Pamela Weiss vs. Janssen Research & Development, LLC, et al: 2:18-cv-00372*

*Betty Whyel v. Janssen Research & Development, LLC et al: 2:16-cv-00909*

*Mary G. Williams v. Janssen Research & Development, LLC et al: 2:16-cv-10431*

*Danielle Wilson v. Janssen Research & Development, LLC et al: 2:16-cv-10443*

*Thomas Wilson v. Janssen Research & Development LLC et al: 2:18-cv-04788*

*Ernest Wood v. Janssen Research & Development, LLC et al: 2:16-cv-10485*

*Joseph Wood v. Janssen Research & Development LLC et al: 2:16-cv-00911*

*Howard Woodruff v. Janssen Research & Development, LLC et al: 2:16-cv-00913*

*Charla Woods v. Janssen Research & Development, LLC et al: 2:17-cv-06600*

*Ronald Woods, Individually, and as Representative of the Estate of Laura Phyllis Woods v. Janssen Research & Development, LLC et al: 2:16-cv-00914*

*Ralph Woods v. Janssen Research & Development LLC et al: 2:16-cv-01965*

*Virgil Younger v. Janssen Research & Development, LLC, et al: 2:18-cv-03604*

*Ida Zajicek as Surviving spouse of Benjamin*
*Zajicek, Deceased v. Janssen Research &*
*Development, LLC, et al: 2:18-cv-03117*

*Louis Zupancic v. Janssen Research &*
*Development, LLC et al: 2:16-cv-13145*

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Plaintiffs move this Court for substitution of counsel, asking that Kori Westbrook of Johnson Law Group, located at 2925 Richmond Ave. Suite 1700 Houston, TX 77098 be substituted for attorney Rachal Rojas, as lead attorney of record for Plaintiffs in the above-referenced actions.

Plaintiffs move this Court to withdraw Rachal Rojas, of Johnson Law Group, as counsel for the above-referenced cases.

WHEREFORE, Plaintiff requests this Honorable Court to remove Attorney Rachal Rojas as counsel of record in these cases and Kori Westbrook be substituted as lead counsel for the above-referenced plaintiffs.

Dated: 7/18/2018

Respectfully Submitted:

s/ Kori Westbrook _____
Kori Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
kwestbrook@johnsonlawgroup.com
Attorney for Plaintiffs

s/ *Rachal Rojas* _____
Rachal Rojas
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
rrojas@johnsonlawgroup.com
Attorney to be removed

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Substitution and Withdrawal of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kori Westbrook* _____
Attorney for Plaintiffs