UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| *THIS DOCUMENT RELATES TO:* | |
| *Porschia Baker v. Janssen Research & Development LLC et al: 2:17-cv-03422* | |
| *Donald Bonacci v. Janssen Research & Development, LLC et al: 2:17-cv-02273* | |
| *Elizabeth Reynolds-Brown, as surviving heir of Edwin Brown, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01220* | |
| *Mary Burrell v. Janssen Research & Development, LLC et al: 2:17-cv-04743* | |
| *Arthur Carpenter v. Janssen Research & Development LLC et al: 2:17-cv-02279* | |
| *Daniel Lattieri v. Janssen Research & Development, LLC et al: 2:17-cv-01121* | |
| *Sabrena Luke v. Janssen Research & Development LLC et al: 2:17-cv-01922* | |
| *Rose Martin, as surviving spouse of Garry Martin v. Janssen Research & Development LLC et al: 2:17-cv-01783* | |
| *Joyce McCluskey, as representative of the estate of James McCluskey, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01620* | |
| *Hershal Muse v. Janssen Research & Development, LLC et al: 2:17-cv-02264* | |

1

*April Phillips-Bosley v. Janssen Research & Development, LLC et al: 2:17-cv-01342*

*Kathy Cobb, as surviving heir of Doris Smith, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01017*

*Billie ValBracht v. Janssen Research & Development, LLC et al: 2:17-cv-02488*

*Kathy Valle v. Janssen Research & Development, LLC et al: 2:17-cv-03518*

*Helen Whittet v. Janssen Research & Development, LLC et al: 2:17-cv-04238*

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Plaintiffs move this Court for substitution of counsel, asking that Kori Westbrook of Johnson Law Group, located at 2925 Richmond Ave. Suite 1700 Houston, TX 77098 be substituted for attorney Rachal Rojas, as lead attorney of record for Plaintiffs in the above-referenced actions. Bradford Gilde is to remain as additional counsel of record for the above-referenced plaintiffs.

Plaintiffs move this Court to withdraw Rachal Rojas, of Johnson Law Group, as counsel for the above-referenced cases.

WHEREFORE, Plaintiff requests this Honorable Court to remove Attorney Rachal Rojas as counsel of record in these cases and Kori Westbrook be substituted as lead counsel for the above-referenced plaintiffs. Plaintiffs request that Bradford Gilde remain additional counsel of record.

Dated: 7/18/2018

                                    Respectfully Submitted:

                                    s/ Kori Westbrook_____
                                    Kori Westbrook
                                    JOHNSON LAW GROUP
                                    2925 Richmond Avenue, Suite 1700
                                    Houston, Texas 77098
                                    (713) 626-9336
                                    (713) 583-9460 (facsimile)
                                    kwestbrook@johnsonlawgroup.com
                                    Attorney for Plaintiffs

                                    s/ *Rachal Rojas*_____
                                    Rachal Rojas
                                    JOHNSON LAW GROUP
                                    2925 Richmond Avenue, Suite 1700
                                    Houston, Texas 77098
                                    (713) 626-9336
                                    (713) 583-9460 (facsimile)
                                    rrojas@johnsonlawgroup.com
                                    Attorney to be removed

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion for Substitution and Withdrawal of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                    */s/ Kori Westbrook*_____
                                    Attorney for Plaintiffs