UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| **THIS DOCUMENT RELATES TO:** | * * | SECTION L |
| *NORMA DAVIS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,* Civil Action No. 2:18-cv-4275 | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| *RONALD YOUNG v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,* Civil Action No. 2:18-cv-4313 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' JOINT MOTION FOR
## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs move this Court for substitution of counsel, asking that Russell T. Abney of Ferrer Poirot Wansbrough, located at 2100 RiverEdge Parkway, Suite 1025, Atlanta, GA 30328 be substituted for attorneys John J. Driscoll and Christopher J. Quinn, as attorney of record for Plaintiffs in the above-referenced actions. Plaintiffs further move this Court to withdraw John J. Driscoll and Christopher J. Quinn, of the Driscoll Firm, as counsel of record for plaintiffs in the above-referenced cases.

Dated: July 19, 2018                    Respectfully submitted,

                         By:   */s/ John J. Driscoll*
                                 John J. Driscoll
                                 Christopher J. Quinn
                                 THE DRISCOLL FIRM, P.C.
                                 211 N. Broadway, 40th Floor
                                 St. Louis, MO 63102
                                 Tel: (314) 932-3232
                                 Fax: (314) 932-3233
                                 john@thedriscollfirm.com
                                 chris@thedriscollfirm.com

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 19, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

/s/ John J. Driscoll
John J. Driscoll
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
chris@thedriscollfirm.com