**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  _____  **THIS DOCUMENT RELATES TO PLAINTIFF:**  **Roger Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al**  **CA # 2:15-cv-07051** | MDL NO. 2592  SECTION "L"  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**MOTION FOR SUBSTITUTION OF PARTY**

COMES NOW Deborah Smith, surviving spouse of Roger Smith, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the death of Roger Smith.

A Notice/Suggestion of Death was filed in the MDL on April 26, 2018 (Doc. #9229).

Dated: July 19, 2018

**RESPECTFULLY SUBMITTED,**

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**
**CERTIFICATION OF SERVICE**

I hereby certify that on July 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**