UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO PLAINTIFF: Roger Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al CA # 2:15-cv-07051 | MDL NO. 2592 SECTION "L" JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Roger Smith Doc. __, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Deborah Smith, as surviving spouse, is substituted for Plaintiff Roger Smith as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on April 26, 2018 (Doc. 9229).

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge