UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Porschia Baker v. Janssen Research & Development LLC et al: 2:17-cv-03422* | |
| *Donald Bonacci v. Janssen Research & Development, LLC et al: 2:17-cv-02273* | |
| *Elizabeth Reynolds-Brown, as surviving heir of Edwin Brown, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01220* | |
| *Mary Burrell v. Janssen Research & Development, LLC et al: 2:17-cv-04743* | |
| *Arthur Carpenter v. Janssen Research & Development LLC et al: 2:17-cv-02279* | |
| *Daniel Lattieri v. Janssen Research & Development, LLC et al: 2:17-cv-01121* | |
| *Sabrena Luke v. Janssen Research & Development LLC et al: 2:17-cv-01922* | |
| *Rose Martin, as surviving spouse of Garry Martin v. Janssen Research & Development LLC et al: 2:17-cv-01783* | |
| *Joyce McCluskey, as representative of the estate of James McCluskey, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01620* | |
| *Hershal Muse v. Janssen Research & Development, LLC et al: 2:17-cv-02264* | |

*April Phillips-Bosley v. Janssen Research & Development, LLC et al: 2:17-cv-01342*

*Kathy Cobb, as surviving heir of Doris Smith, deceased v. Janssen Research & Development, LLC et al: 2:17-cv-01017*

*Billie ValBracht v. Janssen Research & Development, LLC et al: 2:17-cv-02488*

*Kathy Valle v. Janssen Research & Development, LLC et al: 2:17-cv-03518*

*Helen Whittet v. Janssen Research & Development, LLC et al: 2:17-cv-04238*

## ORDER

Plaintiffs' Motion for Substitution and Withdrawal of Counsel has been considered by this Court.

IT IS HEREBY ORDERED THAT Rachal Rojas, of Johnson Law Group, be withdrawn as Plaintiffs' attorney of record.

IT IS FURTHER ORDERED THAT Kori Westbrook of Johnson Law Group is enrolled as Plaintiffs' lead attorney of record herein, and Bradford Gilde will remain additional counsel of record.

DONE AND SIGNED this 19th day of July, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE