# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Kathleen Berkey v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:17-cv-12720**

## NOTICE OF SUBMISSION

COME NOW the Plaintiff, by and through the undersigned counsel, Notice of Submission of Plaintiff's Motion for Extension of Time Within Which to Serve Process before the Honorable Judge Eldon E. Fallon on August 15, 2018 at 9:00 a.m.

This 19th day of July, 2018

By: */s/ Lauren Burbol*
Lauren Burbol
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
lburbol@sssfirm.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 19th day of July 2018.

                                                        */s/ Lauren E. Burbol*_____
                                                              Lauren E. Burbol