UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| **THIS DOCUMENT RELATES TO:** | * * | |
| *NORMA DAVIS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,* Civil Action No. 2:18-cv-4275 | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| *RONALD YOUNG v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,* Civil Action No. 2:18-cv-4313 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This matter came before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel.

IT IS ORDERED BY THE COURT that the Joint Motion for Withdrawal and Substitution of Counsel be and is hereby GRANTED, and that Russell T. Abney of Ferrer Poirot Wansbrough, located at 2100 RiverEdge Parkway, Suite 1025, Atlanta, GA 30328 be substituted for attorneys John J. Driscoll and Christopher J. Quinn, as attorney of record for Plaintiffs in the above-referenced actions, and that John J. Driscoll and Christopher J. Quinn, of the Driscoll Firm, are withdrawn as counsel of record for plaintiffs in the above-referenced cases.

New Orleans, Louisiana, this 20th day of July, 2018.

_____
Eldon E. Fallon
United States District Court Judge