# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Roger Smith v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-7051

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10251, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Deborah Smith, as surviving spouse of Roger Smith, is substituted for Plaintiff Roger Smith as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE