UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bobby Stevens v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-4208

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10253, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Kaye Stevens, as surviving spouse of Bobby Stevens, is substituted for Plaintiff Kaye Stevens as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE