UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Madonna Wing v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-1049

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10254, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patricia Sanders, as surviving spouse of Madonna Wing, is substituted for Plaintiff Madonna Wing as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE