UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Elsie Walden v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-1536

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10255, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Deborah Lynn Thomas, as surviving spouse of Elsie Walden, is substituted for Plaintiff Elsie Walden as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE