# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO CASE NO. 2:17-cv-17428 | NOTICE OF SUBMISSION OF MOTION TO WITHDRAW AS COUNSEL |

## NOTICE OF SUBMISSION OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Attorney for Plaintiff, in Case Number 2:17-cv-17428, submits a Motion to Withdraw as Counsel for Plaintiff based upon Plaintiff's lack of communication with Counsel in compliance with the United States District Court of Louisiana's Local Rule 83.2.11 and MDL 2592 Pretrial Order No. 30.

Dated July 23, 2018                                          Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on July 23, 2018.

                          **THE WILSHIRE LAW FIRM**

                          By: */s/ Bobby Saadian*
                          Bobby Saadian, Esq.
                          CA Bar 250377
                          3055 Wilshire Blvd. 12th Floor,
                          Los Angeles, CA 90010
                          Phone: (213)381-9988
                          Fax: (213)381-9989
                          Email: masstorts@wilshirelawfirm.com
                          ***Attorney for Plaintiff***