# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO CASE NO. 2:17-cv-17428 | MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This motion is brought in the matter of Case 2:17-cv-17428, entitled Stacey Holder v Janssen Research & Development, LLC, et al. In accordance with the United States District Court of Louisiana's Local Rule 83.2.11 and MDL 2592 Pretrial Order No. 30, attorney for Plaintiff, Bobby Saadian, brings this Motion to Withdraw as Counsel for Plaintiff, and states as follows:

1. Plaintiff's complaint was filed December 18, 2017. After filing Plaintiff's Complaint, Plaintiff's attorney, Bobby Saadian elected to disengage from representation of the Plaintiff.

2. Plaintiff's Counsel contacted Defense Counsel and Liaison Counsel on May 9, 2018 in compliance with PTO 30. Defense Counsel, on June 3, 2018, responded that they oppose this motion.

3. Plaintiff's Counsel made all reasonable efforts to communicate to Plaintiff of this intent to withdraw as Plaintiff's Counsel, including specifically notifying Plaintiff on May 31, 2018, by certified mail return receipt requested, that Plaintiff's Counsel

intended to make this motion as outlined in more detail in the Declaration, attached hereto as **Exhibit A**.

4. As of the time of this filing, Plaintiff's Counsel has not received communication from Plaintiff expressing either an objection to the withdrawal or an intention to obtain other counsel.

5. On July 11, 2018, Counsel sent Plaintiff an additional correspondence that included a copy of the Complaint and Pretrial Orders that outline service of process and the Plaintiff Fact Sheet requirements, as well as a copy of the Court's calendar.

6. Attached hereto as **Exhibit A** is the Declaration of Plaintiff's Counsel in Support of the Motion to Withdraw as Counsel including detailed information for each attempted communication with Plaintiff and, when applicable, copies of return receipts of written communication, attached hereto as **EXHIBIT B**.

7. As of the making of this motion, Plaintiff has not submitted a Plaintiff Fact Sheet in compliance with PTO No. 27. Plaintiff's Counsel has included, in the Declaration attached as Exhibit A, a statement of inability to comply, with PTO 27.

8. Plaintiff's Counsel is in compliance with PTO No. 11B having paid all applicable filing fees at the time of filing of the Complaint on December 18, 2017.

9. Plaintiff's Counsel, in compliance with Local Rule 83.2.11, sent Plaintiff an additional correspondence on July 11, 2018 which included a copy of the within Motion, including attachments, a copy of the Complaint and Pretrial Orders, that outline service of process and the Plaintiff Fact Sheet requirements, and a print out of the most recent court calendar as located on the court's website which sets forth the date of August 6, 2018 (Status Conference), by certified mail, return receipt requested.

10. Plaintiff's contact information is as follows:

    Stacey Holder
    2918 Charles Dr.
    Corpus Christi, TX 78410
    (281)224-9696
    Staceyholder14@gmail.com

11. Plaintiff's attorney, Bobby Saadian, seeks an Order permitting him to withdraw as counsel for Plaintiff as provided in the attached proposed Order. See **Exhibit C – Proposed Order.**

WHEREFORE, Plaintiff's attorney, Bobby Saadian, seeks an Order of this Honorable Court, granting Bobby Saadian's Motion to Withdraw as Counsel, together with any and all such other further relief as this Court Deems just and appropriate.

## **BRIEF IN SUPPORT**

Plaintiff's attorney, Bobby Saadian, brings his motion in accordance with the United States District Court of Louisiana's Local Rule 83.2.11 and MDL 2592 Pretrial Order No. 30 and relies upon his Motion to Withdraw and its attachments thereto in support thereof.

Dated July 23, 2018                                                         Respectfully submitted,


By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiff*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby duly sworn states that a copy of the above Motion together with the Complaint, Pretrial Orders and Court Notices have been served upon Plaintiff, via Certified Mail Return Receipt Requested, on July 11, 2018.

Further, a copy of the above Motion has been served upon opposing counsel by way of the court's electronic filing system, ECF, on July 23, 2018.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiffs*