UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Hall v. Janssen Research & Development LLC, et al.*<br>Case No. 17-cv-07569 | | |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1)

COMES NOW counsel for Plaintiff Mary Hall now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Darlene Feltner and Johnny Lee Cox, on behalf of their deceased mother, Mary Hall in the above captioned cause.

1. Mary Hall filed a products liability lawsuit against defendants on September 20, 2016.

2. On August 16, 2016 Mary Hall died, without her next of kin notifying her legal representatives.

3. Mary Hall's product liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 9, 2018, attached hereto as "Exhibit A".

5. The decedent's daughter and son, Darlene Feltner and Johnny Lee Cox, are the Proper Plaintiffs and wish to be substituted on behalf of Mary Hall, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiffs in this action.

Respectfully submitted,

Dated: New York, New York
       July 24, 2018                By: _____
                                    Michael A. London
                                    DOUGLAS & LONDON, P.C.
                                    59 Maiden Lane, 6th Floor
                                    New York, New York 10038
                                    Phone: (212) 566-7500
                                    Fax: (212) 566-7501
                                    Email: mlondon@douglasandlondon.com

                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London