UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Hall v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 17-cv-07569 ) <br> Plaintiff Mary Hall ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff Mary Hall notes the death during the pendency of this action of Plaintiff Mary Hall.

Dated: New York, New York
      July 9, 2018      By: _____
                                         Michael A. London
                                         DOUGLAS & LONDON, P.C.
                                         59 Maiden Lane, 6th Floor
                                         New York, New York 10038
                                         Phone: (212) 566-7500
                                         Fax: (212) 566-7501
                                         Email: mlondon@douglasandlondon.com

                                         *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London