UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Hall v. Janssen Research & Development LLC, et al.*<br>Case No. 17-cv-07569 | |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Darlene Feltner and Johnny Lee Cox, on behalf of their deceased mother Mary Hall, may be substituted for Mary Hall as proper party plaintiffs in this action.

New Orleans, Louisiana this __ day of __ 2018.

 

Honorable Eldon E. Fallon
**United States District Court Judge**

1