## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 2592 <br> Civil Action No. 2:16-cv-14887 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. MICHAEL NORTH |

**OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, AND SUPPORTING MEMORANDUM**

This opposed motion is brought in the matter of Case No. 2:16-cv-14887, entitled Lee Robert v. Janssen Research & Development LLC, et al.  In accordance with the United States District Court of Louisiana's Local Rule 83.2.11, attorney for Plaintiff, Michael P. McGartland, brings this Opposed Motion to Withdraw for Plaintiff, and states as follows:

1. Plaintiff's complaint was filed on September 22, 2016. [ECF Docket 1.]

2. After filing Plaintiff's Complaint, Plaintiff's attorney sent Plaintiff a copy of the Complaint and the Plaintiff Fact Sheet with the required authorizations on September 26, 2016.

3. The Plaintiff Fact Sheet was submitted on October 25, 2016.

4. In accordance with Case Management Order No. 6, the court released its list of random remand selections and Plaintiff was on this list.  A complete Plaintiff's Fact Sheet was to be submitted to MDL Centrality for each plaintiff in the selection group no later than May 30, 2018.

5. The undersigned counsel attempted to contact Plaintiff on multiple occasions to obtain the information required to complete the Plaintiff's Fact Sheet but did not receive the necessary responsive information.

6. On June 1, 2018, Plaintiff's attorney submitted the Plaintiff's Fact Sheet to the portal; however, it was substantially incomplete due to Plaintiffs unresponsiveness and lack of cooperation.

7. On June 7, 2018, Plaintiff's attorney's office sent Plaintiff correspondence via Priority Mail, regarding the substantially incomplete Plaintiff's Fact Sheet, the discovery process, as well as his unresponsiveness and lack of cooperation. Plaintiff was advised he must contact counsel no later than June 17, 2018, if he intended to proceed with the instant lawsuit. See Exhibit A. To date, Plaintiff has remained unresponsive.

8. Upon filing the motion, Plaintiff's attorney, has served Plaintiff and his daughter with a copy of the Motion and attachments, including a print out of the most recent court calendar as located on the court's website, by certified mail, return receipt requested. See Exhibit B.

9. Plaintiff's contact information is as follows:

   Lee Robert
   100 E. Veterans Pkwy
   Bldg. A100 Room 1006
   Barstow, CA 92311

   Daughter: Lina Robert
   917 Edgar Avenue
   Beaumont, CA 92223
   (951) 892-6976

10. Plaintiff's attorney seeks an Order permitting him to withdraw as counsel for Plaintiff as provided in the attached proposed Order. See Exhibit C.

11. Plaintiff's attorney has, by a copy of pertinent Pretrial Orders and a print out of the case management calendar as provided on the court's website, has notified Plaintiff of all deadlines in connection with this cause of action.

12. Plaintiff's attorney has made Plaintiff aware of any pending court appearances required and has notified Plaintiff of those dates as provided on the court's website under the case management tab. Also, Plaintiff's attorney has provided Plaintiff with a correspondence outlining the Court's contact information including telephone number and website with which Plaintiff can inquire regarding future court appearances.  See Exhibit D.

WHEREFORE, Plaintiff's attorney seeks an Order of this Honorable Court, granting Michael P. McGartland's Motion to Withdraw as Counsel, together with any and all such other further relief as this Court deems just and appropriate.

## BRIEF IN SUPPORT

Plaintiff's attorney, Michael P. McGartland, brings his motion in accordance with the United States District Court of Louisiana's Local Rule 83.2.11 and relies upon his Motion to Withdraw and its attachments thereto in support thereof.

Dated this 24th day of July, 2018.

s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion to Withdraw as Counsel of Record for Plaintiff is opposed to by Defendant.

By: s/ *Michael P. McGartland*
Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592. Furthermore, a copy of the foregoing document, together with Complaint and Court Notices have been served upon Plaintiff, via Certified Mail, Return Receipt Requested.

By: s/ *Michael P. McGartland*
Michael P. McGartland