# EXHIBIT A



McGARTLAND
LAW FIRM, PLLC

1300 S. University Dr., Ste. 500

Fort Worth, TX  76107

_____

June 7, 2018

*Office* (817) 332-9300

*Toll Free* 1-866-832-9300

*Fax* (817) 332-9301

firm@mcgartland.com

**VIA PRIORITY MAIL**

Mr. Lee Robert
100 E. Veterans Parkway
Bldg A100, Room 1006
Barstow, California 92311

Re:     *Lee Robert v. Janssen Research, et al., Case No. 2:16-cv-14887*
        In the United States District Court for the Eastern District of Louisiana

Dear Mr. Robert:

As you know, our law firm has filed a lawsuit on your behalf related to your use of the drug Xarelto.  As you are also aware, as part of the discovery process, the Court has set out required information and documents which you must produce if they are in your possession.  This includes the very lengthy Plaintiff Fact Sheet ("PFS") you have been asked to complete.

The Federal Express package which contained the PFS sent to you, was refused. Our office received a PFS for you which was completed by your daughter, Lina Robert; however, it was substantially incomplete and some of the information in the PFS was regarding your daughter and not the required information regarding your claim.

The PFS has to be completed in full and contain information relevant to **your** claim. It is our understanding that you have not given anyone else Power of Attorney to direct your affairs, nor has a representative been appointed by the Court on your behalf.  If our understanding in this matter is incorrect, please let us know immediately.

It is your responsibility under our Attorney-Client Contract to fully cooperate in the prosecution of your case so we may effectively represent your interests.  **Failure to provide the required information and/or documentation will result in dismissal of your case and being barred from filing any claim related to Xarelto usage in the future.**  We submitted the limited information in the PFS in an attempt to meet the Court's deadline.  However, given the lack of interest in pursuing your case you have demonstrated to date, the incompleteness of the PFS and the vigorous discovery schedule yet come, we believe you should consider voluntarily dismissing your case.

Further, because of your lack of cooperation and participation in the litigation process, we are unable to represent your interests in this matter.  **Please be advised that if you continue to refuse to cooperate and participate in the discovery process, we will file a Motion to Withdraw as Counsel with the Court.**

***Please contact us immediately upon receipt of this letter to discuss these matters.  If we
have not received a response from you by June 17, 2018, we will proceed with the filing of a
Motion to Withdraw as Counsel as set out above.***

Thank you for your attention to this matter and we look forward to hearing from you.

Sincerely,

Lee McGartland

cc: Lina Robert