# EXHIBIT B



1300 S. University Dr., Ste. 500

Fort Worth, TX  76107

July 24, 2018

*Office* (817) 332-9300

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

*Toll Free* 1-866-832-9300

Mr. Lee Robert

*Fax* (817) 332-9301

100 E. Veterans Parkway

firm@mcgartland.com

Bldg A100, Room 1006
Barstow, California 92311

Re:   *Lee Robert v. Janssen Research, et al., Case No. 2:16-cv-14887*
      In the United States District Court for the Eastern District of Louisiana

Dear Mr. Robert:

Enclosed please find a copy of our Motion to Withdraw as Counsel of Record for Plaintiff, with exhibits, regarding the above-referenced matter. In addition, enclosed please find the following documents:

Complaint and Jury Demand
Notice of Court Appearances scheduled
Court Contact Information

If you still wish to pursue your lawsuit, we urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. If you have any questions or concerns, please do not hesitate to contact the Court.

Sincerely,

Stefani M. Johnston
Paralegal to Micheal P. McGartland

cc: Lina Robert