# EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>_____) | MDL No. 2592 <br> Civil Action No. 2:16-cv-14887 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. MICHAEL NORTH |

### ORDER GRANTING ATTORNEY MICHAEL P. MCGARTLAND'S OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This matter having come before this Honorable Court upon Plaintiff's Attorney Michael P. McGartland's Motion to Withdraw as Counsel for Plaintiff in the matter of Case No. 2:16-cv-14887, entitled Lee Robert v. Janssen Research & Development LLC, et al. and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Michael P. McGartland's Opposed Motion to Withdraw as Counsel for Plaintiff in the matter of Case No. 2:16-cv-14887 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Michael P. McGartland shall serve a copy of this Order upon Plaintiff, via Certified Mail, Return Receipt Requested, within fourteen (14) days of the date of this order.

IT IS HEREBY FURTHERED ORDERED that Plaintiff, Lee Robert, is granted a period of ninety (90) days from the date of this order with which to secure new counsel. Should Plaintiff fail to secure new counsel within the ninety (90) day time period allotted herein, the Court may administratively dismiss Plaintiff's Complaint.

1

This is not a final order and does not close the case.

_____
United States District Court Judge