UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | Civil Action No. 2:16-cv-14887 |
| | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. MICHAEL NORTH |
| | ) | |

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Opposed Motion to Withdraw as Counsel of Record for Plaintiff, and Supporting Memorandum with Exhibits.

Said motion will be submitted on the 15th day of August, 2018, at 9:00 a.m. before the Honorable Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Dated this 24th day of July, 2018.

Respectfully submitted by,

s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

        By:    s/ *Michael P. McGartland*
                  Michael P. McGartland