UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:18-cv-4194</u> |

THIS DOCUMENT RELATES TO:
Joan A. Webb o/b/o
Her deceased husband, Larry E. Webb v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:18-cv-4194

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this Honorable Court for an order substituting Joan A. Webb on behalf of her deceased husband, Larry E. Webb, for the following reasons:

**I.** On April 24th, 2018, Larry E. Webb filed a Complaint in the above referenced matter.

**II.** On January 9th, 2018, Larry E. Webb died, without his wife notifying his legal representatives.

**III.** The decedents wife, Joan A. Webb, is the Proper Plaintiff and wishes to be substituted on behalf of Larry E. Webb, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 25th day of July 2018.

**Law Offices of Christopher K. Johnston LLC**

/s/ David B. Owen Jimenez
David B. Owen Jiménez
USDCPR No. 301113
Puerto Rico Bar No. 19627
david@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)