UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |

MDL NO. 2592

SECTION:  L
JUDGE FALLON
MAG. JUDGE NORTH

Civil Action No:  2:18-cv-4194

**STATEMENT NOTING A PARTY'S DEATH**

THIS DOCUMENT RELATES TO:
Joan A. Webb o/b/o
Her deceased husband, Larry E. Webb v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:18-cv-4194

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Joan A. Webb, notes the death before pendency of this action of Plaintiff Larry E. Webb on January 9th, 2018.

**Law Offices of Christopher K. Johnston LLC**

/s/ David B. Owen Jimenez
David B. Owen Jiménez
USDCPR No. 301113
Puerto Rico Bar No. 19627
david@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020
San Juan, Puerto Rico 00918

Tel: (844) 345-3784
Fax: (844) 644-1230

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July 2018 a true and correct copy of the foregoing

has been submitted to the Clerk of the Court for filing and electronic service via the Court's

CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)