UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Eula Little** *v. Janssen Pharmaceuticals, Inc. et al;*
**Civil Action No. 2:15-cv-06573**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Eula Little, which occurred on November 11, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Eula Little's Estate.

Dated: July 25, 2018                             Respectfully Submitted,

                                                 /s/ Jacob Levy

                                                 Jacob Levy
                                                 Gray & White
                                                 713 E. Market St. #200
                                                 Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 25th day of July 2018.

                                                 /s/ Jacob Levy
                                                 Gray & White