UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| **THIS DOCUMENT RELATES TO:** | * | MDL No. 2592 |
| | * | SECTION: L |
| **Plaintiff,** | * | |
| | * | Judge: ELDON E. FALLON |
| Wilma Zech | * | |
| | * | MAG. Judge: MICHAEL NORTH |
| No.: 2:17-cv-683-EEF | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE, Sarah A. Wolter of Andrus Wagstaff, PC hereby enters her appearance as counsel for Plaintiff, Wilma Zech. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information below.

Respectfully submitted this 25th day of July, 2018

By: /s/ Sarah Wolter
Sarah A. Wolter, Esq., CO Bar No. 47599
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: Sarah.wolter@andruswagstaff.com

*Attorneys for Plaintiff*