UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| DOUGLAS BAKER | ) ) ) ) | SECTION L JUDGE FALLON MAG. JUDGE NORTH |
| PLAINTIFF | ) ) ) | Civil No.: 2:16-cv-16013-EEF-MBN |
| v. | ) ) | |
| JANSEN ORTHO LLC. & BAYER HEALTHCARE PHARMACEUTICALS INC. & BAYER PHARMA AG & BAYER CORPORATION & BAYER HEALTHCARE AG & BAYER AG & JANSEN RESEARCH & DEVELOPMENT LLC. & JANSEN PHARMACEUTICALS INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS | ) | |

## **MOTION TO DISMISS**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

The Plaintiff, Douglas L. Baker, as the administrator of the Estate of Gladys Marie Baker, by counsel, and pursuant to FRCP 41(a)(2), hereby moves this Court to dismiss the Complaint filed in this action. As grounds for this motion, the Plaintiff states the following:

The Plaintiff no longer wishes to purse this action and therefore respectfully request that this Court enter the attached order dismissing his Complaint *with prejudice.*

Respectfully submitted,

/s/ Martin Pohl_____
Martin Pohl
**HESSIG & POHL, PLLC**
922 Franklin Street
Louisville, KY 40206
Telephone: (502) 583-5782
Facsimile: (502) 583-5785
Email: martin@hessigandpohl.com
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was filed electronically using the CM/ECF system on this the 26th day of July 2018, which will automatically provide notice and a copy to all counsel of record.

/s/Martin A. Pohl_____
MARTIN POHL