UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISISANA
**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| DOUGLAS BAKER | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| PLAINTIFF | ) | |
| | ) | Civil No.: 2:16-cv-16013-EEF-MBN |
| v. | ) | |
| | ) | |
| JANSEN ORTHO LLC. | ) | |
| & | ) | |
| BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS INC. | ) | |
| & | ) | |
| BAYER PHARMA AG | ) | |
| & | ) | |
| BAYER CORPORATION | ) | |
| & | ) | |
| BAYER HEALTHCARE AG | ) | |
| & | ) | |
| BAYER AG | ) | |
| & | ) | |
| JANSEN RESEARCH & | ) | |
| DEVELOPMENT LLC. | ) | |
| & | ) | |
| JANSEN PHARMACEUTICALS INC. | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER

A motion having been made by the Plaintiff, and this Court being otherwise sufficiently advised;

1

2

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and the Plaintiff's Complaint shall be **DISMISSED** *with prejudice*, with each party to bear their own costs and attorney's fees.

                                              _____
                                              ELDON E. FALLON, JUDGE
                                              U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LOUISIANA

                                              DATE: _____