UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dolores Sorce v. Janssen Research & Development LLC, et al; No. 2:16-cv-15244*

*William Ashmore v. Janssen Research & Development LLC, et al; No. 2:16-cv-14977*

### PLAINTIFFS' MOTION FOR EXTENTION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG PURSUANT TO PTO 10

COMES NOW Counsel for Plaintiffs in the above matter and respectfully moves the Honorable Court for an extension of time within which to serve process on Defendants Bayer Pharma AG pursuant to PTO 10. In support of said Motion, Plaintiffs submit their Memorandum in Support being contemporaneously filed with this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully request that this Court enter an Order granting an extension of time within which to serve process.

Dated: July 26, 2018.

1

Respectfully submitted,

s/ Michael T. Gallagher
MICHAEL T. GALLAGHER
 (Texas Bar #07586000)
THE GALLAGHER LAW FIRM LLC
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile (713) 222-0066
mike@gld-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

s/ Michael T. Gallagher
Michael T. Gallagher