**THE GALLAGHER LAW FIRM LLP**
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080  Fax (713) 222-0066
mike@gld-law.com

November 7, 2016

BAYER PHARMA AG
Attn: EVA GARDYAN-EISENLOHR
GENERAL COUNSEL
MÜLLERSTRASSE 178
13353 BERLIN                    *Via U.S. Registered Mail, Return Receipt Requested*
GERMANY                         **Registered Article No. RB 271 311 275  US**

In re: Xarelto Products Liability Litigation- MDL No. 2592; In the United States District Court for the Eastern District of Louisiana;

*Vanessa Swint Rivera;* Case 2:16-cv-13423-EEF-MBN USDC, EDLA
*Gail Burner;* Case 2:16-cv-13445-EEF-MBN USDC, EDLA
*Anthony Saldana;* Case 2:16-cv-13431-EEF-MBN USDC, EDLA
*Horace Stutes;* Case 2:16-cv-13436-EEF-MBN USDC, EDLA
*Melissa Shortt;* Case 2:16-cv-13561-EEF-MBN USDC, EDLA
*Azzie Muses, et al;* Case 2:16-cv-13566-EEF-MBN USDC, EDLA
*Amanda Strasser;* Case 2:16-cv-13576-EEF-MBN USDC, EDLA
*David Scott;* Case 2:16-cv-13591-EEF-MBN USDC, EDLA
*Phala Patton-Reed;* Case 2:16-cv-13584-EEF-MBN USDC, EDLA
*John Harborth;* Case 2:16-cv-14211-EEF-MBN USDC, EDLA
*Albert Byer;* Case 2:16-cv-14238-EEF-MBN USDC, EDLA
*Willard Johnson, III;* Case 2:16-cv-14285-EEF-MBN USDC, EDLA
*Verna Settles, et al;* Case 2:16-cv-14453-EEF-MBN USDC, EDLA
*Alfredo Campos;* Case 2:16-cv-14461-EEF-MBN USDC, EDLA
*Delois Turnage;* Case 2:16-cv-14465-EEF-MBN USDC, EDLA
*Sheryl Ashby;* Case 2:16-cv-14467-EEF-MBN USDC, EDLA
*Len Pickett;* Case 2:16-cv-14493-EEF-MBN USDC, EDLA
*Kenneth Anderson;* Case 2:16-cv-14496-EEF-MBN USDC, EDLA
*Maria Muniz;* Case 2:16-cv-14611-EEF-MBN USDC, EDLA
*Lewis Lott;* Case 2:16-cv-14680-EEF-MBN USDC, EDLA
*Joseph Loper;* Case 2:16-cv-14835-EEF-MBN USDC, EDLA
*Robert Longardner;* Case 2:16-cv-14955-EEF-MBN USDC, EDLA
*Marilyn Truitt;* Case 2:16-cv-14971-EEF-MBN USDC, EDLA
*Craig Russell;* Case 2:16-cv-14972-EEF-MBN USDC, EDLA
*Lakisha Artis;* Case 2:16-cv-14975-EEF-MBN USDC, EDLA
*Cynthia Davis;* Case 2:16-cv-14977-EEF-MBN USDC, EDLA
*Kina Ibraham;* Case 2:16-cv-14978-EEF-MBN USDC, EDLA
*Bruce Burr;* Case 2:16-cv-14982-EEF-MBN USDC, EDLA
*Donna Weatherspoon, et al;* Case 2:16-cv-14989-EEF-MBN USDC, EDLA

**EXHIBIT A**

*Regina Ball;* Case 2:16-cv-15248-EEF-MBN USDC, EDLA
*Dolores Sorce;* Case 2:16-cv-15244-EEF-MBN USDC, EDLA
*Earnest Lockett;* Case 2:16-cv-15614-EEF-MBN USDC, EDLA
*David Kulp;* Case 2:16-cv-15617-EEF-MBN USDC, EDLA
*Edna Augustus;* Case 2:16-cv-15770-EEF-MBN USDC, EDLA
*Mary Withers;* Case 2:16-cv-15763-EEF-MBN USDC, EDLA
*Edward Sullivan;* Case 2:16-cv-15858-EEF-MBN USDC, EDLA
*Tammie Eastman;* Case 2:16-cv-15936-EEF-MBN USDC, EDLA
*Gwendolyn McAfee;* Case 2:16-cv-15932-EEF-MBN USDC, EDLA
*Lucille Lindsey;* Case 2:16-cv-15978-EEF-MBN USDC, EDLA
*Jeremiah Marks, Jr., et al;* Case 2:16-cv-15956-EEF-MBN USDC, EDLA
*Josh Sartin;* Case 2:16-cv-15987-EEF-MBN USDC, EDLA

Dear Ms. Gardyan-Eisenlohr:

Pursuant to Pre-Trial Orders 10 and 11 governing streamlined service of process and other applicable Court Orders regarding service of complaints in the above matter, I am hereby serving Plaintiff's Complaints, Civil Cover Sheets and Summons on you as agent for and on behalf of Defendant Bayer Pharma AG in each of the above matters.

Thank you for your assistance and cooperation in this matter.

Very truly yours,

Michael T. Gallagher

cc: xareltocomplaints@babc.com