# Lisa Kruse

| | |
|---|---|
| **From:** | Lisa Kruse |
| **Sent:** | Tuesday, November 08, 2016 10:30 AM |
| **To:** | 'xareltocomplaints@babc.com' |
| **Subject:** | Xarelto MDL- Bayer Pharma AG Notice of Service of Complaints |
| **Attachments:** | EGAN,COMPLAINT.pdf; BURR,COMPLAINT.pdf; IBRAHAM,COMPLAINT.pdf; DAVIS,COMPLAINT.pdf; ARTIS,COMPLAINT.pdf; LOCKETT,COMPLAINT.pdf; SORCE,COMPLAINT.pdf; SHARMAN,COMPLAINT.pdf; Bayer Pharma AG service letter 11 7 16.pdf |

Dear Sir/Madam:

Pursuant to PTO 10 issued by Judge Fallon in the Xarelto MDL No. 2592 proceeding, I am providing notice of service on Bayer Pharma AG in the above matter, including copies of the service letter, Complaint, Civil Cover Sheet and Summons in the following matters:

> *Lakisha Artis;* Case 2:16-cv-14975-EEF-MBN USDC, EDLA
> *Cynthia Davis;* Case 2:16-cv-14977-EEF-MBN USDC, EDLA
> *Kina Ibraham;* Case 2:16-cv-14978-EEF-MBN USDC, EDLA
> *Bruce Burr;* Case 2:16-cv-14982-EEF-MBN USDC, EDLA
> *Donna Weatherspoon, et al;* Case 2:16-cv-14989-EEF-MBN USDC, EDLA
> *Regina Ball/Sharman;* Case 2:16-cv-15248-EEF-MBN USDC, EDLA
> *Dolores Sorce;* Case 2:16-cv-15244-EEF-MBN USDC, EDLA
> *Earnest Lockett;* Case 2:16-cv-15614-EEF-MBN USDC, EDLA

Thank you for your assistance and cooperation.

Lisa Kruse
The Gallagher Law Firm LLP
2905 Sackett Street
Houston, TX 77098
(713) 222-8080



EXHIBIT B

1