**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct
601.592.1405 fax



July 17, 2018

<u>Via Electronic Mail</u> (mike@gld-law.com)

Michael T. Gallagher, Esq.
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX 77098

    Re:    Cynthia Davis v. Janssen Research & Development, LLC, et al.,
            Case No. 2:16-cv-14977 (E.D. La.)

Dear Mr. Gallagher:

    The proper Bayer defendants to be named in cases arising from use of Xarelto are Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG (without waiver of any defenses otherwise available in these cases). To date, plaintiff has not served Bayer Pharma AG. The time to serve that defendant has expired. Nevertheless, in the spirit of compromise, if plaintiff serves Bayer Pharma AG no later than August 1, 2018 in accordance with the streamlined service procedures set forth in Pretrial Order No. 10, Bayer Pharma AG will neither move to dismiss that entity based on a failure to timely serve nor require plaintiff to move to extend the time to effectuate service.

    In addition, the other Bayer entities named in the complaint, which are not proper defendants, do not waive service nor any other defense in this action.

    Please contact me or Alan Rothman at Alan.Rothman@arnoldporter.com or (212) 836-8860 if you have questions.

                                          Sincerely,

                                          Lindy D. Brown

LDB/cfo



**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct
601.592.1405 fax



July 17, 2018

**Via Electronic Mail (mike@gld-law.com)**

Michael T. Gallagher, Esq.
The Gallagher Law Firm, LLP
2905 Sackett Street
Houston, TX 77098

    Re:    Dolores Sorce v. Janssen Research & Development, LLC, et al.,
            Case No. 2:16-cv-15244 (E.D. La.)

Dear Mr. Gallagher:

    The proper Bayer defendants to be named in cases arising from use of Xarelto are Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG (without waiver of any defenses otherwise available in these cases). To date, plaintiff has not served Bayer Pharma AG. The time to serve that defendant has expired. Nevertheless, in the spirit of compromise, if plaintiff serves Bayer Pharma AG no later than August 1, 2018 in accordance with the streamlined service procedures set forth in Pretrial Order No. 10, Bayer Pharma AG will neither move to dismiss that entity based on a failure to timely serve nor require plaintiff to move to extend the time to effectuate service.

    In addition, the other Bayer entities named in the complaint, which are not proper defendants, do not waive service nor any other defense in this action.

    Please contact me or Alan Rothman at Alan.Rothman@arnoldporter.com or (212) 836-8860 if you have questions.

                              Sincerely,

                              Lindy D. Brown

LDB/cfo

Bradley Arant Boult Cummings LLP | One Jackson Place | 188 East Capitol Street, Suite 400 | Jackson, MS 39201 | 601.948.8000 | bradley.com