

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: CW762779090US

## Product & Tracking Information

**Postal Product:**
Priority Mail International Parcels

**Features:**
Insured — Return Receipt
Up to $200 insurance included

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 15, 2016, 11:16 am | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:16 am on November 15, 2016.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 15, 2016, 8:37 am | Arrival at Post Office | GERMANY |
| November 14, 2016, 4:10 pm | Customs clearance processing complete | GERMANY |
| November 14, 2016, 4:19 am | Customs Clearance | GERMANY |
| November 14, 2016, 4:18 am | Processed Through Facility | GERMANY |
| November 11, 2016, 9:56 am | Departed | FRANKFURT, GERMANY |
| November 10, 2016, 6:53 pm | Departed | CHICAGO, UNITED STATES |
| November 10, 2016, 9:30 am | Arrived | CHICAGO, UNITED STATES |
| November 9, 2016, 7:14 pm | Processed Through Facility | ISC CHICAGO IL (USPS) |
| November 9, 2016, 6:55 pm | Arrived at Facility | ISC CHICAGO IL (USPS) |
| November 9, 2016, 10:02 am | Arrived at USPS Facility | CHICAGO, IL 60666 |
| November 7, 2016, 10:30 pm | Departed USPS Facility | NORTH HOUSTON, TX 77315 |
| November 7, 2016, 9:55 pm | Arrived at USPS Facility | NORTH HOUSTON, TX 77315 |
| November 7, 2016, 7:42 pm | Departed Post Office | HOUSTON, TX 77027 |



EXHIBIT D

| DATE & TIME | | |
|---|---|---|
| November 7, 2016, 5:35 pm | Acceptance | HOUSTON, TX 77027 |

# Track Another Package

**Tracking (or receipt) number**

_____

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



| ELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| ontact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| ite Index | Newsroom | Postal Inspectors | Terms of Use |
| AQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

opyright © 2016 USPS. All Rights Reserved.

```
JULIUS MELCHER
2802 TIMMONS LN
HOUSTON
TX
        77027-9998
        4813730040
        (800)275-8777  5:40 PM
==========================================
/07/2016
==========================================
Product                          Sale    Final
Description                      Qty     Price
==========================================
M                                  1     $80.35
International
(International)
(Germany)
(Weight:14 Lb 1.2 Oz)
(Custom #:CW762779090US)
International                      1      $5.00
Insurance
(Amount:$225.00)
Return                             1      $3.85
Receipt
Affixed                            1    ($89.20)
Postage
(Affixed Amount:$89.20)
Total                                     $0.00

*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************************
```

## United States Postal Service® Customs Declaration and Dispatch Note — CP 72

CW762779090US

**IMPORTANT:** This item may be opened officially. Please print in English, using blue or black ink, and press firmly; you are making multiple copies. See Privacy Notice and Indemnity Coverage on Sender's Copy.

**FROM: Sender's Last Name** — First — MI: MELCHER
Business:
Address (Number, street, suite, apt, P.O. Box, etc. Residents of Puerto Rico include Urbanization Code preceeded with URB.):
City: HOUSTON  State: TX  ZIP+4®: 77027
Telephone/Fax or Email:

**TO: Addressee's Last Name** — First — MI
Business:
Address (Number, street, suite, apt, P.O. Box, etc.):
City:
Postcode:
State/Province:  Country: Germany

1. Detailed Description of Contents (enter one item per line) | 2. Qty | 3. Lbs. Oz. | 4. Value (U.S. $)

13. Sender's Customs Reference (if any)
14. Importer's Reference - Optional (if any)
15. Importer's Contact (select one): ☐Telephone ☐Fax ☐Email
16. License No.
17. Certificate No.
18. Invoice No.
19. HS Tariff Number    20. Country of Origin of Goods

Insured Amount (US $): $225.00
Insurance Fees (US $):
Total Postage/Fees (US $):
SDR Value:

5. Check All That Apply:
☐ Gift  ☐ Documents  ☐ Merchandise  ☐ Returned Goods  ☐ Commercial Sample  ☐ Humanitarian Donation  ☐ Dangerous Goods  ☐ Other
6. Other Restrictions (pertains to No. 11)
7. Total Gross Wt. (all items) (Lbs. & Ozs.)
8. Total Value US $ (all items)
9. If non-deliverable: ☐ Treat as Abandoned  ☐ Return to Sender  ☐ Redirect to Address Below

10. AES/ITN/Exemption
11. Restrictions: ☐ Quarantine  ☐ Sanitary or Phytosanitary Inspection

12. I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations. Sender's Signature and Date — Month Day Year

Mailing Office Date Stamp: NOV - 7 2016

PS Form **2976-A**, September 2012 PSN 7530-01-000-9834

Do not duplicate this form without USPS® approval.    5 – Sender's Copy