## Lisa Kruse

| | |
|---|---|
| **From:** | Lisa Kruse |
| **Sent:** | Tuesday, July 24, 2018 5:19 PM |
| **To:** | Brown, Lindy; Pam McLemore; Shawna Fugate |
| **Cc:** | Rothman, Alan; gathompson@btlaw.com |
| **Subject:** | RE: Xarelto: Dolores Sorce and Cynthia Davis |

Lindy-

After investigation, and in response to your letters regarding service of Bayer Pharma AG in the Sorce and Davis matters, it appears that notice of service was provided in both matters pursuant to PTO 10 via email on November 8, 2016.

We also show that service was effectuated in both matters on November 15, 2016. However, our mail clerk did not realize that the U.S. Postal Service had re-classified the service from registered mail to priority international mail at the time of mailing due to the size and weight of the package.

While we certainly appreciate your offer to allow us to serve Bayer Pharma AG by August 1, 2018, it is now typically taking three weeks to complete service by registered mail. Therefore, we anticipate that it is unlikely that we will be able to effectuate service in two weeks, or by August 1, 2018. If your client is willing to allow for an extension of time to effectuate service up to August 15, 2018, we will immediately proceed with re-serving Bayer Pharma AG by registered mail pursuant to PTO 10. Otherwise, we will move forward with seeking relief from the Court to allow additional time to effectuate service under the circumstances.

Thank you and we look forward to hearing from you.

Lisa Kruse
The Gallagher Law Firm PLLC

---

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Tuesday, July 17, 2018 4:36 PM
**To:** Mike Gallagher <Mike@gld-law.com>; Pam McLemore <Pamm@gld-law.com>; Lisa Kruse <Lisak@gld-law.com>; Shawna Fugate <Shawnaf@gld-law.com>
**Cc:** Rothman, Alan <Alan.Rothman@arnoldporter.com>; gathompson@btlaw.com
**Subject:** Xarelto: Sorce

Counsel,
Please see attached.

Thanks,
Lindy



**Lindy D. Brown**
Attorney
e: lbrown@bradley.com  w: bradley.com
d: 601.592.9905  f: 601.592.1405
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 400
Jackson, MS 39201



EXHIBIT E

1