UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2592 <br><br> SECTION: L <br><br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Bocci v. Janssen Research & Development LLC, et al; No. 2:16-cv-15244*

*William Ashmore v. Janssen Research & Development LLC, et al; No. 2:16-cv-14977*

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO SERVE BAYER PHARMA AG**

This Court, being fully appraised of the premises and upon Motion of the Plaintiffs to extend time to serve the Complaint filed in the above actions, approves the Motion and grants Plaintiffs an extension until 30 days from the date the Court enters the Order, to effectuate service of the Complaints on Defendant Bayer Pharma AG pursuant to PTO 10.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this _____ day of _____, 2018.

_____
ELDON E. FALLON
United States District Judge

1