UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

### DEFENDANTS' MOTION TO ENFORCE CMO 6 AND TO ENTER DEPOSITION SCHEDULING ORDER PURSUANT TO STIPULATED PROTOCOL

Defendants move the Court to enforce the parties' stipulation embodied in CMO 6 that, with respect to deposition procedures, the "protocol for the original discovery pool cases" (PTO 26) would apply to the deposition procedures under CMO 6. Defendants further request that the Court enter the scheduling order attached hereto which faithfully adheres to the prior protocol the parties agreed to in PTO 26 and CMO 6.

A memorandum in support is attached.

July 26, 2018

Respectfully submitted:

**Arnold & Porter Kaye Scholer LLP**

*/s/ Andrew Solow*
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, NY  10019-9710
Telephone: (212) 836-8485
sglickstein@akps.com
*Counsel for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG*

1

**Drinker Biddle & Reath LLP**
**A Delaware Limited Liability Partnership**

*/s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com
*Counsel for Defendants Janssen*
*Pharmaceuticals, Inc., and Janssen Research*
*& Development, LLC*

**Irwin Fritchie Urquhart & Moore LLC**

*/s/ James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
*Defendants' Co-Liaison Counsel*

**Chaffe McCall L.L.P.**

*/s/ John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ John F. Olinde*