UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

UNOPPOSED CONSENT MOTION FOR EXPEDITED HEARING ON DEFENDANTS' MOTION TO ENFORCE CMO 6 AND TO ENTER DEPOSITION SCHEDULING ORDER PURSUANT TO STIPULATED PROTOCOL

NOW INTO COURT, through undersigned counsel, come Defendants who respectfully submit that on July 26, 2018, they filed their Motion to Enforce CMO 6 and to Enter Deposition Scheduling Order Pursuant to Stipulated Protocol. [Rec. Doc. 10283].

Given the need for resolution of the issue presented in the motion and the fact that there is status conference already set for August 6, 2018, Defendants respectfully request that their motion be heard on an expedited basis and before the August 15, 2018 submission date. Both Defendants and Plaintiffs consent to the motion being heard by the Court after the scheduled status conference on August 6, 2018.

July 26, 2018

Respectfully submitted:

**Arnold & Porter Kaye Scholer LLP**

*/s/ Andrew Solow*
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
sglickstein@akps.com
*Counsel for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG*

**Drinker Biddle & Reath LLP**
**A Delaware Limited Liability Partnership**

*/s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ  07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com
*Counsel for Defendants Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC*

**Irwin Fritchie Urquhart & Moore LLC**

*/s/ James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
*Defendants' Co-Liaison Counsel*

**Chaffe McCall L.L.P.**

*/s/ John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ John F. Olinde*