# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

## ORDER

Considering the Defendants' Unopposed Consent Motion for Expedited Hearing on Defendants' Motion to Enforce CMO 6 and to Enter Deposition Scheduling Order Pursuant to Stipulated Protocol;

IT IS ORDERED by the Court that the motion is **GRANTED** and a hearing on Defendants Motion to Enforce CMO 6 and to Enter Deposition Scheduling Order Pursuant to Stipulated Protocol is set on an expedited basis for the 6th day of August, 2018 after the scheduled status conference.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE