## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO PRODUCTS          CASE NO. 2:14-md-02592-EEF-MBN
LIABLILITY LITIGATION              MDL No. 2592

_____

This Document Relates to Plaintiff(s)

Carolyn Lutz and Robert E. Cotter
Civil Case No. 2:18-cv-03737-EEF-MBN

_____

## NOTICE OF APPEARANCE

TO: The Clerk of the Court and all parties of record:

       The undersigned hereby gives notice of his appearance as counsel for Plaintiffs, Carolyn Lutz and Robert E. Cotter in this and the related case.

Dated: July 27, 2018

                                                           Respectfully submitted,

                                                           /s/ Todd M. Rubin
                                                          Todd M. Rubin
                                                          NY Bar No.: 2739365
                                                          FINZ & FINZ, P.C.
                                                          410 East Jericho Turnpike
                                                          Mineola, NY 11501
                                                          (516) 433-3000
                                                          Email: trubin@finzfirm.com