IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO PRODUCTS            CASE NO. 2:14-md-02592-EEF-MBN
LIABLILITY LITIGATION                MDL No. 2592

_____

This Document Relates to Plaintiff(s)

Carolyn Lutz and Robert E. Cotter
Civil Case No. 2:18-cv-03737-EEF-MBN

_____

## MOTION TO CHANGE LEAD COUNSEL

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Louisiana, Plaintiffs, Carolyn Lutz and Robert E. Cotter, move this Court for an order: (1) changing lead counsel for Plaintiffs from Ameer Benno, Esq. to Todd M. Rubin, Esq. in this and the related case and (2) removing Mr. Benno's appearance in this and the related case.

The basis for the change of lead counsel and removal of Mr. Benno's appearance is that Mr. Benno is no longer affiliated with Plaintiff's law firm.

Dated: July 27, 2018

                                                 Respectfully submitted,

                                                 /s/ Todd M. Rubin
                                                 Todd M. Rubin
                                                 NY Bar No.: 2739365
                                                 FINZ & FINZ, P.C.
                                                 410 East Jericho Turnpike
                                                 Mineola, NY 11501
                                                 (516) 433-3000
                                                 Email: trubin@finzfirm.com