UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Archer v. Janssen Research & Development, LLC, et al., 16-6495*
*Arvonio v. Janssen Research & Development, LLC, et al., 16-7494*
*Calabrese v. Janssen Research & Development, LLC, et al., 16-7506*
*Camacho v. Janssen Research & Development, LLC, et al., 16-8659*
*Cannon v. Janssen Research & Development, LLC, et al., 16-7513*
*Denny v. Janssen Research & Development, LLC, et al., 16-8027*
*Eldridge v. Janssen Research & Development, LLC, et al., 16-7888*
*Glenn v. Janssen Research & Development, LLC, et al., 16-7941*
*Hanson v. Janssen Research & Development, LLC, et al., 16-7960*
*Hill v. Janssen Research & Development, LLC, et al., 16-7981*
*Honey v. Janssen Research & Development, LLC, et al., 16-8021*
*Johnson v. Janssen Research & Development, LLC, et al., 16-8917*
*Jones v. Janssen Research & Development, LLC, et al., 16-8926*
*Kalman v. Janssen Research & Development, LLC, et al., 16-8944*
*Kemman v. Janssen Research & Development, LLC, et al., 16-8975*
*Lee v. Janssen Research & Development, LLC, et al., 16-8988*
*Liszewski v. Janssen Research & Development, LLC, et al., 16-9069*
*Lloyd v. Janssen Research & Development, LLC, et al., 16-9074*
*May v. Janssen Research & Development, LLC, et al., 16-9092*
*Miller v. Janssen Research & Development, LLC, et al., 16-7985*
*Morgan v. Janssen Research & Development, LLC, et al., 16-9268*
*Pasch v. Janssen Research & Development, LLC, et al., 16-9303*
*Peyton v. Janssen Research & Development, LLC, et al., 16-9304*
*Purnell v. Janssen Research & Development, LLC, et al., 16-9312*
*Rusha v. Janssen Research & Development, LLC, et al., 16-9319*
*Schultz v. Janssen Research & Development, LLC, et al., 16-9329*
*Smith v. Janssen Research & Development, LLC, et al., 16-9397*

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Plaintiffs, by and through the undersigned counsel, in the above listed actions respectfully request that this Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG and that this Court issue an Order allowing them an extension to serve the Complaint and Summons in the above listed action on Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre Trial Order 10 and 10B. A brief memorandum in support of Plaintiff's Motion is submitted herewith.

This 26th day of July, 2018

By: */s/ Jonathan E. Schulman*
Jonathan E. Schulman
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
jschulman@sssfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre Trial Order No. 17, on this 26th day of July 2018.

_/s/ Jonathan E. Schulman_____
Jonathan E. Schulman