# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |

THIS DOCUMENT RELATES TO:

*Albers v. Janssen Research & Development, LLC, et al., 2:16-cv-6692*
*Amick v. Janssen Research & Development, LLC, et al., 2:16-cv-10384*
*Baker v. Janssen Research & Development, LLC, et al., 2:16-cv-10393*
*Bank v. Janssen Research & Development, LLC, et al., 2:16-cv-10400*
*Barila v. Janssen Research & Development, LLC, et al., 2:16-cv-10405*
*Bowers v. Janssen Research & Development, LLC, et al., 2:16-cv-10422*
*Casadesus-Rojas v. Janssen Research & Development, LLC, et al., 2:16-cv-10448*
*Caulk v. Janssen Research & Development, LLC, et al., 2:16-cv-10449*
*Ceasar v. Janssen Research & Development, LLC, et al., 2:16-cv-10445*
*Evans v. Janssen Research & Development, LLC, et al., 2:16-cv-10546*
*Fitzgerald v. Janssen Research & Development, LLC, et al., 2:16-cv-10551*
*Fleck v. Janssen Research & Development, LLC, et al., 2:16-cv-10575*
*Harvey v. Janssen Research & Development, LLC, et al., 2:16-cv-10675*
*Holmes v. Janssen Research & Development, LLC, et al., 2:16-cv-10742*
*Jezak v. Janssen Research & Development, LLC, et al., 2:16-cv-0752*
*Keeton v. Janssen Research & Development, LLC, et al., 2:16-cv-10754*
*Lutz v. Janssen Research & Development, LLC, et al., 2:16-cv-10881*
*Maas v. Janssen Research & Development, LLC, et al., 2:16-cv-10672*
*Mainor v. Janssen Research & Development, LLC, et al., 2:16-cv-10886*
*Marshall v. Janssen Research & Development, LLC, et al., 2:16-cv-10889*
*Narayana v. Janssen Research & Development, LLC, et al., 2:16-cv-10915*
*Nilsen v. Janssen Research & Development, LLC, et al., 2:16-cv-10925*
*Pauley v. Janssen Research & Development, LLC, et al., 2:16-cv-10929*
*Rawers v. Janssen Research & Development, LLC, et al., 2:16-cv-10936*
*Rhodes v. Janssen Research & Development, LLC, et al., 2:16-cv-10757*
*Sigmon v. Janssen Research & Development, LLC, et al., 2:16-cv-10950*
*Smith v. Janssen Research & Development, LLC, et al., 2:16-cv-10976*
*Voltz v. Janssen Research & Development, LLC, et al., 2:16-cv-10583*
*Young v. Janssen Research & Development, LLC, et al., 2:16-cv-11000*

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, filed by the Plaintiffs in the above-listed actions, through undersigned counsel will be submitted to the Court on Wednesday, the 15th of August, 2018, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130.

This 26th day of July, 2018

        By:    */s/ Jonathan E. Schulman*
                Jonathan E. Schulman
                SLATER SLATER SCHULMAN LLP
                445 Broadhollow Road, Suite 334
                Melville, New York 11747
                Phone: (212) 922-0906
                Fax: (212) 922-0907
                lburbol@sssfirm.com
                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 26th day of July 2018.

                                               */s/ Jonathan E. Schulman*
                                               Jonathan E. Schulman