IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABLILITY LITIGATION | CASE NO. 2:14-md-02592-EEF-MBN<br>MDL No. 2592 |

This Document Relates to Plaintiff(s)

Carolyn Lutz and Robert E. Cotter
Civil Case No. 2:18-cv-03737-EEF-MBN

## MOTION TO SUBSTITUTE ATTORNEY

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Louisiana, Plaintiffs, Carolyn Lutz and Robert E. Cotter, move this Court for an order: (1) substituting the lead counsel for Plaintiffs from Ameer Benno, Esq. to Todd M. Rubin, Esq. in this and the related case and (2) withdrawing Mr. Benno's appearance in this and the related case.

The basis for the substitution of counsel and withdrawal of Mr. Benno's appearance is that Mr. Benno is no longer affiliated with Plaintiffs' law firm.

Dated:  July 27, 2018

                                                    Respectfully submitted,

                                                     /s/ Todd M. Rubin
                                                    Todd M. Rubin
                                                    NY Bar No.: 2739365
                                                    FINZ & FINZ, P.C.
                                                    410 East Jericho Turnpike
                                                    Mineola, NY 11501
                                                    (516) 433-3000
                                                    Email:  trubin@finzfirm.com