**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | |
|---|---|
| IN RE: XARELTO PRODUCTS<br>LIABLILITY LITIGATION | CASE NO. 2:14-md-02592-EEF-MBN<br>MDL No. 2592 |

_____

This Document Relates to Plaintiff(s)

Carolyn Lutz and Robert E. Cotter
Civil Case No. 2:18-cv-03737-EEF-MBN

_____

**NOTICE OF SUBMISSION**

   PLEASE TAKE NOTICE that the Motion to Substitute Attorney filed on behalf of Plaintiffs Carolyn Lutz and Robert E. Cotter is hereby set for submission before District Judge Eldon E. Fallon on August 15, 2018 at 9:00 a.m.

                       Respectfully submitted,

                        /s/ Todd M. Rubin
                        Todd M. Rubin
                        NY Bar No.: 2739365
                        FINZ & FINZ, P.C.
                        410 East Jericho Turnpike
                        Mineola, NY 11501
                        (516) 433-3000
                        Email: trubin@finzfirm.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy
of this document on all counsel of record
via electronic filing on this 27th day
of July, 2018

/s/ Todd M. Rubin