# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO PRODUCTS  CASE NO. 2:14-md-02592-EEF-MBN
LIABLILITY LITIGATION  MDL No. 2592

_____

This Document Relates to Plaintiff(s)

Carolyn Lutz and Robert E. Cotter
Civil Case No. 2:18-cv-03737-EEF-MBN

_____

## ORDER

Considering the motion of Plaintiffs, Carolyn Lutz and Robert E. Cotter to: (1) substitute the lead counsel for Plaintiffs from Ameer Benno, Esq. to Todd M. Rubin, Esq. in this and the related case and (2) withdraw Mr. Benno's appearance in this and the related case,

IT IS ORDERED that the Motion is GRANTED.

_____
U.S. DISTRICT JUDGE