UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Hall v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-7569

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10270, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Darlene Feltner and Johnny Lee Cox, on behalf of their deceased mother Mary Hall, are substituted for Plaintiff Mary Hall as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 30th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE