UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Webb v. Janssen Research & Development, LLC, et al*
CA# 2:18-cv-4194

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10274, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joan A. Webb, as surviving spouse of Larry E. Webb, is substituted for Plaintiff Larry E. Webb as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE