# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Marcia Parham o/b/o Mary Creel v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-17391

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10276, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Marcia Parham, on behalf of her deceased mother, Mary G. Creel, is substituted for Plaintiff Mary G. Creel as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE