UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISISANA
**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| DOUGLAS BAKER | ) ) ) ) | SECTION L JUDGE FALLON MAG. JUDGE NORTH |
| PLAINTIFF | ) ) | Civil No.: 2:16-cv-16013-EEF-MBN |
| v. | ) ) | |
| JANSEN ORTHO LLC. & BAYER HEALTHCARE PHARMACEUTICALS INC. & BAYER PHARMA AG & BAYER CORPORATION & BAYER HEALTHCARE AG & BAYER AG & JANSEN RESEARCH & DEVELOPMENT LLC. & JANSEN PHARMACEUTICALS INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS | ) | |

**ORDER**

A motion having been made by the Plaintiff, and this Court being otherwise sufficiently advised;

1

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and the Plaintiff's Complaint shall be **DISMISSED** *with prejudice*, with each party to bear their own costs and attorney's fees.

New Orleans, Louisiana this __30th__ day of __July__, 2018.

_____
ELDON E. FALLON, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA