UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION:  L <br><br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Bocci v. Janssen Research & Development LLC, et al; No. 2:16-cv-15244*

*William Ashmore v. Janssen Research & Development LLC, et al; No. 2:16-cv-14977*

### PLAINTIFFS' MOTION TO WITHDRAW PREVIOUSLY FILED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG PURSUANT TO PTO 10

COMES NOW Counsel for Plaintiffs in the above matters and respectfully moves this Honorable Court to withdraw the Motion previously filed by Plaintiffs (Doc. 10282) requesting an extension of time within which to serve process on Defendant Bayer Pharma AG pursuant to PTO 10.

Plaintiffs' Memorandum in Support is being contemporaneously filed with this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court enter an Order granting a withdrawal of Plaintiffs' Motion (Doc. 10282).

1

Dated:  July 30, 2018.

            Respectfully submitted,

            s/ Michael T. Gallagher
            MICHAEL T. GALLAGHER
             (Texas Bar #07586000)
            THE GALLAGHER LAW FIRM LLC
            2905 Sackett Street
            Houston, TX 77098
            Telephone: (713) 222-8080
            Facsimile (713) 222-0066
            mike@gld-law.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on July 30, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

            s/ Michael T. Gallagher
            Michael T. Gallagher