UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Bocci v. Janssen Research & Development LLC, et al; No. 2:16-cv-15244*

*William Ashmore v. Janssen Research & Development LLC, et al; No. 2:16-cv-14977*

## **MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW**

Plaintiffs submit this Memorandum in support of their Motion to Withdraw the Motion previously filed by Plaintiffs (Doc. 10282) requesting an extension of time within which to serve process on Defendant Bayer Pharma AG pursuant to PTO 10.

### **BACKGROUND**

Counsel for Plaintiffs and Defendant Bayer Pharma AG have reached an agreement with respect to the relief requested in Plaintiffs' previously filed Motion to Extend the deadline within which to serve Defendant Bayer Pharma AG in these matters. As a result, Plaintiffs' previously filed Motion requesting an extension of time is now moot.

1

## CONCLUSION

Because counsel have reached an agreement, Plaintiffs request that this Court withdraw their previously filed Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG Pursuant to PTO 10 (Doc. 10282) and pass the submission of Plaintiffs' Motion scheduled for August 15, 2018.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court enter an Order withdrawing Plaintiffs' previously filed Motion and pass the submission date and that Plaintiffs have such other and further relief to which they may show themselves justly entitled.

Dated:  July 30, 2018.

        Respectfully submitted,

        s/ Michael T. Gallagher
        MICHAEL T. GALLAGHER
        (Texas Bar #07586000)
        THE GALLAGHER LAW FIRM LLC
        2905 Sackett Street
        Houston, TX 77098
        Telephone: (713) 222-8080
        Facsimile (713) 222-0066
        mike@gld-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

<u>s/ Michael T. Gallagher</u>
Michael T. Gallagher