UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Bocci v. Janssen Research & Development LLC, et al; No. 2:16-cv-15244*

*William Ashmore v. Janssen Research & Development LLC, et al; No. 2:16-cv-14977*

## ORDER GRANTING MOTION TO WITHDRAW

This Court, being fully appraised of the premises and upon Motion of the Plaintiffs to Withdraw their previously filed Motion to Extend Time to Serve the Complaint filed in the above actions (Doc.10282), approves the Motion and passes the submission of Plaintiffs' Motion set for submission on August 15, 2018.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this _____ day of _____, 2018.

_____
ELDON E. FALLON
United States District Judge

1