### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO CASE NO. 2:17-cv-17428 | NOTICE OF SUBMISSION OF MOTION TO WITHDRAW AS COUNSEL |

### NOTICE OF SUBMISSION OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that the Motion to Withdraw as Counsel for Plaintiff is hereby set for submission before Honorable Eldon E. Fallon on August 15, 2018 at 9:00 AM.

Dated July 30, 2018                                  Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on July 30, 2018.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiff*