UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

In Re Xarelto (RIVAROXABAN) ) MDL No. 2592
PRODUCTS LIABILITY LITAGATION )
                                                      SECTION: L
                                                      JUDGE FALLON
                                                      MAG. JUDGE NORTH

**This document relates to:**
    *Ingram v. Janssen Research & Development, LLC, et al*
    2:15-CV-00116

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG**

      Plaintiff, by and through the undersigned counsel, in the above listed action respectfully requests that this Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG and that this Court issue an Order allowing them an extension to serve the Complaint and Summons in the above listed action on Bayer Pharma AG. A brief memorandum in support of Plaintiff's Motion is submitted herewith.

                                                   Respectfully submitted,

                                                   */s/ Jamie A. Johnston*

                                                   _____
                                                   Jamie A. Johnston (JOH164)
                                                   Attorney for Plaintiff

**OF COUNSEL:**
Jamie A. Johnston P.C.
509 Cloverdale Road, Suite 101
Montgomery, Alabama 36106
334.202.9228
334.265.8789 – facsimile
jamie@jjohnstonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 30th day of July 2018.

*/s/ Jamie A. Johnston*

Jamie A. Johnston