**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

In Re Xarelto (RIVAROXABAN)                    )        MDL No. 2592
PRODUCTS LIABILITY LITAGATION        )

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

**This document relates to:**
  *Ingram v. Janssen Research & Development, LLC, et al*
  2:15-CV-00116

**ORDER FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG**

THIS MATTER, having come before the Court on Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG through the streamlined process as set forth in this Court's Pre-Trial Order No. 10 is hereby GRANTED. Plaintiff shall have an additional thirty (30) days within which to serve process on Bayer Pharma AG from the date of this order.

New Orleans, Louisiana, this _____ day of _____ 2018.

_____
Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Jamie A. Johnston*

_____
Jamie A. Johnston (JOH164)

**OF COUNSEL:**
Jamie A. Johnston P.C.
509 Cloverdale Road, Suite 101
Montgomery, Alabama 36106
334.202.9228
334.265.8789 – facsimile
jamie@jjohnstonpc.com