**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re Xarelto (RIVAROXABAN)** | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITAGATION** | ) | |
| | | **SECTION: L** |

**This document relates to:**
    *Ingram v. Janssen Research & Development, LLC, et al*
    **2:15-CV-00116**

                          **JUDGE FALLON**
                          **MAG. JUDGE NORTH**

**NOTICE OF SUBMISSION**

Please take notice that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG and Bayer Healthcare Corporation, Inc., filed by the Plaintiff in the above-listed action, through undersigned counsel will be submitted to the Court on Wednesday, the 15th of August, 2018, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130.
This 31st day of July, 2018.

**OF COUNSEL:**
Jamie A. Johnston P.C.
509 Cloverdale Road, Suite 101
Montgomery, Alabama 36106
334.202.9228
334.265.8789 – facsimile
jamie@jjohnstonpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 31st day of July 2018.

/s/ *Jamie A. Johnston*
Jamie A. Johnston