**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

*JOHN ATZBERGER, v. Janssen Research & Development, LLC, et al.*
LAED USDC No 2:16-cv-06703-EEF-MBN

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs this Honorable Court of the Death of Plaintiff, John Atzberger during the pendency of this action, which occurred on June 28, 2018. A copy of the death certificate is attached hereto.

Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of John Atzberger's Estate in the near future.

Dated: July 31, 2018                Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: July 31, 2018

/s/ Lennie F. Bollinger
Lennie F. Bollinger
