STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.  HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018105637  
**DATE ISSUED:** JULY 5, 2018  

## DECEDENT INFORMATION
**DATE FILED:** JULY 3, 2018  

NAME: JOHN  HENRY  ATZBERGER  SR  

DATE OF DEATH: JUNE 28, 2018     SEX: MALE     AGE: 099 YEARS  
DATE OF BIRTH: JANUARY 9, 1919     SSN: 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  
BIRTHPLACE: ISLIP, NEW YORK, UNITED STATES  
PLACE WHERE DEATH OCCURRED:  NURSING HOME  
FACILITY NAME OR STREET ADDRESS: PANAMA CITY HEALTH AND REHABILITATION CENTER  
LOCATION OF DEATH: PANAMA CITY, BAY COUNTY, 32401  
RESIDENCE:  120 JEANETTE AVENUE, PANAMA CITY BEACH, FLORIDA  32413, UNITED STATES  
COUNTY: BAY  
OCCUPATION, INDUSTRY: PROCUREMENT OFFICER, UNITED STATES GOVERNMENT  
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED     EVER IN U.S. ARMED FORCES? YES  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
RACE: WHITE  

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)  
MARITAL STATUS: WIDOWED  
SURVIVING SPOUSE NAME:  NONE  
FATHER'S/PARENT'S NAME:   OTTO  ATZBERGER  
MOTHER'S/PARENT'S NAME:   ALVIRA  STRAUSS  

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME:   DONNA  HAAS  
RELATIONSHIP TO DECEDENT:   DAUGHTER  
INFORMANT'S ADDRESS: 114 JEANETTE AVENUE, PANAMA CITY BEACH, FLORIDA  32413, UNITED STATES  
FUNERAL DIRECTOR/LICENSE NUMBER: KELLY P. LYON, F044674  
FUNERAL FACILITY: KENT FOREST LAWN FUNERAL HOME F041293  
   2403 HARRISON AVE, PANAMA CITY, FLORIDA  32405  
METHOD OF DISPOSITION: CREMATION  
PLACE OF DISPOSITION:  GULF COAST CREMATORY  
   PANAMA CITY, FLORIDA  

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN     MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 HOUR):  2033     DATE CERTIFIED: JULY 3, 2018  
CERTIFIER'S NAME:  AZZAM ADHAL  
CERTIFIER'S LICENSE NUMBER:  ME39261  
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):  NOT ENTERED  

*(signature)*, STATE REGISTRAR

REQ: 2019452585

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.  
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)



*35984258*

CERTIFICATION OF VITAL RECORD


Florida HEALTH