**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>v.<br><br>THIS DOCUMENT RELATES TO:<br><br>*Willetta G. Mundy v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-17827 | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

COME NOW, Plaintiff, by and through her undersigned attorney and respectfully requests that John Smalley of Dyer, Garofalo, Mann & Schultz, L.P.A. be enrolled as co-counsel of record along with Seth W. Schanher of Dyer, Garofalo, Mann & Schultz, L.P.A. in the above-captioned action.

WHEREFORE, Plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling John Smalley of Dyer, Garofalo, Mann & Schultz, L.P.A. as co-counsel of record in the above-entitled and numbered action along with Seth W. Schanher of Dyer, Garofalo, Mann & Schultz, L.P.A.

Dated: July 31, 2018

**Dyer, Garofalo, Mann & Schultz, L.P.A.**

*s/Seth W. Schanher*
Seth W. Schanher
(Ohio Bar #0085395)
131 N. Ludlow St. Ste. 1400
Dayton, OH 45402
Telephone: (937) 223-8888
Facsimile: (937)223-0727
sschanher@dgmslaw.com

John Smalley
131 N. Ludlow St. Ste. 1400
Dayton, OH 45402
Telephone: (937) 223-8888
Facsimile:  (937)223-0727
jsmalley@dgmslaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 31, 2018, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF System.

                */s/ Seth W. Schanher*
                Seth W. Schanher