UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Case No. 2:16-cv-15951 |

THIS DOCUMENT RELATES TO:

*Robert Bearbower and Judy Bearbower v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-15951*

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff Judy Bearbower, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Motion for Leave to File Amended Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to substitute Plaintiff party to Judy Bearbower, surviving spouse of Robert Bearbower, R. Doc. 9812 and 9895.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system andthereby served upon all counsel of record by electronic filing on the 1st day of August, 2018.

                        Respectfully Submitted:

                        By: /s/ *Seth W. Schanher*

                        Seth W. Schanher
                        (Ohio Bar #0085395)
                        131 N. Ludlow St. Ste. 1400
                        Dayton, OH 45402
                        Telephone: (937) 223-8888
                        Facsimile: (937)223-0727
                        sschanher@dgmslaw.com