# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Willetta G. Mundy v. Janssen Research & Development, LLC, et al.*, Case No.: 2:16-cv-17827 | JUDGE ELDON E. FALLON |
| | MAG. MICHAEL NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that John Smalley, of Dyer, Garofalo, Mann & Schultz, L.P.A. be allowed to enroll as co-counsel for Plaintiff, Willetta G. Mundy in the above-entitled and numbered action along with Seth W. Schanher of Dyer, Garofalo, Mann & Schultz, L.P.A.

New Orleans, Louisiana, this __1st__ day of __August__, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**