UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     XARELTO (RIVAROXABAN)
           PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: *Columbus Powell* *Case No. 2:17-cv-05407* | MDL No. 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |
|---|---|

NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Columbus Powell, Sr., on June 4, 2017.

Dated:  August 1, 2018.

THE COCHRAN FIRM-DOTHAN

By: /s/ Joseph D. Lane
Joseph D. Lane
ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: joelane@cochranfirm.com
*Counsel for plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 1st day of August, 2018, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Joseph D. Lane
      Joseph D. Lane