UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO:<br><br>*Bridget Loper*<br>*Case No. 2:15-cv-00507* | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs this Court of the death of the Plaintiff Bridget Loper, on December 23, 2015.

Date: August 1, 2018.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
Phone: (334) 673-1555
Fax: (334) 699-7229
Email: JoeLane@CochranFirm.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 1st day of August, 2018, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Joseph D. Lane
      Joseph D. Lane