# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:    XARELTO (RIVAROXABAN)
          PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Frances Craigo* *Case No. 2:15-cv-02948* | **MDL No. 2592** **SECTION: L** **JUDGE: ELDON E. FALLON** **MAG. JUDGE: MICHAEL NORTH** |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Frances Craigo, on November 30, 2015.

Dated:  August 1, 2018.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: joelane@cochranfirm.com
*Counsel for plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day 1st day of August, 2018, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ Joseph D. Lane
                                        OF COUNSEL