UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| This Document Relates to All Cases | * * | SECTION L |
| | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATED ORDER AMENDING
## CASE MANAGEMENT ORDER NO. 6 WAVE 2 CASE SELECTION DEADLINES

The parties jointly stipulate as follows, and the Court, upon consideration of this joint stipulation, orders as follows:

1. The case selection deadlines for the Wave 2 cases set forth in Paragraph 3 of Case Management Order No. 6 ("CMO 6") (Rec. Doc. 8717) are extended for thirty (30) days to improve the efficiency of the Wave 2 selection process. The deadline in CMO 6 for the Plaintiffs and Defendants to each select 200 cases for inclusion in Wave 2 is hereby continued from August 16, 2018, until Monday, September 17, 2018, and the deadline for the Court to randomly select 200 cases for inclusion in Wave 2 is continued from August 30, 2018, until Monday, October 1, 2018.

2. All other provisions and deadlines of CMO 6 remain in effect and are unchanged.

**IT IS SO ORDERED.**

NEW ORLEANS, LOUISIANA, this ___1___ day of ___Aug___, 2018.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE