**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | |
| | JUDGE ELDON E. FALLON |
| Linda Henry v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-10617 | MAG. JUDGE NORTH |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on Wednesday, August 29, 2018, Plaintiff Linda Henry's, Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG, and Bayer Healthcare Pharmaceuticals will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: August 2, 2018

                                                                                      Respectfully Submitted:
                                                                                      s/ Kori Westbrook
                                                                                      Kori Westbrook
                                                                                      JOHNSON LAW GROUP
                                                                                      2925 Richmond Avenue, Suite 1700
                                                                                      Houston, Texas 77098
                                                                                      (713) 626-9336
                                                                                      (713) 583-9460 (facsimile)
                                                                                      kwestbrook@johnsonlawgroup.com
                                                                                      Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kori Westbrook*
Attorney for Plaintiff