## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | |
| | JUDGE ELDON E. FALLON |
| Joel Hensley v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-06086 | MAG. JUDGE NORTH |

### PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Joel Hensley. Plaintiff respectfully moves the Honorable Court grant his motion for extension of time within which to serve process and issue an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals. In support of this Motion, Plaintiff submits his contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order granting a 30-day extension of time from the date the Order is entered within which to serve process.

Dated: August 2, 2018

                                      Respectfully Submitted:

                                      s/ Kori Westbrook_____
                                      Kori Westbrook
                                      JOHNSON LAW GROUP
                                      2925 Richmond Avenue, Suite 1700
                                      Houston, Texas 77098
                                      (713) 626-9336
                                      (713) 583-9460 (facsimile)
                                      kwestbrook@johnsonlawgroup.com
                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      */s/ Kori Westbrook*_____
                                      Attorney for Plaintiff