# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Daunte Williams v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-05531* | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

    Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Daunte Williams.

Dated: August 2, 2018

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 2, 2018                           Respectfully submitted,

                                                                 */s/ Leslie LaMacchia*

                                                                 Leslie LaMacchia, Esq.
                                                                 Adam Pulaski, Esq.
                                                                 PULASKI LAW FIRM, PLLC
                                                                 2925 Richmond Avenue, Suite 1725
                                                                 Houston, TX 77098
                                                                 (713) 664-4555 Phone
                                                                 (713) 664-7543 Fax
                                                                 llamacchia@pulaskilawfirm.com
                                                                 adam@pulaskilawfirm.com

                                                                 *Attorneys for the Plaintiff*