**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| This Document relates to: | **JUDGE ELDON E. FALLON** |
| Emily Augman v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-08614 | **MAG. JUDGE NORTH** |

## ORDER

IT IS ORDERED that the Plaintiff Emily Augman's, Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____ 2018.

_____
Hon. Eldon E. Fallon
United States District Judge