**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| **This Document relates to:** | **JUDGE ELDON E. FALLON** |
| **Billie ValBracht v. Janssen Research & Development, LLC** **E.D. La. No. 2:17-cv-02488** | **MAG. JUDGE NORTH** |

**ORDER**

IT IS ORDERED that the Plaintiff's, Billie ValBracht, Motion for Extension of Time

Within Which to Serve Process on Defendants Bayer Pharma AG and Bayer Healthcare

Pharmaceuticals is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date

of this Order to complete service of process of the Complaint through the streamlined service

procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____ 2018.


_____
Hon. Eldon E. Fallon
United States District Judge