# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | ) MDL NO: 2592<br>) SECTION: L<br>) JUDGE ELDON E. FALLON<br>) JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| | |
|---|---|
| JAMES D. RINGER v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al | 2:18-cv-00291 |

## ORDER

This matter came before the Court on Plaintiff's Motion for an Extension of Time to Satisfy a Plaintiff Employment Authorization Deficiency.

After due consideration, this Court herby GRANTS Plaintiff's Motion for Extension of Time.

New Orleans, Louisiana, this __3rd__ day of __August__, 2018.

_____
JUDGE ELDON E. FALLON