# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tammy Jackson o/b/o Johnnie Thompson v. Janssen Research & Development, LLC, et al., 2:18-cv-01651*

## ORDER

**THIS MATTER**, having come before the Court, is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby **GRANTED**. The deadline to satisfy the alleged Plaintiff Fact Sheet Deficiency is now August 24, 2018.

New Orleans, Louisiana this 3rd day of August, 20 18

_____
Honorable Eldon E. Fallon
U.S. District Court Judge