# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION: L |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| | :  MAGISTRATE JUDGE NORTH |

_____

**THIS DOCUMENT RELATES TO:**

**LAURA HART**
**2:18-cv-6948**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel

hereby informs the Honorable Court of the death of the Plaintiff, Laura Hart.

DATED: August 3, 2018

Respectfully submitted,

**BRUERA LAW FIRM PLLC**

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA
Texas Bar No. 24062189
3100 Timmons Lane, Suite 310
Houston, TX 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
E-mail: sofia@bruerelaw.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys on August 3, 2018, in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA