## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| **EDWARD LEWIS** | : | |
| | : | |
| **Plaintiff** | : | **JUDGE ELDON E. FALLON** |
| | : | |
| **v.** | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT** | : | |
| **LLC f/k/a JOHNSON & JOHNSON** | : | |
| **PHARMACEUTICAL RESEARCH AND** | : | |
| **DEVELOPMENT LLC, JANSSEN ORTHO** | : | **Civil Action No.: 2:17-CV-07309** |
| **LLC, JANSSEN PHARMACEUTICALS, INC.** | : | |
| **f/k/a JANSSEN PHARMACEUTICA INC.** | : | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | : | **STIPULATION OF DISMISSAL** |
| **PHARMACEUTICALS, INC.,** | : | |
| **JOHNSON & JOHNSON COMPANY,** | : | |
| **BAYER HEALTHCARE** | : | |
| **PHARMACEUTICALS INC.,** | : | |
| **BAYER PHARMA AG,** | : | |
| **BAYER CORPORATION, BAYER** | : | |
| **HEALTHCARE LLC, BAYER** | : | |
| **HEALTHCARE AG, and BAYER AG,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff(s) and counsel for Defendants pursuant to Pretrial Order No. 24 that the above-captioned matter is dismissed in its entirety as to Defendants and that Plaintiff may refile the lawsuit in his home state of Delaware, subject to the following:

1. The lawsuit is refiled in Plaintiff's home state of Delaware within sixty (60) days and without adding any new Defendants.

2.  Defendants agree that for statute of limitations purposes, if the Plaintiff refiles the action in his home state of Delaware within sixty (60) days, the filing date of the case shall be the date on which this case was originally filed in this Multi-District Litigation.

**IT IS FURTHER STIPULATED** that no defenses are waived by entering into this stipulation.

**IT IS FURTHER STIPULATED** that each party shall bear its own costs.


**SLATER SLATER SCHULMAN LLP**

By: /s/ Lauren E. Burbol
Lauren E. Burbol (NY Bar 4673042)
Jonathan Schulman (NY Bar 4236550)
Adam P. Slater (NY Bar 4302899)
445 Broadhollow Road, Suite 334
Melville, New York 11747
(631) 420-9300
(212) 922-0907 (Fax)
Lburbol@sssfirm.com
Jschulman@sssfirm.com
Aslater@sssfirm.com


Attorneys for Plaintiffs

Dated: August 3, 2018

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Janssen Research &
Development, LLC, Janssen Ortho LLC, and
Johnson & Johnson
Dated: August 3, 2018


**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: August 3, 2018


**IRWIN FRITCHIE URQUHART &
MOORE LLC**
By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: August 3, 2018


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/James B. Irwin

3