# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| **This Document Relates to:** | **MAG. JUDGE NORTH** |
| *Edith Davidson*<br>*v. Janssen Research & Development, LLC, et al.;*<br>Civil Action No.: 2:17-cv-02686-EEF-MBN | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW Roger Crips, nephew and representative of the estate of Edith Davidson, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on the death of Edith Davidson.

A Notice/Suggestion of Death was filed in the MDL on May 4, 2018 (Doc. #9372).

DATED: August 3, 2018

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Adam H. Weintraub*
Wendy R. Fleishman
Adam H. Weintraub, #LA: 33668
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com
aweintraub@lchb.com

Attorneys for Plaintiff

1562197.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

DATED:  August 3, 2018                             */s/ Adam H. Weintraub*

1562197.1