**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Edith Davidson*<br>*v. Janssen Research & Development, LLC, et al.;*<br>Civil Action No.: 2:17-cv-02686-EEF-MBN | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE NORTH** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Substitution of Party Plaintiff is hereby set for submission before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130 on August 29, 2018 at 9:00 AM.

DATED:  August 3, 2018

                                                                 Respectfully submitted,

                                                                 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                          By:  */s/ Adam H. Weintraub*
                                                                  Wendy R. Fleishman
                                                                  Adam H. Weintraub, #LA: 33668
                                                                  250 Hudson Street, 8th Floor
                                                                  New York, NY  10013-1413
                                                                  Telephone: (212) 355-9500
                                                                  Facsimile: (212) 355-9592
                                                                  wfleishman@lchb.com
                                                                  aweintraub@lchb.com

                                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing Motion for Substitution of Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

DATED:  August 3, 2018                   */s/ Adam H. Weintraub*

1599827.1