UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| This Document Relates to: | MAG. JUDGE NORTH |
| *Edith Davidson v. Janssen Research & Development, LLC, et al.;* Civil Action No.: 2:17-cv-02686-EEF-MBN | |

**[PROPOSED] ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Roger Crips, surviving nephew and representative of the estate of Edith Davidson, is substituted for Plaintiff Edith Davidson as the proper party plaintiff in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

1562199.1