UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Joanne Nash v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-02004

*Aniello Balzano v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-06582

*Tara Tuggle v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-06592

*Albert Jackson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11705

*Alton Mayo v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11709

*Belinda L. Clifford v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11712

*Charles E. Gill v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11714

*Daniel Edwards v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11715

*David Dabney v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11717

*Eron Rice v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv11719

*Frank C. Montomgery v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11720

*Fred D. Pinney v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11722

*Julie Solomon v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11726

*Laura Gilmore v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11729

*Marcia Hoeksema v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11730

*Marvin L. Porter v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11731

*Mildred Norris v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11732

*Paul Hatler v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11733

*Renea K. Killian v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11735

*Robert Kaszynski v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11736

*Rocco Castellano v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11737

*Ronald E. Williams v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11738

*Gloria Alloggia v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12030

*Ann Beasley v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12035

*Margaret Boyles v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12037

*Patrick Burdi v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12039

*Gloria Burns v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12041

*Robert Calleja v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12042

*David R. Coles v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12043

*Constent Edenfield v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12045

*Luisa Valdes-Diaz v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12046

*Joseph C. Dunn v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12047

*Dale A. Duty v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12048

*Herbert A. Hays v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12049

*Ronold Horoshko v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12050

*William D. Jenkins v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12052

*David Johnson, Jr. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12053

*Kenneth J. Avery v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12054

*Marvin R. Doughten v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12303

*Florence Katz v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12304

*Edna Kehres-Amarante v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12305

*Gerald Kelly v. Janssen Research & Development LLC, et al.*

LAED USDC No. 2:16-cv-12306

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys Jonathan P. Staffeldt of Milstein, Jackson, Fairchild & Wade, LLP, and Levi M. Plesset of Milstein, Jackson, Fairchild & Wade, LLP, and pursuant to the request of the above-referenced Plaintiffs, move for the withdrawal of Jonathan P. Staffeldt of Milstein, Jackson, Fairchild & Wade, LLP, and substitution of Levi M. Plesset of Milstein, Jackson, Fairchild & Wade, LLP, in place thereof.

Dated: August 3, 2018                        Respectfully submitted,

/s/ Jonathan Staffeldt
Jonathan Paul Staffeldt Bar # 252326
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: jstaffeldt@mjfwlaw.com

/s/ Levi M. Plesset
Levi M. Plesset Bar # 296039
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: lplesset@mjfwlaw.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jonathan P. Staffeldt