UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Julia Laplante v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12307

*Louise Larsen v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12308

*Lawrence Mayhew v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12321

*Dina McCoy v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12322

*Carlos Metaxas v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12323

*Velma Nicholson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12324

*Shane Pendleton v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12326

*Laura Reckart v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12328

*Forrest Rhodes v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12329

*Ann Sanders v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv12331

*Bettie Sheppard v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12333

*Julie Shinabarger v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12335

*Walter J. Szpulak v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12336

*David Thomas v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12337

*J.D. West v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12338

*Cady E. West v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12339

*Cynthia Lynn v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12341

*Annette Yates v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12342

*Domingo Martinez v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12343

*James Kennedy v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12344

*James O. Pitts v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12346

*Pascal Keith v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-13850

*Gloria Quinones v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-14979

*Renee Berry-Huffman v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-15923

*Shirley Keaton v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-15929

*Filipina Castro v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17921

*Pamela Joan Hunzicker v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17923

*Angela Cantalini v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17924

*William Chisholm v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17925

*Virginia McCall v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00513

*Wallace J. Smith v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00514

*Nivia Molina v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00515

*Mary Cromwell v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00559

*Carolyn F. Sipsy v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00562

*Sherry Wilborn v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00563

*Calvin L. Stowes v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-02071

*Edward Davidson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-03464

*Christine Craig v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-03501

*Geraldine Breaud v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-03502

*Florence Garner v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-07385

*King Wulf v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-07437

*Easlyn Marie Desir v. Janssen Research & Development LLC, et al.*

LAED USDC No. 2:17-cv-11776

*Wynona Jacobs v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-04586

*Donald G. Knight, Sr. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-06520

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys Jonathan P. Staffeldt of Milstein, Jackson, Fairchild & Wade, LLP, and Levi M. Plesset of Milstein, Jackson, Fairchild & Wade, LLP, and pursuant to the request of the above-referenced Plaintiffs, move for the withdrawal of Jonathan P. Staffeldt of Milstein, Jackson, Fairchild & Wade, LLP, and substitution of Levi M. Plesset of Milstein, Jackson, Fairchild & Wade, LLP, in place thereof.

Dated: August 3, 2018               Respectfully submitted,

/s/ Jonathan Staffeldt
Jonathan Paul Staffeldt Bar # 252326
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: jstaffeldt@mjfwlaw.com

/s/ Levi M. Plesset
Levi M. Plesset Bar # 296039
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: lplesset@mjfwlaw.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ Jonathan P. Staffeldt