UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:   Sanders, 17-10748.

-------------------------------------------------------------------------------------------------------------------

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Debra Humphrey and The Law Office of Marc J. Bern & Partners LLP, the attorneys representing Plaintiff Rhonda Sanders, individually, who requests that an Order be entered withdrawing them as counsel of record for the plaintiff's named herein, and request an immediate stay on all deadlines and proceedings, including but not limited to any orders to show cause that may be filed by Defendant(s). The Declaration of Debra Humphrey, Esq. is submitted in support of this motion.

Dated: New York, New York
August 6, 2018

Respectfully Submitted:

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra Humphrey*
Debra Humphrey, Esq. (NY Bar No. 5050448)
*One Grand Central Place*
60 E 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
dhumphrey@bernllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I electronically filed the foregoing Motion to Withdraw as Counsel of Record with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Debra Humphrey
Debra Humphrey