UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:   Sanders, 18-10748.
-----------------------------------------------------------------------------------------------------------------

I, Debra J. Humphrey, declare under penalty of perjury:

1. That the undersigned has actively carried out her duties in the best interest of the Plaintiff, Rhonda Sanders (hereinafter "Plaintiff");

2. That facts now exist pursuant to Rule 1.16(b)(1) of the Code of Professional Responsibility that require the undersigned to seek permission to withdraw as attorney of record for the Plaintiff;

3. That the Plaintiff has been informed by phone and by mail of the undersigned's intention to withdraw as attorney of record and have been sent a copy of this motion by certified mail (# 7018 0680 0001 7091 8844), return receipt requested, to the Plaintiff's last known address;

4. That the Plaintiff will not be prejudiced hereby;

5. That Defendant(s) will not be prejudiced hereby;

6. That pursuant to Rule 1.16(d), the Plaintiff's Representative has been informed that to insure proper notice, Plaintiff's Representative should retain other counsel or file with the Clerk of Court, within forty- five (45) days after entry of the Order of Withdrawal, their appearance stating an address at which service of notices or other papers may be had;

7. The last known address of Plaintiff is 4618 Chapel Drive, Valdosta GA, 31605;

8. Undersigned counsel has communicated with counsel for Defendants, notified

    same of her intent to withdraw as counse;.

9. Counsel for Defendant(s) have not agreed to allow the undersigned to file this Motion upon consent and have indicated that they intend to oppose this Motion.

WHEREFORE, undersigned counsel prays this Court enter an Order granting this Motion For Leave to Withdraw as Counsel.

Dated: New York, New York
August 6, 2018

Respectfully Submitted:

**MARC J. BERN & PARTNERS LLP**

By: */s/ Debra Humphrey*
Debra Humphrey, Esq. (NY Bar No. 5050448)
*One Grand Central Place*
60 E 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
dhumphrey@bernllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I electronically filed the foregoing Motion to Withdraw as Counsel of Record with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Debra Humphrey
Debra Humphrey