UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE SHUSHAN |

******************************************************************************

THIS DOCUMENT RELATES TO:   Sanders, 18-10748.

---

## PROPOSED ORDER

Considering the foregoing Motion to Withdraw as of Counsel of Record,

IT IS HEREBY ORDERED that Debra Humphrey and The Law Office of Marc J. Bern & Partners LLP are withdrawn as Plaintiff's attorney of record.

DONE AND SIGNED this _____ day of_____, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE