# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| DOLORES M. DELANEY<br>    Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BATER HEALTHCARE AG, and BAYER AG<br>    Defendants | Civil Action No.: 2:14-md-02592-EEF-MBN<br><br>Case Reference No.:  2:16-cv-13941 |

## ORDER APPROVING PLAINTIFFS MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Considering the Motion to Enroll Additional Counsel of Record,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of August, 2018.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE