# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> DOLORES M. DELANEY ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., BAYER PHARMA ) <br> AG, BAYER CORPORATION, BAYER ) <br> HEALTHCARE LLC, BATER HEALTHCARE ) <br> AG, and BAYER AG ) <br>     Defendants ) | MDL <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br> Civil Action No.: 2:14-md-02592-<br>                    EEF-MBN <br><br> Case Reference No.: 2:16-cv-13941 |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

      Plaintiffs, by and through her undersigned attorneys, respectfully request that Roger W. Orlando, Mark Zamora, and April Scherer be enrolled as counsel of record in the above entitled and numbered action.

      Wherefore movers pray that Roger W. Orlando and Mark Zamora be added to the docket as counsel for Plaintiffs.

      Dated this 6th day of August, 2018.

Respectfully submitted,

ORLANDO FIRM, P.C.

/s/: *Roger Orlando, Esq.*
Roger W. Orlando
Georgia Bar No. 554295


/s/: *Mark Zamora, Esq.*
Mark Zamora
Georgia Bar No. 784239
Florida Bar No. 832987


/s/: *April Scherer, Esq.*
April Scherer
Georgia Bar No. 904443


Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via the electronic filing system this 6th day of August, 2018.

    Respectfully submitted,

    ORLANDO FIRM, P.C.

    /s/:  *Roger Orlando, Esq.*
    Roger W. Orlando
    Georgia Bar No. 554295

    /s/:  *Mark Zamora, Esq.*
    Mark Zamora
    Georgia Bar No. 784239
    Florida Bar No. 832987

    /s/:  *April Scherer, Esq.*
    April Scherer
    Georgia Bar No. 904443

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800