# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| LOIS J. KREMER | |
| DONALD K. KREMER | |
|     Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BATER HEALTHCARE AG, and BAYER AG | Civil Action No.: 2:14-md-02592-EEF-MBN |
| | Case Reference No.: 2:16-cv-13941 |
|     Defendants | |

## ORDER

The Court, after considering the Plaintiffs' Motion to Enroll as Co-Counsel; IT IS ORDERED, ADJUDGED AND DECREED that attorneys Roger Orlando, Mark Zamora, and April Scherer be allowed to enroll as co-counsel for Plaintiff in the above-entitled and numbered action along with Patrick Fennell, Esq.

New Orleans, Louisiana, this _____ day of August, 2018.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE