# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> CHARLES A. BANKS, SR. ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., BAYER PHARMA ) <br> AG, BAYER CORPORATION, BAYER ) <br> HEALTHCARE LLC, BATER HEALTHCARE ) <br> AG, and BAYER AG ) <br>    Defendants ) | MDL <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br> Civil Action No.: 2:14-md-02592-EEF-MBN <br><br> Case Reference No.: 2:16-cv-12780 |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiff respectfully requests that attorenys Roger W. Orlando, Mark Zamora, and April Scherer be enrolled as co-counsel of record in the above entitled and numbered action.

Wherefore, it is requested that the Court grant this motion.

Dated this 6th day of August, 2018.

Respectfully submitted,

ORLANDO FIRM, P.C.

/s/:  *Roger Orlando, Esq.*
Roger W. Orlando
Georgia Bar No. 554295
roger@orlandofirm.com


/s/:  *Mark Zamora, Esq.*
Mark Zamora
Georgia Bar No. 784239
mark@markzamora.com


/s/:  *April Scherer, Esq.*
April Scherer
Georgia Bar No. 904443
april@orlandofirm.com


Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via the electronic filing system this 6th day of August, 2018.

    Respectfully submitted,

    ORLANDO FIRM, P.C.

    /s/:  *Roger Orlando, Esq.*
    Roger W. Orlando
    Georgia Bar No. 554295
    roger@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800