# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| ANGEL M. SHUTTERS<br>    Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BATER HEALTHCARE AG, and BAYER AG<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:14-md-02592-EEF-MBN<br><br>Case Reference No.: 2:16-cv-14506 |

## **ORDER**

The Court, after considering the Plaintiff's Motion to Enroll as Co-Counsel; IT IS ORDERED, ADJUDGED AND DECREED that attorneys Roger Orlando, Mark Zamora, and April Scherer be allowed to enroll as co-counsel for Plaintiff in the above-entitled and numbered action along with Patrick Fennell, Esq.

New Orleans, Louisiana, this _____ day of August, 2018.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE