# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| DORIS A. WHITE<br>    Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BATER HEALTHCARE AG, and BAYER AG<br>    Defendants | Civil Action No.: 2:14-md-02592-EEF-MBN<br><br>Case Reference No.: 2:16-cv-13787 |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiff respectfully requests that attorenys Roger W. Orlando, Mark Zamora, and April Scherer be enrolled as co-counsel of record in the above entitled and numbered action.

Wherefore, it is requested that the Court grant this motion.

Dated this 6th day of August, 2018.

        Respectfully submitted,

        ORLANDO FIRM, P.C.

        /s/:  *Roger Orlando, Esq.*
        Roger W. Orlando
        Georgia Bar No. 554295
        roger@orlandofirm.com

        /s/:  *Mark Zamora, Esq.*
        Mark Zamora
        Georgia Bar No. 784239
        mark@markzamora.com

        /s/:  *April Scherer, Esq.*
        April Scherer
        Georgia Bar No. 904443
        april@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via the electronic filing system this 6th day of August, 2018.

>Respectfully submitted,
>
>ORLANDO FIRM, P.C.
>
>/s/:  *Roger Orlando, Esq.*
>Roger W. Orlando
>Georgia Bar No. 554295
>roger@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800