# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |
| DORIS A. WHITE ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JANSSEN RESEARCH DEVELOPMENT ) | |
| LLC f/k/a JOHNSON AND JOHNSON ) | Civil Action No.: 2:14-md-02592- |
| PHARMACEUTICAL RESEARCH AND ) | EEF-MBN |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) | |
| JANSSEN PHARMACEUTICALS, INC. ) | Case Reference No.: 2:16-cv-13787 |
| f/k/a JANSSEN PHARMACEUTICA INC. ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC., BAYER PHARMA ) | |
| AG, BAYER CORPORATION, BAYER ) | |
| HEALTHCARE LLC, BATER HEALTHCARE ) | |
| AG, and BAYER AG ) | |
|    Defendants ) | |

## ORDER

The Court, after considering the Plaintiff's Motion to Enroll as Co-Counsel; IT IS ORDERED, ADJUDGED AND DECREED that attorneys Roger Orlando, Mark Zamora, and April Scherer be allowed to enroll as co-counsel for Plaintiff in the above-entitled and numbered action along with Patrick Fennell, Esq.

New Orleans, Louisiana, this _____ day of August, 2018.

---

U.S. DISTRICT JUDGE/MAGISTRATE JUDGE