# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |
| KAREN DALTON ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JANSSEN RESEARCH DEVELOPMENT ) | |
| LLC f/k/a JOHNSON AND JOHNSON ) | Civil Action No.: 2:14-md-02592- |
| PHARMACEUTICAL RESEARCH AND ) | EEF-MBN |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) | |
| JANSSEN PHARMACEUTICALS, INC. ) | Case Reference No.: 2:17-cv-03071 |
| f/k/a JANSSEN PHARMACEUTICA INC. ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC., BAYER PHARMA ) | |
| AG, BAYER CORPORATION, BAYER ) | |
| HEALTHCARE LLC, BATER HEALTHCARE ) | |
| AG, and BAYER AG ) | |
| Defendants ) | |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiff respectfully requests that attorney April Scherer be enrolled as co-counsel of record in the above entitled and numbered action.

Wherefore, it is requested that the Court grant this motion.

Dated this 6th day of August, 2018.

        Respectfully submitted,

        ORLANDO FIRM, P.C.

        /s/: *April Scherer, Esq.*
        April Scherer
        Georgia Bar No. 904443
        april@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via the electronic filing system this 6th day of August, 2018.

    Respectfully submitted,

    ORLANDO FIRM, P.C.

    /s/: *April Scherer, Esq.*
    April Scherer
    Georgia Bar No. 904443
    april@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800