# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> KAREN DALTON ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., BAYER PHARMA ) <br> AG, BAYER CORPORATION, BAYER ) <br> HEALTHCARE LLC, BATER HEALTHCARE ) <br> AG, and BAYER AG ) <br>    Defendants ) | MDL <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br> Civil Action No.: 2:14-md-02592- <br>                         EEF-MBN <br><br> Case Reference No.: 2:17-cv-03071 |

## **ORDER**

The Court, after considering the Plaintiff's Motion to Enroll as Co-Counsel; IT IS ORDERED, ADJUDGED AND DECREED that attorney April Scherer be allowed to enroll as co-counsel for Plaintiff in the above-entitled and numbered action along with Roger Orlando, Esq. and Mark Zamora, Esq.

New Orleans, Louisiana, this _____ day of August, 2018.

 

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE