UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Frances Sands v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10181*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Rosemarie Markus, surviving daughter of Frances Sands, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action on behalf of the Estate of Frances Sands based on the death of Frances Sands.

A Notice and Suggestion of Death was filed in this matter on May 15, 2018 (Doc. 9469).

DATED: August 6, 2018.

Respectfully submitted,

THE GALLAGHER LAW FIRM, PLLC

s/ Michael T. Gallagher
Michael T. Gallagher
(Texas Bar #07586000)
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile: (713) 222-0066
mike@gld-law.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                              s/Michael T. Gallagher