UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Frances Sands v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10181*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. ____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Rosemarie Markus, as surviving daughter, is substituted for Plaintiff Frances Sands as the proper party plaintiff in the above captioned case on behalf of the Estate of Frances Sands, deceased.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge