UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Edith Davidson v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-2686

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10362, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Roger Crips, surviving nephew and representative of the estate of Edith Davidson, is substituted for Plaintiff Edith Davidson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE