# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>Case No. 2:16-cv-15951 |

THIS DOCUMENT RELATES TO:

*Robert Bearbower and Judy Bearbower v. Janssen Research & Development, LLC, et al.*

*Case No.: 2:16-cv-15951*

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter to reflect the proper party Plaintiff.

SO ORDERED this  3rd   day of   August         , 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT