## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| PEGGY HUGHES<br>     Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BATER HEALTHCARE AG, and BAYER AG<br>     Defendants | Civil Action No.: 2:14-md-02592-EEF-MBN<br><br>Case Reference No.: 2:18-cv-04937 |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiff respectfully requests that attorney April Scherer be enrolled as co-counsel of record in the above entitled and numbered action.

Wherefore, it is requested that the Court grant this motion.

Dated this 7th day of August, 2018.

        Respectfully submitted,

        ORLANDO FIRM, P.C.


        /s/: *April Scherer, Esq.*
        April Scherer
        Georgia Bar No. 904443
        april@orlandofirm.com


Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all opposing counsel in the foregoing matter with **NOTICE OF APPEARANCE** via the electronic filing system this 7th day of August, 2018.

    Respectfully submitted,

    ORLANDO FIRM, P.C.

    /s/: *April Scherer, Esq.*
    April Scherer
    Georgia Bar No. 904443
    april@orlandofirm.com

Decatur Court
Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800