UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| PEGGY HUGHES<br>    Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BATER HEALTHCARE AG, and BAYER AG<br>    Defendants | Civil Action No.: 2:14-md-02592-EEF-MBN<br><br>Case Reference No.: 2:18-cv-04937 |

**ORDER**

The Court, after considering the Plaintiff's Motion to Enroll as Co-Counsel; IT IS ORDERED, ADJUDGED AND DECREED that attorney April Scherer be allowed to enroll as co-counsel for Plaintiff in the above-entitled and numbered action along with Roger Orlando, Esq. and Mark Zamora, Esq.

New Orleans, Louisiana, this ____ day of August, 2018.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE