UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> The Cases Listed on the attached Exhibit A § <br> § | MDL No. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

### NOTICE OF CHANGE OF FIRM NAME AND ATTORNEY INFORMATION

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

COMES NOW, Jennifer Nolte, the undersigned counsel for all Plaintiffs listed on the attached Exhibit A, who hereby gives notice of the following changes:

Previous Information:   Jennifer Nolte Williams
JACKSON ALLEN & WILLIAMS, LLP
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel: (214) 521-2300
Fax: (214) 452-5637
jwilliams@jacksonallenfirm.com

Current/Updated
Information:   Jennifer Nolte
ALLEN & NOLTE, PLLC
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel: (214) 521-2300
Fax: (214) 452-5637
jnolte@allennolte.com

Dated August 2, 2018

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
3838 Oak Lawn Avenue, Suite 1100

Dallas, Texas 75219
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jennifer Nolte
Jennifer Nolte

# EXHIBIT A

| Last Name | First Name | Jurisdiction | Civil Action No. |
|---|---|---|---|
| Glodek | Thomas | USDC Eastern District Louisiana | 2:15-cv-01525 |
| Reynolds | Walter | USDC Eastern District Louisiana | 2:15-cv-01808 |
| Smith | Irene | USDC Eastern District Louisiana | 2:15-cv-01812 |
| Ringkor | Grace | USDC Eastern District Louisiana | 2:15-cv-01858 |
| Wadley | Willard | USDC Eastern District Louisiana | 2:15-cv-02516 |
| Baird | George | USDC Eastern District Louisiana | 2:15-cv-03357 |
| LaRoux | Jessie | USDC Eastern District Louisiana | 2:15-cv-03633 |
| Mikkelson | Wayne | USDC Eastern District Louisiana | 2:15-cv-03634 |
| Smith | Lolita | USDC Eastern District Louisiana | 2:15-cv-03635 |
| Ross | Agnes | USDC Eastern District Louisiana | 2:15-cv-05539 |
| Kresanek | James | USDC Eastern District Louisiana | 2:15-cv-05904 |
| Lawrence | Denise | USDC Eastern District Louisiana | 2:15-cv-05910 |
| Morgan | Meril | USDC Eastern District Louisiana | 2:15-cv-05913 |
| Burris | Geneva | USDC Eastern District Louisiana | 2:15-cv-05914 |
| Wachowicz | Denise | USDC Eastern District Louisiana | 2:15-cv-05915 |
| Yockachonis | Barbara | USDC Eastern District Louisiana | 2:15-cv-05916 |
| Hawkins | Stanley | USDC Eastern District Louisiana | 2:15-cv-05917 |
| Devault | David | USDC Eastern District Louisiana | 2:15-cv-06386 |
| Guilbeau | Melinda | USDC Eastern District Louisiana | 2:15-cv-06897 |
| Manning | Robert | USDC Eastern District Louisiana | 2:15-cv-06898 |
| Noble | Jeanette | USDC Eastern District Louisiana | 2:15-cv-06900 |
| Norton | Helen | USDC Eastern District Louisiana | 2:15-cv-06902 |
| Shaw | Jennifer C. | USDC Eastern District Louisiana | 2:15-cv-06904 |
| Arzate | Rodolfo | USDC Eastern District Louisiana | 2:15-cv-07162 |
| Domino | Salome | USDC Eastern District Louisiana | 2:16-cv-00328 |
| Gavin | Shelita | USDC Eastern District Louisiana | 2:16-cv-00329 |
| Hartsock | Christopher | USDC Eastern District Louisiana | 2:16-cv-00330 |
| Maran | Jeffrey | USDC Eastern District Louisiana | 2:16-cv-00334 |
| McCormick | Joe | USDC Eastern District Louisiana | 2:16-cv-00335 |
| McKinnie | Milas | USDC Eastern District Louisiana | 2:16-cv-00337 |
| Taff | Richard | USDC Eastern District Louisiana | 2:16-cv-00339 |
| Denner | Jean | USDC Eastern District Louisiana | 2:16-cv-00935 |
| Erickson | Wesley | USDC Eastern District Louisiana | 2:16-cv-01784 |
| Johnston | Shauna | USDC Eastern District Louisiana | 2:16-cv-01785 |
| Pickney | Irene | USDC Eastern District Louisiana | 2:16-cv-01787 |
| Veuleman, Sr. | Herman | USDC Eastern District Louisiana | 2:16-cv-01788 |
| Walker | Anna | USDC Eastern District Louisiana | 2:16-cv-01895 |
| Weathersby | Kattie | USDC Eastern District Louisiana | 2:16-cv-02238 |
| Lardizabal | Joseph | USDC Eastern District Louisiana | 2:16-cv-01945 |
| Bestercy | Robert | USDC Eastern District Louisiana | 2:16-cv-02741 |
| Combs | Jack | USDC Eastern District Louisiana | 2:16-cv-03309 |

| Harding | Carole | USDC Eastern District Louisiana | 2:16-cv-03312 |
|---|---|---|---|
| Lancaster | Earl | USDC Eastern District Louisiana | 2:16-cv-03316 |
| Stiltner | Henry | USDC Eastern District Louisiana | 2:16-cv-03319 |
| Wheeler | Jo Ann | USDC Eastern District Louisiana | 2:16-cv-03321 |
| Dobbins | Mamie | USDC Eastern District Louisiana | 2:16-cv-06600 |
| Frazier | Loretta | USDC Eastern District Louisiana | 2:16-cv-10351 |
| Estevez | Olivia | USDC Eastern District Louisiana | 2:16-cv-10346 |
| Lewis | Jenice | USDC Eastern District Louisiana | 2:16-cv-10360 |
| Armstrong | Mary | USDC Eastern District Louisiana | 2:16-cv-06615 |
| Baldin | Lynda | USDC Eastern District Louisiana | 2:16-cv-09966 |
| Barnes | Diane | USDC Eastern District Louisiana | 2:16-cv-09962 |
| Barry | Patrick | USDC Eastern District Louisiana | 2:16-cv-09973 |
| Blackledge | Anna | USDC Eastern District Louisiana | 2:16-cv-09980 |
| Bradshaw Brown | Leon | USDC Eastern District Louisiana | 2:16-cv-09989 |
| Bragoli | Teresa | USDC Eastern District Louisiana | 2:16-cv-09997 |
| Brown | Judy | USDC Eastern District Louisiana | 2:16-cv-10004 |
| Byrne | Joan | USDC Eastern District Louisiana | 2:16-cv-10008 |
| Carroll | Patricia | USDC Eastern District Louisiana | 2:16-cv-10012 |
| Carvalho | John | USDC Eastern District Louisiana | 2:16-cv-10016 |
| Clark | Cellie | USDC Eastern District Louisiana | 2:16-cv-10018 |
| Cleeve | Ronald | USDC Eastern District Louisiana | 2:16-cv-10020 |
| Cook | Barbara | USDC Eastern District Louisiana | 2:16-cv-10021 |
| Dawson | Levern | USDC Eastern District Louisiana | 2:16-cv-10025 |
| Dunphy | Robert | USDC Eastern District Louisiana | 2:16-cv-10036 |
| Freedline | Tracy | USDC Eastern District Louisiana | 2:16-cv-10042 |
| Fyffe | Josephine | USDC Eastern District Louisiana | 2:16-cv-10043 |
| Greene | Ruth | USDC Eastern District Louisiana | 2:16-cv-10045 |
| Gregory | Leola | USDC Eastern District Louisiana | 2:16-cv-10049 |
| Holmes | Jack | USDC Eastern District Louisiana | 2:16-cv-10054 |
| Holzworth, Jr. | Charles | USDC Eastern District Louisiana | 2:16-cv-10061 |
| Hurst | Phillip | USDC Eastern District Louisiana | 2:16-cv-10064 |
| Jackson | Rosetta | USDC Eastern District Louisiana | 2:16-cv-10072 |
| Johnson | Rhonda | USDC Eastern District Louisiana | 2:16-cv-10077 |
| Johnson | Thelma | USDC Eastern District Louisiana | 2:16-cv-10082 |
| Krevitz | Clyde | USDC Eastern District Louisiana | 2:16-cv-10089 |
| Ladner | Jimmy | USDC Eastern District Louisiana | 2:16-cv-10091 |
| Lamotte | Lois | USDC Eastern District Louisiana | 2:16-cv-10097 |
| Lewis | Arthur | USDC Eastern District Louisiana | 2:16-cv-10108 |
| Lindall | Robert | USDC Eastern District Louisiana | 2:16-cv-10114 |
| McAllister | John | USDC Eastern District Louisiana | 2:16-cv-10121 |
| McManus | Frances | USDC Eastern District Louisiana | 2:16-cv-09984 |
| Melton | Stephen | USDC Eastern District Louisiana | 2:16-cv-10125 |
| Mitchell | Jack | USDC Eastern District Louisiana | 2:16-cv-10128 |
| Mitchell | Russell | USDC Eastern District Louisiana | 2:16-cv-10213 |
| Myers | Teresa | USDC Eastern District Louisiana | 2:16-cv-10218 |

| Ollis | Robin | USDC Eastern District Louisiana | 2:16-cv-10224 |
|---|---|---|---|
| Padilla | Tomasita | USDC Eastern District Louisiana | 2:16-cv-10229 |
| Papageorgiou | Mary | USDC Eastern District Louisiana | 2:16-cv-10234 |
| Patterson | Lillian | USDC Eastern District Louisiana | 2:16-cv-10236 |
| Paz | Eduardo | USDC Eastern District Louisiana | 2:16-cv-10238 |
| Peitzmeier | Kenneth | USDC Eastern District Louisiana | 2:16-cv-10241 |
| Pitman | Grace | USDC Eastern District Louisiana | 2:16-cv-10245 |
| Poupart, Sr. | Anthony | USDC Eastern District Louisiana | 2:16-cv-10247 |
| Rouse | Johnnie | USDC Eastern District Louisiana | 2:16-cv-10251 |
| Routson | Donald | USDC Eastern District Louisiana | 2:16-cv-10260 |
| Rubino | Eileen | USDC Eastern District Louisiana | 2:16-cv-10269 |
| Smith | April | USDC Eastern District Louisiana | 2:16-cv-10296 |
| Smorgens | Brian | USDC Eastern District Louisiana | 2:16-cv-10300 |
| Stotts | Chelesea | USDC Eastern District Louisiana | 2:16-cv-10306 |
| Tannoia | Patrick | USDC Eastern District Louisiana | 2:16-cv-10310 |
| VanSlyke | Marilyn | USDC Eastern District Louisiana | 2:16-cv-10316 |
| Webb | Constance | USDC Eastern District Louisiana | 2:16-cv-10332 |
| Wilson | Lennie | USDC Eastern District Louisiana | 2:16-cv-10339 |
| Hoppa | Clarence | USDC Eastern District Louisiana | 2:16-cv-12694 |
| Lammer III | Ernest | USDC Eastern District Louisiana | 2:16-cv-14362 |
| Johnson | John | USDC Eastern District Louisiana | 2:16-cv-15744 |
| Davis | Estelle | USDC Eastern District Louisiana | 2:16-cv-15867 |
| Csiki | Ferencz | USDC Eastern District Louisiana | 2:16-cv-15955 |
| Thrasher | Gloria | USDC Eastern District Louisiana | 2:17-cv-00688 |
| Rodriguez | Gaston | USDC Eastern District Louisiana | 2:17-cv-01570 |
| Dutton | David | USDC Eastern District Louisiana | 2:17-cv-01769 |
| Justice | Eunice | USDC Eastern District Louisiana | 2:17-cv-02105 |
| Nelson | Wanda | USDC Eastern District Louisiana | 2:17-cv-02777 |
| Granger | Kenneth | USDC Eastern District Louisiana | 2:17-cv-03740 |
| Ross | Larry | USDC Eastern District Louisiana | 2:17-cv-05740 |
| Townes | Rodney | USDC Eastern District Louisiana | 2:17-cv-06407 |
| Reese, Jr. | William | USDC Eastern District Louisiana | 2:17-cv-06472 |
| Davis | Zeeda | USDC Eastern District Louisiana | 2:17-cv-07341 |
| Smeltzer | Gene | USDC Eastern District Louisiana | 2:17-cv-08463 |
| Adams | Orean | USDC Eastern District Louisiana | 2:17-cv-09571 |
| Smith | Michael | USDC Eastern District Louisiana | 2:17-cv-09837 |
| Wald | Ruth | USDC Eastern District Louisiana | 2:17-cv-09881 |
| Cain | Cindy | USDC Eastern District Louisiana | 2:17-cv-11641 |
| Mitchell | Michael | USDC Eastern District Louisiana | 2:17-cv-11664 |
| Rein | David | USDC Eastern District Louisiana | 2:17-cv-17161 |
| Cohen | Linda | USDC Eastern District Louisiana | 2:17-cv-17272 |
| Mott | Alden | USDC Eastern District Louisiana | 2:17-cv-17940 |
| Horn | Claudie | USDC Eastern District Louisiana | 2:17-cv-17940 |
| Winstead | Ouida | USDC Eastern District Louisiana | 2:18-cv-00123 |
| Sims | Nancy | USDC Eastern District Louisiana | 2:18-cv-00304 |

| Richardson | Jacklyn | USDC Eastern District Louisiana | 2:18-cv-00369 |
|---|---|---|---|
| Russell | Sandra | USDC Eastern District Louisiana | 2:18-cv-00787 |
| Winship | Thomas | USDC Eastern District Louisiana | 2:18-cv-01352 |
| House | Terry | USDC Eastern District Louisiana | 2:18-cv-03470 |
| Jackson | Margie | USDC Eastern District Louisiana | 2:18-cv-03868 |
| Wilson | Jack | USDC Eastern District Louisiana | 2:18-cv-05702 |
| Herron | Ella | USDC Eastern District Louisiana | 2:18-cv-05944 |