# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JOHN W. HAYDEN and CAROL HAYDEN,<br><br>Civil Case No. 2:16-cv-08602-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

**IT IS ORDERED** that the Motion for Refund of Filing Fee filed by Plaintiffs John W. Hayden and Carol Hayden be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to reverse and refund the filing fee charges for this matter.

SIGNED this _____ day of _____, 2018.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                By:    s/ *Emanuella J. Paulos*
                       Emanuella J. Paulos
                       Attorney for Plaintiff