UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CHESTER E. SOUKUP and LOIS A. SOUKUP,<br><br>Civil Case No. 2:16-cv-007123-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION FOR REFUND OF FILING FEE

COMES NOW Plaintiffs Chester E. Soukup and Lois A. Soukup, by and through undersigned counsel, and pursuant to Case Management Order No. 6 (CMO 6) file this Motion for Refund of Filing Fee and in support would show the Court as follows:

1. Plaintiffs Chester E. Soukup and Lois A. Soukup filed a lawsuit in a joint complaint against Defendants on May 6, 2016. (*John G. Arrington, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-04331).

2. On May 26, 2016, a short form complaint was filed on their behalf. (*Chester E. Soukup, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-07123).

3. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about June 6, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

1

    b. On or about June 17, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

    c. Defendants Johnson & Johnson, Janssen Ortho, Janssen Pharmaceuticals, and Janssen Research & Development, LLC were served on or about June 21, 2016 by executing waivers of service, pursuant to Federal Rule of Civil Procedure 4(d)(1).

4. On April 16, 2018, Defendants selected Plaintiffs Chester E. Soukup and Lois A. Soukup's case for discovery pursuant to CMO 6.

5. Subsequently, Plaintiffs Chester E. Soukup and Lois A. Soukup moved to dismiss case with prejudice.

6. The Stipulation of Dismissal with Prejudice for this matter was filed on May 31, 2018 with this Court. (Docket No. 9757).

7. Pursuant to CMO 6, if Plaintiff moves to dismiss case within 45 days of selection, the unpaid filing fee is waived.

8. Plaintiffs moved to dismiss with prejudice within 45 days from the date of selection and therefore the unpaid filing fee should be waived.

9. On June 1, 2018 Plaintiffs' counsel inadvertently paid the filing fee for case *Chester E. Soukup, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-02592.

10. Pursuant to CMO 6, Plaintiffs' counsel is respectfully requesting the filing fee to be waived and refunded for this matter.

**WHEREFORE**, counsel for Plaintiffs Chester E. Soukup and Lois A. Soukup respectfully requests the Court grant Plaintiffs' Motion for Refund of Filing Fee and directing the Clerk of the Court to reverse the filing fee charges in this matter.

DATED: August 7, 2018                                   Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

        By:    s/ *Emanuella J. Paulos*
                Emanuella J. Paulos
                Attorney for Plaintiff