# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| CHESTER E. SOUKUP and LOIS A. SOUKUP, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Civil Case No. 2:16-cv-07123- EEF-MBN | |

## ORDER

**IT IS ORDERED** that the Motion for Refund of Filing Fee filed by Plaintiffs Chester E. Soukup and Lois A. Soukup be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to reverse and refund the filing fee charges for this matter.

SIGNED this _____ day of _____, 2018.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff

2