**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABLILITY LITIGATION | CASE NO. 2:14-md-02592-EEF-MBN<br>MDL No. 2592 |

_____

This Document Relates to Plaintiff(s)

Carolyn Lutz and Robert E. Cotter
Civil Case No. 2:18-cv-03737-EEF-MBN

_____

## MOTION TO SUBSTITUTE ATTORNEY

Carolyn Lutz and Robert E. Cotter, move this Court for an order: (1) substituting the lead counsel for Plaintiffs from Ameer Benno, Esq. to Todd M. Rubin, Esq. in this and the related case and (2) withdrawing Mr. Benno's appearance in this and the related case.

The basis for the substitution of counsel and withdrawal of Mr. Benno's appearance is that Mr. Benno is no longer affiliated with Plaintiffs' law firm.

Dated: August 8, 2018

                                                                                                Respectfully submitted,

                                                                                                /s/ Todd M. Rubin
                                                                                               Todd M. Rubin
                                                                                               NY Bar No.: 2739365
                                                                                               FINZ & FINZ, P.C.
                                                                                               410 East Jericho Turnpike
                                                                                               Mineola, NY 11501
                                                                                              (516) 433-3000
                                                                                              Email: trubin@finzfirm.com