IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABLILITY LITIGATION | CASE NO. 2:14-md-02592-EEF-MBN<br>MDL No. 2592 |

_____

This Document Relates to Plaintiff(s)

Carolyn Lutz and Robert E. Cotter
Civil Case No. 2:18-cv-03737-EEF-MBN

_____

## ORDER

Considering the motion of Plaintiffs, Carolyn Lutz and Robert E. Cotter to: (1) substitute the lead counsel for Plaintiffs from Ameer Benno, Esq. to Todd M. Rubin, Esq. in this and the related case and (2) withdraw Mr. Benno's appearance in this and the related case,

IT IS ORDERED that the Motion is GRANTED.


_____
U.S. DISTRICT JUDGE