UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Willie Rhodes, On behalf of himself and as personal representative of the Estate of Pearl L. Barnett, Deceased v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-00073**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, here by informs the Honorable Court of the death of the Plaintiff, Willie Rhodes. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Laurentis Barnett, as Successor Administrator of the Estate of Pearl L. Barnett, deceased.

Respectfully Submitted,

Date:  August 8, 2018          s/ Andy D. Birchfield, Jr._____
                               Andy D. Birchfield, Jr.
                               C. Gibson Vance
                               David B. Byrne, III
                               BEASLEY, ALLEN, CROW,
                               METHVIN, PORTIS & MILES, P.C.
                               Post Office Box 4160
                               Montgomery, Alabama 36103-4160

(334) 269-2343  
(334) 954-7555 (facsimile)  
Andy.Birchfield@BeasleyAllen.com  
Gibson.Vance@BeasleyAllen.com  
David.Byrne@BeasleyAllen.com  

***Attorneys for Plaintiff***