**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:    XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL NORTH |
| Adoracion Azurin Case No. 2:16-cv-15008 | |

**NOTICE AND SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Adoracion Azurin, on or about February 4, 2017. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Adoracion Azurin in the near future.

Dated:  August 8, 2018                              Respectfully submitted,

                                          By*:*     /s/ *Sindhu S. Daniel*
                                                    Sindhu S. Daniel
                                                    Anna N. Rol
                                                    Thomas Sims
                                                    **BARON & BUDD, P.C.**
                                                    3102 Oak Lawn Avenue, Suite 1100
                                                    Dallas, TX  75219
                                                    Telephone: (214) 521-3605
                                                    Facsimile:  (214) 520-1181
                                                    sdaniel@baronbudd.com
                                                    arol@baronbudd.com
                                                    tsims@baronbudd.com

                                                    *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 8th day of August, 2018, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.


<u>/s/ *Sindhu S. Daniel*</u>
Sindhu S. Daniel