UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 :<br>: SECTION: L :<br>: JUDGE ELDON E. FALLON :<br>: MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

BARBARA GLADDEN
2:16-cv-03619

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Barbara Gladden.

DATED: August 8, 2018

Respectfully submitted,

**AVRAM BLAIR & ASSOCIATES, PC**

*/s/ Avram J. Blair*
AVRAM J. BLAIR
Texas Bar No. 24033585
3120 Southwest Freeway
Ste. 215
Houston, TX 77098
Telephone: (713) 936-2609
Facsimile: (832) 203-8286
E-mail: ablair@ablairlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys on August 8, 2018, in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Avram J. Blair*
AVRAM J. BLAIR