## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

***Paul Julius Nelson, Individually and as Representative of the Estate of***
***Joyce E. Nelson, Deceased v. Janssen Research & Development, LLC, et al.***
**Civil Action No. 2:16-cv-14753**

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA
### PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Paul Julius Nelson, individually and on behalf of the Estate of Joyce E. Nelson,

deceased, by and through his attorney, David P. Matthews, and pursuant to Federal Rule of Civil

Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of

"protected health information" of his deceased mother, Joyce E. Nelson, for the purposes of the

above-captioned litigation.

WHEREFORE, Plaintiff Paul Julius Nelson, individually and as surviving heir of the

Estate of Joyce E. Nelson, deceased, requests that the court enter a HIPAA protective order

authorizing the disclosure of Joyce E. Nelson's protected health information for the purposes of

this products liability litigation as outlined in the proposed order.

Date: August 9, 2018                            Respectfully submitted,


                                                /s/ David P. Matthews
                                                DAVID P. MATTHEWS
                                                Texas Bar No.: 13206200
                                                WENDY C. ELSEY
                                                Texas Bar No.: 24053186
                                                Matthews & Associates
                                                2905 Sackett St.
                                                Houston, TX 77098
                                                713-522-5250
                                                713.535.7184 – facsimile
                                                dmatthews@dpmlawfirm.com
                                                welsey@dpmlawfirm.com

                                                ATTORNEYS FOR PLAINTIFF


### CERTIFICATE OF SERVICE

        I hereby certify that on August 9, 2018, the foregoing document was filed electronically
with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison
Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and
served on all other counsel of record via MDL Centrality, which will send notice of the
electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-
Trial Order No. 17.


                                                /s/ David P. Matthews
                                                David P. Matthews