UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| Cheryl Aaron as Representative of the Estate of Tilda Alley v. Janssen Research & Development, LLC, et al. | | |
| Case No. 2:16-cv-16218 | | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF WHO HAS FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") respectfully request that this Court issue an Order to Show Cause regarding Plaintiff Cheryl Aaron as Representative of the Estate of Tilda Alley as to why her action should not be dismissed with prejudice for failure to serve an updated fully complete Plaintiff Fact Sheet in accordance with the time required by Case Management Order ("CMO") 6 or within the extension of time provided by the Court, and in compliance with CMO No. 13.

Plaintiff has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.

To date, Plaintiff has failed to submit a fully complete Plaintiff Fact Sheet in accordance with CMO 6. Pursuant to paragraph 1 of CMO 6, Plaintiff was selected by the Defendants for inclusion in Wave 1 discovery. This Plaintiff was eligible for selection in Wave 1 because she had met the core requirements for the PFS on or before January 31, 2018. Pursuant to paragraph 5(a)

of CMO 6, Plaintiff must now update her PFS and "must complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13" via MDL Centrality.  *See* CMO No. 6 ¶ 5(a).

Paragraph 5(a) of CMO 6 provides that all sections of the PFS must be completed within 30 days of selection.  Plaintiff's fully complete PFS was originally due on May 16, 2018.  On May 16, 2018, Plaintiff filed a Motion for Extension of Time Within Which to Tender Full PFS. [Doc. 9487].  On June 6, 2018, the Court entered an order granting Plaintiff 14 days to tender a full PFS.  Despite this extension, Plaintiff still has failed to submit an updated and fully complete PFS as required by CMO 6. [Doc. 9823].  The deadline provided by the Court has long passed.

For these reasons, Plaintiff Cheryl Aaron as Representative of the Estate of Tilda Alley's case should be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    jirwin@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 9, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *John F. Olinde*