UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause regarding plaintiffs who have filed more than one case in this litigation on the attached Exhibit A, as to why the second-filed case should not be dismissed with prejudice.

Plaintiffs on the attached Exhibit A have filed more than one lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. A plaintiff cannot bring two cases against the same defendants for the same injuries. In these instances, once a final judgment is rendered in one of the cases, the remaining action must be dismissed with prejudice under the doctrine of res judicata. *See In re Vioxx Prod. Liab. Litig.,* No. MDL 1657, 2012 WL 2952775, at *1 (E.D. La. June 12, 2012), *aff'd* (Nov. 16, 2012) (dismissing plaintiff's second-filed claim as barred by res judicata

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

after plaintiff's first-filed claim was dismissed with prejudice).  This Court should not wait for a final judgment in these cases, and instead, plaintiffs should dismiss one of their pending claims now.

In all of these cases, plaintiffs have been on notice of this duplicate filing for some period of time.  When counsel attempts to submit a Plaintiff Fact Sheet to Centrality for a plaintiff who has already filed a lawsuit in this litigation, counsel receives a notice that the plaintiff is a duplicate filer.  These second-filed cases should have been dismissed at that time.  In addition to the notice counsel receives from Centrality for a duplicate-filed case, Defendants' Liaison Counsel provided Plaintiffs' Liaison Counsel with a list of these duplicate filers during the August 6, 2018 MDL Status Conference.

To date, the plaintiffs on the attached Exhibit A still have more than one case pending in this litigation.  The plaintiffs on Exhibit A should be ordered to show cause at 9:00 a.m. on September 5, 2018, before the Court as to why second-filed case for each of these plaintiffs should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 9, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**