Exhibit A
Plaintiffs With Duplicate Filed Case

| No. | Plaintiff (First Named) | Xarelto User | Init. Compl. Filed Date | Coordinated Proceeding | Docket No. | Complaint Plaintiff Counsel |
|---|---|---|---|---|---|---|
| 1 | Adams, Bennie L. | Adams, Diana Sue | 9/8/2015 | MDL | 2:15-cv-04185 | Howard & Reed |
|  | Adams, Scott | Adams, Diane Sue | 12/28/2015 | MDL | 2:15-cv-07123 | Howard & Reed |
| 2 | Agee, Clotee | Agee, Clotee | 7/31/2015 | MDL | 2:15-cv-03163 | Kabateck Brown Kellner, LLP |
|  | Agee, Clotee | Agee, Clotee | 5/16/2016 | MDL | 2:16-cv-07175 | Murphy Law Firm |
| 3 | Adams, John | Adams, John | 11/17/2016 | MDL | 2:16-cv-16449 | Comeaux Law Firm; Murphy Law Firm |
|  | Adams, John | Adams, John | 11/25/2015 | MDL | 2:15-cv-06331 | The Michael Brady Lynch Firm |
| 4 | Allen, Connie | Allen, Connie | 9/4/2015 | MDL | 2:15-cv-04126 | The Lanier Law Firm |
|  | Allen, Connie | Allen, Connie | 1/22/2016 | MDL | 2:16-cv-00540 | Douglas & London, P.C. |
| 5 | Armstrong, Bryant | Armstrong, Marietta | 3/22/2017 | MDL | 2:17-cv-02378 | Hensley Legal Group, PC |
|  | Armstrong, Bryant | Armstrong, Marietta | 5/25/2017 | MDL | 2:18-cv-00668 | Milstein Jackson Fairchild & Wade, LLP |
| 6 | Arnson, Gloria | Arnson, Gloria | 4/13/2016 | MDL | 2:16-cv-03067 | The Mulligan Law Firm |
|  | Arnson, Gloria | Arnson, Gloria | 9/26/2017 | MDL | 2:17-cv-09646 | Napoli Shkolnik, PLLC |
| 7 | Lopez, Kathleen | Arroyas, Eva | 12/5/2017 | MDL | 2:17-cv-14695 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
|  | Lopez, Kathleen | Arroyas, Eva | 12/5/2017 | Philadelphia | 171200334 | Lopez McHugh LLP |
| 8 | Aveta, Francisco | Aveta, Francisco | 3/8/2018 | MDL | 2:18-cv-02486 | The Law Office of L. Paul Mankin |
|  | Aveta, Francisco | Aveta, Francisco | 3/23/2018 | MDL | 2:18-cv-03147 | Law Office of L. Paul Mankin |
| 9 | Ball, Betty | Ball, Betty | 10/10/2017 | MDL | 2:17-cv-10338 | Grant & Eisenhofer P.A. |
|  | Ball, Betty | Ball, Betty | 12/19/2017 | Philadelphia | 171202888 | Feldman & Pinto, P.C. |
| 10 | Ball, Mary | Ball, Mary | 2/2/2016 | MDL | 2:16-cv-00928 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
|  | Ball, Mary Anne | Ball, Mary Anne | 5/20/2016 | MDL | 2:16-cv-08089 | Ross Feller Casey, LLP |
| 11 | Bangs, Doris | Bangs, Doris | 11/13/2017 | MDL | 2:17-cv-12319 | Monsour Law Firm |
|  | Bangs, Doris | Bangs, Doris | 3/19/2018 | MDL | 2:18-cv-02901 | Fernelius Simon PLLC |
| 12 | Barger, Shayla | Barger, Shayla | 8/31/2015 | MDL | 2:15-cv-03980 | Bernstein Liebhard LLP |
|  | Barger, Shayla Lynn | Barger, Shayla Lynn | 5/18/2016 | MDL | 2:16-cv-08209 | Ferrer, Poirot & Wansbrough |
| 13 | Bauer, Paul | Bauer, Paul | 10/12/2017 | MDL | 2:17-cv-10592 | Napoli Shkolnik, PLLC |
|  | Bauer, Paul | Bauer, Paul | 1/25/2018 | MDL | 2:18-cv-00756 | Napoli Shkolnik, PLLC |
| 14 | Berezi, Retina | Berezi, Retina | 5/18/2016 | MDL | 2:16-cv-11135 | The Gallagher Law Firm, PLLC |
|  | Berezi, Retina | Berezi, Retina | 8/19/2016 | MDL | 2:16-cv-13994 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 15 | Bilger, Howard | Bilgar, Howard | 9/14/2015 | MDL | 2:16-cv-02207 | The Zevan & Davidson Law Firm, LLC |
|  | Bilger, Howard | Bilger, Howard | 5/18/2016 | MDL | 2:16-cv-07335 | Ferrer, Poirot & Wansbrough |
| 16 | Boone, Rodney | Boone, Andrew | 3/9/2017 | MDL | 2:17-cv-02005 | Wilshire Law Firm |
|  | Boone, Saundra | Boone, Andrew B. | 12/27/2017 | MDL | 2:17-cv-17841 | Law Office of Christopher K. Johnston, LLC |
| 17 | Boman, Vicki | Boman, Vicki | 5/18/2016 | MDL | 2:16-cv-06528 | Sweeney Merrigan Law |
|  | Elder, Craig S., Jr. | Boman, Vicki K. | 12/11/2017 | MDL | 2:17-cv-16608 | Law Office of Christopher K. Johnston, LLC |

**Exhibit A**
**Plaintiffs With Duplicate Filed Case**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Brahiasky, Shirley | Brahiasky, Shirley | 10/26/2016 | Philadelphia | 161003656 | Green Schafle Gibbs LCC; Osborne & Associates Law Firm, P.A. |
| | Brahinsky, Shirley S. | Brahinsky, Shirley S. | 3/14/2017 | MDL | 2:17-cv-02126 | Miller Weisbrod, LLP |
| 19 | Branch, David | Branch, David | 3/8/2018 | MDL | 2:18-cv-02486 | The Law Office of L. Paul Mankin |
| | Branch, David | Branch, David | 3/22/2018 | MDL | 2:18-cv-03107 | The Law Office of L. Paul Mankin |
| 20 | Brewer, William | Brewer, William | 8/3/2017 | MDL | 2:17-cv-07449 | Meyers & Flowers, LLC |
| | Brewer, William | Brewer, William | 3/12/2018 | MDL | 2:18-cv-02567 | Tamari Law Group, LLC |
| 21 | Brooks, Howard | Brooks, Howard | 3/23/2016 | MDL | 2:16-cv-02421 | Chaffin Luhana LLP |
| | Brooks, Howard | Brooks, Howard | 4/3/2017 | MDL | 2:17-cv-02828 | Dugan Law Firm, PLC |
| 22 | Brooks, Josephine | Brooks, Josephine | 5/8/2015 | MDL | 2:15-cv-01836 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| | Brooks, Josephine | Brooks, Josephine | 8/26/2016 | Philadelphia | 160803644 | NastLaw LLC |
| 23 | Buffa, Charles | Buffa, Charles | 5/20/2016 | MDL | 2:16-cv-09399 | The Potts Law Firm, LLP |
| | Buffa, Linda | Buffa, Charles | 10/24/2016 | MDL | 2:16-cv-15808 | Irpino Law Firm |
| 24 | Burnett, Beverly | Burnett, Beverly | 12/12/2015 | MDL | 2:15-cv-06739 | Fears Nachawati, PLLC |
| | Burnett, Beverly J. | Burnett, Beverly J. | 5/13/2015 | MDL | 2:15-cv-01628 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 25 | Caldwell, Clifford | Caldwell, Clifford | 4/29/2016 | MDL | 2:16-cv-04603 | Baron & Budd, P.C. |
| | Caldwell, Dorotheria | Caldwell, Clifford | 1/19/2018 | MDL | 2:18-cv-00586 | Dugan Law Firm, PLC |
| 26 | Campos, Isolina | Campos, Isolina | 12/18/2017 | MDL | 2:17-cv-17424 | Wilshire Law Firm |
| | Campos, Isolina G. | Campos, Isolina G. | 12/14/2017 | MDL | 2:17-cv-17293 | Niemeyer, Grebel & Kruse LLC |
| 27 | Casei, Nedda | Casei, Nedda | 10/6/2017 | MDL | 2:17-cv-10237 | Baron & Budd, P.C. |
| | Casei-Strasbouger, Nedda | Casei-Strasbouger, Nedda | 10/12/2017 | MDL | 2:17-cv-10587 | Avram Blair & Associates, P.C. |
| 28 | Charles, Kashavia | Charles, Kashavia | 5/17/2016 | MDL | 2:16-cv-07728 | Childers, Schlueter & Smith, LLC |
| | Charles, Kashavia Shantajia | Charles, Kashavia Shantajia | 12/29/2015 | MDL | 2:16-cv-00719 | Johnson Law Group |
| 29 | Marancik, Cindy | Core, Walter | 4/26/2017 | MDL | 2:17-cv-04050 | Salim-Beasley, LLC |
| | Marancik, Cindy | Core, Walter | 5/9/2017 | MDL | 2:17-cv-04809 | Lenze Lawyers, PLC |
| 30 | Dalchow, Gwen | Dalchow, Gwen | 3/8/2018 | MDL | 2:18-cv-02486 | The Law Office of L. Paul Mankin |
| | Dalchow, Gwen | Dalchow, Gwen | 3/22/2018 | MDL | 2:18-cv-03114 | The Law Office of L. Paul Mankin |
| 31 | Dalton, Raymond | Dalton, Raymond | 8/19/2015 | Philadelphia | 150802437 | George Tankard, III |
| | Richter, Lori | Dalton, Raymond | 4/27/2018 | MDL | 2:18-cv-04350 | Napoli Shkolnik, PLLC |
| 32 | Danforth, Shirley A. | Danforth, Shirley A. | 12/1/2014 | MDL | 2:14-cv-02939 | Flint & Associates, LLC |
| | Danforth, Shirley Ann | Danforth, Shirley Ann | 8/20/2015 | MDL | 2:15-cv-04662 | Hilliard Munoz Gonzales LLP |
| 33 | Davis, Marilyn | Davis, Marilyn | 8/1/2017 | MDL | 2:17-cv-07365 | Salim-Beasley, LLC |
| | Davis, Marilyn | Davis, Marilyn | 3/29/2018 | MDL | 2:18-cv-03413 | Ferrer, Poirot & Wansbrough |
| 34 | Davis, Susan | Davis, Susan | 6/20/2016 | MDL | 2:16-cv-10860 | Simmons Hanly Conroy |
| | Davis, Susan | Davis, Susan | 8/1/2016 | MDL | 2:16-cv-13452 | Sanders Phillips Grossman, LLC |
| 35 | De La Cerda, Ermilo | De La Cerda, Ermilo | 10/6/2017 | MDL | 2:17-cv-10274 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| | De La Cerda, Ermilo | De La Cerda, Ermilo | 2/8/2018 | MDL | 2:18-cv-01294 | Law Office of Christopher K. Johnston, LLC |

**Exhibit A**
**Plaintiffs With Duplicate Filed Case**

| # | | | | | | |
|---|---|---|---|---|---|---|
| 36 | Densmore, Donald | Densmore, Donald | 5/20/2016 | MDL | 2:16-cv-12940 | Fears Nachawati, PLLC |
| | Densmore, Donald | Densmore, Donald | 2/12/2018 | Philadelphia | 180200793 | Ross Feller Casey, LLP; Reich & Binstock |
| 37 | Dichiaro, Anthony | Dichiaro, Anthony | 4/29/2016 | MDL | 2:16-cv-07448 | The Driscoll Firm, P.C. |
| | Dichiaro, Anthony | Dichiaro, Anthony | 5/10/2016 | MDL | 2:16-cv-04653 | Flint Law Firm, LLC |
| 38 | Phillips, Annie | Dixon, Lessie | 5/18/2016 | MDL | 2:16-cv-10040 | Slater, Slater Schulman, LLP |
| | Dixon, Aisha | Dixon, Lessie | 5/20/2016 | MDL | 2:16-cv-12964 | Fears Nachawati, PLLC |
| 39 | Drake, Joseph | Drake, Joseph | 4/12/2016 | MDL | 2:16-cv-03501 | Burke Harvey, LLC; Crumley Roberts |
| | Drake, Joseph A. | Drake, Joseph A. | 12/30/2015 | MDL | 2:16-cv-00425 | Brady Law Group; Aylstock, Witkin, Kreis & Overholtz PLLC |
| 40 | Duarte, Juan | Duarte, Juan | 8/12/2015 | MDL | 2:15-cv-03419 | Wright & Schulte, LLC |
| | Duarte, Juan | Duarte, Juan | 9/23/2015 | MDL | 2:15-cv-05222 | Diez-Arguelles & Tejedor, P.A. |
| 41 | Eason, Jack | Eason, Jack | 4/4/2016 | MDL | 2:16-cv-05717 | The Lanier Law Firm |
| | Eason, Jack | Eason, Jack | 5/8/2018 | MDL | 2:18-cv-04680 | Flint Law Firm, LLC |
| 42 | Eberhart, Douglas | Eberhart, Douglas | 3/30/2018 | MDL | 2:18-cv-03438 | Lenze Lawyers, PLC |
| | Eberhart, Douglas | Eberhart, Douglas | 4/6/2018 | MDL | 2:18-cv-03659 | Marc J. Bern & Partners LLP - New York |
| 43 | Etters, Joseph | Etters, Joseph | 5/29/2015 | MDL | 2:15-cv-01831 | Andrus Wagstaff, PC |
| | Etters, Joseph | Etters, Joseph | 1/20/2016 | Philadelphia | 160102397 | Feldman & Pinto, P.C. |
| 44 | Rorick-Evans, Heidi | Evans, Terence Howard | 9/29/2016 | MDL | 2:16-cv-16699 | Cutrone & Associates PC; Haffner Law PC |
| | Evans, Willow | Evans, Terence Howard | 8/4/2017 | MDL | 2:17-cv-07508 | Ferrer, Poirot & Wansbrough |
| 45 | Francisco, Virginia | Francisco, Virginia | 3/10/2016 | MDL | 2:16-cv-02014 | The Levensten Law Firm, P.C. |
| | Francisco, Virginia | Francisco, Virginia | 4/27/2016 | MDL | 2:16-cv-05476 | The Gallagher Law Firm, PLLC |
| 46 | Fulton, Sandra | Fulton, Sandra | 11/16/2017 | MDL | 2:17-cv-12620 | Lieff, Cabraser, Heimann & Bernstein, LLP |
| | Fulton, Sandra | Fulton, Sandra | 1/16/2018 | MDL | 2:18-cv-00529 | Slater, Slater Schulman, LLP |
| 47 | Gamble, Charles | Gamble, Charles | 5/16/2016 | MDL | 2:16-cv-07256 | Murphy Law Firm |
| | Gamble, Lannie | Gamble, Charles | 7/29/2016 | MDL | 2:16-cv-13420 | Bernstein Liebhard LLP |
| 48 | Davis, Kelly | Garrett, Carolyn | 3/24/2017 | MDL | 2:17-cv-02440 | Flint Law Firm, LLC |
| | Vazquez, Wanda | Garrett, Carolyn | 7/6/2017 | MDL | 2:17-cv-06508 | Tamari Law Group, LLC |
| 49 | Gatson, Doris | Gatson, Doris | 4/13/2017 | MDL | 2:17-cv-03417 | Law Offices of Peter G. Angelos, P.C. |
| | Gatson, Doris | Gatson, Doris | 6/15/2018 | MDL | 2:18-cv-05958 | The Potts Law Firm, LLP |
| 50 | Fluitt, Ashlie | Deville-Goodwin, Hattie | 11/12/2015 | MDL | 2:15-cv-05874 | Domengeaux, Wright, Roy, & Edwards, LLC |
| | Goodwin, John | Goodwin, Hattie | 1/30/2015 | MDL | 2:15-cv-00508 | The Law Offices of Derriel C. McCorvey, L.L.C.; Flint & Associates, LLC |
| | Robinson, Ronald L. | Goodwin, Hattie Deville | 12/22/2014 | MDL | 2:14-cv-02904 | Domengeaux, Wright, Roy, & Edwards, LLC |
| 51 | Greer, Judy | Greer, Judy | 12/8/2017 | MDL | 2:17-cv-15978 | Simmons Hanly Conroy |
| | Greer, Judy | Greer, Judy | 3/8/2018 | MDL | 2:18-cv-02475 | The Gallagher Law Firm, PLLC |
| 52 | Hamilton, John | Hamilton, John | 11/4/2016 | Philadelphia | 161004899 | NastLaw LLC |
| | Hamilton, John | Hamilton, John | 12/16/2016 | MDL | 2:16-cv-17539 | Burke Harvey, LLC |
| 53 | Hayes, Dale | Hayes, Dale | 5/19/2016 | MDL | 2:16-cv-10311 | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. |
| | Hayes, Dale | Hayes, Dale | 3/22/2017 | MDL | 2:17-cv-02385 | Andrus Wagstaff, PC |

**Exhibit A**
**Plaintiffs With Duplicate Filed Case**

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | Headley, Helene | Headley, Helene | 5/17/2016 | MDL | 2:16-cv-12686 | The Miller Firm, LLC |
| | Headley, Larry | Headley, Helene | 5/17/2016 | MDL | 2:16-cv-12690 | The Miller Firm, LLC |
| 55 | Henry, Barbara | Henry, Barbara | 3/29/2017 | MDL | 2:17-cv-02667 | The Driscoll Firm, P.C. |
| | Henry, Barbara | Henry, Barbara | 8/1/2017 | MDL | 2:18-cv-00666 | The Driscoll Firm, P.C. |
| 56 | Henry, Mary | Henry, Mary | 5/19/2016 | MDL | 2:16-cv-10390 | Ferrer, Poirot & Wansbrough |
| | Henry, Mary | Henry, Mary | 8/1/2017 | MDL | 2:17-cv-07376 | Salim-Beasley, LLC |
| 57 | Hernandez, Gilbert | Hernandez, Gilbert | 1/14/2016 | MDL | 2:16-cv-07315 | Ferrer, Poirot & Wansbrough |
| | Hernandez, Gilbert | Hernandez, Gilbert | 4/3/2017 | MDL | 2:17-cv-02802 | The Potts Law Firm, LLP |
| 58 | Hodgman, Tamara | Hodgman, Tamara | 8/5/2015 | MDL | 2:15-cv-03849 | Childers, Schlueter & Smith, LLC |
| | Hodgman, Tamara R. | Hodgman, Tamara R. | 8/6/2015 | MDL | 2:15-cv-03973 | Dowd & Dowd, P.C. |
| 59 | Howard, Sharlene | Howard, Sharlene | 3/8/2018 | MDL | 2:18-cv-02486 | The Law Office of L. Paul Mankin |
| | Howard, Sharlene | Howard, Sharlene | 3/22/2018 | MDL | 2:18-cv-03119 | The Law Office of L. Paul Mankin |
| 60 | Ingram, Josie | Ingram, Josie | 2/5/2016 | MDL | 2:16-cv-01068 | Schlichter Bogard & Denton, LLP;#151 |
| | Ingram, Josie F. | Ingram, Josie F. | 7/31/2015 | MDL | 2:15-cv-04473 | Jensen & Associates;#82 |
| 61 | Jacobsen, Joe | Jacobsen, Joe | 5/19/2016 | MDL | 2:16-cv-09113 | Childers, Schlueter & Smith, LLC |
| | Jacobsen, Joe | Jacobsen, Joe | 3/8/2016 | MDL | 2:16-cv-13851 | The Driscoll Firm, P.C. |
| 62 | James, Terry | James, Terry | 11/14/2017 | MDL | 2:17-cv-12476 | The Gallagher Law Firm, PLLC |
| | James, Terry | James, Terry | 3/20/2018 | MDL | 2:18-cv-03009 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| | James, Terry | James, Terry | 4/27/2018 | MDL | 2:18-cv-04376 | Tamari Law Group, LLC |
| 63 | Jasmine, Delashandra | Jasmine, Delashandra | 4/15/2016 | Philadelphia | 160401722 | Ross Feller Casey, LLP |
| | Jasmine, Delashandra | Jasmine, Delashandra | 5/11/2016 | MDL | 2:16-cv-09562 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 64 | Jenkins, Joe | Jenkins, Joe | 8/20/2015 | MDL | 2:15-cv-04018 | Childers, Schlueter & Smith, LLC |
| | Jenkins, Joe F. | Jenkins, Joe F. | 7/1/2015 | MDL | 2:15-cv-04975 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 65 | Jenkins, Dozie | Jenkins, Louis | 11/14/2017 | MDL | 2:17-cv-12470 | The Gallagher Law Firm, PLLC |
| | Jenkins, Dozie | Jenkins, Louis T. | 11/23/2016 | MDL | 2:16-cv-16557 | Frazer Law PLC |
| 66 | Johnson, Cauleen | Johnson, Cauleen | 4/15/2016 | MDL | 2:16-cv-04190 | Flint & Associates, LLC |
| | Johnson, Cauleen L. | Johnson, Cauleen L. | 9/2/2016 | MDL | 2:16-cv-14412 | Law Offices of Charles H. Johnson, PA |
| 67 | Jones, Wanda Rankins | Jones, Curtis L. | 1/14/2016 | MDL | 2:16-cv-01211 | Grant & Eisenhofer P.A. |
| | Rankins-Jones, Wanda | Jones, Curtis L. | 10/31/2017 | MDL | 2:17-cv-11589 | The Driscoll Firm, P.C. |
| 68 | Jones, Viola | Jones, Viola | 9/12/2016 | MDL | 2:16-cv-14625 | Flint Law Firm, LLC |
| | Jones, Charles E. | Jones, Viola Ophler | 7/1/2017 | MDL | 2:17-cv-06426 | Law Office of Christopher K. Johnson, LLC |
| 69 | Kelly, Jewel | Kelly, Jewel | 5/19/2016 | MDL | 2:16-cv-10967 | The Driscoll Firm, P.C. |
| | Kelly, Jewell F. | Kelly, Jewell F. | 10/26/2016 | MDL | 2:16-cv-15873 | Miller Weisbrod, LLP |
| 70 | Kennedy, Neil | Kennedy, Neil | 6/24/2015 | MDL | 2:15-cv-02389 | Burke Harvey, LLC |
| | Kennedy, Neil B. | Kennedy, Neil B. | 12/29/2016 | MDL | 2:16-cv-17862 | Law Offices of Charles H. Johnson, PA |
| 71 | Korkhouse, Warren | Korkhouse, Warren | 5/19/2016 | MDL | 2:16-cv-10081 | The Gallagher Law Firm, PLLC |
| | Korkhouse, Warren L. | Korkhouse, Warren L. | 3/30/2016 | MDL | 2:16-cv-06179 | Law Offices of Charles H. Johnson, PA |
| 72 | Kuriata, John | Kuriata, John | 8/11/2015 | MDL | 2:15-cv-03742 | Meyers & Flowers, LLC |

**Exhibit A**
**Plaintiffs With Duplicate Filed Case**

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | Kuriata, John | Kuriata, John | 1/22/2016 | MDL | 2:16-cv-02300 | Law Offices of Charles H. Johnson, PA |
| 73 | Lafferty, Nancy | Lafferty, Nancy | 3/2/2018 | MDL | 2:18-cv-02270 | Slater, Slater Schulman, LLP |
|  | Lafferty, Nancy | Lafferty, Nancy | 3/6/2018 | MDL | 2:18-cv-02404 | Van Wey Law, PLLC |
| 74 | Lahendro, Brenda | Lahendro, Brenda | 5/25/2016 | MDL | 2:16-cv-06993 | Burg Simpson Eldredge Hersh & Jardine, P.C. |
|  | Lahendro, Brenda | Lahendro, Brenda | 7/12/2016 | Philadelphia | 160700793 | Levin Fishbein Sedran & Berman |
| 75 | Latham, Johnny | Latham, Johnny | 6/17/2015 | MDL | 2:15-cv-05666 | Wagstaff & Cartmell, LLP |
|  | Latham, Johnny | Latham, Johnny | 5/20/2016 | MDL | 2:16-cv-13706 | Kelly & Ferraro LLP |
| 76 | LeBlue, Doris | LeBlue, Doris | 11/9/2015 | MDL | 2:15-cv-05771 | Chaffin Luhana LLP |
|  | LeBlue, Doris | LeBlue, Doris | 2/16/2016 | MDL | 2:16-cv-01738 | Childers, Schlueter & Smith, LLC |
| 77 | Leischner, Delores L. | Leischner, Delores L. | 12/18/2014 | MDL | 2:14-cv-02888 | Aylstock, Witkin, Kreis & Overholtz PLLC |
|  | Leischner, Delores L. | Leischner, Delores L. | 4/18/2018 | MDL | 2:18-cv-04050 | Law Office of Christopher K. Johnston, LLC |
| 78 | Lewis, Josephine  KY | Lewis, Josephine  KY | 6/3/2015 | MDL | 2:15-cv-02168 | Peterson & Associates, P.C. |
|  | Lewis, Josephine W. KY | Lewis, Josephine W.  KY | 8/26/2015 | MDL | 2:15-cv-03817 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 79 | Lightbourn, Sandra | Lightbourn, Sandra | 10/19/2017 | MDL | 2:17-cv-10884 | Marc J. Bern & Partners LLP - New York |
|  | Lightbourn, Sandra | Lightbourn, Sandra | 11/1/2017 | MDL | 2:17-cv-11632 | Napoli Shkolnik, PLLC |
| 80 | Longo, Marie | Longo, Marie | 5/20/2016 | MDL | 2:16-cv-12847 | Nemeroff Law Firm |
|  | Longo, Marie | Longo, Marie | 1/22/2018 | MDL | 2:18-cv-00651 | Douglas & London, P.C. |
| 81 | Lowerison, Vickie | Lowerison, Vickie | 4/28/2016 | MDL | 2:16-cv-06841 | Napoli Shkolnik, PLLC |
|  | Lowerison, Victoria | Lowerison, Victoria | 5/20/2016 | MDL | 2:16-cv-09568 | Johnson Law Group |
| 82 | Lundy, Barbara | Lundy, Barbara | 9/15/2016 | MDL | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP |
|  | Andrews, Richard | Lundy, Barbara | 3/10/2017 | MDL | 2:17-cv-02044 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 83 | Lydard, Vicki | Lydard, Vicki | 5/6/2016 | MDL | 2:16-cv-08338 | The Gallagher Law Firm, PLLC |
|  | Lydard, Vicki Lynn | Lydard, Vicki Lynn | 2/26/2016 | MDL | 2:16-cv-02139 | Monsour Law Firm |
| 84 | Marks, Robert | Marks, Robert | 9/25/2017 | Philadelphia | 170902722 | Ross Feller Casey, LLP |
|  | Marks, Robert | Marks, Robert | 9/29/2017 | MDL | 2:17-cv-09902 | The Driscoll Firm, P.C. |
|  | Marks, Robert | Marks, Robert | 3/14/2018 | Philadelphia | 180301640 | Lopez McHugh LLP |
| 85 | Marshall, Wylamerle (Duplicate 1) | Marshall, Wylamerle (Duplicate 1) | 5/20/2016 | MDL | 2:16-cv-10889 | Slater Slater Schulman LLP |
|  | Marshall, Wylamerle G. (Duplicate 2) | Marshall, Wylamerle G. (Duplicate 2) | 4/18/2018 | MDL | 2:18-cv-04052 | Law Office of Christopher K. Johnston, LLC |
| 86 | Mathews, Pedridra | Mathews, Pedridra | 8/3/2015 | MDL | 2:15-cv-04281 | Hilliard Munoz Gonzales LLP |
|  | Mathews, Pedridra | Mathews, Pedridra | 5/19/2016 | MDL | 2:16-cv-11341 | The Driscoll Firm, P.C. |
| 87 | Mattheis, Monica | Mattheis, Monica | 12/16/2016 | MDL | 2:16-cv-17517 | Peiffer Rosca Wolf Abdullah Carr & Kane |
|  | Mattheis, Monica | Mattheis, Monica | 1/29/2018 | Philadelphia | 180104911 | Stark & Stark |

**Exhibit A**
**Plaintiffs With Duplicate Filed Case**

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | Mayhew, Lawrence | Mayhew, Kathleen J. | 5/19/2016 | MDL | 2:16-cv-11391 | Milstein Jackson Fairchild & Wade, LLP; The Michael Brady Lynch Firm |
| | Mayhew, Lawrence | Mayhew, Kathleen J. | 12/20/2017 | MDL | 2:17-cv-17608 | The Driscoll Firm, P.C. |
| 89 | Owens, Andrew | Mays, Doris | 9/29/2016 | MDL | 2:16-cv-15065 | Jones Ward PLC |
| | Owens, Andrew | Mays, Doris | 10/24/2016 | MDL | 2:16-cv-15800 | Jones Ward PLC |
| 90 | McCoy, Wandaline | McCoy, Wandaline | 1/13/2016 | MDL | 2:16-cv-00411 | Ferrer, Poirot & Wansbrough |
| | McCoy, Wandaline | McCoy, Wandaline | 5/20/2016 | MDL | 2:16-cv-12878 | Fears Nachawati, PLLC |
| 91 | McDonald, Arthur K. | McDonald, Arthur K. | 5/3/2017 | MDL | 2:17-cv-04622 | Law Office of Christopher K. Johnston, LLC |
| | McDonald, Arthur K. | McDonald, Arthur K. | 1/19/2018 | MDL | 2:18-cv-00590 | Guajardo & Marks, LLP |
| 92 | McDowell, Silas L. | McDowell, Silas L. | 5/19/2016 | MDL | 2:16-cv-12125 | Van Wey Law, PLLC |
| | McDowell, Silas L. | McDowell, Silas L. | 4/25/2017 | MDL | 2:17-cv-03987 | The Schlemmer Firm, LLC |
| 93 | Meyers, Mary | Meyers, Mary | 5/18/2016 | MDL | 2:16-cv-09887 | Slater, Slater Schulman, LLP |
| | Meyers, Jonah | Meyers, Mary Jane | 11/15/2017 | MDL | 2:17-cv-12530 | The Gallagher Law Firm, PLLC |
| 94 | Minfield, Africa | Minfield, Africa | 4/15/2016 | MDL | 2:16-cv-04192 | Flint & Associates, LLC |
| | Minfield, Africa | Minfield, Africa | 5/17/2016 | MDL | 2:16-cv-07686 | Ferrer, Poirot & Wansbrough |
| 95 | Molokwu, Christopher | Molokwu, Christopher | 3/8/2018 | MDL | 2:18-cv-02486 | The Law Office of L. Paul Mankin |
| | Molokwu, Christopher | Molokwu, Christopher | 3/22/2018 | MDL | 2:18-cv-03132 | Law Office of L. Paul Mankin |
| 96 | Morgan, Meril | Morgan, Meril | 10/29/2015 | MDL | 2:15-cv-05913 | Jackson Allen & Williams, LLP |
| | Isadore, Anthony | Morgan, Meril | 12/18/2015 | MDL | 2:15-cv-06945 | Miller Weisbrod, LLP |
| 97 | Moss, Udellar | Moss, Udellar | 5/19/2016 | MDL | 2:16-cv-08721 | Ferrer, Poirot & Wansbrough |
| | Moss, Udellar | Moss, Udellar | 6/2/2017 | MDL | 2:17-cv-05520 | Law Office of Christopher K. Johnston, LLC |
| 98 | Nielson, Valerie Jean | Nielson, Valerie Jean | 3/8/2018 | MDL | 2:18-cv-02486 | The Law Office of L. Paul Mankin |
| | Nielson, Valerie Jean | Nielson, Valerie Jean | 3/22/2018 | MDL | 2:18-cv-03134 | Law Office of L. Paul Mankin |
| 99 | Oakley, Leslie | Oakley, Leslie | 5/13/2016 | MDL | 2:16-cv-13308 | Law Offices of Charles H. Johnson, PA |
| | Oakley, Leslie | Oakley, Leslie | 7/19/2017 | MDL | 2:17-cv-09412 | Douglas & London, P.C. |
| 100 | O'Neal, Bessie | O'Neal, Bessie | 10/27/2015 | MDL | 2:15-cv-05886 | The Maher Law Firm |
| | O'Neal, Bessie | O'Neal, Bessie | 5/16/2016 | MDL | 2:16-cv-07585 | Murphy Law Firm |
| 101 | Ortiz, Amanda | Ortiz, Amanda | 12/8/2017 | MDL | 2:17-cv-16025 | The Potts Law Firm, LLP |
| | Ortiz, Amanda | Ortiz, Amanda | 2/28/2018 | MDL | 2:18-cv-02131 | The Driscoll Firm, P.C. |
| 102 | Parsons, Maurice | Parsons, Maurice | 4/13/2016 | MDL | 2:16-cv-03475 | The Mulligan Law Firm |
| | Parsons, Maurice E. | Parsons, Maurice E. | 5/25/2017 | MDL | 2:17-cv-05197 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. |
| 103 | Peach, Christina | Peach, Christina | 4/27/2016 | MDL | 2:16-cv-05583 | The Gallagher Law Firm, PLLC |
| | Peach, Christina Kaeding | Peach, Christina Kaeding | 10/23/2015 | MDL | 2:15-cv-05411 | Shaw Cowart, LLP |
| 104 | Pearson, Gary | Pearson, Gary | 12/14/2015 | MDL | 2:15-cv-07046 | Zeccola & Selinger, LLC |
| | Pearson, Gary | Pearson, Gary | 5/17/2016 | MDL | 2:16-cv-08208 | Brown and Crouppen, P.C. |
| 105 | Peglow, Gary | Peglow, Gary | 1/24/2017 | MDL | 2:17-cv-00564 | Meyers & Flowers, LLC |

**Exhibit A**
**Plaintiffs With Duplicate Filed Case**

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | Peglow, Gary | Peglow, Gary | 10/20/2017 | MDL | 2:17-cv-10957 | Reich & Binstock |
| 106 | Peppers, Robert | Peppers, Robert | 12/12/2016 | MDL | 2:16-cv-17118 | Heninger Garrison Davis, LLC |
|  | Peppers, Robert | Peppers, Robert | 2/22/2018 | MDL | 2:18-cv-01881 | Ury & Moskow, LLC |
| 107 | Perkins, Thomas | Perkins, Thomas | 4/5/2017 | MDL | 2:17-cv-02888 | Flint Law Firm, LLC |
|  | Perkins, Thomas E., Jr. | Perkins, Thomas E., Jr. | 3/22/2017 | MDL | 2:17-cv-02386 | Stanley Law Group |
| 108 | Phillips, Marion | Phillips, Donnie | 5/19/2016 | MDL | 2:16-cv-08123 | Flint Law Firm, LLC |
|  | Phillips, Marion | Phillips, Donnie | 4/20/2017 | MDL | 2:17-cv-03697 | Dugan Law Firm, PLC |
| 109 | Pittman, Memphis | Pittman, Memphis | 5/19/2016 | MDL | 2:16-cv-08385 | Monsour Law Firm |
|  | Pittman, Geraldine | Pittman, Memphis | 12/7/2017 | MDL | 2:17-cv-15562 | Law Office of Christopher K. Johnston, LLC |
| 110 | Pope, William | Pope, William | 8/31/2015 | MDL | 2:15-cv-04481 | Burke Harvey, LLC; Crumley Roberts |
|  | Pope, William | Pope, William | 6/27/2018 | MDL | 2:18-cv-06279 | Morgan & Morgan Complex Litigation Group |
| 111 | Premo, Karen | Premo, Karen | 12/28/2016 | Philadelphia | 161203009 | NastLaw LLC |
|  | Premo, Karen A. | Premo, Karen A. | 5/17/2016 | MDL | 2:16-cv-13334 | Law Offices of Charles H. Johnson, PA |
| 112 | Putnam, James | Putnam, James | 5/18/2016 | MDL | 2:16-cv-08589 | Ferrer, Poirot & Wansbrough |
|  | Putnam, James S. | Putnam, James S. | 5/1/2017 | MDL | 2:17-cv-04423 | Law Office of Christopher K. Johnston, LLC |
| 113 | Regan, Bessie | Regan, Bessie | 4/4/2017 | MDL | 2:17-cv-02861 | Richardson, Patrick, Westbrook & Brickman, LLC |
|  | Regan, Bessie | Regan, Bessie | 3/13/2018 | MDL | 2:18-cv-02647 | The Gallagher Law Firm, PLLC |
| 114 | Rhinehart, Ollie | Rhinehart, Ollie | 9/25/2015 | MDL | 2:15-cv-05311 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
|  | Rhinehart, Ollie | Rhinehart, Ollie | 4/29/2016 | MDL | 2:16-cv-08111 | The Driscoll Firm, P.C. |
| 115 | Richey, Evan | Richey, Evan | 3/11/2015 | Philadelphia | 150301526 | Napoli Bern Ripka Shkolnik, LLP |
|  | Richey, Evan | Richey, Evan | 7/20/2015 | MDL | 2:15-cv-06629 | Gori Julian & Associates, P.C. |
| 116 | Ripley, Richard | Ripley, Richard | 11/19/2015 | MDL | 2:16-cv-01584 | Osborne & Associates Law Firm, P.A. |
|  | Ripley, Richard | Ripley, Richard | 4/7/2016 | MDL | 2:16-cv-03222 | Monsour Law Firm |
| 117 | Rivers, John | Rivers, John | 3/22/2016 | MDL | 2:16-cv-02891 | Flint Law Firm, LLC |
|  | Rivers, John | Rivers, John | 4/27/2017 | MDL | 2:17-cv-04126 | Wagstaff & Cartmell, LLP |
| 118 | Roberts, Lorie | Roberts, Lorie | 11/2/2017 | MDL | 2:17-cv-11728 | Tamari Law Group, LLC |
|  | Roberts, Lorie | Roberts, Lorie | 12/6/2017 | Philadelphia | 171200440 | Lopez McHugh LLP |
| 119 | Rodriguez, Amelia | Rodriguez, Amelia | 10/12/2017 | MDL | 2:17-cv-10591 | Napoli Shkolnik, PLLC |
|  | Rodriguez, Amelia | Rodriguez, Amelia | 1/18/2018 | MDL | 2:18-cv-00558 | Douglas & London, P.C. |
| 120 | Rogers, Veronica | Rogers, Veronica | 12/1/2017 | MDL | 2:17-cv-14075 | Fernelius Simon PLLC |
|  | Rogers-Martin, Lillian | Rogers, Veronica | 4/20/2018 | MDL | 2:18-cv-04119 | Fernelius Simon PLLC |
| 121 | Rush, Janet | Rush, Janet | 5/17/2016 | MDL | 2:16-cv-12697 | The Miller Firm, LLC |
|  | Rush, Dale | Rush, Janet | 5/17/2016 | MDL | 2:16-cv-12700 | The Miller Firm, LLC |
| 122 | Savant, Helen | Savant, Helen | 2/5/2018 | MDL | 2:18-cv-01139 | Morgan & Morgan Complex Litigation Group |
|  | Savant, Helen T. | Savant, Helen T. | 2/20/2018 | MDL | 2:18-cv-01723 | Richardson, Patrick, Westbrook & Brickman, LLC |
| 123 | Reichenbach, Christel | Schaffrath, Nancy | 5/19/2016 | MDL | 2:16-cv-11845 | The Driscoll Firm, P.C. |

**Exhibit A**
**Plaintiffs With Duplicate Filed Case**

|     |     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- | --- |
|     | Reichenbach, Christel | Schaffrath, Nancy | 12/15/2017 | MDL | 2:17-cv-17351 | The Driscoll Firm, P.C. |
| 124 | Schlemlein, Arlene | Schlemlein, Arlene | 6/1/2018 | MDL | 2:18-cv-05568 | Stern Law, PLLC |
|     | Schlemlein, Arlene Hazel | Schlemlein, Arlene Hazel | 5/24/2018 | MDL | 2:18-cv-05298 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 125 | Scioli, Joseph | Scioli, Joseph | 5/16/2016 | MDL | 2:16-cv-08298 | The Cochran Firm Birmingham, P.C.; Jacoby & Meyers, LLC |
|     | Scioli, Joseph | Scioli, Joseph | 5/1/2018 | MDL | 2:18-cv-04487 | Monsour Law Firm |
| 126 | Scott, Alberta | Scott, Alberta | 12/23/2016 | MDL | 2:16-cv-17780 | Reich & Binstock |
|     | Scott, Alberta | Scott, Alberta | 3/30/2017 | MDL | 2:17-cv-02722 | Miller Weisbrod, LLP |
| 127 | Shaver, Thomas | Shaver, Thomas | 11/5/2015 | MDL | 2:15-cv-07047 | Kirkendall Dwyer LLP |
|     | Shaver, Thomas Joe | Shaver, Thomas Joe | 5/19/2016 | MDL | 2:16-cv-06571 | Marc Whitehead & Associates |
| 128 | Shelnutt, Larry | Shelnutt, Larry | 2/26/2016 | MDL | 2:16-cv-01862 | Ferrer, Poirot & Wansbrough |
|     | Shelnutt, Larry | Shelnutt, Larry | 2/12/2018 | MDL | 2:18-cv-01405 | Flint Law Firm, LLC |
| 129 | Smith, Charles | Smith, Charles | 11/10/2016 | MDL | 2:16-cv-16271 | Simmons Hanly Conroy |
|     | Smith, Charles | Smith, Charles | 11/17/2016 | MDL | 2:16-cv-16423 | Comeaux Law Firm; Murphy Law Firm |
|     | Smith, Charles | Smith, Charles | 12/12/2016 | MDL | 2:16-cv-17079 | The Gallagher Law Firm, PLLC |
| 130 | Sommerville, Debra | Sommerville, Debra | 2/28/2018 | MDL | 2:18-cv-02111 | Flint Law Firm, LLC |
|     | Sommerville, Debra | Sommerville, Debra | 4/11/2018 | MDL | 2:18-cv-03835 | Stern Law, PLLC |
| 131 | Stauddy, Bobby | Stauddy, Bobby | 2/28/2017 | MDL | 2:17-cv-07568 | The Driscoll Firm, P.C. |
|     | Stauddy, Bobby | Stauddy, Bobby | 3/21/2017 | MDL | 2:17-cv-02336 | Wexler Wallace LLP |
| 132 | Thompson, Joanne | Thompson, Joanne | 1/14/2016 | MDL | 2:16-cv-07327 | Ferrer, Poirot & Wansbrough |
|     | Thompson, Joanne | Thompson, Joanne | 5/16/2016 | MDL | 2:16-cv-08295 | The Cochran Firm Birmingham, P.C.; Jacoby & Meyers, LLC |
| 133 | Todorovic, Branko | Todorovic, Rayko Ivan | 11/22/2017 | MDL | 2:17-cv-13130 | Matthews & Associates |
|     | Todorovic, Nedeljko | Todorovic, Rayko Ivan | 11/28/2017 | MDL | 2:17-cv-13516 | Baron & Budd, P.C. |
| 134 | Viens, Henry | Viens, Henry | 11/24/2015 | MDL | 2:15-cv-07060 | Douglas & London, P.C. |
|     | Viens, Henry | Viens, Henry | 5/20/2016 | MDL | 2:16-cv-12946 | Fears Nachawati, PLLC |
| 135 | Walker, Curtis | Walker, Linda | 5/18/2016 | MDL | 2:16-cv-09558 | The Driscoll Firm, P.C. |
|     | Walker, Curtis | Walker, Linda | 8/30/2016 | MDL | 2:16-cv-14272 | Comeaux Law Firm; Murphy Law Firm |
| 136 | Warren, Jerry | Warren, Jerry | 5/19/2016 | MDL | 2:16-cv-13879 | Lenze Lawyers, PLC |
|     | Warren, Jerry A. | Warren, Jerry A. | 3/24/2016 | MDL | 2:16-cv-15832 | Sill Law Group, PLLC |
| 137 | Warren, Leona | Warren, Leona | 1/16/2018 | MDL | 2:18-cv-00508 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
|     | Warren, Leona | Warren, Leona | 1/19/2018 | MDL | 2:18-cv-00615 | Douglas & London, P.C. |
| 138 | Weaver, Sandra | Weaver, Sandra | 3/21/2018 | MDL | 2:18-cv-03034 | Kirkendall Dwyer LLP |
|     | Weaver, Sandra | Weaver, Sandra | 5/30/2018 | MDL | 2:18-cv-05443 | Slater, Slater Schulman, LLP |
| 139 | Hines, Ruby | White, Kenneth | 4/18/2016 | Philadelphia | 160401819 | Levin Fishbein Sedran & Berman |
|     | Hines, Ruby | White, Kenneth | 6/20/2016 | MDL | 2:16-cv-17148 | The Driscoll Firm, P.C. |
| 140 | Wilson, Tonya | Wilson, Elvira | 1/15/2016 | MDL | 2:16-cv-00649 | Simmons Hanly Conroy |
|     | Wilson, Tonya | Wilson, Elvira | 3/1/2017 | MDL | 2:17-cv-01784 | Burke Harvey, LLC; Crumley Roberts |
|     | Wilson, Tonya | Wilson, Elvira | 3/8/2017 | MDL | 2:17-cv-01955 | Wexler Wallace LLP |
| 141 | Wilson, Subaskin | Wilson, Subaskin | 5/19/2016 | MDL | 2:16-cv-11177 | Ferrer, Poirot & Wansbrough |
|     | Wilson, Subaskin | Wilson, Subaskin | 6/13/2018 | Philadelphia | 180601390 | Lopez McHugh LLP |
| 142 | Young, Isaac | Young, Isaac | 5/17/2016 | MDL | 2:16-cv-08175 | Ferrer, Poirot & Wansbrough |
|     | Young, Isaac | Young, Isaac | 3/14/2018 | MDL | 2:18-cv-02702 | Douglas & London, P.C. |

**Exhibit A**
**Plaintiffs With Duplicate Filed Case**

| | | | | | | |
|---|---|---|---|---|---|---|
| 143 | Young, Sidney | Young, Sidney | 2/29/2016 | MDL | 2:17-cv-07569 | Brown and Crouppen, P.C.; Douglas & London, P.C. |
| | Young, Sidney, Dr. | Young, Sidney, Dr. | 9/27/2017 | MDL | 2:17-cv-09720 | Burns Charest LLP |