UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | : : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FILED
DUPLICATE CASES IN MDL NO. 2592

Plaintiffs on the attached Exhibit A have filed more than one lawsuit regarding the medication Xarelto®, which are currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Plaintiffs cannot have two cases pending in this litigation. Those Plaintiffs should be ordered to show cause at 9:00 a.m. on September 5, 2018, before the Court as to why the duplicate filed-case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 9:00 a.m. on September 5, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge