UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION:   L |
| PATSY R. DAVIS | JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Civil Case No. 2:15-cv-05596-EEF-MBN | |

**MOTION TO SUBSTITUTE AND AMEND COMPLAINT**

Counsel for Plaintiff Patsy R. Davis respectfully moves this Court to substitute Carol Saunders as the Independent Administrator for the Estate of Patsy R. Davis, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Patsy R. Davis' case was filed in a joint complaint on or about October 22, 2015. (*Rita I. Campagnari, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:15-cv-05383).

2. On October 30, 2015 a short form complaint was filed on her behalf. (*Patsy R. Davis v. Janssen Research & Development, LLC, et al*; Case No. 2:15-cv-05596).

3. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about November 16, 2015, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

1

   b. On or about November 24, 2015, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

   c. Defendants Johnson & Johnson, Janssen Ortho, Janssen Pharmaceuticals, and Janssen Research & Development, LLC were served on or about December 2, 2015 by executing waivers of service, pursuant to Federal Rule of Civil Procedure 4(d)(1).

4. Subsequently, Plaintiff Patsy R. Davis passed away on June 18, 2016.

5. Patsy R. Davis' action against Defendants survives her death and is not extinguished.

6. Plaintiff's counsel filed the Notice and Suggestion of Death on August 7, 2018, attached hereto as "Exhibit A."

7. Pursuant to Federal Rules of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. Carol Saunders, as the appointed Independent Administrator of the Estate of Patsy R. Davis by the County Court of Wood County, Texas, and the surviving child of Patsy R. Davis, is a proper party and has proper capacity to proceed forward with the action against Defendants.

8. Plaintiff thus moves to substitute Carol Saunders, as Independent Administrator for the Estate of Patsy R. Davis, Deceased, as Plaintiff in the present action.

9. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiff (specifically Carol Saunders, Independent Administrator for the Estate of Patsy R. Davis, Deceased) and to update and include

information, allegations and actions within the Complaint to reflect that Plaintiff Patsy R. Davis is now deceased.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

**WHEREFORE**, Counsel for Plaintiff, Patsy R. Davis, respectfully request the Court grant Plaintiff's Motion to Substitute Carol Saunders, as the Independent Administrator for the Estate of Patsy R. Davis, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto as "Exhibit B," into the record for this matter.

DATED:  August 10, 2018

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff

4