# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>PATSY R. DAVIS<br><br>Civil Case No. 2:15-cv-05596-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by counsel for Carol Saunders as Independent Administrator for the Estate of Patsy R. Davis, Deceased, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

SIGNED this _____ day of _____, 2018.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff