# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>PATSY R. DAVIS<br><br>Civil Case No. 2:15-cv-05596-EEF-MBN | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiff Patsy R. Davis, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff Patsy R. Davis. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to File an Amended Complaint will be filed by Carol Saunders as Independent Administrator for the Estate of Patsy R. Davis, Deceased.

DATED:  August 9, 2018

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By:     s/ *Emanuella J. Paulos*
           Emanuella J. Paulos
           Attorney for Plaintiff
