UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>WILMA JEAN FRALEY,<br><br>Civil Case No. 2:15-cv-02261-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**MOTION TOSUBSTITUTE AND AMEND COMPLAINT**

Counsel for Plaintiff Wilma Jean Fraley respectfully moves this Court to substitute Kenneth Isaac McKenzie as the Executor for the Estate of Wilma Jean Fraley, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Wilma Jean Fraley's case was filed in a joint complaint against Defendants on June 15, 2015. (*Anita Anderson, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:15-cv-02110).

2. On June 22, 2015 a short form complaint was filed on her behalf. (*Wilma Jean Fraley v. Janssen Research & Development, LLC, et al*; Case No. 2:15-cv-02261).

3. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about June 29, 2015, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

1

    b. On or about July 13, 2015, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

    c. Defendants Johnson & Johnson, Janssen Pharmaceuticals, and Janssen Research & Development, LLC were served on or about July 27, 2015 by executing waivers of service, pursuant to Federal Rule of Civil Procedure 4(d)(1).

    d. Defendant Janssen Ortho, was served on or about August 25, 2015 by executing waivers of service, pursuant to Federal Rule of Civil Procedure 4(d)(1).

4. Subsequently, Plaintiff Wilma Jean Fraley passed away on January 13, 2017.

5. Wilma Jean Fraley's action against Defendants survives her death and is not extinguished.

6. Plaintiff's counsel filed the Notice and Suggestion of Death on August 7, 2018, attached hereto as "Exhibit A."

7. Pursuant to Federal Rules of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. Kenneth Isaac McKenzie, as the appointed Executor of the Estate of Wilma Jean Fraley by the Boyd County District Court, Kentucky, and the spouse of Plaintiff Wilma Jean Fraley, is a proper party and has proper capacity to proceed forward with the action against Defendants.

8. Plaintiff thus moves to substitute Kenneth Isaac McKenzie, as Executor for the Estate of Wilma Jean Fraley, Deceased, as Plaintiff in the present action.

9. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiff (specifically Kenneth Isaac McKenzie, Executor

for the Estate of Wilma Jean Fraley, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Wilma Jean Fraley is now deceased.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

**WHEREFORE**, Counsel for Plaintiff, Wilma Jean Fraley, respectfully requests the Court grant Plaintiff's Motion to Substitute Kenneth Isaac McKenzie, as the Executor for the Estate of Wilma Jean Fraley, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto as "Exhibit B", into the record for this matter.

DATED: August 10, 2018

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff