UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>BARBARA H. BRADLEY,<br><br>Civil Case No. 2:16-cv-06783-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE AND AMEND COMPLAINT

Counsel for Plaintiff Barbara H. Bradley respectfully moves this Court to substitute James P. Bradley Jr., the surviving child, as the Executor for the Estate of Barbara H. Bradley, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Barbara H. Bradley's case was filed in a joint complaint against Defendants on May 2, 2016. (*Sherri L. Ansaldua, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-04054).

2. On May 20, 2016 a short form complaint was filed on her behalf. (*Barbara H. Bradley v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-06783).

3. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about June 14, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

1

    b. On or about June 3, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

    c. Defendants Johnson & Johnson, Janssen Ortho, Janssen Pharmaceuticals, and Janssen Research & Development, LLC were served on or about June 16, 2016 by executing waivers of service, pursuant to Federal Rule of Civil Procedure 4(d)(1).

4. Subsequently, Plaintiff Barbara H. Bradley passed away on August 14, 2016.

5. Barbara H. Bradley's action against Defendants survives her death and is not extinguished.

6. Plaintiff's counsel filed the Notice and Suggestion of Death on August 7, 2018, attached hereto as "Exhibit A."

7. Pursuant to Federal Rules of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." James P. Bradley Jr., as the appointed Executor of the Estate of Barbara H. Bradley by the Circuit Court of Fairfax County, Virginia, and the surviving child of Plaintiff Barbara H. Bradley, is a proper party and has proper capacity to proceed forward with the action against the Defendants.

8. Plaintiff thus moves to substitute James P. Bradley Jr., as Executor for the Estate of Barbara H. Bradley, Deceased, as Plaintiff in the present action.

9. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiff (specifically James P. Bradley Jr., Executor for the Estate of Barbara H. Bradley, Deceased) and to update and include information,

allegations and actions within the Complaint to reflect that Plaintiff Barbara H. Bradley is now deceased.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

**WHEREFORE**, Counsel for Plaintiff, Barbara H. Bradley, respectfully requests the Court grant Plaintiff's Motion to Substitute James P. Bradley Jr., as the Executor for the Estate of Barbara H. Bradley, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto as "Exhibit B", into the record for this matter.

DATED: August 10, 2018

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff