**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |

THIS DOCUMENT RELATES TO

Miller v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-09580**

Cawthon v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-11083**

Banks v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-12780**

Blankenship v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-13982**

Blow v. Janssen Research & Development LLC et. al.
**Civil Action No 2:16-cv-14786**

Shutters v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-14506**

White v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-13787**

Kremer v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-15241**

## **ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Roger Orlando is allowed to

enroll and is hereby enrolled as co-counsel of record in the above- entitled and numbered actions.

New Orleans, Louisiana this _____ day of _____, 2018.

_____

United States District Judge