# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 <br> ) <br> ) SECTION L <br> ) JUDGE ELDON E. FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) |

THIS DOCUMENT RELATES TO

Miller v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-09580**

Cawthon v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-11083**

Banks v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-12780**

Blankenship v. Janssen Research & Development LLC et. al.
**Civil Action No**. **2:16-cv-13982**

Blow v. Janssen Research & Development LLC et. al.
**Civil Action No 2:16-cv-14786**

Shutters v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-14506**

White v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-13787**

Kremer v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-15241**

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

Plaintiffs in the numbered cases consent to the enrollment of Roger Orlando as co-counsel of record in the above entitled and numbered actions.

WHEREFORE, it is requested that the Court grant this motion.

Dated this 10th day of August, 2018.

                                    Respectfully submitted,

                                    <u>/s/ Patrick Fennell</u>
                                    Patrick Fennell, Esq.
                                    P.O. Box 12325
                                    Roanoke, VA 24024
                                    (540) 339-3889
                                    patrick@fmtrials.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO

Miller v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-09580**

Cawthon v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-11083**

Banks v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-12780**

Blankenship v. Janssen Research & Development LLC et. al.
**Civil Action No**. **2:16-cv-13982**

Blow v. Janssen Research & Development LLC et. al.
**Civil Action No 2:16-cv-14786**

Shutters v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-14506**

White v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-13787**

Kremer v. Janssen Research & Development LLC et. al.
**Civil Action No. 2:16-cv-15241**

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all opposing counsel in the foregoing matter with **MOTION TO ENROLL** via the electronic filing system this 10th day of August, 2018.

Respectfully submitted,

/s/ Patrick Fennell
Patrick Fennell, Esq.
P.O. Box 12325
Roanoke, VA 24024
(540) 339-3889
patrick@fmtrials.com

.