UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)

THIS DOCUMENT RELATES TO:

Kenneth Goodwin v.  Janssen Research & Development LLC /f/k/a et al.   16 cv 01238

_____
                                                                    )
PRODUCTS LIABILITY LITIGATION MDL No. 2592   )
                                                                    )
KENNETH GOODWIN,                                    )
    Plaintiff                                                       )
                                                                    )
v.                                                                  )
                                                                    )
JANSSEN RESEARCH & DEVELOPMENT LLC    )
f/k/a JOHNSON & JOHNSON, et al;                     )
    Defendants                                                   )
_____)

# Motion to Dismiss and Waive Filing Fee

    Now comes counsel for Kenneth Goodwin and moves to dismiss case 16 cv 01238 and to waive the filing fee in this matter.

    Counsel in this case filed suit in this matter on January 13, 2016 on behalf of Kenneth Goodwin, 16 cv 01238.

    Unbeknownst to counsel, claims for the same injuries had been previously filed on behalf of Kenneth Goodwin in this Xarelto MDL, see 15 cv 06883.

    A Stipulation of Dismissal has been jointly filed by the parties, see 2:14-md-02592, Document 9681, Filed 05/29/18.

    Counsel respectfully moves that the filing fee be waived and that this case be dismissed.

2

                                                    Respectfully submitted:

August 11, 2018                         /s/ Thomas T. Merrigan
                                                 Attorney for Plaintiff
                                                 Thomas T. Merrigan, BBO # 343480
                                                 tom@sweeneymerrigan.com

                                                 Peter M. Merrigan, BBO # 673272
                                                 peter@sweeneymerrigan.com

                                                 Jonathan Tucker Merrigan, BBO # 681627
                                                 tucker@sweeneymerrigan.com

                                                 SWEENEY MERRIGAN LAW
                                                 268 Summer Street, LL Boston, MA  O2210
                                                 617 391 9001 (telephone)
                                                 617 357 9001 (facsimile)