UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)

THIS DOCUMENT RELATES TO:

Kenneth Goodwin v. Janssen Research & Development LLC /f/k/a et al. 16 cv 01238

| | |
|---|---|
| PRODUCTS LIABILITY LITIGATION MDL No. 2592 | ) ) ) |
| KENNETH GOODWIN,<br>        Plaintiff | ) ) ) |
| v. | ) ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC<br>f/k/a JOHNSON & JOHNSON, et al;<br>        Defendants | ) ) ) ) |

## ORDER

The filing fee is this matter is waived.

Case 16 cv 01238 is hereby dismissed.

_____
**Hon. Eldon E. Fallon**
**District Judge**