# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) |
| THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON EXHIBIT A | ) SECTION: L ) JUDGE: ELDON E. FALLON ) MAG. JUDGE MICHAEL NORTH |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiffs respectfully request that attorney Charlotte A. Gulewicz be enrolled as co-counsel of record in the actions listed on Exhibit A.

Wherefore, it is requested that the Court grant this motion.

Dated this 13th day of August, 2018.

Respectfully submitted,

**/s/ Matthew R. McCarley**
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**Fears Nachawati, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

**Charlotte A. Gulewicz**
Texas Bar No. 24094692
charlotte@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

**/S/ MATTHEW R. MCCARLEY**
Matthew R. McCarley
