**EXHIBIT A**

| Civil Case Action Number | Case Caption |
|---|---|
| 2:15-cv-04293 | Roberts v. Janssen Research & Development LLC et al |
| 2:15-cv-04287 | Vernon Rhodes and Lytha Rhodes v. Janssen Research & Development LLC et al |
| 2:15-cv-04205 | John Howard and Cecelia Howard v. Janssen Research & Development LLC et al |
| 2:15-cv-04096 | Theresa Boyle v. Janssen Research & Development LLC et al |
| 2:15-cv-04105 | Tina Brown and Randy Brown v. Janssen Research & Development LLC et al |
| 2:15-cv-04108 | Dave Carter and Yvette Carter v. Janssen Research & Development LLC et al |
| 2:15-cv-04110 | Solange Clifton v. Janssen Research & Development LLC et al |
| 2:15-cv-04112 | Mona Collins Individually and o/b/o George Collins v. Janssen Research & Development LLC et al |
| 2:15-cv-04116 | Barbara Caliguire o/b/o Angelina Corva v. Janssen Research & Development LLC et al |
| 2:15-cv-04119 | Ethel Crawley Individually and o/b/o Theodore Crawley v. Janssen Research & Development LLC et al |
| 2:15-cv-04121 | Carlos Daniels and Carolyn Daniels v. Janssen Research & Development LLC et al |
| 2:15-cv-04135 | Gary Elliot o/b/o Wilma Elliot v. Janssen Research & Development LLC et al |
| 2:15-cv-04136 | Deborah Hall o/b/o Betty Fildes v. Janssen Research & Development LLC et al |
| 2:15-cv-04214 | Ruth Lovings v. Janssen Research & Development LLC et al |
| 2:15-cv-04222 | Moiseis Macias v. Janssen Research & Development LLC et al |
| 2:15-cv-04250 | Kimberly Nichols and James Nichols v. Janssen Research & Development LLC et al |
| 2:15-cv-04255 | Vicki Orth and Michael Ortho v. Janssen Research & Development LLC et al |
| 2:15-cv-04258 | Annie Owen v. Janssen Research & Development LLC et al |
| 2:15-cv-04317 | Robert Stehr v.  v. Janssen Research & Development LLC et al |
| 2:15-cv-04319 | Gilbert Stephens v. Janssen Research & Development LLC et al |
| 2:15-cv-04320- | Paul Strohm v. Janssen Research & Development LLC et al |
| 2:15-cv-04327 | David Thompson and Beverly Thompson v. Janssen Research & Development LLC et al |
| 2:15-cv-04341 | Ernest Ward v. Janssen Research & Development LLC et al |
| 2:15-cv-4343 | Winslow Ward and Paulyene Ward v. Janssen Research & Development LLC et al |
| 2:15-cv-04107 | Severa Campos v. Janssen Research & Development LLC et al |
| 2:15-cv-04137 | Reynerio Garza and Angelina Garza v. Janssen Research & Development LLC et al |
| 2:15-cv-04296 | Jose Rodriguez v. Janssen Research & Development LLC et al |
| 2:15-cv-04308 | Nancy Saenz and Jesus Saenz v. Janssen Research & Development LLC et al |
| 2:15-cv-06295 | Jerry Romero and Teri Romero v. Janssen Research & Development LLC et al |
| 2:15-cv-06285 | Penny Davis and Leland Davis v. Janssen Research & Development LLC et al |
| 2:16-cv-02765 | Larry Stanfield and Donna Stanfield v. Janssen Research & Development LLC et al |
| 2:16-cv-02759 | Terri Plato o/b/o Reva Gulembo v. Janssen Research & Development LLC et al |
| 2:16-cv-02762 | Robert Roberts v. Janssen Research & Development LLC et al |
| 2:16-cv-02997 | Charlie Wright v. Janssen Research & Development LLC et al |
| 2:16-cv-03014 | Katherine Winkelman, Individually and o/b/o Karl Winkelman v. Janssen Research & Development LLC et al |
| 2:16-cv-02748 | Tamara Franklin v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:16-cv-03681 | Victoria Anderson v. Janssen Research & Development LLC et al |
| 2:16-cv-12898 | Keyvan Shushtari v. Janssen Research & Development LLC et al |
| 2:16-cv-12952 | Loretta Moore o/b/o Joel Walters v. Janssen Research & Development LLC et al |
| 2:16-cv-12982 | Thelma Pickering v. Janssen Research & Development LLC et al |
| 2:16-cv-12998 | David Labonte v. Janssen Research & Development LLC et al |
| 2:16-cv-12929 | Carl Olson v. Janssen Research & Development LLC et al |
| 2:16-cv-12966 | Mark Matthews v. Janssen Research & Development LLC et al |
| 2:16-cv-13003 | John Dykstra v. Janssen Research & Development LLC et al |
| 2:16-cv-12981 | Robert Vanhorn v. Janssen Research & Development LLC et al |
| 2:16-cv-12944 | Kyle Miller, Individually and o/b/o Faye Miller v. Janssen Research & Development LLC et al |
| 2:16-cv-12916 | Carolyn Sessions o/b/o the Estate of Allen Sessions v. Janssen Research & Development LLC et al |
| 2:16-cv-12922 | Benjamin Crawford v. Janssen Research & Development LLC et al |
| 2:16-cv-12942 | Evelyn Hutchesen v. Janssen Research & Development LLC et al |
| 2:16-cv-12962 | Lenora Love v. Janssen Research & Development LLC et al |
| 2:16-cv-12963 | Leonard Difelice v. Janssen Research & Development LLC et al |
| 2:16-cv-12964 | Aisha Dixon o/b/o Lessie Dixon v. Janssen Research & Development LLC et al |
| 2:16-cv-12970 | Mary Jones v. Janssen Research & Development LLC et al |
| 2:16-cv-12978 | Barbara Smith Individually and o/b/o Robert Smith v. Janssen Research & Development LLC et al |
| 2:16-cv-12988 | Dianne Hill v. Janssen Research & Development LLC et al |
| 2:16-cv-12949 | Jeanne Pannell and Mark Pannell II v. Janssen Research & Development LLC et al |
| 2:16-cv-12906 | Ronald Gardner and Pamela Gardner v. Janssen Research & Development LLC et al |
| 2:16-cv-12918 | Alma Osborne v. Janssen Research & Development LLC et al |
| 2:16-cv-12920 | Arthur Smith v. Janssen Research & Development LLC et al |
| 2:16-cv-12924 | Bonnie Vokoun o/b/o Bernice Nixon v. Janssen Research & Development LLC et al |
| 2:16-cv-12931 | Charles A. Humpal v. Janssen Research & Development LLC et al |
| 2:16-cv-12946 | Henry Viens v. Janssen Research & Development LLC et al |
| 2:16-cv-12947 | James McCoy and Teresa McCoy v. Janssen Research & Development LLC et al |
| 2:16-cv-12958 | Joseph Frank and Margaret Frank v. Janssen Research & Development LLC et al |
| 2:16-cv-12960 | Judy Merrell v. Janssen Research & Development LLC et al |
| 2:16-cv-12965 | Linda Dickey v. Janssen Research & Development LLC et al |
| 2:16-cv-12977 | Tamara Cebery o/b/o Robert Kerl v. Janssen Research & Development LLC et al |
| 2:16-cv-12984 | Thomas Livoti v. Janssen Research & Development LLC et al |
| 2:16-cv-12985 | Thomas Michel and Gail Michel v. Janssen Research & Development LLC et al |
| 2:16-cv-12986 | William Dixon v. Janssen Research & Development LLC et al |
| 2:16-cv-12987 | William Walters v. Janssen Research & Development LLC et al |
| 2:16-cv-12990 | Deniqua James v. Janssen Research & Development LLC et al |
| 2:16-cv-13009 | Fred Pierce v. Janssen Research & Development LLC et al |
| 2:16-cv-12941 | Elliot Diaz-Toro v. Janssen Research & Development LLC et al |
| 2:16-cv-12957 | Jose A. Mora and Maria S. Mora v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:16-cv-17891 | Robin Miller v. Janssen Research & Development LLC et al |
| 2:15-cv-04247 | Louis Messin and Sharon Messin v. Janssen Research & Development LLC et al |
| 2:17-cv-5563 | Cooper v. Janssen Research & Development LLC et al |
| 2:15-cv-03202 | Adams et al v. Janssen Research & Development LLC et al |
| 2:15-cv-04082 | Ager et al v. Janssen Research & Development LLC et al |
| 2:17-cv-05980 | Aldridge v. Janssen Research & Development LLC et al |
| 2:16-cv-05896 | Andersen v. Janssen Research & Development LLC et al |
| 2:16- cv-7508 | Andrews v. Janssen Research & Development LLC et al |
| 2:15-cv-04137 | Angelita Cervantes o/b/o Adan Garcia v. Janssen Research & Development, LLC et al |
| 2:15-cv-04091 | Atwood v. Janssen Research & Development LLC et al |
| 2:17-cv-12169 | Avakian v. Janssen Research & Development LLC et al |
| 2: 16-cv-7520 | Bazar v. Janssen Research & Development LLC et al |
| 2:15-cv-04934 | Bellah et al v. Janssen Research & Development LLC et al |
| 2:15-cv-04092 | Benavides v. Janssen Research & Development LLC et al |
| 2:17-cv-07211 | Benjamin et al v. Janssen Research & Development LLC et al |
| 2:16-cv-02729 | Bird et al v. Janssen Research & Development LLC et al |
| 2:15-cv-04095 | Bloom v. Janssen Research & Development LLC et al |
| 2:17-cv-10291 | Boulware v. Janssen Research & Development LLC et al |
| 2:16-cv-03000 | Bowen v. Janssen Research & Development LLC et al |
| 2:15-cv-04097 | Brazeal v. Janssen Research & Development LLC et al |
| 2:15-cv-06279 | Brett et al v. Janssen Research & Development LLC et al |
| 2:15-cv-04101 | Brown et al v. Janssen Research & Development LLC et al |
| 2:16-cv-16622 | Bruso et al v. Janssen Research & Development LLC et al |
| 2:17-cv-17141 | Buchanan et al v. Janssen Research & Development LLC et al |
| 2:15-cv-06739 | Burnett v. Janssen Research & Development, LLC et al |
| 2:15-cv-04109 | Charles v. Janssen Research & Development LLC et al |
| 2:16-cv-02733 | Chellew v. Janssen Research & Development LLC et al |
| 2:16-cv-03002 | Clark v. Janssen Research & Development LLC et al |
| 2:15-cv-07022 | Cluver et al v. Janssen Research & Development, LLC et al |
| 2:16-cv-06787 | Crater v. Janssen Research & Development LLC et al |
| 2:16-cv-12939 | Crum v. Janssen Research & Development LLC et al |
| 2:15-cv-06283 | Cunningham et al v. Janssen Research & Development LLC et al |
| 2:16-cv-12940 | Densmore v. Janssen Research & Development LLC et al |
| 2:16-cv-7642 | Desemar v. Janssen Research & Development LLC et al |
| 2:16-cv-03004 | Dominguez v. Janssen Research & Development LLC et al |
| 2:15-cv-07023 | Dworkin v. Janssen Research & Development, LLC et al |
| 2:16-cv-12886 | Eblen et al v. Janssen Research & Development LLC et al |
| 2:16-cv-02743 | Edmission et al v. Janssen Research & Development LLC et al |
| 2:16-cv-12907 | Engel v. Janssen Research & Development LLC et al |
| 2:17-cv-09004 | Estridge v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:16-cv-12888 | Evans et al v. Janssen Research & Development LLC et al |
| 2:16-cv-12903 | Forester et al v. Janssen Research & Development LLC et al |
| 2:16-cv-07553 | fox v. Janssen Research & Development LLC et al |
| 2:16-cv-12897 | Franks et al v. Janssen Research & Development LLC et al |
| 2:16-cv-12890 | Freeman v. Janssen Research & Development LLC et al |
| 2:16-cv-02751 | Garica et al v. Janssen Research & Development LLC et al |
| 2:15-cv-07025 | Gibbons et al v. Janssen Research & Development, LLC et al |
| 2:15-cv-04147 | Gilbert et al v. Janssen Research & Development, LLC et al |
| 2:16-cv-16222 | Gipson v. Janssen Research & Development LLC et al |
| 2:16-cv-03006 | Gost v. Janssen Research & Development LLC et al |
| 2:16-cv-12884 | Green v. Janssen Research & DEvelopment LLC et al |
| 2:16-cv-7566 | green v. Janssen Research & Development LLC et al |
| 2:16-cv-16997 | Greiser v. Janssen Research & Development LLC et al |
| 2:16-cv-12997 | Grunfeld et al v. Janssen Research & Development LLC et al |
| 2:16-cv-02755 | Guerra v. Janssen Research & Development LLC et al |
| 2:15-cv-07028 | Guess et al v. Janssen Research & Development, LLC et al |
| 2:16-cv-12895 | Gunter v. Janssen Research & Development LLC et al |
| 2:16-cv-17850 | Hamel et al v. Janssen Research & Development LLC et al |
| 2:17-cv-10572 | Hancock v. Janssen Pharmaceuticals Inc., et al |
| 2:15-cv-04176 | Hanes et al v. Janssen Research & Development, LLC et al |
| 2:16-cv-16582 | Hanson et al v. Janssen Research & Development LLC et al |
| 2:15-cv-04177 | Harrison et al v. Janssen Research & Development, LLC et al |
| 2:15-cv-04180 | Hearne et al v. Janssen Research & Development, LLC et al |
| 2:15-cv-07034 | Helfenstein et al v. Janssen Research & Development, LLC et al |
| 2:15-cv-04181 | Helmreich et al v. Janssen Research & Development, LLC et al |
| 2:15-cv-04182 | Hicks et al v. Janssen Research & Development, LLC et al |
| 2:15-cv-04204 | Hirliman et al v. Janssen Research & Development, LLC et al |
| 2:16-cv-12938 | Houchin v. Janssen Research & Development LLC et al |
| 2:17-cv-10638 | Hovis v. Janssen Research & Development, Inc et al |
| 2:17-cv-12174 | Hughes v. Janssen Research & Development LLC et al |
| 2:15-cv-04207 | Ingram et al v. Janssen Research & Development, LLC et al |
| 2:15-cv-04209 | Ivos et al v. Janssen Research & Development, LLC et al |
| 2:17-cv-07278 | Jeffery et al v. Janssen Research & Development LLC et al |
| 2:16-cv-7575 | Jones v. Janssen Research & Development LLC et al |
| 2:16-cv-7586 | Kozianowski v. Janssen Research & Development LLC et al |
| 2:16-cv-7593 | Krites v. Jenssen Research and Development LLC |
| 2:17-cv-10632 | Krueger et al v. Janssen PHaemaceuticals Inc., et al |
| 2:16-cv-7601 | Kyle v. Janssen Research & Development LLC et al |
| 2:15-cv-04213 | Lautt v. Janssen Research & Development LLC et al |
| 2:15-cv-07040 | Leal et al v. Janssen Research & Development, LLC et al |
| 2:17-cv-09732 | Lemond et al v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:16-cv-12900 | Linda Shelby v. Janssen Research & Development LLC et al |
| 2:16-cv-16583 | Lyle et al v. Janssen Research & Development LLC et al |
| 2:15-cv-07072 | Marlatt v. Janssen Research & Development, LLC et al |
| 2:15-cv-04225 | Masi v. Janssen Research & Development LLC et al |
| 2:15-cv-04228 | McCannon et al v. Janssen Research & Development LLC et al |
| 2:16-cv-12878 | McCoy v. Janssen Pharmaceuticals, Inc. et al |
| 2:17-cv-17549 | McHugh et al v. Janssen Research & Development LLC et al |
| 2:16-cv-7662 | McSorley v. Janssen Research and Development |
| 2:16-cv-17873 | Milliron v. Janssen Research & Development LLC et al |
| 2:16-cv-7649 | Mistretta v, Janssen Research and Development LCC |
| 2:15-cv-04248 | Mobley et al v. Janssen Research & Development LLC et al |
| 2:16-cv-7656 | Moreno v. Janssen Research & Development LLC et al |
| 2:16-cv-7668 | Najera v. Janssen Research & Development LLC et al |
| 2:15-cv-04252 | Nichols v. Janssen Research 7 Development LLC |
| 2:15-cv-06293 | Norman et al. v. Janssen Research & Development LLC et al |
| 2:16-cv-7636 | Otemoyomo v. Janssen Research & Development LLC et al |
| 2:15-cv-04260 | Pattishall et al v. Janssen Researhc & Development LLC et al |
| 2:15-cv-04261 | Peifer et al V. Janssen REsearch & Development LLC et al |
| 2:16-cv-12992 | Phillips v. Janssen Research & Development LLC et al |
| 2:15-cv-04264 | Pileggi et al v. Janssen Research & Development LLC et al |
| 2:17-cv-09524 | Pippin v. Janssen Research & Development LLC et al |
| 2:15-cv-04267 | Powers et al v. Janssen Research & Development, LLC et al |
| 2:16-cv-03008 | Pozo v. Janssen Research & Development LLC, et al |
| 2:15-cv-04280 | Pulley v. Janssen Research & Development LLC et al |
| 2:16-cv-12901 | Rager v. Janssen Research & Development LLC et al |
| 2:16-cv-03009 | Ramos v. Janssen Research & Development LLC et al |
| 2:16-cv-02761 | Reeves et al v. Janssen Research & Development LLC et al |
| 2:15-cv-04289 | Roberts v. Janssen Research & Development LLC et al |
| 2:15-cv-04295 | Robinson v. Janssen Research & Development LLC et al |
| 2:16-cv-7607 | Robinson v. Janssen Research & Development LLC et al |
| 2:16-cv-03011 | Russell v. Janssen Research & Development LLC et al |
| 2:15-cv-04309 | Saroli et al v. Janssen Research & Development LLC et al |
| 2:16-cv-12932 | Seitzinger v. Janssen Research & Development LLC et al |
| 2:15-cv-04311 | Shelton v. Janssen Research & Development LLC et al |
| 2:16-cv-16611 | Signorini v. Janssen Research & Development LLC et al |
| 2:16-cv-02763 | Simmons v. Janssen Research & Development LLC et al |
| 2:16-cv-16567 | Smith v. Janssen Research & Development LLC et al |
| 2:16-cv-7614 | Smith v. Janssen Research & Development LLC et al |
| 2:15-cv-04312 | Sourders et al v. Janssen Research & Development LLC et al |
| 2:15-cv-04314 | Spradley v. Janssen Research & Development LLC et al |
| 2:15-cv-04316 | Stamer v. Janssen Research & Development LLC et al |

| | |
|---|---|
| 2:16-cv-16609 | Stamper v. Janssen Research & Development LLC et al |
| 2:15-cv-7076 | Stanton v. Janssen Research & Development, LLC et al |
| 2:16-cv-02989 | stayton v. Janssen Research & Development LLC et al |
| 2:16-cv-13007 | Steffen v. Janssen Research & Development LLC et al |
| 2:16-cv-12935 | Stemple v. Janssen Research & Development LLC et al |
| 2:17-cv-05482 | Stensen v. Janssen Research & Development LLC et al |
| 2:16-cv-17893 | Stickle et al v. Janssen Research & Development LLC et al |
| 2:16-cv-02991 | Summers v. Janssen Research & Development LLC et al |
| 2:15-cv-04323 | Taylor v. Janssen Research & Development LLC et al |
| 2:16-cv03012 | Taylor v. Janssen Research & Development LLC et al |
| 2:15-cv-4324 | Taylor v. Jassen Research & Development LLC et al |
| 2:16-cv-02995 | Terbeek et al v. Janssen Research & Development LLC et al |
| 2:17-cv-05825 | Terry v. Janssen Research & Development LLC et al |
| 2:16-cv-16499 | Urrea v. Janssen Research & Development LLC et al |
| 2:16-cv-7621 | Valliere v. Janssen Research and Development |
| 2:17-cv-12243 | Villarreal Garza et al v. Janssen Research & Development LLC et al |
| 2:16-cv-7675 | Waldron v. Janssen Research & Development LLC et al |
| 2:15-cv-04345 | Washington v. Janssen Research & Development, LLC et al |
| 2:16-cv-7760 | Webster v. Janssen Research and Development |
| 2:15-cv-04347 | Weeks et al v. Janssen Research & Development LLC et al |
| 2:16-cv- 17886 | West et al v. Janssen Research & Development LLC et al |
| 2:16-cv-07768 | Wiggins v. Janssen Research & Development LLC et al |
| 2:16-cv-7775 | Wilkinson v. Janssen Research & Development LLC et al |
| 2:15-cv-04352 | Wilson v. Janssen Research & Development LLC et al |
| 2:15-cv-04355 | Winegar et al v. Janssen Research & Development LLC et al |
| 2:15-cv-04359 | Woodall v. Janssen Research & Development LLC et al |
| 2:15-cv-07082 | Yarbor v. Janssen Research & Development, LLC et al |
| 2:16-cv-02998 | Young v. Janssen Research & Development LLC et al |
| 2:15-cv-04364 | Yount et al v. Janssen Research & Development LLC et al |
| 2:17-cv-00240 | Zayas Hernandez v. Janssen Reseach & Development LLC, et al |
| 2:15-cv-04328 | Toni Turner v. Janssen Research & Development LLC et al |
| 2:15-cv-04330 | Betty Valenta v. Janssen Research & Development LLC et al |
| 2:15-cv-04338 | Helen Walker and John Walker v. Janssen Research & Development LLC et al |
| 2:15-cv-04108 | Karen Kujawa and Martin Kujawa v. Janssen Research & Development LLC et al |
| 2:15-cv-04218 | Cynthia Lowrance v. Janssen Research & Development LLC et al |
| 2:15-cv-06292 | Robin Mark v. Janssen Research & Development LLC et al |