# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON EXHIBIT A ) ) ) | SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

The Court, after considering the Plaintiffs' Motion to Enroll as Co-Counsel; IT IS ORDERED, ADJUDICATED AND DECREED that attorney Charlotte A. Gulewicz be allowed to enroll as co-counsel for Plaintiffs in the Civil Action numbers listed on Exhibit A.

New Orleans, Louisiana, this ___ day of August 2018.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE