# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ann Wisniewski v. Janssen Research & Development, LLC, et al., 2:18-cv-00320*

## SECOND MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

**COMES NOW** Plaintiff, Ann Wisniewski, by and through undersigned counsel, and respectfully moves this Court for an order granting a second extension of time to October 12, 2018 to cure outstanding Plaintiff Fact Sheet deficiencies, sixty (60) days from the previously extended deadline of August 13, 2018.

In support of her motion, counsel for the Plaintiff submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel recently learned that Plaintiff is incarcerated and was recently transferred to the North Carolina Correctional Institution for Women on July 25, 2018. Documentation necessary to cure the outstanding deficiencies has been forwarded to Plaintiff and counsel is awaiting her response.

This is Plaintiff's second motion requesting an extension of time. An extension of time is not sought for delay, but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline to October 12, 2018.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: August 13, 2018

Respectfully submitted,

**IRPINO, AVIN & HAWKINS LAW FIRM**

/s/ *Kacie F. Gray*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 13th day of August, 2018.

/s/ *Kacie F. Gray*
**Attorney for Plaintiff**