**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Ann Wisniewski v. Janssen Research & Development, LLC, et al., 2:18-cv-00320*

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Second Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. Plaintiff filed suit the above captioned matter on January 11, 2018.

2. Plaintiff's initial ninety (90) day fact sheet period was therefore set for April 11, 2018. On April 11, 2018, Plaintiff substantially complied with providing fact sheet information and uploaded her responses for defense counsel to the MDL centrality website.

3. Defense counsel served Plaintiff's counsel with a deficiency notice on May 25, 2018. As required by PTO 13, Plaintiff had until June 14, 2018, to cure the deficiency, twenty (20) days from the date of the Notice. The alleged deficiencies were for the failure to provide the Declaration signed by Plaintiff.

4. Plaintiff's counsel attempted to contact the Plaintiff and Plaintiff's family members on several occasions via telephone and mail regarding the Plaintiff Fact Sheet deadline; however,

Plaintiff failed to respond to these attempts and correspondence sent has been returned, address unknown.

5. Plaintiff filed her first Motion for Extension of time to Satisfy Plaintiff Fact Sheet Deficiencies on June 14, 2018, and Plaintiff's Motion was **GRANTED**, thereby extending the deadline to cure said deficiencies to August 13, 2018.

6. On or about August 3, 2018, counsel for the Plaintiff was advised by the North Carolina Department of Public Safety that Plaintiff was incarcerated and had been transferred to North Carolina Correctional Institution for Women (NCCIW) on or about July 25, 2018.

7. On August 6, 2018, counsel for the Plaintiff forwarded all information necessary to cure the outstanding deficiencies to Plaintiff at NCCIW. Counsel is currently awaiting a response.

8. Counsel for the Plaintiff respectfully requests a sixty (60) day extension of time to cure all outstanding Plaintiff Fact Sheet deficiencies.

9. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served and will file plaintiff's information once it is received.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to October 12, 2018.

Dated: August 13, 2018.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully submitted,

**IRPINO, AVIN & HAWKINS LAW FIRM**

/s/ *Kacie F. Gray*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 13th day of August, 2018.

/s/ *Kacie F. Gray*
**Attorney for Plaintiff**