**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ann Wisniewski v. Janssen Research & Development, LLC, et al., 2:18-cv-00320*

## ORDER

**THIS MATTER**, having come before the Court, is Plaintiff's Second Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby **GRANTED**. The deadline to satisfy the alleged Plaintiff Fact Sheet Deficiency is now October 12, 2018.

New Orleans, Louisiana this ___ day of _____, 20__.

                                                                           Honorable Eldon E. Fallon
                                                                           U.S. District Court Judge