**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:   L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Reeves v. Janssen Research & Development, LLC, et al., 2:17-cv-03335* | MAGISTRATE JUDGE NORTH |
| | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

**ORDER**

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record R. Doc. 9883. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Brian Winegar of The Buckley Law Group is allowed to withdraw as counsel and that attorney Sofia E. Bruera of Bruera Law Firm, PLLC be substituted as lead counsel and David Buckley be associated counsel.

New Orleans, Louisiana, this 13th day of August, 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE