UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Joanne Nash v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-02004

*Aniello Balzano v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-06582

*Tara Tuggle v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-06592

*Albert Jackson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11705

*Alton Mayo v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11709

*Belinda L. Clifford v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11712

*Charles E. Gill v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11714

*Daniel Edwards v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11715

*David Dabney v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11717

*Eron Rice v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv11719

*Frank C. Montomgery v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11720

*Fred D. Pinney v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11722

*Julie Solomon v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11726

*Laura Gilmore v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11729

*Marcia Hoeksema v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11730

*Marvin L. Porter v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11731

*Mildred Norris v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11732

*Paul Hatler v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11733

*Renea K. Killian v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11735

*Robert Kaszynski v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11736

*Rocco Castellano v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11737

*Ronald E. Williams v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-11738

*Gloria Alloggia v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12030

*Ann Beasley v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12035

*Margaret Boyles v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12037

*Patrick Burdi v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12039

*Gloria Burns v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12041

*Robert Calleja v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12042

*David R. Coles v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12043

*Constent Edenfield v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12045

*Luisa Valdes-Diaz v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12046

*Joseph C. Dunn v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12047

*Dale A. Duty v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12048

*Herbert A. Hays v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12049

*Ronold Horoshko v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12050

*William D. Jenkins v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12052

*David Johnson, Jr. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12053

*Kenneth J. Avery v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12054

*Marvin R. Doughten v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12303

*Florence Katz v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12304

*Edna Kehres-Amarante v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12305

*Gerald Kelly v. Janssen Research & Development LLC, et al.*

LAED USDC No. 2:16-cv-12306

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel:

**IT IS HEREBY ORDERED** that Jonathan P. Staffeldt, of Milstein, Jackson, Fairchild & Wade, LLP, is removed as counsel of record for Plaintiffs.

**IT IS FURTHER ORDERED** that Levi M. Plesset, of Milstein, Jackson, Fairchild & Wade, LLP, is enrolled as counsel of record for Plaintiffs.

DONE AND SIGNED this __13th__ day of __August__, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE