## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Julia Laplante v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12307

*Louise Larsen v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12308

*Lawrence Mayhew v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12321

*Dina McCoy v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12322

*Carlos Metaxas v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12323

*Velma Nicholson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12324

*Shane Pendleton v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12326

*Laura Reckart v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12328

*Forrest Rhodes v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12329

*Ann Sanders v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv12331

*Bettie Sheppard v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12333

*Julie Shinabarger v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12335

*Walter J. Szpulak v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12336

*David Thomas v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12337

*J.D. West v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12338

*Cady E. West v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12339

*Cynthia Lynn v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12341

*Annette Yates v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12342

*Domingo Martinez v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12343

*James Kennedy v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12344

*James O. Pitts v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12346

*Pascal Keith v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-13850

*Gloria Quinones v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-14979

*Renee Berry-Huffman v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-15923

*Shirley Keaton v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-15929

*Filipina Castro v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17921

*Pamela Joan Hunzicker v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17923

*Angela Cantalini v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17924

*William Chisholm v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17925

*Virginia McCall v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00513

*Wallace J. Smith v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00514

*Nivia Molina v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00515

*Mary Cromwell v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00559

*Carolyn F. Sipsy v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00562

*Sherry Wilborn v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00563

*Calvin L. Stowes v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-02071

*Edward Davidson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-03464

*Christine Craig v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-03501

*Geraldine Breaud v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-03502

*Florence Garner v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-07385

*King Wulf v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-07437

*Easlyn Marie Desir v. Janssen Research & Development LLC, et al.*

LAED USDC No. 2:17-cv-11776

*Wynona Jacobs v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-04586

*Donald G. Knight, Sr. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-06520

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel:

**IT IS HEREBY ORDERED** that Jonathan P. Staffeldt, of Milstein, Jackson, Fairchild & Wade, LLP, is removed as counsel of record for Plaintiffs.

**IT IS FURTHER ORDERED** that Levi M. Plesset, of Milstein, Jackson, Fairchild & Wade, LLP, is enrolled as counsel of record for Plaintiffs.

DONE AND SIGNED this ___13th___ day of ___August___, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE