# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| JEAN THOMAS<br>    Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BATER HEALTHCARE AG, and BAYER AG<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br>Civil Action No.:  2:14-md-02592-<br>                              EEF-MBN<br><br>Case Reference No.:  2:16-cv-12894 |

## **ORDER**

The Court, after considering the Plaintiff's Motion to Enroll as Co-Counsel; IT IS ORDERED, ADJUDGED AND DECREED that attorneys Mark Zamora and April Scherer be allowed to enroll as co-counsel for Plaintiff in the above-entitled and numbered action along with Roger Orlando, Esq.

New Orleans, Louisiana, this 13th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE