# Stern Law, PLLC

41850 W 11 Mile Rd. Suite 121
Novi, MI 48375

yourlegaljustice.com | 844-808-7529

August 13, 2018

U.S. CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Joseph Menard
Northgate Apartments
1701 North Avenue I, Apt. 49
Crowley, LA 70526

Re: Joseph Menard v Janssen Research and Development, et al
United States District Court of Louisiana Case No. 2:18-cv-04191

Dear Joseph:

Enclosed is a copy of our Motion To Withdraw as Counsel of Record for Plaintiff, with exhibits, in connection with the above matter. [Your Complaint has already been served upon all Defendants.] Also attached to this correspondence, please find the following documents:

Complaint and Jury Demand
Plaintiff's Fact Sheet
Notice of Next Court Appearance(s) are scheduled as follows:
August 22, 2018 @ 3:00 p.m. (855) 640-8271 Code: 959 757 20#
September 5, 2018 @ 8:30 a.m. (TBD)
Medical Summary
Court Contact Information

If you still wish to pursue your lawsuit, we again urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. Should you have any questions please contact the Court.

Sincerely,

Kenneth A. Stern, Esq.
Stern Law, PLLC

Product Liability | Class Action | Birth Injury | Medical Malpractice | Personal Injury | Elder Abuse