UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MCL No. 2592 ) Civil Action No. 2:18-cv-04191 ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. MICHAEL NORTH |

_____

**CERTIFICATE OF SERVICE**

The undersigned hereby duly sworn states that a copy of the above Motion together with Complaint, Pretrial Order and Court Notices have been served upon Plaintiff, via Certified Mail Return Receipt Requested on August 13, 2018.

Further, a copy of the above entitled Motion has been served upon opposing counsel by way of the court's electronic filing system, ECF, on August 13, 2018.

           ___/s/ Lynda G. DeFrain_____
           **Lynda G. DeFrain**