# Stern Law, PLLC

41850 W 11 Mile Rd. Suite 121
Novi, MI 48375

yourlegaljustice.com | 844-808-7529

U.S. CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED</u>
Rodney Rice
3305 3rd Ave.
Bronx, NY 10456

August 13, 2018

Re: Rodney Rice v Janssen Research and Development, et al
United States District Court of Louisiana Case No. 2:18-cv-01675

Dear Rodney:

Enclosed is a copy of our Motion To Withdraw as Counsel of Record for Plaintiff, with exhibits, in connection with the above matter. [Your Complaint has already been served upon all Defendants.] Also attached to this correspondence, please find the following documents:

Complaint and Jury Demand
Plaintiff's Fact Sheet
Medical Summary
Notice of Next Court Appearance scheduled
    August 22, 2018 via telephone conference (855) 640-8271 Code: 959 757 20#
    September 5, 2018 via telephone conference (TBD)
Court Contact Information

If you still wish to pursue your lawsuit, we again urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. Should you have any questions please contact the Court.

Sincerely,

*Kenneth Stern* (signature)

Kenneth A. Stern, Esq.
Stern Law, PLLC

Product Liability | Class Action | Birth Injury | Medical Malpractice | Personal Injury | Elder Abuse