UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Lela Marie Kingrey v. Janssen Research &
Development LLC et al.,
CA# 2:17-cv-02303-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Larry Kingrey on behalf of his deceased mother, Lela Marie Kingrey.

1. Lela Marie Kingrey filed a products liability lawsuit against defendants on March 20, 2017.

2. Subsequently, plaintiff's counsel learned that Lela Marie Kingrey died.

3. Lela Marie Kingrey's product liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on June 12, 2018, attached hereto as Exhibit A.

5. Larry Kingrey, surviving son of Lela Marie Kingrey and the Personal Representative of the Estate of Lela Marie Kingrey, is a proper party to substitute for plaintiff-decedent Lela Marie Kingrey and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion

for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: August 14, 2018.

                              Respectfully submitted,

                              /s/ *Amanda K. Klevorn*
                              Korey A. Nelson (LA #30002)
                              Amanda K. Klevorn (LA #35193)
                              **BURNS CHAREST LLP**
                              365 Canal Street, Suite 1170
                              New Orleans, Louisiana 70130
                              T: 504.799.2845
                              F: 504.881.1765
                              E: aklevorn@burnscharest.com
                              knelson@burnscharest.com

                              **AND**

                              Warren T. Burns (TX #24053119)
                              Daniel H. Charest (TX #24057803)
                              Spencer M. Cox (TX #24097540)
                              **BURNS CHAREST LLP**
                              900 Jackson Street, Suite 500
                              Dallas, Texas 75202
                              T: 469.904.4550
                              F: 469.444.5002
                              E: wburns@burnscharest.com
                                  dcharest@burnscharest.com
                                  scox@burnscharest.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2018, the foregoing document was field with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Amanda K. Klevorn*
Amanda K. Klevorn (LA #35193)