UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

Lela Marie Kingrey v. Janssen Research &
Development LLC et al.,
CA# 2:17-cv-02303-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Larry Kingrey, as the surviving son of Lela Marie Kingrey and Personal Representative of the Estate of Lela Marie Kingrey, is substituted for Plaintiff Lela Marie Kingrey in the above captioned cause.

Date: _____         _____
                                          Hon. Eldon E. Fallon
                                          United States District Court Judge