# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROZABAN) PRODUCTS LIABILITY LITIGIATION | ( MDL NO.: 2592 ( ( SECTION: L ( ( JUDGE FALLON ( ( MAG. JUDGE NORTH ( |

**THIS DOCUMENT RELATES TO:**
Lela Marie Kingrey v. Janssen Research & Development LLC et al.
Civil Action No. 2:17-cv-02303-EEF-MBN

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned Counsel for Plaintiff, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Lela Marie Kingrey.

Dated: June 12, 2018

Respectfully submitted,

/s/ *Amanda K. Klevorn*
Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
   knelson@burnscharest.com

**AND**

                                                Warren T. Burns (TX #24053119)
                                                Daniel H. Charest (TX #24057803)
                                                Spencer M. Cox (TX #24097540)
                                                **BURNS CHAREST LLP**
                                                900 Jackson Street, Suite 500
                                                Dallas, Texas 75202
                                                T: 469.904.4550
                                                F: 469.444.5002
                                                E: wburns@burnscharest.com
                                                     dcharest@burnscharest.com
                                                     scox@burnscharest.com

## CERTIFICATE OF SERVICE

     I hereby certify that on June 12, 2018, the foregoing document was field with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ *Amanda K. Klevorn*
                                                Amanda K. Klevorn (LA #35193)