L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>THIS DOCUMENT RELATES TO:<br><br>CHRISTOPHER MOLOKWU | **MDL 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH**<br>**CASE NO. 2:18-cv-03132-EEF-MBN** |

**DECLARATION OF L. PAUL MANKIN, ESQ., IN SUPPORT OF MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

I, L. Paul Mankin, declare under the penalty of perjury as follows:

1. I, L. Paul Mankin, and am Plaintiff's counsel in this case, case number 2:18-cv-03132-EEF-MBN. I submit this declaration in support of Plaintiff's Motion to Voluntarily Dismiss Without Prejudice. I make this declaration based on my personal knowledge, except where otherwise indicated. I submit this Declaration in conjunction with Plaintiff's opposition papers.

2. On July 12, 2018, my office reached out to Defendants' Lead and Liaison Counsel to see if they would agree to stipulating to dismiss this matter.

3. On July 23, 2018, Defendant's Lead and Liaison Counsel indicated that they would not agree to stipulate to dismiss this matter without prejudice; they were only willing to stipulate to a dismissal with prejudice.

**DECLARATION OF L. PAUL MANKIN IN SUPPORT OF PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

4. After providing notice to the Defendants' Lead and Liaison Counsel that we intended to dismiss this matter without prejudice my office waited the required fourteen days prior to filing this motion.

I, L. Paul Mankin, declare under penalty of perjury under the laws of the United States of America and the laws of California and Louisiana, that the foregoing is true and correct and based on my personal knowledge except as otherwise indicated.

Executed this 14th day of August, 2018 at San Diego, CA.


By: _/s/ L. Paul Mankin_
L. Paul Mankin
Attorney for Plaintiff

**DECLARATION OF L. PAUL MANKIN IN SUPPORT OF PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**