## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| **This Document relates to:** | |
| | **JUDGE ELDON E. FALLON** |
| Kathy Cobb, as surviving heir of Doris Smith, deceased v. Janssen Research & Development, LLC, et al. | |
| | **MAG. JUDGE NORTH** |
| **E.D. La. No. 2:17-cv-01017** | |

### PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG

NOW INTO COURT, through undersigned counsel, comes plaintiff, Kathy Cobb, as surviving heir of Doris Smith, deceased. Plaintiff respectfully moves the Honorable Court grant her second motion for extension of time within which to serve process and issue an Order allowing her an additional thirty (30) days from the date the Order is entered in which to effect service on Defendant Bayer Pharma AG. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order granting a 30-day extension of time from the date the Order is entered within which to serve process.

Dated: August 15, 2018

                                        Respectfully Submitted:

                                        s/ Kori Westbrook
                                        Kori Westbrook
                                        JOHNSON LAW GROUP
                                        2925 Richmond Avenue, Suite 1700
                                        Houston, Texas 77098
                                        (713) 626-9336
                                        (713) 583-9460 (facsimile)
                                        kwestbrook@johnsonlawgroup.com
                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          */s/ Kori Westbrook*
                                          Attorney for Plaintiff