UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | |
| | JUDGE ELDON E. FALLON |
| Kathy Cobb, as surviving heir of Doris Smith, deceased v. Janssen Research & Development, LLC | |
| | MAG. JUDGE NORTH |
| E.D. La. No. 2:17-cv-01017 | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, September 12, 2018, Plaintiff Kathy Cobb, as surviving heir of Doris Smith, deceased's, Second Motion for an Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: August 15, 2018

        Respectfully Submitted:
        s/ Kori Westbrook
        Kori Westbrook
        JOHNSON LAW GROUP
        2925 Richmond Avenue, Suite 1700
        Houston, Texas 77098
        (713) 626-9336
        (713) 583-9460 (facsimile)
        kwestbrook@johnsonlawgroup.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   */s/ Kori Westbrook*
                                                   Attorney for Plaintiff