UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | JUDGE ELDON E. FALLON |
| Kathy Cobb, as surviving heir of Doris Smith, deceased v. Janssen Research & Development, LLC | MAG. JUDGE NORTH |
| E.D. La. No. 2:17-cv-01017 | |

## ORDER

IT IS ORDERED that the Plaintiff Kathy Cobb, as surviving heir of Doris Smith, deceased's, Second Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____ 2018.

_____
Hon. Eldon E. Fallon
United States District Judge