**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION  :    **MDL No. 2592**
                               :
                               :    **SECTION L**
                               :
                               :    **JUDGE ELDON E. FALLON**
                               :
_____:    **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Donald Hartman v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12533*

**MOTION FOR SUBSTITUTION OF PARTY**

COMES NOW Amy Mari Hughes, personal representative of the estate of Donald Hartman, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action on behalf of the Estate of Donald Hartman based on the death of Donald Hartman.

A Notice/Suggestion of Death was filed in this matter on June 6, 2018 (Doc. 9809).

DATED:        August 15, 2018.

Respectfully submitted,

THE GALLAGHER LAW FIRM, PLLC

s/ Michael T. Gallagher
Michael T. Gallagher
(Texas Bar #07586000)
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile:  (713) 222-0066
mike@gld-law.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/Michael T. Gallagher