**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION    :       **MDL No. 2592**
                                                              :
                                                              :       **SECTION L**
                                                              :
                                                              :       **JUDGE ELDON E. FALLON**
                                                              :
_____:       **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Donald Hartman v. Janssen Research &*
*Development LLC, et al; No. 2:17-cv-12533*

**<u>ORDER</u>**

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. ____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Amy Mari Hughes, as personal representative of the estate

of Donald Hartman, is substituted for Plaintiff Donald Hartman as the proper party plaintiff in the

above captioned case on behalf of the Estate of Donald Hartman, deceased.

New Orleans, Louisiana this ___ day of _____, 2018.


_____

United States District Judge