# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

___

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Willie Rhodes, On behalf of himself and as personal representative of the Estate of Pearl L. Barnett, Deceased v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-00073**

## [*UNOPPOSED*] MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW counsel for Plaintiff Willie Rhodes, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Willie Rhodes and as grounds therefor shows unto the court as follows:

Plaintiff Willie Rhodes, died on February 25, 2018. On May 15, 2018, the Probate Court for Lauderdale County, Alabama entered an order appointing Laurentis Barnett as the Successor Administrator of the Estate of Pearl L. Barnett, deceased.

Laurentis Barnett, is authorized to pursue the claims of Pearl Barnett's estate and has agreed to be substituted as a party plaintiff in this action.

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for plaintiff files this Unopposed Motion for Substitution of Party to substitute Laurentis Barnett, Administrator of the Estate of Pearl L. Barnett, as Plaintiff in this case. A copy of the appointment is attached hereto

as Exhibit A.

Counsel for Plaintiff has conferred with counsel for defendants, and they have no objection to the filing of this motion.

WHEREFORE, premises considered, Plaintiff requests this Honorable Court enter an Order granting this Motion for Substitution of Party, substituting Laurentis Barnett, Administrator of the Estate of Pearl L. Barnett, as Plaintiff in this case.

Respectfully submitted,

Date:  August 15, 2018

s/ Andy D. Birchfield, Jr._____
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing [Unopposed] Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date:  August 15, 2018                    s/Andy D. Birchfield, Jr.
                                          Andy D. Birchfield, Jr.