# EXHIBIT A

| | |
|---|---|
| STATE OF ALABAMA ) | IN THE PROBATE COURT |
| ) | |
| LAUDERDALE COUNTY ) | CASE NO.: 20658 |

IN RE: THE MATTER OF THE ESTATE OF PEARL L. BARNETT, DECEASED

### SUCCESSOR LETTERS OF ADMINISTRATION

Successor Letters of Administration on the Estate of **Pearl L. Barnett,** deceased, are hereby granted to **Dr. Laurentis Barnett**, who has duly qualified and given bond as Successor Administrator and is authorized to administer such estate. The Successor Administrator cannot sell or convey any real or personal property without prior Order of Consent from this Court.

Done this the 15th day of **May, 2018.**

_____
**WILL MOTLOW, Judge of Probate**


| | |
|---|---|
| STATE OF ALABAMA ) | |
| ) | |
| LAUDERDALE COUNTY ) | |

### CERTIFICATION

I, Will Motlow, Judge of Probate in and for said County and State, hereby certify that the within and foregoing is a true, correct, and complete copy of the Successor Letters of Administration issued to **Dr. Laurentis Barnett,** as Successor Administrator of the Estate of **Pearl L. Barnett,** deceased, as the same appears of record in my office.

Given under my hand and seal this the 15th day of May, 2018.

_____
**WILL MOTLOW, Judge of Probate**