# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO**

*Willie Rhodes, On behalf of himself and as personal representative of the Estate of Pearl L. Barnett, Deceased v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-00073**

## ORDER

This matter having come before the Court on Plaintiff's unopposed Motion to Substitute Party Plaintiffs, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party Plaintiffs is hereby GRANTED.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge