AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Dale Hollingsworth | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:17-cv-05498-EEF-MBN |
| Janssen Research & Development, LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dale Hollingsworth.

Date: 08/15/2018

/s/ Randi Kassan
*Attorney's signature*

Randi Kassan, Esq. (4375754 - NY)
*Printed name and bar number*

Sanders Phillips Grossman, LLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
*Address*

rkassan@thesandersfirm.com
*E-mail address*

(516) 741-5600
*Telephone number*

(516) 741-0128
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused a true and correct copy of the foregoing document be electronically filed via this Court's CM/ECF system, which will serve notice of such filing to all registered attorneys of record.

Dated: August 15, 2018

                                        Respectfully submitted by,

                                        /s/: Randi A. Kassan
                                        Randi A. Kassan, Esq.
                                        SANDERS PHILLIPS GROSSMAN, LLC
                                        100 Garden City Plaza, Ste. 500
                                        Garden City, NY 11530
                                        Phone: (516) 741-5600
                                        Fax: (516) 741-0128
                                        rkassan@thesandersfirm.com