UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
|---|---|---|
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

## ORDER

On June 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9955]. For the reasons set forth at the Show Cause Hearing held on July 17, 2018, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ARELLANO, JAVIER | The Driscoll Firm | 2:17-cv-7543 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | BAKER, DAVID | The Driscoll Firm | 2:16-cv-11932 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 3. | COBLE JR, DANIEL A | Law Office of Christopher | 2:17-cv-16631 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond |

1

|   | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|   |   | K. Johnston, LLC |   | to question in Section I (core case information) |
| 4. | ESPINOZA, CHESTER | Andrus Wagstaff | 2:17-cv-08545 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | GARNER, FLORENCE | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-07385 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 6. | HOLLEY, HAROLD | The Gallagher Law Firm LLP | 2:17-cv-12605 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | HUDDLESTON, TOMMY | The Driscoll Firm | 2:17-cv-13856 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 8.  | HURT, LAWRENCE | Lenze Moss, PLC. | 2:17-cv-05691 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 9.  | JAMISON, VIOLA | Andrus Wagstaff | 2:17-cv-17879 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | KLAGER, DEBRA | Baron & Budd | 2:17-cv-10307 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | LATOCHE, THOMASINA | Douglas & London | 2:17-cv-09411 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | MCGRAW, THOMAS | The Driscoll Firm | 2:17-cv-13861 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | MULLINS, TIFFANY | The Driscoll Firm | 2:17-cv-13866 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; |

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
|     |                |               |               | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | NICHOLS, KIMBERLY J | Fears \| Nachawati | 2:15-cv-04250 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 15. | NOSSER, REBECCA | The Driscoll Firm | 2:17-cv-9903 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 16. | PEREIRA, LYDIA | The Driscoll Firm | 2:17-cv-13863 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | PETERSON, KAY E | Lenze Moss, PLC. | 2:17-cv-05681 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 18. | PHILLIPS, RONALD L. | Kelley & Ferraro LLP | 2:16-cv-14409 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | PICKELS, CURTIS | Law Office of Christopher K. Johnston, LLC | 2:17-cv-15516 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | REVENE, JOHN | The Potts Law Firm, LLP | 2:17-cv-06594 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 21. | RIDLEY, SHERRILYN | The Driscoll Firm | 2:17-cv-11575 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 22. | SCOTT, SHAKEMA | The Gallagher | 2:17-cv-12481 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | Law Firm LLP | | to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 23. | SHELTON, ERNEST L | Law Office of Christopher K. Johnston, LLC | 2:17-cv-14953 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 24. | SNYDER, BARRY V | The Schlemmer Firm, LLC | 2:17-cv-5435 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 25. | STEWART, DARLENE | Smith Stag | 2:17-cv-11648 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 26. | VILLAGOMEZ, DOLLY | The Gallagher Law Firm LLP | 2:17-cv-12468 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 27. | WEDGE, PHILLIP | The Gallagher Law Firm LLP | 2:17-cv-12460 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 28. | WEST, NELDA | The Driscoll Firm | 2:17-cv-11584 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 15th day of August, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge

7