UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

## ORDER

On June 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9955]. Prior to the Show Cause Hearing held on July 17, 2018, the following Plaintiffs agreed to file or filed stipulations dismissing their cases with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | BARR, EDWARD | The Driscoll Firm | 2:17-cv-17530 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 2. | CRUZONI, DIMITRI | Reich and Binstock, LLP | 2:17-cv-11182 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | DENSON, ERNESTINE G | The Gallagher Law Firm LLP | 2:17-cv-12461 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|--------------------|-------------------|-------------------|-------------------------|
| 4. | KING, WARREN | Reich and Binstock, LLP | 2:17-cv-11729 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | MICHELS, DONNA | Wagstaff & Cartmell, LLC | 4:15-cv-00152 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | PETRELLI, MARY | The Driscoll Firm | 2:17-cv-12214 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 7. | PROFFER, JOEL | The Gallagher Law Firm LLP | 2:17-cv-12629 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 15th day of _____August_____, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge