UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

## ORDER

On May 1, 2018 and June 28, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Docs. 9413, 10085]. Prior to the Show Cause Hearing held on July 17, 2018, the following Plaintiffs agreed to file or filed stipulations dismissing their cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Astacio, Johanna | 2:17-cv-10700 | Reich & Binstock |
| 2. | Hair, Thelma | 2:17-cv-11103 | Johnson Law Group |
| 3. | Lower, William | 2:17-cv-09631 | Napoli Shkolnik, PLLC |
| 4. | Mosteller, Betty | 2:17-cv-11639 | Reich & Binstock |
| 5. | Serna, Maria | 2:17-cv-10938 | Reich & Binstock |
| 6. | Spiegel, Ronald | 2:17-cv-11310 | Reich & Binstock |
| 7. | Whisler, Angela | 2:17-cv-11219 | Reich & Binstock |

New Orleans, Louisiana, on this 15th day of __August__ 2018.

Judge Eldon E. Fallon
United States District Court Judge

1