UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On June 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9955]. For the reasons set forth at the Show Cause Hearing held on July 17, 2018, the following Plaintiffs shall be given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Show Cause Hearing to be held on September 18, 2018 at 9:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | CHRISTIE, CLAY | The Gallagher Law Firm LLP | 2:17-cv-17455 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | COX, LEONARD R | The Schlemmer Firm, LLC | 2:17-cv-5436 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond |

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
|     |                |               |               | to question in Section I (core case information) |
| 3.  | DEEB, VICTOR   | The Law Offices of Jeffrey S. Glassman | 2:16-cv-02347 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 4.  | FLEMING, JOYCE | The Driscoll Firm | 2:17-cv-13844 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5.  | GEORGE, GREGORY | Smith Stag | 2:17-cv-17894 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 6.  | HARRIS, MARY   | The Driscoll Firm | 2:17-cv-17133 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7.  | HARTMAN, DONALD | The Gallagher Law Firm LLP | 2:17-cv-12533 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8.  | HILL, KELVIN   | The Gallagher Law Firm LLP | 2:17-cv-12651 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 9.  | LANE, DORIELLE | The Driscoll Firm | 2:16-cv-09506 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 10. | MORGAN, MERIL  | Jackson Allen | 2:15-cv-05913 | Declaration-Failure to provide documentation supporting the |

|     | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
|     |     | Williams, LLP |     | authority of Xarelto user's representative to sign declaration on behalf of the user |
| 11. | ORICK, ROYLYNN | Excolo Law PLLC | 2:17-cv-08499 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 12. | SALTER, HENRY A | Marc J. Bern & Partners LLP | 2:17-cv-17925 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | SHERMAN, BEVERLY J | Johnson Law Group | 2:17-cv-08550 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 14. | STOKES, JACQULINE | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 15. | THOMAS, DOROTHY | The Driscoll Firm | 2:17-cv-17359 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 16. | WILLIAMS, ROBERT | Salim-Beasley, LLC | 2:17-cv-11481 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 15th day of   August  , 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge

4