# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On June 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9955]. Prior to the Show Cause Hearing held on July 17, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ALLEN, LAJUANE | The Driscoll Firm | 2:17-cv-17539 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | ARNOLD, WALTER L | Grant & Eisenhofer | 2:16-cv-04050 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 3. | ARROYAS, EVANGELINE | The Freeman Law Firm | 2:17-cv-14695 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | AVILA, MARIA C | The Gallagher Law Firm LLP | 2:17-cv-09870 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 5. | BECKER, RICHARD | The Driscoll Firm | 2:17-cv-13847 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 6. | BELCHER, BILLY L | Beasley Allen | 2:17-cv-17292 | Prescription Records-Records provided do not show Xarelto use |
| 7. | BLAKE, EDWARD | The Driscoll Firm | 2:17-cv-13876 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | BURR, LARRY | Gainsburgh Benjamin | 2:17-cv-05558 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 9. | CASEI STRASBOURGER, NEDDA | Avram Blair & Associates, P.C. | 2:17-cv-10567 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | DOUNTZ, MARILYN | The Driscoll Firm | 2:17-cv-13881 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 11. | DUMAS, CHRIST J | Freedland Harwin Valori, PL | 2:16-cv-00447 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 12. | FAEHNRICH, RANDALL | Watts Guerra, LLP | 2:17-cv-16864 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 13. | HALL, BILLY | The Gallagher Law Firm LLP | 2:17-cv-12465 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 14. | HEBERT, KENNETH J | Johnson Law Group | 2:17-cv-11515 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 15. | JENKINS, LOUIS | The Gallagher Law Firm LLP | 2:17-cv-12470 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 16. | MADSEN, CARL JOHAN | The Driscoll Firm | 2:17-cv-11578 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | MALDONADO, YVONNE | Avram Blair & Associates, P.C. | 2:17-cv-08560 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 18. | MERCIERS, IONIE | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 19. | MOORE, DOROTHY | Reich and Binstock, LLP | 2:17-cv-11620 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 20. | MOORE, JAMES | Jones Ward PLC | 2:15-cv-03689 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 21. | NEWMAN, JEFF | Pulaski Law Firm, PLLC | 2:17-cv-1396 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 22. | NICOMETI, FRANK | Salim-Beasley, LLC | 2:17-cv-12826 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 23. | O NEAL, GENE | Salim-Beasley, LLC | 2:17-cv-10495 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | OAKLEY, LESLIE | Douglas & London | 2:17-cv-09412 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 25. | POPE, JAMES F | Morris Law Firm | 2:17-cv-11331 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 26. | POPHAM, SUSAN | Baron & Budd | 2:18-cv-00770 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | PRITCHETT, DOROTHY | Wagstaff & Cartmell, LLC | 2:17-cv-12586 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | RICHEY, KENNETH D | Baron & Budd | 2:17-cv-08477 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 29. | ROGERS, BOBBY | The Driscoll Firm | 2:17-cv-17532 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 30. | SOTO, JUANA | Freedland Harwin Valori, PL | 2:17-cv-1061 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 31. | STEPHAN, BILLIE | Napoli Shkolnik PLLC | 2:17-cv-10826 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 32. | STUCKEY, BYRON | The Driscoll Firm | 2:16-cv-11472 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 33. | SUMNER, SUE | Napoli Shkolnik PLLC | 2:17-cv-10896 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 34. | TODOROVIC, RAYKO | Baron & Budd | 2:17-cv-13516 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 35. | WEST, WANDA | Beasley Allen | 2:17-cv-12703 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 36. | WILLETT, LAURIE | The Driscoll Firm | 2:17-cv-17520 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 37. | WILLIAMS, CHARLES E | Beasley Allen | 2:17-cv-06791 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 38. | WILLIAMS, REBECCA | Reich and Binstock, LLP | 2:17-cv-11205 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 15th day of August, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge