UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :     MDL No. 2592
                                        :
                                        :     SECTION L
THIS DOCUMENT RELATES TO:               :
THE CASES LISTED BELOW                  :
                                        :     JUDGE ELDON E. FALLON
                                        :
                                        :     MAGISTRATE JUDGE NORTH

## ORDER

On May 1, 2018 and June 28, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Docs. 9413, 10085]. Prior to the Show Cause Hearing held on July 17, 2018, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Abernathy, Frances | 2:17-cv-11623 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Abernathy, Kim | 2:17-cv-10644 | Cochran Legal Group, LLP |
| 3. | Aguilar, Madeline | 2:17-cv-09959 | The Driscoll Firm, P.C. |
| 4. | Allred, Thomas | 2:17-cv-11627 | Lenze Lawyers, PLC |
| 5. | Arnett, Ina M. | 2:17-cv-11135 | Grant & Eisenhofer P.A. |
| 6. | Avakian, Nvard | 2:17-cv-12169 | Fears Nachawati, PLLC |
| 7. | Barber, Richard | 2:17-cv-10645 | Cochran Legal Group, LLP |
| 8. | Baun, Allen | 2:17-cv-10646 | Cochran Legal Group, LLP |
| 9. | Brown, Betty | 2:17-cv-13042 | Lenze Lawyers, PLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 10. | Casados, Julia | 2:17-cv-12606 | The Miller Firm, LLC |
| 11. | Chaney, Elijah | 2:17-cv-09987 | The Driscoll Firm, P.C. |
| 12. | Davis, Julie | 2:17-cv-09800 | Lenze Lawyers, PLC |
| 13. | DeFrank, Margaret D. | 2:17-cv-12193 | Motley Rice LLC |
| 14. | Deluso, Victor | 2:17-cv-10637 | Slater, Slater Schulman, LLP |
| 15. | Drape, Lula | 2:17-cv-09978 | The Driscoll Firm, P.C. |
| 16. | Draper, John, Sr. | 2:17-cv-13065 | Slater, Slater Schulman, LLP |
| 17. | Fagan, Anthony | 2:17-cv-13342 | Lenze Lawyers, PLC |
| 18. | Farmer, James | 2:17-cv-11176 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 19. | Ferguson, Alfred, Jr. | 2:17-cv-09896 | The Driscoll Firm, P.C. |
| 20. | Fitzgerald, William | 2:17-cv-12153 | Douglas & London, P.C. |
| 21. | Godio, Bill | 2:17-cv-11944 | Johnson Law Group |
| 22. | Graham, Tonya | 2:17-cv-10948 | Johnson Law Group |
| 23. | Herrington, Pamela | 2:17-cv-13039 | Lenze Lawyers, PLC |
| 24. | Hill, Terry | 2:17-cv-10649 | Cochran Legal Group, LLP |
| 25. | Holmes, Juanita | 2:17-cv-10075 | The Driscoll Firm, P.C. |
| 26. | Holmes, Thelma | 2:17-cv-09765 | Johnson Law Group |
| 27. | Jackson, Anne | 2:17-cv-09983 | The Driscoll Firm, P.C. |
| 28. | Kincaid, Roger | 2:17-cv-09980 | The Driscoll Firm, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 29. | Kiser, Barbara | 2:17-cv-12745 | Avram Blair & Associates, P.C. |
| 30. | Knox, Roberta | 2:17-cv-10875 | Johnson Law Group |
| 31. | Lacy, John | 2:17-cv-12746 | Avram Blair & Associates, P.C. |
| 32. | Lee, Joyce A. | 2:17-cv-10323 | Slater, Slater Schulman, LLP |
| 33. | Lemond, Doyle F. | 2:17-cv-09732 | Fears Nachawati, PLLC |
| 34. | Little, Joseph | 2:17-cv-13405 | Douglas & London, P.C. |
| 35. | Luce, Lawrence | 2:17-cv-11603 | The Schlemmer Firm, LLC |
| 36. | Mantel, Jewel | 2:17-cv-10787 | Driggs, Bills & Day, P.C. |
| 37. | Martin, Carmella | 2:17-cv-12380 | Lenze Lawyers, PLC |
| 38. | May, Charles | 2:17-cv-11608 | The Schlemmer Firm, LLC |
| 39. | Moore, Joseph | 2:17-cv-10706 | Slater, Slater Schulman, LLP |
| 40. | O'Reilly, Peter | 2:17-cv-10509 | Douglas & London, P.C. |
| 41. | Rankin, Charles | 2:17-cv-11089 | Grant & Eisenhofer P.A. |
| 42. | Sanders, Gordon L. | 2:17-cv-10280 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 43. | Shaw, Stanley | 2:17-cv-13344 | Lenze Lawyers, PLC |
| 44. | Sheridan, Gloria | 2:17-cv-12213 | The Driscoll Firm, P.C. |
| 45. | Singer, Edith | 2:17-cv-10142 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 46. | Smith, Jacqueline | 2:17-cv-09908 | The Schlemmer Firm, LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 47. | Swan, Mark A. | 2:17-cv-10151 | Medley Law Group |
| 48. | Turner, Anthony | 2:17-cv-10650 | Cochran Legal Group, LLP |
| 49. | Walker, Marguerite | 2:17-cv-09825 | Douglas & London, P.C. |
| 50. | Williams, Ricky | 2:17-cv-13343 | Lenze Lawyers, PLC |

New Orleans, Louisiana, on this 15th day of ____August____, 2018.

Judge Eldon E. Fallon
United States District Court Judge