UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On May 1, 2018 and June 28, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Docs. 9413, 10085]. For the reasons set forth at the Show Cause Hearing held on July 17, 2018, the following cases are dismissed with prejudice for failure serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Adams-Hughes, Rosemary | 2:17-cv-12174 | Fears Nachawati, PLLC |
| 2. | Andrick, Joyce | 2:17-cv-10866 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Chernesky, Beth | 2:17-cv-10395 | Heninger Garrison Davis, LLC |
| 4. | Fields, Anastasia | 2:17-cv-11179 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 5. | Gardner, James Hays | 2:17-cv-10647 | Cochran Legal Group, LLP |
| 6. | Hancock, Charles | 2:17-cv-10572 | Fears Nachawati, PLLC |
| 7. | Lopez, Abedon, Jr. | 2:17-cv-10066 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 8. | Mitchell, Michael | 2:17-cv-11664 | Jackson Allen & Williams, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 9. | Smith, Angela | 2:17-cv-11725 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 10. | Sowl, John | 2:17-cv-13677 | Johnson Law Group |
| 11. | Wallin, Carroll | 2:17-cv-12143 | Wexler Wallace LLP |

New Orleans, Louisiana, on this 15th day of ___August___, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge