UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO

Miller v. Janssen Research & Development LLC et. al. **Civil Action No. 2:16-cv-09580**

Cawthon v. Janssen Research & Development LLC et. al. **Civil Action No. 2:16-cv-11083**

Banks v. Janssen Research & Development LLC et. al. **Civil Action No. 2:16-cv-12780**

Blankenship v. Janssen Research & Development LLC et. al. **Civil Action No**. **2:16-cv-13982**

Blow v. Janssen Research & Development LLC et. al. **Civil Action No 2:16-cv-14786**

Shutters v. Janssen Research & Development LLC et. al. **Civil Action No. 2:16-cv-14506**

White v. Janssen Research & Development LLC et. al. **Civil Action No. 2:16-cv-13787**

Kremer v. Janssen Research & Development LLC et. al. **Civil Action No. 2:16-cv-15241**

**ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Roger Orlando is allowed to enroll and is hereby enrolled as co-counsel of record in the above- entitled and numbered actions.

New Orleans, Louisiana this  15th   day of  August  , 2018.

_____
UNITED STATES DISTRICT JUDGE