UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lela Marie Kingrey v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-2303

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10485, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Larry Kingrey, surviving son and Personal Representative of the Estate of Lela Marie Kingrey, is substituted for Plaintiff Lela Marie Kingrey as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE