UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:      XARELTO (RIVAROXABAN)
            PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Frances Craigo* *Case No. 2:15-cv-02948* | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Undersigned counsel for Plaintiff, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order replacing Plaintiff Frances Craigo with Co-Executors Esther Arlene Karnik and Judith Harnish, Personal Representatives for the Estate of Frances Craigo, and in support states as follows:

1. Plaintiff Frances Craigo passed away on November 30, 2015, as reported to the Court in the attached Suggestion of Death (Ex. 1).

2. On July 13, 2017, the Lorain County, Tennessee Judge of Probate entered an order naming Co-Executors, Esther Arlene Karnik and Judith Harnish as Personal Representatives of the Estate of Frances Craigo (Ex. 2).

3. Counsel for Plaintiff has conferred with counsel for Defendants by email on June 14 regarding this action. However, Defendants did not respond to Plaintiff's conferral communication (Ex. 3).

4. Thus, as death does not extinguish his cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Esther Arlene Karnik and Judith Harnish, Personal Representatives for the Estate of Frances Craigo as the named party plaintiffs in the place of Frances Craigo.

WHEREFORE, each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Esther Arlene Karnik and Judith Harnish, Personal Representatives for the Estate of Frances Craigo as the named party plaintiffs in the place of Frances Craigo.

Dated:  August 15, 2018.

THE COCHRAN FIRM-DOTHAN

By: /s/ Joseph D. Lane
Joseph D. Lane
ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: joelane@cochranfirm.com
*Counsel for plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of August, 2018, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Joseph D. Lane
OF COUNSEL