# EXHIBIT 2

## LORAIN COUNTY PROBATE COURT
## JAMES T WALTHER, JUDGE

ESTATE OF FRANCES CRAIGO, DECEASED

CASE NO. 2017 ES 00643

**ENTRY APPOINTING FIDUCIARY;
LETTERS OF AUTHORITY**
[For Executors and all Administrators]

2017 JUL 13 P 2: 55

JAMES T WALTHER
JUDGE

Name and Title of Fiduciary ESTHER ARLENE KARNIK AND JUDITH HARNISH, CO-EXECUTORS

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died [check one of the following] __X__ testate _____ intestate on 11/30/2015, domiciled in CITY OF LORAIN, County of Lorain, State of Ohio.

[Check one of the following] __X__ Bond is dispensed with by the Will Bond is dispensed with by law___ Applicant has executed and filed an appropriate bond, which is approved by the Court in the amount of $ with .

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.
ALL PROBATE ASSETS ARE TO REMAIN IN LORAIN COUNTY, OHIO.

_____
JAMES T WALTHER, JUDGE

### CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

James T Walther
~~Probate Judge~~/Clerk

[Seal]

_Rebecca Rubish_

Date __JUL 1 3 2017__

JOURNAL __341__ NO __3479__