UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Frances Craigo* *Case No. 2:15-cv-02948* | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Esther Arlene Karnik and Judith Harnish, as co-executors of the Estate of Frances Craigo, are substituted for Plaintiff Francis Craigo as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 15th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE