# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:    XARELTO (RIVAROXABAN)
          PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Bridget Loper* *Case No. 2:15-cv-00507* | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Undersigned counsel for Plaintiff, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order replacing Plaintiff Bridget Loper with Joseph Thomas Loper, Personal Representative for the Estate of Bridget Loper, and in support states as follows:

1. Plaintiff Bridget Loper passed away on December 23, 2015, as reported to the Court in the attached Suggestion of Death (Ex. 1).

2. On February 7, 2018, the Cherokee County, Georgia Judge of Probate entered an order naming Joseph Thomas Loper as Personal Representative of the Estate of Bridget Loper. (Ex. 2).

3. Counsel for Plaintiff has conferred with counsel for Defendants by email on June 14 regarding this action. However, Defendants did not respond to Plaintiff's conferral communication (Ex. 3).

4. Thus, as death does not extinguish her cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Joseph Thomas

Loper, Personal Representative for the Estate of Bridget Loper as the named party in the place of Bridget Loper.

WHEREFORE, each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Joseph Thomas Loper, Personal Representative for the Estate of Bridget Loper as the named party in the place of Bridget Loper.

Dated:  August 15, 2018.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: joelane@cochranfirm.com
*Counsel for plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of August, 2018, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Joseph D. Lane
Joseph D. Lane