EXHIBIT 2

FILED IN OFFICE
This 7ᵗʰ day of Feb. 2018
at 3:47 p.m.
_____
Deputy Clerk
Cherokee County Probate Court

## IN THE PROBATE COURT OF CHEROKEE COUNTY
## STATE OF GEORGIA

IN RE: ESTATE OF )
)
BRIDGET NICOLE LOPER ) ESTATE NO. 2017ES0723
DECEASED )

### LETTERS OF ADMINISTRATION
*[Bond Waived and/or Certain Powers Granted at Time of Appointment]*

At a regular term of Probate Court, this Court granted an order allowing **JOSEPH THOMAS LOPER** to qualify as Administrator of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, and that upon so doing, Letters of Administration be issued to such Personal Representative.

THEREFORE, the said Administrator, having taken the oath of office and complied with all necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all powers of Personal Representative, according to Georgia law. In addition this Court:

*[Initial all which apply]*

_BLW_ (a) **POWERS GRANTED:** Grants to the Administrator all of the powers contained in O.C.G.A. § 53-12-261.

_BLW_ (b) **REPORTS WAIVED:** Grants to the Administrator the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

_BLW_ (c) **BOND WAIVED:** Waives the specific requirement to post bond.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this 7ᵗʰ day of February, 20 18.

_____
Judge of the Probate Court

*[Seal]*

STATE OF GEORGIA
COUNTY OF CHEROKEE

The Undersigned, Deputy Clerk of the Probate Court of Cherokee County, State of Georgia, DOES HEREBY CERTIFY that the in and foregoing document is a true and correct copy of the original as it appears on record and file in the office of the Probate Court of Cherokee County, State of Georgia.

Witness the hand and seal of the Cherokee County Probate Court, State of Georgia, this 8th day of February, 2018.

_Cristi Duhon_
Cristie Duhon, Sr. Deputy Clerk
Cherokee County Probate Court,
State of Georgia