UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Bridget Loper* *Case No. 2:15-cv-00507* | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joseph Loper, as executor of the Estate of Bridget Loper, is substituted for Plaintiff Bridget Loper as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE