UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

|  | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Columbus Powell.* *Case No. 2:17-cv-05407* | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Undersigned counsel for Plaintiff, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order replacing Plaintiff Columbus Powell (identified hereinafter as "Columbus Powell, Sr.") with Columbus Powell, Jr., Personal Representative for the Estate of Columbus Powell, Sr., and in support states as follows:

1. Plaintiff Columbus Powell, Sr., passed away on June 4, 2017, as reported to the Court in the attached Suggestion of Death (Ex. 1).

2. On September 13, 2017, the Coahoma County, Mississippi Judge of Probate entered an order naming Columbus Powell, Jr., as Personal Representative of the Estate of Columbus Powell, Sr. (Ex. 2).

3. Counsel for Plaintiff has conferred with counsel for Defendants by email on June 14 regarding this action. However, Defendants did not respond to Plaintiff's conferral communication (Ex. 3).

4. Thus, as death does not extinguish his cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Columbus Powell, Jr., Personal Representative for the Estate of Columbus Powell, Sr., as the named party in the place of Columbus Powell, Sr.

WHEREFORE, each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Columbus Powell, Jr., Personal Representative for the Estate of Columbus Powell, Sr., as the named party in the place of Columbus Powell, Sr.

Dated: August 15, 2018.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: joelane@cochranfirm.com
*Counsel for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of August, 2018, electronically filed the foregoing with the Clerk of the Court using CM/EF system which will send notification of such filing to all counsel of record.

/s/ Joseph D. Lane
Joseph D. Lane