# EXHIBIT 2

Case: 14CH1:17-cv-00285-CFC   Document #: 8   Filed: 09/13/2017   Page 1 of 1

IN THE CHANCERY COURT OF COAHOMA COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE
OF COLUMBUS POWELL, SR., DECEASED

CASE NO: 2017-285

## LETTERS OF ADMINISTRATION

WHEREAS, **Columbus Powell, Sr.**, late of said Coahoma County, Mississippi, died intestate, as we are informed, having whilst she lived, and at the time of his death, real property only, within this State; and we, desiring that the said real property, may be well and truly administered, converted and disposed of, do hereby grant unto **Columbus Powell, Jr.**, full power, by the tenor of these presents, to administer the goods and chattels, rights and credits, which to the said deceased in her lifetime, and at the time of her death, did belong; to ask, levy, recover, and receive the same and pay the debts in which the deceased stood bound, so far as the goods, chattels, rights, credits, lands, tenements, and hereditaments of the said deceased will extend, according to his rate and the order of the law; to make a true and perfect inventory of said goods and chattels, rights and credits, and the same to exhibit in the office of the Clerk of this Court, at or before the expiration of 90 days from the date herein, and to render a just account of the said administration when thereunto, if and when, legally required; and the said **Columbus Powell, Jr.**, is hereby ordained Administrator of all singular the goods and chattels, rights and credits, of the said deceased.

WITNESS my hand and official seal of this court, this the 13th day of September, 2017.

COAHOMA COUNTY CHANCERY CLERK
Carolyn Parham by
Rosalyn W____ D.C.
CLERK OF THE COURT

FILED Sept 13, 2017
CAROLYN PARHAM, Chancery Clerk
BY Lakisha Gordon D.C.