# EXHIBIT 3

**Joe Lane**

| | |
|---|---|
| From: | Joe Lane |
| Sent: | Thursday, June 14, 2018 12:22 PM |
| To: | 'Brown, Lindy' |
| Cc: | Angela Mason; Nelly San Miguel; Lara Zander; Tessie Steverson; John Givens |
| Subject: | Motion to Substitute Party Plaintiff |
| Attachments: | Loper.pdf; Craigo.pdf; Chaney.pdf; Powell.pdf |

Lindy,

Attached are four drafts of Suggestions of Death and four proposed Unopposed Motions for Substitution of Party Plaintiff. Will you please review on behalf of Defendants and let me know if we can file the Motions as "Unopposed" by all Defendants as drafted? Please let me know as soon as possible.

**Joseph D. Lane, Esq.**
The Cochran Firm-Dothan, PC
111 East Main Street | Dothan, Alabama 36301
Phone (334) 673-1555 | Fax (334) 699-7229
JoeLane@CochranFirm.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

1