**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE:      **XARELTO (RIVAROXABAN)**
            **PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** <br><br> *Columbus Powell.* <br> *Case No. 2:17-cv-05407* | **MDL No. 2592** <br><br> **SECTION: L** <br><br> **JUDGE: ELDON E. FALLON** <br><br> **MAG. JUDGE: MICHAEL NORTH** |


**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff,

finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Columbus Powell, Jr., as executor of the Estate of

Columbus Powell, Sr., is substituted for Plaintiff Columbus Powell, Sr., as the proper party

plaintiff in the above captioned case.


New Orleans, Louisiana, this 15th day of August, 2018.


_____
UNITED STATES DISTRICT COURT JUDGE