UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *James Chaney* *Case No. 2:16-cv-02955* | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Undersigned counsel for Plaintiff, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order replacing Plaintiff James Chaney with Troy L. Chaney, Personal Representative for the Estate of James Chaney, and in support states as follows:

1. Plaintiff James Chaney passed away on June 15, 2017, as reported to the Court in the attached Suggestion of Death (Ex. 1).

2. On June 27, 2017, the Davidson County, State of North Carolina Judge of Probate entered an order naming Troy L. Chaney as Personal Representative of the Estate of James Chaney (Ex. 2).

3. Counsel for Plaintiff has conferred with counsel for Defendants by email on June 14 regarding this action. However, Defendants did not respond to Plaintiff's conferral communication (Ex. 3).

4. Thus, as death does not extinguish his cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Troy L. Chaney,

Personal Representative for the Estate of James Chaney as the named party in the place of James Chaney.

WHEREFORE, each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Troy L. Chaney, Personal Representative for the Estate of James Chaney as the named party in the place of James Chaney.

Dated: August 15, 2018.

                                           **THE COCHRAN FIRM-DOTHAN**

                                           By: /s/ Joseph D. Lane
                                           Joseph D. Lane
                                           ASB 9991 N75-J
                                           111 E. Main Street
                                           Dothan, AL 36301
                                           phone: (334) 673-1555
                                           fax: (334) 699-7229
                                           e-mail: joelane@cochranfirm.com
                                           *Counsel for plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day 15th day of August, 2018, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                           /s/ Joseph D. Lane
                                           Joseph D. Lane