EXHIBIT 2

| STATE OF NORTH CAROLINA | | No. | 17 E 786 |
|---|---|---|---|

**STATE OF NORTH CAROLINA**

DAVIDSON County

In The General Court Of Justice
Superior Court Division
Before The Clerk

### IN THE MATTER OF THE ESTATE OF:

Name Of Decedent/Minor/Incompetent/Trust
JAMES CHANEY

FILED

2017 JUN 27 P 4: 02

DAVIDSON CO., C.S.C.

BY: Lee Li

**ORDER AUTHORIZING
ISSUANCE OF LETTERS**

G.S. 28A-6-1; 35A-1215, -1226; 36C-2-209

The Court finds from the Application for Letters in the matter named above that the Fiduciary is entitled and is not disqualified to administer the estate, trust, or guardianship.

Based on these findings, the Court orders that Letters be issued to the Fiduciary in this matter.

| Name And Address Of Fiduciary 1 TROY L CHANEY 3021 OSTERLEY ST RALEIGH, NC 27614 | Date Of Qualification 06/27/2017 |
|---|---|
| | Clerk Of Superior Court BRIAN L SHIPWASH |
| Title Of Fiduciary 1 ADMINISTRATOR | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date 06/27/2017 |
| | Signature |
| Title Of Fiduciary 2 | ☒ Assistant CSC        ☐ Clerk Of Superior Court |

AOC-E-402, Rev. 8/12
© 2012 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____DAVIDSON_____ County

File No. 17E 786

In The General Court Of Justice
Superior Court Division
Before The Clerk

| IN THE MATTER OF THE ESTATE OF: | |
|---|---|
| *Name Of Decedent/Minor/Incompetent/Trust* | FILED |
| JAMES CHANEY | 2017 JUN 27 P 3:51 **OATH/AFFIRMATION** |
| | DAVIDSON CO., C.S.C. |

N.C. Constitution, Art. VI., Sec. 7; G.S.11-7, 11-11; 28A-7-1

I, the undersigned, do solemnly ☒ swear ☐ affirm that I will support and maintain the Constitution and laws of the United States, and the Constitution and laws of North Carolina not inconsistent therewith; that I will be faithful and bear true allegiance to the State of North Carolina, and to the constitutional powers and authorities which are or may be established for the government thereof; and that I will endeavor to support, maintain and defend the Constitution of said State, not inconsistent with the Constitution of the United States, to the best of my knowledge and ability; and that I will faithfully discharge the duties of my office as indicated below;
☒ so help me, God. ☐ and this is my solemn affirmation.

*(check office below)*

☒ **OATH OF ADMINISTRATOR**

I ☒ swear ☐ affirm that I believe that the above named decedent died without leaving any Last Will and Testament; that I will well and truly administer all and singular the goods and chattels, rights and credits of the deceased and a true and perfect inventory thereof return according to law; and that all other duties appertaining to the charge reposed in me, I will well and truly perform, according to law and with my best skill and ability; ☒ so help me, God. ☐ and this is my solemn affirmation.

☐ **OATH OF EXECUTOR**

I ☐ swear ☐ affirm that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies; as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an executor, agreeably to the trust and confidence reposed in me, and according to law; ☐ so help me, God. ☐ and this is my solemn affirmation.

☐ **OATH OF ADMINISTRATOR CTA**

I ☐ swear ☐ affirm that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies, as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an administrator cta to the best of my skill and ability and according to the law; ☐ so help me, God. ☐ and this is my solemn affirmation.

☐ **OATH OF FIDUCIARY**

I ☐ swear ☐ affirm that I will faithfully and honestly discharge the duties reposed in me according to the best of my skill and ability, and according to law; ☐ so help me, God. ☐ and this is my solemn affirmation.

| *Name Of Fiduciary 1* | *Name Of Fiduciary 2* |
|---|---|
| TROY L CHANEY | |
| *Signature Of Fiduciary* | *Signature Of Fiduciary* |
| ☒ SWORN ☐ AFFIRMED AND SUBSCRIBED TO BEFORE ME | ☐ SWORN ☐ AFFIRMED AND SUBSCRIBED TO BEFORE ME |
| *Date* 06/27/2017 | *Date* |
| *Signature Of Person Authorized To Administer Oaths* | *Signature Of Person Authorized To Administer Oaths* |
| ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
| ☐ Notary | *Date My Commission Expires* | ☐ Notary |
| **SEAL** | *County Where Notarized* | *Date My Commission Expires* |
| | | *County Where Notarized* | **SEAL** |

AOC-E-400, Rev. 3/07
© 2007 Administrative Office of the Courts

Original-File

| STATE OF NORTH CAROLINA | No. 17 E 786 |
|---|---|
| Davidson _____ County | In The General Court Of Justice<br>Superior Court Division<br>Before The Clerk |

### IN THE MATTER OF THE ESTATE OF:

FILED

2017 JUN 27 PM 2:02

DAVIDSON CO. C.S.C.

BY LC

**APPLICATION FOR LETTERS OF ADMINISTRATION**

G.S. 28A-6-1, 28A-12-4

| Name, Street Address, City, State, And Zip Code Of Decedent |
|---|
| James Chanen<br>2002 Sunshine Lane<br>Lexington, NC 27292 |

| Social Security No. (last four digits) | County Of Domicile At Time Of Death | Date Of Death | Place Of Death (if different from County Of Domicile) |
|---|---|---|---|
| | Davidson | 6/15/17 | |

| Name, Street Address, P.O. Box, City, State, And Zip Code Of Applicant | Name, Street Address, P.O. Box, City, State, And Zip Code Of Co-Applicant |
|---|---|
| Troy L Chanen<br>3021 Osterkey Street<br>Raleigh, NC 27614 | |
| Telephone No.<br>919 - 368 - 8645 | Telephone No. |
| Legal Residence (County, State)<br>Wake, NC | Legal Residence (County, State) |
| Name, Street Address, P.O. Box, City, State, And Zip Code Of Attorney | Attorney Bar No. |
| | Telephone No. |

I, the undersigned, applying for letters of administration in the above estate, being first duly sworn, say that:

1. The decedent was domiciled in this county at the time of the decedent's death, or left property or assets in this county, or was a nonresident motorist who died in North Carolina; ☐ no other proceeding for probate or for administration is pending in any jurisdiction.

2. ☑ a. I am the person entitled to apply for letters or am applying after all persons having prior right to apply have renounced.

   ☐ b. I am applying subject to G.S. 28A-6-2(1) and move that all necessary notices be issued.

   ☐ c. I am the public administrator appointed by the Court.

3. I am not disqualified pursuant to G.S. 28A-4-2 to administer the estate and have not renounced my right to do so.

4. After diligent inquiry, I have determined that the persons listed below are all the persons entitled to share in the decedent's estate. (If there is a court-appointed guardian for any such person(s), list the guardian's name and address on an attachment.)

| NAME | AGE | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|---|
| Troy L Chanen | 50 | Son | 3021 Osterkey St Raleigh 27614 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Original - File    Copy - Applicant
(Preliminary Inventory On Reverse)

AOC-E-202, Rev. 3/16
© 2016 Administrative Office of the Courts

## PRELIMINARY INVENTORY

*(Give values as of date of decedent's death. Continue on separate attachment if necessary.)*

### PART I. PROPERTY OF THE ESTATE

| | | Est. Market Value |
|---|---|---|
| 1. Accounts in sole name of decedent *(List bank, etc., each account no., and balance.)* | | $ |
| | | |
| | | |
| | | |
| 2. Joint accounts **without** right of survivorship *(List bank, etc., each account no., balance, and joint owners.)* | | |
| | % Owned By Decedent | |
| | % Owned By Decedent | |
| | % Owned By Decedent | |
| | % Owned By Decedent | |
| 3. Stocks/bonds/securities in sole name of decedent or jointly owned **without** right of survivorship | % Owned By Decedent | |
| 4. Cash and undeposited checks on hand | Lexington State Bank | un known |
| 5. Household furnishings | | |
| 6. Farm products, livestock, equipment, and tools | | |
| 7. Vehicles | toyota corolla | un known |
| 8. Interests in partnership or sole proprietor businesses | | |
| 9. Insurance, Retirement Plans, IRAs, annuities, etc., payable to Estate | | |
| 10. Notes, judgments, and other debts due decedent | | |
| 11. Miscellaneous personal property | | un known |
| 12. Estimated annual income of Estate | | un known |
| *(Base bond on this amount, if applicable.)* **TOTAL PART I.** ▶ | | $ un known |

### PART II. PROPERTY WHICH CAN BE ADDED TO ESTATE IF NEEDED TO PAY CLAIMS

| | |
|---|---|
| 1. Joint accounts with right of survivorship *(List bank, etc., each account no., balance, and joint owners.)* | $ |
| | |
| | |
| | |
| 2. Stocks/bonds/securities registered in beneficiary form and immediately transferred on death or jointly owned with right of survivorship | |
| 3. Other personal property recoverable (G.S. 28A-15-10) | |
| 4. Real estate owned by decedent and not listed elsewhere | Home    un Known |
| **TOTAL PART II.** ▶ | $ |

### PART III. OTHER PROPERTY

1. There ☐ is ☑ is not   entireties real estate owned by decedent and spouse.
2. There ☑ are ☐ are not   Insurance, Retirement Plans, IRAs, annuities, etc., payable to named beneficiaries.     *They have been premarily cashed .(*
3. There ☐ is ☑ is not   a potential claim for wrongful death arising under G.S. 28A-18.2.

| Signature Of Applicant | Signature Of Co-Applicant |
|---|---|
| *[signature]* | |
| **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** | **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** |
| Date: 6/27/17   Signature Of Person Authorized To Administer Oaths *[signature]* | Date    Signature Of Person Authorized To Administer Oaths |
| ☑ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
| ☐ Notary  Date Commission Expires | Date Commission Expires  ☐ Notary |
| **SEAL**  County Where Notarized | County Where Notarized  **SEAL** |