# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:      XARELTO (RIVAROXABAN)
            PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *James Chaney* *Case No. 2:16-cv-02955* | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Troy Chaney, as executor of the Estate of James Chaney, is substituted for Plaintiff James Chaney as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE