**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL NO. 2592** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION:  L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| This Document relates to: | ) | |
| Frances E. Ross v. Janssen Research | ) | |
| & Development, LLC, et al. | ) | **JURY TRIAL DEMANDED** |
| E.D. La. No. 2:16-cv-03430 | ) | |

_____

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Frances E. Ross.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by John Ross, who is the son and surviving heir of Frances E. Ross.

Dated:  August 15, 2018

Respectfully submitted,

By:     _/s/ Ethan L. Shaw_____
      Ethan L. Shaw
      John P. Cowart
      SHAW COWART, L.L.P.
      1609 Shoal Creek Boulevard
      Suite 100
      Austin, Texas  78701
      Telephone:  (512) 499-8900
      Facsimile:  (512) 320-8906
      elshaw@shawcowart.com
      jcowart@shawcowart.com

      _Attorneys for the Plaintiff_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Ethan L. Shaw*