# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **This Document relates to:** ) <br>    Frances E. Ross v. Janssen Research ) <br>    & Development, LLC, et al. ) <br>    E.D. La. No. 2:16-cv-03430 ) | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br><br> JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting John Ross on behalf of his deceased father, Frances E. Ross.

1. Frances E. Ross filed a products liability lawsuit against Defendants on April 19, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Frances E. Ross died on February 25, 2018.

3. Frances E. Ross' products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on August 15, 2018.

5. John Ross surviving heir of Frances E. Ross, is a proper party to substitute for plaintiff-decedent France E. Ross and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1).  "If

a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, John Ross requests that this Court grant his request for substitution as plaintiff in this action.

Dated: August 15, 2018

          Respectfully submitted,

          By: */s/ Ethan L. Shaw*
              Ethan L. Shaw
              John P. Cowart
              SHAW COWART, L.L.P.
              1609 Shoal Creek Boulevard
              Suite 100
              Austin, Texas 78701
              Telephone: (512) 499-8900
              Facsimile: (512) 320-8906
              elshaw@shawcowart.com
              jcowart@shawcowart.com

          *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

          */s/ Ethan L. Shaw*