# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| **This Document Relates to:** | **MAG. JUDGE NORTH** |
| *Sandra Fulton and Stephen Fulton v. Janssen Research & Development, LLC, et al.;* Civil Action No.: 2:17-cv-12620-EEF-MBN | |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Stephen Fulton, surviving husband and representative of the estate of Sandra Fulton, is substituted for Plaintiff Sandra Fulton as the proper party plaintiff in the above-captioned case.

New Orleans, Louisiana, this ____ day of _____, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

1605323.1