UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Willie Rhodes, on behalf of himself and as personal representative of the Estate of Pearl L. Barnett, Deceased v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-00073

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10502, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Laurentis Barnett, as personal representative of the Estate of Pearl L. Barnett, is substituted for Plaintiff Willie Rhodes as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE