UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Frances E. Ross v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-03430

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10520, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff John Ross, surviving son of Frances E. Ross, is substituted for Plaintiff Frances E. Ross as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE