## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bridget Loper v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-0507

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10516, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joseph Loper, as executor of the Estate of Bridget Loper, is substituted for Plaintiff Bridget Loper as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE