UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Columbus Powell v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-5407

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10517, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Columbus Powell, Jr., as executor of the Estate of Columbus Powell, Sr., is substituted for Plaintiff Columbus Powell, Sr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE