UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Lori Stifter, on behalf of William E. Thompson and the Estate of William E. Thompson v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-07118* | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Chadler Colgan in place of Lori Stifter, on behalf of William E. Thompson, deceased, and the Estate of William E. Thompson, for the following reasons:

1. On July 30, 2018, Plaintiffs' counsel filed a Complaint in the above referenced matter for Lori Stifter, on behalf of William E. Thompson and the Estate of William E. Thompson.

2. Lori Stifter, has since notified Plaintiff's counsel that on November 7, 2017, Chadler Colgan was appointed Administrator of the Estate of William Thompson, by the Kansas District Court for Wyandotte County, Probate Department. (*See* Exhibit A).

3. Chadler Colgan is the Proper Party Plaintiff and should be substituted in place of Lori Stifter, on behalf of William E. Thompson and the Estate of William E. Thompson, in this matter.

Wherefore, movant prays for said substitution.

Dated: August 16, 2018

                                                      Respectfully submitted,

                                                      */s/ Leslie LaMacchia*
                                                      Leslie LaMacchia, Esq.
                                                      Adam Pulaski, Esq.
                                                      PULASKI LAW FIRM, PLLC
                                                      2925 Richmond Avenue, Suite 1725
                                                      Houston, TX 77098
                                                      (713) 664-4555 Phone

(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2018, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: August 16, 2018

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
