# Exhibit A

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
PROBATE DEPARTMENT

IN THE MATTER OF THE ESTATE OF )
) Case No. 2017-PR-278
WILLIAM THOMPSON, Deceased )
(Petition Pursuant to K.S.A. Chapter 59) )

FILED
2017 NOV -7 PM 3: 03
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
BY_____ DEPUTY

## ORDER APPOINTING ADMINISTRATOR

On October 3, 2017, the Court hears the Petition for Issuance of Letters of Administration filed by John Thompson and the Counter-Petition for Issuance of Letters of Administration filed by Lori Stifter. The Petitioner, John Thompson appears in person and by attorney Kristen Shelley-Chapin. The Counter Petitioner, Lori Stifter appears by attorney Anne Linton Pond Hendrickson. There are no other appearances.

After examining the files and hearing the evidence, statements and arguments of counsel, the Court finds:

1. Due diligence has been exercised in the search for names, ages, relationships and residences and addresses of heirs.

2. Notice of this hearing has been given as required by law and the Order of this Court and proof of notice has been filed and is approved.

3. The allegations of the Petition are true.

4. All the terms and provisions of the Servicemembers Civil Relief Act have been complied with as to any interested person or persons who are in the service of the United States or its allies.

5. William Thompson died intestate at Kansas City, Kansas, on September 27, 2016; at the time of death decedent was a resident of Wyandotte County, Kansas, and a citizen of the United States, leaving an Estate to be administered herein.

6. Parties agree that an independent administrator should be appointed. Attorney, Chad Colgan, whose post office address is _____, is a suitable and competent person to be granted Letters of Administration.

7. Administration is not sought under the Kansas Simplified Estates Act.

THE COURT ORDERS:

1. The above findings are made a part of the order and decree of this court.

2. Chad Colgen is appointed Administrator of the Estate of William Thompson, deceased, and upon the filing of an oath Letters of Administration are granted.

_____
Judge

CHAPIN LAW FIRM, LLC

/s/ Kristen Shelley-Chapin
Kristen Shelley-Chapin, KS #20443
11212 Johnson Drive
Shawnee KS 66203
(913) 385-0600
kristen@chapinlawfirm.com
Attorney for Petitioner



IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
PROBATE DEPARTMENT

IN THE MATTER OF THE ESTATE OF )
) Case No. 2017-PR-228
WILLIAM THOMPSON, Deceased )
(Petition Pursuant to K.S.A. Chapter 59) )

FILED
2017 NOV -7 PM 3: 03
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
BY _____ DEPUTY

## LETTERS OF ADMINISTRATION

Chad Colgan, a resident of ____NOV 7____ County, Kansas, having been appointed and qualified as Administrator, is granted Letters of Administration in the Estate of William Thompson, deceased, with full power and authority as provided by law.

IN WITNESS, I, the undersigned Judge of the above-entitled Court, have signed my name and affixed the official seal of this Court at Wyandotte County, Kansas, this date.

_____
Judge

[Seal of Wyandotte County District Court, Kansas]