UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Lori Stifter, on behalf of William E. Thompson and the Estate of William E. Thompson v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-07118* _____ | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Chadler Colgan, on behalf, William E. Thompson, deceased, and the Estate of William E. Thompson, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge