# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Plaintiffs, | MDL NO. 2592 |
| v. | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, JOHNSON & JOHNSON COMPANY | MAG. JUDGE MICHAEL NORTH |
| | Civil Action No.  16-16808 |
| | 16-04941 |
| | 16-16128 |
| | 17-05555 |
| | 16-07045 |
| | 17-07352 |
| | 17-10787 |
| | 17-11020 |
| | 17-12204 |
| | 18-01303 |
| | 18-01379 |
| | 18-01636 |
| | 18-02470 |
| | 18-02481 |
| | 18-05058 |
| | 18-06959 |
| Defendants. | 18-07500 |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW Plaintiffs, listed infra, represented by Driggs, Bills & Day, PLLC, and bring this Motion to Substitute Counsel, requesting the Court grant permission for attorneys Karolina (Kulesza) Southard and Anne R. Vankirk to withdraw and to substitute attorney Brandon L. Rich of Driggs, Bills & Day, PLLC as attorney of record in the following matters in MDL 2592:

Complaints filed by Karolina Southard

      Arzberger v. Janssen, No. 16-16808

      Alice Culver v. Janssen, No. 17-05555

      Larry Harrell v. Janssen, No. 17-04941

      Shonda Harris, No. 17-07352

      Jewel Mantel, No. 17-10787

      Doris Richardson, No. 17-11020

      Dorothy Sales, No. 16-07045

Complaints filed by Anne R. Vankirk

      Beverly Pennington, No. 16-16128

      Angelo Reynolds, No. 17-12204

      Cynthia Stuard, No. 18-01303

      Eli Williams, No. 18-01379

      Norma Shaffer, No. 18-01636

      Natalie Taylor, No. 18-02470

      LaVerne Corzan, No. 18-02481

      Gary Patton, No. 18-05058

      Susan Bradshaw OBO Ruth Claar, No. 18-06959

      Patricia Gray, No. 18-07500

      Karolina (Kulesza) Southard and Anne R. Vankirk were previously appointed to represent the above-referenced Plaintiffs through Driggs, Bills & Day, PLLC in MDL 2592. Ms. Southard is no longer with the firm Driggs, Bills & Day PLLC and consents to her substitution as

attorney of record. Ms. Vankirk and Mr. Rich are currently employed by Driggs, Bills & Day PLLC.

The substitution of Mr. Rich for Ms. Southard and Ms. Vankirk does not prejudice any party.

WHEREFORE the Plaintiffs move the Court to enter an order allowing Karolina (Kulesza) Southard and Anne R. Vankirk to withdraw from representing Plaintiffs and to substitute Brandon L. Rich as attorney of record in all matters filed by Driggs, Bills & Day, PLLC in MDL 2592.

RESPECTFULLY SUBMITTED this 17th day of August, 2018.

                DRIGGS, BILLS & DAY, PLLC

*s/Anne R. Vankirk*
Anne R. Vankirk, WSBA No. 47321
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 907-9098
avankirk@lawdbd.com

*s/Brandon L. Rich*
Brandon L. Rich, WSBA No. 41981
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 907-9098
brich@lawdbd.com