# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Plaintiffs, | MDL NO. 2592 |
| v. | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, JOHNSON & JOHNSON COMPANY | MAG. JUDGE MICHAEL NORTH |
| | Civil Action No.  16-16808 |
| | 16-04941 |
| | 16-16128 |
| | 17-05555 |
| | 16-07045 |
| | 17-07352 |
| | 17-10787 |
| | 17-11020 |
| | 17-12204 |
| | 18-01303 |
| | 18-01379 |
| | 18-01636 |
| | 18-02470 |
| | 18-02481 |
| | 18-05058 |
| | 18-06959 |
| Defendants. | 18-07500 |

## ORDER ON MOTION TO SUBSTITUE COUNSEL

Based upon good cause appearing, it is hereby ORDERED that Attorney Brandon L. Rich be substituted as attorney of record for Attorneys Karolina (Kulesza) Southard and Anne R. Vankirk in all matters filed by Driggs, Bills & Day, PLLC in MDL 2592.

DATED this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge