# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Plaintiffs, | MDL NO. 2592 |
| v. | SECTION:  L |
| | JUDGE: ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, JOHNSON & JOHNSON COMPANY | MAG. JUDGE MICHAEL NORTH |
| | Civil Action No.  16-16808 |
| | 16-04941 |
| | 16-16128 |
| | 17-05555 |
| | 16-07045 |
| | 17-07352 |
| | 17-10787 |
| | 17-11020 |
| | 17-12204 |
| | 18-01303 |
| | 18-01379 |
| | 18-01636 |
| | 18-02470 |
| | 18-02481 |
| | 18-05058 |
| | 18-06959 |
| Defendants. | 18-07500 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

//

//

//

DRIGGS, BILLS & DAY, PLLC


*s/Anne R. Vankirk*
Anne R. Vankirk, WSBA No. 47321
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 907-9098
avankirk@lawdbd.com