UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| DALE HOLLINGSWORTH<br><br>            -Plaintiff-<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.<br><br>            -Defendants- | CIVIL ACTION NO. 2:17-cv-05498<br><br>MOTION TO ENROLL AS CO-COUNSEL OF RECORD |

**NOW INTO COURT,** through the undersigned counsel comes plaintiff, DALE HOLLINGSWORTH, move this Court to allow Randi A. Kassan, an attorney with Sanders Phillips Grossman, LLC, to be enrolled as co-counsel of record for plaintiff in the above-entitled case.

Current counsel, Charles Paglialunga, consents to the filing of this motion and has agreed for Randi A. Kassan to be co-counsel in the above-referenced matter.

Dated: August 17, 2018

Respectfully submitted by,

/s/: Randi A. Kassan
Randi A. Kassan, Esq.
**SANDERS PHILLIPS GROSSMAN, LLC**
100 Garden City Plaza, Ste. 500
Garden City, NY 11530
Phone: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com

/s/: Charles Paglialunga

Charles T. Paglialunga, Esq.
**PAGLIALUNGA & HARRIS, PS**
4660 La Jolla Village Drive, Ste. 100
San Diego, CA 92122
Phone: (888) 604-3434
Fax: (888) 411-0826
chuck@phlawfirm.com