# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br>**JUDGE ELDON E. FALLON**<br>**MAG. JUDGE NORTH** |
| DALE HOLLINGSWORTH<br><br>-Plaintiff-<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.<br><br>-Defendants- | CIVIL ACTION NO. 2:17-cv-05498<br><br>**ORDER** |

Considering the foregoing Motion to Enroll as Co-Counsel;

**IT IS ORDERED** that the name of Randi A. Kassan be entered into the records of this Court as co-counsel for plaintiff, DALE HOLLINGSWORTH, in the above-entitled and numbered cause.

This _____ day of _____, 2018

_____

HON. ELDON E. FALLON