## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing document be electronically filed via this Court's CM/ECF system, which will serve notice of such filing to all registered attorneys of record.

Dated: August 17, 2018

                                                    Respectfully submitted by,

                                                    /s/: Randi A. Kassan
                                                    Randi A. Kassan, Esq.
                                                    **SANDERS PHILLIPS GROSSMAN, LLC**
                                                    100 Garden City Plaza, Ste. 500
                                                    Garden City, NY 11530
                                                    Phone: (516) 741-5600
                                                    Fax: (516) 741-0128
                                                    rkassan@thesandersfirm.com