## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br> **JUDGE ELDON E. FALLON** <br> **MAG. JUDGE NORTH** |
| TERESA ROBERTS <br><br> -Plaintiff- <br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL. <br><br> -Defendants- | CIVIL ACTION NO. 2:17-cv-12127 <br><br> **ORDER** |

Considering the foregoing Motion to Enroll as Co-Counsel;

**IT IS ORDERED** that the name of Randi A. Kassan be entered into the records of this Court as co-counsel for plaintiff, TERESA ROBERTS, in the above-entitled and numbered cause.

This _____ day of _____, 2018

_____

HON. ELDON E. FALLON