UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SUBMIT AN UPDATED VERIFICATION FOR A PREVIOUSLY SUBMITTED PLAINTIFF FACT SHEET OR A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET <u>PURSUANT TO CMO 6</u>**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") respectfully request that this Court issue an Order to Show Cause regarding plaintiffs on the attached Exhibit A as to why their respective actions should not be dismissed with prejudice for failure to submit an updated verification for a previously submitted Plaintiff Fact Sheet ("PFS") or a fully updated PFS per Case Management Order ("CMO") 6 and CMO No. 13.

Plaintiffs on the attached Exhibits A filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Each of these plaintiffs were selected for inclusion in Wave 1 discovery per CMO 6 because the PFS they submitted met certain "core" requirements. Per CMO 6, these plaintiffs were required to update their PFS and "complete all sections" of the fact sheet within 30 days of selection. *See* CMO No. 6 ¶ 5(a) and CMO 13.

On June 8, 2018, Defendants filed a Motion for Order to Show Cause regarding those plaintiffs who had failed to submit an updated and fully complete PFS as required by CMO 6. Thirty-one of the plaintiffs who were listed on Defendants' June 8 Motion advised that a previously submitted PFS was complete and did not need to be updated.  The Parties agreed that in these cases, plaintiffs had 30 days to provide either a new verification stating the previously submitted PFS was up to date, or an updated PFS.

The plaintiffs who were given 30 days to submit a new verification were listed on Exhibit B of Defendants' Amended Motion for Order to Show Cause for failure to submit a PFS, filed on June 21, 2018.  *See* Rec. Doc. 9945.  Defendants' Liaison Counsel provided the Court and Plaintiffs' Liaison Counsel revised lists of plaintiffs were given 30 days to submit an updated verification or an updated PFS during the June 27 and August 6, 2018 MDL Case Management Conferences.

This 30-day extension has now passed, but the 13 plaintiffs listed on the attached Exhibit A still have not submitted either an updated verification for a previously submitted PFS, or an updated PFS as required by CMO 6.  If plaintiffs cannot provide fully complete and updated PFS in these cases, they should be dismissed, with prejudice.

Thus, the plaintiffs on Exhibit A should be ordered to show cause at 9:00 a.m. on September 5, 2018, before the Court as to why their case should not be dismissed with prejudice

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 17, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**