# EXHIBIT A

**Cases Where Plaintiffs Have Failed to Submit Either a Verification That the Previously Submitted PFS is Fully Complete and Does Not Need Updating or an Updated PFS Within 30 Days**

| Plaintiff ID | Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 22115 | BAKER, JACQUELINE | Random | 4/30/2018 | Flint Law Firm, LLC |
| 6869 | BEAN, VIOLA | Random | 4/30/2018 | Jensen & Associates |
| 15523 | DAMERON, JESSICA | Random | 4/30/2018 | Flint Law Firm, LLC |
| 9083 | DOSS, ELSIE | Defendant | 4/16/2018 | Herman Herman & Katz |
| 8382 | ESSIG, DAREN | Random | 4/30/2018 | Flint Law Firm, LLC |
| 5191 | FREEMAN, SANDRA | Defendant | 4/16/2018 | Grant & Eisenhofer |
| 17265 | GRANT, DELORES | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 23030 | HARRIS, DORIS | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 2298 | JONES, MARVIN | Defendant | 4/16/2018 | Sanders Law |
| 9206 | MAYNARD, CATHERINE | Random | 4/30/2018 | Flint Law Firm, LLC |
| 3745 | MILLER, ADINE | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 8494 | MOSELEY, JEFFREY | Random | 4/30/2018 | Flint Law Firm, LLC |
| 10004 | SESCO, CLINTON | Random | 4/30/2018 | Flint Law Firm, LLC |