L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>THIS DOCUMENT RELATES TO:<br><br>DAVID BRANCH | **MDL 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH**<br>**CASE NO. 2:18-cv-03107-EEF-MBN** |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS PURSUANT TO F.R.CP. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Pretrial Order No. 24, the plaintiff, David Branch, and or their counsel, hereby give notice that the Defendants Janssen Ortho LLC, Johnson and Johnson, Bayer Pharma AG, Bayer Healthcare AG, and Bayer AG, are hereby dismissed, without prejudice, from the above-captioned action.

Dated: August 20, 2018

**The Law Office of L. Paul Mankin**

By: /s/ L. Paul Mankin

L. PAUL MANKIN

ATTORNEY FOR PLAINTIFF

**1**
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.