UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Matthew Whalen, et al v. Janssen Research & Development, LLC, et al*, 2:18-cv-04266

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT BAYER PHARMA AG**

The Plaintiffs, by and through undersigned counsel, file this Motion for Extension of Time Within Which to Serve Summons and Complaint on Defendant Bayer Pharma AG pursuant to FRCP 4 and 6(b), and, in support thereof, aver as follows:

1.  Plaintiffs filed a Complaint alleging injuries from the use of Xarelto in the Superior Court for the Judicial District of New Haven, No. NNH-CV18-6079033-S, on March 21, 2018 against numerous Defendants including Bayer Pharma AG.

2.  Timely service was effected on all Janssen defendants as well as on Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, and Bayer Healthcare LLC.

3.  Service on Defendant Bayer Pharma AG was attempted via international registered mail, return receipt requested.

4.  On April 1, 2018 undersigned counsel received the original Complaint returned accompanied by correspondence indicating the attempt at service was not effective, Defendant Bayer Pharma AG is a German corporation and can only be served pursuant to international and

1

German law, and service by Registered Mail does not comply with international and German law.

5. Thereafter, counsel began investigating service of process under international and German law.

6. Subsequently this case was transferred to the United States District Court for the District of Connecticut and then to the United States District Court for the Eastern District of Louisiana.

7. It was only upon transfer to this court and review of the pre-trial orders that counsel became aware of the streamlined service of process provided in Pre-Trial Order No. 10.

8. Defendant Bayer Pharma AG would not be jeopardized by the requested extension and are aware of this cause of action.

9. Plaintiffs hereby request a thirty (30) day extension of time to serve process on Defendant Bayer Pharma AG as set forth in this Court's Pre-Trial Order No. 10.

10. Plaintiffs believe the within Motion is contested but have not received confirmation of the same from defense counsel.

WHEREFORE, Plaintiffs, Matthew Whalen and Candace Whalen, respectfully request that this Honorable Court grant the within Motion and permit an additional extension of time in which Plaintiffs may serve the Summons and Complaint on Defendant Bayer Pharma AG.

RESPECTFULLY SUBMITTED,

<u>August 21, 2018</u>

BY:     __/s/ *Cheryl E. Heffernan*_____
Cheryl E. Heffernan
Attorney ID # CT401016
Attorney for the Plaintiffs
Farver & Heffernan, LLC
2858 Old Dixwell Avenue
Hamden, CT 06518
Tel. (203) 230-2500
Fax (203) 288-4702
E-mail  ceh@farverandheffernan.com

**<u>JURY TRIAL DEMANDED</u>**

**<u>CERFITICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing Motion For Extension Of Time Within Which to Serve Summons And Complaint On Defendant Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.
Hamden, Connecticut this 21st  day of August 2018.

__/s/ *Cheryl E. Heffernan*_____
Cheryl E. Heffernan

3