## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Matthew Whalen, et al v. Janssen Research & Development, LLC, et al*, 2:18-cv-04266

## NOTICE OF SUBMISSION

Please take notice that Plaintiffs, Matthew Whalen and Candace Whalen, by and through the undersigned counsel, present their Motion for Extension of Time Within Which to Serve Summons and Complaint on Defendant Bayer Pharma AG for submission to the Honorable Eldon E. Fallon for a ruling on September 12, 2018.

                RESPECTFULLY SUBMITTED,

                <u>August 21, 2018</u>

BY:    __/s/ *Cheryl E. Heffernan*_____
            Cheryl E. Heffernan
            Attorney ID # CT401016
            Attorney for the Plaintiffs
            Farver & Heffernan, LLC
            2858 Old Dixwell Avenue
            Hamden, CT 06518
            Tel. (203) 230-2500
            Fax (203) 288-4702
            E-mail  ceh@farverandheffernan.com

**CERFITICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Hamden, Connecticut this 21st day of August 2018.

                                                    /s/ *Cheryl E. Heffernan*
                                                  Cheryl E. Heffernan