# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> SUE ANN TOLBIRD ) <br> Civil Action No. 2:16-cv-00675 ) <br> ) | MDL NO.: 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br><br> Civil Action No. 2:16-cv-00675 |

**MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COME Seth A. Katz and the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C., respectfully submit to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party Regarding Plaintiff Sue Ann Tolbird and for leave to file an amended Complaint.  In support of this motion, Plaintiffs' attorneys offer the following:

1. Plaintiff Sue Ann Tolbird died on April 8, 2017. *See* Kentucky Certificate of Death, attached as Exhibit A.

2. Michel Terry, surviving daughter of Sue Ann Tolbird, was appointed Administratrix of the Estate of Sue Ann Tolbird, on January 17, 2018, in the District Probate Court of Justice, Carlisle County in the Commonwealth of Kentucky. *See* Order Appointing Fiduciary, attached as Exhibit B.

1

3. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs' attorneys file this motion to amend the Complaint to Substitute Michele Terry, Individually, and as Administratrix of the Estate of Sue Ann Tolbird, as Plaintiff. Plaintiff's proposes Order is provided within as Exhibit C. Plaintiff's proposed Amended Complaint is provided within as Exhibit D.

Dated this the 21st day of August, 2018.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2018, the foregoing Motion for Substitution of Party Pursuant to Rule 25(a)(1) of The Federal Rules of Civil Procedure was electronically filed with the Clerk of Court using the Court's CM/ECF system which e-mailed notification of such filing to all counsel of record.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com