UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO.: 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: SUE ANN TOLBIRD Civil Action No. 2:16-cv-00675 | ) ) ) ) ) | Civil Action No. 2:16-cv-00675 |

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party and Leave to File an Amended Complaint, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Michele Terry, on behalf of the Estate of Sue Ann Tolbird, be substituted for Plaintiff Sue Ann Tolbird in the above captioned cause. IT IS FURTHER ORDERED that Plaintiff is granted leave to file an Amended Complaint.

Dated: _____     _____
                                 Hon. Eldon F. Fallon
                                 United States District Court Judge