UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Ingram v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04473;*

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED
DUPLICATE CASES IN MDL NO. 2592**

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 (Doc. No. 10430), Plaintiff, Josie Ingram, filed a Stipulation of Dismissal With Prejudice on August 21, 2018 (Doc No. 10560) dismissing all claims in this matter with prejudice against Defendants in Civil Action No. 2:16-cv-01068 only. This stipulation does not affect the lawsuit filed by Josie Ingram, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:15-cv-004473. Therefore, Plaintiff Josie Ingram now has only one case pending in this litigation.

Respectfully submitted this 21st day of August, 2018.

                **JENSEN & STEFFEY**
                1024 N. Main Street
                Fort Worth, TX  76164
                Telephone: (817) 334-0762
                Fax:  (817) 334-0110
                bhs@jensen-law.com

                */s/ Brandon H. Steffey*
                Brandon H. Steffey
                Texas Bar No.: 24047207

                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

    This the 21st day of August 2018.

                */s/ Brandon H. Steffey*
                Brandon H. Steffey