# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| JOHN W. HAYDEN and CAROL HAYDEN, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Civil Case No. 2:16-cv-08602-EEF-MBN | |

## ORDER

**IT IS ORDERED** that the Motion for Refund of Filing Fee filed by Plaintiffs John W. Hayden and Carol Hayden be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to reverse and refund the filing fee charges for this matter.

SIGNED this  20th  day of  August , 2018.

*Eldon E. Fallon*

Honorable Judge Eldon E. Fallon
United States District Court Judge