UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Billie Faye Dzierzanski  v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-6469

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10540, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Robbie Lynn Manen, on behalf of her deceased mother Billie Faye Dzierzanski, is substituted for Plaintiff Billie Faye Dzierzanski as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE