UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Shirley Hilton v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:15-cv-6950*

**UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**

Undersigned counsel for Plaintiff, in accordance with Federal Rule of Civil Procedure 25(a)(1), respectfully moves for an order substituting Plaintiff Shirley May Hilton with Jessie James Hilton as the Plaintiff in the above-referenced case, and in support shows as follows:

1. Plaintiff Shirley May Hilton passed away on June 29, 2017, as reported to the Court in the attached Suggestion of Death, which was filed on May 23, 2018 (Exhibit A).

2. Shirley May Hilton's claims in this litigation are not extinguished by virtue of Texas Civil Practice & Remedies Code § 71.021(b).

3. On April 3, 2018, the County Court of Smith County, Texas granted Jessie James Hilton Letters of Independent Administration upon the Estate of Shirley May Hilton and certified his appointment as Independent Executor of said Estate (Exhibit B).

4. Jessie James Hilton is a proper party to be substituted in the above-referenced case, given that Texas Civil Practice & Remedies Code § 71.021(b) provides that a "personal injury action survives to and in favor of the heirs, legal representatives, and estate of the injured person."

5. Counsel for Plaintiff conferred with counsel for Defendants through e-mail on August 21, 2018, regarding this Motion, and Defendants are unopposed to this Motion.

WHEREFORE, for the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Jessie James Hilton as the named party in the place of Shirley May Hilton.

Dated: August 21, 2018

Respectfully submitted,

ROBERTS & ROBERTS

BY:     */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email: justin@robertslawfirm.com
RANDELL (RANDY) C. ROBERTS
Texas Bar No. 17016490
Email: randy@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys, as well as any required nonparties, in a manner authorized by FRCP 4(e), FRCP 5(b)(2), and Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                    */s/ Justin C. Roberts*
                                                    ROBERTS & ROBERTS