# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Shirley Hilton v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:15-cv-6950*

## ORDER

The Court, after considering Plaintiff's Unopposed Motion for Substitution of Party Plaintiff, R. Doc. \_\_\_\_\_, as well as any responses hereto, finds the motion meritorious.

**IT IS ORDERED** that Jessie James Hilton, as Independent Executor of the Estate of Shirley May Hilton, is substituted for Shirley May Hilton as the proper party plaintiff in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge