## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVORAXABAN | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Shirley Hilton v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:15-cv-6950*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Shirley Hilton, which occurred on June 29, 2017.

Dated: May 23, 2018

                                              Respectfully submitted,

                                              ROBERTS & ROBERTS

BY:       */s/ Justin C. Roberts*
              JUSTIN C. ROBERTS
              Texas Bar No. 24079221
              Email: justin@robertslawfirm.com
              RANDELL (RANDY) C. ROBERTS
              Texas Bar No. 17016490
              Email: randy@robertslawfirm.com
              ROBERTS & ROBERTS
              118 West Fourth Street
              Tyler, Texas 75701-4000
              Ph: (903) 597-6655
              Fax: (903) 597-1600
              ***Attorneys for Plaintiff***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys, as well as any required nonparties, in a manner authorized by FRCP 4(e), FRCP 5(b)(2), and Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  */s/ Justin C. Roberts*
                                                 ROBERTS & ROBERTS