# Letters of Independent Administration

## 42804P

| The State of Texas | § | County Court |
|---|---|---|
| | § | |
| County of Smith | § | Smith County, Texas |

I, Karen Phillips, Clerk of the County Court of Smith County, Texas, do hereby certify that on the **3rd day of April, 2018, Jessie James Hilton** was by said court granted Letters of Independent Administration upon the Estate of **Shirley May Hilton,** Deceased, and that on the **3rd day of April, 2018,** he duly qualified as Independent Administrator as required by law and that said appointment is still in full force and effect.

Given under my hand and seal of said Court at Tyler, Texas on this the 3rd day of April, 2018.

KAREN PHILLIPS, County Clerk
Smith County, Texas

By: _____
Crystal Pedroza, Deputy