UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Wilma Glossbrenner v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:15-cv-3872*

### UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Undersigned counsel for Plaintiff, in accordance with Federal Rule of Civil Procedure 25(a)(1), respectfully moves for an order substituting Plaintiff Wilma Allene Glossbrenner with Stephanie Dawn Smoot as the Plaintiff in the above-referenced case, and in support shows as follows:

1. Plaintiff Wilma Allene Glossbrenner passed away on September 12, 2017, as reported to the Court in the attached Suggestion of Death, which was filed on May 23, 2018 (Exhibit A).

2. Wilma Allene Glossbrenner's claims in this litigation are not extinguished by virtue of Texas Civil Practice & Remedies Code § 71.021(b).

3. On February 13, 2018, the County Court of Smith County, Texas granted Stephanie Dawn Smoot Letters of Administration upon the Estate of Wilma Allene Glossbrenner and certified her appointment as Administrator of said Estate on February 16, 2018 (Exhibit B).

4. Stephanie Dawn Smoot is a proper party to be substituted in the above-

referenced case, given that Texas Civil Practice & Remedies Code § 71.021(b) provides that a "personal injury action survives to and in favor of the heirs, legal representatives, and estate of the injured person."

5. Counsel for Plaintiff conferred with counsel for Defendants through e-mail on August 21, 2018, regarding this Motion, and Defendants are unopposed to this Motion.

WHEREFORE, for the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Stephanie Dawn Smoot as the named party in the place of Wilma Allene Glossbrenner.

Dated: August 21, 2018

        Respectfully submitted,

        ROBERTS & ROBERTS

        BY:    */s/ Justin C. Roberts*
        JUSTIN C. ROBERTS
        Texas Bar No. 24079221
        Email: justin@robertslawfirm.com
        RANDELL (RANDY) C. ROBERTS
        Texas Bar No. 17016490
        Email: randy@robertslawfirm.com
        ROBERTS & ROBERTS
        118 West Fourth Street
        Tyler, Texas 75701-4000
        Ph: (903) 597-6655
        Fax: (903) 597-1600
        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys, as well as any required nonparties, in a manner authorized by FRCP 4(e), FRCP 5(b)(2), and Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              */s/ Justin C. Roberts*
                                              ROBERTS & ROBERTS