## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Wilma Glossbrenner v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:15-cv-3872*

## ORDER

The Court, after considering Plaintiff's Unopposed Motion for Substitution of Party Plaintiff, R. Doc. _____, as well as any responses hereto, finds the motion meritorious.

**IT IS ORDERED** that Stephanie Dawn Smoot, as Administrator of the Estate of Wilma Allene Glossbrenner, is substituted for Wilma Allene Glossbrenner as the proper party plaintiff in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge