# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVORAXABAN | ) | MDL 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Wilma Glossbrenner v. Janssen Research & Development, LLC, et al.;*
*Case No. 2:15-cv-3872*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Wilma Glossbrenner, which occurred on September 12, 2017.

Dated: May 23, 2018

                                              Respectfully submitted,

                                              ROBERTS & ROBERTS

        BY:      */s/ Justin C. Roberts*
                                  JUSTIN C. ROBERTS
                                  Texas Bar No. 24079221
                                  Email: justin@robertslawfirm.com
                                  RANDELL (RANDY) C. ROBERTS
                                  Texas Bar No. 17016490
                                  Email: randy@robertslawfirm.com
                                  ROBERTS & ROBERTS
                                  118 West Fourth Street
                                  Tyler, Texas 75701-4000
                                  Ph: (903) 597-6655
                                  Fax: (903) 597-1600
                                  ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys, as well as any required nonparties, in a manner authorized by FRCP 4(e), FRCP 5(b)(2), and Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  */s/ Justin C. Roberts*
                                                  ROBERTS & ROBERTS