# *Letters of Administration*

## 42738P

| The State of Texas | § | County Court |
|---|---|---|
| | § | |
| County of Smith | § | Smith County, Texas |

I, Karen Phillips, Clerk of the County Court of Smith County, Texas, do hereby certify that on the **13th day of February, 2018, Stephanie Dawn Smoot** was by said Court granted Letters of Administration upon the **Estate Of Wilma Allene Glossbrenner, Deceased,** and that on the **16th day of February, 2018, she** has duly qualified as Administrator as required by law and that said appointment is still in full force and effect.

Given under my hand and seal of said Court, at Tyler, Texas on this the 21st day of February, 2018.

Karen Phillips, County Clerk
County Court, Smith County, Texas

By: _____
Crystal Pedroza, Deputy