UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO : | |
| : | |
| *Linda Lynch v. Janssen Research &* : | |
| *Development LLC, et al; 2:16-cv-13330* : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Plaintiff, Linda Lynch, has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of CMO 6, Plaintiff was selected for inclusion in Wave 1 discovery. Plaintiff was eligible for selection in Wave 1 because she had met the core requirements for the Plaintiff Fact Sheet ("PFS") on or before January 31, 2018. Accordingly, per CMO 6, plaintiff was required to update this PFS and "complete all sections" of the fact sheet within 30 days of selection. *See* CMO No. 6 ¶ 5(a) and CMO 13.

Plaintiff submitted an amended PFS on June 4, 2018, but this PFS was not fully complete per CMO 13.The information missing from Plaintiff's PFS is important and relates directly to her claims in this case. Specifically, information related to plaintiff's treatment of prior medical conditions and use of prescription medication is necessary for Defendants to collect medical records and evaluate plaintiff's medical history. The identity of the provider who gave plaintiff samples is also necessary for Defendants to collect medical records and make determinations as to

1

which providers to depose. Whether or not plaintiff received written instructions regarding Xarelto® goes directly to her knowledge of the warnings on the Xarelto® label. Finally, a declaration is required under CMO 13 to verify the statements contained in the PFS.

Defendants notified plaintiff of these deficiencies on June 7, 2018, and requested that plaintiff cure these issues by submitting a new PFS within 20 days. Defendants also stated that, per CMO 6, plaintiff's failure to submit a fully complete PFS tolled all discovery deadlines in the case. Over 60 days passed (well over the 20-day time period per CMO 13), but to date, plaintiff has not cured these deficiencies.

Failure to show cause by appearing before this Court at 9:00 am on September 5, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 22nd day of ___August___ 2018.

_____
United States District Judge