# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Shirley Hilton v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-6950

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10588, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jessie James Hilton, as Independent Executor of the Estate of Shirley May Hilton, is substituted for Plaintiff Shirley May Hilton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE