UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wilma Glossbrenner v. Janssen Research & Development, LLC, et al*
CA# 2:15-cv-3872

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10589, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Stephanie Dawn Smoot, as Administrator of the Estate of Wilma Allene Glossbrenner, is substituted for Plaintiff Wilma Allene Glossbrenner as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE