# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Virginia Oliver v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:18-cv-04779*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Phil Oliver, surviving spouse of Virginia Oliver, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute himself Individually and on behalf of the Estate of Virginia Oliver as Plaintiff in this action based on the death of Virginia Oliver.

A Notice/Suggestion of Death was filed in this matter on August 22, 2018 (Rec.10597).

DATED: August 22, 2018.

> Respectfully submitted,
>
> THE GALLAGHER LAW FIRM, PLLC
>
> s/ Michael T. Gallagher
> Michael T. Gallagher
> (Texas Bar #07586000)
> 2905 Sackett Street
> Houston, TX 77098
> Telephone: (713) 222-8080
> Facsimile: (713) 222-0066
> mike@gld-law.com
>
> Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                              s/Michael T. Gallagher