UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED ON REC. DOC. 10172 and REC. DOC. 10195 | : : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

ORDER RESETTING
ORDERS TO SHOW CAUSE FOR HEARING

The Court hereby resets the Orders to Show Cause previously entered (Rec. Docs. 10172 and 10195) for hearing on September 18, 2018 at 9:00 a.m..

Failure to show cause by appearing before this Court at 9:00 a.m. on September 18, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge