UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| WILLIAM R. WILLS, JR., M.D. Civil Action No. 2:15-cv-01704 | Civil Action No. 2:15-cv-01704 |

**MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COME Seth A. Katz and the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C., respectfully submit to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party Regarding Plaintiff William R. Wills, Jr., M.D. and for leave to file an amended Complaint. In support of this motion, Plaintiffs' attorneys offer the following:

1. Plaintiff William R. Wills, Jr., M.D. died on November 4, 2016. *See* Georgia Death Certificate, attached as Exhibit A.

2. Sophie C. Wills, surviving spouse of William R. Wills, Jr., M.D., was appointed Executrix of the Estate of William R. Wills, Jr., M.D., on January 6, 2017, in the Probate Court of Coffee County in the State of Georgia. *See* Letters Testamentary, attached as Exhibit B.

1

3. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs' attorneys file this motion to amend the Complaint to Substitute Sophie C. Wills, Individually, and as Executrix of the Estate of William R. Wills, Jr., M.D. as Plaintiff. Plaintiff's proposed Order is provided within as Exhibit C. Plaintiff's proposed Amended Complaint is provided within as Exhibit D.

Dated this the 22nd day of August, 2018.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2018, the foregoing Motion for Substitution of Party Pursuant to Rule 25(a)(1) of The Federal Rules of Civil Procedure was electronically filed with the Clerk of Court using the Court's CM/ECF system which e-mailed notification of such filing to all counsel of record.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com