# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) | MDL NO.: 2592 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) <br> ) <br> WILLIAM R. WILLS, JR., M.D. ) <br> Civil Action No. 2:15-cv-01704 ) <br> ) | Civil Action No. 2:15-cv-01704 |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party and Leave to File an Amended Complaint, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Sophie C. Wills, on behalf of the Estate of William R. Wills, Jr., M.D., be substituted for Plaintiff William R. Wills, Jr., M.D. in the above captioned cause. IT IS FURTHER ORDERED that Plaintiff is granted leave to file an Amended Complaint.

Dated: _____      _____
                                                                              Hon. Eldon F. Fallon
                                                                              United States District Court Judge