# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tammy Jackson o/b/o Johnnie Thompson v. Janssen Research & Development, LLC, et al., 2:18-cv-01651*

## SECOND MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

**COMES NOW** Plaintiff, Tammy Jackson on behalf of her deceased father, Johnnie Thompson, by and through the undersigned counsel, and respectfully moves this Court for a second extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to October 23, 2018, sixty (60) days from the original extended deadline of August 24, 2018.

In support of the motion, counsel for the Plaintiff submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff is now actively communicating with counsel and intends to take steps necessary to cure all outstanding deficiencies.

This is Plaintiff's second motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until October 23, 2018.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: August 23, 2018

                                          Respectfully submitted,

                                          **IRPINO, AVIN & HAWKINS LAW FIRM**

/s/ *Kacie F. Gray*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 23rd day of August, 2018.

                                          /s/ *Kacie F. Gray*
                                          **Attorney for Plaintiff**