**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)    ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Tammy Jackson o/b/o Johnnie Thompson v. Janssen Research & Development, LLC, et al., 2:18-cv-01651*

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Second Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. Plaintiff filed suit the above captioned matter on February 16, 2018.

2. Plaintiff's initial ninety (90) day fact sheet period was therefore set for May 17, 2018. On May 17, 2018, Plaintiff substantially complied with providing fact sheet information and uploaded responses for defense counsel to the MDL centrality website.

3. Defense counsel served Plaintiff's counsel with a deficiency notice on June 6, 2018. As required by PTO 13, Plaintiff had until June 26, 2018, to cure the deficiency, twenty (20) days from the date of the Notice. The alleged deficiencies were for the failure to provide the Declaration signed by Plaintiff, and failure to provide proof of use and/or proof of injury.

4. Plaintiff's counsel attempted to contact the Plaintiff and Plaintiff's family members on several occasions via telephone and mail regarding the Plaintiff Fact Sheet deadline; however,

Plaintiff has failed to respond to these attempts.

5. Plaintiff filed her first Motion for Extension of time to Satisfy Plaintiff Fact Sheet Deficiencies on June 25, 2018, and Plaintiff's Motion was **GRANTED**, thereby extending the deadline to cure said deficiencies to August 24, 2018.

6. On or about August 22, 2018, counsel for the Plaintiff was able to speak with Plaintiff's representative, Tammy Jackson, for the first time since prior to filing suit, who agreed to now cooperate with counsel's requests concerning the outstanding deficiencies.

7. Counsel for the Plaintiff respectfully requests a second sixty (60) day extension of time to cure all outstanding Plaintiff Fact Sheet deficiencies.

8. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served and will file Plaintiff's information once it is received.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to October 23, 2018.

Dated: August 23, 2018

Respectfully submitted,

**IRPINO, AVIN & HAWKINS LAW FIRM**

/s/ *Kacie F. Gray*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 23th day of August, 2018.

/s/ ***Kacie F. Gray***
**Attorney for Plaintiff**