UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| WYLAMERLE MARSHALL | |
|     Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:16-CV-10889<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants | |

    IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Wylamerle Marshall, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-10889, only.  This stipulation shall not affect the lawsuit filed by Wylamerle Marshall, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:18-cv-04052. All parties shall bear their own costs.

<div style="columns:2">

**SLATER SLATER SCHULMAN LLP**
By: */s/ Jonathan E. Schulman*
Adam P. Slater, Esq.
Jonathan E. Schulman, Esq.
Anthony R. Portesy, Esq.
445 Broad Hollow Road, Ste 334
Melville, NY 11747
Telephone: 212.922.0906
Facsimile: 212.922.0907
lburbol@sssfirm.com
aslater@sssfirm.com
jschulman@sssfirm.com
aportesy@sssfirm.com


Attorneys for Plaintiff
Dated: August 23, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: August 23, 2018


**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: August 23, 2018

</div>

<div style="text-align:right">

IRWIN FRITCHIE URQUHART & MOORE LLC
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: August 23, 2018

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/James B. Irwin