UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L (5) |
| | JUDGE ELDON E. FALLON |
| REF: CASES LISTED ON ATTACHMENT | MAG. JUDGE NORTH |

## ORDER

In consideration of unpaid filing fees for the cases listed on the attached document, and after several attempts were made by both the Court and Plaintiffs' Liaison Counsel, the Court orders the Plaintiffs listed on the attached document to appear and show cause why they should not be held in contempt for failure to pay the required filing fees for the cases listed on the attached document.

**IT IS ORDERED** that a Show Cause Hearing will be held on Tuesday, September 18, 2018, at 10:00am.

New Orleans, Louisiana this 23rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: Fears Nachawati PLLC
    4925 Greenville Avenue
    Suite 715
    Dallas, TX 75206

    Kelley & Ferraro
    Ernst & Young Tower
    950 Main Ave., Suite 1300
    Cleveland, OH 44113

Kelley & Ferraro
2200 Key Tower
127 Public Square
Cleveland, OH 44114

The Cochran Legal Group
PO Box 161151
Cleveland, OH 44116

Douglas & London
59 Maiden Lane
6th Floor
New York, NY 10038

The Benton Law Firm
1825 Market Center Blvd.
Suite 350
Dallas, TX 75207