| Case No. | Plaintiff | Law Firm | doc. No. | 9 month mark |
|---|---|---|---|---|
| 15-4326 | Eugene Tenney & Pauline Tenney | Fears Nachawati PLLC | 8046 | 6/11/2016 |
| 16-12970 | Mary Jones | Fears Nachawati PLLC | 7856 | 4/19/2017 |
| 16-12939 | David Crum | Fears Nachawati PLLC | 9343 | |
| 16-12995 | Raymond & JoAnn Stewart | Fears Nachawati PLLC | 7892 | 4/20/2017 |
| 16-13001 | Joshua Rucker | Fears Nachawati PLLC | 7856 & 7891 | 4/20/2017 |
| 16-13002 | Betty French | Fears Nachawati PLLC | 9922 | 4/20/2017 |
| 16-13541 | Sandra Green | Kelley & Ferraro | 8644 | 5/3/2017 |
| 16-13690 | Marsha Jeffers | Kelley & Ferraro | 7858 | 5/9/2017 |
| 16-13737 | Gwendolyn Mickens | Kelley & Ferraro | 7858 | 5/10/2017 |
| 16-15057 | Frieda Arace - Estate of | The Cochran Legal Group | 7850 | 6/29/2017 |
| 16-15112 | Johnny Gray | The Cochran Legal Group | 7850 | 6/30/2017 |
| 16-15128 | Rudolfo Morin | The Cochran Legal Group | 7850 | 6/30/2017 |
| 16-15155 | Joyce Sheridan | The Cochran Legal Group | 7850 | 6/30/2017 |
| 16-15156 | Pamela Sombke | The Cochran Legal Group | 7858 | 6/30/2017 |
| 15-7042 | Mildred Britt | Douglas & London | 9242 | 9/23/2016 |
| 16-10161 | Bennie Bowen | Benton Law Firm | 9712 | 3/14/2017 |