# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| SUE ANN TOLBIRD<br>Civil Action No. 2:16-cv-00675 | Civil Action No. 2:16-cv-00675 |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party and Leave to File an Amended Complaint, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Michele Terry, on behalf of the Estate of Sue Ann Tolbird, be substituted for Plaintiff Sue Ann Tolbird in the above captioned cause. IT IS FURTHER ORDERED that Plaintiff is granted leave to file an Amended Complaint.

New Orleans, Louisiana, this 23rd day of August, 2018

Hon. Eldon F. Fallon
United States District Court Judge