# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Virginia Oliver v. Janssen Research & Development, LLC, et al*
CA# 2:18-cv-4779

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10598, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Phil Oliver, as surviving spouse of Virginia Oliver, is substituted for Plaintiff Virginia Oliver as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 23rd day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE