# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO:**

*Susie Robinson, As A Surviving Child of Sallie Campbell, Deceased, v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-00468**

## [*UNOPPOSED*] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTY PLAINTIFFS

COMES NOW counsel for Susie Robinson, as a surviving child of Sallie Campbell, deceased, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of their motions, Plaintiff's counsel would show that Sallie Campbell died on December 26, 2015. Sallie Mae Campbell's estate was opened in Hinds County, Mississippi on August 14, 2018. As the court appointed Administratrix and Personal Representative of the Estate of Sallie Mae Campbell, Susie Robinson is authorized to pursue the claims of behalf of the Decedent's estate and has agreed to be substituted as a party plaintiff in this action.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

                                      Respectfully submitted,

Date:  August 24, 2018           s/ Andy D. Birchfield, Jr._____
                                          Andy D. Birchfield, Jr.
                                          C. Gibson Vance
                                          David B. Byrne, III
                                          BEASLEY, ALLEN, CROW,
                                          METHVIN, PORTIS & MILES, P.C.
                                          Post Office Box 4160
                                          Montgomery, Alabama 36103-4160
                                          (334) 269-2343
                                          (334) 954-7555 (facsimile)
                                          Andy.Birchfield@BeasleyAllen.com
                                          Gibson.Vance@BeasleyAllen.com
                                          David.Byrne@BeasleyAllen.com

                                          ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing [Unopposed] Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  August 23, 2018                                              s/Andy D. Birchfield, Jr.
                                                                                          Andy D. Birchfield, Jr.