UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

TAMARA R. HODGMAN
Civil Action No. 2:15-cv-03297

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592**

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 (Doc. No. 10430), Plaintiff Tamara R. Hodgman filed a Stipulation of Dismissal With Prejudice on August 22, 2018 (Doc No. 10595) dismissing all claims with prejudice against Defendants in Civil Action No. 2:15-CV-03849 only. This stipulation does not affect the lawsuit filed by Tamara Hodgman, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:15-cv-03297. Therefore, Plaintiff Tamara Hodgman now has only one case pending in this litigation.

Dated:  August 24, 2018                                Respectfully submitted,

By:  /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
William T. Dowd (MO Bar #39648)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500

Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Stipulation of Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ Laura G. Lumaghi