UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.    2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Paul Bauer, et al. – 2:17-cv-10592*

## PLAINTIFFS TO DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592

Pursuant to Defendants' Motion for Order to Show Cause regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 (Doc. No. 10430), a Stipulation of Dismissal With Prejudice was filed on August 24, 2018 (Doc No. 10638) dismissing all of Plaintiff Paul Bauer's claims with prejudice against Defendants in Civil Action No. 2:17-cv-10592 only. This stipulation does not affect the lawsuit filed by Paul Bauer, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:18-cv-00756. Therefore, Plaintiffs now have only one case pending in this litigation.

Respectfully submitted this 24th day of August, 2018.

/s/ Christopher LoPalo
Christopher LoPalo, Esq.

**NAPOLI SHKOLNIK, PLLC**
360 Lexington Avenue, Suite 1101
New York, NY 10017
Tel: (212) 397-0000
Fax: (646) 843-7603
CLoPalo@napolilaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above foregoing instrument has contemporaneously or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 24th day of August 2018.

                 /s/ Christopher LoPalo
                 Christopher LoPalo, Esq.