UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-08153 |

THIS DOCUMENT RELATES TO:
Rose M. Caine v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-08153

**PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO6**

Now comes Plaintiff, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs who have failed to cure Plaintiff Fact Sheet Deficiencies and serve a complete and updated Plaintiff Fact Sheet pursuant to CMO 6 [Dkt. 10634], who by and through undersigned counsel, submits the Response in Opposition to Defendants' Motion Requesting an Order to Show Cause and shows the following:

1. The Complaint in this matter was filed by the Plaintiff last August 23, 2017.

2. Plaintiff was selected for inclusion in Wave 1 discovery per CMO 6 because the Plaintiff Fact Sheet that was submitted before January 31, 2018 met certain "core" requirements.

3. Plaintiff submitted an amended Plaintiff Fact Sheet on June 20, 2018, but it was not fully complete per PTO 13.

1

4. Specifically, Plaintiff did not submit a signed declaration verifying the statements contained in the most recent Plaintiff Fact Sheet submitted on June 20, 2018.

5. Defendants' notified Plaintiffs' of the referenced deficiency on June 25, 2018, and requested that Plaintiff cure the deficiency issue within 20 days.

6. Since then, Plaintiff has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Rose M Caine. However, plaintiff's counsel had not received any response to our attempts to contact Ms. Caine.

7. Accordingly, last August 24, 2018, the Defendants' filed a Motion Requesting an Order to Show Cause pursuant to PTO 13 and CMO 6, requesting that Plaintiffs' case should be dismissed with prejudice for a repeated disregard of the Court's Order by failing to comply with the Plaintiff Fact Sheet obligations.

8. Plaintiff, through the undersigned counsel, informs this Honorable Court that Ms. Caine has been located and that a complete and verified Plaintiff Fact Sheet has been submitted to MDL Centrality on August 27, 2018.

9. Accordingly, undersigned counsel requests that Plaintiffs' claim removed from the next OTSC list scheduled for next September 18, 2018, and that it should not be dismissed with prejudice for failure to show at this time.

**WHEREFORE,** Plaintiff requests this Honorable Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

Respectfully submitted this 27th day of August 2018.

**Law Offices of Christopher K. Johnston LLC**

/s/ David B. Owen Jimenez
David B. Owen Jiménez
USDCPR No. 301113
Puerto Rico Bar No. 19627
david@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August 2018, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)

3