UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No:  2:17-cv-5776 |

THIS DOCUMENT RELATES TO:
Mayroth J. Houck o/b/o
Her deceased husband, Donald K. Houck v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-5776

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes William Rivera Alvarez for the Plaintiff and moves this

Honorable Court for an order substituting Mayroth J. Houck on behalf of her deceased husband,

Donald K. Houck, for the following reasons:

I.      On June 13th, 2017, Donald K. Houck filed a Complaint in the above referenced matter.

II.     On July 11th, 2018, Donald K. Houck died, without his wife notifying his legal representatives.

III.    The decedents wife, Mayroth J. Houck, is the Proper Plaintiff and wishes to be substituted on behalf of Donald K. Houck, in this case.

Wherefore, movant prays for said substitution.

**THIS CASE IS AN APRIL 16, 2018 WAVE 1 REMAND SELECTION.**

Respectfully submitted this 27th day of August 2018.

**Law Offices of Christopher K. Johnston LLC**

/s/ William Rivera Alvarez
William Rivera Alvarez
USDCPR No. 304111
Puerto Rico Bar No. 19578
william@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020
San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ William Rivera Alvarez
William Rivera Alvarez (#304111)