UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>) MDL NO. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) Civil Action No:  <u>2:17-cv-5776</u> |

THIS DOCUMENT RELATES TO:
Mayroth J. Houck o/b/o
Her deceased husband, Donald K. Houck v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-5776

<u>**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**</u>

NOW INTO COURT, comes William Rivera Alvarez for the Plaintiff and file this Notice of

Submission of Motion to Substitute Party Plaintiff.

<u>**THIS CASE IS AN APRIL 16, 2018 WAVE 1 REMAND SELECTION.**</u>

Respectfully submitted this 27th day of August 2018.

**Law Offices of Christopher K. Johnston LLC**

<u>/s/ William Rivera Alvarez</u>
William Rivera Alvarez
USDCPR No. 304111
Puerto Rico Bar No. 19578
william@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020

San Juan, Puerto Rico 00918
Tel: (844) 345-3784
Fax: (844) 644-1230

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ William Rivera Alvarez
William Rivera Alvarez (#304111)