UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO *Lynda Lynch v. Janssen Research & Development LLC, et al.; 2:16-cv-13330* | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER RESETTING**
**ORDERS TO SHOW CAUSE FOR HEARING**

The Court hereby resets the Order to Show Cause previously entered (Rec. Doc. 10591) for hearing on September 18, 2018 at 9:00 a.m..

Failure to show cause by appearing before this Court at 9:00 a.m. on September 18, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 27th day of _____August_____ 2018.

_____
United States District Judge

960067

1