**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON ATTACHED EXHIBIT A | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE**
**REGARDING PLAINTIFFS WHO HAVE FAILED TO SUBMIT AN UPDATED**
**VERIFICATION FOR A PREVIOUSLY SUBMITTED PLAINTIFF FACT SHEET OR A**
**FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET**
**PURSUANT TO CMO 6**

Plaintiffs on the attached Exhibits A filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, In re: Xarelto (Rivaroxaban) Products Liability Litigation. Each of these plaintiffs were selected for inclusion in Wave 1 discovery per CMO 6 because the PFS they submitted met certain "core" requirements. Per CMO 6, these plaintiffs were required to update their PFS and "complete all sections" of the fact sheet within 30 days of selection. *See* CMO No. 6 ¶ 5(a) and CMO 13.

On June 8, 2018, Defendants filed a Motion for Order to Show Cause regarding those plaintiffs who had failed to submit an updated and fully complete PFS as required by CMO 6. Thirty-one of the plaintiffs who were listed on Defendants' June 8 Motion advised that a previously submitted PFS was complete and did not need to be updated. The Parties agreed that in these cases, plaintiffs had 30 days to provide either a new verification stating the previously submitted PFS was up to date, or an updated PFS.

1

The plaintiffs who were given 30 days to submit a new verification were listed on Exhibit B of Defendants' Amended Motion for Order to Show Cause for failure to submit a PFS, filed on June 21, 2018.  See Rec. Doc. 9945.  Defendants' Liaison Counsel provided the Court and Plaintiffs' Liaison Counsel revised lists of plaintiffs were given 30 days to submit an updated verification or an updated PFS during the June 27 and August 6, 2018 MDL Case Management Conferences.

This 30-day extension has now passed, but the 13 plaintiffs listed on the attached Exhibit A still have not submitted either an updated verification for a previously submitted PFS, or an updated PFS as required by CMO 6.

Failure to show cause by appearing before this Court at 9:00 a.m. on September 18, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 27th day of ___August___ 2018.

_____
United States District Judge

2

## EXHIBIT A

**Cases Where Plaintiffs Have Failed to Submit Either a Verification That the Previously Submitted PFS is Fully Complete and Does Not Need Updating or an Updated PFS Within 30 Days**

| Plaintiff ID | Name | Case Selection | Date of Case Selection | Plaintiff Firm |
|---|---|---|---|---|
| 22115 | BAKER, JACQUELINE | Random | 4/30/2018 | Flint Law Firm, LLC |
| 6869 | BEAN, VIOLA | Random | 4/30/2018 | Jensen & Associates |
| 15523 | DAMERON, JESSICA | Random | 4/30/2018 | Flint Law Firm, LLC |
| 9083 | DOSS, ELSIE | Defendant | 4/16/2018 | Herman Herman & Katz |
| 8382 | ESSIG, DAREN | Random | 4/30/2018 | Flint Law Firm, LLC |
| 5191 | FREEMAN, SANDRA | Defendant | 4/16/2018 | Grant & Eisenhofer |
| 17265 | GRANT, DELORES | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 23030 | HARRIS, DORIS | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 2298 | JONES, MARVIN | Defendant | 4/16/2018 | Sanders Law |
| 9206 | MAYNARD, CATHERINE | Random | 4/30/2018 | Flint Law Firm, LLC |
| 3745 | MILLER, ADINE | Defendant | 4/16/2018 | Flint Law Firm, LLC |
| 8494 | MOSELEY, JEFFREY | Random | 4/30/2018 | Flint Law Firm, LLC |
| 10004 | SESCO, CLINTON | Random | 4/30/2018 | Flint Law Firm, LLC |