UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED ON REC. DOC. 10601 : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

ORDER RESETTING
ORDERS TO SHOW CAUSE FOR HEARING

The Court hereby resets the Order to Show Cause previously entered (Rec. Doc. 10601) for hearing on September 18, 2018 at 9:00 a.m..

Failure to show cause by appearing before this Court at 9:00 a.m. on September 18, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 27th day of _____August_____ 2018.

_____
United States District Judge

960067