UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

HOWARD BROOKS

Case No.: 2:16-CV-02421

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 [Docket No. 10430], Plaintiff, Howard Brooks, filed a Stipulation of Dismissal With Prejudice on August 24, 2018 [Docket No.10642] dismissing all claims in this matter with prejudice against Defendants in Civil Action No. 2:17-cv-02828 only.  This stipulation does not affect the lawsuit filed by Howard Brooks, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:15-cv-02421. Therefore, Plaintiff Howard Brooks now has only one case pending in this litigation.

1

Dated: August 27, 2018    /s/Roopal P. Luhana
Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Telephone: (347) 269-4472
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 27th day of August 2018.

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.