UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Velma Nicholson v. Janssen Research & Development LLC, et al; 2:16-cv-12324* | : : : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Plaintiff, Velma Nicholson, has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of Case Management Order ("CMO") 6, Plaintiff was selected for inclusion in Wave 1 discovery. Plaintiff was eligible for selection in Wave 1 because she had met the core requirements for the Plaintiff Fact Sheet ("PFS") on or before January 31, 2018. Accordingly, per CMO 6, plaintiff was required to update this PFS and "complete all sections" of the fact sheet within 30 days of selection. *See* CMO No. 6 ¶ 5(a) and Pretrial Order ("PTO") 13.

Plaintiff submitted an amended PFS on June 13, 2018, but she did not complete all sections of the PFS per CMO No. 6. Specifically, Plaintiff's amended PFS only provides answers to Section I (Core Case Information). Plaintiff did not answer any questions in any of the remaining sections of the PFS: Section II (Personal Information), Section III (Claim Information), Section IV (List of Healthcare Providers), Section V (Medical Background), Section IV (Additional Medications) or Section IX (Document Requests). All of this information is necessary for

1

Defendants to collect medical records, make determinations on who to depose, and to evaluate plaintiff's claims in this case.

Defendants notified plaintiff of these deficiencies on June 15, 2018 and requested that plaintiff cure these issues by submitting an amended PFS, with all sections answered, within 20 days. Defendants also stated that, per CMO 6, plaintiff's failure to submit a fully complete PFS tolled all discovery deadlines in the case. Over 60 days have passed (well over the 20-day time period per PTO 13), but to date, plaintiff has not cured these deficiencies

Failure to show cause by appearing before this Court at 9:00 am on September 18, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 27th day of August 2018.

_____
United States District Judge