**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO Docket Number 2:15-cv-04185 and Docket Number 2:15-cv-07123 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592**

MAY IT PLEASE THE COURT:

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants") have requested that this Honorable Court dismiss with prejudice the second filed suit which resulted from the injuries and wrongful death sustained by Diana Sue Adams as they allege it is a duplicate lawsuit. Plaintiffs Bennie Adams, Scott Adams and Robin Adams oppose the Motion filed by Defendants for the following reasons, to wit:

**BACKGROUND**

Two lawsuits were indeed filed in this matter but not by the same parties claiming the same damages. On September 8, 2015, only the Surviving Spouse of Diana Sue Adams, namely Bennie Adams filed suit in MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*

bearing Docket Number 2:15-cv-04185.  The lawsuit was filed 3 days in advance of the prescriptive date of the LSA CC Article 2315.1 Survival Action as Diana Sue Adams had developed a severe gastrointestinal bleed on September 11, 2014 after taking Xarelto from March 6, 2013 to September 11, 2014.

The surviving children of Bennie Adams and Diana Sue Adams did not join in said *first* lawsuit.  Diana Sue Adams ultimately died from the gastrointestinal bleed on December 28, 2014.  The *first* lawsuit did allege damages pursuant to LSA CC Article 2315.1 for the survival action and damages suffered by Diana Sue Adams during her lifetime and wrongful death pursuant to LSA CC Article 2315.2 for the damages sustained by her Surviving Spouse, Bennie Adams.

On December 28, 2015, a wrongful death lawsuit was filed in MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, Docket Number 2:15-cv-07123 with the children of decedent Diana Sue Adams, Scott Adams and Robin Adams as Plaintiffs.  This is the first and only lawsuit in which the surviving children of decedent Diana Sue Adams have filed in this matter.  This created a difference in the claims alleged by the parties in the lawsuit brought by the Surviving Children on the anniversary date and prescriptive date of the death of decedent Diana Sue Adams which had occurred on December 28, 2014. Notably, Bennie Adams, the Surviving Spouse of Diana Sue Adams was also named in the second wrongful death lawsuit.[1]

---

[1] Plaintiff concedes that the claims of Bennie Adams, the Surviving Spouse of the decedent Diana Sue Adams may be duplicated in the second lawsuit and perhaps could be dismissed as such by this Honorable Court.  However, as the second lawsuit was a strictly a Complaint for Wrongful Death, Bennie Adams certainly had the right to file a separate and distinct Wrongful Death claim pursuant to LSA CC Article 2315.2.

Should this Honorable Court require the dismissal of the second filed lawsuit, the Wrongful Death claims of the Surviving Children of the decedent Diana Sue Adams would be lost.  Plaintiff's have offered to consolidate these two lawsuits rather than dismiss the properly filed Wrongful Death Complaint but defendants have not agreed to do so at this time.

## **LEGAL ARGUMENT**

"Under Louisiana law a decedent's statutorily designated beneficiaries have two possible causes of actions against a tortfeasor who causes the death of the decedent. A beneficiary may bring a survival action, i.e. an action for damages the injured person would have had, had he lived. A beneficiary may also bring a wrongful death action, i.e. an action for the damages the beneficiaries sustained as a result of the death. *Ayo v. Johns-Manville Sales Corp*., 771 F.2d 902, 906 (5th Cir. 1985)".

The two causes of action, wrongful death and survival action, are separate and distinct causes of action.  *Cross v. Alpha Therapeutic Corp. (In re Factor VIII or IX Concentrate Blood Prods. Litig.)* U.S. Dist. LEXIS 3328 *(*USDC Ed La 2000) citing *Orleans Parish School Board v. Asbestos Corp. Ltd., 114 F.3d 66, 68* (5th Cir.), *cert. denied, 522 U.S. 995, 139 L. Ed. 2d 399, 118 S. Ct. 557(1997)* and *Guidry v. Theriot*, 377 So. 2d 319, 322 (La. 1979).

While Bennie Adams timely filed a complaint alleging Survival Action damages based upon LSA CC Article 2315.1, the surviving children did not.  As such, when the children decided to assert their Wrongful Death claims pursuant to LSA CC Article 2315.2, it was absolutely necessary and proper for a Complaint to be filed to timely urge their separate and

distinct causes of action of Wrongful Death. As such, on December 28, 2015, a wrongful death Complaint was filed in MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, Docket Number 2:15-cv-07123. This is not a duplicate lawsuit as alleged by the Defendants.

Based on the foregoing, it would gravely affect the rights of the surviving children of decedent Diana Sue Adams to dismiss the "second" lawsuit. A consolidation of these two lawsuits would certainly be proper if the defendant desires to streamline the litigation and try all claims of all plaintiffs at the same time.

## CONCLUSION

Plaintiffs have every right under Louisiana law to file separate and distinct causes of action for survival claims pursuant to LSA CC Article 2315.1 and wrongful death claims pursuant to LSA CC Article 2315.2 as these are not duplicitous claims pursuant to Louisiana law. For the foregoing reasons, Plaintiffs request that this Honorable Court deny the request of defendants to require plaintiffs to dismiss the properly filed December 28, 2015, wrongful death Complaint in MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, Docket Number 2:15-cv-07123.

Respectfully submitted,

HOWARD REED & PEDERSEN

/s/Shawn C. Reed
SHAWN C. REED, #14304
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Fax:    (985)893-3478

and

JONATHAN C. PEDERSEN #32290<br>
839 St. Charles Avenue, Suite 306<br>
New Orleans, Louisiana 70130<br>
Telephone: (504) 581-3610<br>
Attorneys for Plaintiffs, Bennie Adams,<br>
Scott Adams and Robin Adams

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                        */s/Shawn C. Reed*