UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Michael Caporale v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2017-cv-3651*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Michael Caporale.

DATED: August 27, 2018

Respectfully submitted,

FORMAN LAW OFFICES, P.A.

/s/ Theodore S. Forman
Theodore S. Forman
(Florida Bar No. 886564)
238 NE 1st Avenue
Delray Beach, Florida 33444
Telephone: (561) 266-9998
Facsimile: (561) 266-9799
ted@formanlawoffices.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Theodore S. Forman