# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

BIRTH NUMBER:  
STATE FILE NUMBER: 2017-020-00863

**6044331**

### DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME | FORD, HATTIE MAE JOSEPH BUTLER |
| DATE OF BIRTH | 03/14/1936 |
| DATE OF DEATH | 06/26/2017 |
| TIME OF DEATH | 05:45 PM |
| PLACE OF BIRTH | NEW ORLEANS, LA UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 81 YEARS |
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | 328 UPLAND AVE., RIVER RIDGE, LA 70123 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | JEFFERSON |

### PERSONAL

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | OWNER |
| INDUSTRY OF OCCUPATION | DAYCARE CENTER |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | FORD, LOUIS M |
| FATHER/PARENT NAME | JOSEPH, STEVE |
| FATHER/PARENT PLACE OF BIRTH | EDGARD, LA UNITED STATES |
| MOTHER/PARENT NAME | WINSLOW, VALENA |
| MOTHER/PARENT PLACE OF BIRTH | KENNER, LA UNITED STATES |
| INFORMANT'S NAME | FORD, LOUIS M |
| RELATIONSHIP TO DECEDENT | HUSBAND |
| INFORMANT'S ADDRESS | 328 UPLAND AVE., RIVER RIDGE, LA 70123 UNITED STATES |
| EDUCATION | HIGH SCHOOL GRADUATE, OR GED COMPLETED |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | BLACK OR AFRICAN AMERICAN |

### DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | EMERGENCY ROOM/OUTPATIENT |
| FACILITY NAME | OCHSNER FOUNDATION HOSPITAL |
| FACILITY ADDRESS | 1514 JEFFERSON HWY., JEFFERSON, LA 70121 UNITED STATES |
| PARISH/COUNTY | JEFFERSON |

### DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | LOVE AND CHARITY CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | KENNER, LA UNITED STATES |
| DATE OF DISPOSITION | 07/01/2017 |

### FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | RICHARDSON FUNERAL HOME OF JEFFERSON |
| ADDRESS OF FUNERAL FACILITY | 11112 JEFFERSON HWY., RIVER RIDGE, LA 70123 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | FRANKLIN, RICKEY L |
| LICENSE NUMBER | U1384 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 7/3/2017 |

### MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

### CAUSE OF DEATH

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. CARDIAC ARREST | 30 MINUTES |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. PULMONARY ARREST | 1 HOURS |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? |
|---|---|
| NO | NOT APPLICABLE |

### INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)  
PARISH/COUNTY

DESCRIBE HOW INJURY OCCURED.

### CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 4/3/2017 TO 6/26/2017 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 6/27/2017 |
| CERTIFIER NAME | CARSTARPHEN, KATHY JO |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 1555 POYDRAS ST., NEW ORLEANS, LA 70112 UNITED STATES |
| BURIAL TRANSIT PERMIT | 224269 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 06/27/2017 |
| DATE FILED WITH REGISTRAR | 7/3/2017 |

### REGISTRAR

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Ball, Sandra  
Issued On: 7/13/2017 1:12:03 PM




006044331

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

DEVIN GEORGE  
STATE REGISTRAR



AmeriTech, Incorporated | ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE