UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Hattie Mae Butler v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-04090*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Hattie Mae Butler respectfully move this court to substitute Louis Ford, the surviving spouse, as the Personal Representative for the Estate of Hattie Mae Butler, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Hattie Mae Butler's case was filed on or about May 3, 2016 (*Hattie Mae Butler v. Janssen Research & Development, LLC, et al*; Case No. *2:16-cv-04090*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

   a. On or about May 12, 2016, Defendant Janssen Ortho was served by a process server with the Complaint and Summons.

   b. On or about May 12, 2016, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

1

      c. On or about May 12, 2016, Defendant Janssen Pharmaceuticals, Inc. was served by a process server with the Complaint and Summons

      d. On or about May 12, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiffs' counsel was informed that Hattie Mae Butler passed away on or about July 11, 2017.

4. Hattie Mae Butler's action against Defendants survives her death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 28, 2018 [Doc. 10670].

6. On or about June 27, 2017, Jefferson Parish, Louisiana named Louis Ford as the informant and surviving spouse of decedent the Personal Representative for the Estate of Hattie Mae Butler.

7. Plaintiff thus moves to substitute Louis Ford, as Personal Representative for the Estate of Hattie Mae Butler, Deceased, as Plaintiff in the present action.

8. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Louis Ford, as Personal Representative for the Estate of Hattie Mae Butler, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Hattie Mae Butler is now deceased.

9. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Hattie Mae Butler, respectfully request the Court

grant Plaintiffs' Motion to Substitute Louis Ford, as Personal Representative for the Estate of Hattie Mae Butler, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: August 28, 2018

Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                                                    */s/ Monte Bond*