# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER:  
STATE FILE NUMBER: 2017-020-00863

**6044331**

| DECEDENT | | | | |
|---|---|---|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | | TIME OF DEATH |
| FORD, HATTIE MAE JOSEPH BUTLER | 03/14/1936 | 06/26/2017 | | 05:45 PM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | | AGE |
| NEW ORLEANS, LA UNITED STATES | FEMALE | 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 | | 81 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | | | | |
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | WITHIN CITY LIMITS? | PARISH/COUNTY |
| 328 UPLAND AVE., RIVER RIDGE, LA 70123 UNITED STATES | | | NO | JEFFERSON |

| PERSONAL | | | |
|---|---|---|---|
| EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION | |
| NO | OWNER | DAYCARE CENTER | |
| MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | |
| MARRIED | | FORD, LOUIS M | |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | |
| JOSEPH, STEVE | EDGARD, LA UNITED STATES | | |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | |
| WINSLOW, VALENA | KENNER, LA UNITED STATES | | |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | INFORMANT'S ADDRESS | |
| FORD, LOUIS M | HUSBAND | 328 UPLAND AVE., RIVER RIDGE, LA 70123 UNITED STATES | |
| EDUCATION: HIGH SCHOOL GRADUATE, OR GED COMPLETED | | | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | | |
| RACE: BLACK OR AFRICAN AMERICAN | | | |

| DEATH INFO | | |
|---|---|---|
| PLACE OF DEATH | FACILITY NAME | |
| EMERGENCY ROOM/OUTPATIENT | OCHSNER FOUNDATION HOSPITAL | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | PARISH/COUNTY |
| 1514 JEFFERSON HWY., JEFFERSON, LA 70121 UNITED STATES | | JEFFERSON |

| DISPOSITION | | |
|---|---|---|
| METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
| BURIAL | LOVE AND CHARITY CEMETERY | |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | DATE OF DISPOSITION |
| KENNER, LA UNITED STATES | | 07/01/2017 |

| FUNERAL FACILITY | | |
|---|---|---|
| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
| RICHARDSON FUNERAL HOME OF JEFFERSON | 11112 JEFFERSON HWY., RIVER RIDGE, LA 70123 UNITED STATES | |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| FRANKLIN, RICKEY L | U1384 | Y |
| SIGNATURE OF FUNERAL DIRECTOR | | DATE |
| *e-sign* | | 7/3/2017 |

| MEDICAL INFO | |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

| CAUSE OF DEATH | | |
|---|---|---|
| PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | APPROXIMATE INTERVAL: Onset to Death |
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. CARDIAC ARREST | 30 MINUTES |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. PULMONARY ARREST | 1 HOURS |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |
| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | | |
| WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? | |
| NO | NOT APPLICABLE | |

| INJURY INFORMATION | | | | |
|---|---|---|---|---|
| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| DESCRIBE HOW INJURY OCCURED. | | | | |

| CERTIFIER | | | |
|---|---|---|---|
| I CERTIFY THAT I ATTENDED THE DECEDENT FROM 4/3/2017 TO 6/26/2017 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED. | | | |
| SIGNATURE OF CERTIFIER: | *e-sign* | DATE | 6/27/2017 |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | CARSTARPHEN, KATHY JO | | |
| CERTIFIER TITLE: CERTIFYING PHYSICIAN | | | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | |
| 1555 POYDRAS ST., NEW ORLEANS, LA 70112 UNITED STATES | | | |
| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
| 224269 | ORLEANS | 06/27/2017 | 7/3/2017 |

| REGISTRAR | | |
|---|---|---|
| SIGNATURE OF REGISTRAR | DEVIN GEORGE *e-sign* | |
| ISSUED BY: Ball, Sandra | Issued On: 7/13/2017 1:12:03 PM | |




I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

**DEVIN GEORGE**
**STATE REGISTRAR**



AmeriTech, Incorporated | ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE