# CERTIFICATE OF DEATH
## INDIANA STATE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

Local No: 000302  
EDR No: 000000581572  
State No: 028257

**1. Decedent's Legal Name (First, Middle, Last):** TROY LEE UNDERHILL  
**1a. Maiden Name (If female):**  
**2. Sex:** MALE  
**3. Time Of Death:** 11:00 PM  
**4. Date Of Death (Month/Day/Year):** 06/03/2017

**5. Social Security Number:** 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  
**6a. Age - Yrs:** 49  
**6b. Under 1 Year - Months:**  
**6c. Under 1 Month - Days:**  
**6d. Under 1 Day - Hours:**  
**6e. Under 1 Hour - Minutes:**  
**7. Date of Birth (Month/Day/Year):** 06/10/1967  
**8. Birthplace (City and State or Foreign Country):** EVANSVILLE, IN

**9. Ever in U.S. Armed Forces?** ☐ Yes ☒ No ☐ Unknown  
**10. If Death Occurred In A Hospital:** ☐ Inpatient ☐ Emergency Department Outpatient ☐ Dead on Arrival  
**10a. If Death Occurred Somewhere Other Than A Hospital:** ☐ Hospice Facility ☒ Decedent's Home ☐ Nursing Home/Long-term Care Facility ☐ Other (Specify)

**11. Facility Name (If Not Institution, Give Street and Number):** 8555 LOCUST LANE  
**12. City Or Town, State, And Zip Code:** NEWBURGH, IN, 47630  
**13. County Of Death:** WARRICK  
**14. Marital Status At Time Of Death:** ☐ Married ☐ Married, But Separated ☒ Divorced ☐ Widowed ☐ Never Married ☐ Unknown

**15. Surviving Spouse's Name:**  
**15a. Last Name Before First Marriage:**  
**16. Decedent's Usual Occupation:** SELF-EMPLYED  
**17. Kind Of Business/Industry:**

**18. Residence - State:** INDIANA  
**18a. County:** WARRICK  
**18b. City Or Town:** NEWBURGH  
**18c. Street And Number:** 8555 LOCUST LANE  
**18d. Apt. No.:**  
**18e. Zip Code:** 47630  
**18f. Inside City Limits?** ☐ Yes ☒ No

**19. Decedent's Education:** SOME COLLEGE CREDIT, BUT NOT A DEGREE  
**20. Decedent Of Hispanic Origin:** NOT HISPANIC  
**21. Decedent's Race:** White

**22. Parent's Name (First, Middle, Last):** COLIN LEE UNDERHILL  
**23. Parent's Name (First, Middle, Last):** SANDRA L. GRAMES  
**23a. Parent's Last Name Before First Marriage:** BROWN

**24. Informant's Name:** SANDRA L GRAMES  
**24a. Relationship To Decedent:** MOTHER  
**24b. Mailing Address:** 6323 ALEX LANE, EVANSVILLE, IN 47715

**25. Place of Disposition**  
**25a. Method Of Disposition:** ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal From State ☐ Other (Specify)  
**25b. Place Of Disposition:** ROSE HILL CEMETERY  
**25c. Location - City, Town, And State:** NEWBURGH, IN

**26. Was Coroner Contacted?** ☒ Yes ☐ No  
**27. Name And Complete Address Of Funeral Facility:** TITZER FAMILY FUNERAL HOME, 100 EAST COLUMBIA STREET, EVANSVILLE, IN 47711  
**27a. Funeral Home License Number:** FH10300007  
**27b. Signature Of Indiana Funeral Service Licensee:** TODD R. TITZER, BY ELECTRONIC SIGNATURE  
**27c. License Number (Of Licensee):** FD20800020

### Cause Of Death (See Instructions And Examples)

**28. Part I.** Enter the Chain Of Events - Diseases, Injuries, Or Complications - That Directly Caused The Death. Do Not Enter Terminal Events Such As Cardiac Arrest, Respiratory Arrest, Or Ventricular Fibrillation Without Showing The Etiology. Do Not Abbreviate. Enter Only One Cause On A Line. Add Additional Lines If Necessary.

Approximate Interval: Onset To Death

A. Immediate Cause (Final Disease Or Condition Resulting In Death): MYOCARDIAL INFARCTION — UNKNOWN  
B. Due to (Or As A Consequence Of):  
C. Due to (Or As A Consequence Of):  
D. Due to (Or As A Consequence Of):

**Part II.** Enter Other Significant Conditions Contributing to Death But Not Resulting In The Underlying Cause Given In Part I: ATRIAL FIBRILLATION

**29. Was An Autopsy Performed?** ☐ Yes ☒ No  
**30. Were Autopsy Findings Available To Complete The Cause Of Death?** ☐ Yes ☐ No

**31. Did Tobacco Use Contribute To Death?** ☐ Yes ☒ Probably ☐ No ☐ Unknown  
**32. If Female:** ☐ Not Pregnant Within Past Year ☐ Pregnant At Time Of Death ☐ Not Pregnant, But Pregnant Within 42 Days Of Death ☐ Not Pregnant, But Pregnant 43 Days To 1 year Before Death ☐ Unknown If Pregnant Within The Past Year  
**33. Manner Of Death:** ☒ Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could Not Be Determined

**34. Date Of Injury (Month/Day/Year):**  
**35. Time Of Injury:**  
**36. Place Of Injury:**  
**37. Injury At Work?** ☐ Yes ☐ No  
**38. Location Of Injury - State:**  
**38a. City Or Town:**  
**38b. Street & Number:**  
**38c. Apt. No.:**  
**38d. Zip Code:**  
**39. Describe How Injury Occurred:**  
**40. If Transportation Injury, Specify:** ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

**41. Signature Of Person Certifying Cause Of Death:** ROSABEL CUSI MANALO, BY ELECTRONIC SIGNATURE  
**42. Certifier (Check Only One):** ☒ Certifying Physician ☐ Coroner ☐ Health Officer  
**43. Name, Address And Zip Code Of Person Certifying Cause Of Death:** ROSABEL CUSI MANALO, 3801 BELLEMEADE AVE., EVANSVILLE, IN 47714  
**44. License Number:** 01062177A  
**45. Date Certified:** 06/06/2017

**46. Additional Funeral Service Provider:**  
**47. Akas:**  
**48. Signature of Local Health Officer:** RICKY B YEAGER, VIA ELECTRONIC SIGNATURE  
**49. For Registrar Only - Date Filed (Month/Day/Year):** JUN 07 2017

**AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)**

State Form 53395  ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.

VOID IF ALTERED OR ERASED

STATE OF INDIANA



IVRA20   1713983