# CERTIFICATE OF DEATH
## INDIANA STATE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

Local No 000302    EDR No 000000581572    State No 028257

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Legal Name (First, Middle, Last) | TROY LEE UNDERHILL |
| 1a | Maiden Name (If female) | |
| 2 | Sex | MALE |
| 3 | Time Of Death | 11:00 PM |
| 4 | Date Of Death (Month/Day/Year) | 06/03/2017 |
| 5 | Social Security Number | 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 |
| 6a | Age - Yrs | 49 |
| 7 | Date of Birth | 06/10/1967 |
| 8 | Birthplace | EVANSVILLE, IN |
| 9 | Ever in U.S. Armed Forces? | ☒ No |
| 10a | If Death Occurred Somewhere Other Than A Hospital | ☒ Decedent's Home |
| 11 | Facility Name | 8555 LOCUST LANE |
| 12 | City Or Town, State, And Zip Code | NEWBURGH, IN, 47630 |
| 13 | County Of Death | WARRICK |
| 14 | Marital Status At Time Of Death | ☒ Divorced |
| 15 | Surviving Spouse's Name | |
| 15a | Last Name Before First Marriage | |
| 16 | Decedent's Usual Occupation | SELF-EMPLYED |
| 17 | Kind Of Business/Industry | |
| 18 | Residence - State | INDIANA |
| 18a | County | WARRICK |
| 18b | City Or Town | NEWBURGH |
| 18c | Street And Number | 8555 LOCUST LANE |
| 18e | Zip Code | 47630 |
| 18f | Inside City Limits? | ☒ No |
| 19 | Decedent's Education | SOME COLLEGE CREDIT, BUT NOT A DEGREE |
| 20 | Decedent Of Hispanic Origin | NOT HISPANIC |
| 21 | Decedent's Race | White |
| 22 | Parent's Name | COLIN LEE UNDERHILL |
| 23 | Parent's Name | SANDRA L. GRAMES |
| 23a | Parent's Last Name Before First Marriage | BROWN |
| 24 | Informant's Name | SANDRA L GRAMES |
| 24a | Relationship To Decedent | MOTHER |
| 24b | Mailing Address | 6323 ALEX LANE, EVANSVILLE, IN 47715 |
| 25a | Method Of Disposition | ☒ Burial |
| 25b | Place Of Disposition | ROSE HILL CEMETERY |
| 25c | Location | NEWBURGH, IN |
| 26 | Was Coroner Contacted? | ☒ Yes |
| 27 | Name And Complete Address Of Funeral Facility | TITZER FAMILY FUNERAL HOME, 100 EAST COLUMBIA STREET, EVANSVILLE, IN 47711 |
| 27a | Funeral Home License Number | FH10300007 |
| 27b | Signature Of Indiana Funeral Service Licensee | TODD R. TITZER, BY ELECTRONIC SIGNATURE |
| 27c | License Number | FD20800020 |

### Cause Of Death

| Part I | Cause | Approximate Interval |
|---|---|---|
| A. Immediate Cause | MYOCARDIAL INFARCTION | UNKNOWN |
| B. | | |
| C. | | |
| D. | | |

Part II. Other Significant Conditions Contributing to Death: ATRIAL FIBRILLATION

| # | Field | Value |
|---|---|---|
| 29 | Was An Autopsy Performed? | ☒ No |
| 31 | Did Tobacco Use Contribute To Death? | ☒ Probably |
| 33 | Manner Of Death | ☒ Natural |
| 41 | Signature Of Person Certifying Cause Of Death | ROSABEL CUSI MANALO, BY ELECTRONIC SIGNATURE |
| 42 | Certifier | ☒ Certifying Physician |
| 43 | Name, Address And Zip Code Of Person Certifying Cause Of Death | ROSABEL CUSI MANALO, 3801 BELLEMEADE AVE., EVANSVILLE, IN 47714 |
| 44 | License Number | 01062177A |
| 45 | Date Certified | 06/06/2017 |
| 48 | Signature of Local Health Officer | RICKY B YEAGER, VIA ELECTRONIC SIGNATURE |
| 49 | For Registrar Only - Date Filed | JUN 07 2017 |

AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)

State Form 53395   ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.

STATE OF INDIANA

VOID IF ALTERED OR ERASED



IVRA20   1713983