1.

Acct # 118 3522
1 of 2

| STATE OF INDIANA | ) | WARRICK _Superior_ COURT I |
| --- | --- | --- |
| | )SS: | |
| IN THE MATTER OF THE ESTATE OF | ) | Cause No 87_001-1708_-EM-_000096_ |

_Troy L. Underhill_
Deceased

_Sandra L. Grames_
Petitioner

**FILED**
AUG 0 9 2017

PATRICIA E. PERRY
CLERK WARRICK CIRCUIT AND SUPERIOR COURT

**SMALL ESTATE AFFIDAVIT**
(I.C.29-1-8-1)

On behalf of the claimants listed below, the undersigned, upon personal knowledge and belief, make these statements:

1. That _Troy L. Underhill_ was a resident of Warrick County, State of Indiana, and that decedent died on the _3_ day of _June_ 20_17_, with/(without a will.)
2. No petition for the appointment of a personal representative for the decedent has been Granted and none is contemplated.
3. More than forty-five (45) days have elapsed since the death of the decedent.
4. The value of the gross probate estate, wherever located, less liens and encumbrances, does not exceed $50,000.00.
5. The sole and only surviving heirs of said decedent are: **(all heirs must sign)**

   a. _Sandra Grames_ Age: _73_
   Address: _6323 Alex Lane - Evansville In. 47715_

   b. _____ Age: ____
   Address: _____

   c. _____ Age: ____
   Address: _____

6. The Claimants listed above are entitled to have the following property transferred without administration, subject to any liens and encumbrances, as follows:

   A. _DFC Union_        _PO Box 189 Newburgh In._
      Name                Address                    _47629_
   (Checking) _Savings $140_    _Death of son_ -
   Property to be transferred (value) _apprx._   Reason entitled to property _settling estate_

   B. _____   _____
      Name                      Address
   _____   _____
   Property to be transferred (value)   Reason entitled to property

   C. _____   _____
      Name                      Address
   _____   _____
   Property to be transferred (value)   Reason entitled to property

Acct # 1123522
2 of 2

7. The Claimant listed below is entitled to have the certificate of title to the following Motor Vehicle(s) transferred to claimant, without administration, subject to any liens and encumbrances, as follows:

A. _____   _____
      Name                                              Address

Make: _____   Mfg VIN#: _____

Model: _____   Title #: _____
Value: _____

Make: _____   Mfg VIN#: _____

Model: _____   Title #: _____
Value: _____

Reason entitled to property _____

UNDER PENALTIES FOR PERJURY THIS 9th DAY OF August, 2017, THE FOREGOING REPRESENTATIONS ARE TRUE.

*Sandra L. Grames*    6323 Cloy Ln - Evansville In.
Signature of Affiant         Address
                                         812-588-5951

SANDRA L. GRAMES
Printed Name of Affiant

_____   _____
Signature of Affiant              Address

_____
Printed Name of Affiant

_____   _____
Signature of Affiant              Address

_____
Printed Name of Affiant

acct # 112322

STATE OF INDIANA ) WARRICK SUPERIOR COURT NO. 1
)SS:
)
IN THE MATTER OF THE ESTATE OF   Cause No 87D01-*1708*-EM-*000096*

*Troy L. Underhill*
Deceased

*Sandra L. Thames*
Petitioner

**FILED**

AUG 1 0 2017

PATRICIA E. PERRY
CLERK WARRICK CIRCUIT AND SUPERIOR COURTS

## ORDER OF TRANSFER ON SMALL ESTATE AFFIDAVIT

Petitioner presented to the Court an affidavit containing a statement of the conditions required by I.C. 29-1-8-1(a) and requested the court, pursuant to I.C. 29-1-8-4.5, enter an order that claimants and the heirs as described in the affidavit be entitled to payment and delivery of the property as described in the affidavit.

IT IS THEREFORE ORDERED that petitioner and claimants as described in the affidavit be, and they are hereby entitled to the payments and/or delivery of the property as described in the affidavit.

Dated: 8/10/2017

_____
J. Zach Winsett, Judge
Warrick Superior Court No. 1

