# CERTIFICATION OF VITAL RECORD

# COUNTY of TEHAMA
### RED BLUFF, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

State File Number: 3201852000081

| Field | Value |
|---|---|
| 1. Name of Decedent—First (Given) | DANA |
| 2. Middle | GAIL |
| 3. Last (Family) | MOSCHETTI |
| 4. Date of Birth | 02/04/1956 |
| 5. Age Yrs | 62 |
| 6. Sex | F |
| 7. Date of Death | 02/14/2018 |
| 8. Hour (24 Hours) | 1230 |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | NEVER MARRIED |
| 13. Education | SOME COLLEGE |
| 14/15. Hispanic | NO |
| 16. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | MYSTIC |
| 18. Kind of Business or Industry | COMMUNICATIONS |
| 19. Years in Occupation | 42 |
| 20. Decedent's Residence | 460 MAIN ST. # 109 |
| 21. City | RED BLUFF |
| 22. County/Province | TEHAMA |
| 23. Zip Code | 96080 |
| 24. Years in County | 15 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | ROXANNE MOSCHETTI, DAUGHTER |
| 27. Informant's Mailing Address | 6234 GENTRY AVE., N. HOLLYWOOD, CA 91606 |
| 28-30. Surviving Spouse/SRDP | — |
| 31. Name of Father/Parent—First | GERALD |
| 33. Last | MOSHETTI |
| 34. Birth State | CO |
| 35. Name of Mother/Parent—First | MYRA |
| 36. Middle | LUCILLE |
| 37. Last (Birth Name) | GREATHOUSE |
| 38. Birth State | OK |
| 39. Disposition Date | 02/27/2018 |
| 40. Place of Final Disposition | RES. OF DEBBIE MOSHETTI, 1150 JENNIFER LYNN DR., RED BLUFF, CA 96080 |
| 41. Type of Disposition(s) | CR/RES |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | BLAIR'S CREMATION - RED BLUFF |
| 45. License Number | FD2326 |
| 46. Signature of Local Registrar | R. A. WICKENHEISER, M.D. |
| 47. Date | 02/22/2018 |
| 101. Place of Death | TRAVELODGE MOTEL |
| 103. If Other than Hospital | Other |
| 104. County | TEHAMA |
| 105. Facility Address | 38 ANTELOPE BLVD. #232 |
| 106. City | RED BLUFF |
| 107. Cause of Death — Immediate Cause (A) | PENDING |
| 108. Time Interval Between Onset and Death | — |
| Death Reported to Coroner | YES, 18-00309 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | NO |
| 111. Used in Determining Cause? | — |
| 113. Was Operation Performed | — |
| 113A. If Female, Pregnant in Last Year | UNK |
| 119. Manner of Death | Pending Investigation |
| 120. Injured at Work? | — |
| 126. Signature of Coroner / Deputy Coroner | CHRISTOPHER SHARP |
| 127. Date | 02/21/2018 |
| 128. Type Name, Title of Coroner | CHRISTOPHER SHARP, DEP CORONER |

*010001003808230*

---

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF TEHAMA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the TEHAMA COUNTY CLERK-RECORDER.

ATTEST: _(signature)_

DATE ISSUED: FEB 23 2018

*000015563*

JENNIFER A. VISE
TEHAMA COUNTY CLERK-RECORDER

This copy not valid unless prepared on engraved border displaying seal and signature of Deputy County Clerk-Recorder.

PRNCO (Rev) 65/14

