UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)        )          MDL NO. 2592

PRODUCTS LIAIBLITY LITIGATION       )          SECTION L

                                    )          JUDGE ELDON E. FALLON

                                    )          MAG. JUDGE NORTH

This Document Relates to:

*Caldwell v. Janssen Research & Development LLC., et al;*

LAED USDC No., 2:16-cv-04603;

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL 2592

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have

Filed Duplicate Cases in MDL NO. 2592 filed on August 9, 2018 (Doc. 10430), Plaintiff,

Dorotheria Caldwell, filed a Stipulation of Dismissal With Prejudice on August 27, 2018 (Doc.

No. 10658) dismissing all claims in this matter with prejudice against Defendants in Civil Action

No.  2:18-cv-00586 only.  This stipulation does not affect the lawsuit filed by Clifford Caldwell,

which is currently pending in the MDL No. 2592 in the United States District Court for the Eastern

District of Louisiana, bearing Civil Action No. 2:16-cv-04603.  Therefore, Plaintiff, Dorotheria

Caldwell, now has only one case pending in this litigation.

Respectfully submitted this 28th day of August, 2018.

Respectfully submitted,

/s/ Douglas R. Plymale
Douglas R. Plymale, (La. Bar No. 28409)
dplymale@dugan-lawfirm.com
James R. Dugan, II (La. Bar No. 24785)
jdugan@dugan-lawfirm.com
The Dugan Law Firm, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181


ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuance to Pre-Trial Order No. 17.

This the 28th day of August, 2018.

/s/ Douglas R. Plymale
Douglas R. Plymale