**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **SECTION L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*Dana Moschetti v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-08989*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Roxanne Moschetti, on behalf of the Estate of Dana Moschetti, is substituted for Plaintiff Roxanne Moschetti, in the above captioned cause.


Date: _____          _____

                                        Hon. Eldon E. Fallon
                                        United States District Court Judge