UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         *
PRODUCTS LIABILITY LITIGATION        *
                                     *
                                     *   MDL No. 2592
                                     *   SECTION: L
                                     *
                                     *   Judge: ELDON E. FALLON
                                     *
                                     *
                                     *

**THIS DOCUMENT RELATES TO:**

SCHULTZ, BETTY, 2:17-CV-02746; HAYES, DALE, 2:17-cv-02385; MEDGEBOW, JEFFREY, 2:17-CV-01715; ZECH, WILMA, 2:17-cv-00683; YARBROUGH, ROBERT, 2:17-cv-00312; HUMPHRIES-BERG, CAROLYN, 2:17-cv-00158; KLIEKAMP, MICHELLE, 2:16-cv-17817; GREENE, ADELE, 2:16-cv-17815; BLACKSHEAR, NAOMI, 2:16-cv-16853; MILLER, WILLIAM, 2:16-cv-15973; MILLER, DEBORAH, 2:16-cv-15972; CARTER, JR., DAVE, 2:16-cv-15962; STEWARD, PATRICIA, 2:16-cv-15919; CULP, JACK, 2:16-cv-15920; MONTGOMERY, DEBRA, 2:16-cv-15722; TOON, EDWARD, 2:16-cv-15102; HARRIS, JERRY, 2:16-cv-15103; RUSSELL, RICHARD, 2:16-cv-15104; COLLINS, SCOTT, 2:16-cv-14933; REYNOLDS, WILLIAM, 2:16-cv-14576; MULLINS, PAULINE, 2:16-cv-14181; HALL, ROI, 2:16-cv-12561; VINES-GORDON, ANITRA, 2:16-cv-12442; SMITH, HOPE, 2:16-cv-11502; PAGE, DOROTHY, 2:16-cv-10535; GARVIN, GEORGE, 2:16-cv-09847; BARTKO, GERALD, 2:16-cv-03736.

**MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE**

Plaintiffs move this Court for substitution of counsel, asking that Sarah Wolter of Andrus Wagstaff PC, located at 7171 W. Alaska Drive, Lakewood, CO 80226 be permitted to hereby appear as counsel for the Plaintiffs, and be substituted for John Crone, of Andrus Wagstaff PC, as attorney of record for Plaintiffs in the above-referenced actions. Sarah Wolter is already registered in MDL 2592 and serving as Plaintiffs counsel on MDL Centrality. Plaintiff moves that the Clerk of this Court be requested to make such entries as may be required to record such substitution.

1

Dated: August 28, 2018

    Respectfully Submitted:

    By:   /s/ John R. Crone
    John R. Crone, CO Bar No. 48284
    Vance R. Andrus, CO Bar No. 30764
    Aimee H. Wagstaff, CO Bar No. 36819
    ANDRUS WAGSTAFF, PC
    7171 W. Alaska Drive
    Lakewood, CO 80226
    Phone: 303-376-6360
    Fax: 303-376-6361
    E-Mail: john.crone@andruswagstaff.com

    *Attorneys for Plaintiffs*