UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) *
PRODUCTS LIABILITY LITIGATION *
                                     *
                                     *       MDL No. 2592
                                     *       SECTION: L
                                     *
                                     *       Judge: ELDON E. FALLON
                                     *
                                     *
                                     *

**THIS DOCUMENT RELATES TO:**

SCHULTZ, BETTY, 2:17-CV-02746; HAYES, DALE, 2:17-cv-02385; MEDGEBOW, JEFFREY, 2:17-CV-01715; ZECH, WILMA, 2:17-cv-00683; YARBROUGH, ROBERT, 2:17-cv-00312; HUMPHRIES-BERG, CAROLYN, 2:17-cv-00158; KLIEKAMP, MICHELLE, 2:16-cv-17817; GREENE, ADELE, 2:16-cv-17815; BLACKSHEAR, NAOMI, 2:16-cv-16853; MILLER, WILLIAM, 2:16-cv-15973; MILLER, DEBORAH, 2:16-cv-15972; CARTER, JR., DAVE, 2:16-cv-15962; STEWARD, PATRICIA, 2:16-cv-15919; CULP, JACK, 2:16-cv-15920; MONTGOMERY, DEBRA, 2:16-cv-15722; TOON, EDWARD, 2:16-cv-15102; HARRIS, JERRY, 2:16-cv-15103; RUSSELL, RICHARD, 2:16-cv-15104; COLLINS, SCOTT, 2:16-cv-14933; REYNOLDS, WILLIAM, 2:16-cv-14576; MULLINS, PAULINE, 2:16-cv-14181; HALL, ROI, 2:16-cv-12561; VINES-GORDON, ANITRA, 2:16-cv-12442; SMITH, HOPE, 2:16-cv-11502; PAGE, DOROTHY, 2:16-cv-10535; GARVIN, GEORGE, 2:16-cv-09847; BARTKO, GERALD, 2:16-cv-03736.

**PROPOSED ORDER RE: MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE**

Considering the foregoing Consent Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that Breann Plasters has withdrawn as Plaintiffs' attorney of record.

**IT IS FURTHERED ORDERED** that Sarah A. Wolter of Andrus Wagstaff, PC is enrolled as Plaintiffs' sole attorney of record herein.

**DONE AND SIGNED** this _____ day of _____, 2018, at New Orleans, Louisiana.

                                          _____
                                          UNITED STATES DISTRICT JUDGE