L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | **MDL 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

## MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592

NOW COMES counsel for Plaintiffs, Francisco Aveta, David Branch, Gwen Dalchow, Sharlene Howard, Christopher Molokwu, and Valerie Jean Nielson, and hereby respectfully responds to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592.

**A. Factual Background**

On March 8, 2018, Plaintiffs' counsel filed a Joint Complaint with the Eastern District of Louisiana that named the above-mentioned Plaintiffs. The case number assigned for this filing was 2:18-cv-02486. This filing was done in counsel error, as at that time counsel believed a joint complaint could still be filed in relation to MDL No. 2592. After this complaint was filed Plaintiffs' counsel was contacted

by a clerk of the court and informed of the error. Per the clerk's instructions, Plaintiff's counsel then filed each individual Plaintiff in a new case. The case numbers for these new claims are attached hereto as Exhibit A. Plaintiffs' counsel was informed that an amended complaint could be filed in case number 2:18-cv-02486 and that case number would then be assigned to just that individual plaintiff, Nancy Snyder. It appears that case number was still assigned to the above-named Plaintiffs and has resulted in duplicate filings for each of these Plaintiffs.

On August 28, 2018, Plaintiffs' counsel spoke with Dean Olser, the court clerk. It is Plaintiffs' counsel's understanding that Mr. Olser was able to change the docket to reflect that only Nancy Snyder is now a named plaintiff under case number 2:18-cv-02486. As such, the issue of duplicate filings under Francisco Aveta, David Branch, Gwen Dalchow, Sharlene Howard, Christopher Molokwu, and Valerie Jean Nielson should now be resolved. However, if it is not resolved, then Plaintiffs' counsel requests that the Court grant Plaintiffs' counsel leave to file a Motion to Dismiss Without Prejudice case number 2:18-cv-02486, the result of which would eliminate this issue of duplicate filings for the above-named Plaintiffs.

Dated: August 28, 2018

**The Law Office of L. Paul Mankin**

By: /s/ L. Paul Mankin

L. PAUL MANKIN

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.