L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | **MDL 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | **JUDGE ELDON E. FALLON** |
| ALL CASES ON ATTACHED EXHIBIT A | **MAGISTRATE JUDGE NORTH** |

**DECLARATION OF L. PAUL MANKIN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592**

I, L. Paul Mankin, declare under the penalty of perjury as follows:

1. I, L. Paul Mankin, and am Plaintiffs' counsel in this cases listed on the attached Exhibit A. I submit this declaration in support of Plaintiff's Memorandum in Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL 2592. I make this declaration based on my personal knowledge, except where otherwise indicated. I submit this Declaration in conjunction with Plaintiff's opposition papers.

2. On March 8, 2018, my office filed a joint complaint naming Francisco Aveta, David Branch, Sharlene Howard, Christopher Molokwu, and Valerie Jean Nielson.

The case number for this action is 2:18-cv-02486.

3. My office was subsequently informed by Dean Olser, the Court Clerk, that the bundled filing was improper. We were instructed to re-file each Plaintiff individual, as well as file an amended complaint within 2:18-cv-02486 naming just one plaintiff.

4. It is my understanding that the plaintiffs whose claims were subsequently individually filed remained named under case number 2:18-cv-02486, which resulted in those plaintiffs showing as duplicate filings.

5. Following these instructions my office re-filed the individual plaintiffs on March 22nd and 23rd, 2018, as well as filed the amended complaint on March 28, 2018.

6. On August 28, 2018, my office again spoke with Dean Olser, who changed the named parties for 2:18-cv-02486 naming just Nancy Snyder.

7. As such, it is my current understanding that the duplicate filings should be remedied as of the time of filing this declaration.

I, L. Paul Mankin, declare under penalty of perjury under the laws of the United States of America and the laws of California and Louisiana, that the foregoing is true and correct and based on my personal knowledge except as otherwise indicated.

Executed this 28th day of August, 2018 at San Diego, CA.

By: _/s/ L. Paul Mankin_
L. Paul Mankin
Attorney for Plaintiff

**DECLARATION OF L. PAUL MANKIN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592**