Exhibit A

Plaintiffs With Duplicate Filed Case

| No. | Plaintiff | Int. Compl. Filed Date | Docket No. |
|---|---|---|---|
| 1 | Aveta, Francisco | 3/8/2018 | 2:18-cv-02486 |
|   | Aveta, Francisco | 3/23/2018 | 2:18-cv-03147 |
| 2 | Branch, David | 3/8/2018 | 2:18-cv-02486 |
|   | Branch, David | 3/22/2018 | 2:18-cv-03107 |
| 3 | Dalchow, Gwen | 3/8/2018 | 2:18-cv-02486 |
|   | Dalchow, Gwen | 3/22/2018 | 2:18-cv-03114 |
| 4 | Howard, Sharlene | 3/8/2018 | 2:18-cv-02486 |
|   | Howard, Sharlene | 3/22/2018 | 2:18-cv-03119 |
| 5 | Molokwu, Christopher | 3/8/2018 | 2:18-cv-02486 |
|   | Molokwu, Christopher | 3/22/2018 | 2:18-cv-03132 |
| 6 | Nielson, Valerie Jean | 3/8/2018 | 2:18-cv-02486 |
|   | Nielson, Valerie Jean | 3/22/2018 | 2:18-cv-03134 |