UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>PATSY R. DAVIS<br><br>Civil Case No. 2:15-cv-05596-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by counsel for Carol Saunders as Independent Administrator for the Estate of Patsy R. Davis, Deceased, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

SIGNED this   28th   day of   August  , 2018.

Honorable Judge Eldon E. Fallon
United States District Court Judge