# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION: L |
| WILMA JEAN FRALEY, | JUDGE: ELDON E. FALLON |
| Civil Case No. 2:15-cv-02261-EEF-MBN | MAG. JUDGE MICHAEL NORTH |

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Counsel for Plaintiff Wilma Jean Fraley, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

SIGNED this ___28th___ day of ___August___, 2018.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge