**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION:   L |
| BARBARA H. BRADLEY, | JUDGE:  ELDON E. FALLON |
| Civil Case No. 2:16-cv-06783-EEF-MBN | MAG. JUDGE MICHAEL NORTH |

**ORDER**

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by

counsel for Plaintiff Barbara H. Bradley, be and the same is hereby **GRANTED**, and the Clerk

of the Court is ordered to file the Amended Complaint into the record in this matter.

SIGNED this ___28th___ day of ___August___, 2018.


_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

1