# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

___

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO**

*Susie Robinson, As A Surviving Child of Sallie Campbell, Deceased v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-00468**

## ORDER

This matter having come before the Court on Plaintiff's unopposed Motion for Leave to File Amended Complaint and Substitute Party Plaintiffs, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint and Substitute Party Plaintiffs is hereby GRANTED.

New Orleans, Louisiana this  28th  day of   August  , 2018.

*(signature)*

Honorable Eldon E. Fallon
United States District Court Judge