UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mayroth Houck v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-5776

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10646, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mayroth J. Houck, on behalf of her deceased husband Donald K. Houck, is substituted for Plaintiff Donald K. Houck as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 28th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE