# Michael Kruse

| | |
|---|---|
| **From:** | Michael Kruse |
| **Sent:** | Tuesday, August 28, 2018 11:59 AM |
| **To:** | 'Brown, Lindy'; Mass Torts; Mark Niemeyer |
| **Cc:** | Goddard, Joan; McCollum, Maegan; Miller, Chanda; Daly, Daryl |
| **Subject:** | RE: Xarelto: dual filed case - Isolina Campos |

Okay.  I will file a response informing the Court that the Plaintiffs agreed to the dismissal without prejudice but that was rejected by Defendants.


Michael S. Kruse
**Niemeyer, Grebel & Kruse, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919 (phone)
(314) 665-3017 (fax)
www.ngklawfirm.com



The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material.  Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty.  If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Tuesday, August 28, 2018 11:54 AM
**To:** Michael Kruse <kruse@ngklawfirm.com>; Mass Torts <masstorts@wilshirelawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto: dual filed case - Isolina Campos

Thanks, Michael.  Our position is that the case should be dismissed with prejudice.

**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com
601.592.9905

**From:** Michael Kruse [mailto:kruse@ngklawfirm.com]
**Sent:** Tuesday, August 28, 2018 11:47 AM
**To:** Brown, Lindy <lbrown@bradley.com>; Mass Torts <masstorts@wilshirelawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto: dual filed case - Isolina Campos

Just following up on this.  Please let us know if you are going to agree to the dismissal without prejudice of the second action.

I believe the law is well established that in the case of duplicative filings, the proper course of action is stay the second suit pending the outcome of the first, dismiss the second suit without prejudice, enjoin the prosecution of the second suit, or consolidate the actions.  I have not seen anything ever suggesting that the second action should be dismissed with prejudice.

Our response to show cause order is due today.   If you are not willing to stipulate to the dismissal of the second action without prejudice, please let us know so we can respond to the Court accordingly.

Michael

Michael S. Kruse
**Niemeyer, Grebel & Kruse, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919 (phone)
(314) 665-3017 (fax)
www.ngklawfirm.com



The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material.  Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty.  If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Friday, August 24, 2018 1:31 PM
**To:** Michael Kruse <kruse@ngklawfirm.com>; Mass Torts <masstorts@wilshirelawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto: dual filed case - Isolina Campos

Attached is our standard duplicate filer stipulation which specifically notes that the stipulation does not affect the remaining case.  Please let me know if okay to file.  Thanks.

**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com
601.592.9905

---

**From:** Michael Kruse [mailto:kruse@ngklawfirm.com]
**Sent:** Thursday, August 23, 2018 4:13 PM
**To:** Brown, Lindy <lbrown@bradley.com>; Mass Torts <masstorts@wilshirelawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto: dual filed case - Isolina Campos

[External Email]

Lindy-

The Wilshire firm will be dismissing its case. However, I note that you would send a proposed stipulation for dismissal with prejudice. Shouldn't that be without prejudice?

Michael S. Kruse
**Niemeyer, Grebel & Kruse, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919 (phone)
(314) 665-3017 (fax)
www.ngklawfirm.com



The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material. Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty. If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Tuesday, August 14, 2018 5:52 PM
**To:** Mass Torts <masstorts@wilshirelawfirm.com>; Michael Kruse <kruse@ngklawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** Xarelto: dual filed case - Isolina Campos

Counsel,

As a follow up to the Motion for Order to Show Cause Regarding Duplicate Filed Cases filed on August 9, 2018, our records indicate that your firms have filed separate complaints for Isolina Campos:

| Xarelto User | Init. Compl. Filed Date | Coordinated Proceeding | Docket No. | Complaint Plaintiff Couns |
|---|---|---|---|---|
| Campos, Isolina | 12/18/2017 | MDL | 2:17-cv-17424 | Wilshire Law Firm |
| Campos, Isolina | 12/14/2017 | MDL | 2:17-cv-17293 | Niemeyer, Grebel & Kruse |

As this is a dual-filed case, please advise which case you intend to dismiss and we will send you a draft stipulation to dismiss with prejudice.

Thank you,
Lindy

**Lindy D. Brown**
Attorney
e: lbrown@bradley.com  w: bradley.com
d: 601.592.9905  f: 601.592.1405
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 400
Jackson, MS 39201

LinkedIn │ Facebook │ Twitter │ Instagram │ Blogs │ My Bio

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.