**Michael Kruse**

| | |
|---|---|
| **From:** | Matthew Mower <matthew@wilshirelawfirm.com> |
| **Sent:** | Monday, August 27, 2018 2:13 PM |
| **To:** | Mark Niemeyer; Michael Kruse; Brown, Lindy; Mass Torts |
| **Cc:** | Goddard, Joan; McCollum, Maegan; Miller, Chanda; Daly, Daryl |
| **Subject:** | RE: Xarelto: dual filed case - Isolina Campos |

We would like to stipulate to a dismissal without prejudice.

Very Truly Yours,

*Matthew Mower*
Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com
*Not licensed or admitted to practice law*

*"The highest compliment we can receive is the referral of your friends and family."*

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.

---

**From:** Mark Niemeyer <niemeyer@ngklawfirm.com>
**Sent:** Sunday, August 26, 2018 11:30 AM
**To:** Michael Kruse <kruse@ngklawfirm.com>; Brown, Lindy <lbrown@bradley.com>; Mass Torts <masstorts@wilshirelawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller,

Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto: dual filed case - Isolina Campos

I agree that this should be without prejudice. Thank you.

---

**From:** Michael Kruse
**Sent:** Friday, August 24, 2018 1:37 PM
**To:** Brown, Lindy <lbrown@bradley.com>; Mass Torts <masstorts@wilshirelawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto: dual filed case - Isolina Campos

I am happy to discuss, but if it is a dismissal with prejudice of the claims asserted in the duplicate action, wouldn't it affect the other case by its very terms? If the Court were to dismiss the case as a later filed duplicate action, typically that would be without prejudice.


Michael S. Kruse
**Niemeyer, Grebel & Kruse, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919 (phone)
(314) 665-3017 (fax)
www.ngklawfirm.com



The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material. Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty. If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.

---

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Friday, August 24, 2018 1:31 PM
**To:** Michael Kruse <kruse@ngklawfirm.com>; Mass Torts <masstorts@wilshirelawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto: dual filed case - Isolina Campos

Attached is our standard duplicate filer stipulation which specifically notes that the stipulation does not affect the remaining case. Please let me know if okay to file. Thanks.

**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com

601.592.9905

---

**From:** Michael Kruse [mailto:kruse@ngklawfirm.com]
**Sent:** Thursday, August 23, 2018 4:13 PM
**To:** Brown, Lindy <lbrown@bradley.com>; Mass Torts <masstorts@wilshirelawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto: dual filed case - Isolina Campos

**[External Email]**

Lindy-

The Wilshire firm will be dismissing its case.  However, I note that you would send a proposed stipulation for dismissal with prejudice.  Shouldn't that be without prejudice?

Michael S. Kruse
**Niemeyer, Grebel & Kruse, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919 (phone)
(314) 665-3017 (fax)
www.ngklawfirm.com



The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material.  Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty.  If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.

---

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Tuesday, August 14, 2018 5:52 PM
**To:** Mass Torts <masstorts@wilshirelawfirm.com>; Michael Kruse <kruse@ngklawfirm.com>; Mark Niemeyer <niemeyer@ngklawfirm.com>
**Cc:** Goddard, Joan <Joan.Goddard@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** Xarelto: dual filed case - Isolina Campos

Counsel,

As a follow up to the Motion for Order to Show Cause Regarding Duplicate Filed Cases filed on August 9, 2018, our records indicate that your firms have filed separate complaints for Isolina Campos:

| Xarelto User | Init. Compl. Filed Date | Coordinated Proceeding | Docket No. | Complaint Plaintiff Couns |
|---|---|---|---|---|
| Campos, Isolina | 12/18/2017 | MDL | 2:17-cv-17424 | Wilshire Law Firm |
| Campos, Isolina | 12/14/2017 | MDL | 2:17-cv-17293 | Niemeyer, Grebel & Kruse |

As this is a dual-filed case, please advise which case you intend to dismiss and we will send you a draft stipulation to dismiss with prejudice.

Thank you,
Lindy



**Lindy D. Brown**
Attorney
e: lbrown@bradley.com  w: bradley.com
d: 601.592.9905 f: 601.592.1405
Bradley Arant Boult Cummings LLP
One Jackson Place, 188 E. Capitol Street, Suite 400
Jackson, MS 39201

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.