UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:15-cv-02273
*Christensen v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-16916
*Craighead v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01779
*Deyo v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17639
*Edwards v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17625
*Goodwin v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-13877
*Heraghty v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17633
*Le v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-01868
*Louisos v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17636
*Love v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-02217
*Stephenson v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01832
*Stuart v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-02161
*Van Ess v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17637
*Christensen v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-16916
*Vazquez v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-15590
*Vrabel v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:18-cv-01141
*Wznis v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01841

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE ELDON E. FALLON, UNITED STATES DISTRICT JUDGE:

1.   Plaintiffs respectfully notify this Honorable Court that Michael R. Clinton of PERDUE & KIDD, who is admitted to practice in this MDL, Eastern District of Louisiana, will serve as co-counsel for Plaintiffs.

2.   Counsel's contact information is:

   Michael R. Clinton

     Texas Bar No. 24087317
     So. Dist. Texas No. 3183062
     Email: mclinton@perdueandkidd.com

     PERDUE & KIDD
     777 Post Oak Blvd., Suite 450
     Houston, Texas 77056
     Tel: 713.520.2500
     Fax: 713.520.2525

  3. Please add the undersigned to any future notifications of filing and correspondence from this Honorable Court in this matter.

  4. Jim Mac Perdue, Jr. remains lead counsel for Plaintiffs.

Dated: August 28, 2018

         Respectfully submitted,

         **PERDUE & KIDD**

         By: */s/ Jim M. Perdue, Jr.*
         Jim M. Perdue, Jr.
         Texas State Bar No. 00788180
         jperduejr@perdueandkidd.com
         Donald H. Kidd
         Texas State Bar No. 11383100
         dkidd@perdueandkidd.com
         Michael R. Clinton
         Texas Bar No. 24087317
         mclinton@perdueandkidd.com
         777 Post Oak Blvd., Suite 450
         Houston, Texas 77056
         Tel: (713) 520-2500
         Fax: (713) 520-2525

         **ATTORNEYS FOR PLAINTIFF**

**OF COUNSEL:**

Michael Clinton
Texas Bar No. 24087317
So. Dist. Texas No. 3183062
Email: mclinton@perdueandkidd.com

 PERDUE & KIDD

777 Post Oak Blvd., Suite 450
Houston, Texas 77056
Tel: (713) 520-2500
Fax: (713) 520-2525

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on August 28, 2018.

*/s/ Jim M. Perdue, Jr.*