## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**THOMAS LIVELY**
**Civil Action No.: 2:16-cv-00569**

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Plaintiff Thomas Lively, deceased, by and through his counsel, and files this motion to substitute, Carmen Lively, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the Court the following:

1. Plaintiff Thomas Lively filed a products liability lawsuit against Defendants on January 22, 2016.

2. Plaintiff Thomas Lively died on February 14, 2017.

3. On May 30, 2018, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a).

4. The 18th Judicial District Court for Iberville Parish, Louisiana appointed Carmen Elnora White Lively as Independent Executrix of the estate of Thomas Lively, attached hereto as "Exhibit A."

5. Carmen Lively, Independent Executrix of the Estate of Thomas Lively, is a proper party to substitute for Plaintiff Thomas Lively and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to

Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

WHEREFORE, Counsel for Plaintiff requests that this Motion for Substitution of Plaintiff be granted, and the caption reflect the proper party name, or as an alternative, grant leave to file an amended complaint to correct the proper party.

Dated: August 28, 2018

>Respectfully submitted,
>
>KENNEDY HODGES, LLP
>
>By: /s/ David W. Hodges
>David W. Hodges
>dhodges@kennedyhodges.com
>Gabriel A. Assaad
>gassaad@kennedyhodges.com
>4409 Montrose Blvd, Ste 200
>Houston, TX 77006
>Telephone: (713) 523-0001
>Facsimile: (713) 523-1116
>
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2018 a copy of the above foregoing Motion for Substitution of Party was filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing and served on all other counsel of records via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>/s/ Gabriel A. Assaad
>Gabriel A. Assaad