PROBATE NUMBER 10860

DIVISION A

| | |
|---|---|
| IN THE MATTER OF | 18TH JUDICIAL DISTRICT COURT |
| THE SUCCESSION OF | PARISH OF IBERVILLE |
| THOMAS WALLACE LIVELY | STATE OF LOUISIANA |

## LETTERS OF INDEPENDENT ADMINISTRATION

This shall certify to all whom it may concern, that an application was made to the Honorable Eighteenth Judicial District Court for Iberville Parish, Louisiana, by **Carmen Elnora White Lively** to be appointed Independent Executrix of the Succession of the THOMAS WALLACE LIVELY, deceased.

**NOW, KNOW YE**, That the said **Carmen Elnora White Lively** has been and is hereby appointed Independent Executrix of the last will and testament of THOMAS WALLACE LIVELY, that she has qualified as such and that she has fulfilled all of the requisites of law.

As Independent Executrix, **Carmen Elnora White Lively**, has all of the rights, powers, authorities, privileges and duties of a succession representative as are otherwise provided by law, but without the necessity of publication of notice, delay for objection, application to or any action by the court, said rights, powers, authorities and privileges including particularly, but not exclusively, the authority to perform the following acts:

> alienate succession property at public or private sale (including but not limited to the power to sell bonds, shares of stock, mutual funds and other securities at rates prevailing in the market place); list succession property for sale with a real estate agent; transfer by dation en paiement any succession property in satisfaction of a secured or unsecured debt; sell household goods; sell motor vehicles; exchange succession property for consideration to be paid in corporate stock or other property, or partly therein and partly in cash; invest funds of the succession and make them productive; pay estate debts, including expenses of the administration of this succession; borrow money for the purposes of preserving succession

property or the orderly administration of this estate, of paying estate debts and inheritance taxes and for expenditures in the regular course of business; incur obligations; encumber property as security for loans; conduct any business; alienate, encumber or dispose of real property of a corporation or partnership in which this succession owns a majority interest; lease succession property; grant mineral leases on succession property; perform executory contracts evidenced by writing; and pay reasonable periodic allowances in money for the maintenance of a spouse, if any, and of the heirs or legatees.

Given under my hand and seal of our Eighteenth Judicial District Court, at Plaquemine, Louisiana, this ___9th___ day of June, 2018.

_____Brandy E. Foreman_____
Deputy Clerk
18th Judicial District Court

FILED
2018 JUL __ A __ 13
BY CLERK
Brandy Foreman