UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>THOMAS LIVELY<br>Civil Action No.: 2:16-cv-00569 | **JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION

Please take notice that the above-listed Plaintiff will bring his Motion for Substitution of Party for submission before the Honorable Eldon E. Fallon on Tuesday, September 12, 2018 at 9:00 a.m.

By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018 a copy of the above foregoing Motion for Substitution of Party was filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing and served on all other counsel of records via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Gabriel A. Assaad* _____
Gabriel A. Assaad