UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

THOMAS LIVELY
Civil Action No.: 2:16-cv-00569

# ORDER

This came before the Court on Plaintiff Thomas Lively's Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Carmen Lively, is substituted for Plaintiff Thomas Lively as the proper party plaintiff in the above captioned case Individually and on behalf of the Estate of Thomas Lively, deceased.

Signed, this _____ day of _____, 2018.

BY THE COURT

_____
JUDGE, U.S. DISTRICT COURT