**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL No. 2592 |
| | ) |
| PRODUCTS LIABILITY LITIGATION | ) SECTION: L |
| | ) |
| | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) MAGISTRATE JUDGE NORTH |

**EXHIBIT A**

**THESE FILINGS PERTAIN TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Gregory Adams v. Janssen Research & Development LLC, et al. | 2:16-cv-06752 |
| Richard Balogh v. Janssen Research & Development LLC, et al. | 2:16-cv-13161 |
| Harland Bates v. Janssen Research & Development LLC, et al. | 2:16-cv-13490 |
| Stephen Beauchamp v. Janssen Research & Development LLC, et al. | 2:16-cv-13491 |
| Sherian Blakely v. Janssen Research & Development LLC, et al. | 2:16-cv-13492 |
| George Bohlken v. Janssen Research & Development LLC, et al. | 2:16-cv-13493 |
| Jeanette Bradley v. Janssen Research & Development LLC, et al. | 2:16-cv-13494 |
| Donald Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13495 |
| Donna Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13496 |
| James Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13500 |
| Teresa Clapp v. Janssen Research & Development LLC, et al. | 2:16-cv-13501 |
| Janet Costello v. Janssen Research & Development LLC, et al. | 2:16-cv-13502 |
| Roger Daniel v. Janssen Research & Development LLC, et al. | 2:16-cv-12725 |
| Janet Davis v. Janssen Research & Development LLC, et al. | 2:16-cv-13508 |
| Ronald DeHaven v. Janssen Research & Development LLC, et al. | 2:16-cv-12731 |
| Russell Desanzo v. Janssen Research & Development LLC, et al. | 2:16-cv-13512 |
| Eugen Deyo v. Janssen Research & Development LLC, et al. | 2:16-cv-13513 |
| Margaret Dowd v. Janssen Research & Development LLC, et al. | 2:16-cv-13532 |
| Robert Evedon v. Janssen Research & Development LLC, et al. | 2:16-cv-13534 |
| Richard Flood v. Janssen Research & Development LLC, et al. | 2:16-cv-13535 |
| Sam Force v. Janssen Research & Development LLC, et al. | 2:16-cv-13538 |

| | |
|---|---|
| Charles Gordon v. Janssen Research & Development LLC, et al. | 2:16-cv-13539 |
| Helen Griffin v. Janssen Research & Development LLC, et al. | 2:16-cv-13542 |
| Betty Hartgrove v. Janssen Research & Development LLC, et al. | 2:16-cv-13670 |
| Cary Hatfield v. Janssen Research & Development LLC, et al. | 2:16-cv-13671 |
| Ryan Henson v. Janssen Research & Development LLC, et al. | 2:16-cv-13672 |
| Michael Herrmann v. Janssen Research & Development LLC, et al. | 2:16-cv-12733 |
| Thomas James v. Janssen Research & Development LLC, et al. | 2:16-cv-13689 |
| Carol Jarecke v. Janssen Research & Development LLC, et al. | 2:16-cv-12735 |
| David Jenkins v. Janssen Research & Development LLC, et al. | 2:16-cv-13702 |
| Patricia Jones v. Janssen Research & Development LLC, et al. | 2:16-cv-13703 |
| David King v. Janssen Research & Development LLC, et al. | 2:16-cv-12736 |
| Wilma Klineline v. Janssen Research & Development LLC, et al. | 2:16-cv-13704 |
| Johnny Latham v. Janssen Research & Development LLC, et al. | 2:16-cv-13706 |
| Calvin Lee v. Janssen Research & Development LLC, et al. | 2:16-cv-13707 |
| Thomas Lietzke v. Janssen Research & Development LLC, et al. | 2:16-cv-13708 |
| Diane Long v. Janssen Research & Development LLC, et al. | 2:16-cv-13710 |
| Marguerite Long v. Janssen Research & Development LLC, et al. | 2:16-cv-13711 |
| Susan McAvoy v. Janssen Research & Development LLC, et al. | 2:16-cv-13716 |
| Frances McCullough v. Janssen Research & Development LLC, et al. | 2:16-cv-13721 |
| Maryann McDonald v. Janssen Research & Development LLC, et al. | 2:16-cv-13723 |
| Nancy McNamara v. Janssen Research & Development LLC, et al. | 2:16-cv-13735 |
| Clifton Moss v. Janssen Research & Development LLC, et al. | 2:16-cv-13739 |
| Jean Mossor v. Janssen Research & Development LLC, et al. | 2:16-cv-13740 |
| Audrielle Nelson v. Janssen Research & Development LLC, et al. | 2:16-cv-13741 |
| James Nelson v. Janssen Research & Development LLC, et al. | 2:16-cv-13743 |
| Joe Nelson v. Janssen Research & Development LLC, et al. | 2:16-cv-13744 |
| Lucille Oravecz v. Janssen Research & Development LLC, et al. | 2:16-cv-14405 |
| Karl Payne v. Janssen Research & Development LLC, et al. | 2:16-cv-14407 |
| Don Pittman v. Janssen Research & Development LLC, et al. | 2:16-cv-14411 |
| Dorothy Porter v. Janssen Research & Development LLC, et al. | 2:16-cv-14416 |

| | |
|---|---|
| Rhonda Purviance v. Janssen Research & Development LLC, et al. | 2:16-cv-14418 |
| Charles Roberts v. Janssen Research & Development LLC, et al. | 2:16-cv-14420 |
| Devon Settles v. Janssen Research & Development LLC, et al. | 2:16-cv-14426 |
| Cuevas Shelton v. Janssen Research & Development LLC, et al. | 2:16-cv-14436 |
| Diane Simpson v. Janssen Research & Development LLC, et al. | 2:16-cv-14450 |
| Garrett Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-14451 |
| Gene Spencer v. Janssen Research & Development LLC, et al. | 2:16-cv-14452 |
| John Stewart v. Janssen Research & Development LLC, et al. | 2:16-cv-14454 |
| Shirley Tate v. Janssen Research & Development LLC, et al. | 2:16-cv-14456 |
| Julia Tower v. Janssen Research & Development LLC, et al. | 2:16-cv-14475 |
| Cheryl Tucker v. Janssen Research & Development LLC, et al. | 2:16-cv-14477 |
| Shirley Waltz v. Janssen Research & Development LLC, et al. | 2:16-cv-14480 |
| John Warner v. Janssen Research & Development LLC, et al. | 2:16-cv-14481 |
| Jim Weissinger v. Janssen Research & Development LLC, et al. | 2:16-cv-14485 |
| Rosemary White v. Janssen Research & Development LLC, et al. | 2:16-cv-14488 |
| Patricia Wollman v. Janssen Research & Development LLC, et al. | 2:16-cv-14490 |