**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY ) | SECTION: L |
| LITIGATION ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**NOTICE OF SUBMISSION**

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Gregory Adams v. Janssen Research & Development LLC, et al. | 2:16-cv-06752 |
| Richard Balogh v. Janssen Research & Development LLC, et al. | 2:16-cv-13161 |
| Harland Bates v. Janssen Research & Development LLC, et al. | 2:16-cv-13490 |
| Stephen Beauchamp v. Janssen Research & Development LLC, et | 2:16-cv-13491 |
| Sherian Blakely v. Janssen Research & Development LLC, et al. | 2:16-cv-13492 |
| George Bohlken v. Janssen Research & Development LLC, et al. | 2:16-cv-13493 |
| Jeanette Bradley v. Janssen Research & Development LLC, et al. | 2:16-cv-13494 |
| Donald Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13495 |
| Donna Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13496 |
| James Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13500 |
| Teresa Clapp v. Janssen Research & Development LLC, et al. | 2:16-cv-13501 |
| Janet Costello v. Janssen Research & Development LLC, et al. | 2:16-cv-13502 |
| Roger Daniel v. Janssen Research & Development LLC, et al. | 2:16-cv-12725 |
| Janet Davis v. Janssen Research & Development LLC, et al. | 2:16-cv-13508 |
| Ronald DeHaven v. Janssen Research & Development LLC, et al. | 2:16-cv-12731 |
| Russell Desanzo v. Janssen Research & Development LLC, et al. | 2:16-cv-13512 |
| Eugen Deyo v. Janssen Research & Development LLC, et al. | 2:16-cv-13513 |
| Margaret Dowd v. Janssen Research & Development LLC, et al. | 2:16-cv-13532 |
| Robert Evedon v. Janssen Research & Development LLC, et al. | 2:16-cv-13534 |
| Richard Flood v. Janssen Research & Development LLC, et al. | 2:16-cv-13535 |
| Sam Force v. Janssen Research & Development LLC, et al. | 2:16-cv-13538 |
| Charles Gordon v. Janssen Research & Development LLC, et al. | 2:16-cv-13539 |
| Helen Griffin v. Janssen Research & Development LLC, et al. | 2:16-cv-13542 |
| Betty Hartgrove v. Janssen Research & Development LLC, et al. | 2:16-cv-13670 |
| Cary Hatfield v. Janssen Research & Development LLC, et al. | 2:16-cv-13671 |
| Ryan Henson v. Janssen Research & Development LLC, et al. | 2:16-cv-13672 |
| Michael Herrmann v. Janssen Research & Development LLC, et | 2:16-cv-12733 |
| Thomas James v. Janssen Research & Development LLC, et al. | 2:16-cv-13689 |
| Carol Jarecke v. Janssen Research & Development LLC, et al. | 2:16-cv-12735 |
| David Jenkins v. Janssen Research & Development LLC, et al. | 2:16-cv-13702 |
| Patricia Jones v. Janssen Research & Development LLC, et al. | 2:16-cv-13703 |

| | |
|---|---|
| David King v. Janssen Research & Development LLC, et al. | 2:16-cv-12736 |
| Wilma Klineline v. Janssen Research & Development LLC, et al. | 2:16-cv-13704 |
| Johnny Latham v. Janssen Research & Development LLC, et al. | 2:16-cv-13706 |
| Calvin Lee v. Janssen Research & Development LLC, et al. | 2:16-cv-13707 |
| Thomas Lietzke v. Janssen Research & Development LLC, et al. | 2:16-cv-13708 |
| Diane Long v. Janssen Research & Development LLC, et al. | 2:16-cv-13710 |
| Marguerite Long v. Janssen Research & Development LLC, et al. | 2:16-cv-13711 |
| Susan McAvoy v. Janssen Research & Development LLC, et al. | 2:16-cv-13716 |
| Frances McCullough v. Janssen Research & Development LLC, | 2:16-cv-13721 |
| Maryann McDonald v. Janssen Research & Development LLC, et | 2:16-cv-13723 |
| Nancy McNamara v. Janssen Research & Development LLC, et | 2:16-cv-13735 |
| Clifton Moss v. Janssen Research & Development LLC, et al. | 2:16-cv-13739 |
| Jean Mossor v. Janssen Research & Development LLC, et al. | 2:16-cv-13740 |
| Audrielle Nelson v. Janssen Research & Development LLC, et al. | 2:16-cv-13741 |
| James Nelson v. Janssen Research & Development LLC, et al. | 2:16-cv-13743 |
| Joe Nelson v. Janssen Research & Development LLC, et al. | 2:16-cv-13744 |
| Lucille Oravecz v. Janssen Research & Development LLC, et al. | 2:16-cv-14405 |
| Karl Payne v. Janssen Research & Development LLC, et al. | 2:16-cv-14407 |
| Don Pittman v. Janssen Research & Development LLC, et al. | 2:16-cv-14411 |
| Dorothy Porter v. Janssen Research & Development LLC, et al. | 2:16-cv-14416 |
| Rhonda Purviance v. Janssen Research & Development LLC, et | 2:16-cv-14418 |
| Charles Roberts v. Janssen Research & Development LLC, et al. | 2:16-cv-14420 |
| Devon Settles v. Janssen Research & Development LLC, et al. | 2:16-cv-14426 |
| Cuevas Shelton v. Janssen Research & Development LLC, et al. | 2:16-cv-14436 |
| Diane Simpson v. Janssen Research & Development LLC, et al. | 2:16-cv-14450 |
| Garrett Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-14451 |
| Gene Spencer v. Janssen Research & Development LLC, et al. | 2:16-cv-14452 |
| John Stewart v. Janssen Research & Development LLC, et al. | 2:16-cv-14454 |
| Shirley Tate v. Janssen Research & Development LLC, et al. | 2:16-cv-14456 |
| Julia Tower v. Janssen Research & Development LLC, et al. | 2:16-cv-14475 |
| Cheryl Tucker v. Janssen Research & Development LLC, et al. | 2:16-cv-14477 |
| Shirley Waltz v. Janssen Research & Development LLC, et al. | 2:16-cv-14480 |
| John Warner v. Janssen Research & Development LLC, et al. | 2:16-cv-14481 |
| Jim Weissinger v. Janssen Research & Development LLC, et al. | 2:16-cv-14485 |
| Rosemary White v. Janssen Research & Development LLC, et al. | 2:16-cv-14488 |
| Patricia Wollman v. Janssen Research & Development LLC, et al. | 2:16-cv-14490 |

## NOTICE OF SUBMISSION

Please take notice that the above captioned Plaintiffs by and through the undersigned counsel, will present their Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer Healthcare Pharmaceuticals for submission to the Honorable Eldon E. Fallon for a ruling on August 29, 2018.

RESPECTFULLY SUBMITTED:

August 29, 2018


BY: /s/ *Ryan Cavanaugh*

Ryan Cavanaugh
Ohio State Bar No. 0079996
Kelley & Ferraro LLP
EY Tower
950 Main Ave, Suite 1300
Cleveland, OH  44113
P: (216) 575-0777
F: (216) 575-0799
*Attorney for Plaintiffs*