UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Vanessa Griffin, et al. v. Janssen Research & Development, LLC, et al.* | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |
| | * * | Case No. 2:18-cv-00668 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS PLAINTIFF BRYANT ARMSTRONG, ON BEHALF OF MARIETTA A. ARMSTRONG, DECEASED, WITH PREJUDICE

NOW COMES counsel for Plaintiff, Bryant Armstrong, on behalf of Marietta A. Armstrong, Deceased, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, Plaintiff Bryant Armstrong, on behalf of Marietta A. Armstrong, only.  Counsel for Plaintiff takes this action because Plaintiff's case is a duplicate filing and was also filed by The Hensley Group on 3/22/2017 (17-2378).  Each party to bear its own fees and costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: 8/29/2018 | */s/ Levi M. Plesset* |
|  | Levi M. Plesset, Esq. |
|  | Milstein Jackson Fairchild & Wade, LLP |
|  | 10250 Constellation Blvd. |
|  | 14th Floor |
|  | Los Angeles, CA 90067 |
|  | 310-396-9600 |
|  | Email: lplesset@mjfwlaw.com |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Levi M. Plesset*
Levi M. Plesset