UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:15-cv-02273
*Christensen v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-16916
*Craighead v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01779
*Deyo v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17639
*Edwards v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17625
*Goodwin v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-13877
*Heraghty v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17633
*Le v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-01868
*Louisos v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17636
*Love v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-02217
*Stephenson v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01832
*Stuart v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-02161
*Van Ess v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17637
*Christensen v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-16916
*Vazquez v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-15590
*Vrabel v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:18-cv-01141
*Wznis v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01841

## MOTION TO APPEAR AS CO-COUNSEL OF RECORD

TO THE HONORABLE ELDON E. FALLON, UNITED STATES DISTRICT JUDGE:

NOW INTO THE COURT, by and through the undersigned counsel, comes Plaintiffs in the above-referenced actions, and hereby requests that Michael R. Clinton of PERDUE & KIDD, serve as co-counsel for Plaintiffs. Jim Mac Perdue, Jr. remains lead counsel for Plaintiffs.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Appear as Co-Counsel of Record for Michael R. Clinton of PERDUE & KIDD to appear as co-counsel of record in the above-entitled and numbered actions and Jim Mac Perdue, Jr. to remain lead counsel for Plaintiffs.

Dated: August 29, 2018

                                            Respectfully submitted,

                                            **PERDUE & KIDD**

                                            By: */s/ Jim M. Perdue, Jr.*
                                            Jim M. Perdue, Jr.
                                            Texas State Bar No. 00788180
                                            jperduejr@perdueandkidd.com
                                            Donald H. Kidd
                                            Texas State Bar No. 11383100
                                            dkidd@perdueandkidd.com
                                            Michael R. Clinton
                                            Texas Bar No. 24087317
                                            mclinton@perdueandkidd.com
                                            777 Post Oak Blvd., Suite 450
                                            Houston, Texas 77056
                                            Tel:    (713) 520-2500
                                            Fax:    (713) 520-2525

                                            **ATTORNEYS FOR PLAINTIFF**

**OF COUNSEL:**

Michael Clinton
Texas Bar No. 24087317
So. Dist. Texas No. 3183062
Email: mclinton@perdueandkidd.com

   PERDUE & KIDD
   777 Post Oak Blvd., Suite 450
   Houston, Texas 77056
   Tel: (713) 520-2500
   Fax:(713) 520-2525

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on August 29, 2018.

                                                                        */s/ Jim M. Perdue, Jr.*