**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                     :
PRODUCTS LIABILITY LITIGATION           :          MDL No. 2592
                                                              :
                                                              :          SECTION L
                                                              :
                                                              :          JUDGE ELDON E. FALLON
                                                              :
_____:          MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:15-cv-02273
*Christensen v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-16916
*Craighead v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01779
*Deyo v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17639
*Edwards v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17625
*Goodwin v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-13877
*Heraghty v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17633
*Le v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-01868
*Louisos v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17636
*Love v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-02217
*Stephenson v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01832
*Stuart v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-02161
*Van Ess v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17637
*Christensen v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-16916
*Vazquez v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-15590
*Vrabel v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:18-cv-01141
*Wznis v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01841

**ORDER**

Considering the foregoing Motion to Appear as Co-Counsel of Record:

IT IS HEREBY ORDERED that Michael R. Clinton of PERDUE & KIDD, shall serve as co-counsel for the above-referenced Plaintiffs and that Jim Mac Perdue, Jr. remains lead counsel for the above-referenced Plaintiffs.

New Orleans, Louisiana this ____ day of _____, 2016.

_____
Honorable Eldon E. Fallon