# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**WALTER GREEN**

**2:15-cv-06162**

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

    Kindly enter the appearance of Kenneth A. Stern of Stern Law, PLLC as counsel for the Plaintiff, Walter Green, in the above captioned matter.

Dated: August 30, 2018

Respectfully submitted,

STERN LAW, PLLC

/s/ Kenneth A. Stern
Kenneth A. Stern
Attorney for Plaintiff
41850 West 11 Mile Road, Suite 121
Novi, Michigan 48375
(248) 347-7300 - Main
(248) 347-7315 - Direct
(248) 305-3250 - Fax
ken@sternlawonline.com
Michigan Bar No. P30722

## **CERTIFICATE OF SERVICE**

I certify that on August ___, 2018, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FDCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-trial Order No. 17.

Dated: August __, 2018                                        Respectfully submitted,

                                                                 STERN LAW, PLLC

/s/ Kenneth A. Stern
Kenneth A. Stern
Attorney for Plaintiff
41850 West 11 Mile Road, Suite 121
Novi, Michigan 48375
(248) 347-7300 - Main
(248) 347-7315 - Direct
(248) 305-3250 - Fax
ken@sternlawonline.com
Michigan Bar No. P30722