UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIAIBLITY LITIGATION | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

This Document Relates to:

*Hayes v. Janssen Research & Development LLC., et al;*

LAED USDC No., 2:17-cv-02385;

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL 2592

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL NO. 2592 filed on August 27, 2018 (Doc. 10647), Plaintiff, Dale Hayes filed a Stipulation of Dismissal With Prejudice on August 28, 2018 (Doc. No. 10677) dismissing all claims in this matter with prejudice against Defendants in Civil Action No. 2:16-cv-10311 only. This stipulation does not affect the lawsuit filed by Dale Hayes, which is currently pending in the MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:17-cv-02385. Therefore, Plaintiff, Dale Hayes, now has only one case pending in this litigation.

Respectfully submitted this 30th day of August, 2018.

Respectfully submitted,

/s/ Sarah A. Wolter
Sarah A. Wolter CO Bar No. 47599
ANDRUS WAGSTAFF, PC
7171 W Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

*ATTORNEY FOR PLAINTIFF*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuance to Pre-Trial Order No. 17.

This the 30th day of August, 2018.

/s/ Sarah A. Wolter
Sarah A. Wolter