UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | JUDGE ELDON E. FALLON |
| Mildred Drungo v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-07769 | MAG. JUDGE NORTH |

## ORDER

IT IS ORDERED that the Plaintiff Mildred Drungo's, Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this  29th  day of  August  2018.

_____
Hon. Eldon E. Fallon
United States District Judge