UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Hattie Mae Butler v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-4090

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10671, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Louis Ford, on behalf of the Estate of Hattie Mae Butler, is substituted for Plaintiff Hattie Mae Butler as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 29th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE