UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Underhill v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-6726

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10673, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sandra Grames, on behalf of the Estate of Troy Underhill, is substituted for Plaintiff Troy Underhill as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 29th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE