UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dana Moschetti v. Janssen Research & Development, LLC, et al*
CA# 2:17-cv-8989

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10676, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Roxanne Moschetti, on behalf of the Estate of Dana Moschetti, is substituted for Plaintiff Dana Moschetti as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 29th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE