UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Thomas Lively v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-0569

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10696, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Carmen Lively, as Independent Executrix of the Estate of Thomas Lively, is substituted for Plaintiff Thomas Lively as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 29th day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE