**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :      **MDL No. 2592**
                             :
                             :        **SECTION L**
                             :
                             :        **JUDGE ELDON E. FALLON**
                             :
_____:        **MAGISTRATE JUDGE NORTH**


**THIS DOCUMENT RELATES TO:**

*Wynona Jacobs v. Janssen Research & Development LLC, et al.*
*LAED USDC No. 2:18-cv-04586*


**ORDER**

       Considering the foregoing Motion for Extension of Time within Which to Serve Process

on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG: IT IS HEREBY

ORDERED that Plaintiff in the above-listed action shall have thirty (30) days from the date of

this Order within which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc.

and Bayer Pharma AG, through the streamlined procedures for informal service of process set

forth in Pre-Trial Orders #10, 10A and 10B.


New Orleans, Louisiana this 30th day of _____August_____, 2018.

                                                    _____

                                                     Honorable Eldon E. Fallon