UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re Xarelto (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITAGATION | ) | |
| | | SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE NORTH |

This document relates to:
  *Ingram v. Janssen Research & Development, LLC, et al*
  2:15-CV-00116

# ORDER FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

THIS MATTER, having come before the Court on Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG through the streamlined process as set forth in this Court's Pre-Trial Order No. 10 is hereby GRANTED. Plaintiff shall have an additional thirty (30) days within which to serve process on Bayer Pharma AG from the date of this order.

New Orleans, Louisiana, this  30th  day of  August  2018.

_____
UNITED STATES DISTRICT JUDGE