UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:15-cv-02273
*Christensen v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-16916
*Craighead v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01779
*Deyo v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17639
*Edwards v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17625
*Goodwin v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-13877
*Heraghty v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17633
*Le v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-01868
*Louisos v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17636
*Love v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-02217
*Stephenson v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01832
*Stuart v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-02161
*Van Ess v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17637
*Christensen v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-16916
*Vazquez v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-15590
*Vrabel v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:18-cv-01141
*Wznis v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01841

**ORDER**

Considering the foregoing Motion to Appear as Co-Counsel of Record:

IT IS HEREBY ORDERED that Michael R. Clinton of PERDUE & KIDD, shall serve as co-counsel for the above-referenced Plaintiffs and that Jim Mac Perdue, Jr. remains lead counsel for the above-referenced Plaintiffs.

New Orleans, Louisiana this 30th day of _____August_____, 2016.

_____
Honorable Eldon E. Fallon