UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL No.:  2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION:  L |
| | JUDGE:  ELDON E. FALLON |
| This Document Relates to: | MAG. JUDGE: MICHAEL NORTH |
| *Betty Ball v. Janssen Research & Development LLC, et al., Case No.: 2:17-cv-10338* | |
| *Wanda Rankins-Jones, o/b/o the Estate of Curtis Jones v. Janssen Research & Development LLC, et al., Case No.: 2:16-cv-01211* | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592**

Counsel for Plaintiffs, Betty Ball and Wanda Rankins-Jones, hereby respond to Defendants' Motion for Order to Show Cause Regarding Plaintiffs who Have Filed Duplicate Cases [Doc. #10430] ("Motion to Show Cause").

**I.   Betty Ball (Case No. 2:17-cv-10338)**

1. On or about October 10, 2017, Grant & Eisenhofer P.A. ("G&E") filed a Complaint on behalf of Plaintiff, Betty Ball, pertinent to the above-captioned litigation in the United States District Court for the Eastern District of Louisiana (Case No.: 2:17-cv-10338).

2. On or about November 15, 2017, G&E submitted Ms. Ball's Plaintiff Fact Sheet.

3. On or about August 9, 2018, Defendants filed a Motion to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases, which Motion included two cases filed for Betty Ball:

- Case No. 2:17-cv-10338 filed by G&E on October 10, 2017; and

- Case No.: 171202888 filed in Philadelphia by Feldman & Pinto, P.C. on December 19, 2017.

4. Pursuant to the Motion to Show Cause, G&E has been in contact with both Plaintiff and Feldman & Pinto, P.C. discussing dismissal of the second case filed on behalf of Ms. Ball.

5. Plaintiff understands that a stipulation to dismiss her second case, with prejudice (No. 171202888 filed in Philadelphia by Feldman & Pinto, P.C.) does not/will not affect her lawsuit that is currently pending in the Eastern District of Louisiana (Case No. 2:17-cv-10338).

## II.   Wanda Rankins-Jones, o/b/o the Estate of Curtis Jones (Case No. 2:16-cv-01211)

6. On or about January 14, 2016, G&E filed a Complaint on behalf of Plaintiff, Wanda Rankins-Jones, pertinent to the above-captioned litigation in the United States District Court for the Eastern District of Louisiana (Case No.: 2:16-cv-01211).

7. On or about March 14, 2017, G&E submitted Ms. Rankins-Jones' Plaintiff Fact Sheet.

8. On or about August 9, 2018, Defendants filed the Motion to show Cause, which Motion included two cases filed for Wanda Rankins-Jones, o/b/o Cthe Estate of Curtis Jones:

- Case No. 2:16-cv-01211 filed by G&E on March 14, 2017; and

- Case No.: 2:17-cv-11589 filed The Discroll Firm, P.C.

9. Pursuant to the Motion to Show Cause, G&E has been in contact with both Plaintiff and The Discroll Firm, P.C. discussing dismissal of the second case filed on behalf of Ms. Rankins-Jones.

10. Plaintiff understands that a stipulation to dismiss her second case, with prejudice (No. 2:17-cv-11589 filed by the Discroll Firm, P.C.) does not/will not affect her lawsuit (Case No. 2:16-cv-01211).

11. A stipulation to dismiss case No. 2:17-cv-11589 was filed on August 27, 2018 and is attached hereto as Exhibit A.

                                        Respectfully submitted,

Dated:  <u>August 30, 2018</u>          **GRANT & EISENHOFER P.A.**

                                    By*:*   */s/ Thomas V. Ayala*
                                              M. Elizabeth Graham
                                              Thomas V. Ayala
                                              Samantha Mertz
                                              **GRANT & EISENHOFER P.A.**
                                              123 Justison Street
                                              Wilmington, DE 19801
                                              Tel: (302) 622-7000
                                              Fax:  (302) 622-7100
                                              egraham@gelaw.com
                                              tayala@gelaw.com

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| WANDA RANKINS-JONES, INDIVIDUALLY AND ON BEHALF OF CURTIS L. JONES DECEASED | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:17-CV-11589 STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Wanda Rankins-Jones, Individually and on Behalf of Curtis L. Jones, Deceased, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:17-cv-11589 only. This stipulation shall not affect the lawsuit filed by Wanda Rankin Jones on behalf of the estate Curtis L. Jones, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-1211. All parties shall bear their own costs.

1

| | |
|---|---|
| **THE DRISCOLL FIRM, P.C.**<br>By: */s/* John J. Driscoll<br>John J. Driscoll<br>Christopher J. Quinn<br>211 North Broadway, Suite 4050<br>St. Louis, MO 63012<br>Telephone: (314) 932-3232<br>Facsimile: (314) 932-3233<br><br>Attorneys for Plaintiff<br>Dated: August 27, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: August 27, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: August 27, 2018<br><br>**CHAFFE McCALL L.L.P.**<br>By: /s/ John F. Olinde<br>John F. Olinde (LA Bar #1515)<br>1100 Poydras Street<br>Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>Facsimile: (504) 544-6084<br>olinde@chaffe.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: August 27, 2018 |

2

>               **IRWIN FRITCHIE URQUHART & MOORE LLC**
> By: /s/James B. Irwin
> James B. Irwin
> Kim E. Moore
> 400 Poydras St., Ste, 2700
> New Orleans, LA 70130
> (504) 310-2100
> jirwin@irwinllc.com
> kmoore@irwinllc.com
>
> Liaison Counsel for Defendants
> Dated: August 27, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>               /s/ John F. Olinde

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on August 30, 2018.

*/s/ Thomas V. Ayala*
Thomas V. Ayala
