# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052016223652
LOCAL REGISTRATION NUMBER: 3201633013108

1. NAME OF DECEDENT—FIRST (Given): **FERN**
2. MIDDLE: **VALORIE**
3. LAST (Family): **WAGNER**
4. DATE OF BIRTH: 06/28/1937
5. AGE Yrs.: 79
6. SEX: F
7. DATE OF DEATH: 11/05/2016
8. HOUR: 2324
9. BIRTH STATE/FOREIGN COUNTRY: NY
10. SOCIAL SECURITY NUMBER: UNKNOWN
11. EVER IN U.S. ARMED FORCES? NO
12. MARITAL STATUS: NEVER MARRIED
13. EDUCATION: HS GRADUATE
14/15. HISPANIC/LATINO(A)/SPANISH? NO
16. DECEDENT'S RACE: CAUCASIAN
17. USUAL OCCUPATION: OWNER
18. KIND OF BUSINESS OR INDUSTRY: FASHION INDUSTRY
19. YEARS IN OCCUPATION: 50
20. DECEDENT'S RESIDENCE: 79818 MIRA FLORES BLVD
21. CITY: LA QUINTA
22. COUNTY/PROVINCE: RIVERSIDE
23. ZIP CODE: 92253
24. YEARS IN COUNTY: 16
25. STATE/FOREIGN COUNTRY: CA
26. INFORMANT'S NAME, RELATIONSHIP: TARA RHODES, NIECE
27. INFORMANT'S MAILING ADDRESS: 81133 LAS COLINAS AVE, INDIO, CA 92201
28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT—FIRST: IRVING
32. MIDDLE: -
33. LAST: WAGNER
34. BIRTH STATE: NY
35. NAME OF MOTHER/PARENT—FIRST: BERNICE
36. MIDDLE: -
37. LAST (BIRTH NAME): SIMON
38. BIRTH STATE: NY
39. DISPOSITION DATE: 11/17/2016
40. PLACE OF FINAL DISPOSITION: RESIDENCE TARA RHODES, 81133 LAS COLINAS AVE, INDIO, CA 92201
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: CASILLAS FAMILY FUNERAL HOME
45. LICENSE NUMBER: FD1498
46. SIGNATURE OF LOCAL REGISTRAR: CAMERON KAISER, MD
47. DATE: 11/17/2016

101. PLACE OF DEATH: JOHN F KENNEDY MEMORIAL HOSPITAL
102. IF HOSPITAL, SPECIFY ONE: IP
104. COUNTY: RIVERSIDE
105. FACILITY ADDRESS: 47111 MONROE ST
106. CITY: INDIO

107. CAUSE OF DEATH:
- IMMEDIATE CAUSE (A): CARDIOGENIC SHOCK — DAYS
- (B): ACUTE MYOCARDIAL INFARCTION — MOS
- (C): ATHEROSCLEROTIC CARDIOVASCULAR DISEASE — YRS

108. DEATH REPORTED TO CORONER? NO
109. BIOPSY PERFORMED? NO
110. AUTOPSY PERFORMED? NO
111. USED IN DETERMINING CAUSE? —

112. OTHER SIGNIFICANT CONDITIONS: NONE
113. WAS OPERATION PERFORMED: CORONARY STENT --/--/2016
113A. IF FEMALE, PREGNANT IN LAST YEAR? NO

114. I CERTIFY...
- Decedent Attended Since (A): 11/03/2016
- Decedent Last Seen Alive (B): 11/05/2016
115. SIGNATURE AND TITLE OF CERTIFIER: TAHIR MAJID M.D.
116. LICENSE NUMBER: A37978
117. DATE: 11/16/2016
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: TAHIR MAJID M.D., 81-709 DR CARREON BLVD C-4, INDIO, CA 92201

STATE REGISTRAR: *010001003395946*

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Department of Public Health.

DATE ISSUED: **Nov 23, 2016**


DR. CAMERON KAISER, MD
COUNTY HEALTH OFFICER

001462217


DEPARTMENT OF PUBLIC HEALTH
REGISTRAR OF VITAL RECORDS
COUNTY OF RIVERSIDE

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE