**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Fern V. Wagner v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-07725*

### MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Fern V. Wagner respectfully move this court to substitute Tara Rhodes, the decedent's next of kin, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Fern V. Wagner's case was filed on or about May 18, 2016 (*Fern V. Wagner v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-07725*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about June 3, 2016, Defendant Janssen Ortho was served by certified mail with the Complaint and Summons.

    b. On or about June 3, 2016, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by certified mail with the Complaint and Summons.

1

      c. On or about June 3, 2016, Defendant Janssen Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons.

      d. On or about June 3, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiff's counsel was informed that Fern V. Wagner passed away on or about March 15, 2018.

4. Fern V. Wagner's action against Defendants survives her death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 30, 2018 [Doc. 10758].

6. Plaintiff thus moves to substitute Tara Rhodes, next of kin for Fern V. Wagner, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Tara Rhodes, as next of kin for Fern V. Wagner, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Fern V. Wagner is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Fern V. Wagner, respectfully request the Court grant Plaintiffs' Motion to Substitute Tara Rhodes, as next of kin of Fern V. Wagner, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: August 31, 2018

    Respectfully submitted,

    By: */s/Michael G. Guajardo*

    MICHAEL G. GUAJARDO, ESQ.
    Texas Bar No. 00784183
    J. GREGORY MARKS, ESQ.
    Texas Bar No. 12994900

    Guajardo & Marks, LLP
    Three Forest Plaza
    12221 Merit Drive, Suite 945
    Dallas, Texas 75251
    P: (972) 774-9800
    F: (972) 774-9801
    mike@guajardomarks.com
    greg@guajardomarks.com

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/Michael G. Guajardo*