# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORDS

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052016223652
LOCAL REGISTRATION NUMBER: 3201633013108

### DECEDENT'S PERSONAL DATA
1. NAME OF DECEDENT—FIRST (Given): FERN
2. MIDDLE: VALORIE
3. LAST (Family): WAGNER
4. DATE OF BIRTH: 06/28/1937
5. AGE: 79
6. SEX: F
9. BIRTH STATE/FOREIGN COUNTRY: NY
10. SOCIAL SECURITY NUMBER: UNKNOWN
11. EVER IN U.S. ARMED FORCES? NO
12. MARITAL STATUS: NEVER MARRIED
7. DATE OF DEATH: 11/05/2016
8. HOUR: 2324
13. EDUCATION: HS GRADUATE
14/15. HISPANIC/LATINO: NO
16. RACE: CAUCASIAN
17. USUAL OCCUPATION: OWNER
18. KIND OF BUSINESS OR INDUSTRY: FASHION INDUSTRY
19. YEARS IN OCCUPATION: 50

### USUAL RESIDENCE
20. DECEDENT'S RESIDENCE: 79818 MIRA FLORES BLVD
21. CITY: LA QUINTA
22. COUNTY/PROVINCE: RIVERSIDE
23. ZIP CODE: 92253
24. YEARS IN COUNTY: 16
25. STATE: CA

### INFORMANT
26. INFORMANT'S NAME, RELATIONSHIP: TARA RHODES, NIECE
27. INFORMANT'S MAILING ADDRESS: 81133 LAS COLINAS AVE, INDIO, CA 92201

### SPOUSE/SRDP AND PARENT INFORMATION
28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT—FIRST: IRVING
32. MIDDLE: -
33. LAST: WAGNER
34. BIRTH STATE: NY
35. NAME OF MOTHER/PARENT—FIRST: BERNICE
36. MIDDLE: -
37. LAST (BIRTH NAME): SIMON
38. BIRTH STATE: NY

### FUNERAL DIRECTOR / LOCAL REGISTRAR
39. DISPOSITION DATE: 11/17/2016
40. PLACE OF FINAL DISPOSITION: RESIDENCE TARA RHODES, 81133 LAS COLINAS AVE, INDIO, CA 92201
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: CASILLAS FAMILY FUNERAL HOME
45. LICENSE NUMBER: FD1498
46. SIGNATURE OF LOCAL REGISTRAR: CAMERON KAISER, MD
47. DATE: 11/17/2016

### PLACE OF DEATH
101. PLACE OF DEATH: JOHN F KENNEDY MEMORIAL HOSPITAL
102. IF HOSPITAL, SPECIFY ONE: IP
104. COUNTY: RIVERSIDE
105. FACILITY ADDRESS: 47111 MONROE ST
106. CITY: INDIO

### CAUSE OF DEATH
107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: CARDIOGENIC SHOCK — Time Interval: DAYS
(B) ACUTE MYOCARDIAL INFARCTION — MOS
(C) ATHEROSCLEROTIC CARDIOVASCULAR DISEASE — YRS
(D) —
108. DEATH REPORTED TO CORONER? NO
109. BIOPSY PERFORMED? NO
110. AUTOPSY PERFORMED? NO
111. USED IN DETERMINING CAUSE? NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE

113. WAS OPERATION PERFORMED: CORONARY STENT --/--/2016
113A. IF FEMALE, PREGNANT IN LAST YEAR? NO

### PHYSICIAN'S CERTIFICATION
114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since: 11/03/2016
Decedent Last Seen Alive: 11/05/2016
115. SIGNATURE AND TITLE OF CERTIFIER: TAHIR MAJID M.D.
116. LICENSE NUMBER: A37978
117. DATE: 11/16/2016
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: TAHIR MAJID M.D., 81-709 DR CARREON BLVD C-4, INDIO, CA 92201

### CORONER'S USE ONLY
119. MANNER OF DEATH: (blank)
120. INJURED AT WORK? (blank)
121. INJURY DATE: (blank)
122. HOUR: (blank)
123. PLACE OF INJURY: (blank)
124. DESCRIBE HOW INJURY OCCURRED: (blank)
125. LOCATION OF INJURY: (blank)
126. SIGNATURE OF CORONER: (blank)
127. DATE: (blank)
128. TYPE NAME, TITLE OF CORONER: (blank)

STATE REGISTRAR: A B C D E

*010001003395946*

FAX AUTH.#: (blank)
CENSUS TRACT: (blank)

CARIVERS01

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Department of Public Health.

001462217

DATE ISSUED: Nov 23, 2016



DR. CAMERON KAISER, MD
COUNTY HEALTH OFFICER



DEPARTMENT OF PUBLIC HEALTH · REGISTRAR OF VITAL RECORDS · COUNTY OF RIVERSIDE

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE