UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
                                      :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

SUSAN DAVIS

Case No.: 2:16-cv-13452

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 [Document No. 10430], Plaintiff, Susan Davis, through her attorneys at Simmons, Hanly, Conroy LLC, filed a Stipulation of Dismissal With Prejudice on August 20, 2018 [See Exhibit A] dismissing all claims in this matter with prejudice against Defendants in Civil Action No. 2:16-cv-10860 only. This stipulation does not affect the lawsuit filed by Susan Davis, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:16-cv-13452. Therefore, Plaintiff, Susan Davis, now has only one case pending in this litigation.

Dated:  August 31, 2018

          Respectfully submitted,

          /s/ Randi Kassan
          Randi Kassan, Esq.
          Marc Grossman, Esq.
          Sanders Phillips Grossman, LLC
          100 Garden City Plaza, Suite 500
          Garden City, NY 11530
          P: (516) 741-5600
          F: (516) 741-0128
          rkassan@thesandersfirm.com
          mgrossman@thesandersfirm.com
          *Attorneys for Plaintiff*