## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 31st day of August 2018.

      /s/ Randi Kassan
      Randi Kassan, Esq.
      Marc Grossman, Esq.
      Sanders Phillips Grossman, LLC
      100 Garden City Plaza, Suite 500
      Garden City, NY 11530
      P: (516) 741-5600
      F: (516) 741-0128
      rkassan@thesandersfirm.com
      mgrossman@thesandersfirm.com
      *Attorneys for Plaintiff*