## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| TONYA WILSON, Individually and On Behalf | : | |
| Of The Estate of ELVIRA WILSON, Deceased | : | |
| | : | |
| Plaintiff | : | JUDGE ELDON E. FALLON |
| | : | |
| v. | : | MAGISTRATE JUDGE NORTH |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC f/k/a JOHNSON & JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | Civil Action No.: 2:17-CV-01955 |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | Civil Action No.: 2:16-CV-00649 |
| f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | STIPULATIONS OF DISMISSAL |
| PHARMACEUTICALS, INC., | : | WITH PREJUDICE |
| JOHNSON & JOHNSON COMPANY, | : | |
| BAYER HEALTHCARE | : | |
| PHARMACEUTICALS INC., | : | |
| BAYER PHARMA AG, | : | |
| BAYER CORPORATION, | : | |
| BAYER HEALTHCARE LLC, | : | |
| BAYER HEALTHCARE AG, BAYER AG, | : | |
| AND JOHN DOES 1-5, | : | |
| | : | |
| Defendants | : | |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Tonya Wilson, Individually and on Behalf of the Estate of Elvira Wilson, deceased, hereby dismisses all claims in the matters with prejudice against all Defendants in these actions, (A) Civil Action No. 2:17-CV-01955 and (B) Civil Action No. 2:16-CV-00649, only.  These stipulations shall not affect the lawsuit filed by Tonya Wilson, Individually and on Behalf of the Estate of Elvira Wilson,

which is currently pending in MDL No. 2592 in the United States District Court for the Eastern

District of Louisiana, bearing Case No. 2:17-cv-01784. All parties shall bear their own costs.

**SIMMONS HANLY, CONROY, LLC**
By: */s/ Trent B. Miracle*
Trent B. Miracle
Andrew S. Williams
One Court Street
Alton, IL 62002
Tel: (618) 259-2222
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.com


**WEXLER WALLACE LLP**
By: /s/ Edward A. Wallace
Edward  A. Wallace
Timothy E. Jackson
55 West Monroe Street
Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
eaw@wexlerwallace.com
tej@wexlerwallace.com

Attorneys for Plaintiff
Dated: August 31, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: August 31, 2018


**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: August 31, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: August 31, 2018


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/James B. Irwin _____