# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODCUTS LIABILITY LITIGATION** ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Christopher Molokwu v. Janssen Research & Development LLC, et al.;*

*No.* 2:18-cv-03132-EEF-MBN

## ORDER

This matter came before the Court on the Motion to Voluntarily Dismiss Without Prejudice, filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Without Prejudice filed by Plaintiff Christopher Molokwu is GRANTED, and the above-captioned case is DISMISSED, WITHOUT PREJUDICE, with each party to their own costs.

New Orleans, Louisiana, this 31st day of August, 2018.

_____
Hon Eldon E. Fallon
United States District Court Judge