UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Fern Wagner v. Janssen Research & Development, LLC, et al*
CA# 2:16-cv-7725

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10759, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Tara Rhodes, next of kin of Fern V. Wagner, is substituted for Plaintiff Fern V. Wagner as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 31st day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE