**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Acevedo, Edward | 2:18-cv-01411 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Barnard, Kay Don | 2:18-cv-02397 | Peterson & Associates, P.C. |
| 3. | Baum, Sheldon E. | 2:18-cv-02379 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Branch, David | 2:18-cv-03107 | The Law Office of L. Paul Mankin |
| 5. | Coffey, Karen Faulkner | 2:18-cv-02920 | Fears Nachawati, PLLC |
| 6. | Collier, Don Anthony | 2:18-cv-01920 | Fears Nachawati, PLLC |
| 7. | Conley, Eugene | 2:18-cv-02371 | Kirkendall Dwyer LLP |
| 8. | Cronk, Homer | 2:18-cv-01394 | Fears Nachawati, PLLC |
| 9. | Dalchow, Gwen | 2:18-cv-03114 | The Law Office of L. Paul Mankin |
| 10. | Diaz-de Leon, Juana | 2:18-cv-02410 | Lenze Lawyers, PLC |
| 11. | Gilley, Bertha | 2:18-cv-02629 | Lenze Lawyers, PLC |
| 12. | Giordano, Nancy | 2:18-cv-00699 | Dell & Dean, PLLC |
| 13. | Good, Jacqueline | 2:18-cv-01425 | Wexler Wallace LLP |
| 14. | Graham, Peter | 2:18-cv-02432 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 15. | Harrell, David | 2:18-cv-02202 | Bruera Law Firm, PLLC |
| 16. | Harrison, Victoria | 2:18-cv-01985 | Wilshire Law Firm |
| 17. | Hernandez, Jerry | 2:18-cv-01414 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 18. | Hill, Carol | 2:18-cv-03035 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 19. | Holt, Johnny, Jr. | 2:18-cv-02383 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 20. | Howard, Sharlene | 2:18-cv-03119 | The Law Office of L. Paul Mankin |
| 21. | Hymel, Paulette | 2:18-cv-02184 | Wagstaff & Cartmell, LLP |
| 22. | Jackson, Charles | 2:18-cv-02785 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 23. | Jacobson, Melody | 2:18-cv-02005 | Tamari Law Group, LLC |
| 24. | James, Terry | 2:18-cv-03009 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 25. | Knapp, Carolyn | 2:18-cv-02311 | The Bradley Law Firm |
| 26. | Landis-King, Amber | 2:18-cv-01378 | Lenze Lawyers, PLC |
| 27. | Leary, Anthony | 2:18-cv-01274 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 28. | Lugo, Salvador | 2:18-cv-02451 | Fears Nachawati, PLLC |
| 29. | Martin, Raymond | 2:18-cv-01845 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 30. | McQueen, Jennifer | 2:18-cv-02510 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 31. | Naysmith, Linda J. | 2:18-cv-03037 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 32. | Pierce, Ruby | 2:18-cv-01269 | Pro se |
| 33. | Power, Mary | 2:18-cv-01702 | Fears Nachawati, PLLC |
| 34. | Price, Billy David | 2:18-cv-02718 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 35. | Qaadir, Muhammad | 2:18-cv-01680 | Pro Se |
| 36. | Rassi, Roy J. | 2:18-cv-01951 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 37. | Robinson, Tanya | 2:18-cv-02151 | Wagstaff & Cartmell, LLP |
| 38. | Runner, Adele | 2:18-cv-01361 | Lenze Lawyers, PLC |
| 39. | Stoddard, Ronda | 2:18-cv-01383 | Slater, Slater Schulman, LLP |
| 40. | Tallent, Timothy | 2:18-cv-02434 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 41. | Taylor, Katheryn Jane | 2:18-cv-01327 | Fears Nachawati, PLLC |
| 42. | Terry, Kenneth | 2:18-cv-02147 | Excolo Law, PLLC |
| 43. | Tielsch, Jacqueline | 2:18-cv-02526 | Johnson Law Group |
| 44. | Weldon, Joan | 2:18-cv-02189 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 45. | Williams, Kenneth | 2:18-cv-02071 | Marc J. Bern & Partners LLP |