UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>)  MCL No. 2592<br>)  Civil Action No.2:18-cv-01441<br>)  SECTION: L<br>)  JUDGE ELDON E. FALLON<br>)  MAG. MICHAEL NORTH |

_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

This motion is brought in the matter of Case 12:18-cv-01441, entitled Damon Williams vs Janssen Research & Development, et al. In accordance with the United States District Court of Louisiana's Local Rule 83.2.11, attorney for Plaintiff, Kenneth Stern, brings this Motion to Withdraw as Counsel for Plaintiff, and states as follows:

1. Plaintiff's Complaint was filed on February 12, 21018. [ECF Docket 1.]

2. After filing Plaintiff's Complaint and subsequently completing service upon all Defendants and filing Plaintiff's Fact Sheet, Plaintiff's attorney, Kenneth Stern, elected to disengage from representation of the Plaintiff and, on August 31, 2018, sent Plaintiff correspondence together with a copy of the Complaint and Pretrial Order that outline Plaintiff Fact Sheet requirements.

3. Upon filing of this motion, Plaintiff's attorney, Kenneth Stern, has served Plaintiff with a copy of the within Motion, with attachments, including a copy of the Complaint, Plaintiff's Fact Sheet (filed) and the most recent court calendar date, as set forth by the court for September 5, 2018 (Status Conferences) by certified mail, return receipt requested as set forth in the correspondence attached hereto. See **Exhibit A** – Letter to Plaintiff.

1

4. Plaintiff's contact information is as follows:

   Damon Williams
   3025 Woodhill Road
   Cleveland, OH 44104
   (216) 205-3906
   damonlwilliams@yahoo.com

5. Plaintiff's attorney, Kenneth Stern, seeks an Order permitting him to withdraw as counsel for Plaintiff as provided in the attached proposed Order. See **Exhibit B** – Proposed Order.

6. Plaintiff's attorney, Kenneth Stern, has, notified the Plaintiff of the case management calendar date September 5, 2018 as provided by the court, and has notified Plaintiff of all deadlines currently available in connection with this cause of action.

7. Plaintiff's attorney, Kenneth Stern, has made Plaintiff aware of any pending court appearances required and has notified Plaintiff of those dates as provided on the court's website under the case management tab. [Also, Plaintiff's attorney, Kenneth Stern, has provided Plaintiff with a correspondence outlining the Court's contact information including telephone number and website with which Plaintiff can inquire regarding future court appearances.] **See Exhibit C** - Certificate of Service.

WHEREFORE, Plaintiff's attorney, Kenneth Stern, seeks an Order of this Honorable Court, granting Kenneth Stern's Motion to Withdraw as Counsel, together with any and all such other further relief as this Court deems just and appropriate.

## BRIEF IN SUPPORT

Plaintiff's attorney, Kenneth Stern, brings his motion in accordance with the United States District Court of Louisiana's Local Rule 83.2.11 and relies upon his Motion to Withdraw and its attachments thereto in support thereof.

Dated: September 4, 2018               s/ *Kenneth A. Stern*
                                       Kenneth A. Stern, P30722
                                       STERN LAW, PLLC
                                       41850 West 11 Mile Road
                                       Novi, Michigan 48375-1857
                                       (248) 347-7300
                                       ken@sternlawonline.com