# Stern Law, PLLC

41850 W 11 Mile Rd. Suite 121
Novi, MI 48375

yourlegaljustice.com | 844-808-7529

U.S. CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED</u>

September 4, 2018

Damon Williams
3025 Woodhill Road
Cleveland, Ohio 44104

Re: Damon Williams v Janssen Research and Development, et al
    United States District Court of Louisiana Case No. 2:18-cv-01441

Dear Damon:

Please be advised that our office has elected to disengage from representing you in connection with the above matter. Enclosed is a copy of our Motion To Withdraw as Counsel of Record for Plaintiff, with exhibits, in connection with the above matter. [Your Complaint has already been served upon all Defendants and your Plaintiff's Fact Sheet has also been filed with MDL Centrality.] Also attached to this correspondence, please find the following documents:

Complaint and Jury Demand
Plaintiff's Fact Sheet
Medical Summary
Notice of Next Court Appearance scheduled -Sept.5, 2018 via telephone conference (TBD)
Court Contact Information

If you still wish to pursue your lawsuit, we again urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. Should you have any questions please contact the Court.

Sincerely,

*Kenneth Stern*
Kenneth A. Stern, Esq.
Stern Law, PLLC

Product Liability | Class Action | Birth Injury | Medical Malpractice | Personal Injury | Elder Abuse