UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-01441 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

## CERTIFICATE OF SERVICE

The undersigned hereby duly sworn states that a copy of the above Motion together with Complaint, Plaintiff's Fact Sheet and Court Calendar Notice has been served upon Plaintiff, via Certified Mail Return Receipt Requested on September 40, 2018.

Further, a copy of the above entitled Motion has been served upon opposing counsel by way of the court's electronic filing system, ECF, on September 4, 2018.

                                            ___/s/ Lynda G. DeFrain_____
                                            **Lynda G. DeFrain**