# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**WALTER GREEN AND LINDA GREEN**

**2:15-cv-06162**

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

IT IS HEREBY STIPULATED AND AGREED that attorney Kenneth A. Stern of STERN LAW, PLLC be substituted in for Plaintiffs in the above entitled case in the place and stead of Peyton Patrick Murphy of the law firm of Murphy Law Firm together with Todd Charles Comeaux of the law firm of Comeaux Law Firm.

**STIPULATED AND AGREED:**

| STERN LAW, PLLC | MURPHY LAW FIRM |
|---|---|
| /s/ Kenneth A. Stern | /s/ Peyton Patrick Murphy w/consent |
| Kenneth A. Stern | Peyton Patrick Murphy |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 41850 West 11 Mile Road, Suite 121 | 2354 South Acadian Thruway |
| Novi, Michigan 48375 | Baton Rouge, LA 70808 |
| (248) 347-7300 – Main | (225) 928-8800 - Main |
| (248) 347-7315 – Direct | (225) 246-8780 - Fax |
| (248) 305-3052 | peyton@murphylawfirm.com |
| ken@sternlawonline.com | |
| Michigan Bar No. P30722 | |

COMEAUX LAW FIRM

/s/ Todd Charles Comeaux w/consent
Todd Charles Comeaux
Attorney for Plaintiff
4880 Bluebonnet Blvd.
Suite A
Baton Rouge, LA 70809
(225) 706-9000
tc@comeauxlawfirm.com