IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Brooks v. Janssen Research & Development, LLC, et al* | |
| Civil Action No. 15-cv-01836 | MAGISTRATE JUDGE NORTH |

### PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH DUPLICATE FILED CASES

In response to the August 27, 2018 Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Case in MSL 2592, Plaintiff Josephine Brooks filed a Praecipe to Discontinue her case in the First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas on August 29, 2018. As such, Plaintiff no longer has a case pending in the Philadelphia Court of Common Pleas. This discontinuance does not affect the lawsuit filed by Attorney David B. Byrne, III of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., which is currently pending in MDL No. 2592, assigned Docket No. 15-cv-01836. Therefore, Plaintiff has only one case pending in the Xarelto litigation. All parties shall bear their own costs.

Dated: September 4, 2018        */s/ Joanne E. Matusko*

Joanne E. Matusko, Esquire (Pa. Atty. ID No. 91059)
**NASTLAW, LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
jmatusko@nastlaw.com

*/s/  David B. Byrne, III*
David B. Byrne, III, Esquire
**Beasley, Allen, Crow, Methvin, Portis & Miles**
218 Commerce Street
Montgomery, Alabama 36104
Telephone:  (800) 898-2034
Facsimile: (336) 954-7577
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2018, a copy of the foregoing Plaintiff's Response to the Court's Order to Show Cause Regarding Plaintiffs with Duplicate Filed Cases was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: September 4, 2018                                            /s *Joanne E. Matusko* _____