# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Jack Eason v. Janssen Research & Development LLC, et al; Case No., 2:16-cv-05717;*

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 (Doc. No. 10430), Plaintiff, Jack Eason, filed a Stipulation of Dismissal With Prejudice on August 20, 2018 (Doc No. 10552) dismissing all claims in this matter with prejudice against Defendants in Civil Action No. 2:16-cv-04680 only.  This stipulation does not affect the lawsuit filed by Jack Eason, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:16-cv-05717. Therefore, Plaintiff Jack Eason now has only one case pending in this litigation.

Respectfully submitted this 4th day of September, 2018.

                **THE LANIER LAW FIRM**
                126 E. 56th Street, Fl. 6
                New York, NY 10022
                Telephone: (212) 421-2800
                Fax: (212) 421-2878

                */s/ Catherine Heacox*
                Catherine Heacox
                NY Bar No.: 050401992

                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

      This the 4th day of September 2018.

                */s/ Catherine Heacox*
                Catherine Heacox