UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIAIBLITY LITIGATION | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

This Document Relates to:

*Etters v. Janssen Research & Development LLC., et al;*

LAED USDC No., 2:15-cv-01831;

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL 2592

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL NO. 2592 filed on August 27, 2018 (Doc. 10647), Plaintiff, Joseph Etters filed a Stipulation of Dismissal With Prejudice on August 30, 2018 (Doc. No. 10721) dismissing all claims in this matter with prejudice against Defendants in Civil Action No. 2:15-cv-01831 only. This stipulation does not affect the lawsuit filed by Joseph Etters, which is currently pending in the PCCP No. 2349 in the First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, bearing Case No. 160102397. Therefore, Plaintiff, Joseph Etters, now has only one case pending in this litigation.

Respectfully submitted this 4th day of September, 2018.

Respectfully submitted,

/s/ Vance R. Andrus
Vance R. Andrus CO Bar No. 30764
Aimee H. Wagstaff CO Bar No. 36819
ANDRUS WAGSTAFF, PC
7171 W Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuance to Pre-Trial Order No. 17.

This the 4th day of September, 2018.

/s/ Vance R. Andrus
Vance R. Andrus