UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE EDLON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| Juan Duarte v. Janssen Research & Development LLC et al; 2:15-cv-05222 | | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE
FILED DUPLICATE CASES IN MDL NO. 2592**

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 [Docket No. 10430], Plaintiff, Juan Duarte, filed a Stipulation of Dismissal With Prejudice on August 31, 2018 (Docket No.: 10763) dismissing all claims in this matter with prejudice against Defendants in Civil Action No: 2:15-cv-03419 **only.** This stipulation does not affect the lawsuit filed by Juan Duarte, which is currently pending in the MDL No.: 2592 in the United States District Court for Eastern District of Louisiana, bearing Civil Action No. 2:15-cv-05222. Therefore, Juan Duarte now has only once case pending in this litigation.

Dated: September 4, 2018

/s/ Carlos Diez-Arguelles
Carlos Diez-Arguelles, Esq.
Diez-Arguelles & Tejedor, PA
505 N. Mills Avenue
Orlando, FL 32803
Telephone: (407)-705-2880
Facsimile: (888) 611-7879
carlos@theorlandolawyers.com
mail@theorlandolawyers.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 4th day of September 2018.

                                                  /s/ Carlos Diez-Arguelles
                                                  Carlos Diez-Arguelles, Esq.