UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Bryant Armstrong as Representative of the Wrongful Death Estate of Marietta Armstrong v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:17-cv-2378-EEF-MBN*

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592**

Pursuant to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 (Doc. No. 10430), Plaintiff, Bryant Armstrong as Representative of the Wrongful Death Estate of Marietta Armstrong, filed a Motion to Voluntarily Dismiss Plaintiff Bryant Armstrong, on Behalf of Marietta A. Armstrong with Prejudice on August 29, 2018 dismissing all claims in this matter with prejudice against Defendants in Civil Action No. 2:18-cv-00668 as they related to Plaintiff Bryant Armstrong only. Said Motion was granted by the Court on August 30, 2018. This motion does not affect the lawsuit filed by Bryant Armstrong as Representative of the Wrongful Death Estate of Marietta Armstrong, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:17-cv-02378. Therefore, Plaintiff Bryant Armstrong as Representative of the Wrongful Death Estate of Marietta Armstrong now has only one case pending in this litigation.

Dated: September 4, 2018

                                            Respectfully Submitted,

                                            /s/ Sarah Graziano
                                            Sarah Graziano, Indiana Bar #21650-49
                                            Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 4, 2018

                                            /s/ Sarah Graziano
                                            Sarah Graziano, Indiana Bar #21650-49
                                            Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com