**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ANDERSON, TRACY | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | ATKINSON, JEAN | Watts Guerra, LLP | 2:18-cv-00694 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | AVAKIAN, NVARD | Fears | Nachawati | 2:17-cv-12169 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 4. | BANDY, FRANCIS | The Driscoll Firm | 2:17-cv-10812 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

1

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 5. | BEDGOOD, DOUGLAS | Stern Law, PLLC | 2:18-cv-00298 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 6. | BURCE, BRIAN | The Driscoll Firm | 2:14-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 7. | CHOLEWCZYNSKI, STANLEY | The Gallagher Law Firm PLLC | 2:18-cv-00348 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | COOPER, EVELYN | The Driscoll Firm | 2:17-cv-17136 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 9. | COOPER, GLENN | Flint Law Firm, LLC | 2:18-cv-0151 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 10. | CRUTCHER, CAROL E | Law Office of Christopher K. Johnston, LLC | 2:18-cv-1406 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | DABBS, ALICE C | Beasley Allen | 2:18-cv-00957 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 12. | DIABY, DEBORAH | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

3

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 13. | DINGWITZ, DENNIS | Stern Law, PLLC | 2:18-cv-00295 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 14. | EDGERLY, FRANCES | Johnson Law Group | 2:17-cv-09278 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 15. | EGUARAS, VIOLETA | The Lanier Law Firm | 2:18-cv-02198 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 16. | FRIESEN, JACOB | The Driscoll Firm | 2:17-cv-17127 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | GATES, ETHEL | The Driscoll Firm | 2:18-cv-942 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

4

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 18. | HAGIN, DAVID | Stern Law, PLLC | 2:18-cv-00300 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | HEASLEY, JESSIE | OnderLaw, LLC | | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 20. | HOLDER, STACEY | Wilshire Law Firm | 2:17-cv-17428 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 21. | HOUSE, BOBBY L | Law Office of Christopher K. Johnston, LLC | 2:18-cv-987 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 22. | HUDSON, CECIL | The Driscoll Firm | 2:17-cv-13854 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 23. | JASER, NASSAR | The Driscoll Firm | 2:17-cv-17542 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 24. | JENSEN, MELANIE | The Driscoll Firm | 2:17-cv-17511 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

6

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 25. | KRUEGER, KEITH | Fears \| Nachawati | 2:17-cv-10632 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | MAST, MARION E | Johnson Law Group | 2:18-cv-00997 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | MCRAE, JESSE | Napoli Shkolnik PLLC | 2:18-cv-00844 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 28. | MORENO, KRISTI | The Driscoll Firm | 2:17-cv-17510 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 29. | PATCHIN, REX | Flint Law Firm, LLC | 2:18-cv-4330 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 30. | PLATT, JENNIE | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 31. | REED, JERRY | Stern Law, PLLC | 2:18-cv-01678 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 32. | RESLER, LARRY D | Wilshire Law Firm | 2:17-cv-9794 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 33. | ROBINSON, FLOSSIE | The Gallagher Law Firm PLLC | 2:17-cv-17833 | Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 34. | SHERIDAN, DOLOREEN | The Driscoll Firm | 2:16-cv-11037 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 35. | SHERMAN, WILLIE | Excolo Law PLLC | 2:18-cv-00359 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 36. | SMITH, PATRICK K | Goldblatt + Singer | 2:18-cv-00068 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

9

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 37. | TERRY, GERALD | Pulaski Law Firm, PLLC | 2:18-cv-01478 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 38. | THIGPEN, LEE W | The Driscoll Firm | 2:17-cv-17126 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 39. | THOMPSON, JOHNNIE | Irpino Law Firm | 2:18-cv-01651 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | WAGNER, TRACI | The Gallagher Law Firm PLLC | 2:17-cv-17836 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 41. | WHITE, KEVIN | Monsour Law Firm | 2:18-cv-01698 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 42. | WILLIAMS, GEORGINE | The Driscoll Firm | 2:17-cv-17346 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 43. | WISNIEWSKI, ANN | Irpino Law Firm | 2:18-cv-00320 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 44. | WRIGHT, JERRY L | Beasley Allen | 2:18-cv-00680 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 45. | WYNN, MARY LOU | The Potts Law Firm, LLP | 2:17-cv-16044 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 46. | ZUNIGA, CHARLOTTE | Flint Law Firm, LLC | 2:18-cv-1751 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |