Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Kinnear, et al. v. Janssen Research & Development, LLC, et al.*, No. 15-6206 | ) MDL No. 2592<br>)<br>) SECTION:  L<br>)<br>) JUDGE FALLON<br>)<br>) MAG. JUDGE NORTH<br>) |

**DECLARATION OF CHARLES G. ORR IN SUPPORT OF
BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO SERVE PROCESS
UNDER PTOs 10 AND 11**

I, Charles G. Orr, hereby declare as follows:

1. I am an attorney with The Mulligan Law Firm, counsel for Plaintiffs included in the bundled complaint in *Kinnear, et al. v. Janssen Research & Development LLC, et al.*, No. 15-6206. I am licensed to practice before all courts of the State of Texas. If called as a witness I could and would competently testify to the following.

2. Plaintiffs filed *Kinnear* directly in the Xarelto MDL on November 20, 2015. The Court issued a severance order on November 20, 2015, and each plaintiff besides Kinnear filed a short form complaint. On December 30, 2015, I caused to be mailed, by registered mail to Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc., at the addresses

**ORR DECL ISO MOTION FOR EXTENSION**                                                                                           Page 1

identified in section II of PTO 10, a PTO 11 bundle, which included the complaint, the severance order, a summons, and a list of each individual case included in the bundled complaint with its newly assigned cause number following the filing of the short form complaints.

3. Unfortunately, the summons included in each of these mailings was not executed by the clerk. On August 31, 2018, the Bayer Defendants served an "unserved complaint notice" via MDL Centrality for one of the plaintiffs in the *Kinnear* bundled complaint, which prompted a telephonic meet-and-confer between me and counsel for the Bayer Defendants. Counsel for the Bayer Defendants respectfully advised that the Bayer Defendants would not agree to an informal extension of time to serve process and that motion practice was necessary.

4. PFSs were served in January 2016 for the Plaintiffs included in the *Kinnear* bundled complaint. *See* Document 148477 (PFS for Plaintiff John Kinnear, served 1/19/2016); Document ID 148463 (PFS for Plaintiff Edwin Lowe, served 1/19/2016); Document ID 148456 (PFS for Plaintiff Earl Slone, served 1/19/2016); Document ID 148454 (PFS for Plaintiff Bonnie Teeter, served 1/19/2016); Document ID 148446 (PFS for Plaintiff Pauline Tuttle, served 1/19/2016).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 5, 2018 at Dallas, Texas.

_____
Charles G. Orr