UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Kinnear, et al. v. Janssen Research & Development, LLC, et al.*, No. 15-6206 | ) MDL No. 2592<br>)<br>) SECTION:   L<br>)<br>) JUDGE FALLON<br>)<br>) MAG. JUDGE NORTH<br>) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO SERVE PROCESS
ON BAYER DEFENDANTS UNDER PTOs 10 AND 11**

The Court, after considering Plaintiff's Motion For Extension of Time Within Which to Serve Process on Bayer Defendants Under PTOs 10 and 11, as well as any responses thereto, finds the motion meritorious.  It is therefore ORDERED THAT:  Plaintiffs in *Kinnear, et al. v. Janssen Research & Development LLC, et al.*, No. 15-6206, shall have thirty (30) days from the date of entry of this Order within which to serve process under PTOs 10 and 11 on the Bayer Defendants.

Dated: _____          _____
                                                                  Hon. Eldon E. Fallon
                                                                  United States District Court Judge