UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Lee Robert* (16-14887) | * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' MOTION TO DISMISS AS POTENTIAL ALTERNATIVE RELIEF TO THE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF LEE ROBERT**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG collectively ("Defendants") respectfully file this Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10271). This Motion addresses the potentially curable (but presently uncured) lack of subject matter jurisdiction, and is filed in accordance with PTO No. 24 (Rec. Doc. 2879).

        **DRINKER BIDDLE & REATH LLP**
        By: /s/ *Susan M. Sharko*
        Susan M. Sharko
        600 Campus Dr.
        Florham Park, NJ 07932
        Tel: (973) 549-7000
        Susan.Sharko@dbr.com

        Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson
        **ARNOLD & PORTER KAYE SCHOLER LLP**
        By: /s/ *Andrew Solow*
        Andrew K. Solow
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8000

        William Hoffman
        601 Massachusetts Ave., NW
        Washington, D.C. 20001
        Telephone: (202) 942-5000
        Facsimile: (202) 942-5999
        andrew.solow@arnoldporter.com
        william.hoffman@arnoldporter.com

        Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

        **CHAFFE McCALL L.L.P.**
        By: /s/ *John F. Olinde*
        John F. Olinde (LA Bar #1515)
        1100 Poydras Street
        Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        Facsimile: (504) 544-6084
        olinde@chaffe.com

        Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        By: /s/ *James B. Irwin*
        James B. Irwin
        Kim E. Moore
        400 Poydras St., Ste, 2700
        New Orleans, LA 70130
        (504) 310-2100
        jirwin@irwinllc.com
        kmoore@irwinllc.com
        Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Michael P. McGartland, Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                        /s/ *John F. Olinde*