UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * | SECTION L |
| *Lee Robert* (16-14887) | * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AS POTENTIAL ALTERNATIVE RELIEF TO THE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF LEE ROBERT

Defendants respectfully submit this Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10271).

Plaintiffs' counsel has moved to withdraw as counsel in the above action. Defendants previously filed their opposition to that motion, with the motion *sub judice*, submitted on August 15, without oral argument. (Rec. Doc. 10401). Defendants write to point out that, as presently pled, there is no diversity of citizenship and therefore no subject matter jurisdiction in the action. In particular, plaintiff Lee Robert is a citizen of California and, at the time of filing of the action in 2016, defendant Bayer HealthCare LLC ("BHC LLC") was deemed to be a citizen of California because certain members of that entity were corporations with their principal place of business in California.

The lack of subject matter jurisdiction is curable because defendant BHC LLC is not a proper Bayer defendant and can be dismissed. The proper Bayer defendants are Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG, which were the two Bayer defendants in all of the MDL bellwether trials. Other plaintiffs selected for workup in CMO 6 have

-

dismissed non-essential Bayer defendants to maintain diversity of citizenship. That has not occurred in this case, most likely for reasons relating to plaintiff counsel's motion to withdraw.

Defendants leave to the Court's discretion whether to first address plaintiff counsel's Motion to Withdraw or Defendants' Motion to Dismiss. The Court has discretion to address procedural matters before addressing subject matter jurisdiction (*Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 127 S. Ct. 1184, 1191-92 (2007) ("[J]urisdiction is vital only if the court proposes to issue a judgment on the merits" (citations omitted)) -- but of course it also has discretion to dismiss for lack of subject matter jurisdiction before addressing other issues.

If the Court first addresses Defendants' Motion, then pursuant to PTO No. 24 the Court may wish to await plaintiff's response to the Motion, and in particular whether plaintiff intends to cure the jurisdictional defect before determining how to proceed.

**DRINKER BIDDLE & REATH LLP**
By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ *Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000

-

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG

**CHAFFE McCALL L.L.P.**
By: /s/ *John F. Olinde*
John F. Olinde (LA Bar #1515)
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone:  (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Michael P. McGartland, Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *John F. Olinde*