UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Lee Robert* (16-14887) | * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

To: Plaintiffs' Liaison Counsel

    Michael P. McGartland
    McGartland Law Firm, PLLC
    University Center I
    1300 So. University Dr., Suite 500
    Forth Worth, TX 76107
    Telephone: (817) 332-9300
    mike@mcgartland.com

PLEASE TAKE NOTICE that Defendants will bring for submission their Motion for Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, on **September 26, 2018 at 9:00 o'clock a.m.**, or as soon thereafter as counsel may be heard.

                                              DRINKER BIDDLE & REATH LLP
                                              By: /s/ *Susan M. Sharko*
                                              Susan M. Sharko
                                              600 Campus Dr.
                                              Florham Park, NJ 07932
                                              Telephone: (973) 549-7000
                                              Susan.Sharko@dbr.com

                                              Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ *Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

**CHAFFE McCALL L.L.P.**
By: /s/ *John F. Olinde*
John F. Olinde (LA Bar #1515)
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 5, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Michael P. McGartland, Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ *John F. Olinde*

-