# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Alldaffer v. Janssen Research & Development, LLC, et al., 15-3816*
*Blount v. Janssen Research & Development, LLC, et al., 15-6991*
*Ferguson,v. Janssen Research & Development, LLC, et al., 15-6992*
*Gist v. Janssen Research & Development, LLC, et al., 15-6995*
*Heckler v. Janssen Research & Development, LLC, et al., 15-6996*
*Hanson v. Janssen Research & Development, LLC, et al., 15-7000*
*Lewis v. Janssen Research & Development, LLC, et al., 15-7001*
*Morel v. Janssen Research & Development, LLC, et al., 15-7002*
*Schwartz v. Janssen Research & Development, LLC, et al., 15-7003*
*Stephenson v. Janssen Research & Development, LLC, et al., 15-7004*

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time Within Which to Serve Process on Defendants, filed by the Plaintiffs in the above-listed actions, through undersigned counsel will be submitted to the Court on Wednesday, October 2, 2018, at 10:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130.

This 5th day of September 2018

Respectfully submitted,

/s/ Douglas R. Plymale
Douglas R. Plymale, (La. Bar No. 28409)
dplymale@dugan-lawfirm.com
James R. Dugan, II (La. Bar No. 24785)
jdugan@dugan-lawfirm.com
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 5th day of September 2018.

/s/Douglas R. Plymale
Douglas R. Plymale, Ph.D.