# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |

THIS DOCUMENT RELATES TO:

*Allen v. Janssen Research & Development, LLC, et al., 16-2480*
*Bailey v. Janssen Research & Development, LLC, et al., 16-6910*
*Barr, et al.,v. Janssen Research & Development, LLC, et al., 16-6911*
*Brand, et al. v. Janssen Research & Development, LLC, et al., 16-6912*
*Brock v. Janssen Research & Development, LLC, et al., 16-6913*
*Doty v. Janssen Research & Development, LLC, et al., 16-6914*
*Etheredge v. Janssen Research & Development, LLC, et al., 16-6915*
*Groves v. Janssen Research & Development, LLC, et al., 16-6916*
*Henderson v. Janssen Research & Development, LLC, et al., 16-6917*
*Martin v. Janssen Research & Development, LLC, et al., 16-6918*
*Medlin, et al. v. Janssen Research & Development, LLC, et al., 16-6921*
*Morales o/b/o Mateo Morales v. Janssen Research & Development, LLC, et al., 16-6922*
*Senatore v. Janssen Research & Development, LLC, et al., 16-6923*
*Van Patton, et al. v. Janssen Research & Development, LLC, et al, 16-6924*
*Walker v. Janssen Research & Development, LLC, et al., 16-6927*

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS

Plaintiffs, by and through the undersigned counsel, in the above listed actions respectfully request that this Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants and that this Court issue an Order allowing them an extension to serve the Complaint and Summons in the above listed action on Defendants through the streamlined service procedures for informal service of process set forth in Pre Trial Order 10 and 10B. A brief memorandum in support of Plaintiffs' Motion is submitted herewith.

This 5th day of September, 2018.

Respectfully submitted,

/s/ Douglas R. Plymale
Douglas R. Plymale, (La. Bar No. 28409)
dplymale@dugan-lawfirm.com
James R. Dugan, II (La. Bar No. 24785)
jdugan@dugan-lawfirm.com
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

Attorneys for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre Trial Order No. 17, on this 5th day of September, 2018.

                                /s/Douglas R. Plymale         
                                    Douglas R. Plymale, Ph.D.