# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Allen v. Janssen Research & Development, LLC, et al., 16-2480
Bailey v. Janssen Research & Development, LLC, et al., 16-6910
Barr, et al.,v. Janssen Research & Development, LLC, et al., 16-6911
Brand, et al. v. Janssen Research & Development, LLC, et al., 16-6912
Brock v. Janssen Research & Development, LLC, et al., 16-6913
Doty v. Janssen Research & Development, LLC, et al., 16-6914
Etheredge v. Janssen Research & Development, LLC, et al., 16-6915
Groves v. Janssen Research & Development, LLC, et al., 16-6916
Henderson v. Janssen Research & Development, LLC, et al., 16-6917
Martin v. Janssen Research & Development, LLC, et al., 16-6918
Medlin, et al. v. Janssen Research & Development, LLC, et al., 16-6921
Morales o/b/o Mateo Morales v. Janssen Research & Development, LLC, et al., 16-6922
Senatore v. Janssen Research & Development, LLC, et al., 16-6923
Van Patton, et al. v. Janssen Research & Development, LLC, et al, 16-6924
Walker v. Janssen Research & Development, LLC, et al., 16-6927

## ORDER FOR PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS

THIS MATTER, having come before the Court on Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants through the streamlined process as set forth in this Court's Pre-Trial Order No. 10 is hereby GRANTED. Plaintiffs shall have an additional thirty (30) days within which to serve process on Defendants from the date of this order.

New Orleans, Louisiana, this_____day of_____, 2018.

                                                                  _____
Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE