# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Albertson v. Janssen Research & Development, LLC, et al., 16-6424*
*Anderson o/b/o Catherine Anderson v. Janssen Research & Development, LLC, et al., 16-11756*
*Angelo, et al.,v. Janssen Research & Development, LLC, et al., 16-11763*
*Brougher  v. Janssen Research & Development, LLC, et al., 16-11766*
*Cartwright v. Janssen Research & Development, LLC, et al., 16-11768*
*Ciulla v. Janssen Research & Development, LLC, et al., 16-11773*
*Day v. Janssen Research & Development, LLC, et al., 16-11786*
*Galvin, et al. v. Janssen Research & Development, LLC, et al., 16-11788*
*Halloran v. Janssen Research & Development, LLC, et al., 16-11791*
*Hicks o/b/o Jonas Lee Hicks v. Janssen Research & Development, LLC, et al., 16-11792*
*Holden v. Janssen Research & Development, LLC, et al., 16-11795*
*Hughes v. Janssen Research & Development, LLC, et al., 16-11806*
*Hughes, et al. v. Janssen Research & Development, LLC, et al., 16-11816*
*Hutt v. Janssen Research & Development, LLC, et al, 16-11821*
*Jackman v. Janssen Research & Development, LLC, et al., 16-11823*
*Lane, et al. v. Janssen Research & Development, LLC, et al., 16-11825*
*Lester v. Janssen Research & Development, LLC, et al., 16-11828*
*Mauser o/b/o June Mauser v. Janssen Research & Development, LLC, et al., 16-11833*
*Middleton o/b/o Kay Middleton v. Janssen Research & Development, LLC, et al., 16-11889*
*Morin, et al. v. Janssen Research & Development, LLC, et al., 16-11893*
*Parker v. Janssen Research & Development, LLC, et al., 16-11904*
*Ratliff o/b/o Jean Brent v. Janssen Research & Development, LLC, et al., 16-11913*
*Thomson o/b/o Robert Thomson v. Janssen Research & Development, LLC, et al., 16-11914*
*Webb v. Janssen Research & Development, LLC, et al., 16-11916*
*Williams v. Janssen Research & Development, LLC, et al., 16-11923*
*Wong, et al. v. Janssen Research & Development, LLC, et al., 16-11929*

## **PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS**

Plaintiffs, by and through the undersigned counsel, in the above listed actions respectfully

1

request that this Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants and that this Court issue an Order allowing them an extension to serve the Complaint and Summons in the above listed action on Defendants through the streamlined service procedures for informal service of process set forth in Pre Trial Order 10 and 10B. A brief memorandum in support of Plaintiffs' Motion is submitted herewith.

This 5th day of September 2018.

        Respectfully submitted,

        /s/ Douglas R. Plymale
        Douglas R. Plymale, (La. Bar No. 28409)
        dplymale@dugan-lawfirm.com
        James R. Dugan, II (La. Bar No. 24785)
        jdugan@dugan-lawfirm.com
        THE DUGAN LAW FIRM, APLC
        One Canal Place
        365 Canal Street, Suite 1000
        New Orleans, LA 70130
        Telephone: (504) 648-0180
        Fax: (504) 648-0181

        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre Trial Order No. 17, on this 5th day of September, 2018.

                                               /s/Douglas R. Plymale
                                               Douglas R. Plymale, Ph.D.