Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Kinnear, et al. v. Janssen Research & Development, LLC, et al.*, No. 15-6206 | ) MDL No. 2592<br>)<br>) SECTION:  L<br>)<br>)<br>) JUDGE FALLON<br>)<br>) MAG. JUDGE NORTH<br>) |

### NOTICE OF SUBMISSION OF
### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS
### ON BAYER DEFENDANTS UNDER PTOs 10 AND 11

PLEASE TAKE NOTICE that all Plaintiffs in the bundled complaint in *Kinnear, et al. v. Janssen Research & Development LLC, et al.*, No. 15-6206, will bring for hearing their Motion for Extension of Time Within Which to Serve Process on Bayer Defendants Under PTOs 10 and 11 at 9:00 a.m. on the 26th day of September, 2018, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

DATED:  September 5, 2018        Respectfully submitted,

By:    /s/ *Charles G. Orr*
       Charles G. Orr, TX Bar No. 00788148
       THE MULLIGAN LAW FIRM
       3710 Rawlins Street, #901
       Dallas, Texas 75219
       Telephone: (214) 219-9779
       Facsimile: (214) 520-8789
       ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:    /s/ *Charles G. Orr*
       Charles G. Orr
       Attorney for Plaintiff