# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Bean v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-06837;*

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SUBMIT AN UPDATED VERIFICATION FOR A PREVIOUSLY SUBMITTED PLAINTIFF FACT SHEET OR A FULLY COMPLETE AND UPDATED FACT SHEET PURSUANT TO CMO 6**

Plaintiff, James Bean, in Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Submit an Updated Verification for A Previously Submitted Plaintiff Fact Sheet or A Fully Complete and Updated Fact Sheet Pursuant to CMO 6, respectfully submits as follows:

Plaintiff James Bean executed an updated Plaintiff Fact Sheet verification on July 13, 2018. This updated verification was inadvertently emailed to defendants on July 19, 2018. Plaintiff's counsel inadvertently failed to submit this though the MDL Centrality platform. On September 5, 2018, the updated verification was successfully submitted through the MDL Centrality platform. Plaintiff's counsel respectfully submits that this moots all issues related to Plaintiff's Fact Sheet and prays that this matter proceeds to trial.

Respectfully submitted this 5th day of September, 2018.

        **JENSEN & STEFFEY**
1024 N. Main Street
Fort Worth, TX  76164
Telephone: (817) 334-0762
Fax:  (817) 334-0110
bhs@jensen-law.com

*s/ Brandon H. Steffey*
Brandon H. Steffey
Texas Bar No.: 24047207

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing instrument has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

    This the 5th day of September, 2018.

*/s/ Brandon H. Steffey*
Brandon H. Steffey