UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MCL No. 2592<br>Civil Action No. 2:18-cv-03835<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. MICHAEL NORTH |
| _____ | | |

**PLAINTIFF, DEBRA SOMMERVILLE'S RESPONSE TO DEFENDANT' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S WHO HAVE FILED <u>DUPLICATE CASES IN MDL NO. 2592</u>**

In response to Defendant's Motion for Order to Show Cause regarding Plaintiff, Debra Sommerville's duplicate filing in MDL No. 2592 filed on August 9, 2018 (Docket No. 10430), Plaintiff, Debra Sommerville, by and through her attorney, Kenneth A. Stern, advises this Honorable Court that the Flint Law Firm, Plaintiff's previous attorney, has since dismissed its case filed on behalf of Plaintiff identified as Case No. 2:18-cv-02111.  Attached find a Stipulation of Dismissal With Prejudice identified as docket No. 10755 as Exhibit A. This Dismissal does not affect Plaintiff, Debra Sommerville's Case No. 2:18-cv-03835.  Therefore, Plaintiff, Debra Sommerville, now has only one case pending in this litigation.

Dated: September 6, 2018               s/ *Kenneth A. Stern*
                                        Kenneth A. Stern, P30722
                                        STERN LAW, PLLC
                                        41850 West 11 Mile Road
                                        Novi, Michigan 48375-1857
                                        (248) 347-7300
                                        ken@sternlawonline.com

                                        *Attorney for Plaintiff*

1

2