**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| **JERRY WARREN** | : | |
| | : | |
| **Plaintiff** | : | **JUDGE ELDON E. FALLON** |
| | : | |
| **v.** | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT** | : | |
| **LLC f/k/a JOHNSON & JOHNSON** | : | |
| **PHARMACEUTICAL RESEARCH AND** | : | |
| **DEVELOPMENT LLC, JANSSEN ORTHO** | : | **Civil Action No.: 2:16-cv-13879** |
| **LLC, JANSSEN PHARMACEUTICALS, INC.** | : | |
| **f/k/a JANSSEN PHARMACEUTICA INC.** | : | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | : | **STIPULATION OF DISMISSAL** |
| **PHARMACEUTICALS, INC.,** | : | **WITH PREJUDICE** |
| **JOHNSON & JOHNSON COMPANY,** | : | |
| **BAYER HEALTHCARE** | : | |
| **PHARMACEUTICALS INC.,** | : | |
| **BAYER PHARMA AG,** | : | |
| **BAYER CORPORATION,** | : | |
| **BAYER HEALTHCARE LLC,** | : | |
| **BAYER HEALTHCARE AG, and BAYER AG,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Jerry Warren, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-13879 only.  This stipulation shall not affect the lawsuit filed by Jerry Warren, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-15832. All parties shall bear their own costs.

2

**LENZE LAWYERS, PLC**
By: */s/ Jennifer A. Lenze*
Jennifer A. Lenze
1300 Highland Ave
Suite 207
Manhattan Beach, CA 90266
Tel: (310) 322-8800
jlenze@lenzelawyers.com

Attorneys for Plaintiff
Dated: September 6, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Jennifer A. Lenze