UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |  MCL No. 2592<br>Civil Action No. 2:18-cv-01678<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. MICHAEL NORTH |

_____

### PLAINTIFF, JERRY REED'S RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE REGARDING CORE PLAINTIFF FACT SHEET DEFICIENCY

In response to Defendants' Motion for Order to Show Cause Regarding Plaintiff's Core Fact Sheet Deficiencies [Docket No. 10795 of MDL 2592] attorney Kenneth A. Stern, on behalf of Plaintiff, Jerry Reed, states as follows:

1. On August 13, 2018, Plaintiff provided Defendant with an email response to Defendant's email inquiry regarding certain Core Deficiencies. In said response to Defendant's email regarding Plaintiff, attached hereto as Exhibit A, Plaintiff reported the following:

   "REED, JERRY – [There are no Pharmacy records because Xarelto was administered in the hospital setting only. The patient was admitted to the hospital at Titus Regional Medical Center for an acute stroke on 2/12/17. He subsequently was discharged home and the next day followed up at Texas Health Resources Hospital in Dallas Texas. He was admitted to the hospital and basically had an identical workup to the 1 he received at Titus Regional with the same findings. He was discharged from that hospital on Xarelto then admitted on 2/15/17 from Texas Health Resources with Xarelto and the day after returning home he had a very robust rectal bleed as per 2/23/17.]"

2. Plaintiff has, in good faith, provided Defendants with all required medical records.

3. Plaintiff further requests that this Honorable Court enter an order providing that Plaintiff has cured any deficiencies to Plaintiff's Fact Sheet. Plaintiff's proposed Order is attached thereto as Exhibit B.

WHEREFORE, Plaintiff requests this Honorable Court enter an Order providing that Plaintiff, Jerry Reed, has cured all core deficiencies to Plaintiff's Fact Sheet.

Dated: September 6, 2018       s/ *Kenneth A. Stern*
    Kenneth A. Stern, P30722
    STERN LAW, PLLC
    41850 West 11 Mile Road
    Novi, Michigan 48375-1857
    (248) 347-7300
    ken@sternlawonline.com

    *Attorney for Plaintiff*