UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> _____ | MCL No. 2592 <br> Civil Action No. 2:18-cv-01678 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. MICHAEL NORTH |

**ORDER THAT PLAINTIFF, JERRY REED HAS CURED ALL DEFICIENCIES TO PLAINTIFF'S FACT SHEET**

This matter having come before this Honorable Court upon Defendants' filing of a Motion for Order to Show Cause Regarding Plaintiff, Jerry Reed's Core Fact Sheet Deficiencies [Docket No. 10795 of MDL 2592] the Court having reviewed Plaintiff's Response thereto and being otherwise fully advised in the premises;

NOW, THEREFORE:

IT IS HEREBY ORDERED that Plaintiff, Jerry Reed, has cured all deficiencies to Plaintiff's Fact Sheet.

_____
United States District Court Judge