UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-00298 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

### ORDER GRANTING PLAINTIFF, LOIS BEDGOOD, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF DOUGLAS BEDGOOD, DECEASED, AN EXTENSION OF TIME TO CURE CORE PLAINTIFF FACT SHEET DEFICIENCY

This matter having come before this Honorable Court upon Defendants' Motion for Order to Show Cause Regarding Core Plaintiff Fact Sheet Deficiencies [Docket No. 10795 of MDL 2592], the Court having reviewed Plaintiff's Response thereto and being otherwise fully advised in the premises;

NOW, THEREFORE:

IT IS HEREBY ORDERED that Plaintiff, Lois Bedgood, As Personal Representative for the Estate of Douglas Bedgood, be and hereby is granted an additional ninety (90) days from the date of entry of this order to cure Core Plaintiff Fact Sheet Deficiencies.

_____
United States District Court Judge