UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG: MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

WALTER GREEN AND LINDA GREEN

2:15-cv-06162

## ORDER OF SUBSTITUTION OF ATTORNEYS

IT IS HEREBY ORDERED that attorney Kenneth A. Stern of STERN LAW, PLLC be substituted in for Plaintiffs, Walter and Linda Green, in the above entitled case in the place and stead of Peyton Patrick Murphy of the law firm of Murphy Law Firm together with Todd Charles Comeaux of the law firm of Comeaux Law Firm.

New Orleans, Louisiana, this 5th day of September, 2018.

_____
**UNITED STATES DISTRICT JUDGE**