UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT A | | |

**ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WITH ALLEGED
CORE PLAINTIFF FACT SHEET DEFICIENCIES**

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. The same plaintiffs have failed to provide one or more of the following: (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration and, thus, have failed to provide the documentation required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet.

The most basic elements of any products liability case include the proof of use of the product that allegedly caused the plaintiff's alleged injury, as well as the damage allegedly caused by the use of the product. For example, under the Louisiana Products Liability Act, a plaintiff must establish: "(1) that the defendant is a manufacturer of the product; (2) that the [plaintiff's] damage was proximately caused by a characteristic of the product; (3) that this characteristic made the product 'unreasonably dangerous'; and (4) that the [plaintiff's] damage arose from a reasonably anticipated use of the product by the [plaintiff] or someone else." *Stahl v. Novartis Pharm. Corp.*, 283 F.3d 254, 260-61 (5th Cir. 2002) (quoting La. Rev. Stat. Ann. § 9:2800.54(A)). Without proof

1

that plaintiff used the product that allegedly caused his or her injury—as well as proof of the alleged injury itself—plaintiff certainly cannot show that any damage was proximately caused by a characteristic of the product and that this damage arose from a reasonably anticipated use of the product. And verification of the information contained in and documents attached to the Plaintiff Fact Sheet is required for plaintiff to proceed with his or her claim. Therefore, any plaintiff who fails to provide (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration cannot maintain a products liability action against the defendants in this case.

Plaintiffs on the attached Exhibit A have failed to provide at least one of the foregoing items as required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet. Plaintiffs shall be ordered to show cause on September 18, 2018, before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 9:00 am on September 18, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this 5th day of September 2018.

_____
United States District Judge

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ANDERSON, TRACY | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | ATKINSON, JEAN | Watts Guerra, LLP | 2:18-cv-00694 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | AVAKIAN, NVARD | Fears | Nachawati | 2:17-cv-12169 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 4. | BANDY, FRANCIS | The Driscoll Firm | 2:17-cv-10812 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

1

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 5. | BEDGOOD, DOUGLAS | Stern Law, PLLC | 2:18-cv-00298 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 6. | BURCE, BRIAN | The Driscoll Firm | 2:14-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 7. | CHOLEWCZYNSKI, STANLEY | The Gallagher Law Firm PLLC | 2:18-cv-00348 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | COOPER, EVELYN | The Driscoll Firm | 2:17-cv-17136 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

2

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 9. | COOPER, GLENN | Flint Law Firm, LLC | 2:18-cv-0151 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 10. | CRUTCHER, CAROL E | Law Office of Christopher K. Johnston, LLC | 2:18-cv-1406 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | DABBS, ALICE C | Beasley Allen | 2:18-cv-00957 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 12. | DIABY, DEBORAH | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

3

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 13. | DINGWITZ, DENNIS | Stern Law, PLLC | 2:18-cv-00295 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 14. | EDGERLY, FRANCES | Johnson Law Group | 2:17-cv-09278 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 15. | EGUARAS, VIOLETA | The Lanier Law Firm | 2:18-cv-02198 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 16. | FRIESEN, JACOB | The Driscoll Firm | 2:17-cv-17127 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | GATES, ETHEL | The Driscoll Firm | 2:18-cv-942 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

4

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 18. | HAGIN, DAVID | Stern Law, PLLC | 2:18-cv-00300 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | HEASLEY, JESSIE | OnderLaw, LLC | | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 20. | HOLDER, STACEY | Wilshire Law Firm | 2:17-cv-17428 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

5

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 21. | HOUSE, BOBBY L | Law Office of Christopher K. Johnston, LLC | 2:18-cv-987 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 22. | HUDSON, CECIL | The Driscoll Firm | 2:17-cv-13854 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 23. | JASER, NASSAR | The Driscoll Firm | 2:17-cv-17542 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 24. | JENSEN, MELANIE | The Driscoll Firm | 2:17-cv-17511 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

6

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 25. | KRUEGER, KEITH | Fears \| Nachawati | 2:17-cv-10632 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | MAST, MARION E | Johnson Law Group | 2:18-cv-00997 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | MCRAE, JESSE | Napoli Shkolnik PLLC | 2:18-cv-00844 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

7

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 28. | MORENO, KRISTI | The Driscoll Firm | 2:17-cv-17510 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 29. | PATCHIN, REX | Flint Law Firm, LLC | 2:18-cv-4330 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 30. | PLATT, JENNIE | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 31. | REED, JERRY | Stern Law, PLLC | 2:18-cv-01678 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 32. | RESLER, LARRY D | Wilshire Law Firm | 2:17-cv-9794 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

8

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 33. | ROBINSON, FLOSSIE | The Gallagher Law Firm PLLC | 2:17-cv-17833 | Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 34. | SHERIDAN, DOLOREEN | The Driscoll Firm | 2:16-cv-11037 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 35. | SHERMAN, WILLIE | Excolo Law PLLC | 2:18-cv-00359 | Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 36. | SMITH, PATRICK K | Goldblatt + Singer | 2:18-cv-00068 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

9

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 37. | TERRY, GERALD | Pulaski Law Firm, PLLC | 2:18-cv-01478 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 38. | THIGPEN, LEE W | The Driscoll Firm | 2:17-cv-17126 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

10

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 39. | THOMPSON, JOHNNIE | Irpino Law Firm | 2:18-cv-01651 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | WAGNER, TRACI | The Gallagher Law Firm PLLC | 2:17-cv-17836 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 41. | WHITE, KEVIN | Monsour Law Firm | 2:18-cv-01698 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 42. | WILLIAMS, GEORGINE | The Driscoll Firm | 2:17-cv-17346 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 43. | WISNIEWSKI, ANN | Irpino Law Firm | 2:18-cv-00320 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

11

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 44. | WRIGHT, JERRY L | Beasley Allen | 2:18-cv-00680 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 45. | WYNN, MARY LOU | The Potts Law Firm, LLP | 2:17-cv-16044 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 46. | ZUNIGA, CHARLOTTE | Flint Law Firm, LLC | 2:18-cv-1751 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |