UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-00295 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**RESPONSE OF PLAINTIFF, SUE DINGWITZ, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF DENNIS DINGWITZ, DECEASED, TO MOTION FOR ORDER TO SHOW CAUSE REGARDING CORE PLAINTIFF FACT SHEET DEFICIENCY**

In response to Defendants' Motion for Order to Show Cause Regarding Core Plaintiff Fact Sheet Deficiencies [Docket No. 10795 of MDL 2592], attorney Kenneth A. Stern, on behalf of Plaintiff's Decedent, states as follows:

1. On August 13, 2018 Plaintiff provided Defendant with an email response to Defendant's inquiry regarding Core Deficiencies. In said response to Defendant's email regarding Plaintiff herein, Plaintiff provided its response, attached hereto as Exhibit A, stating:

   "DENNIS DINGWITZ – [Due to a delay in receiving Letters of Authority from the Probate Court, medical record procurement had been delayed. Walgreens has received agreed to release records upon receipt of the death certificate. This is all in process.]"

2. To date, Plaintiff has requested all prescription records through its medical record retrieval provider but has yet to receive them.

3. Upon receipt of the required prescription records, Plaintiff will update the MDL Centrality Plaintiff's Fact Sheet.

4. Plaintiff and her counsel are not responsible for the delay, which is solely due to the delay that occurred in the Probate Court's issuance of Letters of Authority which are necessary to acquire medical records.

5. Plaintiff has, in good faith, acquired and continues to retrieve and provide Defendants with all required medical records.

6. Plaintiff further requests this Honorable Court allow Plaintiff a period of ninety (90) days within which to complete Plaintiff's Fact Sheet and provide the requested prescription records. Consistent therewith, Plaintiff's proposed order is attached hereto as Exhibit B.

WHEREFORE, Plaintiff requests this Honorable Court grant Plaintiff herein a period of ninety (90) days from the date of entry to provide the prescription records to Defendant and cure Plaintiff's Fact Sheet deficiency.

Dated: September 6, 2018
                s/ *Kenneth A. Stern*
                Kenneth A. Stern, P30722
                STERN LAW, PLLC
                41850 West 11 Mile Road
                Novi, Michigan 48375-1857
                (248) 347-7300
                ken@sternlawonline.com

                *Attorney for Plaintiff's decedent*