UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MCL No. 2592 ) Civil Action No. 2:18-cv-00300 ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. MICHAEL NORTH |

**PLAINTIFF, DAVID HAGIN'S RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE REGARDING CORE PLAINTIFF FACT SHEET DEFICIENCY**

In response to Defendants' Motion for Order to Show Cause Regarding Plaintiff's Core Fact Sheet Deficiencies [Docket No. 10795 of MDL 2592], Kenneth A. Stern, attorney for David Hagin, states as follows:

1. On August 13, 2018 Plaintiff provided Defendant with an email response to Defendant's email inquiries regarding certain Core Deficiencies. In said response to Defendant's email regarding Plaintiff herein, Plaintiff's counsel provided, in its response attached hereto as Exhibit A, the following:

    "HAGIN, DAVID – {We have withdrawn from this case.}

2. On or about July 12, 2018 attorney Kenneth A. Stern filed a Motion to Withdraw as Attorney this Motion is still pending before the court for final decision. See Exhibit B.

3. Prior to filing a Motion to Withdraw, Plaintiff had, in good faith, retrieved and provided Defendants with all available medical records.

Dated: September 7, 2018

                                                        s/ *Kenneth A. Stern*
                                                      Kenneth A. Stern, P30722
                                                      STERN LAW, PLLC
                                                      41850 West 11 Mile Road
                                                      Novi, Michigan 48375-1857
                                                      (248) 347-7300
                                                      ken@sternlawonline.com

*Attorney for Plaintiff*