# Lynda DeFrain

| | |
|---|---|
| From: | Lynda DeFrain |
| Sent: | Monday, August 13, 2018 1:21 PM |
| To: | 'sdaniel@baronbudd.com' |
| Cc: | Ken Stern |
| Subject: | FW: Responses to Core Deficiency Notices. Re Prior to Potential Motion |

Dear Sindhu S. Daniel:

I found the email below in my Junk Mail today. Below, highlighted in red, please find our responses with regard to your inquiries regarding various cases: Please forward any response to myself and ken@sternlawonline.com.

---------------------------------

Original email:

Counsel,

Pursuant to PTO 31, Defendants have provided the PEC with a list of cases where they plan to file a Motion for an Order to Show Cause for Failure to Submit a Fact Sheet or Failure to Provide Core Deficiency Information at the end of this month. Please let me know the status of the case(s) listed below as soon as possible. If the defendant is incorrect in their assertions, please let me know that information as well. Your timely attention to this matter is greatly appreciated. In the meantime, please make every effort to remedy the PFS issues as soon as possible and let me know when it is submitted/remedied so I can confirm the same. As a reminder, this is a Plaintiff's communication only and should NOT be shared with the defendant. Thanks.

---

BEDGOOD, DOUGLAS . Status: This case was delayed due to issues with records acquisition, principally due to the failure of the Probate Court to timely issue Letters of Authority. Records have now been ordered and this case is still proceeding.

Stern Law, PLLC

2:18-cv-00298

Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission

---
BERRETH, NOVIE – Recently executed Declaration has been filed.

Stern Law, PLLC

2:18-cv-01817

Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission
---

CRABTREE, FRED [PFS was updated on 7/26/18 – Medical Record Summary reveals - **05/03/2017:** Hematuria; **09/08/2017:** Acute blood loss anemia, occult blood positive stool, hematuria; **09/13/2017:** Hematuria, anemia]

Stern Law, PLLC

2:18-cv-03832

Medical Records-Medical records provided do not demonstrate alleged injury

---

DINGWITZ, DENNIS –[Due to a delay in receiving Letters of Authority from the Probate Court, medical record procurement had been delayed. Walgreens has received agreed to release records upon receipt of the death certificate. This is all in process.]

Stern Law, PLLC

2:18-cv-00295

Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information)

---

HAGIN, DAVID {We have withdrawn from this case.]

Stern Law, PLLC

2:18-cv-00300

Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information)

---

HOUGH, ERNEST J –There are no Pharmacy records because Xarelto was administered in the hospital setting only on 3/17/17.]

Stern Law, PLLC

2:18-cv-03834

Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto

---

JONES, DAVID B [PFS updated signature on the Declaration was filed today.]

Stern Law, PLLC

2:18-cv-00391

Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information)

---

REED, JERRY – [There are no Pharmacy records because Xarelto was administered in the hospital setting only. The patient was admitted to the hospital at Titus regional Medical Center for an acute stroke on 02/12/2017. He subsequently was discharged home and the next day followed up at Texas health resources Hospital in Dallas Texas. He was admitted to the

hospital in basically had an identical workup to the 1 he received at Titus regional with the same findings. He was discharged from that hospital on Xarelto then on *admitted on 02/15/2017)* from Texas Health resources with Xarelto and the day after returning home he had a very robust rectal bleed as per 02/23/2017.]

Stern Law, PLLC

2:18-cv-01678

Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information)
------------------------------------------
TAPPER, LOUISE – [Medical Summary shows: Patient was prescribed with Xarelto 15mg on 04/08/2015 while in hospital; As on 04/29/2015 – mentioned as Xarelto 50 mg. **04/08/2015** – Passing bloody urine. Hematuria. **04/09/2015** – Still has bloody urine – hematuria **04/10/2015** – Foley cath out – traumatic hematuria, resolved. **04/15/2015** – Risk for bleeding as evidenced by excessive bruising due to usage of Xarelto for anticoagulant therapy related to peripheral vascular disease. As on 04/29/2015 patient presented to Emergency Room for shortness of breath, patient died on the same day. Patient died because of acute cardiopulmonary arrest on 04/29/2015.]

Stern Law, PLLC

2:18-cv-04148

Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information)
------------------------------------------
WAWOROENDENG, MOODY [We have withdrawn from this case.]

Stern Law, PLLC

2:18-cv-00375

Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission
------------------------------------------
WILLIAMS, DAMON L – [PFS was updated on 7/30/18 – Medical Summary reveals: Drug started 12/12/16 - *01/06/2017: Patient had black tarry stool 1 week ago today and has stools with visible blood in them. He states he coughs up blood tinged sputum for 1 week.]*

Stern Law, PLLC

2:18-cv-01441

Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information)
------------------------------------------
YELANICH, JANE R – [PFS updated on 7/30/18 - Medical records summary reveals – Started drug 2/16/17 - **02/27/2017 – 03/02/2017: Hospitalized for acute pulmonary embolism** Visit for reason: Shortness of breath. Acute pulmonary embolism. On 02/27/2017, Patient presented to the hospital with shortness of breath especially on exertion. Patient is also complaining of dry cough. Patient has history of right leg Deep Vein Thrombosis (DVT) which initially started 2 years ago and then it had recurred around 1 month ago and since then she is on Xarelto. CT angio chest without contrast: Reason for exam: History of DVT, now SOB with ambulation. Impression: Right lower lobe branching pulmonary embolus identified. Assessed with acute pulmonary embolism and DVT prophylaxis on Heparin. Hold Xarelto. On 02/28/2017, Cardiology was consulted, patient with history of right leg DVT with worsening pain. Patient with a Past Medical History

<span style="color:red">(PMH) of DVT diagnosed 2 weeks ago was on Xarelto. On admission, she was found to have Right Lower Lobe (RLL) branching Pulmonary Embolism (PE). On 03/01/2017, patient was diagnosed with possible small pulmonary embolism in right lower lobe pulmonary artery branch without flow obstruction, acute chronic obstructive pulmonary disease exacerbation, dyspnea, most likely it is chronic obstructive pulmonary disease rather than pulmonary embolism, with normal Left Ventricular (LV) function and history of right deep vein thrombosis, was on Xarelto. On 03/02/2017, discharge diagnosis was acute pulmonary embolism (right lower lobe pulmonary embolism).]</span>

Stern Law, PLLC

2:18-cv-01676

Medical Records-Medical records provided do not demonstrate alleged injury

---

<span style="color:red">YUREK, THOMAS E [PFS updated on 7/30/18 – Medical Record Summary reveals drug started 3/1/17. **Hospitalization from 03/20/2017 to 03/22/2017 for acute upper gastrointestinal bleeding** - Patient was diagnosed with acute upper GI bleeding due to duodenal ulcer, pulmonary hypertension. He had blood transfusion. Had GI upper endoscopy and an injection of the bleeding ulcer site and it did stop. He was diagnosed with acute blood loss anemia, paroxysmal atrial fibrillation, GI bleeding and acute renal failure, stage 2. He was advised follow-up with Dr. Peter Dunphy in 5 days. He was ordered to have a CBC and BMP done then. The patient was on Xarelto for anticoagulation, but was stopped.]</span>

Stern Law, PLLC

2:18-cv-03836

Medical Records-Failure to provide any Medical Records demonstrating alleged injury

Sindhu
Sindhu S. Daniel
Shareholder
214.521.3605 main
sdaniel@baronbudd.com <mailto:sdaniel@baronbudd.com%0dwww.baronandbudd.com>
www.baronandbudd.com <mailto:sdaniel@baronbudd.com%0dwww.baronandbudd.com>
Dallas | Austin | Baton Rouge | New Orleans | Los Angeles
San Diego | New Jersey | New York | Washington, D.C.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

**Lynda G. DeFrain**
Paralegal

## Stern Law, PLLC

41850 W. Eleven Mile Rd., Suite 121
Novi, MI 48375
Direct Line: (248) 662-2174
Main Office: (248) 347-7300
Toll-Free: (800) 692-4453
Fax: (248)305-3250
Email: lynda@sternlawonline.com
Website: http://www.yourlegaljustice.com | http://www.thecplawyer.com