# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Frances Edgerly v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-09278**

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES counsel for Plaintiff, Frances Edgerly, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff's personal representative no longer wishes to pursue this case.

                                                Respectfully submitted,

                                                <u>s/ Kori Westbrook</u>
                                                Kori Westbrook
                                                JOHNSON LAW GROUP
                                                2925 Richmond Avenue, Suite 1700
                                                Houston, Texas 77098
                                                (713) 626-9336
                                                (713) 583-9460 (facsimile)
                                                kwestbrook@johnsonlawgroup.com
                                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                      */s/ Kori Westbrook*
                                                      Attorney for Plaintiff