# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Frances Edgerly v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-09278**

## PROPOSED ORDER

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the Motion for Voluntary Dismissal With Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

Signed New Orleans, Louisiana this _____ day of _____, 2018.


Date: September 07, 2018

                                                          Respectfully submitted,


                                                          Respectfully submitted,

                                                          <u>s/ Kori Westbrook</u>
                                                          Kori Westbrook
                                                          JOHNSON LAW GROUP
                                                          2925 Richmond Avenue, Suite 1700
                                                          Houston, Texas 77098
                                                          (713) 626-9336
                                                          (713) 583-9460 (facsimile)
                                                          kwestbrook@johnsonlawgroup.com
                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          */s/ Kori Westbrook*
                                                          Attorney for Plaintiff