UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

LOLA KNUTZEN,

                  Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY,
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and BAYER AG,

                  Defendants.

MDL NO. 2592

CIVIL ACTION FILE NO. 2:17-CV-4114

JUDGE: ELDON E. FALLON

## CONSENT MOTION AND ORDER TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel comes Plaintiff, Lola Knutzen, who

moves this Court to allow David K. May (Georgia Bar No. 478948) to be enrolled as additional

counsel of record for Plaintiff, Lola Knutzen.  Plaintiff's counsel, William Rivera, Esq. and

Dianna Albini, Esq., filed the Complaint on behalf of Plaintiff, and said counsel now consents to

the enrollment of David K. May, Esq., who has also been employed as counsel by Plaintiff, as

additional counsel of record in this pending lawsuit.

Wherefore, the undersigned respectfully requests that this Court execute and enter the

attached proposed Order enrolling David K. May, Esq. as additional counsel of record for

Plaintiff Lola Knutzen.

This the 7th day of September, 2018.

**PRINCENTHAL & MAY LLC**
By: /s/David K. May
750 Hammond Dr.
Building 12, Suite 200
Sandy Springs, GA 30328
Tel: (678) 534-1980
david@princemay.com

**JOHNSTON LAW GROUP**
By: /s/ William Rivera
649 Mission Street
5th Floor
San Francisco, CA 94105
Tel: (844) 464-0062
William@masstortslaw.com

**Attorneys for Plaintiffs**

## Certificate Of Service

I hereby certify that a copy of the foregoing Consent Motion and Order to Enroll as Additional

Counsel for Plaintiff Lola Knutzen was this date electronically filed with the Clerk of Court

using the Court's CM/ECF system. Notice of this filing will be sent to Mr. James B. Irwin,

Liaison Counsel for Defendants, by operation of the of the Court's electronic system. In addition,

I hereby certify that a true and correct copy was also served by email and served via the Court's

Electronic Filing System on September 7, 2018 on the following counsel of record:

| *Plaintiffs Liaison Counsel* | *Counsel for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC* |
|---|---|
| Michael M. Weinkowitz, Esquire<br>Levin Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>*mweinkowitz@lfsblaw.com*<br><br>Daniel N. Gallucci, Esquire<br>NastLaw LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>*dgallucci@nastlaw.com*<br><br>Laura Feldman, Esquire<br>Feldman & Pinto, PC<br>6706 Springbank Street<br>Philadelphia, PA 19119<br>*lfeldman@feldmanpinto.com* | David F. Abernethy, Esquire<br>Chanda A. Miller, Esquire<br>Molly E. Flynn, Esquire<br>Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>*david.abernethy@dbr.com*<br>*chanda.miller@dbr.com*<br>*molly.flynn@dbr.com* |

This 7th day of September, 2018.

David K. May (#GA478948)
Princenthal & May, LLC
750 Hammond Drive
Building 12, Ste 200
Sandy Springs, GA 30328
Telephone: (678) 534-1980
Facsimile: (404) 806-0624