# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Lola Knutzen
**PLAINTIFF(S)**

**CIVIL ACTION**

**VERSUS**

No. 2:17-cv-4114

SECTION: _____

Janssen Research & Development, et al.
**DEFENDANT(S)**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion _Consent Motion and Order to Enroll as Additional Counsel of Record_ is hereby set for submission before District Judge/Magistrate Judge Eldon E. Fallon on September 26, 2018 at 9:00 a.m.

_(Signature)_

David K. May
(Name)

750 Hammond Drive, Bld 12, Ste 200
(Address)

Sandy Springs, GA 30328
(City)     (State)   (Zip)

(678) 534-1980
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 7th day of September, 2018.

_(SIGNATURE)_