UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

LOLA KNUTZEN                                              MDL NO. 2592

v.                                                        CIVIL ACTION NO. 2:17-CV-4114

JANSSEN RESEARCH &
DEVELOPMENT, ET AL.


ORDER

Upon consideration of the foregoing Motion to Enroll as Additional Counsel, **IT IS ORDERED** that the name of David K. May, Esq. be entered into the record of this Court as additional counsel for Plaintiff, Lola Knutzen, in the above entitled and numbered cause.


This _____ day of _____, 2018.

_____
THE HONORABLE ELDON FALLON
UNITED STATES DISTRICT JUDGE