UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL : | |
| CASES ON ATTACHED EXHIBIT A : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**ORDER ON MOTION FOR LEAVE TO SUBMIT AMENDED
EXHIBIT A TO ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED
TO SERVE A PLAINTIFF FACT SHEET (DOC. 10793)**

Considering the foregoing *Ex Parte* Motion for Leave to Submit Amended Exhibit A to Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet, filed by Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants"), with the consent of counsel for Plaintiffs;

It is ORDERED that said Motion is GRANTED, and the attached Amended Exhibit A will be attached to the Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. (Rec. Doc. 10793).

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge