UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
                              :
                              :   SECTION L
                              :   JUDGE ELDON E. FALLON
                              :   MAGISTRATE JUDGE NORTH
                              :
_____:

**THIS DOCUMENT RELATES TO:**

Paula Arterbridge Williams
Civil Action No.: 2:17-cv-11352

### PLAINTIFF PAULA ARTERBRIDGE WILLIAMS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Paula Arterbridge Williams, in the above-referenced action, and by and through her counsel of record hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff Paula Arterbridge Williams hereby requests that her claims against all Defendants in this action be voluntarily dismissed, WITHOUT prejudice.

1

Dated: This 10th day of September, 2018.

          Respectfully submitted,

          /s/ Michael G. Guajardo

MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
12221 Merit Drive, Suite 945
Dallas, Texas 75251
Phone: (972) 774-9800
Fax: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion to Voluntarily Dismiss With Prejudice has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 10th day of September, 2018.

Respectfully submitted,

 /s/ Michael G. Guajardo
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
12221 Merit Drive, Suite 945
Dallas, Texas 75251
Phone: (972) 774-9800
Fax: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

*Attorneys for Plaintiff*