UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                :
                                :   SECTION L
                                :   JUDGE ELDON E. FALLON
                                :   MAGISTRATE JUDGE NORTH
                                :
_____:

**THIS DOCUMENT RELATES TO:**

Paula Arterbridge Williams
Civil Action No.: 2:17-cv-11352

# ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all Defendants in Paula Arterbridge Williams v. Janssen Research & Development LLC, et al. 2:17-cv-11352 are hereby voluntarily DISMISSED, without prejudice.

Signed, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1