**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| THOMAS J. HANCOCK AND | : | |
| KAREN R. HANCOCK, WIFE | : | |
| | : | |
| | : | |
| Plaintiffs | : | **JUDGE ELDON E. FALLON** |
| | : | |
| v. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC F/K/A JOHNSON AND JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | **Civil Action No.: 2:15-cv-6289** |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | |
| F/K/A ORTHO-MCNEIL-JANSSEN | : | |
| PHARMACEUTICALS, INC., JOHNSON | : | |
| AND JOHNSON, COMPANY, BAYER | : | **STIPULATION OF DISMISSAL** |
| HEALTHCARE PHARMACEUTICALS, INC., | : | **WITH PREJUDICE AS TO THE** |
| BAYER PHARMA AG, BAYER | : | **CLAIMS OF PLAINTIFF** |
| CORPORATION, BAYER HEALTHCARE | : | **KAREN R. HANCOCK** |
| LLC, BAYER HEALTHCARE AG, AND | : | |
| BAYER AG | : | |
| | : | |
| | : | |
| Defendants | : | |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Karen R. Hancock, including but not limited to the loss of consortium count, in the above-captioned case be dismissed with prejudice.  This stipulation shall not affect the claims of Plaintiff Thomas J. Hancock.  All parties shall bear their own fees and costs.

**MOTLEY RICE LLC**

By: /s/ Carmen S. Scott
Carmen S. Scott
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
cscott@motleyrice.com

Attorneys for Plaintiffs
Dated: September 10, 2018

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Janssen Ortho LLC, and Johnson & Johnson
Dated: September 10, 2018

**ARNOLD & PORTER KAYE
SCHOLER LLP**

By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: September 10, 2018

**CHAFFE McCALL L.L.P.**

By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: September 10, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 10, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde