UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Robinson v. Janssen et al; 2:14-cv-2904*
*Fluitt v. Janssen et al; 2:15-cv-05874*

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL 2592

Plaintiffs, Ronald Robinson and Ashlie Fluitt, hereby adopt the response filed by John Goodwin (Document 10682), and join in the request to consolidate Robinson (2:14-cv-2904) and Fluitt (2:15-cv-05874) into the John Goodwin docket, "*John Goodwin individually and on behalf of Hattie Goodwin v. Janssen Research & Development, LLC, et al, Case No. 2:15-cv-00508*".

Respectfully submitted,

By: */s/ Elwood Stevens*
ELWOOD C. STEVENS, JR. (La. Bar No. 12,459)
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337) 233-3033
Telefax: (337) 232-8213
Email: elwoods@wrightroy.com
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing *Plaintiff's Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Filed Duplicate Cases in MDL No. 2592* has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

      This the 10th day of September, 2018.

                                                      *s/ Elwood C. Stevens, Jr.*

                                                      ELWOOD C. STEVENS, JR.