UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Hill v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-08415**

### PLAINTIFF AVIANCE D. HILL'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Aviance D. Hill, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Aviance D. Hill contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in June of 2017.

2. The Complaint in this matter was filed on August 29, 2017, while record requests from some healthcare providers were still pending. Proof of Xarelto usage was already established, and records allegedly proving injuries would soon follow.

3. To date, the records counsel has been able to obtain have not contained evidence of alleged injuries. Counsel has exhausted its resources to obtain the documentation and information necessary to resolve the Plaintiff Fact Sheet deficiencies. Despite previously being in contact with Plaintiffs, undersigned counsel has attempted to communicate with the Plaintiffs regarding the need to provide documentation and information to no avail.

1

4. Despite the best efforts of these Plaintiff's counsel, counsel has been unable to provide the items necessary to resolve the deficiencies, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

September 10, 2018

Respectfully submitted,
By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Barrett Beasley
Barrett Beasley