UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

*JAY BENDER v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:17-cv-12762

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANT BAYER PHARMA AG

COMES NOW, Plaintiff, James Lyons, as the Administrator of the Estate of decedent Michael Lyons, by and through his undersigned counsel of record, respectfully moves the Court for an order for an extension of time within which to serve Defendant Bayer Pharma AG. In support of this Motion, Plaintiff submits his contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated: September 10, 2018          Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By:   */s/ Michael Kruse*
       Michael S. Kruse
       10 S. Broadway, Suite 1125
       St. Louis, MO  63102
       314-241-1919 phone
       314-665-3017 fax
       kruse@ngklawfirm.com
       *Attorneys for Plaintiffs*