**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE NORTH |

******************************************

THIS DOCUMENT RELATES TO:

*JAY BENDER v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:17-cv-12762

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, October 24, 2018, at 9:00 a.m., Plaintiff, Jay Bender's Motion For An Extension Of Time Within Which To Serve Defendant Bayer Pharma AG, will be presented to the Court for ruling without the necessity of an oral hearing.

Dated: September 10, 2018               Respectfully submitted,

                                       **NIEMEYER, GREBEL & KRUSE, LLC**

                    By:    */s/ Michael Kruse*
                           Michael S. Kruse
                           Mark R. Niemeyer
                           10 S. Broadway, Suite 1125
                           St. Louis, MO 63102
                           314-241-1919 phone
                           314-665-3017 fax
                           kruse@ngklawfirm.com
                           niemeyer@ngklawfirm.com

                           *Attorneys for Plaintiffs*