**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| 1/10/2018 |
| Request ID # |
| 0235606449 |

| Ship to: |
|---|

JESSICA LOBITZ
MEDICAL ELITE LLC
1175 ADKINS RD
STE 300
HOUSTON, TX 77055-7413

**Requested By:** MEDICAL ELITE LLC
**Patient Name:** MCKNIGHT KATHERINE
**DOB:** 060965

| Records from: |
|---|

ADENA REGIONAL MEDICAL CENTER
272 HOSPITAL RD
CHILLICOTHE, OH 45601

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

**Received by**
From:713 914 0162

JAN 0 9 2018

**Ciox Health**

RECEIVED   01/08/2018 05:34PM
01/08/2018 15:34        #248 P.001/006



**MEL**
*MEDICAL ELITE, LLC*

8/B

1175 Adkins Rd. Ste. 300
Houston, TX 77055
Tel: (713)914-0112
Fax: (713)914-0162
info@medicolelitelic.com

Z260383

**Records Request**

**(SBXarelto)**

**STAT**

1/8/2018

**Adena Regional Medical Center - OH**
**272 Hospital Road**
**Chillicothe, OH 45601**

**Attn: ROI/ Medical Records**

**Fax#: 740-779-7769**

WE ARE TRANSMITTING **7** PAGES INCLUDING THIS PAGE

From:   Jessica Lobitz, RN                    **PT**

Re:      Patient:  McKnight, Katherine
          DOB:      06/09/1965   DOD: 08/31/2016
          DOS:       12/01/2014 - 2/28/2014

          H&P; Face Sheet; Consultations; Operative Reports; Discharge summaries; Blood transfusion;
          Labs (CBC& PT/INR); ER visits; M.A.R.  PLEASE DO NOT include Nurse's Notes

To Whom It May Concern,

It's our understanding that the aforementioned patient was seen at your facility. Please release
medical records as requested (the above- mentioned scope) to our office (MEL) via facsimile to (713)
914-0162 as soon as possible. We have an account with Healthportconnect, MRO and IOD for electronic
processing when applicable. CD format is preferable option for voluminous records.

I have enclosed an executed HIPAA, Letter of Representation, Qualified Protective Order, and Notice of No
Records (NNR). Please contact our office immediately if you are unable to locate any records for this
patient. Please complete the NNR statement (when applicable) and forward to our office.

**If cost associated with this request is over $100.00, please forward an invoice to our office immediately**
**for preapproval and payment.**

This is an urgent matter. Your immediate attention would be greatly appreciated.

Should you have any questions please contact our office.

Thank you.

Jessica Lobitz, RN

**Copied by**

JAN 0 9 2018   KH

**CIOX HEALTH**

**CONFIDENTIAL STATEMENT:** This fax is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally
privileged. This fax and any documents attached may contain confidential information belonging to the sender which is protected by the
attorney-client work product and/or other privileges. The information is intended only for the use of the individuals or entities named above. If
you are not the intended recipient, be advised that you have received this fax in error and that any use, dissemination, forwarding, printing, or
copying of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us at 713-914-0112. Thank you.

174209884

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

| Individual's Name: Katherine McKnight | | | Individual's Date of Birth: 6/9/1965 |
|---|---|---|---|
| Street Address: 36070 Clark Road Ray, OH 45672 | | | Individual's Social Security Number: 5279 |
| City: | State: | Zip: | Phone: 630-344-7194 |

I hereby authorize_____**Adena Regional Medical Center - OH**_____
to disclose the above named individual's health information as described below to my attorneys/representative, **Salim-Beasley, LLC, 1901 Texas Street, Natchitoches, LA 71457** and/or **Medical Elite, LLC, 1175 Adkins Rd, Ste 300, Houston, TX 77055**

Disclose the following PHI for treatment dates ___**12/01/2014**___ to ___**2/28/2014**___

| | | | |
|---|---|---|---|
| ☐ Abstract/Pertinent | ☒ History & Physical | ☒ Discharge Summary | ☒ Consult |
| ☒ Operative Report | ☐ Progress Notes | ☐ Physician Orders | ☐ Nurses Notes |
| ☒ ER Report | ☒ Lab | ☐ X-ray films / reports | ☐ Entire Chart |
| ☒ M.A.R. | ☐ Pharmacy | ☐ Subrogation Information (Lien) | ☐ Billing (Itemized Statements) |

Other Specified: **Face Sheet; Blood transfusion; Labs (CBC & PT/INR)**

The above information is disclosed for the following purposes:

☐ Medical Care     ☒ Legal     ☐ Insurance     ☐ Personal     ☐ Other _____

_Initials_ I acknowledge, and hereby consent to such, that the released information may contain information relating to sexually transmitted disease, Human Immunodeficiency Virus (HIV Infection, Acquired Immune Deficiency Syndrome or AIDS Related Complex) and any other communicable disease. It may also include information about behavioral or mental health services, and referral and/or treatment for alcohol and drug abuse (as permitted by 42 CFR Part 2) as well as genetic information.

- I understand that if I give permission, I have the right to change my mind and revoke this authorization in writing to: Salim-Beasley, LLC, 1901 Texas Street, Natchitoches, LA 71457 and/or the above named entity. I also understand that any uses or disclosure already made with my permission cannot be taken back.

- If this authorization is needed as a condition to obtain health care coverage and I revoke it, then I understand that the above person/organization who would have received the information may have the right to contest health care coverage claims.

- Unless otherwise revoked, this authorization will expire on the following date, event of condition. (If I fail to specify an expiration date, event or condition, this authorization will expire one (1) year from the signature date.) Date, Event or Condition: _____

- I understand that authorizing the disclosure of this health information in voluntary. I also understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability obtain treatment, payment for services, or eligibility for benefits unless the information is necessary to demonstrate that I meet eligibility or enrollment criteria.

- I understand that once the health information I have authorized to be disclosed reached the noted recipient, that person or organization may redisclose it, at which time it may no longer be protected under Privacy laws. I further understand that I may request a copy of this signed Authorization.

_**I have read the above and authorize the disclosure of the protected health information as stated.**_

DocuSigned by:

Signature of Patient/Legal Representative _____          1/8/2018
                                                                    Date

If signed by legal representative, relationship to patient: _____**Sister**_____

Any facsimile, copy or photocopy of this authorization shall authorize you to release the records requested herein.

#248  P.003/006

01/08/2018  05:34PM
01/08/2018  15:35

RECEIVED

From:713 914 0162



# SALIM-BEASLEY *LLC*

### ATTORNEYS AT LAW

1908 Texas Street
Natchitoches, LA 71457
Toll-Free: 1-800-491-1817
Facsimile: (318) 354-1227
www.salim-beasley.com

Robert L. Salim
Barton Hensley*
Lisa Causey-Streete**
*Also admitted in Oklahoma
**Also admitted in Texas

Date: 1/8/2018

Patient: McKnight, Katherine

Facility: Adena Regional Medical Center - OH

Dear Custodian:

Please be advised that Medical Elite, LCC (MEL) has been commissioned by **Salim & Beasley, LLC** as our agent and/or representative to obtain records for our client. **MEL** will obtain, at our instruction, personal information, including, but not limited to, medical and billing records, regarding the aforementioned patient.

Please release the requested information at your earliest possible convenience.

Thank you for your anticipated cooperation in this important matter.

Sincerely,

Salim-Beasley, TLC

Attorney for the Patient

---

} Filed 09/11/17   Page 1 of 3

ICT COURT
T OF LOUISIANA

NO.: 2592 - R. Doc. 7545

TION L

GE ELDON E. FALLON

, JUDGE NORTH

*LLC, et al*

E ORDER

f Civil Procedure and 45 C.F.R. §

ce of a qualified protective order and

authorized to receive, subpoena and

intiff, Katherine McKnight, Deceased,

.

ar, "protected health information" shall

45 C.F.R. § 160.103 and 164.501.

ted to, health information, including

, present, or future physical or mental

i individual, or (c) the payment for care

or which reasonably could be expected

R. § 160.13) are hereby authorized to

disclose protected health information pertaining to Plaintiff to attorneys representing the Plaintiff and Defendant in the above-captioned litigation.

4. The parties and their attorneys shall be permitted to use or disclose the protected health information of Plaintiff for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process.

5. Prior to disclosing Plaintiff's protected health information to persons involved in this litigation, counsel shall inform each such person that Plaintiff's protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving Plaintiff's protected health information do not use or disclose such information for any purpose other than this litigation.

6. Within 45 days after the conclusion of the litigation including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return Plaintiff's protected health information to the covered entity or destroy any and all copies of protected health information pertaining to Plaintiff, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

7. This Order does not control or limit the use of protected health information pertaining to Plaintiff that comes into the possession of the parties or their attorneys from a source other than a "covered entity," as that term is defined in 45 C.F.R. § 160.103.

8. Nothing in this Order authorized counsel for the Defendants to obtain medical records or information through means other than formal discovery requests, subpoenas,

depositions, pursuant to a patient authorization, or other lawful process.

     9. This Order does not authorize either party to seal court filings or court proceedings. The Court will make a good cause determination for filing under seal if and when the parties seek to file Plaintiff's protected health information under seal.

This 11th day of September, 2017

Hon. Eldon E. Fallon
United States District Court Judge

3

# EXHIBIT A

Case 2:14-md-02592-EEF-MBN   Document 10849-1   Filed 09/10/18   Page 8 of 22

# NOTIFICATION OF NO RECORDS

## (Check appropriate response)

Name of Medical Facility/Provider/Pharmacy: _____

Address: _____

Patient Name: _____ DOB: _____

**There are no records in our possession due to:**

☐ Records have been destroyed ☐ We have a retention period of_____

☐ We have no record of a person by this name or DOB ever being seen at this facility.

☐ Records are held at our sister facility. Please order from:
_____

☐ There are no records for the date of service (_____) as requested. Please provide a different date of service.

☐ Other (Please explain): _____
_____

Print name: _____    Title: _____

Signature: _____    Date: _____

**\*Please make sure to sign and date the notification. Notarization not required.\***



**Health Systems**
Medical Records Dept.
272 Hospital Road
Chillicothe, OH 45601
Phone: (740) 779-7640 #1
Fax: (740) 779-7769

Date: _____ 1·9·18 _____

Patient Name: _____ Katherine McKnight _____ DOB _____ 6·9·65 _____

Adena Facility: _____ ARMC _____

### We are unable to comply with your request for medical information for the following reason(s):

— We need more information to identify this patient. Please give us additional information:
  - o  Patient Full Name _____ DOB _____ Last 4 of Soc. Sec.#_____
  - o  Maiden name/Other name_____
  - o  Date(s) of service _____

— An original signed authorization is needed by the patient or legal guardian if the patient is a minor. If a legal guardian signs we will need documented proof.  If the patient is deceased, only the executor of the estate, person named on the death certificate, or guardian appointed by a judge may obtain medical records.

— The authorization must be dated at the time of or after the hospitalization/treatment. We cannot give records past the date of the signed authorization.  Please up-date authorization and resubmit.

— The authorization must contain two identifiers such as the patients name and DOB.

— Need copy of Medical Power of Attorney if the patient is incapacitated.  Please resubmit authorization.

— Authorization not dated and /or not signed. Please correct and resubmit authorization.

— The authorization must be dated within one year.

— We need special authorization to release information and have attached it with this letter. The authorization must state if the patient allows or denies the release of sensitive information. (Such as HIV/AIDS, Drug/Alcohol abuse, and mental health.)

— The record is incomplete; we will send the requested information as soon as it is available.

— No records for date(s) of service you requested.     DOS Researched _____ to _____

— No records found for this patient.

— Request must be addressed to the correct clinic.

— Third party representation letter not included.

— This request cannot be completed by fax. Please resubmit your request and include a mailing address.

√ Other: Patient is expired. Need copy of death certificate and a signed authorization from the informant listed on the death certificate.

Thank you,

*Keri Howard*

Release of Information Specialist



**Health Systems**
Medical Records Dept.
272 Hospital Road
Chillicothe, OH 45601
Phone: (740) 779-7640 #1
Fax: (740) 779-7769

Date: ___1·9·18___

Patient Name: ___Katherine McKnight___ DOB ___6·9·65___

Adena Facility: ___ARMC___

**We are unable to comply with your request for medical information for the following reason(s):**

— We need more information to identify this patient. Please give us additional information:
  - o   Patient Full Name _____ DOB _____ Last 4 of Soc. Sec.#_____
  - o   Maiden name/Other name_____
  - o   Date(s) of service _____

— An original signed authorization is needed by the patient or legal guardian if the patient is a minor. If a legal guardian signs we will need documented proof. If the patient is deceased, only the executor of the estate, person named on the death certificate, or guardian appointed by a judge may obtain medical records.

— The authorization must be dated at the time of or after the hospitalization/treatment. We cannot give records past the date of the signed authorization. Please up-date authorization and resubmit.

— The authorization must contain two identifiers such as the patients name and DOB.

— Need copy of Medical Power of Attorney if the patient is incapacitated. Please resubmit authorization.

— Authorization not dated and /or not signed. Please correct and resubmit authorization.

— The authorization must be dated within one year.

— We need special authorization to release information and have attached it with this letter. The authorization must state if the patient allows or denies the release of sensitive information. (Such as HIV/AIDS, Drug/Alcohol abuse, and mental health.)

— The record is incomplete; we will send the requested information as soon as it is available.

— No records for date(s) of service you requested.   DOS Researched _____ to _____

— No records found for this patient.

— Request must be addressed to the correct clinic.

— Third party representation letter not included.

— This request cannot be completed by fax. Please resubmit your request and include a mailing address.

√ Other: Patient is expired. Need copy of death certificate and a signed authorization from the informant listed on the death certificate.

Thank you,

*Keri Howard*

Release of Information Specialist

**Authorization:  Release of Information Form**

- Administrative Use Only – Driver's license number:



Patient Name: _____     Date of Birth: _____

Telephone Number: _____     Social Security #: _____

Address: _____

I authorize the use or disclosure of the above named individual's health information as described below:

☐ Adena Health System – including all locations     ☐ Adena Regional Medical Center   ☐ Adena Pike Medical Center
☐ Adena Greenfield Medical Center     ☐ Adena Retail Pharmacy       ☐ Adena Medical Group
                                                                    Provider: _____

To:   _____ Release records to     _____ Obtain records from     _____ Exchange verbal information with

Name: _____

Address: _____

Dates of Service to Release – From: _____   To: _____
*[Reports must have been generated prior to the signing of this authorization.]*

_____ History & Physical          _____ All Test Results          _____ Clinic Notes
_____ Discharge Summary           _____ X-ray / Imaging CD         _____ Entire Record
_____ Operative / Procedure Report _____ X-ray / Imaging Report    _____ Other
_____ Consultations               _____ Emergency Room Report      _____
_____ Drug / Alcohol Treatment (Abuse)  _____ Psychotherapy (requires approval by psychotherapist)
_____ HIV Testing, HIV Test Results, Diagnosis of HIV, AIDS, ARC or other AIDS related disease

Purpose of Disclosure: _____ Continuation of Medical Care   _____ Insurance     _____ Disability     _____ Personal
_____ Legal Reasons (including trial preparation and court testimony)

### I understand the following:

☑ That authorizing the use or disclosure of the information identified above is voluntary and that I need not sign this form to ensure healthcare treatment.
☑ That once the above information is disclosed, it may be re-disclosed by the recipient and federal privacy laws or regulations may not protect the information.
☑ That unless specified differently, this authorization will expire (date or event) _____ or if I fail to specify, this authorization will expire *one year* from the date of the signature.
☑ That I have the right to revoke this authorization at any time and that I must do so in writing and present my written revocation to the Medical Records Department.  I understand that the revocation will not apply to information that has been released in good faith prior to receipt of written revocation.  I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
☑ That record copies will be released in paper format unless requested as electronic by initialing here _____.  Please provide email for such: _____.
☑ *That with the exception of records being copied for continuity of care, for insurance company or other third party reimbursement, there WILL be a charge for copies of records in accordance with Ohio Law.*

_____ / _____        _____ / _____
Signature of patient or patient's representative    Time / Date       Signature of witness          Time / Date

_____        _____
Printed name of patient or representative           Printed name of witness

If signed by patient's representative, relationship to patient: _____
If patient representative, provide documentation or explanation of your authority to act for the patient.  (Attach copy).

                                                                    Revised 12-21-2017

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
| :---: |
| **3/15/2018** |
| Request ID # |
| **0240486296** |

| Ship to: |
| :--- |

MEDICAL ELITE LLC
MEDICAL ELITE LLC
1175 ADKINS RD
STE 300
HOUSTON, TX 77055-7413

**Requested By:** MEDICAL ELITE LLC
**Patient Name:** MCKNIGHT KATHERINE
**DOB:** 060965

| Records from: |
| :--- |

ADENA REGIONAL MEDICAL CENTER
272 HOSPITAL RD
CHILLICOTHE, OH 45601-9031

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

Received by 914 0162

MAR 1 4 2018

Ciox Health



**MEL**
*MEDICAL ELITE, LLC*

1175 Adkins Rd. Ste. 300
Houston, TX 77055
Tel: (713)914-0112
Fax: (713)914-0162
info@medicalelitellc.com

Ƶ 260383

**STAT**

**Records Request**

**(SBXarelto)**

1/8/2018; 1/23/2018; 3/9/2018; 3/12/18 Resubmission

**Adena Regional Medical Center - OH**
**272 Hospital Road**
**Chillicothe, OH 45601**

**Attn: ROI/ Medical Records - Carla**

**Fax#: 740-779-7769**

WE ARE TRANSMITTING     PAGES INCLUDING THIS PAGE

From:  Jessica Lobitz, RN

Re:     Patient:   McKnight, Katherine
          DOB:      06/09/1965   DOD: 08/31/2016
          DOS:      12/01/2014 - 2/28/2015

          H&P; Face Sheet; Consultations; Operative Reports; Discharge summaries; Blood transfusion;
          Labs (CBC& PT/INR); ER visits; M.A.R.  PLEASE DO NOT include Nurse's Notes

To Whom It May Concern,

It's our understanding that the aforementioned patient was seen at your facility. Please release
medical records as requested (the above- mentioned scope) to our office (MEL) via facsimile to (713)
914-0162 as soon as possible. We have an account with Healthportconnect, MRO and IOD for electronic
processing when applicable. CD format is preferable option for voluminous records.

I have enclosed an executed HIPAA, Letter of Representation, **Qualified Protective Order**, and Notice of No
Records (NNR). Please contact our office immediately if you are unable to locate any records for this
patient. Please complete the NNR statement (when applicable) and forward to our office.

<u>If cost associated with this request is over $100.00, please forward an invoice to our office immediately
for preapproval and payment.</u>

This is an urgent matter. Your immediate attention would be greatly appreciated.

Should you have any questions please contact our office.

Thank you.

Jessica Lobitz, RN

Copied by  KH

MAR 1 4 2018

CIOX HEALTH

**CONFIDENTIAL STATEMENT:** This fax is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally
privileged. This fax and any documents attached may contain confidential information belonging to the sender which is protected by the
attorney-client work product and/or other privileges. The information is intended only for the use of the individuals or entities named above. If
you are not the intended recipient, be advised that you have received this fax in error and that any use, dissemination, forwarding, printing, or
copying of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us at 713-914-0112. Thank you.

From:713 914 0162                                                    03/13/2018 08:27      #272 P.002/007

DocuSign Envelope ID: 53C3E190-BFDF-4350-BB69-170ED22EEFB0

# AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

| Individual's Name:<br>Katherine<br>McKnight | | | Individual's Date of Birth:<br>6/9/1965 |
|---|---|---|---|
| Street Address:<br>36070 Clark Road Ray, OH 45672 | | | Individual's Social<br>Security Number:  5279 |
| City: | State: | Zip: | Phone: |

I hereby authorize _____ **Adena Regional Medical Center - OH** _____

to disclose the above named individual's health information as described below to my attorneys/representative, **Salim-Beasley, LLC, 1901 Texas Street, Natchitoches, LA 71457** and/or **Medical Elite, LLC, 1175 Adkins Rd, Ste 300, Houston, TX 77055**

Disclose the following PHI for treatment dates _____ **12/01/2014** _____ to _____ **2/28/2015** _____

| | | | |
|---|---|---|---|
| ☐ Abstract/Pertinent | ☒ History & Physical | ☒ Discharge Summary | ☒ Consult |
| ☒ Operative Report | ☐ Progress Notes | ☐ Physician Orders | ☐ Nurses Notes |
| ☒ ER Report | ☒ Lab **(CBC& PT/INR)** | ☐ X-ray films / reports | ☐ Entire Chart |
| ☒ M.A.R. | ☐ Pharmacy | ☐ Subrogation Information (Lien) | ☐ Billing (Itemized Statements) |

Other Specified: **Face Sheet;  Blood transfusion** _____

The above information is disclosed for the following purposes:

☐ Medical Care        ☒ Legal        ☐ Insurance   ☐ Personal   ☐ Other _____

Initials    I acknowledge, and hereby consent to such, that the released information may contain information relating to sexually transmitted disease, Human Immunodeficiency Virus (HIV Infection, Acquired Immune Deficiency Syndrome or AIDS Related Complex) and any other communicable disease. It may also include information about behavioral or mental health services, and referral and/or treatment for alcohol and drug abuse (as permitted by 42 CFR Part 2) as well as genetic information.

- I understand that if I give permission, I have the right to change my mind and revoke this authorization in writing to: Salim-Beasley, LLC, 1901 Texas Street, Natchitoches, LA 71457 and/or the above named entity. I also understand that any uses or disclosure already made with my permission cannot be taken back.

- If this authorization is needed as a condition to obtain health care coverage and I revoke it, then I understand that the above person/organization who would have received the information may have the right to contest health care coverage claims.

- Unless otherwise revoked, this authorization will expire on the following date, event of condition. (If I fail to specify an expiration date, event or condition, this authorization will expire one (1) year from the signature date.) Date, Event or Condition: _____

- I understand that authorizing the disclosure of this health information in voluntary. I also understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability obtain treatment, payment for services, or eligibility for benefits unless the information is necessary to demonstrate that I meet eligibility or enrollment criteria.

- I understand that once the health information I have authorized to be disclosed reached the noted recipient, that person or organization may redisclose it, at which time it may no longer be protected under Privacy laws. I further understand that I may request a copy of this signed Authorization.

*I have read the above and authorize the disclosure of the protected health information as stated.*

—DocuSigned by:
Signature of Patient or Legal Representative                                          03/01/2018
698B8603A7CE4D8...                                                                        Date

If signed by legal representative, relationship to patient: _____ Sister _____

Any facsimile, copy or photocopy of this authorization shall authorize you to release the records requested herein.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) )  MDL NO.: 2592 - R. Doc. 7545
PRODUCTS LIABILITY LITIGATION )
           )  SECTION L
           )
           )  JUDGE ELDON E. FALLON
           )
           )  MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
***Zimmerman, et al v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:17-cv-05477**

## QUALIFIED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the federal Rules of Civil Procedure and 45 C.F.R. § 164.512(e)(1), the Court finds good cause for the issuance of a qualified protective order and ORDERS as follows:

1. The parties and their attorneys are hereby authorized to receive, subpoena and transmit "protected health information" pertaining to Plaintiff, Katherine McKnight, Deceased, to the extent and subject to the conditions outlined herein.

2. For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. § 160.103 and 164.501. Protected health information includes, but is not limited to, health information, including demographic information, relating to either (a) the past, present, or future physical or mental condition of an individual, (b) the provision of care to an individual, or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 C.F.R. § 160.13) are hereby authorized to

From:713 914 0162

RECEIVED  03/13/2018 10:26AM
          03/13/2018 08:28        #272 P.004/007

disclose protected health information pertaining to Plaintiff to attorneys representing the Plaintiff and Defendant in the above-captioned litigation.

4. The parties and their attorneys shall be permitted to use or disclose the protected health information of Plaintiff for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process.

5. Prior to disclosing Plaintiff's protected health information to persons involved in this litigation, counsel shall inform each such person that Plaintiff's protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving Plaintiff's protected health information do not use or disclose such information for any purpose other than this litigation.

6. Within 45 days after the conclusion of the litigation including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return Plaintiff's protected health information to the covered entity or destroy any and all copies of protected health information pertaining to Plaintiff, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

7. This Order does not control or limit the use of protected health information pertaining to Plaintiff that comes into the possession of the parties or their attorneys from a source other than a "covered entity," as that term is defined in 45 C.F.R. § 160.103.

8. Nothing in this Order authorized counsel for the Defendants to obtain medical records or information through means other than formal discovery requests, subpoenas,

2

depositions, pursuant to a patient authorization, or other lawful process.

9. This Order does not authorize either party to seal court filings or court proceedings. The Court will make a good cause determination for filing under seal if and when the parties seek to file Plaintiff's protected health information under seal.

This 11th day of September, 2017

Hon. Eldon E. Fallon
United States District Court Judge

3



# SALIM-BEASLEY *LLC*

## ATTORNEYS AT LAW

1901 Texas Street
Natchitoches, LA 71457
Toll-Free: 1-800-491-1817
Facsimile: (318) 354-1227
www.salim-beasley.com

Robert L. Salim
Barrett Beasley*
Lisa Causey-Streete**
*Also admitted in California
**Also admitted in Texas

**Date: 1/8/2018**

**Patient: McKnight, Katherine**

**Facility: Adena Regional Medical Center - OH**

**Dear Custodian:**

Please be advised that **Medical Elite, LCC (MEL)** has been commissioned by **Salim & Beasley, LLC** as our agent and/or representative to obtain records for our client. **MEL** will obtain, at our instruction, personal information, including, but not limited to, medical and billing records, regarding the aforementioned patient.

Please release the requested information at your earliest possible convenience.

Thank you for your anticipated cooperation in this important matter.

Sincerely,

Salim-Beasley, LLC
Attorney for the Patient

From:713 914 0162

Case 2:14-md-02592-EEF-MBN   Document 10849-1   Filed 09/10/18   Page 19 of 22
RECEIVED  03/13/2018 10:26AM
03/13/2018 08:28        #272 P.007/007

# NOTIFICATION OF NO RECORDS
## (Check appropriate response)

Name of Medical Facility /Provider/Pharmacy: _____

Address: _____

Patient Name: _____   D.O.B: _____   Last 4 of social: _____

There are no records in our possession due to:

☐ Records have been destroyed.   ☐ Our retention policy is _____ years.

☐ We have no record of a person by this name or D.O.B. ever being seen at this facility.

☐ Records are held at our sister facility. Please order from: _____

☐ There are no records for the date of service (_____) as requested. Please request a different
date of service.

☐ Other (Please explain):
_____

_____


Print name: _____      Title: _____

Signature: _____      Date: _____


**Please sign and date. Notarization is not required.**

**ADENA** Health Systems
Medical Records Dept.
272 Hospital Road
Chillicothe, OH 45601
Phone: (740) 779-7640 #1
Fax: (740) 779-7769

Date: _3·14·18_

Patient Name: _Katherine McKnight_          DOB _4·9·05._

Adena Facility: _ARMC_

**We are unable to comply with your request for medical information for the following reason(s):**

—  We need more information to identify this patient. Please give us additional information:
   o  Patient Full Name _____ DOB _____ Last 4 of Soc. Sec.#_____
   o  Maiden name/Other name_____
   o  Date(s) of service _____

✓  An <u>original signed</u> authorization is needed by the patient or legal guardian if the patient is a minor. If a legal guardian signs we will need documented proof.  If the <u>patient is deceased, only the executor of the estate,</u> <u>person named on the death certificate,</u> or guardian appointed by a judge may obtain medical records.

—  The authorization must be dated at the time of or after the hospitalization/treatment. We cannot give records past the date of the signed authorization.  Please up-date authorization and resubmit.

—  The authorization must contain two identifiers such as the patients name and DOB.

—  Need copy of Medical Power of Attorney if the patient is incapacitated.  Please resubmit authorization.

—  Authorization not dated and /or not signed. Please correct and resubmit authorization.

—  The authorization must be dated within one year.

—  We need special authorization to release information and have attached it with this letter. The authorization must state if the patient allows or denies the release of sensitive information. (Such as HIV/AIDS, Drug/Alcohol abuse, and mental health.)

—  The record is incomplete; we will send the requested information as soon as it is available.

—  No records for date(s) of service you requested.     DOS Researched _____ to _____

—  No records found for this patient.

—  Request must be addressed to the correct clinic.

—  Third party representation letter not included.

✓  This request cannot be completed by fax. Please resubmit your request and include a mailing address.

✓  Other:
   _Per hospital policy we need a copy of patients death_
   _certificate and a signed authorization from informant_
   _on death certificate or a signed auth from executor_
   _of estate from probate court with documentation._

Thank you,

_Keri Howard_

Release of Information Specialist



**Health Systems**
Medical Records Dept.
272 Hospital Road
Chillicothe, OH 45601
Phone: (740) 779-7640 #1
Fax: (740) 779-7769

Date: _3.14.18_____

Patient Name: _Katherine McKnight_____   DOB _6.9.05._____

Adena Facility: _ARMC_____

**We are unable to comply with your request for medical information for the following reason(s):**

— We need more information to identify this patient. Please give us additional information:
  - o  Patient Full Name _____ DOB _____ Last 4 of Soc. Sec.# _____
  - o  Maiden name/Other name_____
  - o  Date(s) of service _____

✓ — An <u>original signed</u> authorization is needed by the patient or legal guardian if the patient is a minor. If a legal guardian signs we will need documented proof.  If the <u>patient is deceased, only the executor of the estate,</u> <u>person named on the death certificate</u>, or guardian appointed by a judge may obtain medical records.

— The authorization must be dated at the time of or after the hospitalization/treatment. We cannot give records past the date of the signed authorization.  Please up-date authorization and resubmit.

— The authorization must contain two identifiers such as the patients name and DOB.

— Need copy of Medical Power of Attorney if the patient is incapacitated.  Please resubmit authorization.

— Authorization not dated and /or not signed. Please correct and resubmit authorization.

— The authorization must be dated within one year.

— We need special authorization to release information and have attached it with this letter. The authorization must state if the patient allows or denies the release of sensitive information. (Such as HIV/AIDS, Drug/Alcohol abuse, and mental health.)

— The record is incomplete; we will send the requested information as soon as it is available.

— No records for date(s) of service you requested.    DOS Researched _____ to _____

— No records found for this patient.

— Request must be addressed to the correct clinic.

— Third party representation letter not included.

✓ — This request cannot be completed by fax. Please resubmit your request and include a mailing address.

✓ — Other:
_Per hospital policy we need a copy of patients death_
_certificate and a signed authorization from informant_
_on death certificate or a signed auth from executor_
_of estate from probate court with documentation._

Thank you,

*Keri Howard*

Release of Information Specialist

**Authorization: Release of Information Form**

| - Administrative Use Only – Driver's license number: |
|---|


ADENA
Health System

Patient Name: _____   Date of Birth: _____

Telephone Number: _____   Social Security #: _____

Address: _____

I authorize the use or disclosure of the above named individual's health information as described below:

☐ Adena Health System – including all locations      ☐ Adena Regional Medical Center   ☐ Adena Pike Medical Center
☐ Adena Greenfield Medical Center                         ☐ Adena Retail Pharmacy            ☐ Adena Medical Group
                                                                                                              Provider: _____

To:     _____ Release records to        _____ Obtain records from        _____ Exchange verbal information with

Name: _____

Address: _____

Dates of Service to Release – From: _____   To: _____
***(Reports must have been generated prior to the signing of this authorization.)***
_____ History & Physical              _____ All Test Results              _____ Clinic Notes
_____ Discharge Summary            _____ X-ray / Imaging CD          _____ Entire Record
_____ Operative / Procedure Report   _____ X-ray / Imaging Report      _____ Other
_____ Consultations                    _____ Emergency Room Report     _____
_____ Drug / Alcohol Treatment (Abuse)   _____ Psychotherapy (requires approval by psychotherapist)
_____ Behavioral and Mental Health Services (other than psychotherapy notes)
_____ HIV Testing, HIV Test Results, Diagnosis of HIV, AIDS, ARC or other AIDS related disease

Purpose of Disclosure: _____ Continuation of Medical Care   _____ Insurance   _____ Disability   _____ Personal
_____ Legal Reasons (including trial preparation and court testimony)

*I understand the following:*
- That authorizing the use or disclosure of the information identified above is voluntary and that I need not sign this form to ensure healthcare treatment.
- That once the above information is disclosed, it may be re-disclosed by the recipient and federal privacy laws or regulations may not protect the information.
- That unless specified differently, this authorization will expire (date or event) _____ or if I fail to specify, this authorization will expire **one year** from the date of the signature.
- That I have the right to revoke this authorization at any time and that I must do so in writing and present my written revocation to the Medical Records Department. I understand that the revocation will not apply to information that has been released in good faith prior to receipt of written revocation. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- That record copies will be released in paper format unless requested as electronic by initialing here _____. Please provide email for such: _____
- ***That with the exception of records being copied for continuity of care, for insurance company or other third party reimbursement, there WILL be a charge for copies of records in accordance with Ohio Law.***

_____ / _____   _____ / _____
*Signature of patient or patient's representative*      Time / Date        *Signature of witness*                       Time / Date

_____                        _____
*Printed name of patient or representative*                  *Printed name of witness*

If signed by patient's representative, relationship to patient: _____
If patient representative, provide documentation or explanation of your authority to act for the patient. {Attach copy}.        Revised 2/9/2018