# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | |
| | ( | JUDGE FALLON |
| | ( | |
| | ( | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
***Scott v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:17-cv-05445**

### PLAINTIFF MARLO L. SCOTT'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

Now comes Plaintiff, Marlo L. Scott, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 8662) who, by and through undersigned counsel, submits this Response in Opposition to the Order to Show Cause and shows as follows:

1.    Plaintiff Marlo L. Scott contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury in May of 2017.

2.    The Complaint in this matter was filed on June 1, 2017, while record requests from some healthcare providers were still pending.  Proof of Xarelto was already established, and records allegedly proving injuries would soon follow.

3.    To date, the records counsel has been able to obtain have not contained evidence of alleged injuries.  Counsel has exhausted its resources to obtain the documentation and information necessary to resolve the Plaintiff Fact Sheet deficiencies. Despite previously being in contact with Plaintiffs, undersigned counsel has attempted to communicate with the Plaintiffs regarding the need to provide documentation and information to no avail.

1

4.      Despite the best efforts of these Plaintiff's counsel, counsel has been unable to provide the items necessary to resolve the deficiencies, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

September 10, 2018                                  Respectfully submitted,

                                                   By: */s/ Barrett Beasley*
                                                   Barrett Beasley, Esq.
                                                   LA Bar Roll No. 25984
                                                   SALIM-BEASLEY, LLC
                                                   1901 Texas Street
                                                   Natchitoches, LA 71457
                                                   Phone: (800) 491-1817
                                                   Facsimile: (318) 354-1227
                                                   bbeasley@salim-beasley.com


                                                   ***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2018, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*
Barrett Beasley
