UNITED STATES DISTRICT COURT
MIDDLE DISTRICT LOUISIANA

| | |
|---|---|
| **LOLA KNUTZEN** | **MDL NO. 2592** |
| v. | **CIVIL ACTION NO. 2:17-CV-4114** |
| **JANSSEN RESEARCH & DEVELOPMENT, ET AL.** | |

## ORDER

Upon consideration of the foregoing Motion to Enroll as Additional Counsel, **IT IS ORDERED** that the name of David K. May, Esq. be entered into the record of this Court as additional counsel for Plaintiff, Lola Knutzen, in the above entitled and numbered cause.

This 10th day of September, 2018.

_____
**THE HONORABLE ELDON FALLON
UNITED STATES DISTRICT JUDGE**