L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>THIS DOCUMENT RELATES TO:<br><br>DAVID BRANCH | **MDL 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH**<br>**CASE NO. 2:18-cv-03107-EEF-MBN** |

# DECLARATION OF L. PAUL MANKIN, ESQ., IN SUPPORT OF MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDNTS WITHOUT PREJUDICE

I, L. Paul Mankin, declare under the penalty of perjury as follows:

1. I, L. Paul Mankin, and am Plaintiff's counsel in this case, case number 2:18-cv-03107-EEF-MBN. I submit this declaration in support of Plaintiff's Motion to Voluntarily Dismiss Certain Defendants Without Prejudice. I make this declaration based on my personal knowledge, except where otherwise indicated. I submit this Declaration in conjunction with Plaintiff's opposition papers.

2. Due to an office error Defendants Janssen Ortho LLC, Johnson and Johnson, Bayer Pharma AG, Bayer Healthcare AG, and Bayer AG were not timely served.

3. On August 22, 2018, my office reached out to Defendants' Lead and Liaison Counsel to alert them that we intended to file the subject motion to dismiss certain

defendants. My office additionally asked if they would be willing to stipulate to dismiss those defendants.

4. As part of that initial e-mail my office additionally inquired as to whether Defendants would be willing to stipulate to extend the time limit for service to be completed.

5. On August 27, 2018, my office sent a follow up e-mail as we had not yet received a response.

6. As of September 10, 2018, my office has not received a response from Defendants; Lead and Liaison Counsel as to our intention to move to dismiss certain defendants.

7. After providing notice to the Defendants' Lead and Liaison Counsel that we intended to dismiss this matter without prejudice my office waited the required fourteen days prior to filing this motion.

I, L. Paul Mankin, declare under penalty of perjury under the laws of the United States of America and the laws of California and Louisiana, that the foregoing is true and correct and based on my personal knowledge except as otherwise indicated.

Executed this 11th day of September, 2018 at San Diego, CA.


By: _/s/ L. Paul Mankin_
      L. Paul Mankin
      Attorney for Plaintiff

**DECLARATION OF L. PAUL MANKIN IN SUPPORT OF PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**