UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Thurman Ross v. Janssen Research & Development, LLC, et al*
CA# 2:18-cv-7269

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10845, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Hazel Ross, on behalf of the Estate of Thurman Ross, is substituted for Plaintiff Thurman Ross as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE