## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL 2592

SECTION:  L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
*White v. Janssen Research & Development, LLC, et al.,*
*Civil Action No. 2:18-cv-01698*

### PLAINTIFF KEVIN WHITE'S RESPONSE IN OPPOSITION TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

NOW COMES Plaintiff Kevin White, identified in Defendant's Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 10795) who, by and through undersigned counsel, submit this Response in Opposition to the Order to Show Cause and show the following:

1. Plaintiff Kevin White contacted undersigned counsel regarding a potential claim involving the use of Xarelto and alleged subsequent injury in May of 2016.

2. The Complaint in this matter was filed on February 19, 2018 after proof of a bleeding event while contemporaneously taking Xarelto was established by Plaintiff's pharmacy and medical records.

3. On January 17, 2018, prior to filing the Complaint, undersigned counsel spoke with Plaintiff Kevin White to tell him that the Complaint would be filed.

4. On April 4, 2018 undersigned counsel mailed Plaintiff Kevin White his Plaintiff Fact Sheet and Authorizations to review, sign, and return.

5.  Despite previously being in contact with Plaintiff, undersigned counsel has attempted to communicate with Plaintiff regarding the need to provide a signed Declaration and signed Authorizations to no avail.

6.  Undersigned counsel has attempted to reach Plaintiff Kevin White via telephone, mail, and through his friends and family to no avail.

7.  Despite the best efforts of undersigned counsel, counsel has been unable to provide the items necessary to resolve the deficiencies, nor has counsel been able to obtain permission from Plaintiff Kevin White to agree to a stipulation of dismissal of this claim.

Dated: September 12, 2018                    Respectfully Submitted,


By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 12, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 12, 2018                      Respectfully Submitted,

                                        By: <u>*/s Douglas C. Monsour, Esq.*</u>

                                        **Douglas C. Monsour, Esq.**
                                        Texas Bar No. 00791289
                                        404 North Green Street
                                        PO Box 4209
                                        Longview, TX 75601
                                        Phone (903) 758-5757
                                        Fax (903) 230-5010
                                        Email: doug@monsourlawfirm.com
                                        *Attorney for Plaintiff*