UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION:  L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>RESPONSE TO ORDER TO SHOW CAUSE<br>REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Stanley Cholewczynski v. Janssen Research & Development LLC, et al; No. 2:18-cv-00348*

*Flossie Robinson v. Janssen Research & Development LLC, et al; No. 2:17-cv-17833*

*Traci Wagner v. Janssen Research & Development LLC, et al; No. 2:17-cv-17836*

COMES NOW Counsel for Plaintiffs in the above matters, and files this Response to the Order to Show Cause Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies entered on September 5, 2018 (Doc. 10824) and would respectfully show the Court the following:

I.

Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice (Doc.10795). The Court entered an Order to Show Cause on September

1

4, 2018 (Doc. 10824).   Three Plaintiffs represented by The Gallagher Law Firm PLLC appear on Exhibit A of both Defendants' Motion and the Court's Order to Show Cause as follows:

### UNABLE TO CURE ALLEGED DEFICIENCIES

- *Stanley Cholewczynski v. Janssen Research & Development LLC, et al; No. 2:18-cv-00348*

Undersigned counsel has previously informed the Plaintiff of his obligations regarding the completion and serving of PFSs pursuant to CMO1 and PTO 13.

Plaintiff has failed to submit a properly executed Declaration. Unfortunately, Plaintiff's counsel has been unable to locate Mr. Cholewczynski.

Over the last several months, Plaintiff's counsel has undertaken efforts to locate Mr. Cholewczynski and/or his next of kin in the hopes of locating him. Unfortunately, those efforts have been unsuccessful.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully locate Mr. Cholewczysnki and has been been unable to obtain a properly executed Declaration in order to cure the alleged PFS deficiency.

Counsel does not have written permission from Plaintiff to agree to a stipulation of dismissal of this claim with prejudice. However, in the event that Plaintiff is not located prior to the show cause hearing, counsel has no basis to contest such a dismissal should the Court rule that a dismissal is appropriate and proper.

- *Flossie Robinson v. Janssen Research & Development LLC, et al; No. 2:17-cv-17833*

- *Traci Wagner v. Janssen Research & Development LLC, et al; No. 2:17-cv-17836*

Undersigned counsel has informed the Plaintiffs of their obligations regarding the completion and serving of PFSs pursuant to CMO1 and PTO 13. Counsel has also provided Plaintiffs with a copy of the Notice(s) of Core Deficiency issued by the Defendants, as well as a copy of the Court's Order to Show Cause, and advised of the deadlines within which to respond and cure said deficiencies.

The above-referenced Plaintiffs have been unable to cure their respective alleged PFS deficiencies.  Counsel has communicated with Plaintiffs in order to obtain executed Declaration pages, where applicable, and/or identify any other source of records which would confirm Plaintiffs' proof of Xarelto use and/or their Xarelto related injuries, and Plaintiffs have been unable to provide any additional information and/or records that would allow counsel to provide a properly executed Declaration and/or obtain the requisite records and cure the PFS deficiencies.

Because Plaintiffs' counsel has been unsuccessful in obtaining a properly executed Declaration pages, where applicable, and/or identifying any other source of information and/or records that may contain proof of Xarelto use and/or a Xarelto related injury suffered by Plaintiffs, counsel is unable to respond and cure the alleged core PFS deficiencies.

Despite the best efforts of Plaintiffs' counsel, counsel has been unable to obtain the requisite information to cure the alleged core PFS deficiencies. Counsel does not have written permission from these Plaintiffs to agree to a stipulation of dismissal of their claims with prejudice.  However, unless the requisite Declaration pages and/or additional information or records are received by Plaintiffs' counsel prior to the show cause hearing, counsel has no basis to contest such a dismissal should the Court rule that a dismissal is appropriate and proper.

Plaintiffs have been advised that unless the requisite documents and/or records are received, their cases are subject to dismissal by the Court with prejudice.

Dated:  September 13, 2018.

                                    Respectfully submitted,

                                    s/ Michael T. Gallagher
                                    MICHAEL T. GALLAGHER
                                     (Texas Bar #07586000)
                                    THE GALLAGHER LAW FIRM PLLC
                                    2905 Sackett Street
                                    Houston, TX 77098
                                    Telephone: (713) 222-8080
                                    Facsimile (713) 222-0066
                                    mike@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                    s/ Michael T. Gallagher
                                    Michael T. Gallagher

4