UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| *MAURICE E. PARSONS,* Case No. 2:17-cv-05197 | **MAG. JUDGE MICHAEL NORTH** |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED
DUPLICATE CASES IN MDL NO. 2592**

Pursuant to Defendants' Motion for Order to Show Cause regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 (Doc. No. 10430), a Stipulation of Dismissal with Prejudice was filed on September 12, 2018 (Doc No. 10869) dismissing all of Plaintiff Maurice E. Parsons' claims with prejudice against Defendants in Civil Action No. 2:17-cv-05197 only. This stipulation does not affect the lawsuit filed by Maurice Parsons, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 2:16-cv-03475. Therefore, Plaintiff Maurice E. Parsons now has only one case pending in this litigation.

Dated: September 13, 2018

Respectfully submitted,

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600

Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff