UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*********************************************

**THIS DOCUMENT RELATES TO:**

*Kendrick v. Janssen Research & Development LLC et al.,*
No. 2:17-cv-09961; and

*Ziegenhagen v. Janssen Research & Development LLC et al.,*
No. 2:17-cv-09910.

## RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WITH ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

Defendants moved for, and this Court entered, an Order to Show Cause [Rec. Doc. 10172] why certain cases in which defendants allege deficiencies in Plaintiffs' Fact Sheets should not be dismissed with prejudice. The plaintiffs listed above and represented by The Driscoll Firm, P.C. appear on the Order.  In *Kendrick v. Janssen Research & Development LLC et al.,* No. 2:17-cv-09961, counsel for plaintiff and defendants have conferred and agree that the Plaintiff's Fact Sheet is not deficient or any deficiencies have been resolved for purposes of the pending Show Cause Order.  *Ziegenhagen v. Janssen Research & Development LLC et al.,* No. 2:17-cv-09910, was dismissed by stipulation filed August 6, 2018.  *See* Rec. Doc. No. 10386.  As such, the Show Cause Order should be dismissed as to these cases.

1

Signed: September 13, 2018    Respectfully submitted,

By:  */s/ Christopher J. Quinn*_____
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 13, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*_____
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*