UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2592 <br> * <br> *   SECTION L <br> * |
| This Document Relates to All Cases | *   JUDGE ELDON E. <br> *   FALLON <br> * <br> *   MAG. JUDGE NORTH <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATED ORDER ADDRESSING ORDER OF EXAMINATION FOR CERTAIN PRESCRIBING AND TREATING PHYSICIAN DEPOSITIONS PURSUANT TO CASE MANAGEMENT ORDER NOS. 6 & 6A**

The parties jointly stipulate as follows, and the Court, upon consideration of this joint stipulation, orders as follows:

1. Paragraph 5(e) of Case Management Order No. 6 ("CMO 6") and Paragraph 5 of Case Management Order No. 6A ("CMO 6A") provide the method for determining which party will examine first at the depositions of prescribing and treating physicians in cases selected for workup pursuant to CMO 6.

2. Pursuant to these provisions, Exhibit A to this Stipulation and Order identifies the non-dismissed Wave 1 cases as to which the parties have exchanged primary contact information, and as to each case which prescribers and treaters the Plaintiff shall be allowed to examine first and which prescribers and treaters the Defendants shall be allowed to examine first.

**IT IS SO ORDERED.**

NEW ORLEANS, LOUISIANA, this 12th day of September, 2018

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

- 1 -