| Pick | Plaintiff ID | Name | Prescriber Deposition | Treater Deposition |
|---|---|---|---|---|
| Random | 18027 | AFDAHL, JAMES | Plaintiff First | Defense First |
| Plaintiff | 2742 | AGOURIDIS, PETE | Defense First | Plaintiff First |
| Random | 9542 | ALEJANDRO, DAVID | Plaintiff First | Defense First |
| Random | 23167 | ALEXANDER, FAYE | Defense First | Plaintiff First |
| Random | 16232 | ALIENGENA, GERALD | Plaintiff First | Defense First |
| Plaintiff | 7625 | ALLEN, MARVIN | Defense First | Plaintiff First |
| Defense | 17844 | ALLEY, TILDA | Plaintiff First | Defense First |
| Defense | 17631 | ARCENEAUX, HELEN | Defense First | Plaintiff First |
| Plaintiff | 16684 | ARCHER, POLLY | Plaintiff First | Defense First |
| Plaintiff | 17797 | ARMSTRONG, LINETTA | Defense First | Plaintiff First |
| Defense | 23870 | ARTERBRIDGE WILLIAMS, PAULA | Plaintiff First | Defense First |
| Plaintiff | 13949 | AURIEMMA, JAMES | Defense First | Plaintiff First |
| Plaintiff | 17046 | AZURIN, ADORACION | Plaintiff First | Defense First |
| Random | 17292 | BADELL, GLORIA | Defense First | Plaintiff First |
| Random | 22115 | BAKER, JACQUELINE | Plaintiff First | Defense First |
| Random | 7873 | BANKS, THOMAS | Defense First | Plaintiff First |
| Random | 4461 | BANTA, MARY | Plaintiff First | Defense First |
| Plaintiff | 2512 | BARBOSA, MANUEL | Defense First | Plaintiff First |
| Plaintiff | 19847 | BARNETT, PEARL | Plaintiff First | Defense First |
| Plaintiff | 22866 | BARRUGA, FRANKLIN | Defense First | Plaintiff First |
| Plaintiff | 14591 | BASSINI, RONALDO | Plaintiff First | Defense First |
| Random | 9176 | BATTE, NAOMI | Defense First | Plaintiff First |
| Random | 6869 | BEAN, VIOLA | Plaintiff First | Defense First |
| Defense | 4852 | BEAULIEU, NORMAND | Defense First | Plaintiff First |
| Plaintiff | 1741 | BEAVERS, EUGENE | Plaintiff First | Defense First |
| Plaintiff | 23667 | BEAZLEY, NEAL | Defense First | Plaintiff First |
| Random | 26352 | BECKHAM, ALLYN | Plaintiff First | Defense First |
| Plaintiff | 2747 | BELL, KELLY | Defense First | Plaintiff First |
| Random | 20531 | BELL, VERONICA | Plaintiff First | Defense First |
| Random | 14451 | BEVINS, BOBBY | Defense First | Plaintiff First |
| Plaintiff | 14244 | BIANCALANA, SHELIA | Plaintiff First | Defense First |
| Random | 10983 | BIANCULLI, AGNES | Defense First | Plaintiff First |
| Plaintiff | 1904 | BILGER, SUSAN | Plaintiff First | Defense First |
| Random | 23748 | BILLIOT, JAMES | Defense First | Plaintiff First |
| Random | 14993 | BLEILER, ELEANOR | Plaintiff First | Defense First |
| Random | 12141 | BLEVINS, JULIE | Defense First | Plaintiff First |
| Defense | 2954 | BLOUNT, EUNICE | Plaintiff First | Defense First |
| Plaintiff | 3980 | BOND, ROBERT | Defense First | Plaintiff First |
| Random | 22302 | BONE, MICHAEL | Plaintiff First | Defense First |
| Defense | 14873 | BOURNE, ROBERT | Defense First | Plaintiff First |
| Plaintiff | 16538 | BOWDEN, ROSEZANNA | Plaintiff First | Defense First |
| Random | 17084 | BOYSEL, BEVERLY | Defense First | Plaintiff First |
| Defense | 23760 | BRADEN, ROGER | Plaintiff First | Defense First |
| Defense | 1080 | BRASWELL, CHRISTOPHER | Defense First | Plaintiff First |
| Plaintiff | 9248 | BROADNAX, DIANE | Plaintiff First | Defense First |
| Plaintiff | 1205 | BROWN, ALICE | Defense First | Plaintiff First |
| Plaintiff | 22645 | BROWN, ALLEN | Plaintiff First | Defense First |
| Random | 5334 | BROWN, MARY | Defense First | Plaintiff First |
| Defense | 4316 | BROWN, ROXANNE | Plaintiff First | Defense First |
| Random | 19714 | BROWN, SARAH | Defense First | Plaintiff First |
| Plaintiff | 2859 | BROWN, TYRONE | Plaintiff First | Defense First |

| | | | | |
|---|---|---|---|---|
| Defense | 9973 | BRYAN, CHARLES | Defense First | Plaintiff First |
| Plaintiff | 2219 | BRYANT, ANN | Plaintiff First | Defense First |
| Plaintiff | 21430 | BRYANT, LARRY | Defense First | Plaintiff First |
| Defense | 5260 | BUMGARDEN, STELLA | Plaintiff First | Defense First |
| Defense | 3854 | BURGIN, JANICE | Defense First | Plaintiff First |
| Plaintiff | 21849 | BURR, LARRY | Plaintiff First | Defense First |
| Plaintiff | 1275 | BURRISS, JOE | Defense First | Plaintiff First |
| Plaintiff | 20511 | BURTON, MICKEY LEE | Plaintiff First | Defense First |
| Plaintiff | 16522 | BUSHONG, CORBIN | Defense First | Plaintiff First |
| Plaintiff | 12519 | BUTLER, RAYMOND | Plaintiff First | Defense First |
| Defense | 18896 | CAINE, ROSE | Defense First | Plaintiff First |
| Plaintiff | 7707 | CALLAHAN, CHARLES | Plaintiff First | Defense First |
| Plaintiff | 7883 | CAMMISULI, CARL | Defense First | Plaintiff First |
| Plaintiff | 8070 | CAMPBELL, EDITH | Plaintiff First | Defense First |
| Plaintiff | 20140 | CAMPBELL, SALLIE | Defense First | Plaintiff First |
| Plaintiff | 19120 | CANADA, JOSEPH | Plaintiff First | Defense First |
| Random | 5200 | CANNON, MARY | Defense First | Plaintiff First |
| Plaintiff | 1654 | CARAWAN, SANDRA | Plaintiff First | Defense First |
| Plaintiff | 22964 | CARVER, STACIA | Defense First | Plaintiff First |
| Defense | 16382 | CAULK, JAMES | Plaintiff First | Defense First |
| Defense | 11061 | CEASAR, SWINEY | Defense First | Plaintiff First |
| Random | 5371 | CHARTIER, PATRICIA | Plaintiff First | Defense First |
| Plaintiff | 1819 | CHERAMIE, AUDREY | Defense First | Plaintiff First |
| Plaintiff | 1055 | CHURCH, ADA | Plaintiff First | Defense First |
| Plaintiff | 13020 | CLARK, DAVID | Defense First | Plaintiff First |
| Random | 7155 | CLAY, JAMES | Plaintiff First | Defense First |
| Plaintiff | 2476 | CLOUTIER, CHARLES | Defense First | Plaintiff First |
| Plaintiff | 17891 | CLOWDUS, ROGER | Plaintiff First | Defense First |
| Defense | 17932 | COLEMAN, PATRICIA | Defense First | Plaintiff First |
| Plaintiff | 20964 | COLOWICH, JOHN | Plaintiff First | Defense First |
| Plaintiff | 17913 | COMPITELLO, STELLA | Defense First | Plaintiff First |
| Random | 22406 | CONYERS, DOLORES | Plaintiff First | Defense First |
| Plaintiff | 4713 | CORVEY, RUTH | Defense First | Plaintiff First |
| Defense | 7300 | COX, REUBEN | Plaintiff First | Defense First |
| Random | 19002 | CRAIG, TIMOTHY | Defense First | Plaintiff First |
| Random | 18299 | CRUM, DAVID | Plaintiff First | Defense First |
| Random | 9448 | CRUZ, ALEXI | Defense First | Plaintiff First |
| Defense | 20983 | CUNNINGHAM, ANDREW | Plaintiff First | Defense First |
| Random | 15523 | DAMERON, JESSICA | Defense First | Plaintiff First |
| Random | 23341 | DANE, THOMAS | Plaintiff First | Defense First |
| Defense | 12933 | DANIEL, EDITH | Defense First | Plaintiff First |
| Random | 22810 | DANNHEIM, BONNIE | Plaintiff First | Defense First |
| Random | 14936 | DANT, VIOLET | Defense First | Plaintiff First |
| Defense | 18136 | DARBONNE, LEE | Plaintiff First | Defense First |
| Plaintiff | 21939 | DARLING, BRENDA | Defense First | Plaintiff First |
| Random | 11970 | DAVID, BRUCE | Plaintiff First | Defense First |
| Plaintiff | 23825 | DAVID, PAMELA | Defense First | Plaintiff First |
| Defense | 15836 | DAVIS, CYNTHIA | Plaintiff First | Defense First |
| Defense | 9944 | DAVIS, MARTHA | Defense First | Plaintiff First |
| Random | 17611 | DAY, JOANNE | Plaintiff First | Defense First |
| Random | 16128 | DE ASCENTIS, ANTHONY | Defense First | Plaintiff First |
| Defense | 19218 | DELOOF, ADRIAN | Plaintiff First | Defense First |

| | | | | |
|---|---|---|---|---|
| Defense | 22828 | DEW, JAMES | Defense First | Plaintiff First |
| Plaintiff | 22585 | DICKINSON, WILLADEAN | Plaintiff First | Defense First |
| Defense | 23043 | DIXON, BEATRICE | Defense First | Plaintiff First |
| Defense | 16680 | DOBZYNSKI, LEO | Plaintiff First | Defense First |
| Defense | 19585 | DOUGLAS, GREGORY | Defense First | Plaintiff First |
| Plaintiff | 4663 | DRESZER, MOISES | Plaintiff First | Defense First |
| Random | 14653 | DUNN, JOSEPH | Defense First | Plaintiff First |
| Defense | 4648 | DUNN, SANDRA | Plaintiff First | Defense First |
| Plaintiff | 9423 | DVORAK, JAMES | Defense First | Plaintiff First |
| Plaintiff | 13673 | EARLS, PHILLIP | Plaintiff First | Defense First |
| Plaintiff | 21661 | EATON, DIANE | Defense First | Plaintiff First |
| Plaintiff | 17545 | EDWARDS, VICKI | Plaintiff First | Defense First |
| Plaintiff | 6964 | EISENBEIL, DENNIS | Defense First | Plaintiff First |
| Plaintiff | 2034 | ELLIS KEMP, BARBARA | Plaintiff First | Defense First |
| Plaintiff | 1745 | EMRICH, DEBBIE | Defense First | Plaintiff First |
| Random | 8382 | ESSIG, DAREN | Plaintiff First | Defense First |
| Random | 19344 | EUBANKS, CAROLYN | Defense First | Plaintiff First |
| Defense | 7947 | EVERSOLE, HOWARD | Plaintiff First | Defense First |
| Plaintiff | 12557 | FARLEY, PATRICIA | Defense First | Plaintiff First |
| Plaintiff | 9352 | FAULKNER, JOHN | Plaintiff First | Defense First |
| Plaintiff | 1652 | Finley, Roy | Defense First | Plaintiff First |
| Random | 2566 | FIORE, FREDERICK | Plaintiff First | Defense First |
| Plaintiff | 12252 | FLAMMIA, LAWRENCE | Defense First | Plaintiff First |
| Defense | 23672 | FLECK, LARRY | Plaintiff First | Defense First |
| Plaintiff | 15731 | FLETCHER, KAREN | Defense First | Plaintiff First |
| Plaintiff | 23826 | FOGGIN, NANCY | Plaintiff First | Defense First |
| Defense | 2128 | FOLEY, JANICE | Defense First | Plaintiff First |
| Plaintiff | 2764 | FORBES, JOSEPH | Plaintiff First | Defense First |
| Plaintiff | 20181 | FRANCIS, MARY | Defense First | Plaintiff First |
| Random | 7889 | FRANKLIN, TRAVIS | Plaintiff First | Defense First |
| Defense | 8112 | FREDERICK, EDDIE | Defense First | Plaintiff First |
| Defense | 5191 | FREEMAN, SANDRA | Plaintiff First | Defense First |
| Plaintiff | 20045 | FRIEDLANDER, SANFORD | Defense First | Plaintiff First |
| Random | 10696 | GAINES, VERNON | Plaintiff First | Defense First |
| Defense | 17742 | GAITAN, BELLE | Defense First | Plaintiff First |
| Plaintiff | 22837 | GAMBARO, MICHAEL | Plaintiff First | Defense First |
| Plaintiff | 8011 | GARCIA, NANCY | Defense First | Plaintiff First |
| Random | 14956 | GARCIA, SHELIA | Plaintiff First | Defense First |
| Random | 4329 | GARZA, REYNERIO | Defense First | Plaintiff First |
| Defense | 23184 | GAUT, ANTHONY | Plaintiff First | Defense First |
| Random | 8132 | GERING, GALE | Defense First | Plaintiff First |
| Random | 18005 | GLIBBERY, THOMAS | Plaintiff First | Defense First |
| Random | 15939 | GLOSHINSKI, LEON | Defense First | Plaintiff First |
| Plaintiff | 18964 | GOLDBERG, STANLEY | Plaintiff First | Defense First |
| Plaintiff | 6739 | GOLDSTEIN, MARVIN | Defense First | Plaintiff First |
| Plaintiff | 20210 | GOODWIN, CHARLES | Plaintiff First | Defense First |
| Defense | 17265 | GRANT, DELORES | Defense First | Plaintiff First |
| Random | 23434 | GRANT, MARGARET | Plaintiff First | Defense First |
| Defense | 20229 | GRASSO, MARY | Defense First | Plaintiff First |
| Plaintiff | 15616 | GRIFFIN, DONALD | Plaintiff First | Defense First |
| Random | 13400 | GRIFFIN, VIRGIL | Defense First | Plaintiff First |
| Defense | 18253 | GROVES, MICHAEL | Plaintiff First | Defense First |

| | | | | |
|---|---|---|---|---|
| Plaintiff | 1346 | GUESS, DANIEL | Defense First | Plaintiff First |
| Plaintiff | 18389 | GURLEY, BETTY | Plaintiff First | Defense First |
| Random | 11823 | HALL, ANNA | Defense First | Plaintiff First |
| Plaintiff | 22128 | HALL, JAYNE | Plaintiff First | Defense First |
| Random | 4901 | HAMILTON, LAMONA | Defense First | Plaintiff First |
| Plaintiff | 4308 | HANCOCK, THOMAS | Plaintiff First | Defense First |
| Defense | 9901 | HANEY, FRED | Defense First | Plaintiff First |
| Random | 9008 | HARDY, CARL | Plaintiff First | Defense First |
| Plaintiff | 1139 | HARPER, JOESPH | Defense First | Plaintiff First |
| Plaintiff | 4522 | HARR, MOLLY | Plaintiff First | Defense First |
| Defense | 16303 | HARRIS, DAVID | Defense First | Plaintiff First |
| Defense | 23030 | HARRIS, DORIS | Plaintiff First | Defense First |
| Plaintiff | 5344 | HARVEY, RUSSELL | Defense First | Plaintiff First |
| Plaintiff | 3655 | HAYNES, BILLY | Plaintiff First | Defense First |
| Defense | 14661 | HAYS, VIRGINIA | Defense First | Plaintiff First |
| Defense | 3694 | HECKLER, JAMES | Plaintiff First | Defense First |
| Defense | 16413 | HEILEMAN, MARIE | Defense First | Plaintiff First |
| Random | 2838 | HEIN, JEROLYN | Plaintiff First | Defense First |
| Plaintiff | 18982 | HELDRETH, TEDDY | Defense First | Plaintiff First |
| Plaintiff | 24001 | HELMS, SONJA | Plaintiff First | Defense First |
| Defense | 5308 | HELTON, OLLIE | Defense First | Plaintiff First |
| Plaintiff | 2569 | HERSHBERGER, LOWELL | Plaintiff First | Defense First |
| Plaintiff | 10758 | HESTER, STELLA | Defense First | Plaintiff First |
| Random | 4907 | HICKS, GEORGE | Plaintiff First | Defense First |
| Plaintiff | 19687 | HILL, GERALD | Defense First | Plaintiff First |
| Plaintiff | 17501 | HODGES, LENA MAE | Plaintiff First | Defense First |
| Defense | 12261 | HORTON, WILLIAM | Defense First | Plaintiff First |
| Plaintiff | 19445 | HOUCK, DONALD | Plaintiff First | Defense First |
| Plaintiff | 23963 | HUNTER, MARGARET | Defense First | Plaintiff First |
| Random | 5112 | INEGUEZ, MARIA | Plaintiff First | Defense First |
| Random | 16543 | INGRAM, RALPH | Defense First | Plaintiff First |
| Defense | 19263 | ISOM, AUGUSTA | Plaintiff First | Defense First |
| Defense | 2928 | IVES, ROLLAND | Defense First | Plaintiff First |
| Plaintiff | 18205 | JACK, CAROLYN | Plaintiff First | Defense First |
| Plaintiff | 5110 | JACK, THARON | Defense First | Plaintiff First |
| Plaintiff | 12540 | JACKSON, AUSTRALIA | Plaintiff First | Defense First |
| Plaintiff | 5151 | JACKSON, MALCOLM | Defense First | Plaintiff First |
| Plaintiff | 24142 | JACOBS, RUBY | Plaintiff First | Defense First |
| Plaintiff | 5193 | JERNIGAN, BILLIE | Defense First | Plaintiff First |
| Plaintiff | 8410 | JOCK, ROBERT | Plaintiff First | Defense First |
| Defense | 16966 | JOHNSON, ANNIE | Defense First | Plaintiff First |
| Defense | 22668 | JOHNSON, CHARLSIE | Plaintiff First | Defense First |
| Random | 20457 | JOHNSON, LINDA | Defense First | Plaintiff First |
| Plaintiff | 19986 | JONES, JOYCELYN | Plaintiff First | Defense First |
| Defense | 2298 | JONES, MARVIN | Defense First | Plaintiff First |
| Random | 10499 | JUSTIN, ALAN | Plaintiff First | Defense First |
| Defense | 8123 | KAUFMAN, RAYMOND | Defense First | Plaintiff First |
| Random | 19502 | KENDRICK, ELMA | Plaintiff First | Defense First |
| Defense | 21642 | KENNEDY, LEO | Defense First | Plaintiff First |
| Plaintiff | 9263 | KERPER, THOMAS | Plaintiff First | Defense First |
| Random | 4253 | KESSLER, PENNY | Defense First | Plaintiff First |
| Plaintiff | 1708 | KHOURY, ALBERTA | Plaintiff First | Defense First |

| | | | | |
|---|---|---|---|---|
| Random | 21119 | KIAMIE, CLAUDIA | Defense First | Plaintiff First |
| Plaintiff | 5326 | KILLIAN, ROBERT | Plaintiff First | Defense First |
| Plaintiff | 20001 | KING, DANNY | Defense First | Plaintiff First |
| Random | 9305 | KING, FRANKLIN | Plaintiff First | Defense First |
| Random | 11787 | KLINDRA, MARLA | Defense First | Plaintiff First |
| Random | 4156 | KOONTZ, JOSEPH | Plaintiff First | Defense First |
| Plaintiff | 2576 | KROUT, MARVIN | Defense First | Plaintiff First |
| Plaintiff | 21151 | KUGLER, RAYMOND | Plaintiff First | Defense First |
| Random | 4426 | KUHLMANN, GEORGE | Defense First | Plaintiff First |
| Defense | 15861 | LAMMER, ERNEST | Plaintiff First | Defense First |
| Random | 18595 | LANG, KENNETH | Defense First | Plaintiff First |
| Random | 22773 | LARSEN, EDWARD | Plaintiff First | Defense First |
| Plaintiff | 7076 | LATHROP, THOMAS | Defense First | Plaintiff First |
| Defense | 7380 | LEDFORD, RUBY | Plaintiff First | Defense First |
| Random | 19946 | LEE, KELVIN | Defense First | Plaintiff First |
| Defense | 6435 | LEGRAND, PIPER | Plaintiff First | Defense First |
| Defense | 21238 | LEININGER, DOROTHY | Defense First | Plaintiff First |
| Random | 22604 | LEIS, JAMES | Plaintiff First | Defense First |
| Plaintiff | 16997 | LELJEDAL, CAROL ANN | Defense First | Plaintiff First |
| Defense | 9605 | LEWIS, JERRY | Plaintiff First | Defense First |
| Defense | 13211 | LEWIS, LIZZIE | Defense First | Plaintiff First |
| Plaintiff | 20644 | LEWIS, SANDRA | Plaintiff First | Defense First |
| Defense | 12769 | LINDSEY, MILDRED | Defense First | Plaintiff First |
| Random | 8403 | LIVELY, THOMAS | Plaintiff First | Defense First |
| Plaintiff | 8855 | LOFFER, STEPHEN | Defense First | Plaintiff First |
| Plaintiff | 11914 | LOFTIS, SCOTT | Plaintiff First | Defense First |
| Plaintiff | 21093 | LOGAN, DAVID | Defense First | Plaintiff First |
| Defense | 20385 | LONG, NATHANIEL | Plaintiff First | Defense First |
| Plaintiff | 19844 | LOOS, ROSE | Defense First | Plaintiff First |
| Random | 8111 | LOPEZ, RAMON | Plaintiff First | Defense First |
| Plaintiff | 3675 | LOVETT, ARTHUR | Defense First | Plaintiff First |
| Plaintiff | 1296 | LOWERY, MARY | Plaintiff First | Defense First |
| Defense | 18427 | LOZANO, ALVARO | Defense First | Plaintiff First |
| Random | 1363 | LULLO, MARY | Plaintiff First | Defense First |
| Random | 15029 | LYNCH, LINDA | Defense First | Plaintiff First |
| Defense | 13046 | LYNCH, MARY JANE | Plaintiff First | Defense First |
| Plaintiff | 22147 | LYTLE, RICHARD | Defense First | Plaintiff First |
| Random | 1462 | MAGGARD, COY | Plaintiff First | Defense First |
| Defense | 15097 | MAMERE, SUSAN | Defense First | Plaintiff First |
| Plaintiff | 21503 | MAPLE, JOSEPH | Plaintiff First | Defense First |
| Defense | 16169 | MAREK, HUBERT | Defense First | Plaintiff First |
| Plaintiff | 14950 | MARTINEZ, NANCY | Plaintiff First | Defense First |
| Random | 6686 | MAYFIELD, ELAINE | Defense First | Plaintiff First |
| Random | 9206 | MAYNARD, CATHERINE | Plaintiff First | Defense First |
| Plaintiff | 22238 | MCCLURE, NATHANIEL | Defense First | Plaintiff First |
| Random | 11588 | MCCRAY, BARBARA | Plaintiff First | Defense First |
| Defense | 21991 | MCDUFFIE, HERMAN | Defense First | Plaintiff First |
| Plaintiff | 4887 | MCKEE, MARY | Plaintiff First | Defense First |
| Random | 12756 | MCTEAR, WILLIE | Defense First | Plaintiff First |
| Plaintiff | 17971 | MEADE, JAMES | Plaintiff First | Defense First |
| Plaintiff | 16524 | MEAGLEY, RIETA | Defense First | Plaintiff First |
| Random | 3682 | MEDINA, LUIS | Plaintiff First | Defense First |

| | | | | |
|---|---|---|---|---|
| Plaintiff | 22618 | MEDINA, YSABEL | Defense First | Plaintiff First |
| Defense | 8727 | MERCER, ROY | Plaintiff First | Defense First |
| Plaintiff | 11071 | MERRILL, FOREST | Defense First | Plaintiff First |
| Plaintiff | 22411 | MESSERSMITH, ROBERT | Plaintiff First | Defense First |
| Defense | 3745 | MILLER, ADINE | Defense First | Plaintiff First |
| Random | 18846 | MILLER, RICHARD | Plaintiff First | Defense First |
| Defense | 17816 | MILLER, SHERRON | Defense First | Plaintiff First |
| Plaintiff | 19715 | MITCHELL, DEBRA | Plaintiff First | Defense First |
| Random | 4348 | MOBLEY, THEODORE | Defense First | Plaintiff First |
| Plaintiff | 2781 | MOLINA, ANASTACIO | Plaintiff First | Defense First |
| Random | 2212 | MONTANEZ, CARLOS | Defense First | Plaintiff First |
| Random | 14172 | MONTGOMERY, STEVEN | Plaintiff First | Defense First |
| Plaintiff | 17618 | MOORE, LINDA | Defense First | Plaintiff First |
| Plaintiff | 21585 | MORAN, ELIZABETH | Plaintiff First | Defense First |
| Defense | 18646 | MORRIS, DON | Defense First | Plaintiff First |
| Random | 8494 | MOSELEY, JEFFREY | Plaintiff First | Defense First |
| Random | 13996 | MULLINS, DOROTHY | Defense First | Plaintiff First |
| Defense | 12231 | MUNDY, WILLETTA | Plaintiff First | Defense First |
| Random | 3243 | MURRAY, EDWIN | Defense First | Plaintiff First |
| Random | 1376 | MURRAY, JAMES | Plaintiff First | Defense First |
| Plaintiff | 12126 | MURRIN, JAMES | Defense First | Plaintiff First |
| Defense | 23725 | MUSE, FRANK | Plaintiff First | Defense First |
| Random | 12682 | MYERS, HEIDI | Defense First | Plaintiff First |
| Plaintiff | 20309 | NAFTEL, SAINT | Plaintiff First | Defense First |
| Random | 16837 | NELSON, JOYCE | Defense First | Plaintiff First |
| Plaintiff | 18327 | NICHOLSON, BARBARA | Plaintiff First | Defense First |
| Random | 14642 | NICHOLSON, VELMA | Defense First | Plaintiff First |
| Plaintiff | 11109 | NORFLEET, GLADYS | Plaintiff First | Defense First |
| Random | 21369 | NUSE, KENNETH | Defense First | Plaintiff First |
| Random | 12796 | ODELL, LARRY | Plaintiff First | Defense First |
| Plaintiff | 22453 | OLIVER II, JOHN | Defense First | Plaintiff First |
| Plaintiff | 8814 | PARKER, ANN | Plaintiff First | Defense First |
| Plaintiff | 2175 | PENNELL, STANLEY | Defense First | Plaintiff First |
| Defense | 22413 | PETTUS, GEORGE | Plaintiff First | Defense First |
| Defense | 14481 | PINA, JIMMIE | Defense First | Plaintiff First |
| Random | 22971 | PINE, SANDRA | Plaintiff First | Defense First |
| Plaintiff | 17234 | PINO ELLIOTT, DENISE | Defense First | Plaintiff First |
| Defense | 5096 | POINTON, DIANA | Plaintiff First | Defense First |
| Plaintiff | 14947 | POOLE, KATHY ANN | Defense First | Plaintiff First |
| Random | 20594 | PORTER, PAUL | Plaintiff First | Defense First |
| Random | 13558 | PORTER, PRESTON | Defense First | Plaintiff First |
| Plaintiff | 21044 | POTTER, LEE | Plaintiff First | Defense First |
| Plaintiff | 8008 | PRESTON, JOHN | Defense First | Plaintiff First |
| Random | 10029 | PRICE, EVELYN | Plaintiff First | Defense First |
| Random | 15721 | PRICE, JAMES | Defense First | Plaintiff First |
| Plaintiff | 20405 | PRICKETT JR, HALLIS | Plaintiff First | Defense First |
| Plaintiff | 4260 | PRUETT, DORIS | Defense First | Plaintiff First |
| Plaintiff | 19778 | PUCKETT, HARLESS | Plaintiff First | Defense First |
| Plaintiff | 18501 | RAMIREZ, RUDY | Defense First | Plaintiff First |
| Plaintiff | 18588 | RANKIN, FINIS | Plaintiff First | Defense First |
| Plaintiff | 14678 | RANSOM, ELLA | Defense First | Plaintiff First |
| Plaintiff | 1440 | RAY, PATRICIA | Plaintiff First | Defense First |

| | | | | |
|---|---|---|---|---|
| Defense | 3873 | REDLER, MILBRE | Defense First | Plaintiff First |
| Defense | 16083 | REED, ROY | Plaintiff First | Defense First |
| Plaintiff | 12433 | REEVES, BETTY | Defense First | Plaintiff First |
| Random | 20359 | REEVES, FANNIE | Plaintiff First | Defense First |
| Defense | 17974 | RHEW, HAROLD | Defense First | Plaintiff First |
| Plaintiff | 3176 | RICE, HOWARD | Plaintiff First | Defense First |
| Random | 17979 | RIDEOUT, THOMAS | Defense First | Plaintiff First |
| Random | 2975 | RINGL, MYRA | Plaintiff First | Defense First |
| Random | 21225 | RIVERA, CARMEN | Defense First | Plaintiff First |
| Random | 13239 | ROBERSON, GRETA | Plaintiff First | Defense First |
| Random | 1078 | ROBERTS, MARVIN | Defense First | Plaintiff First |
| Random | 18009 | ROBERTSON, LENNY | Plaintiff First | Defense First |
| Defense | 8747 | ROGERS, EVELYN | Defense First | Plaintiff First |
| Plaintiff | 13403 | ROMERO, RITA | Plaintiff First | Defense First |
| Plaintiff | 1427 | ROSE, NOVA | Defense First | Plaintiff First |
| Plaintiff | 6944 | ROUNTREE, ELLA | Plaintiff First | Defense First |
| Plaintiff | 22059 | RUBIN, RONALD | Defense First | Plaintiff First |
| Plaintiff | 1386 | RUDOLPH, MERLIN | Plaintiff First | Defense First |
| Plaintiff | 5033 | RUTHERFORD, RUSSELL | Defense First | Plaintiff First |
| Plaintiff | 20062 | RYBAK, JURIJ | Plaintiff First | Defense First |
| Defense | 14217 | SACHTLEBEN, PATRICIA | Defense First | Plaintiff First |
| Defense | 14670 | SANDS, FRANCES | Plaintiff First | Defense First |
| Defense | 17839 | SAVAGE, MICHAEL | Defense First | Plaintiff First |
| Random | 21319 | SCHMIDT, CAROL | Plaintiff First | Defense First |
| Plaintiff | 22127 | SCOTT, CHARLES | Defense First | Plaintiff First |
| Plaintiff | 2689 | SCOTT, WILLIAM | Plaintiff First | Defense First |
| Plaintiff | 1101 | SEALS, JUDY | Defense First | Plaintiff First |
| Plaintiff | 7969 | SEE, ALLEN | Plaintiff First | Defense First |
| Plaintiff | 9833 | SEELEY, LINDA | Defense First | Plaintiff First |
| Plaintiff | 21740 | SEITZ, CHARLES | Plaintiff First | Defense First |
| Random | 10004 | SESCO, CLINTON | Defense First | Plaintiff First |
| Defense | 8946 | SHAFFER, JESSE | Plaintiff First | Defense First |
| Plaintiff | 6945 | SHANKS, CAROLYN | Defense First | Plaintiff First |
| Plaintiff | 22049 | SHEPHERD, RITA | Plaintiff First | Defense First |
| Plaintiff | 13315 | SHOUP, THOMAS | Defense First | Plaintiff First |
| Random | 18969 | SIENKO, STEVE | Plaintiff First | Defense First |
| Random | 15848 | SIROIS, PHILIP | Defense First | Plaintiff First |
| Plaintiff | 21147 | SLAGLE, JAMES | Plaintiff First | Defense First |
| Plaintiff | 10099 | SMART, STEPHEN | Defense First | Plaintiff First |
| Plaintiff | 22528 | SMIDT, MARGARET | Plaintiff First | Defense First |
| Defense | 20499 | SMITH JR, WILLIE | Defense First | Plaintiff First |
| Defense | 23455 | SMITH, ANNABELLE | Plaintiff First | Defense First |
| Plaintiff | 2555 | SMITH, ANNIE | Defense First | Plaintiff First |
| Plaintiff | 12599 | SMITH, DUANITA | Plaintiff First | Defense First |
| Random | 17784 | SORCE, DOLORES | Defense First | Plaintiff First |
| Random | 7411 | STAMNITZ, WILBERT | Plaintiff First | Defense First |
| Plaintiff | 22121 | STANLEY, JOHN | Defense First | Plaintiff First |
| Plaintiff | 18141 | STEPHENS, ROBERT | Plaintiff First | Defense First |
| Random | 8312 | STEPHENS, WANDA | Defense First | Plaintiff First |
| Random | 1389 | STOUT, BARBARA | Plaintiff First | Defense First |
| Random | 2068 | STUMBORG, PENELOPE | Defense First | Plaintiff First |
| Plaintiff | 1540 | SUDOL, RAYMOND | Plaintiff First | Defense First |

| | | | | |
|---|---|---|---|---|
| Random | 15395 | SUTHERS, NAOMI | Defense First | Plaintiff First |
| Defense | 13945 | SWAFFORD, MADONNA | Plaintiff First | Defense First |
| Random | 14450 | SWAIN, BETTY | Defense First | Plaintiff First |
| Plaintiff | 1632 | TATOM, NANCY | Plaintiff First | Defense First |
| Defense | 1863 | TATUM, CLAIRE | Defense First | Plaintiff First |
| Plaintiff | 16071 | TERCIAK, JAMES | Plaintiff First | Defense First |
| Random | 15179 | THOMAS, RICKY | Defense First | Plaintiff First |
| Defense | 13055 | THOMAS, SAMUEL | Plaintiff First | Defense First |
| Random | 21874 | THOMPSON, JUDY | Defense First | Plaintiff First |
| Defense | 16195 | THOMPSON, SHEILA | Plaintiff First | Defense First |
| Random | 13568 | THORNTON, MARGARET | Defense First | Plaintiff First |
| Plaintiff | 20165 | TOSCANO, CHERYL | Plaintiff First | Defense First |
| Plaintiff | 2187 | TRICE, G H | Defense First | Plaintiff First |
| Random | 6697 | TUCKER, CATHA | Plaintiff First | Defense First |
| Defense | 1716 | TUMLINSON, HARLON | Defense First | Plaintiff First |
| Defense | 22789 | TURNER, FRANCIS | Plaintiff First | Defense First |
| Random | 14495 | TURNER, MARSHA | Defense First | Plaintiff First |
| Defense | 23339 | TUTSKY, RONALD | Plaintiff First | Defense First |
| Defense | 6852 | UPTON, BETTE | Defense First | Plaintiff First |
| Random | 20858 | VAN DONGE, PATRICIA | Plaintiff First | Defense First |
| Plaintiff | 20625 | VAN WAES-BERG, SHIRLEY ELAINE | Defense First | Plaintiff First |
| Plaintiff | 1301 | VANCE, MARY JANE | Plaintiff First | Defense First |
| Plaintiff | 1461 | VENTO, RAY | Defense First | Plaintiff First |
| Random | 7199 | WAGNER, MARGARET | Plaintiff First | Defense First |
| Defense | 14787 | WALL, BARBARA | Defense First | Plaintiff First |
| Plaintiff | 5361 | WARD, ANNA MAE | Plaintiff First | Defense First |
| Random | 9599 | WATERS, THEODORA | Defense First | Plaintiff First |
| Plaintiff | 9291 | WAUGH, KARL | Plaintiff First | Defense First |
| Plaintiff | 4660 | WEAVER, TERESE | Defense First | Plaintiff First |
| Plaintiff | 21281 | WEBB, CAROL | Plaintiff First | Defense First |
| Random | 22407 | WEG, JEFFREY | Defense First | Plaintiff First |
| Plaintiff | 16206 | WILEY, CHARLENE | Plaintiff First | Defense First |
| Plaintiff | 1728 | WILLIAMS, BOBBIE | Defense First | Plaintiff First |
| Plaintiff | 18593 | WILLIAMS, JUDY | Plaintiff First | Defense First |
| Plaintiff | 21654 | WILLIAMS, MCKINLEY | Defense First | Plaintiff First |
| Plaintiff | 4566 | WILLIAMS, THOMAS | Plaintiff First | Defense First |
| Plaintiff | 8150 | WILLIS, JOE | Defense First | Plaintiff First |
| Defense | 22537 | WILSON, EDWIN | Plaintiff First | Defense First |
| Random | 6467 | WILSON, ERNEST | Defense First | Plaintiff First |
| Plaintiff | 20049 | WILSON, IRIS | Plaintiff First | Defense First |
| Plaintiff | 1465 | WINNEN, ROBERT | Defense First | Plaintiff First |
| Defense | 11730 | WITMORE, DORIS | Plaintiff First | Defense First |
| Plaintiff | 2520 | WOOD, LAMAR | Defense First | Plaintiff First |
| Plaintiff | 6948 | WYCKO, MARY | Plaintiff First | Defense First |
| Defense | 23100 | YATES, ANNETTE | Defense First | Plaintiff First |
| Defense | 24070 | YOUNG, LAWRENCE | Plaintiff First | Defense First |
| Plaintiff | 21517 | YOUNG, PHYLLIS | Defense First | Plaintiff First |
| Defense | 19717 | ZECH, WILMA | Plaintiff First | Defense First |

| Pick | Plaintiff ID | Name | Prescriber Deposition | Treater Deposition |
|---|---|---|---|---|
| Plaintiff | 1984 | HANNAH, TOMMIE | Plaintiff First (Deposed) | Defense First (Not Deposed) |
| Defense | 3007 | WEIS, JANET | Plaintiff First (Deposed) | Defense First (Not Deposed) |
| Defense | 25630 | SCHILLER, LARRY | Plaintiff First (Deposed) | Defense First (Deposed) |