UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:   L |
| MOSTAFA CHAOUCH and GALIA WALISH<br>C.A. #2:15-cv-05152EEF MBN | |
| ROBERT IRVING NOA and GENEVIEVE NOA,<br>C.A #2:15-CV-05674 MBN | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| PAUL BROUKER and MARLENE BROUKER<br>C.A. #2:18-CV-04067 | |
| RODNEY WILBUR and OLIVE KAY WILBUR<br>C.A. #2:16-cv-06498 | |
| ROBERT PARSONS<br>C.A. #2P:16-cv-9252 | |
| CAROL BORSCHEL and JAMES BORSCHEL<br>C.A. #2:16-cv-07726 | |
| LORI SEARS<br>C.A. #2:16-CV-11506 | |
| GISELE HUARD<br>C.A #2:16-CV-13374 | |
| JOSHUA SUMPTER, Individually and as Expected Personal Representative of the Estate of SIDMEL KAREN ESTES<br>C.A. #2:17-CV-07961 | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., | |

JOHNSON & JOHNSON COMPANY
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,

BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and BAYER AG,

        Defendants.

## MOTION TO FILE NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Jotham R. Kinder, Esquire, hereby requests leave to withdraw as counsel for Plaintiffs in the above referenced cases.

        Respectfully Submitted,

        /s/ Marilyn T. McGoldrick
        Marilyn T. McGoldrick
        Thornton Law Firm LLP
        100 Summer Street, 30th Floor
        Boston, MA 02110
        (617) 720-1333

        /s/ Jotham R. Kinder

        (Withdrawing Appearance in above-referenced cases)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the ECF system on September 13, 2018 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

        /s/ Marilyn T. McGoldrick
        /s/ Jotham R. Kinder