UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br>SECTION:   L<br>MOSTAFA CHAOUCH and GALIA WALISH<br>         C.A. #2:15-cv-05152EEF MBN<br><br>ROBERT IRVING NOA and GENEVIEVE NOA,<br>    C.A #2:15-CV-05674 MBN<br><br>PAUL BROUKER and MARLENE BROUKER<br>         C.A. #2:18-CV-04067<br><br>RODNEY WILBUR and OLIVE KAY WILBUR<br>         C.A. #2:16-cv-06498<br><br>ROBERT PARSONS<br>         C.A. #2P:16-cv-9252<br><br>CAROL BORSCHEL and JAMES BORSCHEL<br>         C.A. #2:16-cv-07726<br><br>LORI SEARS<br>         C.A. #2:16-CV-11506<br><br>GISELE HUARD<br>         C.A #2:16-CV-13374<br><br>JOSHUA SUMPTER, Individually and as Expected Personal Representative of the Estate of SIDMEL KAREN ESTES<br>         C.A. #2:17-CV-07961 | MDL NO. 2592<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICALS, INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,

JOHNSON & JOHNSON COMPANY
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,

BAYER CORPORATION,

BAYER HEALTHCARE LLC,

BAYER HEALTHCARE AG, and BAYER AG,

        Defendants.

## (PROPOSED) ORDER OF NOTICE OF WITHRAWAL OR APPEARANCE

PLAINTIFFS' MOTION TO FILE NOTICE OF WITHDRAWAL OF APPEARANCE DATED SEPTEMBER 13, 2018 is HEREBY GRANTED.

        So Ordered,

DATE:_____

        _____
        Hon. Eldon E. Fallon