# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVARAXOBAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) | MDL NO.2592  JUDGE: ELDON E. FALLON SECTION: L MAG. JUDGE: MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** Steven Allen  No.: 2:17-cv-17382 | | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE

On July 13, 2018, this Court issued an Order to Show Cause (Doc. 10195) why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet by the Xarelto user, or Xarelto user's representative in accordance with CMO No. 1. Plaintiff Steven Allen by and through undersigned counsel submits this response to the Order to Show Cause as follows:

1. On December 15, 2017 the undersigned filed Plaintiff's complaint in good faith reliance on Plaintiff's representations and medical records demonstrating his Xarelto use and subsequent injury.

2. Mr. Allen became unresponsive to Counsel's attempts to contact him and Counsel subsequently learned from his sister Jackie Mitchell, that Mr. Allen passed away.

3. Ms. Mitchell indicated as the only next of kin for Mr. Allen, she would be willing to continue the lawsuit on his behalf.

4. The fact sheet and declaration page were subsequently mailed to Ms. Mitchell and never returned.

5. Despite numerous attempts and various methods of contact, Ms. Mitchell became unreachable.

6. At all times relevant hereto, Counsel diligently sought to locate Ms. Mitchell and was unsuccessful. On July 17, 2018, this Court granted an extension to Counsel to continue their search efforts.

7. Since the extension, Plaintiff's Counsel remains unsuccessful in locating Ms. Mitchell despite numerous attempts and various methods. To date, undersigned Counsel is not in receipt of the Plaintiff Fact Sheet.

8. Given the death of Mr. Allen, the exhausted attempts at locating his only next of kin and inability to cure the deficiency as required, undersigned Counsel does not oppose dismissal.

Respectfully submitted this 13th day of September 2018.

By: */s/ Tara K King*

Benjamin R. Schmickle, #IL6270568
Stephen B. Wohlford, #IL6287698
Tara K. King #MO69171
SWMW Law, LLC
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 – Office
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 13, 2018, a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                      */s/Tara K. King*_____