UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| CAROL SIMS, | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:16-CV-11448  STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **JOHNSON BECKER, PLLC** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/Lisa A. Gorshe | By: /s/Susan M. Sharko |
| Lisa A. Gorshe | Susan M. Sharko |
| Alexandra W. Robertson | 600 Campus Dr. |
| Michael K. Johnson | Florham Park, NJ 07932 |
| 444 Cedar Street | Telephone: (973) 549-7000 |
| Suite 1800 | Susan.Sharko@dbr.com |
| St. Paul, MN 55101 | |
| Telephone: (612) 436-1852 | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC |
| lgorshe@johnsonbecker.com | |
| arobertson@johnsonbecker.com | |
| mjohnson@johnsonbecker.com | Dated: September 13, 2018 |
| | |
| Attorneys for Plaintiff | |
| Dated: September 13, 2018 | **ARNOLD & PORTER KAYE SCHOLER LLP** |

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 13, 2018

                                            **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                            By: /s/James B. Irwin
                                            James B. Irwin
                                            Kim E. Moore
                                            400 Poydras St., Ste, 2700
                                            New Orleans, LA 70130
                                            Telephone: (504) 310-2100
                                            jirwin@irwinllc.com
                                            kmoore@irwinllc.com

                                            Liaison Counsel for Defendants
                                            Dated: September 13, 2018

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 13, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            /s/ James B. Irwin