# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVA GONZALEZ ) | |
| ) | MDL NO. 2592 |
| Plaintiff. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:18-cv-05943 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Eva Gonzalez, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, and with consent of all parties, hereby seeks to amend the Complaint to include an additional injury. Specifically, in the "Plaintiff Specific Allegations" section of the complaint.

Plaintiff Eva Gonzalez's initial Complaint was filed via LAED CM/ECF on June 15, 2018 and service was executed thereafter on June 19, 2018. Complaint in error did not include an

additional bleeding injury.  Plaintiff suffered an additional gastrointestinal bleed on August 10, 2018. At the time of the additional bleeding injury, the client was still taking Xarelto, as directed.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion, as stated on the attached exhibit "A".

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and Order to Amend Complaint.

Dated: September 13, 2018

                                        Respectfully submitted,

                                      SWMW Law, LLC

                                      By: /s/Stephen B. Wohlford
                                            Benjamin R. Schmickle, #6270568
                                            Stephen B. Wohlford, #IL6287698
                                            701 Market Street, Suite 1000
                                            St. Louis, MO 63101
                                            (314) 480-5180
                                            (314) 932-1566 – Facsimile

                                      **ATTORNEYS FOR PLAINTIFFS**