UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-05568 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| **RE: Plaintiff, Arlene Schlemlein** ) | MAG. MICHAEL NORTH |

_____

**PLAINTIFF, ARLENE SCHLEMLEIN'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592**

In response to Defendant's Motion for Order to Show Cause regarding Plaintiff, Arlene Schlemlein's duplicate filing in MDL No. 2592 filed on August 9, 2018 (Docket No. 10430), Plaintiff, Arlene Schlemlein, by and through her attorney, Kenneth A. Stern, hereby informs this Honorable Court that the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, Plaintiff's previous attorney, has since dismissed its case filed on behalf of Plaintiff, identified as Case No. 2:18-cv-05298. Attached find a Stipulation of Dismissal With Prejudice identified as docket No. 10872 and Exhibit A hereto.. This Dismissal does not affect Plaintiff, Arlene Schlemlein's Case No. 2:18-cv-05568. Therefore, Plaintiff, Arlene Schlemlein, now has only one case pending in this litigation.

Dated: September 14, 2018                    s/ *Kenneth A. Stern*
                                             Kenneth A. Stern, P30722
                                             STERN LAW, PLLC
                                             41850 West 11 Mile Road
                                             Novi, Michigan 48375-1857
                                             (248) 347-7300
                                             ken@sternlawonline.com

                                             *Attorney for Plaintiff*

1