**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 4. | FLEMING, JOYCE | 2:17-cv-13844 |
| 6. | HARRIS, MARY | 2:17-cv-17133 |
| 9. | LANE, DORIELLE | 2:16-cv-09506 |
| 14. | STOKES, JACQULINE | 2:18-cv-00666 |
| 15. | THOMAS, DOROTHY | 2:17-cv-17359 |