UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:  Victoria Harrison v. Janssen Research & Development, LLC, et al. | JUDGE ELDON E. FALLON |
| Civil Case No. 2:18-cv-1985 | MAG. JUDGE NORTH |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Counsel for Plaintiff, Victoria Harrison, and files this Response to Defendant's Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 10793), showing the Court the following:

1. In December of 2016 Plaintiff Victoria Harrison contacted undersigned regarding a potential claim involving the use of Xarelto and alleged subsequent injuries.

2. On February 26, 2018 Plaintiff filed the complaint in this matter.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet form Ms. Harrison.

4. Undersigned counsel has communicated with Ms. Harrison regarding the need to obtain and serve a completed Plaintiff Fact Sheet. However, to date, Ms. Harrison has not provided a completed Plaintiff Fact Sheet.

5. Undersigned counsel has been diligent in contacting Ms. Harrison, and informed Ms. Harrison that, according to Court Orders, her claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served. Such diligent attempts to communicate with Ms. Harrison

include phone calls on the following dates: 2/23/2018, 2/26/2018, 2/28/2018, 3/2/2018, 3/13/2018, 3/21/2018, 3/30/2018, 4/5/2018, 4/12/2018, 4/19/2018, 8/16/2018, 9/5/2018; priority letters with confirmed delivery by tracking number on the following dates: 2/23/2018, 3/13/2018, 4/4/2018, 7/11/2018; as well as multiple emails and skip trace searches via LexisNexis online.

6. Accordingly, based on the undersigned counsel's inability to obtain sufficient information from Ms. Harrison and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 there is no basis to oppose the Defendants' Motion.

7. At all times relevant hereto, undersigned counsel has diligently sought contact with Ms. Harrison in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time and prays the Court grant a Dismissal Without Prejudice if the Court finds Dismissal Just and Proper.

Dated September 14, 2018                    Respectfully submitted,

                                            By: */s/ Bobby Saadian*
                                            Bobby Saadian, Esq.
                                            CA Bar 250377
                                            3055 Wilshire Blvd. 12th Floor,
                                            Los Angeles, CA 90010
                                            Phone: (213)381-9988
                                            Fax: (213)381-9989
                                            Email: masstorts@wilshirelawfirm.com
                                            ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 14th day of September, 2018.

                                       **THE WILSHIRE LAW FIRM**

                                       By: */s/ Bobby Saadian*
                                       Bobby Saadian, Esq.
                                       CA Bar 250377
                                       3055 Wilshire Blvd. 12th Floor,
                                       Los Angeles, CA 90010
                                       Phone: (213)381-9988
                                       Fax: (213)381-9989
                                       Email: masstorts@wilshirelawfirm.com