# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Stacey Holder v. Janssen Research & Development, LLC, et al. Civil Case No. 2:17-cv-17428 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Counsel for Plaintiff, Stacey Holder, and files this Response to Defendant's Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 10795), showing the Court the following:

1.     In October of 2017 Plaintiff Stacey Holder contacted undersigned counsel regarding a potential claim involving the use of Xarelto and alleged subsequent injuries.

2.     on December 18, 2017 Plaintiff filed the complaint in this matter in good faith in order to comply with the statute of limitations. At that time Plaintiff's counsel was awaiting records from Plaintiff's medical providers.

3.     After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Ms. Holder.

4.     Undersigned counsel has communicated with Ms. Holder regarding the need to obtain and serve a completed Plaintiff Fact Sheet. However, to date, Ms. Holder has not provided a completed Plaintiff Fact Sheet.

5.      Undersigned counsel has been diligent in contacting Ms. Holder, and informed Ms. Holder that according to Court Orders, her claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served. Such diligent attempts to communicate with Ms. Holder include phone calls, emails, and letters on the following dates: 12/7/2017, 12/18/2017, 12/21/2017, 1/5/2018, 1/12/2018, 2/2/2018, 2/9/2018, 3/8/2018, 3/16/2018, 3/19/2018, 3/20/2018, 3/21/2018, 3/23/2018, 3/26/2018, 4/13/2018, 5/9/2018, 5/23/2018, 5/31/2018, 7/11/2018, 8/2/2018.

6.      Accordingly, based on the undersigned counsel's inability to obtain sufficient information from Ms. Holder and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13, there is no basis to oppose Defendants' Motion.

7.      At all times relevant hereto, undersigned counsel has diligently sought contact with Ms. Holder in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time and prays the Court grant a Dismissal Without Prejudice if the Court finds Dismissal Just and Proper.

Dated September 14, 2018                           Respectfully submitted,

                                                                          By: */s/ Bobby Saadian*
                                                                          Bobby Saadian, Esq.
                                                                          CA Bar 250377
                                                                          3055 Wilshire Blvd. 12th Floor,
                                                                          Los Angeles, CA 90010
                                                                          Phone: (213)381-9988
                                                                          Fax: (213)381-9989
                                                                          Email: masstorts@wilshirelawfirm.com
                                                                          *Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 14th day of September, 2018.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com