# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| **This Document relates to:** | |
| **Isolina Campos v. Janssen Research & Development, LLC, et al.** | **JUDGE ELDON E. FALLON** |
| **Civil Case No. 2:17-cv-02005** | **MAG. JUDGE NORTH** |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL 2592 AND NOTICE OF JOINDER

Undersigned counsel for Isolina Campos hereby adopts and joins the Opposition to Motion for Order to Show Cause filed by Michael S. Kruse (Document 10694), and joins in the request to deny Defendants' request to dismiss Case Number 2:17-cv-17424 with prejudice on the grounds set forth in said opposition.

Dated September 14, 2018                    Respectfully submitted,

                                                                By: */s/ Bobby Saadian*
                                                                Bobby Saadian, Esq.
                                                                CA Bar 250377
                                                                3055 Wilshire Blvd. 12th Floor,
                                                                Los Angeles, CA 90010
                                                                Phone: (213)381-9988
                                                                Fax: (213)381-9989
                                                                Email: masstorts@wilshirelawfirm.com
                                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 14th day of September, 2018.

THE WILSHIRE LAW FIRM

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com