**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 1. | ANDERSON, TRACY | 2:18-cv-00666 |
| 4. | BANDY, FRANCIS | 2:17-cv-10812 |
| 6. | BURCE, BRIAN | 2:14-cv-00666 |
| 8. | COOPER, EVELYN | 2:17-cv-17136 |
| 12. | DIABY, DEBORAH | 2:18-cv-00666 |
| 16. | FRIESEN, JACOB | 2:17-cv-17127 |
| 17. | GATES, ETHEL | 2:18-cv-00942 |
| 22. | HUDSON, CECIL | 2:17-cv-13854 |
| 23. | JASER, NASSAR | 2:17-cv-17542 |
| 24. | JENSEN, MELANIE | 2:17-cv-17511 |
| 28. | MORENO, KRISTI | 2:17-cv-17510 |
| 30. | PLATT, JENNIE | 2:18-cv-00666 |
| 34. | SHERIDAN, DOLOREEN | 2:16-cv-11037 |
| 38. | THIGPEN, LEE W. | 2:17-cv-17126 |
| 42. | WILLIAMS, GEORGINE | 2:17-cv-17346 |