**Exhibit B**
**Cases that are Not Deficient**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 4. | BANDY, FRANCIS | 2:17-cv-10812 |
| 16. | FRIESEN, JACOB | 2:17-cv-17127 |
| 17. | GATES, ETHEL | 2:18-cv-00942 |
| 23. | JASER, NASSAR | 2:17-cv-17542 |
| 24. | JENSEN, MELANIE | 2:17-cv-17511 |
| 30. | PLATT, JENNIE | 2:18-cv-00666 |