**Exhibit C**
**Case in Which Plaintiff has Agreed to Stipulate to Dismissal**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 6. | BURCE, BRIAN | 2:14-cv-00666 |