**Exhibit D**
**Cases in Which Dismissal is Not Opposed**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 1. | ANDERSON, TRACY | 2:18-cv-00666 |
| 12. | DIABY, DEBORAH | 2:18-cv-00666 |
| 22. | HUDSON, CECIL | 2:17-cv-13854 |
| 34. | SHERIDAN, DOLOREEN | 2:16-cv-11037 |
| 38. | THIGPEN, LEE W. | 2:17-cv-17126 |