**Exhibit E**
**Plaintiffs who Have Substantially Complied or Should be Granted an Extension**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 8. | COOPER, EVELYN | 2:17-cv-17136 |
| 28. | MORENO, KRISTI | 2:17-cv-17510 |
| 42. | WILLIAMS, GEORGINE | 2:17-cv-17346 |