UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Rodney Boone, et al. v. Janssen Research & Development, LLC, et al. | JUDGE ELDON E. FALLON |
| Civil Case No. 2:17-cv-02005 | MAG. JUDGE NORTH |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL 2592

Pursuant to Defendants' Motion for Order to Show Cause regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 9, 2018 (Doc. No. 10430), Plaintiff Saundra Boone, as the Proposed Personal Representative of the Estate of Andrew B. Boone, filed a Stipulation of Dismissal With Prejudice regarding the duplicate claim bearing Case Number 2:17-cv-17841 only. This stipulation does not affect the lawsuit filed by Plaintiff Rodney Boone, individually and as the Successor in Interest for the Estate of Andrew Boone, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case Number 2:17-cv-02005. Therefore, there is only one case on behalf of Andrew Boone pending in this litigation and Plaintiff Rodney Boone requests removal from this Court's Order to Show Cause set for hearing on September 18, 2018.

Dated September 14, 2018									Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 14th day of September, 2018.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com