**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| CATHERINE MAYNARD, Case No. 2:16-cv-03380 | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ODER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW Plaintiff Derrick Maynard, the presumed Personal Representative of the Estate of Catherine Maynard, by and through his attorneys, Flint Law Firm, LLC and files the Response to Defendant's Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies pursuant to PTO 31, and states as follows:

1. Plaintiff Decedent Catherine Maynard, through her attorneys Flint Law Firm, filed this case on April 19, 2016.

2. On December 14, 2017, Plaintiff Decedent Catherine Maynard died.

3. Decedant's surviving son, Derrick Maynard is the presumed Personal Representative of the Estate of Catherine Maynard.

4. Defendant has alleged that Plaintiff failed to submit either a verification that the previously submitted PFS is fully complete and does not need updating or an updated PFS within 30 days. In particular, legal representation documentation is required for Derrick Maynard to request medical records.

5. Plaintiff's Counsel is currently working to have Derrick Maynard appointed Personal Representative of the Estate of Catherine Maynard.

6.      Once Derrick Maynard has been appointed Personal Representative of the Estate of Catherine Maynard, the alleged deficiencies will be cured.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff 30 days to have Derrick Maynard appointed Personal Representative of the Estate of Catherine Maynard and to cure the alleged deficiencies.

RESPECTFULLY SUBMITTED,

s/ Jacob A. Flint
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone:  618-205-2017
Fax:  618-288-2864
jflint@flintlaw.com

I hereby certify that on September 15, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint