UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592 |

**THIS DOCUMENT RELATES TO:**

*Retina Berezi v. Janssen Research & Development LLC, et al; No. 2:16-cv-11135*

*Virginia Francisco v. Janssen Research & Development LLC, et al; No. 2:16-cv-05476*

*Judy Greer v. Janssen Research & Development LLC, et al; No. 2:18-cv-02475*

*Terry James v. Janssen Research & Development LLC, et al; No. 2:17-cv-12476*

*Dozie Jenkins obo Louis Jenkins v. Janssen Research & Development LLC, et al; No. 2:17-cv-12470*

*Warren Korkhouse v. Janssen Research & Development LLC, et al; No. 2:16-cv-10081*

*Vicki Lydard v. Janssen Research & Development LLC, et al; No. 2:16-cv-08338*

*Jonah Meyers obo Mary Jane Meyers v. Janssen Research & Development LLC, et al; No. 2:17-cv-12530*

*Christina Peach v. Janssen Research & Development LLC, et al; No. 2:16-cv-05583*

1

*Bessie Regan v. Janssen Research & Development LLC, et al; No. 2:18-cv-02647*

*Charles Smith v. Janssen Research & Development LLC, et al; No. 2:16-cv-17079*

COMES NOW Counsel for Plaintiffs in the above matters, and files this Response to the Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 entered on August 27, 12018 (Doc. 10647) and would respectfully show the Court the following:

I.

Defendants moved for an Order to Show Cause why certain duplicate filed should not be dismissed with prejudice (Doc.10430). The Court entered an Order to Show Cause on August 27, 2018 (Doc. 10647).   Several Plaintiffs represented by The Gallagher Law Firm PLLC appear on Exhibit A of both Defendants' Motion and the Court's Order to Show Cause as follows:

**DUPLICATE FILED CASES THAT HAVE BEEN RESOLVED BY THE FILING OF JOINT STIPULATIONS OF DISMISSAL**

- *Retina Berezi v. Janssen Research & Development LLC, et al; No. 2:16-cv-11135*

- *Virginia Francisco v. Janssen Research & Development LLC, et al; No. 2:16-cv-05476*

- *Judy Greer v. Janssen Research & Development LLC, et al; No. 2:18-cv-02475*

- *Terry James v. Janssen Research & Development LLC, et al; No. 2:17-cv-12476*

- *Vicki Lydard v. Janssen Research & Development LLC, et al; No. 2:16-cv-08338*

- *Jonah Meyers obo Mary Jane Meyers v. Janssen Research & Development LLC, et al; No. 2:17-cv-12530*

- *Christina Peach v. Janssen Research & Development LLC, et al; No. 2:16-cv-05583*

- *Bessie Regan v. Janssen Research & Development LLC, et al; No. 2:18-cv-02647*

- *Charles Smith v. Janssen Research & Development LLC, et al; No. 2:16-cv-17079*

Counsel for Plaintiffs would show that the duplicate filed case issues pertaining to the above nine cases have been resolved by the filing of Joint Stipulations of Dismissal entered into by the parties and that there remains only one cause of action pending before the Court involving these Plaintiffs.

### DUPLICATE FILED CASES WHERE JOINT STIPULATIONS OF DISMISSAL WILL BE FILED PER AGREEMENT OF THE PARTIES

Counsel for Plaintiffs in the following cases has requested that the Defendants prepare Joint Stipulations of Dismissal for review and filing:

- *Warren Korkhouse v. Janssen Research & Development LLC, et al; No. 2:16-cv-10081*

Counsel for Plaintiffs in the *Korkhouse* matter advised Defendants via email on August 21, 2018 that an agreement had been reached to dismiss the above case in favor of the lawsuit filed by the Law Offices of Charles H. Johnson. (No. 2:16-cv-06179). As has been the practice with duplicate filed cases in this MDL, counsel for Defendants draft a Joint Stipulation of Dismissal and forward for review by the parties. Counsel for Plaintiffs anticipates that once such Stipulation is received from defense counsel, the Stipulation can be agreed to and filed.

- *Dozie Jenkins obo Louis Jenkins v. Janssen Research & Development LLC, et al; No. 2:17-cv-12470*

3

Counsel for Plaintiffs in the *Jenkins* matter advised Defendants via email on September 4, 2018 that an agreement had been reached to proceed with this case and dismiss the duplicate lawsuit filed by Frazer Law PLC. (No. 2:16-cv-16557).  As has been the practice with duplicate filed cases in this MDL, counsel for Defendants draft a Joint Stipulation of Dismissal and forward for review by the parties.  Counsel for Plaintiffs anticipates that once such Stipulation is received from defense counsel, the Stipulation can be agreed to and filed.

Counsel for Plaintiffs would show the Court that The Gallagher Law Firm PLLC has resolved all of the duplicate filed cases referenced in this Court's August 27, 2018 Order to Show Cause and the Defendant' Motion for Order to Show Cause filed on August 9, 2018.

Dated:  September 15, 2018.

Respectfully submitted,

s/ Michael T. Gallagher
MICHAEL T. GALLAGHER
 (Texas Bar #07586000)
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile (713) 222-0066
mike@gld-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/ Michael T. Gallagher
Michael T. Gallagher