# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| SHIRLEY S. BRAHINSKY, Deceased | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff | |
| vs. | |
| | Civil Action No.: 2:17-cv-02126 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendants. | |

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL NO. 2592

Pursuant to the Court's Order to Show Cause Regarding Plaintiffs Who Have Filed Duplicate Cases in MDL No. 2592 filed on August 27, 2018 (Doc. No. 10647), Counsel for Deceased Plaintiff Shirley S. Brahinsky responds as follows:

The two firms representing Ms. Brahinsky have been in contact with one another and agreed to proceed with dismissing the duplicate case in accordance with the wishes of the client. In trying to reach Ms. Brahinsky, counsel has learned that she has passed away. Contact has been made with a brother, Moses Brahinsky – who may be the only heir – and who has indicated he does not wish to proceed with either case. The attorneys in both matters are trying to obtain

written confirmation from Mr. Brahinsky clarifying exactly how he wants to proceed but have so far been unsuccessful.

All counsel agree that only one case (or potentially neither case) will proceed but need some additional time to obtain confirmation regarding the wishes of Ms. Brahinsky's heir(s).

Respectfully submitted this 18th day of September, 2018.

> By: */s/ Les Weisbrod*
> **LES WEISBROD**
> Texas Bar No. 21104900
> **ALEXANDRA V. BOONE**
> Texas Bar No. 00795259
> **MILLER WEISBROD LLP**
> 11551 Forest Central Drive, Suite 300
> Dallas, Texas 75243
> Telephone: (214) 987-0005
> Fax: (214) 987-2545
> E-Mail: lweisbrod@millerweisbrod.com
>
> **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

> */s/Les Weisbrod*
> Les Weisbrod