# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| DOZIE JENKINS, NEXT OF KIN AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES AND HEIRS-AT-LAW OF LOUIS T. JENKINS, DECEASED | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:16-CV-16557 |
| | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Dozie Jenkins, Next of Kin and on behalf of the Wrongful Death Beneficiaries and Heirs-at-Law of Louis T. Jenkins, Deceased, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-16557 only.  This stipulation shall not affect the lawsuit filed by Dozie Jenkins, Individually and on behalf of the Estate of Louis Jenkins, Deceased, which is

2

currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-12470. All parties shall bear their own costs.

**FRAZER LAW LLC**
By: */s/* Patrick D. McMurtray
Patrick D. McMurtray
Thomas Roe Frazer III
1 Burton Hills Blvd., Suite 215
Nashville, TN 27215
Telephone: (615) 647-6464
patrick@frazer.law
trey@frazer.law

Attorneys for Plaintiff
Dated: September 17, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: September 17, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 17, 2018

3

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: September 17, 2018


**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 17, 2018


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde