## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 :  : SECTION: L :  : JUDGE ELDON E. FALLON :  : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**LAURA HART vs. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. 2:18-cv-6948**

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

NOW COMES counsel for Plaintiff, Laura Hart, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, without prejudice, the above action against all Defendants, with each party to bear their own attorney's fees and costs. Counsel for Plaintiff takes this action because Plaintiff's personal representative no longer wishes to pursue this case.

DATED: September 17, 2018

Respectfully submitted,

**BRUERA LAW FIRM PLLC**

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA
Texas Bar No. 24062189
3100 Timmons Lane, Suite 310
Houston, TX 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
E-mail: sofia@bruearalaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys on September 17, 2018, in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                */s/ Sofia E. Bruera*
                SOFIA E. BRUERA