UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 :  : SECTION: L :  : JUDGE ELDON E. FALLON :  : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**LAURA HART vs. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. 2:18-cv-6948**

**ORDER**

THIS MATTER came before the Court on Plaintiffs Motion for Voluntary Dismissal Without Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITHOUT PREJUDICE with each party to bear their own attorney's fees and costs.

On this _____day of _____, 2018

_____
Honorable Eldon E. Fallon
United States District Court Judge