UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: PHYLLIS YOUNG Case #: 2:17-cv-04777-EEF-MBN | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please enter the appearance of Les Weisbrod, Alexandra V. Boone, Max Freeman and Kason Kimberly of the law firm Miller Weisbrod LLP, as counsel for the Plaintiff Phyllis Young, in the above-captioned matter.

Respectfully submitted this 17th day of September, 2018.

By: */s/ Kason Kimberly*
**LES WEISBROD**
Texas Bar No. 21104900
lweisbrod@millerweisbrod.com
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
aboone@millerweisbrod.com
**MAX FREEMAN**
Texas Bar No. 07427000
mfreeman@millerweisbrod.com
**KASON KIMBERLEY**
Texas Bar No. 24086445
kkimberley@@millerweisbrod.com
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:               (214) 987-2545

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Kason Kimberly*
Kason Kimberly