UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br> Civil Action No. 2:16-cv-14887 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. MICHAEL NORTH |

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS AS POTENTIAL
ALTERNATIVE RELIEF TO THE MOTION TO WITHDRAW AS COUNSEL
OF RECORD FOR PLAINTIFF ROBERT LEE AND SUPPORTING MEMORANDUM**

This Response to Defendants' Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Robert Lee and Supporting Memorandum is respectfully filed by the undersigned counsel as follows:

1. On July 24, 2018, the undersigned counsel filed his Opposed Motion to Withdraw as Counsel of Record for Plaintiff and Supporting Memorandum informing this Court of Plaintiff Lee Robert's refusal to communicate with counsel in the further prosecution of the claims raised in the instant suit.  As set out in the Motion to Withdraw, despite numerous attempts to contact Plaintiff Robert, both in writing and by phone, he has continued to refuse to communicate with the undersigned counsel.  A copy of the Opposed Motion to Withdraw as Counsel of Record for Plaintiff, and Supporting Memorandum has been attached hereto as Exhibit A and is incorporated herein by reference.

2. Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Orth LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, collectively "Defendants", have now filed their Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Robert Lee.  Defendants allege "there is no diversity of citizenship and therefore no subjection

matter jurisdiction in this action" because both Plaintiff Robert and Defendant Bayer HealthCare LLC are both citizens of California. *See* Def. Memo. Brief in Support of Motion to Dismiss at p.1. Defendants' "leave to the Court's discretion whether to first address plaintiff's counsel's Motion to Withdraw or Defendants' Motion to Dismiss." *Id.* at p.2.

3. As the undersigned has previously sought to withdraw as counsel due to a total refusal to communicate by Plaintiff Robert, it would be inappropriate to file additional pleadings pending the Court's ruling on same given Plaintiff Robert may seek to retain other counsel, or proceed *pro se*, should he attempt to continue to pursue this litigation.

WHEREFORE, the undersigned counsel prays this Honorable Court will grant his Motion to Withdraw as Counsel and allow Plaintiff Robert to retain other counsel or proceed pro se under such conditions as this Court may deem appropriate and all such other relief as this Court may deem just and appropriate.

## BRIEF IN SUPPORT

Plaintiff's attorney, Michael P. McGartland, brings his Response in accordance with the United States District Court of Louisiana's Local Rule 83.2.11 and relies upon his Response to Motion to Dismiss and its attachment thereto in support thereof.

Dated this 17th day of September, 2018.

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592. Furthermore, a copy of the foregoing document, has been served upon Plaintiff, via Certified Mail, Return Receipt Requested.

By: /s/ *Michael P. McGartland*
Michael P. McGartland