# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 2592 <br> Civil Action No. 2:16-cv-14887 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. MICHAEL NORTH |

**OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF,
AND SUPPORTING MEMORANDUM**

This opposed motion is brought in the matter of Case No. 2:16-cv-14887, entitled Lee Robert v. Janssen Research & Development LLC, et al. In accordance with the United States District Court of Louisiana's Local Rule 83.2.11, attorney for Plaintiff, Michael P. McGartland, brings this Opposed Motion to Withdraw for Plaintiff, and states as follows:

1. Plaintiff's complaint was filed on September 22, 2016. [ECF Docket 1.]

2. After filing Plaintiff's Complaint, Plaintiff's attorney sent Plaintiff a copy of the Complaint and the Plaintiff Fact Sheet with the required authorizations on September 26, 2016.

3. The Plaintiff Fact Sheet was submitted on October 25, 2016.

4. In accordance with Case Management Order No. 6, the court released its list of random remand selections and Plaintiff was on this list. A complete Plaintiff's Fact Sheet was to be submitted to MDL Centrality for each plaintiff in the selection group no later than May 30, 2018.

5. The undersigned counsel attempted to contact Plaintiff on multiple occasions to obtain the information required to complete the Plaintiff's Fact Sheet but did not receive the necessary responsive information.

6. On June 1, 2018, Plaintiff's attorney submitted the Plaintiff's Fact Sheet to the portal; however, it was substantially incomplete due to Plaintiffs unresponsiveness and lack of cooperation.

7. On June 7, 2018, Plaintiff's attorney's office sent Plaintiff correspondence via Priority Mail, regarding the substantially incomplete Plaintiff's Fact Sheet, the discovery process, as well as his unresponsiveness and lack of cooperation. Plaintiff was advised he must contact counsel no later than June 17, 2018, if he intended to proceed with the instant lawsuit. See Exhibit A. To date, Plaintiff has remained unresponsive.

8. Upon filing the motion, Plaintiff's attorney, has served Plaintiff and his daughter with a copy of the Motion and attachments, including a print out of the most recent court calendar as located on the court's website, by certified mail, return receipt requested. See Exhibit B.

9. Plaintiff's contact information is as follows:

   Lee Robert
   100 E. Veterans Pkwy
   Bldg. A100 Room 1006
   Barstow, CA 92311

   Daughter: Lina Robert
   917 Edgar Avenue
   Beaumont, CA 92223
   (951) 892-6976

10. Plaintiff's attorney seeks an Order permitting him to withdraw as counsel for Plaintiff as provided in the attached proposed Order. See Exhibit C.

11. Plaintiff's attorney has, by a copy of pertinent Pretrial Orders and a print out of the case management calendar as provided on the court's website, has notified Plaintiff of all deadlines in connection with this cause of action.

12. Plaintiff's attorney has made Plaintiff aware of any pending court appearances required and has notified Plaintiff of those dates as provided on the court's website under the case management tab. Also, Plaintiff's attorney has provided Plaintiff with a correspondence outlining the Court's contact information including telephone number and website with which Plaintiff can inquire regarding future court appearances. See Exhibit D.

WHEREFORE, Plaintiff's attorney seeks an Order of this Honorable Court, granting Michael P. McGartland's Motion to Withdraw as Counsel, together with any and all such other further relief as this Court deems just and appropriate.

## BRIEF IN SUPPORT

Plaintiff's attorney, Michael P. McGartland, brings his motion in accordance with the United States District Court of Louisiana's Local Rule 83.2.11 and relies upon his Motion to Withdraw and its attachments thereto in support thereof.

Dated this 24th day of July, 2018.

    s/ *Michael P. McGartland*
    MS Bar No. 100487
    McGartland Law Firm, PLLC
    1300 S. University Drive, Suite 500
    Fort Worth, Texas 76107
    Telephone: (817) 332-9300
    Facsimile: (817) 332-9301
    mike@mcgartland.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion to Withdraw as Counsel of Record for Plaintiff is opposed to by Defendant.

By: s/ *Michael P. McGartland*
Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592. Furthermore, a copy of the foregoing document, together with Complaint and Court Notices have been served upon Plaintiff, via Certified Mail, Return Receipt Requested.

By: s/ *Michael P. McGartland*
Michael P. McGartland

# EXHIBIT A



# McGARTLAND
## LAW FIRM, PLLC

1300 S. University Dr., Ste. 500

Fort Worth, TX 76107

*Office* (817) 332-9300

*Toll Free* 1-866-832-9300

*Fax* (817) 332-9301

firm@mcgartland.com

June 7, 2018

**VIA PRIORITY MAIL**

Mr. Lee Robert
100 E. Veterans Parkway
Bldg A100, Room 1006
Barstow, California 92311

Re: *Lee Robert v. Janssen Research, et al.*, Case No. 2:16-cv-14887
In the United States District Court for the Eastern District of Louisiana

Dear Mr. Robert:

As you know, our law firm has filed a lawsuit on your behalf related to your use of the drug Xarelto. As you are also aware, as part of the discovery process, the Court has set out required information and documents which you must produce if they are in your possession. This includes the very lengthy Plaintiff Fact Sheet ("PFS") you have been asked to complete.

The Federal Express package which contained the PFS sent to you, was refused. Our office received a PFS for you which was completed by your daughter, Lina Robert; however, it was substantially incomplete and some of the information in the PFS was regarding your daughter and not the required information regarding your claim.

The PFS has to be completed in full and contain information relevant to **your** claim. It is our understanding that you have not given anyone else Power of Attorney to direct your affairs, nor has a representative been appointed by the Court on your behalf. If our understanding in this matter is incorrect, please let us know immediately.

It is your responsibility under our Attorney-Client Contract to fully cooperate in the prosecution of your case so we may effectively represent your interests. **Failure to provide the required information and/or documentation will result in dismissal of your case and being barred from filing any claim related to Xarelto usage in the future.** We submitted the limited information in the PFS in an attempt to meet the Court's deadline. However, given the lack of interest in pursuing your case you have demonstrated to date, the incompleteness of the PFS and the vigorous discovery schedule yet come, we believe you should consider voluntarily dismissing your case.

Further, because of your lack of cooperation and participation in the litigation process, we are unable to represent your interests in this matter. **Please be advised that if you continue to refuse to cooperate and participate in the discovery process, we will file a Motion to Withdraw as Counsel with the Court.**

***Please contact us immediately upon receipt of this letter to discuss these matters. If we have not received a response from you by June 17, 2018, we will proceed with the filing of a Motion to Withdraw as Counsel as set out above.***

Thank you for your attention to this matter and we look forward to hearing from you.

Sincerely,

Lee McGartland /smg

cc: Lina Robert

# **EXHIBIT B**



# McGARTLAND
LAW FIRM, PLLC

1300 S. University Dr., Ste. 500

Fort Worth, TX 76107

July 24, 2018

*Office* (817) 332-9300

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

*Toll Free* 1-866-832-9300

Mr. Lee Robert
100 E. Veterans Parkway
Bldg A100, Room 1006
Barstow, California 92311

*Fax* (817) 332-9301

firm@mcgartland.com

Re: *Lee Robert v. Janssen Research, et al., Case No. 2:16-cv-14887*
In the United States District Court for the Eastern District of Louisiana

Dear Mr. Robert:

Enclosed please find a copy of our Motion to Withdraw as Counsel of Record for Plaintiff, with exhibits, regarding the above-referenced matter. In addition, enclosed please find the following documents:

Complaint and Jury Demand
Notice of Court Appearances scheduled
Court Contact Information

If you still wish to pursue your lawsuit, we urge you to immediately take action on your own or seek other counsel and provide them with the attached documentation so that you, or they, can protect your rights. If you have any questions or concerns, please do not hesitate to contact the Court.

Sincerely,

Stefani M. Johnston
Paralegal to Micheal P. McGartland

cc: Lina Robert

# EXHIBIT C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | Civil Action No. 2:16-cv-14887 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |
| ) | |

## ORDER GRANTING ATTORNEY MICHAEL P. MCGARTLAND'S OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This matter having come before this Honorable Court upon Plaintiff's Attorney Michael P. McGartland's Motion to Withdraw as Counsel for Plaintiff in the matter of Case No. 2:16-cv-14887, entitled Lee Robert v. Janssen Research & Development LLC, et al. and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Michael P. McGartland's Opposed Motion to Withdraw as Counsel for Plaintiff in the matter of Case No. 2:16-cv-14887 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Michael P. McGartland shall serve a copy of this Order upon Plaintiff, via Certified Mail, Return Receipt Requested, within fourteen (14) days of the date of this order.

IT IS HEREBY FURTHERED ORDERED that Plaintiff, Lee Robert, is granted a period of ninety (90) days from the date of this order with which to secure new counsel. Should Plaintiff fail to secure new counsel within the ninety (90) day time period allotted herein, the Court may administratively dismiss Plaintiff's Complaint.

This is not a final order and does not close the case.

_____
United States District Court Judge