UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**
*(See cases listed in Exhibit A, Schedule of Actions)*

### RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WHO HAVE FILED DUPLICATE CASES IN MDL 2592

Defendants moved for, and this Court entered, an Order to Show Cause [Rec. Doc. 10647] why the second case filed by plaintiffs who have filed more than one lawsuit in this litigation should not be dismissed. Plaintiffs listed on Exhibit A and represented by The Driscoll Firm, P.C. appear on the Order. Duplicate lawsuits except those discussed below have been resolved via previously filed stipulations for dismissal. *See* Rec. Doc. Nos. listed on Exhibit A. Undersigned counsel for plaintiffs respectfully submits that the remaining cases may be resolved as follows.

1.   *Cases in which stipulations for dismissal are forthcoming.*

The parties have agreed to stipulate to the dismissal of the following duplicate cases in which stipulations have not yet been filed as of the time this response was prepared:

*Pedridra Mathews v. Janssen Research & Development LLC et al.,*
No. 2:16-cv-11341;

*Ollie Rhinehart v. Janssen Research & Development LLC et al.,*
No. 2:16-cv-08111; and

*Nancy Schaffrath v. Janssen Research & Development LLC et al.,*
No. 2:17-cv-17351.

**2.   Cases in which dismissal of the second-filed claim is not opposed.**

1

Undersigned counsel for plaintiffs has no basis to oppose dismissal of the following second-filed cases as described below:

Dismissal of Plaintiff Joe Jacobsen's claims only in:
*James Rogers, et al. v. Janssen Research & Development LLC et al.,*
No. 2:16-cv-13851; and

*Robert Marks v. Janssen Research & Development LLC et al.,*
No. 2:17-cv-09902.

WHEREFORE, plaintiffs respectfully request that the Order to Show Cause be dismissed as to the cases listed on Exhibit A.

Signed: September 17, 2018                                        Respectfully submitted,

By:     */s/ Christopher J. Quinn*
         Christopher J. Quinn
         THE DRISCOLL FIRM, P.C.
         211 N. Broadway, 40th Floor
         St. Louis, MO 63102
         Tel: (314) 932-3232
         Fax: (314) 932-3233
         chris@thedriscollfirm.com
         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 17, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*