**Exhibit A**
**Schedule of Actions**

| No. | Xarelto User Name | Docket Number(s) | Stipulation Docket No. |
|---|---|---|---|
| 37. | Dichiaro, Anthony | 2:16-cv-07448 | 10685 |
| 55. | Henry, Barbara | 2:17-cv-02667, 2:18-cv-00666 | 10933 |
| 61. | Jacobsen, Joe | 2:16-cv-13851 | |
| 67. | Jones, Curtis L. | 2:17-cv-11589 | 10656 |
| 69. | Kelly, Jewel | 2:16-cv-10967 | 10879 |
| 84. | Marks, Robert | 2:17-cv-09902 | |
| 86. | Mathews, Pedridra | 2:16-cv-11341 | |
| 88. | Mayhew, Kathleen J. | 2:17-cv-17608 | 10789 |
| 101. | Ortiz, Amanda | 2:18-cv-02131 | 10663 |
| 114. | Rhinehart, Ollie | 2:16-cv-08111 | |
| 123. | Schaffrath, Nancy | 2:16-cv-11845, 2:17-cv-17351 | |
| 131. | Stauddy, Bobby | 2:17-cv-07568 | 10614 |
| 135. | Walker, Linda | 2:16-cv-09558 | 10814 |
| 139. | White, Kenneth | 2:16-cv-17148 | 10610 |