UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Silas McDowell vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:17-cv-3987**

### RESPONSE TO ORDER TO SHOW CAUSE

**MAY IT PLEASE THE COURT:**

This Court issued an Order to Show Cause (Doc. 10647) why certain duplicate actions, including the above-captioned action, should not be dismissed in favor of the first filed action. The undersigned counsel responds to that order as follows:

1. Plaintiff Silas McDowell apparently retained both the undersigned law firm, as well as the Van Wey Law, PLLC to represent him in relation to his Xarelto use.

2. Van Wey Law, PLLC having filed the first action on behalf of Mr. McDowell on May 19, 2016 under docket number 2:16-C-V-12125, the undersigned counsel has no objection to consenting to the dismissal of the duplicate action filed under docket number 2:17-cv-3987.

3. The undersigned previously agreed to the same upon speaking to counsel at Van Wey Law, PLLC, and a Stipulation of dismissal of the above-captioned action has simply not yet been filed as of the time this response was prepared.

WHEREFORE, the undersigned counsel respectfully requests that the above-captioned action filed under docket number 2:17-cv-3987 be dismissed, in favor of the first action filed on behalf of Mr. McDowell by Van Wey Law, PLLC under docket number 2:16-cv-12125 which shall proceed.

Date:  September 17, 2018

Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By:  /S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 17th day of September, 2018.

THE SCHLEMMER FIRM, LLC

BY: /S/ Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com