UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | } | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION } | } } } | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

This Document relates to:

*Leonard Ray Cox vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:17-cv-5436

## RESPONSE TO ORDER TO SHOW CAUSE

**MAY IT PLEASE THE COURT:**

This Court issued an Order to Show Cause (Doc. 10507) why certain actions, including the above-captioned action should not be dismissed due to alleged deficiencies in the Plaintiff's Fact Sheet. The undersigned counsel responds to that order as follows:

1. Plaintiff filed the complaint in this matter in good faith after being retained by counsel and within the applicable statute of limitations.

2. After many attempts, undersigned counsel has been unable to receive the necessary responses from Mr. Cox to remedy the deficiencies.

3. Accordingly, based on the inability to obtain sufficient information from the plaintiff despite diligent efforts, there is no basis upon which to oppose the defendant's motion.

**FOR THESE REASONS**, undersigned counsel has no basis to oppose a Motion to Dismiss at this time and prays the Court grant a Dismissal Without Prejudice if the Court finds Dismissal Just and Proper.

Date:  September 17, 2018

                    Respectfully Submitted,

                    THE SCHLEMMER FIRM, LLC

                    By:  /S/Paul N. Schlemmer
                    Paul N. Schlemmer (NY2895415)
                    Attorney for Plaintiff
                    830 Third Avenue, 5th Floor
                    New York, New York 10022
                    (212) 390-8030
                    email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 17th day of September, 2018.

                    THE SCHLEMMER FIRM, LLC

                    BY: /S/ Paul N. Schlemmer
                    Paul N. Schlemmer (NY2895415)
                    Attorney for Plaintiff
                    830 Third Avenue, 5th Floor
                    New York, New York 10022
                    (212) 390-8030
                    email: paul@schlemmerfirm.com