UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>    Larry Resler v. Janssen Research &<br>    Development, LLC, et al. | JUDGE ELDON E. FALLON |
|     Civil Case No. 2:17-cv-09794 | MAG. JUDGE NORTH |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Counsel for Plaintiff, Larry Resler, and files this Response to Defendant's Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 10795), and showing the Court the following:

1. In May of 2017 Plaintiff Larry Resler contacted undersigned counsel regarding a potential claim involving the use of Xarelto and alleged subsequent injury.

2. On September 28, 2017 undersigned counsel filed the complaint in this matter.

3. Undersigned counsel subsequently learned that Mr. Resler passed away on or about September 11, 2017.

4. Following a search for next of kin, undersigned counsel learned the legal next of kin may include three children and possibly an estranged surviving spouse.

5. On January 23, 2018 a Plaintiff Fact Sheet was submitted on Mr. Resler's behalf and, on April 6, 2018 the Plaintiff Fact Sheet was signed by Mr. Resler's son, Robert D. Resler.

6. Defendants issued a notice of deficiency for failure to show proof that Robert D. Resler has legal authority to sign the Plaintiff Fact Sheet on behalf of the decedent plaintiff.

7. Undersigned counsel has been diligent in attempting to make further contact with Mr. Resler's legal next of kin and advise them of the nature and status of the filed claim and need to cure the deficiency to no avail. As of this date, no person showing evidence of legal authority to represent the estate of Mr. Resler has presented themselves.

8. Undersigned counsel sent correspondence by certified mail to each of the known potential next of kin on the following dates: 2/22/2018, 5/18/2018, 7/12/2018, 9/5/2018; as well as numerous phone calls and emails.

9. Accordingly, undersigned counsel requests that Plaintiff's claim not be dismissed with prejudice for failure to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies at this time and Plaintiff's counsel be given an additional 90 days to locate and properly name a legal representative of the estate of Plaintiff Larry Resler and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13.

10. At all times relevant hereto, undersigned counsel has diligently sought contact with Ms. Resler's next of kin to cure the noticed deficiency. Undersigned counsel makes this request not for the purposes of delay but so that justice may be done.

FOR THESE REASONS, undersigned counsel opposes a Motion to Dismiss at this time and prays the Court grant additional time to secure the proper representative of the Estate of Larry Resler and for any further orders the Court deems just and proper.

Dated September 14, 2018                    Respectfully submitted,

                                            By: */s/ Bobby Saadian*
                                            Bobby Saadian, Esq.
                                            CA Bar 250377
                                            3055 Wilshire Blvd. 12th Floor,
                                            Los Angeles, CA 90010
                                            Phone: (213)381-9988
                                            Fax: (213)381-9989

Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 14th day of September, 2018.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com