# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101 2018-25560

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Robert Charles Holley |
| 2. DATE AND TIME OF DEATH | Jun 22, 2018 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | Jun 22, 2018 0505 |
| 5. COUNTY OF DEATH | Talladega |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Sylacauga, 35150 |
| 7. PLACE OF DEATH | Old Rockhouse Road |
| 8. SEX | Male |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | |
| 10. SERVED IN ARMED FORCES | No |
| 11. AGE | 66 |
| 12. DATE OF BIRTH | May 31, 1952 |
| 13. BIRTHPLACE | Alabama |
| 14. SOCIAL SECURITY NUMBER | 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 |
| 15. MARITAL STATUS | Married |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | Glenda K Powell |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Talladega |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Sylacauga, 35150 |
| 20. STREET ADDRESS | 3234 Settlement Road |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | Glenda K Holley, Wife, 26 Overbrook Circle, Sylacauga, AL 35150 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Luther Holley |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Beaulah Johnson |
| 24. DISPOSITION OF BODY | Burial |
| 25. CEMETERY OR CREMATORY | Sylacauga Cemetery |
| 26. LOCATION | Sylacauga, Alabama |
| 27. DATE OF DISPOSITION | Jun 30, 2018 |
| 28. FUNERAL DIRECTOR | Richard Trask Jr |
| 29. LICENSE NUMBER | 04858 |
| 30. DATE SIGNED | Jul 2, 2018 |
| 31. FUNERAL HOME NAME AND ADDRESS | Sunset Memorial Chapel-Childersburg, 33558 Highway 280, Childersburg, AL 35044 |
| 32. LICENSE NUMBER | |

33. MEDICAL CERTIFICATION: ___ CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER  X  CORONER

| Field | Value |
|---|---|
| 34. NAME | Shaddix Murphy, Coroner |
| 35. LICENSE NUMBER | |
| 36. DATE SIGNED | Jun 27, 2018 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | PO Box 282, Sylacauga, Alabama 35150 |
| 38. REGISTRAR | Nicole Henderson Rushing |
| 39. DATE FILED | Jul 2, 2018 |

## CAUSE OF DEATH

| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | INTERVAL |
|---|---|
| IMMEDIATE CAUSE A. Sudden Cardiac Death | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): B. | |
| DUE TO (OR AS A CONSEQUENCE OF): C. | |
| DUE TO (OR AS A CONSEQUENCE OF): D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | No |

49. HOW INJURY OCCURRED

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-319-925-8

July 3, 2018

*Nicole H. Rushing*
Nicole Henderson Rushing
State Registrar of Vital Statistics