## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | ) | **MDL NO. 2592** |
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **SECTION L** |
| **PRODUCTS LIABILITY LITIGATION** | ) | **JUDGE ELDON E. FALLON** |
| | ) | **MAG. JUDGE NORTH** |

**This Document Relates to:**

*Robert Holley;* Civil Action No.: 2:15-cv-06913

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Glenda K. Holley as plaintiff on behalf of the Estate of Robert Holley.

1. Robert Holley filed a claim against the defendants on December 17, 2015.

2. Subsequently, plaintiff's counsel was notified that Robert Holley died on June 22, 2018. See attached Certification of Death Record attached as Exhibit A.

3. Robert Holley's action against the defendant survived his death and was not extinguished.

4. Glenda K. Holley, as Personal Representative of the Estate of Robery Holley, is a proper party to substitute for plaintiff-decedent Robert Holley and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

**WHEREFORE,** Plaintiff prays that this Motion for Substitution of Party be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: September 18, 2018                    Respectfully submitted,

/s/ Donald C. Sisson
Donald C. Sisson, CO #35825
Reid J. Elkus, CO #32516
ELKUS & SISSON, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: 303-567-7981
Facsimile: 303-431-3753
dsisson@elkusandsisson.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion to Substitute Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: September 18, 2018                  Respectfully submitted,

                                           /s/ Donald C. Sisson_____
                                           Donald C. Sisson, CO #35825