MINUTE ENTRY
FALLON, J.
SEPTEMBER 18, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        MDL NO. 2592
      PRODUCTS LIABILITY LITIGATION

                                                                            SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
Various Cases                                  MAGISTRATE JUDGE NORTH


BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Sindhu Daniel, Esq. and Lenny Davis, Esq. for Plaintiffs
               Chanda Miller, Esq. and John Olinde, Esq. for Defendants
               Jacob Flint, Esq. via phone for certain Plaintiffs
               Chris Quinn, Esq. via phone for certain Plaintiffs
               Amanda McGee, Esq. via phone for certain Plaintiffs
               Barrett Beasley, Esq. for certain Plaintiffs
               Kassie Richburg, Esq. for Plaintiff Frank Keppeler
               Catherine Towne, Esq. via phone for certain Plaintiffs
               Elwood Stevens, Jr., Esq. and Derriel McCorvey, Esq. via phone for certain
               Plaintiffs
               Michael Kruse, Esq. via phone for certain Plaintiffs
               David Owen, Esq. via phone for certain Plaintiffs

**Show Cause Hearing:**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone. (Rec. Doc. Nos. 10507, 10591, 10601, 10623, 10627 – (combines docs. 10172 and 10195), 10647, 10649, 10651, 10652, 10653, 10654, 10655, 10659, 10734, 10741, 10824, 10824, 10831, 10855)

The Court issued its rulings as stated on the record. Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

The next Xarelto Show Cause Hearing will be held on Monday, November 19, 2018, at 9:00am.


JS10:    1:35