UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2592 Section L Judge Eldon E. Fallon Mag. Judge Michael North |
| JOSEPH FORBES, Plaintiffs, v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. 2:15-cv-3522 |

## ORDER

COMES NOW Plaintiff Joseph Forbes and Pursuant to Rule 41(a)(1) and PTO 24 hereby dismisses all claims against Defendant Bayer Healthcare, LLC only, without prejudice. Each party to bear their own costs. Counsel for Plaintiff takes this action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

New Orleans, Louisiana, this 18th day of September, 2018

_____
UNITED STATES DISTRICT JUDGE