## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

This Document relates to:

JUDGE ELDON E. FALLON

Kathy Cobb, as surviving heir of Doris Smith,
deceased v. Janssen Research
& Development, LLC

MAG. JUDGE NORTH

E.D. La. No. 2:17-cv-01017

## ORDER

IT IS ORDERED that the Plaintiff Kathy Cobb, as surviving heir of Doris Smith, deceased's, Second Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____18th_____ day of __September__ 2018.

Hon. Eldon E. Fallon
United States District Judge