## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Matthew Whalen, et al v. Janssen Research & Development, LLC, et al*, 2:18-cv-04266

## ORDER

THIS MATTER having come before the Court on Plaintiffs' Motion for Extension of Time Within Which to Serve Summons and Complaint on Defendant Bayer Pharma AG, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion for Extension of Time Within Which to Serve Summons and Complaint on Defendant Bayer Pharma AG through the streamlined process as set forth in this Court's Pre-Trial Order No. 10 is hereby GRANTED. Plaintiff shall have an additional thirty (30) days from the date of this order within which to serve process on Bayer Pharma AG.

New Orleans, Louisiana, this 18th day of September, 2018.

Honorable Eldon E. Fallon
United States District Judge

1