UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br>CAROL L. SCHMIDT,<br>Civil Case No.: 2:17-cv-05095 | MDL NO. 2592<br><br>SECTION:  L<br><br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**NOTICE OF ORAL AND VIDEO DEPOSITION OF DR. MARY AGNE, M.D.**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure and the procedures set forth in *In Re: Xarelto (Rivaroxaban) Products Liability Litigation,* MDL No. 2592, the undersigned attorneys for Plaintiff Carol Schmidt will take the deposition upon oral examination of **Dr. Mary Agne, M.D.** on **October 25, 2018** commencing at **8:30am CT** at **2900 Frank Scott Parkway West, Suite 980, Belleville, IL 62223.**  The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.  The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in her possession, custody, and control.

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

1

Respectfully submitted,

Date: September 20, 2018 **LOWE LAW GROUP**
Counsel for Plaintiff

By: /s/ Zachary Peter Lowe
Zachary Peter Lowe, Esq.
Nathan Buttars, Esq.
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Phone: 801-917-8500
Fax: 801-917-8484
pete@lowelawgroup.com,
nate@lowelawgroup.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 20, 2018 the foregoing was served electronically to the following:

    Rami Fakhouri
    GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
    564 West Randolph Street, Suite 400
    Chicago, IL 60661
    rfakhouri@goldmanismail.com
    Tel: 312-881-5942 * Fax: 312-881-5185
    *Counsel for Defendants*

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    Brian H. Barr
    LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
    bbarr@levinlaw.com

    Andy D. Birchfield, Jr.
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
    Andy.birchfield@beasleyallen.com

    Gerald E. Meunier
    GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
    gmeunier@gainsben.com

    Leonard A. Davis
    HERMAN HERMAN & KATZ LLC
    ldavis@hhklawfirm.com

    *Plaintiffs' Co-Lead Counsel*

    Andrew K. Solow
    ARNOLD & PORTER LLP
    Andrew.solow@arnoldporter.com
    *Served Bayer Defendants' Counsel*

    Susan M. Sharko
    DRINKER BIDDLE & REATH LLP
    Susan.sharko@dbr.com
    *Served Janssen Defendants' Counsel*

                                                         By: */s/ Nathan Buttars*
                                                          Nathan Buttars

# **EXHIBIT A – DOCUMENT REQUESTS**

The deponent shall bring to the deposition the following documents and tangible things that are in her possession, custody, or control:

1. Your *curriculum vitae.*

2. All original documents, books, records, materials, correspondence, memoranda, receipts, including, but not limited to diaries and notes pertaining to the claims raised by the plaintiff in this lawsuit.

3. All original documents, books, records, materials, correspondence, memoranda, receipts, including, but not limited to medical records and notes in your possession pertaining to the plaintiff in this lawsuit.

4. All medical information, records, and reports, including inpatient, outpatient, and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office records, handwritten notes by doctors and medical personnel and records received by other physician or healthcare providers that pertain to or reference the plaintiff in this lawsuit.

5. All laboratory, histology, cytology, pathology, radiology, CT Scan, MRI or other studies or tests that pertain to or reference the plaintiff in this lawsuit.

6. All pharmacy/prescription records, including NDS numbers and drug information handouts/monographs that pertain to or reference the plaintiff in this lawsuit.

7. All documents you reviewed, referred to, or relied upon in arriving at any of your medical opinions concerning your treatment and care of plaintiff in this lawsuit.

8. All billing records, including all statements, itemized bills and insurance records that pertain to or reference the plaintiff in this lawsuit.

9. All documents referencing or referring to the product Xarelto (rivaroxaban) at issue, including, but not limited to, brochures, clinical studies, journal articles, reference books, DVDs and any other information you have about this product.

10. All professional educational materials you have received from the Janssen companies, Johnson & Johnson Company, and/or the Bayer companies, and/or any other sources concerning the Xarelto (rivaroxaban) product at issue.