UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**ALL ACTIONS**

## ORDER

At the request of the parties,

**IT IS ORDERED** that Pretrial Order No. 6A, R. Doc. 10660, is hereby re-titled "Case Management Order No. 6A."

New Orleans, Louisiana, this 20th day of September, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge