UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Daria Fowler v. Janssen Research & Development, LLC, et al* **Civil Action No. 2:18-cv-00318**

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the Motion for Voluntary Dismissal With Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana this 18th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE