UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br>                                             ) <br>                                             ) <br> THIS DOCUMENT RELATES TO: ) <br> Harris v. Janssen Research & ) <br> Development, LLC, et al ) <br> 2:16-cv-14941 ) <br>                                             ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs Thomas Harris and Alice Harris, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) give notice that they are voluntarily dismissing their claims against the Defendants Janssen Research & Development LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, with prejudice to their right to re-file their claims.

                                                        Respectfully Submitted,

                                                        /s/ Ronald E. Johnson, Jr.
                                                        Ronald E. Johnson, Jr. (KY 88302)
                                                        Sarah N. Lynch (KY 94261)
                                                        SCHACHTER, HENDY & JOHNSON, P.S.C.
                                                        909 Wright's Summit Parkway #210
                                                        Ft. Wright, Kentucky 41011
                                                        Tel. 859.578.4444
                                                        Facsimile 859.578.4440
                                                        rjohnson@pschachter.com
                                                        semery@pschachter.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

/s/ Ronald E. Johnson, Jr_____
Ronald E. Johnson, Jr. (88302)