UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Francesco Gagliardo as Representative of the Estate of Giovanna Gagliardo v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-17864-EEF-MBN*

## EX PARTE MOTION FOR SUBSTITUTION

Counsel, pursuant to rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Giovanna Piazza on behalf of Francesco Gagliardo as Representative of the Estate of Giovanna Gagliardo. In support of this motion, Counsel would show the Court as follows:

1. Francesco Gagliardo as Representative of the Estate of Giovanna Gagliardo filed a products liability lawsuit against Defendants on December 29, 2016.

2. Giovanna Gagliardo died on October 1, 2015.

3. Giovanna Gagliardo's products liability action against Defendants survived her death and was not extinguished.

4. Giovanna Piazza, daughter of Francesco Gagliardo and Giovanna Gagliardo was appointed Personal Representative of the Estate of Giovanna Gagliardo on March 7, 2018 by the Circuit Court for Saint Lucie County, Florida.

5. Giovanna Piazza is a proper party to substitute for Plaintiff-Decedent Giovanna Gagliardo and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: September 21, 2018

                                          Respectfully Submitted,

                                          /s/ Sarah Graziano
                                          Sarah Graziano, Indiana Bar #21650-49
                                          Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 21, 2018

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com