UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Francesco Gagliardo as Representative of the Estate of Giovanna Gagliardo v. Jansenn Research & Development, LLC, et al;*
*Case. No. 2:16-cv-17864-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Giovanna Piazza as personal representative of the estate of Giovanna Gagliardo, is substituted for Francesco Gagliardo as Representative of the Estate of Giovanna Gagliardo, in the above captioned cause.

Dated: _____        _____
                                                                                    Hon. Eldon E. Fallon
                                                                                    United States District Court Judge