L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> THIS DOCUMENT RELATES TO: <br><br> VALERIE JEAN NIELSON | **MDL 2592** <br> **SECTION L** <br> **JUDGE ELDON E. FALLON** <br> **MAGISTRATE JUDGE NORTH** <br> **CASE NO. 2:18-cv-03134-EEF-MBN** |

**MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**

NOW COMES counsel for Plaintiff, Valerie Jean Nielson, pursuant to Federal Rules of Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, without prejudice, the above action against Defendants Janssen Ortho LLC, Johnson and Johnson, Bayer Pharma AG, Bayer Healthcare AG, and Bayer AG with each party to bear their own costs. Counsel takes this action pursuant to Fed. R. Civ. Pro. § 4m, as well as to the Court's orders nos. 10 and 24, because Plaintiff failed to serve the above-named Defendants within the required 60 and 90 days of the filing of Plaintiff's complaint. The result for a failure to timely serve is a dismissal without prejudice.

**A. FACTUAL BACKGROUND**

Plaintiff filed the subject lawsuit on March 22, 2018 for injuries sustained

**1**
**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

through her ingestion of the bloodthinner Xarelto. Due to a clerical error Plaintiff failed to timely serve Defendants Janssen Ortho LLC, Johnson and Johnson, Bayer Pharma AG, Bayer Healthcare AG, and Bayer AG. Plaintiff failed to serve Janssen Ortho LLC and Johnson and Johnson within the requisite ninety days and failed to serve the Bayer defendants within sixty days as required by Pretrial Order No. 10. On August 22, 2018, Plaintiff's counsel notified Defendants' Lead and Liaison counsel in writing of the intent to dismiss this claim as to the above-named Defendants without prejudice. Plaintiff's counsel further inquired as to whether Defendant's counsel would be amenable to a stipulation to dismiss Plaintiff's claims without prejudice as to those defendants. Defendant has not responded to Plaintiff's request for a stipulation. Per the Court's Pretrial Orders No. 24 and 24A, this motion is being filed more than fourteen (14) days after notification to Defendant's Lead and Liaison Counsel. Further, Plaintiff 's counsel has complied with the filing fee payment provision of PTO No. 11B (Rec. Doc. 1117) and all applicable filing fees have been paid.

## B. PLAINTIFF FAILED TO TIMELY SERVE DEFENDANTS AND AS SUCH PLAINTIFF'S CLAIMS MUST BE DISMISSED WITHOUT PREJUDICE

Federal Rule of Civil Procedure 4(m) provides that if service is not effectuated on a defendant within 90 days of filing the complaint, the court must dismiss the action without prejudice *as to that defendant*. *Carrington v. Mallon*, No. CV 17-11773, 2018 WL 2275571, at *1 (E.D. Mich. May 2, 2018), <u>report and recommendation adopted,</u> No. 17-CV-11773, 2018 WL 2268180 (E.D. Mich. May 17, 2018) (emphasis added).  Additionally, the Court's Pretrial Order No. 24 expressly allows Plaintiffs to move to dismiss pursuant to Rule 41(a)(1)  and states "plaintiffs continue to retain the right to individually dismiss certain named defendants without dismissing the entire action." *See* Court's Pretrial Order No. 24.

Due to a clerical error Plaintiff failed to timely serve Defendants Janssen Ortho LLC, Johnson and Johnson, Bayer Pharma AG, Bayer Healthcare AG, and Bayer AG within the sixty and ninety days as required by court order and law. As such, Plaintiff respectfully requests that the Court dismiss this matter without prejudice as to only those defendants.

## I. Conclusion:

Plaintiff respectfully requests that the Court dismiss this case without prejudice because Plaintiff failed to timely serve Defendants Janssen Ortho LLC, Johnson and Johnson, Bayer Pharma AG, Bayer Healthcare AG, and Bayer AG.

Dated: September 21, 2018

**The Law Office of L. Paul Mankin**

By: /s/ L. Paul Mankin

L. PAUL MANKIN

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.