L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>THIS DOCUMENT RELATES TO:<br><br>JANET DANIELS | **MDL 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH**<br>**CASE NO. 2:17-cv-05008-EEF-MBN** |

**DECLARATION OF L. PAUL MANKIN, ESQ., IN SUPPORT OF MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

I, L. Paul Mankin, declare under the penalty of perjury as follows:

1. I, L. Paul Mankin, and am Plaintiff's counsel in this case, case number 2:17-cv-05008-EEF-MBN. I submit this declaration in support of Plaintiff's Motion to Voluntarily Dismiss Without Prejudice. Due to a clerical error Plaintiff failed to timely serve the Defendants. I make this declaration based on my personal knowledge, except where otherwise indicated. I submit this Declaration in conjunction with Plaintiff's opposition papers.

2. On August 22, 2018, my office reached out to Defendants' Lead and Liaison Counsel to see if they would agree to stipulating to dismiss this matter.

3. On August 27, 2018, my office followed up on the e-mail requesting a stipulation from the defense.

**DECLARATION OF L. PAUL MANKIN IN SUPPORT OF PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

4. My office has not received a response from the defense as to whether they would agree to dismiss Ms. Daniels' claims without prejudice in order for him to re-file in the proper jurisdiction.

5. Per the Court's Pretrial Order, it has been over two weeks since our office reached out to the defense liaison counsel and informed them of our intention to dismiss Ms. Daniels' claims without prejudice in order for him to re-file those claims in the proper jurisdiction.

I, L. Paul Mankin, declare under penalty of perjury under the laws of the United States of America and the laws of California and Louisiana, that the foregoing is true and correct and based on my personal knowledge except as otherwise indicated.

Executed this 21st day of September, 2018 at San Diego, CA.


By: _/s/ L. Paul Mankin_
L. Paul Mankin
Attorney for Plaintiff

**DECLARATION OF L. PAUL MANKIN IN SUPPORT OF PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**