UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| LYNNE MILLER individually and as heir, beneficiary, and administrator of the ESTATE OF LILLIAN WELLS | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| Plaintiffs | |
| v. | **JURY TRIAL DEMANDED** |
| | Civil Action No.: 2:18-cv-07027 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG; | |
| Defendants. | |

**PLANTIFFS' MOTION TO CORRECT CASE CAPTION**

Plaintiff(s) incorporate(s) by reference the Plaintiffs' Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11.

1

Regarding Case No. 2:18-cv-07027, Plaintiff, NOLA WOLF, individually and as heir, beneficiary, and administrator of the ESTATE OF LILLIAN WELLS, was erroneously identified as LYNNE MILLER individually and as heir, beneficiary, and administrator of the ESTATE OF LILLIAN WELLS, as such, the Plaintiff requests the case caption been changed.

Dated: September 24, 2018

        Respectfully submitted,

        By: */s Douglas C. Monsour, Esq.*
        **Douglas C. Monsour, Esq.**
        Texas Bar No. 00791289
        Katy Krottinger
        Texas Bar No. 24077251
        404 North Green Street
        PO Box 4209
        Longview, TX 75601
        Phone (903) 758-5757
        Fax (903) 230-5010
        Email: doug@monsourlawfirm.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*