UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | Section L |
| ) | Judge Eldon E. Fallon |
| ) | Mag. Judge Michael North |

*This Document Relates To:*
*CAROL ANGLIN-BECKFORD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-15448*

### MOTION TO WITHDRAW AS COUNSEL OF RECORDS FOR PLAINTIFF

This motion is brought in the matter of Case 2:17-cv-15448, entitled Carol Anglin-Beckford v. Janssen Research & Development, et al. in accordance with the United States Court of Louisiana Local Rule 83.2.11, attorneys Andrew S. Williams, brings this Motion to Withdraw as Counsel for Plaintiff and states as follows:

1. Carol Anglin-Beckford filed her products liability lawsuit against defendants on December 7, 2017.

2. Plaintiff verbally notified Simmons Hanly Conroy on May 16, 2018 she no longer wanted Simmons Hanly Conroy to represent her in this matter and wanted to "withdraw" from this law firm's representation.

3. On May 16, 2018, attorney Andrew S. Williams sent correspondence to Plaintiff *(See Exhibit A attached)* confirming Plaintiff's request that Andrew S. Williams and Simmons Hanly Conroy no longer represent Plaintiff in this matter and informed Plaintiff once she had obtained new counsel to contact him so transfer of her file could be made to her new Counsel.

4. On September 11, 2018, Simmons Hanly Conroy received correspondence from Plaintiff *(See Exhibit B attached)* requesting copies of all her documents and her Xarelto pill bottle in Simmons Hanly Conroy's possession be returned to her.  This correspondence

      included a postage-paid envelope, tracking number 9114999944313978673402 (*See Exhibit C attached*).

5. Attorney Andrew S. Williams contacted client via telephone on September 11, 2018 and confirmed twice verbally with Plaintiff she no longer wanted Simmons Hanly Conroy's representation in this matter and desired her file be returned to her.

6. On September 11, 2018, Simmons Hanly Conroy provided Plaintiff with her file, per her request, in the postage paid envelope Plaintiff provided *(See Exhibit D attached)*.

7. Plaintiff's contact information is as follows:

> Ms. Carol Anglin-Beckford
> 5710 Lakeside Drive, Apt 706
> Margate, FL   33063
> 347-531-7403
> cbgraces@gmail.com

8. Plaintiff's attorney, Andrew S. Williams and Simmons Hanly Conroy law firm, seek an Order permitting them to withdraw as counsel for Plaintiff provided in the attached Proposed Order *(See Exhibit E attached).*

9. Plaintiff's attorney has provided Plaintiff with any pending court appearances required and has notified Plaintiff of those dates as provided on the court's website under the case management tab. [Also, Plaintiff's attorney, Andrew S. Williams, has provided Plaintiff with a correspondence outlining the Court's contact information including telephone number and website with which Plaintiff can inquire regarding future court appearances.]

Dated: <u>September 25, 2018</u>　　　　　　　　　　Respectfully submitted,

                                                      */s/ Andrew S. Williams*
                                                      Andrew S. Williams, IL #6285527
                                                      Trent B. Miracle #IL 6281491
                                                      SIMMONS, HANLY, CONROY LLC
                                                      One Court Street
                                                      Alton, IL 62002

Tel. (618) 259-2222
Fax (618) 259-2251
awilliams@simmonsfirm.com
tmiracle@simmonsfirm.com
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion to Withdraw as Counsel of Record for Plaintiff together with the Complaint, Pretrial Orders and Court Notices has been sent to Plaintiff, via Certified Mail Return Receipt Requested on September 24, 2018. Further, a copy of the above entitled Motions has been served upon opposing counsel by way of the court's electronic filing system, ECF, on September 25, 2018.

*/s/ Andrew S. Williams*
Andrew S. Williams