# EXHIBIT A

**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of Andrew S. Williams (Licensed in Illinois, Missouri, Texas, California, and Florida)*

<u>**VIA UPS SERVICE #1ZF38V41P293460523**</u>
May 16, 2018

Ms. Carol Anglin-Beckford
5710 Lakeside Drive, Apt 706
Margate, FL   33063

**In Re:**     **Your Xarelto Case**

Dear Ms. Anglin-Beckford:

Thank you for your call to our offices on May 16, 2018. This letter will confirm you wish to seek other counsel to represent you in your Xarelto claim. Once you have retained other counsel, please have that law firm contact us. We will gladly provide them with a copy of your file. If you would like a copy, please provide us with a postage paid envelope and addressed to where you would like us to send your file. Please also inform your new law firm our expenses to date on your case are $1,626.11.

Should you have questions, please contact us at 800-479-9533. Thank you.

Sincerely,

Andrew S. Williams
Shareholder

ASW/lsw

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market Street | 100 N. Sepulveda Blvd. | 231 S. Bemiston Avenue |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 2220 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |

eTT Delivery and Delivery Attempt Detail - Windows Internet Explorer provided by UPS

**Searched Inquiry Number:** 1ZF38V41P293460523  **Tracking Number:** 1ZF38V41P293460523  **Service Level:** GROUND SHIPPER RELEASE

Help | Close | Print

**Associated Tracking Numbers:**

Search — Select an Associated Tracking Number and click on Search to execute the search

**Delivery Address**
5710 LAKESIDE DR
Bldg/Floor 2
Rm/Suite 706
MARGATE FL 33063
UNITED STATES

**Type:** DELIVERED
**Received By:**
**Location:** FRONT DOOR
**Date:** 05/19/18
**Time:** 09:58
**Late Air Reason:**

**Delivery Status:** SHIPPER RELEASE

**Shipper Name:** SIMMONS HANLY CONROY
**Shipper Number:** F38V41
**Stop Type:** RESIDENTIAL

**Package ID:**
**Package Weight:** 0.00
**Saturday Delivery Charge:** NO

**Remarks:**

**Original Receiver:**
**Reason:**

Copyright © 2000-2018 UPS, Inc. All Rights Reserved.

My Profile — Sustainability & Community