# EXHIBIT B

To Whom It May Concern,

Enclose paid stamp envelope please enclose all my documents and the empty pill bottle.

Thank you
Carol Anglin Beckford
347531-7403

RECEIVED
SEP 11 2018
BY: