# EXHIBIT D

**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of Andrew S. Williams (Licensed in Illinois, Missouri, Texas, California, and Florida)*

**<u>VIA USPS PRIORITY MAIL</u>**
September 11, 2018

Ms. Carol Anglin-Beckford
5710 Lakeside Drive, Apt 706
Margate, FL  33063

**In Re:** **Your Xarelto Case**
**Case # 2:17-cv-15448**

Dear Ms. Anglin-Beckford:

To memorialize the conversation we had today regarding your Xarelto case, you requested copies of the paperwork from this matter and informed me twice you no longer wanted Simmons Hanly Conroy to represent you in your Xarelto case.

As such enclosed please find, as requested, a copy of your Contract of Representation, Questionnaire, and Plaintiff's Fact Sheet, and empty Xarelto pill bottle from your Xarelto case. Should you have questions regarding this matter, please contact us at 800-479-9533. Thank you.

Sincerely,

Andrew S. Williams
Shareholder

ASW/lsw
Enclosures

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market Street | 100 N. Sepulveda Blvd. | 231 S. Bemiston Avenue |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 2220 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |

ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFIC…

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 9114999944313978673402

Remove X

Expected Delivery on

**THURSDAY**
**13** SEPTEMBER 2018 ⓘ

by
**8:00pm** ⓘ

Feedback

## ✓ Delivered

September 13, 2018 at 2:49 pm
Delivered, In/At Mailbox
POMPANO BEACH, FL 33063

Get Updates ∨

Text & Email Updates  ∨

Tracking History  ∨

Product Information  ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%...)**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.