# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) Section L <br> ) Judge Eldon E. Fallon <br> ) Mag. Judge Michael North |

*This Document Relates To:*
*CAROL ANGLIN-BECKFORD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-15448*

## ORDER

The matter having come before this Honorable Court upon Plaintiff's Attorney Andrew S. Williams' Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-15448, entitled Carol Anglin-Beckford v. Janssen Research & Development, et al. and the Court being otherwise fill advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Andrew S. Williams' Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-15448 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Andrew S. Williams shall serve a copy of this Order upon Plaintiff, via certified mail return receipt requested, within fourteen (14) days of the date of this order.

Dated:_____

_____
Hon. Eldon E. Fallon
United States District Court Judge