**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of Andrew S. Williams (Licensed in Illinois, Missouri, Texas, California, and Florida)*

**VIA CERTIFIED MAIL #70150640000460294233 – RETURN RECEIPT REQUESTED**
September 24, 2018

Ms. Carol Anglin-Beckford
5710 Lakeside Drive, Apt 706
Margate, FL   33063

**In Re:**      **Your Xarelto Case – Xarelto MDL 2592**
                **Case # 2:17-cv-15448**

Dear Ms. Anglin-Beckford:

Enclosed please find a copy of our Motion to Withdraw as Counsel of Record in this matter. Also attached to this correspondence please find the following:

Complaint and Jury Demand (copy included)
Pretrial Order #13 re Plaintiff's Fact Sheet (copy included)
Pretrial Order #27 re Plaintiff's Fact Sheet (amended)
Notice of Court Appearances scheduled
Court Contact Information

If you wish to pursue your lawsuit, we again urge you to immediately take action on your own to seek other counsel and provide them with the attached documentation so that you, or they can protect your rights. Should a hearing be scheduled by the Court to discuss your case, we will notify you and you will need to call in. Please contact the Court with any other questions.

Sincerely,

Andrew S. Williams
Shareholder

ASW/lsw
Enclosures

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market Street | 100 N. Sepulveda Blvd. | 231 S. Bemiston Avenue |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 2220 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
|  |  | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 |  |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carol Anglin Beckford
5710 Lakeside Dr # 906
Margate FL 33063

9590 9402 2467 6306 3794 16

2. Article Number (Transfer from service label)

7015 0640 0004 6029 4233

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com™.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

7015 0640 0004 6029 4233