UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :     MDL No. 2592
                                   :
                                   :     CASE No. 14-MD-2592
                                   :
                                   :     SECTION L
                                   :
                                   :     JUDGE ELDON E. FALLON
                                   :
                                   :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Lawrence Flammia, CA# 16-7246, Daryl Barber, CA# 16-06488; Dorothy Brown, CA# 17-00653, Ralph Cottingham 16-15445, Gary Dieffenbacher CA# 16-07228, Milton DiGregorio CA# 16-7238, August Kraft, CA# 16-13522, James Myers, CA# 16-07252, Madora Scruggs, CA# 16-07255, Irma Stack, Ca# 17-06876, Jack Stark, CA# 16-07268, Gary Thomas, CA# 16-14043, Dewey White, CA# 16-13544, Pearl Monhollen, CA# 16-15994, Alan Stout, CA# 16-14046.

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

On Motion of Alfred A. Olinde, Jr., counsel for the above-captioned Plaintiffs in this MDL, who desires that his name be substituted as counsel of record in place of Wesley Barr who has taken "of counsel" status with the Olinde Firm and is in the process of moving to the State of Hawaii.  All of the clients have executed fee agreements with Alfred A. Olinde, Jr. of the Olinde Firm.  Mr. Barr has been notified and copied with this filing and has consented to same.

Given the foregoing, Alfred A. Olinde, Jr. prays that this Honorable Court grants his Motion and substitutes Alfred A. Olinde, Jr. as counsel of record in the above-captioned cases in place of Wesley Barr.

Dated: September 25, 2018            _____/s/ *Alfred A. Olinde, Jr.*_____
                                                             *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

                                                                   _____/s/ Alfred A. Olinde, Jr._____