## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO.: 2529 |
| | § | SECTION: L |
| | § | JUDGE: FALLON |
| ELLA ROUNTREE, PLAINTIFF, | § § § | MAG. JUDGE NORTH |
| vs. | § § | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCNEIL-JANSSEN PHAMACEUTICALS, INC., JOHNSON AND JOHNSON, COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § | NOTICE OF DEPOISITION  Civil Action No.: 2:16-cv-04530; 2:16-cv-03806 |

## NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEO DEPOSITION OF NON PARTY DR. JON DUBOSE

TO:   Dr. Jon Dubose of Vidant Health, 111 Hospital Drive Tarboro, NC 27886.

PLEASE TAKE NOTICE that Plaintiff by and through her counsel of record, will take the oral and video deposition of Non Party Dr. Jon Dubose on **October 24, 2018, at 10:00 AM,** at 111 Hospital Drive Tarboro, NC 27886.  All counsel of record are invited to attend.  The deposition will be taken by a certified reporter from Golkow Litigation Services and will be videotaped.

Respectfully submitted,

By: /s/ Robert J. Binstock
Robert J. Binstock (TX # 02328350)
Dennis Reich (TX # 16739600)
REICH AND BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
bbinstock@reichandbinstock.com
dreich@reichandbinstock.com

By: /s/ Emily C. Jeffcott
Hugh P. Lambert (LA #7933)
Emily C. Jeffcott (LA #33204)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
ejeffcott@thelambertfirm.com

**ATTORNEYS FOR PLAINTIFF
ELLA ROUNTREE**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 24, 2018

/s/ Robert J. Binstock
Robert J. Binstock