UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>LYNNE MILLER individually and as heir, beneficiary, and administrator of the ESTATE OF LILLIAN WELLS<br><br>   Plaintiffs<br><br> v.<br><br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;<br><br>   Defendants. | MDL 2592<br>SECTION:  L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No.: 2:18-cv-07027 |

**ORDER**

On Plaintiffs' Motion to Amend Case Caption, IT IS HEREBY ORDERED that the caption in this matter is amended to read:

"NOLA WOLF, individually and as heir, beneficiary, and administrator of the ESTATE OF LILLIAN WELLS

       Plaintiffs,

   v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;

       Defendants."

Dated: __25th__ day of September, 2018

                                                         _/s/ Eldon E. Fallon_

                                          HONORABLE JUDGE ELDON E. FALLON