UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592

: CASE No. 14-MD-2592

: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Lawrence Flammia, CA# 16-7246, Daryl Barber, CA# 16-06488; Dorothy Brown, CA# 17-00653, Ralph Cottingham 16-15445, Gary Dieffenbacher CA# 16-07228, Milton DiGregorio CA# 16-7238, August Kraft, CA# 16-13522, James Myers, CA# 16-07252, Madora Scruggs, CA# 16-07255, Irma Stack, Ca# 17-06876, Jack Stark, CA# 16-07268, Gary Thomas, CA# 16-14043, Dewey White, CA# 16-13544, Pearl Monhollen, CA# 16-15994, Alan Stout, CA# 16-14046.

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Counsel of Record, as well as any responses thereto, finds the Motion meritorious. It is therefore ORDERED THAT Alfred A. Olinde, Jr. is substituted as counsel of record in place of Wesley Barr in the above-captioned causes.

New Orleans, Louisiana, this 25th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE