UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION L |
| CARLOS MONTANEZ AND DELIA MONTANEZ | ) ) ) JUDGE ELDON E. FALLON |
| Plaintiffs, | ) ) MAGISTRATE JUGDE NORTH |
| vs. | ) ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | ) ) ) ) Civil Action No.: 2:15-CV-00951 ) ) ) **STIPULATION OF DISMISSAL** ) **WITH PREJUDICE** ) ) ) ) ) ) ) ) |

Defendants

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**SPANGENBERG SHIBLEY & LIBER LLP**
BY: s/Peter J. Brodhead
Peter J. Brodhead
Jeremy A. Tor
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
pbrodhead@spanglaw.com
jtor@spanglaw.com

Attorneys for Plaintiffs
Dated: September 26, 2018

**DRINKER BIDDLE & REATH LLP**
s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: September 26, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: s/Andrew Solow
Andrew Solow
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 26, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: <u>s/James B. Irwin</u>
James B. Irwin
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 26, 2018

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on September 26, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>s/Peter J. Brodhead</u>