UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 <br> : <br> : SECTION: L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

JERRY WEAVER
2:18-cv-6245

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Jerry Weaver.

DATED: September 26, 2018

                                                                       Respectfully submitted,

                                                                       **PIERCE SKRABANEK PLLC**

                                                                       */s/ Sofia E. Bruera*
                                                                       SOFIA E. BRUERA
                                                                       Texas Bar No. 24062189
                                                                       3701 Kirby Drive, Suite 760
                                                                       Houston, Texas 77098
                                                                       Telephone: (832) 690-7000
                                                                       Facsimile: (832) 616-5576
                                                                       E-mail: sofia@bruearalaw.com

                                                                       **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: September 26, 2018

                                                */s/ Sofia E. Bruera*
                                                SOFIA E. BRUERA