**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) **:** | |
| PRODUCTS LIABILITY LITIGATION **:** | **MDL No. 2592** |
| **:** | |
| **:** | **SECTION L** |
| THIS DOCUMENT RELATES TO **:** | |
| **:** | |
| *Annette Yates v. Janssen Research &* **:** | |
| *Development LLC, et al; 2:17-cv-10631* **:** | **JUDGE ELDON E. FALLON** |
| **:** | |
| **:** | **MAGISTRATE JUDGE NORTH** |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW
CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET
DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED
PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen

Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why

Annette Yates' action should not be dismissed with prejudice for failure to correct Plaintiff Fact

Sheet ("PFS") deficiencies and serve a fully complete and updated PFS in accordance with Case

Management Order ("CMO") 6 and Pretrial Order ("PTO") 13.

Plaintiff has filed a lawsuit regarding the medication Xarelto®, which is currently pending

in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.  Plaintiff was

selected for inclusion in Wave 1 discovery per CMO 6 because the PFS she submitted before

January 31, 2018 met certain "core" requirements.  Accordingly, per CMO 6, plaintiff was required

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service
defenses.

to update this PFS and "complete all sections" of the fact sheet within 30 days of selection. *See* CMO No. 6 ¶ 5(a) and PTO 13.

Plaintiff submitted an amended PFS on May 22, 2018, but this PFS was not fully complete per PTO 13. Specifically, the PFS contained the following deficiencies:

| PFS Section | Deficiency |
|---|---|
| III. A.5 | Plaintiff responded that she received written instructions with her Xarelto® prescription, but did not describe the document that she alleges she received. |
| III. F. | Plaintiff stated that she had discussions with a healthcare provider about whether Xarelto® caused her injury, but she does not provide the date of this discussion and does not describe the discussion. |
| V.H. | Plaintiff stated she has been treated for anemia, cerebral aneurysm, skin cancer, diabetes, hypertension, and irregular heartbeat, in the 15 year period since she started taking Xarelto®, but she does not provide the name or address of the treating healthcare provider or facility where she treated for these conditions. |

The information missing from Plaintiff's PFS is important and relates directly to her claims in this case. Specifically, the identification of providers and facilities that treated Plaintiff for conditions such as anemia, cerebral aneurysm, skin cancer, diabetes, hypertension, and irregular heartbeat is necessary for Defendants to collect medical records and evaluate Plaintiff's medical history. Information regarding what plaintiff discussed with her doctors about whether Xarelto® caused her injury and when this discussion occurred is likewise necessary for Defendants to make determinations as to which providers to depose and what to ask during those depositions. Finally, information describing the written instructions Plaintiff received with her Xarelto® prescription goes directly to her knowledge of the warnings on the Xarelto® label, which is relevant to any failure to warn claims in this case.

Defendants notified Plaintiff of these deficiencies on August 3, 2018 and requested that Plaintiff cure these issues by submitting a new PFS within 20 days. Defendants also stated that, per CMO 6, Plaintiff's failure to submit a fully complete PFS tolled all discovery deadlines in the

2

case. More than 40 days have since passed (well over the 20-day time period per PTO 13), but to date, Plaintiff has not cured these deficiencies.

This delay is unwarranted. PTO 13 provides that a Plaintiff's failure to timely comply with his or her PFS obligations may result in dismissal. CMO 6 states that all dismissals of Wave 1 and Wave 2 selected cases shall be with prejudice. Without a fully complete PFS in this case, all discovery deadlines are tolled and this case is simply sitting dormant. If Plaintiff will not comply with the basic discovery requirements set forth in PTO 13 and CMO 6, this case cannot proceed. For these reasons, pursuant to PTO 13 and CMO 6, Plaintiff's case should be dismissed <u>with prejudice</u> for her repeated disregard of the Court's order by failing to comply with her plaintiff fact sheet obligations.

Thus, plaintiff Annette Yates should be ordered to show cause at 9:00 a.m. on October 11, 2018, before the Court as to why her case should not be dismissed with prejudice.

Respectfully submitted,

ARNOLD & PORTER KAYE
SCHOLER LLP

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG*

3

**DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals,*
*Inc., Janssen Research & Development, LLC,*
*Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: */s/ James B. Irwin*
       James B. Irwin
       Kim E. Moore
       400 Poydras Street
       Suite 2700
       New Orleans, LA 70130
       Telephone: (504) 310-2100
       Facsimile:  (504) 310-2120
       jirwin@irwinllc.com

       *Defendants' Co-Liaison Counsel*

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
     John F. Olinde
     1100 Poydras Street
     Suite 2300
     New Orleans, LA 70163
     Telephone: (504) 585-7241
     Facsimile: (504) 544-6084
     olinde@chaffe.com

     *Defendants' Co-Liaison Counsel*

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned hereby certifies that on September 26, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**