UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Annette Yates v. Janssen Research & Development LLC, et al; 2:17-cv-10631* | : : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Plaintiff, Annette Yates, has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of Case Management Order ("CMO") 6, Plaintiff was selected for inclusion in Wave 1 discovery. Plaintiff was eligible for selection in Wave 1 because she had met the core requirements for the Plaintiff Fact Sheet ("PFS") on or before January 31, 2018. Accordingly, per CMO 6, plaintiff was required to update this PFS and "complete all sections" of the fact sheet within 30 days of selection. *See* CMO No. 6 ¶ 5(a) and Pretrial Order ("PTO") 13.

Plaintiff submitted an amended PFS on May 22, 2018, but this PFS was not fully complete per PTO 13. The information missing from plaintiff's PFS is important and relates directly to her claims in this case. Specifically, the identification of providers and facilities that treated Plaintiff for conditions such as anemia, cerebral aneurysm, skin cancer, diabetes, hypertension, and irregular heartbeat is necessary for Defendants to collect medical records and evaluate Plaintiff's medical history. Information regarding what plaintiff discussed with her doctors about whether

1

Xarelto® caused her injury and when this discussion occurred is likewise necessary for Defendants to make determinations as to which providers to depose and what to ask during those depositions. Finally, information describing the written instructions plaintiff received with her Xarelto® prescription goes directly to her knowledge of the warnings on the Xarelto® label, which is relevant to any failure to warn claims in this case.

Defendants notified plaintiff of these deficiencies on August 3, 2018 and requested that plaintiff cure these issues by submitting a new PFS within 20 days. Defendants also stated that, per CMO 6, plaintiff's failure to submit a fully complete PFS tolled all discovery deadlines in the case. More than 40 days have since passed (well over the 20-day time period per PTO 13), but to date, plaintiff has not cured these deficiencies.

Failure to show cause by appearing before this Court at 9:00 am on October 11, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge