**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| **DOROTHY JEAN LEININGER** | : | |
| | : | |
| **Plaintiff** | : | **JUDGE ELDON E. FALLON** |
| | : | |
| v. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT** | : | |
| **LLC f/k/a JOHNSON & JOHNSON** | : | |
| **PHARMACEUTICAL RESEARCH AND** | : | |
| **DEVELOPMENT LLC, JANSSEN ORTHO** | : | **Civil Action No.: 2:17-CV-05984** |
| **LLC, JANSSEN PHARMACEUTICALS, INC.** | : | |
| **f/k/a JANSSEN PHARMACEUTICA INC.** | : | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | : | **STIPULATION OF DISMISSAL** |
| **PHARMACEUTICALS, INC.,** | : | **WITH PREJUDICE** |
| **JOHNSON & JOHNSON,** | : | |
| **BAYER HEALTHCARE** | : | |
| **PHARMACEUTICALS INC.,** | : | |
| **BAYER PHARMA AG,** | : | |
| **BAYER CORPORATION,** | : | |
| **BAYER HEALTHCARE LLC,** | : | |
| **BAYER HEALTHCARE AG, and BAYER AG,** | : | |
| | : | |
| **Defendants** | : | |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice, each party to bear its own fees and costs.

**SHAW COWART LLP**
By: /s/Ethan L. Shaw
Ethan L. Shaw
John P. Cowart
Matthew J. Riley
1609 Shoal Creek Boulevard
Suite 100
Austin, FL 78701
Telephone: (512) 499-8900
elshaw@shawcowart.com
jcowart@shawcowart.com
mriley@shawcowart.com

Attorneys for Plaintiff
Dated: September 26, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Janssen Ortho LLC, and Johnson & Johnson
Dated: September 26, 2018

**ARNOLD & PORTER KAYE
SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: September 26, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 26, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James B. Irwin