# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO** | : | |
| | : | |
| *Cheryl Aaron as Representative of* | : | |
| *the Estate of Tilda Alley v. Janssen Research* | : | |
| *& Development LLC, et al; 2:16-cv-16218* | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Cheryl Aaron's action should not be dismissed with prejudice for failure to serve a fully complete and updated Plaintiff Fact Sheet ("PFS") in accordance with the time required by Case Management Order ("CMO") 6 and Pre-Trial Order ("PTO") No. 13 or within the extension of time provided by the Court. [Doc. 9823].

Plaintiff has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. To date, Plaintiff has failed to submit a fully complete and updated Plaintiff Fact Sheet in accordance with CMO 6. Pursuant to paragraph 1 of CMO 6, Plaintiff was selected by the Defendants for inclusion

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

in Wave 1 discovery.  Plaintiff was eligible for selection in Wave 1 because she had met the core requirements for the PFS on or before January 31, 2018.  Pursuant to paragraph 5(a) of CMO 6, Plaintiff must now update her PFS and "must complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13" via MDL Centrality.  *See* CMO No. 6 ¶ 5(a).

Paragraph 5(a) of CMO 6 provides that all sections of the PFS must be completed within 30 days of selection.  Plaintiff's fully complete PFS was originally due on May 16, 2018.  On May 16, 2018, Plaintiff filed a Motion for Extension of Time Within Which to Tender Full PFS. [Doc. 9487].  On June 6, 2018, the Court entered an order granting Plaintiff 14 days to tender a full PFS. [Doc. 9823].  Despite this extension, Plaintiff still has failed to submit an updated and fully complete PFS as required by CMO 6.  The deadline provided by the Court has long passed.

This delay is unwarranted.  PTO 13 provides that a plaintiff's failure to timely comply with his or her PFS obligations may result in dismissal.  CMO 6 states that all dismissals of Wave 1 and Wave 2 selected cases shall be with prejudice.  Without a fully complete PFS in this case, all discovery deadlines are tolled and this case is simply sitting dormant.  If Plaintiff will not comply with the basic discovery requirements set forth in PTO 13 and CMO 6, this case cannot proceed. For these reasons, pursuant to PTO 13 and CMO 6, Plaintiff's case should be dismissed <u>with</u> prejudice for her repeated disregard of the Court's order by failing to comply with her plaintiff fact sheet obligations.

Thus, plaintiff Cheryl Aaron should be ordered to show cause at 9:00 a.m. on October 11, 2018, before the Court as to why her case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

3

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
     James B. Irwin
     Kim E. Moore
     400 Poydras Street
     Suite 2700
     New Orleans, LA 70130
     Telephone: (504) 310-2100
     Facsimile:  (504) 310-2120
     jirwin@irwinllc.com

     *Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
     John F. Olinde
     1100 Poydras Street
     Suite 2300
     New Orleans, LA 70163
     Telephone: (504) 585-7241
     Facsimile: (504) 544-6084
     olinde@chaffe.com

     *Defendants' Co-Liaison Counsel*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on September 26, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ <i>John F. Olinde</i>
**John F. Olinde**
