UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| *Cheryl Aaron as Representative of the Estate of Tilda Alley v. Janssen Research & Development LLC, et al; 2:16-cv-16218* | | |

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Plaintiff, Cheryl Aaron as Representative of the Estate of Tilda Alley, has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 1 of Case Management Order ("CMO") 6, Plaintiff was selected by the Defendants for inclusion in Wave 1 discovery. Plaintiff was eligible for selection in Wave 1 because she had met the core requirements for the Plaintiff Fact Sheet ("PFS") on or before January 31, 2018. Accordingly, per CMO 6, Plaintiff was required to update this PFS and "complete all sections" of the fact sheet within 30 days of selection. *See* CMO No. 6 ¶ 5(a) and Pretrial Order ("PTO") 13.

Plaintiff's fully complete PFS was originally due on May 16, 2018. On May 16, 2018, Plaintiff filed a Motion for Extension of Time Within Which to Tender Full PFS. [Doc. 9487]. On June 6, 2018, the Court entered an order granting Plaintiff 14 days to tender a full PFS. [Doc. 9823]. Despite this extension, Plaintiff still has failed to submit an updated and fully complete PFS as required by CMO 6. The deadline provided by the Court has long passed.

1

Failure to show cause by appearing before this Court at 9:00 am on October 11, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this \_\_\_ day of _____ 2018.

_____
United States District Judge