# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )  ) SECTION: L )  ) JUDGE ELDON E. FALLON )  ) MAG. JUDGE NORTH |
| This Document relates to: Nellie Faye Carter v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-03071 | ) ) ) JURY TRIAL DEMANDED ) |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Nellie Faye Carter. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Gerald Asa Carter, who is the surviving spouse of Nellie Faye Carter.

Dated: September 27, 2018

    Respectfully submitted,

    By: */s/ Ethan L. Shaw*
    Ethan L. Shaw
    John P. Cowart
    SHAW COWART, L.L.P.
    1609 Shoal Creek Boulevard
    Suite 100
    Austin, Texas 78701
    Telephone: (512) 499-8900
    Facsimile: (512) 320-8906
    elshaw@shawcowart.com
    jcowart@shawcowart.com

    *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                            */s/ Ethan L. Shaw*