UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br> JURY TRIAL DEMANDED |
| This Document relates to: <br> Nellie Faye Carter v. Janssen Research & Development, LLC, et al. <br> E.D. La. No. 2:16-cv-03071 | | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Gerald Asa Carter on behalf of his deceased spouse, Nellie Faye Carter.

1. Nellie Faye Carter filed a products liability lawsuit against Defendants on April 14, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Nellie Faye Carter died on March 22, 2018.

3. Nellie Faye Carter's products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on September 27, 2018.

5. Gerald Asa Carter, surviving spouse of Nellie Faye Carter, is a proper party to substitute for plaintiff-decedent Nellie Faye Carter and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ.

P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Gerald Asa Carter requests that this Court grant his request for substitution as plaintiff in this action.

Dated: September 27, 2018

>Respectfully submitted,
>
>By:     */s/ Ethan L. Shaw*
>        Ethan L. Shaw
>        John P. Cowart
>        SHAW COWART, L.L.P.
>        1609 Shoal Creek Boulevard
>        Suite 100
>        Austin, Texas  78701
>        Telephone:  (512) 499-8900
>        Facsimile:  (512) 320-8906
>        elshaw@shawcowart.com
>        jcowart@shawcowart.com
>
>*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

>*/s/ Ethan L. Shaw*