UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** <br><br> *Gilbert Henke v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. **2:17-cv-00601** <br><br> **No. 2:17-cv-00601** | **MDL No. 2592** <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO CMO #6

COMES NOW Plaintiff GILBERT HENKE, and hereby moves to dismiss this cause with prejudice, pursuant to CMO #6.

**THIS CASE IS AN SEPTEMBER 17, 2018 WAVE 2 REMAND SELECTION.**

WHEREFORE, based on the foregoing, Plaintiff hereby requests that the Court grant the voluntary dismissal of Plaintiff's action with prejudice against all parties.

Respectfully submitted,                    Dated: September 27, 2018

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on September 27, 2018 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward