## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| **SANDRA FREEMAN** | : | |
| | : | |
| | : | |
| **Plaintiff** | : | **JUDGE ELDON E. FALLON** |
| | : | |
| **v.** | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT** | : | |
| **LLC; JOHNSON & JOHNSON;** | : | |
| **JANSSEN ORTHO, LLC; JANSSEN** | : | **Civil Action No.: 2:15-CV-05579** |
| **PHARMACEUTICALS, INC.; BAYER** | : | |
| **CORPORATION; BAYER HEALTHCARE** | : | |
| **AG; BAYER PHARMA AG; BAYER AG;** | : | **STIPULATION OF DISMISSAL** |
| **BAYER HEALTHCARE LLC; BAYER** | : | **WITH PREJUDICE** |
| **HEALTHCARE PHARMACEUTICALS** | : | |
| **INC.; AND DOES 1-100,** | : | |
| | : | |
| | : | |
| **Defendants** | : | |
| | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice, each party to bear its own fees and costs.

**GRANT & EISENHOFER, P.A.**
By: /s/ Thomas V. Ayala
M. Elizabeth Graham
Thomas V. Ayala
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
Jay W. Eisenhofer
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
egraham@gelaw.com
tayala@gelaw.com
jeisenhofer@gelaw.com

Attorneys for Plaintiff
Dated: September 28, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Janssen Ortho LLC, and Johnson & Johnson
Dated: September 28, 2018

**ARNOLD & PORTER KAYE
SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: September 28, 2018

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: September 28, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 28, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde