L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>THIS DOCUMENT RELATES TO:<br><br>MARY BETH WOLFORD | **MDL 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH**<br>**CASE NO. 2:16-CV-16133-EEF-MBN** |

**MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

NOW COMES counsel for Plaintiff, Mary Beth Wolford, pursuant to Federal Rules of Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, without prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel takes this action pursuant to Fed. R. Civ. Pro. § 4m because Plaintiff failed to serve Defendants within 90 days of the filing of Plaintiff's complaint. The remedy for a failure to timely serve is a dismissal without prejudice.

**A. FACTUAL BACKGROUND**

Plaintiff filed the subject lawsuit on November 5, 2016 for an injury Plaintiff experienced. Due to a clerical error Plaintiff failed to timely serve Defendants. On August 22, 2018, Plaintiff's counsel notified Defendants' Lead and Liaison counsel in writing of the intent to dismiss this claim without prejudice. Plaintiff's counsel further inquired as to whether Defendant's counsel would be amenable to a

stipulation to dismiss Plaintiff's claims without prejudice. Defendant did not agree to do so. Per the Court's Pretrial Orders No. 24 and 24A, this motion is being filed more than fourteen (14) days after notification to Defendant's Lead and Liaison Counsel. Further, Plaintiff 's counsel has complied with the filing fee payment provision of PTO No. 11B (Rec. Doc. 1117) and all applicable filing fees have been paid.

### B. PLAINTIFF FAILED TO TIMELY SERVE DEFENDANTS AND AS SUCH PLAINTIFF'S CLAIMS MUST BE DISMISSED WITHOUT PREJUDICE

Federal Rules of Civil Procedure 4m makes it clear that if a defendant is not served within 90 days of the complaint being filed then the court may dismiss the action without prejudice or order that serve be made within a time specified by the Court. Due to a clerical error Plaintiff failed to timely serve the defendants. As such, Plaintiff respectfully request that the Court dismiss this matter without prejudice.

### I. Conclusion:

Plaintiff respectfully requests that the Court dismiss this case without prejudice as Plaintiff failed to timely serve the defendants.

Dated: September 28, 2018

**The Law Office of L. Paul Mankin**

By: /s/ L. Paul Mankin

L. PAUL MANKIN

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.