# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODCUTS LIABILITY LITIGATION** | ) MDL No. 2592 <br> ) <br> ) SECTION: L <br> ) <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) <br> ) <br> ) |

**THIS DOCUMENT RELATES TO:**

*Mary Beth Wolford v. Janssen Research & Development LLC, et al.;*

*No.* 2:16-cv-16133-EEF-MBN

## ORDER

This matter came before the Court on the Motion to Voluntarily Dismiss Without Prejudice, filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Without Prejudice filed by Plaintiff Janet Daniels is GRANTED, and the above-captioned case is DISMISSED, WITHOUT PREJUDICE, with each party to their own costs.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Hon Eldon E. Fallon
United States District Court Judge