UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) * | |
| PRODUCTS LIABILITY LITIGATION * | MDL NO. 2592 |
| * | |
| * | SECTION:  L |
| * | |
| * | JUDGE:  ELDON E. FALLON |
| * | |
| * | MAG. JUDGE MICHAEL NORTH |
| * | |

THIS DOCUMENT RELATES TO:

MICHAEL A. WILLIS

Civil Action No.: 2:16-cv-12781

## MOTION TO WITHDRAW AS COUNSEL

COME NOW Reid J. Elkus and Donald C. Sisson and Elkus & Sisson, P.C., Counsel for Plaintiff Michael A. Willis, who respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff Michael A. Willis, for the reasons set forth below.

## CONFERRAL

On September 26, 2018, the undersigned sent email correspondence to Defense counsel regarding undersigned counsel's Motion to Withdraw and Defense's position on the motion. As of the date of this filing, the Defense has not provided its position on the motion.

1.      Due to professional circumstances, professional considerations require and demand that Plaintiff's counsels representation be terminated and that this Honorable Court promptly order withdraw of current counsel.

1

2. The last known contact information for Plaintiff is 2604 Eastview Drive, Apt. A., Belleville, IL 62221, telephone 618-558-1734, email m.willis930@gmail.com.

WHEREFORE, Reid J. Elkus and Donald C. Sisson, and Elkus & Sisson, P.C. respectfully requests that this Court grant its Motion to Withdraw as Counsel of Record.

Dated: September 28, 2018
                s/Reid J. Elkus
                Donald C. Sisson (Colo. #35825)
                Reid J. Elkus (Colo. #35216)
                Elkus & Sisson, P.C.
                501 S. Cherry Street, Suite 920
                Denver, CO 80246
                303-567-7981
                dsisson@elkusandsisson.com
                relkus@elkusandsisson.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                s/Reid J. Elkus
                Reid J. Elkus