# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) * | |
| PRODUCTS LIABILITY LITIGATION * | MDL NO. 2592 |
| * | |
| * | SECTION: L |
| * | |
| * | JUDGE: ELDON E. FALLON |
| * | |
| * | MAG. JUDGE MICHAEL NORTH |
| * | |

**THIS DOCUMENT RELATES TO:**

**MICHAEL A. WILLIS**

Civil Action No.: 2:16-cv-12781

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record,

IT IS HEREBY ORDERED that Reid J. Elkus and Donald C. Sisson, and Elkus & Sisson, P.C. is withdrawn as Plaintiff's attorney of record.

DONE AND SIGNED this _____ day of _____, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE