**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| | SECTION L |
| | **JUDGE ELDON E. FALLON** |
| *THIS DOCUMENT RELATES TO:* | **MAGISTRATE NORTH** |
| *Garrison v. Janssen Research & Development, LLC, et al., Case No.:  2:15-cv-2771* | |

**ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm

of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and

lead counsel for Plaintiffs in the above-entitled and numbered actions.

Dated: _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge

1