UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA
------------------------------------------------------------X
ALFRED JOHNSON,

                *Plaintiff,*            MDL No. 2592

    - *against* --

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a     CONSENT TO CHANGE ATTORNEY
JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN     SECTION L
ORTHO LLC, JANSSEN PHARMACEUTICALS, INC.
f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS,     JUDGE ELDON E. FALLON
INC., JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC., BAYER     MAG. JUDGE MICHAEL NORTH
PHARMA AG, BAYER CORPORATIONS, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG, and
BAYER AG.,

                *Defendants*
------------------------------------------------------------X

    IT IS HEREBY STIPULATED THAT MARAC J BERN & PARTNERS, LLP, of 60 3 42nd Street, Suite 950, New York, New York 10165, be substituted and changed as Attorney of Record, for the undersigned part(ies) in the above-entitled action in place and stead of the undersigned attorney(s), as of the date hereof.

Dated: 8-20, 2018

Alfred Johnson

By: Cellino & Barnes, LLC / STEPHEN E. BARNES
Out-going Attorneys

Alexandra Colella, Esq.
Marc J Bern & Partners, LLP
In-coming Attorneys