AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| ALFRED L. JOHNSON | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:17-cv-09406-EEF-MBN |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ALFRED L. JOHNSON.

Date: 10/01/2018

/s/ Debra J. Humphrey
*Attorney's signature*

Debra J. Humphrey (NY 5050448)
*Printed name and bar number*
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, New York 10165

*Address*

dhumphrey@bernllp.com
*E-mail address*

(212) 702-5000
*Telephone number*

(212) 818-0164
*FAX number*