UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Alldaffer v. Janssen Research & Development, LLC, et al.*, 15-3816
*Blount v. Janssen Research & Development, LLC, et al.*, 15-6991
*Ferguson, v. Janssen Research & Development, LLC, et al.*, 15-6992
*Gist v. Janssen Research & Development, LLC, et al.*, 15-6995
*Heckler v. Janssen Research & Development, LLC, et al.*, 15-6996
*Hanson v. Janssen Research & Development, LLC, et al.*, 15-7000
*Lewis v. Janssen Research & Development, LLC, et al.*, 15-7001
*Morel v. Janssen Research & Development, LLC, et al.*, 15-7002
*Schwartz v. Janssen Research & Development, LLC, et al.*, 15-7003
*Stephenson v. Janssen Research & Development, LLC, et al.*, 15-7004

## ORDER FOR PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS

THIS MATTER, having come before the Court on Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants through the streamlined process as set forth in this Court's Pre-Trial Order No. 10 is hereby GRANTED. Plaintiffs shall have an additional thirty (30) days within which to serve process on Defendants from the date of this order.

New Orleans, Louisiana, this  28th  day of  September , 2018.

UNITED STATES DISTRICT JUDGE