UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Brown v. Janssen Research & Development, LLC, et al.,* 16-6557
*Keesler, et al. v. Janssen Research & Development, LLC, et al.,* 16-11961
*Reynolds, et al. v. Janssen Research & Development, LLC, et al.,* 16-11971
*Steffens, et al. v. Janssen Research & Development, LLC, et al.,* 16-11968

**ORDER FOR PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS**

THIS MATTER, having come before the Court on Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants through the streamlined process as set forth in this Court's Pre-Trial Order No. 10 is hereby GRANTED. Plaintiffs shall have an additional thirty (30) days within which to serve process on Defendants from the date of this order.

New Orleans, Louisiana, this 28th day of September, 2018.

Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE