# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Holley v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6913

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 10964, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Glenda K. Holley, as Personal Representative of the Estate of Robert Holley, is substituted for Plaintiff Robert Holley as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE