## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

**Lawrence Flammia**

**Case No: 2:16-cv-7246**

## MOTION TO ENROLL AS CO-COUNSEL

COMES NOW, Plaintiff, Lawrence Flammia, who wishes to enroll Christopher N. Shakib of the Terrell Hogan firm, as Co-Counsel of Plaintiff and move this Court for Entry of an Order so enrolling them.

October 1, 2018 _____           /s Alfred A. Olinde, Jr., Esquire
Date                              **Alfred A. Olinde, Jr., Esquire**
                                  **THE OLINDE FIRM, LLC**
                                  2 Sanctuary Blvd., Suite 205
                                  Mandeville, LA 70471
                                  Telephone:    (985) 605-0262
                                  Facsimile:    (985) 231-7581
                                  Primary Email: folinde@olindefirm.com
                                  Secondary Email: kbryant@olindefirm.com
                                  Lead Counsel for the Plaintiff

                                  AND;

| | |
|---|---|
| October 1, 2018 _____ <br> Date | /s Christopher Shakib, Esquire <br> **Christopher Shakib, Esquire** <br> **TERRELL, HOGAN & YEGELWEL, P.A.** <br> 233 East Bay Street, 8th Floor <br> Jacksonville, Florida  32202 <br> Telephone:     (904) 632-2424 <br> Facsimile:     (888) 575-3241 <br> Primary Email: shakib@terrellhogan.com <br> Secondary Email: jfleury@terrellhogan.com <br> Florida Bar No.: 0947865 <br> Co-Counsel for the Plaintiff |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2018, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s Alfred A. Olinde, Jr., Esquire