UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L | |
| ) | | |
| ) | JUDGE ELDON E. FALLON | |
| ) | MAG. JUDGE NORTH | |
| ) | | |
| ) | | |
| ) | | |

**This Document Relates to:**

*James Mallory and Marie Mallory v. Janssen Research & Development LLC, et al;*

*Case No.: 2:16-cv-06986*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, James Mallory.

Dated:  October 2, 2018

                              Respectfully Submitted,

                              */s/ Rosemarie Riddell Bogdan*
                              Rosemarie Riddell Bogdan
                              NDNY Bar Roll Number: 506409
                              NYS Bar Roll Number: 380552
                              MARTIN, HARDING & MAZZOTTI, LLP
                              Attorneys for Plaintiffs
                              1222 Troy-Schenectady Road
                              P.O. Box 15141
                              Albany, New York 12212-5141
                              Telephone: (518) 862-1200
                              rrbxarelto@1800law1010.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2018, I electronically filed the foregoing Notice and Suggestion of Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*

Rosemarie Riddell Bogdan

`