UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) Civil Action No: <u>2:18-cv-1135</u> ) |

THIS DOCUMENT RELATES TO:
Paulette Collins o/b/o
Her deceased husband, Samuel D. Collins v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:18-cv-1135

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Paulette Collins, on behalf of her deceased husband, Samuel D. Collins, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Juge