UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

### CASE MANAGEMENT ORDER NO. 6 B
(CMO 6 Case-Specific Discovery and Notices of Appearance in the MDL)

The Court, upon request of the parties, enters the following Order:

Counsel participating in case-specific discovery activity as set forth under CMO 6 (Rec. Doc. 8717) and CMO 6A (Rec. Docs. 10979, 10660) are not required to file formal notices of appearance in the record during the pendency of the case in the MDL. However, counsel attending or participating in any deposition conducted under these Orders remain obliged to identify for the deposition record the party they represent, just as counsel must do so on initially addressing the Court on the record, pursuant to E.D. La. Local Rule 11.3. Whether or not a formal notice of appearance is filed, counsel attending or participating in a deposition or other case-specific activity are bound by all orders and rules of the Court, including orders concerning the confidentiality of documents and other discovery that are designated as confidential, and are subject to the jurisdiction of the Court with respect to any matter arising out of their attendance or participation.

**IT IS SO ORDERED.**

NEW ORLEANS, LOUISIANA, this ___2___ day of ___Oct___, 2018.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE