**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct
601.592.1405 fax



August 23, 2018

**Via Electronic Mail** (mike@gld-law.com)

Michael T. Gallagher
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, TX 77098

Re: Netty Acker v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:17-cv-17257 (E.D. La.)

Dear Mr. Gallagher

As you know, the claims of plaintiff Netty Acker pending in case number 2:16-cv-13851 were dismissed with the understanding that the case you filed on behalf of plaintiff Netty Acker (case number 2:17-cv-17257) would be substituted as the CMO 6 Wave 1 selection.

Although service had been made in the now dismissed case (2:16-cv-13851), to date, plaintiff has not served defendants in case 2:17-cv-17257. Accordingly, this action is not ready to proceed to depositions.

The time to serve defendants has expired. Nevertheless, in the spirit of compromise, if plaintiff serves the proper defendants by the beginning of September, defendants will neither move to dismiss those entities based on a failure to timely serve nor require plaintiff to move to extend the time to effectuate service. If plaintiff does not serve defendants, defendants will raise this issue with the Court at the September 5 status conference.

Please contact me at lbrown@bradley.com or (601) 592-9905, or Alan Rothman at Alan.Rothman@arnoldporter.com or (212) 836-8860, counsel for the Bayer defendants, if you have questions. If you have Janssen specific questions, please contact Daryl Daly at daryl.daly@dbr.com or (973) 549-7146.

Sincerely,

*Lindy D Brown*

Lindy D. Brown

LDB/cfo

**EXHIBIT "A"**

Bradley Arant Boult Cummings LLP | One Jackson Place | 188 East Capitol Street, Suite 400 | Jackson, MS 39201 | 601.948.8000 | bradley.com