## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| NETTY ACKER | : | |
| | : | |
| | : | |
| **Plaintiff** | : | **JUDGE ELDON E. FALLON** |
| | : | |
| v. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC f/k/a JOHNSON & JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | **Civil Action No.: 2:17-CV-17257** |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | |
| f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | |
| PHARMACEUTICALS, INC., | : | |
| JOHNSON & JOHNSON COMPANY, | : | |
| BAYER HEALTHCARE | : | |
| PHARMACEUTICALS INC., | : | |
| BAYER PHARMA AG, BAYER | : | |
| CORPORATION, BAYER HEALTHCARE | : | |
| LLC, BAYER HEALTHCARE AG, | : | |
| AND BAYER AG | : | |
| | : | |
| **Defendants** | : | |
| _____ | : | |

## ORDER TO SHOW CAUSE REGARDING
## PLAINTIFF'S FAILURE TO SERVE PROCESS

Plaintiff, Netty Acker, has filed this lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.

The same plaintiff filed another case transferred to the MDL, case number 2:16-cv-13851, that was selected for inclusion in Wave 1 discovery per Case Management Order 6 ("CMO 6"). The plaintiff dismissed case number 2:16-cv-13851, with the understanding that this case would be substituted as the CMO 6 Wave 1 selection.

Plaintiff has never served defendants in this case.  On August 23, 2018, defendants sent plaintiff's counsel a letter stating that defendants had not been served.  The letter stated that in the spirit of compromise, if plaintiff served the proper defendants by the beginning of September, defendants would neither move to dismiss those entities based on a failure to timely serve nor require plaintiff to move to extend the time to effectuate service.  Defendants received no response to this letter.

Failure to show cause by appearing before this Court at 9:00 am on November 8, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.


_____
United States District Judge