UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | **JUDGE ELDON E. FALLON** |
| *THIS DOCUMENT RELATES TO:* | MAGISTRATE NORTH |
| *Garrison v. Janssen Research & Development, LLC, et al., Case No.: 2:15-cv-2771* | |

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and lead counsel for Plaintiffs in the above-entitled and numbered actions.

New Orleans, Louisiana, this 2nd day of October, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge

1