# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br><br>Anthony A. Calvi v. Janssen Research, et al<br>Case No. 2:17-cv-04053-EEF-MBN | Master File No.  2592<br>MDL No.  2:14-MD-02592<br><br>JUDGE: ELDON E. FALLON<br>MAG: JUDGE MICHAEL NORTH<br><br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR ADDITIONAL TIME TO CURE PLAINTIFF FACT SHEET DEFICIENCIES |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR ADDITIONAL TIME TO CURE PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW, through undersigned counsel, Plaintiffs Calvi Anthony and Maria Brophy for the Estate of Anthony Calvi, who respectfully submit this response to Order to Show Cause regarding Defendant's deficiency notices to Plaintiffs, as follows:

The Order to Show Cause should be dismissed because (1) Plaintiffs' fact sheet is substantially complete; (2) records documenting the Xarelto-related injuries have been provided to defendants; and (3) counsel has or until recently had been unable to contact Plaintiffs or their survivors.

After the last Show Cause Hearing before the Court, undersigned counsel was waiting to receive Mr. Calvi's pharmacy records from the corporate office of CVS Pharmacy in Woonsocket, Rhode Island.  On October 1, 2018, counsel received and reviewed such records which indicated no "proof of usage" was found.  Plaintiff's counsel immediately notified Maria Brophy, who is now the representative of Estate of Anthony Calvi.  Ms. Brophy has now indicated that her father may have used Walgreens Pharmacy or Harold's Pharmacy.  Counsel would like additional time to obtain "proof of usage prescriptions" from Walgreens Pharmacy and Harold's Pharmacy.  Plaintiffs have already submitted documentation of Xarelto-related injuries through MDL Centrality.  For example, Page 150 of State Island Hospital records states, "Chief complaint quote Bloody stools/coughing up blood pt recently started Xarelto."  In addition, Page 152 of the records states, "81 yo male PMH afib formerly on coumadin, now on Xarelto presents to ED c/o epistaxis and lower gi bleed x3 days.  Pt stopped coumadin on Thursday, started Xarelto on Friday, started having nose bleeds and lower gi bleeding on Saturday."

Both before and after the Court entered its Show Cause Order, counsel for Plaintiff repeatedly attempted to contact him to obtain additional provider information without success. On July 25, 2017, counsel learned that Mr. Anthony had died. After several attempts to locate and contact his next of kin, we were ultimately able to find Mr. Calvi's daughter who provided a copy of the death certificate and Letters of Testamentary. Ms. Brophy was not aware of the pending lawsuit and is now cooperating with any information she may have to obtain "prescription proof of usage."

Accordingly, undersigned counsel respectfully requests this Honorable Court to allow counsel additional time to obtain Mr. Calvi Anthony's records from Walgreen's Pharmacy and Harold's Pharmacy, which they believe will demonstrate sufficient "proof of use" of Xarelto.

Respectfully submitted,

Dated: October 3, 2018                                LENZE LAWYERS, PLC.


By:    /s/Jennifer A. Lenze, CA Bar# 246858
Email: jlenze@lenzelawyers.com
LENZE LAWYERS, PLC
1300 Highland Ave, Suite 207
Manhattan Beach, CA 90266
Tel.: 310-322-8800 | Fax.: 310-322-8811

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on October 3, 2018, electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

By:   /s/Jennifer A. Lenze