UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Lawrence Flammia**

**Case No: 2:16-cv-7246**

## ORDER

The Court, after considering the Plaintiff's Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED, AND DECREED that Christopher N. Shakib of Terrell Hogan, be allowed to enroll as co-counsel for Plaintiff, Lawrence Flammia in the above-entitled and numbered action along with Alfred A. Olinde, Jr., Esquire.

New Orleans, Louisiana, this 2nd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE