UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Master File No. 2592<br>MDL No. 2:14-MD-02592<br><br>JUDGE: ELDON E. FALLON<br>MAG: JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Ramona Perkins v. Janssen Research, et al<br>Case No. 2:17-cv-07282-EEF-MBN | PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR ADDITIONAL TIME TO CURE PLAINTIFF FACT SHEET DEFICIENCIES |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR ADDITIONAL TIME TO CURE PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW, through undersigned counsel, Plaintiffs Ramona Perkins, who respectfully submit this response to Order to Show Cause regarding Defendant's deficiency notices to Plaintiffs, as follows:

The Order to Show Cause should be dismissed because (1) Plaintiff's fact sheet is substantially complete; (2) records documenting the Xarelto-related injuries have been provided to defendants; and (3) counsel has or until recently had been unable to contact Plaintiff.

After the last Show Cause Hearing before the Court, undersigned counsel was waiting to receive Ms. Perkins injury records and pharmacy records. On October 2, 2018, counsel finally

made contact with Ms. Perkins, she had been admitted to for surgery since September 19th. Ms. Perkins has now indicated that she was admitted to the University of Pennsylvania, where she suffered her bleeding incident and she used CVS Pharmacy. Counsel would like additional time to obtain "proof of usage prescriptions" from CVS Pharmacy and obtain hospital admit and discharge records from University of Pennsylvania. Plaintiffs have already submitted documentation of Xarelto-related injuries through MDL Centrality. For example, Page 77 of Spectrum Community Health records states, "On Xarelto was having nose bleeds-went to the ER and level was fine. Pt was in the hospital for 2 weeks." In addition, Page 63 of the records states, "Pt on Xarelto for DVT/PE dx 8 months ago. Pt presented to ER Mar 2 due to nose bleed, and rectal bleeding, so coumadin was stopped and given prescription for Xarelto."

Both before and after the Court entered its Show Cause Order, counsel for Plaintiff repeatedly attempted to contact her to obtain additional provider information without success. On October 2, 2018, plaintiff made contact through her son who informed us that she had been in the hospital since September 19th.

Accordingly, undersigned counsel respectfully requests this Honorable Court to allow counsel additional time to obtain Ms. Perkins' records from CVS Pharmacy and the University of Pennsylvania, which they believe will demonstrate sufficient "proof of use" of Xarelto and injury records.

                                  Respectfully submitted,

Dated: October 3, 2018                  LENZE LAWYERS, PLC.

                        By:   /s/Jennifer A. Lenze, CA Bar# 246858
                             Email: jlenze@lenzelawyers.com
                             LENZE LAWYERS, PLC
                             1300 Highland Ave, Suite 207
                             Manhattan Beach, CA 90266

Tel.: 310-322-8800 | Fax.: 310-322-8811

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on October 3, 2018, electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

By: /s/Jennifer A. Lenze