1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
     ****************************************************************
4
     IN RE:  XARELTO (RIVAROXABAN)
5    PRODUCTS LIABILITY LITIGATION

6
                              CIVIL ACTION NO. 14-MD-2592 "L"
7                             NEW ORLEANS, LOUISIANA
                              TUESDAY, SEPTEMBER 18, 2018, 9:00 A.M.
8

9    THIS DOCUMENT RELATES TO
     VARIOUS CASES
10
     ****************************************************************
11

12             TRANSCRIPT OF ORDER TO SHOW CAUSE PROCEEDINGS
               HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                    UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS:    HERMAN HERMAN & KATZ
                            BY:  LEONARD A. DAVIS, ESQUIRE
18                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA 70113

19

20                          BARON & BUDD
                            BY:  SINDHU S. DANIEL, ESQUIRE
21                          3102 OAK LAWN AVENUE, SUITE 1100
                            DALLAS, TX 75219
22

23
     FOR THE DEFENDANTS:    CHAFFE MCCALL
24                          BY:  JOHN F. OLINDE, ESQUIRE
                            1100 POYDRAS STREET
25                          NEW ORLEANS, LA 70163

                          *OFFICIAL TRANSCRIPT*

08:48:50

1    APPEARANCES CONTINUED:

2

3                              DRINKER BIDDLE & REATH
                              BY:  CHANDA A. MILLER, ESQUIRE
4                              1 LOGAN SQUARE, SUITE 2000
                              PHILADELPHIA, PA 19103
5

6
     ALSO PRESENT:            SCOTT VICKNAIR HAIR & CHECKI
7                              BY:  KASSIE L. RICHBOURG, ESQUIRE
                              909 POYDRAS STREET
8                              SUITE 1100
                              NEW ORLEANS, LA 70112
9

10
                              SALIM-BEASELY
11                             BY:  BARRETT BEASLEY, ESQUIRE
                              1901 TEXAS STREET
12                             NATCHITOCHES, LA 71457

13

14   ALSO PRESENT
     VIA TELEPHONE:           ELWOOD STEVENS, ESQUIRE
15                             DERRIEL MCCORVEY, ESQUIRE
                              MICHAEL KRUSE, ESQUIRE
16                             JACOB FLINT, ESQUIRE
                              CHRIS QUINN, ESQUIRE
17                             AMANDA MCGEE, ESQUIRE
                              CATHERINE TOWNE, ESQUIRE
18                             DAVID OWEN, ESQUIRE

19

20   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                              CERTIFIED REALTIME REPORTER
21                             REGISTERED MERIT REPORTER
                              500 POYDRAS STREET, ROOM HB-275
22                             NEW ORLEANS, LA 70130
                              (504) 589-7779
23                             Cathy_Pepper@laed.uscourts.gov

24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

                         *OFFICIAL TRANSCRIPT*

1                              **I N D E X**

2                                                                      <u>PAGE</u>

3      RULE TO SHOW CAUSE....................................    9
       CMO 6 CASES..........................................    9
4      LINDA LYNCH..........................................   10
       DOCUMENT 10649.......................................   11
5      VIOLA BEAN...........................................   11
       DARREN ESSIG.........................................   11
6      ADINE MILLER.........................................   11
       JEFFREY MOSELEY......................................   11
7      ELSIE DOSS...........................................   11
       SANDRA FREEMAN.......................................   11
8      JACQUELINE BAKER.....................................   13
       JESSICA DAMERON......................................   14
9      DELORES GRANT........................................   14
       DORIS HARRIS.........................................   14
10     CATHERINE MAYNARD....................................   14
       CLINTON SESCO........................................   14
11     MARVIN JONES.........................................   17
       DOCUMENT 10734.......................................   19
12     ROGER SHUNK..........................................   19
       DOCUMENT 10659.......................................   21
13     VELMA NICHOLSON......................................   21
       DOCUMENT 10623.......................................   21
14     DOCUMENT 10651.......................................   22
       DANIEL ALEJANDRO [VERBATIM]..........................   22
15     DOCUMENT 10652.......................................   26
       ROSE CAINE...........................................   26
16     DOCUMENT 10653.......................................   26
       EDITH DANIEL.........................................   26
17     DOCUMENT 10654.......................................   30
       PHILLIP EARLS........................................   30
18     DOCUMENT 10655.......................................   31
       OLLIE MAE HILTON.....................................   31
19     DOCUMENT 10831.......................................   31
       JOSEPH DUNN..........................................   31
20     DOCUMENT 10741.......................................   31
       FRED HANEY...........................................   31
21     NONCMO 6 CASES.......................................   32
       DOCUMENT 10627.......................................   32
22     DOCUMENT 10172.......................................   32
       DOCUMENT 10195.......................................   32
23     CONNIE BLACK.........................................   32
       MARY BYNUM...........................................   32
24     MARY CERTAIN.........................................   32
       JAYNE CLANCY.........................................   32
25     SHIRLEY FORREST......................................   32
       DAVID FOUNTAIN.......................................   32

                        *OFFICIAL TRANSCRIPT*

1    MELANIE KENDRICK.....................................  32
     MALCOLM MARKS........................................  32
2    MARY MCCAIN..........................................  32
     OLIVE MCDAVID........................................  32
3    GENEVA MULL..........................................  32
     WILMA J. SHEPHERD....................................  32
4    KAREN SMALLEY........................................  32
     JOE WILLIAMS.........................................  32
5    JOHN COLE............................................  33
     STEPHEN CORBIN.......................................  33
6    WALTER CORE..........................................  33
     MABEL DAVENPORT......................................  33
7    DELL DELA MERCED.....................................  33
     RICHARD HARVEY.......................................  33
8    RIKKILYN KOPPANG.....................................  33
     YOLANDA LANDRUM......................................  33
9    CIRILA MESTA.........................................  33
     BROOKSIE MILLER......................................  33
10   ROSIE ALLEN NOBLE....................................  33
     DARRYL SEGRAVES......................................  33
11   WILLIAM SNOW.........................................  33
     WILLIAM STACK........................................  33
12   ROOSEVELT WASHINGTON.................................  33
     ANTHONY CALVI........................................  33
13   RAMONA PERKINS.......................................  34
     JOHN FLOWERS.........................................  38
14   PATRICIA MARTIN......................................  38
     RHONDA SANDERS.......................................  40
15   SILAS MCDOWELL.......................................  41
     EILEEN ZIEGENHAGEN...................................  41
16   DOCUMENT 10195.......................................  41
     JANIS ABBOTT.........................................  42
17   THOMAS EAVES.........................................  42
     VICTOR ADAMS.........................................  42
18   VALERIE SUSAN ALEXANDER..............................  42
     RAUL BARROSO,........................................  42
19   HALENA BOLDING.......................................  42
     RICHARD CANTES.......................................  42
20   LUCY BROWN CARTER....................................  42
     RUBY CUNNINGHAM......................................  42
21   BARRY DEVALL.........................................  42
     CESAR DOMINGO........................................  42
22   ESTELLA DUENAS.......................................  42
     JAMIE EPPERSON.......................................  42
23   ROOSEVELT FOSTER.....................................  42
     DARIA FOWLER.........................................  42
24   BARBARA FREEMAN......................................  42
     BENJAMIN GAINES......................................  42
25   VIRGINIA GROHN.......................................  42
     LEONA HALL...........................................  42

*OFFICIAL TRANSCRIPT*

```
 1   MARY HALL.................................................  42
     LINDA HUXABLE............................................  42
 2   RICO JEFFREY.............................................  42
     MAUDE JONES..............................................  42
 3   SHEDRIE JONES............................................  42
     CRAIG KENNEDY............................................  42
 4   CHERYL LEMLEY............................................  42
     ALMA LILLY...............................................  42
 5   BETTY LONGONE............................................  42
     SAMUEL LOVE..............................................  42
 6   JOHN MANCEBO.............................................  42
     MYRTIS MARTIN............................................  42
 7   ANNA MEDLEY..............................................  42
     EBONY NARH...............................................  42
 8   LILLIAN NORIEGA..........................................  42
     MARTHA OAKES.............................................  42
 9   VERLA REXSTREW...........................................  42
     ANNETTE RICE.............................................  42
10   LATRESA RICHMOND-SANDERS.................................  42
     ROBIN SEATS..............................................  42
11   CORA SIMMONS.............................................  42
     FRANK SMITH..............................................  42
12   ROBERT SPARROW...........................................  42
     STEVEN TETTLETON.........................................  42
13   NORBERT TURNBACH.........................................  42
     CECIL WHITLEY............................................  42
14   PEPPER WILLETTE..........................................  42
     SONJA WRAY-BREWER........................................  42
15   STEVEN ALLEN.............................................  42
     SARA GUSEWELL............................................  42
16   MARY MCCORMACK...........................................  42
     ALDEN MOTT...............................................  42
17   VERONICA ROGERS..........................................  42
     TAMARA SIGLER............................................  42
18   CARA TURNER..............................................  42
     WILLIAM WHITE............................................  42
19   STEPHEN EVANS............................................  43
     ASHLEY FICK..............................................  43
20   CAROLYN HALL-WILSON......................................  43
     LEONORA NUNEZ............................................  43
21   DAVID REIN...............................................  43
     TERRANCE CARRINGTON......................................  43
22   JENNIFER CHRISTIE........................................  43
     DOCUMENT 10650...........................................  43
23   DOCUMENT 10601...........................................  43
     THOMAS BLAXTON...........................................  43
24   JORGE IN RE MORALES......................................  43
     JERRY WARREN.............................................  43
25   AVIANCE HILL.............................................  44
     MARIA MUNOZ..............................................  44
```

*OFFICIAL TRANSCRIPT*

```
 1    MARLO SCOTT............................................  44
      LANCE BOYD............................................  44
 2    KATHERINE MCKNIGHT....................................  44
      FRANK KEPPELER........................................  49
 3    DOCUMENT 10647........................................  51
      DIANA SUE ADAMS.......................................  53
 4    TERENCE HOWARD EVANS..................................  54
      HATTIE W. GOODWIN.....................................  54
 5    HELENE HEADLEY........................................  54
      BARBARA LUNDY.........................................  54
 6    JANET RUSH............................................  54
      SHIRLEY BRAHINSKY.....................................  55
 7    ISOLINA CAMPOS........................................  56
      DONALD DENSMORE.......................................  58
 8    ROBERT MARKS..........................................  59
      SUBASKIN WILSON.......................................  60
 9    DOCUMENT 10507........................................  61
      VICTOR DEEB...........................................  61
10    MERIL MORGAN..........................................  61
      CLAY CHRISTIE.........................................  61
11    JOYCE FLEMING.........................................  61
      MARY HARRIS...........................................  61
12    DONALD HARTMAN........................................  61
      ROYLYNN ORICK.........................................  61
13    LEONARD COX...........................................  61
      GREGORY GEORGE........................................  61
14    KELVIN HILL...........................................  62
      HENRY SALTER..........................................  62
15    BEVERLY SHERMAN.......................................  62
      DOCUMENT 10913........................................  62
16    ROBERT WILLIAMS.......................................  62
      DORIELLE LANE.........................................  64
17    JACQUELINE STOKES.....................................  64
      DOROTHY THOMAS........................................  64
18    DOCUMENT 10855........................................  66
      EDWARD ACEVEDO........................................  66
19    SHELDON BAUM..........................................  66
      KAREN COFFEY..........................................  66
20    DON COLLIER...........................................  66
      EUGENE CONLEY.........................................  66
21    HOMER CRONK...........................................  66
      NANCY GIORDANO........................................  66
22    PETER GRAHAM..........................................  66
      JERRY HERNANDEZ.......................................  66
23    CAROL HILL............................................  66
      JOHNNIE HOLT..........................................  66
24    CHARLES JACKSON.......................................  66
      CAROLYN KNAPP.........................................  66
25    AMBER LANDIS-KING.....................................  66
      ANTHONY LEARY.........................................  66
```

*OFFICIAL TRANSCRIPT*

```
 1    SALVADOR LUGO.......................................... 66
      JENNIFER MCQUEEN....................................... 66
 2    MARY POWER............................................ 66
      ROY RASSI............................................. 66
 3    ADELE RUNNER.......................................... 66
      TIMOTHY TALLENT....................................... 66
 4    KENNY TERRY........................................... 66
      JACQUELINE TIELSCH.................................... 66
 5    JOAN WELDON........................................... 66
      KENNETH WILLIAMS...................................... 66
 6    PAULETTE HYMEL........................................ 66
      TERRY JAMES........................................... 66
 7    LINDA NAYSMITH........................................ 66
      TANYA ROBINSON........................................ 66
 8    RUBY PIERCE........................................... 66
      MUHAMMAD QAADIR....................................... 66
 9    KAY DON BARNARD....................................... 67
      BERTHA GILLEY......................................... 67
10    JACQUELINE GOOD....................................... 67
      DAVID HARRELL......................................... 67
11    VICTORIA HARRISON..................................... 67
      MELODY JACOBSON....................................... 67
12    RAYMOND MARTIN........................................ 67
      DOCUMENT 10824........................................ 68
13    ALICE DABBS........................................... 68
      JERRY WRIGHT.......................................... 68
14    JOHNNIE THOMPSON...................................... 68
      DAVID HAGIN........................................... 69
15    JEAN ATKINSON......................................... 69
      FRANCIS BANDY......................................... 69
16    DOUGLAS BEDGOOD....................................... 69
      JACOB FRIESEN......................................... 69
17    ETHEL GATES........................................... 69
      JESSIE HEASLEY........................................ 69
18    BOBBY HOUSE........................................... 69
      NASSAR JASER.......................................... 69
19    MELANIE JENSEN........................................ 69
      MARION MAST........................................... 69
20    JESSE MCRAE........................................... 69
      REX PATCHIN........................................... 69
21    JENNY PLATT........................................... 69
      JERRY REED............................................ 69
22    CHARLOTTE ZUNIGA...................................... 69
      NVARD AVAKIAN......................................... 69
23    BRIAN BURCE........................................... 69
      FRANCIS EDGERLY....................................... 69
24    VIOLETA EGUARAS....................................... 69
      KEITH KRUEGER......................................... 69
25    GERALD TERRY.......................................... 69
      TRACY ANDERSON........................................ 69
```

*OFFICIAL TRANSCRIPT*

STANLEY CHOLEWCZYNSKI................................. 69
DEBORAH DIABY........................................ 70
STACEY HOLDER....................................... 70
CECIL HUDSON........................................ 70
FLOSSIE ROBINSON.................................... 70
DOLOREEN SHERIDAN................................... 70
LEE THIGPEN........................................ 70
TRACI WAGNER........................................ 70
KEVIN WHITE........................................ 70
MARY LOU WYNN....................................... 70
LARRY RESLER....................................... 70
EVELYN COOPER...................................... 70
GLENN COOPER....................................... 70
CAROL CRUTCHER..................................... 70
DENNIS DINGWITZ.................................... 70
KRISTI MORENO...................................... 70
WILLIE SHERMAN..................................... 70
PATRICK SMITH...................................... 70
GEORGINE WILLIAMS.................................. 70
ANN WISNIEWSKI..................................... 70

*OFFICIAL TRANSCRIPT*

**P-R-O-C-E-E-D-I-N-G-S**

TUESDAY, SEPTEMBER 18, 2018

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)




THE DEPUTY CLERK:  All rise.

THE COURT:  Be seated, please.  Good morning, ladies and gentlemen.  Dean, do you want to call the case?

THE DEPUTY CLERK:  Yes, sir.  MDL 2529, In re:  Xarelto Products Liability Litigation.

THE COURT:  Counsel, make your appearance for the record, please.

MS. DANIEL:  Good morning, Your Honor.  Sindhu Daniel for the plaintiffs.

MS. MILLER:  Good morning, Your Honor.  Chanda Miller for the defendants.

THE COURT:  We're here today for a Rule to Show Cause why certain cases should not be dismissed.  We'll take them in the order suggested by counsel.

MS. DANIEL:  Thank you, Your Honor.

This morning, and I'm going to do my best to make sure we keep to that order.  We have a number of different docket numbers.  There are 39 cases that are going to be heard that are in regards to CMO 6 cases.

*OFFICIAL TRANSCRIPT*

09:07:36 1                The first case is Linda Lynch, Your Honor.

09:07:38 2      That's an alleged failure to cure the fact sheet deficiencies

09:07:43 3      pursuant to CMO 6.

09:07:45 4                Kyle Anderson, are you on the line for this firm?

09:07:52 5           THE COURT:  What is the reason; do you know?

09:07:53 6           MS. MILER:  So, Your Honor, this is a plaintiff who was

09:07:57 7      selected for workup consistent with CMO 6.  We are still --

09:08:01 8      pursuant to CMO 6, a full and complete Plaintiff Fact Sheet and

09:08:07 9      declaration and signed authorizations were due earlier this

09:08:10 10     spring.  The fact sheet that we still have is still missing

09:08:13 11     some significant sections.

09:08:16 12               They haven't talked about prior treatment for

09:08:19 13     related conditions, such as atrial fibrillation, deep vein

09:08:25 14     thrombosis, hypertension, kidney problems.  There is some

09:08:28 15     indication that the plaintiff received samples but has failed

09:08:31 16     to answer the questions regarding who provided the samples.

09:08:34 17               They're also missing answers to questions about

09:08:39 18     instructions received with the medication, did not respond to

09:08:43 19     questions regarding other prescription and over-the-counter

09:08:51 20     medications she was taking at the time of the alleged bleeding

09:08:53 21     event, and also failed to complete and submit the declaration

09:08:57 22     that verifies the accuracy of the statements we did receive in

09:09:01 23     the Plaintiff Fact Sheet.

09:09:03 24               Again, this was due earlier this spring on April,

09:09:07 25     I'm sorry, on May 15th.  We still don't have that information.

*OFFICIAL TRANSCRIPT*

09:09:10   1     MS. DANIEL:  Your Honor, given that they are not on the
09:09:12   2   line, I mean, we do speak to these counsel a lot.  I know it
09:09:17   3   sounds extensive what Chanda is discussing here, but it's 17
09:09:22   4   different pages.  It's quite a lot of different responses that
09:09:26   5   need to be filled in, so they are working on it.

09:09:29   6         It's certainly no prejudice to the defendants at
09:09:31   7   this point for them to get an extension to fill the information
09:09:34   8   in.  You know, they certainly are working on it.  If not, it
09:09:41   9   will likely be dismissed at some point if they can't complete
09:09:44  10   all the information.  At this point we don't think it's proper
09:09:47  11   to dismiss it.

09:09:48  12     THE COURT:  Let's do this:  Let's pass this one for
09:09:50  13   30 days, but if they don't at least make some effort to do it,
09:09:53  14   I'm going to be dismissing the case.

09:09:55  15     MS. DANIEL:  Thank you, Your Honor.

09:09:56  16     MS. MILLER:  In the meantime, Your Honor, I think all
09:10:00  17   deadlines are halted consistent with CMO 6; is that correct?

09:10:06  18     THE COURT:  Right.

09:10:06  19     MS. DANIEL:  The next document is 10649.  There were
09:10:10  20   13 cases listed on this order.  The following four cases are
09:10:17  21   cured, Viola Bean, Darren Essig, Adine Miller, and
09:10:22  22   Jeffrey Moseley.

09:10:24  23         The next two cases, Your Honor, have agreed to
09:10:26  24   dismiss or will be dismissed shortly.  They are Elsie Doss and
09:10:31  25   Sandra Freeman.

*OFFICIAL TRANSCRIPT*

09:10:32  1          MS. MILLER:  Just for some background, Your Honor, this
09:10:36  2   was a motion brought for plaintiffs who are selected for workup
09:10:41  3   consistent with CMO 6, and under CMO 6 they had 30 days --
09:10:46  4   within 30 days of selection, the plaintiffs had to submit a
09:10:51  5   fully complete Plaintiff Fact Sheet that was verified by the
09:10:54  6   plaintiff.
09:10:54  7          There were a few instances in which the plaintiff
09:10:59  8   said that the fact sheet I've already submitted is fully up to
09:11:02  9   date and doesn't need change, and in those instances, the
09:11:07  10  parties agreed -- liaison counsel, between plaintiffs and
09:11:11  11  defendants -- agreed that in lieu of resubmitting an identical
09:11:15  12  PFS, the plaintiff would just sign a new verification
09:11:20  13  reaffirming all the statements in the prior PFS and then that
09:11:25  14  would suffice.
09:11:25  15         So this motion was brought for the plaintiffs who
09:11:31  16  were selected for workup consistent with CMO 6 and failed to
09:11:35  17  submit either a brand new PFS with verification or a separate
09:11:39  18  verification confirming that the previously submitted PFS was
09:11:43  19  up to date.  Right now there are seven plaintiffs that are
09:11:46  20  still at issue.
09:11:47  21         MS. DANIEL:  I'll be reading into the record right now,
09:11:51  22  Your Honor.  To be clear, Your Honor, I spoke with the Flint
09:11:55  23  Law Firm yesterday, and someone in their office did not
09:11:59  24  understand that CMO 6 did mean to complete every single
09:12:03  25  question, so they certainly are trying.

                        *OFFICIAL TRANSCRIPT*

09:12:05  1          Is anyone from the Flint Law Firm on the line who

09:12:10  2   would like to discuss the six cases in which you are going to

09:12:12  3   be requesting additional time?

09:12:15  4          MR. FLINT:  Yes.  This is Jacob Flint at Flint Law, and

09:12:18  5   I'm here with my staff.  There are three paralegals here who

09:12:22  6   have been handling the Xarelto PFS's.

09:12:28  7              We have reviewed all of the deficiencies, and

09:12:31  8   we submitted new verification and PFS's all day Friday and

09:12:36  9   Monday -- and I don't see how there are any deficiencies

09:12:42 10   remaining if defendant has reviewed what we submitted to

09:12:45 11   MDL Centrality.

09:12:47 12          MS. MILLER:  So, we did review what was submitted to

09:12:50 13   MDL Centrality.  On the Jacqueline Baker case there is no

09:12:55 14   verification that was submitted.  The PFS that was submitted --

09:13:00 15   according to the PFS that was submitted, the plaintiff hasn't

09:13:04 16   seen any doctors for the last 12 years with the exception of

09:13:07 17   the one doctor who prescribed Xarelto and the one doctor who

09:13:11 18   treated the plaintiff for the alleged injury.

09:13:13 19              She has not taken any medication within the last

09:13:16 20   seven years; although, the records indicate otherwise,

09:13:19 21   including, apparently, Xarelto, and has not had any other

09:13:25 22   comorbid conditions other than the one single condition that --

09:13:31 23   for which the plaintiff took Xarelto.

09:13:34 24              There is no verification, and it's not entirely

09:13:38 25   clear if the information in the PFS, where it came from,

*OFFICIAL TRANSCRIPT*

09:13:43 1    because it's not consistent with the very limited records we

09:13:45 2    have.

09:13:46 3            THE COURT:  Which case is that?

09:13:47 4            MS. MILLER:  This is the Jacqueline Baker case.

09:13:49 5            MS. DANIEL:  They are going to be addressing, you know,

09:13:52 6    six different cases.  It is Jacqueline Baker, Jessica Dameron,

09:13:57 7    Delores Grant, Doris Harris, Catherine Maynard, and

09:14:03 8    Clinton Sesco.

09:14:11 9            THE COURT:  The ones that you read, there is no

09:14:15 10   objection to dismissing?

09:14:17 11           MS. DANIEL:  Your Honor, I think they do -- definitely

09:14:19 12   have an objection to dismissing.  I think they just -- I think

09:14:22 13   we need to work with this firm and make sure that every single

09:14:26 14   response is filled out appropriately.

09:14:32 15               I did review some of the issues that Ms. Miller

09:14:36 16   is discussing, so I think we just need to work with the firm

09:14:39 17   and give them a little time to work this out and complete the

09:14:42 18   fact sheet.

09:14:42 19           MS. MILLER:  Your Honor, I do think it is beneficial to

09:14:45 20   go through the plaintiffs one by one.  These are all selected

09:14:48 21   in March.  The deadlines were in May.  The orders are published

09:14:51 22   on the website, and Mr. Meunier and Mr. Davis have been very

09:14:55 23   diligent doing the CMC's on the record of making sure the

09:14:59 24   counsel is aware, so --

09:15:00 25           THE COURT:  What are the names of the cases then?

**_OFFICIAL TRANSCRIPT_**

09:15:02 1    MS. MILLER:  So the first one with this firm is

09:15:04 2 Jacqueline Baker.  There is no verification.  We received a PFS

09:15:11 3 late yesterday.  The limited information that is in the PFS is

09:15:13 4 not consistent with the limited records that we had already

09:15:16 5 received.

09:15:16 6    THE COURT:  What's the answer to Baker?

09:15:18 7    MS. DANIEL:  Jacob?

09:15:23 8    MR. FLINT:  Yes.

09:15:23 9    THE COURT:  Jacqueline Baker, what's the situation

09:15:26 10 there?  You heard what the problems are.

09:15:30 11    MR. FLINT:  Yes.  In all these cases, we addressed

09:15:35 12 deficiencies as they came in, and then new deficiencies were

09:15:40 13 brought to our attention.  I can assure you that we will

09:15:43 14 correct everything that the defendant raises today, and it will

09:15:46 15 be done immediately.  It's not an issue of us not wanting to

09:15:50 16 correct the deficiencies during -- it's just knowing what the

09:15:55 17 deficiencies were.

09:15:56 18    THE COURT:  I don't have any problem with that.  I'll

09:15:57 19 give you time, but listen to the deficiencies, if you've got

09:16:02 20 your whole staff there.

09:16:03 21    Jacqueline Baker needs what?

09:16:05 22    MS. MILLER:  Well, I mean, we'll send them another

09:16:07 23 letter.  As a first thing, we need a verification signed by the

09:16:12 24 plaintiff, but the information in the PFS regarding the

09:16:16 25 identification of healthcare providers, medications taken, a

*OFFICIAL TRANSCRIPT*

09:16:20 1    list of comorbid conditions are not consistent -- is not

09:16:24 2    consistent with the records that the plaintiff produced.

09:16:27 3              So, we'll send a letter detailing the

09:16:31 4    deficiencies, but up until yesterday the deficiency was failure

09:16:33 5    to submit a PFS at all.

09:16:35 6         THE COURT:  I see.  Okay.  All right.  Let's do this,

09:16:38 7    let's send a letter on each of those cases so that he has that.

09:16:43 8    Then if he doesn't correct it by next time, we'll be dismissing

09:16:47 9    the cases.

09:16:47 10        MS. MILLER:  So for the record, that's

09:16:50 11   Jacqueline Baker, Jessica Dameron, Delores Grant, Doris Harris,

09:17:02 12   and Clinton Sesco.

09:17:05 13             I think, you know, for all of those, at a minimum

09:17:07 14   we have to have a verification.  There are other many

09:17:12 15   deficiencies that will be noted in the letter.  For all of

09:17:17 16   those, my understanding is that the deadlines for depositions

09:17:20 17   and Defendant Fact Sheet are tolled in the interim.

09:17:25 18        THE COURT:  Yes, they are.

09:17:25 19        MS. MILLER:  Okay.  For Catherine Maynard, that one

09:17:31 20   we're still -- we understand that they are also seeking more

09:17:35 21   time on that one.  We don't even have authorizations, and so at

09:17:39 22   this point we can't even -- the defendants are not able to

09:17:41 23   order any records from the doctor who prescribed Xarelto to the

09:17:46 24   plaintiff.

09:17:46 25             We're not able to order any records from the

*OFFICIAL TRANSCRIPT*

09:17:49 1    pharmacy.  We're not able to order any records where the

09:17:52 2    plaintiff was apparently treated for the alleged bleeding

09:17:54 3    event, so this is even setting us farther back than the other

09:17:58 4    cases, and all of that information was due in May.

09:18:01 5         THE COURT:  Let's touch base with those folks.

09:18:04 6         MS. DANIEL:  I actually have their response on that,

09:18:05 7    Your Honor.  They filed a response on this.  It was 10925.

09:18:09 8    They requested Derrick Maynard -- this is a death case and they

09:18:12 9    request additional time for Derrick Maynard to be appointed as

09:18:16 10   personal representative of the estate.

09:18:18 11        So, she passed away on December 14th.  So they

09:18:22 12   are working to get a representative, and until he is appointed

09:18:25 13   as a representative, they don't want to sign the

09:18:28 14   authorizations.

09:18:30 15        THE COURT:  All right.  Let's get somebody following up

09:18:32 16   on that so that we --

09:18:34 17        MS. DANIEL:  I will, Your Honor.

09:18:35 18        THE COURT:  It looks like that they are trying to do

09:18:37 19   it.  I'm not going to dismiss the case, but if you don't get

09:18:40 20   any of this material, I will be dismissing the case.

09:18:43 21        MS. DANIEL:  Thank you, Your Honor.

09:18:47 22        MR. FLINT:  Understood.  Thank you, Your Honor.

09:18:48 23        THE COURT:  Okay.

09:18:49 24        MS. DANIEL:  Your Honor, the last case on this

09:18:51 25   particular document is Marvin Jones.  Your Honor, they need

**OFFICIAL TRANSCRIPT**

09:18:55 1   additional time to complete a few more questions.  They are

09:18:58 2   working on it, and they've even uploaded a new declaration

09:19:02 3   yesterday.

09:19:06 4              Justin, is there anything that you would like to

09:19:10 5   discuss further to the Court.  From the Sanders Firm?  Anyone?

09:19:23 6        MS. MILLER:  Just for -- Your Honor, this was a defense

09:19:29 7   selection selected for workup in April.  The information in the

09:19:31 8   Plaintiff Fact Sheet and the verification were due in May.

09:19:33 9        THE COURT:  Is this Marvin Jones?

09:19:36 10       MS. DANIEL:  Yes.

09:19:36 11       MS. MILER:  Yes, it is Your Honor.

09:19:36 12             So at this point one of the big outstanding

09:19:39 13  pieces is a declaration signed by the plaintiff.

09:19:42 14       THE COURT:  Have they done anything at all?  They've

09:19:45 15  done some?

09:19:45 16       MS. MILLER:  Piecemeal, yes, Your Honor.

09:19:48 17       THE COURT:  Piecemeal.

09:19:48 18       MS. DANIEL:  Your Honor, they have -- they have

09:19:50 19  absolutely worked on this.  I mean, so, it might be piecemeal

09:19:54 20  but it's certainly getting done, and they are doing their best

09:19:57 21  to respond to it.

09:19:58 22       THE COURT:  I don't mind piecemeal.  I just don't like

09:20:01 23  if they just don't do anything.  That's the problem.

09:20:03 24       MS. DANIEL:  That's certainly not the case here.

09:20:05 25       THE COURT:  All right.  Okay.  Well, we'll pass it for

*OFFICIAL TRANSCRIPT*

09:20:08  1   30 days and suspend the rest of the requirements from the

09:20:14  2   defendant's standpoint.

09:20:14  3          MS. MILLER:  Okay.

09:20:15  4          MS. DANIEL:  Thank you, Your Honor.

09:20:17  5               The next document is 10734, Your Honor, and this

09:20:20  6   is Roger Shunk.  This case -- John Driscoll, are you on the

09:20:27  7   phone, or Chris Quinn, for The Driscoll Firm?

09:20:32  8          MR. QUINN:  Chris Quinn, Ms. Daniel.  I'm here.  Thank

09:20:35  9   you.

09:20:36 10          MS. DANIEL:  Chris, do you want to explain to the Court

09:20:38 11   any issues you may have with this?

09:20:39 12          MR. QUINN:  Judge, I don't want to take too much of the

09:20:41 13   Court's time, but the only two deficiencies on this 17-page PFS

09:20:47 14   that are alleged is plaintiff did not answer when he was first

09:20:51 15   diagnosed with the condition for which he was prescribed

09:20:54 16   Xarelto, didn't answer whether or not he was currently taking

09:20:57 17   Xarelto, and he stated that he previously took Coumadin but

09:21:01 18   does not provide a reason for discontinuation.

09:21:02 19               On the other hand, the medical records that we

09:21:04 20   produced some time ago answer a lot of these questions.  For

09:21:07 21   example, they say he was instructed to stop Coumadin and take

09:21:12 22   Xarelto, 20 milligrams, then stop for surgery.  He will

09:21:15 23   continue Coumadin after surgery and so forth.

09:21:18 24               We have attempted, since July, when defendants

09:21:20 25   filed their deficiency notice, to contact this client on

*OFFICIAL TRANSCRIPT*

09:21:24  1   multiple occasions to fill in these last two little gaps.  We

09:21:27  2   haven't able to do so, but the bottom line is, Judge, I don't

09:21:31  3   think that a prejudicial dismissal is an appropriate sanction

09:21:35  4   given the relatively minor deficiencies, the fact that there is

09:21:40  5   no showing that this information is not available by other

09:21:44  6   means, namely, medical records or the plaintiff's deposition.

09:21:47  7          In our response we cited some Fifth Circuit cases

09:21:51  8   that say basically that, that dismissal with prejudice is a

09:21:53  9   draconian remedy, a remedy of last resort, and so forth.

09:21:58 10          So we're just asking for additional time to get

09:22:00 11   these little tidbits of information, which we think is

09:22:04 12   available from other means regardless, and/or a nonprejudicial

09:22:08 13   dismissal, if that's the Court's inclination.

09:22:11 14        THE COURT:  No.  I understand your position and I agree

09:22:15 15   with it.  I'll pass you.  What do you need 30 days to do that?

09:22:19 16        MR. QUINN:  I would think so, Judge.  Again, we're

09:22:20 17   trying to get responses from this individual.

09:22:22 18        THE COURT:  All right.  Let's do it, then, within

09:22:25 19   30 days and we'll visit next time.

09:22:28 20        MR. QUINN:  Thank you, Your Honor.

09:22:29 21        MS. MILLER:  Just so I can put -- I understand you're

09:22:31 22   aware of the defendant's position, but I just do need to put it

09:22:34 23   on the record.  We don't, obviously, agree with the

09:22:37 24   characterization that these are *little tidbits of information*.

09:22:40 25          The reasons for stopping to take Coumadin are

***OFFICIAL TRANSCRIPT***

09:22:43  1    very key to our defense.  We are entitled to that information

09:22:46  2    in a format that's answered by the plaintiff and verified by

09:22:49  3    the plaintiff and verified by the plaintiff as being accurate,

09:22:52  4    as opposed to wading through thousands of pages of medical

09:22:54  5    records.

09:22:55  6            Likewise, we're still waiting for information

09:22:57  7    about, you know, from the plaintiff himself about why he took

09:23:01  8    Xarelto and whether he's still taking it.  So we understand

09:23:04  9    that it's being passed for 30 days and that the firm has not

09:23:09 10    been able to reach the plaintiff for the last three months, but

09:23:13 11    we would like to see this move forward and get resolved.

09:23:15 12        THE COURT:  I agree with you, too.  I think that those

09:23:16 13    issues are important to you, and you should get an answer for

09:23:19 14    them.  Let's pursue that one.

09:23:23 15        MS. DANIEL:  Thank you, Your Honor.

09:23:24 16            The next Document 10659 is Velma Nicholson and

09:23:30 17    that case is cured.

09:23:33 18            The next document, Your Honor, is 10623, which

09:23:38 19    was the document that listed some cases with unpaid filing

09:23:44 20    fees, Your Honor.  There were 16 cases in which there were

09:23:47 21    unpaid filing fees.

09:23:49 22            I checked with Dean this morning.  We are all

09:23:51 23    good, Your Honor.  Everything has now been paid, and counsel

09:23:54 24    wanted this court to know in each of these cases that it was

09:23:57 25    absolutely an unintentional oversight, and he apologizes to the

09:24:01 1  Court for any inconvenience this may have caused.

09:24:03 2          THE COURT:  Okay.

09:24:04 3          MS. DANIEL:  So that's 10623 is completed.

09:24:07 4          Your Honor, the next document is 10651.  That is

09:24:11 5  Daniel Alejandro [verbatim].  Your Honor, again, they would

09:24:15 6  like to have additional time to complete the fact sheet.  They

09:24:20 7  also have worked on it.  It was just a matter of completing it.

09:24:24 8          Kyle Anderson?  Is anyone on from the

09:24:27 9  Charles Johnson Law Firm that wants to contribute any more than

09:24:30 10 I've already said?

09:24:36 11         MS. MILER:  Your Honor, in this case, this was selected

09:24:39 12 in April.  The information was due in May.  Then, you know,

09:24:44 13 140-plus days since the information was due.

09:24:47 14         We are missing some pretty key information.  We

09:24:52 15 don't have the information on other prescription and

09:24:55 16 over-the-counter medications the plaintiff was taking at the

09:24:58 17 time of his alleged event.  We're missing information to

09:25:03 18 support the lost wages claim he's making.

09:25:05 19         The plaintiff apparently previously experienced a

09:25:07 20 blood clot.  We're missing information about how that previous

09:25:13 21 blood clot was treated, which is, obviously, key to some of our

09:25:16 22 defenses.

09:25:17 23         We also have some information at some other point

09:25:19 24 that the plaintiff took Coumadin and maybe also Pradaxa and

09:25:23 25 also Lovenox, but it's not clear for what conditions, for what

**OFFICIAL TRANSCRIPT**

09:25:27 1   period of time, when it was stopped.  Those are all blood

09:25:31 2   thinners.

09:25:32 3           We're also missing a verification for the PFS

09:25:34 4   that was submitted after the case was selected for workup.

09:25:37 5       THE COURT:  The verifications, I think, that's an issue

09:25:41 6   that ought to be taken care of.  Some of the other material is

09:25:45 7   so detailed that that's one of the reasons we're getting these

09:25:49 8   deficiencies, because it's calling for such detail that it

09:25:56 9   presents a problem itself.  I don't mean to say that you're not

09:26:00 10  entitled to it, but it's hard to get sometimes, at least in the

09:26:05 11  first go-round.

09:26:07 12      MR. DAVIS:  Your Honor, that's an issue that we have

09:26:14 13  been dealing with on a routine basis.  I know many firms have

09:26:18 14  raised that issue.  They were going beyond the purpose of the

09:26:23 15  profile form, and the profile form certainly, as we've

09:26:26 16  suggested in every status conference, needs to be completed,

09:26:30 17  needs to be fully complete, and that includes a verification.

09:26:34 18  Nobody has ever disputed that.  In fact, we agree with that.

09:26:37 19          But when you start getting into the weeds, which

09:26:39 20  is what's happening, those we don't think are reasons for

09:26:44 21  dismissals and the like.  That's challenging the sufficiency.

09:26:48 22  Those issues will come up as these cases progress, we believe,

09:26:53 23  and as we get into these matters further down the road.

09:26:56 24          I think that we could probably curtail some of

09:27:00 25  this by having those issues addressed up front, and maybe

*OFFICIAL TRANSCRIPT*

09:27:07  1    having some dialogue as opposed to filing motions.  I think

09:27:13  2    that's the way to handle those or, alternatively, we handle

09:27:17  3    them as the cases move forward, closer to trial where you get

09:27:20  4    into those types of matters, which you often get into when you

09:27:24  5    take a deposition, or things like that.

09:27:28  6            Remember, we're dealing with an elderly

09:27:30  7    population.  They may not have the recollection.  They may not

09:27:33  8    remember a lot of these things.  They may not have those

09:27:35  9    records on hand.  Things like that.

09:27:37  10           So I understand the desire to get a complete

09:27:40  11   profile form and I encourage that, and I encourage counsel to

09:27:46  12   do that and we have continued to do that, but there is a

09:27:49  13   difference in getting a complete profile form and getting into

09:27:52  14   the weeds and challenging the sufficiency of a sentence or two.

09:27:57  15       MS. MILER:  To be clear, Your Honor, for the record

09:27:58  16   we're not challenging the sufficiency or the adequacy of the

09:28:02  17   responses.  For the limited motions that we have brought under

09:28:06  18   CMO 6, we're challenging them because there was no response at

09:28:11  19   all, and we always meet and confer in advance.  We don't take

09:28:16  20   issue with a specific response for the cases that are here.  We

09:28:20  21   are just taking issue with the failure to respond at all.

09:28:24  22       MR. DAVIS:  I don't disagree.  If there is no response,

09:28:27  23   they ought to get a response, but they can only get it to the

09:28:30  24   best that the plaintiff can give them, and at that point we

09:28:33  25   need to move on.

                              *OFFICIAL TRANSCRIPT*

09:28:34  1          MS. MILLER:  That's what we've been doing.

09:28:34  2          THE COURT:  That seems to me to be the right way to do

09:28:37  3    it.

09:28:37  4               I'm very concerned about the fact that if

09:28:39  5    somebody can't show they are taking the medication, they ought

09:28:43  6    not to be in the lawsuit.  Then verification is important and

09:28:49  7    some other aspects of it.

09:28:50  8               We've got to recognize that this type of

09:28:55  9    discovery is probably answered more by a lawyers than by a

09:29:03 10    client, and it's important for you to get the client's

09:29:06 11    information on that, so let's not get too far in the weeds on

09:29:12 12    it.

09:29:12 13          MS. MILLER:  We fully appreciate it, Your Honor.  I

09:29:17 14    think everyone views these as akin to interrogatories which are

09:29:21 15    typically completed in conjunction with the lawyer and verified

09:29:24 16    by the plaintiff.

09:29:25 17          MR. DAVIS:  Thank you, Your Honor.  I will advise

09:29:27 18    counsel.

09:29:27 19          MS. DANIEL:  Your Honor, just one last point on this.

09:29:29 20    We also advised our counsel not to just submit *do not know*,

09:29:33 21    *unknown*, and so, that may also cause some blanks.  So instead

09:29:38 22    of them just saying, *I don't know*, which would be a reasonable

09:29:42 23    answer in certain respects, we are trying to have counsel

09:29:46 24    complete as much as they can.

09:29:47 25          MS. MILLER:  We appreciate that.  None of the motions

***OFFICIAL TRANSCRIPT***

09:29:50  1   are here because of blanks that say *I don't know.*

09:29:53  2        THE COURT:  All right.  We've got to deal with these,

09:29:55  3   so where are we at this point?

09:29:59  4        MS. DANIEL:  We're at 10652, Your Honor, on Rose Caine.

09:30:03  5   That case is cured, Your Honor.

09:30:07  6             10653, Your Honor, is Edith Daniel.  This is the

09:30:12  7   same situation, Your Honor, for the Charles Johnson Law Firm.

09:30:16  8   They need additional time to complete.

09:30:19  9        MS. MILLER:  This is one, again, Your Honor, it was

09:30:21 10   selected for the workup in April.  The completed Plaintiff

09:30:27 11   Fact Sheet and the verification were due May 15th.  At this

09:30:31 12   point we're missing a verification, and we're missing wholesale

09:30:35 13   answers in their entirety to nine sections of the Plaintiff

09:30:42 14   Fact Sheet.  I'm happy to enumerate them, but they have been

09:30:46 15   pointed out to counsel.

09:30:47 16        THE COURT:  Is there anybody on the line?

09:30:49 17        MS. DANIEL:  No, Your Honor.  I don't think he's on the

09:30:51 18   line.  It's the same situation, Your Honor.  They're working on

09:30:54 19   it.  They certainly have been diligent in trying to get the

09:30:57 20   information, so we don't feel that they have not submitted.

09:31:00 21   They have absolutely submitted a fact sheet.  They are just

09:31:02 22   working on getting it completed.

09:31:04 23        THE COURT:  Is the first time for this one?

09:31:05 24        MS. MILER:  It's the first time on a motion.  I would

09:31:08 25   say with this particular plaintiff, part of the responses that

*OFFICIAL TRANSCRIPT*

09:31:11  1    were missing is the identification of healthcare providers.

09:31:12  2    The identification of healthcare providers in the Plaintiff

09:31:16  3    Fact Sheet is our first, you know, where we go to to start

09:31:19  4    collecting records so that we can move the case forward for

09:31:22  5    depositions, even identify who needs to be deposed.

09:31:25  6         MS. DANIEL:  Your Honor, I mean, they do have the

09:31:28  7    information on the Xarelto prescriber and the injury, so they

09:31:36  8    have other -- obviously other medical conditions and they may

09:31:37  9    not have all the doctors on those, but they do have the prime

09:31:40 10    suspects of the doctors.

09:31:41 11         So I think no doubt that there are blanks in this

09:31:44 12    fact sheet, but they are not the blanks that are preventing the

09:31:48 13    case from moving forward, that there is not already a stay in

09:31:51 14    place because of this deficiency.

09:31:55 15         THE COURT:  Well, she says she doesn't even know what

09:31:59 16    the medical providers are.

09:32:00 17         MS. MILLER:  I apologize.  We do have the prescriber

09:32:04 18    information.  We don't have other providers, and we're missing

09:32:08 19    some key dates for the treating physician, so, you know, when

09:32:13 20    we try to order a lot of records, the plaintiffs understandably

09:32:16 21    come back and say, you can't order, you know, a lifetime worth

09:32:19 22    of records.  We do try to put some parameters around that based

09:32:24 23    on the information from the Plaintiff Fact Sheet, but here when

09:32:25 24    we don't have the dates --

09:32:26 25         THE COURT:  How do we resolve that?  That's a

*OFFICIAL TRANSCRIPT*

09:32:30  1    legitimate issue.

09:32:30  2         MS. DANIEL:  Your Honor, I think this is going to occur

09:32:32  3    if there is one response that's not responded to and then a new

09:32:35  4    doctor comes up, the defendant is going to be stating the same

09:32:39  5    thing.  I mean, any new provider in the fact sheet the

09:32:42  6    defendant is going to want to order those records.

09:32:44  7              So I think, like Mr. Davis said, these people

09:32:48  8    have numerous medical conditions that they are going to have

09:32:51  9    multiple providers, but the defendant certainly have the

09:32:54 10    providers for the injury and the actual Xarelto use, so they

09:33:00 11    certainly have been able to order those records and have gotten

09:33:02 12    a slew of other medical information because of it.

09:33:06 13              I agree this needs to be remedied, but it's just

09:33:08 14    like you said, Your Honor, there are various questions that

09:33:11 15    need to be responded to, and this firm is definitely trying to

09:33:15 16    do that.

09:33:15 17         MS. MILLER:  I think for here, not only the declaration

09:33:17 18    and, you know, the nine or ten missing sections but one key

09:33:20 19    piece we still would like to pin down quickly is the dates of

09:33:24 20    treatment overall for the doctor they identified as treating

09:33:28 21    them for the alleged bleeding event.

09:33:30 22         THE COURT:  Let's do a letter to that on calling for

09:33:32 23    that specific information.

09:33:34 24         MR. DAVIS:  As a practical matter, Judge, we've got to

09:33:37 25    get the profile forms to the defendants.  They've gotten it to

*OFFICIAL TRANSCRIPT*

09:33:41 1   them.  It's now incumbent upon the defendant to get the

09:33:45 2   defendant profile form to the plaintiff, and if the plaintiff

09:33:47 3   has additional treatments, clearly, they ought to update.  I

09:33:50 4   mean, it's a practical issue, but we can't just stop the train.

09:33:56 5          THE COURT:  I don't think anybody wants to stop the

09:34:01 6   train.

09:34:01 7          MR. DAVIS:  But it delays what happens.  I said it

09:34:04 8   delays things and it does stop the train.

09:34:05 9          MS. DANIEL:  Well, I understand --

09:34:05 10         MR. OLINDE:  Your Honor, the delay is the fact that

09:34:10 11  they are not getting all the names.  They are not getting the

09:34:12 12  proper information.  That's the delay so it's not stopping the

09:34:15 13  train.  The train was delayed by the fact that you're not

09:34:17 14  getting the proper information to begin with.

09:34:22 15         THE COURT:  Tell me how we solve the problem.

09:34:24 16         MS. DANIEL:  We give them some time, Your Honor, to

09:34:27 17  complete every single response.  Like it's stated in CMO 6, we

09:34:30 18  come up with some reasonable issues that one blank here or

09:34:35 19  there, did you -- you know, did you take something, I'm -- of

09:34:40 20  course, I think it's 17 pages of numerous questions.  There are

09:34:43 21  hundreds of questions on this 17-page document.  I think we

09:34:47 22  have to come up with some compromise as to what is necessary

09:34:50 23  for this case to move forward.

09:34:51 24         MR. DAVIS:  Your Honor, what I'd suggest is let's let

09:34:53 25  the parties first talk.  We have a status conference coming up.

*OFFICIAL TRANSCRIPT*

30

09:34:57 1    We'll report back to you then, and we'll get some answers to

09:35:02 2    you.

09:35:02 3         MS. MILLER:  I think that's right.  We're not here

09:35:03 4    because, again, we're disputing the quality of the information,

09:35:07 5    or as you know, we certainly aren't bringing every case where

09:35:11 6    we think there might be a blank or two missing.

09:35:13 7         The limited ones here are fairly significant

09:35:16 8    deficiencies, including this one where it's a verification and,

09:35:20 9    you know, the parameters around the dates of treatment for one

09:35:23 10   of the doctors they identified as treating them for the alleged

09:35:26 11   bleeding event, so this isn't delving into the weeds, but it's

09:35:31 12   looking for key information for the case.

09:35:33 13        THE COURT:  It seems to me that we ought to have the

09:35:36 14   fact sheets constructed in such a way that the first chapter

09:35:41 15   ought to be the information that's critical to the case -- did

09:35:46 16   you take the drug?  When did you take the drug?  Who prescribed

09:35:49 17   the drug?  Which doctor are you seeing now for whatever malady

09:35:57 18   you claim resulted from the drug?  That, to me, seems to be the

09:36:01 19   critical issues.  Then there are other issues involved, too,

09:36:04 20   but the dismissal ought to focus on those critical issues more

09:36:10 21   than anything else.

09:36:12 22        MS. MILLER:  Okay.

09:36:12 23        MS. DANIEL:  Thank you, Your Honor.

09:36:14 24        Next, Your Honor, is Document 10654, and this is

09:36:19 25   Phillip Earls.  It is cured.

*OFFICIAL TRANSCRIPT*

09:36:22 1           The next document is 10655, Your Honor,

09:36:26 2 Ollie Mae Hilton, and counsel has agreed to dismiss this case

09:36:30 3 with prejudice.

09:36:31 4      THE COURT:  Let that be done.

09:36:32 5      MS. DANIEL:  Has it been entered yet?  I believe it

09:36:37 6 has.

09:36:37 7      MS. MILLER:  I believe it's has, Your Honor.

09:36:38 8      MS. DANIEL:  Your Honor, it has already been dismissed.

09:36:40 9         The next document is 10831, Joseph Dunn,

09:36:44 10 Your Honor.  This is cured.

09:36:47 11         The final document is 10741, Fred Haney.  Again,

09:36:53 12 Your Honor, this is the Law Offices of Charles Johnson.  It's

09:36:56 13 the same circumstances, Your Honor.  They need some additional

09:36:58 14 time to complete the fact sheet.

09:37:00 15      MS. MILER:  We also -- it's been 155 days since the

09:37:05 16 deadline, and we still don't have a verification to verify that

09:37:09 17 the information in the fact sheet is accurate, and there are at

09:37:12 18 least five sections of the fact sheet that they failed to

09:37:15 19 complete, including the identification of the person who

09:37:19 20 provided samples of Xarelto.  Even if it was -- sometimes it's

09:37:22 21 the prescriber; sometimes it's not.

09:37:24 22         We do need that type of information, including

09:37:29 23 information about other consummate medications taken; so,

09:37:32 24 again, this is no declarations and large sections of the

09:37:37 25 fact sheet weren't completed.

*OFFICIAL TRANSCRIPT*

09:37:38  1          THE COURT:  Those are areas that they ought to able to

09:37:40  2    answer.  The verifications, obviously, they ought to be able to

09:37:45  3    answer.  Who prescribed the drug?  How did they get the drug,

09:37:49  4    if it's not prescribed, a sample or a prescription or something

09:37:52  5    of that sort?  That seems, to me, to be the stuff that if they

09:37:59  6    can't answer that they ought not be in a lawsuit.

09:38:03  7          I'll pass it for 30 days, but let's get that

09:38:06  8    done.

09:38:06  9          MS. DANIEL:  Thank you, Your Honor.

09:38:08 10          Your Honor, now we move on to our usual order to

09:38:13 11    show cause, which is nonCMO 6 cases.  Hopefully we can move

09:38:18 12    through these a touch quicker.

09:38:21 13          Your Honor, the next document is 10627, and that

09:38:25 14    document actually combined two documents, which is 10172 and

09:38:31 15    10195.  I will take them individually, Your Honor, because we

09:38:36 16    both -- defendants and I both worked it out that way.

09:38:40 17          So, if we could read the following 14 cases are

09:38:44 18    cured:  They are Connie Black, Mary Bynum, Mary Certain,

09:38:44 19    Jayne Clancy, Shirley Forrest, David Fountain,

09:38:44 20    Melanie Kendrick, Malcolm Marks, Mary McCain, Olive McDavid,

09:38:44 21    Geneva Mull, Wilma J. Shepherd, Karen Smalley,

09:39:09 22    Joe Williams.

09:39:09 23          Your Honor, for the next 15 cases -- although

09:39:12 24    counsel has been diligent and made all best efforts to cure the

09:39:17 25    deficiencies and, through no fault of their own, the following

*OFFICIAL TRANSCRIPT*

09:39:20  1    cases have been unable to be remedied -- they will be dismissed

09:39:23  2    with prejudice, if it's the Court's desire:

09:39:28  3             They are John Cole, Stephen Corbin, Walter Core,

09:39:32  4    Mabel Davenport, Dell Dela Merced, Richard Harvey,

09:39:38  5    Rikkilyn Koppang, Yolanda Landrum, Cirila Mesta,

09:39:44  6    Brooksie Miller, Rosie Allen Noble, Darryl Segraves,

09:39:50  7    William Snow, William Stack, Roosevelt Washington.

09:39:55  8             Your Honor, the next four cases, they are

09:39:58  9    requesting an extension, Your Honor.  They are Anthony Calvi.

09:40:03 10             Is anyone on the line from the Lenze Law Firm?

09:40:07 11             The declaration is missing in that case,

09:40:11 12    Your Honor.

09:40:11 13             Anyone from Lenze?

09:40:14 14        MS. MCGEE:  Yes, Your Honor, Amanda McGee here.

09:40:18 15        MS. MILLER:  Your Honor, if I could just provide a

09:40:20 16    little background.  This is a motion that was first filed in

09:40:23 17    April.  This case was first heard at the May hearing and then

09:40:27 18    given additional time.  It was heard for a second time at the

09:40:30 19    July hearing and was given additional time.  So this is now the

09:40:35 20    third hearing for this plaintiff.

09:40:36 21             We do not have records demonstrating the use of

09:40:40 22    Xarelto.  We don't have a declaration that's been signed by the

09:40:45 23    plaintiff to confirm the information that they do have.

09:40:47 24             Then at this point for these particular

09:40:49 25    plaintiffs who are not selected for workup, all they have to

*OFFICIAL TRANSCRIPT*

09:40:53 1   complete is that very limited critical information in the very

09:40:57 2   first section of the fact sheet, and there are, for this

09:41:00 3   plaintiff, in addition to not providing it, we haven't yet had

09:41:03 4   proof of use or the declaration.  Those very critical

09:41:06 5   information questions in that first section aren't completed

09:41:06 6   yet either.

09:41:11 7        THE COURT:  What's the answer to that?  This is the

09:41:13 8   third time you've come up before the Court.

09:41:15 9        MS. MCGEE:  We have had problems getting records from

09:41:22 10  CVS.  We submitted a request 30 days ago and expect them any

09:41:27 11  day now, but we are just going to be asking for another 30 days

09:41:31 12  for not only Mr. Calvi but Ramona Perkins as well.  Same

09:41:38 13  issues, just a problem getting the record.

09:41:40 14       THE COURT:  Well, the problem is, though, you haven't

09:41:42 15  even proven use.  We don't even know whether your client took

09:41:47 16  the drug.  You ought to have some information about that.

09:41:50 17       MS. MCGEE:  Yeah, and that's what we're hoping, that

09:41:54 18  these CVS records that we're waiting on will show.

09:41:57 19       MS. DANIEL:  Your Honor, I think unfortunately medical

09:41:59 20  records is an issue, and that is an issue across the board for

09:42:04 21  the defendants as well, which is why we provide some special

09:42:08 22  authorizations and provide specific authorizations.

09:42:12 23            I think in this circumstance, certainly counsel

09:42:14 24  is doing what they can.  They've ordered records.  Certainly

09:42:18 25  they are waiting for them.  We can try to expedite them as much

**OFFICIAL TRANSCRIPT**

09:42:21 1    as we can.

09:42:23 2             We have been in contact with this firm.  They do

09:42:26 3    know how important this is.  I think, Your Honor, we don't see

09:42:29 4    how it causes -- this is not a CMO 6 case, so it certainly will

09:42:34 5    not cause the defendants a lot of harm in allowing these cases

09:42:37 6    to get the records they need, and many of these cases do get

09:42:41 7    resolved by dismissal because they aren't able to prove it.

09:42:45 8        MS. MILLER:  This has been nine months since we first

09:42:48 9    put them on notice of a deficiency for failure to provide proof

09:42:51 10   of use.  While we all recognize it does take a while for

09:42:54 11   records to come in, in our experience it doesn't take the nine

09:42:58 12   months' time.

09:42:59 13       MR. DAVIS:  Your Honor, as Your Honor knows, I advocate

09:43:03 14   the plaintiff do their best to get the information, but quite

09:43:06 15   frankly, in this situation, what I'm hearing is that they are

09:43:09 16   waiting on CVS, and I have a very simple question:  Is there

09:43:14 17   proof from a doctor's record of a prescription, and is there a

09:43:20 18   prescription that's been given to this particular patient?

09:43:24 19       MS. MILLER:  Not that we have record of.

09:43:26 20       MR. DAVIS:  I ask that question of all counsel, quite

09:43:30 21   frankly, including counsel on the phone.

09:43:33 22       THE COURT:  The problem that I have in the

09:43:35 23   pharmaceutical areas is oftentimes, for various reasons,

09:43:41 24   counsel gets the case, files suit in the case, participates in

09:43:49 25   the discovery of the case, but it goes on without anybody

*OFFICIAL TRANSCRIPT*

09:43:54   1    showing that they actually took the drug.

09:43:58   2              I'll take anything, a prescription, a letter from

09:44:02   3    a doctor, anything to show that the party took the drug.

09:44:06   4    Oftentimes you find out that there is no evidence that they

09:44:12   5    even took the drug.  If they didn't take the drug, they ought

09:44:16   6    not to be in this litigation.

09:44:18   7              My concern is not with the records, just some

09:44:22   8    proof that you took the drug.  If you can't show that, then it

09:44:27   9    seems to me you ought not to be in the case.  You ought to be

09:44:32  10    in other cases.  Maybe you took other drugs, but Xarelto, the

09:44:39  11    proof of use is the ticket to get into the case.  I'm not

09:44:43  12    talking about the malady.  The malady, that may be an issue

09:44:47  13    later on, but it seems to me some proof of use is not too

09:44:55  14    burdensome to show.

09:44:56  15         MS. DANIEL:  We agree, Your Honor.  If we could just

09:45:01  16    give them some additional time, and if that's a smaller window

09:45:05  17    than our usual 30, then we should -- we could try to --

09:45:08  18         THE COURT:  Let's do this:  I'll give them 15 days to

09:45:11  19    show proof of use.  That's something that if you can't show at

09:45:15  20    this time, it's time to get out of the litigation.

09:45:19  21         MS. MILER:  Your Honor that was for Anthony Calvi.

09:45:24  22         MS. DANIEL:  Right.  Your Honor, this firm also is

09:45:27  23    requesting an extension on Ramona Perkins, like she said.  It's

09:45:31  24    a similar situation where they are missing some records.

09:45:35  25         MS. MILLER:  Just to be clear, on Ramona Perkins this

*OFFICIAL TRANSCRIPT*

09:45:38  1    was a case filed in 2017.  In January 2018 we gave them notice

09:45:43  2    that we were missing sort of what we consider *the big four*

09:45:46  3    *items* for these particular fact sheets.

09:45:48  4              One, we do not have records showing that the

09:45:51  5    plaintiff used Xarelto.

09:45:52  6              Two, we don't have any records that the plaintiff

09:45:54  7    experienced a bleeding even during the time frame that they

09:45:57  8    alleged that they were on Xarelto or any injuries.

09:46:01  9              Three, we do not have a declaration signed by the

09:46:05 10    plaintiff.

09:46:05 11              Four, that very narrow window of information in

09:46:09 12    the first section of the Plaintiff Fact Sheet that they are

09:46:13 13    asked to complete, there are questions in that fact sheet that

09:46:17 14    they have not responded to at all.

09:46:18 15              It's been eight months since the first notice,

09:46:20 16    and this is the third hearing for plaintiff Ramona Perkins, so

09:46:24 17    at this point we don't have the information to sustain the

09:46:29 18    case.

09:46:29 19          MS. DANIEL:  Your Honor, this is a similar situation to

09:46:30 20    their other case.  If we could just ask for the 15 days, and

09:46:33 21    we'll either have to make a decision at that time or not.

09:46:37 22    They'll have to make a decision.

09:46:38 23          THE COURT:  This is the last go-round then.  I'll pass

09:46:41 24    it for 15 days, but just flag this one for me.  If it's not

09:46:45 25    done, then I'll dismiss the case.

*OFFICIAL TRANSCRIPT*

09:46:48 1        MS. MILLER:  Thank you, Your Honor.

09:46:50 2        MS. DANIEL:  Your Honor, the next two cases are

09:46:53 3 John Flowers and Patricia Martin.  Barrett Beasley from

09:46:58 4 Salim-Beasley is here, Your Honor, to address those two cases.

09:47:02 5        MS. BEASLEY:  Good morning, Your Honor.

09:47:05 6 Barrett Beasley from Salim-Beasley.

09:47:07 7        I would like to point out that most of our cases

09:47:09 8 that were included in these various orders to show cause, we

09:47:12 9 have either cured the deficiencies or we have not opposed the

09:47:18 10 dismissal, so I am selective when I asked for more time.

09:47:22 11        I understand for -- this is for John Flowers?

09:47:25 12        MS. MILER:  Yes.

09:47:26 13        MS. BEASLEY:  We have received an extension previously

09:47:30 14 for John Flowers, and we obtained pharmacy records, but they

09:47:38 15 were DNR; so, we've talked to the client, and the client is

09:47:43 16 going to get the records himself.  So this isn't a situation

09:47:46 17 where we haven't used the time that you already gave us wisely,

09:47:49 18 we just need more of it.

09:47:50 19        MS. MILER:  Your Honor, we appreciate, you know, her

09:47:53 20 working with the client, but just to point out the dates here,

09:47:56 21 the case was filed in 2017, and in December of 2017 we put them

09:48:01 22 on notice that, you know, we still did not have records

09:48:05 23 demonstrating that the plaintiff used Xarelto, records

09:48:09 24 demonstrating the plaintiff experienced an alleged injury or

09:48:12 25 event during the time frame alleged to be on Xarelto.

**OFFICIAL TRANSCRIPT**

09:48:17  1          We're still waiting for answers to questions in

09:48:20  2    that very narrow first section of the Plaintiff Fact Sheet.

09:48:23  3    It's been since December of 2017, and we don't have that

09:48:25  4    information.

09:48:25  5          MS. BEASLEY:  I think we only got an extension, though,

09:48:29  6    in July.

09:48:31  7          With Patricia Martin it's the same situation.

09:48:35  8    The client is working with us.  The client is responsive.  You

09:48:39  9    know, sometimes they don't know when they took the drug, or

09:48:43 10    they don't know what drug they took, but my firm specifically,

09:48:46 11    we do not file a case without documentation unless it's to

09:48:51 12    protect an SOL for our client.

09:48:53 13          So then, I mean, we're in a situation where, you

09:48:55 14    know, we get deficiencies, which I personally don't like

09:48:58 15    getting, and we try to cure them.  We cure them when we can.

09:49:03 16    We ask for an extension when we think it will be beneficial.

09:49:07 17    These aren't CMO 6 cases, so, really, the defendant isn't

09:49:11 18    prejudiced, and the extra time might actually benefit our

09:49:14 19    clients.

09:49:14 20          MS. MILLER:  Your Honor, this is another case where the

09:49:18 21    deficiencies have been outstanding since December of 2017, but

09:49:22 22    I do take issue with the idea that we're not prejudiced by a

09:49:26 23    case sitting and making allegations where, you know, the very

09:49:29 24    basic information is yet to be provided and such extensive

09:49:33 25    periods of time has passed.

*OFFICIAL TRANSCRIPT*

09:49:35  1      MS. BEASLEY:  I just meant they are not being worked up

09:49:38  2  for wave one.

09:49:39  3      THE COURT:  Well, let me do this on those cases:  I'll

09:49:42  4  pass them for 30 days, but work with counsel and let's get the

09:49:45  5  material that she needs.  She's being reasonable about it.  I

09:49:51  6  don't want to just not answer the questions.

09:49:56  7          I'll give you more time.  It looks like you're

09:49:58  8  working on it.  It looks like you're trying to do your best.

09:50:02  9  Let's see what you can do.

09:50:03 10      MS. BEASLEY:  Thank you.

09:50:05 11      MS. DANIEL:  Thank you, Your Honor.

09:50:07 12          The next case, the firm filed a motion to

09:50:10 13  withdraw that has not been ruled upon by this court yet to my

09:50:15 14  knowledge, Your Honor.  It's Rhonda Sanders.  They filed a

09:50:17 15  motion to withdraw because that's the practice of the firm,

09:50:20 16  Your Honor.  If Your Honor would like to rule on it.

09:50:23 17      MS. MILLER:  So defendants do oppose.

09:50:25 18      THE COURT:  Yes, I'm going to deny the motion to

09:50:27 19  withdraw.

09:50:28 20      MS. MILLER:  It's just a little bit of background on

09:50:30 21  the case, Your Honor.  I apologize.  My pages are sticking.

09:50:39 22          This is Rhonda Sanders.  The case was filed in

09:50:43 23  2017.  Since, you know, defendant sent a letter in January '18

09:50:47 24  for the first time with the deficiencies listed.  Like the

09:50:50 25  other cases we have been discussing, this is the third time

*OFFICIAL TRANSCRIPT*

09:50:54 1    that plaintiff has appeared.

09:50:55 2           We still do not have record, one, showing that

09:50:59 3    the plaintiff used Xarelto; two, showing that the plaintiff

09:51:03 4    experienced a bleeding event or other alleged injury.  We do

09:51:06 5    not have a declaration that has been signed by the plaintiff,

09:51:09 6    and we don't have answers to the very limited and basic

09:51:13 7    questions in the first section of the Plaintiff Fact Sheet that

09:51:16 8    they are required to submit.  Again, it's been, you know, about

09:51:20 9    eight or nine months since they were first put on notice of the

09:51:24 10   deficiencies.

09:51:24 11          THE COURT:  It sounds like that the plaintiff attorney

09:51:26 12   has tried to his best to get the information.  He hasn't been

09:51:31 13   able to get it.  It's not his fault.  It's the client's fault.

09:51:35 14   He's done everything he can but still no response by the

09:51:42 15   client.  I think the client doesn't want to be in this lawsuit,

09:51:45 16   so I'll accommodate him and dismiss it with prejudice.

09:51:49 17          MS. DANIEL:  Thank you, Your Honor.

09:51:50 18          The next case is Silas McDowell.  That,

09:51:53 19   Your Honor, will be dismissed on the duplicate filing order.

09:51:57 20   It was inadvertently also listed on this order.

09:51:59 21          The final case on this document is

09:52:02 22   Eileen Ziegenhagen, and that was previously dismissed,

09:52:06 23   Your Honor.

09:52:07 24          The next document is 10195.  The next two cases,

09:52:14 25   Your Honor, are not ripe for review since the plaintiffs filed

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 09:52:18 1 | a suggestion of death. They are locating heirs. The |
| 09:52:25 2 | defendants and I have agreed upon -- to pass this to the next |
| 09:52:26 3 | order to show cause hearing. They are Janis Abbott and |
| 09:52:29 4 | Thomas Eaves. |
| 09:52:30 5 | The next 45 cases, Your Honor, are cured. They |
| 09:52:34 6 | are Victor Adams, Valerie Susan Alexander, Raul Barroso, |
| 09:52:41 7 | Halena Bolding, Richard Cantes, Lucy Brown Carter, |
| 09:52:47 8 | Ruby Cunningham, Barry Devall, Cesar Domingo, Estella Duenas, |
| 09:52:55 9 | Jamie Epperson, Roosevelt Foster, Daria Fowler, |
| 09:53:02 10 | Barbara Freeman, Benjamin Gaines, Virginia Grohn, Leona Hall, |
| 09:53:08 11 | Mary Hall, Linda Huxable, Rico Jeffrey, Maude Jones, |
| 09:53:18 12 | Shedrie Jones, Craig Kennedy, Cheryl Lemley, Alma Lilly, |
| 09:53:24 13 | Betty Longone, Samuel Love, John Mancebo, Myrtis Martin, |
| 09:53:32 14 | Anna Medley, Ebony Narh, Lillian Noriega, Martha Oakes, |
| 09:53:40 15 | Verla Rexstrew, Annette Rice, Latresa Richmond-Sanders, |
| 09:53:47 16 | Robin Seats, Cora Simmons, Frank Smith, Robert Sparrow, |
| 09:53:54 17 | Steven Tettleton, Norbert Turnbach, Cecil Whitley, |
| 09:54:01 18 | Pepper Willette, and Sonja Wray-Brewer. |
| 09:54:05 19 | The following six cases, Your Honor, counsel has |
| 09:54:08 20 | done everything in their power to remedy these cases, but |
| 09:54:11 21 | unfortunately they have not been able to remedy those. There |
| 09:54:17 22 | are eight cases, not six. They are Steven Allen, |
| 09:54:21 23 | Sara Gusewell, Mary McCormack, Alden Mott, Veronica Rogers, |
| 09:54:29 24 | Tamara Sigler, Cara Turner, and William White. |
| 09:54:33 25 | Your Honor, there are six cases that have been |

*OFFICIAL TRANSCRIPT*

09:54:35 1   previously dismissed where counsel agreed to dismiss by

09:54:41 2   stipulation.  They are Stephen Evans, Ashley Fick,

09:54:45 3   Carolyn Hall-Wilson, Leonora Nunez, and David Rein.

09:54:52 4            Your Honor, the defendants have agreed to pass

09:54:55 5   the two *pro se* clients, Terrance Carrington and

09:54:59 6   Jennifer Christie to the next order to show cause because they

09:55:03 7   did not receive the documentation required.

09:55:05 8            I just want to double check, though.  Are

09:55:10 9   Terrance Carrington or Jennifer Christie, they are *pro se*, are

09:55:14 10  they on the line?

09:55:14 11           Hearing nothing, Your Honor, they are going to be

09:55:16 12  passed, Your Honor, if that's okay, to the next hearing?

09:55:20 13           THE COURT:  Yes.  Let's pass it.

09:55:22 14           MS. MILLER:  Yes, Your Honor.

09:55:24 15           MS. DANIEL:  That's that list.

09:55:28 16           Your Honor, the next document is 10650.  This is

09:55:33 17  the document that we set Rec. Doc. 10601.  There are nine cases

09:55:39 18  on this order, Your Honor, where defendants allege failure to

09:55:43 19  cure core deficiencies.  The following two cases are cured:

09:55:46 20  They are Thomas Blaxton and Jorge In re Morales.

09:55:53 21           The following case was previously dismissed.  It

09:55:56 22  is Jerry Warren.

09:55:58 23           The next three cases, Your Honor, counsel has

09:56:00 24  done everything they can.  They've been diligent and made all

09:56:04 25  best efforts to cure the deficiencies and, through no fault of

*OFFICIAL TRANSCRIPT*

09:56:07  1    their own, have been unable to be remedied.  They are

09:56:10  2    Aviance Hill, Maria Munoz, and Marlo Scott.

09:56:14  3            THE COURT:  Let those be dismissed.

09:56:16  4            MS. DANIEL:  Thank you, Your Honor.

09:56:18  5            The next three, Your Honor, are requesting

09:56:21  6    extensions.  They are Lance Boyd and Katherine McKnight.

09:56:26  7            MS. MILLER:  Your Honor, just by way of background on

09:56:31  8    these cases, this is the third hearing for -- in which these

09:56:35  9    plaintiffs have been ordered to show cause for failure to cure

09:56:38  10   the core deficiencies.

09:56:39  11           The motion was filed in February.  The first

09:56:43  12   hearing was in March.  The second hearing was in May.  This was

09:56:47  13   originally set for the third hearing in July.  We agreed to

09:56:51  14   carry it to September at plaintiff's request.

09:56:54  15           So, while it is the third hearing, it would have

09:56:56  16   been the fourth absent defendant's agreement to already give

09:57:00  17   them more time.

09:57:01  18           MS. BEASLEY:  Barrett Beasley, Salim-Beasley, for

09:57:06  19   Lance Boyd and Katherine McKnight.  Again, these are

09:57:09  20   problematic cases.  That's why we are asking for more time.

09:57:13  21           In Lance Boyd's case, he is responsive.  He had a

09:57:17  22   stroke in April.  So we're having to work around, you know, to

09:57:22  23   accommodate his problems with memory and his stroke injury.

09:57:28  24   His family is involved.  They are going to help us get the

09:57:32  25   records we haven't been able to get.

                          *OFFICIAL TRANSCRIPT*

09:57:34  1        With Katherine McKnight, our problem --

09:57:36  2        MS. MILLER:  If I could respond on Lance Boyd first,

09:57:39  3  and we appreciate the circumstances.  I just want to lay out

09:57:42  4  the timing.  This was a case filed in 2017.  They were first

09:57:46  5  put on notice in December of 2017 that that basic information

09:57:51  6  missing was, first, we do not have any records demonstrating

09:57:54  7  that the plaintiff took Xarelto; second, we don't have any

09:57:58  8  records demonstrating that there was an injury during that same

09:58:02  9  time frame the plaintiff alleged to be on Xarelto; and then,

09:58:06 10  three, we don't have answers to the basic core information that

09:58:12 11  we asked for in the first section of the Plaintiff Fact Sheet,

09:58:17 12  and that does date back to December of last year when they were

09:58:20 13  first put on notice.

09:58:22 14        Of course, a lot of time passes before we put

09:58:25 15  them on notice because they filed a case, they have 90 days

09:58:27 16  after they filed the case to provide the information, so I just

09:58:31 17  want to clarify the timing here.

09:58:32 18        THE COURT:  What's the answer to no proof of use?

09:58:36 19        MS. BEASLEY:  Well, you know, when we first file a

09:58:38 20  case, if there is an SOL problem and we don't have

09:58:42 21  documentation of usage, we have to rely on the information

09:58:45 22  that's provided by the client in intake, and sometimes the

09:58:50 23  information is accurate and sometimes it's not.

09:58:51 24        So when we first get a deficiency, we try to get

09:58:56 25  documentation ourselves, and we work with a company that

*OFFICIAL TRANSCRIPT*

09:59:00  1   specializing in getting those records.  So it's not like the

09:59:05  2   client had been trying to help us since December.  A lot of

09:59:08  3   that time is taken up with us trying to get the records

09:59:11  4   ourselves.

09:59:12  5          If we can't get the record using the information

09:59:14  6   that the client provided us, then we turn to the client and

09:59:18  7   say, look, you know, your date range was wrong or, you know,

09:59:23  8   where you went to get treatment for your injuries is wrong.

09:59:26  9   Get us more information.  So, that stage happened right around

09:59:30 10   the time this man has a stroke.

09:59:33 11          So it's not like some of our other clients are

09:59:36 12   like, oh, you're having a problem getting the record, well,

09:59:39 13   they stopped answering our phone calls.  He's not like that,

09:59:42 14   and he is trying to be responsive.

09:59:47 15          THE COURT:  What's happened?  He had a stroke?

09:59:51 16          MS. BEASLEY:  He had a stroke in April.

09:59:53 17          That's what I mean when I say we don't ask for

09:59:55 18   more time unless we think it's useful.

09:59:59 19          With McKnight, Katherine McKnight, you know,

10:00:03 20   that's a death case.  We went ahead and got the qualified

10:00:07 21   protective order from you, and the healthcare provider, as well

10:00:11 22   as their third-party records company, are nonresponsive to your

10:00:17 23   order.  We cannot get them to send us the records that we

10:00:21 24   requested even though we have a qualified protective order, and

10:00:25 25   we have gone around and around with them.

*OFFICIAL TRANSCRIPT*

10:00:26  1          MS. MILLER:  Our records don't reflect the date of

10:00:30  2     death for Ms. McKnight.  Could you give us an update?

10:00:34  3          MS. BEASLEY:  I don't actually have it with me.  I know

10:00:36  4     that we have got the TPO.  I don't have it right up here.  I

10:00:42  5     can give it to you.

10:00:42  6          MS. MILLER:  The McKnight case was filed, again, in

10:00:45  7     2017, and in November of 2017 was when we first put them on

10:00:49  8     notice that we didn't have use of Xarelto records, the injury.

10:00:53  9     We don't have a declaration signed by anyone.  We don't have

10:00:57 10     answers to the basic information.

10:00:59 11          THE COURT:  There is two situations.  One, I'm

10:01:01 12     concerned when a lawyer hasn't done anything or the client

10:01:06 13     doesn't respond to the lawyer.  In a death case, a stroke case,

10:01:11 14     a heart attack case where there is a reason they are not

10:01:16 15     responding, the case may well have to be dismissed, but this

10:01:22 16     may be an early stage of that.

10:01:25 17              I'm reluctant to dismiss a stroke case where

10:01:30 18     somebody is not able to answer the question because of the

10:01:34 19     malady that they either claim or say was caused by the

10:01:41 20     ingestion of the drug, so I'm caught in a quandary there --

10:01:50 21     your right to be able to discover the case; on the other hand,

10:01:55 22     to dismiss it at this stage because he can't respond because he

10:02:02 23     had a stroke, it's just difficult for me to dismiss a case like

10:02:07 24     that.

10:02:07 25          MS. MILLER:  I can appreciate that Your Honor.  What

**OFFICIAL TRANSCRIPT**

10:02:09 1    we're waiting for for both of these cases in the first instance

10:02:11 2    is proof of use.

10:02:13 3          THE COURT:  Yes, let's do the proof of use.  I'll give

10:02:16 4    you time to do that.

10:02:16 5          MS. BEASLEY:  Okay.

10:02:18 6          THE COURT:  In these cases, oftentimes the client is

10:02:22 7    not the one who gives you the case.  Oftentimes referral

10:02:25 8    counsel is or someone else gives you the case.  We've got to

10:02:33 9    show proof of use to get in the game.

10:02:35 10               It's like a ticket to the ball game.  If you

10:02:40 11   don't have a ticket, you can't go watch the game.  This is

10:02:43 12   proof of use.  I'm flexible on proof of use -- a prescription,

10:02:47 13   a letter from a doctor, anything at all.

10:02:52 14         MS. BEASLEY:  Okay.

10:02:52 15         THE COURT:  We had one where a rabbi signed it, a proof

10:02:58 16   of use.  I'll take that at this stage.

10:03:01 17         MS. BEASLEY:  That's better than a doctor.

10:03:02 18         THE COURT:  But you can't have nothing.

10:03:04 19         MS. BEASLEY:  I understand.

10:03:05 20         MS. MILLER:  Your Honor, I don't want to -- I want the

10:03:07 21   record to reflect we do understand the circumstances in both of

10:03:10 22   these cases.

10:03:10 23         THE COURT:  Certainly.

10:03:11 24         MS. MILLER:  If they weren't 2017 cases it might be a

10:03:15 25   different conversation.

*OFFICIAL TRANSCRIPT*

10:03:18  1        MS. BEASLEY:  I have a question.  What do we do when

10:03:20  2   the healthcare provider ignores the PPO?

10:03:26  3        THE COURT:  I guess I'll have to hold them in contempt.

10:03:31  4        MS. BEASLEY:  Okay.  Do we file a motion?

10:03:32  5        THE COURT:  Yes, why don't you do that, and I'll hold

10:03:36  6   them in contempt.  Where is he located?

10:03:38  7        MS. BEASLEY:  McKnight, I am not sure.

10:03:44  8        THE COURT:  Well, put that in a motion, and I'll deal

10:03:48  9   with it in some kind of way.

10:03:50 10        MS. BEASLEY:  Thank you.

10:03:51 11        MS. DANIEL:  Thank you, Your Honor.

10:03:52 12        The next case is Frank Keppeler, Your Honor, and

10:03:58 13   there is an attorney here from Scott Vicknair Hair & Checki.

10:04:02 14   This is missing the declaration only.

10:04:05 15        MS. RICHBOURG:  Good morning, Your Honor.

10:04:08 16   Kassie Richbourg on behalf of Mr. Frank Keppeler.

10:04:11 17        Your Honor, I think we have been before the Court

10:04:13 18   at least a couple of times, and we definitely appreciate the

10:04:16 19   continuances that we've had thus far.  The deficiencies that

10:04:19 20   have been before the Court were, I believe, a lack of medical

10:04:22 21   records showing Mr. Keppeler's use of Xarelto and then also a

10:04:29 22   PFS verification, a missing PFS verification.

10:04:32 23        With all due candor to the Court, for the last

10:04:35 24   couple of hearings, I have been solely focused on getting

10:04:39 25   Mr. Keppeler's medical records.  As this court is well aware,

**OFFICIAL TRANSCRIPT**

10:04:43    1    and I'm sure as defense as well as all the plaintiffs in the

10:04:44    2    case are aware, getting medical records has been no easy task.

10:04:48    3             So I have been in contact with Mr. Keppeler

10:04:52    4    throughout the process of getting his medical records.  I

10:04:55    5    finally did receive his medical records, and we uploaded them

10:04:58    6    to MDL Centrality, I believe, on September 14th.  So the

10:05:02    7    remaining deficiency was the PFS verification.

10:05:06    8             As I said earlier, since our focus was getting

10:05:08    9    Mr. Keppeler's medical records, getting his PFS verification

10:05:13   10    was a slight oversight by our office, but this isn't a case

10:05:16   11    where, you know, the lawyers have just filled out

10:05:20   12    Mr. Keppeler's PFS verification and have not been in contacted

10:05:25   13    with him.

10:05:25   14             The times I've spoken to him he has been

10:05:27   15    responsive, and as this was a slight oversight by this office,

10:05:32   16    specifically by myself, I did not contact Mr. Keppeler until

10:05:35   17    yesterday regarding his PFS verification.  I contacted him

10:05:40   18    twice and e-mailed him.

10:05:41   19             He is usually responsive and very complete, and

10:05:42   20    he is usually able to get his daughter to help him e-mail us

10:05:45   21    back quickly with these type -- this type of information, which

10:05:48   22    is what he did with his medical records.  So, we would request

10:05:53   23    just a brief continuance so that we can get ahold of

10:05:59   24    Mr. Keppeler and get this verification signed.

10:06:01   25             I would like to represent to the Court, this not

*OFFICIAL TRANSCRIPT*

10:06:02  1   in our response that we filed yesterday, but I did go back and

10:06:05  2   look in our physical record, and initially when we filed

10:06:08  3   Mr. Keppeler's original PFS, we did have a signed verification

10:06:12  4   but it was e-signed, Your Honor.

10:06:14  5        While I was not with the firm at the time, that

10:06:18  6   PFS was not uploaded to MDL Centrality, and my belief is that

10:06:22  7   it was not uploaded because it was e-signed.  So Mr. Keppeler

10:06:28  8   has reviewed his own response.  He does verify them.  We just

10:06:31  9   need a little extra time for him to physically sign his

10:06:34 10   verification and then to upload to MDL Centrality.

10:06:38 11        THE COURT:  Okay.  That's all you need?

10:06:40 12        MS. MILLER:  It is, Your Honor.  This is a 2016 case

10:06:42 13   and this deficiency has been outstanding since February 2017,

10:06:46 14   so we would like to, you know, have it resolved.

10:06:48 15        THE COURT:  Let's do that in two weeks.  Let's give

10:06:51 16   them that information.  Just have it signed.

10:06:53 17        MS. RICHBOURG:  Thank you, Your Honor.  We appreciate

10:06:58 18   the.

10:06:58 19        MS. DANIEL:  Thank you, Your Honor.  Obviously these

10:07:00 20   are special situations, and that why we have these order to

10:07:06 21   show cause hearings, to work out these specific situations.

10:07:07 22        Your Honor, the next document is 10647.

10:07:11 23   Your Honor, there were 291 cases.  These are cases where the

10:07:16 24   defendants alleged that plaintiffs filed duplicate cases.

10:07:20 25   Your Honor, we only need to deal with very few of these because

**OFFICIAL TRANSCRIPT**

10:07:24  1   they have been resolved for the most part, Your Honor, except

10:07:27  2   there are --

10:07:28  3        MS. MILLER:  If I could -- I'm sorry, Your Honor.  This

10:07:31  4   was -- there were originally 143 cases or plaintiffs identified

10:07:34  5   on the list who had filed two or more lawsuits regarding

10:07:40  6   Xarelto.  132 of those have been resolved so far, so we thank

10:07:47  7   plaintiffs for helping us work through those.  I think we would

10:07:49  8   prefer not to read the 132 into the record.

10:07:53  9        THE COURT:  Yes, that's fine.

10:07:54 10        MS. MILLER:  Thank you.  We'll just focus on the ones

10:07:54 11   that we still need some guidance on.

10:07:57 12        THE COURT:  Sure.

10:07:57 13        MS. DANIEL:  So, Your Honor, there are six cases in

10:07:59 14   which we need the Court's guidance because counsel would like

10:08:02 15   to consolidate the cases, meaning, for one particular case --

10:08:08 16   and I'm giving you an example, Your Honor.  One of the causes

10:08:12 17   is brought by a surviving spouse, and the other is brought by

10:08:16 18   the surviving children.

10:08:17 19        The defendants have even agreed that they are not

10:08:20 20   opposed to the consolidation if it's true consolidation, but we

10:08:24 21   certainly don't want to dismiss one with prejudice and then

10:08:27 22   these children can't join the mother, who -- and the counsel

10:08:32 23   have all been in agreement to consolidate.

10:08:34 24        Your Honor, if you could tell us how you would

10:08:37 25   like the Court to --

**OFFICIAL TRANSCRIPT**

10:08:38  1     THE COURT:  We'll just consolidate them.

10:08:40  2          Dean, can't we do that?

10:08:43  3     THE DEPUTY CLERK:  It would be hard to consolidate them

10:08:45  4  within the consolidated everything, under the master.  Maybe an

10:08:52  5  order.

10:08:52  6     MS. MILLER:  We did try to do a motion to consolidate,

10:08:56  7  and that was bounced back to us, so --

10:08:59  8     THE COURT:  All right.

10:08:59  9     MS. DANIEL:  Your Honor, the suggestion may be that

10:09:02 10  would we be able to dismiss one as these one-time issues

10:09:07 11  without prejudice and let the counsel amend and have the

10:09:13 12  defendant agree to amend those cases to just add these

10:09:17 13  additional plaintiffs?

10:09:19 14          I mean, we appreciate the Court does not do

10:09:23 15  dismissals without prejudice, but in these limited

10:09:27 16  circumstances of counsel --

10:09:28 17     THE COURT:  We probably ought to do the amendment first

10:09:32 18  so that I don't have a situation where the prescription comes

10:09:35 19  up.

10:09:36 20     MS. MILLER:  Just for the record, Your Honor, we do

10:09:38 21  want to read those six plaintiffs in.

10:09:40 22     THE COURT:  That's fine.

10:09:41 23     MS. MILLER:  The first is Diana Sue Adams.  That's two

10:09:44 24  cases pending by Howard & Reed that will be consolidated but no

10:09:48 25  new claim.

*OFFICIAL TRANSCRIPT*

10:09:50 1          The second is Terence Howard Evans.  That's two

10:09:54 2  cases pending that will be consolidated.  No new claims.

10:09:58 3          The third is Hattie W. Goodwin has three cases

10:10:04 4  pending.  Those will then be consolidated into one with no new

10:10:09 5  claims.

10:10:09 6          The next one is Helene Headley.  I have two cases

10:10:14 7  pending that will be consolidated into one with no new claim.

10:10:18 8          The next is Barbara Lundy.  That's two cases

10:10:22 9  pending that will be consolidated into one with the no new

10:10:25 10  claim.

10:10:26 11          The last one is Janet Rush.  That will be

10:10:29 12  consolidated into one with no new claims.

10:10:34 13       THE COURT:  So let's do the two-step thing.  We'll just

10:10:37 14  consolidate them first and then tell me and I'll dismiss them.

10:10:40 15       MS. DANIEL:  Okay.  Thank you, Your Honor.

10:10:42 16         On the remaining --

10:10:44 17       MR. STEVENS:  Excuse me, if I might find my way in

10:10:47 18  here.  Your Honor, this is Elwood Stevens in the Hattie -- it's

10:10:51 19  Dee-Veel, not devil, Your Honor -- Hattie Deville-Goodwin.

10:10:57 20  Derriel McCorvey is also on the phone, I believe.  Derriel

10:11:02 21  represents the surviving husband of Hattie Deville-Goodwin,

10:11:07 22  John Goodwin.  That Docket Number is 15-0508.

10:11:10 23         My firm, Domengeaux & Wright, here in Lafayette

10:11:14 24  represents two children, Robinson is 14-2904 and Fluid,

10:11:21 25  15-5874.  Just for consolidation purposes, we proposed -- the

*OFFICIAL TRANSCRIPT*

10:11:26  1    two plaintiff lawyers proposed that they all get consolidated

10:11:29  2    into the John Goodwin matter.

10:11:32  3            It's a higher docket number, so if we did it

10:11:35  4    automatic to the lower docket number, we would be consolidating

10:11:39  5    into the claim of a child; whereas, the surviving spouse should

10:11:42  6    be the cause of action where we put them all, 15-0508, if

10:11:44  7    that's okay.

10:11:45  8        MS. MILLER:  Your Honor, defendants are happy to work

10:11:47  9    with the plaintiff to consolidate these.  As long as there is

10:11:50 10    no new parties and no new claims, if it's just a true

10:11:54 11    consolidation, we think administratively we can work out the

10:11:58 12    details and get back to --

10:12:00 13        THE COURT:  Okay.

10:12:00 14        MR. STEVENS:  That's fine.

10:12:00 15        MR. MCCORVEY:  No objection.

10:12:00 16        THE COURT:  That's fine.

10:12:01 17        MR. STEVENS:  Thank you very much.

10:12:01 18        MS. DANIEL:  Thank you, Your Honor.

10:12:03 19            The next case is Shirley Brahinsky, Your Honor.

10:12:08 20    One is filed in Philadelphia, and, Your Honor, the other case

10:12:10 21    is filed by Miller Weisbrod of the MDL here.

10:12:14 22            Your Honor, the client has passed away, and the

10:12:18 23    family does not want to continue, but they are trying to work

10:12:21 24    it out with all of the heirs for their response to the order to

10:12:24 25    show cause, so they would just like additional time to work

*OFFICIAL TRANSCRIPT*

10:12:28 1   this out and either dismiss both of these cases or just have

10:12:29 2   one pending.  They just need some additional time to work that

10:12:33 3   out.

10:12:34 4           THE COURT:  Let's pass it for 30 days then.

10:12:37 5           MS. DANIEL:  The next case, Your Honor, is

10:12:40 6   Isolina Campos.  The counsel also responded to this,

10:12:42 7   Your Honor.

10:12:42 8           This was an inadvertent error, and in the firm's

10:12:46 9   response they would both like the later case filed, which is

10:12:50 10   Docket Number 17424 to be dismissed without prejudice.

10:12:55 11           Obviously, they do know the practice of this

10:12:58 12   court, but it is their practice as well to ask for dismissals

10:13:02 13   without prejudice.  That is their response, so will Your Honor

10:13:02 14   rule on that?

10:13:06 15           THE COURT:  I'll deny that and dismiss it with

10:13:08 16   prejudice.

10:13:11 17           MS. DANIEL:  Thank you, Your Honor.

10:13:11 18           MR. KRUSE:  This is Michael Kruse.  I'm the attorney

10:13:13 19   for Isolina Campos.  I meant to take my phone off mute, and I

10:13:20 20   accidentally hung up.  I hit the wrong button.  I missed what

10:13:21 21   was just said.

10:13:22 22           MS. DANIEL:  So you had asked for dismissal without

10:13:25 23   prejudice on one of these cases, and generally the Court does

10:13:30 24   not allow that in this litigation.  Is there is a specific

10:13:33 25   reason you wanted it without prejudice?

*OFFICIAL TRANSCRIPT*

10:13:38  1      MR. KRUSE:  Judge, based on my research, I don't think

10:13:42  2  that a dismissal with prejudice is proper in a situation when

10:13:45  3  there is a duplicative filing.

10:13:45  4      I think it's a fairly common situation, and I

10:13:47  5  think courts that have spoken have been fairly consistent in

10:13:50  6  saying that if a second action is filed it's an affirmative

10:13:53  7  defense for the defendant to assert that it's ground for

10:13:56  8  abatement, and the second case should be dismissed without

10:14:01  9  prejudice and joined or consolidated with the first action.

10:14:02  10     If the second action is dismissed with prejudice

10:14:04  11 and involves the same claims with the first action, there is

10:14:07  12 obviously an assertion that can be made that it's a dismissal

10:14:09  13 on the merits with the same claims and a res judicata of the

10:14:13  14 first case.

10:14:14  15     If the first case is going to continue, I think

10:14:16  16 the appropriate course of action and the appropriate ruling is

10:14:18  17 that the second action should be dismissed without prejudice.

10:14:21  18     THE COURT:  These are two actions, the same case?

10:14:25  19     MS. MILLER:  Correct.  Defendants aren't taking a

10:14:28  20 position that because the duplicate filed case is dismissed

10:14:31  21 with prejudice, which is our position, we have not taken the

10:14:34  22 position that that impacts the merit of the first filed case,

10:14:37  23 that alone or that at all impacts the merits of the first case.

10:14:41  24     THE COURT:  Yeah.  I just want to get this case off of

10:14:43  25 the docket so that we don't have it.

*OFFICIAL TRANSCRIPT*

10:14:50  1              I don't see by dismissing a duplicate case that I

10:14:58  2    affect the other.  Maybe the way to do it is to dismiss this as

10:15:07  3    moot because it's already been filed, so we'll dismiss the

10:15:11  4    other case as moot because it's already been filed.  I'll get

10:15:16  5    it off the docket that way.

10:15:17  6              MS. MILER:  That's fine.  Just for the record, which

10:15:20  7    docket number are we dismissing as moot?

10:15:24  8              MR. KRUSE:  The later filed case.  That would be --

10:15:26  9              MS. MILLER:  (Speaking simultaneously)  17-17424.

10:15:33 10              THE COURT:  Specifically, it's not my intention to

10:15:37 11    interfere with the substantive aspect of the first case.  It

10:15:41 12    has nothing to do with it.  It's simply that it's duplicative,

10:15:45 13    and there is no sense in having two cases filed for the same

10:15:49 14    action by the same parties; so, I'll dismiss that as moot

10:15:55 15    because it's already been filed.

10:15:57 16              MR. KRUSE:  Okay.  Thank you, Judge.

10:15:59 17              MS. DANIEL:  Thank you, Your Honor.

10:16:00 18              The next case is Donald Densmore.  Your Honor,

10:16:03 19    this one case is filed in Philadelphia by Ross Feller Casey and

10:16:09 20    the other by Fears Nachawati.  I think they are trying to

10:16:14 21    resolve this case, Your Honor.

10:16:15 22              Is anybody on the line?  Have you gotten a

10:16:18 23    response by the plaintiff in this case?

10:16:25 24              Hearing that there is no one on the line,

10:16:27 25    Your Honor, we would just like additional time to remedy this

**_OFFICIAL TRANSCRIPT_**

10:16:30  1   just because it's two different jurisdictions.  We certainly

10:16:30  2   don't want to dismiss one and --

10:16:31  3           THE COURT:  Do you have any problem with that?

10:16:32  4           MS. MILLER:  No, Your Honor.  We just haven't heard

10:16:34  5   from them.  We've reached out on these plaintiffs multiple

10:16:39  6   times.  As a matter of fact, when they submit a Plaintiff Fact

10:16:43  7   Sheet to BrownGreer, when they are the later filed duplicate

10:16:47  8   case they get notice from BrownGreer that there is already, you

10:16:50  9   know, something pending for that plaintiff, so we need to hear

10:16:53 10   from them to get it resolved.

10:16:54 11           THE COURT:  Let's do that.  We'll pass it.

10:16:55 12           MS. DANIEL:  To be clear, Your Honor, I don't think

10:16:58 13   that occurs when it's crossed in the MDL.

10:17:01 14           THE COURT:  Different places, yeah.

10:17:02 15           MS. DANIEL:  I don't see it.

10:17:03 16           The next case, Your Honor, is Robert Marks.

10:17:09 17   Your Honor, this case, there are three firms who have filed.

10:17:14 18   Two of them are in Philadelphia, and the other case,

10:17:17 19   Your Honor, The Driscoll Firm, with the docket ending 9902,

10:17:22 20   they have agreed to dismiss their case, so the only two cases

10:17:26 21   would be those in Pennsylvania, so we could let them battle it

10:17:32 22   out there.

10:17:33 23           MS. MILLER:  Yes, Your Honor.  We'll raise the two

10:17:36 24   remaining cases with Judge New.  We appreciate The Driscoll

10:17:38 25   Firm working with us to resolve the third filed case in the

**OFFICIAL TRANSCRIPT**

10:17:40 1    MDL.

10:17:40 2         MS. DANIEL:  The final case, Your Honor, we think the

10:17:44 3    cure to this is that we need to give them additional time, but

10:17:49 4    it's Subaskin Wilson.  Both cases -- the firms are

10:17:53 5    Ferrer Poirot filed one case, and Lopez McHugh filed another

10:17:59 6    case, Your Honor.

10:17:59 7         It doesn't look like both have agreed which one

10:18:03 8    is going to be dismissed yet, but Catherine Towne from Tamari

10:18:09 9    Law Firm, are you on the line?  Would you like to address the

10:18:14 10   Court?

10:18:14 11        MS. TOWNE:  Yes.  Thank you, Ms. Daniel.

10:18:15 12        This is Catherine Towne, and I am counsel for the

10:18:18 13   plaintiffs in the Philadelphia action.  The issue is that the

10:18:25 14   MDL action concerns a bleeding event.  The Philadelphia action

10:18:30 15   has a different injury, which is an ischemic stroke.

10:18:34 16        I did reach out to the attorney who filed the MDL

10:18:39 17   action to talk about amending to add the ischemic stroke, but I

10:18:44 18   haven't heard back, so we would just ask for additional time to

10:18:50 19   work with our client and the other counsel to determine, you

10:18:54 20   know, how to best protect our clients.

10:18:58 21        THE COURT:  Who is the attorney in Philadelphia?

10:19:04 22        MS. DANIEL:  She's the attorney in Philadelphia,

10:19:06 23   Your Honor.

10:19:06 24        THE COURT:  Who else?

10:19:07 25        MS. DANIEL:  The counsel is Ferrer Poirot in Dallas,

**OFFICIAL TRANSCRIPT**

10:19:11  1    Texas.

10:19:12  2              THE COURT:  Texas.

10:19:13  3              MS. DANIEL:  Yes.  I know them well, Your Honor.  They

10:19:14  4    are very responsive.  It's just a matter, I think, of working

10:19:17  5    it out between the two firms.  Obviously, fees become involved

10:19:21  6    and everything else.

10:19:22  7              THE COURT:  We'll pass it for 30 days to let them work

10:19:26  8    it out.

10:19:26  9              MS. DANIEL:  Thank you, Your Honor.

10:19:28 10              MS. TOWNE:  Thank you, Judge.

10:19:29 11              MS. DANIEL:  The next document is 10507, Your Honor.

10:19:32 12    The first two cases are Victor Deeb and Meril Morgan,

10:19:37 13    Your Honor.  These are estate deficiencies only, meaning that

10:19:41 14    the defendant is asking for the authority.

10:19:43 15              Defense counsel and I are still working out -- on

10:19:45 16    a proposed CMO in this matter, so until that is worked out you

10:19:50 17    certainly can't expect the plaintiffs to know how to resolve

10:19:55 18    this.  It will be passed for the next hearing.

10:19:58 19              They following five cases are cured.  They are

10:19:59 20    Clay Christie, Joyce Fleming, Mary Harris, Donald Hartman,

10:20:06 21    Roylynn Orick.

10:20:07 22              Your Honor, the next four cases, the firms have

10:20:10 23    been diligent and made all best efforts to cure the

10:20:13 24    deficiencies, but through no fault of their own they have been

10:20:16 25    unable to be remedied.  They are Leonard Cox, Gregory George,

                              *OFFICIAL TRANSCRIPT*

10:20:20  1    Kelvin Hill, Henry Salter.

10:20:23  2               The next --

10:20:26  3          THE COURT:  Let those be dismissed.

10:20:28  4          MS. DANIEL:  Thank you, Your Honor.

10:20:29  5               The next case is Beverly Sherman, Your Honor,

10:20:33  6    Record Doc. 10913.  The firm filed an affirmative motion to

10:20:38  7    dismiss in this matter that has not been ruled upon,

10:20:41  8    Your Honor.

10:20:41  9          THE COURT:  Let it be granted.

10:20:43 10          MS. MILLER:  And that will be dismissed with prejudice,

10:20:47 11    Your Honor?

10:20:47 12          THE COURT:  Yes.

10:20:47 13          MS. DANIEL:  Thank you, Your Honor.

10:20:48 14               The last four cases, Your Honor, they are

10:20:50 15    requesting extensions.  We'll go -- we'll go with

10:20:58 16    Ms. Beasley Barrett, if you want to come up and address

10:21:03 17    Robert Williams since you're here.

10:21:05 18          MS. MILLER:  Your Honor, just a little background

10:21:07 19    getting ready.  This is the second hearing for these cases for,

10:21:15 20    you know, failure to cure the very core deficiencies.  The

10:21:18 21    motion was filed on June 6th.  The cases were first heard at

10:21:22 22    the July hearing and then were granted more time until today to

10:21:27 23    cure the -- and provide the missing information.

10:21:32 24               I think the first one, which is your first --

10:21:36 25          MS. BEASLEY:  I only have one on this one.

                              ***OFFICIAL TRANSCRIPT***

10:21:38 1    Barrett Beasley for Robert Williams.  I'm a little ambivalent

10:21:44 2    about asking you for more time on this one, honestly, but I

10:21:49 3    just didn't feel like I could consent to the dismissal.

10:21:52 4          This gentleman is very responsive.  He had said

10:21:57 5    that he will get the records.  I know we've gotten one

10:22:02 6    extension.  We've only gotten one extension, and just so, when

10:22:06 7    I communicate with him he's very sure about everything.  We

10:22:12 8    have not been able to get the documents to prove it.

10:22:14 9          So I told him that I would ask you for more time

10:22:18 10    to allow him to do it himself and that you're reasonable about

10:22:25 11    those kinds of requests.

10:22:27 12        MS. MILLER:  If I could, Your Honor, just put this

10:22:28 13    information on the record.  This case has been pending since

10:22:32 14    2017 -- no, January of 2018 is when we first sent the notice.

10:22:38 15    At this point we don't have proof that the plaintiff used

10:22:41 16    Xarelto or any record at all demonstrating use.  We also don't

10:22:48 17    have records demonstrating the alleged injury or answers to the

10:22:53 18    narrow, basic information in the first section of the Plaintiff

10:22:56 19    Fact Sheet.

10:22:56 20        MS. BEASLEY:  2017 is 12 months.  It was actually only

10:23:00 21    about 10 months ago that we filed this complaint, so it's not

10:23:03 22    like it was January of 2017.

10:23:06 23        THE COURT:  All right.  Let me do this:  I'll grant

10:23:09 24    them another 30 days, but tell them that this is the last one.

10:23:13 25        MS. BEASLEY:  I appreciate that, Your Honor.

*OFFICIAL TRANSCRIPT*

10:23:15  1          MS. DANIEL:  Thank you, Your Honor.

10:23:18  2              The next three cases, Your Honor, are with

10:23:21  3   The Driscoll Firm.  Chris Quinn, if you're on the line, if you

10:23:26  4   want to address your three cases, which are Dorielle Lane,

10:23:30  5   Jacqueline Stokes, and Dorothy Thomas.

10:23:34  6          MR. QUINN:  Yes, Your Honor.  We appreciate the fact

10:23:37  7   that the Court has previously granted these three clients an

10:23:41  8   extension.  These are all cases in which the alleged deficiency

10:23:48  9   is simply a declaration form, and I think in one case the

10:23:52 10   declaration form was previously submitted but just not when the

10:23:57 11   PFS was amended.

10:23:59 12              In one of these three cases we ascertained in

10:24:02 13   July, on Stokes, that we were told that the person passed away.

10:24:06 14   We repeatedly attempted to contact family members and just

10:24:11 15   simply haven't been able to do so.

10:24:13 16              The other two are situations in which phone

10:24:17 17   numbers are disconnected, and we just haven't been able to

10:24:21 18   reach these folks just by mail, database searches, phone calls

10:24:25 19   and so forth.

10:24:26 20              To be clear, there is no substantive deficiencies

10:24:31 21   as far as not showing Xarelto use or anything like that in

10:24:33 22   these cases.  It's simply a matter of trying to communicate

10:24:37 23   with someone to get a declaration form back and signed.

10:24:39 24              Under those circumstances, Judge, we just suggest

10:24:41 25   that dismissal is not the appropriate remedy under these

*OFFICIAL TRANSCRIPT*

10:24:45  1     circumstances and request additional time.

10:24:48  2               As the Court knows and has been said already,

10:24:48  3     this is an aging population.  It's not unusual for someone to

10:24:52  4     enter a nursing home or be hospitalized or something.

10:24:55  5     Sometimes, unfortunately, we just lose the ability to

10:24:58  6     communicate with our client, and that's where we are with these

10:25:02  7     cases.

10:25:02  8          MS. MILLER:  If I could respond first on Dorielle Lane,

10:25:04  9     I appreciate it sounds like Mr. Quinn has been trying very

10:25:08 10     diligently to get the declaration.  This is a case where, you

10:25:08 11     know, our first deficiency notice for failure to provide the

10:25:13 12     core case information went out in October of 2016, so we have,

10:25:17 13     you know, been -- you know, I appreciate that Mr. Driscoll has

10:25:19 14     worked very hard in the last 23 months, but, you know, it's

10:25:22 15     been 23 months since the first deficiency, and we're still

10:25:25 16     trying to wait for every information we need.  We don't think

10:25:29 17     that additional time is going to get it at this point.

10:25:33 18          MS. DANIEL:  Your Honor, if I could jump in on

10:25:35 19     Dorielle Lane.  They are waiting for an amended declaration,

10:25:38 20     which means already one declaration was uploaded, so it is now

10:25:42 21     an amended.  So every time you amend the fact sheet on

10:25:49 22     Dorielle Lane, you are supposed to be submitting an additional

10:25:51 23     declaration, so it is an addition declaration that is pending

10:25:52 24     on Dorielle Lane, not a declaration at all.

10:25:55 25          THE COURT:  I understand.  In this situation, it's just

10:25:56  1   the declaration, so I'll give them another 30 days to get

10:26:00  2   those.  Let's get them in, though, at that time.

10:26:03  3          MR. QUINN:  Thank you, Your Honor.

10:26:04  4          MS. DANIEL:  Just to be clear, Your Honor, that would

10:26:06  5   be on Dorielle Lane, Jacqueline Stokes, and Dorothy Thomas.

10:26:09  6          THE COURT:  Right.

10:26:10  7          MS. DANIEL:  The next Rec. Doc. is 10855, Your Honor.

10:26:16  8   There were 38 plaintiffs listed who have alleged failure to

10:26:20  9   produce an fact sheet, Your Honor.  This is the first time they

10:26:23 10   will be at any order to show cause.

10:26:26 11          The next 25 names I'm going to read are cured.

10:26:30 12   The fact sheet had been served.  They are Edward Acevedo,

10:26:34 13   Sheldon Baum, Karen Coffey, Don Collier, Eugene Conley,

10:26:41 14   Homer Cronk, Nancy Giordano, Peter Graham, Jerry Hernandez,

10:26:51 15   Carol Hill, Johnnie Holt, Charles Jackson, Carolyn Knapp,

10:26:57 16   Amber Landis-King, Anthony Leary, Salvador Lugo,

10:27:06 17   Jennifer McQueen, Mary Power, Roy Rassi, Adele Runner,

10:27:11 18   Timothy Tallent, Kenny Terry, Jacqueline Tielsch, Joan Weldon,

10:27:19 19   and Kenneth Williams.

10:27:20 20          The next four cases, Your Honor, have been

10:27:22 21   previously dismissed where counsel has agreed to file a

10:27:28 22   stipulation of dismissal.  They are Paulette Hymel,

10:27:32 23   Terry James, Linda Naysmith, and Tanya Robinson.

10:27:37 24          Your Honor, the next two are *pro se* plaintiffs.

10:27:41 25   They are Ruby Pierce and Muhammad Qaadir.

*OFFICIAL TRANSCRIPT*

10:27:45   1               Are either Ruby Pierce or Muhammad Qaadir on the

10:27:50   2  phone?

10:27:50   3               Your Honor, they were given notice of the

10:27:52   4  hearing, and, in fact, I have been in contact with Ms. Pierce.

10:27:57   5  She does not seem to -- she does have a fact sheet, Your Honor.

10:28:01   6  She has notice of the case, so both Ruby Pierce and

10:28:07   7  Muhammad Qaadir have been notified.  They are *pro se*.

10:28:10   8         THE COURT:  I'll dismiss it with prejudice.

10:28:12   9         MS. MILLER:  Yes, Your Honor.

10:28:13 10         MS. DANIEL:  Thank you, Your Honor.

10:28:14 11               The next five cases, Your Honor, although counsel

10:28:17 12  has done everything in their power to complete these

10:28:21 13  fact sheets, Your Honor, they have -- at this time they have

10:28:23 14  been unable to complete them through no fault of their own.

10:28:26 15  They are Kay Don Barnard, Bertha Gilley, Jacqueline Good,

10:28:33 16  David Harrell, and Victoria Harrison.

10:28:38 17         THE COURT:  Let them be dismissed with prejudice.

10:28:42 18         MS. DANIEL:  Thank you, Your Honor.

10:28:42 19               The last two, Your Honor, we're requesting an

10:28:46 20  extension.  As I said, this is the first time they will be at

10:28:48 21  an order to show cause hearing.  They are Melody Jacobson and

10:28:53 22  Raymond Martin.

10:28:54 23         MS. MILLER:  Your Honor, both of these PFS's were due

10:28:57 24  in May.  We need the basic information about use and injury and

10:29:02 25  prescriber and treater.  That's just, you know, the limited

*OFFICIAL TRANSCRIPT*

10:29:06  1    information we're asking for at this point.

10:29:07  2            MS. DANIEL:  They are working on it.  We are in contact

10:29:10  3    with both of these firms.  They are absolutely working on it.

10:29:14  4    One is Beasley Allen.  I e-mailed them this morning and faxed

10:29:17  5    them.  They are absolutely working on it.

10:29:19  6            THE COURT:  Okay.  I'll pass it.

10:29:20  7            MS. DANIEL:  Thank you, Your Honor.

10:29:24  8            Final document, Your Honor, here.  Rec. Doc.

10:29:28  9    10824.  These are 46 cases in which defendant is claiming there

10:29:32 10    is a core deficiency.  Again, Your Honor, these are -- this is

10:29:35 11    the first time they will be at an order to show cause hearing.

10:29:39 12            The first two are estate deficiencies only,

10:29:42 13    meaning the defendant is asking for the authority, and since we

10:29:46 14    have not decided about the estate issue, these clients, we've

10:29:53 15    agreed to pass them to the next hearing.  They are Alice Dabbs

10:29:56 16    and Jerry Wright.

10:29:57 17            The next case, Your Honor, is Johnnie Thompson.

10:30:02 18    This is a situation where the Irpino Law Firm, they filed a

10:30:09 19    motion for additional time, Your Honor, and the defendant filed

10:30:11 20    an opposition to that motion.

10:30:14 21            Is someone on from Irpino Law Firm?

10:30:17 22            Your Honor, they certainly did produce a

10:30:20 23    significant response in which they just would like additional

10:30:23 24    time.

10:30:23 25            MS. MILLER:  Your Honor, we appreciate their working

*OFFICIAL TRANSCRIPT*

10:30:25  1   diligently at this point for Johnnie Thompson, and we're

10:30:29  2   missing quite --

10:30:31  3          THE COURT:  All right.  I'll pass that.  I'll pass it.

10:30:33  4          MS. DANIEL:  Thank you, Your Honor.

10:30:35  5              The next case, Your Honor, is David Hagin.  The

10:30:39  6   counsel filed a motion to withdraw as counsel, Your Honor.

10:30:43  7   There is no substitution.  It is their practice, when they are

10:30:47  8   unable to speak to their client, that they file a motion to

10:30:50  9   withdraw.

10:30:51 10          THE COURT:  I'll deny the motion to withdraw and

10:30:54 11   dismiss the case.

10:30:54 12          MS. DANIEL:  Thank you, Your Honor.

10:30:55 13              The next 15 cases, Your Honor, are cured.  They

10:30:59 14   are Jean Atkinson, Francis Bandy Douglas Bedgood,

10:31:07 15   Jacob Friesen, Ethel Gates, Jessie Heasley, Bobby House,

10:31:13 16   Nassar Jaser, Melanie Jensen, Marion Mast, Jesse McRae,

10:31:20 17   Rex Patchin, Jenny Platt, Jerry Reed, and Charlotte Zuniga.

10:31:28 18              Your Honor, the next six cases, they have been

10:31:31 19   dismissed already or they will be dismissed shortly by

10:31:35 20   stipulation.  They are Nvard Avakian, Brian Burce,

10:31:41 21   Francis Edgerly, Violeta Eguaras, Keith Krueger, and

10:31:48 22   Gerald Terry.

10:31:49 23              The next 11 cases, Your Honor, through no fault

10:31:58 24   of their own, Your Honor, counsel have been unable to remedy

10:32:01 25   these cases.  They are Tracy Anderson, Stanley Cholewczynski --

*OFFICIAL TRANSCRIPT*

10:32:07  1  it's Cholewczynski, I apologize -- Deborah Diaby,

10:32:17  2  Stacey Holder, Cecil Hudson, Flossie Robinson,

10:32:21  3  Doloreen Sheridan, Lee Thigpen, Traci Wagner, Kevin White, and

10:32:29  4  Mary Lou Wynn.

10:32:30  5          THE COURT:  Let them be dismissed with prejudice.

10:32:33  6          MS. DANIEL:  Thank you, Your Honor.

10:32:34  7          The next case, Your Honor, Larry Resler, the

10:32:38  8  Wilshire Law Firm filed a notice of death in this case.  That

10:32:42  9  was recently filed, so they are locating the heirs, so it is

10:32:45 10  not ripe at this time because they have 90 days.  It will be

10:32:49 11  probably heard at the next order to show cause hearing.

10:32:51 12          THE COURT:  Okay.  We'll pass it.

10:32:52 13          MS. DANIEL:  Thank you, Your Honor.

10:32:54 14          The next nine cases, Your Honor, they would like

10:32:58 15  extensions, and they said these are core deficiencies, which

10:33:01 16  means they are working to remedy everything that is required in

10:33:05 17  these cases.  It's usually medical records.  They are

10:33:08 18  requesting extensions.  They all have been fully cooperative.

10:33:14 19          They are Evelyn Cooper, Glenn Cooper,

10:33:19 20  Carol Crutcher, Dennis Dingwitz, Kristi Moreno, Willie Sherman,

10:33:26 21  Patrick Smith, Georgine Williams, and Ann Wisniewski.

10:33:34 22          Some of these cases, Your Honor, the defendants

10:33:35 23  have already agreed to extensions.  We can read that into the

10:33:40 24  record.

10:33:40 25          MS. MILLER:  Yes, we had -- based on the circumstances

*OFFICIAL TRANSCRIPT*

10:33:43  1   as explained to us, we agreed that Evelyn Cooper, Glenn Cooper,

10:33:48  2   Kristi Moreno, and Georgine Williams would have an additional

10:33:53  3   30 days to cure the core information.

10:33:55  4          The rest of them, we didn't until know that they

10:34:00  5   were seeking an extension.  We don't have information for the

10:34:04  6   basis of it and can't agree to it.

10:34:05  7          MS. DANIEL:  I can certainly read the basis.

10:34:08  8          Ann Wisniewski, actually, the Court granted an

10:34:12  9   extension until October 12th on this case as well.

10:34:14 10          On Glenn Cooper, they are setting up an estate in

10:34:17 11   that matter.

10:34:17 12          MS. MILLER:  We agree to that one.

10:34:20 13          MS. DANIEL:  Okay.  The Carol Crutcher, did you agree

10:34:23 14   to that one?

10:34:24 15          MS. MILLER:  That one we weren't aware of, no.

10:34:29 16          MS. DANIEL:  So the declaration only is --

10:34:34 17          MR. OWEN:  Good morning, Your Honor.  Yes.  Good

10:34:34 18   morning, Your Honor.  This is David Owen on behalf of -- of --

10:34:37 19   of the Johnson Law Group for Ms. Carol Crutcher.  Good morning.

10:34:42 20          THE COURT:  Good morning.

10:34:44 21          MR. OWEN:  Your Honor, we have -- have submitted both

10:34:48 22   medical, pharmacy, and prescription records, and are -- are --

10:34:51 23   are only pending a signed declaration page.

10:34:53 24          Now, Ms. Crutcher has not been responsive for

10:34:56 25   quite some time now until we just spoke to her daughter

*OFFICIAL TRANSCRIPT*

10:34:59 1   recently, who is Ms. Carrie [inaudible].  Now, she has -- she

10:35:03 2   has --  she has explained to us that Ms. Crutcher has suffered

10:35:05 3   a series of health problems that have affected her ability to

10:35:09 4   properly communicate.

10:35:10 5          She has agreed to obtain a Power of Attorney in

10:35:15 6   order to come and act on behalf of her mother in the case at

10:35:17 7   hand.  So we're just requesting some additional time so she can

10:35:23 8   obtain said documents and in order to move this case forward,

10:35:27 9   Your Honor.

10:35:27 10         THE COURT:  All right.  I'll grant a 30-day extension.

10:35:30 11         MS. DANIEL:  Thank you, Your Honor.

10:35:32 12         MR. OWEN:  Thank you, Your Honor.  I appreciate it.

10:35:34 13         MS. DANIEL:  In Dennis Dingwitz, they filed a response

10:35:39 14  to their motion, a lengthy response, Your Honor.  This case has

10:35:41 15  been held up due to the probate clerk issues, Your Honor.  It

10:35:45 16  is an estate situation.  They have struggled getting this

10:35:50 17  estate open, and I guess the court's own admission they have

10:35:53 18  lost some of the documentation on more than one occasion.  So

10:35:57 19  they are awaiting some records from Walgreens, so we would ask

10:36:00 20  for an extension on their behalf.

10:36:01 21         MS. MILLER:  That's one where, you know, even if --

10:36:03 22  while the estate is pending, if they could get us a proof of

10:36:07 23  use that would help move it along.

10:36:08 24         MS. DANIEL:  Your Honor, we would request an extension

10:36:11 25  so that they --

**OFFICIAL TRANSCRIPT**

10:36:11  1          THE COURT:  I'll grant the extension.  Let's get proof

10:36:13  2     of use.  That's important.

10:36:14  3          MS. DANIEL:  Thank you, Your Honor.

10:36:19  4                Willie Sherman, that is a declaration only,

10:36:19  5     Your Honor, that they are awaiting.  So we would ask that they

10:36:24  6     be given some additional time, additional -- first time that

10:36:27  7     they are here for an order to show cause hearing.  We would ask

10:36:30  8     that they be given additional time to submit the declaration.

10:36:34  9          THE COURT:  I'll grant the additional time.

10:36:38 10          MS. MILLER:  Yeah, I would say unless there was a

10:36:38 11     submission late yesterday, the additional information we would

10:36:40 12     be missing would be records from the alleged event and

10:36:44 13     finishing to answer the questions in the very first section of

10:36:48 14     the Plaintiff Fact Sheet, in addition to the declaration.

10:36:50 15          MS. DANIEL:  Okay.  Your Honor.  The next one is

10:36:53 16     Patrick Smith.  This client is not -- is having trouble.  They

10:36:59 17     are having trouble locating the client, Your Honor.  They hired

10:37:01 18     an investigator.  I think that was in their response as well.

10:37:05 19     So they would like additional time to locate the client.

10:37:08 20          THE COURT:  All right.  I'll grant it.

10:37:10 21          MS. DANIEL:  Thank you, Your Honor.  I believe that is

10:37:13 22     it.  That's it.

10:37:16 23          MS. MILLER:  Thank you, Your Honor.  We appreciate your

10:37:18 24     time.

10:41:01 25          THE COURT:  Thank you very much.

                              *OFFICIAL TRANSCRIPT*

1    (WHEREUPON, at 10:41 a.m., the proceedings were

2    concluded.)

3                           *    *    *

4

5

6                    REPORTER'S CERTIFICATE

7

8        I, Cathy Pepper, Certified Realtime Reporter, Registered

9    Merit Reporter, Certified Court Reporter in and for the State

10   of Louisiana, Official Court Reporter for the United States

11   District Court, Eastern District of Louisiana, do hereby

12   certify that the foregoing is a true and correct transcript to

13   the best of my ability and understanding from the record of the

14   proceedings in the above-entitled and numbered matter.

15

16                              *s/Cathy Pepper*_____

17                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
18                              Registered Merit Reporter
                                Official Court Reporter
19                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
20

21

22

23

24

25

                    **OFFICIAL TRANSCRIPT**

'

**'18** [1] - 40:23

# 1

**1** [1] - 2:4
**10** [2] - 3:4, 63:21
**10172** [1] - 32:14
**10172**........................
............ [1] - 3:22
**10195** [2] - 32:15, 41:24
**10195**........................
............ [2] - 3:22, 4:16
**10507** [1] - 61:11
**10507**........................
............ [1] - 6:9
**10601** [1] - 43:17
**10601**........................
............ [1] - 5:23
**10623** [2] - 21:18, 22:3
**10623**........................
............ [1] - 3:13
**10627** [1] - 32:13
**10627**........................
............ [1] - 3:21
**10647** [1] - 51:22
**10647**........................
............ [1] - 6:3
**10649** [1] - 11:19
**10649**........................
............ [1] - 3:4
**10650** [1] - 43:16
**10650**........................
............ [1] - 5:22
**10651** [1] - 22:4
**10651**........................
............ [1] - 3:14
**10652** [1] - 26:4
**10652**........................
............ [1] - 3:15
**10653** [1] - 26:6
**10653**........................
............ [1] - 3:16
**10654** [1] - 30:24
**10654**........................
............ [1] - 3:17
**10655** [1] - 31:1
**10655**........................
............ [1] - 3:18
**10659** [1] - 21:16
**10659**........................
............ [1] - 3:12
**10734** [1] - 19:5
**10734**........................
............ [1] - 3:11

**10741** [1] - 31:11
**10741**........................
............ [1] - 3:20
**10824** [1] - 68:9
**10824**........................
............ [1] - 7:12
**10831** [1] - 31:9
**10831**........................
............ [1] - 3:19
**10855** [1] - 66:7
**10855**........................
............ [1] - 6:18
**10913** [1] - 62:6
**10913**........................
............ [1] - 6:15
**10925** [1] - 17:7
**10:41** [1] - 74:1
**11** [8] - 3:4, 3:5, 3:5, 3:6, 3:6, 3:7, 3:7, 69:23
**1100** [3] - 1:21, 1:24, 2:8
**12** [2] - 13:16, 63:20
**12th** [1] - 71:9
**13** [2] - 3:8, 11:20
**132** [2] - 52:6, 52:8
**14** [6] - 3:8, 3:9, 3:9, 3:10, 3:10, 32:17
**14-2904** [1] - 54:24
**14-MD-2592** [1] - 1:6
**140-plus** [1] - 22:13
**143** [1] - 52:4
**14th** [2] - 17:11, 50:6
**15** [5] - 32:23, 36:18, 37:20, 37:24, 69:13
**15-0508** [2] - 54:22, 55:6
**15-5874** [1] - 54:25
**155** [1] - 31:15
**15th** [2] - 10:25, 26:11
**16** [1] - 21:20
**17** [3] - 3:11, 11:3, 29:20
**17-17424** [1] - 58:9
**17-page** [2] - 19:13, 29:21
**17424** [1] - 56:10
**18** [2] - 1:7, 9:2
**19** [2] - 3:11, 3:12
**1901** [1] - 2:11
**19103** [1] - 2:4

# 2

**20** [1] - 19:22
**2000** [1] - 2:4
**2016** [2] - 51:12, 65:12
**2017** [15] - 37:1, 38:21, 39:3, 39:21,

40:23, 45:4, 45:5, 47:7, 48:24, 51:13, 63:14, 63:20, 63:22
**2018** [4] - 1:7, 9:2, 37:1, 63:14
**21** [3] - 3:12, 3:13, 3:13
**22** [2] - 3:14, 3:14
**23** [2] - 65:14, 65:15
**25** [1] - 66:11
**2529** [1] - 9:10
**26** [4] - 3:15, 3:15, 3:16, 3:16
**291** [1] - 51:23

# 3

**30** [19] - 3:17, 3:17, 11:13, 12:3, 12:4, 19:1, 20:15, 20:19, 21:9, 32:7, 34:10, 34:11, 36:17, 40:4, 56:4, 61:7, 63:24, 66:1, 71:3
**30-day** [1] - 72:10
**31** [6] - 3:18, 3:18, 3:19, 3:19, 3:20, 3:20
**3102** [1] - 1:21
**32** [18] - 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 3:24, 3:24, 3:25, 3:25, 4:1, 4:1, 4:2, 4:2, 4:3, 4:3, 4:4, 4:4
**33** [16] - 4:5, 4:5, 4:6, 4:6, 4:7, 4:7, 4:8, 4:8, 4:9, 4:9, 4:10, 4:10, 4:11, 4:11, 4:12, 4:12
**34** [1] - 4:13
**38** [3] - 4:13, 4:14, 66:8
**39** [1] - 9:24

# 4

**40** [1] - 4:14
**41** [3] - 4:15, 4:15, 4:16
**42** [55] - 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19, 4:20, 4:20, 4:21, 4:21, 4:22, 4:22, 4:23, 4:23, 4:24, 4:24, 4:25, 4:25, 5:1, 5:1, 5:2, 5:2, 5:3, 5:3, 5:4, 5:4, 5:5, 5:5,

5:6, 5:6, 5:7, 5:7, 5:8, 5:8, 5:9, 5:9, 5:10, 5:10, 5:11, 5:11, 5:12, 5:12, 5:13, 5:13, 5:14, 5:14, 5:15, 5:15, 5:16, 5:16, 5:17, 5:17, 5:18, 5:18
**43** [12] - 5:19, 5:19, 5:20, 5:20, 5:21, 5:21, 5:22, 5:22, 5:23, 5:23, 5:24, 5:24
**44** [5] - 5:25, 5:25, 6:1, 6:1, 6:2
**45** [1] - 42:5
**46** [1] - 68:9
**49** [1] - 6:2

# 5

**500** [1] - 2:21
**504** [1] - 2:22
**51** [1] - 6:3
**53** [1] - 6:3
**54** [5] - 6:4, 6:4, 6:5, 6:5, 6:6
**55** [1] - 6:6
**56** [1] - 6:7
**58** [1] - 6:7
**589-7779** [1] - 2:22
**59** [1] - 6:8

# 6

**6** [16] - 3:3, 3:21, 9:25, 10:3, 10:7, 10:8, 11:17, 12:3, 12:16, 12:24, 24:18, 29:17, 32:11, 35:4, 39:17
**60** [1] - 6:8
**61** [10] - 6:9, 6:9, 6:10, 6:10, 6:11, 6:11, 6:12, 6:12, 6:13, 6:13
**62** [5] - 6:14, 6:14, 6:15, 6:15, 6:16
**64** [3] - 6:16, 6:17, 6:17
**66** [32] - 6:18, 6:18, 6:19, 6:19, 6:20, 6:20, 6:21, 6:21, 6:22, 6:22, 6:23, 6:23, 6:24, 6:24, 6:25, 6:25, 7:1, 7:1, 7:2, 7:2, 7:3, 7:3, 7:4, 7:4, 7:5, 7:5, 7:6, 7:6, 7:7, 7:7, 7:8, 7:8

**67** [7] - 7:9, 7:9, 7:10, 7:10, 7:11, 7:11, 7:12
**68** [4] - 7:12, 7:13, 7:13, 7:14
**69** [24] - 7:14, 7:15, 7:15, 7:16, 7:16, 7:17, 7:17, 7:18, 7:18, 7:19, 7:19, 7:20, 7:20, 7:21, 7:21, 7:22, 7:22, 7:23, 7:23, 7:24, 7:24, 7:25, 7:25, 8:1
**6th** [1] - 62:21

# 7

**70** [19] - 8:1, 8:2, 8:2, 8:3, 8:3, 8:4, 8:4, 8:5, 8:5, 8:6, 8:6, 8:7, 8:7, 8:8, 8:8, 8:9, 8:9, 8:10, 8:10
**70112** [1] - 2:8
**70113** [1] - 1:18
**70130** [1] - 2:22
**70163** [1] - 1:25
**71457** [1] - 2:12
**75219** [1] - 1:21

# 8

**820** [1] - 1:17

# 9

**9** [2] - 3:3, 3:3
**90** [2] - 45:15, 70:10
**909** [1] - 2:7
**9902** [1] - 59:19
**9:00** [1] - 1:7

# A

**a.m** [1] - 74:1
**A.M** [1] - 1:7
**abatement** [1] - 57:8
**Abbott** [1] - 42:3
**ABBOTT**........................
.................... [1] - 4:16
**ability** [3] - 65:5, 72:3, 74:13
**able** [19] - 16:22, 16:25, 17:1, 20:2, 21:10, 28:11, 32:1, 32:2, 35:7, 41:13, 42:21, 44:25, 47:18,

47:21, 50:20, 53:10, 63:8, 64:15, 64:17
**above-entitled** [1] - 74:14
**absent** [1] - 44:16
**absolutely** [5] - 18:19, 21:25, 26:21, 68:3, 68:5
**accidentally** [1] - 56:20
**accommodate** [2] - 41:16, 44:23
**according** [1] - 13:15
**accuracy** [1] - 10:22
**accurate** [3] - 21:3, 31:17, 45:23
**Acevedo** [1] - 66:12
**ACEVEDO.................**
.................... [1] - 6:18
**act** [1] - 72:6
**action** [12] - 55:6, 57:6, 57:9, 57:10, 57:11, 57:16, 57:17, 58:14, 60:13, 60:14, 60:17
**ACTION** [1] - 1:6
**actions** [1] - 57:18
**actual** [1] - 28:10
**Adams** [2] - 42:6, 53:23
**ADAMS.....................**
.................. [1] - 6:3
**ADAMS.....................**
.................. [1] - 4:17
**add** [2] - 53:12, 60:17
**addition** [3] - 34:3, 65:23, 73:14
**additional** [30] - 13:3, 17:9, 18:1, 20:10, 22:6, 26:8, 29:3, 31:13, 33:18, 33:19, 36:16, 53:13, 55:25, 56:2, 58:25, 60:3, 60:18, 65:1, 65:17, 65:22, 68:19, 68:23, 71:2, 72:7, 73:6, 73:8, 73:9, 73:11, 73:19
**address** [4] - 38:4, 60:9, 62:16, 64:4
**addressed** [2] - 15:11, 23:25
**addressing** [1] - 14:5
**ADELE** [1] - 7:3
**Adele** [1] - 66:17
**adequacy** [1] - 24:16
**ADINE** [1] - 3:6
**Adine** [1] - 11:21
**administratively** [1] -

55:11
**admission** [1] - 72:17
**advance** [1] - 24:19
**advise** [1] - 25:17
**advised** [1] - 25:20
**advocate** [1] - 35:13
**affect** [1] - 58:2
**affected** [1] - 72:3
**aging** [1] - 65:3
**ago** [3] - 19:20, 34:10, 63:21
**agree** [10] - 20:14, 20:23, 21:12, 23:18, 28:13, 36:15, 53:12, 71:6, 71:12, 71:13
**agreed** [16] - 11:23, 12:10, 12:11, 31:2, 42:2, 43:1, 43:4, 44:13, 52:19, 59:20, 60:7, 66:21, 68:15, 70:23, 71:1, 72:5
**agreement** [2] - 44:16, 52:23
**ahead** [1] - 46:20
**ahold** [1] - 50:23
**akin** [1] - 25:14
**ALDEN** [1] - 5:16
**Alden** [1] - 42:23
**ALEJANDRO** [1] - 3:14
**Alejandro** [1] - 22:5
**Alexander** [1] - 42:6
**ALEXANDER.............**
.............. [1] - 4:18
**Alice** [1] - 68:15
**ALICE** [1] - 7:13
**allegations** [1] - 39:23
**allege** [1] - 43:18
**alleged** [18] - 10:2, 10:20, 13:18, 17:2, 19:14, 22:17, 28:21, 30:10, 37:8, 38:24, 38:25, 41:4, 45:9, 51:24, 63:17, 64:8, 66:8, 73:12
**Allen** [3] - 33:6, 42:22, 68:4
**ALLEN** [1] - 4:10
**ALLEN.....................**
.................. [1] - 5:15
**allow** [2] - 56:24, 63:10
**allowing** [1] - 35:5
**Alma** [1] - 42:12
**ALMA** [1] - 5:4
**alone** [1] - 57:23
**ALSO** [2] - 2:6, 2:14
**alternatively** [1] - 24:2
**Amanda** [1] - 33:14
**AMANDA** [1] - 2:17

**Amber** [1] - 66:16
**AMBER** [1] - 6:25
**ambivalent** [1] - 63:1
**amend** [3] - 53:11, 53:12, 65:21
**amended** [2] - 64:11, 65:19, 65:21
**amending** [1] - 60:17
**amendment** [1] - 53:17
**Anderson** [3] - 10:4, 22:8, 69:25
**ANDERSON.............**
..................... [1] - 7:25
**ANN** [1] - 8:10
**Ann** [2] - 70:21, 71:8
**ANNA** [1] - 5:7
**Anna** [1] - 42:14
**Annette** [1] - 42:15
**ANNETTE** [1] - 5:9
**answer** [15] - 10:16, 15:6, 19:14, 19:16, 19:20, 21:13, 25:23, 32:2, 32:3, 32:6, 34:7, 40:6, 45:18, 47:18, 73:13
**answered** [2] - 21:2, 25:9
**answering** [1] - 46:13
**answers** [8] - 10:17, 26:13, 30:1, 39:1, 41:6, 45:10, 47:10, 63:17
**ANTHONY** [2] - 4:12, 6:25
**Anthony** [3] - 33:9, 36:21, 66:16
**apologize** [3] - 27:17, 40:21, 70:1
**apologizes** [1] - 21:25
**appearance** [1] - 9:12
**APPEARANCES** [2] - 1:15, 2:1
**appeared** [1] - 41:1
**appointed** [2] - 17:9, 17:12
**appreciate** [16] - 25:13, 25:25, 38:19, 45:3, 47:25, 49:18, 51:17, 53:14, 59:24, 63:25, 64:6, 65:9, 65:13, 68:25, 72:12, 72:23
**appropriate** [4] - 20:3, 57:16, 64:25
**appropriately** [1] - 14:14
**April** [7] - 10:24, 18:7, 22:12, 26:10, 33:17,

44:22, 46:16
**areas** [2] - 32:1, 35:23
**ascertained** [1] - 64:12
**ASHLEY** [1] - 5:19
**Ashley** [1] - 43:2
**aspect** [1] - 58:11
**aspects** [1] - 25:7
**assert** [1] - 57:7
**assertion** [1] - 57:12
**assure** [1] - 15:13
**Atkinson** [1] - 69:14
**ATKINSON.................**
..................... [1] - 7:15
**atrial** [1] - 10:13
**attack** [1] - 47:14
**attempted** [2] - 19:24, 64:14
**attention** [1] - 15:13
**attorney** [6] - 41:11, 49:13, 56:18, 60:16, 60:21, 60:22
**Attorney** [1] - 72:5
**authority** [2] - 61:14, 68:13
**authorizations** [5] - 10:9, 16:21, 17:14, 34:22
**automatic** [1] - 55:4
**available** [2] - 20:5, 20:12
**Avakian** [1] - 69:20
**AVAKIAN.................**
..................... [1] - 7:22
**AVENUE** [2] - 1:17, 1:21
**Aviance** [1] - 44:2
**AVIANCE** [1] - 5:25
**awaiting** [2] - 72:19, 73:5
**aware** [5] - 14:24, 20:22, 49:25, 50:2, 71:15

**B**

**background** [5] - 12:1, 33:16, 40:20, 44:7, 62:18
**Baker** [8] - 13:13, 14:4, 14:6, 15:2, 15:6, 15:9, 15:21, 16:11
**BAKER.....................**
.............. [1] - 3:8
**ball** [1] - 48:10
**Bandy** [1] - 69:14

**BANDY.....................**
.................. [1] - 7:15
**BARBARA** [2] - 4:24, 6:5
**Barbara** [2] - 42:10, 54:8
**Barnard** [1] - 67:15
**BARNARD.................**
..................... [1] - 7:9
**BARON** [1] - 1:20
**BARRETT** [1] - 2:11
**Barrett** [5] - 38:3, 38:6, 44:18, 62:16, 63:1
**BARROSO** [1] - 4:18
**Barroso** [1] - 4:18
**BARRY** [1] - 4:21
**Barry** [1] - 42:8
**base** [1] - 17:5
**based** [3] - 27:22, 57:1, 70:25
**basic** [7] - 39:24, 41:6, 45:5, 45:10, 47:10, 63:18, 67:24
**basis** [3] - 23:13, 71:6, 71:7
**battle** [1] - 59:21
**Baum** [1] - 66:13
**BAUM.....................**
.................. [1] - 6:19
**Bean** [1] - 11:21
**BEAN.....................**
.................. [1] - 3:5
**BEASELY** [1] - 2:10
**Beasley** [9] - 38:3, 38:4, 38:6, 44:18, 62:16, 63:1, 68:4
**BEASLEY** [21] - 2:11, 38:5, 38:13, 39:5, 40:1, 40:10, 44:18, 45:19, 46:16, 47:3, 48:5, 48:14, 48:17, 48:19, 49:1, 49:4, 49:7, 49:10, 62:25, 63:20, 63:25
**become** [1] - 61:5
**Bedgood** [1] - 69:14
**BEDGOOD.................**
..................... [1] - 7:16
**BEFORE** [1] - 1:12
**begin** [1] - 29:14
**behalf** [4] - 49:16, 71:18, 72:6, 72:20
**belief** [1] - 51:6
**beneficial** [2] - 14:19, 39:16
**benefit** [1] - 39:18
**BENJAMIN** [1] - 4:24
**Benjamin** [1] - 42:10

*OFFICIAL TRANSCRIPT*

**BERTHA** [1] - 7:9
**Bertha** [1] - 67:15
**best** [11] - 9:22, 18:20, 24:24, 32:24, 35:14, 40:8, 41:12, 43:25, 60:20, 61:23, 74:13
**better** [1] - 48:17
**BETTY** [1] - 5:5
**Betty** [1] - 42:13
**between** [2] - 12:10, 61:5
**BEVERLY** [1] - 6:15
**Beverly** [1] - 62:5
**beyond** [1] - 23:14
**BIDDLE** [1] - 2:3
**big** [2] - 18:12, 37:2
**bit** [1] - 40:20
**Black** [1] - 32:18
**BLACK**..................
.................. [1] - 3:23
**blank** [1] - 29:18, 30:6
**blanks** [4] - 25:21, 26:1, 27:11, 27:12
**Blaxton** [1] - 43:20
**BLAXTON**..................
.................. [1] - 5:23
**bleeding** [7] - 10:20, 17:2, 28:21, 30:11, 37:7, 41:4, 60:14
**blood** [3] - 22:20, 22:21, 23:1
**board** [1] - 34:20
**BOBBY** [1] - 7:18
**Bobby** [1] - 69:15
**Bolding** [1] - 42:7
**BOLDING**..................
.................. [1] - 4:19
**bottom** [1] - 20:2
**bounced** [1] - 53:7
**Boyd** [3] - 44:6, 44:19, 45:2
**Boyd's** [1] - 44:21
**BOYD**..................
.................. [1] - 6:1
**Brahinsky** [1] - 55:19
**BRAHINSKY**..................
.................. [1] - 6:6
**brand** [1] - 12:17
**Brewer** [1] - 42:18
**BREWER**..................
.................. [1] - 5:14
**Brian** [1] - 69:20
**BRIAN** [1] - 7:23
**brief** [1] - 50:23
**bringing** [1] - 30:5
**BROOKSIE** [1] - 4:9
**Brooksie** [1] - 33:6

**brought** [6] - 12:2, 12:15, 15:13, 24:17, 52:17
**BROWN** [1] - 4:20
**Brown** [1] - 42:7
**BrownGreer** [2] - 59:7, 59:8
**BUDD** [1] - 1:20
**Burce** [1] - 69:20
**BURCE**..................
.................. [1] - 7:23
**burdensome** [1] - 36:14
**button** [1] - 56:20
**BY** [8] - 1:17, 1:20, 1:24, 2:3, 2:7, 2:11, 2:24, 2:25
**Bynum** [1] - 32:18
**BYNUM**..................
.................. [1] - 3:23

## C

**Caine** [1] - 26:4
**CAINE**..................
.................. [1] - 3:15
**CALLED** [1] - 9:4
**Calvi** [3] - 33:9, 34:12, 36:21
**CALVI**..................
.................. [1] - 4:12
**Campos** [2] - 56:6, 56:19
**CAMPOS**..................
.................. [1] - 6:7
**candor** [1] - 49:23
**cannot** [1] - 46:23
**Cantes** [1] - 42:7
**CANTES**..................
.................. [1] - 4:19
**CARA** [1] - 5:18
**Cara** [1] - 42:24
**care** [1] - 23:6
**Carol** [4] - 66:15, 70:20, 71:13, 71:19
**CAROL** [2] - 6:23, 8:7
**Carolyn** [2] - 43:3, 66:15
**CAROLYN** [2] - 5:20, 6:24
**Carrie** [1] - 72:1
**Carrington** [2] - 43:5, 43:9
**CARRINGTON**..........
.................. [1] - 5:21
**carry** [1] - 44:14
**Carter** [1] - 42:7

**CARTER**..................
.................. [1] - 4:20
**case** [110] - 9:9, 10:1, 11:14, 13:13, 14:3, 14:4, 17:8, 17:19, 17:20, 17:24, 18:24, 19:6, 21:17, 22:11, 23:4, 26:5, 27:4, 27:13, 29:23, 30:5, 30:12, 30:15, 31:2, 33:11, 33:17, 35:4, 35:24, 35:25, 36:9, 36:11, 37:1, 37:18, 37:20, 37:25, 38:21, 39:11, 39:20, 39:23, 40:12, 40:21, 40:22, 41:18, 41:21, 43:21, 44:21, 45:4, 45:15, 45:16, 45:20, 46:20, 47:6, 47:13, 47:14, 47:15, 47:17, 47:21, 47:23, 48:7, 48:8, 49:12, 50:2, 50:10, 51:12, 52:15, 55:19, 55:20, 56:5, 56:9, 57:8, 57:14, 57:15, 57:18, 57:20, 57:22, 57:23, 57:24, 58:1, 58:4, 58:8, 58:11, 58:18, 58:19, 58:21, 58:23, 59:8, 59:16, 59:17, 59:18, 59:20, 59:25, 60:2, 60:5, 60:6, 62:5, 63:13, 64:9, 65:10, 65:12, 67:6, 68:17, 69:5, 69:11, 70:7, 70:8, 71:9, 72:6, 72:8, 72:14
**CASES** [1] - 1:9
**cases** [89] - 9:19, 9:24, 9:25, 11:20, 11:23, 13:2, 14:6, 14:25, 15:11, 16:7, 16:9, 17:4, 20:7, 21:19, 21:20, 21:24, 23:22, 24:3, 24:20, 32:11, 32:17, 32:23, 33:1, 33:8, 35:5, 35:6, 36:10, 38:2, 38:4, 38:7, 39:17, 40:3, 40:25, 41:24, 42:5, 42:19, 42:20, 42:22, 42:25, 43:17, 43:19, 43:23, 44:8, 44:20, 48:1, 48:6, 48:22, 48:24, 51:23, 51:24, 52:4, 52:13, 52:15, 53:12, 53:24, 54:2, 54:3, 54:6,

54:8, 56:1, 56:23, 58:13, 59:20, 59:24, 60:4, 61:12, 61:19, 61:22, 62:14, 62:19, 62:21, 64:2, 64:4, 64:8, 64:12, 64:22, 65:7, 66:20, 67:11, 68:9, 69:13, 69:18, 69:23, 69:25, 70:14, 70:17, 70:22
**CASES**..................
.................. [1] - 3:21
**CASES**..................
.................. [1] - 3:3
**Casey** [1] - 58:19
**CATHERINE** [2] - 2:17, 3:10
**Catherine** [4] - 14:7, 16:19, 60:8, 60:12
**Cathy** [2] - 74:8, 74:17
**CATHY** [1] - 2:20
**Cathy_Pepper@laed .uscourts.gov** [1] - 74:19
**cathy_Pepper@laed. uscourts.gov** [1] - 2:23
**caught** [1] - 47:20
**CAUSE** [1] - 1:12
**CAUSE**..................
.................. [1] - 3:3
**caused** [2] - 22:1, 47:19
**causes** [1] - 35:4, 52:16
**CCR** [2] - 2:20, 74:17
**Cecil** [2] - 42:17, 70:2
**CECIL** [2] - 5:13, 8:2
**Centrality** [5] - 13:11, 13:13, 50:6, 51:6, 51:10
**Certain** [1] - 32:18
**certain** [2] - 9:19, 25:23
**CERTAIN**..................
.................. [1] - 3:24
**certainly** [19] - 11:6, 11:8, 12:25, 18:20, 18:24, 23:15, 26:19, 28:9, 28:11, 30:5, 34:23, 34:24, 35:4, 48:23, 52:21, 59:1, 61:17, 68:22, 71:7
**CERTIFICATE** [1] - 74:6
**CERTIFIED** [1] - 2:20
**Certified** [3] - 74:8, 74:9, 74:17
**certify** [1] - 74:12

**CESAR** [1] - 4:21
**Cesar** [1] - 42:8
**CHAFFE** [1] - 1:23
**challenging** [4] - 23:21, 24:14, 24:16, 24:18
**Chanda** [2] - 9:16, 11:3
**CHANDA** [1] - 2:3
**change** [1] - 12:9
**chapter** [1] - 30:14
**characterization** [1] - 20:24
**Charles** [4] - 22:9, 26:7, 31:12, 66:15
**CHARLES** [1] - 6:24
**CHARLOTTE** [1] - 7:22
**Charlotte** [1] - 69:17
**check** [1] - 43:8
**checked** [1] - 21:22
**Checki** [1] - 49:13
**CHECKI** [1] - 2:6
**CHERYL** [1] - 5:4
**Cheryl** [1] - 42:12
**child** [1] - 55:5
**children** [3] - 52:18, 52:22, 54:24
**Cholewczynski** [2] - 69:25, 70:1
**CHOLEWCZYNSKI**..
.................. [1] - 8:1
**Chris** [4] - 19:7, 19:8, 19:10, 64:3
**CHRIS** [1] - 2:16
**Christie** [3] - 43:6, 43:9, 61:20
**CHRISTIE**..................
.................. [1] - 5:22
**CHRISTIE**..................
.................. [1] - 6:10
**Circuit** [1] - 20:7
**circumstance** [1] - 34:23
**circumstances** [7] - 31:13, 45:3, 48:21, 53:16, 64:24, 65:1, 70:25
**CIRILA** [1] - 4:9
**Cirila** [1] - 33:5
**cited** [1] - 20:7
**CIVIL** [1] - 1:6
**claim** [7] - 22:18, 30:18, 47:19, 53:25, 54:7, 54:10, 55:5
**claiming** [1] - 68:9
**claims** [6] - 54:2, 54:5,

54:12, 55:10, 57:11, 57:13

**Clancy** [1] - 32:19

**CLANCY**.....................
.......................... [1] - 3:24

**clarify** [1] - 45:17

**Clay** [1] - 61:20

**CLAY** [1] - 6:10

**clear** [8] - 12:22, 13:25, 22:25, 24:15, 36:25, 59:12, 64:20, 66:4

**clearly** [1] - 29:3

**clerk** [1] - 72:15

**CLERK** [3] - 9:7, 9:10, 53:3

**client** [24] - 19:25, 25:10, 34:15, 38:15, 38:20, 39:8, 39:12, 41:15, 45:22, 46:2, 46:6, 47:12, 48:6, 55:22, 60:19, 65:6, 69:8, 73:16, 73:17, 73:19

**client's** [2] - 25:10, 41:13

**clients** [6] - 39:19, 43:5, 46:11, 60:20, 64:7, 68:14

**Clinton** [2] - 14:8, 16:12

**CLINTON** [1] - 3:10

**closer** [1] - 24:3

**clot** [2] - 22:20, 22:21

**CMC's** [1] - 14:23

**CMO** [15] - 3:3, 9:25, 10:3, 10:7, 10:8, 11:17, 12:3, 12:16, 12:24, 24:18, 29:17, 35:4, 39:17, 61:16

**Coffey** [1] - 66:13

**COFFEY**.....................
.......................... [1] - 6:19

**Cole** [1] - 33:3

**COLE**.............................
.......................... [1] - 4:5

**collecting** [1] - 27:4

**Collier** [1] - 66:13

**COLLIER**....................
.......................... [1] - 6:20

**combined** [1] - 32:14

**coming** [1] - 29:25

**common** [1] - 57:4

**communicate** [4] - 63:7, 64:22, 65:6, 72:4

**comorbid** [2] - 13:22, 16:1

**company** [2] - 45:25, 46:22

**complaint** [1] - 63:21

**complete** [21] - 10:8, 10:21, 11:9, 12:5, 12:24, 14:17, 18:1, 22:6, 23:17, 24:10, 24:13, 25:24, 26:8, 29:17, 31:14, 31:19, 34:1, 37:13, 50:19, 67:12, 67:14

**completed** [7] - 22:3, 23:16, 25:15, 26:10, 26:22, 31:25, 34:5

**completing** [1] - 22:7

**compromise** [1] - 29:22

**COMPUTER** [1] - 2:25

**concern** [1] - 36:7

**concerned** [2] - 25:4, 47:12

**concerns** [1] - 60:14

**concluded** [1] - 74:2

**condition** [1] - 13:22, 19:15

**conditions** [6] - 10:13, 13:22, 16:1, 22:25, 27:8, 28:8

**confer** [1] - 24:19

**conference** [2] - 23:16, 29:25

**confirm** [1] - 33:23

**confirming** [1] - 12:18

**conjunction** [1] - 25:15

**Conley** [1] - 66:13

**CONLEY**.....................
.......................... [1] - 6:20

**Connie** [1] - 32:18

**CONNIE** [1] - 3:23

**consent** [1] - 63:3

**consider** [1] - 37:2

**consistent** [9] - 10:7, 11:17, 12:3, 12:16, 14:1, 15:4, 16:1, 16:2, 57:5

**consolidate** [7] - 52:15, 52:23, 53:1, 53:3, 53:6, 54:14, 55:9

**consolidated** [9] - 53:4, 53:24, 54:2, 54:4, 54:7, 54:9, 54:12, 55:1, 57:9

**consolidating** [1] - 55:4

**consolidation** [4] - 52:20, 54:25, 55:11

**constructed** [1] - 30:14

**consummate** [1] - 31:23

**contact** [7] - 19:25, 35:2, 50:3, 50:16, 64:14, 67:4, 68:2

**contacted** [2] - 50:12, 50:17

**contempt** [2] - 49:3, 49:6

**continuance** [1] - 50:23

**continuances** [1] - 49:19

**continue** [3] - 19:23, 55:23, 57:15

**CONTINUED** [1] - 2:1

**continued** [1] - 24:12

**contribute** [1] - 22:9

**conversation** [1] - 48:25

**Cooper** [5] - 70:19, 71:1, 71:10

**COOPER**.....................
.......................... [1] - 8:6

**COOPER**.....................
.......................... [1] - 8:7

**cooperative** [1] - 70:18

**Cora** [1] - 42:16

**CORA** [1] - 5:11

**Corbin** [1] - 33:3

**CORBIN**.....................
.......................... [1] - 4:5

**core** [8] - 43:19, 44:10, 45:10, 62:20, 65:12, 68:10, 70:15, 71:3

**Core** [1] - 33:3

**CORE**.............................
.......................... [1] - 4:6

**correct** [6] - 11:17, 15:14, 15:16, 16:8, 57:19, 74:12

**Coumadin** [5] - 19:17, 19:21, 19:23, 20:25, 22:24

**counsel** [36] - 9:12, 9:20, 11:2, 12:10, 14:24, 21:23, 24:11, 25:18, 25:20, 25:23, 26:15, 31:2, 32:24, 34:23, 35:20, 35:21, 35:24, 40:4, 42:19, 43:1, 43:23, 48:8, 52:14, 52:22, 53:11, 53:16, 56:6, 60:12, 60:19, 60:25, 61:15, 66:21, 67:11, 69:6, 69:24

**counter** [2] - 10:19, 22:16

**couple** [2] - 49:18, 49:24

**course** [3] - 29:20, 45:14, 57:16

**COURT** [106] - 1:1, 2:20, 9:4, 9:8, 9:12, 9:18, 10:5, 11:12, 11:18, 14:3, 14:9, 14:25, 15:6, 15:9, 15:18, 16:6, 16:18, 17:5, 17:15, 17:18, 17:23, 18:9, 18:14, 18:17, 18:22, 18:25, 20:14, 20:18, 21:12, 22:2, 23:5, 25:2, 26:2, 26:16, 26:23, 27:15, 27:25, 28:22, 29:5, 29:15, 30:13, 31:4, 32:1, 34:7, 34:14, 35:22, 36:18, 37:23, 40:3, 40:18, 41:11, 43:13, 44:3, 45:18, 46:15, 47:11, 48:3, 48:6, 48:15, 48:18, 48:23, 49:3, 49:5, 49:8, 51:11, 51:15, 52:9, 52:12, 53:1, 53:8, 53:17, 53:22, 54:13, 55:13, 55:16, 56:4, 56:15, 57:18, 57:24, 58:10, 59:3, 59:11, 59:14, 60:21, 60:24, 61:2, 61:7, 62:3, 62:9, 62:12, 63:23, 65:25, 66:6, 67:8, 67:17, 68:6, 69:3, 69:10, 70:5, 70:12, 71:20, 72:10, 73:1, 73:9, 73:20, 73:25

**Court** [20] - 18:5, 19:10, 22:1, 34:8, 49:17, 49:20, 49:23, 50:25, 52:25, 53:14, 56:23, 60:10, 64:7, 65:2, 71:8, 74:9, 74:10, 74:11, 74:18, 74:19

**court** [4] - 21:24, 40:13, 49:25, 56:12

**court's** [1] - 72:17

**Court's** [4] - 19:13, 20:13, 33:2, 52:14

**courts** [1] - 57:5

**Cox** [1] - 61:25

**COX**.............................
.......................... [1] - 6:13

**Craig** [1] - 42:12

**CRAIG** [1] - 5:3

**critical** [5] - 30:15, 30:19, 30:20, 34:1, 34:4

**Cronk** [1] - 66:14

**CRONK**.....................
.......................... [1] - 6:21

**crossed** [1] - 59:13

**CRR** [2] - 2:20, 74:17

**Crutcher** [5] - 70:20, 71:13, 71:19, 71:24, 72:2

**CRUTCHER**................
.......................... [1] - 8:7

**Cunningham** [1] - 42:8

**CUNNINGHAM**..........
.......................... [1] - 4:20

**cure** [12] - 10:2, 32:24, 39:15, 43:19, 43:25, 44:9, 60:3, 61:23, 62:20, 62:23, 71:3

**cured** [12] - 11:21, 21:17, 26:5, 30:25, 31:10, 32:18, 38:9, 42:5, 43:19, 61:19, 66:11, 69:13

**curtail** [1] - 23:24

**CVS** [3] - 34:10, 34:18, 35:16

**D**

**Dabbs** [1] - 68:15

**DABBS**.....................
.......................... [1] - 7:13

**Dallas** [1] - 60:25

**DALLAS** [1] - 1:21

**Dameron** [2] - 14:6, 16:11

**DAMERON**................
.......................... [1] - 3:8

**DANIEL** [83] - 1:20, 3:14, 9:14, 9:21, 11:1, 11:15, 11:19, 12:21, 14:5, 14:11, 15:7, 17:6, 17:17, 17:21, 17:24, 18:10, 18:18, 18:24, 19:4, 19:10, 21:15, 22:3, 25:19, 26:4, 26:17, 27:6, 28:2, 29:9, 29:16, 30:23, 31:5, 31:8, 32:9, 34:19, 36:15, 36:22, 37:19, 38:2, 40:11, 41:17, 43:15, 44:4, 49:11, 51:19, 52:13, 53:9,

54:15, 55:18, 56:5, 56:17, 56:22, 58:17, 59:12, 59:15, 60:2, 60:22, 60:25, 61:3, 61:9, 61:11, 62:4, 62:13, 64:1, 65:18, 66:4, 66:7, 67:10, 67:18, 68:2, 68:7, 69:4, 69:12, 70:6, 70:13, 71:7, 71:13, 71:16, 72:11, 72:13, 72:24, 73:3, 73:15, 73:21

**Daniel** [5] - 9:14, 19:8, 22:5, 26:6, 60:11

**DANIEL**..................... ................. [1] - 3:16

**Daria** [1] - 42:9

**DARIA** [1] - 4:23

**Darren** [1] - 11:21

**DARREN** [1] - 3:5

**DARRYL** [1] - 4:10

**Darryl** [1] - 33:6

**database** [1] - 64:18

**date** [5] - 12:9, 12:19, 45:12, 46:7, 47:1

**dates** [5] - 27:19, 27:24, 28:19, 30:9, 38:20

**daughter** [2] - 50:20, 71:25

**Davenport** [1] - 33:4

**DAVENPORT**............ ......................... [1] - 4:6

**DAVID** [5] - 2:18, 3:25, 5:21, 7:10, 7:14

**David** [5] - 32:19, 43:3, 67:16, 69:5, 71:18

**Davis** [2] - 14:22, 28:7

**DAVIS** [9] - 1:17, 23:12, 24:22, 25:17, 28:24, 29:7, 29:24, 35:13, 35:20

**days** [23] - 11:13, 12:3, 12:4, 19:1, 20:15, 20:19, 21:9, 22:13, 31:15, 32:7, 34:10, 34:11, 36:18, 37:20, 37:24, 40:4, 45:15, 56:4, 61:7, 63:24, 66:1, 70:10, 71:3

**deadline** [1] - 31:16

**deadlines** [3] - 11:17, 14:21, 16:16

**deal** [3] - 26:2, 49:8, 51:25

**dealing** [2] - 23:13,

24:6

**Dean** [3] - 9:9, 21:22, 53:2

**death** [6] - 17:8, 42:1, 46:20, 47:2, 47:13, 70:8

**DEBORAH** [1] - 8:1

**Deborah** [1] - 70:1

**December** [7] - 17:11, 38:21, 39:3, 39:21, 45:5, 45:12, 46:2

**decided** [1] - 68:14

**decision** [2] - 37:21, 37:22

**declaration** [27] - 10:9, 10:21, 18:2, 18:13, 28:17, 33:11, 33:22, 34:4, 37:9, 41:5, 47:9, 49:14, 64:9, 64:10, 64:23, 65:10, 65:19, 65:20, 65:23, 65:24, 66:1, 71:16, 71:23, 73:4, 73:8, 73:14

**declarations** [1] - 31:24

**Dee** [1] - 54:19

**Dee-Veel** [1] - 54:19

**Deeb** [1] - 61:12

**DEEB**.......................... ........................... [1] - 6:9

**deep** [1] - 10:13

**defendant** [15] - 13:10, 15:14, 28:4, 28:6, 28:9, 29:1, 29:2, 39:17, 40:23, 53:12, 57:7, 61:14, 68:9, 68:13, 68:19

**Defendant** [1] - 16:17

**defendant's** [3] - 19:2, 20:22, 44:16

**DEFENDANTS** [1] - 1:23

**defendants** [18] - 9:17, 11:6, 12:11, 16:22, 19:24, 28:25, 32:16, 34:21, 35:5, 40:17, 42:2, 43:4, 43:18, 51:24, 52:19, 55:8, 57:19, 70:22

**defense** [5] - 18:6, 21:1, 50:1, 57:7, 61:15

**defenses** [1] - 22:22

**deficiencies** [30] - 10:2, 13:7, 13:9, 15:12, 15:16, 15:17, 15:19, 16:4, 16:15, 19:13, 20:4, 23:8, 30:8, 32:25, 38:9,

39:14, 39:21, 40:24, 41:10, 43:19, 43:25, 44:10, 49:19, 61:13, 61:24, 62:20, 64:20, 68:12, 70:15

**deficiency** [11] - 16:4, 19:25, 27:14, 35:9, 45:24, 50:7, 51:13, 64:8, 65:11, 65:15, 68:10

**definitely** [3] - 14:11, 28:15, 49:18

**DELA** [1] - 4:7

**Dela** [1] - 33:4

**delay** [2] - 29:10, 29:12

**delayed** [1] - 29:13

**delays** [2] - 29:7, 29:8

**DELL** [1] - 4:7

**Dell** [1] - 33:4

**Delores** [2] - 14:7, 16:11

**DELORES** [1] - 3:9

**delving** [1] - 30:11

**demonstrating** [7] - 33:21, 38:23, 38:24, 45:6, 45:8, 63:16, 63:17

**Dennis** [2] - 70:20, 72:13

**DENNIS** [1] - 8:8

**Densmore** [1] - 58:18

**DENSMORE**................ .......................... [1] - 6:7

**deny** [3] - 40:18, 56:15, 69:10

**deposed** [1] - 27:5

**deposition** [2] - 20:6, 24:5

**depositions** [2] - 16:16, 27:5

**DEPUTY** [3] - 9:7, 9:10, 53:3

**Derrick** [2] - 17:8, 17:9

**Derriel** [2] - 54:20

**DERRIEL** [1] - 2:15

**desire** [2] - 24:10, 33:2

**detail** [1] - 23:8

**detailed** [1] - 23:7

**detailing** [1] - 16:3

**details** [1] - 55:12

**determine** [1] - 60:19

**Devall** [1] - 42:8

**DEVALL**........................ ........................ [1] - 4:21

**devil** [1] - 54:19

**Deville** [2] - 54:19, 54:21

**Deville-Goodwin** [2] - 54:19, 54:21

**Diaby** [1] - 70:1

**DIABY**.......................... ................. [1] - 8:1

**diagnosed** [1] - 19:15

**dialogue** [1] - 24:1

**DIANA** [1] - 6:3

**Diana** [1] - 53:23

**difference** [1] - 24:13

**different** [8] - 9:23, 11:4, 14:6, 48:25, 59:1, 59:14, 60:15

**difficult** [1] - 47:23

**diligent** [5] - 14:23, 26:19, 32:24, 43:24, 61:23

**diligently** [2] - 65:10, 69:1

**Dingwitz** [2] - 70:20, 72:13

**DINGWITZ**.................. ...................... [1] - 8:8

**disagree** [1] - 24:22

**disconnected** [1] - 64:17

**discontinuation** [1] - 19:18

**discover** [1] - 47:21

**discovery** [2] - 25:9, 35:25

**discuss** [2] - 13:2, 18:5

**discussing** [3] - 11:3, 14:16, 40:25

**dismiss** [23] - 11:11, 11:24, 17:19, 31:2, 37:25, 41:16, 43:1, 47:17, 47:22, 47:23, 52:21, 53:10, 54:14, 56:1, 56:15, 58:2, 58:3, 58:14, 59:2, 59:20, 62:7, 67:8, 69:11

**dismissal** [12] - 20:3, 20:8, 20:13, 30:20, 35:7, 38:10, 56:22, 57:2, 57:12, 63:3, 64:25, 66:22

**dismissals** [3] - 23:21, 53:15, 56:12

**dismissed** [24] - 9:19, 11:9, 11:24, 31:8, 33:1, 41:19, 41:22, 43:1, 43:21, 44:3, 47:15, 56:10, 57:8, 57:10, 57:17, 57:20, 60:8, 62:3, 62:10, 66:21, 67:17, 69:19, 70:5

**Deville-Goodwin** [2] - 54:19, 54:21

**Diaby** [1] - 70:1

**dismissing** [7] - 11:14, 14:10, 14:12, 16:8, 17:20, 58:1, 58:7

**disputed** [1] - 23:18

**disputing** [1] - 30:4

**DISTRICT** [3] - 1:1, 1:2, 1:13

**District** [3] - 74:11, 74:19

**DNR** [1] - 38:15

**Doc** [3] - 62:6, 66:7, 68:8

**doc** [1] - 43:17

**Docket** [2] - 54:22, 56:10

**docket** [7] - 9:24, 55:3, 55:4, 57:25, 58:5, 58:7, 59:19

**doctor** [9] - 13:17, 16:23, 28:4, 28:20, 30:17, 36:3, 48:13, 48:17

**doctor's** [1] - 35:17

**doctors** [4] - 13:16, 27:9, 27:10, 30:10

**document** [19] - 11:19, 17:25, 19:5, 21:18, 21:19, 22:4, 29:21, 31:1, 31:9, 31:11, 32:13, 32:14, 41:21, 41:24, 43:16, 43:17, 51:22, 61:11, 68:8

**DOCUMENT** [23] - 1:9, 3:4, 3:11, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:22, 4:16, 5:22, 5:23, 6:3, 6:9, 6:15, 6:18, 7:12

**Document** [2] - 21:16, 30:24

**documentation** [5] - 39:11, 43:7, 45:21, 45:25, 72:18

**documents** [3] - 32:14, 63:8, 72:8

**Doloreen** [1] - 70:3

**DOLOREEN** [1] - 8:3

**Domengeaux** [1] - 54:23

**Domingo** [1] - 42:8

**DOMINGO**................... ......................... [1] - 4:21

**DON** [2] - 6:20, 7:9

**Don** [2] - 66:13, 67:15

**Donald** [2] - 58:18,

61:20
**DONALD** [2] - 6:7,
6:12
**done** [12] - 15:15,
18:14, 18:15, 18:20,
31:4, 32:8, 37:25,
41:14, 42:20, 43:24,
47:12, 67:12
**Dorielle** [6] - 64:4,
65:8, 65:19, 65:22,
65:24, 66:5
**DORIELLE** [1] - 6:16
**DORIS** [1] - 3:9
**Doris** [2] - 14:7, 16:11
**Dorothy** [2] - 64:5,
66:5
**DOROTHY** [1] - 6:17
**Doss** [1] - 11:24
**DOSS**.........................
..................... [1] - 3:7
**double** [1] - 43:8
**doubt** [1] - 27:11
**Douglas** [1] - 69:14
**DOUGLAS** [1] - 7:16
**down** [2] - 23:23,
28:19
**draconian** [1] - 20:9
**DRINKER** [1] - 2:3
**Driscoll** [6] - 19:6,
19:7, 59:19, 59:24,
64:3, 65:13
**drug** [15] - 30:16,
30:17, 30:18, 32:3,
34:16, 36:1, 36:3,
36:5, 36:8, 39:9,
39:10, 47:20
**drugs** [1] - 36:10
**due** [10] - 10:9, 10:24,
17:4, 18:8, 22:12,
22:13, 26:11, 49:23,
67:23, 72:15
**Duenas** [1] - 42:8
**DUENAS**.....................
..................... [1] - 4:22
**Dunn** [1] - 31:9
**DUNN**...........................
..................... [1] - 3:19
**duplicate** [5] - 41:19,
51:24, 57:20, 58:1,
59:7
**duplicative** [2] - 57:3,
58:12
**during** [4] - 15:16,
37:7, 38:25, 45:8

**E**

**e-mail** [1] - 50:20
**e-mailed** [2] - 50:18,

68:4
**e-signed** [2] - 51:4,
51:7
**Earls** [1] - 30:25
**EARLS**.........................
..................... [1] - 3:17
**early** [1] - 47:16
**Eastern** [1] - 74:11
**EASTERN** [1] - 1:2
**easy** [1] - 50:2
**Eaves** [1] - 42:4
**EAVES**.........................
..................... [1] - 4:17
**EBONY** [1] - 5:7
**Ebony** [1] - 42:14
**Edgerly** [1] - 69:21
**EDGERLY**....................
..................... [1] - 7:23
**EDITH** [1] - 3:16
**Edith** [1] - 26:6
**Edward** [1] - 66:12
**EDWARD** [1] - 6:18
**effort** [1] - 11:13
**efforts** [3] - 32:24,
43:25, 61:23
**Eguaras** [1] - 69:21
**EGUARAS**...................
..................... [1] -
7:24
**eight** [3] - 37:15, 41:9,
42:22
**EILEEN** [1] - 4:15
**Eileen** [1] - 41:22
**either** [7] - 12:17,
34:6, 37:21, 38:9,
47:19, 56:1, 67:1
**elderly** [1] - 24:6
**ELDON** [1] - 1:12
**Elsie** [1] - 11:24
**ELSIE** [1] - 3:7
**Elwood** [1] - 54:18
**ELWOOD** [1] - 2:14
**encourage** [2] - 24:11
**ending** [1] - 59:19
**enter** [1] - 65:4
**entered** [1] - 31:5
**entirely** [1] - 13:24
**entirety** [1] - 26:13
**entitled** [3] - 21:1,
23:10, 74:14
**enumerate** [1] - 26:14
**Epperson** [1] - 42:9
**EPPERSON**................
..................... [1] -
4:22
**error** [1] - 56:8
**ESQUIRE** [14] - 1:17,
1:20, 1:24, 2:3, 2:7,
2:11, 2:14, 2:15,

2:15, 2:16, 2:16,
2:17, 2:17, 2:18
**Essig** [1] - 11:21
**ESSIG**...........................
..................... [1] - 3:5
**estate** [8] - 17:10,
61:13, 68:12, 68:14,
71:10, 72:16, 72:17,
72:22
**Estella** [1] - 42:8
**ESTELLA** [1] - 4:22
**ETHEL** [1] - 7:17
**Ethel** [1] - 69:15
**Eugene** [1] - 66:13
**EUGENE** [1] - 6:20
**Evans** [2] - 43:2, 54:1
**EVANS**..........................
......... [1] - 6:4
**EVANS**..........................
..................... [1] - 5:19
**Evelyn** [2] - 70:19,
71:1
**EVELYN** [1] - 8:6
**event** [9] - 10:21, 17:3,
22:17, 28:21, 30:11,
38:25, 41:4, 60:14,
73:12
**evidence** [1] - 36:4
**example** [2] - 19:21,
52:16
**except** [1] - 52:1
**exception** [1] - 13:16
**excuse** [1] - 54:17
**expect** [2] - 34:10,
61:17
**expedite** [1] - 34:25
**experience** [1] - 35:11
**experienced** [4] -
22:19, 37:7, 38:24,
41:4
**explain** [1] - 19:10
**explained** [2] - 71:1,
72:2
**extension** [16] - 11:7,
33:9, 36:23, 38:13,
39:5, 39:16, 63:6,
64:8, 67:20, 71:5,
71:9, 72:10, 72:20,
72:24, 73:1
**extensions** [5] - 44:6,
62:15, 70:15, 70:18,
70:23
**extensive** [2] - 11:3,
39:24
**extra** [2] - 39:18, 51:9

**F**

**fact** [29] - 10:2, 10:10,

12:8, 14:18, 20:4,
22:6, 23:18, 25:4,
26:21, 27:12, 28:5,
29:10, 29:13, 30:14,
31:14, 31:17, 31:18,
31:25, 34:2, 37:3,
37:13, 59:6, 64:6,
65:21, 66:9, 66:12,
67:4, 67:5, 67:13
**Fact** [16] - 10:8, 10:23,
12:5, 16:17, 18:8,
26:11, 26:14, 27:3,
27:23, 37:12, 39:2,
41:7, 45:11, 59:6,
63:19, 73:14
**failed** [4] - 10:15,
10:21, 12:16, 31:18
**failure** [9] - 10:2, 16:4,
24:21, 35:9, 43:18,
44:9, 62:20, 65:11,
66:8
**fairly** [3] - 30:7, 57:4,
57:5
**FALLON** [1] - 1:12
**family** [3] - 44:24,
55:23, 64:14
**far** [4] - 25:11, 49:19,
52:6, 64:21
**fault** [7] - 32:25,
41:13, 43:25, 61:24,
67:14, 69:23
**faxed** [1] - 68:4
**Fears** [1] - 58:20
**February** [4] - 44:11,
51:13
**fees** [3] - 21:20, 21:21,
61:5
**Feller** [1] - 58:19
**Ferrer** [2] - 60:5, 60:25
**few** [3] - 12:7, 18:1,
51:25
**fibrillation** [1] - 10:13
**Fick** [1] - 43:2
**FICK**.............................
.............. [1] - 5:19
**Fifth** [1] - 20:7
**file** [5] - 39:11, 45:19,
49:4, 66:21, 69:8
**filed** [45] - 17:7, 19:25,
33:16, 37:1, 38:21,
40:12, 40:14, 40:22,
41:25, 44:11, 45:4,
45:15, 45:16, 47:6,
51:1, 51:2, 51:24,
52:5, 55:20, 55:21,
56:9, 57:6, 57:20,
57:22, 58:3, 58:4,
58:8, 58:13, 58:15,
58:19, 59:7, 59:17,
59:25, 60:5, 60:16,

62:6, 62:21, 63:21,
68:18, 68:19, 69:6,
70:8, 70:9, 72:13
**files** [1] - 35:24
**filing** [5] - 21:19,
21:21, 24:1, 41:19,
57:3
**fill** [2] - 11:7, 20:1
**filled** [3] - 11:5, 14:14,
50:11
**final** [4] - 31:11, 41:21,
60:2, 68:8
**finally** [1] - 50:5
**fine** [5] - 52:9, 53:22,
55:14, 55:16, 58:6
**finishing** [1] - 73:13
**Firm** [14] - 12:23, 13:1,
18:5, 19:7, 22:9,
26:7, 33:10, 59:19,
59:25, 60:9, 64:3,
68:18, 68:21, 70:8
**firm** [14] - 10:4, 14:13,
14:16, 15:1, 21:9,
28:15, 35:2, 36:22,
39:10, 40:12, 40:15,
51:5, 54:23, 62:6
**firm's** [1] - 56:8
**firms** [6] - 23:13,
59:17, 60:4, 61:5,
61:22, 68:3
**first** [56] - 10:1, 15:1,
15:23, 19:14, 23:11,
26:23, 26:24, 27:3,
29:25, 30:14, 33:16,
33:17, 34:2, 34:5,
35:8, 37:12, 37:15,
39:2, 40:24, 41:7,
41:9, 44:11, 45:2,
45:4, 45:6, 45:11,
45:13, 45:19, 45:24,
47:7, 48:1, 53:17,
53:23, 54:14, 57:9,
57:11, 57:14, 57:15,
57:22, 57:23, 58:11,
61:12, 62:21, 62:24,
63:14, 63:18, 65:8,
65:11, 65:15, 66:9,
67:20, 68:11, 68:12,
73:6, 73:13
**five** [3] - 31:18, 61:19,
67:11
**flag** [1] - 37:24
**Fleming** [1] - 61:20
**FLEMING**....................
..................... [1] -
6:11
**flexible** [1] - 48:12
**Flint** [4] - 12:22, 13:1,
13:4
**FLINT** [5] - 2:16, 13:4,

15:8, 15:11, 17:22
**Flossie** [1] - 70:2
**FLOSSIE** [1] - 8:3
**Flowers** [3] - 38:3, 38:11, 38:14
**FLOWERS**..................
..................................... [1] - 4:13
**Fluid** [1] - 54:24
**focus** [3] - 30:20, 50:8, 52:10
**focused** [1] - 49:24
**folks** [2] - 17:5, 64:18
**following** [8] - 11:20, 17:15, 32:17, 32:25, 42:19, 43:19, 43:21, 61:19
**FOR** [2] - 1:16, 1:23
**foregoing** [1] - 74:12
**form** [8] - 23:15, 24:11, 24:13, 29:2, 64:9, 64:10, 64:23
**format** [1] - 21:2
**forms** [1] - 28:25
**Forrest** [1] - 32:19
**FORREST**.....................
....................... [1] - 3:25
**forth** [3] - 19:23, 20:9, 64:19
**forward** [6] - 21:11, 24:3, 27:4, 27:13, 29:23, 72:8
**Foster** [1] - 42:9
**FOSTER**.....................
.............. [1] - 4:23
**Fountain** [1] - 32:19
**FOUNTAIN**..................
....................................... [1] - 3:25
**four** [7] - 11:20, 33:8, 37:2, 37:11, 61:22, 62:14, 66:20
**fourth** [1] - 44:16
**Fowler** [1] - 42:9
**FOWLER**......................
...................... [1] - 4:23
**frame** [3] - 37:7, 38:25, 45:9
**FRANCIS** [2] - 7:15, 7:23
**Francis** [2] - 69:14, 69:21
**Frank** [3] - 42:16, 49:12, 49:16
**FRANK** [2] - 5:11, 6:2
**frankly** [2] - 35:15, 35:21
**Fred** [1] - 31:11
**FRED** [1] - 3:20

**Freeman** [2] - 11:25, 42:10
**FREEMAN**..................
.....................................
4:24
**FREEMAN**..................
........................... [1] - 3:7
**Friday** [1] - 13:8
**Friesen** [1] - 69:15
**FRIESEN**......................
............................... [1] - 7:16
**front** [1] - 23:25
**full** [1] - 10:8
**fully** [5] - 12:5, 12:8, 23:17, 25:13, 70:18

## G

**Gaines** [1] - 42:10
**GAINES**.........................
........................... [1] - 4:24
**game** [3] - 48:9, 48:10, 48:11
**gaps** [1] - 20:1
**Gates** [1] - 69:15
**GATES**...........................
.............................. [1] - 7:17
**generally** [1] - 56:23
**Geneva** [1] - 32:21
**GENEVA** [1] - 4:3
**gentleman** [1] - 63:4
**gentlemen** [1] - 9:9
**George** [1] - 61:25
**GEORGE**.....................
.............................. [1] - 6:13
**GEORGINE** [1] - 8:10
**Georgine** [2] - 70:21, 71:2
**GERALD** [1] - 7:25
**Gerald** [1] - 61:22
**Gilley** [1] - 67:15
**GILLEY**.........................
................................ [1] - 7:9
**Giordano** [1] - 66:14
**GIORDANO**..................
.....................................
6:21
**given** [8] - 11:1, 20:4, 33:18, 33:19, 35:18, 67:3, 73:6, 73:8
**GLENN** [1] - 8:7
**Glenn** [3] - 70:19, 71:1, 71:10
**go-round** [2] - 23:11, 37:23
**GOOD**..........................
**Goodwin** [5] - 54:3, 54:19, 54:21, 54:22,

55:2
**GOODWIN**...................
.................................... [1] - 6:4
**Graham** [1] - 66:14
**GRAHAM**......................
.....................................
6:22
**Grant** [2] - 14:7, 16:11
**grant** [5] - 63:23, 72:10, 73:1, 73:9, 73:20
**GRANT**..........................
.............................. [1] - 3:9
**granted** [4] - 62:9, 62:22, 64:7, 71:8
**GREGORY** [1] - 6:13
**Gregory** [1] - 61:25
**Grohn** [1] - 42:10
**GROHN**..........................
............................... [1] - 4:25
**ground** [1] - 57:7
**Group** [1] - 71:19
**guess** [2] - 49:3, 72:17
**guidance** [2] - 52:11, 52:14
**Gusewell** [1] - 42:23
**GUSEWELL**..................
............................... [1] - 5:15

## H

**Hagin** [1] - 69:5
**HAGIN**..........................
.............................. [1] - 7:14
**HAIR** [1] - 2:6
**Hair** [1] - 49:13
**Halena** [1] - 42:7
**HALENA** [1] - 4:19
**HALL** [1] - 5:20
**Hall** [3] - 42:10, 42:11, 43:3
**Hall-Wilson** [1] - 43:3
**HALL-WILSON**.........
................................... [1] -
5:20
**HALL**............................
.............................. [1] - 4:25
**HALL**............................
.............................. [1] - 5:1
**halted** [1] - 11:17
**hand** [4] - 19:19, 24:9, 47:21, 72:7
**handle** [2] - 24:2
**handling** [1] - 13:6
**Haney** [1] - 31:11
**HANEY**.........................
................................ [1] - 3:20
**happy** [2] - 26:14,

55:8
**hard** [3] - 23:10, 53:3, 65:14
**harm** [1] - 35:5
**Harrell** [1] - 67:16
**HARRELL**......................
.................................... [1] -
7:10
**Harris** [3] - 14:7, 16:11, 61:20
**HARRIS**..........................
.............................. [1] - 3:9
**HARRIS**..........................
..................................
6:11
**Harrison** [1] - 67:16
**HARRISON**...................
.......................... [1] - 7:11
**Hartman** [1] - 61:20
**HARTMAN**.................. [1] -
6:12
**Harvey** [1] - 33:4
**HARVEY**.......................
.................................... [1] - 4:7
**Hattie** [4] - 54:3, 54:18, 54:19, 54:21
**HATTIE** [1] - 6:4
**HB-275** [1] - 2:21
**Headley** [1] - 54:6
**HEADLEY**......................
.............................. [1] - 6:5
**health** [1] - 72:3
**healthcare** [5] - 15:25, 27:1, 27:2, 46:21, 49:2
**hear** [1] - 59:9
**HEARD** [1] - 1:12
**heard** [8] - 9:24, 15:10, 33:17, 33:18, 59:4, 60:18, 62:21, 70:11
**hearing** [23] - 33:17, 33:19, 33:20, 35:15, 37:16, 42:3, 43:11, 43:12, 44:8, 44:12, 44:13, 44:15, 58:24, 61:18, 62:19, 62:22, 67:4, 67:21, 68:11, 68:15, 70:11, 73:7
**hearings** [2] - 49:24, 51:21
**heart** [1] - 47:14
**Heasley** [1] - 69:15
**HEASLEY**......................
.................................... [1] -
7:17
**heirs** [3] - 42:1, 55:24, 70:9
**held** [1] - 72:15

**Helene** [1] - 54:6
**HELENE** [1] - 6:5
**help** [4] - 44:24, 46:2, 50:20, 72:23
**helping** [1] - 52:7
**Henry** [1] - 62:1
**HENRY** [1] - 6:14
**hereby** [1] - 74:11
**HERMAN** [2] - 1:16
**Hernandez** [1] - 66:14
**HERNANDEZ**.............
.....................................
6:22
**higher** [1] - 55:3
**Hill** [3] - 44:2, 62:1, 66:15
**HILL**..............................
.......................... [1] - 5:25
**HILL**..............................
.............................. [1] - 6:14
**HILL**..............................
.............................. [1] - 6:23
**Hilton** [1] - 31:2
**HILTON**........................
.............................. [1] - 3:18
**himself** [3] - 21:7, 38:16, 63:10
**hired** [1] - 73:17
**hit** [1] - 56:20
**hold** [2] - 49:3, 49:5
**Holder** [1] - 70:2
**HOLDER**......................
.................................... [1] - 8:2
**Holt** [1] - 66:15
**HOLT**............................
.............................. [1] - 6:23
**home** [1] - 65:4
**HOMER** [1] - 6:21
**Homer** [1] - 66:14
**honestly** [1] - 63:2
**Honor** [219] - 9:14, 9:16, 9:21, 10:1, 10:6, 11:1, 11:15, 11:16, 11:23, 12:1, 12:22, 14:11, 14:19, 17:7, 17:17, 17:21, 17:22, 17:24, 17:25, 18:6, 18:11, 18:16, 18:18, 19:4, 19:5, 20:20, 21:15, 21:18, 21:20, 21:23, 22:4, 22:5, 22:11, 23:12, 24:15, 25:13, 25:17, 25:19, 26:4, 26:5, 26:6, 26:7, 26:9, 26:17, 26:18, 27:6, 28:2, 28:14, 29:10, 29:16, 29:24, 30:23, 30:24, 31:1, 31:7, 31:8, 31:10, 31:12,

31:13, 32:9, 32:10, 32:13, 32:15, 32:23, 33:8, 33:9, 33:12, 33:14, 33:15, 34:19, 35:3, 35:13, 36:15, 36:21, 36:22, 37:19, 38:1, 38:2, 38:4, 38:5, 38:19, 39:20, 40:11, 40:14, 40:16, 40:21, 41:17, 41:19, 41:23, 41:25, 42:5, 42:19, 42:25, 43:4, 43:11, 43:12, 43:14, 43:16, 43:18, 43:23, 44:4, 44:5, 44:7, 47:25, 48:20, 49:11, 49:12, 49:15, 49:17, 51:4, 51:12, 51:17, 51:19, 51:22, 51:23, 51:25, 52:1, 52:3, 52:13, 52:16, 52:24, 53:9, 53:20, 54:15, 54:18, 54:19, 55:8, 55:18, 55:19, 55:20, 55:22, 56:5, 56:7, 56:13, 56:17, 58:17, 58:18, 58:21, 58:25, 59:4, 59:12, 59:16, 59:17, 59:19, 59:23, 60:2, 60:6, 60:23, 61:3, 61:9, 61:11, 61:13, 61:22, 62:4, 62:5, 62:8, 62:11, 62:13, 62:14, 62:18, 63:12, 63:25, 64:1, 64:2, 64:6, 65:18, 66:3, 66:4, 66:7, 66:9, 66:20, 66:24, 67:3, 67:5, 67:9, 67:10, 67:11, 67:13, 67:18, 67:19, 67:23, 68:7, 68:8, 68:10, 68:17, 68:19, 68:22, 68:25, 69:4, 69:5, 69:6, 69:12, 69:13, 69:18, 69:23, 69:24, 70:6, 70:7, 70:13, 70:14, 70:22, 71:17, 71:18, 71:21, 72:9, 72:11, 72:12, 72:14, 72:15, 72:24, 73:3, 73:5, 73:15, 73:17, 73:21, 73:23
**HONORABLE** [1] - 1:12
**hopefully** [1] - 32:11
**hoping** [1] - 34:17
**hospitalized** [1] - 65:4
**House** [1] - 69:15
**HOUSE**....................

.................... [1] - 7:18
**HOWARD** [1] - 6:4
**Howard** [2] - 53:24, 54:1
**Hudson** [1] - 70:2
**HUDSON**....................
.................... [1] - 8:2
**hundreds** [1] - 29:21
**hung** [1] - 56:20
**husband** [1] - 54:21
**Huxable** [1] - 42:11
**HUXABLE**....................
.................... [1] - 5:1
**Hymel** [1] - 66:22
**HYMEL**....................
.................... [1] - 7:6
**hypertension** [1] - 10:14

**I**

**idea** [1] - 39:22
**identical** [1] - 12:11
**identification** [4] - 15:25, 27:1, 27:2, 31:19
**identified** [3] - 28:20, 30:10, 52:4
**identify** [1] - 27:5
**ignores** [1] - 49:2
**immediately** [1] - 15:15
**impacts** [2] - 57:22, 57:23
**important** [5] - 21:13, 25:6, 25:10, 35:3, 73:2
**IN** [2] - 1:4, 5:24
**inadvertent** [1] - 56:8
**inadvertently** [1] - 41:20
**inaudible** [1] - 72:1
**inclination** [1] - 20:13
**included** [1] - 38:8
**includes** [1] - 23:17
**including** [5] - 13:21, 30:8, 31:19, 31:22, 35:21
**inconvenience** [1] - 22:1
**incumbent** [1] - 29:1
**indicate** [1] - 13:20
**indication** [1] - 10:15
**individual** [1] - 20:17
**individually** [1] - 32:15
**information** [65] - 10:25, 11:7, 11:10, 13:25, 15:3, 15:24,

17:4, 18:7, 20:5, 20:11, 20:24, 21:1, 21:6, 22:12, 22:13, 22:14, 22:15, 22:17, 22:20, 22:23, 25:11, 26:20, 27:7, 27:18, 27:23, 28:12, 28:23, 29:12, 29:14, 30:4, 30:12, 30:15, 31:17, 31:22, 31:23, 33:23, 34:1, 34:5, 34:16, 35:14, 37:11, 37:17, 39:4, 39:24, 41:12, 45:5, 45:10, 45:16, 45:21, 45:23, 46:5, 46:9, 47:10, 50:21, 51:16, 62:23, 63:13, 63:18, 65:12, 65:16, 67:24, 68:1, 71:3, 71:5, 73:11
**ingestion** [1] - 47:20
**injuries** [2] - 37:8, 46:8
**injury** [11] - 13:18, 27:7, 28:10, 38:24, 41:4, 44:23, 45:8, 47:8, 60:15, 63:17, 67:24
**instance** [1] - 48:1
**instances** [2] - 12:7, 12:9
**instead** [1] - 25:21
**instructed** [1] - 19:21
**instructions** [1] - 10:18
**intake** [1] - 45:22
**intention** [1] - 58:10
**interfere** [1] - 58:11
**interim** [1] - 16:17
**interrogatories** [1] - 25:14
**investigator** [1] - 73:18
**involved** [3] - 30:19, 44:24, 61:5
**involves** [1] - 57:11
**Irpino** [2] - 68:18, 68:21
**ischemic** [2] - 60:15, 60:17
**ISOLINA** [1] - 6:7
**Isolina** [2] - 56:6, 56:19
**issue** [15] - 12:20, 15:15, 23:5, 23:12, 23:14, 24:20, 24:21, 28:1, 29:4, 34:20, 36:12, 39:22, 60:13, 68:14
**issues** [12] - 14:15,

19:11, 21:13, 23:22, 23:25, 29:18, 30:19, 30:20, 34:13, 53:10, 72:15
**items** [1] - 37:3
**itself** [1] - 23:9

**J**

**Jackson** [1] - 66:15
**JACKSON**....................
.................... [1] - 6:24
**Jacob** [3] - 13:4, 15:7, 69:15
**JACOB** [2] - 2:16, 7:16
**Jacobson** [1] - 67:21
**JACOBSON**....................
.................... [1] - 7:11
**JACQUELINE** [4] - 3:8, 6:17, 7:4, 7:10
**Jacqueline** [11] - 13:13, 14:4, 14:6, 15:2, 15:9, 15:21, 16:11, 64:5, 66:5, 66:18, 67:15
**James** [1] - 66:23
**JAMES**....................
.................... [1] - 7:6
**Jamie** [1] - 42:9
**JAMIE** [1] - 4:22
**Janet** [1] - 54:11
**JANET** [1] - 6:6
**JANIS** [1] - 4:16
**Janis** [1] - 42:3
**January** [4] - 37:1, 40:23, 63:14, 63:22
**Jaser** [1] - 69:16
**JASER**....................
.................... [1] - 7:18
**JAYNE** [1] - 3:24
**Jayne** [1] - 32:19
**JEAN** [1] - 7:15
**Jean** [1] - 69:14
**Jeffrey** [2] - 11:22, 42:11
**JEFFREY** [1] - 3:6
**JEFFREY**....................
.................... [1] - 5:2
**JENNIFER** [2] - 5:22, 7:1
**Jennifer** [3] - 43:6, 43:9, 66:17
**Jenny** [1] - 69:17
**JENNY** [1] - 7:21
**Jensen** [1] - 69:16
**JENSEN**....................
.................... [1] - 7:19
**Jerry** [4] - 43:22,

66:14, 68:16, 69:17
**JERRY** [4] - 5:24, 6:22, 7:13, 7:21
**Jesse** [1] - 69:16
**JESSE** [1] - 7:20
**Jessica** [2] - 14:6, 16:11
**JESSICA** [1] - 3:8
**JESSIE** [1] - 7:17
**Jessie** [1] - 69:15
**JOAN** [1] - 7:5
**Joan** [1] - 66:18
**Joe** [1] - 32:22
**JOE** [1] - 4:4
**John** [8] - 19:6, 33:3, 38:3, 38:11, 38:14, 42:13, 54:22, 55:2
**JOHN** [4] - 1:24, 4:5, 4:13, 5:6
**Johnnie** [3] - 66:15, 68:17, 69:1
**JOHNNIE** [2] - 6:23, 7:14
**Johnson** [4] - 22:9, 26:7, 31:12, 71:19
**join** [1] - 52:22
**joined** [1] - 57:9
**Jones** [4] - 17:25, 18:9, 42:11, 42:12
**JONES**....................
.................... [1] - 5:3
**JONES**....................
.................... [1] - 3:11
**JONES**....................
.................... [1] - 5:2
**Jorge** [1] - 43:20
**JORGE** [1] - 5:24
**Joseph** [1] - 31:9
**JOSEPH** [1] - 3:19
**JOYCE** [1] - 6:11
**Joyce** [1] - 61:20
**JUDGE** [1] - 1:13
**judge** [2] - 19:12, 57:1
**Judge** [7] - 20:2, 20:16, 28:24, 58:16, 59:24, 61:10, 64:24
**judicata** [1] - 57:13
**July** [6] - 19:24, 33:19, 39:6, 44:13, 62:22, 64:13
**jump** [1] - 65:18
**June** [1] - 62:21
**jurisdictions** [1] - 59:1
**Justin** [1] - 18:4

**K**

**KAREN** [2] - 4:4, 6:19
**Karen** [2] - 32:21,

66:13
**KASSIE** [1] - 2:7
**Kassie** [1] - 49:16
**KATHERINE** [1] - 6:2
**Katherine** [4] - 44:6, 44:19, 45:1, 46:19
**KATZ** [1] - 1:16
**KAY** [1] - 7:9
**Kay** [1] - 67:15
**keep** [1] - 9:23
**KEITH** [1] - 7:24
**Keith** [1] - 69:21
**KELVIN** [1] - 6:14
**Kelvin** [1] - 62:1
**Kendrick** [1] - 32:20
**KENDRICK**...............
.................... [1] - 4:1
**Kennedy** [1] - 42:12
**KENNEDY**.................
.......................... [1] - 5:3
**KENNETH** [1] - 7:5
**Kenneth** [1] - 66:19
**KENNY** [1] - 7:4
**Kenny** [1] - 66:18
**Keppeler** [6] - 49:12, 49:16, 50:3, 50:16, 50:24, 51:7
**Keppeler's** [5] - 49:21, 49:25, 50:9, 50:12, 51:3
**KEPPELER**...............
.................... [1] - 6:2
**Kevin** [1] - 70:3
**KEVIN** [1] - 8:5
**key** [6] - 21:1, 22:14, 22:21, 27:19, 28:18, 30:12
**kidney** [1] - 10:14
**kind** [1] - 49:9
**kinds** [1] - 63:11
**King** [1] - 66:16
**KING**...........................
.......... [1] - 6:25
**Knapp** [1] - 66:15
**KNAPP**.......................
.................... [1] - 6:24
**knowing** [1] - 15:16
**knowledge** [1] - 40:14
**knows** [2] - 35:13, 65:2
**Koppang** [1] - 33:5
**KOPPANG**.................
.................... [1] - 4:8
**Kristi** [2] - 70:20, 71:2
**KRISTI** [1] - 8:8
**Krueger** [1] - 69:21
**KRUEGER**.................

66:13
**Kruse** [1] - 56:18
**KRUSE** [5] - 2:15, 56:18, 57:1, 58:8, 58:16
**Kyle** [2] - 10:4, 22:8

# L

**LA** [5] - 1:18, 1:25, 2:8, 2:12, 2:22
**lack** [1] - 49:20
**ladies** [1] - 9:8
**Lafayette** [1] - 54:23
**LANCE** [1] - 6:1
**Lance** [4] - 44:6, 44:19, 44:21, 45:2
**LANDIS** [1] - 6:25
**Landis** [1] - 66:16
**Landis-King** [1] - 66:16
**LANDIS-KING**...........
.......................... [1] - 6:25
**Landrum** [1] - 33:5
**LANDRUM**...................
.......................... [1] - 4:8
**Lane** [6] - 64:4, 65:8, 65:19, 65:22, 65:24, 66:5
**LANE**...............................
.................... [1] - 6:16
**large** [1] - 31:24
**LARRY** [1] - 8:6
**Larry** [1] - 70:7
**last** [15] - 13:16, 13:19, 17:24, 20:1, 20:9, 21:10, 25:19, 37:23, 45:12, 49:23, 54:11, 62:14, 63:24, 65:14, 67:19
**late** [2] - 15:3, 73:11
**LATRESA** [1] - 5:10
**Latresa** [1] - 42:15
**Law** [12] - 12:23, 13:1, 13:4, 22:9, 26:7, 31:12, 33:10, 60:9, 68:18, 68:21, 70:8, 71:19
**LAWN** [1] - 1:21
**lawsuit** [1] - 25:6, 32:6, 41:15
**lawsuits** [1] - 52:5
**lawyer** [3] - 25:15, 47:12, 47:13
**lawyers** [3] - 25:9, 50:11, 55:1
**lay** [1] - 45:3

**Leary** [1] - 66:16
**LEARY**.......................
.................... [1] - 6:25
**least** [4] - 11:13, 23:10, 31:18, 49:18
**Lee** [1] - 70:3
**LEE** [1] - 8:4
**legitimate** [1] - 28:1
**Lemley** [1] - 42:12
**LEMLEY**......................
.......................... [1] - 5:4
**lengthy** [1] - 72:14
**Lenze** [2] - 33:10, 33:13
**Leona** [1] - 42:10
**LEONA** [1] - 4:25
**Leonard** [1] - 61:25
**LEONARD** [2] - 1:17, 6:13
**LEONORA** [1] - 5:20
**Leonora** [1] - 43:3
**letter** [8] - 15:23, 16:3, 16:7, 16:15, 28:22, 36:2, 40:23, 48:13
**LIABILITY** [1] - 1:5
**Liability** [1] - 9:11
**liaison** [1] - 12:10
**lieu** [1] - 12:11
**lifetime** [1] - 27:21
**likely** [1] - 11:9
**likewise** [1] - 21:6
**Lillian** [1] - 42:14
**LILLIAN** [1] - 5:8
**Lilly** [1] - 42:12
**LILLY**...........................
.......................... [1] - 5:4
**limited** [9] - 14:1, 15:3, 15:4, 24:17, 30:7, 34:1, 41:6, 53:15, 67:25
**LINDA** [3] - 3:4, 5:1, 7:7
**Linda** [3] - 10:1, 42:11, 66:23
**line** [12] - 10:4, 11:2, 13:1, 20:2, 26:16, 26:18, 33:10, 43:10, 58:22, 58:24, 60:9, 64:3
**list** [3] - 16:1, 43:15, 52:5
**listed** [5] - 11:20, 21:19, 40:24, 41:20, 66:8
**listen** [1] - 15:19
**litigation** [3] - 36:6, 36:20, 56:24
**Litigation** [1] - 9:11
**LITIGATION** [1] - 1:5

**locate** [1] - 73:19
**located** [1] - 49:6
**locating** [3] - 42:1, 70:9, 73:17
**LOGAN** [1] - 2:4
**Longone** [1] - 42:13
**LONGONE**..................
.......................... [1] - 5:5
**look** [3] - 46:7, 51:2, 60:7
**looking** [1] - 30:12
**looks** [3] - 17:18, 40:7, 40:8
**Lopez** [1] - 60:5
**lose** [1] - 65:5
**lost** [2] - 22:18, 72:18
**Lou** [1] - 70:4
**LOU** [1] - 8:5
**LOUISIANA** [2] - 1:2, 1:7
**Louisiana** [2] - 74:10, 74:11
**Love** [1] - 42:13
**LOVE**...........................
.......................... [1] - 5:5
**Lovenox** [1] - 22:25
**lower** [1] - 55:4
**Lucy** [1] - 42:7
**LUCY** [1] - 4:20
**Lugo** [1] - 66:16
**LUGO**...........................
.............. [1] - 7:1
**Lundy** [1] - 54:8
**LUNDY**........................
.......................... [1] - 6:5
**Lynch** [1] - 10:1
**LYNCH**.......................
.................... [1] - 3:4

# M

**MABEL** [1] - 4:6
**Mabel** [1] - 33:4
**Mae** [1] - 31:2
**MAE** [1] - 3:18
**mail** [2] - 50:20, 64:18
**mailed** [2] - 50:18, 68:4
**malady** [4] - 30:17, 36:12, 47:19
**MALCOLM** [1] - 4:1
**Malcolm** [1] - 32:20
**man** [1] - 46:10
**Mancebo** [1] - 42:13
**MANCEBO**..................
.......................... [1] - 5:6
**March** [2] - 14:21,

44:12
**MARIA** [1] - 5:25
**Maria** [1] - 44:2
**Marion** [1] - 69:16
**MARION** [1] - 7:19
**Marks** [2] - 32:20, 59:16
**MARKS**.......................
.......................... [1] - 4:1
**MARKS**.......................
.................... [1] - 6:8
**Marlo** [1] - 44:2
**MARLO** [1] - 6:1
**MARTHA** [1] - 5:8
**Martha** [1] - 42:14
**Martin** [4] - 38:3, 39:7, 42:13, 67:22
**MARTIN**......................
.......................... [1] - 4:14
**MARTIN**......................
.................... [1] - 7:12
**MARTIN**......................
.................... [1] - 5:6
**MARVIN** [1] - 3:11
**Marvin** [2] - 17:25, 18:9
**MARY** [8] - 3:23, 3:24, 4:2, 5:1, 5:16, 6:11, 7:2, 8:5
**Mary** [8] - 32:18, 32:20, 42:11, 42:23, 61:20, 66:17, 70:4
**Mast** [1] - 69:16
**MAST**...........................
.................... [1] - 7:19
**master** [1] - 53:4
**material** [3] - 17:20, 23:6, 40:5
**matter** [10] - 22:7, 28:24, 55:2, 59:6, 61:4, 61:16, 62:7, 64:22, 71:11, 74:14
**matters** [2] - 23:23, 24:4
**MAUDE** [1] - 5:2
**Maude** [1] - 42:11
**Maynard** [4] - 14:7, 16:19, 17:8, 17:9
**MAYNARD**.................
.......................... [1] - 3:10
**McCain** [1] - 32:20
**MCCAIN**......................
.................... [1] - 4:2
**MCCALL** [1] - 1:23
**McCormack** [1] - 42:23
**MCCORMACK**...........
.......................... [1] - 5:16

McCorvey [1] - 54:20
**MCCORVEY** [2] - 2:15, 55:15
McDavid [1] - 32:20
**MCDAVID**...................
.................. [1] - 4:2
McDowell [1] - 41:18
**MCDOWELL**...............
.................. [1] - 4:15
McGee [1] - 33:14
**MCGEE** [4] - 2:17, 33:14, 34:9, 34:17
McHugh [1] - 60:5
McKnight [8] - 44:6, 44:19, 45:1, 46:19, 47:2, 47:6, 49:7
**MCKNIGHT**...............
.................. [1] - 6:2
McQueen [1] - 66:17
**MCQUEEN**...............
.................. [1] - 7:1
McRae [1] - 69:16
**MCRAE**.....................
.................. [1] - 7:20
**MDL** [11] - 9:10, 13:11, 13:13, 50:6, 51:6, 51:10, 55:21, 59:13, 60:1, 60:14, 60:16
**mean** [11] - 11:2, 12:24, 15:22, 18:19, 23:9, 27:6, 28:5, 29:4, 39:13, 46:17, 53:14
**meaning** [3] - 52:15, 61:13, 68:13
**means** [4] - 20:6, 20:12, 65:20, 70:16
**meant** [2] - 40:1, 56:19
**meantime** [1] - 11:16
**MECHANICAL** [1] - 2:24
**medical** [17] - 19:19, 20:6, 21:4, 27:8, 27:16, 28:8, 28:12, 34:19, 49:20, 49:25, 50:2, 50:4, 50:5, 50:9, 50:22, 70:17, 71:22
**medication** [3] - 10:18, 13:19, 25:5
**medications** [4] - 10:20, 15:25, 22:16, 31:23
**Medley** [1] - 42:14
**MEDLEY**...................
.................. [1] - 5:7
**meet** [1] - 24:19
**Melanie** [2] - 32:20,
69:16
**MELANIE** [2] - 4:1, 7:19
**Melody** [1] - 67:21
**MELODY** [1] - 7:11
**members** [1] - 64:14
**memory** [1] - 44:23
**Merced** [1] - 33:4
**MERCED**...................
.................. [1] - 4:7
**MERIL** [1] - 6:10
**Meril** [1] - 61:12
**merit** [1] - 57:22
**Merit** [2] - 74:9, 74:18
**MERIT** [1] - 2:21
**merits** [2] - 57:13, 57:23
**Mesta** [1] - 33:5
**MESTA**...................
.................. [1] - 4:9
**Meunier** [1] - 14:22
**MICHAEL** [1] - 2:15
**Michael** [1] - 56:18
**might** [5] - 18:19, 30:6, 39:18, 48:24, 54:17
**MILER** [10] - 10:6, 18:11, 22:11, 24:15, 26:24, 31:15, 36:21, 38:12, 38:19, 58:6
**Miller** [5] - 9:16, 11:21, 14:15, 33:6, 55:21
**MILLER** [64] - 2:3, 9:16, 11:16, 12:1, 13:12, 14:4, 14:19, 15:1, 15:22, 16:10, 16:19, 18:6, 18:16, 19:3, 20:21, 25:1, 25:13, 25:25, 26:9, 27:17, 28:17, 30:3, 30:22, 31:7, 33:15, 35:8, 35:19, 36:25, 38:1, 39:20, 40:17, 40:20, 43:14, 44:7, 45:2, 47:1, 47:6, 47:25, 48:20, 48:24, 51:12, 52:3, 52:10, 53:6, 53:20, 53:23, 55:8, 57:19, 58:9, 59:4, 59:23, 62:10, 62:18, 63:12, 65:8, 67:9, 67:23, 68:25, 70:25, 71:12, 71:15, 72:21, 73:10, 73:23
**MILLER**...................
.................. [1] - 4:9
**MILLER**...................
.................. [1] - 3:6
**milligrams** [1] - 19:22
**mind** [1] - 18:22

**minimum** [1] - 16:13
**minor** [1] - 20:4
**missed** [1] - 56:20
**missing** [21] - 10:10, 10:17, 22:14, 22:17, 22:20, 23:3, 26:12, 27:1, 27:18, 28:18, 30:6, 33:11, 36:24, 37:2, 45:6, 49:14, 49:22, 62:23, 69:2, 73:12
**Monday** [1] - 13:9
**months** [8] - 21:10, 35:8, 37:15, 41:9, 63:20, 63:21, 65:14, 65:15
**months'** [1] - 35:12
**moot** [4] - 58:3, 58:4, 58:7, 58:14
**Morales** [1] - 43:20
**MORALES**...................
.................. [1] - 5:24
**Moreno** [2] - 70:20, 71:2
**MORENO**...................
.................. [1] - 8:8
**Morgan** [1] - 61:12
**MORGAN**...................
.................. [1] - 6:10
**morning** [12] - 9:8, 9:14, 9:16, 9:22, 21:22, 38:5, 49:15, 68:4, 71:17, 71:18, 71:19, 71:20
**Moseley** [1] - 11:22
**MOSELEY**...................
.................. [1] - 3:6
**most** [2] - 38:7, 52:1
**mother** [2] - 52:22, 72:6
**motion** [19] - 12:2, 12:15, 26:24, 33:16, 40:12, 40:15, 40:18, 44:11, 49:4, 49:8, 53:6, 62:6, 62:21, 68:19, 68:20, 69:6, 69:8, 69:10, 72:14
**motions** [3] - 24:1, 24:17, 25:25
**Mott** [1] - 42:23
**MOTT**...................
.................. [1] - 5:16
**move** [9] - 21:11, 24:3, 24:25, 27:4, 29:23, 32:10, 32:11, 72:8, 72:23
**moving** [1] - 27:13
**MR** [30] - 13:4, 15:8, 15:11, 17:22, 19:8,

19:12, 20:16, 20:20, 23:12, 24:22, 25:17, 28:24, 29:7, 29:10, 29:24, 35:13, 35:20, 54:17, 55:14, 55:15, 55:17, 56:18, 57:1, 58:8, 58:16, 64:6, 66:3, 71:17, 71:21, 72:12
**MS** [181] - 9:14, 9:16, 9:21, 10:6, 11:1, 11:15, 11:16, 11:19, 12:1, 12:21, 13:12, 14:4, 14:5, 14:11, 14:19, 15:1, 15:7, 15:22, 16:10, 16:19, 17:6, 17:17, 17:21, 17:24, 18:6, 18:10, 18:11, 18:16, 18:18, 18:24, 19:3, 19:4, 19:10, 20:21, 21:15, 22:3, 22:11, 24:15, 25:1, 25:13, 25:19, 25:25, 26:4, 26:9, 26:17, 26:24, 27:6, 27:17, 28:2, 28:17, 29:9, 29:16, 30:3, 30:22, 30:23, 31:5, 31:7, 31:8, 31:15, 32:9, 33:14, 33:15, 34:9, 34:17, 34:19, 35:8, 35:19, 36:15, 36:21, 36:22, 36:25, 37:19, 38:1, 38:2, 38:5, 38:12, 38:13, 38:19, 39:5, 39:20, 40:1, 40:10, 40:11, 40:17, 40:20, 41:17, 43:14, 43:15, 44:4, 44:7, 44:18, 45:2, 45:19, 46:16, 47:1, 47:3, 47:6, 47:25, 48:5, 48:14, 48:17, 48:19, 48:20, 48:24, 49:1, 49:4, 49:7, 49:10, 49:11, 49:15, 51:12, 51:17, 51:19, 52:3, 52:10, 52:13, 53:6, 53:9, 53:20, 53:23, 54:15, 55:8, 55:18, 56:5, 56:17, 56:22, 57:19, 58:6, 58:9, 58:17, 59:4, 59:12, 59:15, 59:23, 60:2, 60:11, 60:22, 60:25, 61:3, 61:9, 61:10, 61:11, 62:4, 62:10, 62:13, 62:18, 62:25, 63:12, 63:20, 63:25, 64:1, 65:8, 65:18, 66:4, 66:7,

67:9, 67:10, 67:18, 67:23, 68:2, 68:7, 68:25, 69:4, 69:12, 70:6, 70:13, 70:25, 71:7, 71:12, 71:13, 71:15, 71:16, 72:11, 72:13, 72:21, 72:24, 73:3, 73:10, 73:15, 73:21, 73:23
**MUHAMMAD** [1] - 7:8
**Muhammad** [2] - 66:25, 67:1, 67:7
**Mull** [1] - 32:21
**MULL**...................
.................. [1] - 4:3
**multiple** [3] - 20:1, 28:9, 59:5
**Munoz** [1] - 44:2
**MUNOZ**...................
.................. [1] - 5:25
**mute** [1] - 56:19
**Myrtis** [1] - 42:13
**MYRTIS** [1] - 5:6

# N

**Nachawati** [1] - 58:20
**namely** [1] - 20:6
**names** [3] - 14:25, 29:11, 66:11
**Nancy** [1] - 66:14
**NANCY** [1] - 6:21
**Narh** [1] - 42:14
**NARH**...................
.................. [1] - 5:7
**narrow** [3] - 37:11, 39:2, 63:18
**Nassar** [1] - 69:16
**NASSAR** [1] - 7:18
**NATCHITOCHES** [1] - 2:12
**Naysmith** [1] - 66:23
**NAYSMITH**...............
.................. [1] - 7:7
**necessary** [1] - 29:22
**need** [25] - 11:5, 12:9, 14:13, 14:16, 15:23, 17:25, 20:15, 20:22, 24:25, 26:8, 28:15, 31:13, 31:22, 35:6, 38:18, 51:9, 51:11, 51:25, 52:11, 52:14, 56:2, 59:9, 60:3, 65:16, 67:24
**needs** [6] - 15:21, 23:16, 23:17, 27:5, 28:13, 40:5
**NEW** [5] - 1:7, 1:18,

1:25, 2:8, 2:22
**New** [1] - 59:24
**new** [15] - 12:12,
12:17, 13:8, 15:12,
18:2, 28:3, 28:5,
53:25, 54:2, 54:4,
54:7, 54:9, 54:12,
55:10
**next** [55] - 11:19,
11:23, 16:8, 19:5,
20:19, 21:16, 21:18,
22:4, 30:24, 31:1,
31:9, 32:13, 32:23,
33:8, 38:2, 40:12,
41:18, 41:24, 42:2,
42:5, 43:6, 43:12,
43:16, 43:23, 44:5,
49:12, 51:22, 54:6,
54:8, 55:19, 56:5,
58:18, 59:16, 61:11,
61:18, 61:22, 62:2,
62:5, 64:2, 66:7,
66:11, 66:20, 66:24,
67:11, 68:15, 68:17,
69:5, 69:13, 69:18,
69:23, 70:7, 70:11,
70:14, 73:15
**Nicholson** [1] - 21:16
**NICHOLSON**............
........................ [1] -
3:13
**nine** [7] - 26:13, 28:18,
35:8, 35:11, 41:9,
43:17, 70:14
**NO** [1] - 1:6
**Noble** [1] - 33:6
**NOBLE**.......................
............ [1] - 4:10
**nobody** [1] - 23:18
**nonCMO** [1] - 32:11
**NONCMO** [1] - 3:21
**none** [1] - 25:25
**nonprejudicial** [1] -
20:12
**nonresponsive** [1] -
46:22
**Norbert** [1] - 42:17
**NORBERT** [1] - 5:13
**Noriega** [1] - 42:14
**NORIEGA**.................
.................... [1] - 5:8
**noted** [1] - 16:15
**nothing** [3] - 43:11,
48:18, 58:12
**notice** [16] - 19:25,
35:9, 37:1, 37:15,
38:22, 41:9, 45:5,
45:13, 45:15, 47:8,
59:8, 63:14, 65:11,
67:3, 67:6, 70:8

**notified** [1] - 67:7
**November** [1] - 47:7
**Number** [2] - 54:22,
56:10
**number** [4] - 9:23,
55:3, 55:4, 58:7
**numbered** [1] - 74:14
**numbers** [2] - 9:24,
64:17
**numerous** [2] - 28:8,
29:20
**Nunez** [1] - 43:3
**NUNEZ**.......................
........................ [1] - 5:20
**nursing** [1] - 65:4
**NVARD** [1] - 7:22
**Nvard** [1] - 69:20

## O

**O'KEEFE** [1] - 1:17
**OAK** [1] - 1:21
**Oakes** [1] - 42:14
**OAKES**.......................
.................... [1] - 5:8
**objection** [3] - 14:10,
14:12, 55:15
**obtain** [2] - 72:5, 72:8
**obtained** [1] - 38:14
**obviously** [8] - 20:23,
22:21, 27:8, 32:2,
51:19, 56:11, 57:12,
61:5
**occasion** [1] - 72:18
**occasions** [1] - 20:1
**occur** [1] - 28:2
**occurs** [1] - 59:13
**October** [2] - 65:12,
71:9
**OF** [2] - 1:2, 1:12
**office** [3] - 12:23,
50:10, 50:15
**Offices** [1] - 31:12
**OFFICIAL** [1] - 2:20
**Official** [2] - 74:10,
74:18
**often** [1] - 24:4
**oftentimes** [4] - 35:23,
36:4, 48:6, 48:7
**OLINDE** [1] - 1:24,
29:10
**OLIVE** [1] - 4:2
**Olive** [1] - 32:20
**Ollie** [1] - 31:2
**OLLIE** [1] - 3:18
**one** [63] - 11:12,
13:17, 13:22, 14:20,
15:1, 16:19, 16:21,
18:12, 21:14, 23:7,

25:19, 26:9, 26:23,
28:3, 28:18, 29:18,
30:8, 30:9, 37:4,
37:24, 40:2, 41:2,
47:11, 48:7, 48:15,
52:15, 52:16, 52:21,
53:10, 54:4, 54:6,
54:7, 54:9, 54:11,
54:12, 55:20, 56:2,
56:23, 58:19, 58:24,
59:2, 60:5, 60:7,
62:24, 62:25, 63:2,
63:5, 63:6, 63:24,
64:9, 64:12, 65:20,
68:4, 71:12, 71:14,
71:15, 72:18, 72:21,
73:15
**one-time** [1] - 53:10
**ones** [3] - 14:9, 30:7,
52:10
**open** [1] - 72:17
**oppose** [1] - 40:17
**opposed** [4] - 21:4,
24:1, 38:9, 52:20
**opposition** [1] - 68:20
**ORDER** [2] - 1:12, 9:4
**order** [29] - 9:20, 9:23,
11:20, 16:23, 16:25,
17:1, 27:20, 27:21,
28:6, 28:11, 32:10,
41:19, 41:20, 42:3,
43:6, 43:18, 46:21,
46:23, 46:24, 51:20,
53:5, 55:24, 66:10,
67:21, 68:11, 70:11,
72:6, 72:8, 73:7
**ordered** [2] - 34:24,
44:9
**orders** [2] - 14:21,
38:8
**Orick** [1] - 61:21
**ORICK**.........................
.................... [1] - 6:12
**original** [1] - 51:3
**originally** [2] - 44:13,
52:4
**ORLEANS** [5] - 1:7,
1:18, 1:25, 2:8, 2:22
**otherwise** [1] - 13:20
**ought** [15] - 23:6,
24:23, 25:5, 29:3,
30:13, 30:15, 30:20,
32:1, 32:2, 32:6,
34:16, 36:5, 36:9,
53:17
**ourselves** [2] - 45:25,
46:4
**outstanding** [3] -
18:12, 39:21, 51:13
**over-the-counter** [2] -

10:19, 22:16
**overall** [1] - 28:20
**oversight** [3] - 21:25,
50:10, 50:15
**Owen** [1] - 71:18
**OWEN** [4] - 2:18,
71:17, 71:21, 72:12
**own** [7] - 32:25, 44:1,
51:8, 61:24, 67:14,
69:24, 72:17

## P

**PA** [1] - 2:4
**PAGE** [1] - 3:2
**page** [1] - 71:23
**pages** [4] - 11:4, 21:4,
29:20, 40:21
**paid** [1] - 21:23
**paralegals** [1] - 13:5
**parameters** [2] -
27:22, 30:9
**part** [2] - 26:25, 52:1
**participates** [1] -
35:24
**particular** [6] - 17:25,
26:25, 33:24, 35:18,
37:3, 52:15
**parties** [4] - 12:10,
29:25, 55:10, 58:14
**party** [2] - 36:3, 46:22
**pass** [17] - 11:12,
18:25, 20:15, 32:7,
37:23, 40:4, 42:2,
43:4, 43:13, 56:4,
59:11, 61:7, 68:6,
68:15, 69:3, 70:12
**passed** [7] - 17:11,
21:9, 39:25, 43:12,
55:22, 61:18, 64:13
**passes** [1] - 45:14
**Patchin** [1] - 69:17
**PATCHIN**.....................
........................ [1] -
7:20
**patient** [1] - 35:18
**PATRICIA** [1] - 4:14
**Patricia** [2] - 38:3,
39:7
**Patrick** [2] - 70:21,
73:16
**PATRICK** [1] - 8:9
**Paulette** [1] - 66:22
**PAULETTE** [1] - 7:6
**pending** [11] - 53:24,
54:2, 54:4, 54:7,
54:9, 56:2, 59:9,
63:13, 65:23, 71:23,
72:22

**Pennsylvania** [1] -
59:21
**people** [1] - 28:7
**Pepper** [4] - 42:18,
74:8, 74:16, 74:17
**PEPPER** [2] - 2:20,
5:14
**period** [1] - 23:1
**periods** [1] - 39:25
**Perkins** [3] - 34:12,
36:23, 36:25, 37:16
**PERKINS**......................
........................ [1] - 4:13
**person** [2] - 31:19,
64:13
**personal** [1] - 17:10
**personally** [1] - 39:14
**Peter** [1] - 66:14
**PETER** [1] - 6:22
**PFS** [22] - 12:12,
12:13, 12:17, 12:18,
13:14, 13:15, 13:25,
15:2, 15:3, 15:24,
16:5, 19:13, 23:3,
49:22, 50:7, 50:9,
50:12, 50:17, 51:3,
51:6, 64:11
**PFS's** [3] - 13:6, 13:8,
67:23
**pharmaceutical** [1] -
35:23
**pharmacy** [3] - 17:1,
38:14, 71:22
**PHILADELPHIA** [1] -
2:4
**Philadelphia** [7] -
55:20, 58:19, 59:18,
60:13, 60:14, 60:21,
60:22
**PHILLIP** [1] - 3:17
**Phillip** [1] - 30:25
**phone** [8] - 19:7,
35:21, 46:13, 54:20,
56:19, 64:16, 64:18,
67:2
**physical** [1] - 51:2
**physically** [1] - 51:9
**physician** [1] - 27:19
**piece** [1] - 28:19
**piecemeal** [4] - 18:16,
18:17, 18:19, 18:22
**pieces** [1] - 18:13
**Pierce** [4] - 66:25,
67:1, 67:4, 67:6
**PIERCE**.......................
........................ [1] - 7:8
**pin** [1] - 28:19
**place** [1] - 27:14
**places** [1] - 59:14
**plaintiff** [49] - 10:6,

10:15, 12:6, 12:7,
12:12, 13:15, 13:18,
13:23, 15:24, 16:2,
16:24, 17:2, 18:13,
19:14, 21:2, 21:3,
21:7, 21:10, 22:16,
22:19, 22:24, 24:24,
25:16, 26:25, 29:2,
33:20, 33:23, 34:3,
35:14, 37:5, 37:6,
37:10, 37:16, 38:23,
38:24, 41:1, 41:3,
41:5, 41:11, 45:7,
45:9, 55:1, 55:9,
58:23, 59:9, 63:15
**Plaintiff** [15] - 10:8,
10:23, 12:5, 18:8,
26:10, 26:13, 27:2,
27:23, 37:12, 39:2,
41:7, 45:11, 59:6,
63:18, 73:14
**plaintiff's** [2] - 20:6,
44:14
**PLAINTIFFS** [1] - 1:16
**plaintiffs** [22] - 9:15,
12:2, 12:4, 12:10,
12:15, 12:19, 14:20,
27:20, 33:25, 41:25,
44:9, 50:1, 51:24,
52:4, 52:7, 53:13,
53:21, 59:5, 60:13,
61:17, 66:8, 66:24
**Platt** [1] - 69:17
**PLATT**......................
.............. [1] - 7:21
**point** [18] - 11:7, 11:9,
11:10, 16:22, 18:12,
22:23, 24:24, 25:19,
26:3, 26:12, 33:24,
37:17, 38:7, 38:20,
63:15, 65:17, 68:1,
69:1
**pointed** [1] - 26:15
**Poirot** [2] - 60:5, 60:25
**population** [2] - 24:7,
65:3
**position** [5] - 20:14,
20:22, 57:20, 57:21,
57:22
**Power** [2] - 66:17,
72:5
**power** [2] - 42:20,
67:12
**POWER**......................
.............. [1] - 7:2
**POYDRAS** [3] - 1:24,
2:7, 2:21
**PPO** [1] - 49:2
**practical** [2] - 28:24,
29:4

**practice** [4] - 40:15,
56:11, 56:12, 69:7
**Pradaxa** [1] - 22:24
**prefer** [1] - 52:8
**prejudice** [22] - 11:6,
20:8, 31:3, 33:2,
41:16, 52:21, 53:11,
53:15, 56:10, 56:13,
56:16, 56:23, 56:25,
57:2, 57:9, 57:10,
57:17, 57:21, 62:10,
67:8, 67:17, 70:5
**prejudiced** [2] - 39:18,
39:22
**prejudicial** [1] - 20:3
**prescribed** [6] - 13:17,
16:23, 19:15, 30:16,
32:3, 32:4
**prescriber** [4] - 27:7,
27:17, 31:21, 67:25
**prescription** [9] -
10:19, 22:15, 32:4,
35:17, 35:18, 36:2,
48:12, 53:18, 71:22
**PRESENT** [2] - 2:6,
2:14
**presents** [1] - 23:9
**pretty** [1] - 22:14
**preventing** [1] - 27:12
**previous** [1] - 22:20
**previously** [10] -
12:18, 19:17, 22:19,
38:13, 41:22, 43:1,
43:21, 64:7, 64:10,
66:21
**prime** [1] - 27:9
**pro** [4] - 43:5, 43:9,
66:24, 67:7
**probate** [1] - 72:15
**problem** [11] - 15:18,
18:23, 23:9, 29:15,
34:13, 34:14, 35:22,
45:1, 45:20, 46:12,
59:3
**problematic** [1] -
44:20
**problems** [5] - 10:14,
15:10, 34:9, 44:23,
72:3
**PROCEEDINGS** [3] -
1:12, 2:24, 9:1
**proceedings** [2] -
74:1, 74:14
**process** [1] - 50:4
**produce** [2] - 66:9,
68:22
**PRODUCED** [1] - 2:25
**produced** [2] - 16:2,
19:20
**Products** [1] - 9:11

**PRODUCTS** [1] - 1:5
**profile** [6] - 23:15,
24:11, 24:13, 28:25,
29:2
**progress** [1] - 23:22
**proof** [17] - 34:4, 35:9,
35:17, 36:8, 36:11,
36:13, 36:19, 45:18,
48:2, 48:3, 48:9,
48:12, 48:15, 63:15,
72:22, 73:1
**proper** [4] - 11:10,
29:12, 29:14, 57:2
**properly** [1] - 72:4
**proposed** [3] - 54:25,
55:1, 61:16
**protect** [2] - 39:12,
60:20
**protective** [2] - 46:21,
46:24
**prove** [2] - 35:7, 63:8
**proven** [1] - 34:15
**provide** [8] - 19:18,
33:15, 34:21, 34:22,
35:9, 45:16, 62:23,
65:11
**provided** [5] - 10:16,
31:20, 39:24, 45:22,
46:6
**provider** [3] - 28:5,
46:21, 49:2
**providers** [7] - 15:25,
27:1, 27:2, 27:16,
27:18, 28:9, 28:10
**providing** [1] - 34:3
**published** [1] - 14:21
**purpose** [1] - 23:14
**purposes** [1] - 54:25
**pursuant** [2] - 10:3,
10:8
**pursue** [1] - 21:14
**put** [13] - 20:21, 20:22,
27:22, 35:9, 38:21,
41:9, 45:5, 45:13,
45:14, 47:7, 49:8,
55:6, 63:12

**Q**

**Qaadir** [3] - 66:25,
67:1, 67:7
**QAADIR**......................
.............. [1] - 7:8
**qualified** [2] - 46:20,
46:24
**quality** [1] - 30:4
**quandary** [1] - 47:20
**questions** [14] - 10:16,
10:17, 10:19, 18:1,

19:20, 28:14, 29:20,
29:21, 34:5, 37:13,
39:1, 40:6, 41:7,
73:13
**quicker** [1] - 32:12
**quickly** [2] - 28:19,
50:21
**QUINN** [7] - 2:16,
19:8, 19:12, 20:16,
20:20, 64:6, 66:3
**Quinn** [4] - 19:7, 19:8,
64:3, 65:9
**quite** [5] - 11:4, 35:14,
35:20, 69:2, 71:25

**R**

**rabbi** [1] - 48:15
**raise** [1] - 59:23
**raised** [1] - 23:14
**raises** [1] - 15:14
**RAMONA** [1] - 4:13
**Ramona** [4] - 34:12,
36:23, 36:25, 37:16
**range** [1] - 46:7
**Rassi** [1] - 66:17
**RASSI**......................
.............. [1] - 7:2
**RAUL** [1] - 4:18
**Raul** [1] - 42:6
**RAYMOND** [1] - 7:12
**Raymond** [1] - 67:22
**RE** [2] - 1:4, 5:24
**re** [2] - 9:10, 43:20
**reach** [3] - 21:10,
60:16, 64:18
**reached** [1] - 59:5
**read** [7] - 14:9, 32:17,
52:8, 53:21, 66:11,
70:23, 71:7
**reading** [1] - 12:21
**ready** [1] - 62:19
**reaffirming** [1] - 12:13
**really** [1] - 39:17
**REALTIME** [1] - 2:20
**Realtime** [2] - 74:8,
74:17
**reason** [4] - 10:5,
19:18, 47:14, 56:25
**reasonable** [4] -
25:22, 29:18, 40:5,
63:10
**reasons** [4] - 20:25,
23:7, 23:20, 35:23
**REATH** [1] - 2:3
**Rec** [2] - 43:17, 66:7
**rec** [1] - 68:8
**receive** [3] - 10:22,
43:7, 50:5

**received** [5] - 10:15,
10:18, 15:2, 15:5,
38:13
**recently** [2] - 70:9,
72:1
**recognize** [2] - 25:8,
35:10
**recollection** [1] - 24:7
**record** [21] - 9:13,
12:21, 14:23, 16:10,
20:23, 24:15, 34:13,
35:17, 35:19, 41:2,
46:5, 46:12, 48:21,
51:2, 52:8, 53:20,
58:6, 63:13, 63:16,
70:24, 74:13
**Record** [1] - 62:6
**RECORDED** [1] - 2:24
**records** [53] - 13:20,
14:1, 15:4, 16:2,
16:23, 16:25, 17:1,
19:19, 20:6, 21:5,
24:9, 27:4, 27:20,
27:22, 28:6, 28:11,
33:21, 34:9, 34:18,
34:20, 34:24, 35:6,
35:11, 36:7, 36:24,
37:4, 37:6, 38:14,
38:16, 38:22, 38:23,
44:25, 45:6, 45:8,
46:1, 46:3, 46:22,
46:23, 47:1, 47:8,
49:21, 49:25, 50:2,
50:4, 50:5, 50:9,
50:22, 63:5, 63:17,
70:17, 71:22, 72:19,
73:12
**Reed** [2] - 53:24,
69:17
**REED**......................
.............. [1] - 7:21
**referral** [1] - 48:7
**reflect** [2] - 47:1,
48:21
**regarding** [5] - 10:16,
10:19, 15:24, 50:17,
52:5
**regardless** [1] - 20:12
**regards** [1] - 9:25
**Registered** [1] - 74:8
**REGISTERED** [1] -
2:21
**registered** [1] - 74:18
**Rein** [1] - 43:3
**REIN**......................
.............. [1] - 5:21
**related** [1] - 10:13
**RELATES** [1] - 1:9
**relatively** [1] - 20:4
**reluctant** [1] - 47:17

*OFFICIAL TRANSCRIPT*

rely [1] - 45:21
remaining [4] - 13:10, 50:7, 54:16, 59:24
remedied [4] - 28:13, 33:1, 44:1, 61:25
remedy [8] - 20:9, 42:20, 42:21, 58:25, 64:25, 69:24, 70:16
remember [2] - 24:6, 24:8
repeatedly [1] - 64:14
report [1] - 30:1
Reporter [7] - 74:8, 74:9, 74:10, 74:17, 74:18, 74:18
REPORTER [3] - 2:20, 2:20, 2:21
REPORTER'S [1] - 74:6
represent [1] - 50:25
representative [3] - 17:10, 17:12, 17:13
represents [2] - 54:21, 54:24
request [6] - 17:9, 34:10, 44:14, 50:22, 65:1, 72:24
requested [2] - 17:8, 46:24
requesting [8] - 13:3, 33:9, 36:23, 44:5, 62:15, 67:19, 70:18, 72:7
requests [1] - 63:11
required [3] - 41:8, 43:7, 70:16
requirements [1] - 19:1
res [1] - 57:13
research [1] - 57:1
Resler [1] - 70:7
RESLER.....................
.................... [1] - 8:6
resolve [4] - 27:25, 58:21, 59:25, 61:17
resolved [6] - 21:11, 35:7, 51:14, 52:1, 52:6, 59:10
resort [1] - 20:9
respects [1] - 25:23
respond [7] - 10:18, 18:21, 24:21, 45:2, 47:13, 47:22, 65:8
responded [4] - 28:3, 28:15, 37:14, 56:6
responding [1] - 47:15
response [21] - 14:14, 17:6, 17:7, 20:7, 24:18, 24:20, 24:22,

24:23, 28:3, 29:17, 41:14, 51:1, 51:8, 55:24, 56:9, 56:13, 58:23, 68:23, 72:13, 72:14, 73:18
responses [4] - 11:4, 20:17, 24:17, 26:25
responsive [8] - 39:8, 44:21, 46:14, 50:15, 50:19, 61:4, 63:4, 71:24
rest [2] - 19:1, 71:4
resubmitting [1] - 12:11
resulted [1] - 30:18
review [3] - 13:12, 14:15, 41:25
reviewed [3] - 13:7, 13:10, 51:8
REX [1] - 7:20
Rex [1] - 69:17
Rexstrew [1] - 42:15
REXSTREW.................
.................... [1] - 5:9
Rhonda [2] - 40:14, 40:22
RHONDA [1] - 4:14
Rice [1] - 42:15
RICE.............................
.................... [1] - 5:9
Richard [2] - 33:4, 42:7
RICHARD [2] - 4:7, 4:19
Richbourg [1] - 49:16
RICHBOURG [3] - 2:7, 49:15, 51:17
Richmond [1] - 42:15
RICHMOND [1] - 5:10
Richmond-Sanders [1] - 42:15
RICHMOND-
SANDERS...............
............. [1] - 5:10
Rico [1] - 42:11
RICO [1] - 5:2
RIKKILYN [1] - 4:8
Rikkilyn [1] - 33:5
ripe [2] - 41:25, 70:10
rise [1] - 9:7
RIVAROXABAN [1] - 1:4
RMR [2] - 2:20, 74:17
road [1] - 23:23
ROBERT [3] - 5:12, 6:8, 6:16
Robert [4] - 42:16, 59:16, 62:17, 63:1
ROBIN [1] - 5:10

Robin [1] - 42:16
Robinson [3] - 54:24, 66:23, 70:2
ROBINSON..................
.................... [1] - 8:3
ROBINSON.................
7:7
ROGER [1] - 3:12
Roger [1] - 19:6
Rogers [1] - 42:23
ROGERS.........................
.................... [1] - 5:17
ROOM [1] - 2:21
ROOSEVELT [2] - 4:12, 4:23
Roosevelt [2] - 33:7, 42:9
Rose [1] - 26:4
ROSE [1] - 3:15
Rosie [1] - 33:6
ROSIE [1] - 4:10
Ross [1] - 58:19
round [2] - 23:11, 37:23
routine [1] - 23:13
ROY [1] - 7:2
Roy [1] - 66:17
Roylynn [1] - 61:21
ROYLYNN [1] - 6:12
Ruby [4] - 42:8, 66:25, 67:1, 67:6
RUBY [2] - 4:20, 7:8
Rule [1] - 9:18
RULE [1] - 3:3
rule [2] - 40:16, 56:14
ruled [2] - 40:13, 62:7
ruling [1] - 57:16
Runner [1] - 66:17
RUNNER....................
.................... [1] - 7:3
Rush [1] - 54:11
RUSH.........................
.................... [1] - 6:6

## S

s/Cathy [1] - 74:16
Salim [3] - 38:4, 38:6, 44:18
SALIM [1] - 2:10
SALIM-BEASELY [1] - 2:10
Salim-Beasley [3] - 38:4, 38:6, 44:18
Salter [1] - 62:1
SALTER....................
.................... [1] - 6:14
Salvador [1] - 66:16

SALVADOR [1] - 7:1
sample [1] - 32:4
samples [3] - 10:15, 10:16, 31:20
SAMUEL [1] - 5:5
Samuel [1] - 42:13
sanction [1] - 20:3
Sanders [4] - 18:5, 40:14, 40:22, 42:15
SANDERS..................
.......... [1] - 5:10
SANDERS..................
.................... [1] - 4:14
SANDRA [1] - 3:7
Sandra [1] - 11:25
SARA [1] - 5:15
Sara [1] - 42:23
SCOTT [1] - 2:6
Scott [2] - 44:2, 49:13
SCOTT.........................
.................... [1] - 6:1
se [4] - 43:5, 43:9, 66:24, 67:7
searches [1] - 64:18
seated [1] - 9:8
Seats [1] - 42:16
SEATS.........................
.................... [1] - 5:10
second [9] - 33:18, 44:12, 45:7, 54:1, 57:6, 57:8, 57:10, 57:17, 62:19
section [6] - 34:2, 34:5, 37:12, 39:2, 41:7, 45:11, 63:18, 73:13
sections [5] - 10:11, 26:13, 28:18, 31:18, 31:24
see [7] - 13:9, 16:6, 21:11, 35:3, 40:9, 58:1, 59:15
seeing [1] - 30:17
seeking [2] - 16:20, 71:5
seem [1] - 67:5
Segraves [1] - 33:6
SEGRAVES..............
.................... [1] - 4:10
selected [9] - 10:7, 12:2, 12:16, 14:20, 18:7, 22:11, 23:4, 26:10, 33:25
selection [2] - 12:4, 18:7
selective [1] - 38:10
send [4] - 15:22, 16:3, 16:7, 46:23

sense [1] - 58:13
sent [2] - 40:23, 63:14
sentence [1] - 24:14
separate [1] - 12:17
SEPTEMBER [2] - 1:7, 9:2
September [2] - 44:14, 50:6
series [1] - 72:3
served [1] - 66:12
Sesco [2] - 14:8, 16:12
SESCO........................
.................... [1] - 3:10
set [2] - 43:17, 44:13
setting [2] - 17:3, 71:10
seven [2] - 12:19, 13:20
SHEDRIE [1] - 5:3
Shedrie [1] - 42:12
sheet [18] - 10:2, 10:10, 12:8, 14:18, 22:6, 26:21, 27:12, 28:5, 31:14, 31:17, 31:18, 31:25, 34:2, 37:13, 65:21, 66:9, 66:12, 67:5
Sheet [16] - 10:8, 10:23, 12:5, 16:17, 18:8, 26:11, 26:14, 27:3, 27:23, 37:12, 39:2, 41:7, 45:11, 59:7, 63:19, 73:14
sheets [3] - 30:14, 37:3, 67:13
SHELDON [1] - 6:19
Sheldon [1] - 66:13
shepherd [1] - 32:21
SHEPHERD...............
.................... [1] - 4:3
Sheridan [1] - 70:3
SHERIDAN..................
.................... [1] - 8:3
Sherman [3] - 62:5, 70:20, 73:4
SHERMAN..................
.................... [1] - 6:15
SHERMAN..................
.................... [1] - 8:9
Shirley [2] - 32:19, 55:19
SHIRLEY [2] - 3:25, 6:6
shortly [2] - 11:24, 69:19
Show [1] - 9:18
SHOW [2] - 1:12, 3:3
show [20] - 25:5,

32:11, 34:18, 36:3, 36:8, 36:14, 36:19, 38:8, 42:3, 43:6, 44:9, 48:9, 51:21, 55:25, 66:10, 67:21, 68:11, 70:11, 73:7
**showing** [7] - 20:5, 36:1, 37:4, 41:2, 41:3, 49:21, 64:21
**Shunk** [1] - 19:6
**SHUNK**....................
...................... [1] - 3:12
**Sigler** [1] - 42:24
**SIGLER**....................
...................... [1] - 5:17
**sign** [3] - 12:12, 17:13, 51:9
**signed** [15] - 10:9, 15:23, 18:13, 33:22, 37:9, 41:5, 47:9, 48:15, 50:24, 51:3, 51:4, 51:7, 51:16, 64:23, 71:23
**significant** [3] - 10:11, 30:7, 68:23
**Silas** [1] - 41:18
**SILAS** [1] - 4:15
**similar** [2] - 36:24, 37:19
**Simmons** [1] - 42:16
**SIMMONS**..................
...................... [1] - 5:11
**simple** [1] - 35:16
**simply** [4] - 58:12, 64:9, 64:15, 64:22
**simultaneously** [1] - 58:9
**SINDHU** [1] - 1:20
**Sindhu** [1] - 9:14
**single** [4] - 12:24, 13:22, 14:13, 29:17
**sitting** [1] - 39:23
**situation** [15] - 15:9, 26:7, 26:18, 35:15, 36:24, 37:19, 38:16, 39:7, 39:13, 53:18, 57:2, 57:4, 65:25, 68:18, 72:16
**situations** [4] - 47:11, 51:20, 51:21, 64:16
**six** [8] - 13:2, 14:6, 42:19, 42:22, 42:25, 52:13, 53:21, 69:18
**slew** [1] - 28:12
**slight** [2] - 50:10, 50:15
**smaller** [1] - 36:16
**Smalley** [1] - 32:21
**SMALLEY**..................

...................... [1] - 4:4
**Smith** [3] - 42:16, 70:21, 73:16
**SMITH**....................
...................... [1] - 8:9
**SMITH**....................
...................... [1] - 5:11
**Snow** [1] - 33:7
**SNOW**....................
...................... [1] - 4:11
**SOL** [2] - 39:12, 45:20
**solely** [1] - 49:24
**solve** [1] - 29:15
**someone** [5] - 12:23, 48:8, 64:23, 65:3, 68:21
**sometimes** [7] - 23:10, 31:20, 31:21, 39:9, 45:22, 45:23, 65:5
**Sonja** [1] - 42:18
**SONJA** [1] - 5:14
**sorry** [2] - 10:25, 52:3
**sort** [2] - 32:5, 37:2
**sounds** [1] - 11:3, 41:11, 65:9
**Sparrow** [1] - 42:16
**SPARROW**................
...................... [1] - 5:12
**speaking** [1] - 58:9
**special** [2] - 34:21, 51:20
**specializing** [1] - 46:1
**specific** [5] - 24:20, 28:23, 34:22, 51:21, 56:24
**specifically** [3] - 39:10, 50:16, 58:10
**spoken** [2] - 50:14, 57:5
**spouse** [2] - 52:17, 55:5
**spring** [2] - 10:10, 10:24
**SQUARE** [1] - 2:4
**STACEY** [1] - 8:2
**Stacey** [1] - 70:2
**Stack** [1] - 33:7
**STACK**....................
...................... [1] - 4:11
**staff** [2] - 13:5, 15:20
**stage** [4] - 46:9, 47:16, 47:22, 48:16
**standpoint** [1] - 19:2
**Stanley** [1] - 69:25
**STANLEY** [1] - 8:1
**start** [2] - 23:19, 27:3
**State** [1] - 74:9

**statements** [2] - 10:22, 12:13
**STATES** [2] - 1:1, 1:13
**States** [2] - 74:10, 74:19
**stating** [1] - 28:4
**status** [2] - 23:16, 29:25
**stay** [1] - 27:13
**STENOGRAPHY** [1] - 2:24
**step** [1] - 54:13
**STEPHEN** [2] - 4:5, 5:19
**Stephen** [2] - 33:3, 43:2
**Steven** [2] - 42:17, 42:22
**STEVEN** [2] - 5:12, 5:15
**Stevens** [1] - 54:18
**STEVENS** [4] - 2:14, 54:17, 55:14, 55:17
**sticking** [1] - 40:21
**still** [17] - 10:7, 10:10, 10:25, 12:20, 16:20, 21:6, 21:8, 28:19, 31:16, 38:22, 39:1, 41:2, 41:14, 52:11, 61:15, 65:15
**stipulation** [3] - 43:2, 66:22, 69:20
**Stokes** [3] - 64:5, 64:13, 66:5
**STOKES**....................
...................... [1] - 6:17
**stop** [5] - 19:21, 19:22, 29:4, 29:5, 29:8
**stopped** [2] - 23:1, 46:13
**stopping** [2] - 20:25, 29:12
**STREET** [4] - 1:24, 2:7, 2:11, 2:21
**stroke** [10] - 44:22, 44:23, 46:10, 46:15, 46:16, 47:13, 47:17, 47:23, 60:15, 60:17
**struggled** [1] - 72:16
**stuff** [1] - 32:5
**Subaskin** [1] - 60:4
**SUBASKIN** [1] - 6:8
**submission** [1] - 73:11
**submit** [8] - 10:21, 12:4, 12:17, 16:5, 25:20, 41:8, 59:6, 73:8
**submitted** [14] - 12:8,

12:18, 13:8, 13:10, 13:12, 13:14, 13:15, 23:4, 26:20, 26:21, 34:10, 64:10, 71:21
**submitting** [1] - 65:22
**substantive** [2] - 58:11, 64:20
**substitution** [1] - 69:7
**SUE** [1] - 6:3
**Sue** [1] - 53:23
**suffered** [1] - 72:2
**suffice** [1] - 12:14
**sufficiency** [3] - 23:21, 24:14, 24:16
**suggest** [2] - 29:24, 64:24
**suggested** [2] - 9:20, 23:16
**suggestion** [2] - 42:1, 53:9
**suit** [1] - 35:24
**SUITE** [3] - 1:21, 2:4, 2:8
**support** [1] - 22:18
**supposed** [1] - 65:22
**surgery** [2] - 19:22, 19:23
**surviving** [4] - 52:17, 52:18, 54:21, 55:5
**SUSAN** [1] - 4:18
**Susan** [1] - 42:6
**suspects** [1] - 27:10
**suspend** [1] - 19:1
**sustain** [1] - 37:17


# T

**Tallent** [1] - 66:18
**TALLENT**....................
...................... [1] - 7:3
**TAMARA** [1] - 5:17
**Tamara** [1] - 42:24
**Tamari** [1] - 60:8
**Tanya** [1] - 66:23
**TANYA** [1] - 7:7
**task** [1] - 50:2
**TELEPHONE** [1] - 2:14
**ten** [1] - 28:18
**TERENCE** [1] - 6:4
**Terence** [1] - 54:1
**TERRANCE** [1] - 5:21
**Terrance** [2] - 43:5, 43:9
**Terry** [3] - 66:18, 66:23, 69:22
**TERRY** [1] - 7:6
**TERRY**....................
...................... [1] - 7:25

**TERRY**....................
...................... [1] - 7:4
**Tettleton** [1] - 42:17
**TETTLETON**..............
...................... [1] - 5:12
**TEXAS** [1] - 2:11
**Texas** [2] - 61:1, 61:2
**THE** [109] - 1:12, 1:16, 1:23, 9:7, 9:8, 9:10, 9:12, 9:18, 10:5, 11:12, 11:18, 14:3, 14:9, 14:25, 15:6, 15:9, 15:18, 16:6, 16:18, 17:5, 17:15, 17:18, 17:23, 18:9, 18:14, 18:17, 18:22, 18:25, 20:14, 20:18, 21:12, 22:2, 23:5, 25:2, 26:2, 26:16, 26:23, 27:15, 27:25, 28:22, 29:5, 29:15, 30:13, 31:4, 32:1, 34:7, 34:14, 35:22, 36:18, 37:23, 40:3, 40:18, 41:11, 43:13, 44:3, 45:18, 46:15, 47:11, 48:3, 48:6, 48:15, 48:18, 48:23, 49:3, 49:5, 49:8, 51:11, 51:15, 52:9, 52:12, 53:1, 53:3, 53:8, 53:17, 53:22, 54:13, 55:13, 55:16, 56:4, 56:15, 57:18, 57:24, 58:10, 59:3, 59:11, 59:14, 60:21, 60:24, 61:2, 61:7, 62:3, 62:9, 62:12, 63:23, 65:25, 66:6, 67:8, 67:17, 68:6, 69:3, 69:10, 70:5, 70:12, 71:20, 72:10, 73:1, 73:9, 73:20, 73:25
**they've** [5] - 18:2, 18:14, 28:25, 34:24, 43:24
**Thigpen** [1] - 70:3
**THIGPEN**..................
...................... [1] - 8:4
**thinners** [1] - 23:2
**third** [10] - 33:20, 34:8, 37:16, 40:25, 44:8, 44:13, 44:15, 46:22, 54:3, 59:25
**third-party** [1] - 46:22
**THIS** [1] - 1:9
**Thomas** [4] - 42:4,

43:20, 64:5, 66:5
**THOMAS** [2] - 4:17, 5:23
**THOMAS..................**
**...............** [1] - 6:17
**Thompson** [2] - 68:17, 69:1
**THOMPSON..............**
**...............** [1] - 7:14
**thousands** [1] - 21:4
**three** [12] - 13:5, 21:10, 37:9, 43:23, 44:5, 45:10, 54:3, 59:17, 64:2, 64:4, 64:7, 64:12
**thrombosis** [1] - 10:14
**throughout** [1] - 50:4
**ticket** [3] - 36:11, 48:10, 48:11
**tidbits** [2] - 20:11, 20:24
**Tielsch** [1] - 66:18
**TIELSCH..................**
**...............** [1] - 7:4
**timing** [2] - 45:4, 45:17
**Timothy** [1] - 66:18
**TIMOTHY** [1] - 7:3
**TO** [4] - 1:9, 1:12, 3:3, 9:4
**today** [3] - 9:18, 15:14, 62:22
**tolled** [1] - 16:17
**took** [13] - 13:23, 19:17, 21:7, 22:24, 34:15, 36:1, 36:3, 36:5, 36:8, 36:10, 39:9, 39:10, 45:7
**touch** [2] - 17:5, 32:12
**TOWNE** [3] - 2:17, 60:11, 61:10
**Towne** [2] - 60:8, 60:12
**TPO** [1] - 47:4
**Traci** [1] - 70:3
**TRACI** [1] - 8:4
**TRACY** [1] - 7:25
**Tracy** [1] - 69:25
**train** [5] - 29:4, 29:6, 29:8, 29:13
**TRANSCRIPT** [2] - 1:12, 2:24
**transcript** [1] - 74:12
**treated** [3] - 13:18, 17:2, 22:21
**treater** [1] - 67:25
**treating** [3] - 27:19, 28:20, 30:10

treatment [4] - 10:12, 28:20, 30:9, 46:8
treatments [1] - 29:3
trial [1] - 24:3
tried [1] - 41:12
trouble [2] - 73:16, 73:17
true [3] - 52:20, 55:10, 74:12
try [7] - 27:20, 27:22, 34:25, 36:17, 39:15, 45:24, 53:6
trying [15] - 12:25, 17:18, 20:17, 25:23, 26:19, 28:15, 40:8, 46:2, 46:3, 46:14, 55:23, 58:20, 64:22, 65:9, 65:16
TUESDAY [2] - 1:7, 9:2
turn [1] - 46:6
Turnbach [1] - 42:17
TURNBACH..............
................... [1] - 5:13
Turner [1] - 42:24
TURNER..................
................... [1] - 5:18
twice [1] - 50:18
two [35] - 11:23, 19:13, 20:1, 24:14, 30:6, 32:14, 37:6, 38:2, 38:4, 41:3, 41:24, 43:5, 43:19, 47:11, 51:15, 52:5, 53:23, 54:1, 54:6, 54:8, 54:13, 54:24, 55:1, 57:18, 58:13, 59:1, 59:18, 59:20, 59:23, 61:5, 61:12, 64:16, 66:24, 67:19, 68:12
two-step [1] - 54:13
TX [1] - 1:21
type [4] - 25:8, 31:22, 50:21
types [1] - 24:4
typically [1] - 25:15

## U

unable [6] - 33:1, 44:1, 61:25, 67:14, 69:8, 69:24
under [2] - 12:3, 24:17, 53:4, 64:24, 64:25
understandably [1] -

27:20
Understood [1] - 17:22
unfortunately [3] - 34:19, 42:21, 65:5
unintentional [1] - 21:25
United [2] - 74:10, 74:19
UNITED [2] - 1:1, 1:13
unknown [1] - 25:21
unless [3] - 39:11, 46:18, 73:10
unpaid [2] - 21:19, 21:21
unusual [1] - 65:3
up [19] - 12:8, 12:19, 16:4, 17:15, 23:22, 23:25, 28:4, 29:18, 29:22, 29:25, 34:8, 40:1, 46:3, 47:4, 53:19, 56:20, 62:16, 71:10, 72:15
update [2] - 29:3, 47:2
upload [1] - 51:10
uploaded [5] - 18:2, 50:5, 51:6, 51:7, 65:20
usage [1] - 45:21
useful [1] - 46:18
usual [2] - 32:10, 36:17

## V

VALERIE [1] - 4:18
Valerie [1] - 42:6
VARIOUS [1] - 1:9
various [3] - 28:14, 35:23, 38:8
Veel [1] - 54:19
vein [1] - 10:13
VELMA [1] - 3:13
Velma [1] - 21:16
verbatim [1] - 22:5
VERBATIM]..............
................... [1] - 3:14
verification [26] - 12:12, 12:17, 12:18, 13:8, 13:14, 13:24, 15:2, 15:23, 16:14, 18:8, 23:3, 23:17, 25:6, 26:11, 26:12, 30:8, 31:16, 49:22, 50:7, 50:9, 50:12, 50:17, 50:24, 51:3, 51:6
verifications [2] - 23:5, 32:2

verified [4] - 12:5, 21:2, 21:3, 25:15
verifies [1] - 10:22
verify [2] - 31:16, 51:8
Verla [1] - 42:15
VERLA [1] - 5:9
VERONICA [1] - 5:17
Veronica [1] - 42:23
VIA [1] - 2:14
Vicknair [1] - 49:13
VICKNAIR [1] - 2:6
Victor [2] - 42:6, 61:12
VICTOR [2] - 4:17, 6:9
Victoria [1] - 67:16
VICTORIA [1] - 7:11
views [1] - 25:14
VIOLA [1] - 3:5
Viola [1] - 11:21
Violeta [1] - 69:21
VIOLETA [1] - 7:24
VIRGINIA [1] - 4:25
Virginia [1] - 42:10
visit [1] - 20:19

## W

wading [1] - 21:4
wages [1] - 22:18
Wagner [1] - 70:3
WAGNER..................
................... [1] - 8:4
wait [1] - 65:16
waiting [7] - 21:6, 34:18, 34:25, 35:16, 39:1, 48:1, 65:19
Walgreens [1] - 72:19
WALTER [1] - 4:6
Walter [1] - 33:3
wants [2] - 22:9, 29:5
Warren [1] - 43:22
WARREN..................
................... [1] - 5:24
Washington [1] - 33:7
WASHINGTON..........
................... [1] - 4:12
watch [1] - 48:11
wave [1] - 40:2
website [1] - 14:22
weeds [4] - 23:19, 24:14, 25:11, 30:11
weeks [1] - 51:15
Weisbrod [1] - 55:21
Weldon [1] - 66:18
WELDON..................
................... [1] - 7:5
whereas [1] - 55:5

**WHEREUPON** [1] - 74:1
**White** [2] - 42:24, 70:3
**WHITE..................**
**...............** [1] - 5:18
**WHITE..................**
**...............** [1] - 8:5
**Whitley** [1] - 42:17
**WHITLEY..................**
**...............** [1] - 5:13
**whole** [1] - 15:20
**wholesale** [1] - 26:12
**Willette** [1] - 42:18
**WILLETTE..................**
**...............** [1] - 5:14
**WILLIAM** [3] - 4:11, 4:11, 5:18
**William** [3] - 33:7, 42:24
**Williams** [6] - 32:22, 62:17, 63:1, 66:19, 70:21, 71:2
**WILLIAMS..................**
**...............** [1] - 8:10
**WILLIAMS..................**
**...............** [1] - 7:5
**WILLIAMS..................**
**...............** [1] - 6:16
**WILLIAMS..................**
**...............** [1] - 4:4
**WILLIE** [1] - 8:9
**Willie** [2] - 70:20, 73:4
**Wilma** [1] - 32:21
**WILMA** [1] - 4:3
**Wilshire** [1] - 70:8
**Wilson** [2] - 43:3, 60:4
**WILSON..................**
**...............** [1] - 5:20
**WILSON..................**
**...............** [1] - 6:8
**window** [2] - 36:16, 37:11
**wisely** [1] - 38:17
**Wisniewski** [2] - 70:21, 71:8
**WISNIEWSKI..................**
**...............** [1] - 8:10
**withdraw** [6] - 40:13, 40:15, 40:19, 69:6, 69:9, 69:10
**workup** [7] - 10:7, 12:2, 12:16, 18:7, 23:4, 26:10, 33:25
**worth** [1] - 27:21
**WRAY** [1] - 5:14

**Wray** [1] - 42:18
**Wray-Brewer** [1] -
42:18
**WRAY-BREWER.......**
**..........................** [1]
- 5:14
**Wright** [2] - 54:23,
68:16
**WRIGHT...................**
**...................** [1] - 7:13
**Wynn** [1] - 70:4
**WYNN.......................**
**...............** [1] - 8:5

## X

**XARELTO** [1] - 1:4
**Xarelto** [27] - 9:10,
13:6, 13:17, 13:21,
13:23, 16:23, 19:16,
19:17, 19:22, 21:8,
27:7, 28:10, 31:20,
33:22, 36:10, 37:5,
37:8, 38:23, 38:25,
41:3, 45:7, 45:9,
47:8, 49:21, 52:6,
63:16, 64:21

## Y

**year** [1] - 45:12
**years** [2] - 13:16,
13:20
**yesterday** [7] - 12:23,
15:3, 16:4, 18:3,
50:17, 51:1, 73:11
**YOLANDA** [1] - 4:8
**Yolanda** [1] - 33:5

## Z

**Ziegenhagen** [1] -
41:22
**ZIEGENHAGEN.........**
**.........................** [1] -
4:15
**Zuniga** [1] - 69:17
**ZUNIGA....................**
**...............** [1] - 7:22

*OFFICIAL TRANSCRIPT*