UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Samuel D. Collins v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-1135

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11049, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Paulette Collins, surviving spouse of Samuel D. Collins, is substituted for Plaintiff Samuel D. Collins as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE