UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | Section L |
| ) | Judge Eldon E. Fallon |
| ) | Mag. Judge Michael North |

**THIS DOCUMENT RELATES TO:**

*Evelynn Heidenreich v. Janssen Research & Development LLC, et al.*
*Case No. 2:16-cv-16195*

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff does not wish to further prosecute this case.

Respectfully submitted,

Dated: October 5, 2018

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
Trent B. Miracle #IL 6281491
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

1

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion to Voluntarily Dismiss With Prejudice has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 5th day of October, 2018.

>
> */s/ Andrew S. Williams*
> Andrew S. Williams, IL #6285527
> Trent B. Miracle #IL 6281491
> **SIMMONS HANLY CONROY**
> One Court Street
> Alton, IL 62002
> Tel. (618) 259-2222
> Fax (618) 259-2251
> tmiracle@simmonsfirm.com
> awilliams@simmonsfirm.co
> *Attorneys for the Plaintiff*