**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          )   MDL NO. 2592
PRODUCTS LIABILITY LITIGATION         )   Section L
                                      )   Judge Eldon E. Fallon
_____)   Mag. Judge Michael North
**THIS DOCUMENT RELATES TO:**

*Evelynn Heidenreich v. Janssen Research & Development LLC, et al.*
*Case No. 2:16-cv-16195*


## <u>ORDER</u>

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal

With Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Evelynn Heidenreich's

Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned

case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and

costs.


On this _____ day of _____, 2018.


                                      _____
                                      Honorable Eldon E. Fallon
                                      United States District Judge