# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592 |
| THIS ACTION RELATES TO: | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| All Plaintiffs Named in Attached Exhibit "A" | **MOTION TO SUBSTITUTE ATTORNEY** |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.<br><br>                    Defendants. | |

All Plaintiffs listed on Exhibit "A" to this motion, move this Court for an order: (1) substituting the lead counsel for Plaintiffs from Christopher L. Schnieders, Esq. to Andrew N. Faes, Esq. in these and the related cases and (2) withdrawing Mr. Schnieders appearance in these and the related cases. The basis for the substitution of counsel and withdrawal of Mr. Schnieders appearance is that Mr. Schnieders is no longer affiliated with Plaintiffs' law firm.

Dated: 10/5/2018

Respectfully Submitted,

*/s/* Andrew N. Faes
Andrew N. Faes
MO Bar No.: 59721
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: (816) 701-1100
Fax: (816) 531-2372
afaes@wcllp.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ Andrew N. Faes
                                            Andrew N. Faes
                                            MO Bar No.: 59721