# EXHIBIT A

| Plaintiff's Name | Case No. |
|---|---|
| Akright, Mary Lou | 2:16-cv-16512 |
| Allen, Lillian | 2:16-cv-03708 |
| Annesser, James | 2:15-cv-5623 |
| Austin, Lottie | 2:15-cv-00566 |
| Badell, Gloria | 2:16-cv-15120 |
| Batiste, Betty | 2:15-cv-05635 |
| Beck, Jerome | 2:16-cv-15130 |
| Beckham, Margaret obo Allyn R Beckham | 2:18-cv-03437 |
| Benson, Ron | 2:17-cv-07570 |
| Bertino, Andy | 2:17-cv-08814 |
| Block, Jack | 2:16-cv-15903 |
| Bohren, Sherry obo Robert L. Snyder | 2:16-cv-16189 |
| Bothe, William G. | 2:15-cv-02179 |
| Browning, Randall | 2:17-cv-07570 |
| Burcl, John E. | 2:16-cv-09633 |
| Byas, Phyllis | 2:17-cv-12576 |
| Byrd-Wood, Francis obo William Wood | 2:17-cv-8308 |
| Callan, Patricia | 2:18-cv-04263 |
| Carpenter, Carol | 2:17-cv-00100 |
| Casey, John | 2:16-cv-05814 |
| Chavez, Medardo, G. | 2:17-cv-07570 |
| Cheramie, Audrey | 2:15-cv-1412 |
| Cinelli, Regina | 2:18-cv-07000 |
| Conyers, Delores | 2:17-cv-8394 |
| Cook, William | 2:15-cv-06551 |
| Costa, Johnny | 2:17-cv-07570 |
| Crosby, Chante obo Mamie Chambers | 2:17-cv-07570 |
| Davis, Sally H. | 2:18-cv-2141 |

| | |
|---|---|
| Day, Harry | 2:15-cv-06395 |
| DiNaso, Richard obo Bonnie DiNaso | 2:17-cv-02709 |
| Dinkel, Devane | 2:16-cv-15909 |
| Dowling, Jacqueline | 2:16-cv-16821 |
| Droddy, James | 2:18-cv-03187 |
| Dunning, Mary | 2:16-cv-13906 |
| Durig, Gladys | 2:15-cv-01375 |
| Elder, James | 2:18-cv-04272 |
| Faye, Edward | 2:15-cv-05661 |
| Finley, Kathie obo James Reid | 2:16-cv-02483 |
| Fiore, Donna | 2:15-cv-1414 |
| Fitzpatrick, Pauline | 2:17-cv-07570 |
| Francois, Iola | 2:16-cv-11908 |
| Frankel, Arnold | 2:17-cv-07570 |
| Freund, Samuel | 2:15-cv-03413 |
| Friend, Terri obo Virginia Elms | 2:15-cv-06546 |
| Fussel, Roy | 2:18-cv-04258 |
| Garrett, June | 2:15-cv-05662 |
| Gengler, Michael | 2:17-cv-12579 |
| Goodman, Peggy | 2:18-cv-05406 |
| Granger, Chris | 2:17-cv-14054 |
| Gray, Tammie | 2:17-cv-04123 |
| Hairston, Dorothy | 2:17-cv-07570 |
| Hall, Melissa | 2:16-cv-01718 |
| Hampe, Janet | 2:17-cv-07100 |
| Hampton, Durwin L. | 2:15-cv-05800 |
| Harter Sr., Keith A. | 2:18-cv-04311 |
| Haynes, Harry obo Donna Haynes | 2:16-cv-11881 |
| Hazelwood, Letha S. | 2:15-cv-05663 |
| Hickson, Jerry | 2:17-cv-07108 |

2

| | |
|---|---|
| Hodgson, James | 2:17-cv-14029 |
| Horton, Virgie | 2:15-cv-05631 |
| Hughes, David | 2:15-cv-05548 |
| Hund, Constance obo George Desch | 2:17-cv-05459 |
| Hurd, Debra D. | 2:17-cv-05105 |
| Hurst, Faith A. | 2:17-cv-5896 |
| Jaco, Toni obo Carol Jaco | 2:17-cv-11911 |
| James, Melissa | 2:18-cv-05428 |
| Johnson, Sr. Floyzell | 2:15-cv-05665 |
| Kahler, Diana obo Truman Kahler | 2:17-cv-07570 |
| Kemper, Sandra | 2:16-cv-11882 |
| Kendrick, Mary | 2:17-cv-07570 |
| Kennon, Sandy Tew obo Joe C. Tew | 2:15-cv-01422 |
| King, Julie obo Danny King | 2:17-cv-01008 |
| Langston, Linda G. | 2:16-cv-14148 |
| Latham, Johnny | 2:15-cv-05666 |
| Lind, Stanley | 2:17-cv-01388 |
| Loring, Martha | 2:16-cv-17763 |
| Lowery, Pamela obo Helen M. Howell | 2:16-cv-15522 |
| Magwood, William | 2:17-cv-08810 |
| McClarren, Donald | 2:15-cv-05667 |
| McMahill, Danny G. | 2:16-cv-15532 |
| McMorry, Bobby L. | 2:16-cv-09653 |
| Montalbo, Florence | 2:18-cv-03180 |
| Montford, Johnny | 2:17-cv-07570 |
| Morgan, Ted | 2:16-cv-17759 |
| Morgan, Zelda M. | 2:17-cv-01003 |
| Neer, Claud | 2:15-cv-05798 |
| Northcross, Larry | 2:16-cv-09650 |
| O'Bryan, James D. | 2:15-cv-3947 |

| | |
|---|---|
| Palmer, Janie | 2:16-cv-15530 |
| Pawlak, Debra | 2:17-cv-2092 |
| Perry, Arthur K. Sr. | 2:16-cv-16521 |
| Pettigrew, Daniel | 2:17-cv-07570 |
| Pickett, Patricia | 2:16-cv-16483 |
| Pollard, Barbara | 2:17-cv-07106 |
| Pritchett, Dorothy | 2:17-cv-12586 |
| Rabon, Billy | 2:18-cv-04264 |
| Ramich, Mike | 2:16-cv-09659 |
| Ray, Patricia | 2:16-cv-02365 |
| Rich, Nelda obo Jackie Rich | 2:16-cv-02484 |
| Rickert, Patricia | 2:16-cv-16823 |
| Rivers, John | 2:17-cv-04126 |
| Rose, Wanda L. | 2:18-cv-2084 |
| Ross, George | 2:17-cv-07570 |
| Roucka-Brown, Deborah | 2:16-cv-11051 |
| Satterfield, Katina obo Bessie Satterfield | 2:16-cv-15527 |
| Slomkowski, Beth | 2:16-cv-09663 |
| Snyder, Patricia M. | 2:16-cv-16189 |
| Stasny, Catherine | 2:18-cv-03435 |
| Szegeti, Robert | 2:17-cv-07570 |
| Szerlip, Alexander | 2:17-cv-07570 |
| Szybiak, Thomas | 2:17-cv-07570 |
| Tagliaferro, Robert | 2:16-cv-02363 |
| Taverne, Maryanne | 2:16-cv-11885 |
| Teardo, Rosalyn | 2:16-cv-17767 |
| Timmons, Joyce | 2:15-cv-05668 |
| Timms, Nancy | 2:15-cv-01402 |
| Torrillo, Earline | 2:16-cv-16455 |
| Trice, G.H. | 2:15-cv-06549 |

| | |
|---|---|
| Vaughn, Evelyn | 2:18-cv-03429 |
| Vilmer, Arttie obo William Vilmer, Dec. | 2:15-cv-00204 |
| Wagnon, James T. | 2:16-cv-02364 |
| White, Patricia | 2:17-cv-14048 |
| Whitsel, Ted | 2:17-cv-11771 |
| Wickersham, Jurine obo Robert L Wickersham Sr. | 2:15-cv-05670 |
| Wilson, Claude | 2:16-cv-16186 |
| Wiltz, Marci obo James Wiltz | 2:15-cv-05671 |
| Wolff, Leora obo Opal McCourt | 2:16-cv-13638 |
| Wright, James R. obo Ellen Irene Wright | 2:15-cv-06547 |
| Yates, Eva A. | 2:15-cv-01416 |
| Zukowski, Donna | 2:16-cv-15915 |