**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS ACTION RELATES TO: ) <br> ) <br> All Plaintiffs Named in Exhibit "A" ) <br> To Motion to Substitute Counsel ) <br> ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC, ET AL. ) <br> ) <br> Defendants. ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH <br><br> **ORDER re** <br> **MOTION TO SUBSTITUTE** <br> **COUNSEL** |

## ORDER

Considering the above and foregoing Motion to Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that for Plaintiffs listed on Exhibit "A" to this motion, Andrew N. Faes, Esq. be entered as lead counsel for Plaintiffs, and the appearance of Christopher L. Schnieders, Esq. shall be withdrawn from these cases.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge