# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID J. DAY, as Personal Representative and Administrator of the Estate of JOANNE JOY DAY, deceased,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　　Defendants. | MDL<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.:  2:14-md-02592-EEF-MBN<br><br>Case Reference No.:  2:16-cv-15490 |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiff respectfully requests that attorney Patrick C. Marshall be enrolled as co-counsel of record in the above entitled and numbered action.

Wherefore, it is requested that the Court grant this motion.

Dated this 8th day of October, 2018.

Respectfully submitted,


/s/   J. Matthew Stephens
Attorney for Plaintiff


**OF COUNSEL:**

**METHVIN, TERRELL, YANCEY,
STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:     (205) 939-0199
Facsimile:      (205) 939-0399
E-mail:          mstephens@mmlaw.net


## CERTIFICATE OF SERVICE

    I hereby certify I filed an electronic copy of this brief with the Clerk of the Court using the ECF system on October 8, 2018, and that this system will provide notice of such filing to all counsel of record.


/s/    J. Matthew Stephens                            .

2