# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID J. DAY, as Personal Representative and Administrator of the Estate of JOANNE JOY DAY, deceased,<br>       Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br>       Defendants. | MDL<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.:  2:14-md-02592-EEF-MBN<br><br>Case Reference No.:  2:16-cv-15490 |

## ORDER

The Court, after considering the Plaintiff's Motion to Enroll as Co-Counsel, IT IS ORDERED, ADJUDGED AND DECREED that attorney Patrick C. Marshall of Methvin, Terrell, Yancey, Stephens & Miller, P.C. be allowed to enroll as co-counsel for Plaintiff in the above-entitled and numbered action along with J. Matthew Stephens, Esq.

Dated this \_\_\_\_ day of _____, 2018.

_____
U. S. DISTRICT JUDGE