IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ALL CASES ) ) ) ) ) ) | MDL No.: 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT

Plaintiff Beverly A. Shull, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 4(m), hereby moves this Court for the entry of an Order extending the time for service of the Complaint on Defendants.

## SUPPORTING MEMORANDUM

Rule 4(m) of the Federal Rules of Civil Procedure provides that the summons and complaint shall be served on a defendant after the filing of the complaint. If the deadline is not met, the Rule allows for the Court to direct that service be effected within a specified time. The Complaint in this action was filed.

Plaintiff respectfully requests an extension of time in which to serve the defendants. Plaintiff makes this request in good faith and have good cause for the relief they seek. Plaintiff's counsel was of the impression that service had been perfected at the time of the filing

and did not become aware that all defendants in this MDL matter had not yet been served. There is no prejudice to the defendants as these matters were to be tabled for future bell weather trials. In this case, the untimely service would be a mistake without prejudice to the litigation.

Rule 4(m) grants discretion to the district court to extend the time for service of process, even in the absence of showing of good cause. Even absent a showing of good cause for failure to timely serve process, the district court must still consider whether other circumstances warrant an extension of time. The court should be somewhat liberal in the service of defendants in an MDL case. The plaintiff in this matter is from Virginia and filed in Louisiana due to the MDL status.

Based on the foregoing, plaintiff respectfully requests that this Court enter an Order allowing them an additional time frame to perfect service on the defendants in this matter.

Respectfully Submitted,

RICHARD W. DAVIS, JR.

Date: October 8, 2018    By:    /s/ Richard W. Davis, Jr.
Richard W. Davis, Jr.
Virginia State Bar No. 41388
DAVIS, DAVIS & DAVIS ATTORNEYS
519 Second Street
P. O. Box 3448
Radford, Virginia  24143
(540) 639-9081 Ext. 4
(540) 639-9095 Facsimile
Counsel for Plaintiff, Beverly A. Shull

## CERTIFICATE

I, Richard W. Davis, Jr., counsel for plaintiff, do hereby certify that I have this 8th day of October 2018, electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following.

                                                                                         Richard W. Davis, Jr.