**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ABERNATHY, KIMBERLY | Cochran Legal Group | 2:17-cv-10644 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | ABREGO, OTILIA | The Driscoll Firm | 2:18-cv-1349 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 3. | ACOFF, NORMA | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:18-cv-02129 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 4. | ASHLAND, DANNY | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 5. | AUTRY, SADIE | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | AZZARITI, GEORGE | Johnson Law Group | 2:17-cv-15567 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 7. | BARBER, RICHARD | Cochran Legal Group | 2:17-cv-10645 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 8. | BASSETT, SHARLETA | Pulaski Law Firm, PLLC | 2:18-cv-03469 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 9. | BAUN, ALLEN | Cochran Legal Group | 2:17-cv-10646 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 10. | BOHANNAN, LORETHA | Stern Law, PLLC | 2:18-cv-03830 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | BOSWELL, TIMOTHY | The Gallagher Law Firm PLLC | 2:18-cv-04227 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 12. | BRANHAM, WILLIAM | The Driscoll Firm | 2:18-cv-1877 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 13. | BRANTLEY, FAITH | The Driscoll Firm | 2:18-cv-5202 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 14. | BRYANT, MARK | Beasley Allen | 2:18-cv-04090 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 15. | CARILLO, LAZARO | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 16. | CAZENAVE, PHYLLIS | The Driscoll Firm | 2:17-cv-17522 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | COGDILL, GAIL R | Stern Law, PLLC | 2:18-cv-03330 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 18. | COLLINS, ROBERT | The Driscoll Firm | 2:18-cv-2556 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 19. | COMUNALE, ABE | The Driscoll Firm | 2:18-cv-4389 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 20. | COOPER, JENNIFER | Johnson Law Group | 2:18-cv-03689 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 21. | COZAD, RICHARD | Flint Law Firm, LLC | 2:18-cv-3779 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 22. | CUMMINGS, GLENN | Morris Law Firm | 2:18-cv-00712 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 23. | DEVALL, BARRY | Johnson Law Group | 2:18-cv-00262 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 24. | DUFFIE, JAMES | The Gallagher Law Firm PLLC | 2:18-cv-027 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | DUNAWAY, PEGGY | Wexler Wallace LLP | 2:18-cv-02608 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 26. | DURDEN, VIRGINIA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 27. | EMBICK, DANIEL | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | ESCARREGA, ESTHER | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 29. | FORD, DEANDRA | Weitz & Luxenberg | 2:18-cv-04317 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 30. | FREEMAN, LEON | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 31. | GADIM, FOROUGH | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 32. | GARZA, GRISELA | Slater Slater Schulman LLP | 2:18-cv-02304 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 33. | GERDE, THOMAS | The Driscoll Firm | 2:18-cv-4353 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 34. | GLASPEY, JOHN | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 35. | GLENN, ISIAH | The Schlemmer Firm, LLC | 2:17-cv-8524 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 36. | GONZALES, RAYMOND | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 37. | GREENE, EDWARD W | The Gallagher Law Firm PLLC | 2:18-cv-04241 | Prescription Records-Records provided do not show Xarelto use |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 38. | HAMBLEN, WANDA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 39. | HARDEN, NELLIE J | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:18-cv-03076 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 40. | HARPER, GLENDA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 41. | HARRIS, JACKIE D | The Gallagher Law Firm PLLC | 2:18-cv-02477 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 42. | HELTON, TIMOTHY | The Driscoll Firm | 2:17-cv-17536 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 43. | HILL, TERRY | Cochran Legal Group | 2:17-cv-10649 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 44. | HOLLAND, LYDIA | The Driscoll Firm | 2:18-cv-5173 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 45. | HOLLAND, STEPHEN | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 46. | HOLMES, JUANITA | The Driscoll Firm | 2:17-cv-10075 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 47. | HYDE, JUANITA | The Gallagher Law Firm PLLC | 2:18-cv-02736 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 48. | IOVINO, JOHN | The Driscoll Firm | 2:18-cv-04378 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 49. | IVEY, GERALDINE W | Johnson Law Group | 2:18-cv-04693 | Prescription Records-Records provided do not show Xarelto use |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 50. | JACKSON, ANNE | The Driscoll Firm | 2:17-cv-9983 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 51. | JACKSON, FRANCES | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 52. | KARAS, FELICE | The Driscoll Firm | 2:18-cv-3390 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 53. | KEATON, KEVIN | Pulaski Law Firm, PLLC | 2:18-cv-05601 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 54. | KINCAID, ROGER | The Driscoll Firm | 2:17-cv-9980 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 55. | KING, WILLIE D | The Driscoll Firm | 2:18-cv-2126 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 56. | LANE, CAROL | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 57. | LEFILS, BRENDA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 58. | LEWIS, ANDREW | Pulaski Law Firm, PLLC | 2:18-cv-04535 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 59. | MADDOX, REGGIE | The Driscoll Firm | 2:18-cv-5178 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 60. | MARTIN, REBA | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 61. | MAY, JAMES | The Driscoll Firm | 2:18-cv-4387 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 62. | MAYHEW, KATHLEEN | The Driscoll Firm | 2:17-cv-17608 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 63. | MCCOY, MAE | The Driscoll Firm | 2:14-cv-944 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 64. | MCMILLAN, JERMAINE | The Gallagher Law Firm PLLC | 2:18-cv-02553 | Medical Records-Medical records provided do not demonstrate alleged injury |

14

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 65. | MEDINA, SHIRLEY | The Driscoll Firm | 2:18-cv-1690 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 66. | MITCHELL, NANCY | The Driscoll Firm | 2:18-cv-2073 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 67. | MOREHEAD, JAMES | The Driscoll Firm | 2:18-cv-2036 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 68. | MORRIS, WILLIS | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |
| 69. | MURPHY, JOHN | Fernelius Simon PLLC | 2:18-cv-03126 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 70. | NASLUND, CALVIN | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 71. | OVERBY, DARRYL | The Driscoll Firm | 2:18-cv-3389 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 72. | PALAROAN, JERRI | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 73. | PECK, PHILIP | The Driscoll Firm | 2:18-cv-2136 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 74. | POSEY, DARRYL | OnderLaw, LLC | 2:18-cv-750 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; ; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 75. | POSTOAK, DAVID | Pulaski Law Firm, PLLC | 2:18-cv-04401 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 76. | PRITCHETT, ANGELIA L | The Gallagher Law Firm PLLC | 2:18-cv-04235 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 77. | RADICAN, JEWEL | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 78. | REECE, WILLIAM G | Goldblatt + Singer | 2:17-cv-01403 | Medical Records-Medical records provided do not demonstrate alleged injury |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 79. | REESE, DOROTHY | Stern Law, PLLC | 2:18-cv-01250 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 80. | ROBISON, AMANDA | The Driscoll Firm | 2:18-cv-4366 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 81. | ROWDEN, DIANNA | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 82. | ROYAL, JAMIE | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 83. | SANDERFORD, CYNTHIA | The Gallagher Law Firm PLLC | 2:18-cv-02024 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 84. | SANDERS, GORDON L | Beasley Allen | 2:17-cv-10280 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 85. | SCHILDER, AUGUSTA | Gainsburgh Benjamin | 2:18-cv-04812 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 86. | SIMECEK, DELTON W | Beasley Allen | 2:18-cv-01571 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 87. | SMITH, EDWARD | Fernelius Simon PLLC | 2:18-cv-03681 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 88. | SMITH, JACQUELINE | The Schlemmer Firm, LLC | 2:17-cv-09908 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 89. | SOWELL, CHARLES | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 90. | SQUYRES, PAULA | The Driscoll Firm | 2:18-cv-4398 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 91. | STEIN, DARRELL | The Gallagher Law Firm PLLC | 2:18-cv-02108 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 92. | STEVENSON, MATTIE | Napoli Shkolnik PLLC | 2:18-cv-00840 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 93. | SWAN, MARK A | Medley Law Group | 2:17-cv-10151 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 94. | TAVERNIA, RICHARD A | Marc J. Bern & Partners LLP | 2:18-cv-04211 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 95. | TAXACHER, ROBERT | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 96. | THOMAS, EZRA | The Driscoll Firm | 2:18-cv-5168 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 97. | THOMAS, LUCILLE | The Driscoll Firm | 2:18-cv-3388 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 98. | TURNER, ANTHONY | Cochran Legal Group | 2:17-cv-10650 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 99. | TURNER, FLOREEN | The Driscoll Firm | 2:18-cv-17525 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 100. | UFIE, STEVE | Burns Charest LLP | 2:18-cv-4160 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 101. | VALANTIEJUS, JEANNINE | Law Office of Christopher K. Johnston, LLC | 2:18-cv-3558 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 102. | VEAZIE, JAMES | The Driscoll Firm | 2:18-cv-13880 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 103. | WALGUARNERY, DENNIS M | Law Office of Christopher K. Johnston, LLC | 2:18-cv-1974 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 104. | WALTERS, THOMAS | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 105. | WALTON, WILNEISHA | The Driscoll Firm | 2:18-cv-4392 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 106. | WARD, SAMMY K | Motley Rice, LLC | 2:18-cv-533 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 107. | WATSON, LAWRENCETTE | The Driscoll Firm | 2:18-cv-939 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 108. | WIGHTMAN, DORIS L | Napoli Shkolnik PLLC | 2:18-cv-03255 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 109. | WILLIAMS, BETTY | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 110. | WINTERS, JENNIFER | Tamari Law Group, LLC | 2:18-cv-04071 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**Exhibit A**
**Alleged Core Deficient Plaintiff Fact Sheet**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 111. | WOODALL, MALCOLM | The Driscoll Firm | 2:17-cv-10813 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |