# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development, LLC, et al., 2:18-cv-7410*

### VERIFIED MEMORANDUM IN SUPPORT OF PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO TENDER A PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Cecil Brown, by and through undersigned counsel of record, and in support of Plaintiff's First Motion for Extension of Time Within Which to Tender A Plaintiff Fact Sheet, states as follows:

1. Plaintiff's case was filed on August 6, 2018.

2. Plaintiff's Social Security Number is necessary to register Plaintiff and complete a Plaintiff Fact Sheet.

3. Plaintiff Cecil Brown is hesitant about providing his full Social Security Number.

4. As a result, Counsel for the Plaintiff has not been able to obtain Plaintiff's full Social Security Number.

5. On October 8, 2018, Counsel for Plaintiff requested an informal extension to Defendants' Liaison Counsel to tender the PFS to the Defendants.

6. As of the time of filing, Plaintiff's Counsel has not received a response from Defendants.

7. No actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

8. Plaintiff shows that as a matter of law and fact they were not delaying tendering the Plaintiff Fact Sheet in bad faith.

9. Plaintiff's Counsel asks the Court to grant an appropriate extension of 14 days for Plaintiff Brown to tender his Plaintiff Fact Sheet, making the PFS due on October 22, 2018.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant his First Motion for Extension of Time Within Which to Tender a Plaintiff Fact Sheet and for any further orders deemed just and proper under the circumstances.

I, Sarah Graziano, pursuant to the penalties of perjury verify the factual allegations contained herein are true and accurate.

_s/ Sarah Graziano_____
Sarah Graziano

Signed: October 8, 2018               Respectfully submitted,

**HENSLEY LEGAL GROUP, PC**

_s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 8th day of October 2018.

        **HENSLEY LEGAL GROUP, PC**

        s/ Sarah Graziano_____
        Sarah Graziano (IN Atty. #21650-49)
        117 E. Washington Street, Suite 200
        Indianapolis, IN 46204
        Telephone: (317) 472-3333
        Facsimile: (317) 473-3340
        Email: sgraziano@hensleylegal.com
        *Attorney for Plaintiff*