# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

**MDL No. 2592**

**SECTION L**

**JUDGE ELDON E. FALLON**

**MAGISTRATE JUDGE NORTH**

_____

**THIS DOCUMENT RELATES TO:**

*Aaron v. Janssen Research & Development, LLC, et al., 2:18-cv-7410*

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Cecil Brown, by and through undersigned counsel, and files this Notice of Submission of ***Plaintiff's First Motion for Extension of Time Within Which to Tender A Plaintiff Fact Sheet*** to be submitted on Wednesday, October 24, 2018, before the Honorable Judge Eldon E. Fallon.

Signed: October 8, 2018

Respectfully submitted,

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 8th day of October, 2018.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*