UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| _____ | ) | |

**THIS DOCUMENT RELATES TO:**

*Veronica Madeline Bell v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-04787**

### [*UNOPPOSED*] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW counsel for Veronica Madeline Bell, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of this motion, Plaintiff's counsel would show that they have conferred with Defendants' counsel on this matter and defense counsel has advised that the Defendants do not oppose this motion.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

Respectfully submitted,

Date: October 08, 2018       s/ Sarah J. Showard_____
                             Sarah J. Showard
                             Diana Ezrre Robles
                             SHOWARD LAW FIRM, P.C.

4703 E. Camp Lowell Dr.
Suite 253
Tucson, Arizona 85712
(520) 622-3344
(520) 881-9260 (facsimile)
sjshoward@showardlaw.com
drobles@showardlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing [Unopposed] Motion for Leave to File Amended Complaint has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: October 08, 2018                              s/ Sarah J. Showard
                                                     Sarah J. Showard