UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) \* <br> PRODUCTS LIABILITY LITIGATION \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE:  ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

**MICHAEL A. WILLIS**

Civil Action No.: 2:16-cv-12781

## AMENDED MOTION TO WITHDRAW AS COUNSEL

COME NOW Reid J. Elkus and Donald C. Sisson and Elkus & Sisson, P.C., Counsel for Plaintiff Michael A. Willis, who respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff Michael A. Willis, and request an immediate stay on all deadlines and proceedings, including but not limited to any orders to show cause that may be filed by Defendant(s).  The Memorandum in Support of the Motion to Withdraw as Counsel is submitted in support of this Motion.

Dated: October 9, 2018

*s/Reid J. Elkus*
Donald C. Sisson (Colo. #35825)
Reid J. Elkus (Colo. #35216)
Elkus & Sisson, P.C.
501 S. Cherry Street, Suite 920
Denver, CO 80246
303-567-7981
dsisson@elkusandsisson.com
relkus@elkusandsisson.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                *s/Reid J. Elkus*
                                                Reid J. Elkus