UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION:   L<br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

MICHAEL A. WILLIS

Civil Action No.: 2:16-cv-12781

## MEMORANDUM IN SUPPOPRT OF THE AMENDED MOTION TO WITHDRAW AS COUNSEL

COME NOW Reid J. Elkus and Donald C. Sisson and Elkus & Sisson, P.C., Counsel for Plaintiff Michael A. Willis, and hereby file this Memorandum in Support of the Motion to Withdraw as Counsel.

1. Undersigned counsel has conferred with the Defense regarding the relief requested herein. Counsel for Defense have not agreed to allow the undersigned to file this Motion upon consent and have indicated that they intend to oppose the Motion.

2. Due to professional circumstances, professional considerations require and demand that Plaintiff's counsels representation be terminated and that this Honorable Court promptly order withdraw of current counsel.

3. The undersigned certifies that he has sent to the Plaintiff via certified mail, as well

1

as electronic correspondence, undersigned counsel's intent and the reasons therefore for withdrawing as legal counsel.

4. The last known contact information for Plaintiff is 2604 Eastview Drive, Apt. A., Belleville, IL 62221, telephone 618-558-1734, email m.willis930@gmail.com.

5. The Plaintiff was not notified of any pending deadlines or court appearances as there are no pending deadlines or court appearances presently set for this matter.

Dated: October 9, 2018
                                               s/Reid J. Elkus
Donald C. Sisson (Colo. #35825)
Reid J. Elkus (Colo. #35216)
Elkus & Sisson, P.C.
501 S. Cherry Street, Suite 920
Denver, CO 80246
303-567-7981
dsisson@elkusandsisson.com
relkus@elkusandsisson.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **MEMORANDUM IN SUPPORT OF THE AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               s/Reid J. Elkus
                                               Reid J. Elkus