UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**MICHAEL A. WILLIS**

Civil Action No.: 2:16-cv-12781

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record,

IT IS HEREBY ORDERED that Reid J. Elkus and Donald C. Sisson, and Elkus & Sisson, P.C. is withdrawn as Plaintiff's attorney of record.

DONE AND SIGNED this _____ day of _____, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE