UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVOROXABAN) * | |
| PRODUCTS LIABILITY LITIGATION * | MDL NO. 2592 |
| * | |
| * | SECTION:   L |
| * | |
| * | JUDGE:  ELDON E. FALLON |
| * | |
| * | MAG. JUDGE MICHAEL NORTH |
| * | |

**THIS DOCUMENT RELATES TO:**

**MICHAEL A. WILLIS**

Civil Action No.: 2:16-cv-12781

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that plaintiff, Michael Willis, will bring for hearing the accompanying Motion to Withdraw as Counsel of Record at 9:00 a.m. on the 28th day of November, 2018, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Dated: October 9, 2018

*s/Reid J. Elkus*
Donald C. Sisson (Colo. #35825)
Reid J. Elkus (Colo. #35216)
Elkus & Sisson, P.C.
501 S. Cherry Street, Suite 920
Denver, CO 80246
303-567-7981
dsisson@elkusandsisson.com
relkus@elkusandsisson.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **MEMORANDUM IN SUPPORT OF THE AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/Reid J. Elkus*
Reid J. Elkus