# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN   ) <br> MDL No. 2592                            ) <br>                                         ) <br>                                         ) <br>                                         ) <br>                                         ) | PRODUCTS LIABILTY LITIGATION <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     2:17-cv-02302


**JERAELYN B. JUDE, ADMINSTRATROR FOR**                       **JURY DEMAND**
**THE ESTATE OF EARNEST W. JUDE**
      **Plaintiff,**

      **v.**

**JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG**

      **Defendants**

## NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), here informs this Honorable Court of the death of Jeraelyn B. Jude as Administrator for the Estate of Earnest W. Jude, which occurred on February 9, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of Earnest B Jude's estate.

1

Respectfully submitted,
**Phelan Petty, PLC**

/s/_____
Michael G. Phelan
Phelan Petty, PLC
VSB No. 29725
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com

Brielle M. Hunt, Esq. (VSB No. 87652)
Phelan Petty, PLC
6641 W. Broad St., Suite 406
Richmond, VA  23230
Phone: (804) 980-7100
Fax: (804) 767-4601
E-Mail: bhunt@phelanpetty.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies the foregoing was filed with the Court on October 9, 2018 through the Court's CM/ECF system, which will serve all counsel of record.

                                  Phelan Petty, PLC

                                  /s/_____  
                                  Brielle M. Hunt  
                                  VSB No. 87652  
                                  6641 W. Broad St. Suite 406  
                                  Richmond, VA  23230  
                                  Phone:  (804) 980-7100  
                                  Fax:  (804) 767-4601  
                                  E-mail:  bhunt@phelanpetty.com  
                                  *Attorney for Plaintiff*