UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILTY LITIGATION  ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          CASE NO.:  2:17-cv-02302

**JERAELYN B. JUDE, ADMINSTRATROR FOR**                    **JURY DEMAND**
**THE ESTATE OF EARNEST W. JUDE**
         Plaintiff,

                         v.

**JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a  JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG**

         **Defendants**

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rules 25 and 15 of the Federal Rules of Civil Procedure, Plaintiff, by counsel, hereby moves to substitute George Jude, Administrator of the Estate of Earnest W. Jude, for Jeraelyn B. Jude and to amend the Complaint in accordance with that substitution. The grounds for this motion are set forth more fully in Plaintiff's Memorandum in Support.

1

On September 26, 2018 and October 9, 2018 Plaintiff received email correspondence indicating that the Defendants do not oppose the Administrator's filing of the First Amended Complaint and substitution as party Plaintiff.

Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit 1.

**Signed: October 9, 2018**          Respectfully submitted,
                                     **Phelan Petty, PLC**

                                     /s/_____
                                     Michael G. Phelan
                                     Phelan Petty, PLC
                                     VSB No. 29725
                                     6641 W. Broad St. Suite 406
                                     Richmond, VA  23230
                                     Phone:  (804) 980-7100
                                     Fax:  (804) 767-4601
                                     E-mail:  mphelan@phelanpetty.com

                                     Brielle M. Hunt, Esq. (VSB No. 87652)
                                     Phelan Petty, PLC
                                     6641 W. Broad St., Suite 406
                                     Richmond, VA  23230
                                     Phone: (804) 980-7100
                                     Fax: (804) 767-4601
                                     E-Mail: bhunt@phelanpetty.com

                                     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on October 9, 2018 through the Court's CM/ECF system, which will serve all counsel of record.

>
> Phelan Petty, PLC
>
> /s/_____
> Brielle M. Hunt VSB No. 87652
> 6641 W. Broad St. Suite 406
> Richmond, VA  23230
> Phone:  (804) 980-7100
> Fax:  (804) 767-4601
> E-mail:  bhunt@phelanpetty.com
>
> *Attorney for Plaintiff*