UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) )
PRODUCTS LIABILTY LITIGATION ) MDL No. 2592
                        )
                        ) SECTION L
                        )
                        ) JUDGE ELDON E. FALLON
                        )
                        ) MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:   CASE NO.: 2:17-cv-02302

JERAELYN B. JUDE, ADMINSTRATROR FOR       JURY DEMAND
THE ESTATE OF EARNEST W. JUDE
   Plaintiff,

       v.

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG

     Defendants

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

  The Plaintiff, Jeraelyn B. Jude, Administrator of the Estate of Earnest W. Jude, died on February 9, 2018. The Plaintiff filed a Notice of and Suggestion of Death of Plaintiff with this Court on October 9, 2018. On August 29, 2018, the Plaintiff's decedent's brother, George Jude, was duly appointed by the Clerk of the Circuit Court of Henrico County, Virginia as

1

Administrator of the Estate of Earnest W. Jude, deceased. A copy of the Certificate/Letter of Qualification is attached as Exhibit 2.

Earnest W. Jude's claims survive his death and his Administrator, George Jude, is entitled to continue his causes of action for the benefit of the beneficiaries of his estate. Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the Court may order the substitution of parties.

Earnest W. Jude was prescribed and ingested Xarelto, and as a result of that ingestion, he sustained injuries including serious bleeding events for which she was hospitalized and transfused multiple units. Under Virginia law, Earnest W. Jude's claims against Janssen Research and Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceuticals, Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson and Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare, LLC, Bayer Healthcare AG, and Bayer AG (collectively, "the Defendants") are not extinguished due to his death. The Administrator is entitled to be substituted as Plaintiff in this action.

Pursuant to Federal Rule of Civil Procedure 15 (a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, justice requires that the Administrator be allowed to amend the complaint to include a survival action claim.

## CONCLUSION

The Plaintiff respectfully requests that George Jude, Administrator of the Estate of Earnest W. Jude, deceased, be substituted as the Plaintiff in this action.

**Signed: October 9, 2018**               Respectfully submitted,
                                                                  **Phelan Petty, PLC**

/s/_____
Michael G. Phelan
Phelan Petty, PLC
VSB No. 29725
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com

Brielle M. Hunt, Esq. (VSB No. 87652)
Phelan Petty, PLC
6641 W. Broad St., Suite 406
Richmond, VA  23230
Phone: (804) 980-7100
Fax: (804) 767-4601
E-Mail: bhunt@phelanpetty.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on October 9, 2018 through the Court's CM/ECF system, which will serve all counsel of record.

        Phelan Petty, PLC

        /s/_____
        Brielle M. Hunt VSB No. 87652
        6641 W. Broad St. Suite 406
        Richmond, VA 23230
        Phone: (804) 980-7100
        Fax: (804) 767-4601
        E-mail: bhunt@phelanpetty.com

        *Attorney for Plaintiff*