**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) |
| PRODUCTS LIABILTY LITIGATION | )   MDL No. 2592 |
| | ) |
| | )   SECTION L |
| | ) |
| | )   JUDGE ELDON E. FALLON |
| | ) |
| _____ | )   MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          CASE NO.:  2:17cv02302

JERAELYN B. JUDE, ADMINSTRATROR FOR                    JURY DEMAND
THE ESTATE OF EARNEST W. JUDE
                    Plaintiff,

                    v.

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a  JOHNSON AND JOHNSON

PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO,

LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN

PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER

HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER

CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and

BAYER AG


                    Defendants.

<u>ORDER</u>

        IT APPEARING THAT Plaintiff's counsel has moved to substitute a party and for leave

of Court to amend the previously filed Complaint and;

        IT APPEARING THAT counsel for Defendants do not oppose this motion;

        IT IS HEREBY ORDERED:

        THAT George Jude shall be and is hereby substituted as the party plaintiff for the

deceased Earnest W. Jude;

THAT the plaintiff shall be and hereby is granted leave of Court to file the First Amended Complaint; and

THAT said First Amended Complaint shall be deemed filed with the Clerk of Court as of the date of entry of this Order; and

THAT this cause shall hereafter be styled "George Jude, Administrator of the Estate of Earnest W. Jude, deceased, Plaintiff, v. Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, Defendants."

ENTERED this_____day of_____2018.

_____

Judge