UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| ALL CASES | MAGISTRATE NORTH |

*EX PARTE/CONSENT* **MOTION TO SUBSTITUTE DEFENDANTS' LIAISON COUNSEL**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, (collectively, "Janssen Defendants") respectfully move this Court to substitute Kim E. Moore of the law firm of Irwin Fritchie Urquhart & Moore LLC (La. Bar No. 18653) as Defendants' Liaison Counsel in the above-captioned matter, in place of James B. Irwin, V. Ms. Moore is duly admitted to practice before this Court and has played an active role in the litigation. Janssen Defendants further respectfully request that James B. Irwin, V of the law firm of Irwin Fritchie Urquhart & Moore LLC, be relieved of his duties as Defendants' Liaison Counsel due to his retirement. Susan M. Sharko of the law firm of Drinker Biddle & Reath LLP will remain Lead Counsel for Janssen Defendants in the above-captioned matter. Undersigned counsel for Janssen Defendants certify that neither Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG nor Plaintiffs' Liaison Counsel have any objection to the instant Motion.

1

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: */s/ Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
chanda.miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/ James B. Irwin*
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Janssen Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**