UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| ALL CASES | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, to substitute Kim E. Moore of the law firm of Irwin Fritchie Urquhart & Moore LLC as Defendants' Liaison Counsel (Rec. Doc. _____),

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall substitute Kim E. Moore of the law firm of Irwin Fritchie Urquhart & Moore LLC (La. Bar No. 18653) as Defendants' Liaison Counsel for Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC.

**IT IS FURTHER ORDERED** that James B. Irwin, V of the law firm of Irwin Fritchie Urquhart & Moore LLC, be relieved of his duties as Defendants' Liaison Counsel in the above-captioned matter.

New Orleans, Louisiana, this ___ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE