UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:

**THIS DOCUMENT RELATES TO:**

*James Mallory and Marie Mallory v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:16-cv-06986**

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Marie Mallory, as Administrator of the Estate of James Mallory, on behalf of her deceased husband, James Mallory, as the Plaintiff in this action.

1. James and Marie Mallory filed this products liability lawsuit against defendants on May 12, 2016 (Joint Complaint) and May 25, 2016 (Short Form Complaint).

2. Subsequently, plaintiffs' counsel learned that James Mallory died.

3. James Mallory's products liability lawsuit against defendants survived his death and was not extinguished.

1

4. Plaintiff filed a suggestion of death on October 2, 2018, attached hereto.

5. Marie Mallory, surviving wife of James Mallory, is a proper party to substitute for plaintiff-decedent and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Federal Rule of Civil Procedure 25(a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Marie Mallory, surviving wife of James Mallory, was appointed Administrator of James Mallory's Estate by order of the Surrogate's Court of the State of New York, Saratoga County on September 14, 2018. Attached hereto is a copy of the certificate of appointment of administrator issued by the Surrogate's Court.

Wherefore, counsel for Plaintiff requests that this court grant this motion for substitution as Plaintiff in this action.

Dated:  October 9, 2018

                Respectfully submitted,

                */s/ Rosemarie Riddell Bogdan*
                Rosemarie Riddell Bogdan
                NDNY Bar Roll Number: 506409
                NYS Bar Roll Number: 380552
                MARTIN, HARDING & MAZZOTTI, LLP
                Attorneys for Plaintiffs
                1222 Troy-Schenectady Road
                P.O. Box 15141
                Albany, New York 12212-5141
                Telephone: (518) 862-1200
                rrbxarelto@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to pretrial order number 17.

Dated: October 9, 2018

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan