Certificate# 24950

# Surrogate's Court of the State of New York
## Saratoga County
### Certificate of Appointment of Administrator

File #: 2018-571

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | |
|---|---|---|
| Name of Decedent: | **James F. Mallory**<br>aka   James F. Mallory Sr | Date of Death: **September 12, 2017** |
| Domicile: | **Saratoga Springs, NY, County of Saratoga** | |
| Fiduciary Appointed:<br>Mailing Address: | **Marie Mallory**<br>136 Homestead Road<br>Saratoga Springs NY  12866 | |

Type of Letters Issued:   **LETTERS OF ADMINISTRATION WITH LIMITATIONS**

Letters Issued On:   **September 14, 2018**

**Limitations:  Pursuant to SCPA 702, and Uniform Rules for Surrogate's Court 207.38, no final compromise of any wrongful death or related action(s) or proceeding(s) shall be made, nor any attorney's fees taken relating to the wrongful death action, without prior application to the surrogate for leave to compromise said action(s) or proceeding(s) and obtaining an order from the surrogate approving said compromise and distribution of proceeds, if any.**

and such Letters are unrevoked and in full force as of this date.

**Dated: September 18, 2018**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Saratoga County Surrogate's Court at Ballston Spa, New York.

WITNESS, Hon. Richard A. Kupferman, Judge of the Saratoga County Surrogate's Court.

*Catharine A. Ruggles* (signature)
Catharine A. Ruggles, Chief Clerk
Saratoga County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Saratoga County Surrogate's Court*

SCANNED
SEP 18 2018

At a Surrogate's Court of the State of New York held in and for the County of Saratoga at Ballston Spa, New York.

PRESENT: Hon. Richard A. Kupferman, Surrogate

| Administration Proceeding, Estate of **James F. Mallory** | DECREE GRANTING ADMINISTRATION WITH LIMITATIONS File No. 2018-571 |
|---|---|

aka James F. Mallory Sr

Deceased.

A verified petition having been filed by Marie Mallory praying that administration of the goods, chattels and credits of the above-named decedent be granted to Marie Mallory and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Marie Mallory is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Marie Mallory upon proper qualification and the filing of a bond be and hereby is dispensed with; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions: Pursuant to SCPA 702, and Uniform Rules for Surrogate's Court 207.38, no final compromise of any wrongful death or related action(s) or proceeding(s) shall be made, nor any attorney's fees taken relating to the wrongful death action, without prior application to the surrogate for leave to compromise said action(s) or proceeding(s) and obtaining an order from the surrogate approving said compromise and distribution of proceeds, if any.

DATED: September 14, 2018

Richard A. Kupferman
Surrogate