UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Mallory and Marie Mallory v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:16-cv-06986**

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Marie Mallory, As Administrator of the Estate of James Mallory, is substituted for plaintiff James Mallory in the above-captioned case.

Dated: _____ _____
Hon. Eldon E. Fallon
United States District Court Judge