## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592<br>) Section L<br>) Judge Eldon E. Fallon<br>) Mag. Judge Michael North |

**THIS DOCUMENT RELATES TO:**

*Evelynn Heidenreich v. Janssen Research & Development LLC, et al.*
*Case No. 2:16-cv-16195*

## ORDER

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Evelynn Heidenreich's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this 9th day of October, 2018.

*[signature]*

Honorable Eldon E. Fallon
United States District Judge