**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592 |
| THIS ACTION RELATES TO: | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| All Plaintiffs Named in Exhibit "A" To Motion to Substitute Counsel | |
| | **ORDER re**<br>**MOTION TO SUBSTITUTE**<br>**COUNSEL** |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | |
| Defendants. | |

## ORDER

Considering the above and foregoing Motion to Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that for Plaintiffs listed on Exhibit "A" to this motion, Andrew N. Faes, Esq. be entered as lead counsel for Plaintiffs, and the appearance of Christopher L. Schnieders, Esq. shall be withdrawn from these cases.

New Orleans, Louisiana this __9th__ day of __October__, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge

# EXHIBIT A

| Plaintiff's Name | Case No. |
|---|---|
| Akright, Mary Lou | 2:16-cv-16512 |
| Allen, Lillian | 2:16-cv-03708 |
| Annesser, James | 2:15-cv-5623 |
| Austin, Lottie | 2:15-cv-00566 |
| Badell, Gloria | 2:16-cv-15120 |
| Batiste, Betty | 2:15-cv-05635 |
| Beck, Jerome | 2:16-cv-15130 |
| Beckham, Margaret obo Allyn R Beckham | 2:18-cv-03437 |
| Benson, Ron | 2:17-cv-07570 |
| Bertino, Andy | 2:17-cv-08814 |
| Block, Jack | 2:16-cv-15903 |
| Bohren, Sherry obo Robert L. Snyder | 2:16-cv-16189 |
| Bothe, William G. | 2:15-cv-02179 |
| Browning, Randall | 2:17-cv-07570 |
| Burcl, John E. | 2:16-cv-09633 |
| Byas, Phyllis | 2:17-cv-12576 |
| Byrd-Wood, Francis obo William Wood | 2:17-cv-8308 |
| Callan, Patricia | 2:18-cv-04263 |
| Carpenter, Carol | 2:17-cv-00100 |
| Casey, John | 2:16-cv-05814 |
| Chavez, Medardo, G. | 2:17-cv-07570 |
| Cheramie, Audrey | 2:15-cv-1412 |
| Cinelli, Regina | 2:18-cv-07000 |
| Conyers, Delores | 2:17-cv-8394 |
| Cook, William | 2:15-cv-06551 |
| Costa, Johnny | 2:17-cv-07570 |
| Crosby, Chante obo Mamie Chambers | 2:17-cv-07570 |
| Davis, Sally H. | 2:18-cv-2141 |

| | |
|---|---|
| Day, Harry | 2:15-cv-06395 |
| DiNaso, Richard obo Bonnie DiNaso | 2:17-cv-02709 |
| Dinkel, Devane | 2:16-cv-15909 |
| Dowling, Jacqueline | 2:16-cv-16821 |
| Droddy, James | 2:18-cv-03187 |
| Dunning, Mary | 2:16-cv-13906 |
| Durig, Gladys | 2:15-cv-01375 |
| Elder, James | 2:18-cv-04272 |
| Faye, Edward | 2:15-cv-05661 |
| Finley, Kathie obo James Reid | 2:16-cv-02483 |
| Fiore, Donna | 2:15-cv-1414 |
| Fitzpatrick, Pauline | 2:17-cv-07570 |
| Francois, Iola | 2:16-cv-11908 |
| Frankel, Arnold | 2:17-cv-07570 |
| Freund, Samuel | 2:15-cv-03413 |
| Friend, Terri obo Virginia Elms | 2:15-cv-06546 |
| Fussel, Roy | 2:18-cv-04258 |
| Garrett, June | 2:15-cv-05662 |
| Gengler, Michael | 2:17-cv-12579 |
| Goodman, Peggy | 2:18-cv-05406 |
| Granger, Chris | 2:17-cv-14054 |
| Gray, Tammie | 2:17-cv-04123 |
| Hairston, Dorothy | 2:17-cv-07570 |
| Hall, Melissa | 2:16-cv-01718 |
| Hampe, Janet | 2:17-cv-07100 |
| Hampton, Durwin L. | 2:15-cv-05800 |
| Harter Sr., Keith A. | 2:18-cv-04311 |
| Haynes, Harry obo Donna Haynes | 2:16-cv-11881 |
| Hazelwood, Letha S. | 2:15-cv-05663 |
| Hickson, Jerry | 2:17-cv-07108 |

2

| | |
|---|---|
| Hodgson, James | 2:17-cv-14029 |
| Horton, Virgie | 2:15-cv-05631 |
| Hughes, David | 2:15-cv-05548 |
| Hund, Constance obo George Desch | 2:17-cv-05459 |
| Hurd, Debra D. | 2:17-cv-05105 |
| Hurst, Faith A. | 2:17-cv-5896 |
| Jaco, Toni obo Carol Jaco | 2:17-cv-11911 |
| James, Melissa | 2:18-cv-05428 |
| Johnson, Sr. Floyzell | 2:15-cv-05665 |
| Kahler, Diana obo Truman Kahler | 2:17-cv-07570 |
| Kemper, Sandra | 2:16-cv-11882 |
| Kendrick, Mary | 2:17-cv-07570 |
| Kennon, Sandy Tew obo Joe C. Tew | 2:15-cv-01422 |
| King, Julie obo Danny King | 2:17-cv-01008 |
| Langston, Linda G. | 2:16-cv-14148 |
| Latham, Johnny | 2:15-cv-05666 |
| Lind, Stanley | 2:17-cv-01388 |
| Loring, Martha | 2:16-cv-17763 |
| Lowery, Pamela obo Helen M. Howell | 2:16-cv-15522 |
| Magwood, William | 2:17-cv-08810 |
| McClarren, Donald | 2:15-cv-05667 |
| McMahill, Danny G. | 2:16-cv-15532 |
| McMorry, Bobby L. | 2:16-cv-09653 |
| Montalbo, Florence | 2:18-cv-03180 |
| Montford, Johnny | 2:17-cv-07570 |
| Morgan, Ted | 2:16-cv-17759 |
| Morgan, Zelda M. | 2:17-cv-01003 |
| Neer, Claud | 2:15-cv-05798 |
| Northcross, Larry | 2:16-cv-09650 |
| O'Bryan, James D. | 2:15-cv-3947 |

| | |
|---|---|
| Palmer, Janie | 2:16-cv-15530 |
| Pawlak, Debra | 2:17-cv-2092 |
| Perry, Arthur K. Sr. | 2:16-cv-16521 |
| Pettigrew, Daniel | 2:17-cv-07570 |
| Pickett, Patricia | 2:16-cv-16483 |
| Pollard, Barbara | 2:17-cv-07106 |
| Pritchett, Dorothy | 2:17-cv-12586 |
| Rabon, Billy | 2:18-cv-04264 |
| Ramich, Mike | 2:16-cv-09659 |
| Ray, Patricia | 2:16-cv-02365 |
| Rich, Nelda obo Jackie Rich | 2:16-cv-02484 |
| Rickert, Patricia | 2:16-cv-16823 |
| Rivers, John | 2:17-cv-04126 |
| Rose, Wanda L. | 2:18-cv-2084 |
| Ross, George | 2:17-cv-07570 |
| Roucka-Brown, Deborah | 2:16-cv-11051 |
| Satterfield, Katina obo Bessie Satterfield | 2:16-cv-15527 |
| Slomkowski, Beth | 2:16-cv-09663 |
| Snyder, Patricia M. | 2:16-cv-16189 |
| Stasny, Catherine | 2:18-cv-03435 |
| Szegeti, Robert | 2:17-cv-07570 |
| Szerlip, Alexander | 2:17-cv-07570 |
| Szybiak, Thomas | 2:17-cv-07570 |
| Tagliaferro, Robert | 2:16-cv-02363 |
| Taverne, Maryanne | 2:16-cv-11885 |
| Teardo, Rosalyn | 2:16-cv-17767 |
| Timmons, Joyce | 2:15-cv-05668 |
| Timms, Nancy | 2:15-cv-01402 |
| Torrillo, Earline | 2:16-cv-16455 |
| Trice, G.H. | 2:15-cv-06549 |

4

| | |
|---|---|
| Vaughn, Evelyn | 2:18-cv-03429 |
| Vilmer, Arttie obo William Vilmer, Dec. | 2:15-cv-00204 |
| Wagnon, James T. | 2:16-cv-02364 |
| White, Patricia | 2:17-cv-14048 |
| Whitsel, Ted | 2:17-cv-11771 |
| Wickersham, Jurine obo Robert L Wickersham Sr. | 2:15-cv-05670 |
| Wilson, Claude | 2:16-cv-16186 |
| Wiltz, Marci obo James Wiltz | 2:15-cv-05671 |
| Wolff, Leora obo Opal McCourt | 2:16-cv-13638 |
| Wright, James R. obo Ellen Irene Wright | 2:15-cv-06547 |
| Yates, Eva A. | 2:15-cv-01416 |
| Zukowski, Donna | 2:16-cv-15915 |

5