UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Nicole McClay vs. Janssen Research & Development LLC, et al,*
**Case No. 2:16-cv-09534**

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

      Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Nicole McClay.

| | |
|---|---|
| Dated: October 9, 2018 | Respectfully Submitted, |
| | |
| | _____ |
| | Fareesh S. Sarangi |
| | Ga Bar No. 735110 |
| | Sarangi Law, LLC |
| | 3350 Riverwood Pkwy., Ste. 1900 |
| | Atlanta, GA. 300339 |
| | 404-996-5157 (Telephone) |
| | 678-981-8390 (Facsimile) |
| | |
| | **Attorney for Plaintiff** |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

                                                    Fareesh S. Sarangi