UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

**This Document relates to:**
*Annette Yates vs. Janssen Research & Development, LLC et al;*
*Civil Action No. 2:17-cv-10631*

## RESPONSE TO ORDER TO SHOW CAUSE

**MAY IT PLEASE THE COURT:**

Plaintiff, Annette Yates, by and through her undersigned counsel, files this Response to the Order to Show Cause entered on October 4, 2018 [Doc. 11073] regarding Plaintiff's alleged Core Plaintiff Fact Sheet Deficiencies.

Earlier this year it was discovered the Plaintiff Annette Yates was also represented by another law firm that filed a Xarelto case in this Court. The attorneys and Plaintiff resolved this dual representation issue and the matter that was filed by the other law firm was discontinued.

Subsequently, on September 26, 2018 Defendants moved for an Order to Show Cause why Plaintiff's case in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice [Doc. 11020].

The alleged deficiencies are noted as follows:

| PFS Section | Deficiency |
|---|---|
| III. A. 5. | Plaintiff's failure to respond to follow-up question regarding the description of the document of written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding Xarelto. |

| III. F1. | Plaintiff's failure to provide a response containing a year and description of the discuss with a healthcare provider regarding whether Xarelto® caused her injury. |
|---|---|
| V. H1. | Plaintiff's failure to provide the name and address of the treating healthcare provider and facility where she treated for anemia, cerebral aneurysm, skin cancer, diabetes, hypertension, and irregular heartbeat, in the 15 year period since she started taking Xarelto®. |

On October 5, 2018, Plaintiff responded to the Defendants' requests the best of her ability by submitted an Amended Plaintiff's Fact Sheet on the MDL Centrality Portal. The Plaintiff is unable to recall specific details, including the exact date of a conversation she had with a physician as well as the physician who diagnosed Plaintiff with skin cancer in 1992. Plaintiff's substantially completed the Plaintiff Fact Sheet is served on the Defendants. On September 4, 2018 the Defendants requested an authorization to release records from Wal-Mart Stores, Inc. This authorization will be provided to the Defendants as soon as it is received from the Plaintiff. The Defendants should not further delay the production of their Defendant Fact Sheet.

WHEREFORE, it is respectfully requested that this Court deny Defendant's motion to dismiss the Plaintiff's action.

Date: October 9, 2018

Respectfully Submitted,
/s/___Christopher LoPalo_____
Christopher LoPalo, Esquire
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
CLoPalo@napolilaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on October 9, 2018.

                                                /s/__Christopher LoPalo_____
                                                Christopher LoPalo, Esquire