UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**PROPOSED AGENDA FOR**
**OCTOBER 11, 2018 STATUS CONFERENCE**

1. Pre-Trial Orders

2. Case Management Orders

3. Counsel Contact Information Form

4. Defendants' Liaison Counsel

5. Plaintiff Fact Sheets

6. Defendant Fact Sheets

7. Service of Process on Certain Bayer Defendants

8. Preservation Order

9. Order Governing the Parties' Interactions with MDL Plaintiffs' Prescribing and Treating Physicians

10. Bellwether Cases

11. CMO 6 Cases

12. State/Federal Coordination

13. Matters Set for Hearing Following the Status Conference

14. Next Status Conference