# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>MARVIN ROBERTS<br>Case No. 2:15-cv-00504 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT

Plaintiff, by and through his undersigned counsel, respectfully move this Honorable Court for an Order in the form appended hereto to amend Plaintiff's Complaint under Federal Rule of Civil Procedure 15(a)(2).

For the reasons set forth in the Memorandum of Law filed in conjunction herewith, Plaintiff respectfully requests that the Court grant his instant Motion to Amended the Plaintiff's Complaint.

Dated:  October 9, 2018               Respectfully submitted,

/s/ Kristine K. Kraft
Roger C. Denton, Esq. (MO Bar No. 30292)
Kristine K. Kraft, Esq. (MO Bar No. 37971)
Ashley Brittain Landers, Esq. (MO Bar No. 62763)
**SCHLICHTER, BOGARD & DENTON, LLC**
100 South 4th Street, Suite 1200
Saint Louis, MO 63102
(314) 621-6115
kkraft@uselaws.com
rdenton@uselaws.com
abrittainlanders@uselaws.com

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 9, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kristine K. Kraft
**Kristine K. Kraft, Esq.**