## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: | SECTION: L |
| MARVIN ROBERTS v. JANSSEN RESEARCH & DEVELOPMENT LLC, f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al. | JUDGE FALLON<br><br>MAG. JUDGE NORTH |
| Case No. 2:15-cv-00504 | |

## AMENDED COMPLAINT AND JURY DEMAND

NOW COMES Plaintiff, Marvin Roberts, through his undersigned counsel, who hereby amend their Complaint against Defendants Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutical Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, (hereinafter collectively referred to as "Defendants") as follows:

    I.    Plaintiff's paragraph "17" is hereby amended as follows:

17. Upon information and belief, and as a direct and proximate result of the use of Defendants' Xarelto, Plaintiff experienced internal bleeding on or about June 3, 2014, thereby suffering excessive and/or uncontrollable bleeding from his use of Xarelto, as well as severe pain and suffering.

    II.    Plaintiff re-avers and re-alleges the remainder of his original Complaint as if copied herein *in extenso*.

Respectfully submitted,

/s/ Kristine K. Kraft
Roger C. Denton, Esq. (MO Bar No. 30292)
Kristine K. Kraft, Esq. (MO Bar No. 37971)
Ashley Brittain Landers, Esq. (MO Bar No. 62763)
**SCHLICHTER, BOGARD & DENTON, LLC**
100 South 4th Street, Suite 1200
Saint Louis, MO 63102
(314) 621-6115
kkraft@uselaws.com
rdenton@uselaws.com
abrittainlanders@uselaws.com

**ATTORNEYS FOR PLAINTIFFS**