# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>MARVIN ROBERTS<br>Case No. 2:15-cv-00504 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Plaintiff, by his designated attorneys, has filed a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

This Court, having considered Plaintiff's motion, finds that Plaintiff has demonstrated that justice requires the grant of leave to file the proposed Amended Complaint. Therefore, Plaintiff's motion is GRANTED.

SO ORDERED that Plaintiff's Amended Complaint and Jury Demand for Jury Trial be filed with the Clerk of the Court deemed filed as of the date of entry of this Order.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2018.

                                          HONORABLE ELDON E. FALLON
                                          UNITED STATES DISTRICT JUDGE