IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO® (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No.: 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES | | |

THIS DOCUMENT RELATES TO ALL CASES

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S FIRST EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO SERVE PROCESS

MAY IT PLEASE THE COURT:

Plaintiff Beverly A. Shull, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 4(m), submits this memorandum in support of the Plaintiff's First Motion for Extension of Time in which to Serve Process.

Rule 4(m) of the Federal Rules of Civil Procedure provides that the summons and complaint shall be served on a defendant after the filing of the complaint. If the deadline is not met, the Rule allows for the Court to direct that service be effected within a specified time. The Complaint in this action was timely filed.

Plaintiff respectfully requests an extension of time in which to serve the defendants. Plaintiff makes this request in good faith and have good cause for the relief they seek.

Plaintiff's counsel was of the impression that service had been perfected at the time of the filing and did not become aware that all defendants in this MDL matter had not yet been served. There is no prejudice to the defendants as these matters were to be tabled for future bell weather trials. In this case, the untimely service would be a mistake without prejudice to the litigation.

Rule 4(m) grants discretion to the district court to extend the time for service of process, even in the absence of showing of good cause. Even absent a showing of good cause for failure to timely serve process, the district court must still consider whether other circumstances warrant an extension of time. The court should be somewhat liberal in the service of defendants in an MDL case. The plaintiff in this matter is from Virginia and filed in Louisiana due to the MDL status.

Based on the foregoing, plaintiff respectfully requests that this Court enter an Order allowing them an additional time frame to perfect service on the defendants in this matter.

Respectfully Submitted,

RICHARD W. DAVIS, JR.

Date: October 9, 2018

By: ___/s/ Richard W. Davis, Jr.___
Richard W. Davis, Jr.
Virginia State Bar No. 41388
DAVIS, DAVIS & DAVIS ATTORNEYS
519 Second Street
P. O. Box 3448
Radford, Virginia 24143
(540) 639-9081 Ext. 4
(540) 639-9095 Facsimile
Counsel for Plaintiff, Beverly A. Shull

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 9th day of October 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Richard W. Davis, Jr.