IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO® (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Considering the Plaintiff's First Ex Parte Motion for Extension of Time Within Which to Serve Process:

IT IS ORDERED that the deadline to extend time for service of the Complaint in this matter is extended, to allow sufficient time fo complete service upon all defendants.

New Orleans, Louisiana, this _____ day of October 2018.

Honorable Eldon E. Fallon