IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO® (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No.: 2592 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) ) ) | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO ALL CASES

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Beverly A. Shull, by and through her undersigned counsel, and files this Notice of Submission of **Plaintiff's First Ex Parte Motion for Extension of Time Within Which to Serve Process** to be submitted on Wednesday, October 24, 2018, before the Honorable Judge Eldon E. Fallon.

Respectfully Submitted,

RICHARD W. DAVIS, JR.

Date: October 9 2018

By: _/s/ Richard W. Davis, Jr._
Richard W. Davis, Jr.
Virginia State Bar No. 41388
DAVIS, DAVIS & DAVIS ATTORNEYS
519 Second Street
P. O. Box 3448
Radford, Virginia 24143
(540) 639-9081 Ext. 4
(540) 639-9095 Facsimile
Counsel for Plaintiff, Beverly A. Shull

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 9th day of October 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: ___/s/ Richard W. Davis, Jr.___
Richard W. Davis, Jr.
Virginia State Bar No. 41388
DAVIS, DAVIS & DAVIS ATTORNEYS
519 Second Street
P. O. Box 3448
Radford, Virginia  24143
(540) 639-9081 Ext. 4
(540) 639-9095 Facsimile
Counsel for Plaintiff, Beverly A. Shull