IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO ALL CASES

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 24, 2018, at 9:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff will present to the Court the Plaintiff's First Ex Parte Motion to Extend Time Within Which to Serve Process.

Date: October 9, 2018     By:     _/s/ Richard W. Davis, Jr._
Richard W. Davis, Jr.
Virginia State Bar No. 41388
DAVIS, DAVIS & DAVIS ATTORNEYS
519 Second Street
P. O. Box 3448
Radford, Virginia  24143
(540) 639-9081 Ext. 4
(540) 639-9095 Facsimile
Counsel for Plaintiff, Beverly A. Shull