UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE FALLON MAG. JUDGE NORTH |

PRETRIAL ORDER NO. 10 C
(Streamlined Service on Certain Bayer Defendants.
New Address for Service on Bayer HealthCare Pharmaceuticals Inc.)

Pretrial Order No. 10 (Rec. Doc. 357) is amended herein only to provide a new address for streamlined service on Bayer HealthCare Pharmaceuticals Inc. ("BHCP").

Section II. C. 1. of PTO No. 10 is amended to read as follows:

    1.    By **CERTIFIED** Mail, Return Receipt Requested, upon the following representative of BHCP:

> Bayer HealthCare Pharmaceuticals Inc.
> c/o SOP Department
> Corporation Service Company
> 251 Little Falls Drive
> Wilmington, DE 19808-1674

**IT IS SO ORDERED**.

NEW ORLEANS, LOUISIANA this 10th day of October, 2018.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE