# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANDACE PARRISH<br><br>    Plaintiff,<br><br>V.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | CIVIL ACTION NO. MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Member Case No. 2:16-cv-03261 |

## **NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

    Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Candace Parrish. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of Candace Parrish.

Dated: October 10, 2018

    Respectfully submitted,
    **The Potts Law Firm, LLP**

    */s/ Derek H. Potts*
    Derek H. Potts
    Texas State Bar No. 24073727
    **THE POTTS LAW FIRM, LLP**
    3737 Buffalo Speedway, #1900

Houston, TX 77098
Phone: 713-963-8881
Fax: 713-583-5388
Email: dpotts-law.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on July 10, 2017.

By: /s/ Derek H. Potts
Derek H. Potts