# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|   |   |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) MDL NO.: 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THOMAS PRUITT | ) ) ) ) ) Civil Action No. 2:15-cv-02001 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

NOW COME Seth A. Katz and the law firm of **Burg Simpson Eldredge Hersh & Jardine, P.C.**, and respectfully submit to this Court, pursuant to Federal Rules of Civil Procedure 15(a)(2), this Motion for Leave to File an Amended Complaint and in support thereof respectfully submit the accompanying Memorandum.

**WHEREFORE,** Counsel for Plaintiff, Thomas Pruitt, respectfully request the Court grant Plaintiff's Motion for Leave to File an Amended Complaint.

Dated this the 10th day of October, 2018.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2018, the foregoing Motion for Leave to File an Amended Complaint was electronically filed with the Clerk of Court using the Court's CM/ECF system which e- mailed notification of such filing to all counsel of record.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFF