# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> SUE TOLBIRD ) <br> ) <br> ) | MDL NO.: 2592 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br> Civil Action No. 2:16-cv-00675 |

## PLAINTIFF'S MOTION TO WITHDRAW
## DOCUMENTS FILED IN ERROR

NOW COME Seth A. Katz and the law firm of **Burg Simpson Eldredge Hersh & Jardine, P.C.**, and respectfully submit to this Court this Motion to Withdraw Documents Filed in Error. Plaintiff filed certain documents in error and, after discussion with the Clerk of Court, respectfully requests that certain documents be withdrawn and stricken as set forth herein. Specifically, Plaintiffs hereby respectfully request this Court to withdraw Document Nos. 10563, 10563-1, 10563-2, 10563-3, 10563-4, 10625, and 10625-1 and strike Document No. 10624.

In support of this Motion, Plaintiff's attorneys offer the following:

1. Plaintiff inadvertently filed the following Document Numbers in error: Document Nos. 10563, 10563-1, 10563-2, 10563-3, 10563-4, 10625, and 10625-1.

2. Subsequently and in response to Plaintiff's incorrectly filed documents, this Court

entered an Order on August 23, 2018 (Doc. No. 10624). Plaintiff's respectfully request that the Court strike Document No. 10624.

3. Plaintiff's proposed Order is provided herewith as "Exhibit A."

Respectfully submitted this the 11th day of October, 2018.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFFS

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2018, the foregoing Motion to Withdraw Documents Filed in Error was electronically filed with the Clerk of Court using the Court's CM/ECF system which e- mailed notification of such filing to all counsel of record.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFF

3