# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>SUE TOLBIRD | Civil Action No. 2:16-cv-00675 |

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW DOCUMENTS FILED IN ERROR

The Court, after considering Plaintiff's Motion to Withdraw Documents filed in error, finds the Motion meritorious. It is therefore:

ORDERED THAT Document Nos. 10563, 10563-1, 10563-2, 10563-3, 10563-4, 10625, and 10625-1 be marked withdrawn and Document No. 10624 be stricken.

SIGNED and ENTERED THIS _____ day of _____, 2018.

_____
Hon. Eldon F. Fallon
United States District Court Judge