UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> SUE TOLBIRD | Civil Action No. 2:16-cv-00675 |

**PLAINTIFF'S MOTION TO SUBSTITUTE
PARTY AND FILE SECOND AMENDED COMPLAINT**

NOW COME Seth A. Katz and the law firm of **Burg Simpson Eldredge Hersh & Jardine, P.C.**, and respectfully submit to this Court, pursuant to Federal Rules of Civil Procedure 25(a)(1), this Motion to Substitute Party and File Second Amended Complaint and in support thereof respectfully submit the accompanying Memorandum.

**WHEREFORE,** Counsel for Plaintiff, Sue Tolbird, respectfully request the Court grant Plaintiff's Motion to Substitute Michele Terry, as the Administratrix of the Estate of Sue Tolbird, Deceased, and grant leave to file the Second Amended Complaint.

Dated this the 11th day of October, 2018.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112

Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2018, the foregoing Motion to Substitute Party and File Second Amended Complaint was electronically filed with the Clerk of Court using the Court's CM/ECF system which e- mailed notification of such filing to all counsel of record.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFF