UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL NO.: 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>SUE TOLBIRD | Civil Action No. 2:16-cv-00675 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO SUBSTITUTE
PARTY AND FILE SECOND AMENDED COMPLAINT**

Plaintiff in the above-listed action hereby submits this Memorandum in Support of her Motion for an Order from this Honorable Court, granting her this Motion to Substitute Party and File Second Amended Complaint.

**BACKGROUND**

Plaintiff Sue Tolbird passed away on April 8, 2017. *See* Kentucky Certificate of Death, attached as "Exhibit A." Michele Terry, surviving daughter of Sue Tolbird, was appointed Administratrix of the Estate of Sue Tolbird on January 17, 2018 in the District Probate Court of Justice, Carlisle County in the Commonwealth of Kentucky. *See* Order Appointing Fiduciary, attached as "Exhibit B." On August 21, 2018, after obtaining consent from counsel for Defendants, we filed a Motion to Substitute Plaintiff and Amend Complaint in the Sue Tolbird matter. However, the complaint Plaintiff filed was not the correct Complaint; specifically, that complaint did not reflect that it is the Second Amended Complaint and did not include the allegations against Johnson & Johnson that were added in the First Amended Complaint filed in

2016. Contemporaneously herewith, Plaintiff has filed a Motion to Withdraw the incorrect documents that were filed on August 21, 2018 (Doc. Nos. 10563, 10563-1, 10563-2, 10563-3, 10563-4, 10625, and 10625-1) and has requested that the Court to strike the corresponding Order entered by the Court on August 23, 2018 (Doc. No. 10624). In place of those documents, Plaintiff now files this Motion to Substitute Plaintiff and File Second Amended Complaint.

## LAW AND ANALYSIS

Pursuant to Federal Rules of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Michele Terry, as the duly appointed Administratrix of the Estate of Sue Tolbird, and the surviving child of Sue Tolbird, is a proper party and has proper capacity to proceed with the actions against Defendants. Ky. Rev. Stat. Ann. § 411.140. Plaintiff thus moves to substitute Michele Terry, as Administratrix of the Estate of Sue Tolbird, Deceased, as Plaintiff in the present action.

Under Federal Rule of Civil Procedure 15(a)(1), a party may "amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A)-(B). All "other amendments" may be made "only with the opposing party's written consent or the court's leave," which should be "freely given…when justice so requires." Fed. R. Civ. P. 15(a)(2). In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc. – the leave sought should, as the rules require, be

"freely given." *Foman v. Davis*, 371 U.S. 178 (1962). "Leave to file an amended complaint 'shall be freely given when justice so requires,' Fed. R. Civ. P. 15(a), and should not be denied unless there is evidence of undue delay, bad faith, undue prejudice to the non-movant, or futility." *Milanese v. Rust-Oleum Corp.*, 244 F.3d 104, 110 (2d Cir. 2001).

Here, Plaintiff seeks to amend the Complaint, as well as the caption of the Complaint to substitute the proper Plaintiff (specifically Michele Terry, Administratrix of the Estate of Sue Tolbird, Deceased) to update and include information, allegations and actions within the Complaint to reflect that the Plaintiff Sue Tolbird is now deceased.  Counsel for Plaintiff has conferred with Defendants and was informed that this motion would be opposed.  The proposed amendment is not the product of any proven undue delay or bad faith and there is no evidence that it will either result in undue prejudice to the defendant or be futile in effect.  Johnson & Johnson will not be prejudiced in defending on the merits of this action in that it knew that the action was pending against it.  Indeed, although Johnson & Johnson has disputed that it is a proper defendant throughout, Johnson & Johnson did not oppose Plaintiff's amendment in 2016.  Furthermore, there is no prejudice to Defendants that will result from substituting the representative of the decedent's Estate as Plaintiff now that Ms. Tolbird is deceased. No party herein will be prejudiced, nor will any MDL processes be adversely affected by granting of the relief sought herein.  In light of the foregoing, Plaintiff respectfully requests this Honorable Court grant Plaintiff's Motion to Substitute Party and File Second Amended Complaint as allowed by the Court's power under Rule 15(a)(2).

## CONCLUSION

For the reasons stated above, Plaintiff respectfully request an Order from the Court granting Plaintiff's Motion to Substitute Party and File Second Amended Complaint.

Dated this the 11th day of October, 2018.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2018, the foregoing Memorandum in Support of Plaintiff's Motion to Substitute Party and File Second Amended Complaint was electronically filed with the Clerk of Court using the Court's CM/ECF system which e- mailed notification of such filing to all counsel of record.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFF