# EXHIBIT A

# Registrar of Vital Statistics
## Certified Copy



**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND**

**KENTUCKY CERTIFICATE OF DEATH**

116 201711863
Case #: E201704100039

**4904867**

**1a. DECEDENT'S LEGAL NAME** (First, Middle, Last) (Include AKA's if any): SUE ANN TOLBIRD
**1b. IF FEMALE, DECEDENT'S LAST NAME PRIOR TO FIRST MARRIAGE:** GEORGE
**2. SEX:** FEMALE
**3. ACTUAL OR PRESUMED DATE OF DEATH** (Month/Day/Year) (Spell Month): April 08, 2017
**4. SOCIAL SECURITY NUMBER:** 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
**5a. AGE-LAST BIRTHDAY (Years):** 72
**6. DATE OF BIRTH (MM/DD/YYYY):** 04/19/1944
**7. COUNTY OF DEATH:** CARLISLE
**8. PLACE OF DEATH:** Nursing Home/Long Term Care Facility [X]
**9. FACILITY NAME:** COUNTRYSIDE CARE AND REHABILITATION CENTER
**10. CITY OR TOWN, STATE AND ZIP CODE:** BARDWELL, KY 42023
**11. BIRTHPLACE:** AUBURN, KENTUCKY
**12. MARITAL STATUS:** Divorced [X]
**13. SURVIVING SPOUSE:**
**14. DECEDENT'S USUAL OCCUPATION:** SECRETARY
**15. KIND OF BUSINESS/INDUSTRY:** BUSINESS
**16. WAS DECEDENT EVER IN U.S. ARMED FORCES?** No [X]
**17a. RESIDENCE - State:** KENTUCKY
**17b. COUNTY:** CARLISLE
**17c. CITY OR TOWN:** BARDWELL
**17d. STREET AND NUMBER:** 72 HILLCREST DR
**17e. ZIP CODE:** 42023
**17f. INSIDE CITY LIMITS?** Yes [X]
**18. DECEDENT'S EDUCATION:** High School Graduate or GED Completed [X]
**19. DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino [X]
**20. DECEDENT'S RACE:** White [X]
**21. FATHER'S NAME:** WILLIAM VICTOR GEORGE
**22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** ETHEL MAY NORRIS
**23a. INFORMANT'S NAME:** MICHELE TERRY
**23b. RELATIONSHIP TO DECEDENT:** DAUGHTER
**23c. MAILING ADDRESS:** 1505 STATE ROUTE 123, BARDWELL, KY 42023
**24. METHOD OF DISPOSITION:** Burial [X]
**25. PLACE OF DISPOSITION:** MILBURN CEMETERY
**26. LOCATION:** MILBURN, KY
**27. SIGNATURE OF FUNERAL SERVICE LICENSEE:** PAUL R. BALLARD
**DATE SIGNED:** 04/10/2017
**28. KY LICENSE NUMBER:** 6113
**29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** MILNER & ORR FUNERAL HOME, PO BOX 388, BARDWELL, KY 42023
**30. DATE PRONOUNCED DEAD:** 04/08/2017
**31. ACTUAL OR PRESUMED TIME OF DEATH:** 0840
**32. WAS MEDICAL EXAMINER OR CORONER CONTACTED?** No [X]

**CAUSE OF DEATH**

**33. PART I.**
a. IMMEDIATE CAUSE: LUNG CANCER — Approximate Interval: UNKNOWN
b. DUE TO (OR AS A CONSEQUENCE OF):
c. DUE TO (OR AS A CONSEQUENCE OF):
d. DUE TO (OR AS A CONSEQUENCE OF):

**PART II.** Other significant conditions:

**34. MANNER OF DEATH:** Natural [X]
**35. WAS AN AUTOPSY PERFORMED?** No [X]
**36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?**
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** Unknown [X]
**38. IF FEMALE:** Not pregnant within past year [X]

**46. TO BE COMPLETED BY CERTIFIER:** To the best of my knowledge, death occurred at the time, date, and place, and due to cause(s) and manner stated.
**SIGNATURE:** JOSEPH PITTARD, MD
**47. DATE CERTIFIED:** 04/11/2017
**48. LICENSE NUMBER:** 24514
**49. TITLE OF CERTIFIER:** PHYSICIAN
**50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** JOSEPH PITTARD, INTERNAL MEDICINE GROUP, 225 MEDICAL CENTER DRIVE, SUITE 201, PADUCAH, KY 42003
**51. REGISTRAR'S SIGNATURE:** Paul F. Royce
**52. DATE FILED:** 04/11/2017

**THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW**

I, Paul F. Royce, Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky this **11th** day of **April**, 20**17**.

FORM VS NO. 1-A
(REVISED 06/2015)

Paul F. Royce
State Registrar

# EXHIBIT B

| AOC-840<br>Rev. 12-02<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice  www.kycourts.net<br>KRS 395.105; 395.110 | Doc. Code: OFID<br>11/29/2016 12:27 PM<br>Ver. 1.04 | **ORDER APPOINTING FIDUCIARY** | Case No. 18-P-_00001_<br>Court _District Probate_<br>County _Carlisle_ |

**IN RE: Estate of** Sue Ann Tolbird

Upon hearing the Petition of Michele Terry
the Court appoints Michele Terry
to act as Administratrix of said estate and fixes bond in the sum of $ 5,000
☐ with approved Surety  OR  ☑ with Surety having been waived.

Date: JAN 17, 2018

_Judge's Signature_

---

**To be completed on copies only:**

**CERTIFICATE OF QUALIFICATION**

I, **KEVIN HOSKINS**, Clerk of the **CARLISLE** District Court, certify this is a true and correct copy of the Order Appointing Fiduciary as recorded in my office. This Order and Qualification is in full force and effect.

Date: JAN 17, 2018                                                 Clerk

By: _____, D.C.

ENTERED 1-17-18
KEVIN HOSKINS, CLERK
CARLISLE COUNTY
CIRCUIT/DISTRICT COURT
BY _____ D.C.