UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>SUE TOLBIRD | Civil Action No. 2:16-cv-00675 |

## NOTICE OF SUBMISSION

COMES NOW, Counsel for Plaintiff, Sue Tolbird, and files this Notice of Submission of Motion to Substitute Party and File Second Amended Complaint before the Honorable Judge Eldon E. Fallon on November 7, 2018 at 9:00 a.m.

Dated this the 11th day of October, 2018.

                                                  Respectfully submitted,

                                                  /s/ *Seth A. Katz*
                                                  Seth A. Katz
                                                  **BURG SIMPSON**
                                                  **ELDREDGE HERSH & JARDINE, P.C.**
                                                  40 Inverness Drive East
                                                  Englewood, CO 80112
                                                  Telephone: (303) 792-5595
                                                  Facsimile: (303) 708-0527
                                                  skatz@burgsimpson.com

                                                ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2018, the foregoing Notice of Submission of Plaintiff's Motion to Substitute Party and File Second Amended Complaint was electronically filed with the Clerk of Court using the Court's CM/ECF system which e- mailed notification of such filing to all counsel of record.

/s/ *Seth A. Katz*
Seth A. Katz
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
skatz@burgsimpson.com

ATTORNEYS FOR PLAINTIFF