## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO.: 2529 |
| | § | SECTION: L |
| | § | JUDGE: FALLON |
| ELLA ROUNTREE, PLAINTIFF, | § § § | MAG. JUDGE NORTH |
| vs. | § § § | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCNEIL-JANSSEN PHAMACEUTICALS, INC., JOHNSON AND JOHNSON, COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § | NOTICE OF DEPOISITION<br><br>Civil Action No.: 2:16-cv-04530;<br>2:16-cv-03806 |

## NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEO DEPOSITION OF NON-PARTY DR. JON DUBOSE

TO:   Dr. Jon Dubose of Vidant Health, 111 Hospital Drive Tarboro, NC 27886.

PLEASE TAKE NOTICE that Plaintiff by and through her counsel of record, will take the oral and video deposition of non-party, Dr. Jon Dubose on **Thursday, October 25th, 2018, at 10:00 A.M.,** at 111 Hospital Drive Tarboro, NC 27886.  All counsel of record are invited to attend.  The deposition will be taken by a certified reporter from Golkow Litigation Services and will be videotaped.

Respectfully submitted,

By: /s/ Robert J. Binstock
Robert J. Binstock (TX # 02328350)
Dennis Reich (TX # 16739600)
REICH AND BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: 713.622.7271
Facsimile: 713.623.8724
bbinstock@reichandbinstock.com
dreich@reichandbinstock.com

By: /s/ Emily C. Jeffcott
Hugh P. Lambert (LA #7933)
Emily C. Jeffcott (LA #33204)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504.581.1750
Facsimile: 504.529.2931
hlambert@thelambertfirm.com
ejeffcott@thelambertfirm.com

**ATTORNEYS FOR PLAINTIFF
ELLA ROUNTREE**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 10, 2018

/s/ Robert J. Binstock
Robert J. Binstock