# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On June 8, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9847]. On June 21, Defendants filed an Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9945]. Only July 9, 2018, the Court entered both Defendants' Initial Motion and Defendants' Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Docs. 10121; 10122]. For the reasons set forth on the record at Show Cause Hearing on Defendants' Amended Motion, held on July 17, 2018, the following Plaintiff shall be given until November 19, 2018 to serve a Plaintiff Fact Sheet Pursuant to CMO 6 and the case shall be addressed at the Show Cause Hearing to be held on November 19, 2018 at 9:00 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to serve a Plaintiff Fact Sheet by this date may result in dismissal of this case with prejudice:

2

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 8568 | ROBERTS, GERALD | Defendant | 4/16/2018 | Kelley & Ferraro LLP |

New Orleans, Louisiana, on this 11th day of October, 2018.

*[signature]*

Judge Eldon E. Fallon
United States District Court Judge