# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On June 8, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9847]. On June 21, Defendants filed an Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9945]. Only July 9, 2018, the Court entered both Defendants' Initial Motion and Defendants' Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Docs. 10121; 10122]. Prior to the Show Cause Hearing on Defendants' Amended Motion, which was held on July 17, 2018, the following Plaintiffs served an Updated Plaintiff Fact Sheet pursuant to CMO 6. These actions may proceed accordingly:

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 16232 | ALIENGENA, GERALD | Random | 4/30/2018 | Bernstein Liebhard LLP |
| 17046 | AZURIN, ADORACION | Plaintiff | 4/16/2018 | Baron & Budd |
| 4728 | BITETTO, GARY | Random | 4/30/2018 | The Driscoll Firm |

2

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 5200 | CANNON, MARY | Random | 4/30/2018 | Johnson Law Group |
| 1732 | COCCO, THOMAS | Defendant | 4/16/2018 | The Mulligan Law Firm |
| 4663 | DRESZER, MOISES | Plaintiff | 4/16/2018 | Law Offices of Andre' P. LaPlace |
| 4901 | HAMILTON, LAMONA | Random | 4/30/2018 | The Lanier Law Firm |
| 17750 | HENSON, RICHARD | Random | 4/30/2018 | Roberts & Roberts |
| 9333 | HUNTER, JACK | Random | 4/30/2018 | The Mulligan Law Firm |
| 1314 | LEWIS, CHARLES LEE | Defendant | 4/16/2018 | Callahan & Blaine, APLC |
| 4887 | MCKEE, MARY | Plaintiff | 4/16/2018 | The Lanier Law Firm |
| 1376 | MURRAY, JAMES | Random | 4/30/2018 | The Lanier Law Firm |
| 12410 | PONDER, DONNA | Plaintiff | 4/16/2018 | Ross Feller Casey, LLP |
| 3522 | SHUNK, ROGER | Defendant | 4/16/2018 | The Driscoll Firm |
| 4876 | WACKMAN, BARBARA | Random | 4/30/2018 | The Lanier Law Firm |
| 16652 | WHITE, DORIS | Defendant | 4/16/2018 | The Law Offices of Crandall & Katt |

New Orleans, Louisiana, on this 11th day of October, 2018.

                                          Judge Eldon E. Fallon
                                          United States District Court Judge