# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

## ORDER

On June 8, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9847]. On June 21, Defendants filed an Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9945]. Only July 9, 2018, the Court entered both Defendants' Initial Motion and Defendants' Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Docs. 10121; 10122]. Prior to the Show Cause Hearing on Defendants' Amended Motion, which was held on July 17, 2018, the following cases were dismissed with prejudice:

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 7013 | BAIRD, ARTHUR | Random | 4/30/2018 | Ross Feller Casey, LLP |
| 11824 | HALL, JAMES | Defendant | 4/16/2018 | Monsour Law Firm |
| 12667 | HEAVRIN, GLENDA | Random | 4/30/2018 | Murphy Law Firm |

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 18426 | JOHNSON, ROBERT | Defendant | 4/16/2018 | TorHoerman Law LLC |
| 12883 | MCCOY, JACQULINE | Random | 4/30/2018 | Brady Law Group |
| 4897 | STOKES, MARY | Defendant | 4/16/2018 | The Lanier Law Firm |
| 3019 | SUTTON, ROSE | Defendant | 4/16/2018 | Burke Harvey, LLC |
| 12793 | WALTON, DONALD | Random | 4/30/2018 | The Lanier Law Firm |
| 13323 | WOLFE, LEONARD | Defendant | 4/16/2018 | Law Offices of Charles H. Johnson, P.A. |

New Orleans, Louisiana, on this 11th day of October, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge