UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| *Phillip Earls v. Janssen Research & Development LLC, et al; 2:16-cv-09682* | : : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 24, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 10636]. The Court entered Defendants' Motion on August 28, 2018. [Rec. Doc. 10654]. Prior to the Show Cause Hearing on Defendants' Motion, which was held on September 18, 2018, Plaintiff cured the deficiencies in his Plaintiff Fact Sheet pursuant to CMO 6. This action may proceed accordingly.

New Orleans, Louisiana, on this 11th day of October, 2018.

_____
United States District Judge