UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : THE CASES LISTED BELOW : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER**

On August 17, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Submit an Updated Verification for a Previously Submitted Plaintiff Fact Sheet or a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 10542]. The Court entered Defendants' Motion on August 28, 2018. [Rec. Doc. 10649]. For the reasons set forth on the record at the Show Cause Hearing on Defendants' Motion, held on September 18, 2018, the following Plaintiffs shall be given until November 19, 2018 to serve an updated verification for a previously submitted Plaintiff Fact Sheet or an updated Plaintiff Fact Sheet Pursuant to CMO 6 and the cases shall be addressed at the Show Cause Hearing to be held on November 19, 2018 at 9:00 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to serve an updated verification or an updated Plaintiff Fact Sheet by this date may result in dismissal of these cases with prejudice:

| Plaintiff ID | Name | Case Selection | Docket Number | Plaintiff Firm |
|---|---|---|---|---|
| 22115 | BAKER, JACQUELINE | Random | 2:17-cv-07891 | Flint Law Firm, LLC |
| 15523 | DAMERON, JESSICA | Random | 2:16-cv-14598 | Flint Law Firm, LLC |

| Plaintiff ID | Name | Case Selection | Docket Number | Plaintiff Firm |
|---|---|---|---|---|
| 17265 | GRANT, DELORES | Defendant | 2:16-cv-17519 | Flint Law Firm, LLC |
| 23030 | HARRIS, DORIS | Defendant | 2:17-cv-10809 | Flint Law Firm, LLC |
| 2298 | JONES, MARVIN | Defendant | 2:15-cv-02590 | Sanders Law |
| 9206 | MAYNARD, CATHERINE | Random | 2:16-cv-03380 | Flint Law Firm, LLC |
| 10004 | SESCO, CLINTON | Random | 2:16-cv-07063 | Flint Law Firm, LLC |

New Orleans, Louisiana, on this 11th day of October, 2018.

_Eldon E. Fallon_
Judge Eldon E. Fallon
United States District Court Judge