UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 17, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Submit an Updated Verification For a Previously Submitted Plaintiff Fact Sheet or a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 10542]. The Court entered Defendants' Motion on August 28, 2018. [Rec. Doc. 10649]. Prior to the Show Cause Hearing on Defendants' Motion, which was held on September 18, 2018, the following cases were dismissed with prejudice:

| Plaintiff ID | Name | Case Selection | Docket Number | Plaintiff Firm |
|---|---|---|---|---|
| 9083 | DOSS, ELSIE | Defendant | 2:16-cv-00775 | Herman Herman & Katz |
| 5191 | FREEMAN, SANDRA | Defendant | 2:15-cv-00579 | Grant & Eisenhofer |

New Orleans, Louisiana, on this 11th day of ___October___ 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge