UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**ORDER**

On August 17, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Submit an Updated Verification for a Previously Submitted Plaintiff Fact Sheet or a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 10542]. The Court entered Defendants' Motion on August 28, 2018. [Rec. Doc. 10649]. Prior to the Show Cause Hearing on Defendants' Motion, which was held on September 18, 2018, the following Plaintiffs served an updated verification or an updated Plaintiff Fact Sheet pursuant to CMO 6. These actions may proceed accordingly:

| Plaintiff ID | Name | Case Selection | Docket Number | Plaintiff Firm |
|---|---|---|---|---|
| 6869 | BEAN, VIOLA | Random | 2:15-cv-06837 | Jensen & Associates |
| 8382 | ESSIG, DAREN | Random | 2:16-cv-02039 | Flint Law Firm, LLC |
| 3745 | MILLER, ADINE | Defendant | 2:15-cv-05043 | Flint Law Firm, LLC |
| 8494 | MOSELEY, JEFFREY | Random | 2:16-cv-02529 | Flint Law Firm, LLC |

New Orleans, Louisiana, on this 11th day of \_\_\_\_October\_\_\_\_, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge