# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Roger Shunk v. Janssen Research & Development LLC, et al; 2:16-cv-9876* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 24, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 10619].  The Court entered Defendants' Motion on August 22, 2018.  [Rec. Doc. 10734].  For the reasons set forth on the record at the Show Cause Hearing on Defendants' Motion, held on September 18, 2018, Plaintiff shall be given until November 19, 2018 to cure the deficiencies in his Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6 and the case shall be addressed at the Show Cause Hearing to be held on November 19, 2018 at 9:00 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure to cure these deficiencies and serve a fully complete and updated Plaintiff Fact Sheet by this date may result in dismissal of this case with prejudice.

New Orleans, Louisiana, on this 11th day of October, 2018.

_____
United States District Judge