UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development, LLC, et al., 2:18-cv-7410*

### ORDER

IT IS HEREBY ORDERED that the Motion for Extension of Time Within Which to Tender a Plaintiff Fact Sheet, filed by the above-listed Plaintiff Cecil Brown, is hereby GRANTED, and that Plaintiff shall have thirty (14) days from the date of this Order to Tender a Plaintiff's Fact Sheet to Defendants.

New Orleans, Louisiana, this 10th day of October, 2018.

Honorable Eldon E. Fallon
United States District Judge