UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO**

*Veronica Madeline Bell v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-04787**

## ORDER

This matter having come before the Court on Plaintiff's unopposed Motion for Leave to File an Amended Complaint and the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this __10th__ day of __October__, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge