UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jeraelyn B. Jude, Administrator for the Estate of Earnest W. Jude v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-2302

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11103, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff George Jude, Administrator of the Estate of Earnest W. Jude, for Jeraelyn B. Jude, is substituted for Plaintiff Earnest W. Jude as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that plaintiff is hereby granted leave of Court to file the First Amended Complaint; and that said First Amended Complaint shall be deemed filed with the Clerk of Court as of the date of this order; and that this cause shall hereafter be styled "George Jude, Administrator of the Estate of Earnest W. Jude, deceased, Plaintiff, v. Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc.,

2

Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, Defendants."

New Orleans, Louisiana, this 10th day of October, 2018.

                                                     */s/ Eldon E. Fallon*
                                          UNITED STATES DISTRICT COURT JUDGE