**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                                SECTION L

THIS DOCUMENT RELATES TO:                        JUDGE ELDON E. FALLON

ALL CASES                                                    MAGISTRATE NORTH


**ORDER**

Considering the foregoing *Ex Parte* Motion filed by Janssen Pharmaceuticals, Inc., Janssen

Research & Development, LLC, and Janssen Ortho, LLC, to substitute Kim E. Moore of the law

firm of Irwin Fritchie Urquhart & Moore LLC as Defendants'Liaison Counsel (Rec. Doc.

11104),

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court

shall substitute Kim E. Moore of the law firm of Irwin Fritchie Urquhart & Moore LLC (La. Bar

No. 18653) as Defendants' Liaison Counsel for Janssen Pharmaceuticals, Inc., Janssen

Research & Development, LLC, and Janssen Ortho, LLC.

**IT IS FURTHER ORDERED** that James B. Irwin, V of the law firm of Irwin

Fritchie Urquhart & Moore LLC, be relieved of his duties as Defendants' Liaison Counsel in

the above-captioned matter.

New Orleans, Louisiana, this 10th day of October, 2018.

UNITED STATES DISTRICT JUDGE

1