# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | | **MDL NO. 2592** |
| | | **SECTION L** |
| | | **JUDGE ELDON E. FALLON** |
| | | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Mallory v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-6986

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11105, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Marie Mallory, as Administrator of the Estate of James Mallory, is substituted for plaintiff James Mallory as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE