**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION: L** |
| ) | |
| ) | **JUDGE FALLON** |
| ) | **MAG. JUDGE NORTH** |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Plaintiff Amanda Rowden, as proposed personal representative of the Estate of Dianna Rowden, and Amanda Rowden, Individually - Civil Action No.: 17-cv-07569*

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES

This Court issued an Order to Show Cause (Doc. 11094) as to why certain actions, including the above-captioned action should not be dismissed due to plaintiffs with alleged core Plaintiff Fact Sheet deficiencies. The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Amanda Rowden. However, plaintiff's counsel has not received any response to our attempts to contact Ms. Rowden.

2. Specifically, Plaintiff's counsel attempted to contact Ms. Rowden on the following dates:

   a. A letter was sent via Federal Express on June 18, 2018 requesting the completion of the Plaintiff Fact Sheet and required materials and the return of same to Plaintiff's counsel.

b.   Subsequent letters were sent informing Ms. Rowden of her obligations to complete a Plaintiff Fact Sheet, and that her failure to do so would likely result in Defendants moving for a dismissal of his case. These letters were sent via e-mail and Federal Express on July 10, 2018, July 13, 2018, July 16, 2018, September 4, 2018 and September 25, 2018.

c.   On June 18, 2018 Plaintiff's counsel hired a private investigator to attempt to reach the client, which was unsuccessful.

d.   On October 9, 2018 another letter was sent via Federal Express, certified mail and e-mail enclosing a copy of the Defendants' Motion for Order to Show Cause.

3.   Undersigned counsel is unaware of any circumstances that would prevent Ms. Rowden from complying with the Plaintiff Fact Sheet obligations set by this Court.

4.   However, in the event that the Court elects to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice.

**WHEREFORE,** it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action or that any dismissal be without prejudice.

Dated: New York, New York
        October 11, 2018                          By: */s/ Michael A. London*
                                                 Michael A. London
                                                 DOUGLAS & LONDON, P.C.
                                                 59 Maiden Lane, 6th Floor
                                                 New York, New York 10038
                                                 Phone: (212) 566-7500
                                                 Fax: (212) 566-7501
                                                 Email: mlondon@douglasandlondon.com

                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Michael A. London
Michael A. London