UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABLITY LITIGATION<br>This document relates to:<br><br>*SUSAN SANDRIDGE v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC , et al.* | MDL #: 2592<br>Section L:<br>Judge Fallon<br>Magistrate Judge North<br><br>2:17-cv-11775 |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: October, 12, 2018

                                                  Respectfully submitted,

                                                  /s/ Christopher LoPalo
                                                 Christopher LoPalo, Esq.
                                                 Napoli Shkolnik PLLC
                                                 400 Broadhollow Rd. Suite 305
                                                 Melville, NY 11747
                                                 Tel: (212) 397-1000
                                                 Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 12, 2018

                                                  /s/ Christopher LoPalo
                                                Christopher LoPalo, Esq.