UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION**

MDL NO. 2592

SECTION: L

JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

WILLIAM ANDERSON v. Janssen Research & Development LLC, et al.;
Civil Action No.: 2:17-cv-04483

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff William Anderson's Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this __12th__ day of __October__, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge