UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA JACKSON, individually and as surviving spouse, heir and beneficiary of the ESTATE OF RICHARD JACKSON<br><br>Plaintiffs<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;<br><br>Defendants. | MDL 2592<br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:18-cv-02199 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case, Civil Action No. 2:18-cv-02199, be dismissed with prejudice, each party to bear its own fees and costs.

1

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
By: /s/Neil D. Overholtz
Neil D. Overholtz
Florida Bar No.: 0188761
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com
Attorneys for Plaintiff
Dated: October 12, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dpr.com
Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC
Dated: October 12, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
Andrew K. Solow
205 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com
Attorneys for Defendants Bayer HealthCare Pharmaceuticals, Inc., and Bayer Pharma AG
Dated: October 12, 2018

**CHAFFE McCALL L.L.P.**
By: /s/John F. Olinde
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Tel: (504) 585-7241
Fax: (504) 544-6084
olinde@chaffe.com
Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: October 12, 2018

IRWIN FRITCHIE URQUHART &
MOORE LLC
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Tel: (504) 310-2100
jirwin@irwinllc.com
kmore@irwinllc.com
Liaison Counsel for Defendants
Dated: October 12, 2018

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on October 12, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ Neil D. Overholtz