UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : |
| SERGEY AKOPOV | : : : |
| Plaintiff | : : MDL No. 2592 |
| v. | : : SECTION L |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG, | : : JUDGE ELDON E. FALLON : : MAGISTRATE JUDGE NORTH : : Civil Action No.: 2:16-CV-00481 : : STIPULATION OF DISMISSAL : WITH PREJUDICE AS TO : BAYER HEALTHCARE LLC : ONLY : : : : |
| Defendants | : |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Defendant Bayer HealthCare LLC only, each party to bear its own fees and costs.  Plaintiff will continue to pursue this action against the remaining Defendants named by Plaintiff in the Complaint.

**BRADY LAW GROUP**
By: /s/ Steven J. Brady
Steven J. Brady
Dylan F. Pollard
Steven B. Stein
1015 Irwin Street
San Rafael, CA  94901
Telephone:  (415) 459-7300
steve@bradylawgroup.com
dylan@bradylawgroup.com
sbs@bradylawgroup.com

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
By: /s/ Neil D. Overholtz
Neil D. Overholtz
17 East Main Street, Suite 200
Pensacola, FL  32502
Telephone:  (850) 202-1010
noverholtz@awkolaw.com

Attorneys for Plaintiff
Dated: October 12, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: October 12, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: October 12, 2018

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: October 12, 2018

-3-

                                         **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                         By: /s/ James B. Irwin
                                         James B. Irwin
                                         Kim E. Moore
                                         400 Poydras St., Ste, 2700
                                         New Orleans, LA 70130
                                         (504) 310-2100
                                         jirwin@irwinllc.com
                                         kmoore@irwinllc.com

                                         Liaison Counsel for Defendants
                                         Dated: October 12, 2018

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on October 12, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                         /s/ John F. Olinde