# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORMA ACOFF,<br><br>        Plaintiffs<br><br>v.<br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;<br><br>        Defendants. | MDL 2592<br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:18-cv-02129 |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case, Civil Action No. 2:18-cv-02129, be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**<br>By: /s/Neil D. Overholtz<br>Neil D. Overholtz<br>Florida Bar No.: 0188761<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502-5998<br>Telephone: (850) 202-1010<br>Fax: (850) 916-7449<br>Noverholtz@awkolaw.com<br>Attorneys for Plaintiff<br>Dated: October 12, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dpr.com<br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC<br>Dated: October 12, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: /s/Andrew K. Solow<br>Andrew K. Solow<br>205 West 55th Street<br>New York, NY 10019-9710<br>Tel: (212) 836-8000<br>Fax: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals, Inc., and Bayer Pharma AG<br>Dated: October 12, 2018<br><br>**CHAFFE McCALL L.L.P.**<br>By: /s/John F. Olinde<br>John F. Olinde<br>1100 Poydras Street, Suite 2300<br>New Orleans, LA 70163<br>Tel: (504) 585-7241<br>Fax: (504) 544-6084<br>olinde@chaffe.com<br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: October 12, 2018 |

> **IRWIN FRITCHIE URQUHART & MOORE LLC**
> By: /s/James B. Irwin
> James B. Irwin
> Kim E. Moore
> 400 Poydras St., Ste. 2700
> New Orleans, LA 70130
> Tel: (504) 310-2100
> jirwin@irwinllc.com
> kmore@irwinllc.com
> Liaison Counsel for Defendants
> Dated: October 12, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Neil D. Overholtz