MINUTE ENTRY
FALLON, J.
OCTOBER 11, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 16-7642, 16-12049, 16-13326, 15-5491, 18-3437, 16-11602, 17-10631 & 16-16218 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Drake

Appearances:  Lenny Davis, Esq. for Certain Plaintiffs
              Chanda Miller, Esq. for Defendants
              Andy Faes, Esq. for Plaintiff Margaret Beckham

**Show Cause Hearing:**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone. (Rec. Doc. Nos. 11004, 11005, 11006, 11007, 11008, 11010, 11011, 11020)

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:     :08