# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| ELAINE VEACH | : | |
| | : | |
| **Plaintiff** | : | JUDGE ELDON E. FALLON |
| | : | |
| v. | : | MAGISTRATE JUDGE NORTH |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC f/k/a JOHNSON & JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | Civil Action Nos.: |
| DEVELOPMENT LLC; JOHNSON | : | 2:17-CV-10755 |
| JOHNSON; JANSSEN PHARMACEUTICALS, | : | 2:18-CV-07709 |
| INC. f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | |
| PHARMACEUTICALS, INC.; JANSSEN | : | STIPULATION OF DISMISSAL |
| ORTHO LLC; BAYER HEALTHCARE | : | WITH PREJUDICE |
| PHARMACEUTICALS INC.; | : | |
| BAYER PHARMA AG; | : | |
| BAYER CORPORATION; | : | |
| BAYER HEALTHCARE LLC; | : | |
| BAYER HEALTHCARE AG, and BAYER AG; | : | |
| and DOES 1 through 10 inclusive | : | |
| | : | |
| **Defendants** | : | |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned cases be dismissed

with prejudice, each party to bear its own fees and costs.

**THE LAW OFFICE OF L. PAUL MANKIN**
By: /s/Paul Mankin
Paul Mankin
4655 Cass St., Suite 112
San Diego, CA 92109
Telephone: (619) 312-6583
pmankin@paulmankin.com

Attorneys for Plaintiff
Dated: October 12, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC
Dated: October 12, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: October 12, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/Kim E. Moore

Kim E. Moore

400 Poydras St., Ste, 2700

New Orleans, LA 70130

Telephone: (504) 310-2100

kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: October 12, 2018

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on October 12, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>/s/ Kim E. Moore</u>