UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)   MDL No. 2592<br>)<br>)   SECTION: L<br>)   JUDGE ELDON E. FALLON<br>)   MAGISTRATE JUDGE NORTH<br>)<br>) |

**THIS DOCUMENT RELATES TO:**

*Newhouse v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:16-cv-16059**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Movant, Faye Woodson, pursuant to Federal Rule of Civil Procedure 20(a)(1), and requests entry by the Court of an order substituting Movant, the surviving child of Lillie Newhouse, deceased, and the anticipated Executor of the Estate of Lille Newhouse, in the place of Lillie Newhouse as Plaintiff in this action. Lillie Newhouse passed away on October 14, 2017, and her action against the Defendants survives her death and is not extinguished. In addition, pursuant to Federal Rule of Civil Procedure 15(a)(2), Movant seeks leave to file an amended complaint to reflect the substitution of the party plaintiff and to amend certain allegations to reflect the substitution. The amended complaint is attached hereto.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully requests entry by the Court of an Order substituting Movant as Plaintiff in place of Lillie Newhouse and for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

1

Dated: ___10/15/2018_____

                                                    Respectfully submitted,

                                                   _____/s/ Joseph T. Waechter_____
                                                   Joseph T. Waechter
                                                   Florida Bar Number 0092593
                                                   Michael Goetz
                                                   Florida Bar Number 0963984
                                                   **Morgan & Morgan**
                                                   **Complex Litigation Group**
                                                   201 N. Franklin St., Suite 700
                                                   Tampa, FL 33602
                                                   JWaechter@forthepeople.com
                                                   MGoetz@forthepeople.com
                                                   Phone: (813) 223-5505
                                                   Fax: (813) 222-4730

                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: __10/8/2018_____

       /s/ Joseph T. Waechter_____
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin St., Suite 700
Tampa, FL 33602
JWaechter@forthepeople.com
MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

*Attorneys for Plaintiff*