UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  )
PRODUCTS LIABILITY LITIGATION  )
                                                            )
                                                            )   MDL No. 2592
                                                            )
                                                            )   SECTION: L
                                                            )   JUDGE ELDON E. FALLON
                                                            )   MAGISTRATE JUDGE NORTH
                                                            )
                                                            )

**THIS DOCUMENT RELATES TO:**

*Newhouse v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:16-cv-16059**

## ORDER

IT IS ORDERED, that the Motion to Substitute Party Plaintiff is granted and that Faye Woodson, the surviving child of Lillie Newhouse and anticipated Executor for the Estate of Lillie Newhouse, deceased, shall be substituted as Plaintiff in the place of Lille Newhouse.

IT IS FURTHER ORDERED that the Motion for Leave to File Amended Complaint is granted and that the Clerk of the Court is ordered to file into the record in this matter, the amended complaint attached to the Motion to Substitute Party Plaintiff and Leave to File Amended Complaint.

SIGNED this _____ day of _____, 2018

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge