IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| *Dwaine Grimes v. Janssen Research & Development, LLC, et al* | ) ) ) ) | |
| Civil Action No. 2:15-cv-3178 | ) ) | MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S NOTICE OF DISMISSAL**
***WITHOUT PREJUDICE* OF DUPLICATE FILED CASE**

Plaintiff, by and through the undersigned counsel, voluntarily dismisses his/her duplicate filed case *without prejudice*. This dismissal does not affect the lawsuit filed by Attorney Daniel N. Gallucci of NastLaw LLC, which is currently pending in the Philadelphia Court of Common Pleas, assigned Docket No. 2349, Term 2016, Number 160300302. Therefore, Plaintiff has only one case pending in the Xarelto litigation. All parties shall bear their own costs.

Dated this 15th day of October, 2018

By: */s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com

Daniel N. Gallucci
NASTLAW LLC
1101 Market Street
Suite 2801
Philadelphia Pa 19107
215-923-9300 Telephone

***Attorneys for Plaintiff***

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, a copy of the foregoing Plaintiff's Voluntary Dismissal of Duplicate Filed Case was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated this 15th day of October, 2018

By: */s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com

Daniel N. Gallucci
NASTLAW LLC
1101 Market Street
Suite 2801
Philadelphia Pa 19107
215-923-9300 Telephone

*Attorneys for Plaintiff*