# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This document relates to:<br>Samuel G. Barone | Civil No.<br>2:18-cv-00596-EEF-MBN |
| Samuel G. Barone v. Janssen Research & Development, et al.,<br><br>Defendants. | |

Counsel for Plaintiff in the above-referenced action, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Patricia Dixon, which occurred on or about January 27, 2018.

Dated: October 16, 2018          Respectfully submitted,

/s/ Brian A. Goldstein
Brian A. Goldstein (NY Bar No. 2715019)
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
E-Mail: brian.goldstein@cellinoandbarnes.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein