| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ------------------------------------------------------------------- ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Patricia S. Manley and James Manley v. Janssen Research and Development, LLC et al*
2:17-cv-01895

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Patricia S. Manley.

Respectfully submitted October 16, 2018.

                         By:    */s/ Les Weisbrod*
                                     Les Weisbrod
                                     Alexandra Boone
                                     **MILLER WEISBROD, LLP**
                                     11551 Forest Central Drive, Ste. 300
                                     Dallas, TX 75243
                                     Phone: (214) 987-0005
                                     lweisbrod@millerweisbrod.com
                                     aboone@millerweisbrod.com

                                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 16, 2018 a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

                      By:    */s/ Les Weisbrod*
                              Les Weisbrod
                              Alexandra Boone
                              **MILLER WEISBROD, LLP**
                              11551 Forest Central Drive, Ste. 300
                              Dallas, TX 75243
                              Phone: (214) 987-0005
                              lweisbrod@millerweisbrod.com
                              aboone@millerweisbrod.com