UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LITIGATION LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Pinkerton v. Janssen Research & Development, LLC, et al<br>2:17-cv-06750 | | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL WITH PREDJUDICE**

This matter having come before the Court on Plaintiff Susan Pinkerton, Individually and as the Executrix of the Estate of Erica Cross' Motion for Dismissal, with Prejudice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Dismissal with Prejudice is hereby **GRANTED.**

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE