# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Dennis v. Janssen Research & ) <br> Development, LLC, et al ) <br> 2:16-cv-04741 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL WITH PREDJUDICE

This matter having come before the Court on Plaintiffs, Milton Dennis and Doretta Dennis' Motion for Dismissal, with Prejudice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Dismissal with Prejudice is hereby **GRANTED.**

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE