# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Newhouse v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-16059

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11184, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Faye Woodson, the surviving child of Lillie Newhouse and anticipated Executor for the Estate of Lillie Newhouse, is substituted for plaintiff Lillie Newhouse as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Amended Complaint is granted and the Clerk of the Court is ordered to file into the record in this matter, the amended complaint attached to the Motion to Substitute Party Plaintiff and Leave to File Amended Complaint.

New Orleans, Louisiana, this 16th day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE