# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*RUTH LAMA v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-04673-EEF-MBN

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Ruth Lama's Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this _____ day of October, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge