## ALABAMA CERTIFICATE OF DEATH

STATE FILE NO.

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW
TYPE IN PERMANENT DARK INK

| # | Field | Value |
|---|---|---|
| 1 | DECEASED LEGAL NAME (First, Middle, Last) | Richard Lee BRENT |
| 2 | LAST NAME PRIOR TO FIRST MARRIAGE | Brent |
| 3 | COUNTY OF DEATH | Jefferson |
| 4 | CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | Hueytown 35023 |
| 5 | INSIDE CITY LIMITS? | ☒ Yes ☐ No |
| 6 | PLACE OF DEATH | 500 West Crest Estates |
| 7 | IF HOSPITAL | |
| 8 | SEX | ☒ Male |
| 9 | SOCIAL SECURITY NUMBER | 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 |
| 10 | BIRTHPLACE | Alabama |
| 11 | AGE – Last Birthday (Years) | 72 |
| 12 | DATE OF BIRTH | March 19, 1946 |
| 13 | MARITAL STATUS | Widowed |
| 14 | EVER IN US ARMED FORCES? | ☒ No |
| 15 | SURVIVING SPOUSE | Widowed |
| 16 | DECEASED RESIDENCE-STATE | Alabama |
| 17 | COUNTY | Jefferson |
| 18 | CITY, TOWN, OR LOCATION AND ZIP CODE | Hueytown 35023 |
| 19 | STREET ADDRESS | 500 West Crest Estates |
| 20 | INSIDE CITY LIMITS? | ☒ Yes ☐ No |
| 21 | FATHER/PARENT NAME | Lee Morris Brent |
| 22 | MOTHER/PARENT NAME | Betty Jo Clay |
| 23 | INFORMANT NAME AND RELATIONSHIP | Peggy Gorman, Sister |
| 24 | MAILING ADDRESS OF INFORMANT | 5643 Desoto Drive, Pinson, AL, Jeff.Co., 35126 |
| 25 | DATE OF DISPOSITION | July 24, 2018 |
| 26 | METHOD OF DISPOSITION | ☒ Cremation |
| 27 | CEMETERY OR CREMATORY | Johns Ridout's Crematory |
| 28 | LOCATION | Birmingham, AL |
| 29 | FUNERAL HOME | Ridout's Elmwood Chapel 800 Dennison Avenue SW B'ham, AL 35211 |
| 30 | FUNERAL HOME (License Number) | 0124 |
| 32 | DATE SIGNED BY FUNERAL DIRECTOR | August 8, 2018 |
| 33 | FUNERAL DIRECTOR (License Number) | 04504 |
| 34 | Certifying Physician | ☒ |
| 35 | DATE SIGNED | 08/07/18 |
| 36 | DATE OF DEATH | 07/15/18 |
| 37 | TIME OF DEATH | 12:30 pm |
| 38 | DATE PRONOUNCED DEAD | 07/15/18 |
| 39 | TIME PRONOUNCED DEAD | 12:30 pm |
| 40 | NAME, ADDRESS OF PERSON CERTIFYING CAUSE OF DEATH | Cheryl Law, 2800 Allison Bonnett Mem Dr Hueytown, AL 35023 |
| 41 | LICENSE NUMBER | 310443 |
| 43 | FOR REGISTRAR ONLY - DATE FILED | August 14, 2018 |

### MEDICAL CERTIFICATION

**44. PART I. CAUSE OF DEATH**

a. IMMEDIATE CAUSE: Hypertension
b. Cardiac arrest
c. UNDERLYING CAUSE: Hypoxia

**46. MANNER OF DEATH:** ☒ Natural

**56. AUTOPSY/TOXICOLOGY PERFORMED?** Autopsy: No; Toxicology: No

NAME OF DECEASED: Brent, Richard Lee

THIS IS A LEGAL RECORD AND MUST BE FILED WITHIN FIVE (5) DAYS AFTER DEATH
ADPH-HS-2 Rev. 011116

---

This is a true and exact copy of the record on file with
The Jefferson County Department of Health

Signature of Local or Deputy Registrar: Rosa Jacks

Date of Issue: August 14 2018

