**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*RICHARD BRENT v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-06666-EEF-MBN

**ORDER**

Upon consideration of all the documents relating to the Motion, and good cause

appearing:

IT IS HEREBY ORDERED that Plaintiff's First Motion for Extension of Time to File

Verified Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the declaration page

relating to Plaintiff's Fact Sheet is now December 17, 2018.

New Orleans, Louisiana, this \_\_\_\_ day of \_\_\_\_, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE