UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*CARROLL SULLIVAN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-10439-EEF-MBN

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET

NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet (PFS). The deadline to submit Plaintiff's PFS is October 17, 2018. Plaintiff respectfully requests an extra 60 days, with a new deadline of December 17, 2018, to provide his verified PFS.

1. Carroll Sullivan filed a claim against defendants on October 10, 2017.

2. Pursuant to Pre-Trial Orders 13, 13A and 13B, Plaintiff's verified Plaintiff Fact Sheet was submitted on January 25, 2018.

3. On September 17, 2018, this case was selected for remand.

4. Pursuant to Case Management Order (CMO) 6, Plaintiff's updated and completed PFS is due October 17, 2018.

5. Plaintiff's counsel attempted to contact Plaintiff regarding his PFS, but was unable to make contact.

6. After a thorough investigation, counsel found that Plaintiff had passed away in March, 2018.

7. Plaintiff's counsel has made contact with Plaintiff's next of kin, and an estate has not been opened at this time.

8. For the foregoing reasons, Plaintiff's counsel requests an extension of time to submit a verified PFS, including a declaration page signed by Plaintiff's next of kin.

9. This motion is being submitted to this Honorable Court without the need of a formal hearing.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff, Carroll Sullivan, respectfully requests this Court grant Plaintiff's First Motion for Extension of Time to File a Verified Plaintiff Fact Sheet.

Dated: October 17, 2018          Respectfully submitted,

/s/  William L Bross
William L. Bross
AL State Bar No. 9703O71W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
william@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

The hereby certify that on October 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ William L. Bross
William L. Bross