IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No.: 2592<br><br>Section: L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Linda Lewis, et al. v. Bayer AG, et al.*<br>*2:17-cv-02066* | | |

### PLAINTIFFS' MOTION FOR DISMISSAL WITH PREJUDICE

Comes the Plaintiffs, Linda Lewis and Henry Lewis, by counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) and hereby move this Court for an Order of Dismissal, dismissing their claims against the Defendants Bayer AG, Bayer Healthcare AG, Bayer HealthCare, LLC, Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Johnson & Johnson Company, with prejudice to their right to re-file their claims.

Respectfully submitted,

PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.

By:   */s/ Charles A. Flynn*
Charles A. Flynn, TN BPR #030878
537 Market Street, Suite 202
Chattanooga, Tennessee 37402
Telephone: (423) 756-7117
Facsimile: (423) 267-5032
cflynn@pbsjlaw.com
*Attorneys for Linda Lewis & Henry Lewis*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

By: */s/ Charles A. Flynn*