UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| LOIS MCCURDY-GERANT, | SECTION L |
| | JUDGE FALLON |
| Plaintiff, | MAG. JUDGE NORTH |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, | Civil Action No.: 2:17-cv-06470 |
| Defendants. | |

## **PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiff, pursuant to Federal Rules of Civil Procedure 41 (a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs, Counsel for Plaintiff takes this action because plaintiff no longer wishes to pursue this case.

Dated: October 17, 2018                     /s/  William L. Bross
                                            William L. Bross
                                            ASB-9703-O71W
                                            HENINGER GARRISON DAVIS, LLC
                                            2224 First Avenue North
                                            Birmingham, AL  35203
                                            Telephone: (205) 326-3336
                                            Facsimile: (205) 326-3332
                                            william@hgdlawfirm.com

                                            *One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/  William L. Bross
                                            William L. Bross
                                            ASB-9703-O71W
                                            HENINGER GARRISON DAVIS, LLC
                                            2224 First Avenue North
                                            Birmingham, AL  35203
                                            Telephone: (205) 326-3336
                                            Facsimile: (205) 326-3332
                                            william@hgdlawfirm.com

                                            *One of the Attorneys for the Plaintiff*