UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ruby Ledford: 2:16-cv-12163
Jesse Shaffer: 2:16-cv-12200
Roger Shunk: 2:16-cv-09876
Claire Tatum: 2:15-cv-02163
Gary Bitetto: 2:16-cv-11602
Wilbert Stamnitz: 2:16-cv-09522
Mildred Hardy on behalf of Carl Hardy, deceased: 2:16-cv-08742
Marla Klindera: 2:16-cv-07489
Cecelia Baird: 2:16-cv-00114
Lonzo Brown: 2:16-cv-07171
Lewis Cohen: 2:16-cv-11155
Anthony Dichiaro: 2:16-cv-07448
Leonard Snoddy: 2:16-cv-12214
Virginia Wanat: 2:16-cv-08191
Jean Carmichael: 2:16-cv-11940
Jerry Cooney: 2:16-cv-07430
Roy Johannessen: 2:16-cv-07466
Dorothy Lamar: 2:16-cv-11798
Jacqueline Matthews: 2:16-cv-11809
Laura Peterson: 2:16-cv-11836
Doris Wallace: 2:16-cv-12011

### MOTION FOR ENTRY OF APPEARANCE OF CO-COUNSEL

COMES NOW, John J. Driscoll, of the Driscoll Firm, P.C. and moves this Court to enter attorney Kimberly Starr Morr of the Driscoll Firm, P.C. as co-counsel for Plaintiffs Ruby Ledford, Jesse Shaffer, Roger Shunk, Claire Tatum, Gary Bitetto, Wilbert Stamnitz, Mildred Hardy on behalf of Carl Hardy, Marla Klindera, Cecelia Baird, Lonzo Brown, Lewis Cohen,

Anthony Dichiaro, Leonard Snoddy, Virginia Wanat, Jean Carmichael, Jerry Cooney, Roy Johannessen, Dorothy Lamar, Jacqueline Matthews, Laura Peterson, and Doris Wallace.

Attorney Kimberly Starr Morr's information is as follows:

> The Driscoll Firm, P.C.
> Kimberly Starr Morr #68773 MO #6325773
> 211 North Broadway, Suite 4050
> St. Louis, MO 63102
> 314-932-3232 phone
> 314-932-3233 facsimile
> kimberly@thedriscollfirm.com

**WHEREFORE**, the Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Entry of Appearance as Co-Counsel of attorney Kimberly Starr Morr, and for any further relief deemed just and proper.

Respectfully Submitted,

/s/ John J. Driscoll
The Driscoll Firm, P.C.
211 North Broadway, Suite 4050
St. Louis, MO 63102
314-932-3232 phone
314-932-3233 facsimile
john@thedriscollfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2018, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ John J. Driscoll