UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ruby Ledford: 2:16-cv-12163
Jesse Shaffer: 2:16-cv-12200
Roger Shunk: 2:16-cv-09876
Claire Tatum: 2:15-cv-02163
Gary Bitetto: 2:16-cv-11602
Wilbert Stamnitz: 2:16-cv-09522
Mildred Hardy on behalf of Carl Hardy, deceased: 2:16-cv-08742
Marla Klindera: 2:16-cv-07489
Cecelia Baird: 2:16-cv-00114
Lonzo Brown: 2:16-cv-07171
Lewis Cohen: 2:16-cv-11155
Anthony Dichiaro: 2:16-cv-07448
Leonard Snoddy: 2:16-cv-12214
Virginia Wanat: 2:16-cv-08191
Jean Carmichael: 2:16-cv-11940
Jerry Cooney: 2:16-cv-07430
Roy Johannessen: 2:16-cv-07466
Dorothy Lamar: 2:16-cv-11798
Jacqueline Matthews: 2:16-cv-11809
Laura Peterson: 2:16-cv-11836
Doris Wallace: 2:16-cv-12011

## ORDER

Having considered the Driscoll Firm, P.C.'s Motion to Enter as Co-Counsel, and the Court being fully advised on the matter:

**IT IS HEREBY ORDERED** that Kimberly S. Morr of the Driscoll Firm, P.C., is entered as co-counsel for Plaintiffs Ruby Ledford, Jesse Shaffer, Roger Shunk, Claire Tatum, Gary Bitetto, Wilbert Stamnitz, Mildred Hardy on behalf of Carl Hardy, Marla Klindera, Cecelia

Baird, Lonzo Brown, Lewis Cohen, Anthony Dichiaro, Leonard Snoddy, Virginia Wanat, Jean Carmichael, Jerry Cooney, Roy Johannessen, Dorothy Lamar, Jacqueline Matthews, Laura Peterson, and Doris Wallace in the above-entitled and numbered actions.

    Done and Signed this _____ day of _____, 2018 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE