# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Bevills v. Janssen Research & Development, LLC, et al.*, 2:16-cv-12102

## VERIFIED MEMORANDUM IN SUPPORT OF PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO TENDER FULL PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Gary Bevills, by and through undersigned counsel of record, and in support of Plaintiff's First Motion for Extension of Time Within Which to Tender Full PFS, states as follows:

1. Plaintiff's case was chosen as one of the Wave 2 Remand selections on September 17th, 2018.

2. The undersigned has been diligently attempting to contact Mr. Bevills telephonically, via electronic mail, text message and U.S. Mail, but has not yet received a response.

3. As a result, the undersigned has not been able to confer with the Plaintiff to inquire about the necessary information and documentation required to complete a full Plaintiff Fact Sheet for Defendants.

4. On October 17, 2018, Counsel for Plaintiff requested an informal extension to Defendants' Liaison Counsel to tender the completed Plaintiff Fact Sheet to the Defendants.

6. As of the time of filing, Plaintiff's Counsel has not received a response from Defendants.

7. No actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

8. Plaintiff shows that as a matter of law and fact they were not delaying tendering the full Plaintiff Fact sheet in bad faith.

9. Plaintiff's Counsel asks the Court to grant an appropriate extension of 30 days for Plaintiff Bevills to tender his full Plaintiff Fact Sheet, making the Plaintiff Fact Sheet due on November 16, 2018.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant his First Motion for Extension of Time Within Which to Tender Full Plaintiff Fact Sheet and for any further orders deemed just and proper under the circumstances.

I, Sarah Graziano, pursuant to the penalties of perjury verify the factual allegations contained herein are true and accurate.

_s/ Sarah Graziano_____
Sarah Graziano

Signed: October 17, 2018                                  Respectfully submitted,

                                       **HENSLEY LEGAL GROUP, PC**

                                       _s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 17th day of October, 2018.

                                       **HENSLEY LEGAL GROUP, PC**

                                       s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*