# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Bevills v. Janssen Research & Development, LLC, et al., 2:16-cv-12102*

# PROPOSED ORDER

IT IS HEREBY ORDERED that the Motion for Extension of Time Within Which to Tender a Full Plaintiff Fact Sheet, filed by the above-listed Plaintiff Gary Bevills, is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to Tender a Full Plaintiff's Fact Sheet to Defendants.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge