# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) DELIA BLISS, ) ) *Plaintiff* ) ) v. ) ) JANSSEN RESEARCH & DEVELOPMENT ) LLC, ET AL. ) *Defendant(s)* ) | MDL NO. 2592 SECTION L JUDGE FALLON MAG. JUDGE NORTH Civil No. 2:18-cv-07116-EEF-MBN |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on October 17, 2018, Plaintiff's Motion for an Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: October 17, 2018

By:     */s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  */s/ Leslie LaMacchia*
                                                  Attorney for Plaintiffs