UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> CHADLER COLGAN, on behalf of WILLIAM ) <br> E. THOMPSON, and the Estate of ) <br> WILLIAM E. THOMPSON, ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC, ET AL. ) <br> *Defendant(s)* ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE FALLON <br><br><br><br> MAG. JUDGE NORTH <br><br> Civil No. 2:18-cv-07116-EEF-MBN |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.**

NOW INTO COURT, through undersigned counsel, comes plaintiff Chadler Colgan, on behalf of William E. Thompson, and the Estate of William E. Thompson.  Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc.  In support of this Motion, Plaintiff submits his contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated:      October 17, 2018                    By:      */s/ Leslie LaMacchia*
                                                                    Leslie LaMacchia, Esq.
                                                                    Adam Pulaski, Esq.
                                                                    PULASKI LAW FIRM, PLLC
                                                                    2925 Richmond Avenue, Suite 1725
                                                                    Houston, TX 77098
                                                                    (713) 664-4555 Phone
                                                                    (713) 664-7543 Fax
                                                                    llamacchia@pulaskilawfirm.com
                                                                    adam@pulaskilawfirm.com

                                                                    *Attorneys for the Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                */s/ Leslie LaMacchia*
                                                Attorney for Plaintiff