UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*CARROLL SULLIVAN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-10439-EEF-MBN

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET

NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet (PFS). The deadline to submit PFS is October 17, 2018. Plaintiff respectfully requests an extra 60 days, with new deadline of December 17, 2018, to provide the PFS.

**FACTUAL BACKGROUND**

On October 10, 2017, Plaintiff, Carroll Sullivan, by and through his counsel, filed his Complaint with the Court. Plaintiff timely served Defendants in this case. Plaintiff's counsel tried to notify Plaintiff about the need to file Plaintiff's PFS. Plaintiff's counsel found that the Plaintiff had passed away in March, 2018. Plaintiff's counsel has made contact with Deceased Plaintiff's next of kin. At this time, there is no estate for the Deceased-Plaintiff.

Plaintiff's counsel does not have a proper party to sign the verification form for the PFS at this time. Plaintiff's counsel is working with Deceased Plaintiff's next of kin to open an estate.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff, Carroll Sullivan, respectfully requests an extension of 60 days, with new deadline of December 17, 2018, to provide the verified PFS.

Dated: October 17, 2018        Respectfully submitted,

                                        */s/  William L. Bross*
                                        William L. Bross
                                        AL State Bar No. 9703O71W
                                        HENINGER GARRISON DAVIS, LLC
                                        2224 First Avenue North
                                        Birmingham, AL  35203
                                        Telephone: (205) 326-3336
                                        Facsimile: (205) 326-3332
                                        william@hgdlawfirm.com

                                        *One of the Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

       The hereby certify that on October 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        */s/ William L. Bross*
                                        William L. Bross