**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL No. 2592**

**SECTION L**
**JUDGE ELDON E. FALLON**
**MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**
*CARROLL SULLIVAN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-10439-EEF-MBN

## NOTICE OF SUBMISSION

NOW COMES Counsel for Plaintiff and files this Notice of Submission of First Motion

for Extension of Time to File Verified Plaintiff Fact Sheet under CMO 6 before the Honorable

Judge Eldon E. Fallon on November 7, 2018. This motion is being submitted to this Honorable

Court without the need of a formal hearing.

Dated: October 17, 2018          Respectfully submitted,

/s/ William L. Bross
William L. Bross
AL State Bar No. 9703O71W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
william@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on October 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ William L. Bross
William L. Bross