UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-01250 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**RESPONSE OF PLAINTIFF, CHERYL PARKER, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DOROTHY REESE, DECEASED, TO THIS COURT'S ORDER TO SHOW CAUSE DATED OCTOBER 12, 2018 REGARDING CORE PLAINTIFF FACT SHEET DEFICIENCY**

In response to this Court's Order to Show Cause Regarding Core Plaintiff Fact Sheet Deficiency Dated October 12, 2018 [Docket No. 111172], attorney Kenneth A. Stern, on behalf of Plaintiff's Decedent, states as follows:

1. Plaintiff has requested all prescription and medical records through its medical record retrieval provider but have been informed that Letters of Authority are necessary for the procurement of records.

2. Plaintiff has had a delay in her efforts to open an estate due to the long-awaited signed waivers and consents from interested parties/heirs.

3. Upon receipt of all waivers and consents Plaintiff will proceed to the local Probate Court to file the probate court documents and secure issued Letters of Authority which are necessary to acquire medical records.

4. Plaintiff requests this Honorable Court allow Plaintiff a period of ninety (90) days within which to allow Plaintiff to secure the required Letters of Authority from the Probate Court,

obtain medical records and complete Plaintiff's Fact Sheet.  Consistent therewith, Plaintiff's proposed order is attached hereto as Exhibit A.

WHEREFORE, Plaintiff requests this Honorable Court grant Plaintiff herein a period of ninety (90) days from the date of entry to provide the prescription records to Defendant and cure Plaintiff's Fact Sheet deficiency.

Dated: October 18, 2018                               s/ *Kenneth A. Stern*
                                                      Kenneth A. Stern, P30722
                                                      STERN LAW, PLLC
                                                      41850 West 11 Mile Road
                                                      Novi, Michigan 48375-1857
                                                      (248) 347-7300
                                                      ken@sternlawonline.com

                                                      *Attorney for Plaintiff's decedent*