UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-00295 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**ORDER GRANTING PLAINTIFF, CHERYL PARKER, PERSONAL REPRESENTATIVE FOR THE ESTATE OF DOROTHY REESE, DECEASED, TIME TO COMPLY WITH CORE PLAINTIFF FACT SHEET DEFICIENCY**

This matter having come before this Honorable Court upon this Court's Order to Show Cause Regarding Core Plaintiff Fact Sheet Deficiencies [Docket No. 11172], the Court having reviewed Plaintiff's Response thereto and being otherwise fully advised in the premises;

NOW, THEREFORE:

IT IS HEREBY ORDERED that Plaintiff, Cheryl Parker, As Personal Representative for the Estate of Dorothy Reese, Deceased, be and hereby is granted an additional ninety (90) days from the date of entry of this order to cure Core Plaintiff Fact Sheet Deficiencies.

_____
United States District Court Judge