UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-03630 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**RESPONSE OF PLAINTIFF, LORETHA BOHANNAN, TO THE
COURT'S ORDER TO SHOW CAUSE DATED OCTOBER 12, 2018**

In response to this Court's Order to Show Cause Regarding Plaintiff's Core Fact Sheet Deficiency entered on October 12, 2018 [Docket No. 11172], attorney Kenneth A. Stern, on behalf of Plaintiff, Loretha Bohannan, states as follows:

1. Plaintiff's attorney, Kenneth A. Stern, initiated a contract with Plaintiff, Loretha Bohannan on or about September 18, 2017.

2. On April 5, 2018, Plaintiff's attorney, Kenneth A. Stern, filed a Complaint with this Honorable Court on behalf of his client, Loretha Bohannan.

3. On or about July 2, 2018, Plaintiff's attorney, Kenneth A. Stern, filed Plaintiff's Fact Sheet.

4. On or about July 19, 2018, Plaintiff's attorney, Kenneth A. Stern, filed a Second Amended Plaintiff's Fact Sheet.

5. All medical records and pharmacy records have been provided to Defense counsel through the MDL Centrality portal.

6. Plaintiff's attorney, Kenneth A. Stern, has made numerous attempts to contact his client as follows:

      a. Letter to client dated February 14, 2018

      b. Email address was insufficient

      c. Letter to client dated April 13, 2018

      d. May 9, 2018 telephone number provided no longer in service

      e. Letter to client dated June 4, 2018

      f. Letter to client dated July 13, 2018

      g. Urgent letter to client dated July 19, 2018

      h. Hired a Process Server in an attempt to contact client

      i. Postal check at zip code 72956

      j. Postal check at zip code 72902

7. Process server provided the attached as Exhibit A, is documentation supportive of efforts made to located Plaintiff, Loretha.

8. Plaintiff's attorney, Kenneth A. Stern, has made numerous attempts to contact his client, Loretha Bohannan, with no success.

9. Plaintiff's attorney seeks an order from this Court to allow a period of ninety (90) days to continue his efforts by means of posting and all other sources available to locate his client.

10. Plaintiff, Loretha Bohannan, would be severely prejudiced should if Plaintiff's attorney is not allowed the additional time with which to conduct further investigation into contacting his client.

Wherefore, Plaintiff, Loretha Bohannan, by and through her attorney, Kenneth A. Stern, respectfully requests this Honorable Court grant a period of ninety (90) days in order to commence continuous efforts to locate Plaintiff by entry of the attached proposed order, Exhibit B.

Dated: October 18, 2018                             s/ *Kenneth A. Stern*
                                                                                   Kenneth A. Stern, P30722
                                                                                  STERN LAW, PLLC
                                                                                  41850 West 11 Mile Road
                                                                                  Novi, Michigan 48375-1857
                                                                                  (248) 347-7300
                                                                                  ken@sternlawonline.com

                                                                                  *Attorney for Plaintiff's*