*Loretha Bohanon*

## PROOF OF SERVICE

❏ I personally delivered the summons and complaint to the individual at
_____ [place] on _____ [date];
or

❏ I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it to him/her; or

❏ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

❏ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of
_____ [name of defendant] on _____ [date]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❏ Other [specify]:
_____

☑ I was unable to execute service because:
_____Please see attached document_____

My fee is $ 50

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____    SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 10/2/18        By: _____
                          [Signature of server]

_____
Tonya Rogers
[Printed name]

Address: P.O. Box 2141
Fort Smith, AR 72902

Phone: 479.926.3111

Subscribed and sworn to before me this date: 10/2/2018

_____
Notary Public

My commission expires: 8/11/2027

[Notary Seal: MARIAH HAMBY, NOTARY PUBLIC, ARKANSAS, SEBASTIAN COUNTY, 12701911, EXPIRES 8-11-2027]

Additional information regarding service or attempted service:

_____
_____

**Loretha Bohannan**

**Friday, July 20, 2018**

I went to Ms. Bohannan's apartment and it is vacant. I peeked through the window and it appears that it is getting new carpet, paint, etc. I visited with a neighbor and she said that Ms. Bohannan had been very ill and was not sure what happened to her.

**Monday, July 24, 2018**

Manager's office returned my call. Ms. Bohannan has relocated. The manager requested that I meet with her in person and she would provide me with a forwarding address and phone number. I will forward that information to you once I have it.

**Tuesday, July 31, 2018**

Did not catch Apartment Manager in person, so I called her back this afternoon. She was able to provide me with an address.

2118 Elm Circle
Van Buren, AR 72956

She did not have a phone number for Ms. Bohannan

**Wednesday, August 1, 2018**

No answer at the door.

**Monday, August 6, 2018**

No answer at the door. I noticed a blind open so peaked inside. This duplex unit appears to be vacant. I did not see any furniture or furnishings on the inside. Only an empty Dr Pepper bottle on the kitchen counter. With that said it looks like she has relocated again. I have placed a call with the phone number that was on a for rent sign on another unit.

**Wednesday, August 15, 2018**

I called the Crawford County Courthouse this morning to confirm ownership of the rental on Elm Circle. It is owned by a Tim and Vicky Brown. I left a message with Vicky this morning. The number was a different one than the one that was on a neighboring sign that I have already called.

Called the Crawford County Courthouse. They did a check on her and she has not registered a vehicle in Crawford County since 2015. Appears that she has been ill and moving around for the past few years.

**Friday, August 17, 2018**

Made contact with a Gary Bohannan in Northwest Arkansas in hope that he was a relative or had some knowledge. He said that he had a grandmother named "Letha" and she passed away 20+ years ago. He said that he would call his mother and see if she happens to know if they are in anyway related to Loretha. I did also leave another message for Vicky Brown, owner of the Elm Street address where she most recently resided.

*[Signature]*
10/2/2018