**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO:** | **SECTION: L** |
| ALLYN SHAW WILLIS, | **JUDGE ELDON E. FALLON** |
| Civil Action No: 2:16-cv-13092 | **MAG. JUDGE NORTH** |

**MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

Now comes Counsel for Plaintiff, Allyn Shaw Willis, pursuant to the Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, Counsel for Plaintiff represents that:

_____ Plaintiff is not a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6.

_____ Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

__X__ Plaintiff is moving to dismiss, with prejudice, within forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived pursuant to the Court's Case Management Order No. 6

Date: October 18, 2018

Respectfully submitted,

s/ Carmen S. Scott_____
Carmen S. Scott
Motley Rice LLC
cscott@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000; Fax: 843-216-9440
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a complete copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all parties of record via the CM/ECF filing system on this the 18th day of October, 2018.

                                                       s/ Carmen S. Scott