**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | MAG. JUDGE NORTH |
| Williams v. Janssen Research & | ) | |
| Development, LLC, et al | ) | |
| 2:15-cv-00332 | ) | |
| | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL WITH PREDJUDICE

This matter having come before the Court on Plaintiffs Arch Williams and Sara Williams' Motion for Dismissal, with Prejudice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Dismissal with Prejudice is hereby **GRANTED.**

New Orleans, Louisiana, on this __17th__ day of ____October____ 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE