UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Harris v. Janssen Research & Development, LLC, et al<br>2:16-cv-14941 | | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL WITH PREDJUDICE

This matter having come before the Court on Plaintiffs Thomas Harris and Alice Harris' Motion for Dismissal, with Prejudice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Dismissal with Prejudice is hereby **GRANTED.**

New Orleans, Louisiana, on this 17th day of October 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE