UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Richard Brent v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-6666

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11210, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Peggy Gorman, surviving sibling of Richard Brent, is substituted for Plaintiff Richard Brent as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE