# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592<br><br>SECTION L |
| CHRISTINA SMITH O/B/O WALTER SMITH | : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | : : : : : : : : : : : : : : : : : : | Civil Action No.: **2:15-CV-01718**<br><br>**STIPULATION OF DISMISSAL** |
| Defendants | : : | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff(s) and counsel for Defendants pursuant to Pretrial Order No. 24 that the above-captioned matter is dismissed in its entirety as to Defendants and that Plaintiff may refile the lawsuit in her home state of New Jersey, subject to the following:

1. The lawsuit is refiled in Plaintiff's home state of New Jersey within thirty (30) days and without adding any new Defendants.

2. Defendants agree that for statute of limitations purposes, if the Plaintiff refiles the action in her home state of New Jersey within thirty (30) days, the filing date of the case shall be the date on which this case was originally filed in this Multi-District Litigation.

**IT IS FURTHER STIPULATED** that no defenses are waived by entering into this stipulation.

**IT IS FURTHER STIPULATED** that each party shall bear its own costs.

| **MCGLYNN, GLISSON & MOUTON** | **DRINKER BIDDLE & REATH LLP** |
|---|---|
| By: /s/Amanda L. Washington<br>Amanda L. Washington, (LA # 34811)<br>Daniel J. McGlynn, (LA # 17051)<br>340 Florida Street<br>Baton Rouge, LA 70801<br>Telephone: (225) 344-3555<br>amanda@mcglynnglisson.com<br>danny@mcglynnglisson.com<br><br>Attorneys for Plaintiffs<br>Dated: October 18, 2018 | By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC<br>Dated: October 18, 2018 |
| **BERTRAM & GRAF, L.L.C.** | |
| By: /s/J. Scott Bertram<br>J. Scott Bertram, (MO # 23715)<br>Benjamin A. Bertram, (MO # 56945)<br>Blair Bertram Matyszczyk, (MO # 66067)<br>4717 Grand Ave<br>Suite 800<br>Kansas City, MO 64112<br>Telephone: (816) 523-2205<br>jsbertram@bertramgraf.com<br>benbertram@bertramgraf.com<br>blair@bertramgraf.com<br><br>Attorneys for Plaintiffs<br>Dated: October 18, 2018 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/ Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com |

| | |
|---|---|
| **BARTIMUS FRICKELTON ROBERTSON & GOZA** | Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: October 18, 2018 |
| By: /s/Bradley D. Honnold<br>Bradley D. Honnold, (MO # 39818)<br>Michelle L. Marvel, (MO # 59815)<br>11150 Overbrook Road<br>Suite 200<br>Leawood, KS 66211<br>Tel: (913) 266-2300<br>bhonnold@bflawfirm.com<br>mmarvel@bflawfirm.com | |
| | **IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/Kim E. Moore<br>Kim E. Moore |
| Attorneys for Plaintiffs<br>Dated: October 18, 2018 | 400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>kmoore@irwinllc.com |
| | Liaison Counsel for Defendants<br>Dated: October 18, 2018 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore