UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

Ruby Ledford: 2:16-cv-12163
Jesse Shaffer: 2:16-cv-12200
Roger Shunk: 2:16-cv-09876
Claire Tatum: 2:15-cv-02163
Gary Bitetto: 2:16-cv-11602
Wilbert Stamnitz: 2:16-cv-09522
Mildred Hardy on behalf of Carl Hardy, deceased: 2:16-cv-08742
Marla Klindera: 2:16-cv-07489
Cecelia Baird: 2:16-cv-00114
Lonzo Brown: 2:16-cv-07171
Lewis Cohen: 2:16-cv-11155
Anthony Dichiaro: 2:16-cv-07448
Leonard Snoddy: 2:16-cv-12214
Virginia Wanat: 2:16-cv-08191
Jean Carmichael: 2:16-cv-11940
Jerry Cooney: 2:16-cv-07430
Roy Johannessen: 2:16-cv-07466
Dorothy Lamar: 2:16-cv-11798
Jacqueline Matthews: 2:16-cv-11809
Laura Peterson: 2:16-cv-11836
Doris Wallace: 2:16-cv-12011

**ORDER**

Having considered the Driscoll Firm, P.C.'s Motion to Enter as Co-Counsel, and

the Court being fully advised on the matter:

**IT IS HEREBY ORDERED** that Kimberly S. Morr of the Driscoll Firm, P.C., is entered

as co-counsel for Plaintiffs Ruby Ledford, Jesse Shaffer, Roger Shunk, Claire Tatum, Gary

Bitetto, Wilbert Stamnitz, Mildred Hardy on behalf of Carl Hardy, Marla Klindera, Cecelia

1

Baird, Lonzo Brown, Lewis Cohen, Anthony Dichiaro, Leonard Snoddy, Virginia Wanat, Jean

Carmichael, Jerry Cooney, Roy Johannessen, Dorothy Lamar, Jacqueline Matthews, Laura

Peterson, and Doris Wallace in the above-entitled and numbered actions.

Done and Signed this 18th day of _____October_____, 2018 at New Orleans, Louisiana.

_____

UNITED STATES DISTRICT JUDGE