**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO:** | **SECTION: L** |
| ALLYN SHAW WILLIS, | **JUDGE ELDON E. FALLON** |
| Civil Action No: 2:16-cv-13092 | **MAG. JUDGE NORTH** |

**ORDER**

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Allyn Shaw Willis's Motion for Voluntary Dismissal with Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this __18th__ day of __October__, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge