## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

MDL NO.: 2592

SECTION: L

:

JUDGE ELDON E. FALLON

:

MAG. JUDGE MICHAEL NORTH

:

THIS DOCUMENT RELATES TO:

CHRIST DUMAS, Estate of, v. Janssen Research & Development LLC, et. al;

Case #: 2:16-cv-00447

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND MEMORANDUM IN SUPPORT

Now Comes Undersigned Counsel, respectfully submitting to this Court, pursuant to Federal Rules of Civil Procedure 6(b), this Motion for an extension of time within which to tender documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user.  In support thereof respectfully submits the following memorandum.

### MEMORANDUM IN SUPPORT

1.    On or about April 22, 2016, Counsel filed a Notice of Death for Plaintiff, CHRIST DUMAS, with this Court along with a copy of Plaintiff's death certificate.

2.    Counsel was provided a Will and Trust by the Estate of CHRIST DUMAS, naming the daughter, Barbara Dumas, as the trustee of the Estate of CHRIST DUMAS.  Counsel has been operating with the understanding that the Will and Trust operated under the law

to grant authority to Barbara Dumas to act as the Representative in said lawsuit on behalf of her father, Plaintiff, CHRIST DUMAS.

3.      Counsel was notified by Defendant, on or about October 1, 2018, of a core deficiency stating, "pursuant to PTOs 13 and 14…failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user." The Defendant's Notice of Core Deficiency, per PTO 13, granted Plaintiff twenty (20) days to cure these deficiencies, thus providing Plaintiff until October 20th, 2018 to cure.

4.      The Estate of Plaintiff, CHRIST DUMAS, has engaged Counsel to begin probate proceedings specifically for this litigation and will be obtaining letters of administration, proper for their jurisdiction, naming the current Trustee, Barbara Dumas, as the Personal Representative, or similar proper title.  It is anticipated that this initial probate proceeding can take several weeks to complete and issue the aforementioned letters.

5.      Furthermore, on or about July 17, 2018, at the request of the Defendant, Plaintiff's Counsel provided to Defense a copy of the Will and Trust as referred to in this memorandum.

6.      Plaintiff corresponded with Defense counsel on October 18, 2018 to request an agreed order.  As of the time of this filing, Defense has not responded.

**WHEREFORE**, Counsel for the Plaintiff, CHRIST DUMAS, respectfully requests this Court grant Plaintiff's Motion for an Extension of time in which to tender documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user.

DATED: October__19____, 2018

Respectfully submitted,

FREEDLAND HARWIN VALORI, PL
110 SE 6th Street, Ste. 2300
Ft. Lauderdale, FL 33301
Tel:   954-467-6400
Fax:  954-670-2530

___/s/ Raymond Valori_____
RAYMOND VALORI
Fla. Bar #: 33200
Ray@fhvlegal.com

MICHAEL FREEDLAND
Fla. Bar #: 128988
Michael@fhvlegal.com

THE LAW OFFICES OF ROBERT J.
FENSTERSHEIB & ASSOCIATES
520 W Hallandale Beach Blvd.
Hallandale Beach, FL 33009
Tel:   954-456-2488
Fax:  954-456-2588
ROBERT J. FENSTERSHEIB
Fla. Bar #: 307300
rjf@fenstersheib.com