UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| : | JUDGE ELDON E. FALLON |
| : | MAG. JUDGE MICHAEL NORTH |
| : | |

THIS DOCUMENT RELATES TO:

CHRIST DUMAS, Estate of, v. Janssen Research & Development LLC, et. al;

Case #: 2:16-cv-00447

**PLAINTIFF'S NOTICE OF FILING MOTION FOR AN EXTENSION OF TIME AND MEMORANDUM IN SUPPORT**

**TO ALL PARTIES AND ALL ATTORNEYS OF RECORD**, please take notice that:

Undersigned Counsel, pursuant to Federal Rules of Civil Procedure 6(b), hereby informs the Court of the filing of a Motion for an extension of time on behalf of Plaintiff, CHRIST DUMAS, within which to tender documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user.

DATED: October__19____, 2018

                                                         Respectfully submitted,

                                                         FREEDLAND HARWIN VALORI, PL
                                                         110 SE 6th Street, Ste. 2300
                                                         Ft. Lauderdale, FL 33301
                                                         Tel:  954-467-6400
                                                         Fax:  954-670-2530

                                                          /s/ Raymond Valori_____
                                                         RAYMOND VALORI

Fla. Bar #: 33200
Ray@fhvlegal.com

MICHAEL FREEDLAND
Fla. Bar #: 128988
Michael@fhvlegal.com

THE LAW OFFICES OF ROBERT J.
FENSTERSHEIB & ASSOCIATES
520 W Hallandale Beach Blvd.
Hallandale Beach, FL 33009
Tel:   954-456-2488
Fax:  954-456-2588
ROBERT J. FENSTERSHEIB
Fla. Bar #: 307300
rjf@fenstersheib.com