UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | } MDL No. 2592 }<br>} SECTION: L<br>} JUDGE FALLON<br>} MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A**

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

Plaintiffs respectfully request that attorney Michael A. London of Douglas & London, P.C. be enrolled as co-counsel of record in the actions listed on Exhibit A.

Wherefore, it is requested that the Court grant this motion.

Dated: October 19, 2018

        Respectfully submitted,

By:

    By: /s/ Jonathan E. Schulman
    Jonathan E. Schulman, Esq.
    Slater Slater Schulman LLP
    445 Broad Hollow Road, Ste 334
    Melville, NY 11747
    Telephone: 212.922.0906
    Facsimile: 212.922.0907
    jschulman@sssfirm.com

-and-

/s/ Michael A. London
Michael A. London (ML-7510)
DOUGLAS AND LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel.: 212-566-7500
Fax.: 212-566-7501

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATION OF SERVICE

I hereby certify that on October 19, 2018, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

    /s/ Jonathan E. Schulman
    Jonathan E. Schulman, Esq.