**EXHIBIT A**

Albers v. Janssen Research and Development, LLC, et al. - 16-cv-06692

Allen v. Janssen Research and Development, LLC, et al. - 16-cv-06871

Allison v. Janssen Research and Development, LLC, et al. - 16-cv-09554

Amerson v. Janssen Research and Development, LLC, et al. - 18-cv-00110

Amick v. Janssen Research and Development, LLC, et al. - 16-cv-10384

Arent v. Janssen Research and Development, LLC, et al. - 16-cv-03903

Arvonio v. Janssen Research and Development, LLC, et al. - 16-cv-07494

Murphy v. Janssen Research and Development, LLC, et al. - 16-cv-10393

Bank v. Janssen Research and Development, LLC, et al. - 16-cv-10400

Barila v. Janssen Research and Development, LLC, et al. - 16-cv-10405

Barker v. Janssen Research and Development, LLC, et al. - 16-cv-06876

Barnes v. Janssen Research and Development, LLC, et al. - 16-cv-06878

Bass v. Janssen Research and Development, LLC, et al. - 16-cv-04478

Dink v. Janssen Research and Development, LLC, et al. - 18-cv-6204

Beaulieu v. Janssen Research and Development, LLC, et al. - 18-cv-6436

Behrens v. Janssen Research and Development, LLC, et al. - 18-cv-5319

Bennett v. Janssen Research and Development, LLC, et al. - 17-cv-07328

McDaniel v. Janssen Research and Development, LLC, et al. - 17-cv-02788

Bray v. Janssen Research and Development, LLC, et al. -    15-cv-05495

Bromert v. Janssen Research and Development, LLC, et al. - 16-cv-04486

Brooks v. Janssen Research and Development, LLC, et al. - 15-cv-06932

Brooks v. Janssen Research and Development, LLC, et al. - 18-cv-00524

Burns v. Janssen Research and Development, LLC, et al. - 16-cv-00271

Calabrese v. Janssen Research and Development, LLC, et al. - 16-cv-07506

Callaway v. Janssen Research and Development, LLC, et al. - 16-cv-9606

Campbell v. Janssen Research and Development, LLC, et al. - 16-cv-09609

Cannon v. Janssen Research and Development, LLC, et al. - 16-cv-07513

Cantrell v. Janssen Research and Development, LLC, et al. - 16-cv-9629

Cardenas v. Janssen Research and Development, LLC, et al. - 16-cv-6881

Carson v. Janssen Research and Development, LLC, et al. - 16-cv-03487

Casadesus-Rojas v. Janssen Research and Development, LLC, et al. - 16-cv-10448

Caulk v. Janssen Research and Development, LLC, et al. - 16-cv-10449

Cavanaugh v. Janssen Research and Development, LLC, et al. - 18-cv-5433

Bush v. Janssen Research and Development, LLC, et al. - 16-cv-10445

Chidester v. Janssen Research and Development, LLC, et al. - 17-cv-05136

Cohen v. Janssen Research and Development, LLC, et al. - 16-cv-9636

Collins v. Janssen Research and Development, LLC, et al. - 16-cv-04504

Conger v. Janssen Research and Development, LLC, et al. - 16-cv-9640

Correll v. Janssen Research and Development, LLC, et al. - 16-cv-9655

Coulouris-Carter v. Janssen Research and Development, LLC, et al. - 16-cv-06882

Crump v. Janssen Research and Development, LLC, et al. - 17-cv-04524

Cummiskey v. Janssen Research and Development, LLC, et al. - 16-cv-9662

Cunningham v. Janssen Research and Development, LLC, et al. - 16-cv-9732

Damron v. Janssen Research and Development, LLC, et al. - 16-cv-04508

DeJesus v. Janssen Research and Development, LLC, et al. - 17-cv-04527

Rotella v. Janssen Research and Development, LLC, et al. - 17-cv-10637

Hoskins v. Janssen Research and Development, LLC, et al. -16-cv-08027

Draper v. Janssen Research and Development, LLC, et al. - 17-cv-13065

Sugita v. Janssen Research and Development, LLC, et al. - 17-cv-08306

Dunlap v. Janssen Research and Development, LLC, et al. - 16-cv-9751

Dunn v. Janssen Research and Development, LLC, et al. - 16-cv-15007

Earl v. Janssen Research and Development, LLC, et al. - 18-cv-03635

Eldridge v. Janssen Research and Development, LLC, et al. - 16-cv-07888

Ethier v. Janssen Research and Development, LLC, et al. - 16-cv-01256

Evans v. Janssen Research and Development, LLC, et al. - 16-cv-10546

Falls v. Janssen Research and Development, LLC, et al. -    18-cv-01354

Favors v. Janssen Research and Development, LLC, et al. - 16-cv-06975

Fawthrop v. Janssen Research and Development, LLC, et al. - 17-cv-17398

Fitzgerald v. Janssen Research and Development, LLC, et al. - 16-cv-10551

Fleck v. Janssen Research and Development, LLC, et al. - 16-cv-10575

Flynt v. Janssen Research and Development, LLC, et al. - 16-cv-04510

Forsythe v. Janssen Research and Development, LLC, et al. - 16-cv-9756

Fox v. Janssen Research and Development, LLC, et al. - 15-cv-06038

Nicole v. Janssen Research and Development, LLC, et al. - 18-cv-5322

Francis v. Janssen Research and Development, LLC, et al. - 16-cv-9761

Fuller v.  Janssen Research and Development, LLC, et al. - 16-cv-04514

Ginipro v. Janssen Research and Development, LLC, et al. - 18-cv-6438

Goodman v. Janssen Research and Development, LLC, et al. - 17-cv-04736

Graves v. Janssen Research and Development, LLC, et al. - 16-cv-15019

Hardman v. Janssen Research and Development, LLC, et al.- 16-cv-06981

Harrison v. Janssen Research and Development, LLC, et al. - 16-cv-03509

Harveyv. Janssen Research and Development, LLC, et al. - 16-cv-10675

Hazlett v. Janssen Research and Development, LLC, et al. - 16-cv-04516

Hedgemon v. Janssen Research and Development, LLC, et al. - 17-cv-17303

Herrine Sr. v. Janssen Research and Development, LLC, et al. - 16-cv-09783

Hersey v. Janssen Research and Development, LLC, et al. - 16-cv-03524

Holmes v. Janssen Research and Development, LLC, et al. - 16-cv-10742

Honey v. Janssen Research and Development, LLC, et al. - 16-cv-08021

Auchter  v. Janssen Research and Development, LLC, et al. - 18-cv-05296

Laury v. Janssen Research and Development, LLC, et al. - 18-cv-02197

Howard v. Janssen Research and Development, LLC, et al. - 18-cv-5492

Huberdv. Janssen Research and Development, LLC, et al. - 18-cv-03653

Hughes v. Janssen Research and Development, LLC, et al. - 18-cv-01215

Jaeger v. Janssen Research and Development, LLC, et al. - 16-cv-06985

Jezak v. Janssen Research and Development, LLC, et al. - 16-cv-10752

Johnson v. Janssen Research and Development, LLC, et al. - 18-cv-01348

Johnson v. Janssen Research and Development, LLC, et al. - 16-cv-08917

Jones v. Janssen Research and Development, LLC, et al. - 16-cv-08926

Jones-Furniss v. Janssen Research and Development, LLC, et al. -18-cv-1212

Jones v. Janssen Research and Development, LLC, et al. - 18-cv-00115

Kalinak v. Janssen Research and Development, LLC, et al. - 16-cv-04524

Kemman v. Janssen Research and Development, LLC, et al. - 16-cv-08975

Kidd v. Janssen Research and Development, LLC, et al. - 16-cv-07004

Kimbler v. Janssen Research and Development, LLC, et al. - 16-cv-03526

Kochel v. Janssen Research and Development, LLC, et al. - 18-cv-03444

Kushnir v. Janssen Research and Development, LLC, et al. - 16-cv-04526

Langone v. Janssen Research and Development, LLC, et al. -17-cv-17393

Larkins v. Janssen Research and Development, LLC, et al. - 18-cv-03677

Lee v. Janssen Research and Development, LLC, et al. - 17-cv-08301

Clevenger v. Janssen Research and Development, LLC, et al. - 17-cv-10323

Toulson v. Janssen Research and Development, LLC, et al. - 18-cv-5302

Lilly v. Janssen Research and Development, LLC, et al. - 18-cv-00118

Liszewski v. Janssen Research and Development, LLC, et al. - 16-cv-09069

Lloyd v. Janssen Research and Development, LLC, et al. - 16-cv-09074

Lopez v. Janssen Research and Development, LLC, et al. - 16-cv-09797

Lowery v. Janssen Research and Development, LLC, et al. - 17-cv-07330

Lutz v. Janssen Research and Development, LLC, et al. - 16-cv-10881

Mack v. Janssen Research and Development, LLC, et al. - 16-cv-04527

Mann v. Janssen Research and Development, LLC, et al. - 16-cv-09865

Marks v. Janssen Research and Development, LLC, et al. - 16-cv-07008

Maslek v. Janssen Research and Development, LLC, et al. - 16-cv-03530

Mattson v. Janssen Research and Development, LLC, et al. - 16-cv-07010

May v. Janssen Research and Development, LLC, et al. - 16-cv-09092

McDonald v. Janssen Research and Development, LLC, et al. - 16-cv-07015

McHugh v. Janssen Research and Development, LLC, et al. - 16-cv-07012

Craft v. Janssen Research and Development, LLC, et al. - 18-cv-00527

Meyer v. Janssen Research and Development, LLC, et al. - 16-cv-04541

Hix v. Janssen Research and Development, LLC, et al. - 16-cv-07985

Miller v. Janssen Research and Development, LLC, et al. - 16-cv-04559

Miller v. Janssen Research and Development, LLC, et al. - 17-cv-00074

Miller v. Janssen Research and Development, LLC, et al. - 17-cv-15570

Milton v. Janssen Research and Development, LLC, et al. - 16-cv-09901

Moeller v. Janssen Research and Development, LLC, et al. - 16-cv-04562

Moore v. Janssen Research and Development, LLC, et al. - 17-cv-10706

Moore v. Janssen Research and Development, LLC, et al. - 17-cv-01794

Morgan v. Janssen Research and Development, LLC, et al. - 16-cv-09268

Muncy v. Janssen Research and Development, LLC, et al. - 16-cv-14588

Myers v. Janssen Research and Development, LLC, et al. - 16-cv-04566

Narayana v. Janssen Research and Development, LLC, et al. - 16-cv-10915

Newsome v. Janssen Research and Development, LLC, et al. - 16-cv-04572

Nicholson v. Janssen Research and Development, LLC, et al. - 18-cv-03673

Nilsen v. Janssen Research and Development, LLC, et al. - 16-cv-10925

Noriega v. Janssen Research and Development, LLC, et al. - 18-cv-01214

Deland v. Janssen Research and Development, LLC, et al. - 16-cv-09912

Johnson v. Janssen Research and Development, LLC, et al. - 18-cv-00530

Pasch v. Janssen Research and Development, LLC, et al. - 16-cv-09303

Pauley v. Janssen Research and Development, LLC, et al. - 16-cv-10929

Penna v. Janssen Research and Development, LLC, et al. - 18-cv-6429

Perez-Cubas v. Janssen Research and Development, LLC, et al. - 16-cv-07024

Peyton v. Janssen Research and Development, LLC, et al. - 16-cv-09304

Pizzolato v. Janssen Research and Development, LLC, et al. - 18-cv-02194

Powell v. Janssen Research and Development, LLC, et al. - 18-cv-01964

Purnell v. Janssen Research and Development, LLC, et al. - 16-cv-09312

Raveling v. Janssen Research and Development, LLC, et al. - 16-cv-07026

Rawers v. Janssen Research and Development, LLC, et al. - 16-cv-10936

Hanrahan v. Janssen Research and Development, LLC, et al. - 16-cv-11305

Reburn v. Janssen Research and Development, LLC, et al. - 16-cv-10047

Recore v. Janssen Research and Development, LLC, et al. - 16-cv-07032

Reznicek v. Janssen Research and Development, LLC, et al. - 18-cv-02190

Richter v. Janssen Research and Development, LLC, et al. - 15-cv-06050

Riner v. Janssen Research and Development, LLC, et al. - 16-cv-16092

Robertson v. Janssen Research and Development, LLC, et al. - 18-cv-6426

Rose v. Janssen Research and Development, LLC, et al. - 18-cv-02306

Rusha v. Janssen Research and Development, LLC, et al. - 16-cv-09319

Dobbs v. Janssen Research and Development, LLC, et al. - 16-cv-16694

Sanders v. Janssen Research and Development, LLC, et al. - 16-cv-07041

Schultz v. Janssen Research and Development, LLC, et al. - 16-cv-09329

Schuster v. Janssen Research and Development, LLC, et al. - 18-cv-00084

Seats v. Janssen Research and Development, LLC, et al. - 17-cv-15622

Shafizadeh-Roshani v. Janssen Research and Development, LLC, et al. - 17-cv-04535

Shorey v. Janssen Research and Development, LLC, et al. - 17-cv-17312

Smith v. Janssen Research and Development, LLC, et al. - 18-cv-6433

Sovay v. Janssen Research and Development, LLC, et al. - 17-cv-03011

Stone v. Janssen Research and Development, LLC, et al. - 16-cv-16689

Streator Jr. v. Janssen Research and Development, LLC, et al. - 16-cv-03534

Tackett v. Janssen Research and Development, LLC, et al. - 16-cv-04587

Thomas v. Janssen Research and Development, LLC, et al. - 17-cv-8289

Martinez v. Janssen Research and Development, LLC, et al. - 17-cv-02985

Ubini v. Janssen Research and Development, LLC, et al. - 16-cv-07090

Vanness v. Janssen Research and Development, LLC, et al. - 16-cv-10240

Viggiano v. Janssen Research and Development, LLC, et al. - 16-cv-04592

Young v. Janssen Research and Development, LLC, et al. - 16-cv-10263

Gertz v. Janssen Research and Development, LLC, et al. - 16-cv-10583

Walden v. Janssen Research and Development, LLC, et al. - 17-cv-04510

Watanabe v. Janssen Research and Development, LLC, et al. - 18-cv-01386

Wendling v. Janssen Research and Development, LLC, et al. - 17-cv-15561

White v. Janssen Research and Development, LLC, et al. - 17-cv-08304

Whitley v. Janssen Research and Development, LLC, et al. - 18-cv-00113

Miller v. Janssen Research and Development, LLC, et al. - 16-cv-09895

Willette v. Janssen Research and Development, LLC, et al. - 18-cv-00528

Williams v. Janssen Research and Development, LLC, et al. - 16-cv-07095

Ball v. Janssen Research and Development, LLC, et al. - 17-cv-00870

Wilson v. Janssen Research and Development, LLC, et al. - 16-cv-04595

Winters v. Janssen Research and Development, LLC, et al. - 16-cv-04604

Woods v. Janssen Research and Development, LLC, et al. - 16-cv-10259

Wright v. Janssen Research and Development, LLC, et al. - 17-cv-08298

Wyszynski v. Janssen Research and Development, LLC, et al. - 16-cv-07100

Young v. Janssen Research and Development, LLC, et al. - 16-cv-11000

Zuspann v. Janssen Research and Development, LLC, et al. - 15-cv-06042