UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| LAWRENCE ARTHUR THOMSON AND PATRICIA HERVEY THOMSON, | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE: MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson And Johnson Pharmaceutical Research And Development, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, AND BAYER AG, | **STIPULATION OF DISMISSAL WITH PREJUDICE** Civil Action No: 2:15-cv-00565-EEF-MBN |
| Defendants | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

<table>
<tr><td>

THE COCHRAN FIRM-DOTHAN
*Attorneys for Plaintiffs*


By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL  36301
Phone: (334) 673-1555
Fax: (334) 669-7229
Email: JoeLane@CochranFirm.com

Dated: October 19, 2018

</td><td>

KAYE SCHOLER LLP
*Attorneys for Defendants*
*Bayer Healthcare Pharmaceuticals Inc. and*
*Bayer Pharma AG*

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
901 15th Street NW
Washington, D.C. 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
andrew.solow@kayescholer.com
william.hoffman@kayescholer.com


Dated: October 19, 2018

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Research & Development LLC,*
*Janssen Ortho LLC, and*
*Johnson & Johnson*

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ  07932
Phone: (973) 549-7350
Fax: (973) 360-9831
Email: susan.sharko@dbr.com

Dated: October 19, 2018

</td></tr>
</table>

        IRWIN FRITCHIE URQUHART &
        MOORE LLC
        *Liaison Counsel for Defendants*


        By:/s/James B. Irwin
        James B. Irwin
        Kim E. Moore
        400 Poydras St., Ste, 2700
        New Orleans, LA  70130
        (504) 310-2100
        jirwin@irwinllc.com
        kmoore@irwinllc.com

        Dated: October 19, 2018