**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | Section L |
| ) | Judge Eldon E. Fallon |
| ) | Mag. Judge Michael North |

**THIS DOCUMENT RELATES TO:**

*Esther Nickle v. Janssen Research & Development LLC, et al.*
*Case No. 2:17-cv-16184*

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), Plaintiff, by and through undersigned counsel, hereby informs this Honorable Court of the death of Plaintiff, Esther Nickle which occurred on June 21, 2018. A copy of Plaintiff's death certificate is attached hereto.

Respectfully submitted,

Dated: October 19, 2018

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
Trent B. Miracle #IL 6281491
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

1

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Suggestion of Death has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 19th day of October, 2018.

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
Trent B. Miracle #IL 6281491
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.co
*Attorneys for the Plaintiff*
