313 S LIBERTY ST  
INDEPENDENCE MO 64050



**FEE RECEIPT**  
**DEATH CERTIFICATION**

PARK LAWN FUNERAL HOME  
8151 HILLCREST RD.  
KANSAS CITY MO  64138

COPY

**REGISTRANT(S):**  
ESTHER M NICKLE  
D9999-999999  
1 COPY

MO 580-0698 (2-12)

| YOUR RECENT REQUEST HAS BEEN ACTED UPON AS INDICATED BELOW: | | | | |
|---|---|---|---|---|
| DATE RECEIVED | TOTAL AMOUNT | AMOUNT THIS REQUEST | PROCESSING FEE REQUIRED | REFUND |
| 06/21/2018 | 10.00 | 13.00 | 0.00 | 0.00 |

**UNAPPLIED REMITTANCES ONLY VALID FOR ONE YEAR AFTER RECEIPT.** When you inquire about your request, please return this receipt. If a refund is indicated, it will be mailed within 30 to 60 days.

## MISSOURI

### CERTIFICATION OF DEATH

DATE FILED: JUNE 21, 2018          STATE FILE NUMBER: 124-18-019651

DECEDENT NAME: ESTHER M NICKLE                                                SEX: FEMALE

DATE OF DEATH: JUNE 20, 2018          COUNTY OF DEATH: JACKSON

DATE OF BIRTH: NOVEMBER 19, 1933          MARITAL STATUS: DIVORCED          EVER IN ARMED FORCES: NO

SOCIAL SECURITY NUMBER: 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          RESIDENCE ADDRESS: 408 NW WARD ROAD  LEES SUMMIT, MISSOURI

SURVIVING SPOUSE:  
(IF WIFE, MAIDEN NAME):

FUNERAL HOME: PARK LAWN FUNERAL HOME  
UNDERLYING CAUSE (ICD CODE):          MANNER: NATURAL  
CONGESTIVE HEART FAILURE

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: JACKSON

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

DATE ISSUED: JUNE 21, 2018

Craig B. Ward  
State Registrar of Vital Statistics

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.  
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.