## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | Section L |
| | ) | Judge Eldon E. Fallon |
| _____ ) | ) | Mag. Judge Michael North |

**THIS DOCUMENT RELATES TO:**

*Esther Nickle v. Janssen Research & Development LLC, et al.*
*Case No. 2:17-cv-16184*


### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure

41(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the

above action against all Defendants with each party to bear their own costs.  Counsel for Plaintiff

takes this action because Plaintiff is now deceased and all heirs do not wish to further prosecute

this case.

Respectfully submitted,

Dated: October 19, 2018

*/s/ Andrew S. Williams* _____
Andrew S. Williams, IL #6285527
Trent B. Miracle #IL 6281491
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion to Voluntarily Dismiss With Prejudice has been

electronically filed via ECF/Pacer and thereby served upon all counsel of record this 19th day of

October, 2018.

/s/ Andrew S. Williams
Andrew S. Williams, IL #6285527
Trent B. Miracle #IL 6281491
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.co
*Attorneys for the Plaintiff*