UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL NO. 2592
PRODUCTS LIABILITY LIIGATION

SECTION L

THIS DOCUMENTS RELATES TO:     JUDGE ELDON E. FALLON

*Debra Welp,* 2:16-cv-16185
*Teresa Sledge,* 2:16-cv-01140
*Barry Slater*, 2:16-cv-16202
*Joan Pulley*, 2:16-cv-16842
*Donald Parker*, 2:16-cv-13816
*Mildred Mayes*, 2:17-cv-04511
*Lloyd Levins*, 2:16-cv-16367
*Jimmie Johnson*, 2:17-cv-04863
*John Hennessey*, 2:16-cv-13648
*James Gipson*, 2:16-cv-08064
*Lamar Evans*, 2:16-cv-00653
*Dedrick Ellis*, 2:16-cv-16284
*William Diamon*, 2:16-cv-00653
*Donald Comeaux*, 2:16-cv-01145
*Carrie Mae Evans*, 2:18-cv-01416
*Barbara Jean Gann*, 2:18-05048

**MOTION FOR SUBSTITUTION OF COUNSEL**

     COME NOW, Plaintiffs listed on Exhibit A and file this Motion for Substitution of Counsel showing that attorney, Calle Mendenhall, is now the attorney for the Plaintiffs replacing Nathan VanDerVeer who is no longer associated with the firm, Farris, Riley & Pitt, LLP.

     WHEREFORE, premises considered, Plaintiffs request that this Court enter an Order substituting Calle Mendenhall as attorney of record for Nathan VanDerVeer.

DATED: October 19, 2018

                                                         */s/ Calle Mendenhall*

        CALLE MENDENHALL  
        ATTORNEY FOR PLAINTIFFS  
        FARRIS, RILEY & PITT, L.L.P.  
        1700 Financial Center  
        505 20th Street North  
        Birmingham, AL 35203  
        T:  (205) 324-1212  
        F:  (205) 324-1255  
        calle@frplegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 19th day of October, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will automatically serve and send notice of electronic filing to all registered attorneys of record.

                                          */s/ Calle Mendenhall*

EXHIBIT A

| Case Name | Docket Number |
| --- | --- |
| Debra Welp v. Xarelto | 2:16-cv-16185-EEF-MBN |
| Teresa Sledge v. Xarelto | 2:16-cv-01140-EEF-MBN |
| Barry Slater v. Xarelto | 2:16-cv-16202-EEF-MBN |
| Joan Pulley v. Xarelto | 2:16-cv-16842-EEF-MBN |
| Donald Parker v. Xarelto | 2:16-cv-13816-EEF-MBN |
| Mildred Mayes v. Xarelto | 2:17-cv-04511-EEF-MBN |
| Lloyd Levins v. Xarelto | 2:16-cv-16367-EEF-MBN |
| Jimmie Johnson v. Xarelto | 2:17-cv-04863-EEF-MBN |
| John Hennessey v. Xarelto | 2:16-cv-13648-EEF-MBN |
| James Gipson v. Xarelto | 2:16-cv-08064-EEF-MBN |
| Lamar Evans v. Xarelto | 2:16-cv-00653-EEF-MBN |
| Dedrick Ellis v. Xarelto | 2:16-cv-16284-EEF-MBN |
| William Diamon v. Xarelto | 2:16-cv-00653-EEF-MBN |
| Donald Comeaux v. Xarelto | 2:16-cv-01145-EEF-MBN |
| Carrie Mae Evans v. Xarelto | 2:18-cv-01416-EEF-MBN |
| Barbara Jean Gann v. Xarelto | 2:18-cv-05048-EEF-MBN |