UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LIIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENTS RELATES TO: | JUDGE ELDON E. FALLON |

*Debra Welp,* 2:16-cv-16185
*Teresa Sledge,* 2:16-cv-01140
*Barry Slater*, 2:16-cv-16202
*Joan Pulley*, 2:16-cv-16842
*Donald Parker*, 2:16-cv-13816
*Mildred Mayes*, 2:17-cv-04511
*Lloyd Levins*, 2:16-cv-16367
*Jimmie Johnson*, 2:17-cv-04863
*John Hennessey*, 2:16-cv-13648
*James Gipson*, 2:16-cv-08064
*Lamar Evans*, 2:16-cv-00653
*Dedrick Ellis*, 2:16-cv-16284
*William Diamon*, 2:16-cv-00653
*Donald Comeaux*, 2:16-cv-01145
*Carrie Mae Evans*, 2:18-cv-01416
*Barbara Jean Gann*, 2:18-05048

**[PROPOSED] ORDER**

This matter having come before the Court to substitute Calle Mendenhall as attorney of record in the cases listed on Exhibit, hereby Orders that Calle Mendenhall will be substituted in as counsel of record thereby replacing Nathan VanDerVeer in the actions.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Name | Docket Number |
|---|---|
| Debra Welp v. Xarelto | 2:16-cv-16185-EEF-MBN |
| Teresa Sledge v. Xarelto | 2:16-cv-01140-EEF-MBN |
| Barry Slater v. Xarelto | 2:16-cv-16202-EEF-MBN |
| Joan Pulley v. Xarelto | 2:16-cv-16842-EEF-MBN |
| Donald Parker v. Xarelto | 2:16-cv-13816-EEF-MBN |
| Mildred Mayes v. Xarelto | 2:17-cv-04511-EEF-MBN |
| Lloyd Levins v. Xarelto | 2:16-cv-16367-EEF-MBN |
| Jimmie Johnson v. Xarelto | 2:17-cv-04863-EEF-MBN |
| John Hennessey v. Xarelto | 2:16-cv-13648-EEF-MBN |
| James Gipson v. Xarelto | 2:16-cv-08064-EEF-MBN |
| Lamar Evans v. Xarelto | 2:16-cv-00653-EEF-MBN |
| Dedrick Ellis v. Xarelto | 2:16-cv-16284-EEF-MBN |
| William Diamon v. Xarelto | 2:16-cv-00653-EEF-MBN |
| Donald Comeaux v. Xarelto | 2:16-cv-01145-EEF-MBN |
| Carrie Mae Evans v. Xarelto | 2:18-cv-01416-EEF-MBN |
| Barbara Jean Gann v. Xarelto | 2:18-cv-05048-EEF-MBN |