## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L

:

JUDGE ELDON E. FALLON

:

MAG. JUDGE MICHAEL NORTH

:

THIS DOCUMENT RELATES TO:

CHRIST DUMAS, Estate of, v. Janssen Research & Development LLC, et. al;

Case #: 2:16-cv-00447

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

Now Comes Undersigned Counsel, respectfully submitting to this Court, pursuant to Federal Rules of Civil Procedure 6(b), this Motion for an extension of time within which to tender documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user. Plaintiff respectfully requests an extra 30 (thirty) days, with a new deadline of November 20th, 2018, to provide documentation.

1. Plaintiff corresponded with Defense counsel on October 18, 2018 to request an agreed order. As of the time of this filing, Defense has not responded.

2. This motion is being submitted, along with a memorandum, to this Honorable Count without the need for a formal hearing.

**WHEREFORE**, Counsel for the Plaintiff, CHRIST DUMAS, respectfully requests this Court grant Plaintiff's Motion for an Extension of time in which to tender

documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user.

DATED: October__22____, 2018

                                              Respectfully submitted,

                                              FREEDLAND HARWIN VALORI, PL
                                              110 SE 6th Street, Ste. 2300
                                              Ft. Lauderdale, FL 33301
                                              Tel: 954-467-6400
                                              Fax: 954-670-2530

                                              ___/s/ Raymond Valori_____
                                              RAYMOND VALORI
                                              Fla. Bar #: 33200
                                              Ray@fhvlegal.com

                                              MICHAEL FREEDLAND
                                              Fla. Bar #: 128988
                                              Michael@fhvlegal.com

                                              THE LAW OFFICES OF ROBERT J.
                                              FENSTERSHEIB & ASSOCIATES
                                              520 W Hallandale Beach Blvd.
                                              Hallandale Beach, FL 33009
                                              Tel: 954-456-2488
                                              Fax: 954-456-2588
                                              ROBERT J. FENSTERSHEIB
                                              Fla. Bar #: 307300
                                              rjf@fenstersheib.com

## CERTIFICATE OF SERVICE

The hereby certify that on October 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              ___/s/ Raymond Valori_____
                                              RAYMOND VALORI