UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| : | JUDGE ELDON E. FALLON |
| : | MAG. JUDGE MICHAEL NORTH |
| : | |

THIS DOCUMENT RELATES TO:

CHRIST DUMAS, Estate of, v. Janssen Research & Development LLC, et. al;

Case #: 2:16-cv-00447

## NOTICE OF FILING
## MOTION FOR AN EXTENSION OF TIME

**TO ALL PARTIES AND ALL ATTORNEYS OF RECORD**, please take notice that:

Undersigned Plaintiff's Counsel, pursuant to Federal Rules of Civil Procedure 6(b), hereby informs the Court of the filing of their First Motion for an extension of time on behalf of Plaintiff, CHRIST DUMAS, within which to tender documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user before the Honorable Judge E. Fallon on November 7, 2018. This motion is being submitted with the need of formal hearing.

DATED: October__22____, 2018

                                                  Respectfully submitted,

                                                  FREEDLAND HARWIN VALORI, PL
                                                  110 SE 6th Street, Ste. 2300
                                                  Ft. Lauderdale, FL 33301
                                                  Tel: 954-467-6400

Fax: 954-670-2530

/s/ Raymond Valori
RAYMOND VALORI
Fla. Bar #: 33200
Ray@fhvlegal.com

MICHAEL FREEDLAND
Fla. Bar #: 128988
Michael@fhvlegal.com

THE LAW OFFICES OF ROBERT J. FENSTERSHEIB & ASSOCIATES
520 W Hallandale Beach Blvd.
Hallandale Beach, FL 33009
Tel: 954-456-2488
Fax: 954-456-2588
ROBERT J. FENSTERSHEIB
Fla. Bar #: 307300
rjf@fenstersheib.com

## CERTIFICATE OF SERVICE

The hereby certify that on October 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

\_\_\_/s/ Raymond Valori\_\_\_\_\_
RAYMOND VALORI