UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| : | |
| | JUDGE ELDON E. FALLON |
| : | |
| | MAG. JUDGE MICHAEL NORTH |
| : | |

THIS DOCUMENT RELATES TO:

CHRIST DUMAS, Estate of, v. Janssen Research & Development LLC, et. al;

Case #: 2:16-cv-00447

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF FIRST MOTION FOR AN EXTENSION OF TIME**

Now Comes Undersigned Counsel, respectfully submitting to this Court, pursuant to Federal Rules of Civil Procedure 6(b), this Motion for an extension of time within which to tender documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user. Plaintiff respectfully requests an extra 30 (thirty) days, with a new deadline of November 20th, 2018, to provide documentation.

1. On or about April 22, 2016, Counsel filed a Notice of Death for Plaintiff, CHRIST DUMAS, with this Court along with a copy of Plaintiff's death certificate.

2. Counsel was provided a Will and Trust by the Estate of CHRIST DUMAS, naming the daughter, Barbara Dumas, as the trustee of the Estate of CHRIST DUMAS. Counsel has been operating with the understanding that the Will and Trust operated under the law to grant authority to Barbara Dumas to act as the Representative in said lawsuit on behalf of her father, Plaintiff, CHRIST DUMAS.

3. Counsel was notified by Defendant, on or about October 1, 2018, of a core deficiency stating, "pursuant to PTOs 13 and 14…failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user." The Defendant's Notice of Core Deficiency, per PTO 13, granted Plaintiff twenty (20) days to cure these deficiencies, thus providing Plaintiff until October 20th, 2018 to cure.

4. The Estate of Plaintiff, CHRIST DUMAS, has engaged Counsel to begin probate proceedings specifically for this litigation and will be obtaining letters of administration, proper for their jurisdiction, naming the current Trustee, Barbara Dumas, as the Personal Representative, or similar proper title.  It is anticipated that this initial probate proceeding can take several weeks to complete and issue the aforementioned letters.

5. Furthermore, on or about July 17, 2018, at the request of the Defendant, Plaintiff's Counsel provided to Defense a copy of the Will and Trust as referred to in this memorandum.

6. Plaintiff corresponded with Defense counsel on October 18, 2018 to request an agreed order.  As of the time of this filing, Defense has not responded.

**WHEREFORE**, Counsel for the Plaintiff, CHRIST DUMAS, respectfully requests this Court grant Plaintiff's Motion for an Extension of time in which to tender documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user.  The new deadline would be November 20, 2018 to provide the documentation requested.

DATED: October__22____, 2018

Respectfully submitted,

        FREEDLAND HARWIN VALORI, PL
        110 SE 6th Street, Ste. 2300
        Ft. Lauderdale, FL 33301
        Tel: 954-467-6400
        Fax: 954-670-2530

        ___/s/ Raymond Valori_____
        RAYMOND VALORI
        Fla. Bar #: 33200
        Ray@fhvlegal.com

        MICHAEL FREEDLAND
        Fla. Bar #: 128988
        Michael@fhvlegal.com

        THE LAW OFFICES OF ROBERT J.
        FENSTERSHEIB & ASSOCIATES
        520 W Hallandale Beach Blvd.
        Hallandale Beach, FL 33009
        Tel: 954-456-2488
        Fax: 954-456-2588
        ROBERT J. FENSTERSHEIB
        Fla. Bar #: 307300
        rjf@fenstersheib.com

## CERTIFICATE OF SERVICE

The hereby certify that on October 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        ___/s/ Raymond Valori_____
        RAYMOND VALORI