```
                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA


****************************************************************
IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

                              Civil Action No. 14-MD-2592
                              Section "L"
                              New Orleans, Louisiana
                              October 11, 2018 at 9:30 a.m.

THIS DOCUMENT RELATES TO VARIOUS CASES
****************************************************************

              TRANSCRIPT OF RULE TO SHOW CAUSE HEARING
           HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS' LIAISON COUNSEL:

                    LEONARD DAVIS
                    HERMAN HERMAN & KATZ
                    820 O'KEEFE AVENUE
                    NEW ORLEANS, LA 70113

                    GERALD E. MEUNIER
                    GAINSBURGH BENJAMIN DAVID AND WAUSHER
                    2800 ENERGY CENTRE
                    1100 POYDRAS STREET
                    NEW ORLEANS, LA 70163

FOR THE PLAINTIFFS:

                    ANTHONY BIRCHFIELD, JR.
                    BEASLEY ALLEN CROW METHVIN PORTIS & MILES
                    POST OFFICE BOX 4160
                    MONTGOMERY, AL 36103

                    MICHAEL M. WEINKOWITZ
                    LEVIN SEDRAN & BERMAN
                    510 WALNUT STREET
                    SUITE 500
                    PHILADELPHIA, PA 19106
```

OFFICIAL TRANSCRIPT

Page 1

```
 1                        DAWN BARRIOS
                          BARRIOS KINGSDORF & CASTEIX
 2                        701 POYDRAS STREET
                          SUITE 3650
 3                        NEW ORLEANS, LA 70139

 4   FOR THE DEFENDANTS' LIAISON COUNSEL:

 5                        JAMES B. IRWIN
                          IRWIN FRITCHIE URQUHART & MOORE
 6                        TEXACO CENTER
                          400 POYDRAS STREET
 7                        SUITE 2700
                          NEW ORLEANS, LA 70130
 8
     FOR THE DEFENDANTS:
 9
                          JOHN F. OLINDE
10                        CAFFE MCCALL
                          1100 POYDRAS STREET
11                        NEW ORLEANS, LA 70163

12                        SUSAN M. SHARKO
                          DRINKER BIDDLE & REATH
13                        600 CAMPUS DRIVE
                          FLORHAM PARK, NJ 07932
14
                          CHANDA MILLER
15                        DRINKER BIDDLE & REATH
                          1 LOGAN SQUARE
16                        PHILADELPHIA, PA 19103

17                        STEVEN JAY GLICKSTEIN
                          ARNOLD & PORTER KAYE SCHOLER
18                        250 WEST 55TH STREET
                          NEW YORK, NY 10019
19
     ALSO PRESENT:
20
                          JACOB S. WOODY
21                        BROWNGREER
                          250 ROCKETTS WAY
22                        RICHMOND, VA 23231

23                        ANDY FAES
                          WAGSTAFF & CARTMELL
24                        4740 GRAND AVENUE
                          SUITE 300
25                        KANSAS CITY, MO 64112
```

OFFICIAL TRANSCRIPT

```
 1   Official Court Reporter:      Nichelle N. Drake, RPR, CRR
                                   500 Poydras Street, B-275
 2                                 New Orleans, Louisiana 70130
                                   (504) 589-7775
 3
         Proceedings recorded by mechanical stenography,
 4   transcript produced via computer.
```

**P R O C E E D I N G S**

(Call to order of the court.)

THE COURT: We have a number of cases that are rule to show cause, why the case should not be dismissed. I'll hear from the parties.

MS. MILLER: Thank you, Your Honor, Chanda Miller for the Janssen defendants. I'll be speaking on behalf of defendants.

MR. DAVIS: Good morning, Your Honor, Leonard Davis on behalf of the plaintiffs and a number of the plaintiffs may be participating by phone. And my co-counsel, Sindu Daniel, has provided assistance, and she is not here and apologizes for not being here.

MS. MILLER: Your Honor, there were eight cases originally set for hearing. A few were resolved before today. I will just read those into the record so counsel is aware.

The first is Eunice Blount, and the order on that was Record Doc Number 11070. Deficiencies have been resolved and the case is proceeding.

The second is Annette Yates, Record Doc 11073. The deficiencies have been cured and that case is proceeding.

The third is Weldon Desemar, Record Doc 11068. The deficiencies for which the motion was brought have been cured. We are still waiting for the plaintiff to submit a

1   declaration, and we informed them that they have 20 days to
2   do that.
3           MR. DAVIS:  And we encouraged plaintiff to provide
4   the necessary material, and we expect that they will.
5           MS. MILLER:  The next is Gary Bitetto, order on that
6   was Record Doc 11072, and, again, the deficiencies for which
7   the motion was brought have been cured.  And we're just
8   waiting for the submission of a declaration signed by the
9   plaintiff verifying the fact sheet.
10          MR. DAVIS:  And we've done the same thing with
11  respect to this claimant.
12          MS. MILLER:  The fifth one, Herbert Hays, was brought
13  on Record Doc 11076.  That case was actually dismissed
14  yesterday, so there's nothing to be heard today.
15          Third is the case of Beckham, Record Doc 11071.  This
16  was a random pick under CMO 6, and under CMO 6, the plaintiff
17  is required to fill out the entire plaintiff fact sheet.  For
18  this one, they've only filled out one of the ten sections
19  leaving the remaining nine sections blank in their entirety.
20  So with the missing information, we're unable to identify
21  healthcare providers who's treated the plaintiff over the
22  last 12 years, medications they've taken, any other medical
23  conditions.  With that information missing, we then can't
24  order medical records to prepare the case.  It's been, you
25  know, 82 days since we sent the deficiency letter and don't

1  have that information.
2       THE COURT:  Anybody on the line for that?
3       MR. FAES:  Andy Faes, Your Honor, for Margaret
4  Beckham.  We did file a response for this.  Essentially we
5  tried multiple times to get in contact with Ms. Beckham.  We
6  tried speaking to her son who called her and tried to get her
7  to fill it out, and there's also been a number of facility
8  specific medical authorizations the defendants have requested
9  and we sent, and we haven't been able to get any of that
10 back.  That's where we are with that.  We haven't been able
11 to get any information from her.
12      THE COURT:  I notice that you have been doing
13 everything you possibly can.  You have contacted the people.
14 You're going forward with it.  You've talked to the family.
15 You've done everything you can.  The individual just
16 obviously doesn't want to proceed with the case.  It's not
17 your fault.  You've done everything you can, and I appreciate
18 all your work on it.  The Court has no alternative but to
19 dismiss the case with prejudice.
20      MR. FAES:  Thank you, Your Honor.
21      MS. MILLER:  Thank you, Your Honor.
22      And I will just reiterate that counsel has really
23 been trying to work with us and just hasn't -- hasn't been
24 successful.
25      THE COURT:  What's the number again?

OFFICIAL TRANSCRIPT

**1**   MS. MILLER:  The order on that one was --

**2**   MR. DAVIS:  11071.

**3**   THE COURT:  One.  Okay.

**4**   MS. MILLER:  The next one is Tilda Alley, Record Doc
**5**   11074.  This was a defense pick into CMO 6.

**6**   It's under Aaron, Cheryl Aaron.

**7**   And we -- the plaintiff fact sheet was due on
**8**   May 16th.  For this one we don't have an updated plaintiff
**9**   fact sheet in its entirety.  It's been about 150 days since
**10**  it was due.  I understand that plaintiff's counsel has made
**11**  extensive efforts to contact the plaintiff and hasn't been
**12**  successful.

**13**  MR. DAVIS:  Your Honor, we understand that
**14**  plaintiff's counsel has attempted to get information, and
**15**  despite their best efforts and through no fault of their own,
**16**  counsel has been unable to gather the necessary information
**17**  to complete the fact sheet pursuant to CMO 6.

**18**  THE COURT:  The Court's aware that counsel has
**19**  extended himself to a great extent to try to reach the
**20**  client.  As I often say, there's -- it's a two-way street.
**21**  The lawyer has to keep in contact with their client, but the
**22**  client also has to keep in contact with the lawyer.  When the
**23**  lawyer requests something, the client has to comply.  If not,
**24**  then the lawyer is not able to do the job that the client
**25**  wants them to do.  So in this case, the lawyer has done

1  everything they can.  The client has failed.  So I will
2  dismiss it with prejudice.
3       MS. MILLER:  Thank you, Your Honor.
4       The last one on the list is Robert Bourne, Record Doc
5  11075.  This was a defense pick into CMO 6 Wave 1.  We
6  understand that counsel has been or they've been working
7  cooperatively with us, been trying to get information from
8  the plaintiff to cure the deficiencies.  I understand at this
9  point they feel like they've exhausted all their efforts.
10      MR. DAVIS:  We got word this morning that counsel is
11 willing to dismiss the matter, Your Honor.
12      THE COURT:  The Court will dismiss it with prejudice.
13      MS. MILLER:  That's it, Your Honor.  Thank you.
14      MR. DAVIS:  Thank you.
15      THE COURT:  Thank you both.  The Court will stand in
16 recess.
17                          * * * *
18    (WHEREUPON, the proceedings were adjourned at 9:40 a.m.)
19                          * * * *
20                    REPORTER'S CERTIFICATE
21       I, Nichelle N. Drake, RPR, CRR, Official Court
   Reporter, United States District Court, Eastern District of
22 Louisiana, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
23 understanding, from the record of the proceedings in the
   above-entitled and numbered matter.
24
25                            /s/ Nichelle N. Drake
                              Official Court Reporter
                         OFFICIAL TRANSCRIPT

Page 8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

—OFFICIAL TRANSCRIPT—