Reg. Dist. No.   03
Primary Reg. Dist. No.   8000275

Ohio Department of Health - Vital Statistics

**CERTIFICATE OF DEATH**
Type or print in permanent blue or black ink

State File No. 2018064745

**DECEDENT**

| 1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any) | 2. Sex | 3. Date of Death (Mo/Day/Year) |
|---|---|---|
| ANTHONY G WOLF | MALE | JUNE 26, 2018 |

| 4. Social Security Number | 5a. Age (Years) | 5b. Under 1 Year Months / Days | 5c. Under 1 day Hours / Minutes | 6. Date of Birth (Mo/Day/Year) | 7. Birthplace (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 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 | 59 | | | DECEMBER 00, 1958 | ASHLAND, OHIO |

| 8d. Residence State | 8c. City or Town |
|---|---|
| OHIO | ASHLAND |

| 8d. Street and Number | 8e. Apt. No. | 8f. Zipcode | 8g. Inside City Limits? |
|---|---|---|---|
| 343 PHILLIPS AVENUE | | 44805 | YES |

| 9. Ever in US Armed Forces? | 10. Marital Status at Time of Death | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) |
|---|---|---|
| NO | DIVORCED (AND NOT REMARRIED) | |

| 12. Decedent's Education | 13. Decedent of Hispanic Origin | 14. Decedent's Race |
|---|---|---|
| 9TH THRU 12TH GRADE; NO DIPLOMA | NO | WHITE |

| 15. Father's Name | 16. Mother's Name (prior to first marriage) |
|---|---|
| GENE WOLF | LOUISE GRIFFITH |

| 17a. Informant's Name | 17b. Relationship to Decedent | 17c. Mailing Address (Street and Number, City, State, Zip Code) |
|---|---|---|
| WAYNE WOLF | BROTHER | 343 PHILLIPS AVENUE |
| | | ASHLAND, OHIO 44805 |

**DISPOSITION**

| 18a. Place of Death | |
|---|---|
| HOSPITAL - EMERGENCY ROOM / OUTPATIENT | |

| 18b. Facility Name (if not an institution, give street and number) | 18c. City or Town, State and Zip Code | 18d. County of Death |
|---|---|---|
| SAMARITAN REGIONAL HEALTH SYSTEM | ASHLAND, OH 44805 | ASHLAND |

| 19. Signature of Funeral Service Licensee or Other Agent | 20. License Number (of Licensee) | 21. Name and Complete Address of Funeral Facility |
|---|---|---|
| SETH ROBERT GASCHE | 009402 | DENBOW-GASCHE FH |

| 22a. Method of Disposition | 22b. Date of Disposition (Mo/Day/Year) | |
|---|---|---|
| CREMATION | July 5, 2018 | |

| 22c. Place of Disposition (Name of Cemetery, Crematory, or other place) | 22d. Location (City/Town and State) | 313 CENTER ST |
|---|---|---|
| DENBOW-GASCHE-CREMATORY | ASHLAND, OH | ASHLAND, OHIO 44805 |

**REGISTRAR**

| 23. Signature | | 24a. Date (Mo/Day/Year) |
|---|---|---|
| | | JUL 5, 2018 |

| 25a. Name of Person Issuing (Disposition) Permit | 25b. Board No. | 25c. Date Disposition Permit Issued (Mo/Day/Year) |
|---|---|---|
| LANTZ, GAYLE | 0300 | JULY 5, 2018 |

**CERTIFIER**

| 26a. Certifier (Check only one) | ☒ Certifying Physician - To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) and manner stated. |
|---|---|
| | ☐ Coroner or Medical Examiner - On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. |

| 26b. Time of Death | 26c. Date Pronounced Dead (Mo/Day/Year) | 26d. Was The Medical Examiner or Coroner Contacted? |
|---|---|---|
| 1700 | June 26, 2018 | YES |

| 26e. Signature and Title | 26f. License Number | 26g. Date Signed (Mo/Day/Year) |
|---|---|---|
| MD | 35.055522 | JULY 2, 2018 |

| 27. Name (First, Middle, Last) and Address of Person who Completed Cause of Death |
|---|
| MARK DANIEL ELDERBROCK, 1740 CLEVELAND RD, WOOSTER, OH 44691 |

**CAUSE OF DEATH**

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. Myocardial infarction | Immediate |
| Sequentially list conditions, if any, leading to immediate cause. | b. Due to (or as Consequence of) Coronary artery disease | Years |
| Enter Underlying Cause (Disease or injury that initiated events resulting in death) Due to (or as Consequence of) | c. Congestive heart failure | Years |

| 29. Were Autopsy Findings Available Prior To Completion Of Cause Of Death? |
|---|
| ☐ Yes ☐ No ☒ Not Applicable |

| 30. Did Tobacco Use Contribute to Death? | 31. If Female, Pregnancy Status | 32. Manner Of Death |
|---|---|---|
| ☐ Yes  ☐ Unknown | ☐ Not pregnant within past year | ☒ Natural  ☐ Homicide |
| ☐ No  ☒ Probably | ☐ Pregnant at time of death | ☐ Accident  ☐ Pending Investigation |
| | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Suicide  ☐ Could not be determined |
| | ☐ Not pregnant, but pregnant 43 days to 1 year before death | |
| | ☐ Unknown if pregnant within the past year | |

| 33a. Date of Injury (Mo/Day/Year) | 33b. Time of Injury | 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 33d. Injury at Work? |
|---|---|---|---|
| | | | ☐ Yes ☐ No |

| 33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State) |
|---|

| 33f. Describe How Injury Occurred: | 33g. If Transportation Injury, Specify: |
|---|---|
| | ☐ Driver/Operator  ☐ Pedestrian  ☐ Passenger |
| | ☐ Other: |

HEA 2734  Rev. 07/08/2015

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH. GAYLE LANTZ LOCAL REGISTRAR OR RPT OF VITAL STATISTICS WITNESS MY SIGNATURE

JUL 05 2018

VOID

HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/2015