## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2592<br>Section L<br>Judge Eldon E. Fallon<br>Mag. Judge Michael North |
| TONYA SCHWARTZ, as Administrator of the Estate of John Smith,<br><br>   Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC, et al.<br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:16-cv-00635 |

### PLAINTIFF'S MOTION TO DISMISS

COMES NOW Plaintiff Tonya Schwartz, Administrator of the Estate of John Smith and Pursuant to Rule 41(a)(1) and PTO 24 hereby dismisses all claims against Defendants Bayer Healthcare, LLC ("Bayer HC"), Bayer Healthcare AG, and Bayer AG only, without prejudice. Each party to bear their own costs. Counsel for Plaintiff takes this action for jurisdictional purposes. Further, counsel for Plaintiff represents that Plaintiff is a Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

Dated: October 22, 2018

Respectfully submitted,

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
SIMMONS, HANLY, CONROY LLC
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of October, 2018, a true and correct copy of the foregoing instrument was forwarded to all counsel of record via the Court's ECF system.

                                                    */s/ Andrew S. Williams*
                                                    Andrew S. Williams