# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2592<br>Section L<br>Judge Eldon E. Fallon<br>Mag. Judge Michael North |
| TONYA SCHWARTZ, as Administrator of the Estate of John Smith,<br><br>    Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC, et al.<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:16-cv-00635 |

## [PROPOSED[ ORDER OF DISMISSAL

This matter came before the court on Plaintiff's Motion to Voluntarily Dismiss Defendant Bayer Healthcare LLC only, and the Court having considered the same, is of the opinion that Plaintiff's Motion to Voluntarily Dismiss Defendants, Defendants Bayer Healthcare, LLC ("Bayer HC"), Bayer Healthcare AG, and Bayer AG ONLY be GRANTED in the above-reference matter.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendants Bayer Healthcare, LLC ("Bayer HC"), Bayer Healthcare AG, and Bayer AG ONLY in the above-styled cause are hereby dismissed without prejudice with all parties to bear their own costs. All other claims against the remaining Defendants name by Plaintiff Tonya Schwartz, et al. in her Complaint remain pending.

THIS ORDERED THE ____ day of _____, 2018.

_____
The Honorable Eldon E. Fallon