UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Cheryl Aaron as Representative of the Estate of Tilda Alley v. Janssen Research & Development LLC, et al; 2:16-cv-16218* | : : : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On September 26, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11020]. The Court entered Defendants' Motion on October 4, 2018. [Rec. Doc. 11074]. For the reasons set forth on the record by the Court at the Show Cause Hearing on Defendants' Motion on October 11, 2018, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 22nd day of October, 2018.

_____
United States District Judge