UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Gary Bitetto v. Janssen Research & Development LLC, et al; 2:16-cv-11602* | : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On September 26, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11010]. The Court entered Defendants' Motion on October 4, 2018. [Rec. Doc. 11072]. Prior to the Show Cause Hearing on Defendants' Motion, which was held on October 11, 2018, Plaintiff cured the deficiencies in the Plaintiff Fact Sheet that were subject to the motion. This action may proceed accordingly.

New Orleans, Louisiana, on this 22nd day of October, 2018.

_____
United States District Judge