## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION :  **MDL No. 2592**
            :
            :  **SECTION L**
**THIS DOCUMENT RELATES TO** :
            :
*Herbert A. Hays, Individually and on behalf of* :
*the Estate of Virginia A. Hays,* :
*Deceased v. Janssen Research &* :
*Development LLC, et al; 2:16-cv-12049* :  **JUDGE ELDON E. FALLON**
            :
            :  **MAGISTRATE JUDGE NORTH**

## ORDER

   On September 26, 2018, Defendants filed a Motion for Order to Show Cause Regarding

Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and

Updated Plaintiff Fact Sheet Pursuant to CMO 6.   [Rec. Doc. 11005].   The Court entered

Defendants' Motion on October 4, 2018.  [Rec. Doc. 11076].  Prior to the Show Cause Hearing on

Defendants' Motion, which was held on October 11, 2018, Plaintiff dismissed this case with

prejudice.

   New Orleans, Louisiana, on this 22nd day of October, 2018.

               _____
               United States District Judge