UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | Section L |
| ) | Judge Eldon E. Fallon |
| ) | Mag. Judge Michael North |

**THIS DOCUMENT RELATES TO:**

*Esther Nickle v. Janssen Research & Development LLC, et al.*
*Case No. 2:17-cv-16184*

**ORDER**

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Esther Nickle's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this  22nd  day of  October , 2018.

_____
Honorable Eldon E. Fallon
United States District Judge