UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No: <u>2:17-cv-07628</u> ) |

**STATEMENT NOTING A PARTY'S DEATH**

THIS DOCUMENT RELATES TO:
Kathleen Donovan o/b/o
Her deceased husband, John M. Donovan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-07628

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Kathleen Donovan, notes the death before pendency of this action of Plaintiff John M. Donovan on January 21st, 2018.

**THIS CASE IS A WAVE 2 REMAND SELECTION.**

                  **Law Offices of Christopher K. Johnston LLC**

                  <u>/s/ David B. Owen Jimenez</u>
                  David B. Owen Jiménez
                  USDCPR No. 301113
                  Puerto Rico Bar No. 19627
                  david@masstortslaw.com
                  Christopher K. Johnston
                  California Bar No. 261474
                  kyle@masstortslaw.com
                  Hato Rey Center
                  268 Ponce de León Ave., Suite 1020

San Juan, Puerto Rico 00918<br>
Tel: (844) 345-3784<br>
Fax: (844) 644-1230

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez<br>
David B. Owen Jiménez (#301113)