UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No: <u>2:17-cv-07628</u> |

THIS DOCUMENT RELATES TO:
Kathleen Donovan o/b/o
Her deceased husband, John M. Donovan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-07628

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

**THIS CASE IS A WAVE 2 REMAND SELECTION.**

Respectfully submitted this 23rd day of October 2018.

**Law Offices of Christopher K. Johnston LLC**

<u>/s/ David B. Owen Jimenez</u>
David B. Owen Jiménez
USDCPR No. 301113
Puerto Rico Bar No. 19627
david@masstortslaw.com
Christopher K. Johnston
California Bar No. 261474
kyle@masstortslaw.com
Hato Rey Center
268 Ponce de León Ave., Suite 1020

San Juan, Puerto Rico 00918<br>
Tel: (844) 345-3784<br>
Fax: (844) 644-1230

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez<br>
David B. Owen Jiménez (#301113)