# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. *Defendant(s)* | |

**THIS DOCUMENT RELATES TO:**

*Drew Every v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:18-cv-06939

*Rose A. Gill v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-6987

*Erwin Sheppard v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-07019

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT JANSSEN ORTHO LLC

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional Ten (10) days from the date the Order is entered in which to effect service on Defendant Janssen Ortho, LLC. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

WHEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated: October 23, 2018

By: */s/ Donald W. Medley*

Donald W. Medley, Esq.
MEDLEY LAW GROUP
902 West Pine Street
Hattiesburg, MS 39401
(601) 544-8110 Phone
(601) 544-8458 Fax
don@medleylawgroup.com

*Attorney for the Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Donald W. Medley*

*Attorney for Plaintiff*