UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> v.   ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC, ET AL.  ) <br> *Defendant(s)* ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Drew Every v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:18-cv-06939

*Rose A. Gill v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-6987

*Erwin Sheppard v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-07019

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT JANSSEN ORTHO, LLC.**

Now come Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this for an Order allowing them an additional ten (10) days from the date the Order is entered in which to affect service on Defendant Janssen Ortho, LLC through the streamlined procedures for service of process set forth in Pre-Trial Order #10. In support of their motion, Plaintiffs state as follows:

All of the foregoing actions have been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592. However, due to inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs' complaints in these actions was not properly affected within the time period for streamlined service set forth in Pre-

Trial Order #10 as to one of the Janssen Defendants. The undersigned counsel attempted to serve each of the summons in these actions on the Janssen Defendant thru the streamlined process on September 20, 2018. However, due to an inadvertent clerical oversight on behalf of undersigned counsel, the service attempt via certified mail was returned to sender as unable to forward. Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaints and summons in the above-listed actions and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10.

Thus, Plaintiffs respectfully request that this Court grant this motion and allow them an additional ten (10) days within which to effect service on the Janssen Defendant through the streamlined procedures for service of process set forth in Pre-Trial Order #10.

Dated: October 23, 2018

By: */s/ Donald W. Medley*

Donald W. Medley, Esq.
MEDLEY LAW GROUP
902 West Pine Street
Hattiesburg, MS 39401
(601) 544-8110 Phone
(601) 544-8458 Fax
don@medleylawgroup.com

*Attorney for the Plaintiff*