# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2592 Section L Judge Eldon E. Fallon Mag. Judge Michael North |
| TONYA SCHWARTZ, as Administrator of the Estate of John Smith, Plaintiffs, v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:16-cv-00635 |

## PLAINTIFF'S WITHDRAWAL OF MOTION TO DISMISS

COMES NOW Plaintiff Tonya Schwartz, Administrator of the Estate of John Smith and hereby respectfully requests the Withdrawal of their Motion to Dismiss [DOC 11281] filed October 22, 2018. Plaintiff filed this document in error and respectfully requests the withdrawal of this motion.

Dated: October 23, 2018

Respectfully submitted,

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
SIMMONS, HANLY, CONROY LLC
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2018, a true and correct copy of the foregoing instrument was forwarded to all counsel of record via the Court's ECF system.

*/s/ Andrew S. Williams*
Andrew S. Williams

2