UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| JAYNE HALL, | SECTION: L |
| Plaintiff, | JUDGE ELDON E. FALLON |
| vs. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND FICTITIOUS DEFENDANTS 1-100, | |
| Defendants. | |

**THIS DOCUMENT RELATES TO:**

*Jayne Hall v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-05188**

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, here by informs the Honorable Court of the death of the Plaintiff, Jayne Hall. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will be filed by Wayne Hall, on behalf of himself, and as Administrator of the Estate of Jayne Hall, deceased.

Date:  October 23, 2018.

                                                                                Respectfully Submitted,

                                              */s/ Andy D. Birchfield, Jr.*
                                              Andy D. Birchfield, Jr.
                                              David B. Byrne, III
                                              M. Allison Hunnicutt
                                              BEASLEY, ALLEN, CROW,
                                              METHVIN, PORTIS & MILES, P.C.
                                              Post Office Box 4160
                                              Montgomery, Alabama 36103-4160
                                              (334) 269-2343
                                              (334) 954-7555 (facsimile)
                                              Andy.Birchfield@BeasleyAllen.com
                                              David.Byrne@BeasleyAllen.com
                                              Allison.Hunnicutt@BeasleyAllen.com

                                              ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2018, a copy of the foregoing *Notice and Suggestion of Death of Plaintiff* has contemporaneously with or before filing been served on all parties or their local attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Andy D. Birchfield, Jr.*
    Andy D. Birchfield, Jr.
    BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.
    ***Attorneys for Plaintiff***