# EXHIBIT A

# Ohio Department of Health - Vital Statistics
## CERTIFICATE OF DEATH

Reg. Dist. No. 76  
Primary Reg. Dist. No. 7603  
Registrar's No. 2018-000165  
State File No. 2018066372

Type or print in permanent blue or black ink

### DECEDENT

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | JAYNE C HALL |
| 2. Sex | FEMALE |
| 3. Date of Death | JULY 08, 2018 |
| 4. Social Security Number | 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 |
| 5a. Age (Years) | 74 |
| 6. Date of Birth | OCTOBER 29, 1943 |
| 7. Birthplace | CANTON, OHIO |
| 8a. Residence State | OHIO |
| 8b. County | STARK |
| 8c. City or Town | LOUISVILLE |
| 8d. Street and Number | 2300 RENO DRIVE |
| 8e. Apt. No. | 301 |
| 8f. Zipcode | 44641 |
| 8g. Inside City Limits? | YES |
| 9. Ever in US Armed Forces? | NO |
| 10. Marital Status at Time of Death | WIDOWED (AND NOT REMARRIED) |
| 11. Surviving Spouse's Name | |
| 12. Decedent's Education | MASTERS DEGREE (E.G., MA, MS..) |
| 13. Decedent of Hispanic Origin | NO |
| 14. Decedent's Race | WHITE |
| 15. Father's Name | WAYNE CHRISTENSEN |
| 16. Mother's Name (prior to first marriage) | MILDRED BEHRA |
| 17a. Informant's Name | WAYNE HALL |
| 17b. Relationship to Decedent | SON |
| 17c. Mailing Address | 3310 MOUNTAIN LANE, PARK CITY, UTAH 84060 |
| 18a. Place of Death | NURSING HOME/LONG TERM CARE FACILITY |
| 18b. Facility Name | COMMUNITY CARE CENTER |
| 18c. City or Town, State and Zip Code | ALLIANCE, OH 44601 |
| 18d. County of Death | STARK |

### DISPOSITION

| Field | Value |
|---|---|
| 19. Signature of Funeral Service Licensee or Other Agent | DONALD E ISRAEL |
| 20. License Number | 005656 |
| 21. Name and Complete Address of Funeral Facility | STIER-ISRAEL FUNERAL HOME, 917 E MAIN, LOUISVILLE, OH 44641 |
| 22a. Method of Disposition | CREMATION |
| 22b. Date of Disposition | 07-13-2018 |
| 22c. Place of Disposition | C R W CREMATORY |
| 22d. Location | CANTON, OH |

### REGISTRAR

| Field | Value |
|---|---|
| 23. Registrar's Signature | Holly Kouskouris |
| 24. Date Filed | July 11-2018 |
| 25a. Name of Person Issuing Disposition Permit | KOUSKOURIS, HOLLY |
| 25b. District No. | 7603 |
| 25c. Date Disposition Permit Issued | July 11-2018 |

### CERTIFIER

26a. Certifier (Check only one): [X] Certifying Physician

| Field | Value |
|---|---|
| 26b. Time of Death | 1546 |
| 26c. Date Pronounced Dead | July 8, 2018 |
| 26d. Was the Medical Examiner or Coroner Contacted? | NO |
| 26e. Signature and Title of Certifier | Debra L. Lehrer MD |
| 26f. License number | 35.065215 |
| 26g. Date Signed | July 10, 2018 |
| 27. Name and Address of Person who Completed Cause of Death | DEBRA LYNN LEHRER, 2461 WEST STATE STREET, SUITE E, ALLIANCE, OH 44601 |

### CAUSE OF DEATH

**28. Part I.**

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | End stage renal failure | > 1 year |
| b. Due to (or as Consequence of) | Rapidly progressive crescentic glomerulonephritis | > 1 year |
| c. Due to (or as Consequence of) | | |
| d. Due to (or as Consequence of) | | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.:
Obstructive sleep apnea, hyperlipidemia, obesity hypoventilation syndrome, bilateral leg wounds, hypoalbuminemia, hypertension, diabetes, atrial fibrillation, anemia, fibromyalgia, neuropathy

| Field | Value |
|---|---|
| 29a. Was An Autopsy Performed? | [X] No |
| 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? | [X] Not Applicable |
| 30. Did Tobacco Use Contribute to Death? | [X] Unknown |
| 31. If Female, Pregnancy Status | [X] Not pregnant within past year |
| 32. Manner of Death | [X] Natural |
| 33a. Date of Injury | |
| 33b. Time of Injury | |
| 33c. Place of Injury | |
| 33d. Injury at Work? | |
| 33e. Location of Injury | |
| 33f. Describe How Injury Occurred | |
| 33g. If Transportation Injury, Specify | |

HEA 2724 Rev. 07/15-09/15

---

Holly Kouskouris, Registrar

JUL 11 2018

Holly Kouskouris

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.
REV. 7/2015