UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: FALLON <br><br> MAG. JUDGE NORTH |

*********************************************

THIS DOCUMENT RELATES TO:

*JAY BENDER v. Janssen Research & Development LLC, et al.,* Civil Action No. 2:17-cv-12762

**PLAINTIFF'S REPLY TO DEFENDANT BAYER PHARMA AG'S RESPONSE TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANT BAYER PHARMA AG**

COMES NOW, Plaintiff, Jay Bender, by and through his undersigned counsel of record, and respectfully submits his Reply to Defendant's Response to Plaintiff's Motion for an Extension of Time Within Which to Serve Defendant Bayer Pharma AG, and states as follows:

Defendant Bayer Pharma AG received timely notice and service of the existence of Plaintiff's case against it, but attempts to rely on a technically to avoid ultimate service of process in this case. Defendant Bayer Pharma AG was served the Complaint and Notice of Lawsuit by streamlined service as established in PTO 10, and, therefore, Bayer Pharma AG was provided timely notice of the suit. Due completely to an oversight, Plaintiff mistakenly did not include the Summons in its service packet to Defendant Bayer Pharma AG. The lack of inclusion of the summons results in no "late surprise" to Bayer Pharma AG here, not is it part of any strategy to engage in a late amendment as Defendant Bayer Pharma AG alludes. Given the lack of prejudice or intent, Plaintiff asks for an extended opportunity to serve the Defendant

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and

enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve Defendant Bayer Pharma AG.

Dated:  October 22, 2018		Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By:	*/s/ Michael Kruse*
	Michael S. Kruse
	10 S. Broadway, Suite 1125
	St. Louis, MO  63102
	314-241-1919 phone
	314-665-3017 fax
	kruse@ngklawfirm.com
	*Attorneys for Plaintiffs*