# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | |
| TONYA SCHWARTZ, AS ADMINISTRATOR OF THE ESTATE OF JOHN SMITH, | : | |
| | : | |
| | : | |
| **Plaintiff** | : | **MDL No. 2592** |
| | : | |
| v. | : | **SECTION L** |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | **JUDGE ELDON E. FALLON** |
| LLC f/k/a JOHNSON AND JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | **MAGISTRATE JUDGE NORTH** |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | **Civil Action No.: 2:16-CV-00635** |
| f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | **STIPULATION OF DISMISSAL** |
| PHARMACEUTICALS, INC., JOHNSON & | : | **WITH PREJUDICE AS TO** |
| JOHNSON COMPANY, BAYER | : | **BAYER HEALTHCARE LLC** |
| HEALTHCARE PHARMACEUTICALS, | : | **ONLY** |
| INC., BAYER PHARMA AG, BAYER | : | |
| CORPORATION, BAYER HEALTHCARE | : | |
| LLC, BAYER HEALTHCARE AG, and | : | |
| BAYER AG, | : | |
| | : | |
| **Defendants** | : | |
| | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against Defendant Bayer HealthCare LLC only, each party to bear its own fees and costs. Plaintiff will continue to pursue this action against the remaining Defendants named by Plaintiff in the Complaint.

**SIMMONS, HANLY, CONROY LLC**
By: /s/ Andrew S. Williams
Trent B. Miracle
Andrew S. Williams
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.com

Attorneys for Plaintiff
Dated: October 23, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Janssen Ortho LLC, and Johnson & Johnson
Dated: October 23, 2018

**ARNOLD & PORTER KAYE
SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: October 23, 2018

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: October 23, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: October 23, 2018

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 23, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde