UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
                              :
                              :   SECTION L
                              :
                              :   JUDGE ELDON E. FALLON
                              :
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Darrell Stein, Sr. v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:18-cv-02108*

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Darrell Stein, Sr.

DATED:   October 23, 2018.

    Respectfully submitted,

    THE GALLAGHER LAW FIRM, PLLC

    s/ Michael T. Gallagher
    Michael T. Gallagher
    (Texas Bar #07586000)
    2905 Sackett Street
    Houston, TX 77098
    Telephone: (713) 222-8080
    Facsimile:  (713) 222-0066
    mike@gld-law.com

    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     s/Michael T. Gallagher