UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE: ELDON E. FALLON |
| Douglas Stinner and David Stinner, Individually, and As Personal Representatives of the Estate of Catherine Stinner | * * * * | MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | * * | Case No. 2:16-cv-8493 |
| v. | * * | |
| Janssen Research & Development, LLC, *et al.* | * * | |
| Defendants. | * * | |

**********************************

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff(s) Douglas Stinner and David Stinner, Individually, and as Personal Representatives of the Estate of Catherine Stinner, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff(s) take this action because Plaintiff(s) no longer wishes to pursue this case. Further, counsel for Plaintiff(s) represents (check only one of the below which is applicable):

    \_\_\_\_\_  Plaintiff(s) is not a Wave 1 or Wave 2 selected case pursuant to Case Management Order No. 6.

    \_\_\_\_\_  Plaintiff(s) is a Wave 1 or Wave 2 selected case pursuant to Case Management Order No. 6 and all filing fees have been paid.

    \_\_X\_\_  Plaintiff(s) move to dismiss, with prejudice, timely, within forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing

fee is waived pursuant to Case Management Order No. 6.

Dated: October 24, 2018

                                        Respectfully submitted,

                                        /s/ Craig M. Silverman
                                        Jay D. Miller (MD Bar No. 04653)
                                        Craig M. Silverman (MD Bar No. 16898)
                                        **Law Offices of Peter G. Angelos, P.C.**
                                        One Charles Center
                                        100 N. Charles Street, 22nd Floor
                                        Baltimore, Maryland 21201
                                        (410) 649-2000
                                        (410) 649-2101 (Facsimile)
                                        jmiller@lawpga.com
                                        csilverman@lawpga.com
                                        ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ Craig M. Silverman
                                        Craig M. Silverman