# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| _____ ) | | SECTION: L |
| ) | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | | MAG. JUDGE NORTH |
| Cynthia D. Burleson, individually, ) | | |
| and as the duly appointed ) | | |
| Administrator of the Estate of ) | | |
| Willadean Dickinson ) | | |
| 2:17-cv-07308 ) | | |

## PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

Comes now Plaintiff, Cynthia D. Burleson, Administrator of the Estate of Willadean Dickinson, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and hereby moves this Court for an Order of Dismissal, dismissing her claims against the Defendants Janssen Research & Development LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, with prejudice to her right to refile their claims.

Respectfully Submitted,

*/s/Nathan C. VanDerVeer*
Nathan C. VanDerVeer (AL 7794-A63V)
FARRIS, RILEY & PITT, LLP
505 20th Street North, Suite 1700
Birmingham, AL 35203
Tel. 205.324.1212
Facsimile 205.324.1255

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018, I electronically filed the foregoing with the clerk of the court by using CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

*/s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer (7794-A63-V)