UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  ) <br> ) <br> THIS DOCUMENT RELATES TO:         ) <br> Cynthia D. Burleson, individually,        ) <br> and as the duly appointed               ) <br> Administrator of the Estate of           ) <br> Willadean Dickinson                     ) <br> 2:17-cv-07308                          ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

### ORDER

THIS MATTER, came before the Court on Plaintiff's Motion for Dismissal with Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Cynthia Bursleson, individually, and as the duly appointed Administrator of the Estate of Willadean Dickinson's Motion for Dismissal is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge