UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*John M. Donovan v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-7628

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11294, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Kathleen Donovan, surviving spouse of John M. Donovan, is substituted for Plaintiff John M. Donovan as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE