IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:  L |
| This Document Relates to Plaintiff(s), | JUDGE: ELDON E. FALLON |
| CAROL L. SCHMIDT Civil Case No. 2:17-cv-05095 | MAG. JUDGE: MICHAEL NORTH |

## ORDER ALLOWING ENTRY OF APPEARANCE
## OF CO-COUNSEL ON BEHALF OF PLAINTIFF

This matter came before the Court upon the Motion (with Consent) to Allow Brian S. Katz, of the Flint Law Firm, LLC, to enter his appearance as co-counsel on behalf of the Plaintiff, Carol L. Schmidt, in the above referenced action, and the Court having reviewed the Motion and finding that it is well-taken and should be granted;

It is hereby ORDERED that Brian S. Katz, of the Flint Law Firm, LLC, shall be allowed to enter his appearance as co-counsel on behalf of the Plaintiff, Carol L. Schmidt.

It is So Ordered:

cc:	Counsel