IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| **This Document Relates to Plaintiff(s),** | JUDGE: ELDON E. FALLON |
| **CAROL L. SCHMIDT** <br> **Civil Case No. 2:17-cv-05095** | MAG. JUDGE: MICHAEL NORTH |

**MOTION (WITH CONSENT)**
**TO ENTER APPEARANCE ON BEHALF OF PLAINTIFF**

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and moves the Court to allow him to enter his appearance as co-counsel on behalf of the Plaintiff, Carol L. Schmidt, in the above referenced action. This Motion is filed with the consent of Plaintiff's counsel, Zachary Peter Lowe, Esq., Lowe Law Group, 6028 S. Ridgeline Drive, Suite 200, Ogden, UT 84405.

Respectfully Submitted,

**FLINT LAW FIRM LLC**

/s/ Brian S. Katz
Brian S. Katz, KY Bar No. 86633
FLINT LAW FIRM, LLC
2226 Broadway, Suite 1
Post Office Box 2903
Paducah, Kentucky 42002-2903
Phone: (270) 575-3939
Fax: (270) 575-3936
bkatz@flintlaw.com

/s/ *Zachary Lowe* (with permission)
Lowe Law Group
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
pete@lowelawgroup.com