IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| This Document Relates to Plaintiff(s), | JUDGE: ELDON E. FALLON |
| CAROL L. SCHMIDT<br>Civil Case No. 2:17-cv-05095 | MAG. JUDGE: MICHAEL NORTH |

**ORDER ALLOWING ENTRY OF APPEARANCE**
**OF CO-COUNSEL ON BEHALF OF PLAINTIFF**

This matter came before the Court upon the Motion (with Consent) to Allow Brian S. Katz, of the Flint Law Firm, LLC, to enter his appearance as co-counsel on behalf of the Plaintiff, Carol L. Schmidt, in the above referenced action, and the Court having reviewed the Motion and finding that it is well-taken and should be granted;

It is hereby ORDERED that Brian S. Katz, of the Flint Law Firm, LLC, shall be allowed to enter his appearance as co-counsel on behalf of the Plaintiff, Carol L. Schmidt.

It is So Ordered:

_____

cc:	Counsel