**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>SHELIA A. BIANCALANA and ROY GENE BIANCALANA, Jr,,<br><br>Civil Case No. 2:16-cv-08750-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiffs, Sheila A. Biancalana and Roy Gene Biancalana, Jr., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Motion for Leave to File Amended Complaint, and in support would show the Court as follows:

1. Plaintiffs, Sheila A. Biancalana and Roy Gene Biancalana, Jr., filed a products liability lawsuit in a joint complaint against defendants on May 19, 2016. (*Kristian M. Agurs, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-06583).
2. On June 7, 2016, a short form complaint was filed on his behalf. (*Shelia A. Biancalana, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-08750).
3. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about June 17, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

b. On or about July 1, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

c. Defendants Johnson & Johnson, Janssen Ortho, Janssen Pharmaceuticals, and Janssen Research & Development, LLC were served on or about July 8, 2016 by executing waivers of service, pursuant to Federal Rule of Civil Procedure 4(d)(1).

4. The first name of Plaintiff, Sheila A. Biancalana, was inadvertently mistyped.

5. Plaintiff, Sheila A. Biancalana, seeks to amend the complaint to correct her first name from Shelia to Sheila.

6. A copy of Plaintiffs' First Amended Complaint is attached hereto as Exhibit A.

**WHEREFORE**, Counsel for Plaintiffs, Sheila A. Biancalana and Roy Gene Biancalana, Jr., respectfully requests the Court grant Plaintiffs' Motion for Leave to File Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto as "Exhibit A", into the record for this matter.

DATED: October 25, 2018

Respectfully submitted,

By: s/ *Emanuella J. Paulos* __
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600

Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff