<div style="text-align:center">

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

</div>

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION:   L |
| SHEILA A. BIANCALANA and ROY GENE BIANCALANA, Jr., | JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Civil Case No. 2:16-cv-08750-EEF-MBN | |

<div style="text-align:center">

**ORDER**

</div>

**IT IS ORDERED** that the Motion for Leave to File Amended Complaint filed by Plaintiffs, Sheila A. Biancalana and Roy Gene Biancalana, Jr. be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

SIGNED this _____ day of _____, 2018.

<div style="margin-left:50%">

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff