# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE: ELDON E. FALLON |
| Douglas Stinner and David Stinner, Individually, and As Personal Representatives of the Estate of Catherine Stinner | * * * * | MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | * * | Case No. 2:16-cv-8493 |
| v. | * * | |
| Janssen Research & Development, LLC, *et al.* | * * | |
| Defendants. | * * | |

## ORDER

This matter came before the court on the Motion for Voluntarily Dismissal With Prejudice filed by Plaintiff.

IT IS ORDRED BY THE COURT that the Motion for Voluntarily Dismissal With Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this ___25th___ day of ___October___, 2018.

_Eldon E. Fallon_
Eldon E. Fallon
United States District Court Judge