# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION:  L** |
| **This Document Relates to Plaintiff(s),** | **JUDGE: ELDON E. FALLON** |
| **CAROL L. SCHMIDT** **Civil Case No. 2:17-cv-05095** | **MAG. JUDGE: MICHAEL NORTH** |

## ORDER ALLOWING ENTRY OF APPEARANCE OF CO-COUNSEL ON BEHALF OF PLAINTIFF

This matter came before the Court upon the Motion (with Consent) to Allow Brian S. Katz, of the Flint Law Firm, LLC, to enter his appearance as co-counsel on behalf of the Plaintiff, Carol L. Schmidt, in the above referenced action, and the Court having reviewed the Motion and finding that it is well-taken and should be granted;

It is hereby ORDERED that Brian S. Katz, of the Flint Law Firm, LLC, shall be allowed to enter his appearance as co-counsel on behalf of the Plaintiff, Carol L. Schmidt.

New Orleans, Louisiana, this 26th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE