UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| SHIRLEY SHERMAN, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF JERRY SHERMAN, | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: **2:17-CV-05160** |
| | STIPULATION OF DISMISSAL |
| Defendants | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff(s) and counsel for Defendants pursuant to Pretrial Order No. 24 that the above-captioned matter is dismissed in its entirety as to Defendants and that Plaintiff may refile the lawsuit in her home state of New Jersey, subject to the following:

1. The lawsuit is refiled in Plaintiff's home state of New Jersey within sixty (60) days and without adding any new Defendants.

2. Defendants agree that for statute of limitations purposes, if the Plaintiff refiles the action in her home state of New Jersey within sixty (60) days, the filing date of the case shall be the date on which this case was originally filed in this Multi-District Litigation.

**IT IS FURTHER STIPULATED** that no defenses are waived by entering into this stipulation.

**IT IS FURTHER STIPULATED** that each party shall bear its own costs.

| | |
|---|---|
| **CORY WATSON, P.C.** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/Kristian Rasmussen<br>Kristian Rasmussen (AL ASB-1068-R64R)<br>Mitchell Theodore (AL ASB-6549-100D)<br>2131 Magnolia Avenue<br>Birmingham, AL 35205<br>Telephone: (205) 328-2200<br>krasmussen@corywatson.com<br>mtheodore@corywatson.com<br><br>Attorneys for Plaintiffs<br>Dated: October 29, 2018 | By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: October 29, 2018<br><br>**ARNOLD & PORTER<br>KAYE SCHOLER LLP**<br><br>By: /s/ Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: October 29, 2018 |

        **IRWIN FRITCHIE URQUHART &  
        MOORE LLC**  
        By: /s/ Kim E. Moore  
        Kim E. Moore  
        400 Poydras St., Ste, 2700  
        New Orleans, LA 70130  
        Telephone: (504) 310-2100  
        kmoore@irwinllc.com

        Liaison Counsel for Defendants  
        Dated: October 29, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 29, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ Kim E. Moore