UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH HARPER, ET AL.<br><br>        Plaintiffs<br><br>   v.<br><br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;<br><br>        Defendants. | MDL 2592<br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:15-cv-01030 |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Joseph Harper in the above-captioned case, Civil Action No. 2:15-cv-01030, be dismissed with prejudice, each party to bear its own fees and costs. The claims of the remaining plaintiffs are not impacted by the dismissal of the claims asserted by Plaintiff Joseph Harper.

1

| | |
|---|---|
| **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**<br>By: /s/Neil D. Overholtz<br>Neil D. Overholtz<br>Florida Bar No.: 0188761<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502-5998<br>Telephone: (850) 202-1010<br>Fax: (850) 916-7449<br>Noverholtz@awkolaw.com<br>Attorneys for Plaintiff<br>Dated: 10/29/2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dpr.com<br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC<br>Dated: 10/29/2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: /s/Andrew K. Solow<br>Andrew K. Solow<br>205 West 55th Street<br>New York, NY 10019-9710<br>Tel: (212) 836-8000<br>Fax: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals, Inc., and Bayer Pharma AG<br>Dated: 10/29/2018<br><br>**CHAFFE McCALL L.L.P.**<br>By: /s/John F. Olinde<br>John F. Olinde<br>1100 Poydras Street, Suite 2300<br>New Orleans, LA 70163<br>Tel: (504) 585-7241<br>Fax: (504) 544-6084<br>olinde@chaffe.com |

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: 10/29/2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Tel: (504) 310-2100
jirwin@irwinllc.com
kmore@irwinllc.com
Liaison Counsel for Defendants
Dated: 10/29/2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 29, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Neil D. Overholtz