# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Daunte Williams v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-05531* _____ | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Kenyatta Williams on behalf of her deceased husband, Daunte Williams, for the following reasons:

1. On May 31, 2018, Daunte Williams filed a Complaint in the above referenced matter.

2. Unbeknownst to Plaintiff's counsel, Daunte Williams had passed away on August 1, 2017.

3. Plaintiff's wife, Kenyatta Williams, did not notify Plaintiff's counsel of Daunte Williams' passing until after her husband's case was filed and expressed her interest in continuing this lawsuit on his behalf.

4. Kenyatta Williams is the Representative of the Estate of Daunte Williams.

5. Notice of Daunte Williams' death was submitted to this Honorable Court on August 2, 2018 (See Exhibit A).

6. The decedent's spouse, Kenyatta Williams, is the Proper Party Plaintiff and wishes to be substituted on behalf of Daunte Williams in this case.

Wherefore, movant prays for said substitution.

Dated: October 30, 2018

>Respectfully submitted,
>
>*/s/ Leslie LaMacchia*
>Leslie LaMacchia, Esq.
>Adam Pulaski, Esq.
>PULASKI LAW FIRM, PLLC
>2925 Richmond Avenue, Suite 1725
>Houston, TX 77098
>(713) 664-4555 Phone
>(713) 664-7543 Fax
>llamacchia@pulaskilawfirm.com
>adam@pulaskilawfirm.com
>
>*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2018, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: October 30, 2018

>*/s/ Leslie LaMacchia*
>Leslie LaMacchia, Esq.