## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Daunte Williams v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-05531* | ) ) ) ) | JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Dated: October 30, 2018

    Respectfully submitted,

    */s/ Leslie LaMacchia*
    Leslie LaMacchia, Esq.
    Adam Pulaski, Esq.
    PULASKI LAW FIRM, PLLC
    2925 Richmond Avenue, Suite 1725
    Houston, TX 77098
    (713) 664-4555 Phone
    (713) 664-7543 Fax
    llamacchia@pulaskilawfirm.com
    adam@pulaskilawfirm.com

    *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2018, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: October 30, 2018

>　*/s/ Leslie LaMacchia*
>　Leslie LaMacchia, Esq.