UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | } } } } } } | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

Plaintiffs respectfully request that attorney Michael A. London of Douglas & London, P.C., be enrolled as co-counsel of record in the actions listed on Exhibit A.

Wherefore, it is requested that the Court grant this motion.

Dated: October 22, 2018

Respectfully submitted,

By: /s/ Brian J. McCormick, Jr.
Brian J. McCormick, Jr.
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA. 19103
Phone: (215) 574-2000
Fax: (215) 574-3080
bmccormick@rossfellercasey.com

-and-

/s/ Michael A. London
Michael A. London (ML-7510)
DOUGLAS AND LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel.: 212-566-7500
Fax.: 212-566-7501

*ATTORNEYS FOR PLAINTIFFS*