UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | } MDL No. 2592 }<br>} SECTION: L<br>} JUDGE FALLON<br>} MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Michael A. London of the law firm of Douglas & London, P.C., be allowed to enroll as co-counsel for Plaintiffs in the Civil Action numbers listed on Exhibit A.

Dated: _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge