UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO : | |
| : | |
| *Carroll Sullivan v. Janssen Research &* : | |
| *Development LLC, et al; 2:17-cv-10439* : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**RESPONSE TO MOTION FOR EXTENSION
OF TIME TO FILE A VERIFIED PLAINTIFF FACT SHEET**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, collectively referenced as "Defendants," through undersigned counsel, respectfully submit this Response to Plaintiff's Motion for Extension of Time to File a Verified Plaintiff Fact Sheet, filed by Plaintiff Carroll Sullivan. (Rec. Doc. No. 11227). On the facts presented, Defendants do not oppose the extension provided that if Plaintiff fails to submit a fully complete fact sheet (and authorizations) by the new deadline, December 17, 2018, the Complaint be dismissed with prejudice.

This is a CMO 6 Wave 2 case selected by Plaintiffs. Under CMO 6, a fully complete and updated Plaintiff Fact Sheet ("PFS") was due on October 17, 2018. On October 16, 2018 Plaintiff's counsel requested a 60-day extension, until December 17, 2018, to submit a fully complete and updated PFS on the basis that Plaintiff passed away in March 2018.

- 1 -

Discovery from Plaintiff in the form of a fully updated and completed PFS is essential for this case to proceed to initial discovery.  Further, because Plaintiff has passed away and new HIPAA authorizations signed by the representative of Plaintiff's estate have not been provided, Defendants are not able to order medical records.  All discovery in this case is currently halted.

In light of the circumstances in this case, Defendants agree to Plaintiff's request for an additional 60 days to submit an updated and fully complete PFS, along with all the required accompanying documents.  But, the case cannot sit dormant for an extended period of time, particularly while the rest of the Wave 2 cases proceed with discovery.  Defendants therefore request that in the event an updated, fully complete PFS and accompanying documents are not submitted by December 17, 2018, the case be dismissed with prejudice for failure to comply with CMO 6 and PTO 13.

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

- 3 -

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Liaison Counsel for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**