UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO (RIVAROXABAN) : **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION :
: **SECTION L**
:
: **JUDGE ELDON E. FALLON**
:
: **MAGISTRATE JUDGE NORTH**
:
_____:

**THIS DOCUMENT RELATES TO:**

*Bevills v. Janssen Research & Development, LLC, et al., 2:16-cv-12102*

### PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH TO TENDER A FULL PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Gary Bevills, by and through undersigned counsel of record, and respectfully files this Motion to Withdraw Plaintiff's First Motion for Extension of Time Within Which to Tender a Full Plaintiff Fact Sheet which was filed with this Court on October 17, 2018. Plaintiff's Full Plaintiff Fact Sheet was filed on October 29, 2018, leaving this motion moot.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court grant leave to withdraw the Motion for Extension or have the Motion denied as moot at this point.

Signed: October 30, 2018

Respectfully submitted,
**HENSLEY LEGAL GROUP, PC**
s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 472-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 30th day of October, 2018.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 472-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*