UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 : : SECTION L : : JUDGE ELDON E. FALLON : : MAGISTRATE JUDGE NORTH : |

_____:

**THIS DOCUMENT RELATES TO:**

*Bevills v. Janssen Research & Development, LLC, et al., 2:16-cv-12102*

NOTICE OF SUBMISSION

COMES NOW Plaintiff, Gary Bevills, by and through undersigned counsel, and files this Notice of Submission of ***Plaintiff's Motion to Withdraw Plaintiff's First Motion for Extension of Time Within Which to Tender A Full Plaintiff Fact Sheet*** to be submitted on Wednesday, November 28, 2018, before the Honorable Judge Eldon E. Fallon.

Signed: October 30, 2018                    Respectfully submitted,

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 30th day of October, 2018.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____
Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email:  sgraziano@hensleylegal.com
*Attorney for Plaintiff*