UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bevills v. Janssen Research & Development, LLC, et al., 2:16-cv-12102*

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's First Motion for Extension of Time Within Which to Tender a Full Plaintiff Fact Sheet, filed by the above-listed Plaintiff Gary Bevills, is hereby GRANTED, and Plaintiff's Motion for Extension of Time Within Which to Tender a Full Plaintiff Fact Sheet is hereby withdrawn from the record.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge