# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODCUTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Daniel John v. Janssen Research & Development LLC, et al.;*

*No.* 2:18-cv-03710-EEF-MBN

## ORDER

This matter came before the Court on the Motion to Voluntarily Dismiss Without Prejudice, or, in the alternative, Extend Time to Affect Service, filed by Plaintiff.

[   ] IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Without Prejudice filed by Plaintiff Daniel is GRANTED, and Defendants Johnson and Johnson; Janssen Ortho, LLC; Bayer Pharma AG; Bayer Healthcare AG; Bayer AG, are DISMISSED, WITHOUT PREJUDICE, with each party to their own costs.

[   ] IT IS ORDERED BY THE COURT that Plaintiff's time to serve Defendants Johnson and Johnson; Janssen Ortho, LLC; Bayer Pharma AG; Bayer Healthcare AG; Bayer AG is extended by 60 days.

New Orleans, Louisiana, this ___ day of _____, 2018.

                                                      _____
                                                      Hon Eldon E. Fallon
                                                      United States District Court Judge