# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODCUTS LIABILITY LITIGATION** ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Margie Mayhue v. Janssen Research & Development LLC, et al.;*
*No.* 2:16-cv-16881-EEF-MBN

<u>**ORDER**</u>

This matter came before the Court on the Motion to Voluntarily Dismiss Without Prejudice, or, in the alternative, Extend Time to Affect Service, filed by Plaintiff.

[   ] IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Without Prejudice filed by Plaintiff Margie Mayhue is GRANTED, and Defendants Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research And Development LLC; Johnson and Johnson; Janssen Ortho, LLC; Bayer Pharma AG; Bayer Healthcare AG; Bayer AG,, are DISMISSED, WITHOUT PREJUDICE, with each party to their own costs.

[   ] IT IS ORDERED BY THE COURT that Plaintiff's time to serve Defendants

Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research And Development LLC; Johnson and Johnson; Janssen Ortho, LLC; Bayer Pharma AG; Bayer Healthcare AG; Bayer AG, is extended by 60 days.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Hon Eldon E. Fallon
United States District Court Judge