UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN GOODWIN,** | * | CIVIL ACTION NO. |
| | * | 2:15-cv-00508 |
| **Individually and on Behalf of** | * | |
| **Decedent HATTIE GOODWIN,** | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| **Plaintiff,** | * | |
| | * | MAGISTRATE JUDGE NORTH |
| v. | * | |
| | * | |
| | * | |
| **JANSSEN RESERACH &** | * | |
| **DEVELOPMENT, LLC   f/k/a** | * | |
| **JOHNSON AND JOHNSON** | * | |
| **PHARMACEUTICAL RESEARCH** | * | |
| **AND DEVELOPMENT, LLC, JANSSEN** | * | |
| **ORTHO LLC, JANSSEN** | * | |
| **PHARMACEUTICALS, INC. f/k/a** | * | |
| **JANSSEN PHARMACEUTICA INC.** | * | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | * | |
| **PHARMACEUTICALS, INC., BAYER** | * | |
| **HEALTHCARE PHARMACEUTICALS,** | * | |
| **INC., BAYER PHARMA AG, BAYER** | * | |
| **CORPORATION, BAYER** | * | |
| **HEALTHCARE LLC, BAYER** | * | |
| **HEALTHCARE AG, and BAYER AG** | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE OF COURT TO AMEND ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes the plaintiff JOHN GOODWIN who desires to amend his original complaint which was filed on January 30, 2015 in the Western District of Louisiana in the United States District Court.

1

Petitioner desires to amend his original complaint to add plaintiffs Ronald Robinson and Ashlie Fluitt. Petitioner asserts that he has not previously amended this Complaint to date and no parties will be prejudiced as the allegations remain the same and were raised previously; therefore, Plaintiff's amended complaint will not cause any undue delay in these proceedings. Plaintiff moves for an order amending his original complaint.

Opposing counsel, Andrew Solow, William Hoffman and Susan Sharko were contacted to ascertain whether they have any objection to this amendment; however, no response was received from opposing counsel.

**WHEREFORE**, plaintiff John Goodwin prays that the Court grant leave to file an amended complaint.

Respectfully Submitted by:

**McCORVEY LAW, LLC**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
H.D. Register, III
LA Bar Roll # 35290
102 Versailles Blvd., Ste. 620
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
ATTORNEYS FOR JOHN GOODWIN

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2018, I electronically filed the foregoing *Motion for Leave of Court to Amend Original Complaint* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Derriel C. McCorvey
DERRIEL C. MCCORVEY