## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN GOODWIN,** | * | **CIVIL ACTION NO.** |
| Individually and on Behalf of | * | **2:15-cv-00508** |
| Decedent HATTIE GOODWIN, | * | |
| | * | **SECTION L** |
| **Plaintiff,** | * | **JUDGE ELDON E. FALLON** |
| | * | **MAGISTRATE JUDGE NORTH** |
| v. | * | |
| **JANSSEN RESERACH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave of Court to File Amended Complaint filed by the Plaintiff,

IT IS HEREBY ORDERED that, in the interest of justice, the plaintiff John Goodwin is hereby granted leave of court to file his Amended Complaint.

DONE AND SIGNED this _____ day of_____, 2018, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**