UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Nathan Rhames v. Janssen Research & Development LLC, et al.* | * * * | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | Case No. 2:16-cv-07340 |

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff(s) Nathan Rhames, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff(s) takes this action because Plaintiff(s) no longer wishes to pursue this case. Further, counsel for Plaintiff(s) represents (check only one of the below which is applicable):

\_\_\_\_ Plaintiff(s) is not a Wave 1 or Wave 2 selected case pursuant to Case Management Order No. 6.

\_\_\_\_ Plaintiff(s) is a Wave 1 or Wave 2 selected case pursuant to Case Management Order No. 6 and all filing fees have been paid.

\_X\_ Plaintiff(s) move to dismiss, with prejudice, timely, within forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived pursuant to Case Management Order No. 6.

Respectfully submitted,

Dated: October 31, 2018            */s/ Russell T. Abney*_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.661.8210
Fax: 707.313.0956
atlanta@lawyerworks.com
*Attorney for the Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 31, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

By: */s/ Russell T. Abney*_____
Russell T. Abney, Esq.