UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| DISMISSAL OF HARRIET CAIRNS | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |
| | * | Case No.  2:16-CV-01175 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

---

NOW COMES counsel for Plaintiff, Harriet Cairns, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff is now deceased and Counsel has been unable to locate her next of kin, despite efforts to do so.

Respectfully submitted,

Dated: October 31, 2018

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. Bar No.: 15781
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

1

John C. Whitfield
Caroline Ramsey Taylor
Whitfield Bryson & Mason LLP
518 Monroe Street
Nashville, TN 37208
Telephone: (615) 921-6500
Fax: (615) 921-6501
john@wbmllp.com
caroline@wbmllp.com

Shannon J. Carson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net

Robert Ahdoot
Ahdoot & Wolfson, P.C.
10728 Lindbrook Dr.
Los Angeles, CA 90024
Telephone: (310) 474-9111
Fax:  (310) 474-8585
rahdoot@ahdootwolfson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No.: 15781
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

***Attorney for Plaintiff***