UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          *          MDL 2592
PRODUCTS LIABILITY LITIGATION         *
                                      *          SECTION L
THIS DOCUMENT RELATES TO:             *
                                      *          JUDGE ELDON E. FALLON
*Carmen Medina v. Janssen Research &*
*Development LLC, et al.*              *
                                      *          MAGISTRATE JUDGE NORTH
                                      *
* * * * * * * * * * * * * * * * * * * * * * * *          *Case No. 2:16-cv-08713*

## O R D E R

        This matter came before the court on the Motion for Voluntarily Dismissal With Prejudice

filed by Plaintiff(s).

        IT IS ORDERED BY THE COURT that the Motion for Voluntarily Dismissal With

Prejudice filed by Plaintiff(s) be and is hereby GRANTED, and the above captioned case is

DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

        New Orleans, Louisiana, this _____ day of _____, 2018.


                                        _____
                                        Eldon E. Fallon
                                        United States District Court Judge