# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592<br>) Section L<br>) Judge Eldon E. Fallon<br>) Mag. Judge Michael North |

**THIS DOCUMENT RELATES TO:**

*Elaine Mayfield v. Janssen Research & Development LLC, et al.*
*Case No. 2:16-cv-00618*

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), Plaintiff, by and through undersigned counsel, hereby informs this Honorable Court of the death of Plaintiff, Esther Nickle which occurred on April 6, 2017. A copy of Plaintiff's death certificate is attached hereto.

                                                      Respectfully submitted,

Dated: <u>November 1, 2018</u>            */s/ Andrew S. Williams*
                                                      Andrew S. Williams, IL #6285527
                                                      Trent B. Miracle #IL 6281491
                                                       **SIMMONS HANLY CONROY**
                                                      One Court Street
                                                      Alton, IL 62002
                                                      Tel. (618) 259-2222
                                                      Fax (618) 259-2251
                                                      tmiracle@simmonsfirm.com
                                                      awilliams@simmonsfirm.com

                                                      *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Suggestion of Death has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 1st day of November, 2018.

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
Trent B. Miracle #IL 6281491
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.co
*Attorneys for the Plaintiff*