THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

# KENTUCKY CERTIFICATE OF DEATH

**4916651**

116 201713031
Case #: E201704120003

| Field | Value |
|---|---|
| 1a. Decedent's Legal Name | MARY ELAINE MAYFIELD |
| 1b. If Female, Decedent's Last Name Prior to First Marriage | VESSELS |
| 2. Sex | FEMALE |
| 3. Actual or Presumed Date of Death | April 06, 2017 |
| 4. Social Security Number | 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 |
| 5a. Age-Last Birthday (Years) | 72 |
| 6. Date of Birth | 06/16/1944 |
| 7. County of Death | JEFFERSON |
| 8. Place of Death | Nursing Home/Long Term Care Facility |
| 9. Facility Name | ST MATTHEWS CARE CENTER |
| 10. City or Town, State and Zip Code | LOUISVILLE, KY 40207 |
| 11. Birthplace | LOUISVILLE, KENTUCKY |
| 12. Marital Status | Divorced |
| 14. Decedent's Usual Occupation | HOMEMAKER |
| 15. Kind of Business/Industry | DOMESTIC |
| 16. Was Decedent Ever in U.S. Armed Forces? | No |
| 17a. Residence - State | KENTUCKY |
| 17b. County | JEFFERSON |
| 17c. City or Town | LOUISVILLE |
| 17d. Street and Number | 6409 SIX MILE LANE |
| 17e. Zip Code | 40218 |
| 17f. Inside City Limits? | Yes |
| 21. Father's Name | NOAH VESSELS |
| 22. Mother's Name Prior to First Marriage | AGNES ALVEY |
| 23a. Informant's Name | GWEN E ROGERS |
| 23b. Relationship to Decedent | DAUGHTER |
| 23c. Mailing Address | 6409 SIX MILE LANE, LOUISVILLE, KY 40218 |
| 24. Method of Disposition | Burial |
| 25. Place of Disposition | ST EDWARD CEMETERY |
| 26. Location | LOUISVILLE, KY |
| 27. Signature of Funeral Service Licensee | JAMES ALEX RATTERMAN, JR. |
| Date Signed | 04/12/2017 |
| 28. KY License Number | 6196 |
| 29. Name and Complete Address of Funeral Facility | RATTERMAN & SONS FUNERAL HOME, 10600 TAYLORSVILLE ROAD, JEFFERSONTOWN, KY 42299 |
| 30. Date Pronounced Dead | 04/06/2017 |
| 31. Actual or Presumed Time of Death | 2310 |
| 32. Was Medical Examiner or Coroner Contacted? | No |

## 33. PART I. Cause of Death

| Line | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | PNEUMONIA | 2 MONTH(S) |
| b. Due to | RESPIRATORY FAILURE | 2 MONTH(S) |
| c. Due to (Underlying Cause) | CONGESTIVE HEART FAILURE | 2 |
| d. Due to | | |

| Field | Value |
|---|---|
| 34. Manner of Death | Natural |
| 35. Was an Autopsy Performed? | No |
| 36. Were Autopsy Findings Available to Complete the Cause of Death? | |
| 37. Did Tobacco Use Contribute to Death? | Unknown |
| 38. If Female | Not pregnant within past year |
| 46. To Be Completed by Certifier Signature | MOUTAZ AL NABHAN, MD |
| 47. Date Certified | 04/19/2017 |
| 48. License Number | 42043 |
| 49. Title of Certifier | PHYSICIAN |
| 50. Name, Address, and Zip Code of Person Completing Cause of Death | MOUTAZ AL NABHAN, LOUISVILLE LUNG CARE PLLC, 3999 DUTCHMANS LN STE 2F, LOUISVILLE, KY 40207 |
| 51. Registrar's Signature | Paul F. Royce |
| 52. Date Filed | 04/19/2017 |

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

I, Paul F. Royce, Registrar of Vital Statistics, hereby certify this to be a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered under the file number shown. In testimony thereof I have hereunto subscribed my name and caused the official seal of the Office of Vital Statistics to be affixed at Frankfort, Kentucky this ___19th___ day of ___April___, 20_17_.

FORM VS NO. 1-A
(REVISED 06/2015)

_Paul F. Royce_
State Registrar