UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2592 Section L Judge Eldon E. Fallon Mag. Judge Michael North |

**THIS DOCUMENT RELATES TO:**

*James Embry v. Janssen Research & Development LLC, et al.*
*Case No. 2:15-cv-3518*

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), Plaintiff, by and through undersigned counsel, hereby informs this Honorable Court of the death of Plaintiff, James Embry which occurred on or around July 19, 2016.

Respectfully submitted,

Dated: November 1, 2018

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
Trent B. Miracle #IL 6281491
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

1

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Suggestion of Death has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 1st day of November, 2018.

          */s/ Andrew S. Williams*
          Andrew S. Williams, IL #6285527
          Trent B. Miracle #IL 6281491
          **SIMMONS HANLY CONROY**
          One Court Street
          Alton, IL 62002
          Tel. (618) 259-2222
          Fax (618) 259-2251
          tmiracle@simmonsfirm.com
          awilliams@simmonsfirm.co
          *Attorneys for the Plaintiff*