UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN GOODWIN,** | * | CIVIL ACTION NO. |
| | * | 2:15-cv-00508 |
| **Individually and on Behalf of** | * | |
| **Decedent HATTIE GOODWIN,** | * | SECTION L |
| | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| Plaintiff, | * | |
| | * | MAGISTRATE JUDGE NORTH |
| v. | * | |
| | * | |
| | * | |
| **JANSSEN RESERACH &** | * | |
| **DEVELOPMENT, LLC** f/k/a | * | |
| **JOHNSON AND JOHNSON** | * | |
| **PHARMACEUTICAL RESEARCH** | * | |
| **AND DEVELOPMENT, LLC, JANSSEN** | * | |
| **ORTHO LLC, JANSSEN** | * | |
| **PHARMACEUTICALS, INC. f/k/a** | * | |
| **JANSSEN PHARMACEUTICA INC.** | * | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | * | |
| **PHARMACEUTICALS, INC., BAYER** | * | |
| **HEALTHCARE PHARMACEUTICALS,** | * | |
| **INC., BAYER PHARMA AG, BAYER** | * | |
| **CORPORATION, BAYER** | * | |
| **HEALTHCARE LLC, BAYER** | * | |
| **HEALTHCARE AG, and BAYER AG** | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *********

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO AMEND ORIGINAL COMPLAINT

NOW INTO COURT, comes JOHN GOODWIN, through undersigned counsel who submits the following Memorandum in Support of Plaintiff's Motion for Leave of Court to Amend Original Complaint.

1

Deceased plaintiff Hattie Goodwin passed away on November 11, 2014. Ronald Robinson, Hattie Goodwin's biological son, filed the first complaint in this MDL on December 22, 2014 asserting a wrongful death claim. On January 30, 2015, John Goodwin, Hattie Goodwin's surviving spouse, filed his complaint asserting the survival action of Hattie Goodwin as well as a wrongful death claim. On November 12, 2015, Ashlie Fluitt, Hattie Goodwin's granddaughter filed a complaint asserting a wrongful death claim.

On August 9, 2018, Defendants, Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, ("Defendants") filed a Motion for Order to Show Cause Regarding Plaintiffs who have filed duplicate cases in MDL 2592, requesting that this Court issue an order requiring certain plaintiffs, including John Goodwin, to show cause as to why their respective actions should not be dismissed with prejudice for filing more than one case in this litigation.

A dismissal with prejudice is such a harsh remedy that operates as a rejection of the Plaintiff's claim on the merits, which has not been considered by this Court, and would preclude further federal litigation of Plaintiffs' claims. Plaintiff contends that the three (3) filed cases should be consolidated, not dismissed since all Plaintiffs have asserted valid claims under Louisiana law.

Petitioner desires to amend his original complaint to add plaintiffs Ronald Robinson and Ashlie Fluitt. Petitioner asserts that he has not previously amended this Complaint to date and no parties will be prejudiced as the allegations remain the same and were raised previously; therefore, Plaintiff's amended complaint will not cause any undue delay in these proceedings. Plaintiff moves for an order amending his original complaint.

Opposing counsel, Andrew Solow, William Hoffman and Susan Sharko were contacted to ascertain whether they have any objection to this amendment; however, no response was received from opposing counsel.

**WHEREFORE**, plaintiff John Goodwin prays that the Court grant leave to file an amended complaint.

Respectfully Submitted by:

**McCORVEY LAW, LLC**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
H.D. Register, III
LA Bar Roll # 35290
102 Versailles Blvd., Ste. 620
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
ATTORNEYS FOR JOHN GOODWIN

### CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, I electronically filed the foregoing *Memorandum in Support of Motion for Leave of Court to Amend Original Complaint* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Derriel C. McCorvey
DERRIEL C. MCCORVEY