## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN GOODWIN,** | * | **CIVIL ACTION NO.** |
| Individually and on Behalf of | * | **2:15-cv-00508** |
| Decedent HATTIE GOODWIN, | * | |
| | * | |
| | * | **SECTION L** |
| | * | |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **Plaintiff,** | * | |
| | * | **MAGISTRATE JUDGE NORTH** |
| v. | * | |
| | * | |
| | * | |
| **JANSSEN RESERACH &** | * | |
| **DEVELOPMENT, LLC f/k/a** | * | |
| **JOHNSON AND JOHNSON** | * | |
| **PHARMACEUTICAL RESEARCH** | * | |
| **AND DEVELOPMENT, LLC, JANSSEN** | * | |
| **ORTHO LLC, JANSSEN** | * | |
| **PHARMACEUTICALS, INC. f/k/a** | * | |
| **JANSSEN PHARMACEUTICA INC.** | * | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | * | |
| **PHARMACEUTICALS, INC., BAYER** | * | |
| **HEALTHCARE PHARMACEUTICALS,** | * | |
| **INC., BAYER PHARMA AG, BAYER** | * | |
| **CORPORATION, BAYER** | * | |
| **HEALTHCARE LLC, BAYER** | * | |
| **HEALTHCARE AG, and BAYER AG** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Leave of Court to Amend Original Complaint filed by McCorvey Law, LLC will be submitted to the Honorable U. S. District Court Judge Eldon E. Fallon for decision on November 28, 2018 at 9:00 a.m.

Respectfully Submitted by:

**McCORVEY LAW, LLC**

/s/ Derriel C. McCorvey
Derriel C. McCorvey

LA Bar Roll # 26083  
TX Bar Roll# 24073351  
H.D. Register, III  
LA Bar Roll # 35290  
102 Versailles Blvd., Ste. 620  
Post Office Box 2473  
Lafayette, LA 70502  
Tel. 337-291-2431  
Fax 337-291-2433  
ATTORNEYS FOR JOHN GOODWIN

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, I electronically filed the foregoing *Notice of Submission* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Derriel C. McCorvey  
DERRIEL C. MCCORVEY