UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
|---|---|---|
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

## ORDER

On April 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9121]. For the reasons set forth at the Show Cause Hearing held on May 8, 2018, the following Plaintiffs were given until July 17, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10172]. By consent of the parties, the following Plaintiffs were given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10627]. Prior to the Show Cause Hearing held on September 18, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

|   | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | BLACK, CONNIE | Pulaski Law Firm, PLLC | 2:17-cv-11980 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 2. | BYNUM, MARY | Lenze Moss, PLC. | 2:17-cv-07407 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | CERTAIN, MARY | Napoli Shkolnik PLLC | 2:14-cv-02592 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | CLANCY, JAYNE | Napoli Shkolnik PLLC | 2:17-cv-10835 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

|   | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 5. | FORREST, SHIRLEY | Salim-Beasley, LLC | 2:17-cv-07611 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | FOUNTAIN, DAVID | Salim-Beasley, LLC | 2:17-cv-08918 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 7. | KENDRICK, MELANIE | The Driscoll Firm | 2:17-cv-9961 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 8. | MARKS, MALCOLM | Salim-Beasley, LLC | 2:17-cv-07501 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 9. | MCCAIN, MARY | Salim-Beasley, LLC | 2:17-cv-08926 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 10. | MCDAVID, OLIVE | Napoli Shkolnik PLLC | 2:14-cv-02592 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | MULL, GENEVA | Nemeroff Law Firm | 2:17-cv-6819 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | SHEPHERD, WILMA J | Pulaski Law Firm, PLLC | 2:17-cv-09155 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 13. | SMALLEY, KAREN | Carey Danis & Lowe | 2:17-cv-6095 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 14. | WILLIAMS, JOE | Law Office of Christopher K. Johnston, LLC | 2:17-cv-8109 | Medical Records-Medical records provided do not demonstrate alleged injury |

New Orleans, Louisiana, on this 1st day of November 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge