UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER**

On April 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9121]. For the reasons set forth at the Show Cause Hearing held on May 8, 2018, the following Plaintiffs were given until July 17, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10172]. By consent of the parties, the following Plaintiffs were given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10627]. Prior to the Show Cause Hearing held on September 18, 2018, the following Plaintiffs agreed to file or filed stipulations dismissing their cases with prejudice:

|   | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | MCDOWELL, SILAS | The Schlemmer Firm, LLC | 2:17-cv-3987 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | ZIEGENHAGEN, EILEEN | The Driscoll Firm | 2:17-cv-9910 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 1st day of November 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge