UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

## ORDER

On July 2, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 10195]. By consent of the parties, the following Plaintiffs were given until September 18, 2018 to serve a Plaintiff Fact Sheet. [Rec. Doc. 10627]. Prior to the Show Cause Hearing held on September 18, 2018, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Adams, Victor | 2:18-cv-00074 | Johnson Law Group |
| 2. | Alexander, Valerie Susan | 2:17-cv-17501 | Holland Law Firm |
| 3. | Barroso, Raul | 2:18-cv-00283 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Bolding, Halena | 2:18-cv-00212 | Johnson Law Group |
| 5. | Cantes, Richard | 2:17-cv-07569 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |
| 6. | Carter, Lucy Brown | 2:18-cv-00734 | Bruera Law Firm, PLLC |
| 7. | Cunningham, Ruby | 2:18-cv-01202 | Burns Charest LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 8. | Devall, Barry | 2:18-cv-00262 | Johnson Law Group |
| 9. | Domingo, Cesar | 2:18-cv-00745 | Hovde Dassow + Deets, LLC; Scovern Law; The Lanier Law Firm |
| 10. | Duenas, Estella | 2:18-cv-00124 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 11. | Epperson, Jamie | 2:17-cv-17658 | Lenze Lawyers, PLC |
| 12. | Foster, Roosevelt | 2:18-cv-00941 | Lenze Lawyers, PLC |
| 13. | Fowler, Daria | 2:18-cv-00318 | Johnson Law Group |
| 14. | Freeman, Barbara | 2:17-cv-14091 | Gacovino, Lake, & Associates, P.C. |
| 15. | Gaines, Benjamin | 2:17-cv-17560 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 16. | Grohn, Virginia | 2:18-cv-00319 | Johnson Law Group |
| 17. | Hall, Leona | 2:17-cv-14730 | Salyer Law Office, PLLC |
| 18. | Hall, Mary | 2:17-cv-07569 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |
| 19. | Huxable, Linda F. | 2:18-cv-00998 | Lenze Lawyers, PLC |
| 20. | Jeffery, Rico | 2:18-cv-00120 | Johnson Law Group |
| 21. | Jones, Maude | 2:18-cv-01212 | Slater, Slater Schulman, LLP |
| 22. | Jones, Shedrie | 2:18-cv-00115 | Slater, Slater Schulman, LLP |
| 23. | Kennedy, Craig | 2:18-cv-00730 | Pierce Skrabanek, PLLC |
| 24. | Lemley, Cheryl | 2:18-cv-00969 | Lenze Lawyers, PLC |
| 25. | Lilly, Alma | 2:18-cv-00118 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 26. | Langone, Betty | 2:17-cv-17393 | Slater, Slater Schulman, LLP |
| 27. | Love, Samuel | 2:18-cv-00672 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 28. | Mancebo, John | 2:18-cv-00949 | Excolo Law, PLLC |
| 29. | Martin, Myrtis J. | 2:18-cv-00141 | Lenze Lawyers, PLC |
| 30. | Medley, Anna | 2:18-cv-00527 | Slater, Slater Schulman, LLP |
| 31. | Narh, Ebony | 2:17-cv-14056 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 32. | Noriega, Lillian | 2:18-cv-01214 | Slater, Slater Schulman, LLP |
| 33. | Oakes, Martha | 2:18-cv-00530 | Slater, Slater Schulman, LLP |
| 34. | Rexstrew, Verla | 2:18-cv-00337 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 35. | Rice, Annette K. | 2:18-cv-00824 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 36. | Richmond-Sanders, Latresa | 2:17-cv-17918 | Lenze Lawyers, PLC |
| 37. | Seats, Robbin | 2:17-cv-15622 | Slater, Slater Schulman, LLP |
| 38. | Simmons, Cora | 2:18-cv-00568 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 39. | Smith, Frank | 2:17-cv-07569 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |
| 40. | Sparrow, Robert | 2:18-cv-00109 | Johnson Law Group |
| 41. | Tettleton, Steven, Sr. | 2:17-cv-17808 | Avram Blair & Associates, P.C. |
| 42. | Turnbach, Norbert | 2:17-cv-07569 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| **43.** | Whitley, Cecil | 2:18-cv-00113 | Slater, Slater Schulman, LLP |
| **44.** | Willette, Pepper | 2:18-cv-00528 | Slater, Slater Schulman, LLP |
| **45.** | Wray-Brewer, Sonja | 2:18-cv-00153 | Douglas & London, P.C. |

New Orleans, Louisiana, on this 1st day of November 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge