UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On July 2, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 10195]. By consent of the parties, the following Plaintiffs were given until September 18, 2018 to serve a Plaintiff Fact Sheet. [Rec. Doc. 10627]. For the reasons set forth on the record at the Show Cause Hearing held on September 18, 2018, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Allen, Steven | 2:17-cv-17382 | SWMW Law, LLC |
| 2. | Gusewell, Sara | 2:18-cv-00281 | Tor Hoerman Law LLC |
| 3. | McCormack, Mary | 2:17-cv-17481 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Mott, Alden | 2:17-cv-17940 | Jackson Allen & Williams, LLP |
| 5. | Rogers, Veronica | 2:17-cv-14075 | Fernelius Simon PLLC |
| 6. | Sigler, Tamara | 2:17-cv-17883 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 7. | Turner, Cara | 2:18-cv-00342 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| **8.** | White, William K. | 2:17-cv-17867 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

New Orleans, Louisiana, on this 1st day of November 2018.

Judge Eldon E. Fallon
United States District Court Judge