UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On July 2, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 10195]. By consent of the parties, the following Plaintiffs were given until September 18, 2018 to serve a Plaintiff Fact Sheet. [Rec. Doc. 10627]. For the reasons set forth at the Show Cause Hearing held on September 18, 2018, the following Plaintiffs shall be given until November 19, 2018 to serve a Plaintiff Fact Sheet, and the cases shall be addressed at the Show Cause Hearing to be held on November 19, 2018 at 9:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to serve a Plaintiff Fact Sheet by this date may result in dismissal of these cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Abbott, Janis A. | 2:18-cv-00203 | The Bradley Law Firm |
| 2. | Carrington, Terrance | 2:17-cv-17305 | Pro Se (Stern Law, PLLC terminated 4/10/18) |
| 3. | Christie, Jennifer | 2:17-cv-17264 | Pro Se (Stern Law, PLLC terminated 4/12/18) |
| 4. | Eaves, Thomas | 2:18-cv-01207 | Burns Charest LLP |

New Orleans, Louisiana, on this 1st day of November 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge