UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

## ORDER

On July 2, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 10195]. By consent of the parties, the following Plaintiffs were given until September 18, 2018 to serve a Plaintiff Fact Sheet. [Rec. Doc. 10627]. Prior to the Show Cause Hearing held on September 18, 2018, the following Plaintiffs filed or agreed to file stipulations dismissing their cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Evans, Stephen | 2:17-cv-17371 | Slater, Slater Schulman, LLP |
| 2. | Fick, Ashley | 2:17-cv-17978 | Johnson Law Group |
| 3. | Hall-Wilson, Carolyn | 2:18-cv-01080 | Childers, Schlueter & Smith, LLC |
| 4. | Mason, Lawrence | 2:17-cv-17811 | Gacovino, Lake, & Associates, P.C. |
| 5. | Nunez, Leonora | 2:18-cv-00487 | Morgan & Morgan Complex Litigation Group |
| 6. | Rein, David | 2:17-cv-17161 | Jackson Allen & Williams, LLP |

New Orleans, Louisiana, on this 1st day of November 2018.

Judge Eldon E. Fallon
United States District Court Judge