UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

## ORDER

On June 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9955]. For the reasons set forth at the Show Cause Hearing held on July 17, 2018, the following Plaintiffs were given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10507]. For the reasons set forth at the Show Cause Hearing held on September 18, 2018, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | COX, LEONARD R | The Schlemmer Firm, LLC | 2:17-cv-5436 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | GEORGE, GREGORY | Smith Stag | 2:17-cv-17894 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

|   | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 3. | HILL, KELVIN | The Gallagher Law Firm LLP | 2:17-cv-12651 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 4. | SALTER, HENRY A | Marc J. Bern & Partners LLP | 2:17-cv-17925 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | SHERMAN, BEVERLY J | Johnson Law Group | 2:17-cv-08550 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 1st day of November 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge