**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**ORDER**

On June 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies.  [Rec. Doc. 9955].  For the reasons set forth at the Show Cause Hearing held on July 17, 2018, the following Plaintiffs were given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion.  [Rec. Doc. 10507].  For the reasons set forth at the Show Cause Hearing held on September 18, 2018, the following Plaintiffs shall be given until November 19, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Show Cause Hearing to be held on November 19, 2018 at 9:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | DEEB, VICTOR | The Law Offices of Jeffrey S. Glassman | 2:16-cv-02347 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 2. | LANE, DORIELLE | The Driscoll Firm | 2:16-cv-09506 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 3. | MORGAN, MERIL | Jackson Allen Williams, LLP | 2:15-cv-05913 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 4. | STOKES, JACQULINE | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | THOMAS, DOROTHY | The Driscoll Firm | 2:17-cv-17359 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | WILLIAMS, ROBERT | Salim-Beasley, LLC | 2:17-cv-11481 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 1st day of November 2018.

_____

Judge Eldon E. Fallon
United States District Court Judge