UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :   MDL No. 2592
                                       :
                                       :   SECTION L
THIS DOCUMENT RELATES TO:              :
THE CASES LISTED BELOW                 :
                                       :   JUDGE ELDON E. FALLON
                                       :
                                       :   MAGISTRATE JUDGE NORTH

## ORDER

On February 14, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 8662]. For the reasons set forth at the Show Cause Hearing held on March 20, 2018, the following Plaintiffs were given until May 8, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 9151]. For the reasons set forth at the Show Cause Hearing held on May 8, 2018, the following Plaintiffs were given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Docs. 10601]. Prior to the Show Cause Hearing held on September 18, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|-------------------|-------------------|-------------------|------------------------|
| 1. | BLAXTON, THOMAS   | Douglas & London  | 2:17-cv-07569     | Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

1

2

|   | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 2. | IN RE MORALES, JORGE | Scott, Vicknair, Hair & Checki, LLC | | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|---|---|---|---|
| 3. | KEPPELER, FRANK | Scott, Vicknair, Hair & Checki, LLC | 2:16-cv-01551 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 1st day of November 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge