UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| | : MAGISTRATE JUDGE NORTH |

## ORDER

On September 4, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 10824]. Prior to the Show Cause Hearing held on September 18, 2018, the following Plaintiffs agreed to file or filed a stipulations dismissing their cases with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | AVAKIAN, NVARD | Fears \| Nachawati | 2:17-cv-12169 | Prescription Records- Records provided do not show Xarelto use; Medical Records- Failure to provide any Medical Records demonstrating alleged injury |
| 2. | BURCE, BRIAN | The Driscoll Firm | 2:14-cv-00666 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

1

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 3. | EDGERLY, FRANCES | Johnson Law Group | 2:17-cv-09278 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 4. | EGUARAS, VIOLETA | The Lanier Law Firm | 2:18-cv-02198 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 5. | KRUEGER, KEITH | Fears \| Nachawati | 2:17-cv-10632 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 6. | TERRY, GERALD | Pulaski Law Firm, PLLC | 2:18-cv-01478 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 1st day of November, 2018.

Judge Eldon E. Fallon
United States District Court Judge