UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

# ORDER

On August 31, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 10855]. Prior to the Show Cause Hearing held on September 18, 2018, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Acevedo, Edward | 2:18-cv-01411 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Baum, Sheldon E. | 2:18-cv-02379 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Coffey, Karen Faulkner | 2:18-cv-02920 | Fears Nachawati, PLLC |
| 4. | Collier, Don Anthony | 2:18-cv-01920 | Fears Nachawati, PLLC |
| 5. | Conley, Eugene | 2:18-cv-02371 | Kirkendall Dwyer LLP |
| 6. | Cronk, Homer | 2:18-cv-01394 | Fears Nachawati, PLLC |
| 7. | Giordano, Nancy | 2:18-cv-00699 | Dell & Dean, PLLC |
| 8. | Graham, Peter | 2:18-cv-02432 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 9. | Hernandez, Jerry | 2:18-cv-01414 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 10. | Hill, Carol | 2:18-cv-03035 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 11. | Holt, Johnny, Jr. | 2:18-cv-02383 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 12. | Jackson, Charles | 2:18-cv-02785 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 13. | Knapp, Carolyn | 2:18-cv-02311 | The Bradley Law Firm |
| 14. | Landis-King, Amber | 2:18-cv-01378 | Lenze Lawyers, PLC |
| 15. | Leary, Anthony | 2:18-cv-01274 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 16. | Lugo, Salvador | 2:18-cv-02451 | Fears Nachawati, PLLC |
| 17. | McQueen, Jennifer | 2:18-cv-02510 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 18. | Power, Mary | 2:18-cv-01702 | Fears Nachawati, PLLC |
| 19. | Rassi, Roy J. | 2:18-cv-01951 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 20. | Runner, Adele | 2:18-cv-01361 | Lenze Lawyers, PLC |
| 21. | Tallent, Timothy | 2:18-cv-02434 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 22. | Terry, Kenneth | 2:18-cv-02147 | Excolo Law, PLLC |
| 23. | Tielsch, Jacqueline | 2:18-cv-02526 | Johnson Law Group |
| 24. | Weldon, Joan | 2:18-cv-02189 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 25. | Williams, Kenneth | 2:18-cv-02071 | Marc J. Bern & Partners LLP |

New Orleans, Louisiana, on this 1st day of November 2018.

                                                    Judge Eldon E. Fallon
                                                    United States District Court Judge