UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)              :
PRODUCTS LIABILITY LITIGATION             :   MDL No. 2592
                                          :
                                          :   SECTION L
                                          :
THIS DOCUMENT RELATES TO:                 :
THE CASES LISTED BELOW                    :
                                          :   JUDGE ELDON E. FALLON
                                          :
                                          :   MAGISTRATE JUDGE NORTH

## ORDER

On August 31, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 10855]. For the reasons set forth on the record at the Show Cause Hearing held on September 18, 2018, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|-----|--------------|------------|-------------------|
| 1.  | Barnard, Kay Don | 2:18-cv-02397 | Peterson & Associates, P.C. |
| 2.  | Gilley, Bertha | 2:18-cv-02629 | Lenze Lawyers, PLC |
| 3.  | Good, Jacqueline | 2:18-cv-01425 | Wexler Wallace LLP |
| 4.  | Harrell, David | 2:18-cv-02202 | Bruera Law Firm, PLLC |
| 5.  | Harrison, Victoria | 2:18-cv-01985 | Wilshire Law Firm |
| 6.  | Pierce, Ruby | 2:18-cv-01269 | Pro se |
| 7.  | Qaadir, Muhammad | 2:18-cv-01680 | Pro Se |

New Orleans, Louisiana, on this 1st day of November 2018.

Judge Eldon E. Fallon
United States District Court Judge