UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 31, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 10855]. Prior to the Show Cause Hearing held on September 18, 2018, the following Plaintiffs filed or agreed to file stipulations dismissing their cases with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Hymel, Paulette | 2:18-cv-02184 | Wagstaff & Cartmell, LLP |
| 2. | James, Terry | 2:18-cv-03009 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Naysmith, Linda J. | 2:18-cv-03037 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 4. | Robinson, Tanya | 2:18-cv-02151 | Wagstaff & Cartmell, LLP |

New Orleans, Louisiana, on this 1st day of November 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge