UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

## ORDER

On September 4, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 10824]. For the reasons set forth at the Show Cause Hearing held on September 18, 2018, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ANDERSON, TRACY | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | CHOLEWCZYNSKI, STANLEY | The Gallagher Law Firm PLLC | 2:18-cv-00348 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

1

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 3. | DIABY, DEBORAH | The Driscoll Firm | 2:18-cv-00666 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | HAGIN, DAVID | Stern Law, PLLC | 2:18-cv-00300 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Medical records provided do not demonstrate alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 5. | HOLDER, STACEY | Wilshire Law Firm | 2:17-cv-17428 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- Failure to provide any Medical Records demonstrating alleged injury; Declaration- Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | HUDSON, CECIL | The Driscoll Firm | 2:17-cv-13854 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 7. | ROBINSON, FLOSSIE | The Gallagher Law Firm PLLC | 2:17-cv-17833 | Medical Records- Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 8. | SHERIDAN, DOLOREEN | The Driscoll Firm | 2:16-cv-11037 | Prescription Records- Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 9. | THIGPEN, LEE W | The Driscoll Firm | 2:17-cv-17126 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | WAGNER, TRACI | The Gallagher Law Firm PLLC | 2:17-cv-17836 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | WHITE, KEVIN | Monsour Law Firm | 2:18-cv-01698 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | WYNN, MARY LOU | The Potts Law Firm, LLP | 2:17-cv-16044 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

5

New Orleans, Louisiana, on this 1st day of November, 2018.

                                                            *Eldon E. Fallon*

                                                            Judge Eldon E. Fallon
                                                            United States District Court Judge