UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L <br> : |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**ORDER**

On September 4, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 10824]. For the reasons set forth on the record at the September 18, 2018 Show Cause Hearing, the following Plaintiffs shall be given until November 19, 2018 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Show Cause Hearing to be held on November 19, 2018 at 9:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | COOPER, EVELYN | The Driscoll Firm | 2:17-cv-17136 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 2. | COOPER, GLENN | Flint Law Firm, LLC | 2:18-cv-0151 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 3. | CRUTCHER, CAROL E | Law Office of Christopher K. Johnston, LLC | 2:18-cv-1406 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 4. | DABBS, ALICE C | Beasley Allen | 2:18-cv-00957 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 5. | DINGWITZ, DENNIS | Stern Law, PLLC | 2:18-cv-00295 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 6. | MORENO, KRISTI | The Driscoll Firm | 2:17-cv-17510 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 7. | RESLER, LARRY D | Wilshire Law Firm | 2:17-cv-9794 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | SHERMAN, WILLIE | Excolo Law PLLC | 2:18-cv-00359 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 9. | SMITH, PATRICK K | Goldblatt + Singer | 2:18-cv-00068 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 10. | THOMPSON, JOHNNIE | Irpino Law Firm | 2:18-cv-01651 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 11. | WILLIAMS, GEORGINE | The Driscoll Firm | 2:17-cv-17346 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | WISNIEWSKI, ANN | Irpino Law Firm | 2:18-cv-00320 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 13. | WRIGHT, JERRY L | Beasley Allen | 2:18-cv-00680 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

New Orleans, Louisiana, on this 1st day of November, 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge