# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>SHEILA A. BIANCALANA and ROY GENE BIANCALANA, Jr.,<br><br>Civil Case No. 2:16-cv-08750-EEF-MBN | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

**IT IS ORDERED** that the Motion for Leave to File Amended Complaint filed by Plaintiffs, Sheila A. Biancalana and Roy Gene Biancalana, Jr. be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

SIGNED this   1st   day of   November  , 2018.

Honorable Judge Eldon E. Fallon
United States District Court Judge