**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | } | |
| | } | SECTION: L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A**

<u>**ORDER**</u>

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Michael A. London of the law

firm of Douglas & London, P.C., be allowed to enroll as co-counsel for Plaintiffs in the Civil

Action numbers listed on Exhibit A.

Dated: _____November   1st_____, 2018.

Hon. Eldon E. Fallon
United States District Judge

# EXHIBIT A

## EXHIBIT A

1. Thelma Sagona and Johnny Sagona v. Janssen Research & Development LLC, et al. - 2:16-cv-00166

2. Elaine Murrill v. Janssen Research & Development LLC, et al. - 2:15-cv-06564

3. Gerry Cain-Goodwin and James Goodwin v. Janssen Research & Development LLC, et al. - 2:15-cv-05275

4. Glenda Tackett and Kermit Tackett v. Janssen Research & Development LLC, et al. - 2:15-cv-05058

5. Josefa G. Guerra, Executor of the Estate v. Janssen Research & Development LLC, et al. - 2:15-cv-03302

6. Susan L. Stewart v. Janssen Research & Development LLC, et al. - 2:15-cv-03308

7. Shirley Johnson v. Janssen Research & Development LLC, et al. - 2:15-cv-06585

8. John Best and Edna Best v. Janssen Research & Development LLC, et al. - 2:15-cv-02830

9. Carl Dettmer and Bonnie Dettmer v. Janssen Research & Development LLC, et al. - 2:15-cv-03300

10. Lola Allen v. Janssen Research & Development LLC, et al. - 2:15-cv-05038

11. Willard Griffin v. Janssen Research & Development LLC, et al. - 2:15-cv-05175

12. Kathy Prince v. Janssen Research & Development LLC, et al. - 2:15-cv-05055

13. James Glessner and Beverly Glessner v. Janssen Research & Development LLC, et al. - 2:15-cv-05293

14. Elaine Moe v. Janssen Research & Development LLC, et al. - 2:16-cv-00160

15. Michael J. Fagan and Monica Fagan v. Janssen Research & Development LLC, et al. - 2:15-cv-00172

16. Deloris Waugh v. Janssen Research & Development LLC, et al. - 2:16-cv-02205

17. Phyllis Keating and Thomas Keating v. Janssen Research & Development LLC, et al. - 2:15-cv-05031

18. Deborah McGee v. Janssen Research & Development LLC, et al. - 2:15-cv-05050

19. Kevin Moore and Dianne Moore v. Janssen Research & Development LLC, et al. - 2:16-cv-05054

20. Sharon K. Wright v. Janssen Research & Development LLC, et al. - 2:16-cv-08081

21. Erman Sandifer and Carrie Sandifer v. Janssen Research & Development LLC, et al. - 2:15-cv-05294

22. Elliot Boka and Diane Boka v. Janssen Research & Development LLC, et al. - 2:15-cv-05278

23. Terry Blau and Connie Blau v. Janssen Research & Development LLC, et al. - 2:16-cv-00124

24. Jewel Smith and Jack Smith   v. Janssen Research & Development LLC, et al. - 2:16-cv-00161

25. Marco P. Medina v. Janssen Research & Development LLC, et al. - 2:16-cv-08086

26. George Eastman and Doris Eastman  v. Janssen Research & Development LLC, et al. - 2:16-cv-00127

27. Jerilyn Fry v. Janssen Research & Development LLC, et al. - 2:16-cv-08078

28. Betty Hawkins and Billy Hawkins v. Janssen Research & Development LLC, et al. - 2:15-cv-03307

29. Roslyn Gilligan v. Janssen Research & Development LLC, et al. - 2:15-cv-03354

30. Craig A. Smith v. Janssen Research & Development LLC, et al. - 2:15-cv-05296

31. Larry Davis and Judy Davis v. Janssen Research & Development LLC, et al. - 2:15-cv-06587

32. Victoria Crawford and Derek Quon v. Janssen Research & Development LLC, et al. - 2:16-cv-00042

33. Carole Eaton-Spring v. Janssen Research & Development LLC, et al. - 2:15-cv-03115

34. Susan Peirce v. Janssen Research & Development LLC, et al. - 2:15-cv-06586

35. Christopher Rudd v. Janssen Research & Development LLC, et al. - 2:15-cv-05056

36. Howard Rice and Jacqueline Rice v.   Janssen Research & Development LLC, et al. - 2:15-cv-03358

37. Betty Smyser v. Janssen Research & Development LLC, et al. - 2:16-cv-00126

38. Faye Steerman v. Janssen Research & Development LLC, et al. - 2:15-cv-03359

39. Robert Peinado and M. Irma Peinado  v. Janssen Research & Development LLC, et al. - 2:16-cv-06628

40. Valerie Capane v. Janssen Research & Development LLC, et al. - 2:16-cv-02198

41. Lucinda Curran v. Janssen Research & Development LLC, et al. - 2:15-cv-04836

42. Douglas Miller and Kathleen Miller v. Janssen Research & Development LLC, et al. - 2:15-cv-06577

43. Doris Dudley and Michael Dudley v. Janssen Research & Development LLC, et al. - 2:16-cv-00163

44. Dennis Andreatta and Mary Andreatta v. Janssen Research & Development LLC, et al. - 2:16-cv-00151

45. Katie Williams and Nathaniel Williams v. Janssen Research & Development LLC, et al. - 2:15-cv-06582

46. Brian Douglas and Wendy Douglas v. Janssen Research & Development LLC, et al. - 2:15-cv-03301

47. Louis Csoka and Judith Csoka v. Janssen Research & Development LLC, et al. - 2:16-cv-00130

48. Daniel Ansay v. Janssen Research & Development LLC, et al. - 2:16-cv-01954

49. Barbara Jo Randles and Monte Randles v. Janssen Research & Development LLC, et al. - 2:15-cv-03309

50. Clara Donald v. Janssen Research & Development LLC, et al. - 2:15-cv-05292

51. Joenetha Greer and Joyce Greer v. Janssen Research & Development LLC, et al. - 2:15-cv-05045

52. Roy McCann and Linda McCann v. Janssen Research & Development LLC, et al. -2:16-cv-00156

53. Donald Turner and Diane Turner v. Janssen Research & Development LLC, et al. - 2:15-cv-06583

54. Karen Jacob v. Janssen Research & Development LLC, et al. - 2:15-cv-06466

55. Leonard Levine v. Janssen Research & Development LLC, et al. - 2:15-cv-06580

56. Rosetta Cook and Stanley Cook v. Janssen Research & Development LLC, et al. - 2:15-cv-03298

57. David Harris v. Janssen Research & Development LLC, et al. - 2:15-cv-06571

58. Dwight Norstrom and Julie Nordstrom v. Janssen Research & Development LLC, et al. - 2:15-cv-05287

59. David Hummel and Melissa Hummel v. Janssen Research & Development LLC, et al. - 2:16-cv-02200