**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : **MDL No. 2592** |
| PRODUCTS LIABILITY LITIGATION | : |
| | : **SECTION L** |
| | : |
| | : **JUDGE ELDON E. FALLON** |
| | : |
| | : **MAGISTRATE JUDGE NORTH** |
| | : |

_____ :

**THIS DOCUMENT RELATES TO:**

*Bevills v. Janssen Research & Development, LLC, et al., 2:16-cv-12102*

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's First

Motion for Extension of Time Within Which to Tender a Full Plaintiff Fact Sheet, filed

by the above-listed Plaintiff Gary Bevills, is hereby GRANTED, and Plaintiff's Motion

for Extension of Time Within Which to Tender a Full Plaintiff Fact Sheet is hereby

withdrawn from the record.

New Orleans, Louisiana, this  1st  day of  November  , 2018.

Honorable Eldon E. Fallon
United States District Judge