UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| DISMISSAL OF HARRIET CAIRNS | * * | MAGISTRATE JUDGE NORTH |
| | * | Civil Action No. 2:16-CV-01175 |

**O R D E R**

This matter came before the court on the Motion for Voluntarily Dismissal With Prejudice filed by the Plaintiff.

IT IS ORDERED BY THE COURT that the Motion for Voluntarily Dismissal With Prejudice filed by the Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this __1st__ day of __November_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge