# Lisa Kruse

**From:** Lisa Kruse
**Sent:** Monday, January 08, 2018 12:46 PM
**To:** 'Kelly Brilleaux'
**Cc:** Chris Quinn; Tara Seidenberg
**Subject:** Netty Acker- Xarelto MDL Dual representation

Kelly-

We have a dual representation issue involving Plaintiff Netty Acker.

Our firm is agreeable to dismissing our case, so we would like you to prepare a stipulation of dismissal of Cause No. 2:17-cv-17257 at your earliest convenience.

The Driscoll Firm will proceed with the handling of Ms. Acker's claim which was filed in the *Rogers, et al v. Janssen, et al* that was transferred to Judge Fallon on August 18, 2016 under Cause No. 2:16-cv-13851 and the stipulation will not affect that claim.

Please let me know if you need any additional information. Thank you and hope you had a great holiday!

Lisa Kruse
The Gallagher Law Firm LLC
2905 Sackett Street
Houston TX 77098
(713) 222-8080



PLAINTIFF'S EXHIBIT A