**THE GALLAGHER LAW FIRM PLLC**
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080  Fax (713) 222-0066
mike@gld-law.com; lisak@gld-law.com

October 17, 2018

BAYER PHARMA AG
Attn: EVA GARDYAN-EISENLOHR
GENERAL COUNSEL
MÜLLERSTRASSE 178
13353 BERLIN        *Via U.S. Registered Mail, Return Receipt Requested*
GERMANY            **Registered Article No. RB 271 312 262 US**

In re: Xarelto Products Liability Litigation- MDL No. 2592; In the United States District Court for the Eastern District of Louisiana;

*Thomas Henkel;* Case 2:16-cv-17077-EEF-MBN USDC, EDLA
*Gwendolyn McAfee;* Case 2:16-cv-15932-EEF-MBN USDC, EDLA
*Horace Stutes;* Case 2:16-cv-13436-EEF-MBN USDC, EDLA
*Deborah Wilks;* Case 2:17-cv-00754-EEF-MBN USDC, EDLA
*Christopher Rueda, et al;* Case 2:17-cv-00619-EEF-MBN USDC, EDLA
*Netty Acker;* Case 2:17-cv-17257-EEF-MBN USDC, EDLA

Dear Ms. Gardyan-Eisenlohr:

Pursuant to Pre-Trial Orders 10 and 11 governing streamlined service of process and other applicable Court Orders regarding service of complaints in the above matter, I am hereby serving Plaintiff's Complaint, Civil Cover Sheet and Summons on you as agent for and on behalf of Defendant Bayer Pharma AG in each of the above matters.

Thank you for your assistance and cooperation in this matter.

Very truly yours,

/s/ Michael T. Gallagher
Michael T. Gallagher

cc:   xareltocomplaints@babc.com



PLAINTIFF'S EXHIBIT B

RB 271 312 262 US

**UNITED STATES POSTAL SERVICE**

**Registered Mail Receipt**

Date Stamp

| | | |
|---|---|---|
| Postage | | Return Receipt |
| Registered Fee | | Restricted Delivery |
| Handling Charge | | Special Delivery |
| Total Postage and Fees | $ | 10/17/2018 |
| Declared Value | $100 | Declare full value of contents at the time of mailing. Maximum amount... nestic claims six months. |

Received by

FROM:
MICHAEL T. GALLAGHER
HOUSTON, TX 77077
The Gallagher Law Firm PLLC
2905 Sackett Street
Houston, TX 77098

TO:
Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
Müllerstrasse 178
13353 Berlin GERMANY

- Post Office

PS Form 3806,

---

LA210826122US

**USPS® Customs Declaration – CN 22**

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

Sender's Last Name          First

MICHAEL T. GALLAGHER
The Gallagher Law Firm PLLC
2905 Sackett Street
Houston, TX 77098

Telephone/Fax or Email
713-222-8080

Addressee's Last Name          First    OCT 17

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
Müllerstrasse 178
13353 Berlin GERMANY

Country          Telephone/Fax or Email

2 - Shipping Label (left) and Customer Copy (right)

# Lisa Kruse

| | |
|---|---|
| From: | Lisa Kruse |
| Sent: | Wednesday, October 17, 2018 12:27 PM |
| To: | xareltocomplaints@babc.com |
| Subject: | Notice of Service on Bayer Pharma AG- Xarelto MDL Complaints 10 17 18 |
| Attachments: | HENKEL,BAYER PHARMA AG SERVICE DOCS.pdf; MCAFEE,BAYER PHARMA AG SERVICE DOCS.pdf; RUEDA,BAYER PHARMA AG SERVING DOCS.pdf; STUTES, BAYER PHARMA AG SERVICE DOCS.pdf; WILKS,BAYER PHARMA AG SERVING DOCS.pdf; ACKER BAYER PHARMA AG SERVICE DOCS.pdf; Bayer Pharma AG Service Letter 10 17 18.pdf |

Dear Sir/Madam:

Pursuant to PTO 10 issued by Judge Fallon in the Xarelto MDL No. 2592 proceeding, I am providing notice of service on Bayer Pharma AG in the above matter, including copies of the service letter, Complaints, Civil Cover Sheets and Summonses in the following matters that were mailed today:

*Thomas Henkel;* Case 2:16-cv-17077-EEF-MBN USDC, EDLA
*Gwendolyn McAfee;* Case 2:16-cv-15932-EEF-MBN USDC, EDLA
*Horace Stutes;* Case 2:16-cv-13436-EEF-MBN USDC, EDLA
*Deborah Wilks;* Case 2:17-cv-00754-EEF-MBN USDC, EDLA
*Christopher Rueda, et al;* Case 2:17-cv-00619-EEF-MBN USDC, EDLA
*Netty Acker;* Case 2:17-cv-17257-EEF-MBN USDC, EDLA

Thank you for your assistance and cooperation.

*Lisa Kruse*

Senior Trial Paralegal | Mass Tort Coordinator
**The Gallagher Law Firm, PLLC**
**2905 Sackett Street**
**Houston, Texas 77098**
(713) 222-8080 - Phone
(713) 222-0066 - Fax
lisak@gld-law.com
www.gallagher-law-firm.com


The Gallagher Law Firm

*CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

1

**THE GALLAGHER LAW FIRM PLLC**
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080  Fax (713) 222-0066
mike@gld-law.com; lisak@gld-law.com

October 17, 2018

BAYER HEALTHCARE PHARMACEUTICALS INC.
SOP DEPARTMENT
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE         *Via Certified Mail, Return Receipt Requested*
WILMINGTON, DE 19808           **Article No. 7012 2210 0002 6806 7541**

In re: Xarelto Products Liability Litigation- MDL No. 2592; In the United States District Court for the Eastern District of Louisiana;

*Netty Acker*; Case 2:17-cv-17257-EEF-MBN USDC, EDLA

Dear Counsel:

Pursuant to Pre-Trial Orders 10 and 11 governing streamlined service of process and other applicable Court Orders regarding service of complaints in the above matter, I am hereby serving Plaintiff's Complaint, Civil Cover Sheet and Summons on you as agent for and on behalf of Defendant Bayer Healthcare Pharmaceuticals, Inc. in the above matters.

Very truly yours,

/s/Michael T. Gallagher
Michael T. Gallagher

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bayer Healthcare Pharmaceuticals
   SOP Dept./ Corp Service Co.
   251 Little Falls Drive
   Wilmington, DE 19808

   9590 9402 4356 8190 7030 62

2. Article Number (Transfer from service label)

   7012 2210 0002 6806 7541

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Samy Azer*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   OCT 22 2018

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Bayer Healthcare Pharmaceuticals
         SOP Dept./ Corp Service Co.
Street,  251 Little Falls Drive
or PO
City, S  Wilmington, DE 19808

7012 2210 0002 6806 7541

**THE GALLAGHER LAW FIRM PLLC**
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080 Fax (713) 222-0066
mike@gld-law.com; lisak@gld-law.com

October 17, 2018

Janssen Pharmaceuticals, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933      *Via CM/RRR Article #7012 2210 0002 6806 8326*

 In re: Xarelto Products Liability Litigation- MDL No. 2592; In the United States District Court for the Eastern District of Louisiana;

 *Netty Acker*; Case 2:17-cv-17257-EEF-MBN USDC, EDLA

Dear Sir/Madam:

 I am serving two Waivers of the Service of Summons, Plaintiff's Complaint and Civil Cover Sheet on you in the above matter.

 I would appreciate you returning one copy of the executed Waiver via email at the above email addresses as you have been doing in our prior cases.

 Should you have any questions, please do not hesitate to contact me. Thank you for your assistance and cooperation in this matter.

Very truly yours,

/s/ Michael T. Gallagher
Michael T. Gallagher

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DIST OF LOUISIANA

| | |
|---|---|
| NETTY ACKER<br>*Plaintiff*<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT, ET AL<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:17-cv-17257<br>)<br>) |

**WAIVER OF THE SERVICE OF SUMMONS**

To: MICHAEL T. GALLAGHER
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from  10/17/2018 , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

Janssen Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Janssen Pharmaceuticals, Inc.
Street, Apt. or PO Box: One Johnson & Johnson Plaza
City, State: New Brunswick, NJ 08933

7012 2210 0002 6806 8326

PS Form 3811, July 2015 PSN 7530-02-000-9053

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Pharmaceuticals, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9402 4356 8190 7030 31

2. Article Number (Transfer from service label)
7012 2210 0002 6806 8326

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OCT 22 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**THE GALLAGHER LAW FIRM PLLC**
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080  Fax (713) 222-0066
mike@gld-law.com; lisak@gld-law.com

October 17, 2018

Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933     *Via CM/RRR Article #7012 2210 0002 6806 8609*

    In re: Xarelto Products Liability Litigation- MDL No. 2592; In the United States District Court for the Eastern District of Louisiana;

    *Netty Acker*; Case 2:17-cv-17257-EEF-MBN USDC, EDLA

Dear Sir/Madam:

    I am serving two Waivers of the Service of Summons, Plaintiff's Complaint and Civil Cover Sheet on you in the above matter.

    I would appreciate you returning one copy of the executed Waiver via email at the above email addresses as you have been doing in our prior cases.

    Should you have any questions, please do not hesitate to contact me. Thank you for your assistance and cooperation in this matter.

                                                                   Very truly yours,

                                                                  /s/ Michael T. Gallagher
                                                                  Michael T. Gallagher

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DIST OF LOUISIANA

NETTY ACKER )
*Plaintiff* )
v. ) Civil Action No. 2:17-cv-17257
JANSSEN RESEARCH & DEVELOPMENT, ET AL )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: MICHAEL T. GALLAGHER
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 10/17/2018, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

Johnson & Johnson Company
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Case 2:14-md-02592-EEF-MBN   Document 11436-2   Filed 11/01/18   Page 11 of 17




**THE GALLAGHER LAW FIRM PLLC**
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080  Fax (713) 222-0066
mike@gld-law.com; lisak@gld-law.com

October 17, 2018

Janssen Research & Development, LLC
f/k/a Johnson & Johnson Pharmaceutical
Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933     *Via CM/RRR Article #7012 2210 0002 6806 8616*

  In re: Xarelto Products Liability Litigation- MDL No. 2592; In the United States District Court for the Eastern District of Louisiana;

  *Netty Acker*; Case 2:17-cv-17257-EEF-MBN USDC, EDLA

Dear Sir/Madam:

  I am serving two Waivers of the Service of Summons, Plaintiff's Complaint and Civil Cover Sheet on you the above matter.

  I would appreciate you returning one copy of the executed Waiver via email at the above email addresses as you have been doing in our prior cases.

  Should you have any questions, please do not hesitate to contact me. Thank you for your assistance and cooperation in this matter.

              Very truly yours,

              /s/ Michael T. Gallagher
              Michael T. Gallagher

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DIST OF LOUISIANA

NETTY ACKER  
*Plaintiff*  
v.  
JANSSEN RESEARCH & DEVELOPMENT, ET AL  
*Defendant*

Civil Action No. 2-17-cv-17257

## WAIVER OF THE SERVICE OF SUMMONS

To: MICHAEL T. GALLAGHER
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____10/17/2018_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

Janssen R&D, LLC f/k/a J&J Pharma R&D, LLC
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.




# THE GALLAGHER LAW FIRM PLLC

2905 Sackett Street
Houston, Texas 77098
(713) 222-8080  Fax (713) 222-0066
mike@gld-law.com; lisak@gld-law.com

October 17, 2018

Janssen Ortho LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801    *Via CM/RRR Article #7012 2210 0002 6806 8319*

In re: Xarelto Products Liability Litigation- MDL No. 2592; In the United States District Court for the Eastern District of Louisiana;

*Netty Acker*; Case 2:17-cv-17257-EEF-MBN USDC, EDLA

Dear Sir/Madam:

I am serving two Waivers of the Service of Summons, Plaintiff's Complaint and Civil Cover Sheet on you in the above matter.

I would appreciate you returning one copy of the executed Waiver via email at the above email addresses as you have been doing in our prior cases.

Should you have any questions, please do not hesitate to contact me. Thank you for your assistance and cooperation in this matter.

Very truly yours,

/s/Michael T. Gallagher
Michael T. Gallagher

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
EASTERN DIST OF LOUISIANA

NETTY ACKER )
*Plaintiff* )
v. )  Civil Action No. 2:17-cv-17257
JANSSEN RESEARCH & DEVELOPMENT , ET AL )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:  MICHAEL T. GALLAGHER
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __10/17/2018__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

Janssen Ortho LLC
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Janssen Ortho LLC
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

   9590 9402 4356 8190 7030 17

2. Article Number (Transfer from service label)

   7012 2210 0002 6806 8319

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                   ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

   RECEIVED
   OCT 2 3 2018
   CT CORPORATION

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ail
   ☐ ...ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7012 2210 0002 6806 8319

Sent To: Janssen Ortho LLC
Street, Apt. or PO Box: The Corporation Trust Company
              Corporation Trust Center
City, State: 1209 Orange Street
              Wilmington, DE 19801

PS Form 38...                                    ...ons