## Lisa Kruse

| | |
|---|---|
| **From:** | Lisa Kruse |
| **Sent:** | Monday, October 29, 2018 3:16 PM |
| **To:** | 'Brown, Lindy'; 'Susan M Sharko'; 'Andy Birchfield'; 'Lenny Davis'; 'gmeunier@gainsben.com'; 'andrew.solow@arnoldporter.com'; 'jirwin@irwinllc.com'; joan.goddard@arnoldporter.com; Rothman, Alan; Daly, Daryl; 'Brennan, Jessica L.' |
| **Cc:** | Pam McLemore; Shawna Fugate |
| **Subject:** | Notice of Service on Bayer Pharma AG- Xarelto MDL Complaints 10 17 18 and Netty Acker Motion for Order to Show Cause |
| **Attachments:** | HENKEL,BAYER PHARMA AG SERVICE DOCS.pdf; MCAFEE,BAYER PHARMA AG SERVICE DOCS.pdf; RUEDA,BAYER PHARMA AG SERVING DOCS.pdf; STUTES, BAYER PHARMA AG SERVICE DOCS.pdf; WILKS,BAYER PHARMA AG SERVING DOCS.pdf; ACKER BAYER PHARMA AG SERVICE DOCS.pdf; Bayer Pharma AG Service Letter 10 17 18.pdf; Acker Bayer HCP Janssen J&J service docs.pdf |

Lindy,

In response to notification we received on October 5, 2018 regarding service that had not yet been effected on Bayer Pharma AG, and in accordance with instructions to do so by October 19, 2018 to prevent Defendants' challenges to timely service or moving to dismiss, I wanted to advise that we served the requisite documents on Bayer Pharma AG by registered mail pursuant to PTO 10 on October 17th in the matters referenced in our Notice of Service email below.

You will also note that we served the requisite service documents in the *Netty Acker* matter on Bayer Pharma AG on October 17, 2018 as well. Additionally, we served Bayer HCP pursuant to PTO 10 and also served the Janssen and J&J Defendants (through our customary waiver process) in the *Acker* matter on that same date and I have attached those letters confirming service, with certified mail delivery confirmation.

As you know, the *Acker* matter is subject of the Defendants' Motion for Order to Show Cause that is set for submission on November 8, 2018. Unfortunately, we inadvertently overlooked your initial email and letter dated August 23, 2018 advising of the service defect in this matter. We certainly apologize for this oversight. Upon being served with Defendants' October 3, 2018 Motion, we prepared the service and notification documents and included them to be served with the other matters made the subject of your October 5, 2018 correspondence.

Being that we have now effectuated service in the Acker matter, and no undue justice or delay has occurred, please let us know if you would be willing to pass the submission of the Defendants' Motion for Order to Show Cause in this matter currently scheduled for November 8, 2018.

Thank you for your assistance and cooperation in this matter and we will wait to hear from you.

*Lisa Kruse*

Senior Trial Paralegal | Mass Tort Coordinator
**The Gallagher Law Firm, PLLC**
**2905 Sackett Street**
**Houston, Texas 77098**
(713) 222-8080 - Phone
(713) 222-0066 - Fax
lisak@gld-law.com


PLAINTIFF'S EXHIBIT C

1

www.gallagher-law-firm.com



*CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

**From:** Lisa Kruse
**Sent:** Wednesday, October 17, 2018 12:27 PM
**To:** xareltocomplaints@babc.com
**Subject:** Notice of Service on Bayer Pharma AG- Xarelto MDL Complaints 10 17 18

Dear Sir/Madam:

Pursuant to PTO 10 issued by Judge Fallon in the Xarelto MDL No. 2592 proceeding, I am providing notice of service on Bayer Pharma AG in the above matter, including copies of the service letter, Complaints, Civil Cover Sheets and Summonses in the following matters that were mailed today:

    *Thomas Henkel;* Case 2:16-cv-17077-EEF-MBN USDC, EDLA
    *Gwendolyn McAfee;* Case 2:16-cv-15932-EEF-MBN USDC, EDLA
    *Horace Stutes;* Case 2:16-cv-13436-EEF-MBN USDC, EDLA
    *Deborah Wilks;* Case 2:17-cv-00754-EEF-MBN USDC, EDLA
    *Christopher Rueda, et al;* Case 2:17-cv-00619-EEF-MBN USDC, EDLA
    *Netty Acker;* Case 2:17-cv-17257-EEF-MBN USDC, EDLA

Thank you for your assistance and cooperation.

*Lisa Kruse*

Senior Trial Paralegal | Mass Tort Coordinator
**The Gallagher Law Firm, PLLC**
**2905 Sackett Street**
**Houston, Texas 77098**
(713) 222-8080 - Phone
(713) 222-0066 - Fax
lisak@gld-law.com
www.gallagher-law-firm.com



*CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.