# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

**This Document Relates To:**
*Fred L. Albert and Joye Ann Albert v. Janssen Research & Development, et al.*;

**Civil Case No.: 2:16-cv-15164**

MDL No. 2592

SECTION: L

JUDGE FALLON

MAG. JUDGE NORTH

## ORDER

This matter came before the court on the Motion for Voluntarily Dismissal with Prejudice filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion for Voluntarily Dismissal with Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge