UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To: *Yvonne Kirby v. Janssen Research & Development, et al.*; | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Civil Case No.: 2:16-cv-16675 | |

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff(s), Yvonne Kirby, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff(s) takes this action because Plaintiff(s) no longer wishes to pursue this case. Further, counsel for Plaintiff(s) represents (check only one of the below which is applicable):

\_\_\_\_ Plaintiff(s) is not a Wave 1 or Wave 2 selected case pursuant to Case Management Order No. 6.

\_\_\_\_ Plaintiff(s) is a Wave 1 or Wave 2 selected case pursuant to Case Management Order No. 6 and all filing fees have been paid.

 X   Plaintiff(s) move to dismiss, with prejudice, timely, within forty-five (45) days from the date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived pursuant to Case Management Order No. 6.

Dated:  November 1, 2018                                  Respectfully submitted,

                                                                              By: s/Emanuella J. Paulos_____

Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

**Attorneys for the Plaintiff**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on, November 1, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                By: s/Emanuella J. Paulos_____
                                                  Emanuella J. Paulos (FL Bar 99010)