**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

**This Document Relates To:**
*Yvonne Kirby v. Janssen Research & Development,*
*et al.*;

**Civil Case No.: 2:16-cv-16675**

MDL No. 2592

SECTION: L

JUDGE FALLON

MAG. JUDGE NORTH

**ORDER**

This matter came before the court on the Motion for Voluntarily Dismissal with Prejudice

filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion for Voluntarily Dismissal with

Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is

DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge