IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  *  MDL NO. 2592 * |
| THIS DOCUMENT RELATES TO: *Lee Robert* 2:16-cv-14887 | *  SECTION L *  *  JUDGE ELDON E. FALLON *  *  MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO SERVE PROCESS

Plaintiff, Lee Robert, has filed this lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.

Plaintiff has never served defendant Bayer HealthCare LLC in this case.

Failure to show cause by appearing before this Court at 9:00 am on November 19, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Defendant Bayer HealthCare LLC with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge