## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: *Lee Robert*     (16-14887) | | |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON MOTIONS RELATED TO PLAINTIFF LEE ROBERT

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC and Bayer Pharma AG collectively ("Defendants") request that the Court set the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10271), the Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10802), and Defendants' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternatively Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process on Defendant Bayer HealthCare LLC (Rec. Doc. 11445) for oral argument immediately following the Court's Show Cause hearing on November 19, 2018 for the reasons stated in the accompanying memorandum.  The lawsuit filed by Lee Robert is one selected for work-up under CMO 6.

**DRINKER BIDDLE & REATH LLP**
By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ *Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

**CHAFFE McCALL L.L.P.**
By: /s/ *John F. Olinde*
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Co-Liaison Counsel for Defendants

        **IRWIN FRITCHIE URQUHART & MOORE LLC**

        By: /s/ *Kim E. Moore*
        Kim E. Moore
        400 Poydras St., Ste, 2700
        New Orleans, LA 70130
        (504) 310-2100
        jirwin@irwinllc.com
        kmoore@irwinllc.com

        Co-Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Michael P. McGartland, Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                    /s/ *John F. Olinde*
