UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Lee Robert* (16-14887) | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON
MOTIONS RELATED TO PLAINTIFF LEE ROBERT**

Defendants respectfully submit this memorandum in support of their Request for Oral Argument on Motions Related to Plaintiff Lee Robert.

The lawsuit filed by Lee Robert was one that randomly selected in April 2018 for work-up as part of the Wave 1 Case Selection set forth in CMO 6.

On July 24, 2018, plaintiff's counsel moved to withdraw as counsel for Lee Robert (Rec. Doc. 10271). Defendants filed an opposition to that motion and the matter was submitted on August 15, 2018 (Rec. Doc. 10401).

On September 5, 2018, defendants filed a Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10802). Counsel for Lee Robert filed a response to Defendants' motion on September 17, 2018 (Rec. Doc. 10935).

On November 2, 2018, defendants filed a Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternatively Motion for Order to Show Cause Regarding

Plaintiff's Failure to Serve Process on Defendant Bayer HealthCare LLC (Rec. Doc. 11445). Defendants have requested the Plaintiff show cause on November 19, 2018.

Because this matter has been selected for work-up under CMO 6, the Defendants request that the matter be set for oral argument immediately following the Show Cause hearing on November 19, 2018. Defendants further request that plaintiff's counsel notify Mr. Robert of the oral argument date in the event Mr. Robert wishes to participate.

**DRINKER BIDDLE & REATH LLP**
By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ *Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

**CHAFFE McCALL L.L.P.**
By: /s/ *John F. Olinde*
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Co-Liaison Counsel for Defendants


**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Co-Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Michael P. McGartland, Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *John F. Olinde*