UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Lee Robert*     *(16-14887)* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Defendants' request to set for oral argument the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10271), the Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10802), and Defendants' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternatively Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process on Defendant Bayer HealthCare LLC (Rec. Doc. 11445).

**IT IS ORDERED** that the Court will hear oral argument regarding the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10271), Defendants' Motion to Dismiss as Potential Alternative Relief to the Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert (Rec. Doc. 10802), and Defendants' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternatively Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process on Defendant Bayer HealthCare LLC (Rec. Doc. 11445) on November 19, 2018 immediately following the Court's Show Cause Hearing.  Plaintiff's counsel is directed to send notice of the oral argument date to Lee Robert in the event Mr. Robert wishes to participate.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2018.

                                                _____
                                                **HONORABLE ELDON E. FALLON**
                                                **UNITED STATES DISTRICT JUDGE**