UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No.2:18-cv-04369 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

**MOTION TO SET ASIDE PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

This motion is brought in the matter of Case 2:18-cv-04369, entitled Shirley Busch vs Janssen Research & Development, et al. In accordance with the United States District Court of Louisiana's Local Rules, attorney for Plaintiff, Kenneth A. Stern, brings this Motion to Set a Side Plaintiff's Motion to Withdraw as Counsel for Plaintiff, more properly identified as Doc. Entry 9566, and states as follows:

1. Plaintiff's complaint was filed on April 24, 2018.

2. After filing Plaintiff's Complaint, Plaintiff decided she no longer desired attorney, Kenneth A. Stern to represent her and on or about May 13, 2018 verbally and in writing requested Kenneth A. Stern to withdraw as counsel.

3. Upon filing of the Plaintiff's Motion to Withdraw, Plaintiff's attorney, Kenneth A. Stern, had served Plaintiff with a copy of the Motion to Withdraw, with attachments, that included a copy of the Complaint, the Pretrial Order that outlined Plaintiff Fact Sheet requirements, and a print out of the most recent court calendar as located on the court's website which set forth upcoming Status Conference dates, by certified mail, return receipt requested.

1

4. Since the date of the filing of Plaintiff's Motion to Withdraw, Plaintiff, Shirley Busch, has re-contacted the office of Stern Law, PLLC and requested that Kenneth A. Stern continue presentation of her.

5. Stern Law, PLLC, has agreed to continue representation of Shirley Busch and entered into a new Representation Agreement.

6. Plaintiff therefore request that this Honorable Court Set Aside Plaintiff's previous filed Motion to Withdraw as Counsel for Plaintiff and enter the attached Order Setting Aside said Motion. See attached Proposed Order.

WHEREFORE, Plaintiff's attorney, Kenneth A. Stern, seeks an Order of this Honorable Court Granting Kenneth A. Stern's Motion to Set Aside Plaintiff's Motion to Withdraw as Counsel, together with any and all such other further relief as this Court deems just and appropriate.

Dated: November 2, 2018

      s/ *Kenneth A. Stern*
Kenneth A. Stern, P30722
STERN LAW, PLLC
41850 West 11 Mile Road
Novi, Michigan 48375-1857
(248) 347-7300
ken@sternlawonline.com