UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MCL No. 2592 ) Civil Action No. 2:18-cv-04369 ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. MICHAEL NORTH |

_____

**ORDER GRANTING ATTORNEY KENNETH A. STERN'S MOTION TO SET ASIDE PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

This matter having come before this Honorable Court upon Plaintiff's Attorney Kenneth A. Stern's Motion to Set Aside Plaintiff's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:18-cv-04369, entitled Shirley Busch vs Janssen Research & Development, et al. and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Kenneth A. Stern's Motion to Set Aside Plaintiff's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:18-cv-04369 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Kenneth A. Stern shall remain as counsel for Plaintiff, Shirley Busch.

This is not a final order and does not close the case.

_____
**United States District Court Judge**