# DECLINATION TO SERVE AS TRUSTEE

**WHEREAS,** pursuant to Article 3(3.03)(a) of The George Maurice Wentsch Administrative Trust UA dtd 11/9/1999 & Restated 6/19/2015, Cumberland Trust and Investment Company ("Cumberland Trust") is appointed to serve as Trustee of The George Paul Wentsch Trust, the Elizabeth Kramer Trust and the Rhoda Wilson Trust; and

**WHEREAS,** Cumberland Trust wishes to decline to serve as Trustee of The George Paul Wentsch Trust, the Elizabeth Kramer Trust and the Rhoda Wilson Trust.

**NOW, THEREFORE,** Cumberland Trust hereby respectfully declines to serve as Trustee for The George Paul Wentsch Trust, the Elizabeth Kramer Trust and the Rhoda Wilson Trust

Dated: September 24, 2018.

CUMBERLAND TRUST
AND INVESTMENT COMPANY

By: _____
Title: V. President, Trust Officer

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

Subscribed and sworn to me this 24th day of September, 2018.

_____
NOTARY PUBLIC

My commission expires: 7-8-19

[Notary Seal: JUDITH E LOZIER, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES 7-8-2019]