UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          §       MDL 2592
PRODUCTS LIABILITY LITIGATION         §       SECTION:L
                                      §       JUDGE: ELDON E. FALLON
                                      §       MAG. JUDGE MICHEAL NORTH
                                      §
                                      §
                                      §
                                      §

This document Relates to:

MARSHALL FRAZIER V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,
Civil Action No. 2:16-cv-11474

## ORDER ON MOTION TO SUBSTUTUTE PARTY PLAINTIFF

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party

Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Marsha Frazier , as surviving Wife of Marshall

Frazier, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party

Plaintiff is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge