# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS    *   MDL NO. 2592
LIABILITY LITIGATION

                                                                                                 *   **SECTION L**

                                                                                                 *   **JUDGE: ELDON E. FALLON**

                                                                                                 *   **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**            *   **JURY TRIAL DEMANDED**

*Robert Hines v. Janssen Research & Development LLC, et al*

**CIVIL ACTION NO.: 2:15-cv-03624**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an order replacing Plaintiff Robert Hines with Crystal Hines, Next of Kin and Representative of the Estate of Robert Hines, and in support states as follows:

1. Plaintiff Robert Hines passed away on January 31, 2016, as reported to the Court in the attached Suggestion of Death. (Ex. 1)

2. Thus, as death does not extinguish her cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Crystal Hines, Next of Kin and Representative of the Estate of Robert Hines, as the named party in the place of Robert Hines.

Wherefore, for each and all of the foregoing reasons, counsel for Plaintiff requests that an order for substitution be entered substituting Crystal Hines, Next of Kin and Representative of the Estate Robert Hines, as the named party in the place of Robert Hines.

Date: November 2, 2018

Respectfully Submitted,

*s/ Mitchell Theodore*
KRISTIAN RASMUSSEN
Alabama Bar No.: ASB-1068-R64R
MITCHELL THEODORE
Alabama Bar No.: ASB-6549-I00D
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
Fax: (205) 324-7896
Email:
Kristian Rasmussen
krasmussen@corywatson.com
Mitchell Theodore
mtheodore@corywatson.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      /s/ *Mitchell Theodore* _____