UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) MDL No. 2592<br>)<br>) SECTION: L<br>) JUDGE ELDON E. FALLON<br>) MAGISTRATE JUDGE NORTH<br>)<br>) |

**THIS DOCUMENT RELATES TO:**

*Michael v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:17-cv-00086**

### MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO FILE 1ST AMENDED COMPLAINT

COMES NOW Movant, David Michael, Jr., pursuant to Federal Rule of Civil Procedure 20(a)(1), and requests entry by the Court of an order substituting Movant, the surviving child of David Michael, Sr., deceased, and the anticipated Executor of the Estate of David Michael, Sr., in the place of David Michael, Sr. as Plaintiff in this action. David Michael, Sr. passed away on October 9, 2018, and his action against the Defendants survives his death and is not extinguished. In addition, pursuant to Federal Rule of Civil Procedure 15(a)(2), Movant seeks leave to file an amended complaint to reflect the substitution of the party plaintiff and to amend certain allegations to reflect the substitution. The amended complaint is attached hereto.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully requests entry by the Court of an Order substituting Movant as Plaintiff in place of Michael David, Sr. and for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

Dated: __11/2/2018_____

        Respectfully submitted,

        _____/s/ Joseph T. Waechter_____
        Joseph T. Waechter
        Florida Bar Number 0092593
        Michael Goetz
        Florida Bar Number 0963984
        **Morgan & Morgan**
        **Complex Litigation Group**
        201 N. Franklin St., Suite 700
        Tampa, FL 33602
        JWaechter@forthepeople.com
        MGoetz@forthepeople.com
        Phone: (813) 223-5505
        Fax: (813) 222-4730

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: __11/2/2018_____

                                               _____/s/ Joseph T. Waechter_____
                                               Joseph T. Waechter
                                               Florida Bar Number 0092593
                                               Michael Goetz
                                               Florida Bar Number 0963984
                                               **Morgan & Morgan**
                                               **Complex Litigation Group**
                                               201 N. Franklin St., Suite 700
                                               Tampa, FL 33602
                                               JWaechter@forthepeople.com
                                               MGoetz@forthepeople.com
                                               Phone: (813) 223-5505
                                               Fax: (813) 222-4730

                                               *Attorneys for Plaintiff*