UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :    MDL No. 2592
                                      :
                                      :    SECTION L
                                      :
                                      :    JUDGE ELDON E. FALLON
                                      :
_____:    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Cecil Hildebran v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-08038*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. ____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Timothy Hildebran, as surviving natural son and named Executor of the Estate of Cecil Hildebran, is substituted for Plaintiff Cecil Hildebran as the proper party plaintiff in the above captioned case Individually and on behalf of the Estate of Cecil Hildebran, deceased.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
United States District Judge