Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION:  L |
| Billie Morris, | JUDGE FALLON |
|  | MAG. JUDGE NORTH |
| Plaintiff, | Civil Action No.: 2:16-cv-13256 |
| v. | **NOTICE OF PENDING MOTION AND REQUEST THAT MOTION BE GRANTED** |
| Janssen Research & Development LLC, et al., | |
| Defendants | |

On August 12, 2016, Plaintiff in the above-styled and -numbered case filed a suggestion of death and motion to substitute party (Dkt. 3849) (a proposed order was concurrently filed and is being re-filed with this notice).

Plaintiff was just made aware that no court action has been taken regarding this motion (which Defendants never opposed).  Accordingly, Plaintiff hereby notifies the Court of the pendency of this motion and respectfully requests that it be granted.

1

DATED:  November 2, 2018            THE MULLIGAN LAW FIRM


                                    By:   /s/Charles G. Orr
                                          Charles G. Orr
                                          Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                    By:   /s/Charles G. Orr
                                          Charles G. Orr
                                          Attorney for Plaintiff