UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**FERNANDO MALDONADO v. JANSSEN PHARMACEUTICALS, INC., et al**

**No.  2:15-cv-04334**

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff. Respectfully submitted this 2nd day of November 2018.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115**)
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ John Jewell Pace
**JOHN JEWELL PACE (#1115)**

/s/ Samuel C. Ward
**SAMUEL C. WARD (#29508)**