UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| This Document Relates to | * * | |
| Martha Davis, Case No. 2:16-cv-04645 | * * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * *

### NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF MARTHA DAVIS

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG will take the deposition upon oral examination of **MARTHA DAVIS** on **November 9, 2018** commencing at **9:30 a.m. CT** at the office of William Gee, **2014 W Pinhook Rd Suite 501, Lafayette, LA 70508**.

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control.

3253285-1

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

October 10, 2018

>Respectfully submitted,
>
>*/s/ Nicole C. Katz*
>Charles P. Blanchard #18798
>Nicole C. Katz #35857
>2300 Energy Centre
>1100 Poydras Street
>New Orleans, LA  70163-2300
>Telephone: 504-585-7000
>Email: blanchard@chaffe.com
>      katz@chaffe.com
>**Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG**

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 10, 2018 the foregoing was served electronically to the following:

B. Eric Franklin
Avram Blair & Associates P.C.
3120 Southwest Freeway Suite 215
Houston, Texas 77098
Email: eric@ablairlaw.com

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    Brian H. Barr
    LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.

    bbarr@levinlaw.com

    *Plaintiffs' Co-Lead Counsel*


    Andy D. Birchfield, Jr.
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

    Andy.Birchfield@BeasleyAllen.com

    *Plaintiffs' Co-Lead Counsel*


    Gerald E. Meunier
    GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC

    gmeunier@gainsben.com

    *Plaintiffs' Co-Lead Counsel*


    Leonard A. Davis
    HERMAN HERMAN & KATZ LLC

    ldavis@hhklawfirm.com

    *Plaintiffs' Co-Lead Counsel*


    Andrew K. Solow
    ARNOLD & PORTER LLP
    andrew.solow@arnoldporter.com
    *Served Bayer Defendants' Counsel*

    Susan M. Sharko

DRINKER BIDDLE & REATH LLP
susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

By: /s/ *Nicole C. Katz*

**EXHIBIT A - DOCUMENT REQUESTS**

1. All letters, emails, telecopies, or other documents, including any attachments thereto, reflecting any communication regarding this litigation between any attorneys or other agents for Martha Davis and any healthcare provider that rendered any care or treatment to Martha Davis;

2. All letters, emails, telecopies, or other documents, including any attachments thereto, reflecting any communication regarding this litigation between Martha Davis and any healthcare provider that rendered any care or treatment to Martha Davis;

3. All documents or other materials regarding this litigation given by Martha Davis, her attorneys and/or agents, to any healthcare provider that rendered any care or treatment to Martha Davis;

4. All transcripts or other records of any testimony of Martha Davis given under oath at any deposition, hearing, trial, or other proceeding of any kind;

5. All e-mails, personal calendars, notes, journals, diaries, or "blogs," whether electronic or paper, made by Plaintiff or his/her direction that relate to Plaintiff's alleged use of Xarelto, medical conditions for which Xarelto was prescribed, the adverse event which is the subject of this lawsuit, and any damages claimed due to Martha Davis's alleged exposure to Xarelto;

6. All photographs, slides, DVDS or other videos of Martha Davis from the time of Plaintiff's first prescription of Xarelto to the present;

7. All packaging and unused medicine from the Xarelto Martha Davis allegedly used, including such materials in the possession of plaintiffs' counsel;

8. All medical, prescription, or other records relating to the allegations in the Complaint and/or the Plaintiff Fact Sheet that are in Martha Davis's possession and that were not previously provided to defendants by counsel for plaintiff;

9. All literature, newspaper or magazine articles, letters, booklets, brochures, pamphlets, written directives, package inserts, and written material authored or collected by Martha Davis or supplied to Martha Davis from any source, including but not limited to persons, firms, corporations or governmental entities, relating to: (1) Xarelto; (2) Martha Davis's alleged injuries; and/or (3) any defendant in this action; and

10. All documents responsive to Section IX of the Plaintiff Fact Sheet that were not previously provided to defendants by counsel for plaintiff.