UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Gerald Lewis on behalf of the Estate of Lizzie Lewis v. Janssen Research & Development LLC, et al; 2:16-cv-10508* | : : : : | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROVIDE MEDICAL RECORD AUTHORIZATIONS PURSUANT TO PTO 13**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Gerald Lewis's action should not be dismissed with prejudice for failure to provide authorizations for collection of medical records per Pretrial Order ("PTO") 13 and failure to cooperate with Counsel to proceed with discovery.

This is a CMO 6 Wave 1 case selected by Defendants on April 16, 2018. Initial discovery in this case closes on January 22, 2019. However, Defendants have been unable to proceed with discovery and collect pertinent medical records because Plaintiff has failed to provide updated HIPAA authorizations as required by PTO 13(c). Specifically, PTO 13(c) provides: "Plaintiffs shall cooperate with Defendants, and shall respond to Defendants' requests for signatures for new or location specific authorizations within ten (10) days of being requested to do so." Healthcare

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

providers containing key medical records in this case—including decedent's prescriber, the facility where she was treated for her alleged bleeding event, and the pharmacy where she obtained her medications—all require letters of administration or other documentation supporting Plaintiff's authority to sign the HIPAA authorizations on behalf of decedent before they will release decedent's records.

On June 19, 2018, Defendants notified Plaintiff's counsel that certain healthcare facilities would not release records without Letters of Administration. *See* Exhibit A. In response, Plaintiff's counsel stated that Plaintiff was refusing to probate the estate and had asked to proceed Pro Se. *See* Exhibit B. On June 26, 2018, Plaintiff's counsel filed a motion to withdraw, stating that Plaintiff indicated he no longer desired an attorney. *See* R. Doc. 10015. Despite additional follow up attempts by Defense counsel, documents supporting Plaintiff's authority to sign the HIPAA authorizations on behalf of the decedent remain outstanding. Without them, Defendants cannot collect medical records.

Given all of the above, it is not possible to proceed with discovery and prepare the case for trial. Plaintiff has failed to comply with the preliminary discovery requirements set forth in PTO 13 and CMO 6. This warrants dismissal of Plaintiff's case with prejudice.

For these reasons, Plaintiff Gerald Lewis should be ordered to show cause at 9:00 a.m. on November 19, 2018, before the Court as to why his case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: By: /s/ *Kim E. Moore*

    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 2, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**