# EXHIBIT A

| | |
|---|---|
| From: | Stone, Kaitlyn E. |
| To: | RAbney@lawyerworks.com; atlanta@lawyerworks.com |
| Cc: | Miller, Chanda A.; Daly, Daryl; Goddard, Joan; Brown, Lindy |
| Subject: | Xarelto - CMO 6 Wave 1 Selection - Lizzie Lewis (MDL Centrality ID 13211) |
| Date: | Tuesday, June 19, 2018 3:23:46 PM |

Counsel,

It appears that Lizzie Lewis passed away after the Complaint in this case was filed. In order for Defendants to proceed with case work up under CMO 6, please submit or file, as appropriate, the following:

- Documents showing authority of the substitute plaintiff to proceed on behalf of the Xarelto user, including but not limited to Letters of Administration (please submit to www.mdlcentrality.com)

We have been informed by at least one healthcare facility that relevant medical records will not be released until these Letters of Administration have been obtained. Please provide these materials by June 29, 2018.

Thank you,

Kaitlyn E. Stone
**Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, NJ 07932-1047
(973) 549-7014 *office*
Kaitlyn.Stone@dbr.com
www.drinkerbiddle.com