# EXHIBIT B

| | |
|---|---|
| From: | Hunter Linville |
| To: | Stone, Kaitlyn E.; Russ Abney |
| Cc: | Miller, Chanda A.; Daly, Daryl; Goddard, Joan; Brown, Lindy; Elizabeth Ramos; Blake Tanase |
| Subject: | RE: Xarelto - CMO 6 Wave 1 Selection - Lizzie Lewis (MDL Centrality ID 13211) |
| Date: | Thursday, June 21, 2018 10:09:21 AM |

Counsel,

This plaintiff has refused to probate the estate and has asked my firm to withdraw as counsel so that he can proceed pro se. We intend to file a motion to withdraw as counsel.

Regards,

**Hunter Linville**

**From:** Stone, Kaitlyn E. [mailto:Kaitlyn.Stone@dbr.com]
**Sent:** Tuesday, June 19, 2018 3:24 PM
**To:** Russ Abney <RAbney@lawyerworks.com>; atlanta <atlanta@lawyerworks.com>
**Cc:** Miller, Chanda A. <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Goddard, Joan <Joan.Goddard@arnoldporter.com>; Brown, Lindy <lbrown@bradley.com>
**Subject:** Xarelto - CMO 6 Wave 1 Selection - Lizzie Lewis (MDL Centrality ID 13211)

Counsel,

It appears that Lizzie Lewis passed away after the Complaint in this case was filed. In order for Defendants to proceed with case work up under CMO 6, please submit or file, as appropriate, the following:

- Documents showing authority of the substitute plaintiff to proceed on behalf of the Xarelto user, including but not limited to Letters of Administration (please submit to www.mdlcentrality.com)

We have been informed by at least one healthcare facility that relevant medical records will not be released until these Letters of Administration have been obtained. Please provide these materials by June 29, 2018.

Thank you,

Kaitlyn E. Stone
**Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, NJ 07932-1047
(973) 549-7014 *office*
Kaitlyn.Stone@dbr.com
www.drinkerbiddle.com

******************************
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner

responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*