**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **EDWARD MONTGOMERY** | : | |
| | : | |
| **Plaintiff** | : | **MDL No. 2592** |
| | : | |
| **v.** | : | **SECTION L** |
| | : | |
| **JANSSEN RESEARCH & DEVELOPMENT** | : | **JUDGE ELDON E. FALLON** |
| **LLC f/k/a JOHNSON AND JOHNSON** | : | |
| **PHARMACEUTICAL RESEARCH AND** | : | **MAGISTRATE JUDGE NORTH** |
| **DEVELOPMENT LLC, JANSSEN ORTHO** | : | |
| **LLC, JANSSEN PHARMACEUTICALS, INC.** | : | **Civil Action No.: 2:15-cv-03008** |
| **f/k/a JANSSEN PHARMACEUTICA INC.** | : | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | : | |
| **PHARMACEUTICALS, INC., BAYER** | : | **STIPULATION OF DISMISSAL** |
| **HEALTHCARE PHARMACEUTICALS, INC.** | : | **WITH PREJUDICE AS TO** |
| **BAYER PHARMA AG, BAYER** | : | **BAYER HEALTHCARE LLC** |
| **CORPORATION, BAYER HEALTHCARE** | : | **ONLY** |
| **LLC, BAYER HEALTHCARE AG, BAYER** | : | |
| **AG, and DOES 1-50, INCLUSIVE** | : | |
| | : | |
| **Defendants** | : | |
| _____ | : | |
| | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice against Defendant Bayer HealthCare LLC only, each party to bear its own fees and

costs.  Plaintiff will continue to pursue this action against the remaining Defendants named by

Plaintiff in the Complaint.

**THE MULLIGAN LAW FIRM**
By: /s/ Charles G. Orr
Charles G. Orr
Patrick J. Mulligan
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779

Attorneys for Plaintiff
Dated: November 5, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC, and
Janssen Ortho LLC
Dated: November 5, 2018

**ARNOLD & PORTER KAYE
SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: November 5, 2018

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: November 5, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: November 5, 2018

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on November 5, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde