UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **John T. Edington v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al**<br>**Case No. # 2:16-cv-08454** | **MAGISTRATE JUDGE NORTH** |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, John T. Edington Doc. ____, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Natalie Parker Chanslor, as surviving cousin, is substituted for Plaintiff John T. Edington as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on April 1, 2016 (Doc. 4051).

New Orleans, Louisiana this ____ day of _____, 2018.

_____
United States District Judge