# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Vanessa B. Thomas v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al** <br> **Case No. 2:16-cv-08434** | **MAGISTRATE JUDGE NORTH** |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Vanessa B. Thomas Doc. ____, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Toylesha Thomas, as surviving natural daughter, is substituted for Plaintiff Vanessa B. Thomas as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on September 1, 2016 (Doc. 4051).

New Orleans, Louisiana this ___ day of _____, 2018.

_____

United States District Judge