UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ( <br> PRODUCTS LIABILITY LITIGATION ( <br> ( <br> ( <br> ( <br> ( <br> ( <br> _____( | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Sarah Louise Newsome v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:16-cv-01631

## MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** the Plaintiff in the above-styled cause, by and through the undersigned counsel and moves the Court for an Order substituting Lex William Newsome, as the Administrator of the Estate of Sarah Louise Newsome, deceased, as the Named Plaintiff in Civil Action No. 2:16-cv-01631. For grounds and in support of this motion, Plaintiff states as follows:

1. Sarah Louise Newsome filed a products liability lawsuit against Defendants on February 26, 2016.

2. Subsequently, after filing the lawsuit, Plaintiff's Counsel was notified that Sarah Louise Newsome died on March 4, 2016.

3. Fed. R. Civ. P. 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.

4. Sarah Louise Newsome's products liability action against defendants survived her death and was not extinguished.

5. A Notice and Suggestion of Death was filed on May 22, 2018 and is attached hereto as

Exhibit A.

6. Lex William Newsome was appointed as the Administrator of the Estate of Sarah Louise Newsome, Deceased, pursuant to Letters of Administration issued August 8, 2018 in the Probate Court of Cherokee County, Alabama. A copy of which is attached hereto as Exhibit B.

7. Lex William Newsome, the Administrator of the Estate of Sarah Louise Newsome, deceased, is the proper party to substitute for Plaintiff-Decedent Sarah Louise Newsome and proceed forward with the surviving products liability claim.

8. Counsel for Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Lex William Newsome, as the named plaintiff in this action.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in the action.

Dated: November 5, 2018                                          **/s/ W. Todd Harvey**
                                                                 W. Todd Harvey

**OF COUNSEL:**

Amanda H. Schafner, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone:   205-930-9091
Facsimile:   205-930-9054

Email:       tharvey@burkeharvey.com
             aschafner@burkeharvey.com

Brian L. Kinsley, Esq,
CRUMLEY ROBERTS
2400 Freeman Mill Road
Greensboro, NC 27406
Telephone:   336-333-9899
Facsimile:   336-333-9894

Email:        BLKinsley@crumleyroberts.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2018, a true copy of the foregoing Motion To Substitute Plaintiff was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ W. Todd Harvey