# EXHIBIT
# B

## IN THE PROBATE COURT OF CHEROKEE COUNTY, ALABAMA

| | | |
|---|---|---|
| **In Re:** The Estate Of | * | |
| **SARAH LOUISE NEWSOME,** | * | Case No.: S-_____ |
| Deceased. | * | |

### LETTERS OF ADMINISTRATION

     **Letters of Administration** on the estate of Sarah Louise Newsome, deceased, are hereby granted to Lex William Newsome, who has duly qualified and given bond as such Administrator and is authorized to administer such estate in accordance with the procedures provided in ALA. CODE § 43-2-830, et seq., (Supp. 1993), including the powers and duties permitted in § 43-2-843 without prior court order.

     WITNESS my hand, and dated this __8__ day of __August__, 20_18_.

_____
Judge of Probate

---

THE STATE OF ALABAMA
ETOWAH COUNTY

     I, the undersigned, Judge of Probate of Cherokee County, Alabama, hereby certify that the foregoing is a true and correct copy of the Letters of Administration issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are in full force and effect.

     Given under my hand and seal of said Court, this the __8th__ day of __August__, 20_18_.

_____
JUDGE OF PROBATE
CHEROKEE COUNTY, ALABAMA