UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　(
PRODUCTS LIABILITY LITIGATION (　　　MDL No. 2592
　　　　　　　　　　　　　　　　　(
　　　　　　　　　　　　　　　　　(　　　SECTION L
　　　　　　　　　　　　　　　　　(
　　　　　　　　　　　　　　　　　(　　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　(
_____(　　　MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Sarah Louise Newsome v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:16-cv-01631

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

　　　IT IS HEREBY ORDERED that Plaintiff, Lex William Newsome, as the Administrator of the Estate of Sarah Louise Newsome, is substituted for Plaintiff Sarah Louise Newsome as the proper party plaintiff in the above captioned case.

　　　NEW ORLEANS, LOUISANA, this the _____ day of _____, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ELDON E. FALLON