UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  )  <br>PRODUCTS LIABILITY LITIGATION  )  <br>  )  <br>  )  <br>THIS DOCUMENT RELATES TO:  )  <br>  )  <br>CHRISTOPHER SILVA  )  <br>ON BEHALF OF THE  )  <br>ESTATE OF ANDREW SILVA  )  <br>  )  <br>1:15-CV-00337  )  <br>_____ ) | MDL No. 2592  <br>  <br>  <br>SECTION L  <br>  <br>  <br>  <br>JUDGE ELDON E. FALLON |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Counsel for Christopher Silva On Behalf of The Estate of Andrew Silva, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff's Estate no longer wishes to pursue this case.

Respectfully submitted,

/s/ Brian M. Vines_____
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:
Scott A. Powell
Brian M. Vines
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North
Suite 800
Birmingham, Alabama 35203
Phone:  205-328-5330
Fax:  205-324-2165

## CERTIFICATE OF SERVICE

    I hereby certify that on November 5, 2018 a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

                      /s/ Brian M. Vines_____  
                      Brian M. Vines  
                      Scott A. Powell  
                      Hare, Wynn, Newell and Newton, LLP  
                      2025 3rd Avenue North  
                      Suite 800  
                      Birmingham, Alabama 35203  
                      Phone:  205-328-5330  
                      Fax:  205-324-2165  
                      *Attorneys for Plaintiff*