UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**PAULSON v. JANSSEN PHARMACEUTICALS, INC., et al**

**No.  2:16-cv-04258**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **JOHN W. PAULSON** on behalf of his deceased spouse, **MARY A. PAULSON**, for the following reasons:

I.

On May 5, 2016 **MARY A. PAULSON** filed a Complaint in the above referenced matter.

II

On July 12, 2016, **MARY A. PAULSON** passed away.

III.

The decedent's spouse, **JOHN W. PAULSON**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **MARY A. PAULSON**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 5TH day of November 2018.

                    By: /s/ Andrew T. Kagan
                    **Andrew T. Kagan (Bar #26291)**
                    Kagan Legal Group
                    295 Palmas InnWay, Suite 6
                    Humacao, PR 00791
                    Telephone: (939) 220-2424
                    Facsimile: (939)220-2477
                    Email:
                    Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2018 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**