UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| | | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

PAULSON v. JANSSEN
PHARMACEUTICALS, INC., et al

No.  2:16-cv-04258

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

    NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

    Respectfully submitted this 5th day of November 2018.

    By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email:Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of November, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

               */s/ Andrew T. Kagan*
               **ANDREW T. KAGAN (#26291)**