UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**PAULSON v. JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:16-cv-04258**

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **JOHN W. PAULSON**, on behalf of the decedent, **MARY A. PAULSON**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Judge