# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| RODNEY BOONE, individually and as the Successor in Interest for the Estate of ANDREW BOONE, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | |
| v. | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Case No. 2:17-cv-02005 |
| Defendants. | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, RODNEY BOONE, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and request a corresponding correction to the case caption within the CM/ECF E-Filing system for the reasons set forth in the attached memorandum.

Dated November 5, 2018							Respectfully submitted,


										By: */s/ Bobby Saadian*
										Bobby Saadian, Esq.
										CA Bar 250377
										3055 Wilshire Blvd. 12th Floor,
										Los Angeles, CA 90010
										Phone: (213)381-9988
										Fax: (213)381-9989
										Email: masstorts@wilshirelawfirm.com




### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 5th day of November, 2018.

										**THE WILSHIRE LAW FIRM**

										By: */s/ Bobby Saadian*
										Bobby Saadian, Esq.
										CA Bar 250377
										3055 Wilshire Blvd. 12th Floor,
										Los Angeles, CA 90010
										Phone: (213)381-9988
										Fax: (213)381-9989
										Email: masstorts@wilshirelawfirm.com
										***Attorney for Plaintiffs***