UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**HARRELL v. JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:16-cv-04240**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **ELEANOR HARRELL** on behalf of her deceased spouse, **A.J. HARRELL**, for the following reasons:

I.

On May 5, 2016 **A.J. HARRELL** filed a Complaint in the above referenced matter.

II

On July 7, 2016, **A.J. HARRELL** passed away.

III.

The decedent's spouse, **ELEANOR HARRELL**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **A.J. HARRELL**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 5TH day of November 2018.

>By: /s/ Andrew T. Kagan
>**Andrew T. Kagan (Bar #26291)**
>Kagan Legal Group
>295 Palmas InnWay, Suite 6
>Humacao, PR 00791
>Telephone: (939) 220-2424
>Facsimile: (939)220-2477
>Email:
>Andrew@kaganlegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2018 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**