UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**WEIGHT v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-04272

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **DEBRA WEIGHT** on behalf of her deceased spouse, **HAROLD WEIGHT**, for the following reasons:

I.

On May 5, 2016 **HAROLD WEIGHT** filed a Complaint in the above referenced matter.

II

On July 6, 2016, **HAROLD WEIGHT** passed away.

III.

The decedent's spouse, **DEBRA WEIGHT**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **HAROLD WEIGHT**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 5TH day of November 2018.

By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas InnWay, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email:
Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2018 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**