UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| MARCIA KANE et al. v. JANSSEN RESEARCH & DEVELOPMENT, et al., | * * * | MAGISTRATE JUDGE NORTH |
| | * * | Case No. 2:18-cv-1366 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiffs, MARCIA KANE AND RICHARD KANE, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiffs are both deceased and their beneficiary no longer wishes to pursue this case. Further, counsel for Plaintiff represents that Plaintiffs are not a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6.

Respectfully submitted,

Dated: November 5, 2018

By: /s/ Sarah J. Showard
Sarah J. Showard AZ Bar# 012350
Diana Ezrré Robles AZ Bar # 018337
4703 E. Camp Lowell Dr., Suite 253
Tucson, AZ   85712
Phone: 520-622-3344
Fax: 520-881-5260
Email: sjshoward@showardlaw.com
drobles@showardlaw.com
Attorneys for Plaintiffs

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

Dated: November 5, 2018         By: /s/ Sarah J. Showard
                                                                Sarah J. Showard AZ Bar# 012350
                                                                Diana Ezrré Robles AZ Bar # 018337
                                                                4703 E. Camp Lowell Dr., Suite 253
                                                                Tucson, AZ   85712
                                                                Phone: 520-622-3344
                                                                Fax: 520-881-5260
                                                                Email: sjshoward@showardlaw.com
                                                                drobles@showardlaw.com
                                                                Attorneys for Plaintiffs