# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | SECTION: L |
| ) | JUDGE: ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ada D. Hufford, et al. v. Janssen Research & Development, LLC, et al.*
2:15-cv-02841-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order replacing Plaintiff Ada D. Hufford with Thomas M. Hufford, surviving husband of Ada D. Hufford, and in support states as follows:

1. Plaintiff Ada D. Hufford passed away on or about February 8, 2016, as reported to the Court in the attached Suggestion of Death. (Ex. 1).

2. Thomas M. Hufford, surviving husband of Ada D. Hufford, is a proper party to substitute for plaintiff-decedent Ada D. Hufford and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREOF, Thomas M. Hufford, respectfully request that he be substituted Plaintiff in this cause of action.

Dated: November 5, 2018											Respectfully submitted,

**ZECCOLA & SELINGER, LLC**

By: /s/ John S. Selinger
John S. Selinger, Esq.
NYS Bar No. 2663698
Zeccola & Selinger LLC
2127 Crompond Road, Suite 205
Cortlandt Manor, NY 10567
Telephone: (914) 402-7290
Facsimile: (914) 737-4260
john@zslawyers.com


### CERTITIFCATE OF SERVICE

I hereby certify that I caused a copy of the above foregoing Suggestions of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial No.17.


Date:  November 5, 2018						/s/ John S. Selinger
John S. Selinger, Esq.
NYS Bar No. 2663698
Zeccola & Selinger LLC
2127 Crompond Road, Suite 205
Cortlandt Manor, NY 10567
Telephone: (914) 402-7290
Facsimile: (914) 737-4260
john@zslawyers.com