UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William B. Hodges. v. Janssen Research & Development, LLC, et al.*
*2:15-cv-07032-EEF-MBN*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order replacing Plaintiff William B. Hodges with James L. Hodges, surviving son of William B. Hodges, and in support states as follows:

1. Plaintiff William B. Hodges passed away on or about July 12, 2015, as reported to the Court in the attached Suggestion of Death. (Ex. 1).

2. James L. Hodges, surviving son of William B. Hodges, is a proper party to substitute for plaintiff-decedent William B. Hodges and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf as Executor of the Estate of William B. Hodges.

WHEREOF, James L. Hodges, respectfully request that he be substituted Plaintiff in this cause of action.

Dated: November 5, 2018                                  Respectfully submitted,

                                                         **ZECCOLA & SELINGER, LLC**

                                                         By: /s/ John S. Selinger
                                                         John S. Selinger, Esq.
                                                         NYS Bar No. 2663698
                                                         Zeccola & Selinger LLC
                                                         2127 Crompond Road, Suite 205
                                                         Cortlandt Manor, NY 10567
                                                         Telephone: (914) 402-7290
                                                         Facsimile: (914) 737-4260
                                                         john@zslawyers.com


## CERTITIFCATE OF SERVICE

I hereby certify that I caused a copy of the above foregoing Suggestions of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial No.17.


Date:  November 5, 2018                                  /s/ John S. Selinger
                                                         John S. Selinger, Esq.
                                                         NYS Bar No. 2663698
                                                         Zeccola & Selinger LLC
                                                         2127 Crompond Road, Suite 205
                                                         Cortlandt Manor, NY 10567
                                                         Telephone: (914) 402-7290
                                                         Facsimile: (914) 737-4260
                                                         john@zslawyers.com