**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592  SECTION:  L  JUDGE: ELDON E. FALLON  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William B. Hodges v. Janssen Research & Development, LLC, et al.*
*2:15-cv-07032-EEF-MBN*

### ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, James L. Hodges, as surviving son of William B. Hodges, deceased and Executor of the Estate of William B. Hodges, is substituted as Plaintiff in this action and the Motion to Substitute Party Plaintiff is GRANTED.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge