# EXHIBIT 1

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : MDL No. 2592 |
| | : SECTION: L |
| | : JUDGE: ELDON E. FALLON |
| | : MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*William B. Hodges v. Janssen Research & Development, LLC, et al.*
*2:15-cv-07032-EEF-MBN*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, William B. Hodges.

Dated: January 27, 2016                         Respectfully submitted,

**ZECCOLA & SELINGER, LLC**

/s/ John S. Selinger
John S. Selinger, (JS9509)
2127 Crompond Road, Suite 205
Cortlandt Manor, NY 10567
Phone: (914) 402-7290
Facsimile: (914) 737-4260
john@zslawyers.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing pleading and was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 27, 2016                                  /s/ John S. Selinger