## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*HITCHCOCK v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No. 16-cv-02098-EEF-MBN

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Court of the death of the Plaintiff, Melba Hitchcock. Counsel respectfully informs the Court that a Motion for Substitution of Plaintiff will be filed by, Robert Hitchcock, surviving spouse and Personal Representative of the Estate of Melba Hitchcock, instanter.

**Dated**: November 5, 2018

        Respectfully submitted,

        /s/ D. Todd Mathews
        D. Todd Mathews
        Gori Julian & Associates, P.C.
        Attorneys at Law
        156 N. Main St.
        Edwardsville, IL  62025
        Ph: 618/659-9833
        Fax: 618/659-9834
        todd@gorijulianlaw.com
        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                 /s/ D. Todd Mathews
                                                                 D. Todd Mathews