**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:
:

**THIS DOCUMENT RELATES TO:**

*HITCHCOCK v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No. 16-cv-02098-EEF-MBN**

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel for Plaintiff hereby moves the Court for an order substituting Robert Hitchcock, on behalf of deceased Plaintiff, Melba Hitchcock.

Melba Hitchcock filed a products liability action against Defendants on March 11, 2016, captioned *Hitchcock v. Janssen Research & Development LLC et al.*, Civil Action No. 16-cv-02098-EEF-MBN. Counsel was thereafter informed that Melba Hitchcock passed away on July 20, 2017. Robert Hitchcock, Melba Hitchcock's surviving spouse, was appointed as Personal Representative of the Estate of Melba Hitchcock on August 6, 2018. A suggestion of Death was filed on November 5, 2018.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by

the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Melba Hitchcock's products liability action against Defendants survived her death and was not extinguished. Robert Hitchcock, as the surviving spouse and Personal Representative of the Estate of Melba Hitchcock, is the proper party to substitute for Melba Hitchcock and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

     WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute.

**Dated**: November 5, 2018

                                        Respectfully submitted,

                                        /s/ D. Todd Mathews
                                        D. Todd Mathews
                                        Gori Julian & Associates, P.C.
                                        Attorneys at Law
                                        156 N. Main St.
                                        Edwardsville, IL  62025
                                        Ph: 618/659-9833
                                        Fax: 618/659-9834
                                        todd@gorijulianlaw.com
                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          /s/ D. Todd Mathews
                                                          D. Todd Mathews