**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Brennan, Mary | 2:18-cv-03711 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Brown, Tammy L. | 2:18-cv-04115 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Brown, Vivian | 2:18-cv-04011 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Busch, Shirley | 2:18-cv-04369 | Stern Law, PLLC |
| 5. | Calhoun, Scott | 2:18-cv-03707 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 6. | Denton, Jonathan | 2:18-cv-03539 | Johnson Law Group |
| 7. | Dixon, Bertie | 2:18-cv-04078 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 8. | Elder, James | 2:18-cv-04272 | Wagstaff & Cartmell, LLP |
| 9. | Grady, Tina | 2:18-cv-03695 | Johnson Law Group |
| 10. | Harter, Keith, Sr. | 2:18-cv-04311 | Wagstaff & Cartmell, LLP |
| 11. | Johnson, Dollie | 2:18-cv-03665 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 12. | Johnson, Eric K. | 2:18-cv-04083 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 13. | Lee, Levelle | 2:18-cv-04225 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 14. | Lucas, Dwayne | 2:18-cv-03981 | Johnson Law Group |
| 15. | Nielson, Valerie Jean | 2:18-cv-03134 | The Law Office of L. Paul Mankin |
| 16. | Pollard, Mark | 2:18-cv-04019 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 17. | Sanchez, Yolanda | 2:18-cv-04170 | Aylstock, Witkin, Kreis & Overholtz PLLC |

**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 18. | Shrode, Marjorie | 2:18-cv-04180 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 19. | Stilson, Pamela | 2:18-cv-04131 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 20. | Thompson, Louis | 2:18-cv-03297 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 21. | Walker, Roddray K., Sr. | 2:18-cv-03450 | Motley Rice LLC |
| 22. | Watson, Lottie | 2:18-cv-03440 | Gacovino, Lake, & Associates, P.C. |
| 23. | Williams, Louvenia | 2:18-cv-03805 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 24. | Young, Ronald | 2:18-cv-04313 | Ferrer, Poirot & Wansbrough |