# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | | Section L |
| ) | | Judge Eldon E. Fallon |
| _____) | | Mag. Judge Michael North |
| | | |
| TONYA SCHWARTZ, as Administrator of the ) | | |
| Estate of John Smith, ) | | |
| ) | | |
| Plaintiffs, ) | | Case No. 2:16-cv-00635 |
| ) | | |
| v. ) | | |
| ) | | |
| JANSSEN RESEARCH & DEVELOPMENT ) | | |
| LLC, et al. ) | | |
| ) | | |
| Defendants. ) | | |

## ORDER OF WITHDRAW OF MOTION TO DISMISS

This matter came before the court on Plaintiff's Withdrawal of Motion to Dismiss, and the Court having considered the same, is of the opinion that Plaintiff's Withdraw of Motion to Dismiss in the above-reference matter is hereby GRANTED.

THIS ORDERED THE  2nd  day of _____November_____, 2018.

_____
The Honorable Eldon E. Fallon