IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Jacqueline Baker, Case No. 2:17-cv-07891 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Jacqueline Baker with Jessica Baker, surviving daughter of Jacqueline Baker, and in support states as follows:

1. Plaintiff Jacqueline Baker passed away on or about October 3, 2017, as reported to the Court in the attached Suggestion of Death (Ex. 1) and the redacted death certificate (Ex. 2).

2. Jessica Baker, surviving daughter of Jacqueline Baker, is a proper party to substitute for plaintiff-decedent Jacqueline Baker and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Jessica Baker respectfully requests that she be substituted for the deceased Plaintiff in this cause of action.

Dated: November 6, 2018

                                                                  RESPECTFULLY SUBMITTED,

                                                          <u>s/ Jacob A. Flint</u>
                                                         Jacob A. Flint, IL Bar No. 6299777
                                                         Flint Law Firm, LLC.
                                                         222 E. Park St., Suite 500
                                                         Edwardsville, IL 62025
                                                         Phone: 618-205-2017
                                                         Fax: 618-288-2864
                                                         jflint@flintlaw.com

I hereby certify that on November 6, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint