# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAG. JUDGE NORTH** |
| **Jacqueline Baker, Case No. 2:17-cv-07891** | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of the Plaintiff, Jacqueline Baker.

Dated: November 6, 2018

                                                    RESPECTFULLY SUBMITTED,

                                                    s/ Jacob A. Flint
                                                    Jacob A. Flint, IL Bar No. 6299777
                                                    Flint Law Firm, LLC.
                                                    222 E. Park St., Suite 500
                                                    Edwardsville, IL 62025
                                                    Phone: 618-205-2017
                                                    Fax: 618-288-2864
                                                    jflint@flintlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                              s/Jacob A. Flint