Kansas Department of Environment
Office of Vital Statistics

# CERTIFICATE OF DEATH

115-2017-19294
State File Number

| Field | Value |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last) | JACQUELINE FRANCES BAKER |
| 2. Sex | FEMALE |
| 3. Date Of Death (Month, Day, Year) | 10/03/2017 |
| 4. Social Security Number | [redacted] |
| 5. Date Filed By State Registrar | 10/09/2017 |
| 6. Last Name Prior to First Marriage | HARRIS |
| 7a. Date Of Birth | [redacted] |
| 7b. Age | 65 YEAR(S) |
| 8. Place Of Birth (City And State Or Foreign Country) | TOPEKA, KANSAS |
| 9. Decedent Ever In U.S. Armed Forces | NO |
| 10a. Place Of Death | INPATIENT |
| 10b. Facility Name (If Not Institution, Street And Number) | STORMONT VAIL HEALTH |
| 10c. County Of Death | SHAWNEE |
| 10d. Zip Code | 66604 |
| 10e. City or Town Of Death | TOPEKA |
| 11. Marital Status | MARRIED |
| 12. Surviving Spouse (Name Prior to First Marriage) | HENRY ROSS BAKER |
| 13a. Residence – Street Address | 201 NEOSHO ST |
| 13b. State or Foreign Country | KANSAS |
| 13c. County or Province | LYON |
| 13d. City or Town | EMPORIA |
| 13e. Zip Code | 66801 |
| 13f. Inside City Limits | YES |
| 14. Decedent's Ancestry | |
| 15. Decedent's Race | WHITE |
| 16. Decedent's Hispanic Origin | NOT SPANISH, HISPANIC, LATINO |
| 17. Decedent's Education | SOME COLLEGE CREDIT, BUT NO DEGREE |
| 18. Decedent's Occupation | CMA / CNA |
| 19. Decedent's Industry | NURSING HOMES |
| 20. Father/Parent Birth Name (First, Middle, Last) | JOHN HARRIS |
| 21. Mother/Parent Birth Name (First, Middle, Last) | HELEN LOUISE MORRIS |
| 22a. Informant's Name (First, Middle, Last) | HENRY BAKER |
| 22b. Mailing Address | 201 NEOSHO ST, EMPORIA, KANSAS, 66801 |
| 22c. Relationship To Decedent | HUSBAND |
| 23. Method Of Disposition | CREMATION |
| 24a. Place Of Disposition | CAPITOL CITY CREMATORY |
| 24b. Location | TOPEKA, KANSAS |
| 25. Funeral Service Licensee And License Number | /e/LAURA HENDERSON - 2892 |
| 26. Name Of Embalmer And License Number | NOT EMBALMED - 9999 |
| 27. Name And Address Of Firm | CHARTER FUNERALS-EMPORIA CHAPEL, 501 W 6TH AVENUE, EMPORIA, KANSAS, 66801 |

28. Cause Of Death Part I. Events (diseases, injuries, or complications) that directly caused the death.

IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death)
A) ACUTE RESPIRATORY FAILURE
B)
C)
D)

Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I:
CHRONIC RESPIRATORY FAILURE, ENCEPHALOPATHY, CHRONIC OBSTRUCTIVE LUNG DISEASE, ATRIAL FLUTTER, HEART FAILURE

| Field | Value |
|---|---|
| 29a. Autopsy | NO |
| 29b. Autopsy Findings Available To Complete The Cause Of Death | |
| 29c. Coroner Contacted | YES |
| 30. Did Tobacco Use Contribute To Death? | UNKNOWN |
| 31. If Female | NOT PREGNANT WITHIN THE PAST YEAR |
| 32. Manner Of Death | NATURAL |
| 34a. Date Pronounced Dead | 10/03/2017 |
| 34b. Time Pronounced Dead | 1313 |
| 34c. Actual Or Presumed Time Of Death | 1313 |
| 35a. Pronouncing and Certifying Physician | /e/GREGORY CHEDIAK - MD |
| 35b. License No. | 0426872 |
| 35c. Date Certified | 10/05/2017 |
| 35d. Address | 1500 SW 10TH, TOPEKA, KANSAS, 66604 |

VS231A - Rev. 10/11/2016
0/13/2017 V240000210725 03 BAKER 201704019294 4 FH