**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAG. JUDGE NORTH** |
| **Jacqueline Baker,** **Case No. 2:17-cv-07891** | |

**ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF**

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party

Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Jessica Baker, as surviving daughter of

Jacqueline Baker, deceased, is substituted as Plaintiff in this action and the Motion to Substitute

Party Plaintiff is GRANTED.

Signed New Orleans, Louisiana this _____ day of _____, 2018.


_____
Honorable Eldon E. Fallon
United States District Court Judge