UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
:
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Darrell Stein, Sr. v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:18-cv-02108*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. ____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Mary Stein, as surviving spouse, is substituted for Plaintiff Darrell Stein, Sr. as the proper party plaintiff in the above captioned case Individually and on behalf of the Estate of Darell Stein, Sr., deceased.

New Orleans, Louisiana this ____ day of _____, 2018.

_____
United States District Judge