# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Catherine Maynard, Case No. 2:16-cv-03380 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Catherine Maynard with Derek Maynard, surviving son of Catherine Maynard, and in support states as follows:

1. Plaintiff Catherine Maynard passed away on or about December 14, 2017, as reported to the Court in the attached Suggestion of Death (Ex. 1) and the redacted death certificate (Ex. 2).

2. Derek Maynard, surviving son of Catherine Maynard, is a proper party to substitute for plaintiff-decedent Catherine Maynard and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Derek Maynard respectfully requests that he be substituted for the deceased Plaintiff in this cause of action.

Dated: November 6, 2018

                                               RESPECTFULLY SUBMITTED,

                                               <u>s/ Jacob A. Flint</u>
                                               Jacob A. Flint, IL Bar No. 6299777
                                               Flint Law Firm, LLC.
                                               222 E. Park St., Suite 500
                                               Edwardsville, IL 62025
                                               Phone: 618-205-2017
                                               Fax: 618-288-2864
                                               jflint@flintlaw.com

I hereby certify that on November 6, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint