LF 18-010
CF

**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 280465

| Field | Value |
|---|---|
| 1. Decedent's Name | Catherine Mary Maynard |
| 2. Date of Birth | (redacted) |
| 3. Sex | Female |
| 4. Date of Death | December 14, 2017 |
| 5. Name at Birth / Other Name | Catherine Mary Pushies |
| 6a. Age (Years) | 68 |
| 7a. Location of Death | Vibra Hospital of Southeastern Michigan - Taylor Campus |
| 7b. City | Taylor |
| 7c. County of Death | Wayne |
| 8a. Current Residence - State | Michigan |
| 8b. County | Wayne |
| 8c. Locality | Westland |
| 8d. Street and Number | 30726 Hiveley Street |
| 8e. Zip Code | 48186 |
| 9. Birth Place | Taylor, Michigan |
| 11. Decedent's Education | Some college credit but no degree |
| 12. Race | White |
| 13a. Ancestry | Lithuanian |
| 13b. Hispanic Origin | No |
| 14. Ever in the U.S. Armed Forces? | No |
| 15. Usual Occupation | Phone operator |
| 16. Kind of Business or Industry | Communications |
| 17. Marital Status | Married |
| 18. Name of Surviving Spouse | Darrell Maynard |
| 19. Father's Name | George Pushies |
| 20. Mother's Name Before First Married | Mary Catherine Scanlon |
| 21a. Informant's Name | Darrell Maynard |
| 21b. Relationship to Decedent | Husband |
| 21c. Mailing Address | 30726 Hiveley, Westland, Michigan 48186 |
| 22. Method of Disposition | Cremation |
| 23a. Place of Disposition | Serenity Cremation Services |
| 23b. Location | Taylor, Michigan |
| 24. Signature of Mortuary Science Licensee | Michael J. Fisher |
| 25. License Number | 4501006375 |
| 26. Name and Address of Funeral Facility | Fisher Funeral Home & Cremation Services 24501 Five Mile Road, Redford Twp., Michigan 48239 |

27a. Certifier: [X] Certifying Physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated.

| 28a. Actual or Presumed Time of Death | 28b. Pronounced Dead On | 28c. Time Pronounced Dead |
|---|---|---|
| 1550 Military Time | December 14, 2017 | 1550 Military Time |

| 29. Medical Examiner Contacted | 30. Place of Death | 31. If Hospital |
|---|---|---|
| No | Hospital | Inpatient |

Signature and Title: Shehnaz Rizvi, MD

27b. Date Signed: December 18, 2017
27c. License Number: 049097

34. Name and Address of Certifying Physician: Shehnaz Rizvi, MD, Dr. Shehnaz Rizvi, MD, 530 N. Telegraph Road, Dearborn, Michigan 48128

35a. Registrar's Signature: Cynthia A. Bower
35b. Date Filed: January 04, 2018

**36. PART I.**

| Cause | Approximate Interval Between Onset and Death |
|---|---|
| a. Catheter Related bacteremia | three days |
| b. Sepsis | Five Days |
| c. End Stage Renal Disease | 3 months |
| d. | |

| 37. Did Tobacco Use Contribute to Death? | 38. If Female |
|---|---|
| [ ] Yes [ ] Probably [ ] No [X] Unknown | Unknown if pregnant within the past year |

| 39. Manner of Death | 40a. Was an Autopsy Performed? | 40b. Were Autopsy Findings Available Prior to Completion of Cause of Death? |
|---|---|---|
| Natural | No | Not Applicable |

STATE OF MICHIGAN }
COUNTY OF WAYNE } ss
CITY OF TAYLOR }

I, CYNTHIA A. BOWER, City Clerk of the City of Taylor, do hereby certify this to be a copy of a Certificate of Death as filed in my office.

DATE: JAN 04 2018

SP0264940    CYNTHIA A BOWER, CITY CLERK

VRHDSS11 (12/12) Authority: MCL 333.2882

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.**