UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| CATHY TAYLOR, as the administrator of the Estate for DORIS WIGHTMAN, deceased, | JUDGE FALLON MAG. JUDGE NORTH |
| | COMPLAINT AND JURY DEMAND |
| Plaintiff, | Civil Action No: 2:18-cv-03255 |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS, INC. BAYER PHARMA AG, | |
| BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | |

## PLAINTIFFS RESPONSE TO
## RULE TO SHOW CAUSE

TO THE PROTHONOTARY:

On October 12, 2018, this Court issued a Rule to Show Cause why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to provide core information on Plaintiffs' Fact Sheet. Undersigned counsel responds to that order as follows:

1. The Complaint in this matter was filed on March 26, 2018.

2.       An amended Plaintiff Fact Sheet has been completed and served to Defendants on November 2, 2018, which includes Plaintiff's signed declaration signed by the administrator of the now deceased Xarelto user.

5.       The above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet as deficiencies have now been cured. Accordingly, undersigned counsel respectfully requests that this Honorable Court set aside the Order to Show Cause Regarding Plaintiffs' with Alleged Core Plaintiff Fact Deficiencies as to the above-caption action.

Napoli Shkolnik & Associates, P.L.L.C.

Respectfully submitted,

/s/ Christopher LoPalo
Christopher LoPalo
New York Bar No. 19578
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue, Suite 1101
New York, NY 10017
Tel: (212) 397-0000
Fax: (646) 843-7603
CLoPalo@napolilaw.com

*Attorneys for Plaintiff*

Dated: November 6, 2018

## CERTIFICATE OF SERVICE

I hereby certify pursuant to 18 Pa. C.S. 4904 that on November 6, 2018, I caused a true and correct copy of the foregoing Plaintiff's Response to Rule to show Cause to be served on counsel of record via electronic filing:

        Albert G. Bixler, Esq.
        Leslie A. Hayes, Esq. Heather R.
        Olson, Esq. Eckert Seamans Cherin
        Mellott Two Liberty Place
        50 S 16th Street, 22nd Floor
        Philadelphia, PA  19102
        *Attorneys for Bayer Corporation, Bayer Healthcare LLC, and Bayer Healthcare Pharmaceuticals, Inc.*

        David F. Abernethy
        david.abernethy@dbr.com Attorney Identification No. 36666
        Molly E. Flynn molly.flynn@dbr.com
        Attorney Identification No. 205593
        DRINKER BIDDLE & REATH LLP One Logan Square, Suite 2000
        Philadelphia, PA 19103-6996
        Telephone:  (215) 988-2700
        Facsimile:  (215) 988-2757
        *Attorneys for Defendants Janssen Research & Development, LLC; Janssen Ortho, LLC; Johnson & Johnson; and Janssen Pharmaceuticals, Inc.*