UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL NORTH |
| Shelia Garcia<br>Case No. 2:16-cv-13183 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and moves this Court for an Order substituting Shelia Garcia with Rafael Garcia, surviving spouse of Shelia Garcia, and in support states as follows:

1. Plaintiff Shelia Garcia passed away on or about September 5, 2016, as reported to the Court in the attached Notice and Suggestion of Death (Ex. 1).

2. Rafael Garcia, surviving spouse of Shelia Garcia, is a proper party to substitute for plaintiff-decedent Shelia Garcia and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Rafael Garcia respectfully requests that he be substituted for the deceased Plaintiff in this cause of action.

1

Dated:  November 6, 2018  Respectfully submitted,

By:  /s/ *Sindhu S. Daniel*
Sindhu S. Daniel
Anna N. Rol
Thomas Sims
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
sdaniel@baronbudd.com
arol@baronbudd.com
tsims@baronbudd.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 6th day of November, 2018, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Sindhu S. Daniel*
Sindhu S. Daniel