# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Shelia Garcia<br>Case No. 2:16-cv-13183 | MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Shelia Garcia, on or about September 5, 2016. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Shelia Garcia in the near future.

Dated: August 8, 2018

Respectfully submitted,

By: /s/ *Sindhu S. Daniel*
Sindhu S. Daniel
Anna N. Rol
Thomas Sims
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
sdaniel@baronbudd.com
arol@baronbudd.com
tsims@baronbudd.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of August, 2018, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Sindhu S. Daniel*
Sindhu S. Daniel