UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>Shelia Garcia<br>Case No. 2:16-cv-13183 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff, as well as any responses thereto, finds the motion meritorious.

IT IS HEREBY ORDERED that Plaintiff, Rafael Garcia, as surviving spouse of Shelia Garcia, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party Plaintiff is GRANTED.

Signed New Orleans, Louisiana this _____ day of _____, 2018

_____
Honorable Eldon E. Fallon
United States District Court Judge

1