UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER APPLICABLE TO NON-CMO 6 CASES ONLY

**THIS MATTER** having come before the Court by consent of all parties and for good cause shown, for the cases which are not part of CMO 6,

**IT IS** on this 2nd day of November 2018, **ORDERED**, as follows:

1. Without waiver of the requirements of Pretrial Order 31, Plaintiff Fact Sheets that are core deficient solely because there is no documentation supporting the authority of the alleged Xarelto® user's representative to sign the declaration on behalf of the user will be excluded from the order to show cause process where the following conditions are met:

   a. Section I(E) of the Plaintiff Fact Sheet is completed in full; and

   b. In the case of a deceased plaintiff, a death certificate and notarized Next of Kin affidavit that states the relationship of the representative to the alleged Xarelto® user, or copy of the letters of administration are produced.

   c. For plaintiffs who are not deceased, a notarized Power of Attorney shall be produced.

2. The provisions of this Order apply to the order to show cause process only and in no way abrogate or waive the requirement that plaintiffs produce proper representative documentation, and nothing in this Order shall affect Defendants' right to raise this issue by way of motion at a later date.

-2-

New Orleans, Louisiana, on this 2nd day of November 2018.

_____
Judge Eldon E. Fallon
United States District Court Judge