UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Gale O'Neil v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-12514

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 111437, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Odyne O'Neil, surviving spouse and personal representative of the estate of Gale O'Neil, is substituted for Plaintiff Gale O'Neil as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE