UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Hines v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-3624

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11450, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Crystal Hines, next of kin and Representative of the Estate of Robert Hines, is substituted for Plaintiff Robert Hines as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE