UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*George Wentsch v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6083

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11448, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Austin Trust Company, trustee of George Wentsch, is substituted for Plaintiff Cumberland Investment Company as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE