UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | § | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION:L |
| | § | JUDGE: ELDON E. FALLON |
| | § | MAG. JUDGE MICHEAL NORTH |
| | § | |
| | § | |
| | § | |
| | § | |

This document Relates to:

BARBARA GLADDEN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-03619

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order replacing Plaintiff Barbata Gladden with Daniel Gladden, surviving husband of Barbara Gladden, and in support states as follows:

1. Plaintiff Barbara Gladden passed away on or about June 24, 2016, as reported to the Court in the attached Suggestion of Death. (Ex. 1).

2. Daniel Gladden, surviving husband of Barbara Gladden, is a proper party to substitute for plaintiff-decedent Barbara Gladden and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Daniel Gladden, respectfully requests that he be substituted Plaintiff in this cause of action.

Dated: November 6, 2018                            Respectfully submitted,

/s/ Avram J. Blair

Avram J. Blair
Texas Bar No. 24033585
**Avram Blair & Associates, P.C.**
3120 Southwest Freeway, Ste. 215
Houston, Texas 77098
Telephone: (713) 936-2605
Facsimile: (832) 203-8286

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trail Order No.17.

By: /s/ Avram J. Blair

Avram J. Blair
Texas Bar No. 24033585
**Avram Blair & Associates, P.C.**
3120 Southwest Freeway, Ste. 215
Houston, Texas 77098
Telephone: (713) 936-2605
Facsimile: (832) 203-8286