UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | § | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION:L |
| | § | JUDGE: ELDON E. FALLON |
| | § | MAG. JUDGE MICHAEL NORTH |
| | § | |
| | § | |
| | § | |
| | § | |

This document Relates to:

BARBARA GLADDEN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-03619

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Daniel Gladden, as surviving Husband of Barbara Gladden, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party Plaintiff is GRANTED.

Signed, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge