UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br><br> Civil Action No.: 2:17-CV-17257 |
| NETTY ACKER | | |
| Plaintiff | | |
| v. | | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG | | |
| Defendants | | |

**ORDER**

Considering the foregoing Motion to Withdraw Defendants' Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process;

IT IS HEREBY ORDERED that Defendants' Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process (Rec. Doc. 11057) be and the same is hereby withdrawn.

1

2

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge