UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*James Heckler et al. v. Janssen Research & Development LLC, et al,* No. 2:15-cv-06996-EEF-MBN | |

**MOTION FOR SUBSTITUTION OF PROPER PARTY PURSUANT TO RULE 25(a)(1)**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Linda Heckler, on behalf of her deceased husband, James Heckler, as Plaintiff in the above captioned cause.

1. James Heckler and Linda Heckler filed a products liability lawsuit against defendants on April 1, 2013.

2. Plaintiff, James Heckler, died on March 4, 2016.

3. James Heckler's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on June 1, 2016, attached hereto as "Exhibit A."

5. The decedent's surviving spouse, Linda Heckler, is the Proper Plaintiff and wishes to be substituted on behalf of James Heckler in this case.

Wherefore, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: November 7, 2018

                                        Respectfully Submitted:

                                        s/ Douglas R. Plymale  
                                        Douglas R. Plymale, (La. Bar No. 28409)  
                                        James R. Dugan, II (La. Bar No. 24785)  
                                        THE DUGAN LAW FIRM, APLC  
                                        365 Canal Street, Suite 1000  
                                        New Orleans, Louisiana 70130  
                                        Tel: (504) 648-0180  
                                        Fax: (504) 648-0181  
                                        Email: dplymale@dugan-lawfirm.com

                                        ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: November 7, 2018

                         Respectfully Submitted:

                         s/ Douglas R. Plymale
                         Douglas R. Plymale, (La. Bar No. 28409)
                         James R. Dugan, II (La. Bar No. 24785)
                         THE DUGAN LAW FIRM, APLC
                         365 Canal Street, Suite 1000
                         New Orleans, Louisiana 70130
                         Tel: (504) 648-0180
                         Fax: (504) 648-0181
                         Email: dplymale@dugan-lawfirm.com

                         ***Attorneys for Plaintiffs***