# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*James Heckler et al. v. Janssen Research & Development LLC, et al,* No. 2:15-cv-06996-EEF-MBN | |

## **ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff, Linda Heckler, on behalf of the Estate of James Heckler be substituted for Plaintiff, James Heckler in the above captioned cause.

Dated: _____       _____
                                                                          Hon. Eldon E. Fallon
                                                                          United States District Court Judge