# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*James Heckler et al. v. Janssen Research & Development LLC, et al,* No. 2:15-cv-06996-EEF-MBN | |

## SUGGESTION OF DEATH

Plaintiffs' counsel, pursuant to Federal rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court that Plaintiff, James Heckler, died on March 4, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of James Heckler's Estate.

Dated: June 1, 2016

Respectfully submitted,

*s/ Douglas R. Plymale*\_\_\_\_\_
Douglas R. Plymale (La. Bar No. 28409)
James R. Dugan, II (La. Bar No. 24785)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
Email: dplymale@dugan-lawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2016, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Douglas R. Plymale*
Douglas R. Plymale
