UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*William Heffker vs. Janssen Research & Development LLC, et al,* No. 2:14-cv-02593-EEF-MBN | |

## SUGGESTION OF DEATH

Plaintiffs' counsel, pursuant to Federal rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court that Plaintiff, William Heffker, died on November 10, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of William Heffker's Estate.


Dated: November 7, 2018

                                                       Respectfully submitted,

                                                       *s/ Douglas R. Plymale*
                                                       Douglas R. Plymale (La. Bar No. 28409)
                                                       James R. Dugan, II (La. Bar No. 24785)
                                                       THE DUGAN LAW FIRM, APLC
                                                       365 Canal Street, Suite 1000
                                                       New Orleans, Louisiana 70130
                                                       Tel: (504) 648-0180
                                                       Fax: (504) 648-0181
                                                       Email: dplymale@dugan-lawfirm.com

                                                       *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Douglas R. Plymale*
Douglas R. Plymale
