UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*William Heffker v. Janssen Research & Development LLC, et al,* No. 2:14-cv-02593-EEF-MBN | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Virginia McKevitt, on behalf of the Estate of William Heffker, as Plaintiff in the above captioned cause.

1. William Heffker filed a products liability lawsuit against defendants on November 12, 2014.

2. Plaintiff, William Heffker, died on November 10, 2016.

3. William Heffker's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on November 7, 2018, attached hereto as "Exhibit A."

5. Virginia McKevitt, daughter and Administratix of the Succession of William Heffker is a proper party to substitute for plaintiff-decedent William Heffker and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)1). "If a party dies and the claim is

not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Attached to these papers as Exhibit "B" is a true copy of the Letters of Administration issued by the Civil District Court for the Parish of Orleans.

Wherefore, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: November 7, 2018

                                          Respectfully Submitted:

                                          s/ Douglas R. Plymale
                                          Douglas R. Plymale, (La. Bar No. 28409)
                                          James R. Dugan, II (La. Bar No. 24785)
                                          THE DUGAN LAW FIRM, APLC
                                          365 Canal Street, Suite 1000
                                          New Orleans, Louisiana 70130
                                          Tel: (504) 648-0180
                                          Fax: (504) 648-0181
                                          Email: dplymale@dugan-lawfirm.com

                                          ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: November 7, 2018

                                              Respectfully Submitted:

                                              s/ Douglas R. Plymale
                                              Douglas R. Plymale, (La. Bar No. 28409)
                                              James R. Dugan, II (La. Bar No. 24785)
                                              THE DUGAN LAW FIRM, APLC
                                              365 Canal Street, Suite 1000
                                              New Orleans, Louisiana 70130
                                              Tel: (504) 648-0180
                                              Fax: (504) 648-0181
                                              Email: dplymale@dugan-lawfirm.com

                                              *Attorneys for Plaintiffs*