**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| This Document Relates to: | |
| *William Heffker v. Janssen Research & Development LLC, et al,* No. 2:14-cv-02593-EEF-MBN | |

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with Rule 25(a)(1) of the Federal Rules of Civil procedure, your undersigned, who represents Plaintiff Virginia McKevitt notes the death during the pendency of this action of Plaintiff William Heffker.

Dated: November 7, 2018

Respectfully Submitted:

s/  Douglas R. Plymale
Douglas R. Plymale, (La. Bar No. 28409)
James R. Dugan, II (La. Bar No. 24785)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
Email: dplymale@dugan-lawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018 I electronically filed the foregoing documents

with the Clerk of Court using the CM/ECF system which will send notification of such filing

to all attorneys of record.

Dated: November 7, 2018

Respectfully Submitted:


s/ Douglas R. Plymale
Douglas R. Plymale, (La. Bar No. 28409)
James R. Dugan, II (La. Bar No. 24785)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
Email: dplymale@dugan-lawfirm.com

*Attorneys for Plaintiffs*