Civil District Court for the Parish of Orleans

## STATE OF LOUISIANA

FILED 2017 APR 28 P 1:34
DISTRICT CIVIL COURT

LETTERS OF ADMINISTRATION

SUCCESSION OF
WILLIAM R. HEFFKER

NO. 17-4044

DIVISION " J "

FILED _____,

_____
DEPUTY CLERK

BE IT KNOWN:

That **VIRGINIA MCKEVITT** has been named, appointed and confirmed as the Administratrix of the Succession of the Late William R. Heffker, and, having complied with all legal requirements relative thereto, is fully qualified, authorized and empowered to collect all property of said deceased, and to perform all other lawful acts as the Administratrix aforesaid.

WITNESS our hand and the Seal of said Court, at the New Orleans, Louisiana this __1__ day of ~~April~~ May, 2017.

_____ Judge

_____ Deputy Clerk

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

K:\SUCCESSIONS\Heffker\Letters of Administration.wpd