# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*Iris Groves v. Janssen Research & Development LLC, et al,* No. 2:16-cv-06916-EEF-MBN | |

## SUGGESTION OF DEATH

Plaintiffs' counsel, pursuant to Federal rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court that Plaintiff, Iris Groves, died on August 18, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Iris Groves' Estate.


Dated: November 7, 2018

                                             Respectfully submitted,

                                             *s/ Douglas R. Plymale*
                                             Douglas R. Plymale (La. Bar No. 28409)
                                             James R. Dugan, II (La. Bar No. 24785)
                                             THE DUGAN LAW FIRM, APLC
                                             365 Canal Street, Suite 1000
                                             New Orleans, Louisiana 70130
                                             Tel: (504) 648-0180
                                             Fax: (504) 648-0181
                                             Email: dplymale@dugan-lawfirm.com

                                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Douglas R. Plymale*
Douglas R. Plymale
