UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*Iris Groves v. Janssen Research & Development LLC, et al,* No. 2:16-cv-06916-EEF-MBN | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting William N. Groves, on behalf of the Estate of Iris Groves, as Plaintiff in the above captioned cause.

1. Iris Groves filed a products liability lawsuit against defendants on May 24, 2016.

2. Plaintiff, Iris Groves, died on August 18, 2015, without her family notifying her legal representative.

3. Iris Groves' products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on November 7, 2018, attached hereto as "Exhibit A."

5. William N. Groves, surviving spouse of Iris Groves is a proper party to substitute for plaintiff-decedent Iris Groves and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)1). "If a party dies and the claim is not extinguished, the court may order

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: November 7, 2018

        Respectfully Submitted:

        s/ Douglas R. Plymale
        Douglas R. Plymale, (La. Bar No. 28409)
        James R. Dugan, II (La. Bar No. 24785)
        THE DUGAN LAW FIRM, APLC
        365 Canal Street, Suite 1000
        New Orleans, Louisiana 70130
        Tel: (504) 648-0180
        Fax: (504) 648-0181
        Email: dplymale@dugan-lawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: November 7, 2018

                                            Respectfully Submitted:

                                            s/ Douglas R. Plymale
Douglas R. Plymale, (La. Bar No. 28409)
James R. Dugan, II (La. Bar No. 24785)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
Email: dplymale@dugan-lawfirm.com

*Attorneys for Plaintiff*