# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*Iris Groves v. Janssen Research & Development LLC, et al,* No. 2:16-cv-06916-EEF-MBN | |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Rule 25(a)(1) of the Federal Rules of Civil procedure, your undersigned, who represents Plaintiff William Groves notes the death during the pendency of this action of Plaintiff Iris Groves.

Dated: November 7, 2018

                                          Respectfully Submitted:

                                          s/ Douglas R. Plymale
                                          Douglas R. Plymale, (La. Bar No. 28409)
                                          James R. Dugan, II (La. Bar No. 24785)
                                          THE DUGAN LAW FIRM, APLC
                                          365 Canal Street, Suite 1000
                                          New Orleans, Louisiana 70130
                                          Tel: (504) 648-0180
                                          Fax: (504) 648-0181
                                          Email: dplymale@dugan-lawfirm.com

                                          *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 7, 2018 I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: November 7, 2018

                              Respectfully Submitted:

                              s/ Douglas R. Plymale
                              Douglas R. Plymale, (La. Bar No. 28409)
                              James R. Dugan, II (La. Bar No. 24785)
                              THE DUGAN LAW FIRM, APLC
                              365 Canal Street, Suite 1000
                              New Orleans, Louisiana 70130
                              Tel: (504) 648-0180
                              Fax: (504) 648-0181
                              Email: dplymale@dugan-lawfirm.com

                              ***Attorneys for Plaintiffs***