# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br><br>*Iris Groves v. Janssen Research & Development LLC, et al,* No. 2:16-cv-06916-EEF-MBN | |

## **SUGGESTION OF DEATH**

Plaintiffs' counsel, pursuant to Federal rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court that Plaintiff, Iris Groves, died on August 18, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Iris Groves' Estate.

Dated: November 7, 2018

Respectfully submitted,

*s/ Douglas R. Plymale*
Douglas R. Plymale (La. Bar No. 28409)
James R. Dugan, II (La. Bar No. 24785)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
Email: dplymale@dugan-lawfirm.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Douglas R. Plymale*
Douglas R. Plymale
