UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :       MDL No. 2592
PRODUCTS LIABILITY LITIGATION      :
                                   :       SECTION L
                                   :
                                   :       JUDGE ELDON E. FALLON
                                   :
                                   :       MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*PENOLA TARVER v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*Civil Action Number 2:16-cv-1879*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Alberta Jenkins on behalf of her deceased mother, Penola Tarver, for the following reasons:

I.

On March 4, 2016 Penola Tarver filed a Complaint in the above referenced matter.

II

On January 29, 2018 Penola Tarver died.

III.

The decedents daughter, Alberta Jenkins, is the Proper Party Plaintiff and wishes to be substituted on behalf of Penola Tarver, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 7th day of November, 2018.

By: _/s/Andre' P. LaPlace_____
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

By: _/s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No.  (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2018 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**