# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : : | SECTION L |
| DANIEL J. CUMMINGS, | : : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER CORPORATION, BAYER PHARMA AG, BAYER HEALTHCARE AG, and BAYER AG, | : : : : : : : : : : : : : : | Civil Action No.: 2:16-CV-06413<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **LAW OFFICES OF CHARLES H. JOHNSON, PA**<br><br>By: /s/Charles H. Johnson<br>Charles H. Johnson<br>Jonathan R. Mencel<br>2599 Mississippi Street<br>New Brighton, MN 55112-5060<br>Tel: (651) 633-568<br>bdehkes@charleshjohnsonlaw.com<br>jmencel@charleshjohnsonlaw.com<br><br>Attorneys for Plaintiff<br>Dated: November 7, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC<br>Dated: November 7, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: November 7, 2018 |

-3-

        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        By: /s/Kim E. Moore
        Kim E. Moore
        400 Poydras St.,
        Suite 2700
        New Orleans, LA 70130
        (504) 310-2100
        kmoore@irwinllc.com

        Liaison Counsel for Defendants
        Dated: November 7, 2018

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 7, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                            /s/Kim E. Moore