UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Victor R. Crage and Teresa Crage, ) | CASE NO: 2:17-cv-07460 |
| ) | |
| Plaintiffs, ) | |
| ) | **SUGGESTION OF DEATH** |
| v. ) | **ON THE RECORD** |
| ) | |
| Janssen Research & Development, et al., ) | |
| ) | |
| Defendant(s) ) | |

Counsel for Plaintiffs in the above-referenced action, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff Victor R. Crage, which occurred on or about August 24, 2018; and the death of consortium Plaintiff Teresa Crage, which occurred on or about April 11, 2018.

Dated: November 8, 2018          Respectfully submitted,

/s/ Brian A. Goldstein
Brian A. Goldstein (NY Bar No. 2715019)
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
E-Mail: brian.goldstein@cellinoandbarnes.com

## Certificate of Service

I hereby certify that on November 8, 2018, a copy of the foregoing document was filed electronically using the CM/ECF system which will send notification of each such filing to the parties denoted in the Electronic Mail Notice List.

/s/ *Brian A. Goldstein*
Brian A. Goldstein (NY No. 2715019)