# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Sara Butler, on behalf of the Estate of Sarah Burnside v. Janssen Research & Development, LLC, et al., Civil Action No. 2:16-cv-10295*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Sara Butler, on behalf of the Estate of Sarah Burnside, be substituted for Plaintiff Betty Hill in the above captioned cause.

Dated: _____     _____
Hon. Eldon E. Fallon
United States District Court Judge