UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Billy Newsome v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-4572**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Thea Newsome as plaintiff on behalf of her deceased husband, Billy Newsome.

1. Billy Newsome filed a claim against the defendants on April 29, 2016.

2. Subsequently, plaintiff's counsel was notified that Billy Newsome died on January 5, 2017.

3. Billy Newsome's action against the defendants survived his death and was not extinguished.

1

2

4. Thea Newsome, wife of Billy Newsome, is a proper party to substitute for plaintiff-decedent Billy Newsome and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Thea Newsome requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  November 8, 2018				Respectfully submitted,

					By:  /s/ *Adam P. Slater*
					Adam P. Slater
					Jonathan Schulman
					SLATER SLATER SCHULMAN LLP
					445 Broadhollow Road, Suite 334
					Melville, New York 11747
					Phone: (212) 922-0906
					Fax: (212) 922-0907
					aslater@sssfirm.com
					jschulman@sssfirm.com
					*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 8th day of November 2018.

*/s/ Adam P. Slater*
Adam P. Slater