CERTIFICATION OF VITAL RECORD - REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
CERTIFICATE OF DEATH

**BK:2017 PG:0051**

REGISTRATION DISTRICT NO. **018-81**  LOCAL NO. **51**  COUNTY OF DEATH Catawba  STATE FILE NO.

DECEDENT'S LEGAL NAME

| 1a. FIRST | 1b. MIDDLE | 1c. LAST | 1d. SUFFIX | 1e. LAST NAME PRIOR TO FIRST MARRIAGE |
|---|---|---|---|---|
| Billy | Ray | Newsome | | |

| 2. SEX | 3a. AGE-Last Birthday (Yrs) | 3b. UNDER 1 YEAR | | 3c. UNDER 1 DAY | | 4. DATE OF BIRTH (Month/Day/Year) | 5. BIRTHPLACE (City/State or Foreign Country) | 6. DATE OF DEATH (Month/Day/Year) |
|---|---|---|---|---|---|---|---|---|
| M | 68 | Months | Days | Hours | Minutes | 03/29/1948 | Guilford, NC | 01/05/2017 |

7a. PLACE OF DEATH (Check only one)
IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☐ Other (Specify)

7b. FACILITY NAME (If not institution, give street and number)
Catawba Valley Medical Center

7c. CITY OR TOWN
Hickory

7d. COUNTY OF DEATH
Catawba

| 8. MARITAL STATUS | 9. SURVIVING SPOUSE (If no name prior to first marriage) | 10a. DECEDENT'S USUAL OCCUPATION (Do not use retired) | 10b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| ☒ Married ☐ Married, but separated ☐ Widowed ☐ Divorced ☐ Never married | Theia Ann Woodell | Truck Driver | Foam Mfg. |

| 11. SOCIAL SECURITY NUMBER | 12a. RESIDENCE-STATE (Or foreign country) | 12b. COUNTY | 12c. CITY OR TOWN |
|---|---|---|---|
| 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 | NC | Randolph | Sophia |

| 13. STREET AND NUMBER | 13a. ZIP CODE | 13b. WAS DECEDENT EVER IN US ARMED FORCES? |
|---|---|---|
| 3583 Partridge Lane | 27350 | ☐ Yes ☒ No |

14. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death.)
☐ 8th grade or less
☒ 9th-12th grade, no diploma
☐ High school graduate or GED completed
☐ Some college credit, but no degree
☐ Associate degree (e.g., AA, AS)
☐ Bachelor's degree (e.g., BA, AB, BS)
☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

15. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino)
☒ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino (Specify)

16. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
☒ White
☐ Black or African American
☐ American Indian or Alaska Native (Name of the enrolled or principal tribe)
☐ Asian Indian
☐ Chinese
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian (Specify)
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander (Specify)
☐ Other (Specify)

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| Bill Newsome | Margaret Duggins |

| 19. INFORMANT'S NAME | 19a. RELATIONSHIP TO DECEDENT | 19b. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Kristi N. Kindle | Daughter | 5133 Windemere Circle, Trinity, NC 27370 |

20a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify)

20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place)
Floral Garden Park Cemetery

20c. LOCATION (City or Town and State)
High Point, NC

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NUMBER | 21c. NAME OF EMBALMER | 21d. LICENSE NUMBER |
|---|---|---|---|
| | FS1502 | Thomas E. Southern | FS1789 |

22. NAME AND ADDRESS OF FUNERAL HOME
Cumby Family Funeral Service, 205 Trindale Road, Archdale, NC 27263

23. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Blunt Force Injuries to his chest      Due to (or as a consequence of)
b. Motor Vehicle Crash      Due to (or as a consequence of)
c.      Due to (or as a consequence of)
d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| 24a. WAS AN AUTOPSY PERFORMED? | 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

| 25. MANNER OF DEATH | 26a. WAS CASE REFERRED TO MEDICAL EXAMINER? | 27. TIME OF DEATH | 28. DID TOBACCO USE CONTRIBUTE TO DEATH? | 29. IF FEMALE: |
|---|---|---|---|---|
| ☐ Natural ☐ Homicide ☒ Accident ☐ Pending ☐ Suicide ☐ Could not be determined | ☒ Yes ☐ No  26b. IF YES: ☐ Declined by Medical Examiner | (Approximate) | ☐ Yes ☐ Probably ☐ No ☐ Unknown | ☐ Not pregnant in past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year |

| 30. DATE PRONOUNCED (Month/Day/Year) | 31a. DATE OF INJURY (Month/Day/Year) | 31b. TIME OF INJURY | 31c. INJURY AT WORK? | 31d. PLACE OF INJURY (e.g., home, farm, street, factory, office building, etc.) SPECIFY | 31e. TRANSPORTATION INJURY SPECIFY |
|---|---|---|---|---|---|
| | | AM | ☐ Yes ☐ No | Roadway | ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |

31f. DESCRIBE HOW INJURY OCCURRED
Rollover MVC

31g. LOCATION OF INJURY (Street and Number, City or Town, State)

32. CERTIFIER (Check only one)
☐ Certifying physician/nurse practitioner/physician assistant - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☒ Medical Examiner - On the basis of examination, and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 33a. SIGNATURE AND TITLE OF CERTIFIER | 33b. LICENSE NUMBER | 33c. DATE SIGNED (Month/Day/Year) |
|---|---|---|

| 34. NAME AND ADDRESS OF CERTIFIER (Print name/title) | 35. DATE REGISTERED BY STATE |
|---|---|
| | 1-13-17 |

36. NAME AND TITLE OF REGISTRAR (Print name/title)

37. DATE FILED (Month/Day/Year)
JAN 1 7 2017

DATE CORRECTED (Month/Day/Year)  ITEM(S) CORRECTED
DATE AMENDED (Month/Day/Year)  ITEM(S) AMENDED

Donna Hicks Spencer
Register of Deeds
Register of Deeds
Any alteration or erasure voids this certificate. Do not accept unless on security paper with seal clearly embossed in corner.

CATAWBA COUNTY 1842