UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| SHANANN PASSLEY, as Personal Representative of the Estate of ROBIN PASSLEY, Deceased, | * * * * | JUDGE ELDON E. FALLON |
| Plaintiff, | * * | MAGISTRATE JUDGE NORTH |
| vs. | * * | Case No. 2:16-cv-16824 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, et al. | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiff, Shanann Passley, as Personal Representative of the Estate of Robin Passley, deceased, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is a Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

1

2

|  |  |
|---|---|
| Dated: 11/08/2018 | Respectfully submitted,<br><br>/s/ Roger C. Denton<br><br>Roger C. Denton, Esq. (MO # 30292)<br>Kristine K. Kraft, Esq. (MO # 37971)<br>Ashley Brittain Landers, Esq. (MO # 62763)<br>**SCHLICHTER, BOGARD & DENTON**<br>100 South 4th Street, Suite 1200<br>Saint Louis, MO 63102<br>Telephone:  (314) 621-6115<br>Fax:   (314) 621-1365<br>rdenton@uselaws.com<br>kkraft@uselaws.com<br>abrittain@uselaws.com<br><br>**Attorneys for the Plaintiff** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*Roger C. Denton*