**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXIBAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 <br><br> Section: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Charles Lewis v. Janssen Research & Development LLC, et al; 2:15-cv-01715*

### RESPONSE TO ORDER TO SHOW CAUSE

This matter is subject to the Motion for an Order to Show Cause on November 19, 2018, as to why it should not be dismissed with prejudice for failure to submit and serve an updated Plaintiff Fact Sheet and Authorization for Release of all healthcare providers and other sources of information of records. Undersigned counsel responds to the Motion as follows:

1.	Counsel was retained by Charles Lee Lewis to prosecute a case on his behalf as a result of injuries and damages he sustained from taking Xarelto.

2.	Charles Lee Lewis passed away on April 6, 2018.

3.	Charles Lee Lewis was not married and had no children. Counsel for Plaintiff is unclear who would be the new Plaintiff in the wrongful death action. Decedent's mother is next of kin but it is counsel's understanding that she is 91-years-old and may not have the capacity to bring a lawsuit. Counsel is also unclear who the successor in interest is for the estate of Charles Lee Lewis.

1

4.     Decedent's family has informed counsel that they wish to continue with the lawsuit.  However, they have not been cooperative.  Counsel does not even have a fee agreement with any of the family members of Charles Lee Lewis as they have told Counsel they are not going to sign and return anything to her.  However, Counsel feels obligated to protect their interests as they have told her they want to continue with the case

5.     Counsel has informed multiple family members of Mr. Lewis that this case was selected for remand and what that entails.  Counsel has also told family members in conversation and in writing that she needs to know who will be the new Plaintiff and when the appropriate estate documents will be in order so that the complaint can be amended.   However, that information has not been confirmed.

6.     Counsel for Plaintiff prepared an updated Plaintiff Fact Sheet with new information as a result of the death of Charles Lee Lewis and requested two separate family members who counsel believes would be the new Plaintiff verify it but she has yet to receive back the Declaration page verifying the information.  Counsel submitted the unverified Plaintiff Fact Sheet to MDL Centrality.

7.     This is the third time this matter has been on the list for an Order to Show Cause as to why it should not be dismissed with prejudice.  Counsel for Plaintiff has informed multiple family members of Charles Lee Lewis each time the case was set for an Order to Show Cause hearing.  Counsel as repeatedly told family members of Charles Lee Lewis that counsel needed their immediate cooperation regarding returning the verification to the fact sheet, new authorization, verifying who would be the new Plaintiff and provide the necessary estate documentation so the complaint could be amended.  To date, the family members have not

returned the authorizations, verifications and have not informed counsel when the appropriate estate proceedings will be completed.

8.	Counsel is at a loss of what to do.  A lot of time and effort has been spent trying to get the members of the family of Charles Lee Lewis to cooperate since they want to continue with the case.  Again, this is despite not even having a fee agreement with anyone at the present time as the family of Mr. Lewis has told her they will not sign anything.  Counsel is unclear if additional time to provide a verification and authorization will be helpful since the family has told her they refuse to sign anything.

Dated: November 7, 2018			*/s/ Laura M. Morris*

Attorney for Plaintiff
Daniel J. Callahan
Daniel@callahan-law.com
Laura M. Morris
lmorris@callahan-law.com
3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Tel: (714) 241-4444
Fax: (714) 241-4445

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rules of Civil Procedure 5(a)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 7th day of November, 2018.

                                            /s/ Laura M. Morris

                                            Attorney for Plaintiff
Daniel J Callahan
Daniel@Callahan-law.com
Laura M. Morris
lmorris@Callahan-law.com
3 Hutton Centre Drive,
Ninth Floor
Santa Ana, CA 92707
Phone: 714-241-4444
Fax: 714-241-4445