UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*See Attached Exhibit A*

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, William K. Holland of Holland Injury Law, LLC, and hereby withdraws his appearance as counsel for Plaintiffs (*See* Exhibit A).

COMES NOW, Jeffrey S. Singer of Goldblatt + Singer, and hereby enters his appearance as counsel for Plaintiffs (*See* Exhibit A).

Dated: November 8, 2018

Respectfully submitted,

| GOLDBLATT + SINGER | HOLLAND INJURY LAW, LLC |
|---|---|
| /s/ Jeffrey S. Singer | /s/ William K. Holland |
| Jeffrey S. Singer | William K. Holland |
| 8182 Maryland Ave. | 130 S. Bemiston Ave. |
| Suite 801 | Suite 305 |
| St. Louis, MO 63105 | St. Louis, MO 63105 |
| (314) 231-4100 | (314) 684-8321 |
| Email: jsinger@stlinjurylaw.com | Email: wholland@whollandinjurylaw.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered participants were served via the Court's electronic CM/ECF system.

/s/ Jeffrey S. Singer