UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

### EXHIBIT A

**Party Name**
Akin, Nyla
Burmeister, Dennis
Burt, Willie
Cali, Geraldine
Cariglio, Dominic
Carter, Carolyn
Coffey, Jonnetha
Franco, Rodolfo
Fry, Cheryl
Fuselier, Gregory
Ganase, Samdaye
Gilpin, Richard
Grimm, Romona
Hansen, Carol
Heath, Karen
Heiner, Larry
Hicks, Helen
Isner, Nima
Jay, Dianna
Jordan, Michael
Joshua, Willie
Leigh, Ruby
Meadows, Wayne
Michaelis, Laurie
Miller, Adelia
Moffitt, Katie
Murillo, Bernadette
Necaise, Robert
Parker, Howard
Poetz, Robert
Reece, William

Reed, Mildred
Schucknecht, Judith
Smith, Patrick
Stueve-Dodd, Ella
Sullivan, Cornelius
Van Fradenburg, Roy
Wainscott, Albert
Walker, Shirley