UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*See Attached Exhibit A*

## PROPOSED ORDER

Plaintiffs' Stipulation for Substitution of Counsel is hereby granted.

SO ORDERED this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon