# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Mildred Reed v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:16-cv-05837

## PLAINTIFF'S NOTICE OF SERVICE

Plaintiff hereby gives notice that service has been effectuated on Defendant, Bayer Pharma AG, by sending a copy of the Complaint, Short Form Complaint, Summons and Severance Order through registered mail and electronic mail to xareltocomplaints@babc.com, as instructed in Pre-Trial Order No. 10.


Dated: November 8, 2018            Respectfully submitted,

                                   GOLDBLATT + SINGER

                                   /s/ Jeffrey S. Singer
                                   Jeffrey S. Singer
                                   8182 Maryland Ave.
                                   Suite 801
                                   St. Louis, MO 63105
                                   (314) 231-4100
                                   Email: jsinger@stlinjurylaw.com
                                   *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered participants were served via the Court's electronic CM/ECF system.

/s/ Jeffrey S. Singer