UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Marshall Frazier v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-11474

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11449, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Marsha Frazier, surviving spouse of Marshall Frazier, is substituted for Plaintiff Marshall Frazier as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE