UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-0086

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11451, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff David Michael, Jr., surviving child and anticipated Executor for the Estate of David Michael, Sr., is substituted for Plaintiff David Michael, Sr. as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Amended Complaint is granted and that the Clerk is ordered to file into the record in this matter the amended complaint attached to the Motion to Substitute Party Plaintiff and Leave to File Amended Complaint.

New Orleans, Louisiana, this 6th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE