UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Cecil Hildebran v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-8038

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11452, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Timothy Hildebran, surviving son and named Executor of the Estate of Cecil Hildebran, is substituted for Plaintiff Cecil Hildebran as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE