## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Fernando Maldonado  v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-4334

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 11456, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Rosie Bueno, surviving spouse of Fernando Maldonado,

is substituted for Plaintiff Fernando Maldonado as the proper party plaintiff in the above captioned

case.

New Orleans, Louisiana, this 6th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE