UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) | * | |
| | * | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | Judge: ELDON E. FALLON |
| | * | |
| | * | MAG. Judge: MICHAEL NORTH |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

### PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL
### AND SUBSTITUTION OF COUNSEL

Plaintiffs in the cases listed and attached herein as "Exhibit A", by and through the undersigned counsel, hereby file this Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiffs request that attorney Sarah A. Wolter be withdrawn as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592, including the cases listed and attached herein as "Exhibit A".

Plaintiffs further request that attorney Cristen M. Mendoza be substituted as counsel of record for all cases listed and attached herein as "Exhibit A".

Attorney Cristen M. Mendoza has conferred with Sarah A. Wolter and Sarah A. Wolter does not oppose this Motion.

Dated: November 8, 2018

Respectfully Submitted:

/s/ Sarah A. Wolter
Sarah A. Wolter, Esq., CO Bar No. 47599
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: Sarah.Wolter@andruswagstaff.com

/s/ Cristen M. Mendoza
Cristen M. Mendoza Esq., NY Bar No. 4836938
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: Cristen.Mendoza@andruswagstaff.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Joint Motion for Withdrawal and Substitution of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: November 8, 2018              Respectfully Submitted,

/s/ Cristen M. Mendoza
Cristen M. Mendoza Esq., NY Bar No. 4836938
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: Cristen.Mendoza@andruswagstaff.com

3