# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | MDL No. 2592 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION: L |
| | * | |
| | * | Judge: ELDON E. FALLON |
| | * | |
| | * | MAG. Judge: MICHAEL NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

## ORDER

The Court, after considering the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, as well as any responses thereto, finds the motion meritorious.

**IT IS HEREBY ORDERED** that attorney Sarah A. Wolter be withdrawn as Plaintiffs attorney of record.

**IT IS FURTHER ORDERED** that attorney Cristin M. Mendoza be substituted as counsel of record for all the cases listed in and attached hereto as "Exhibit A".

New Orleans, Louisiana this _____ day of _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

Joint Motion to Withdraw and

Substitute as Counsel

| **Case Caption** | **Civil Action No.** |
|---|---|
| Andrus v. Janssen Research & Development LLC, et al. | 2:18-cv-01658 |
| Aviodun v. Janssen Research & Development LLC, et al. | 2:17-cv-08518 |
| Bartko v. Janssen Research & Development LLC, et al. | 2:16-cv-03736 |
| Billeaud v. Janssen Research & Development LLC, et al. | 2:15-cv-00280 |
| Blackshear v. Janssen Research & Development LLC, et al. | 2:16-cv-16853 |
| Booth v. Janssen Research & Development LLC, et al. | 2:18-cv-01656 |
| Brown v. Janssen Research & Development LLC, et al. | 2:18-cv-00097 |
| Cabrera v. Janssen Research & Development LLC, et al. | 2:18-cv-01652 |
| Carson v. Janssen Research & Development LLC, et al. | 2:18-cv-01661 |
| Carter Jr v. Janssen Research & Development LLC, et al. | 2:16-cv-15962 |
| Collins v. Janssen Research & Development LLC, et al. | 2:16-cv-14933 |
| Cook v. Janssen Research & Development LLC, et al. | 2:15-cv-05965 |
| Copeland v. Janssen Research & Development LLC, et al. | 2:16-cv-03961 |
| Cross v. Janssen Research & Development LLC, et al. | 2:18-cv-01664 |
| Culp v. Janssen Research & Development LLC, et al. | 2:16-cv-15920 |
| dela Merced v. Janssen Research & Development LLC, et al. | 2:17-cv-08324 |
| Hall v. Janssen Research & Development LLC, et al. | 2:16-cv-12561 |
| Dixon v. Janssen Research & Development LLC, et al. | 2:17-cv-05113 |
| Franklin Vick v. Janssen Research & Development LLC, et al. | 2:17-cv-12158 |
| Garcia v. Janssen Research & Development LLC, et al. | 2:18-cv-00150 |
| Garner v. Janssen Research & Development LLC, et al. | 2:17-cv-10738 |
| Garvin v. Janssen Research & Development LLC, et al. | 2:16-cv-09847 |
| Giguere v. Janssen Research & Development LLC, et al. | 2:17-cv-15555 |
| Gilliard v. Janssen Research & Development LLC, et al. | 2:16-cv-03963 |
| Greene v. Janssen Research & Development LLC, et al. | 2:16-cv-17815 |
| Harris v. Janssen Research & Development LLC, et al. | 2:16-cv-15103 |
| Hayes v. Janssen Research & Development LLC, et al. | 2:17-cv-02385 |
| Hodges v. Janssen Research & Development LLC, et al. | 2:17-cv-12603 |
| Humphries-Berg v. Janssen Research & Development LLC, et al. | 2:17-cv-00158 |
| Hunnicutt v. Janssen Research & Development LLC, et al. | 2:17-cv-09037 |
| Ireland v. Janssen Research & Development LLC, et al. | 2:17-cv-10242 |
| King v. Janssen Research & Development LLC, et al. | 2:18-cv-03401 |
| King v. Janssen Research & Development LLC, et al. | 2:15-cv-06108 |
| Kleikamp v. Janssen Research & Development LLC, et al. | 2:16-cv-17817 |
| Klemme v. Janssen Research & Development LLC, et al. | 2:16-cv-03968 |
| Koblitz v. Janssen Research & Development LLC, et al. | 2:17-cv-17689 |
| Landrum v. Janssen Research & Development LLC, et al. | 2:15-cv-01971 |
| Latchaw v. Janssen Research & Development LLC, et al. | 2:15-cv-01973 |
| Malone v. Janssen Research & Development LLC, et al. | 2:16-cv-00006 |
| Marrero v. Janssen Research & Development LLC, et al. | 2:18-cv-01654 |
| Mattison v. Janssen Research & Development LLC, et al. | 2:15-cv-06109 |
| Maynard v. Janssen Research & Development LLC, et al. | 2:17-cv-13629 |
| Medgebow v. Janssen Research & Development LLC, et al. | 2:17-cv-01715 |

| | |
|---|---|
| Miller v. Janssen Research & Development LLC, et al. | 2:16-cv-15973 |
| Miller v. Janssen Research & Development LLC, et al. | 2:16-cv-15972 |
| Montgomery v. Janssen Research & Development LLC, et al. | 2:16-cv-15722 |
| Mullins v. Janssen Research & Development LLC, et al. | 2:16-cv-14181 |
| Owens v. Janssen Research & Development LLC, et al. | 2:16-cv-02831 |
| Page v. Janssen Research & Development LLC, et al. | 2:16-cv-10535 |
| Porter-Oren v. Janssen Research & Development LLC, et al. | 2:15-cv-03055 |
| Pruitt v. Janssen Research & Development LLC, et al. | 2:15-cv-06504 |
| Reynolds v. Janssen Research & Development LLC, et al. | 2:16-cv-14576 |
| Robertson v. Janssen Research & Development LLC, et al. | 2:17-cv-07208 |
| Russell v. Janssen Research & Development LLC, et al. | 2:16-cv-15104 |
| Schultz v. Janssen Research & Development LLC, et al. | 2:17-cv-02746 |
| Sebring v. Janssen Research & Development LLC, et al. | 2:15-cv-05965 |
| Shonkwiler v. Janssen Research & Development LLC, et al. | 2:17-cv-08551 |
| Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-11502 |
| Sorensen v. Janssen Research & Development LLC, et al. | 2:17-cv-07322 |
| Spates v. Janssen Research & Development LLC, et al. | 2:18-cv-00307 |
| Spencer-Foster v. Janssen Research & Development LLC, et al. | 2:15-cv-03767 |
| Staubs v. Janssen Research & Development LLC, et al. | 2:18-cv-01635 |
| Steward v. Janssen Research & Development LLC, et al. | 2:16-cv-15919 |
| Stokes v. Janssen Research & Development LLC, et al. | 2:16-cv-02324 |
| Toon v. Janssen Research & Development LLC, et al. | 2:16-cv-15102 |
| Valente v. Janssen Research & Development LLC, et al. | 2:17-cv-09855 |
| Van Petty v. Janssen Research & Development LLC, et al. | 2:18-cv-01646 |
| Vines-Gordon v. Janssen Research & Development LLC, et al. | 2:16-cv-12442 |
| Warr v. Janssen Research & Development LLC, et al. | 2:17-cv-08739 |
| Welch v. Janssen Research & Development LLC, et al. | 2:18-cv-01629 |
| Wheeler v. Janssen Research & Development LLC, et al. | 2:16-cv-01941 |
| Wilcox v. Janssen Research & Development LLC, et al. | 2:17-cv-16613 |
| Yarbrough Jr. v. Janssen Research & Development LLC, et al. | 2:17-cv-00312 |
| Young v. Janssen Research & Development LLC, et al. | 2:18-cv-03619 |