UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

MICHAEL F. GRAZIANO
Civil Action No.: 16-cv-10817

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Plaintiff, Michael F. Graziano, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss without prejudice the above action against all Defendants with each party to bear their own costs and with leave to refile his actions against all Defendants pursuant to Pretrial Order No. 24 ("PTO 24"). This is a Wave 2 case and all filing fees have been paid.

## INCORPORATED MEMORANDUM OF LAW

Plaintiff initiated this action against all defendants on May 14, 2016. This action involves a New Jersey Plaintiff and includes claims against four non-diverse Defendants who are incorporated and/or have their principal place of business in New Jersey. Under the terms of PTO 24, Plaintiff may seek to dismiss the case without prejudice with leave to refile in a court having subject matter jurisdiction within 60 days of the dismissal.

1

WHEREFORE, Plaintiff hereby requests that his claims against all Defendants in Civil Action No. 16-cv-10817 be dismissed without prejudice with leave to refile in a court having jurisdiction within 60 days of dismissal.

Dated: November 9, 2018        By:   Neil D. Overholtz
                                     Neil D. Overholtz
                                     Aylstock, Witkin, Kreis & Overholtz, PLLC
                                     17 E. Main Street, Suite 200
                                     Pensacola, Florida 32502
                                     Phone: (850) 202-1010
                                     Fax: (850) 916-7449
                                     noverholtz@awkolaw.com
                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of November, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification to all parties of record.

Neil D. Overholtz