UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

MICHAEL F. GRAZIANO

Civil Action No.: 16-cv-10817

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that the above-entitled action pursuant to Plaintiff's Motion to Dismiss Without Prejudice is hereby DISMISSED WITHOUT PREJUDICE and without costs to any party with leave to refile within 60 days pursuant to PTO 24.

SO ORDERED this ___ day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE

1