# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| RODNEY BOONE, individually and as the Successor in Interest for the Estate of ANDREW BOONE, | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | |
| v. | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Case No. 2:17-cv-02005 |
| Defendants. | |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter and hereby directs the proper officials to correct the

case caption in the CM/ECF E-Filing system in the above captioned matter to reflect the name change of Plaintiffs.

SO ORDERED this 7th day of November, 2018.

*Eldon E. Fallon*

JUDGE, UNITED STATES DISTRICT COURT