**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Patricia S. Manley and James Manley v. Janssen Research and Development, LLC et al* 2:17-cv-01895 | ) ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting James Manley on behalf of his deceased spouse, Patricia S. Manley.

1. Patricia S. Manley and James Manley filed a products liability lawsuit against the defendants on March 6, 2017.

2. On April 9, 2018, Patricia S. Manley died.

3. Patricia S. Manley's products liability action against defendants survived her death and was not extinguished.

4. James Manley, surviving spouse and representative of Patricia S. Manley's estate, already a Plaintiff in this action, is a proper party to substitute for plaintiff-decedent Patricia S. Manley and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, James Manley requests that this Court grant his request for substitution as surviving spouse and representative of Patricia S. Manley's estate.

This 9th day of November, 2018.

>By:  */s/ Les Weisbrod*
> **LES WEISBROD**
> Texas Bar No. 21104900
> **ALEXANDRA V. BOONE**
> Texas Bar No. 00795259
> **MILLER WEISBROD LLP**
> 11551 Forest Central Drive, Suite 300
> Dallas, Texas  75243
> Telephone:     (214) 987-0005
> Fax:                 (214) 987-2545
> E-Mail:  lweisbrod@millerweisbrod.com
>
> **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

> */s/Les Weisbrod*
> **LES WEISBROD**