UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| MARGIE S. TRESSA, a single woman v. | * | |
| JANSSEN RESEARCH & DEVELOPMENT, et al., | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |
| | * | Case No. 2:17-cv-12549 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, MARGIE S. TRESSA, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff is deceased and her beneficiaries no longer wish to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is not a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6.

Respectfully submitted,

Dated: November 09, 2018      By: /s/ Sarah J. Showard
                              Sarah J. Showard AZ Bar# 012350
                              Diana Ezrré Robles AZ Bar # 018337
                              4703 E. Camp Lowell Dr., Suite 253
                              Tucson, AZ   85712
                              Phone: 520-622-3344
                              Fax: 520-881-5260
                              Email: sjshoward@showardlaw.com
                              drobles@showardlaw.com
                              Attorneys for Plaintiffs

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 09, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: November 09, 2018

By: /s/ Sarah J. Showard
Sarah J. Showard AZ Bar# 012350
Diana Ezrré Robles AZ Bar # 018337
4703 E. Camp Lowell Dr., Suite 253
Tucson, AZ   85712
Phone: 520-622-3344
Fax: 520-881-5260
Email: sjshoward@showardlaw.com
drobles@showardlaw.com
Attorneys for Plaintiffs