UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>JESSICA DAMERON,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>    f/k/a JOHNSON AND JOHNSON<br>      PHARMACEUTICAL RESEARCH AND<br>      DEVELOPMENT LLC,<br>JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC.<br>    f/k/a JANSSEN PHARMACEUTICA INC.<br>    f/k/a ORTHO-MCNEIL-JANSSEN<br>      PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.<br><br>BAYER PHARMA AG,<br><br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and<br>BAYER AG,<br>    Defendants. | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 2:16-CV-14598 |

## PLAINTIFFS RESPONSE TO RULE TO SHOW CAUSE

TO THE PROTHONOTARY:

     On October 11, 2018, this Court issued a Rule to Show Cause why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to provide core information on Plaintiffs' Fact Sheet. Undersigned counsel responds to that order as follows:

    1.    The Complaint in this matter was filed on September 9, 2016.

    2.    Counsel has obtained records from the facilities that Plaintiff identified as the sites of the Plaintiff's treatment for the alleged Xarelto injury. These records were furnished with

Plaintiff's Fact Sheet.

3.     An amended Plaintiff Fact Sheet has been completed and served to Defendants on October 31, 2018, which includes core information regarding Plaintiff's injury and Plaintiff's signed Declaration.

5.     The above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet as deficiencies have now been cured. Accordingly, undersigned counsel respectfully requests that this Honorable Court set aside the Order to Show Cause Regarding Plaintiffs' with Alleged Core Plaintiff Fact Deficiencies as to the above-caption action.

RESPECTFULLY SUBMITTED,

s/ Jacob A. Flint
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone:  618-205-2017
Fax:  618-288-2864
jflint@flintlaw.com

Dated: November 9, 2018

# **CERTIFICATE OF SERVICE**

I hereby certify pursuant to 18 Pa. C.S. 4904 that on November 9, 2018, I caused a true and correct copy of the foregoing Plaintiff's Response to Rule to show Cause to be served on counsel of record via electronic filing:

Albert G. Bixler, Esq.
Leslie A. Hayes, Esq. Heather R. Olson, Esq.
Eckert Seamans Cherin Mellott Two Liberty Place
50 S 16th Street, 22nd Floor
Philadelphia, PA 19102
*Attorneys for Bayer Corporation, Bayer Healthcare LLC, and Bayer Healthcare Pharmaceuticals, Inc.*

David F. Abernethy
david.abernethy@dbr.com
Attorney Identification No. 36666
Molly E. Flynn molly.flynn@dbr.com
Attorney Identification No. 205593
DRINKER BIDDLE & REATH LLP One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
*Attorneys for Defendants Janssen Research & Development, LLC; Janssen Ortho, LLC; Johnson & Johnson; and Janssen Pharmaceuticals, Inc.*