## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592<br>) Section L<br>) Judge Eldon E. Fallon<br>) Mag. Judge Michael North |

*This Document Relates To:*
*CAROL ANGLIN-BECKFORD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-15448*

### AFFIDAVIT OF ANDREW S. WILLIAMS

**COMES NOW AS YOUR AFFIANT**, Andrew S. Williams, being duly sworn upon oath, states the following:

1. I am a Partner with the law firm Simmons Hanly Conroy that is duly authorized to practice law in the State of Illinois and before this Court. I am Counsel of Record in the above-entitled matter and, as such, I am familiar with the facts of this litigation. I make this Affidavit based on my personal knowledge.

2. On December 11, 2014, Plaintiff Carol Anglin-Beckford contracted with this law firm to represent her in a Xarelto products liability claim.

3. On December 7, 2017 this law firm filed a complaint on behalf of Plaintiff and paid the required filing fees.

4. Members of this law firm communicated with Plaintiff on various occasions informing Plaintiff of the lengthy nature of this type of litigation.

5. Plaintiff contacted members of this law firm on May 16, 2018 and verbally stated she no longer wanted Simmons Hanly Conroy law to represent her in the present case. Plaintiff was informed verbally and in writing she needed to obtain different counsel to represent her in this matter; and once obtained, her new law firm should timely contact Simmons Hanly Conroy so the

1

appropriate substitution of counsel could be filed. (See Exhibit A of Motion to Withdraw [doc #10996]).

6. On September 11, 2018 Simmons Hanly Conroy received written correspondence from Plaintiff requesting her Xarelto file, including a postage-paid envelope for its return. (See Exhibits B & C of Motion to Withdraw [doc #10996]).

7. On September, 11, 2018 Simmons Hanly Conroy returned Plaintiff's file to her as directed. (See Exhibit D of Motion to Withdraw [doc #10996]).

8. Plaintiff clearly communicated her intent to obtain different counsel to represent her in her Xarelto case. All reasonable efforts have been made by Simmons Hanly Conroy to communicate and try to continue their attorney-client relationship.

9. On September 25, 2018, Simmons Hanly Conroy filed its Motion to Withdraw from this matter. See doc #10996]).

10. On October 25, 2018, Defendants contacted Simmons Hanly Conroy regarding the proprietary authorizations Defense Counsel had requested.

11. Simmons Hanly Conroy notified Defendant Counsel on October 26, 2018 Plaintiff had discharged Simmons Hanly Conroy as her attorneys in this matter and all communications with Plaintiff had been exhausted and have ceased. (See Exhibit 1 attached.)

FURTHER YOUR AFFIANT SAITH NAUGHT.

Dated this 9th day of November, 2018.

Andrew S. Williams
Shareholder

Subscribed and sworn to me, a notary public, on this 9th day of November, 2018.

Notary Public

"OFFICIAL SEAL"
LINDA WOOTEN
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES DEC. 22, 2019

2

## **CERTIFICATE OF SERVICE**

I, Andrew S. Williams, a partner at Simmons Hanly Conroy, do hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED this the 9th day of November, 2018.

*/s/ Andrew S. Williams*
Andrew S. Williams, IL #6285527
Trent B. Miracle, IL #6281491
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:  618.269.2251
awilliams@simmonsfirm.com
tmiracle@simmonsfirm.com