# EXHIBIT 1

Linda Wooten

| | |
|---|---|
| **From:** | Andy Williams |
| **Sent:** | Friday, October 26, 2018 8:51 AM |
| **To:** | Brown, Lindy; Linda Wooten |
| **Cc:** | Miller, Chanda; Daly, Daryl; du Pont, Julie K.; McCollum, Maegan; 'Ramirez, Stephanie (SHB)' |
| **Subject:** | RE: In Re Xarelto MDL 2592 - Carol Anglin-Beckford - Authorization Request |

Please consider this your 14 day notice.  She won't communicate with us after she told us she didn't want us to represent her anymore, so I have no idea what her intentions are with regard to new counsel.

Andrew S. Williams
Shareholder

SIMMONS HANLY CONROY
One Court St.| Alton, IL 62002 | www.simmonsfirm.com
800-479-9533 | f: 618-259-2251 | d: 618-259-6468

---

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Wednesday, October 24, 2018 11:52 AM
**To:** Linda Wooten <lwooten@simmonsfirm.com>
**Cc:** Andy Williams <awilliams@simmonsfirm.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>; du Pont, Julie K. <Julie.duPont@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; 'Ramirez, Stephanie (SHB)' <SRAMIREZ@shb.com>
**Subject:** FW: In Re Xarelto MDL 2592 - Carol Anglin-Beckford - Authorization Request

Linda,
Please note that the motion to withdraw filed in the Anglin-Beckford case does not comply with the requirements of PTO 30.  Defendants will oppose any motion to withdraw in this case.

As you are still counsel of record, please submit the authorization requested below.

Thank you,
Lindy

**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com
601.592.9905

---

**From:** Linda Wooten <lwooten@simmonsfirm.com>
**Sent:** Wednesday, October 24, 2018 8:55 AM
**To:** Ramirez, Stephanie (SHB) <SRAMIREZ@shb.com>; Bartley, Jane (SHB) <JBARTLEY@shb.com>; Miller, Chanda A. <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Joan Goddard <joan.goddard@apks.com>; Phillips, Michelle L. (SHB) <MPHILLIPS@shb.com>
**Cc:** Andy Williams <awilliams@simmonsfirm.com>
**Subject:** RE: In Re Xarelto MDL 2592 - Carol Anglin-Beckford - Authorization Request

Please note Ms. Anglin-Beckford discharged us as her attorneys and we have filed our Motion to Withdraw on 9/25/2018  (see Docket #10996 in the MDL docket report).
Thank you.

Linda Wooten
Paralegal

**Simmons Hanly Conroy**
One Court Street | Alton, IL 62002
Tel:  618-259-6248 | Fax: 618-259-2251
www.simmonsfirm.com | lwooten@simmonsfirm.com

---

**From:** Ramirez, Stephanie (SHB) [mailto:SRAMIREZ@shb.com]
**Sent:** Tuesday, October 23, 2018 3:31 PM
**To:** Linda Wooten <lwooten@simmonsfirm.com>; Andy Williams <awilliams@simmonsfirm.com>
**Cc:** Bartley, Jane (SHB) <JBARTLEY@shb.com>; Chanda Miller <chanda.miller@dbr.com>; Daryl Daly <daryl.daly@dbr.com>; Joan Goddard <joan.goddard@apks.com>; Phillips, Michelle L. (SHB) <MPHILLIPS@shb.com>; Ramirez, Stephanie (SHB) <SRAMIREZ@shb.com>
**Subject:** In Re Xarelto MDL 2592 - Carol Anglin-Beckford - Authorization Request

Counsel,

The attached authorization is required in order for defendants to collect the records for Carol Anglin-Beckford. Please complete and submit to mdlcentrality.com the attached proprietary authorizations by November 2, 2018, in accordance with PTO 13(C).

Authorization:

Walgreen Company [Proprietary Authorization]


Thank you.


**Stephanie R. Ramirez**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

949.975.1712 | sramirez@shb.com



Mail Gate made the following annotations on Tue Oct 23 2018 15:30:40

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.