UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| ALL CASES | MAGISTRATE NORTH |

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, to withdraw James B. Irwin as counsel of record in the above-captioned matter (Rec. Doc. _____),

**IT IS ORDERED** that said Motion is **GRANTED**, and James B. Irwin is no longer counsel of in the above-captioned matter.

New Orleans, Louisiana, this \_\_\_ day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE