UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| SCOTT HOSCHEID : | |
| Plaintiff : | JUDGE ELDON E. FALLON |
| v. : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, : | Civil Action No.: **2:16-CV-01098** |
| : | STIPULATION OF DISMISSAL |
| Defendants : | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff(s) and counsel for Defendants pursuant to Pretrial Order No. 24 that the above-captioned matter is dismissed in its entirety as to Defendants and that Plaintiff may refile the lawsuit in his home state of Pennsylvania, subject to the following:

1. The lawsuit is refiled in Plaintiff's home state of Pennsylvania within thirty (30) days and without adding any new Defendants.

2. Defendants agree that for statute of limitations purposes, if the Plaintiff refiles the action in his home state of Pennsylvania within thirty (30) days, the filing date of the case shall be the date on which this case was originally filed in this Multi-District Litigation.

**IT IS FURTHER STIPULATED** that no defenses are waived by entering into this stipulation.

**IT IS FURTHER STIPULATED** that each party shall bear its own costs.

**BURNETT LAW FIRM**

By: <u>Riley L Burnett, Jr.</u>
Riley L. Burnett, Jr. (TX Bar 03428900, PA Bar 207933)
Amy L. Collins (TX Bar 24074054)
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098
Tel: (832) 413-4410
rburnett@rburnettlaw.com
acollins@rburnettlaw.com

Attorneys for Plaintiffs
Dated: November 9, 2018

**DRINKER BIDDLE & REATH LLP**

By: <u>/s/ Susan M. Sharko</u>
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: November 9, 2018

**ARNOLD & PORTER**
**KAYE SCHOLER LLP**

By: <u>/s/ Andrew K. Solow</u>
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: November 9, 2018

                                **IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: November 9, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/ Kim E. Moore