# **AFFIDAVIT**

STATE OF NEW JERSEY }
}
}
COUNTY OF BURLINGTON }

BEFORE ME, the undersigned authority, on this day personally appeared Edward W. Greene, who, after being duly sworn by me, stated on his oath, as follows:

"I, Edward W. Greene, am over the age or 21 and I am fully competent to make this Affidavit and the facts and statements contained in this Affidavit are within my personal knowledge and are true and correct;

I am the Plaintiff in C.A. No. 2:18-cv-04241 in a claim that I have filed in the Eastern District of Louisiana against the manufacturers of Xarelto;

I was taking the Xarelto medication when I suffered the injuries of rectal bleeding and hematuria;

I received the Xarelto medication from a physician at The Heart House, Marlton, New Jersey;

Despite my diligent efforts, I have been unable to secure proof of prescription and/or proof of samples dispensed from The Heart House;

I ingested Xarelto between September 2012 and October 2012;

Even though I do not have pharmacy prescription records or records of samples provided to me to verify that I received and ingested Xarelto between September 2012 and October 2012, I swear under oath that I did receive and ingest Xarelto between September 2012 and October 2012.

Further Affiant sayeth not."

_____
Edward W. Greene

_____
Printed name

SWORN TO AND SUBSCRIBED BEFORE ME, this 24TH day of October, 2018, 2018, to certify which witness my hand and seal of office.

Edith Y Mejia-Wilson
Notary Public
New Jersey
My Commission Expires 7-30-19
No. 50001063

_Edith Y. Mejia-Wilson_
Notary Public

My Commission Expires 07/30/2019