UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Jerry Weaver v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:18-cv-6245

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

TO THE HONORABLE JUDGE FALLON:

COMES NOW, counsel for the Plaintiff Jerry Weaver, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves to substitute Sandra Weaver, as the Representative of the Estate of Jerry Weaver and to amend the Complaint filed in this action, and would respectfully show as follows:

1. The original Complaint was filed on June 25, 2018 (*Weaver vs. Janssen Research & Development LLC, et al.,* 2:18-cv-6245-EEF-MBN [Doc. 1]).

2. Plaintiff duly served a copy of the Complaint on July 2, 2018.

3. Counsel for the Plaintiff was contacted by the surviving spouse of the Plaintiff on or about September 26, 2018 regarding the death of the Plaintiff. Plaintiff filed a Notice of Death on September 26, 2018.

4. Plaintiff is deceased and counsel for the Plaintiff moves to substitute Sandra Weaver, the Representative of the Estate of James Weaver, as Plaintiff in the present action.

5. Because this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

6. On or about November 2, 2018, Plaintiff provided a copy of this motion and the proposed First Amended Complaint to Defendants.

WHEREFORE PREMISES CONSIDERED, Plaintiff asks this Court to grant this Plaintiff's Motion to Substitute Sandra Weaver as the Representative of the Estate of James Weaver and enter an order to be allowed to file an amended Complaint as attached hereto, and grant Plaintiff such other and further relief to which he may be justly entitled.

DATED: November 12, 2018

                                                  Respectfully submitted,

                                                  **PIERCE SKRABANEK, PLLC**

                                                  */s/ Sofia E. Bruera*

                                                  SOFIA E. BRUERA
                                                  State Bar No. 24062189
                                                  3701 Kirby Drive, Suite 760
                                                  Houston, Texas 77098
                                                  Telephone: (832) 690-7000
                                                  Facsimile: (832) 616-5576
                                                  E-mail: sofia@brueralaw.com

                                                  **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby that a copy of the above and foregoing Motion to Substitute Sandra Weaver, as the Representative of the Estate of Jerry Weaver and File Amended Complaint, Amended Complaint and proposed order on the Motion to Substitute Sandra Weaver, as the Representative of the Estate of Jerry Weaver and File the First Amended Complaint were served on November 12, 2018. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                  */s/ Sofia E. Bruera*
                                                  SOFIA E. BRUERA