UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| NORMA V. MCDUFFIE, personally and as PERSONAL REPRESENTATIVE of the ESTATE of HERMAN D. MCDUFFIE, Sr., | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:17-CV-06412 STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **THE COCHRAN FIRM-DOTHAN, PC** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/Joseph D. Lane | By: /s/Susan M. Sharko |
| Joseph D. Lane | Susan M. Sharko |
| J. Farrest Taylor | 600 Campus Dr. |
| Angela Mason | Florham Park, NJ 07932 |
| 111 East Main Street | Tel: (973) 549-7000 |
| Dothan, AL 36301 | Susan.Sharko@dbr.com |
| Tel: (334) 673-1555 | |
| JoeLane@CochranFirm.com | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC |
| Attorneys for Plaintiff | |
| Dated: November 12, 2018 | Dated: November 12, 2018 |

**ARNOLD & PORTER**
**KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: November 12, 2018

        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        By: /s/Kim E. Moore
        Kim E. Moore
        400 Poydras St.,
        Suite 2700
        New Orleans, LA 70130
        Telephone: (504) 310-2100
        kmoore@irwinllc.com

        Liaison Counsel for Defendants
        Dated: November 12, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/Kim E. Moore