UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Craig Kennedy v. Janssen Research & Development, LLC, et al.*

Civil Action No. **2:18-cv-730**

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

TO THE HONORABLE JUDGE FALLON:

COMES NOW, counsel for the Plaintiff Craig Kennedy, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves to substitute Sylvia Kennedy, as the Representative of the Estate of Craig Kennedy and to amend the Complaint filed in this action, and would respectfully show as follows:

1. The original Complaint was filed on January 24, 2018 (*Weaver vs. Janssen Research & Development LLC, et al.,* 2:18-cv-730-EEF-MBN [Doc 1]).

2. Plaintiff duly served a copy of the Complaint on February 5, 2018.

3. Plaintiff filed a Notice of Death on March 6, 2018 (*In Re Xarelto* 2:14-md-02592-EEF-MBN [Doc. 8769]).

4. Plaintiff is deceased and counsel for the Plaintiff moves to substitute Sylvia Kennedy, the Representative of the Estate of Craig Kennedy, as Plaintiff in the present action.

5. Because this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

6. On or about November 2, 2018, Plaintiff provided a copy of this motion and the proposed First Amended Complaint to Defendants.

WHEREFORE PREMISES CONSIDERED, Plaintiff asks this Court to grant this Motion to Substitute Sylvia Kennedy as the Representative of the Estate of Craig Kennedy and enter an order to be allowed to file an amended Complaint as attached hereto, and grant Plaintiff such other and further relief to which he may be justly entitled.

DATED: November 12, 2018

Respectfully submitted,

**PIERCE SKRABANEK, PLLC**

*/s/ Sofia E. Bruera*

SOFIA E. BRUERA
State Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: sofia@bruelaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing Plaintiff's Motion to Substitute Sylvia Kennedy as the Representative of the Estate of Craig Kennedy and File Amended Complaint, Amended Complaint and proposed order on the Motion to Substitute Sylvia Kennedy as the Representative of the Estate of Craig Kennedy and File the First Amended Complaint were served on November 12, 2018. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA