UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

**THIS DOCUMENT RELATES TO:**

*Craig Kennedy v. Janssen Research & Development, LLC, et al.*

Civil Action No. **2:18-cv-730**

## ORDER

**IT IS ORDERED** that the Motion to Substitute Sylvia Kennedy, as the Representative of the Estate of Craig Kennedy and File Amended Complaint, is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE