# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
MARTHA DAVIS
2:16-cv-03607

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearances of Neil D. Overholtz and Jennifer M. Hoekstra, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiff Martha Davis in the above-captioned matter.

DATED: November 9, 2018

                                                    By:    /s/ Avram J. Blair
                                                                Avram J. Blair
                                                                 Texas Bar No. 24033585
                                                                 Avram Blair & Associates
                                                                 3120 Southwest Freeway,
                                                                 Suite 215
                                                                 Houston, TX 77098
                                                                 T: (713) 936-2609
                                                                 F: (832) 203-8286
                                                                 ablair@ablairlaw.com

                                                                 /s/ Neil D. Overholtz, Esq.
                                                                Neil D. Overholtz (FL Bar #188761)
                                                                Aylstock Witkin Kreis & Overholtz, PLLC
                                                                17 East Main Street, Suite 200
                                                                Pensacola, FL 32502
                                                                T: (850) 202-1010

F: (850) 916-7449
noverholtz@awkolaw.com

/s/ Jennifer M. Hoekstra, Esq.
Jennifer M. Hoekstra (LA Bar #31476)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
T: (850) 202-1010
F: (850) 916-7449
jhoekstra@awkolaw.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on November 13, 2018, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:  November 13, 2018               By:/s/ Avram J. Blair
                                        Avram J. Blair

                                        Texas Bar No. 24033585
                                        Avram Blair & Associates, PC
                                        3120 Southwest Freeway, Ste 215
                                        Houston, TX 77098
                                        T: (713) 936-2609
                                        F: (832) 203-8286
                                        ablair@ablairlaw.com


                                        /s/ Neil D. Overholtz, Esq.
                                        Neil D. Overholtz (FA Bar #188761)
                                        Aylstock Witkin Kreis & Overholtz, PLLC
                                        17 East Main Street, Suite 200
                                        Pensacola, FL 32502
                                        T: (850) 202-1010
                                        F: (850) 916-7449
                                        noverholtz@awkolaw.com

                                        **ATTORNEYS FOR PLAINTIFF**