UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON ATTACHED EXHIBITA | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

### ORDER TO SHOW CAUSE
### REGARDING PLAINTIFFS WHO HAVE FAILED
### TO SERVE A PLAINTIFF FACT SHEET

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 4(a) of Case Management Order ("CMO") No. 1, all plaintiffs are required to submit a Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60 days from the date each plaintiff's case is filed, if filed directly in this Court, or within 60 days of the date the case is transferred to this Court.

Pre-Trial Order ("PTO") No. 13 requires all plaintiffs to complete and serve upon defendants a PFS and Authorization for Release of Records of all healthcare providers and other sources of information of records using MDL Centrality. Additionally, paragraph 2 of PTO 27 modified PTO 13, requiring all non-bellwether plaintiffs whose PFS was due on or after March 30, 2016 to serve a PFS within 90 days from the date plaintiff's case was filed. All plaintiffs must serve upon defendants a complete and verified PFS within 60 or 90 days from the date each plaintiff's case is filed, if filed directly within this Court, or within 60 or 90 days of transfer to this Court. *See* CMO No. 1 ¶ 4(a); PTO No. 13 ¶ 2; PTO 27 ¶ 2. Plaintiffs who fail to provide a complete and verified PFS, signed and dated Authorizations, and all responsive documents

1

requested in the PFS within the 60-day or 90-day time period, are to be given notice by e-mail from Defendants' Liaison Counsel.  PTO No. 13 ¶ 3.  *See also* PTO No. 31 ¶ 1.  After such notice, plaintiffs have twenty (20) additional days to cure such deficiency.  *Id.*  "Failure to timely comply may result in a dismissal of Plaintiff's claim."  *Id.*

Plaintiffs on the attached Exhibit A have failed to serve a PFS in accordance with the time set forth in CMO No. 1.  PTO No. 31.  Plaintiffs were notified of this deficiency by Defendants' Liaison Counsel and have not cured this deficiency within twenty (20) days, as required by PTO Nos. 13 and 31.   Plaintiffs shall be ordered to show cause on November 19, 2018, before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 9:00 am, on November 19, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this  7th  day of   November    2018.

_____
United States District Judge

**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Brennan, Mary | 2:18-cv-03711 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Brown, Tammy L. | 2:18-cv-04115 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Brown, Vivian | 2:18-cv-04011 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Busch, Shirley | 2:18-cv-04369 | Stern Law, PLLC |
| 5. | Calhoun, Scott | 2:18-cv-03707 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 6. | Denton, Jonathan | 2:18-cv-03539 | Johnson Law Group |
| 7. | Dixon, Bertie | 2:18-cv-04078 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 8. | Elder, James | 2:18-cv-04272 | Wagstaff & Cartmell, LLP |
| 9. | Grady, Tina | 2:18-cv-03695 | Johnson Law Group |
| 10. | Harter, Keith, Sr. | 2:18-cv-04311 | Wagstaff & Cartmell, LLP |
| 11. | Johnson, Dollie | 2:18-cv-03665 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 12. | Johnson, Eric K. | 2:18-cv-04083 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 13. | Lee, Levelle | 2:18-cv-04225 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 14. | Lucas, Dwayne | 2:18-cv-03981 | Johnson Law Group |
| 15. | Nielson, Valerie Jean | 2:18-cv-03134 | The Law Office of L. Paul Mankin |
| 16. | Pollard, Mark | 2:18-cv-04019 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 17. | Sanchez, Yolanda | 2:18-cv-04170 | Aylstock, Witkin, Kreis & Overholtz PLLC |

**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 18. | Shrode, Marjorie | 2:18-cv-04180 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 19. | Stilson, Pamela | 2:18-cv-04131 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 20. | Thompson, Louis | 2:18-cv-03297 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 21. | Walker, Roddray K., Sr. | 2:18-cv-03450 | Motley Rice LLC |
| 22. | Watson, Lottie | 2:18-cv-03440 | Gacovino, Lake, & Associates, P.C. |
| 23. | Williams, Louvenia | 2:18-cv-03805 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 24. | Young, Ronald | 2:18-cv-04313 | Ferrer, Poirot & Wansbrough |