UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) Civil Action No: **2:18-cv-04317** |

**ORDER GRANTING PLAINTIFF DEANDRA FORD TIME TO COMPLY WITH CORE PLAINTIFF FACT SHEET DEFICIENCY**

This matter having come before this Honorable Court upon this Court's Order to Show Cause Regarding Core Plaintiff Fact Sheet Deficiencies (Docket No. 11172), the Court having reviewed Plaintiff's Response thereto and being otherwise fully advised in the premises;

NOW, THEREFORE:

IT IS HEREBY ORDERED that Plaintiff, Deandra Ford, be and hereby is granted an additional sixty (60) days from the date of entry of this order to cure Core Plaintiff Fact Sheet Deficiencies.

_____
United States District Judge