Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCATAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Nelda Hastings<br>Civil Action No. 2:17-cv-16312 | MDL No. 2740<br><br>SECTION: "H" (5)<br><br>JUDGE JANE TRICHIE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Nelda Hastings informs the Court that Ms. Hastings has died. Counsel will be separately filing a motion to substitute party in this action.

DATED: November 14, 2018          THE MULLIGAN LAW FIRM

                 By:    /s/Charles G. Orr
                           Charles G. Orr
                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


By:   /s/Charles G. Orr
      Charles G. Orr
      Attorney for Plaintiff