IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: *Lee Robert* 2:16-cv-14887 | * * * * * | SECTION L  JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER TO SHOW CAUSE REGARDING
PLAINTIFF'S FAILURE TO SERVE PROCESS**

Plaintiff, Lee Robert, has filed this lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.

Plaintiff has never served defendant Bayer HealthCare LLC in this case.

Failure to show cause by appearing before this Court at 9:00 am on November 19, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Defendant Bayer HealthCare LLC with prejudice.

New Orleans, Louisiana, on this 13th day of November 2018.

_____
United States District Judge