Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCATAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| | ) SECTION: L |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| Nelda Hastings | ) JUDGE ELDON FALLON |
| Civil Action No. 2:17-cv-16312 | ) |
| | ) MAG. JUDGE MICHAEL B. NORTH |
| | ) |

## MOTION TO WITHDRAW DOCUMENT FILED IN ERROR

Plaintiffs' counsel respectfully advises the Court that the Notice and Suggestion of Death filed in this action this morning at Docket No. 11562 was filed in error in this MDL (MDL No. 2592) – the document was supposed to be filed in the Taxotere MDL (MDL No. 2740). Plaintiffs' counsel regrets this error, which is entirely counsel's responsibility, and asks the Court for leave to withdraw the mis-filed document.  A proposed order to this effect is being filed simultaneously with this motion.

DATED:  November 14, 2018                    THE MULLIGAN LAW FIRM


                                    By:      /s/Charles G. Orr
                                             Charles G. Orr
                                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:    /s/Charles G. Orr
        Charles G. Orr
        Attorney for Plaintiff