**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCATAXEL)                   ) MDL No. 2592
PRODUCTS LIABILITY LITIGATION                 )
                                              ) SECTION: L
THIS DOCUMENT RELATES TO:                     )
                                              ) JUDGE ELDON FALLON
Nelda Hastings                                )
Civil Action No. 2:17-cv-16312                )
                                              ) MAG. JUDGE MICHAEL B. NORTH
                                              )

**ORDER GRANTING MOTION TO WITHDRAW DOCUMENT FILED IN ERROR**

The Court, after considering Plaintiff's Motion to Withdraw Document Filed in Error as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: the Notice and Suggestion of Death filed in this MDL at Docket ID 11562 is withdrawn from the Court's docket.


Dated: _____          _____
                                        Hon. Eldon Fallon
                                        United States District Court Judge

1