UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sandra Petty v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:16-cv-15180-EEF-MBN

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Sandra Petty's Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this ___8th___ day of November, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge