UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2592  SECTION L |
| NETTY ACKER | : : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG | : : : : : : : : : : : : : : : | Civil Action No.: 2:17-CV-17257 |
| Defendants | : : | |

**ORDER**

Considering the foregoing Motion to Withdraw Defendants' Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process;

IT IS HEREBY ORDERED that Defendants' Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process (Rec. Doc. 11057) be and the same is hereby withdrawn.

1

New Orleans, Louisiana, on this 8th day of November 2018.

_____
United States District Judge