UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Heckler v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6996

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11541, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Linda Heckler, on behalf of the Estate of James Heckler, is substituted for Plaintiff James Heckler as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 8th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE