**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William Heffker v. Janssen Research & Development, LLC, et al.*
CA# 2:14-cv-2593

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11543, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Virginia McKevitt, on behalf of the Estate of William Heffker, is substituted for Plaintiff William Heffker as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 8th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE