UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Wanda Smith v. Janssen Research & Development, LLC, et al; LAED USDC No. 2::16-cv-17765*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Maureen Booth, as personal representative of Wanda Smith, as Plaintiff in the above-captioned cause.

1. Wanda Smith brings a products liability lawsuit against defendants on December 23, 2016.

2. Plaintiff Wanda Smith died on January 25, 2018.

3. Wanda Smith's products liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on July 18, 2018, attached hereto as "Exhibit A".

5. Maureen Booth, as Personal Representative of Wanda Smith, is a proper party to substitute for Plaintiff Wanda Smith and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order

1

substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated November 9, 2018          Respectfully submitted,

/s/Joel L. DiLorenzo
Joel L. DiLorenzo, Esq.
Attorney I.D. No. 7575-J64D (AL)
THE DILORENZO LAW FIRM, LLC
505 20th Street North, Suite 1275
Birmingham, AL 35203
Tel: 205.212.9988
Fax: 205.212.9989
joel@dilorenzo-law.com
Attorney for the Plaintiffs