UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Wanda Smith v. Janssen Research & Development, LLC, et al; LAED USDC No. 2::16-cv-17765*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff, Maureen Booth, as personal representative of Wanda Smith, is substituted for Plaintiff Wanda Smith in the above-captioned case.

New Orleans, Louisiana this ___ day of _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Court Judge