UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Iris Groves v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-6916

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11545, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff William Groves, on behalf of the Estate of Iris Groves, is substituted for Plaintiff Iris Groves as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 8th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE