UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Penola Tarver v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-1879

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11546, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Alberta Jenkins, on behalf of her deceased mother Penola Tarver, is substituted for Plaintiff Penola Tarver as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 8th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE