UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sarah Burnside v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-10295

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11588, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sarah Butler, on behalf of the Estate of Sarah Burnside, is substituted for Plaintiff Sarah Burnside as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 13th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE