UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | Judge: ELDON E. FALLON |
| | * | MAG. Judge: MICHAEL NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

## ORDER

The Court, after considering the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, as well as any responses thereto, finds the motion meritorious.

**IT IS HEREBY ORDERED** that attorney Sarah A. Wolter be withdrawn as Plaintiffs attorney of record.

**IT IS FURTHER ORDERED** that attorney Cristen M. Mendoza be substituted as counsel of record for all the cases listed in and attached hereto as "Exhibit A".

New Orleans, Louisiana this 13th day of November, 2018.

_____
Hon. Eldon E. Fallon
United States District Court Judge

| **Case Caption** | **Civil Action No.** |
|---|---|
| Andrus v. Janssen Research & Development LLC, et al. | 2:18-cv-01658 |
| Aviodun v. Janssen Research & Development LLC, et al. | 2:17-cv-08518 |
| Bartko v. Janssen Research & Development LLC, et al. | 2:16-cv-03736 |
| Billeaud v. Janssen Research & Development LLC, et al. | 2:15-cv-00280 |
| Blackshear v. Janssen Research & Development LLC, et al. | 2:16-cv-16853 |
| Booth v. Janssen Research & Development LLC, et al. | 2:18-cv-01656 |
| Brown v. Janssen Research & Development LLC, et al. | 2:18-cv-00097 |
| Cabrera v. Janssen Research & Development LLC, et al. | 2:18-cv-01652 |
| Carson v. Janssen Research & Development LLC, et al. | 2:18-cv-01661 |
| Carter Jr v. Janssen Research & Development LLC, et al. | 2:16-cv-15962 |
| Collins v. Janssen Research & Development LLC, et al. | 2:16-cv-14933 |
| Cook v. Janssen Research & Development LLC, et al. | 2:15-cv-05965 |
| Copeland v. Janssen Research & Development LLC, et al. | 2:16-cv-03961 |
| Cross v. Janssen Research & Development LLC, et al. | 2:18-cv-01664 |
| Culp v. Janssen Research & Development LLC, et al. | 2:16-cv-15920 |
| dela Merced v. Janssen Research & Development LLC, et al. | 2:17-cv-08324 |
| Hall v. Janssen Research & Development LLC, et al. | 2:16-cv-12561 |
| Dixon v. Janssen Research & Development LLC, et al. | 2:17-cv-05113 |
| Franklin Vick v. Janssen Research & Development LLC, et al. | 2:17-cv-12158 |
| Garcia v. Janssen Research & Development LLC, et al. | 2:18-cv-00150 |
| Garner v. Janssen Research & Development LLC, et al. | 2:17-cv-10738 |
| Garvin v. Janssen Research & Development LLC, et al. | 2:16-cv-09847 |
| Giguere v. Janssen Research & Development LLC, et al. | 2:17-cv-15555 |
| Gilliard v. Janssen Research & Development LLC, et al. | 2:16-cv-03963 |
| Greene v. Janssen Research & Development LLC, et al. | 2:16-cv-17815 |
| Harris v. Janssen Research & Development LLC, et al. | 2:16-cv-15103 |
| Hayes v. Janssen Research & Development LLC, et al. | 2:17-cv-02385 |
| Hodges v. Janssen Research & Development LLC, et al. | 2:17-cv-12603 |
| Humphries-Berg v. Janssen Research & Development LLC, et al. | 2:17-cv-00158 |
| Hunnicutt v. Janssen Research & Development LLC, et al. | 2:17-cv-09037 |
| Ireland v. Janssen Research & Development LLC, et al. | 2:17-cv-10242 |
| King v. Janssen Research & Development LLC, et al. | 2:18-cv-03401 |
| King v. Janssen Research & Development LLC, et al. | 2:15-cv-06108 |
| Kleikamp v. Janssen Research & Development LLC, et al. | 2:16-cv-17817 |
| Klemme v. Janssen Research & Development LLC, et al. | 2:16-cv-03968 |
| Koblitz v. Janssen Research & Development LLC, et al. | 2:17-cv-17689 |
| Landrum v. Janssen Research & Development LLC, et al. | 2:15-cv-01971 |
| Latchaw v. Janssen Research & Development LLC, et al. | 2:15-cv-01973 |
| Malone v. Janssen Research & Development LLC, et al. | 2:16-cv-00006 |
| Marrero v. Janssen Research & Development LLC, et al. | 2:18-cv-01654 |
| Mattison v. Janssen Research & Development LLC, et al. | 2:15-cv-06109 |
| Maynard v. Janssen Research & Development LLC, et al. | 2:17-cv-13629 |
| Medgebow v. Janssen Research & Development LLC, et al. | 2:17-cv-01715 |

| Miller v. Janssen Research & Development LLC, et al. | 2:16-cv-15973 |
|---|---|
| Miller v. Janssen Research & Development LLC, et al. | 2:16-cv-15972 |
| Montgomery v. Janssen Research & Development LLC, et al. | 2:16-cv-15722 |
| Mullins v. Janssen Research & Development LLC, et al. | 2:16-cv-14181 |
| Owens v. Janssen Research & Development LLC, et al. | 2:16-cv-02831 |
| Page v. Janssen Research & Development LLC, et al. | 2:16-cv-10535 |
| Porter-Oren v. Janssen Research & Development LLC, et al. | 2:15-cv-03055 |
| Pruitt v. Janssen Research & Development LLC, et al. | 2:15-cv-06504 |
| Reynolds v. Janssen Research & Development LLC, et al. | 2:16-cv-14576 |
| Robertson v. Janssen Research & Development LLC, et al. | 2:17-cv-07208 |
| Russell v. Janssen Research & Development LLC, et al. | 2:16-cv-15104 |
| Schultz v. Janssen Research & Development LLC, et al. | 2:17-cv-02746 |
| Sebring v. Janssen Research & Development LLC, et al. | 2:15-cv-05965 |
| Shonkwiler v. Janssen Research & Development LLC, et al. | 2:17-cv-08551 |
| Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-11502 |
| Sorensen v. Janssen Research & Development LLC, et al. | 2:17-cv-07322 |
| Spates v. Janssen Research & Development LLC, et al. | 2:18-cv-00307 |
| Spencer-Foster v. Janssen Research & Development LLC, et al. | 2:15-cv-03767 |
| Staubs v. Janssen Research & Development LLC, et al. | 2:18-cv-01635 |
| Steward v. Janssen Research & Development LLC, et al. | 2:16-cv-15919 |
| Stokes v. Janssen Research & Development LLC, et al. | 2:16-cv-02324 |
| Toon v. Janssen Research & Development LLC, et al. | 2:16-cv-15102 |
| Valente v. Janssen Research & Development LLC, et al. | 2:17-cv-09855 |
| Van Petty v. Janssen Research & Development LLC, et al. | 2:18-cv-01646 |
| Vines-Gordon v. Janssen Research & Development LLC, et al. | 2:16-cv-12442 |
| Warr v. Janssen Research & Development LLC, et al. | 2:17-cv-08739 |
| Welch v. Janssen Research & Development LLC, et al. | 2:18-cv-01629 |
| Wheeler v. Janssen Research & Development LLC, et al. | 2:16-cv-01941 |
| Wilcox v. Janssen Research & Development LLC, et al. | 2:17-cv-16613 |
| Yarbrough Jr. v. Janssen Research & Development LLC, et al. | 2:17-cv-00312 |
| Young v. Janssen Research & Development LLC, et al. | 2:18-cv-03619 |