**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:   L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Helen Barnett vs. Janssen Research & Development LLC, et al,*
**Case No. 2:15-cv-06192**

<u>**MOTION FOR SUBSTITUTION OF PROPER PARTY**</u>

COMES NOW, Carroll Barnett, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this case, and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1.  Helen Barnett died intestate on or about October 25, 2015.

2. At the time of her death, Helen Barnett was survived by her spouse, Carroll Barnett.

3. Helen Barnett's product liability action against defendants survived decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on or about February 8, 2016, copy of which is attached hereto as "Exhibit 1."

5. Carroll Barnett, as surviving spouse of Helen Barnett, is the proper party to substitute for decedent Helen Barnett, and has proper capacity to proceed forward with the surviving product liability lawsuit pursuant to Fed.R.Civ.P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any

party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request

for substitution as plaintiff in this action.

Dated:  November 15, 2018                          Respectfully Submitted,



_____

Fareesh S. Sarangi
Ga Bar No. 735110
Sarangi Law, LLC
3350 Riverwood Pkwy., Ste. 1900
Atlanta, GA. 300339
404-996-5157 (Telephone)
678-981-8390 (Facsimile)

**Attorney for Plaintiff**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

_____
Fareesh S. Sarangi