UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:   L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Helen Barnett vs. Janssen Research & Development LLC, et al,*
**Case No. 2:15-cv-06192**

### ORDER GRANTING MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as the Suggestion of Death with any responses thereto, finds the motion meritorious.  It is therefore:

ORDERED THAT Carroll Barnett, surviving spouse and next friend of Helen Barnett, is substituted for decedent Plaintiff Helen Barnett in the above-captioned case.

Entered this _____ day of _____, 2018 into the United States Eastern District of Louisiana.

_____
HON. JUDGE ELDON E. FALLON