Doc ID: 004092370003 Type: DEE
BK 1907 PG 119-121

STATE OF SOUTH CAROLINA )
                        )  DURABLE POWER OF ATTORNEY
COUNTY OF Oconee County )

FILED FOR RECORD
OCONEE COUNTY, S.C.
REGISTER OF DEEDS
2012 JUL 13 P 3:09

**KNOW ALL MEN** by these presents that I, **DEWITT M. BLACKWELL**, of the State and County aforesaid, have made, constituted and appointed, and by these presents do make, constitute and appoint my daughter, **PAMELA B. GROGAN**, as my true and lawful attorney-in-fact for me and in my name, place and stead, to ask, demand, sue for, collect and receive all sums of money, dividends, interest, payments on account of debts, legacies and all property now due or which may hereafter become due and owing to me and to give good and valid receipts and discharges for such payments; to assign and transfer stocks, bonds and securities standing in my name or belonging to me; to buy and sell securities of all kinds in my name and for my account, at such prices as shall be deemed good or best by my attorney herein named; to give sign, execute, acknowledge and deliver in my name all transfers and assignments of securities for such loans if in the judgment of my attorney such action is necessary ; to consent in my name to reorganizations and mergers; to manage real property; to sell, convey, mortgage and deal with realty; to foreclose mortgages and take title to property in my name; to execute, acknowledge and deliver deeds of real property or personal property, mortgages, releases, satisfactions and other instruments relating to realty which my attorney considers necessary; to place and effectuate insurance; to do business with banks and financial institutions of all types and kinds and particularly to endorse all checks and drafts may payable to my order and collect the proceeds; to sign in my name as attorney-in –fact all checks on any and all accounts standing in my name; to sign in name for free and unrestricted access to any safety box or vault and the contents thereof standing in my name at any bank; to cause to be prepared, to sign and to file on my behalf any and all tax returns required by any federal, state or local government or taxing authority; to distribute and allocate the assets of my estate to fund any trust or trusts created by or consented by me; to make and distribute gifts and donations of my assets to third parties as my attorney-in-fact deems appropriate, and to file gift tax returns in my behalf in respect of any such gifts and donations so made; to make such payments and expenditures as may be necessary in connection with any of the foregoing affairs; to retain counsel or attorneys on my behalf and to appear for me in all actions and proceedings to which I may be a party in the courts of this state or any other state of the United States, or in the United States courts, and to commence actions and proceedings in my name in necessary, and sign and verify in my name any complaints.

**HIPAA Release Authority**: I intend for my attorney-in-fact to be treated as I would be with respect to my rights regarding the use and disclosure of my individually identifiable health information or other medical records.  This release authority applies to any information governed by the Health Insurance Portability and Accountability Act of 1996 (aka HIPAA), 42 USC 1230d and 45CFR 160-164.  I authorize any physician, health-care professional, dentist , health plan, hospital, clinic, laboratory, pharmacy or any other covered health-care provider, any insurance company and the Medical Information Bureau, Inc. or other health-care clearinghouse that has provided treatment or services to me, or that has paid for or in seeking

Page 1 of 3

payment from me for such services, to give, disclose and release to my attorney-in-fact, without restriction, all of my individually identifiable health information and medical records regarding any past, present or future medical or mental health condition, including all information relating to the diagnosis and treatment of HIV/AIDS, sexually transmitted diseases, mental illness, and drug and alcohol abuse. The authority given my agent shall supersede any prior agreement that I may have made with my health care providers to restrict access to or disclosure of my individually identifiable health information. The authority given my agent has no expiration date and shall only expire in the event that I revoke the authority in writing and deliver it to my health-care provider.

In general, I hereby give and grant to my attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever necessary to be done in the premises, as fully to all intents and purposes as I might or could do if personally present, with full power or substitution and revocation, hereby ratifying and confirming all that my attorney by this power may do.

If my attorney-in-fact named herein shall predecease me, shall become patently mentally or physically incapacitated and unable to serve, or shall resign as attorney-in-fact hereunder by a document in writing duly filed of record in the office of the Register of Deeds of Oconee County, then I make, constitute and appoint my son, **TIMOTHY DEWEY BLACKWELL**, as my true and lawful successor attorney-in-fact for me and in my name, place and stead, with all powers, duties, authority and discretion herein set forth as if originally my attorney-in-fact herein.

**THIS POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY PHYSICAL OR MENTAL INCOMPETENCY WHICH RENDERS ME INCAPABLE OF MANANGING MY OWN ESTATE.**

**IN WITNESS WHEREOF**, I have hereunto placed my Hand and affixed my Seal this __11__ day of July, 2012.

_____
Dewitt M. Blackwell

**THIS POWER OF ATTORNEY** was, on the day and date written above, signed, sealed, published and declared by the Grantor, **DEWITT M. BLACKWELL**, a person known to us to be mentally competent upon the execution thereof, and aware of the import of the document; that we, at her request, have hereunto subscribed our names as witnesses in her presence and in the presence of each other.

*Donna Lusk*

*Patti K. Addis*

**STATE OF SOUTH CAROLINA** ]
                                         ]       **PROBATE**
**COUNTY OF OCONEE COUNTY** ]

**PERSONALLY APPEARED**, the undersigned Witness, and made oath that she saw the within Grantor, **DEWITT M. BLACKWELL**, sign, seal, and as his act and deed deliver the within names instrument for the uses and purposes therein mentioned, and that she, with the other witnesses above subscribed, witnesses the execution thereof.

*Donna Lusk*

*Patti K. Addis*

Sworn to before me this

__11__ day of July, 2012

Notary Public of South Carolina

My commission expires: __02/25/2013__

Page 3 of 3

Book: 1907  Page: 119  Seq: 3