UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Dewitt Blackwell vs. Janssen Research & Development LLC, et al,*
**Case No. 2:15-cv-06196**

### ORDER GRANTING MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Pamela Grogan, as next friend and attorney in fact for decedent Dewitt Blackwell, is substituted for decedent Plaintiff Dewitt Blackwell in the above-captioned case.

Entered this _____ day of _____, 2018 into the United States Eastern District of Louisiana.

_____
HON. JUDGE ELDON E. FALLON