UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Nicole McClay vs. Janssen Research & Development LLC, et al,*
Case No. 2:16-cv-09534

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW, Denise McClay, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this case, and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Nicole McClay died intestate on or about August 17, 2017.

2. At the time of her death, Nicole McClay was not survived by a spouse, children, or father.

3. Nicole McClay's closest living relative is her mother and next friend, Denise McClay.

4. Nicole McClay's product liability action against defendants survived decedent's death and was not extinguished.

5. Plaintiff filed a Notice and Suggestion of Death, copy of which is attached hereto as "Exhibit 1."

6. Denise McClay, as surviving mother to Nicole McClay and decedent's closest living relative, is the proper party to substitute for decedent Nicole McClay, and has proper capacity to proceed forward with the surviving product liability

lawsuit pursuant to Fed.R.Civ.P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated:  November ___, 2018                              Respectfully Submitted,



_____
Fareesh S. Sarangi
Ga Bar No. 735110
Sarangi Law, LLC
3350 Riverwood Pkwy., Ste. 1900
Atlanta, GA. 300339
404-996-5157 (Telephone)
678-981-8390 (Facsimile)

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

                                                    Fareesh S. Sarangi