UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:   L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Richard Migliaro vs. Janssen Research & Development LLC, et al,*
Case No. 2:15-cv-06214

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW, Tia Migliaro, as next friend and attorney in fact for decedent Richard Migliaro, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this case, and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Richard Migliaro died intestate on or about March 16, 2017.

2. Richard Migliaro's product liability action against defendants survived decedent's death and was not extinguished.

3. Plaintiff filed a Notice and Suggestion of Death, copy of which is attached hereto as "Exhibit 1."

4. Tia Migliaro, as surviving daughter of Richard Migliaro and his attorney in fact, is the proper party to substitute for decedent Richard Migliaro, and has proper capacity to proceed forward with the surviving product liability lawsuit pursuant to Fed.R.Civ.P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

5. A copy of decedent's Power of Attorney documents identifying Tia Migliaro as his attorney in fact is attached hereto as "Exhibit 2."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated:  November ___, 2018                    Respectfully Submitted,



_____
Fareesh S. Sarangi
Ga Bar No. 735110
Sarangi Law, LLC
3350 Riverwood Pkwy., Ste. 1900
Atlanta, GA. 300339
404-996-5157 (Telephone)
678-981-8390 (Facsimile)

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

                    _____
                    Fareesh S. Sarangi3