# DURABLE GENERAL POWER OF ATTORNEY

THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE
SHOULD YOU BECOME DISABLED OR INCOMPETENT.

**CAUTION: This is an important document. It gives the person whom you designate (your "agent") broad powers to handle your property during your lifetime, which may include powers to mortgage, sell, or otherwise dispose of any real or personal property without advance notice to you or approval by you. These powers will continue to exist even after you become disabled or incompetent. These powers are explained more fully in New York General Obligations Law, Article 5, Title 15, Sections 5-1502A through 5-1503, which expressly permit the use of any other or different form of power of attorney. This document does not authorize anyone to make medical or other health care decisions. You may execute a health care proxy to do this.**

THIS is intended to constitute a DURABLE POWER OF ATTORNEY pursuant to Article 5, Title 15 of the New York General Obligations Law.

I, Richard S. Migliaro, Sr., residing at 83 Berkshire Blvd., Albany, New York 12203, do hereby appoint Elizabeth A. Migliaro, residing at 83 Berkshire Blvd., Albany, New York 12203, OR Richard S. Migliaro, Jr., residing at 493 Nonnewaug Road, Bethlehem, Connecticut 06751, Alesia A. McLachlan, residing at 47 West Wooster Street, Danbury, Connecticut 06810, OR Tia Migliaro, residing at 1779 Avenue B, Schenectady, New York 12308, OR Chris Migliaro, residing at 115 Euclid Avenue, Albany, New York 12203, my attorney-in-fact TO ACT

*RSM*        EACH AGENT MAY ACT SEPARATELY

[    ]       ALL AGENTS MUST ACT TOGETHER

IN MY NAME, PLACE AND STEAD in any way which I myself could do, if I were personally present, with respect to the following matters, as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law, to the extent that I am permitted by law to act through an agent:

**NOTICE: Initial in the blank space to the left of your choice any one or more of the following lettered subdivisions as to which you want to give your agent authority. If the blank space to the left of any particular lettered subdivision is not initialed, no authority will be granted for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line to the left of subdivision "X", and you may then put your initials in the blank space to the left of subdivision "X" in order to grant each of the powers so indicated.**

[    ]    (A)    real estate transactions;

[    ]    (B)    chattel and goods transactions;

[    ]    (C)    bond, share and commodity transactions;

[    ]    (D)    banking transactions;

1

[ ]   (E)   business operating transactions;

[ ]   (F)   insurance transactions;

[ ]   (G)   estate transactions;

[ ]   (H)   claims and litigation;

[ ]   (I)   personal relationships and affairs;

[ ]   (J)   benefits from military service;

[ ]   (K)   records, reports and statements;

[ ]   (L)   retirement benefit transactions;

[ ]   (M)  making gifts to my spouse, children and more remote descendants;

[ ]   (N)   tax matters;

[ ]   (O)   full and unqualified authority to my attorney-in-fact to delegate any or all of the foregoing powers to any person or persons whom my attorney-in-fact shall select;

[ ]   (P)   all other matters;

In addition to the foregoing powers, I give to my attorney-in-fact the following additional powers and authorize my attorney-in-fact to act in my name, place and stead in any way which I myself could do, if I were personally present, to the extent that I am permitted by law to act through an agent:

[ ]   (Q)   to create any revocable or irrevocable trust for my benefit, to fund such trusts with any or all of my assets, to name trustees and successor trustees, to serve as sole trustee or one of two or more such trustees, and to amend, revoke or otherwise change such trusts consistent with the powers granted by the trust instrument;

[ ]   (R)   to make statutory elections and to exercise the right of election available to me under applicable law, and to make disclaimers and renounce interests as permitted to me under applicable law;

[ ]   (S)   to take all actions on my behalf with respect to the collection of benefits or entitlements of all kinds, and securing all other assistance, with Social Security, Medicare, Medicaid and any other governmental programs;

[ ]   (T)   to contract for entry into, maintenance at, or release from any hospital, convalescent center, nursing home, or other health care facility, to the extent that I am, in the opinion of my treating physician, incompetent or incapable of acting for myself;

[ ]   (U)   to make gifts of any kind, at any time or times, to any person including the person named herein as my attorney-in-fact, to any charitable organization, or to a custodian to be held by such custodian under the Uniform Transfers to Minors Act of any state for a permissible donee;

[ ] (V) to make pre-paid burial arrangements;

[ ] (W) to deal with any policies of insurance on my life, including but not limited to the right to make irrevocable assignments thereof, to surrender, borrow against, or convert any such policies, and to change the beneficiaries thereof, and take any other action with respect to such policies as my agent shall deem proper;

RSM (X) EACH OF THE ABOVE MATTERS IDENTIFIED BY THE FOLLOWING LETTERS:
A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, W

THIS DURABLE POWER OF ATTORNEY SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCOMPETENCE

**To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I, for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.**

THIS DURABLE POWER OF ATTORNEY MAY BE REVOKED BY ME AT ANY TIME.

In Witness Whereof, I have hereunto signed my name this 7th day of November, 2007.

_____
Richard S. Migliaro, Sr.

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF ALBANY      )

On this 7th of November in the year 2007 before me, the undersigned, a Notary Public in and for the State of New York, personally appeared Richard S. Migliaro, Sr., personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public
KAREN L. MARBOT
Notary Public, State of New York
No. 02MA5039110
Qualified in Rensselaer County
Commission Expires February 13, 2011