UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Jerry Weaver v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-6245

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11632, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sandra Weaver, Representative of the Estate of Jerry Weaver, is hereby substituted for Plaintiff Jerry Weaver as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the Clerk shall file the Amended Complaint into the record.

New Orleans, Louisiana this 14th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE