UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No: 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | |
| | | JUDGE ELDON E. FALLON |
| *Keith Harter, Sr. v. Janssen Research & Development LLC, et al; 2:18-cv-04311* | | MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Counsel for Plaintiff, Keith Harter, Sr., and files this Response to the Court's Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Plaintiff Fact Sheet (Doc. 11640), and states the following:

1. Plaintiff contacted undersigned counsel regarding potential claims involving use of Xarelto and alleged subsequent injuries.

2. The Complaint in this matter was filed while record requests from some healthcare providers were still pending.

3. Counsel has exhausted its resources to obtain the documentation and information necessary to resolve the Plaintiff Fact Sheet deficiencies. Despite previously being in contact with Plaintiff, undersigned counsel has attempted to communicate with the Plaintiffs regarding the need to provide documentation and information to no avail.

1

Despite the best efforts of Plaintiff's counsel, counsel has been unable to provide the items necessary to resolve the deficiencies, nor has counsel been able to obtain permission from Plaintiff to agree to a stipulation of dismissal of this claim.

November 16, 2018.

                                      Respectfully Submitted,

                                      */s/* Andrew N. Faes
                                      Andrew N. Faes
                                      MO Bar No.: 59721
                                      Wagstaff & Cartmell, LLP
                                      4740 Grand Avenue, Suite 300
                                      Kansas City, MO  64112
                                      Phone: (816) 701-1100
                                      Fax: (816) 531-2372
                                      afaes@wcllp.com

                                      **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                     */s/* Andrew N. Faes
                                                                     Andrew N. Faes