**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)         | MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
MARTHA DAVIS
2:16-cv-03607

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

Plaintiff respectfully requests that attorneys Neil D. Overholtz and Jennifer M. Hoekstra,

of Aylstock, Witkin, Kreis & Overholtz, PLLC, be enrolled as co-counsel of record for the Plaintiff

Martha Davis in the above-captioned matter.

DATED:  November 16, 2018

By:     /s/ Avram J. Blair.
        Avram J. Blair
        Texas Bar No. 24033585
        Avram Blair & Associates, P.C.
        3120 Southwest Freeway, Suite 215
        Houston, TX 77098
        T: (713) 936-2609
        F: (713) 832) 203-8286
        ablair@ablairlaw.com.

        /s/ Neil D. Overholtz, Esq.
        Neil D. Overholtz (FL Bar #188761)
        Aylstock Witkin Kreis & Overholtz, PLLC
        17 East Main Street, Suite 200
        Pensacola, FL 32502
        T: (850) 202-1010
        F: (850) 916-7449
        noverholtz@awkolaw.com

/s/ Jennifer M. Hoekstra, Esq.
Jennifer M. Hoekstra (LA Bar #31476)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
T: (850) 202-1010
F: (850) 916-7449
jhoekstra@awkolaw.com
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 16, 2018, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:  November 16, 2018                                   By:     /s/ Avram J. Blair