UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

EXHIBIT 1

**This Document Relates to:**
*ANTHONY WOLF v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-10218*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Anthony Wolf.

Dated:  October 22, 2018           By: /s/Stephen B. Wohlford
                                   SWMW Law, LLC
                                   Benjamin R. Schmickle, #6270568
                                   Stephen B. Wohlford, #IL6287698
                                   701 Market Street, Suite 1000
                                   St. Louis, MO 63101
                                   (314) 480-5180
                                   (314) 932-1566 – Facsimile

                                   *ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on October 22, 2018 and that this system will provide notice of such filing to all counsel of record.

By: /s/Stephen B. Wohlford
SWMW Law, LLC
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

*ATTORNEYS FOR PLAINTIFFS*