# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| REPAIR SYSTEM PRODUCTS | ) | MDL No. 2592 |
| LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| This Document Relates to Plaintiffs: | ) | JUDGE ELDON E. FALLON |
| *All Cases Listed in "Exhibit A"* | ) | |
| | ) | |

## NOTICE OF APPEARANCE

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as Counsel for:

ALL CASES LISTED IN EXHIBIT "A"

DATED:  November 16, 2018

*/s/ Calle Mendenhall*
CALLE MENDENHALL
ATTORNEY FOR PLAINTIFFS
FARRIS, RILEY & PITT, L.L.P.
1700 Financial Center
505 20th Street North
Birmingham, AL 35203
T:  (205) 324-1212
F:  (205) 324-1255
calle@frplegal.com

# EXHIBIT A

| Plaintiff Name | Docket Number |
|---|---|
| Debra Welp | 2:16-cv-16185-EEF-MBN |
| Teresa Sledge | 2:16-cv-01140-EEF-MBN |
| Barry Slater | 2:16-cv-16202-EEF-MBN |
| Joan Pulley | 2:16-cv-16842-EEF-MBN |
| Donald Parker | 2:16-cv-13816-EEF-MBN |
| Mildred Mayes | 2:17-cv-04511-EEF-MBN |
| Lloyd Levins | 2:16-cv-16367-EEF-MBN |
| Jimmie Johnson | 2:17-cv-04863-EEF-MBN |
| John Hennessey | 2:16-cv-13648-EEF-MBN |
| James Gipson | 2:16-cv-08064-EEF-MBN |
| Lamar Evans | 2:16-cv-00653-EEF-MBN |
| Dedrick Ellis | 2:16-cv-16284-EEF-MBN |
| Willadean Dickinson | 2:16-cv-07308-EEF-MBN |
| William Diamon | 2:16-cv-00653-EEF-MBN |
| Donald Comeaux | 2:16-cv-01145-EEF-MBN |
| Carrie Mae Evans | 2:18-cv-01416-EEF-MBN |
| Barbara Jean Gann | 2:18-cv-05048-EEF-MBN |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2018, I filed the foregoing document via the CM/ECF system which will automatically serve and send email notification of such filing to all registered attorneys of record.

                              */s/ Calle Mendenhall*