**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL No.:    2592**<br>**SECTION:    L**<br>**JUDGE:       ELDON E. FALLON**<br>**MAG. JUDGE: MICHAEL NORTH** |
| **PRODUCTS LIABILITY LITIGATION** | |

**This Document Relates to:**

***Ella Ransom v. Janssen Research & Development LLC f/k/a Johnson & Johnson***
***Pharmaceutical Research & Development LLC, et al.***

**Case No.: 2:16-cv-10460**

## NOTICE AND SUGGESTION OF DEATH

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil

Procedure hereby informs the Honorable Court of the death of Plaintiff, Ella Ranson[1].

Respectfully submitted,

Dated:  November 16, 2018        **GRANT & EISENHOFER P.A.**


By*:*      */s/ Thomas V. Ayala*
               M. Elizabeth Graham
               Thomas V. Ayala
               Samantha Mertz
               **GRANT & EISENHOFER P.A.**
               123 Justison Street
               Wilmington, DE 19801
               Tel: (302) 622-7000
               Fax:  (302) 622-7100
               egraham@gelaw.com
               tayala@gelaw.com
               smertz@gelaw.com

---

[1] Please note the correct spelling of the Plaintiff's name is Ella Ranson.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on November 16, 2018.

*/s/ Thomas V. Ayala*
Thomas V. Ayala