**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| LESTER FULLER AND SHEILA FULLER | : | |
| | : | |
| Plaintiffs | : | **JUDGE ELDON E. FALLON** |
| | : | |
| v. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC f/k/a JOHNSON & JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | **Civil Action No.: 2:17-CV-06587** |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | |
| f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | **STIPULATION OF DISMISSAL** |
| PHARMACEUTICALS, INC., | : | **WITH PREJUDICE** |
| JOHNSON & JOHNSON COMPANY, | : | |
| BAYER HEALTHCARE | : | |
| PHARMACEUTICALS INC., | : | |
| BAYER PHARMA AG, | : | |
| BAYER CORPORATION, | : | |
| BAYER HEALTHCARE LLC, | : | |
| BAYER HEALTHCARE AG, | : | |
| AND BAYER AG | : | |
| | : | |
| Defendants | : | |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed

with prejudice, each party to bear its own fees and costs.

**DOUGLAS & LONDON, P.C.**

By: /s/ Michael A. London

59 Maiden Lane, 6th Floor

New York, NY 10038

Tel: (212) 566-7500

mlondon@douglasandlondon.com

Attorneys for Plaintiffs

Dated: November 16, 2018

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko

Susan M. Sharko

600 Campus Dr.

Florham Park, NJ 07932

Tel: (973) 549-7000

Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

Dated: November 16, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew Solow

Andrew K. Solow

250 West 55th Street

New York, New York 10019-9710

Telephone: (212) 836-8000

Facsimile: (212) 836-8689

William Hoffman

601 Massachusetts Ave., NW

Washington, D.C. 20001

Telephone: (202) 942-5000

Facsimile: (202) 942-5999

andrew.solow@arnoldporter.com

william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

Dated: November 16, 2018

**CHAFFE McCALL L.L.P.**

By: /s/ John F. Olinde

John F. Olinde (LA Bar #1515)

1100 Poydras Street

Suite 2300

New Orleans, LA 70163

Telephone: (504) 585-7241

Facsimile: (504) 544-6084

olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

Dated: November 16, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore

Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: November 16, 2018

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on November 16, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde