UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| *Elaine Mayfield v. Janssen Research & Development LLC, et al; 2:16-cv-00618* | : : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

### ORDER TO SHOW CAUSE AS TO WHY PLAINTIFF'S COMPLAINT SHOULD NOT BE DISMISSED FOR LACK OF CAPACITY TO PROCEED WITH THE CASE

Plaintiff Elaine Mayfield has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. This is a CMO 6 Wave 1 case that was randomly selected on April 30, 2018. Initial discovery in this case closes on January 29, 2018. However, Defendants are unable to proceed with discovery because Plaintiff passed away on April 6, 2017—one year before this case was selected for Wave 1 work up—and no party has been substituted to pursue the case on her behalf.

Because the Plaintiff is deceased, she therefore has no capacity to proceed with this case. *See Campbell v. Travelers*, CIV A. 06-9068, 2008 WL 145048, at *1 (E.D. La. Jan. 14, 2008) ("Louisiana law does not allow suits by or against the deceased."); *Magee v. Stacey,* 223 So.2d 194, 195 (La. Ct. App. 1969) (stating that it is "established jurisprudence that judgment cannot be rendered for or against a deceased person"). In light of the fast approaching discovery deadline and in an effort to move the case forward, Defendants' counsel have been meeting and conferring with Plaintiff's counsel about the need for a motion to substitute, including by e-mails and phone calls on October 8, October 24, October 29, and October 30, 2018. In response, Plaintiff's counsel

1

2

has advised that efforts to identify a family member to pursue the case have been unsuccessful. If no one is willing to pursue this case on behalf of the decedent, the case cannot proceed and should be dismissed with prejudice.

    Failure to show cause by appearing before this Court at 9:00 am on December 12, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

    New Orleans, Louisiana, on this ___ day of _____ 2018.

    _____
    United States District Judge