UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

This Document Relates to:

*Ella Ransom v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

Case No.: 2:16-cv-10460

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Ella Ranson, respectfully moves this court to substitute Edward Ranson and Hattie King, as the Personal Representatives for the Estate of Ella Ranson, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Ella Ranson passed away on August 3, 2016 (*see* Exhibit A).

2. Ella Ranson's action against Defendants survives her death and is not extinguished.

3. Plaintiff's counsel filed the Notice and Suggestion of Death on November 16, 2018 [Doc. 11707].

4. Plaintiff's counsel now moves to substitute Edward Ranson and Hattie King as Plaintiffs in the present action, on behalf of the Estate of Ella Ranson.

WHEREFORE, Counsel for Plaintiff, Ella Ranson, respectfully requests the Court grant Plaintiff's Motion to Substitute Edward Ranson and Hattie King as Personal Representatives for the Estate of Ella Ranson.

Respectfully submitted,

Dated: November 16, 2018

**GRANT & EISENHOFER P.A.**

By: /s/ Thomas V. Ayala
M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com