# Exhibit A

## (Death Certificate)

**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**
STATE FILE NUMBER

**DECEDENT**

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): Ella Louise Ranson
2. SEX: Female
3. DATE OF DEATH (Month, Day, Year): August 3, 2016
4. TIME OF DEATH (Approx):
5a. AGE-Last Birthday (Years): 73
6. DATE OF BIRTH (Month, Day, Year): September 13, 1942
7. BIRTHPLACE (City and State or Foreign Country): Chattanooga, TN

8a. PLACE OF DEATH: Decedent's home
8b. FACILITY NAME: 2505 S. Market Street Apt. 336
8c. CITY OR TOWN: Chattanooga
8d. COUNTY OF DEATH: Hamilton

9. MARITAL STATUS: Married
10. SURVIVING SPOUSE: Edward Ranson
11a. DECEDENT'S USUAL OCCUPATION: Housekeeping
11b. KIND OF BUSINESS/INDUSTRY: Own Home

12. SOCIAL SECURITY NUMBER: 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
13a. RESIDENCE-STATE: Tennessee
13b. COUNTY: Hamilton
13c. CITY OR TOWN: Chattanooga
13d. STREET AND NUMBER: 2505 S. Market Street Apt. 336
13e. INSIDE CITY LIMITS: Yes
13f. ZIP CODE: 37408
14. WAS DECEDENT EVER IN US ARMED FORCES?: No

16. DECEDENT'S EDUCATION: 9th – 12th grade; no diploma
16. DECEDENT OF HISPANIC ORIGIN?: No, not Spanish/Hispanic/Latino
17. DECEDENT'S RACE: Black or African American

18. FATHER'S NAME: Alton Clayton Kinnamore
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Nora Phelps

20a. INFORMANT'S NAME: Edward B. Ranson
20b. RELATIONSHIP TO DECEDENT: Husband
20c. MAILING ADDRESS: 735 East 10th Street, Chattanooga, TN 37403

21a. METHOD OF DISPOSITION: Burial
21b. PLACE OF DISPOSITION: Highland Memorial Gardens
21c. LOCATION: Chattanooga, TN

22a. SIGNATURE OF FUNERAL DIRECTOR: Ava Honeysucker
22b. LICENSE NUMBER: 6721
22c. SIGNATURE OF EMBALMER: Ava Honeysucker
22d. LICENSE NUMBER: 6722

23a. NAME AND ADDRESS OF FUNERAL HOME: John P. Franklin Funeral Home, 1101 Dodds Avenue, Chattanooga, TN 37404
23b. LICENSE NUMBER OF FUNERAL HOME: 1197

24. REGISTRAR'S SIGNATURE: [signature]
25. DATE FILED: August 26, 2016

26a. PHYSICIAN: checked

27a. SIGNATURE OF CERTIFIER: [signature]
27b. LICENSE NUMBER: 5352
27d. NAME AND ADDRESS: Suresh Enjeti, 979 E 3rd St Chattanooga TN 37403

28. PART I.
IMMEDIATE CAUSE (a): Cardiopulmonary arrest
Due to (b): Severe pulmonary & systemic HTN & COPD

29a. WAS AN AUTOPSY PERFORMED?: No
29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?: 

30. MANNER OF DEATH: Natural
31. DID TOBACCO USE CONTRIBUTE TO DEATH?: No

PH-1659 (Rev. 10/2011)    RDA 1399

I hereby certify the above to be a true and correct representation of the record or document on file in this