UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)

PRODUCTS LIABILITY LITIGATION

MDL No.:        2592
SECTION:       L
JUDGE:          ELDON E. FALLON
MAG. JUDGE: MICHAEL NORTH

This Document Relates to:

*Ella Ransom v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

Case No.: 2:16-cv-10460

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute

Edward Ranson and Hattie King as Personal Representatives of the Estate of Ella Ranson[1], as

Plaintiffs in this action. The Court having reviewed such and being otherwise sufficiently

advised, it is hereby ordered that Plaintiffs' Motion to Substitute Party is **HEREBY**

**GRANTED.**

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge

---

[1] Please note that Plaintiff's name was initially misspelled.  The deceased Plaintiff's name is Ella Ranson.