IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Glenn Cooper, Case No. 2:18-cv-00151 | MAG. JUDGE NORTH |

**PLAINTIFFS RESPONSE TO**
**ORDER TO SHOW CAUSE**

COMES NOW, undersigned counsel for Plaintiff, and in support states as follows:

1. On September 18, 2018, this Court held a Show Cause Hearing, giving certain Plaintiffs, including the Plaintiff in the above-captioned action, until November 19, 2018 to remedy the alleged deficiencies raised in Defendants' Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies, filed September 4, 2018.

2. The Complaint in this matter was filed on January 5, 2018.

3. Plaintiff Glenn Cooper died on January 6, 2018.

4. Defendants allege the Plaintiff Fact Sheet is deficient for "failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of user".

5. Plaintiff's counsel has uploaded the Death Certificate to the MDLCentrality website for Decedent Glenn Cooper.

6. Plaintiff's counsel has mailed an Affidavit for Next of Kin to Mary Cooper, the surviving spouse of Decedent Glenn Cooper.

7. At this time, Plaintiff's Counsel is merely waiting for the Affidavit of Next of Kin to return from Mary Cooper to cure the deficiency pursuant to this Court's Order of November 2, 2018 [Doc. 11525].

WHEREFORE, Plaintiff's Counsel requests an additional 15 days to submit the Affidavit for

Next of Kin, thereby curing the alleged deficiencies as to the above-caption action.

    RESPECTFULLY SUBMITTED,

<u>s/ Jacob A. Flint</u>
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone: 618-205-2017
Fax: 618-288-2864
jflint@flintlaw.com

Dated: November 16, 2018

# **CERTIFICATE OF SERVICE**

I hereby certify pursuant to 18 Pa. C.S. 4904 that on November 9, 2018, I caused a true and correct copy of the foregoing Plaintiff's Response to Rule to show Cause to be served on counsel of record via electronic filing:

Albert G. Bixler, Esq.
Leslie A. Hayes, Esq. Heather R. Olson, Esq.
Eckert Seamans Cherin Mellott Two Liberty Place
50 S 16th Street, 22nd Floor
Philadelphia, PA  19102
*Attorneys for Bayer Corporation, Bayer Healthcare LLC, and Bayer Healthcare Pharmaceuticals, Inc.*

David F. Abernethy
david.abernethy@dbr.com
Attorney Identification No. 36666
Molly E. Flynn molly.flynn@dbr.com
Attorney Identification No. 205593
DRINKER BIDDLE & REATH LLP One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
*Attorneys for Defendants Janssen Research & Development, LLC; Janssen Ortho, LLC; Johnson & Johnson; and Janssen Pharmaceuticals, Inc.*