UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Larry Resler v. Janssen Research & Development, LLC, et al. Civil Case No. 2:17-cv-09794 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Counsel for Plaintiff, Larry Resler, and files this Response to the Court's Order regarding plaintiffs with alleged core plaintiff fact sheet deficiencies (Doc. 11416), representing the following:

1.      Since the September 18, 2018 Order to Show Cause Hearing, the undersigned counsel has been diligent in attempting to make further contact with Mr. Resler's legal next of kin, advised them of the nature and status of the filed claim, and the need to cure the deficiency.

2.      On November 15, 2018, Mr. Resler's surviving son and legal next of kin, Larry Resler, II presented himself as the proper party to be substituted on behalf of the estate of Larry Resler, I.

3.      On November 15, 2018, the undersigned counsel received and submitted the properly executed PFS Declaration, signed by Larry Resler, II, the party with legal authority to sign on behalf of the Decedent Plaintiff.

FOR THESE REASONS, the undersigned counsel contends that the alleged PFS deficiency has been cured and that Plaintiff's case should remain on the active docket of this Court. The undersigned counsel further prays that the Court grant Plaintiff additional time to confer with Defendants and file the appropriate Motion to Substitute Proper Plaintiff Party.

Dated November 16, 2018                    Respectfully submitted,

                                           By: */s/ Bobby Saadian*
                                           Bobby Saadian, Esq.
                                           CA Bar 250377
                                           3055 Wilshire Blvd. 12th Floor,
                                           Los Angeles, CA 90010
                                           Phone: (213)381-9988
                                           Fax: (213)381-9989
                                           Email: masstorts@wilshirelawfirm.com
                                           ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 16th day of November, 2018.

                                           **THE WILSHIRE LAW FIRM**

                                           By: */s/ Bobby Saadian*
                                           Bobby Saadian, Esq.
                                           CA Bar 250377
                                           3055 Wilshire Blvd. 12th Floor,
                                           Los Angeles, CA 90010
                                           Phone: (213)381-9988
                                           Fax: (213)381-9989
                                           Email: masstorts@wilshirelawfirm.com