# EXHIBIT A

## DECLARATION OF LARRY RESLER, II

I, Larry Resler, II, declare the facts set forth in this declaration are of my own personal knowledge, and if sworn I could and would competently testify to the facts set forth herein.

1. I reside at 31 riverton 94132, City of San Francisco, County of San Francisco, and State of California.

2. I am one of three children, eighteen years of age or older of: Larry Resler, I, who died on or about September 11, 2017. **A copy of the death certificate is attached hereto** and made part hereof by reference.

3. That no Executor, Administrator or personal representative has been appointed by any Court for the decedent's estate in this state or elsewhere and no application for such appointment is pending.

4. This declaration is made for the sole purpose of substituting a Proper Plaintiff for the active case entitled, Larry Resler v. Janssen Research & Development, LLC, et al. assigned Case No. 2:17-cv-9794 in the Federal District for the Eastern District of Louisiana.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 15, 2018, at Los Angeles, California.

DocuSigned by:

374216EF6E7E41B...

Signature of Affiant

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
### PUBLIC HEALTH DEPARTMENT

### CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 3201701006631

**1. NAME OF DECEDENT - FIRST:** LARRY
**2. MIDDLE:** DEAN
**3. LAST:** RESLER
**4. DATE OF BIRTH:** /1939
**5. AGE:** 78
**6. SEX:** M
**7. DATE OF DEATH:** 09/11/2017
**8. HOUR:** 2310
**9. BIRTH STATE/FOREIGN COUNTRY:** IA
**11. EVER IN U.S. ARMED FORCES:** NO
**12. MARITAL STATUS:** DIVORCED
**14/15. WAS DECEDENT HISPANIC:** NO
**16. DECEDENT'S RACE:** CAUCASIAN
**13. EDUCATION:** HS GRADUATE
**17. USUAL OCCUPATION:** TEAMSTER
**18. KIND OF BUSINESS OR INDUSTRY:** TRANSPORTATION
**19. YEARS IN OCCUPATION:** 39
**20. DECEDENT'S RESIDENCE:** 202 ORION COURT
**21. CITY:** MILPITAS
**22. COUNTY/PROVINCE:** SANTA CLARA
**23. ZIP CODE:** 95035
**24. YEARS IN COUNTY:** 30
**25. STATE/FOREIGN COUNTRY:** CA
**26. INFORMANT'S NAME, RELATIONSHIP:** LISA MARIE RESLER, DAUGHTER
**27. INFORMANT'S MAILING ADDRESS:** 2164 ENCINAL AVENUE APT. B, ALAMEDA, CA 94501

**31. NAME OF FATHER/PARENT - FIRST:** PAUL
**32. MIDDLE:** LAFE
**33. LAST:** RESLER
**34. BIRTH STATE:** KS
**35. NAME OF MOTHER/PARENT - FIRST:** WILMA
**36. MIDDLE:** ANN
**37. LAST (BIRTH NAME):** BROYLES
**38. BIRTH STATE:** MO

**39. DISPOSITION DATE:** 09/15/2017
**40. PLACE OF FINAL DISPOSITION:** RESIDENCE OF LISA MARIE RESLER, 2164 ENCINAL AVENUE APT. B, ALAMEDA, CA 94501
**41. TYPE OF DISPOSITION:** CR/RES
**42. SIGNATURE OF EMBALMER:** NOT EMBALMED
**44. NAME OF FUNERAL ESTABLISHMENT:** GREER FAMILY MORTUARY AND CREMATION SERVICES
**45. LICENSE NUMBER:** FD1408
**46. SIGNATURE OF LOCAL REGISTRAR:** MUNTU DAVIS, M.D.
**47. DATE:** 09/15/2017

**101. PLACE OF DEATH:** RESIDENCE OF DAUGHTER — Other
**104. COUNTY:** ALAMEDA
**105. FACILITY ADDRESS:** 2164 ENCINAL AVENUE APT. B
**106. CITY:** ALAMEDA
**107. CAUSE OF DEATH:**
IMMEDIATE CAUSE (A): RECURRENT CHOLANGIOCARCINOMA — 13 MOS.

**108. DEATH REPORTED TO CORONER:** NO
**109. BIOPSY PERFORMED?** YES
**110. AUTOPSY PERFORMED?** NO
**111. USED IN DETERMINING CAUSE?** (blank)

**112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** NO

**113. WAS OPERATION PERFORMED:** PARTIAL HEPATECTOMY 09/30/2016; BILIARY STENT PLACEMENT 08/25/2017

**114. I CERTIFY...** Decedent Attended Since: 08/30/2017  Decedent Last Seen Alive: 09/11/2017
**115. SIGNATURE AND TITLE OF CERTIFIER:** JANICE M. AZEBU, D.O.
**116. LICENSE NUMBER:** 20A8357
**117. DATE:** 09/14/2017
**118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:** JANICE M. AZEBU, D.O., 275 WEST MACARTHUR BLVD., OAKLAND, CA 94611

---

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

**DATE ISSUED:** SEP 19 2017

001149775

*This copy not valid unless prepared on engraved border displaying date and signature of Registrar.*

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**