# EXHIBIT B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Larry Resler v. Janssen Research & Development, LLC, et al.*

Case Number 2:17-cv-9794

MDL No. 2592

SECTION: L

JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

NOTICE AND SUGGESTION OF DEATH

Case No. 2:17-cv-9794

### NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the honorable Court of the death of the Plaintiff, Larry Resler on or about September 11, 2017.

Respectfully submitted, this the 29th day of August, 2018.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*_____
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 29th day of August, 2018.

        **THE WILSHIRE LAW FIRM**

        By: */s/ Bobby Saadian*
        Bobby Saadian, Esq.
        CA Bar 250377
        3055 Wilshire Blvd. 12th Floor,
        Los Angeles, CA 90010
        Phone: (213)381-9988
        Fax: (213)381-9989
        Email: masstorts@wilshirelawfirm.com