UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>Naomi A. Suthers v. Janssen Research & Development, et al.;<br><br><br>**Civil Case No.: 2:16-cv-10354** | **MDL 2592**<br>**SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Naomi A. Suthers (a/k/a Naomi Adeline Hamblin Suthers or Adeline Hamblin Suthers). Plaintiff respectfully informed this Court that a Motion for Substitution of Plaintiff will be filed by undersigned counsel in the near future.

Dated: November 16, 2018.

                                                Respectfully submitted,

                                                By:  Neil D. Overholtz
                                                Neil D. Overholtz
                                                Florida Bar No.:  0188761
                                                Aylstock, Witkin, Kreis & Overholtz, PLLC
                                                17 East Main Street, Suite 200
                                                Pensacola, FL 32502-5998
                                                Telephone:  (850) 202-1010
                                                Fax:  (850) 916-7449
                                                Noverholtz@awkolaw.com
                                                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Neil D. Overholtz
Neil D. Overholtz, Esq.