UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>Naomi A. Suthers v. Janssen Research & Development, et al.;<br><br>**Civil Case No.: 2:16-cv-10354** | MDL 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Neil D. Overholtz for the Plaintiff and moves this Honorable Court for an order substituting LeAnn S. Clark on behalf of her deceased mother, Naomi A. Suthers, for the following reasons:

1. On June 15, 2016, Naomi Suthers filed a Complaint in the above-referenced matter.

2. The decedent's daughter, LeAnn S. Clark is the Proper Party Plaintiff and wishes to be substituted on behalf of Naomi S. Suthers in this case.

3. Plaintiff's name was listed as Naomi A. Suthers. Plaintiff's name at birth was Naomi Adeline Hamblin.  At the time of her marriage, Plaintiff's name was legally changed to Adeline Hamblin Suthers.

4. Unbeknownst to plaintiff's counsel, Naomi Suthers passed away on August 18, 2018.

5. Plaintiff's daughter, LeAnn S. Clark notified Plaintiff's counsel of Naomi Suthers' passing and expressed her interest in continuing this lawsuit on her behalf.

6. A Suggestion of Death was filed with this Honorable Court on November 16, 2018 (attached as Exhibit 1).

1

7. Naomi A. Suthers' product liability lawsuit against defendants survived decedent's death and was not extinguished.

8. LeAnn S. Clark is the Executor of the Estate of Naomi A. Suthers (a/k/a Adeline Hamblin Suthers).

9. Plaintiff's daughter, LeAnn S. Clark will seek to amend the complaint to correct the name of deceased plaintiff to Adeline Hamblin Suthers and list LeAnn S. Suthers as the properly named plaintiff.

10. The decedent's daughter, LeAnn S. Clark is the Proper Party Plaintiff and wishes to be substituted on behalf of Naomi S. Suthers in this case.

11. WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: November 16, 2018.

Respectfully submitted,

By: <u>Neil D. Overholtz</u>
Neil D. Overholtz
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com
**ATTORNEYS FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Neil D. Overholtz
Neil D. Overholtz, Esq.