UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>Naomi A. Suthers v. Janssen Research & Development, et al.;<br><br>**Civil Case No.: 2:16-cv-10354** | MDL 2592<br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court, after considering the Plaintiff's Motion for Substitute Party Plaintiff as well as the Suggestion of Death with any responses thereto, finds the motion meritorious.  It is therefore:

ORDERED THAT LeAnn S. Clark , daughter and executor of the estate of Naomi A. Suthers (a/k/a Adeline Hamblin Suthers), is substituted for decedent Plaintiff Naomi A. Suthers in the above-captioned case.

Entered this ____ day of _____, 2018 into the United States Eastern District of Louisiana.

_____
HON. JUDGE ELDON E. FALLON

1