**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 2. | ABREGO, OTILIA | 2:18-cv-1349 |
| 4. | ASHLAND, DANNY | 2:18-cv-00666 |
| 5. | AUTRY, SADIE | 2:18-cv-00666 |
| 12. | BRANHAM, WILLIAM | 2:18-cv-1877 |
| 13. | BRANTLEY, FAITH | 2:18-cv-5202 |
| 15. | CARILLO, LAZARO | 2:18-cv-00666 |
| 16. | CAZENAVE, PHYLLIS | 2:17-cv-17522 |
| 18. | COLLINS, ROBERT | 2:18-cv-2556 |
| 19. | COMUNALE, ABE | 2:18-cv-4389 |
| 26. | DURDEN, VIRGINIA | 2:18-cv-00666 |
| 27. | EMBICK, DANIEL | 2:18-cv-00666 |
| 28. | ESCARREGA, ESTHER | 2:18-cv-00666 |
| 30. | FREEMAN, LEON | 2:18-cv-00666 |
| 31. | GADIM, FOROUGH | 2:18-cv-00666 |
| 33. | GERDE, THOMAS | 2:18-cv-4353 |
| 34. | GLASPEY, JOHN | 2:18-cv-00666 |
| 36. | GONZALES, RAYMOND | 2:18-cv-00666 |
| 38. | HAMBLEN, WANDA | 2:18-cv-00666 |
| 40. | HARPER, GLENDA | 2:18-cv-00666 |
| 42. | HELTON, TIMOTHY | 2:17-cv-17536 |
| 44. | HOLLAND, LYDIA | 2:18-cv-5173 |
| 45. | HOLLAND, STEPHEN | 2:18-cv-00666 |
| 46. | HOLMES, JUANITA | 2:17-cv-10075 |
| 48. | IOVINO, JOHN | 2:18-cv-04378 |
| 50. | JACKSON, ANNE | 2:17-cv-9983 |
| 51. | JACKSON, FRANCES | 2:18-cv-00666 |
| 52. | KARAS, FELICE | 2:18-cv-3390 |
| 52. | KINCAID, ROGER | 2:17-cv-9980 |
| 55. | KING, WILLIE D | 2:18-cv-2126 |
| 56. | LANE, CAROL | 2:18-cv-00666 |
| 57. | LEFILS, BRENDA | 2:18-cv-00666 |
| 59. | MADDOX, REGGIE | 2:18-cv-5178 |
| 60. | MARTIN, REBA | 2:18-cv-00666 |
| 61. | MAY, JAMES | 2:18-cv-4387 |
| 62. | MAYHEW, KATHLEEN | 2:17-cv-17608 |
| 63. | MCCOY, MAE | 2:14-cv-944 |
| 65. | MEDINA, SHIRLEY | 2:18-cv-1690 |
| 66. | MITCHELL, NANCY | 2:18-cv-2073 |

| 67.  | MOREHEAD, JAMES      | 2:18-cv-2036   |
|------|----------------------|----------------|
| 68.  | MORRIS, WILLIS       | 2:18-cv-00666  |
| 70.  | NASLUND, CALVIN      | 2:18-cv-00666  |
| 71.  | OVERBY, DARRYL       | 2:18-cv-3389   |
| 72.  | PALAROAN, JERRI      | 2:18-cv-00666  |
| 73.  | PECK, PHILIP         | 2:18-cv-2136   |
| 77.  | RADICAN, JEWEL       | 2:18-cv-00666  |
| 80.  | ROBISON, AMANDA      | 2:18-cv-4366   |
| 82.  | ROYAL, JAMIE         | 2:18-cv-00666  |
| 89.  | SOWELL, CHARLES      | 2:18-cv-00666  |
| 90.  | SQUYRES, PAULA       | 2:18-cv-4398   |
| 95.  | TAXACHER, ROBERT     | 2:18-cv-00666  |
| 96.  | THOMAS, EZRA         | 2:18-cv-5168   |
| 97.  | THOMAS, LUCILLE      | 2:18-cv-3388   |
| 99.  | TURNER, FLOREEN      | 2:18-cv-17525  |
| 102. | VEAZIE, JAMES        | 2:18-cv-13880  |
| 104. | WALTERS, THOMAS      | 2:18-cv-00666  |
| 105. | WALTON, WILNEISHA    | 2:18-cv-4392   |
| 107. | WATSON, LAWRENCETTE  | 2:18-cv-939    |
| 109. | WILLIAMS, BETTY      | 2:18-cv-00666  |
| 111. | WOODALL, MALCOLM     | 2:17-cv-10813  |