**Exhibit B**
**Cases that are Not Deficient**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 13. | BRANTLEY, FAITH | 2:18-cv-5202 |
| 19. | COMUNALE, ABE | 2:18-cv-4389 |
| 31. | GADIM, FOROUGH | 2:18-cv-00666 |
| 33. | GERDE, THOMAS | 2:18-cv-4353 |
| 36. | GONZALES, RAYMOND | 2:18-cv-00666 |
| 44. | HOLLAND, LYDIA | 2:18-cv-5173 |
| 48. | IOVINO, JOHN | 2:18-cv-04378 |
| 52. | KARAS, FELICE | 2:18-cv-3390 |
| 56. | LANE, CAROL | 2:18-cv-00666 |
| 59. | MADDOX, REGGIE | 2:18-cv-5178 |
| 60. | MARTIN, REBA | 2:18-cv-00666 |
| 62. | MAYHEW, KATHLEEN | 2:17-cv-17608 |
| 67. | MOREHEAD, JAMES | 2:18-cv-2036 |
| 71. | OVERBY, DARRYL | 2:18-cv-3389 |
| 73. | PECK, PHILIP | 2:18-cv-2136 |
| 80. | ROBISON, AMANDA | 2:18-cv-4366 |
| 90. | SQUYRES, PAULA | 2:18-cv-4398 |
| 96. | THOMAS, EZRA | 2:18-cv-5168 |
| 97. | THOMAS, LUCILLE | 2:18-cv-3388 |