## Exhibit C
## Cases in Which Dismissal is Not Opposed

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 2. | ABREGO, OTILIA | 2:18-cv-1349 |
| 5. | AUTRY, SADIE | 2:18-cv-00666 |
| 15. | CARILLO, LAZARO | 2:18-cv-00666 |
| 16. | CAZENAVE, PHYLLIS | 2:17-cv-17522 |
| 27. | EMBICK, DANIEL | 2:18-cv-00666 |
| 28. | ESCARREGA, ESTHER | 2:18-cv-00666 |
| 34. | GLASPEY, JOHN | 2:18-cv-00666 |
| 38. | HAMBLEN, WANDA | 2:18-cv-00666 |
| 46. | HOLMES, JUANITA | 2:17-cv-10075 |
| 50. | JACKSON, ANNE | 2:17-cv-9983 |
| 52. | KINCAID, ROGER | 2:17-cv-9980 |
| 63. | MCCOY, MAE | 2:14-cv-944 |
| 65. | MEDINA, SHIRLEY | 2:18-cv-1690 |
| 68. | MORRIS, WILLIS | 2:18-cv-00666 |
| 72. | PALAROAN, JERRI | 2:18-cv-00666 |
| 77. | RADICAN, JEWEL | 2:18-cv-00666 |
| 89. | SOWELL, CHARLES | 2:18-cv-00666 |
| 99. | TURNER, FLOREEN | 2:18-cv-17525 |
| 102. | VEAZIE, JAMES | 2:18-cv-13880 |
| 104. | WALTERS, THOMAS | 2:18-cv-00666 |
| 107. | WATSON, LAWRENCETTE | 2:18-cv-939 |
| 111. | WOODALL, MALCOLM | 2:17-cv-10813 |