**Exhibit D**
**Plaintiffs who Have Substantially Complied or Should be Granted an Extension**

| No. | Plaintiff Name | Docket Number |
|---|---|---|
| 4. | ASHLAND, DANNY | 2:18-cv-00666 |
| 12. | BRANHAM, WILLIAM | 2:18-cv-1877 |
| 18. | COLLINS, ROBERT | 2:18-cv-2556 |
| 26. | DURDEN, VIRGINIA | 2:18-cv-00666 |
| 30. | FREEMAN, LEON | 2:18-cv-00666 |
| 40. | HARPER, GLENDA | 2:18-cv-00666 |
| 42. | HELTON, TIMOTHY | 2:17-cv-17536 |
| 45. | HOLLAND, STEPHEN | 2:18-cv-00666 |
| 51. | JACKSON, FRANCES | 2:18-cv-00666 |
| 55. | KING, WILLIE D | 2:18-cv-2126 |
| 57. | LEFILS, BRENDA | 2:18-cv-00666 |
| 61. | MAY, JAMES | 2:18-cv-4387 |
| 66. | MITCHELL, NANCY | 2:18-cv-2073 |
| 70. | NASLUND, CALVIN | 2:18-cv-00666 |
| 82. | ROYAL, JAMIE | 2:18-cv-00666 |
| 95. | TAXACHER, ROBERT | 2:18-cv-00666 |
| 105. | WALTON, WILNEISHA | 2:18-cv-4392 |
| 109. | WILLIAMS, BETTY | 2:18-cv-00666 |