UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 PRODUCTS<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Piper LeGrand v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:15-cv-6618*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Honorable Court of the death of the Plaintiff, Piper LeGrand, which occurred on October 28, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of the estate of Piper LeGrand.

Dated: November 19, 2018                                Respectfully submitted,

                                                                              HILLIARD MARTINEZ GONZALES **LLP**

                                                                    By:  /s/ T. Christopher Pinedo
                                                                           Robert C. Hilliard
                                                                           Texas State Bar No. 09677700
                                                                           Federal Bar No. 5912
                                                                           Catherine Tobin
                                                                           Texas State Bar No. 24013642
                                                                           Federal Bar No. 25316
                                                                           John Martinez
                                                                           Texas State Bar No. 24010212

Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ T. Christopher Pinedo
T. Christopher Pinedo