UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*ANTHONY WOLF v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-10218*

**ORDER GRANTING MOTION FOR SUBSTITUION OF PROPER PARTY**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff, Rex Wolf, as personal representative of the estate of Anthony Wolf, is substituted for Plaintiff Anthony Wolf in the above-captioned cause.

Entered this _____ day of _____, 2018 into the United States Eastern District Court of Louisiana.

_____

HONORABLE DISTRICT JUDGE ELDON E. FALLON