UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Helen Barnett v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6192

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11673, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Carroll Barnett, surviving spouse of Helen Barnett, is substituted for Plaintiff Helen Barnett as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 19th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE