UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nicole McClay v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-9534

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11676, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Denise McClay, surviving mother and next friend of Nicole McClay, is substituted for Plaintiff Nicole McClay as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 19th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE