MINUTE ENTRY
FALLON, J.
NOVEMBER 19, 2018

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                          MDL NO. 2592
      PRODUCTS LIABILITY LITIGATION

                                         SECTION: L

THIS DOCUMENT RELATES TO:                             JUDGE FALLON
Various Cases                                          MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Sindhu Daniels, Esq. and Lenny Davis, Esq. for Certain Plaintiffs
                   Jessica Brennan, Esq. and John Olinde, Esq. for Defendants
                   Michael McGartland, Esq. (via phone) for Plaintiff Lee Robert
                   Chris Quinn, Esq. (via phone) for various plaintiffs
                   Hunter Linville, Esq. (via phone) for Plaintiff Gerald Lewis obo Lizzie Lewis
                   Chris Pinedo, Esq. (via phone) for Plaintiff Piper Legrand
                   Jennifer Christie, Pro Se (via phone)

---

**Show Cause Hearing:**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone. (Rec. Doc. Nos. 11138, 11141, 11142, 11144, 11146, 11150, 11151, 11641, 11642, 11643, 11645, 11653, 11172, 11396, 11400, 11404, 11406, 11413, 11416, 11640)

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:     :49