# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To: *Betty A. Bilsky v. Janssen Research & Development, et al.*; | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Civil Case No.: 2:16-cv-08798 | |

## ORDER

This matter came before the court on the Motion to Voluntarily Dismiss with Prejudice filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss with Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge