UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Sandra K. Stone v. Janssen Research & Development LLC, et al.* | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:18-cv-02381 |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFFS' JOINT MOTION FOR
WITHDRAWAL AND SUBSTITUTE OF COUNSEL**

COME NOW, the Plaintiffs herein, and file this, the Plaintiffs' Joint Motion for Withdrawal and Substitute of Counsel, and respectfully show to this Court as follows:

The Plaintiffs request that attorney Courtney B. Smith of Sims & Sims, LLC be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *Stone*, 2:18-cv-02381.

The Plaintiffs further request the substitution of attorneys Ryan L. Thompson, Mikal C. Watts and Paige N. Boldt of Watts Guerra LLP, 5726 W. Hausman Rd., Suite 119, San Antonio, TX 78249, in place of attorney Courtney B. Smith of Sims & Sims, LLC.

Attorneys Ryan L. Thompson, Mikal C. Watts and Paige N. Boldt has conferred with attorney Courtney B. Smith and represents to this Court that attorney Courtney B. Smith consent to this Motion.

WHEREFORE, the Plaintiffs respectfully request that attorney Courtney B. Smith of Sims & Sims, LLC be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *Stone*, 2:18-cv-02381, and that attorneys Ryan L. Thompson, Mikal C. Watts and

Paige N. Boldt of Watts Guerra LLP be substituted therefor.

Dated: November 20, 2018                  Respectfully submitted,

                                               */s/ Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
Mikal C. Watts
TX State Bar No. 20981820
Paige N. Boldt
TX State Bar No. 24082626
WATTS GUERRA LLP
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
mcwatts@wattsguerra.com
pboldt@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

## CERTIFICATE OF SERVICE

       The hereby certify that on November 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               */s/ Ryan L. Thompson*
Ryan L. Thompson