# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIBABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Wilbert Fields*<br>*v. Jansen Research and Development, LLC, et al.,*<br>No. 16-cv-11872 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF AND SUGGESTION OF DEATH

**To all parties and attorneys of record, please take notice that:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Wilbert Fields.

Date: November 20, 2018

Respectfully Submitted,

/s/ Sandy Liebhard
Sandy Liebhard, Esq.
Daniel C. Burke, Esq.
**Bernstein Liebhard LLP**
10 East 40th Street
New York, New York 10016
liebhard@bernlieb.com
dburke@bernlieb.com
Phone: (212) 779-1414
Fax:    (212) 779-3218
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above forgoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

Dated: November 20, 2018

                                                                              /s/ Sandy Liebhard