UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET
PURSUANT TO CMO 6**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause regarding plaintiffs on the attached Exhibit A as to why their respective actions should not be dismissed with prejudice for failure to serve an updated fully complete Plaintiff Fact Sheet ("PFS") in accordance with Case Management Order ("CMO") 6 and Pre-Trial Order ("PTO") No. 13.

To date, the 123 plaintiffs on Exhibit A have failed to submit an updated and fully complete PFS in accordance with CMO 6. These plaintiffs were selected for inclusion in CMO 6 Wave 2 discovery because they had met the "core" requirements for the PFS on or before May 31, 2018. *See* CMO No. 6 ¶ 4. Pursuant to CMO 6, the selected plaintiffs were required to update their PFS and "complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection." *See* CMO No. 6 ¶ 5(a). The deadline to submit updated and fully complete PFS was

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

October 17, 2018 for Wave 2 cases selected by the parties and November 5, 2018, for Wave 2 cases that were randomly selected. Updated and fully complete PFS in these cases are now more than four weeks overdue in the party picks and more than two weeks overdue in the random picks.

Discovery in each of these cases is currently stalled. Without fully updated and complete PFS, Defendants do not have the necessary information on plaintiffs' treaters, providers, pharmacies, or medical history in order to collect medical records, to proceed with discovery, and prepare for trial.

Defendants' counsel notified counsel for each of these plaintiffs of the plaintiffs' failure to submit an updated and fully complete PFS as required by CMO 6, but the plaintiffs have not cured this deficiency. Plaintiffs' failure to comply with the Court-ordered discovery requirements of CMO 6 and PTO 13 warrant dismissal of their cases with prejudice.

Thus, plaintiffs listed on Exhibit A should be ordered to show cause at 9:00 a.m. on December 12, 2018, before the Court as to why their case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 20, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim. E. Moore**