**Exhibit A**

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 1. | 2:16-cv-06473 | 10575 | ACKERMANN, ELLEN | Ferrer, Poirot & Wansbrough | Random Selection |
| 2. | 2:16-cv-02587 | 14904 | ADAMS, JACK | The Michael Brady Lynch Law Firm | Random Selection |
| 3. | 2:16-cv-16184 | 17072 | ALLISON, WESLEY C | Ferrer, Poirot & Wansbrough | Random Selection |
| 4. | 2:17-cv-14453 | 24186 | ANDERSON, JANICE | Weitz & Luxenberg | Plaintiff Selection |
| 5. | 2:17-cv-15448 | 24464 | ANGLIN BECKFORD, CAROL | Simmons Hanly Conroy | Random Selection |
| 6. | 2:16-cv-15690 | 16610 | ATKINSON, MARK | The Michael Brady Lynch Law Firm | Plaintiff Selection |
| 7. | 2:16-cv-00114 | 3309 | BAIRD, CECELIA | The Driscoll Firm | Random Selection |
| 8. | 2:15-cv-05065 | 4841 | BARNEY, DANIEL W | Chaffin Luhana LLP | Random Selection |
| 9. | 2:16-cv-10202 | 13525 | BERG, JACK | The Benton Law Firm | Random Selection |
| 10. | 2:16-cv-04480 | 15071 | BLAKEY, RAYMOND L | Slater Slater Schulman LLP | Defense Selection |
| 11. | 2:16-cv-13982 | 16756 | BLANKENSHIP, MICHAEL D | The Law Offices of Crandall & Katt | Random Selection |
| 12. | 2:17-cv-07763 | 22788 | BRITT, ETHEL | Gainsburgh Benjamin | Plaintiff Selection |
| 13. | 2:15-cv-01031 | 1576 | BROWN, ANITA J | Hilliard Martinez Gonzales LLP | Random Selection |
| 14. | 2:17-cv-11641 | 2659 | CAIN, CINDY | Allen & Nolte, PLLC | Random Selection |
| 15. | 2:16-cv-04268 | 10419 | CARL, WILLIAM L | Ferrer, Poirot & Wansbrough | Plaintiff Selection |
| 16. | 2:17-cv-06638 | 21977 | CARPENTER, BEATRICE | Douglas & London | Defense Selection |
| 17. | 2:16-cv-14498 | 15450 | CARTER, JERRY | Flint Law Firm, LLC | Random Selection |
| 18. | 2:16-cv-05750 | 13394 | CHESTER, HOWARD R | Gainsburgh Benjamin | Plaintiff Selection |
| 19. | 2:16-cv-15224 | 15872 | COLE, KENNETH | Flint Law Firm, LLC | Defense Selection |
| 20. | 2:16-cv-13668 | 11997 | COLEMAN, DORIS | Cory Watson | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 21. | 2:17-cv-11787 | 23776 | COLLURA, ANN MARIE | Weitz & Luxenberg | Plaintiff Selection |
| 22. | 2:17-cv-00332 | 16104 | COLVIN, ROGER D | Huber, Slack, Thomas & Marcelle, LLP | Defense Selection |
| 23. | 2:16-cv-07873 | 10600 | CONDRY, DARRELL | Ferrer, Poirot & Wansbrough | Random Selection |
| 24. | 2:16-cv-07377 | 10602 | CONNER, NANCY | Ferrer, Poirot & Wansbrough | Random Selection |
| 25. | 2:17-cv-07710 | 22538 | COOLEY, LONNIE | Weitz & Luxenberg | Plaintiff Selection |
| 26. | 2:16-cv-00130 | 7834 | CSOKA, LOUIS | Douglas & London | Plaintiff Selection |
| 27. | 2:16-cv-16865 | 17060 | DAVIS, SIGNORA | Flint Law Firm, LLC | Random Selection |
| 28. | 2:16-cv-07765 | 12221 | DENNIS, CHARLES | Childers, Schlueter & Smith LLC | Defense Selection |
| 29. | 2:16-cv-13088 | 16079 | DEUNGER, JOANN | Ferrer, Poirot & Wansbrough | Random Selection |
| 30. | 2:16-cv-02259 | 8827 | DEUSTCH, JUDITH | Law Offices of Charles H. Johnson, P.A. | Random Selection |
| 31. | 2:16-cv-12275 | 14717 | DIAZ-MALDONADO, BERNARDO | The Michael Brady Lynch Law Firm | Random Selection |
| 32. | 2:16-cv-07448 | 3368 | DICHIARO, ANTHONY | The Driscoll Firm | Random Selection |
| 33. | 2:17-cv-11697 | 23317 | EDGERTON, JAMES | Flint Law Firm, LLC | Random Selection |
| 34. | 2:15-cv-04769 | 4269 | EDWARDSON, ARTHUR | Beasley Allen | Random Selection |
| 35. | 2:17-cv-04054 | 21112 | EFFERTZ, LOIS | Weitz & Luxenberg | Plaintiff Selection |
| 36. | 2:16-cv-13668 | 14237 | ENGELHART, EDWIN J | Stark & Stark | Random Selection |
| 37. | 2:17-cv-11787 | 12495 | FERGUSON, BETTIE | Heninger Garrison Davis, LLC | Defense Selection |
| 38. | 2:17-cv-00332 | 15777 | GEORGE, ROBERT | The Michael Brady Lynch Law Firm | Random Selection |
| 39. | 2:16-cv-07873 | 1310 | GRIGGS, HARRY (CHARLES GRIGGS) | Douglas & London | Defense Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 40. | 2:16-cv-07377 | 8868 | HAGY, SYLVIA | The Lanier Law Firm | Random Selection |
| 41. | 2:17-cv-07710 | 13449 | HAISLER, CATHY | The Benton Law Firm | Random Selection |
| 42. | 2:16-cv-00130 | 23048 | HALE, CHRISTOPHER | Weitz & Luxenberg | Plaintiff Selection |
| 43. | 2:16-cv-16865 | 1216 | HALL, MATTIE | Salim-Beasley, LLC | Defense Selection |
| 44. | 2:16-cv-07765 | 25229 | HALLER, JUNIOR | Kirkendall Dwyer LLP | Defense Selection |
| 45. | 2:16-cv-13088 | 20253 | HAMPSHIRE, RENEE | Salim-Beasley, LLC | Defense Selection |
| 46. | 2:16-cv-02259 | 9553 | HASSELQUIST, PHILIP M | Law Offices of Charles H. Johnson, P.A. | Plaintiff Selection |
| 47. | 2:16-cv-12275 | 20617 | HATTEN, JOHN D | Beasley Allen | Defense Selection |
| 48. | 2:16-cv-07448 | 8358 | HICKERSON, TERRI | The Lanier Law Firm | Random Selection |
| 49. | 2:17-cv-11697 | 4395 | HOFFMAN, EDWARD | Hilliard Martinez Gonzales LLP | Random Selection |
| 50. | 2:15-cv-04769 | 4933 | HUNT, BIRDER | Avram Blair & Associates, P.C. | Plaintiff Selection |
| 51. | 2:17-cv-04054 | 11505 | HUNT, JERRY | Monsour Law Firm | Defense Selection |
| 52. | 2:16-cv-07483 | 14969 | JOHNSON, LACY | Bachus & Schanker, LLC | Random Selection |
| 53. | 2:16-cv-12581 | 5106 | JOHNSON, SHIRLEY F | Douglas & London | Plaintiff Selection |
| 54. | 2:16-cv-14482 | 25210 | KAYLOR, KATHLEEN MARIE | Beasley Allen | Defense Selection |
| 55. | 2:14-cv-02862 | 3197 | KEETER, EDWARD | Bernstein Liebhard LLP | Random Selection |
| 56. | 2:17-cv-05406 | 20969 | KIRK, GWENDOLYN J | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Defense Selection |
| 57. | 2:16-cv-00993 | 7289 | KOCH, DOUGLAS | Kirkendall Dwyer LLP | Random Selection |
| 58. | 2:17-cv-03221 | 20147 | LARSON, THEODORE | The Michael Brady Lynch Law Firm | Random Selection |
| 59. | 2:16-cv-02522 | 8385 | LEMON, CARRIE | Flint Law Firm, LLC | Plaintiff Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 60. | 2:16-cv-12973 | 15671 | LYONS, WILLIAM | The Benton Law Firm | Plaintiff Selection |
| 61. | 2:16-cv-02524 | 8404 | MALANOWSKI, RONALD | Flint Law Firm, LLC | Plaintiff Selection; Defense Selection |
| 62. | 2:15-cv-04989 | 4989 | MALLETTE, GRACE | Morgan & Morgan | Random Selection |
| 63. | 2:16-cv-00184 | 6847 | MARTIN, GEORGIE | The Lanier Law Firm | Random Selection |
| 64. | 2:16-cv-00996 | 7298 | MARTIN, JIMMY | Kirkendall Dwyer LLP | Defense Selection |
| 65. | 2:16-cv-07812 | 12280 | MARTIN, WILLIAM | Childers, Schlueter & Smith LLC | Defense Selection |
| 66. | 2:16-cv-13572 | 17029 | MASSEY, BENJAMIN | The Michael Brady Lynch Law Firm | Random Selection |
| 67. | 2:17-cv-04951 | 21965 | MAY, TESSIE L | Beasley Allen | Random Selection |
| 68. | 2:17-cv-05569 | 21867 | MCDOWELL, CLARENCE L | Weitz & Luxenberg | Plaintiff Selection |
| 69. | 2:15-cv-04777 | 4039 | MCKENZIE, LEO E | Hilliard Martinez Gonzales LLP | Random Selection |
| 70. | 2:16-cv-12825 | 13462 | MESSINA, CYNTHIA | The Mulligan Law Firm | Random Selection |
| 71. | 2:17-cv-00086 | 18230 | MICHAEL, DAVID | Morgan & Morgan | Random Selection |
| 72. | 2:15-cv-03746 | 4521 | MILLS, BILLIE | Heninger Garrison Davis, LLC | Defense Selection |
| 73. | 2:17-cv-03245 | 21535 | MONGAN, SARA E | Heninger Garrison Davis, LLC | Defense Selection |
| 74. | 2:15-cv-03008 | 2057 | MONTGOMERY, EDWARD | The Mulligan Law Firm | Random Selection |
| 75. | 2:17-cv-01247 | 19869 | MOORE, ROSEMARY | Motley Rice, LLC | Plaintiff Selection |
| 76. | 2:15-cv-01190 | 1223 | MOSHCHINSKY, MIRA | Salim-Beasley, LLC | Defense Selection |
| 77. | 2:17-cv-09044 | 23730 | MUNDAY, HUGH | Ferrer, Poirot & Wansbrough | Plaintiff Selection |
| 78. | 2:16-cv-08907 | 12564 | NEWSOM, GLENN | Weitz & Luxenberg | Plaintiff Selection |
| 79. | 2:16-cv-13834 | 16637 | PARKER, SHANNON S | Matthews & Associates | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 80. | 2:17-cv-05574 | 21887 | PARKINS, WILLIAM | The Michael Brady Lynch Law Firm | Random Selection |
| 81. | 2:16-cv-10242 | 15226 | PHELPS, ROBERT | The Michael Brady Lynch Law Firm | Defense Selection |
| 82. | 2:17-cv-07569 | 22570 | PITTS, NELLIE | Douglas & London | Random Selection |
| 83. | 2:16-cv-13057 | 15069 | PLATT, MARY | Salim-Beasley, LLC | Random Selection |
| 84. | 2:16-cv-02169 | 8342 | POWELL, ANNETTE | The Lanier Law Firm | Random Selection |
| 85. | 2:16-cv-07759 | 11156 | POWERS, JAMES | Ferrer, Poirot & Wansbrough | Defense Selection |
| 86. | 2:17-cv-14466 | 25291 | PRIEST, GLORIA M | Heninger Garrison Davis, LLC | Defense Selection |
| 87. | 2:16-cv-10467 | 14685 | RICHTER, PATRICIA | Baron & Budd | Defense Selection |
| 88. | 2:16-cv-01758 | 8691 | RODGERS, RAYMOND | Beasley Allen | Random Selection |
| 89. | 2:17-cv-09333 | 21489 | ROSE, PAUL | Forman Law Offices | Random Selection |
| 90. | 2:15-cv-04306 | 3685 | ROSS, JIMMIE N | Hilliard Martinez Gonzales LLP | Defense Selection |
| 91. | 2:15-cv-05900 | 4658 | ROUSH, RANDALL V | Stark & Stark | Defense Selection |
| 92. | 2:16-cv-09298 | 13638 | RUTKOWSKI, JOLINE | Childers, Schlueter & Smith LLC | Defense Selection |
| 93. | 2:16-cv-04764 | 11719 | SALDIVAR, AURORA | Matthews & Associates | Random Selection |
| 94. | 2:16-cv-15419 | 16464 | SAMPLES, KIMBERLY | The Michael Brady Lynch Law Firm | Random Selection |
| 95. | 2:16-cv-02894 | 8790 | SCHLEY, FELTON | Flint Law Firm, LLC | Random Selection |
| 96. | 2:15-cv-02137 | 2567 | SCHWARTZ, DAVID | Weitz & Luxenberg | Random Selection |
| 97. | 2:15-cv-03855 | 3040 | SEWARD, ANNIE | Childers, Schlueter & Smith LLC | Defense Selection |
| 98. | 2:16-cv-00049 | 6751 | SHEPHERD, LORETTA | The Lanier Law Firm | Defense Selection |
| 99. | 2:16-cv-00445 | 6690 | SLADICK, ROBERT | Childers, Schlueter & Smith LLC | Defense Selection |
| 100. | 2:15-cv-00525 | 1544 | SMITH, ELSIE M | Ventura, Ribeiro and Smith | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 101. | 2:17-cv-09599 | 23830 | SPENCE, HENRY | Beasley Allen | Random Selection |
| 102. | 2:16-cv-10621 | 11279 | STRAND, RICHARD | Ferrer, Poirot & Wansbrough | Defense Selection |
| 103. | 2:16-cv-09322 | 13755 | STURGILL, BILLIE LOU | Childers, Schlueter & Smith LLC | Random Selection |
| 104. | 2:15-cv-06770 | 5145 | TAGUE, NANCY C | Hilliard Martinez Gonzales LLP | Random Selection |
| 105. | 2:16-cv-10133 | 13578 | TARBOX, CAROLE | The Benton Law Firm | Plaintiff Selection |
| 106. | 2:16-cv-06808 | 9709 | THOMPSON, ETTA J | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Random Selection |
| 107. | 2:16-cv-10633 | 11608 | TRUAN, STEPHEN | Ferrer, Poirot & Wansbrough | Random Selection |
| 108. | 2:16-cv-16886 | 17074 | VIRGA, OLA M | Huber, Slack, Thomas & Marcelle, LLP | Defense Selection |
| 109. | 2:16-cv-07602 | 14406 | WALCOTT, SONJA M | Stark & Stark | Random Selection |
| 110. | 2:16-cv-14270 | 16359 | WALKER, GEORGE | Murphy Law Firm | Random Selection |
| 111. | 2:16-cv-08191 | 3561 | WANAT, VIRGINIA | The Driscoll Firm | Random Selection |
| 112. | 2:17-cv-11849 | 24055 | WATKINS, FANNIE | Kirkendall Dwyer LLP | Defense Selection |
| 113. | 2:15-cv-01450 | 1822 | WATSON, JAMES A | Childers, Schlueter & Smith LLC | Defense Selection |
| 114. | 2:14-cv-02932 | 1749 | WEST, KIMBERLY | Childers, Schlueter & Smith LLC | Random Selection |
| 115. | 2:16-cv-06587 | 13846 | WILKINSON, GERRY | Childers, Schlueter & Smith LLC | Defense Selection |
| 116. | 2:16-cv-02904 | 9610 | WILKINSON, ROSEMARY | The Lanier Law Firm | Random Selection |
| 117. | 2:15-cv-06820 | 4537 | WILLIAMS, CHARLES | Hilliard Martinez Gonzales LLP | Random Selection |
| 118. | 2:15-cv-02265 | 2299 | WILSON, JOHN H | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Defense Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 119. | 2:15-cv-03164 | 3982 | WILSON, PATTY J | Aylstock, Witkin, Kreis & Overholtz, PLLC | Random Selection |
| 120. | 2:17-cv-03692 | 20557 | WILSON, SALLY L | Grant & Eisenhofer | Random Selection |
| 121. | 2:16-cv-03405 | 13070 | WILSON, STEPHEN | The Michael Brady Lynch Law Firm | Random Selection |
| 122. | 2:15-cv-05397 | 4912 | WOODS, LENA F | The Lanier Law Firm | Random Selection |
| 123. | 2:16-cv-14661 | 15926 | WRIGHT, RONALD | The Michael Brady Lynch Law Firm | Defense Selection |