UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | | |

ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE
A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET
PURSUANT TO CMO 6

Plaintiffs on Exhibit A have failed to submit an updated and fully complete PFS in accordance with CMO 6. These plaintiffs were selected for inclusion in CMO 6 Wave 2 discovery because they had met the "core" requirements for the PFS on or before May 31, 2018. *See* CMO No. 6 ¶ 4. Pursuant to CMO 6, the selected plaintiffs were required to update their PFS and "complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection." *See* CMO No. 6 ¶ 5(a). The deadline to submit updated and fully complete PFS was October 17, 2018 for Wave 2 cases selected by the parties and November 5, 2018, for Wave 2 cases that were randomly selected. Updated and fully complete PFS in these cases are now more than four weeks overdue in the party picks and more than two weeks overdue in the random picks.

Discovery in each of these cases is currently stalled. Without fully updated and complete PFS, Defendants do not have the necessary information on plaintiffs' treaters, providers, pharmacies, or medical history in order to collect medical records, to proceed with discovery, and prepare for trial.

Defendants' counsel notified counsel for each of these plaintiffs of the plaintiffs' failure to submit an updated and fully complete PFS as required by CMO 6, but the plaintiffs have not cured this deficiency.  Plaintiffs' failure to comply with the Court-ordered discovery requirements of CMO 6 and PTO 13 warrant dismissal of their cases with prejudice.

Failure to show cause by appearing before this Court at 9:00 am, on December 12, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge