UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| KIMBERLY SMITH, Executrix of the Estate of Elsie Smith | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:15-CV-00525<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of the Plaintiff in the above-captioned case be dismissed with prejudice. All parties shall bear their own costs.

1

| | |
|---|---|
| **VENTURA LAW** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ Kelly A. Fitzpatrick | By: /s/ Susan M. Sharko |
| Kelly A. Fitzpatrick | Susan M. Sharko |
| 185 Main Street | 600 Campus Drive |
| Danbury, CT 06810 | Florham Park, NJ 07932 |
| Tel: 203-800-8000 | Tel: 973-549-7000 |
| kelly@venturalaw.com | susan.sharko@dbr.com |
| | Attorney for Defendants Janssen Pharmaceuticals Inc., Janssen Research & Development, LLC |
| Attorney for Plaintiff | Janssen Ortho LLC and Johnson & Johnson |
| Dated: November 21, 2018 | Dated: November 21, 2018 |

**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, NY 10019-9710
Tel: 212-836-8000
andrew.solow@arnoldporter.com
and
William Hoffman
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: 202-942-5000
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: November 21, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Tel: 504-310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: November 21, 2018

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on November 21, 2018, the foregoing pleadings was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established by MDL 2592 pursuant to Pre-Trial Order No. 17.

                              /s/ Kelly A. Fitzpatrick