UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*RICHARD BRENT v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-06666-EEF-MBN

## ORDER

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's First Motion for Extension of Time to File Verified Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the declaration page relating to Plaintiff's Fact Sheet is now December 17, 2018.

New Orleans, Louisiana this 20th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE