# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| : | JUDGE ELDON E. FALLON |
| : | MAG. JUDGE MICHAEL NORTH |
| : | |

THIS DOCUMENT RELATES TO:

CHRIST DUMAS, Estate of, v. Janssen Research & Development LLC, et. al;

Case #: 2:16-cv-00447

## ORDER

Upon consideration of the Motion and Memorandum, and good cause shown:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an extension of time on behalf of Plaintiff, CHRIST DUMAS, within which to tender documentation supporting the authority for Xarelto user's representative to sign the declaration on behalf of the user is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to Tender such documentation.

New Orleans, Louisiana, this 20th day of November, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge