UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCATAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Nelda Hastings<br>Civil Action No. 2:17-cv-16312 | ) MDL No. 2592<br>)<br>) SECTION: L<br>)<br>)<br>) JUDGE ELDON FALLON<br>)<br>) MAG. JUDGE MICHAEL B. NORTH<br>) |

**ORDER GRANTING MOTION TO WITHDRAW DOCUMENT FILED IN ERROR**

The Court, after considering Plaintiff's Motion to Withdraw Document Filed in Error as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: the Notice and Suggestion of Death filed in this MDL at Docket ID 11562 is withdrawn from the Court's docket.

New Orleans, Louisiana this 20th day of November, 2018.

_____
Hon. Eldon Fallon
United States District Court Judge

1