**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**MARTHA DAVIS**
**2:16-cv-03607**

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz and Jennifer M. Hoekstra of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to enroll as co-counsel for Plaintiff in the Civil Action number 2:16-cv-03607.

New Orleans, Louisiana, this __19th__ day of November, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge