UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ella Ransom v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-10460

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11712, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Edward Ranson and Hattie King, Personal Representatives for the Estate of Ella Ranson, are substituted for Plaintiff Ella Ranson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 20th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE