# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Naomi A. Suthers v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-10354

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11717, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff LeAnn S. Clark, daughter and Executor of the Estate of Naomi A. Suthers, is substituted for Plaintiff Naomi A. Suthers as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 20th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE