UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| WILLETTA G. MUNDY v. JANSSEN RESEARCH & DEVELOPMENT, et al. | * * * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:16-cv-17827 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, WILLETTA G. MUNDY, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6 and all filing fees have been paid.

Respectfully submitted,

Dated: November 21, 2018

By: /s/ Seth W. Schanher
Seth W. Schanher OH Bar #0085395
John A. Smalley OH Bar #0029540
131 N. Ludlow St., Suite 1400
Dayton, OH 45402
Phone: 937-223-8888
Fax: 937-223-0727
Email:
sschanher@dgmslaw.com
jsmalley@dgmslaw.com
Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 21, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

| | |
|---|---|
| Dated: November 21, 2018 | By: /s/Seth W. Schanher<br>Seth W. Schanher OH Bar #0085395<br>John A. Smalley OH Bar #0029540<br>131 N. Ludlow St., Suite 1400<br>Dayton, OH 45402<br>Phone: 937-223-8888<br>Fax: 937-223-0727<br>Email:<br>sschanher@dgmslaw.com<br>jsmalley@dgmslaw.com<br>Attorneys for Plaintiff |