**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

DISMISSAL OF WILLETTA G. MUNDY

MDL No. 2592

SECTION:  L

JUDGE:  ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

Case No. 2:16-cv-17827


**ORDER OF DISMISSAL**

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal with Prejudice.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal with Prejudice filed by the Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.


SO ORDERED this_____ day of _____, 2018.


_____

HONORABLE ELDON E. FALLON

UNITED STATES DISTRICT COURT