UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| SONIA EVANS | | |
| Plaintiff | | JUDGE ELDON E. FALLON |
| v. | | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG | | Civil Action No. 2:15-CV-06954

STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Sonia Evans, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:15-cv-06954, only.  This stipulation shall not affect the lawsuit filed by Sonia Evans, which is currently pending in PCCP No. 2349 in the First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, bearing Case No. 160201144. All parties shall bear their own costs

1

**GOZA & HONNOLD, L.L.C.**
By: /s/ Bradley Honnold
Bradley Honnold
9500 Nall Avenue #400
Overland Park, KS 66207
Telephone: (913) 451-3433
bhonnold@gohonlaw.com

**BARTIMUS FRICKLETON ROBERTSON RADER, PC**
By: /s/ Michelle L. Marvel
Michelle L. Marvel
11150 Overbrook Rd., Ste. 200
Leawood, KS 66211
Telephone: (913) 266-2300
mmarvel@bflawfirm.com

Attorneys for Plaintiff
Dated: November 21, 2018

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: November 21, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202)942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: November 21, 2018

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: November 21, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: November 21, 2018

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on November 21, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                   /s/ Kim E. Moore