# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William Gore and Virginia Gore v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:15-cv-1886**

## [UNOPPOSED] MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW counsel for Plaintiff William Gore, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding William Gore.

In support of their motions, Plaintiff's counsel would show that Plaintiff William Gore died on February 1, 2016. Plaintiff's wife, Virginia Gore, is authorized to pursue the claims of the Plaintiff's estate and has agreed to be substituted as a party plaintiff in this action.

WHEREFORE, premises considered, Plaintiff requests this Honorable Court enter an Order granting this Motion for Substitution of Party, substituting Virginia Gore, as Plaintiff in this case.

Respectfully submitted,

Date: November 21, 2018

\_\_\_/s/ Daniel Klein_____
*Attorneys for Plaintiffs*
Kurasch & Klein, Ltd.
100 N. LaSalle
Suite 2005
Chicago, Illinois 60602