# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William Gore and Virginia Gore v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:15-cv-1886**

# ORDER

This matter having come before the Court on Plaintiff's unopposed Motion to Substitute Party Plaintiff, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party Plaintiff is hereby GRANTED.

New Orleans, Louisiana this_____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge