UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Betty A. Bilsky v. Janssen Research & Development, et al.*;<br><br>**Civil Case No.: 2:16-cv-08798** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**ORDER**

This matter came before the court on the Motion to Voluntarily Dismiss with Prejudice filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss with Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this __20th__ day of _____November_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge