## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | ) | **MDL NO. 2592** |
| | ) | |
| | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAGISTRATE JUDGE NORTH** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JANSSEN RESEARCH & DEVELOPMENT** | ) | |
| **LLC, ET AL.** | ) | |
| *Defendant(s)* | ) | |

**THIS DOCUMENT RELATES TO:**

*Drew Every v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:18-cv-06939

*Rose A. Gill v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-6987

*Erwin Sheppard v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-07019

## **PROPOSED ORDER**

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to

Serve Process on Defendant Janssen Ortho, LLC is hereby GRANTED, and that Plaintiff shall

have ten (10) days from the date of this Order to complete service of process of the Complaint

through the streamlined service procedures for the informal service of process set forth in Pretrial

Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge