UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Sandra K. Stone v. Janssen Research & Development LLC, et al.* | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:18-cv-02381 |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

IT IS HEREBY ORDERED that attorney Courtney B. Smith of Sims & Sims, LLC be are withdrawn as the Plaintiffs' attorney of record.

IT IS FURTHER ORDERED that attorneys Ryan L. Thompson, Mikal C. Watts and Paige N. Boldt of Watts Guerra LLP is substituted as the Plaintiffs' attorney of record in MDL No. 2592 and in member case *Stone*, 2:18-cv-02381.

New Orleans, Louisiana, this  26th  day of  November , 2018.

Eldon E. Fallon
United States District Court Judge

1