**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON ATTACHED EXHIBIT LIST | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE**
**REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE**
**A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET**
**PURSUANT TO CMO 6**

Plaintiffs on Exhibit A have failed to submit an updated and fully complete PFS in accordance with CMO 6. These plaintiffs were selected for inclusion in CMO 6 Wave 2 discovery because they had met the "core" requirements for the PFS on or before May 31, 2018. *See* CMO No. 6 ¶ 4. Pursuant to CMO 6, the selected plaintiffs were required to update their PFS and "complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection." *See* CMO No. 6 ¶ 5(a). The deadline to submit updated and fully complete PFS was October 17, 2018 for Wave 2 cases selected by the parties and November 5, 2018, for Wave 2 cases that were randomly selected. Updated and fully complete PFS in these cases are now more than four weeks overdue in the party picks and more than two weeks overdue in the random picks.

Discovery in each of these cases is currently stalled. Without fully updated and complete PFS, Defendants do not have the necessary information on plaintiffs' treaters, providers, pharmacies, or medical history in order to collect medical records, to proceed with discovery, and prepare for trial.

Defendants' counsel notified counsel for each of these plaintiffs of the plaintiffs' failure to submit an updated and fully complete PFS as required by CMO 6, but the plaintiffs have not cured this deficiency. Plaintiffs' failure to comply with the Court-ordered discovery requirements of CMO 6 and PTO 13 warrant dismissal of their cases with prejudice.

Failure to show cause by appearing before this Court at 9:00 am, on December 12, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 26th day of November 2018.

_____
United States District Judge

**Exhibit A**

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 1. | 2:16-cv-06473 | 10575 | ACKERMANN, ELLEN | Ferrer, Poirot & Wansbrough | Random Selection |
| 2. | 2:16-cv-02587 | 14904 | ADAMS, JACK | The Michael Brady Lynch Law Firm | Random Selection |
| 3. | 2:16-cv-16184 | 17072 | ALLISON, WESLEY C | Ferrer, Poirot & Wansbrough | Random Selection |
| 4. | 2:17-cv-14453 | 24186 | ANDERSON, JANICE | Weitz & Luxenberg | Plaintiff Selection |
| 5. | 2:17-cv-15448 | 24464 | ANGLIN BECKFORD, CAROL | Simmons Hanly Conroy | Random Selection |
| 6. | 2:16-cv-15690 | 16610 | ATKINSON, MARK | The Michael Brady Lynch Law Firm | Plaintiff Selection |
| 7. | 2:16-cv-00114 | 3309 | BAIRD, CECELIA | The Driscoll Firm | Random Selection |
| 8. | 2:15-cv-05065 | 4841 | BARNEY, DANIEL W | Chaffin Luhana LLP | Random Selection |
| 9. | 2:16-cv-10202 | 13525 | BERG, JACK | The Benton Law Firm | Random Selection |
| 10. | 2:16-cv-04480 | 15071 | BLAKEY, RAYMOND L | Slater Slater Schulman LLP | Defense Selection |
| 11. | 2:16-cv-13982 | 16756 | BLANKENSHIP, MICHAEL D | The Law Offices of Crandall & Katt | Random Selection |
| 12. | 2:17-cv-07763 | 22788 | BRITT, ETHEL | Gainsburgh Benjamin | Plaintiff Selection |
| 13. | 2:15-cv-01031 | 1576 | BROWN, ANITA J | Hilliard Martinez Gonzales LLP | Random Selection |
| 14. | 2:17-cv-11641 | 2659 | CAIN, CINDY | Allen & Nolte, PLLC | Random Selection |
| 15. | 2:16-cv-04268 | 10419 | CARL, WILLIAM L | Ferrer, Poirot & Wansbrough | Plaintiff Selection |
| 16. | 2:17-cv-06638 | 21977 | CARPENTER, BEATRICE | Douglas & London | Defense Selection |
| 17. | 2:16-cv-14498 | 15450 | CARTER, JERRY | Flint Law Firm, LLC | Random Selection |
| 18. | 2:16-cv-05750 | 13394 | CHESTER, HOWARD R | Gainsburgh Benjamin | Plaintiff Selection |
| 19. | 2:16-cv-15224 | 15872 | COLE, KENNETH | Flint Law Firm, LLC | Defense Selection |
| 20. | 2:16-cv-13668 | 11997 | COLEMAN, DORIS | Cory Watson | Random Selection |

Case 2:14-md-02592-EEF-MBN Document 11767-2 Filed 11/20/18 Page 2 of 7

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 21. | 2:17-cv-11787 | 23776 | COLLURA, ANN MARIE | Weitz & Luxenberg | Plaintiff Selection |
| 22. | 2:17-cv-00332 | 16104 | COLVIN, ROGER D | Huber, Slack, Thomas & Marcelle, LLP | Defense Selection |
| 23. | 2:16-cv-07873 | 10600 | CONDRY, DARRELL | Ferrer, Poirot & Wansbrough | Random Selection |
| 24. | 2:16-cv-07377 | 10602 | CONNER, NANCY | Ferrer, Poirot & Wansbrough | Random Selection |
| 25. | 2:17-cv-07710 | 22538 | COOLEY, LONNIE | Weitz & Luxenberg | Plaintiff Selection |
| 26. | 2:16-cv-00130 | 7834 | CSOKA, LOUIS | Douglas & London | Plaintiff Selection |
| 27. | 2:16-cv-16865 | 17060 | DAVIS, SIGNORA | Flint Law Firm, LLC | Random Selection |
| 28. | 2:16-cv-07765 | 12221 | DENNIS, CHARLES | Childers, Schlueter & Smith LLC | Defense Selection |
| 29. | 2:16-cv-13088 | 16079 | DEUNGER, JOANN | Ferrer, Poirot & Wansbrough | Random Selection |
| 30. | 2:16-cv-02259 | 8827 | DEUSTCH, JUDITH | Law Offices of Charles H. Johnson, P.A. | Random Selection |
| 31. | 2:16-cv-12275 | 14717 | DIAZ-MALDONADO, BERNARDO | The Michael Brady Lynch Law Firm | Random Selection |
| 32. | 2:16-cv-07448 | 3368 | DICHIARO, ANTHONY | The Driscoll Firm | Random Selection |
| 33. | 2:17-cv-11697 | 23317 | EDGERTON, JAMES | Flint Law Firm, LLC | Random Selection |
| 34. | 2:15-cv-04769 | 4269 | EDWARDSON, ARTHUR | Beasley Allen | Random Selection |
| 35. | 2:17-cv-04054 | 21112 | EFFERTZ, LOIS | Weitz & Luxenberg | Plaintiff Selection |
| 36. | 2:16-cv-13668 | 14237 | ENGELHART, EDWIN J | Stark & Stark | Random Selection |
| 37. | 2:17-cv-11787 | 12495 | FERGUSON, BETTIE | Heninger Garrison Davis, LLC | Defense Selection |
| 38. | 2:17-cv-00332 | 15777 | GEORGE, ROBERT | The Michael Brady Lynch Law Firm | Random Selection |
| 39. | 2:16-cv-07873 | 1310 | GRIGGS, HARRY (CHARLES GRIGGS) | Douglas & London | Defense Selection |

Case 2:14-md-02592-EEF-MBN Document 11767-2 Filed 11/20/18 Page 3 of 7

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 40. | 2:16-cv-07377 | 8868 | HAGY, SYLVIA | The Lanier Law Firm | Random Selection |
| 41. | 2:17-cv-07710 | 13449 | HAISLER, CATHY | The Benton Law Firm | Random Selection |
| 42. | 2:16-cv-00130 | 23048 | HALE, CHRISTOPHER | Weitz & Luxenberg | Plaintiff Selection |
| 43. | 2:16-cv-16865 | 1216 | HALL, MATTIE | Salim-Beasley, LLC | Defense Selection |
| 44. | 2:16-cv-07765 | 25229 | HALLER, JUNIOR | Kirkendall Dwyer LLP | Defense Selection |
| 45. | 2:16-cv-13088 | 20253 | HAMPSHIRE, RENEE | Salim-Beasley, LLC | Defense Selection |
| 46. | 2:16-cv-02259 | 9553 | HASSELQUIST, PHILIP M | Law Offices of Charles H. Johnson, P.A. | Plaintiff Selection |
| 47. | 2:16-cv-12275 | 20617 | HATTEN, JOHN D | Beasley Allen | Defense Selection |
| 48. | 2:16-cv-07448 | 8358 | HICKERSON, TERRI | The Lanier Law Firm | Random Selection |
| 49. | 2:17-cv-11697 | 4395 | HOFFMAN, EDWARD | Hilliard Martinez Gonzales LLP | Random Selection |
| 50. | 2:15-cv-04769 | 4933 | HUNT, BIRDER | Avram Blair & Associates, P.C. | Plaintiff Selection |
| 51. | 2:17-cv-04054 | 11505 | HUNT, JERRY | Monsour Law Firm | Defense Selection |
| 52. | 2:16-cv-07483 | 14969 | JOHNSON, LACY | Bachus & Schanker, LLC | Random Selection |
| 53. | 2:16-cv-12581 | 5106 | JOHNSON, SHIRLEY F | Douglas & London | Plaintiff Selection |
| 54. | 2:16-cv-14482 | 25210 | KAYLOR, KATHLEEN MARIE | Beasley Allen | Defense Selection |
| 55. | 2:14-cv-02862 | 3197 | KEETER, EDWARD | Bernstein Liebhard LLP | Random Selection |
| 56. | 2:17-cv-05406 | 20969 | KIRK, GWENDOLYN J | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Defense Selection |
| 57. | 2:16-cv-00993 | 7289 | KOCH, DOUGLAS | Kirkendall Dwyer LLP | Random Selection |
| 58. | 2:17-cv-03221 | 20147 | LARSON, THEODORE | The Michael Brady Lynch Law Firm | Random Selection |
| 59. | 2:16-cv-02522 | 8385 | LEMON, CARRIE | Flint Law Firm, LLC | Plaintiff Selection |

3

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 60. | 2:16-cv-12973 | 15671 | LYONS, WILLIAM | The Benton Law Firm | Plaintiff Selection |
| 61. | 2:16-cv-02524 | 8404 | MALANOWSKI, RONALD | Flint Law Firm, LLC | Plaintiff Selection; Defense Selection |
| 62. | 2:15-cv-04989 | 4989 | MALLETTE, GRACE | Morgan & Morgan | Random Selection |
| 63. | 2:16-cv-00184 | 6847 | MARTIN, GEORGIE | The Lanier Law Firm | Random Selection |
| 64. | 2:16-cv-00996 | 7298 | MARTIN, JIMMY | Kirkendall Dwyer LLP | Defense Selection |
| 65. | 2:16-cv-07812 | 12280 | MARTIN, WILLIAM | Childers, Schlueter & Smith LLC | Defense Selection |
| 66. | 2:16-cv-13572 | 17029 | MASSEY, BENJAMIN | The Michael Brady Lynch Law Firm | Random Selection |
| 67. | 2:17-cv-04951 | 21965 | MAY, TESSIE L | Beasley Allen | Random Selection |
| 68. | 2:17-cv-05569 | 21867 | MCDOWELL, CLARENCE L | Weitz & Luxenberg | Plaintiff Selection |
| 69. | 2:15-cv-04777 | 4039 | MCKENZIE, LEO E | Hilliard Martinez Gonzales LLP | Random Selection |
| 70. | 2:16-cv-12825 | 13462 | MESSINA, CYNTHIA | The Mulligan Law Firm | Random Selection |
| 71. | 2:17-cv-00086 | 18230 | MICHAEL, DAVID | Morgan & Morgan | Random Selection |
| 72. | 2:15-cv-03746 | 4521 | MILLS, BILLIE | Heninger Garrison Davis, LLC | Defense Selection |
| 73. | 2:17-cv-03245 | 21535 | MONGAN, SARA E | Heninger Garrison Davis, LLC | Defense Selection |
| 74. | 2:15-cv-03008 | 2057 | MONTGOMERY, EDWARD | The Mulligan Law Firm | Random Selection |
| 75. | 2:17-cv-01247 | 19869 | MOORE, ROSEMARY | Motley Rice, LLC | Plaintiff Selection |
| 76. | 2:15-cv-01190 | 1223 | MOSHCHINSKY, MIRA | Salim-Beasley, LLC | Defense Selection |
| 77. | 2:17-cv-09044 | 23730 | MUNDAY, HUGH | Ferrer, Poirot & Wansbrough | Plaintiff Selection |
| 78. | 2:16-cv-08907 | 12564 | NEWSOM, GLENN | Weitz & Luxenberg | Plaintiff Selection |
| 79. | 2:16-cv-13834 | 16637 | PARKER, SHANNON S | Matthews & Associates | Random Selection |

4

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 80. | 2:17-cv-05574 | 21887 | PARKINS, WILLIAM | The Michael Brady Lynch Law Firm | Random Selection |
| 81. | 2:16-cv-10242 | 15226 | PHELPS, ROBERT | The Michael Brady Lynch Law Firm | Defense Selection |
| 82. | 2:17-cv-07569 | 22570 | PITTS, NELLIE | Douglas & London | Random Selection |
| 83. | 2:16-cv-13057 | 15069 | PLATT, MARY | Salim-Beasley, LLC | Random Selection |
| 84. | 2:16-cv-02169 | 8342 | POWELL, ANNETTE | The Lanier Law Firm | Random Selection |
| 85. | 2:16-cv-07759 | 11156 | POWERS, JAMES | Ferrer, Poirot & Wansbrough | Defense Selection |
| 86. | 2:17-cv-14466 | 25291 | PRIEST, GLORIA M | Heninger Garrison Davis, LLC | Defense Selection |
| 87. | 2:16-cv-10467 | 14685 | RICHTER, PATRICIA | Baron & Budd | Defense Selection |
| 88. | 2:16-cv-01758 | 8691 | RODGERS, RAYMOND | Beasley Allen | Random Selection |
| 89. | 2:17-cv-09333 | 21489 | ROSE, PAUL | Forman Law Offices | Random Selection |
| 90. | 2:15-cv-04306 | 3685 | ROSS, JIMMIE N | Hilliard Martinez Gonzales LLP | Defense Selection |
| 91. | 2:15-cv-05900 | 4658 | ROUSH, RANDALL V | Stark & Stark | Defense Selection |
| 92. | 2:16-cv-09298 | 13638 | RUTKOWSKI, JOLINE | Childers, Schlueter & Smith LLC | Defense Selection |
| 93. | 2:16-cv-04764 | 11719 | SALDIVAR, AURORA | Matthews & Associates | Random Selection |
| 94. | 2:16-cv-15419 | 16464 | SAMPLES, KIMBERLY | The Michael Brady Lynch Law Firm | Random Selection |
| 95. | 2:16-cv-02894 | 8790 | SCHLEY, FELTON | Flint Law Firm, LLC | Random Selection |
| 96. | 2:15-cv-02137 | 2567 | SCHWARTZ, DAVID | Weitz & Luxenberg | Random Selection |
| 97. | 2:15-cv-03855 | 3040 | SEWARD, ANNIE | Childers, Schlueter & Smith LLC | Defense Selection |
| 98. | 2:16-cv-00049 | 6751 | SHEPHERD, LORETTA | The Lanier Law Firm | Defense Selection |
| 99. | 2:16-cv-00445 | 6690 | SLADICK, ROBERT | Childers, Schlueter & Smith LLC | Defense Selection |
| 100. | 2:15-cv-00525 | 1544 | SMITH, ELSIE M | Ventura, Ribeiro and Smith | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 101. | 2:17-cv-09599 | 23830 | SPENCE, HENRY | Beasley Allen | Random Selection |
| 102. | 2:16-cv-10621 | 11279 | STRAND, RICHARD | Ferrer, Poirot & Wansbrough | Defense Selection |
| 103. | 2:16-cv-09322 | 13755 | STURGILL, BILLIE LOU | Childers, Schlueter & Smith LLC | Random Selection |
| 104. | 2:15-cv-06770 | 5145 | TAGUE, NANCY C | Hilliard Martinez Gonzales LLP | Random Selection |
| 105. | 2:16-cv-10133 | 13578 | TARBOX, CAROLE | The Benton Law Firm | Plaintiff Selection |
| 106. | 2:16-cv-06808 | 9709 | THOMPSON, ETTA J | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Random Selection |
| 107. | 2:16-cv-10633 | 11608 | TRUAN, STEPHEN | Ferrer, Poirot & Wansbrough | Random Selection |
| 108. | 2:16-cv-16886 | 17074 | VIRGA, OLA M | Huber, Slack, Thomas & Marcelle, LLP | Defense Selection |
| 109. | 2:16-cv-07602 | 14406 | WALCOTT, SONJA M | Stark & Stark | Random Selection |
| 110. | 2:16-cv-14270 | 16359 | WALKER, GEORGE | Murphy Law Firm | Random Selection |
| 111. | 2:16-cv-08191 | 3561 | WANAT, VIRGINIA | The Driscoll Firm | Random Selection |
| 112. | 2:17-cv-11849 | 24055 | WATKINS, FANNIE | Kirkendall Dwyer LLP | Defense Selection |
| 113. | 2:15-cv-01450 | 1822 | WATSON, JAMES A | Childers, Schlueter & Smith LLC | Defense Selection |
| 114. | 2:14-cv-02932 | 1749 | WEST, KIMBERLY | Childers, Schlueter & Smith LLC | Random Selection |
| 115. | 2:16-cv-06587 | 13846 | WILKINSON, GERRY | Childers, Schlueter & Smith LLC | Defense Selection |
| 116. | 2:16-cv-02904 | 9610 | WILKINSON, ROSEMARY | The Lanier Law Firm | Random Selection |
| 117. | 2:15-cv-06820 | 4537 | WILLIAMS, CHARLES | Hilliard Martinez Gonzales LLP | Random Selection |
| 118. | 2:15-cv-02265 | 2299 | WILSON, JOHN H | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Defense Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 119. | 2:15-cv-03164 | 3982 | WILSON, PATTY J | Aylstock, Witkin, Kreis & Overholtz, PLLC | Random Selection |
| 120. | 2:17-cv-03692 | 20557 | WILSON, SALLY L | Grant & Eisenhofer | Random Selection |
| 121. | 2:16-cv-03405 | 13070 | WILSON, STEPHEN | The Michael Brady Lynch Law Firm | Random Selection |
| 122. | 2:15-cv-05397 | 4912 | WOODS, LENA F | The Lanier Law Firm | Random Selection |
| 123. | 2:16-cv-14661 | 15926 | WRIGHT, RONALD | The Michael Brady Lynch Law Firm | Defense Selection |