UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>DISMISSAL OF WILLETTA G. MUNDY | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br><br>Case No. 2:16-cv-17827 |

## ORDER OF DISMISSAL

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal with Prejudice.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal with Prejudice filed by the Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana this 26th day of November, 2018.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT