UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William Gore v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-1886

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11789, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** Plaintiff Virginia Gore, surviving spouse of William Gore, is substituted for Plaintiff William Gore as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 26th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE