UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sue Tolbird v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-675

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11135, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** Plaintiff Michelle Terry, Administratrix of the Estate of Sue Tolbird, is substituted for Plaintiff Sue Tolbird as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the Motion for Leave to File Second Amended Complaint is granted and the Clerk is ordered to file the amended complaint attached to the Motion to Substitute Party and File Second Amended Complaint into the record.

New Orleans, Louisiana this 27th day of November, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE