UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) Section L ) Judge Eldon E. Fallon ) Mag. Judge Michael North |

*This Document Relates To:*
*CAROL ANGLIN-BECKFORD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-15448*

**RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet (See Doc. Id. 11767). Undersigned counsel for Plaintiff, Carol Anglin-Beckford, submit this in response to the Order to Show Cause and stated as follows:

1. On September 25, 2018, the undersigned counsel filed their Motion to Withdraw as Counsel of Record, pursuant to LR 83.2.11. (Attached hereto as Exhibit 1 and also see Doc Id. 10996).

2. On November 9, 2018, the undersigned counsel filed their Affidavit further supporting their Motion to Withdraw. (Attached hereto as Exhibit 2 and also see Doc Id. 11624).

3. The undersigned counsel has made every diligent effort to communicate and foster a good attorney/client relationship with Plaintiff. Unfortunately, Plaintiff discharged present counsel. Present counsel forwarded Plaintiff her file and she has refused to communicate with present counsel regarding new representation or any other matter.

4. The undersigned counsel respectfully requests this Court grant its Motion to Withdraw and allow Plaintiff Carol Anglin-Beckford to proceed pro se or in the alternative allow Plaintiff sufficient time to find alternative counsel to represent her.

Dated: <u>November 27, 2018</u>  Respectfully submitted,

<u>/s/ Andrew S. Williams</u><br>
Andrew S. Williams, IL #6285527<br>
Trent B. Miracle #IL 6281491<br>
SIMMONS, HANLY, CONROY LLC<br>
One Court Street<br>
Alton, IL 62002<br>
Tel. (618) 259-2222<br>
Fax (618) 259-2251<br>
awilliams@simmonsfirm.com<br>
tmiracle@simmonsfirm.com<br>
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2018, a true and correct copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

                                                   */s/ Andrew S. Williams*
                                                   Andrew S. Williams