# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | Section L |
| | ) | Judge Eldon E. Fallon |
| | ) | Mag. Judge Michael North |

*This Document Relates To:*
*CAROL ANGLIN-BECKFORD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-15448*

## MOTION TO WITHDRAW AS COUNSEL OF RECORDS FOR PLAINTIFF

This motion is brought in the matter of Case 2:17-cv-15448, entitled Carol Anglin-Beckford v. Janssen Research & Development, et al. in accordance with the United States Court of Louisiana Local Rule 83.2.11, attorneys Andrew S. Williams, brings this Motion to Withdraw as Counsel for Plaintiff and states as follows:

1. Carol Anglin-Beckford filed her products liability lawsuit against defendants on December 7, 2017.

2. Plaintiff verbally notified Simmons Hanly Conroy on May 16, 2018 she no longer wanted Simmons Hanly Conroy to represent her in this matter and wanted to "withdraw" from this law firm's representation.

3. On May 16, 2018, attorney Andrew S. Williams sent correspondence to Plaintiff *(See Exhibit A attached)* confirming Plaintiff's request that Andrew S. Williams and Simmons Hanly Conroy no longer represent Plaintiff in this matter and informed Plaintiff once she had obtained new counsel to contact him so transfer of her file could be made to her new Counsel.

4. On September 11, 2018, Simmons Hanly Conroy received correspondence from Plaintiff *(See Exhibit B attached)* requesting copies of all her documents and her Xarelto pill bottle in Simmons Hanly Conroy's possession be returned to her. This correspondence

1

included a postage-paid envelope, tracking number 9114999944313978673402 (*See Exhibit C attached*).

5. Attorney Andrew S. Williams contacted client via telephone on September 11, 2018 and confirmed twice verbally with Plaintiff she no longer wanted Simmons Hanly Conroy's representation in this matter and desired her file be returned to her.

6. On September 11, 2018, Simmons Hanly Conroy provided Plaintiff with her file, per her request, in the postage paid envelope Plaintiff provided *(See Exhibit D attached)*.

7. Plaintiff's contact information is as follows:

>   Ms. Carol Anglin-Beckford
>   5710 Lakeside Drive, Apt 706
>   Margate, FL   33063
>   347-531-7403
>   cbgraces@gmail.com

8. Plaintiff's attorney, Andrew S. Williams and Simmons Hanly Conroy law firm, seek an Order permitting them to withdraw as counsel for Plaintiff provided in the attached Proposed Order *(See Exhibit E attached)*.

9. Plaintiff's attorney has provided Plaintiff with any pending court appearances required and has notified Plaintiff of those dates as provided on the court's website under the case management tab. [Also, Plaintiff's attorney, Andrew S. Williams, has provided Plaintiff with a correspondence outlining the Court's contact information including telephone number and website with which Plaintiff can inquire regarding future court appearances.]

Dated: <u>September 25, 2018</u>                              Respectfully submitted,

                                                             */s/ Andrew S. Williams*
                                                             Andrew S. Williams, IL #6285527
                                                             Trent B. Miracle #IL 6281491
                                                             SIMMONS, HANLY, CONROY LLC
                                                             One Court Street
                                                             Alton, IL 62002

Tel. (618) 259-2222  
Fax (618) 259-2251  
awilliams@simmonsfirm.com  
tmiracle@simmonsfirm.com  
*Attorneys for the Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion to Withdraw as Counsel of Record for Plaintiff together with the Complaint, Pretrial Orders and Court Notices has been sent to Plaintiff, via Certified Mail Return Receipt Requested on September 24, 2018. Further, a copy of the above entitled Motions has been served upon opposing counsel by way of the court's electronic filing system, ECF, on September 25, 2018.

                                                  */s/ Andrew S. Williams*
                                                  Andrew S. Williams

# EXHIBIT A



**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of Andrew S. Williams (Licensed in Illinois, Missouri, Texas, California, and Florida)*

<u>**VIA UPS SERVICE #1ZF38V41P293460523**</u>
May 16, 2018

Ms. Carol Anglin-Beckford
5710 Lakeside Drive, Apt 706
Margate, FL   33063

**In Re:**    **Your Xarelto Case**

Dear Ms. Anglin-Beckford:

Thank you for your call to our offices on May 16, 2018. This letter will confirm you wish to seek other counsel to represent you in your Xarelto claim. Once you have retained other counsel, please have that law firm contact us. We will gladly provide them with a copy of your file. If you would like a copy, please provide us with a postage paid envelope and addressed to where you would like us to send your file. Please also inform your new law firm our expenses to date on your case are $1,626.11.

Should you have questions, please contact us at 800-479-9533. Thank you.

Sincerely,

Andrew S. Williams
Shareholder

ASW/lsw

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market Street | 100 N. Sepulveda Blvd. | 231 S. Bemiston Avenue |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 2220 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |

eTT Delivery and Delivery Attempt Detail - Windows Internet Explorer provided by UPS

| Searched Inquiry Number: | Tracking Number: | Service Level: | Help | Close |
|---|---|---|---|---|
| 1ZF38V41P293460523 | 1ZF38V41P293460523 | GROUND SHIPPER RELEASE | | Print |

**Associated Tracking Numbers:**

[Search] Select an Associated Tracking Number and click on Search to execute the search

**Delivery Address**
5710 LAKESIDE DR
Bldg/Floor 2
Rm/Suite 706
MARGATE FL 33063
UNITED STATES

**Type:** DELIVERED
**Received By:**
**Location:** FRONT DOOR
**Date:** 05/19/18
**Time:** 09:58
**Late Air Reason:**

**Delivery Status:**
SHIPPER RELEASE

**Shipper Name:** SIMMONS HANLY CONROY
**Shipper Number:** F38V41
**Stop Type:** RESIDENTIAL

**Package ID:**
**Package Weight:** 0.00
**Saturday Delivery Charge:** NO

**Remarks:**

**Original Receiver:**
**Reason:**

Copyright © 2000-2018 UPS, Inc. All Rights Reserved.

My Profile          Sustainability & Community

# EXHIBIT B

To Whom It May Concern,

Enclose paid stamp envelope please enclose all my documents and the empty pill bottle.

Thank you
Carol Anglin Beckford
347531-7403

RECEIVED SEP 11 2018 BY:

Case 2:14-md-02592-EEF-MBN Document 10996-3 Filed 09/25/18 Page 1 of 19

# EXHIBIT C

PRIORITY MAIL INTERNATIONAL

FROM: Amy Xaverius
1 Court St
Athens OH

PRIORITY MAIL ★

TO: Gerard Joseph Secaréud
5101 Lakeside Dr #706
Margate, FL 33063

USPS TRACKING #
9114 9999 4431 3978 6734 02

# EXHIBIT D

Case 2:14-md-02592-EEF-MBN Document 10996-4 Filed 09/25/18 Page 1 of 19



**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of Andrew S. Williams (Licensed in Illinois, Missouri, Texas, California, and Florida)*

<u>**VIA USPS PRIORITY MAIL**</u>
September 11, 2018

Ms. Carol Anglin-Beckford
5710 Lakeside Drive, Apt 706
Margate, FL 33063

In Re: **Your Xarelto Case**
**Case # 2:17-cv-15448**

Dear Ms. Anglin-Beckford:

To memorialize the conversation we had today regarding your Xarelto case, you requested copies of the paperwork from this matter and informed me twice you no longer wanted Simmons Hanly Conroy to represent you in your Xarelto case.

As such enclosed please find, as requested, a copy of your Contract of Representation, Questionnaire, and Plaintiff's Fact Sheet, and empty Xarelto pill bottle from your Xarelto case. Should you have questions regarding this matter, please contact us at 800-479-9533. Thank you.

Sincerely,

Andrew S. Williams
Shareholder

ASW/lsw
Enclosures

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market Street | 100 N. Sepulveda Blvd. | 231 S. Bemiston Avenue |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 2220 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |

ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFIC...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 9114999944313978673402

Remove X

**Expected Delivery on**

**THURSDAY**
**13** SEPTEMBER 2018 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

September 13, 2018 at 2:49 pm
Delivered, In/At Mailbox
POMPANO BEACH, FL 33063

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%...)**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) Section L <br> ) Judge Eldon E. Fallon <br> ) Mag. Judge Michael North |

*This Document Relates To:*
*CAROL ANGLIN-BECKFORD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-15448*

## ORDER

The matter having come before this Honorable Court upon Plaintiff's Attorney Andrew S. Williams' Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-15448, entitled Carol Anglin-Beckford v. Janssen Research & Development, et al. and the Court being otherwise fill advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Andrew S. Williams' Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-15448 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Andrew S. Williams shall serve a copy of this Order upon Plaintiff, via certified mail return receipt requested, within fourteen (14) days of the date of this order.

Dated: _____          _____
                                       Hon. Eldon E. Fallon
                                       United States District Court Judge

**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of Andrew S. Williams (Licensed in Illinois, Missouri, Texas, California, and Florida)*

<u>**VIA CERTIFIED MAIL #70150640000460294233 – RETURN RECEIPT REQUESTED**</u>
September 24, 2018

Ms. Carol Anglin-Beckford
5710 Lakeside Drive, Apt 706
Margate, FL  33063

**In Re:**   Your Xarelto Case – Xarelto MDL 2592
Case # 2:17-cv-15448

Dear Ms. Anglin-Beckford:

Enclosed please find a copy of our Motion to Withdraw as Counsel of Record in this matter. Also attached to this correspondence please find the following:

Complaint and Jury Demand (copy included)
Pretrial Order #13 re Plaintiff's Fact Sheet (copy included)
Pretrial Order #27 re Plaintiff's Fact Sheet (amended)
Notice of Court Appearances scheduled
Court Contact Information

If you wish to pursue your lawsuit, we again urge you to immediately take action on your own to seek other counsel and provide them with the attached documentation so that you, or they can protect your rights. Should a hearing be scheduled by the Court to discuss your case, we will notify you and you will need to call in. Please contact the Court with any other questions.

Sincerely,

Andrew S. Williams
Shareholder

ASW/lsw
Enclosures

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market Street | 100 N. Sepulveda Blvd. | 231 S. Bemiston Avenue |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 2220 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
| | | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 | |

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carol Anglin Beckford
5710 Lakeside Dr #906
Margate FL 33063

9590 9402 2467 6306 3794 16

2. Article Number (Transfer from service label)

7015 0640 0004 6029 4233

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postage
$

Total Postage and Fees
$

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions