# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | Section L |
| ) | Judge Eldon E. Fallon |
| _____ ) | Mag. Judge Michael North |

*This Document Relates To:*
*CAROL ANGLIN-BECKFORD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-15448*

## AFFIDAVIT OF ANDREW S. WILLIAMS

**COMES NOW AS YOUR AFFIANT**, Andrew S. Williams, being duly sworn upon oath, states the following:

1. I am a Partner with the law firm Simmons Hanly Conroy that is duly authorized to practice law in the State of Illinois and before this Court. I am Counsel of Record in the above-entitled matter and, as such, I am familiar with the facts of this litigation. I make this Affidavit based on my personal knowledge.

2. On December 11, 2014, Plaintiff Carol Anglin-Beckford contracted with this law firm to represent her in a Xarelto products liability claim.

3. On December 7, 2017 this law firm filed a complaint on behalf of Plaintiff and paid the required filing fees.

4. Members of this law firm communicated with Plaintiff on various occasions informing Plaintiff of the lengthy nature of this type of litigation.

5. Plaintiff contacted members of this law firm on May 16, 2018 and verbally stated she no longer wanted Simmons Hanly Conroy law to represent her in the present case. Plaintiff was informed verbally and in writing she needed to obtain different counsel to represent her in this matter; and once obtained, her new law firm should timely contact Simmons Hanly Conroy so the

1

appropriate substitution of counsel could be filed. (See Exhibit A of Motion to Withdraw [doc #10996]).

6. On September 11, 2018 Simmons Hanly Conroy received written correspondence from Plaintiff requesting her Xarelto file, including a postage-paid envelope for its return. (See Exhibits B & C of Motion to Withdraw [doc #10996]).

7. On September, 11, 2018 Simmons Hanly Conroy returned Plaintiff's file to her as directed. (See Exhibit D of Motion to Withdraw [doc #10996]).

8. Plaintiff clearly communicated her intent to obtain different counsel to represent her in her Xarelto case. All reasonable efforts have been made by Simmons Hanly Conroy to communicate and try to continue their attorney-client relationship.

9. On September 25, 2018, Simmons Hanly Conroy filed its Motion to Withdraw from this matter. See doc #10996]).

10. On October 25, 2018, Defendants contacted Simmons Hanly Conroy regarding the proprietary authorizations Defense Counsel had requested.

11. Simmons Hanly Conroy notified Defendant Counsel on October 26, 2018 Plaintiff had discharged Simmons Hanly Conroy as her attorneys in this matter and all communications with Plaintiff had been exhausted and have ceased. (See Exhibit 1 attached.)

FURTHER YOUR AFFIANT SAITH NAUGHT.

Dated this 9th day of November, 2018.

Andrew S. Williams
Shareholder

Subscribed and sworn to me, a notary public, on this 9th day of November, 2018.

Notary Public

"OFFICIAL SEAL"
LINDA WOOTEN
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES DEC. 22, 2019

2

## CERTIFICATE OF SERVICE

I, Andrew S. Williams, a partner at Simmons Hanly Conroy, do hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED this the 9th day of November, 2018.

                                                        */s/ Andrew S. Williams*
                                                      Andrew S. Williams, IL #6285527
                                                      Trent B. Miracle, IL #6281491
                                                      **SIMMONS HANLY CONROY**
                                                      One Court Street
                                                      Alton, IL 62002
                                                      Telephone:  618.259.2222
                                                      Facsimile:  618.269.2251
                                                      awilliams@simmonsfirm.com
                                                      tmiracle@simmonsfirm.com

# EXHIBIT 1

Case 2:14-md-02592-EEF-MBN   Document 11832-2   Filed 11/07/18   Page 5 of 8

Linda Wooten

| | |
|---|---|
| **From:** | Andy Williams |
| **Sent:** | Friday, October 26, 2018 8:51 AM |
| **To:** | Brown, Lindy; Linda Wooten |
| **Cc:** | Miller, Chanda; Daly, Daryl; du Pont, Julie K.; McCollum, Maegan; 'Ramirez, Stephanie (SHB)' |
| **Subject:** | RE: In Re Xarelto MDL 2592 - Carol Anglin-Beckford - Authorization Request |

Please consider this your 14 day notice.  She won't communicate with us after she told us she didn't want us to represent her anymore, so I have no idea what her intentions are with regard to new counsel.

Andrew S. Williams
Shareholder

SIMMONS HANLY CONROY
One Court St.| Alton, IL 62002 | www.simmonsfirm.com
800-479-9533 | f: 618-259-2251 | d: 618-259-6468

---

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Wednesday, October 24, 2018 11:52 AM
**To:** Linda Wooten <lwooten@simmonsfirm.com>
**Cc:** Andy Williams <awilliams@simmonsfirm.com>; Miller, Chanda <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>; du Pont, Julie K. <Julie.duPont@arnoldporter.com>; McCollum, Maegan <mmccollum@bradley.com>; 'Ramirez, Stephanie (SHB)' <SRAMIREZ@shb.com>
**Subject:** FW: In Re Xarelto MDL 2592 - Carol Anglin-Beckford - Authorization Request

Linda,
Please note that the motion to withdraw filed in the Anglin-Beckford case does not comply with the requirements of PTO 30.  Defendants will oppose any motion to withdraw in this case.

As you are still counsel of record, please submit the authorization requested below.

Thank you,
Lindy

**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com
601.592.9905

---

**From:** Linda Wooten <lwooten@simmonsfirm.com>
**Sent:** Wednesday, October 24, 2018 8:55 AM
**To:** Ramirez, Stephanie (SHB) <SRAMIREZ@shb.com>; Bartley, Jane (SHB) <JBARTLEY@shb.com>; Miller, Chanda A. <Chanda.Miller@dbr.com>; Daly, Daryl <Daryl.Daly@dbr.com>; Joan Goddard <joan.goddard@apks.com>; Phillips, Michelle L. (SHB) <MPHILLIPS@shb.com>
**Cc:** Andy Williams <awilliams@simmonsfirm.com>
**Subject:** RE: In Re Xarelto MDL 2592 - Carol Anglin-Beckford - Authorization Request

1

Please note Ms. Anglin-Beckford discharged us as her attorneys and we have filed our Motion to Withdraw on 9/25/2018  (see Docket #10996 in the MDL docket report).
Thank you.

Linda Wooten
Paralegal

**Simmons Hanly Conroy**
One Court Street | Alton, IL 62002
Tel:  618-259-6248 | Fax: 618-259-2251
www.simmonsfirm.com | lwooten@simmonsfirm.com

---

**From:** Ramirez, Stephanie (SHB) [mailto:SRAMIREZ@shb.com]
**Sent:** Tuesday, October 23, 2018 3:31 PM
**To:** Linda Wooten <lwooten@simmonsfirm.com>; Andy Williams <awilliams@simmonsfirm.com>
**Cc:** Bartley, Jane (SHB) <JBARTLEY@shb.com>; Chanda Miller <chanda.miller@dbr.com>; Daryl Daly <daryl.daly@dbr.com>; Joan Goddard <joan.goddard@apks.com>; Phillips, Michelle L. (SHB) <MPHILLIPS@shb.com>; Ramirez, Stephanie (SHB) <SRAMIREZ@shb.com>
**Subject:** In Re Xarelto MDL 2592 - Carol Anglin-Beckford - Authorization Request

Counsel,

The attached authorization is required in order for defendants to collect the records for Carol Anglin-Beckford. Please complete and submit to mdlcentrality.com the attached proprietary authorizations by November 2, 2018, in accordance with PTO 13(C).

Authorization:

Walgreen Company [Proprietary Authorization]


Thank you.


**Stephanie R. Ramirez**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

949.975.1712 | sramirez@shb.com



Mail Gate made the following annotations on Tue Oct 23 2018 15:30:40

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

3

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.