UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Iannacone v. Janssen Research & Development, LLC, et al.*, 2:18-cv-08211-EEF-MBN

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET

NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet ("PFS"). The deadline to submit Plaintiff's PFS is November 27, 2018. Plaintiff respectfully requests an extra 60 days, with a new deadline of January 26, 2019, to provide a verified PFS. In support of this motion, Plaintiff would show:

1. Plaintiff Angelina Iannacone filed a products liability lawsuit against Defendants on August 29, 2018;

2. Pursuant to Pre-Trial Order No. 27, Plaintiff's verified PFS is due on November 27, 2018;

3. Plaintiff's counsel has repeatedly attempted to contact Plaintiff regarding the PFS, but has been unable to make contact;

4. Plaintiff's counsel has called all telephone numbers on record with no success;

5. Plaintiff's counsel has tried mailing to Plaintiff's last known address, and has received return mail;

1

6. Plaintiff's counsel requests this extension in order to employ alternative methods of contacting the Plaintiff; and

7. This motion is being submitted to this Honorable Court without the need of a formal hearing.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff Angelina Iannacone respectfully requests this Court grant Plaintiff's First Motion for Extension of Time to File Verified Plaintiff Fact Sheet.

DATED: November 27, 2018  Respectfully submitted,

By: *s/Fletcher V .Trammell*
Fletcher V. Trammell (TX Bar 24042053)
Trammell PC
3262 Westheimer Rd., Ste. 423
Houston, Texas 77098
(800) 405-1740 (Telephone)
(800) 532-0992 (Facsimile)
fletch@trammellpc.com

*Attorney for Plaintiff*