UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Iannacone v. Janssen Research & Development, LLC, et al.*, 2:18-cv-08211-EEF-MBN

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET**

NOW COMES counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet ("PFS"). The deadline to submit Plaintiff's PFS is November 27, 2018. Plaintiff's counsel respectfully requests an extra 60 days, with a new deadline of January 26, 2019, to provide Plaintiffs verified PFS.

**FACTUAL BACKGROUND**

On August 29, 2018, Plaintiff Angelina Iannacone, by and through her counsel, filed her Complaint with the Court. Plaintiff timely served Defendants in this case. Plaintiff's counsel tried to notify Plaintiff about the need to file Plaintiff's PFS. Plaintiff's counsel has repeatedly tried calling all known telephone numbers and mailing to Plaintiff's last known address.

Plaintiff's counsel has been unable to communicate with Plaintiff and have the PFS completed and the declaration signed. Plaintiff's counsel is working on employing other means to make contact with Plaintiff.

Plaintiff's counsel respectively requests an extension of time to file the verified PFS,

including the declaration page, due to Plaintiff's unresponsiveness.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff Angelina Iannacone respectfully requests an extension of 60 days, with a new deadline of January 26, 2019 to provide the verified PFS.

DATED:  November 27, 2018               Respectfully submitted,

                                        By: *s/Fletcher V .Trammell*
                                            Fletcher V. Trammell (TX Bar 24042053)
                                            Trammell PC
                                            3262 Westheimer Rd., Ste. 423
                                            Houston, Texas 77098
                                            (800) 405-1740 (Telephone)
                                            (800) 532-0992 (Facsimile)
                                            fletch@trammellpc.com

                                            ***Attorney for Plaintiff***