UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Iannacone v. Janssen Research & Development, LLC, et al.*, 2:18-cv-08211-EEF-MBN

## NOTICE OF SUBMISSION

NOW COMES counsel for Plaintiff Angelina Iannacone, and files this Notice of Submission of Plaintiff's First Motion for Extension of Time to File Verified Plaintiff Fact Sheet under Pre-Trial Order No. 27 before the Honorable Judge Eldon E. Fallon on December 18, 2018 at 9:00 a.m. This motion is being submitted to this Honorable Court without the need of a formal hearing.

DATED: November 27, 2018          Respectfully submitted,

                                                   By: *s/Fletcher V .Trammell*
                                                          Fletcher V. Trammell (TX Bar 24042053)
                                                          Trammell PC
                                                          3262 Westheimer Rd., Ste. 423
                                                          Houston, Texas 77098
                                                          (800) 405-1740 (Telephone)
                                                          (800) 532-0992 (Facsimile)
                                                          fletch@trammellpc.com

                                                          ***Attorney for Plaintiff***

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON November 27, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By: *s/Fletcher V .Trammell*
Fletcher V. Trammell (TX Bar 24042053)

***Attorney for Plaintiff***