UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *McKinley N. Williams v. Janssen Research & Development LLC, et al; 2:17-cv-03845* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE AS TO WHY PLAINTIFF'S COMPLAINT SHOULD NOT BE DISMISSED FOR LACK OF CAPACITY TO PROCEED WITH THE CASE**

Plaintiff McKinley N. Williams has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. This is a CMO 6 Wave 1 case that was selected by Plaintiffs on April 16, 2018. Initial discovery in this case closes on March 19, 2019. However, Defendants are unable to proceed with discovery because Plaintiff passed away on December 17, 2017—five months before this case was selected for Wave 1 work up—and no party has been substituted to pursue the case on his behalf.

Because the Plaintiff is deceased, he therefore has no capacity to proceed with this case. *See Campbell v. Travelers*, CIV A. 06-9068, 2008 WL 145048, at *1 (E.D. La. Jan. 14, 2008) ("Louisiana law does not allow suits by or against the deceased."); *Magee v. Stacey,* 223 So.2d 194, 195 (La. Ct. App. 1969) (stating that it is "established jurisprudence that judgment cannot be rendered for or against a deceased person"). In light of the fast approaching discovery deadline and in an effort to move the case forward, Defendants' counsel contacted Plaintiff's counsel about the need for a motion to substitute, including by e-mails and phone calls starting in June 2018. On October 29, 2018, Plaintiff's counsel indicated that Plaintiff's brother intended to pursue the case

1

on behalf of Plaintiff, but a motion to substitute has not been filed to date. It has been 345 days since Plaintiff passed away and 225 days since the case was selected, but the currently named Plaintiff lacks the capacity to move forward with the case. If Plaintiff's brother, or another representative, is not willing to file the necessary motions pursue this case on behalf of the decedent, the case cannot proceed and should be dismissed with prejudice.

    Failure to show cause by appearing before this Court at 9:00 am on December 12, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

    New Orleans, Louisiana, on this \_\_\_ day of _____ 2018.

_____
United States District Judge