UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Clinton Sesco v. Janssen Research & Development LLC, et al; 2:16-cv-07063* | : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE AS TO WHY PLAINTIFF'S COMPLAINT SHOULD NOT BE DISMISSED FOR <u>LACK OF CAPACITY TO PROCEED WITH THE CASE</u>**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Clinton Sesco's action should not be dismissed with prejudice because there is not a proper party to pursue the case in light of Plaintiff's death nineteen months ago.

This is a CMO 6 Wave 1 case that was randomly selected on April 30, 2018. Initial discovery in this case closes on July 5, 2019. However, Defendants are unable to proceed with discovery because Plaintiff passed away on April 22, 2017—one year before this case was selected for Wave 1 work up—and no party has been substituted to pursue the case on his behalf.

Because the Plaintiff is deceased, he therefore has no capacity to proceed with this case. *See Campbell v. Travelers*, CIV A. 06-9068, 2008 WL 145048, at *1 (E.D. La. Jan. 14, 2008) ("Louisiana law does not allow suits by or against the deceased."); *Magee v. Stacey,* 223 So. 2d

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

194, 195 (La. App. 3d Cir. 1969) (stating that it is "established jurisprudence that judgment cannot be rendered for or against a deceased person"). In an effort to move the case forward, Defendants' counsel contacted Plaintiff's counsel about the need for a motion to substitute on August 2, 2018, but the necessary motion still has not been filed.

This is not the first time that Plaintiff's failure to provide the documents required to proceed with CMO 6 discovery has been raised with this Court. On August 17, 2018, Defendants filed a motion for Order to Show Cause in this case for failure to submit an updated Plaintiff Fact Sheet as required by CMO 6. (Rec. Doc. 10542). Amended PFS were submitted in this case on September 13 and September 17, 2018. In light of the fact that Plaintiff submitted an updated PFS, Defendants withdrew the Motion for Failure to Submit an updated PFS as it pertained to this case. However, neither PFS submitted in September reflected that Plaintiff was deceased, despite the fact that he passed away fifteen months before the PFS were submitted. An updated PFS was not served until November 5, 2018, but person who signed the declaration verifying the November PFS has not been substituted as the Plaintiff.

It has been 584 days since Plaintiff passed away, 210 days since the case was selected, and 181 days since the updated and complete PFS was initially due, but the currently named Plaintiff lacks the capacity to move forward with this case. If no one is willing to pursue this case on behalf of the decedent, the case cannot proceed and should be dismissed with prejudice.

For this reason, Clinton Sesco should be ordered to show cause at 9:00 a.m. on December 12, 2018, before the Court as to why his case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*
**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

        **IRWIN FRITCHIE URQUHART & MOORE LLC**

        By: /s/ *Kim E. Moore*
            Kim E. Moore
            400 Poydras Street
            Suite 2700
            New Orleans, LA 70130
            Telephone: (504) 310-2100
            Facsimile:  (504) 310-2120
            kmoore@irwinllc.com

        *Defendants' Co-Liaison Counsel*


        **CHAFFE MCCALL L.L.P.**

        By: /s/ *John F. Olinde*
            John F. Olinde
            1100 Poydras Street
            Suite 2300
            New Orleans, LA 70163
            Telephone: (504) 585-7241
            Facsimile: (504) 544-6084
            olinde@chaffe.com

        *Defendants' Co-Liaison Counsel*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ Kim E. Moore*
        **Kim E. Moore**