UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO : | |
| *James Billiot v. Janssen Research & Development LLC, et al; 2:17-cv-09308* : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE AS TO WHY PLAINTIFF'S CASE SHOULD NOT BE DISMISSED FOR LACK OF CAPACITY TO PROCEED WITH THE CASE**

Plaintiff James Billiot has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. This is a CMO 6 Wave 1 case that was randomly selected on April 30, 2018. Initial discovery in this case closes on February 13, 2019. However, Defendants are unable to proceed with discovery because Plaintiff passed away on March 25, 2017—more than a year before this case was selected for Wave 1 work up—and no party has been substituted to pursue the case on Plaintiff's behalf.

Because the Plaintiff is deceased, he therefore has no capacity to proceed with this case. *See Campbell v. Travelers*, CIV A. 06-9068, 2008 WL 145048, at *1 (E.D. La. Jan. 14, 2008) ("Louisiana law does not allow suits by or against the deceased."); *Magee v. Stacey*, 223 So.2d 194, 195 (La. Ct. App. 1969) (stating that it is "established jurisprudence that judgment cannot be rendered for or against a deceased person"). In an effort to move the case forward, Defendants' counsel contacted Plaintiff's counsel on August 2, 2018 about the need for a motion to substitute. It has been 611 days since Plaintiff passed away and 210 days since the case was selected, but the

currently named Plaintiff lacks the capacity to move forward with this case.  Because the Plaintiff lacks capacity to proceed with this case, the case should be dismissed with prejudice.

Failure to show cause by appearing before this Court at 9:00 am on December 12, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge