UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| Linda Johnson v. Janssen Research & Development LLC, et al; 2:17-cv-03824 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE AS TO WHY PLAINTIFF'S CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROVIDE MEDICAL RECORD AUTHORIZATIONS PURSUANT TO PTO 13

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Linda Johnson's action should not be dismissed with prejudice for failure to provide authorizations for collection of medical records per Pretrial Order ("PTO") 13 and failure to cooperate with Counsel to proceed with discovery.

This is a CMO 6 Wave 1 case that was randomly selected on April 30, 2018. Initial discovery in this case closes on February 12, 2019. However, Defendants have been unable to proceed with discovery and collect pertinent medical records because Plaintiff has failed to provide updated HIPAA authorizations as required by PTO 13(c). Specifically, PTO 13(c) provides: "Plaintiffs shall cooperate with Defendants, and shall respond to Defendants' requests for

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

signatures for new or location specific authorizations within ten (10) days of being requested to do so." The facility where Plaintiff treated for her alleged bleeding event requires a proprietary authorization before it will release records relating to the Plaintiff's medical treatment. In addition, three other facilities also require proprietary authorizations before they will release records pertaining to the Plaintiff.

On August 1, 2018—more than 115 days ago—Defendants' counsel first requested the authorization for the facility where Plaintiff treated for her alleged bleeding event and have followed up more than fifteen times, but Plaintiff has still not produced the requested authorization. Similarly, Defendants' counsel followed up multiple times regarding the other three proprietary authorizations, but Plaintiff still has not produced them despite the fact that they were first requested 130 days ago, 95 days ago, and 55 days ago, respectively. Without these authorizations, Defendants cannot collect medical records, including records from the key provider who treated the Plaintiff for her alleged bleeding event.

Given all of the above, it is not possible to proceed with discovery and prepare the case for trial. Plaintiff has failed to comply with the preliminary discovery requirements set forth in PTO 13 and CMO 6. This warrants dismissal of Plaintiff's case with prejudice.

For these reasons, Plaintiff Linda Johnson should be ordered to show cause at 9:00 a.m. on December 12, 2018, before the Court as to why her case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile: (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 27, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
**John F. Olinde**