UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO : | |
| : | |
| Reuben Cox v. Janssen Research & : | |
| Development LLC, et al; 2:16-cv-00652 : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Reuben Cox's action should not be dismissed with prejudice for failure to correct Plaintiff Fact Sheet ("PFS") deficiencies and serve a fully complete and updated PFS in accordance with Case Management Order ("CMO") 6 and Pre-Trial Order ("PTO") No. 13. Plaintiff's failure to comply with CMO 6 is blocking discovery from proceeding and warrants dismissal of this case.

This is a CMO 6 Wave 1 case selected by Defendants on April 16, 2018. Per CMO 6, an updated, fully complete, and verified PFS was due on May 16, 2018. *See* CMO No. 6 ¶ 5(a); PTO 13. Despite the passage of six months since this case was selected for Wave 1 work up, Defendants have not received documentation demonstrating the authority of the Plaintiff's representative to

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

sign the declaration certifying the veracity and accuracy of the responses provided in the amended PFSs submitted May 18, 2018 and September 6, 2018, as required by CMO 6 and PTO 13. Defendants identified this deficiency for Plaintiff on May 23, 2018, May 30, 2018, August 24, 2018, and September 11, 2018, requesting that Plaintiff submit the required documentation to verify the PFS within 20 days pursuant to PTO 13. Further, Section I.E. of the September 6, 2018 amended PFS states that the Plaintiff "can no longer communicate" and advises that his wife "[w]ill be applying for guardianship status," but during a meet and confer call between Defendants' counsel and Plaintiff's counsel on November 14, 2018, Plaintiff's counsel stated the representative was not applying for guardianship status and that the issue would have to be raised with the Court. Accordingly, efforts to seek Plaintiff's compliance with the Court orders governing discovery have failed and the necessary discovery has not been produced.

It has now been more than 75 days since the most recent deficiency notice was issued and more than 180 days since the first deficiency notice was issued, but documentation supporting the representative's authority to sign the declaration on behalf of the Plaintiff has not been submitted. At this time, Defendants cannot proceed with discovery to prepare this case for trial because the required documentation needed to verify the PFS has not been submitted. This warrants dismissal of Plaintiff's case with prejudice.

For these reasons, Plaintiff Reuben Cox should be ordered to show cause at 9:00 a.m. on December 12, 2018, before the Court as to why his case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on November 27, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ John F. Olinde*
    **John F. Olinde**