UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO : | |
| : | |
| *Reuben Cox v. Janssen Research & Development LLC, et al; 2:16-cv-00652* : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Plaintiff Reuben Cox has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to Case Management Order ("CMO") 6, an updated, fully complete, and verified PFS was due on May 16, 2018. *See* CMO No. 6 ¶ 5(a); PTO 13. Despite the passage of six months since this case was selected for Wave 1 work up, Defendants have not received documentation demonstrating the authority of the Plaintiff's representative to sign the declaration certifying the veracity and accuracy of the responses provided in the amended PFSs submitted May 18, 2018 and September 6, 2018, as required by CMO 6 and PTO 13. Defendants identified this deficiency for Plaintiff on May 23, 2018, May 30, 2018, August 24, 2018, and September 11, 2018, requesting that Plaintiff submit the required documentation to verify the PFS within 20 days pursuant to PTO 13. Further, Section I.E. of the September 6, 2018 amended PFS states that the Plaintiff "can no longer communicate" and advises that his wife "[w]ill be applying for guardianship status," but during a meet and confer call between Defendants' counsel and

1

Plaintiff's counsel on November 14, 2018, Plaintiff's counsel stated the representative was not applying for guardianship status and that the issue would have to be raised with the Court. Accordingly, efforts to seek Plaintiff's compliance with the Court orders governing discovery have failed and the necessary discovery has not been produced.

It has now been more than 75 days since the most recent deficiency notice was issued and more than 180 days since the first deficiency notice was issued, but documentation supporting the representative's authority to sign the declaration on behalf of the Plaintiff has not been submitted. At this time, Defendants cannot proceed with discovery to prepare this case for trial because the required documentation needed to verify the PFS has not been submitted. This warrants dismissal of Plaintiff's case with prejudice.

Failure to show cause by appearing before this Court at 9:00 am on December 12, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge