UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: <u>JURY TRIAL DEMANDED</u>

*Phillip David Weiner v. Janssen Research & Development, LLC, et al*

I, Philip Weiner, after a thorough discussion on Monday, November 5, 2018 with my attorney, Marc Whitehead agree to <u>Voluntarily Dismiss</u> my current case before the United States District Court, Eastern District of Louisiana.

I acknowledge that this claim cannot be re-litigated once the Court has been notified of the Voluntary Dismissal.

I further acknowledge that I am not responsible to my attorney or the Court for any fees incurred in my representation.

Date: 11-26-18

_____
Philip Weiner