UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVOROXABAN)   )
PRODUCTS LIABILTY LITIGATION   )   MDL NO. 2592
                               )
                               )   SECTON:    L
                               )
                               )   JUDGE: ELDON E. FALLON
                               )
                               )   MAG. JUDGE: MICHAEL NORTH
                               )

THIS DOCUMENTS RELATES TO:

DANIEL BARNEY

Civil Action No. 2:15-cv-05065

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Counsel for Plaintiff Daniel Barney, now deceased, respectfully moves for an Order withdrawing Roopal P. Luhana, Esq. and Chaffin Luhana LLP from any further representation in this litigation of Plaintiff Daniel Barney and requests an immediate stay on all deadlines and proceedings, including but not limited to any orders to show cause that may be filed by Defendants. The Memorandum in Support of the Motion to Withdraw as Counsel of Record and accompanying documents are submitted in support of this motion.

Dated: November 28, 2018

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.
**CHAFFIN LUHANA LLP**
600 Third Ave., 12th Fl.
New York, NY 10016
Tel: (888) 480-1123
Fax: (888) 499-1123
luhana@chaffinluhana.com