# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVOROXABAN)** | ) | |
| **PRODUCTS LIABILTY LITIGATION** | ) | **MDL NO. 2592** |
| | ) | |
| | ) | **SECTON: L** |
| | ) | |
| | ) | **JUDGE: ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE: MICHAEL NORTH** |
| | ) | |

**THIS DOCUMENTS RELATES TO:**

**DANIEL BARNEY**

Civil Action No. 2:15-cv-05065

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Counsel for Plaintiff Daniel Barney, Chaffin Luhana LLP, will bring for hearing the accompanying Motion to Withdraw as Counsel of Record at 9:00 a.m., or as soon thereafter as may be heard, on the 23rd day of January, 2019, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras St., New Orleans, Louisiana 70130.

Dated: November 28, 2018

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.
**CHAFFIN LUHANA LLP**
600 Third Ave., 12th Fl.
New York, NY 10016
Tel: (888) 480-1123
Fax: (888) 499-1123
luhana@chaffinluhana.com