UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) ) | |
| PRODUCTS LIABILTY LITIGATION ) | MDL NO. 2592 |
| ) | |
| ) | SECTON:    L |
| ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENTS RELATES TO:**

**DANIEL BARNEY**

Civil Action No. 2:15-cv-05065

**MEMORANDUM IN SUPPORT OF THE MOTION TO
WITHDRAW AS COUNSEL OF RECORD**

COME NOW Roopal P. Luhana, Esq. and Chaffin Luhana LLP, counsel for Plaintiff Daniel Barney, now deceased, hereby files this Memorandum in Support of the Motion to Withdraw as Counsel as counsel of record.

1. Undersigned counsel has conferred with the Defendants' Lead and Liaison counsel regarding the relief requested herein and Defendants' Lead and Liaison counsel have indicated that they intend to oppose the Motion.

2. Due to professional circumstances, professional considerations require and demand that Plaintiff's counsel's representation be terminated and that this Honorable Court promptly order withdrawal of current counsel.

3. The Plaintiff's case was filed on October 9, 2015 as part of a bundled complaint.

4. Plaintiff Daniel Barney was alive at the time the Complaint was filed.

1

5. On December 7, 2015, Plaintiff timely served his Plaintiff Fact Sheet and met all the discovery obligations set forth in PreTrial Order 13, which required the submission of a completed Plaintiff Fact Sheet and supporting materials within 60 days of filing the complaint.[1]

6. Thereafter, on January 1, 2018, my office received notification from the U.S. Postal Service that correspondence sent to Plaintiff was being returned due to Plaintiff Daniel Barney being deceased. (A true and correct copy of the U.S. Postal Service notification is attached hereto as Exhibit A.)

7. On January 4, 2018 my office ran a Clear Report search to locate Plaintiff Daniel Barney's next of kin, and learned that Plaintiff had a son, Brian Barney.

8. As laid out in the contemporaneously filed Affidavit of Roopal P. Luhana, Esq., since learning the identity of Plaintiff's son Brian Barney, we have made all reasonable efforts to contact Brian Barney to advise him that his father's Xarelto case was selected as a Remand Case and to discuss next steps. (*See* November 28, 2018 Affidavit of Roopal P. Luhana, Esq., ("Luhana Aff.") ¶¶ 12-18, 22-26 and true and correct copies of the proofs of mailing for certain correspondence are attached to the Luhana Aff. as Exhibits D-F.)

    a. These efforts have included 15 phone calls, 9 text messages, and 6 letters, in response to which Brian Barney contacted my office only twice. (*Id.*).

    b. The last time my office spoke to Brian Barney was by phone on November 1, 2018, at which time he confirmed we had been contacting him at the

---

[1] On November 26, 2018, Defendants filed an Order to Show Cause for failure to Serve a Fully Completed Updated Plaintiff Fact Sheet Pursuant to CMO 6, which applies to this case and is set to be heard on December 12, 2018. (*See In re: Xarelto (Rivaroxaban) Prods. Liab. Litig.,* Case 2:14-md-02592-EEF-MNN [Dkt. 11811].) It is important to highlight that Plaintiff submitted a full and complete Plaintiff's Fact Sheet prior to his death and therefore Defendants are not prejudiced.

      correct cell phone number and mailing address. (*Id.* ¶¶ 23-24.) Brian Barney did not advise if he planned to pursue the Plaintiff's case on the November 1st call.

    c.    Following that call, Brian Barney then became unresponsive again despite our ongoing efforts to reach him. (*Id.* ¶¶ 25-26.)

9.    The undersigned certifies that on November 7, 2018, she caused correspondence to be sent to Brian Barney via Certified Mail and Federal Express with counsel's intent and the reasons for withdrawing as legal counsel. (A true and correct copy of the proof of mailing for the November 7, 2018 correspondence sent to Brian Barney and proof of mailing is attached to the Luhana Aff. as Exhibit D.)

10.    The last known address of Plaintiff's Next of Kin, Brian Barney, is 2657 Priest Dr., Lafayette, IN 47909.

11.    Further, pursuant to Local Rule 83.2.11, Plaintiff Daniel Barney is deceased and Plaintiff's son, Brian Barney, has been notified by certified mail of all deadlines and pending court appearances. (A true and correct copy of the proof of mailing for the November 28, 2018 correspondence sent to Brian Barney and proof of mailing is attached to the Luhana Aff. as Exhibit F.)

12.    The facts now exist pursuant to the Louisiana Rule of Professional Conduct 1.16(b)(5) and the New York Rule of Professional Conduct 1.16(b)(7) that require the undersigned to seek permission to withdraw as attorney of record for the Plaintiff.

13.    Plaintiff's next of kin, Brian Barney's ongoing failure to cooperate has rendered the representation unreasonably difficult for Chaffin Luhana LLP to carry out representation effectively.

14. For the forgoing reasons, Plaintiff's counsel respectfully requests that the Court enter an Order withdrawing Roopal P. Luhana, Esq. and Chaffin Luhana LLP as counsel of record in this matter.

Dated: November 28, 2018                                              Respectfully Submitted:


/s/Roopal P. Luhana
Roopal P. Luhana, Esq.
**CHAFFIN LUHANA LLP**
600 Third Ave., 12th Fl.
New York, NY 10016
Tel: (888) 480-1123
Fax: (888) 499-1123
luhana@chaffinluhana.com