# EXHIBIT A

**CHAFFIN LUHANA LLP**
615 IRON CITY DRIVE
PITTSBURGH, PA 15205

Daniel Barney
1205 Wells Street
West Lafayette, IN 47905

PA 150
13 DEC 17

47905-160302

NIXIE    47905422G-1N    009  12/21/17

RETURN TO SENDER
DECEASED
UNABLE TO FORWARD
RETURN TO SENDER

B80104.01
US POSTAGE
FIRST-CLASS
062S0008560581
$0.46 0
15205