# EXHIBIT B

# Holly Culbertson

| | |
|---|---|
| **From:** | Kendra Goldhirsch |
| **Sent:** | October 17, 2018 4:25 PM |
| **To:** | 'susan.sharko@dbr.com'; 'steven.glickstein@arnoldporter.com'; 'jirwin@irwinllc.com'; Brown, Lindy |
| **Cc:** | Roopal Luhana |
| **Subject:** | Xarelto MDL - Wave 2 - Barney v. Janssen Research & Development LLC, et al. (Case No. 2:15-cv-05065) - Notice Pursuant to PTO 30 |

Counsel,

Please allow this to serve as our notice, pursuant to PTO 30, that we intend to file a motion to withdraw as counsel from the above-referenced case.  As I mentioned on my call with Lindy Brown this afternoon, after we filed the complaint, Mr. Barney passed away.  We subsequently contacted Mr. Barney's son in an attempt to open an Estate.  The son expressed reservations about moving forward with the lawsuit and we then lost contact with him despite numerous efforts to reach him.

Please let me know if you have any questions. Thank you.

Sincerely,

Kendra Goldhirsch
*Associate*



CHAFFIN LUHANA LLP
www.ChaffinLuhana.com
www.ChaffinLuhanaFoundation.org

*New York, New York*
600 Third Ave., 12th Floor
New York, New York 10016
Toll Free Telephone: (888) 480-1123
Toll Free Fax: (888) 499-1123
Direct Dial: (347) 269-4472

*Pittsburgh, Pennsylvania*
615 Iron City Drive
Pittsburgh, PA 15205

*Weirton, West Virginia (by appointment only):*
3200 Main St.
Weirton, WV 26062

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity

1

named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.