# EXHIBIT C

**From:** Brown, Lindy [mailto:lbrown@bradley.com]
**Sent:** November 21, 2018 1:58 PM
**To:** Kendra Goldhirsch <kgoldhirsch@chaffinluhana.com>; Sharko, Susan <Susan.Sharko@dbr.com>; steven.glickstein@arnoldporter.com; jirwin@irwinllc.com
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>; Rothman, Alan <Alan.Rothman@arnoldporter.com>; Daly, Daryl <Daryl.Daly@dbr.com>
**Subject:** RE: Xarelto MDL - Wave 2 - Barney v. Janssen Research & Development LLC, et al. (Case No. 2:15-cv-05065) - Notice Pursuant to PTO 30

Kendra,

If plaintiff's son is not interested in pursuing the case, attached is a proposed stipulation to dismiss with prejudice.  Defendants will oppose any motion to withdraw and will instead seek that the case be dismissed.

Thanks,
Lindy


**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com
601.592.9905


**From:** Kendra Goldhirsch [mailto:kgoldhirsch@chaffinluhana.com]
**Sent:** Wednesday, November 21, 2018 9:18 AM
**To:** Sharko, Susan <Susan.Sharko@dbr.com>; steven.glickstein@arnoldporter.com; jirwin@irwinllc.com; Brown, Lindy <lbrown@bradley.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** RE: Xarelto MDL - Wave 2 - Barney v. Janssen Research & Development LLC, et al. (Case No. 2:15-cv-05065) - Notice Pursuant to PTO 30

**[External Email]**

Counsel,

Please advise if you intend on opposing the Motion to Withdraw as Counsel.  We are required to obtain written responses from Defendants' Lead and Liaison counsel pursuant to PTO 30(1)(a). Thank you.

1

Sincerely

Kendra Goldhirsch
*Associate*



CHAFFIN LUHANA LLP
www.ChaffinLuhana.com
www.ChaffinLuhanaFoundation.org

*New York, New York*
600 Third Ave., 12th Floor
New York, New York 10016
Toll Free Telephone: (888) 480-1123
Toll Free Fax: (888) 499-1123
Direct Dial: (347) 269-4472

*Pittsburgh, Pennsylvania*
615 Iron City Drive
Pittsburgh, PA 15205

*Weirton, West Virginia (by appointment only):*
3200 Main St.
Weirton, WV 26062

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Kendra Goldhirsch
**Sent:** October 17, 2018 4:25 PM
**To:** 'susan.sharko@dbr.com' <susan.sharko@dbr.com>; 'steven.glickstein@arnoldporter.com' <steven.glickstein@arnoldporter.com>; 'jirwin@irwinllc.com' <jirwin@irwinllc.com>; Brown, Lindy <lbrown@bradley.com>
**Cc:** Roopal Luhana <Luhana@chaffinluhana.com>
**Subject:** Xarelto MDL - Wave 2 - Barney v. Janssen Research & Development LLC, et al. (Case No. 2:15-cv-05065) - Notice Pursuant to PTO 30

Counsel,

Please allow this to serve as our notice, pursuant to PTO 30, that we intend to file a motion to withdraw as counsel from the above-referenced case.  As I mentioned on my call with Lindy Brown this afternoon, after we filed the complaint, Mr. Barney passed away.  We subsequently contacted Mr. Barney's son in an attempt to open an Estate.  The son expressed reservations about moving forward with the lawsuit and we then lost contact with him despite numerous efforts to reach him.

Please let me know if you have any questions. Thank you.

Sincerely,

Kendra Goldhirsch
*Associate*



CHAFFIN LUHANA LLP
www.ChaffinLuhana.com
www.ChaffinLuhanaFoundation.org

*New York, New York*
600 Third Ave., 12th Floor
New York, New York 10016
Toll Free Telephone: (888) 480-1123
Toll Free Fax: (888) 499-1123
Direct Dial: (347) 269-4472

*Pittsburgh, Pennsylvania*
615 Iron City Drive
Pittsburgh, PA 15205

*Weirton, West Virginia (by appointment only):*
3200 Main St.
Weirton, WV 26062

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.