# EXHIBIT D

7016 2070 0000 5798 1407

2.EEF-MBN Document 11851-7 Filed 11

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees
6.75

Sent To *Brian Barney*
Street and Apt. No., or PO Box No. *3057 Priest Drive*
City, State, ZIP+4® *Lafayette IN 47909*

2063.006

Postmark Here: CANTON PA 150 NOV -7 2018

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You can purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 *(Reverse)* PSN 7530-02-000-9047

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.



November 21,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **773669498416**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | Signature not required | **Delivery location:** | 2657 PRIEST DR<br>LAFAYETTE, IN 47909 |
| **Service type:** | FedEx 2Day | **Delivery date:** | Nov 9, 2018 14:16 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 773669498416 | **Ship date:** | Nov 7, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**  
Brian Barney  
2657 Priest Dr.  
LAFAYETTE, IN 47909 US

**Shipper:**  
Chaffin Luhana LLP- PA  
Eric Chaffin  
615 Iron City Drive  
PITTSBURGH, PA 15205 US

**Reference**  2063.006

Thank you for choosing FedEx.