# EXHIBIT E



November 21,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **773695564911**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | Signature not required | **Delivery location:** | 2657 PRIEST DR LAFAYETTE, IN 47909 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Nov 13, 2018 14:56 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 773695564911 | **Ship date:** | Nov 9, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Brian Barney
2657 Priest Dr.
LAFAYETTE, IN 47909 US

**Shipper:**
Chaffin Luhana LLP
Eric Chaffin
600 Third Avenue
12th Floor
New York, NY 10016 US

**Reference**    2063.006

Thank you for choosing FedEx.

