UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN)  )<br>PRODUCTS LIABILTY LITIGATION   )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            )<br>_____ ) | MDL NO. 2592<br><br>SECTON:     L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENTS RELATES TO:**

**DANIEL BARNEY**

Civil Action No. 2:15-cv-05065

### VERIFICATION OF ROOPAL P. LUHANA, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, Roopal P. Luhana, Esq., declare under the penalty of perjury:

1. That the undersigned has actively carried out her duties in the best interest of the Plaintiff, Daniel Barney ("Plaintiff") who is now deceased;

2. Pursuant to PTO 30(1)(d), Plaintiff Daniel Barney complied with PTO 11B and has paid the applicable filing fee.

Dated: November 28, 2018Respectfully Submitted:

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.
**CHAFFIN LUHANA LLP**
600 Third Ave., 12th Fl.
New York, NY 10016
Tel: (888) 480-1123
Fax: (888) 499-1123
luhana@chaffinluhana.com