UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) ) | | |
| PRODUCTS LIABILTY LITIGATION ) | MDL NO. 2592 | |
| ) | | |
| ) | SECTON:   L | |
| ) | | |
| ) | JUDGE: ELDON E. FALLON | |
| ) | | |
| ) | MAG. JUDGE: MICHAEL NORTH | |

THIS DOCUMENTS RELATES TO:

**DANIEL BARNEY**

Civil Action No. 2:15-cv-05065

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record,

IT IS HEREBY ORDERED that Roopal P. Luhana, Esq. and Chaffin Luhana LLP are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2019 at New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE