## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing

1. Notice of Submission;

2. Motion to Withdraw as Counsel of Record;

3. Memorandum in Support of Motion to Withdraw as Counsel of Record;

4. Affidavit of Roopal P. Luhana, Esq., in Support of the Motion to Withdraw of Counsel of Record with Exhibits A-F;

5. Attorney Verification of Roopal P. Luhana, Esq., in Support of the Motion to Withdraw of Counsel of Record; and

6. Proposed Order;

have contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, and further that Plaintiff's next of kin, Brian Barney was served with copies of the foregoing via Federal Express.

/s/Roopal P. Luhana
Roopal P. Luhana