ALABAMA

Case 2:14-md-02592-EEF-MBN   Document 11855-1   Filed 11/29/18   Page 1 of 1

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

| # | Field | Value |
|---|---|---|
| 1 | DECEASED LEGAL NAME (First, Middle, Last) | Carroll Duane SULLIVAN |
| 2 | LAST NAME PRIOR TO FIRST MARRIAGE | |
| 3 | COUNTY OF DEATH | Blount |
| 4 | CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | Pinson 35126 |
| 5 | INSIDE CITY LIMITS? | No |
| 6 | PLACE OF DEATH | 21694 State Hwy 79 |
| 7 | IF HOSPITAL | |
| 8 | SEX | Male |
| 9 | SOCIAL SECURITY NUMBER | 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 |
| 10 | BIRTHPLACE | Alabama |
| 11 | AGE | 63 |
| 12 | DATE OF BIRTH | January 11, 1955 |
| 13 | MARITAL STATUS | Divorced |
| 14 | EVER IN US ARMED FORCES? | No |
| 15 | SURVIVING SPOUSE | |
| 16 | DECEASED RESIDENCE-STATE | Alabama |
| 17 | COUNTY | Blount |
| 18 | CITY, TOWN, OR LOCATION AND ZIP CODE | Pinson 35126 |
| 19 | STREET ADDRESS | 21694 State Hwy 79 |
| 20 | INSIDE CITY LIMITS? | No |
| 21 | FATHER/PARENT NAME | Carroll V Sullivan |
| 22 | MOTHER/PARENT NAME | Erin R Cheshire |
| 23 | INFORMANT NAME AND RELATIONSHIP | Cathy McGettigan, sister |
| 24 | MAILING ADDRESS OF INFORMANT | 1412 Morris Majestic Road Morris AL Jeff 35116 |
| 25 | DATE OF DISPOSITION | March 14, 2018 |
| 26 | METHOD OF DISPOSITION | Burial |
| 27 | CEMETERY OR CREMATORY | Jefferson Memorial Gardens East |
| 28 | LOCATION | Trussville, Alabama |
| 29 | FUNERAL HOME | Ridout's Trussville 1500 Gadsden Hwy Birmingham AL 35235 |
| 30 | FUNERAL HOME (License Number) | 0227 |
| 31 | FUNERAL DIRECTOR'S SIGNATURE | Eugene B. Thomas |
| 32 | DATE SIGNED BY FUNERAL DIRECTOR | 3/29/18 |
| 33 | FUNERAL DIRECTOR (License Number) | 6328 |
| 34 | Certifying Physician | (signed) |
| 35 | DATE SIGNED | 4/5/2018 |
| 36 | DATE OF DEATH | March 11, 2018 |
| 37 | TIME OF DEATH | 10:25pm |
| 40 | NAME, ADDRESS OF PERSON CERTIFYING CAUSE OF DEATH | Dr John Davis MD 5577 Chalkville Mt Rd Birmingham AL 35235 |
| 41 | LICENSE NUMBER | 12531 |
| 42 | REGISTRAR – Signature | Nicole Coleat |
| 43 | DATE FILED | April 12, 2018 |

**MEDICAL CERTIFICATION**

44. PART I. CAUSE OF DEATH

| | Cause | Approximate interval |
|---|---|---|
| a | Chronic Obstructive Pulmonary Disease | 15 years |
| b | Oxygen Dependency on Hypoxia | 5 years |
| c | Atrial Arrhythmia | 5 years |
| d | Hypertension | 15 years |

46. MANNER OF DEATH: Natural

47. DID TOBACCO USE CONTRIBUTE TO DEATH? Yes

NAME OF DECEASED: Carroll Duane Sullivan

THIS IS A LEGAL RECORD AND MUST BE FILED WITHIN FIVE (5) DAYS AFTER DEATH.

ADPH-HS-2 Rev. 011116

---

This is a true and exact copy of the record on file with
The Jefferson County Department of Health

(signed) Ronald Jinks
Signature of Local or Deputy Registrar

April 12 2018
Date of Issue