# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| LINDA RIDDLE, INDIVIDUALLY AND ) AS PERSONAL REPRESENTATIVE OF ) THE ESTATE OF JOSEPH RIDDLE, ) DECEASED, ) | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| ) | |
| Plaintiff, ) ) | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. ) ) | Civil Action No.: 2:17-cv-3741 |
| JANSSEN RESEARCH & ) DEVELOPMENT LLC f/k/a JOHNSON ) AND JOHNSON PHARMACEUTICAL ) RESEARCH AND DEVELOPMENT ) LLC, JANSSEN ORTHO LLC, ) JANSSEN PHARMACEUTICALS, INC. ) f/k/a JANSSEN PHARMACEUTICA ) INC. f/k/a ORTHO-MCNEIL-JANSSEN ) PHARMACEUTICALS, INC., BAYER ) HEALTHCARE PHARMACEUTICALS, ) INC., BAYER PHARMA AG, BAYER ) CORPORATION, BAYER ) HEALTHCARE LLC, BAYER ) HEALTHCARE AG, and BAYER AG, ) ) Defendants. ) _____ ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **MORGAN AND MORGAN COMPLEX LITIGATION GROUP**<br>*Attorneys for Plaintiff*<br><br>By: /s/ Joseph T. Waechter<br>Joseph T. Waechter<br>Florida Bar Number 0092593<br>Michael Goetz<br>Florida Bar Number 0963984<br>201 N. Franklin St., Suite 700<br>Tampa, FL 33602<br>Email: JWaechter@forthepeople.com<br>Email: MGoetz@forthepeople.com<br>Phone: (813) 223-5505<br>Fax: (813) 222-4730<br><br>Dated: November 29, 2018 | **DRINKER BIDDLE & REATH LLP**<br>*Attorneys for Defendants*<br>*Janssen Pharmaceuticals, Inc.,*<br>*Janssen Research & Development LLC,*<br>*and Janssen Ortho LLC*<br><br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, NJ 07932<br>Phone: (973) 549-7350<br>Fax: (973) 360-9831<br>Email: susan.sharko@dbr.com<br><br>Dated: November 29, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>*Attorneys for Defendants*<br>*Bayer Healthcare Pharmaceuticals Inc.*<br>*and Bayer Pharma AG*<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, NY 10019-7910<br>Tel: (212) 836-8485<br>Fax: (212) 836-6485<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br>Email: andrew.solow@arnoldporter.com<br>Email: william.hoffman@arnoldporter.com<br><br>Dated: November 29, 2018 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
*Liaison Counsel for Defendants*

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Dated: November 29, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

    /s/ Joseph T. Waechter