# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*CARROLL SULLIVAN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-10439-EEF-MBN

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Erin Sullivan as plaintiff of behalf of her deceased son, Carroll Sullivan.

1. Carroll Sullivan filed a claim against defendants on October 10, 2017.

2. Subsequently, plaintiff's counsel was notified that Carroll Sullivan died on March 11, 2018.

3. Carroll Sullivan's action against the defendants survived his death and was not extinguished.

4. Erin Sullivan, mother of Carroll Sullivan, is a proper party to substitute for plaintiff-decedent Carroll Sullivan and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Erin Sullivan requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  November 28, 2018        Respectfully submitted,

                                                /s/  William L. Bross
                                                William L. Bross
                                                AL State Bar No. 9703O71W
                                                HENINGER GARRISON DAVIS, LLC
                                                2224 First Avenue North
                                                Birmingham, AL  35203
                                                Telephone: (205) 326-3336
                                                Facsimile: (205) 326-3332
                                                william@hgdlawfirm.com

                                                *One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on November 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                 */s/ William L. Bross*
                                                                 William L. Bross