AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Linda Seeley ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 2:16-cv-4338 |
| Janssen Research & Development, LLC, et al ) | |
| _Defendant_ ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:     Dr. Zafar Mirza

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Holiday Inn Express Bradford<br>30 Tarport Drive Extension<br>Bradford, PA   16701 | Date and Time:<br>12/12/2018 9:00 am |
|---|---|---|

The deposition will be recorded by this method:   certified court reporter and videographer

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   11/15/2018

_CLERK OF COURT_

OR

_____        _____
_Signature of Clerk or Deputy Clerk_                _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Linda Seeley
_____ , who issues or requests this subpoena, are:
Andre' P. LaPlace, 2762 Continental Dr, Ste 103, Baton Rouge, LA  70808   (225)924-6898   alaw@andrelaplace.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:16-cv-4338

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: by Certified Mail
Dr. Zafar Mirza, 2223 West State St., Ste 115
Olean, NY 14760 on *(date)* 11/26/2018 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 51.50 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/29/18

_____
*Server's signature*

Andre' P. LaPlace, Attorney
*Printed name and title*

2762 Continental Dr. Ste. 103,
Baton Rouge, LA 70808
*Server's address*

Additional information regarding attempted service, etc.: