UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> This Document Relates to Linda Seeley : <br> v. Janssen Research & Development, : <br> LLC, et al : <br> : <br> Case Number 2:16-cv-4338 : | MDL No. 2592 <br><br> SECTION L <br><br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF NON-PARTY DR. ZAFAR MIRZA

To:   Dr. Zafar Mirza, 2223 West State Street, Suite 115, Olean, New York  14760

**PLEASE TAKE NOTICE** that Plaintiff by and through her counsel of record will take the oral and video deposition of non-party, Dr. Zafar Mirza on December 12, 2018 commencing at 09:00 a.m. at the Holiday Inn Express Bradford, 30 Tarport Drive Extension, Bradford, Pennsylvania 16701.

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

Dated:  November 15, 2018

Respectfully submitted,

By: _/s/Andre' P. LaPlace_____
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

Andrew K. Solow
Arnold & Porter LLP
Andrew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
Drinker Biddle & Reath LLP
Susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**