# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE ELDON E. FALLON |
| CLINTON SESCO ) | |
| ) | MAGISTRATE JUDGE NORTH |
| 2:16-CV-07063 ) | |
| ) | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs the Honorable Court of the death of the Plaintiff, Clinton Sesco.

Dated: September 13, 2017           Respectfully submitted,

                                            By: */s/ Andrew W. Callahan*_____
                                            Andrew W. Callahan, IL Bar No. 6298280
                                            Krystal K. Weigl, IL Bar No. 6316929
                                            Flint Law Firm, LLC
                                            222 E Park St. Suite 500
                                            Edwardsville, IL 62025
                                            Phone: 618-288-4777
                                            Fax: 618-288-2864
                                            kweigl@flintfirm.com
                                            acallahan@flintfirm.com
                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2017, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Krystal K. Weigl, IL Bar No. 6316929
Flint Law Firm, LLC
222 E Park St. Suite 500
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
kweigl@flintfirm.com
acallahan@flintfirm.com
*Attorneys for Plaintiffs*