# Exhibit 2

# CERTIFICATE OF DEATH

Ohio Department of Health - Vital Statistics

Reg. Dist. No. 73
Primary Reg. Dist. No. 7301
Registrar's No. 2017000249
State File No. 2017041132

## DECEDENT

**1. Decedent's Legal Name:** CLINTON RAY SESCO
**2. Sex:** MALE
**3. Date of Death:** APRIL 22, 2017
**4. Social Security Number:** [redacted]
**5a. Age (Years):** 44
**6. Date of Birth:** [redacted]
**7. Birthplace:** FLOYD COUNTY, KENTUCKY
**8a. Residence State:** OHIO
**8b. County:** SCIOTO
**8c. City or Town:** PORTSMOUTH
**8d. Street and Number:** 2209 CHARLES STREET
**8f. Zipcode:** 45662
**8g. Inside City Limits?:** YES
**9. Ever in US Armed Forces?:** NO
**10. Marital Status at Time of Death:** NEVER MARRIED
**12. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** CHESTER SESCO
**16. Mother's Name (prior to first marriage):** DELLA IRENE FRALEY
**17a. Informant's Name:** JUDY FRALEY
**17b. Relationship to Decedent:** AUNT
**17c. Mailing Address:** 2209 CHARLES STREET, PORTSMOUTH, OHIO 45662
**18a. Place of Death:** DECEDENT'S HOME
**18b. Facility Name:** 2209 CHARLES STREET
**18c. City or Town, State and Zip Code:** PORTSMOUTH, OH 45662
**18d. County of Death:** SCIOTO

## DISPOSITION

**19. Signature of Funeral Service Licensee or Other Agent:** JAMES M HAMMER
**20. License Number:** 009083
**21. Name and Complete Address of Funeral Facility:** MELCHER FUNERAL HOME INC, 1417 OFFNERE ST, PORTSMOUTH, OH 45662
**22a. Method of Disposition:** BURIAL
**22b. Date of Disposition:** APRIL 25, 2017
**22c. Place of Disposition:** WHITAKER
**22d. Location:** EAST POINT, KY

## REGISTRAR

**23. Registrar's Signature:** Melissa Spence
**24. Date Filed:** April 27, 2017
**25a. Name of Person Issuing Disposition Permit:** SPENCE, MELISSA
**25b. District No.:** 7301
**25c. Date Disposition Permit Issued:** 4-25-17

## CERTIFIER

**26a. Certifier:** [X] Certifying Physician
**26b. Time of Death:** 100
**26c. Date Pronounced Dead:** 4.22.17
**26d. Was the Medical Examiner or Coroner Contacted?:** NO
**26e. Signature and Title of Certifier:** [signature] MD
**26f. License number:** 35.083784
**26g. Date Signed:** 4.24.17
**27. Name and Address of Person who Completed Cause of Death:** CYNTHIA GEMS HAMM, 8792 ST RT 335, MINFORD, OH 45653

## CAUSE OF DEATH

**28. Part I.**
a. Immediate Cause: ESRD S/P HD — Approximate Interval: months to years

**Part II. Other significant conditions:** HTN, DM2, heart disease

**29a. Was An Autopsy Performed?:** No
**30. Did Tobacco Use Contribute to Death?:** No
**32. Manner of Death:** Natural

HEA 2724 Rev. 07/15-09/16