**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE ELDON E. FALLON |
| *ETTA J. THOMPSON,* Case No. 2:16-cv-06808 | MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION**
**FOR ORDER TO SHOW CAUSE REGARDING**
**PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED**
**PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Pursuant to Defendants' Motion for Order to Show Cause regarding Plaintiffs who have failed to serve a fully complete updated Plaintiff Fact Sheet pursuant to CMO 6 in MDL No. 2592 filed on November 20, 2018 (Doc. No. 11767), a Stipulation of Dismissal with Prejudice was filed on November 15, 2018 (Doc No. 11693) dismissing all of Plaintiff Etta J. Thompson's claims with prejudice against Defendants.  (Attached hereto as Exhibit 1).  Therefore Plaintiff should be removed from the Order to Show Cause hearing docket on December 12, 2018.

Dated: November 30, 2018

Respectfully submitted,

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)

bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By:     s/ *Emanuella J. Paulos*
        Emanuella J. Paulos
        Attorney for Plaintiff