UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Linda Johnson v. Janssen Research &* | : | |
| *Development LLC, et al; 2:17-cv-03824* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE AS TO WHY PLAINTIFF'S CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROVIDE MEDICAL RECORD AUTHORIZATIONS PURSUANT TO PTO 13**

Plaintiff Linda Johnson has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. This is a CMO 6 Wave 1 case that was randomly selected on April 30, 2018. Initial discovery in this case closes on February 12, 2019. However, Defendants have been unable to proceed with discovery and collect pertinent medical records because Plaintiff has failed to provide updated HIPAA authorizations as required by PTO 13(c). Specifically, PTO 13(c) provides: "Plaintiffs shall cooperate with Defendants, and shall respond to Defendants' requests for signatures for new or location specific authorizations within ten (10) days of being requested to do so." The facility where Plaintiff treated for her alleged bleeding event requires a proprietary authorization before it will release records relating to the Plaintiff's medical treatment. In addition, three other facilities also require proprietary authorizations before they will release records pertaining to the Plaintiff.

1

On August 1, 2018—more than 115 days ago—Defendants' counsel first requested the authorization for the facility where Plaintiff treated for her alleged bleeding event and have followed up more than fifteen times, but Plaintiff has still not produced the requested authorization. Similarly, Defendants' counsel followed up multiple times regarding the other three proprietary authorizations, but Plaintiff still has not produced them despite the fact that they were first requested 130 days ago, 95 days ago, and 55 days ago, respectively. Without these authorizations, Defendants cannot collect medical records, including records from the key provider who treated the Plaintiff for her alleged bleeding event.

Failure to show cause by appearing before this Court at 9:00 am on December 12, 2018, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this 30th day of November 2018.

_____
United States District Judge