**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 PRODUCTS<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rolland Ives v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:15-cv-03178*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Honorable Court of the death of the Plaintiff, Rolland Ives, which occurred on April 17, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of the estate of Rolland Ives.

Dated: November 30, 2018         Respectfully submitted,

                                                          HILLIARD MARTINEZ GONZALES **LLP**

                                        By: /s/ T. Christopher Pinedo
                                             Robert C. Hilliard
                                             Texas State Bar No. 09677700
                                             Federal Bar No. 5912
                                             Catherine Tobin
                                             Texas State Bar No. 24013642
                                             Federal Bar No. 25316
                                             John Martinez
                                             Texas State Bar No. 24010212

2

        Federal Bar No. 23612
        T. Christopher Pinedo
        Texas State Bar No. 00788935
        Federal Bar No. 17993
        David O.B. Runcie
        Texas State Bar No. 24086263
        Federal Bar No. 3242974

        719 S. Shoreline, Suite 500
        Corpus Christi, Texas 78401
        361-882-1612 Telephone
        361-882-3015 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ T. Christopher Pinedo
        T. Christopher Pinedo