UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 PRODUCTS<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Rolland Ives v. Janssen Research & Development, LLC, et al;*

Civil Action No.: 2:15-cv-03178

## MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff Rolland Ives, pursuant to Federal Rule of Civil procedure 25(a)(1), moves for an order substituting Cleo Ives, on behalf of the Estate of Rolland Ives as Plaintiff in the above captioned case.

1. Roland Ives filed a products liability lawsuit against defendants on August 3, 2015.

2. Plaintiff Rolland Ives died on April 17, 2017.

3. Rolland Ives's products liability action against defendant survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on November 30, 2018, attached hereto as Exhibit A.

5. Cleo Ives, as the Surviving Spouse of Rolland Ives is a proper party to substitute for Plaintiff-decedent Rolland Ives and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: November 30, 2018                    Respectfully submitted,

HILLIARD MARTINEZ GONZALES **LLP**

By: /s/ T. Christopher Pinedo
Robert C. Hilliard
Texas State Bar No. 09677700
Federal Bar No. 5912
Catherine Tobin
Texas State Bar No. 24013642
Federal Bar No. 25316
John Martinez
Texas State Bar No. 24010212
Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993
David O.B. Runcie
Texas State Bar No. 24086263
Federal Bar No. 3242974

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ T. Christopher Pinedo
T. Christopher Pinedo