# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 PRODUCTS<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rolland Ives v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:15-cv-031788*

## ORDER

  This matter having come before the Court on Plaintiff's unopposed Motion to Substitute Party Plaintiff, the Court having reviewed such and being otherwise sufficiently advised:

  IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party Plaintiff is hereby GRANTED.

New Orleans, Louisiana this_____ day of _____, 2018.

                       _____
                        Honorable Eldon E. Fallon
                        United States District Court Judge