# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAG. JUDGE NORTH** |
| **Clinton Sesco, Case No. 2:17-cv-07891** | |

## AMENDED MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Clinton Sesco with Judy Fraley, surviving aunt of Clinton Sesco, and in support states as follows:

1. Plaintiff-decedent Clinton Sesco passed away on or about April 22, 2017, as reported to the Court in the attached Amended Notice and Suggestion of Death (Ex. 1) and the redacted death certificate (Ex. 2).

2. Judy Fraley, surviving aunt of Clinton Sesco, is a proper party to substitute for Plaintiff-decedent Clinton Sesco and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Counsel for Plaintiff respectfully requests that she be substituted for the deceased Plaintiff in this cause of action.

Dated: December 3, 2018

                                        RESPECTFULLY SUBMITTED,

*s/ Jacob A. Flint*
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone: 618-205-2017
Fax: 618-288-2864
jflint@flintlaw.com

      I hereby certify that on December 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>s/Jacob A. Flint</u>
