# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Clinton Sesco, Case No. 2:17-cv-07891 | |

## AMENDED NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of the Plaintiff, Clinton Sesco, on April 22, 2017. The cause of death was kidney failure, sepsis, and heart disease.

Dated: December 3, 2018

RESPECTFULLY SUBMITTED,

*s/ Jacob A. Flint*
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone: 618-205-2017
Fax: 618-288-2864
jflint@flintlaw.com

I hereby certify that on December 3, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<i><u>s/Jacob A. Flint</u></i>

# CERTIFICATE OF DEATH

Ohio Department of Health - Vital Statistics

Reg. Dist. No. 73
Primary Reg. Dist. No. 7301
Registrar's No. 2017000249
State File No. 2017041132

**1. Decedent's Legal Name:** CLINTON RAY SESCO
**2. Sex:** MALE
**3. Date of Death:** APRIL 22, 2017
**5a. Age (Years):** 44
**6. Date of Birth:** [redacted]
**7. Birthplace:** FLOYD COUNTY, KENTUCKY
**8a. Residence State:** OHIO
**8b. County:** SCIOTO
**8c. City or Town:** PORTSMOUTH
**8d. Street and Number:** 2209 CHARLES STREET
**8f. Zipcode:** 45662
**8g. Inside City Limits?** YES
**9. Ever in US Armed Forces?** NO
**10. Marital Status at Time of Death:** NEVER MARRIED
**12. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** CHESTER SESCO
**16. Mother's Name (prior to first marriage):** DELLA IRENE FRALEY
**17a. Informant's Name:** JUDY FRALEY
**17b. Relationship to Decedent:** AUNT
**17c. Mailing Address:** 2209 CHARLES STREET, PORTSMOUTH, OHIO 45662
**18a. Place of Death:** DECEDENT'S HOME
**18b. Facility Name:** 2209 CHARLES STREET
**18c. City or Town, State and Zip Code:** PORTSMOUTH, OH 45662
**18d. County of Death:** SCIOTO
**19. Signature of Funeral Service Licensee or Other Agent:** JAMES M HAMMER
**20. License Number:** 009083
**21. Name and Complete Address of Funeral Facility:** MELCHER FUNERAL HOME INC, 1417 OFFNERE ST, PORTSMOUTH, OH 45662
**22a. Method of Disposition:** BURIAL
**22b. Date of Disposition:** APRIL 25, 2017
**22c. Place of Disposition:** WHITAKER
**22d. Location:** EAST POINT, KY
**23. Registrar's Signature:** Melissa Spence
**24. Date Filed:** April 27, 2017
**25a. Name of Person Issuing Disposition Permit:** SPENCE, MELISSA
**25b. District No.:** 7301
**25c. Date Disposition Permit Issued:** 4-25-17
**26a. Certifier:** Certifying Physician
**26b. Time of Death:** 100
**26c. Date Pronounced Dead:** 4.22.17
**26d. Was the Medical Examiner or Coroner Contacted?** NO
**26e. Signature and Title of Certifier:** MD
**26f. License number:** 35.083784
**26g. Date Signed:** 4.24.17
**27. Name and Address of Person who Completed Cause of Death:** CYNTHIA GEMS HAMM, 8792 ST RT 335, MINFORD, OH 45653

**28. Part I. Cause of Death:**
a. Immediate Cause: ESRD S/P HD — Approximate Interval: months to years

**Part II. Other significant conditions contributing to death:** HTN, DM2, heart disease

**29a. Was An Autopsy Performed?** No
**30. Did Tobacco Use Contribute to Death?** No
**32. Manner of Death:** Natural

HEA 2724 Rev. 07/15-09/16