IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAG. JUDGE NORTH** |
| **Clinton Sesco, Case No. 2:16-cv-07063** | |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the court on Plaintiff's Amended Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Judy Fraley, as surviving aunt of Clinton Sesco, deceased, is substituted as Plaintiff in this action and the Amended Motion to Substitute Party Plaintiff is GRANTED.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge