# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document Relates to: | JUDGE ELDON E. FALLON |
| *Robert Valdati and Doreen Valdati v. Janssen Research & Development, LLC, et al.;* Civil Action No.: 18-cv- 09216-EEF-MBN | MAG. JUDGE NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed.R.Civ. 41(a)(1)(A)(i), Plaintiffs Robert Valdati and Doreen Valdati hereby dismisses with prejudice all claims or causes of action against all Defendants in this case.

No Court Order is required to dismiss this action pursuant to Fed.R.Civ. 41(a)(1)(A)(i) because no party to this specific action has filed an answer or moved for summary judgment.

DATED: December 3, 2018                Respectfully submitted,

                                                      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                       By:   */s/ Wendy R. Fleishman*
                                                   Wendy R. Fleishman
                                                   250 Hudson Street, 8th Floor
                                                   New York, NY  10013-1413
                                                   Telephone: (212) 355-9500
                                                   Facsimile: (212) 355-9592
                                                   wfleishman@lchb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

DATED:  December 3, 2018                                   */s/ Wendy R. Fleishman*