UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) ) <br> PRODUCTS LIABILTY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTON:    L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

THIS DOCUMENTS RELATES TO:

DANIEL BARNEY

Civil Action No. 2:15-cv-05065

## ORDER

Considering the foregoing Memorandum in Response to Show Cause Regarding Plaintiffs With Alleged Plaintiff Fact Deficiencies

IT IS HEREBY ORDERED that Plaintiff be permitted 120 days from entry of this Order for Plaintiff's Next of Kin, Brian Barney to respond to the pending Order to Show Cause.

DONE AND SIGNED this _____ day of _____, 2019 at New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE