## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the above and foregoing Memorandum in Response to Show Cause Regarding Plaintiffs With Alleged Plaintiff Fact Deficiencies and Proposed Order to be contemporaneously served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, and further that I caused Plaintiff's next of kin, Brian Barney to be served with a copy of the foregoing via Federal Express.

                                          /s/Roopal P. Luhana
                                          Roopal P. Luhana