# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| James Arthur Gipson, | ) | CASE NO: 2:17-cv-08064 |
| | ) | |
| Plaintiff | ) | **SUGGESTION OF DEATH** |
| | ) | **ON THE RECORD** |
| v. | ) | |
| | ) | |
| Janssen Research & Development, et al., | ) | |
| Defendant(s) | ) | |

## PLAINTIFF'S SUGGESTION OF DEATH ON THE RECORD

Counsel for Plaintiff in the above-referenced action, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff James Arthur Gipson, which occurred on or about July 25, 2018.

Dated December 3, 2018            Respectfully Submitted,

                                                 s/ *Calle M. Mendenhall*
                                                 Calle M. Mendenhall
                                                 Farris, Riley & Pitt, L.L.P.
                                                 505 20th Street North, Suite 1700
                                                 Birmingham, AL 35203
                                                 (205)324-1212
                                                 Fax: (205)324-1255
                                                 E-Mail: cmendenhall@frplegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2018, a copy of the foregoing document was filed electronically using the CM/ECF system which will send notification of each such filing to the parties denoted in the Electronic Mail Notice List.

                                    */s/ Calle M. Mendenhall*
                                    Calle M. Mendenhall