UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**This Document Relates to:**
*See Attached Exhibit A*

# PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs, by and through counsel, and pursuant to Local Rule 83.2.11, move for withdrawal and substitution of counsel as follows:

The Plaintiffs request that Michelle L. Marvel and the law firm of Bartimus, Frickleton, Robertson, Rader, PC, be granted leave to withdraw as counsel in MDL No. 2592 and for the Plaintiffs listed in Exhibit A.

The Plaintiffs further request the substitution of attorneys Bradley D. Honnold, Kirk J. Goza, and Lisa R. Joyce of Goza & Honnold, LLC as counsel for Plaintiffs listed in Exhibit A.

WHEREFORE, the Plaintiffs respectfully request that attorney Michelle L. Marvel and the law firm of Bartimus, Frickleton, Robertson, Rader, PC be granted leave to withdraw as counsel in the main MDL No. 2592 and for the Plaintiffs listed in Exhibit A, and that attorneys Bradley D. Honnold, Kirk J. Goza, and Lisa R. Joyce of Goza & Honnold, LLC be substituted therefor.

Dated: December 3, 2018

1

Respectfully submitted,

**BARTIMUS FRICKLETON ROBERTSON RADER, P.C.**

**BY:** */s/ Michelle L. Marvel*_____
**MICHELLE L. MARVEL, MO 59815, KS 23511**
**11150 Overbrook Road, Suite 200**
**Leawood, KS 66211**
**(913) 266-2300 (tel)**
**(913) 266-2366 (fax)**
mmarvel@bflawfirm.com

**GOZA & HONNOLD, L.L.C.**

**BY:** */s/ Bradley D. Honnold*_____
**BRADLEY D. HONNOLD**
     **MO 39818, KS 22972**
**KIRK J. GOZA, MO 32475, KS 22330**
**LISA R. JOYCE, MO 50367, KS 20657**
**9500 Nall Avenue #400**
**Overland Park, KS 66207**
**Telephone: (913) 451-3433**
bhonnold@gohonlaw.com
kgoza@gohonlaw.com
ljoyce@gohonlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 3, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in MDL 2592 pursuant to Pre-Trial Order No. 17.

_____/s/ Michelle L. Marvel_____