UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**This Document Relates to:**
*See Attached Exhibit A*

# ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Michelle L. Marvel and the law firm of Bartimus, Frickleton, Robertson, Rader, PC are withdrawn as attorneys of record in MDL No. 2592 and for the Plaintiffs listed in Exhibit A.

IT IS FURTHER ORDERED that attorneys Bradley D. Honnold, Kirk J. Goza, and Lisa R. Joyce of Goza & Honnold, LLC are substituted as the attorneys of record for the Plaintiffs listed in Exhibit A.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
The Honorable Eldon E. Fallon
United States District Court Judge