# EXHIBIT A

| Case Caption | Civil Action No. |
|---|---|
| Alexander v. Janssen Research & Development LLC, et al. | 2:16-cv-03663 |
| Arriola v. Janssen Research & Development LLC, et al. | 2:16-cv-04116 |
| Atherton v. Janssen Research & Development LLC, et al. | 2:16-cv-14604 |
| Auckerman v. Janssen Research & Development LLC, et al. | 2:15-cv-01804 |
| Austin v. Janssen Research & Development LLC, et al. | 2:15-cv-03233 |
| Barrier v. Janssen Research & Development LLC, et al. | 2:16-cv-07688 |
| Beltran v. Janssen Research & Development LLC, et al. | 2:16-cv-06244 |
| Berry v. Janssen Research & Development LLC, et al. | 2:16-cv-10573 |
| Biddle v. Janssen Research & Development LLC, et al. | 2:16-cv-00235 |
| Black v. Janssen Research & Development LLC, et al. | 2:16-cv-06616 |
| Boatright v. Janssen Research & Development LLC, et al. | 2:16-cv-12595 |
| Bobb v. Janssen Research & Development LLC, et al. | 2:16-cv-07698 |
| Booth v. Janssen Research & Development LLC, et al. | 2:15-cv-01314 |
| Bowman v. Janssen Research & Development LLC, et al. | 2:16-cv-09870 |
| Brooks v. Janssen Research & Development LLC, et al. | 2:16-cv-12596 |
| Brown v. Janssen Research & Development LLC, et al. | 2:15-cv-03402 |
| Brunner v. Janssen Research & Development LLC, et al. | 2:17-cv-02599 |
| Burns v. Janssen Research & Development LLC, et al. | 2:16-cv-12597 |
| Bush v. Janssen Research & Development LLC, et al. | 2:16-cv-07709 |
| Carey-Keeton v. Janssen Research & Development LLC, et al. | 2:16-cv-04146 |

| | |
|---|---|
| Carney v. Janssen Research & Development LLC, et al. | 2:16-cv-12599 |
| Casanova v. Janssen Research & Development LLC, et al. | 2:16-cv-00052 |
| Chandler v. Janssen Research & Development LLC, et al. | 2:16-cv-01821 |
| Chavis v. Janssen Research & Development LLC, et al. | 2:15-cv-01016 |
| Clark v. Janssen Research & Development LLC, et al. | 2:15-cv-07163 |
| Clinding v. Janssen Research & Development LLC, et al. | 2:16-cv-09949 |
| Cobb v. Janssen Research & Development LLC, et al. | 2:15-cv-00621 |
| Cockrell v. Janssen Research & Development LLC, et al. | 2:16-cv-12600 |
| Cole v. Janssen Research & Development LLC, et al. | 2:16-cv-12603 |
| Coleman v. Janssen Research & Development LLC, et al. | 2:16-cv-07727 |
| Conlon v. Janssen Research & Development LLC, et al. | 2:16-cv-09974 |
| Crittenden v. Janssen Research & Development LLC, et al. | 2:16-cv-12605 |
| Cunningham v. Janssen Research & Development LLC, et al. | 2:16-cv-10009 |
| Davis v. Janssen Research & Development LLC, et al. | 2:16-cv-10017 |
| Dean v. Janssen Research & Development LLC, et al. | 2:16-cv-08064 |
| Dickinson v. Janssen Research & Development LLC, et al. | 2:15-cv-05415 |
| Dozier v. Janssen Research & Development LLC, et al. | 2:16-cv-10019 |
| Eady v. Janssen Research & Development LLC, et al. | 2:16-cv-12606 |
| Earnest v. Janssen Research & Development LLC, et al. | 2:16-cv-10612 |
| Estes v. Janssen Research & Development LLC, et al. | 2:17-cv-09506 |
| Evans v. Janssen Research & Development LLC, et al. | 2:16-cv-07647 |
| Fernandez v. Janssen Research & Development LLC, et al. | 2:16-cv-10634 |
| Fields v. Janssen Research & Development LLC, et al. | 2:16-cv-08168 |

| | |
|---|---|
| Fischer v. Janssen Research & Development LLC, et al. | 2:16-cv-00099 |
| Fletcher v. Janssen Research & Development LLC, et al. | 2:16-cv-14242 |
| Freeman v. Janssen Research & Development LLC, et al. | 2:16-cv-07741 |
| Fritz v. Janssen Research & Development LLC, et al. | 2:16-cv-01823 |
| Galterio v. Janssen Research & Development LLC, et al. | 2:16-cv-00056 |
| Garcia v. Janssen Research & Development LLC, et al. | 2:16-cv-10651 |
| Garcia v. Janssen Research & Development LLC, et al. | 2:16-cv-12607 |
| Gervolino v. Janssen Research & Development LLC, et al. | 2:16-cv-10703 |
| Goolsby v. Janssen Research & Development LLC, et al. | 2:16-cv-12608 |
| Green v. Janssen Research & Development LLC, et al. | 2:15-cv-03404 |
| Griffin v. Janssen Research & Development LLC, et al. | 2:16-cv-00062 |
| Gunter v. Janssen Research & Development LLC, et al. | 2:15-cv-01429 |
| Gurley v. Janssen Research & Development LLC, et al. | 2:17-cv-01099 |
| Hall v. Janssen Research & Development LLC, et al. | 2:16-cv-12609 |
| Hampton v. Janssen Research & Development LLC, et al. | 2:16-cv-07753 |
| Haney v. Janssen Research & Development LLC, et al. | 2:16-cv-00957 |
| Hansen v. Janssen Research & Development LLC, et al. | 2:14-cv-02996 |
| Hansen v. Janssen Research & Development LLC, et al. | 2:16-cv-10100 |
| Hayden v. Janssen Research & Development LLC, et al. | 2:16-cv-00960 |
| Haywood v. Janssen Research & Development LLC, et al. | 2:16-cv-12543 |
| Hegner v. Janssen Research & Development LLC, et al. | 2:16-cv-00984 |
| Hershberger v. Janssen Research & Development LLC, et al. | 2:15-cv-02482 |
| Hill v. Janssen Research & Development LLC, et al. | 2:16-cv-12615 |

| | |
|---|---|
| Hodge v. Janssen Research & Development LLC, et al. | 2:16-cv-00988 |
| Hodgkin v. Janssen Research & Development LLC, et al. | 2:15-cv-04817 |
| Holland v. Janssen Research & Development LLC, et al. | 2:15-cv-00863 |
| Holloway v. Janssen Research & Development LLC, et al. | 2:17-cv-00356 |
| Homan v. Janssen Research & Development LLC, et al. | 2:16-cv-08730 |
| Hooper v. Janssen Research & Development LLC, et al. | 2:16-cv-10110 |
| Howard v. Janssen Research & Development LLC, et al. | 2:16-cv-10120 |
| Hutchins v. Janssen Research & Development LLC, et al. | 2:16-cv-01825 |
| Jackson v. Janssen Research & Development LLC, et al. | 2:15-cv-05784 |
| Jiles v. Janssen Research & Development LLC, et al. | 2:16-cv-08963 |
| Johnson v. Janssen Research & Development LLC, et al. | 2:16-cv-12617 |
| Johnson v. Janssen Research & Development LLC, et al. | 2:16-cv-01838 |
| Johnson v. Janssen Research & Development LLC, et al. | 2:16-cv-08983 |
| Johnson v. Janssen Research & Development LLC, et al. | 2:16-cv-09055 |
| Jolley v. Janssen Research & Development LLC, et al. | 2:16-cv-07871 |
| Jones v. Janssen Research & Development LLC, et al. | 2:15-cv-05790 |
| Joyner v. Janssen Research & Development LLC, et al. | 2:16-cv-12547 |
| Kersey v. Janssen Research & Development LLC, et al. | 2:16-cv-01839 |
| Kirk v. Janssen Research & Development LLC, et al. | 2:16-cv-00101 |
| Kosanovich v. Janssen Research & Development LLC, et al. | 2:16-cv-12621 |
| Kruse v. Janssen Research & Development LLC, et al. | 2:16-cv-12626 |
| Lafferty v. Janssen Research & Development LLC, et al. | 2:16-cv-07660 |
| LaPlante v. Janssen Research & Development LLC, et al. | 2:16-cv-00069 |

| | |
|---|---|
| Latham v. Janssen Research & Development LLC, et al. | 2:16-cv-07878 |
| Lattimore v. Janssen Research & Development LLC, et al. | 2:16-cv-09102 |
| Lawson v. Janssen Research & Development LLC, et al. | 2:15-cv-05795 |
| Lenhart v. Janssen Research & Development LLC, et al. | 2:17-cv-02700 |
| Lester v. Janssen Research & Development LLC, et al. | 2:16-cv-01843 |
| Lowery v. Janssen Research & Development LLC, et al. | 2:15-cv-01929 |
| Luebbers v. Janssen Research & Development LLC, et al. | 2:16-cv-12628 |
| Lujan v. Janssen Research & Development LLC, et al. | 2:15-cv-01930 |
| Lyons v. Janssen Research & Development LLC, et al. | 2:16-cv-01847 |
| Marshall v. Janssen Research & Development LLC, et al. | 2:16-cv-12548 |
| Martin v. Janssen Research & Development LLC, et al. | 2:16-cv-10127 |
| Martins v. Janssen Research & Development LLC, et al. | 2:15-cv-05804 |
| Mast v. Janssen Research & Development LLC, et al. | 2:16-cv-01853 |
| Mayberry v. Janssen Research & Development LLC, et al. | 2:15-cv-05806 |
| McDowell v. Janssen Research & Development LLC, et al. | 2:15-cv-02484 |
| McMeans v. Janssen Research & Development LLC, et al. | 2:16-cv-00074 |
| Merrell v. Janssen Research & Development LLC, et al. | 2:16-cv-09166 |
| Miller v. Janssen Research & Development LLC, et al. | 2:15-cv-01932 |
| Minelli v. Janssen Research & Development LLC, et al. | 2:16-cv-10469 |
| Miszcwski v. Janssen Research & Development LLC, et al. | 2:16-cv-12630 |
| Mitchell v. Janssen Research & Development LLC, et al. | 2:16-cv-09182 |
| Moeckel v. Janssen Research & Development LLC, et al. | 2:16-cv-17622 |
| Moldovan v. Janssen Research & Development LLC, et al. | 2:16-cv-01030 |

| | |
|---|---|
| Monceaux v. Janssen Research & Development LLC, et al. | 2:16-cv-07889 |
| Morgan v. Janssen Research & Development LLC, et al. | 2:15-cv-05808 |
| Moylan v. Janssen Research & Development LLC, et al. | 2:16-cv-12632 |
| Nally v. Janssen Research & Development LLC, et al. | 2:15-cv-01475 |
| Neal v. Janssen Research & Development LLC, et al. | 2:16-cv-07895 |
| Nieves v. Janssen Research & Development LLC, et al. | 2:16-cv-07939 |
| Nolen v. Janssen Research & Development LLC, et al. | 2:16-cv-10478 |
| Nottingham v. Janssen Research & Development LLC, et al. | 2:15-cv-03405 |
| Owens v. Janssen Research & Development LLC, et al. | 2:16-cv-10487 |
| Pagan v. Janssen Research & Development LLC, et al. | 2:16-cv-09235 |
| Patterson v. Janssen Research & Development LLC, et al. | 2:16-cv-07667 |
| Peoples v. Janssen Research & Development LLC, et al. | 2:16-cv-09295 |
| Phelps v. Janssen Research & Development LLC, et al. | 2:15-cv-01933 |
| Pierce v. Janssen Research & Development LLC, et al. | 2:16-cv-09299 |
| Pietras v. Janssen Research & Development LLC, et al. | 2:16-cv-09320 |
| Pouncey v. Janssen Research & Development LLC, et al. | 2:16-cv-09342 |
| Powell v. Janssen Research & Development LLC, et al. | 2:16-cv-01864 |
| Powell v. Janssen Research & Development LLC, et al. | 2:16-cv-07949 |
| Powers v. Janssen Research & Development LLC, et al. | 2:16-cv-12640 |
| Primm v. Janssen Research & Development LLC, et al. | 2:16-cv-12641 |
| Quarrels v. Janssen Research & Development LLC, et al. | 2:16-cv-00118 |
| Ragston v. Janssen Research & Development LLC, et al. | 2:16-cv-09356 |
| Rakocy v. Janssen Research & Development LLC, et al. | 2:16-cv-01034 |

| | |
|---|---|
| Rauls v. Janssen Research & Development LLC, et al. | 2:16-cv-09495 |
| Redic v. Janssen Research & Development LLC, et al. | 2:16-cv-07962 |
| Richberg v. Janssen Research & Development LLC, et al. | 2:16-cv-12550 |
| Robinson v. Janssen Research & Development LLC, et al. | 2:16-cv-01866 |
| Rodriguez v. Janssen Research & Development LLC, et al. | 2:16-cv-01037 |
| Rohs v. Janssen Research & Development LLC, et al. | 2:16-cv-01043 |
| Roman v. Janssen Research & Development LLC, et al. | 2:15-cv-01959 |
| Salisbury v. Janssen Research & Development LLC, et al. | 2:15-cv-01489 |
| Sanders v. Janssen Research & Development LLC, et al. | 2:15-cv-00711 |
| Sarkar v. Janssen Research & Development LLC, et al. | 2:16-cv-12642 |
| Satterwhite v. Janssen Research & Development LLC, et al. | 2:16-cv-01048 |
| Sauerhafer v. Janssen Research & Development LLC, et al. | 2:16-cv-01869 |
| Sbisa v. Janssen Research & Development LLC, et al. | 2:16-cv-01871 |
| Shepherd v. Janssen Research & Development LLC, et al. | 2:17-cv-07413 |
| Siebert v. Janssen Research & Development LLC, et al. | 2:16-cv-12554 |
| Sipp v. Janssen Research & Development LLC, et al. | 2:15-cv-01965 |
| Smith v. Janssen Research & Development LLC, et al. | 2:17-cv-05198 |
| Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-09625 |
| Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-07984 |
| Smithhisler v. Janssen Research & Development LLC, et al. | 2:16-cv-10493 |
| Sosa v. Janssen Research & Development LLC, et al. | 2:17-cv-02335 |
| Stephens v. Janssen Research & Development LLC, et al. | 2:15-cv-03407 |
| Stern v. Janssen Research & Development LLC, et al. | 2:15-cv-03411 |

| | |
|---|---|
| Strout v. Janssen Research & Development LLC, et al. | 2:16-cv-12558 |
| Sullivan v. Janssen Research & Development LLC, et al. | 2:16-cv-12560 |
| Taylor v. Janssen Research & Development LLC, et al. | 2:16-cv-13810 |
| Thomas v. Janssen Research & Development LLC, et al. | 2:15-cv-03412 |
| Thomas v. Janssen Research & Development LLC, et al. | 2:16-cv-07991 |
| Thomas v. Janssen Research & Development LLC, et al. | 2:16-cv-10537 |
| Thornton v. Janssen Research & Development LLC, et al. | 2:16-cv-10549 |
| Tiernan v. Janssen Research & Development LLC, et al. | 2:16-cv-09642 |
| Tillman v. Janssen Research & Development LLC, et al. | 2:16-cv-12564 |
| Timinsky v. Janssen Research & Development LLC, et al. | 2:16-cv-10556 |
| Tobias v. Janssen Research & Development LLC, et al. | 2:16-cv-00078 |
| Torres v. Janssen Research & Development LLC, et al. | 2:17-cv-02430 |
| Vento v. Janssen Research & Development LLC, et al. | 2:15-cv-01975 |
| Vivenzio v. Janssen Research & Development LLC, et al. | 2:16-cv-01874 |
| Wafford v. Janssen Research & Development LLC, et al. | 2:15-cv-02485 |
| Walker v. Janssen Research & Development LLC, et al. | 2:16-cv-12646 |
| Washington-Randle v. Janssen Research & Development LLC, et al. | 2:16-cv-02366 |
| Wells v. Janssen Research & Development LLC, et al. | 2:16-cv-00119 |
| Wheelen v. Janssen Research & Development LLC, et al. | 2:16-cv-02370 |
| Whittington v. Janssen Research & Development LLC, et al. | 2:15-cv-04820 |
| Wiles v. Janssen Research & Development LLC, et al. | 2:16-cv-09813 |
| Williams v. Janssen Research & Development LLC, et al. | 2:15-cv-01974 |
| Wilson v. Janssen Research & Development LLC, et al. | 2:16-cv-16725 |

| Wilson v. Janssen Research & Development LLC, et al. | 2:16-cv-08056 |
|---|---|
| Winnen v. Janssen Research & Development LLC, et al. | 2:15-cv-01972 |