# CERTIFICATION OF VITAL RECORD

## STATE OF IOWA
### IOWA DEPARTMENT OF PUBLIC HEALTH
## CERTIFICATE OF DEATH

114-2018-026134

### DECEDENT INFORMATION

**BIRTH NUMBER:** Not Available
**NAME:** Mary Jolene Szczutkowski
**DATE FILED:** 11/26/2018
**SSN:** 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
**PLACE OF BIRTH:** Iowa
**SEX:** Female
**ARMED FORCES:** No
**DATE OF BIRTH/AGE:** 03/16/1937   81 Years

**NAMES (PRIOR TO ANY MARRIAGE):**
**DECEDENT LAST:** Redding
**CITIZENSHIP:** United States
**FATHER'S NAME:** Donald Redding
**MARITAL STATUS:** Married
**MOTHER'S NAME:** Arlene Henderson
**SURVIVING SPOUSE:** Edmund R Szczutkowski
**RESIDENTIAL ADDRESS:** 600 South 4th Avenue West Newton, Iowa 50208
**RESIDENCE COUNTY:** Jasper
**COUNTY OF DEATH:** Jasper
**INFORMANT NAME:** Edmund R Szczutkowski
**INFORMANT ADDRESS:** 600 South 4th Avenue West Newton, Iowa 50208
**INFORMANT RELATIONSHIP:** Husband
**DATE/TIME OF DEATH:** 11/11/2018 (Actual) 05:40 PM (Actual)
**PLACE OF DEATH:** Decedent's Home
**FACILITY/ADDRESS:** 600 South 4th Avenue West Newton, Iowa 50208

**M.E. CONTACTED:** No

### MEDICAL CAUSE OF DEATH INFORMATION

| | INTERVAL | UNITS |
|---|---|---|
| **IMMEDIATE CAUSE OF DEATH:** Coronary Artery Disease | 10 | Years |
| DUE TO OR AS A CONSEQUENCE OF: Monoclonal Gamopathy | 4 | Years |
| DUE TO OR AS A CONSEQUENCE OF: | | |
| UNDERLYING CAUSE, IF ANY: | | |
| OTHER SIGNIFICANT CONDITIONS: | | |

**MANNER OF DEATH:** Natural
**TOBACCO CONTRIBUTED TO DEATH:** No
**AUTOPSY PERFORMED/FINDINGS:** No

**PREGNANCY, IF FEMALE:** Not Applicable
**DESCRIPTION OF INJURY:** None

**CERTIFIER/TITLE:** T Y Chan    DO
**CERTIFIER ADDRESS:** 300 N 4th Ave E Newton, Iowa 50208
**DATE CERTIFIED:** 11/21/2018

### DISPOSITION

**FUNERAL HOME:** Pence-Reese Funeral Home Newton, Iowa 50208
**FUNERAL DIRECTOR:** Jeffrey James Pence
**PLACE:** Union Cemetery-Newton
**METHOD:** Burial
**LOCATION:** Newton, Iowa

This is to certify that this is a true and correct reproduction of the original record as recorded in this state, issued under the authority of Chapter 144, Code of Iowa. This copy is not valid unless prepared on engraved border displaying state seal and signature of the Registrar or Designee.
**THIS COPY NOT VALID UNLESS UNALTERED AND PREPARED ON CERTIFIED SECURITY PAPER**

**11/26/2018**
**DATE ISSUED**   *Denise Allen*   **COUNTY REGISTRAR**   *Melissa R Bird*   **DEPUTY STATE REGISTRAR**

County of Issuance: Jasper

FORM #588-0328S (Revised 09/2017)

