THE FRONT OF THIS DOCUMENT IS PINK THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK HOLD AT AN ANGLE TO VIEW
Case 2:14-md-02592-EEF-MBN Document 4741-1 Filed 12/30/16 Page 1 of 1

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101 2015-48798

| # | Field | Value |
|---|---|---|
| 1 | DECEASED LEGAL NAME | Essie M Tuck |
| 2 | DATE AND TIME OF DEATH | Dec 19, 2015  1040 |
| 3 | ALIAS NAME (IF ANY) | None Given |
| 4 | DATE AND TIME PRONOUNCED DEAD | |
| 5 | COUNTY OF DEATH | Tallapoosa |
| 6 | CITY, TOWN OR LOCATION OF DEATH AND ZIP | Alexander City, 35011 |
| 7 | PLACE OF DEATH | Russell Medical Center |
| 8 | HISPANIC ORIGIN | No |
| 9 | RACE | Black |
| 10 | SEX | Female |
| 11 | SERVED IN ARMED FORCES | No |
| 12 | AGE | 91 |
| 13 | DATE OF BIRTH | 1924 |
| 14 | STATE OF BIRTH | Alabama |
| 15 | SOCIAL SECURITY NUMBER | |
| 16 | MARITAL STATUS | Widowed |
| 17 | SURVIVING SPOUSE | |
| 18 | RESIDENCE STATE | Alabama |
| 19 | RESIDENCE COUNTY | Tallapoosa |
| 20 | CITY, TOWN OR LOCATION AND ZIP | Alexander City, 35010 |
| 21 | STREET ADDRESS | |
| 22 | INFORMANT NAME, RELATIONSHIP AND ADDRESS | Gladys M Thomas, Relationship: Daughter, Alexander City, Alabama 35010 |
| 23 | OCCUPATION | Home Maker |
| 24 | BUSINESS OR INDUSTRY | Own Home |
| 25 | FATHER'S NAME | Arthur Marbury |
| 26 | MOTHER'S MAIDEN NAME | Sudie Mae Goggans |
| 27 | DISPOSITION OF BODY | Burial |
| 28 | DATE OF DISPOSITION | Dec 26, 2015 |
| 29 | CEMETERY OR CREMATORY | New Life Memorial Gardens |
| 30 | LOCATION | Alexander City, Alabama |
| 31 | FUNERAL HOME NAME AND ADDRESS | Wright's Funeral Home, P O Box 713, Alexander City, AL 35010 |
| 32 | LICENSE NUMBER | |
| 33 | FUNERAL DIRECTOR | Gregory Wright |
| 34 | LICENSE NUMBER | 04293 |
| 35 | DATE SIGNED | Jan 5, 2016 |

36. MEDICAL CERTIFICATION: X CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER ___ CORONER

| # | Field | Value |
|---|---|---|
| 37 | NAME | Kevin Henderson DO |
| 38 | LICENSE NUMBER | 1202 |
| 39 | DATE SIGNED | Dec 28, 2015 |
| 40 | ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | P O Box 939, Alexander City, Alabama 35011 |
| 41 | REGISTRAR | Catherine Molchan Donald |
| 42 | DATE FILED | Jan 5, 2016 |

### CAUSE OF DEATH

43. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH

| | Cause | Interval |
|---|---|---|
| IMMEDIATE CAUSE | A. Sepsis | Unknown |
| DUE TO | B. Urinary Tract Infection | Unknown |
| UNDERLYING CAUSE | C. Hyponatremia | Unknown |
| DUE TO | D. Acute Renal Failure | Unknown |

44. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| # | Field | Value |
|---|---|---|
| 45 | MANNER OF DEATH | Natural Cause |
| 46 | PREGNANCY IN LAST 42 DAYS | No |
| 47 | AUTOPSY | No |
| 48 | FINDINGS CONSIDERED | |
| 49 | DATE AND TIME OF INJURY | |
| 50 | HOW INJURY OCCURRED | |
| 51 | INJURY AT WORK | |
| 52 | PLACE OF INJURY | |
| 53 | LOCATION OF INJURY | |

ADPH HS E2/REV 07-10

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2016-135-701-8

February 3, 2016

Catherine Molchan Donald
State Registrar of Vital Statistics