UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION       :
                                    :   SECTION L

                                        JUDGE ELDON E. FALLON

                                        MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Collier v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-02084

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Velma Collier, which occurred on or about August 28, 2017. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Velma Collier's estate within the appropriate time period.

Dated: December 4, 2018

                                                  Respectfully submitted,

                                                  */s/ Barry D. Levy*
                                                  Barry D. Levy (OH Reg #0018986)
                                                  **O'CONNOR, ACCIANI & LEVY LPA**
                                                  600 Vine Street, Suite 1600
                                                  Cincinnati, OH 45202
                                                  Telephone: 513-241-7111
                                                  Facsimile: 513-241-7197
                                                  Email: bdl@oal-law.com
                                                  ***Attorneys for Plaintiff***

## **CERTIFICATE OF CERVICE**

I hereby certify that on this 4th day of December, 2018, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Dated: December 4, 2018

                                          Respectfully submitted,

                                          */s/ Barry D. Levy*
                                          Barry D. Levy (OH Reg #0018986)
                                          **O'CONNOR, ACCIANI & LEVY LPA**
                                          600 Vine Street, Suite 1600
                                          Cincinnati, OH 45202
                                          Telephone: 513-241-7111
                                          Facsimile: 513-241-7197
                                          Email: bdl@oal-law.com
                                          ***Attorneys for Plaintiff***