UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION : | |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Collier v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-02084

## MOTION FOR SUBSTITUTION OF PARTY

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves to substitute Pamela Jo Snyder, Representative of the Estate of Velma Collier as a Plaintiff in place of Velma Collier.

Dated: December 4, 2018

                                                                 Respectfully submitted,

                                                                 */s/ Barry D. Levy*
                                                                  Barry D. Levy (OH Reg #0018986)
                                                                  **O'CONNOR, ACCIANI & LEVY LPA**
                                                                  600 Vine Street, Suite 1600
                                                                  Cincinnati, OH 45202
                                                                  Telephone: 513-241-7111
                                                                  Facsimile: 513-241-7197
                                                                  Email: bdl@oal-law.com
                                                                  ***Attorneys for Plaintiff***

## CERTIFICATE OF CERVICE

I hereby certify that on this 4th day of December, 2018, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Dated: November 30, 2018

                                          Respectfully submitted,

                                        */s/ Barry D. Levy*
                                        Barry D. Levy (OH Reg #0018986)
                                        **O'CONNOR, ACCIANI & LEVY LPA**
                                        600 Vine Street, Suite 1600
                                        Cincinnati, OH 45202
                                        Telephone: 513-241-7111
                                        Facsimile: 513-241-7197
                                        Email: bdl@oal-law.com
                                        ***Attorneys for Plaintiff***