UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION : | |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Collier v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-02084

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc.11905, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Pamela Jo Snyder, decedent and Personal Representative of the Estate of Velma Collier, is substituted for Plaintiff Velma Collier as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana this   th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE