**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | |
| ROBERT WATKINS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND SURVIVORS OF KAREN WATKINS, DECEASED, | SECTION:  L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| | |
| Plaintiffs | Civil Action No.: 2:18-cv-08170 |
| | |
| v. | |
| | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG; | |
| | |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Robert Watkins, Individually and on Behalf of the Estate and Survivors of Karen Watkins, Deceased, by and through his undersigned counsel, and hereby files this Unopposed Motion for Leave to File Amended Complaint, and as grounds therefore would state as follows:

1.     The subject matter of the Complaint is a wrongful death resulting from ingestion of Xarelto, whereby Plaintiff-Decedent, Karen Watkins, died on or about February 23, 2017.

2.      On August 28, 2018, Plaintiff filed his Complaint in the instant action.

3.      As a result of a scrivener's error, the Complaint incorrectly states the Plaintiff-Decedent died on March 3, 2017.  Plaintiff would like to file an Amended Complaint to correct the date of death to February 23, 2017.

4.      Said amendment will not prejudice any party to this action.

5.      Plaintiff's counsel has asked opposing counsel if they object and opposing counsel has not voiced any objection.

6.      The proposed Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this Court enter an Order granting the Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

Dated:  December 4, 2018.

Respectfully submitted,

GORDON & PARTNERS, P.A.
/s/ Robert E. Gordon
Robert E. Gordon, Esq.
(Florida Bar #260479)
Trevor M. Gordon, Esq.
(Florida Bar #0115121)
4114 Northlake Boulevard
Palm Beach Gardens, FL  33410
Telephone: (561) 799-5070
Facsimile: (561) 634-2793
RGordon@fortheinjured.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Robert E. Gordon
Robert E. Gordon
