UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*McKinley N. Williams v. Janssen Research & Development, LLC., et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:17-cv-03845-EEF-MBN**

<u>**MOTION TO SUBSTITUTE PLAINTIFF**</u>

**COMES NOW** Plaintiff, McKinley N. Williams, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, McKinley N. Williams, passed away on December 20, 2017, as reported to the Court in the Suggestion of Death filed on December 4, 2018. On January 30, 2018, the General Court of Justice, Superior Court Division, State of North Carolina, Forsyth County, appointed Benjamin F. Williams as Executor of the Estate of McKinley N. Williams, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Benjamin F. Williams, as Executor of the Estate of McKinley N. Williams as the named party in place of McKinley N. Williams.

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated:  December 4, 2018                                    Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
 Martin P. Schrama, Esq. (NJ #039581997)
 mschrama@stark-stark.com
 Stark & Stark
 993 Lenox Drive
 Lawrenceville, NJ 08648
 Tel: 609.896.9060
 Fax: 609.896.0629
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

                              */s/ Martin P. Schrama*
                               Martin P. Schrama, Esq.