# EXHIBIT A

**EXHIBIT A**

| STATE OF NORTH CAROLINA | File No. 18 E |
|---|---|
| Forsyth County | In The General Court Of Justice<br>Superior Court Division<br>Before The Clerk |

**IN THE MATTER OF THE ESTATE OF:**
Name Of Decedent/Minor/Incompetent/Trust
McKinley Nathaniel Williams

## OATH/AFFIRMATION
N.C. Constitution, Art. VI., Sec. 7; G.S.11-7, 11-11; 28A-7-1

I, the undersigned, do solemnly  [x] swear   [ ] affirm  that I will support and maintain the Constitution and laws of the United States, and the Constitution and laws of North Carolina not inconsistent therewith; that I will be faithful and bear true allegiance to the State of North Carolina, and to the constitutional powers and authorities which are or may be established for the government thereof; and that I will endeavor to support, maintain and defend the Constitution of said State, not inconsistent with the Constitution of the United States, to the best of my knowledge and ability; and that I will faithfully discharge the duties of my office as indicated below;
[x] so help me, God.   [ ] and this is my solemn affirmation.

*(check office below)*

[ ] **OATH OF ADMINISTRATOR**

I [ ] swear [ ] affirm that I believe that the above named decedent died without leaving any Last Will and Testament; that I will well and truly administer all and singular the goods and chattels, rights and credits of the deceased and a true and perfect inventory thereof return according to law; and that all other duties appertaining to the charge reposed in me, I will well and truly perform, according to law and with my best skill and ability; [ ] so help me, God.   [ ] and this is my solemn affirmation.

[x] **OATH OF EXECUTOR**

I [x] swear [ ] affirm that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies; as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an executor, agreeably to the trust and confidence reposed in me, and according to law; [x] so help me, God.   [ ] and this is my solemn affirmation.

[ ] **OATH OF ADMINISTRATOR CTA**

I [ ] swear [ ] affirm that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies, as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an administrator cta to the best of my skill and ability and according to the law; [ ] so help me, God.   [ ] and this is my solemn affirmation.

[ ] **OATH OF FIDUCIARY**

I [ ] swear [ ] affirm that I will faithfully and honestly discharge the duties reposed in me according to the best of my skill and ability, and according to law;   [ ] so help me, God.   [ ] and this is my solemn affirmation.

| Name Of Fiduciary 1 | Name Of Fiduciary 2 |
|---|---|
| Benjamin F. Williams | |
| Signature Of Fiduciary<br>*/s/ Benjamin F. Williams/* | Signature Of Fiduciary |
| [x] SWORN [ ] AFFIRMED AND SUBSCRIBED TO BEFORE ME | [ ] SWORN [ ] AFFIRMED AND SUBSCRIBED TO BEFORE ME |
| Date<br>January 30, 2018 | Date |
| Signature Of Person Authorized To Administer Oaths<br>*/s/ Karen Denise Haun/* | Signature Of Person Authorized To Administer Oaths |
| [ ] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court | [ ] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court |
| [x] Notary  Date My Commission Expires  11/27/2018 | Date My Commission Expires   [ ] Notary |
| SEAL   County Where Notarized  Forsyth | County Where Notarized   SEAL |

AOC-E-400, Rev. 3/07
© 2007 Administrative Office of the Courts

KAREN DENISE HAUN
NOTARY PUBLIC
Forsyth County, North Carolina
My Commission Expires 11/27/2018