UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rolland Ives v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-31788

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11876, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Cleo Ives, surviving spouse of Rolland Ives, is substituted for Plaintiff Rolland Ives as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 4th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE