UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Clinton Sesco v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-7063

## ORDER

The Court, after considering the Plaintiff's Amended Motion for Substitution of Party Plaintiff, R. Doc. 11879, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Judy Fraley, surviving aunt of Clinton Sesco, is substituted for Plaintiff Clinton Sesco as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 4th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE