**EXHIBIT A**

STATE OF WISCONSIN, CIRCUIT COURT, __Washburn__ COUNTY

IN THE MATTER OF THE ESTATE OF

__Patricia Ann Chartier__

☐ Amended

**Domiciliary Letters**
☒ Informal Administration
☐ Formal Administration

Case No. __18 PR 45__

**FILED**
AUG 30 2018
SHANNON ANDERSON
CLERK OF COURTS
WASHBURN COUNTY, WI

To: __Jeffrey Alan Chartier__
__N 3012 Jesse Rd.__
__Sarona, WI 54870__

The decedent, with date of birth __10/28/1941__ and date of death __8/11/2018__, was domiciled in __Washburn__ County, State of __Wisconsin__.

You are granted domiciliary letters with general powers and duties of a personal representative.

You are authorized to administer the estate as required by law.

Other: _____

[SEAL — CIRCUIT COURT OF WASHBURN COUNTY, WIS]

LETTERS ISSUED BY:
__Shannon Anderson__
~~Circuit Court Judge/Circuit Court Commissioner~~/Probate Registrar

__Shannon Anderson, Register in Probate__
Title (Print or Type Name if not eSigned)

__08-30-2018__
Date

Form completed by: (Name)
__Jeffrey Alan Chartier__
Address
__N 3012 Jesse Rd__
__Sarona, WI 54870__

Telephone Number
__763 248 1223__

Bar Number (If any)

PR-1810, 10/10 Domiciliary Letters (Informal Administration and Formal Administration)
This form shall not be modified. It may be supplemented with additional material.
§§856.21 and 865.08, Wisconsin Statutes