# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Patricia A. Chartier v. Janssen Research & Development, LLC., et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-05855-EEF-MBN**

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's Motion to Substitute Jeffrey A. Chartier, as Administrator of the Estate of Patricia A. Chartier, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed to correct the caption to reflect the proper party as "Jeffrey A. Chartier, Administrator of the Estate of Patricia A. Chartier", Plaintiff.

Dated this _____ day of _____, 2018

_____
Honorable Eldon E. Fallon
United States District Court Judge