# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PLAINTIFF, ANTONIO MALDONADO, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF MARY MALDONADO, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>Defendants. | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>CIVIL ACTION NO. 2:18-cv-05956 |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Antonio Maldonado, Individually, and on behalf of the Estate of Mary Maldonado, Deceased, by and through his undersigned counsel, and hereby files this Unopposed Motion for Leave to File Amended Complaint, and as grounds therefore would state as follows:

1. The subject matter of the Complaint is life-threatening gastrointestinal bleeding resulting from ingestion of Xarelto, whereby Plaintiff-Decedent, Mary Maldonado was hospitalized.

2. On June 15, 2018, Plaintiff filed his Complaint in the instant action.

3. As a result of a scrivener's error, the Complaint incorrectly states that Plaintiff-Decedent ingested Xarelto from November 25, 2014 through February 23, 2016.  Plaintiff would like to file an Amended Complaint to correct the dates to reflect November 9, 2014 through February 15, 2016.

4. Further, as a result of a scrivener's error, the Complaint incorrectly states that Plaintiff-Decedent suffered severe gastrointestinal bleeding on or about February 15, 2016 and was admitted to South Austin Medical Center as a direct result of Xarelto.  Plaintiff would like to file an Amended Complaint to remove the hospitalization of February 15, 2016.

5. Said amendment will not prejudice any party to this action.

6. Plaintiff's counsel has asked opposing counsel if they object and opposing counsel has not voiced any objection.

7. The proposed Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this Court enter an Order granting the Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

Dated:  December 4, 2018.

    Respectfully submitted,

    GORDON & PARTNERS, P.A.
    /s/ Robert E. Gordon
    Robert E. Gordon, Esq.
    (Florida Bar #260479)
    Trevor M. Gordon, Esq.
    (Florida Bar #0115121)
    4114 Northlake Boulevard
    Palm Beach Gardens, FL  33410
    Telephone: (561) 799-5070
    Facsimile: (561) 634-2793
    RGordon@fortheinjured.com
    Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                        */s/* Robert E. Gordon
                                                           Robert E. Gordon