**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PLAINTIFF, ANTONIO MALDONADO, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF MARY MALDONADO, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG, <br><br> Defendants. | MDL No. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH <br><br> CIVIL ACTION NO. 2:18-cv-05956 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

This matter having come before the Court on the Motion for Leave to File Amended Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's, Antonio Maldonado, Individually, and on behalf of the Estate of Mary Maldonado, Deceased, Motion for Leave to File Amended Complaint

is GRANTED.  Plaintiff is hereby granted leave to file the Amended Complaint tendered with the

Motion, and the Clerk of the Court is ordered to file the Amended Complaint into the records of

this matter.

Entered this _____ day of _____, 201__ into the United States District Court,

Eastern District of Louisiana.

_____
HONORABLE DISTRICT JUDGE
ELDON E. FALLON