UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Reuben Cox v. Janssen Research & Development LLC, et al.,* No. 2:16-cv-00652 | * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF WITH ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Counsel for Plaintiff Reuben Cox and in support of Plaintiff's Memorandum in Response to Order to Show Cause states as follows:

1. On November 30, 2018, the Court entered an Order to Show Cause [Dkt. No. 11872], giving Plaintiff Reuben Cox until December 12, 2018 to show cause as to why his case should not be dismissed for failure to remedy the alleged Plaintiff Fact Sheet deficiencies raised in Defendants' Motion for Order to Show Cause [Dkt. No. 11846].

2. The sole "deficiency" raised by Defendants in Defendant's Memorandum in Support of Defendants' Motion for Order to Show Cause [Dkt. No. 11846-1] is that Mr. Cox did not sign the verification page to the Second Amended Plaintiff Fact Sheet that was submitted on May 18, 2018. This Second Amended Plaintiff Fact Sheet was submitted only to inform the Defendants of a massive stroke that Mr. Cox had in 2017 and to give Defendants the names of the healthcare providers who treated him. This stroke has left Mr. Cox unable to communicate and unable to sign his name according to his wife, Gerri Cox.

1

3. Prior to this stroke, Plaintiff Reuben Cox had submitted a complete Plaintiff Fact Sheet on February 10, 2016 and a First Amended Plaintiff Fact Sheet on March 21, 2016. *Exhibit 1, List of Plaintiff Fact Sheets and Documents Submitted for Reuben Cox from MDL Centrality.* Defendants are in the process of using these authorizations to order thousands of pages of Mr. Cox's medical records. *Exhibit 2, Marker Group List of Records for Reuben Cox.* Plaintiff is unsure of what prejudice there is to the Defendants at this time from a Second Amended Fact Sheet that is solely missing a signed verification from Mr. Cox.

4. However, to remedy this alleged "deficiency", Plaintiff's wife, Gerri Cox, has been in contact with attorney Shannon Laymon-Pecoraro at Hook Law Center, P.C. in Suffolk, Virginia to open a guardianship and conservatorship for Reuben Cox.

5. Counsel for Plaintiff Reuben Cox respectfully submits that the Court should defer ruling on the pending Order to Show Cause for 120 days from the date the Court enters the attached Order, to allow sufficient time for Plaintiff's wife Gerri Cox to obtain the necessary Letters of Guardianship and Conservatorship needed to sign the verification page to the Amended Plaintiff Fact Sheet.

6. This 120 Day extension will not prejudice Defendants. As stated above, Defendants received a fully completed Plaintiff Fact Sheet in 2016 signed by Reuben Cox, not a PFS with limited Core Information as was later required, and Defendants have been able to obtain thousands of pages of medical records of Reuben Cox. See *Exhibits 1 and 2*.

7. Prejudicial dismissal of apparently meritorious claims for purely procedural reasons would be fundamentally unfair under circumstances such as this, where, as here, Plaintiff has substantially satisfied his discovery obligations and any prejudice caused Defendants is de minimis at best.

WHEREFORE, Plaintiff's Counsel respectfully requests that Plaintiff be permitted 120 days from the date the Court enters the attached Order for Plaintiff's wife, Gerri Cox, to respond to the pending Order to Show Cause with Letters of Guardianship and Conservatorship.

Dated:  December 4, 2018

Respectfully submitted,

By: /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 4, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi