

Home ▼ | Fact Sheets ▼ | Reporting | Docket Central | Discovery Central | My Account ▼

**Back To MDL Centrality**

## MDL 2592 - Xarelto — Search Results

Return to Search Results | Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 7300 | DOB: | 05/23/1951 |
| Plaintiff Name: | REUBEN COX | Email: | |

### Documents

View Documents | Upload | View Deficiency Notice

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Created Date | Delete |
|---|---|---|---|
| 175105 | Proof of Use--Pharmacy Records | 02/10/2016 | Remove |
| 175106 | Medical Records - Sentara Records | 02/10/2016 | Remove |
| 175107 | Medical Records - Additional Records | 02/10/2016 | Remove |
| 175108 | Plaintiff Verification of PFS | 02/10/2016 | Remove |
| 175112 | Disability Claims Authorization | 02/10/2016 | Remove |
| 175113 | Employment Authorization | 02/10/2016 | Remove |
| 175115 | Health Insurance Record Authorization | 02/10/2016 | Remove |
| 175119 | HIPAA Authorization | 02/10/2016 | Remove |
| 175122 | Psychiatric Records Authorization | 02/10/2016 | Remove |
| 175123 | Workers Compensation Authorization | 02/10/2016 | Remove |
| 175124 | Plaintiff Fact Sheet | 02/10/2016 | |
| 178709 | Proof of Use--Pharmacy Records - Farm Fresh Pharmacy | 02/16/2016 | Remove |
| 182963 | Pharmacy Records - Walmart | 02/22/2016 | Remove |
| 199637 | Deficiency Notice | 03/18/2016 | |
| 200702 | First Amended Plaintiff Fact Sheet | 03/21/2016 | |
| 200703 | Plaintiff Verification of PFS | 03/21/2016 | Remove |
| 229701 | Bayer - Defendant Fact Sheet Certification | 06/23/2016 | |
| 229726 | Bayer Defendant Fact Sheet | 06/23/2016 | |
| 237151 | Janssen - Defendant Fact Sheet Certification | 07/05/2016 | |
| 237154 | Janssen - Defendant Fact Sheet Attachment | 07/05/2016 | |
| 237156 | Janssen Defendant Fact Sheet | 07/05/2016 | |
| 397819 | Plaintiff Verification of PFS - Amended Verification | 05/18/2018 | Remove |
| 397820 | Second Amended Plaintiff Fact Sheet | 05/18/2018 | |
| 398735 | CMO 6 Deficiency Notice | 05/23/2018 | |
| 399083 | Third Amended Plaintiff Fact Sheet | 05/25/2018 | |
| 399765 | CMO 6 Deficiency Notice | 05/30/2018 | |
| 414699 | CMO 6 Deficiency Notice | 08/24/2018 | |
| 415878 | Plaintiff Verification of PFS | 09/06/2018 | Remove |
| 415881 | Fourth Amended Plaintiff Fact Sheet | 09/06/2018 | |
| 416321 | CMO 6 Deficiency Notice | 09/11/2018 | |

**EXHIBIT 1**

### Plaintiff's Fact Sheet

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Xarelto® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) "**health care provider**" means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) "**document**" means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for a state court case, the governing rules of civil of the state in which the case is pending).

[Save PFS]  [View Draft PFS]   Last Generated Draft: Mar 21 2016 2:18PM

**Fact Sheet Details:**

I.   Core Case Information   **- In Progress**

II.  Personal Information   **- In Progress**

III. Claim Information   **- In Progress**

IV.  List of Healthcare Providers   **- In Progress**

V.   Medical Background   **- In Progress**

VI.  Additional Medications   **- In Progress**

VII. Fact Witnesses   **- In Progress**

VIII. Deceased Individuals and Autopsy Information   **- In Progress**

IX.  Document Requests   **- In Progress**

X.   Declaration   **- Signed**   [Unlock]

© 2018 BrownGreer PLC. All rights reserved.