

Marker's Online - Records Search

- Contact Us

View Cart | Cart Limit: Cart Is Empty    Logon:    Logout

## Records Search

Search For [Patient Name ▼]  [cox]  [Find] [Reset] [?]

Search results for records with Patient Name containing: **cox**

Items Per Page: 50    Page **1** of **2** (76 Items)

| Order | Patient | Location | Part | Type Of Record | Date Obtained | File | Download Date | Add All |
|---|---|---|---|---|---|---|---|---|
| 750368 | Cox, Reuben | Advantage Family Care (Chesapeake, VA) | 42 | Medical And Billing (Packets Document) | 5/30/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Advantage Family Care c/o RA Latanya D. Gray, M.D. (Chesapeake, VA) | 77 | Medical And Billing (Packets Document) | 7/16/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Advantage Family Care c/o RA Latanya D. Gray, M.D. (Chesapeake, VA) | 77 | Medical | 8/16/2018 | 1-37 | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Portsmouth, VA) | 21 | Medical (Packets Document) | 5/30/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Portsmouth, VA) | 21 | Copied NR Cert or Letter | 5/24/2018 | 1-1 | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Portsmouth, VA) | 23 | Film Inventory (Packets Document) | 5/30/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Portsmouth, VA) | 23 | Copied NR Cert or Letter | 5/24/2018 | 1-1 | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Portsmouth, VA) | 23 | Copied NR Cert or Letter | 5/29/2018 | 2-2 | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Portsmouth, VA) | 24 | Pathology Inventory (Packets Document) | 5/30/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Portsmouth, VA) | 24 | Pathology Reports And Inventory | 5/24/2018 | 1-6 | 06/01/2018 | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Richmond, VA) | 22 | Billing (Packets Document) | 5/30/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Richmond, VA) | 22 | Billing | 6/1/2018 | 1-47 | | Add to Cart |
| 750368 | Cox, Reuben | Bon Secours Maryview Medical Center (Richmond, VA) | 22 | Certification | 6/12/2018 | 48-48 | | Add to Cart |
| 750368 | Cox, Reuben | Capital Family Medicine (Raleigh, NC) | 70 | Medical And Billing (Packets Document) | 6/18/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Capital Family Medicine (Raleigh, NC) | 70 | Copied NR Cert or Letter | 6/29/2018 | 1-1 | | Add to Cart |
| 750368 | Cox, Reuben | EVMS Medical Group-Portsmouth Family Medicine (Portsmouth, VA) | 38 | Medical And Billing (Packets Document) | 5/30/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | EVMS Medical Group-Portsmouth Family Medicine (Portsmouth, VA) | 38 | Medical | 5/29/2018 | 1-32 | 06/01/2018 | Add to Cart |
| 750368 | Cox, Reuben | EVMS Medical Group-Portsmouth Family Medicine (Portsmouth, VA) | 38 | Billing | 6/28/2018 | 33-41 | | Add to Cart |
| 750368 | Cox, Reuben | Grinkewitz, Peter R., M.D. (Portsmouth, VA) | 62 | Medical And Billing (Packets Document) | 6/18/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Grinkewitz, Peter R., M.D. (Portsmouth, VA) | 62 | Medical And Billing | 6/29/2018 | 1-50 | | Add to Cart |
| 750368 | Cox, Reuben | Haque & Thanadar MDs (Portsmouth, VA) | 43 | Medical And Billing (Packets Document) | 5/30/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Haque & Thanadar MDs (Portsmouth, VA) | 43 | Incomplete No Record Certification | 6/8/2018 | 1-1 | | Add to Cart |
| 750368 | Cox, Reuben | Haque & Thanadar MDs (Portsmouth, VA) | 43 | Copied NR Cert or Letter | 7/25/2018 | 2-2 | | Add to Cart |
| 750368 | Cox, Reuben | Neurosurgical Associates (Norfolk, VA) | 69 | Medical And Billing (Packets Document) | 6/18/2018 | Packets | | Add to Cart |
| 750368 | Cox, Reuben | Neurosurgical Associates (Norfolk, VA) | 69 | Medical And Billing | 7/11/2018 | 1-42 | | Add to Cart |
| 750368 | Cox, Reuben | Plaintiff Fact Sheet | 2 | Plaintiff Fact Sheet | 4/19/2018 | 1-40 | | Add to Cart |
| 750368 | Cox, Reuben | Plaintiff Fact Sheet | 2 | Plaintiff Fact Sheet | 5/23/2018 | 41-60 | | Add to Cart |
| 750368 | Cox, Reuben | Plaintiff Fact Sheet | 2 | Plaintiff Fact Sheet | 5/30/2018 | 61-79 | | |

EXHIBIT 2

View Cart | Cart Limit: Cart Is Empty    Logon: P1XARACC    Logout

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ben Home | My A| Plaintiff Fact Sheet t Us | 2 | Plaintiff Fact Sheet | 9/10/2018 | 80-99 | | ST-DT + Add to Cart |
| 750368 | Cox, Reuben | Plaintiff Produced Records | 3 | Plaintiff Counsel | 4/19/2018 | 1-91 | | + Add to Cart |
| 750368 | Cox, Reuben | Rite Aid Headquarters Corporation (Harrisburg, PA) | 36 | Pharmacy (Packets Document) | 5/30/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Rite Aid Headquarters Corporation (Harrisburg, PA) | 36 | Pharmacy | 6/8/2018 | 1-15 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Cardiology Specialists (Norfolk, VA) | 35 | Medical And Billing (Packets Document) | 5/30/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Cardiology Specialists (Norfolk, VA) | 35 | Medical | 6/25/2018 | 1-134 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Cardiology Specialists (Norfolk, VA) | 35 | Billing | 6/28/2018 | 135-141 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Endocrinology Specialists (Norfolk, VA) | 81 | Billing (Packets Document) | 10/25/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Family & Internal Physicians (Chesapeake, VA) | 39 | Medical And Billing (Packets Document) | 5/30/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Family & Internal Physicians (Chesapeake, VA) | 39 | Medical | 6/7/2018 | 1-296 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Family & Internal Physicians (Chesapeake, VA) | 39 | Billing | 6/27/2018 | 297-306 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Health Care (Chesapeake, VA) | 37 | Billing (Packets Document) | 5/30/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Health Care (Chesapeake, VA) | 37 | Billing | 5/31/2018 | 1-275 | 06/01/2018 | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Hospital Medicine Physicians (Norfolk, VA) | 85 | Medical And Billing (Packets Document) | 10/23/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Leigh Hospital (Chesapeake, VA) | 30 | Billing (Packets Document) | 5/30/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Leigh Hospital (Chesapeake, VA) | 30 | Billing | 7/10/2018 | 1-39 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Leigh Hospital (Virginia Beach, VA) | 29 | Medical (Packets Document) | 5/30/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Leigh Hospital (Virginia Beach, VA) | 29 | Medical | 6/27/2018 | 1-341 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Medical Group (Norfolk, VA) | 68 | Medical And Billing (Packets Document) | 6/18/2018 | Packets | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Medical Group (Norfolk, VA) | 68 | Medical | 7/30/2018 | 1-176 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Medical Group (Norfolk, VA) | 68 | Billing | 8/29/2018 | 177-215 | | + Add to Cart |
| 750368 | Cox, Reuben | Sentara Neurology Specialists (Virginia Beach, VA) | 86 | Medical (Packets Document) | 10/23/2018 | Packets | | + Add to Cart |