UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Reuben Cox v. Janssen Research & Development LLC, et al.,* No. 2:16-cv-00652 | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Memorandum in Response to Show Cause Regarding Plaintiffs With Alleged Plaintiff Fact Deficiencies,

IT IS HEREBY ORDERED that Plaintiff be permitted 120 days from entry of this Order for Plaintiff's wife, Gerri Cox, to respond to the pending Order to Show Cause with Letters of Guardianship and Conservatorship.

DONE AND SIGNED this _____ day of _____, 2018 at New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1