UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Richard Anderson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-03980

*Sharon Anderson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-06536

*George Bonilla v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-05737

*Gerald Borders v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-00331

*Regina Caplener v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00879

*Susan Deaven v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-14378

*Debra Denzer v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-01188

*Phil Donahue v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-05441

*Brenda Evans v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12545

*Raisa Gomelfarb v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-04849

*Doris Grubbs v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-10243

```
```

*James Holland v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-04419

*Annette Irving v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-10687

*Dennis Jones v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-16279

*Judith Jones v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-06274

*Dudley Kirkpatrick v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-05005

*Valentyna Kriveshko v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-01740

*Dora Lempke v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-09936

*Maria Molinar v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-10711

*Frank Ortiz v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-01180

*James Plummer v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-06241

*Franklin Poe v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-12551

*Marilyn Polansky v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-04922

*Marilyn Russ v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-07166

*Ann Selle v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-07177

*Terry Shrum v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-07458

*Wiley Tucker v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-17812

*Alice Vierra v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-08170

*Harold Wroten v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-14965

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys Steven J. Skikos, Matthew J. Skikos and Melissa E. Mielke of Skikos, Crawford, Skikos & Joseph, LLP, and Levi M. Plesset of Milstein, Jackson, Fairchild & Wade, LLP, and pursuant to the request of the above-referenced Plaintiffs, move for the withdrawal of Steven J. Skikos, Matthew J. Skikos and Melissa E. Mielke of Skikos, Crawford, Skikos & Joseph, LLP, and substitution of Levi M. Plesset of Milstein, Jackson, Fairchild & Wade, LLP, in place thereof.

Dated: December 4, 2018         Respectfully submitted,

/s/ Steven J. Skikos
Steven J. Skikos Bar # 148110
SKIKOS CRAWFORD SKIKOS &
JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: (415) 846-7300
Facsimile: (415) 546-7301
Email: sskikos@skikos.com

/s/ Matthew J. Skikos
Matthew J. Skikos Bar # 269765
SKIKOS CRAWFORD SKIKOS &
JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: (415) 846-7300
Facsimile: (415) 546-7301
Email: mskikos@skikos.com

/s/ Melissa E. Mielke
Melissa E. Mielke Bar # 284560
SKIKOS CRAWFORD SKIKOS &
JOSEPH, LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
Telephone: (415) 846-7300
Facsimile: (415) 546-7301
Email: mmielke@skikoscrawford.com

/s/ Levi M. Plesset
Levi M. Plesset Bar # 296039
MILSTEIN JACKSON FAIRCHILD &
WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: lplesset@mjfwlaw.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Levi M. Plesset