UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Richard Anderson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-03980

*Sharon Anderson v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-06536

*George Bonilla v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-05737

*Gerald Borders v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-00331

*Regina Caplener v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-00879

*Susan Deaven v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-14378

*Debra Denzer v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-01188

*Phil Donahue v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-05441

*Brenda Evans v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-12545

*Raisa Gomelfarb v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-04849

*Doris Grubbs v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-10243

*James Holland v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-04419

*Annette Irving v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-10687

*Dennis Jones v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-16279

*Judith Jones v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-06274

*Dudley Kirkpatrick v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-05005

*Valentyna Kriveshko v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-01740

*Dora Lempke v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-09936

*Maria Molinar v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-10711

*Frank Ortiz v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-01180

*James Plummer v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-06241

*Franklin Poe v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-12551

*Marilyn Polansky v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-04922

*Marilyn Russ v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-07166

*Ann Selle v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-07177

*Terry Shrum v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-07458

*Wiley Tucker v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-17812

*Alice Vierra v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-08170

*Harold Wroten v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-14965

## **ORDER**

Considering the foregoing Motion to Withdraw and Substitute Counsel:

**IT IS HEREBY ORDERED** that Steven J. Skikos, Matthew J. Skikos and Melissa E. Mielke of Skikos, Crawford, Skikos & Joseph, LLP, are removed as counsel of record for Plaintiffs.

**IT IS FURTHER ORDERED** that Levi M. Plesset, of Milstein, Jackson, Fairchild & Wade, LLP, is enrolled as counsel of record for Plaintiffs.

DONE AND SIGNED this _____ day of _____, 2018, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE