UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To Case: | |
| JUDITH CATHERINE ROBERTS and husband CARL KENNETH ROBERTS, | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| Civil Case NO. 2:16-cv-2314 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order replacing Plaintiff Judith Catherine Roberts with Carl Kenneth Roberts, the executor of the estate of Judith Catherine Roberts, and in support states as follows:

1. Plaintiff Judith Catherine Roberts passed away on July 10, 2017 as reported to the Court in the attached Notice and Suggestion of Death (Ex. 1).

2. Carl Kenneth Roberts, the executor of the Estate of Judith Catherine Roberts, is a proper party to substitute for Plaintiff-Decedent Judith Catherine Roberts and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Carl Kenneth Roberts respectfully requests that he be substituted as Plaintiff in this cause of action.

DATED: December 5th 2018.

/s/ James R. Faucher
James R. Faucher (NCSB 31514)

1

*Attorney for Plaintiffs*

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 N. Elm St. (Suite 200)
Greensboro, North Carolina 27401
Telephone:  (336) 478-6000
Fax: (336) 273-5597
james@greensborolawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 5th 2018, I Caused the forgoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail, addresses denoted on the Electronic Mail Notice List.

DATED: December 5th 2018.

/s/ James R. Faucher
James R. Faucher (NCSB 31514)
*Attorney for Plaintiffs*

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 N. Elm St. (Suite 200)
Greensboro, North Carolina 27401
Telephone:  (336) 478-6000
Fax: (336) 273-5597
james@greensborolawcenter.com