UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To Case: | SECTION: L |
| JUDITH CATHERINE ROBERTS and husband CARL KENNETH ROBERTS, | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| Civil Case NO. 2:16-cv-2314 | |

**ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF**

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Carl Kenneth Roberts, as executor of the estate of Judith Catherine Roberts, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party Plaintiff is GRANTED.

DATED: _____.

_____
Hon. Eldon E. Fallon
United States District Court Judge