**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| MICHAEL F. GRAZIANO | : | |
| | : | |
|     Plaintiff | : | **JUDGE ELDON E. FALLON** |
| | : | |
| v. | : | **MAGISTRATE JUDGE NORTH** |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC f/k/a JOHNSON & JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | **Civil Action No.: 2:16-CV-10817** |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | |
| f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | **STIPULATION OF DISMISSAL** |
| PHARMACEUTICALS, INC., | : | |
| JOHNSON & JOHNSON COMPANY, | : | |
| BAYER HEALTHCARE | : | |
| PHARMACEUTICALS INC., | : | |
| BAYER PHARMA AG, | : | |
| BAYER CORPORATION, BAYER | : | |
| HEALTHCARE LLC, BAYER | : | |
| HEALTHCARE AG, and BAYER AG, | : | |
| | : | |
|     Defendants | : | |
| _____ | : | |

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel for Plaintiff(s) and counsel for Defendants pursuant to Pretrial Order No. 24 that the above-

captioned matter is dismissed in its entirety as to Defendants and that Plaintiff may refile the

lawsuit in his home state of New Jersey, subject to the following:

    1. The lawsuit is refiled in Plaintiff's home state of New Jersey within sixty (60) days and

        without adding any new Defendants.

2.  Defendants agree that for statute of limitations purposes, if the Plaintiff refiles the action

in his home state of New Jersey within sixty (60) days, the filing date of the case shall be

the date on which this case was originally filed in this Multi-District Litigation.

**IT IS FURTHER STIPULATED** that no defenses are waived by entering into this

stipulation.

**IT IS FURTHER STIPULATED** that each party shall bear its own costs.

| | |
|---|---|
| **BRADY LAW GROUP** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ Steven J. Brady<br>Steven J. Brady (CA Bar 116651)<br>Dylan F. Pollard (CA Bar 180306)<br>Steven B. Stein (CA Bar 52829)<br>1015 Irwin Street<br>San Rafael, CA 94901<br>(415) 459-7300<br>(415) 459-7303 (Fax)<br>steve@bradylawgroup.com<br>dylan@bradylawgroup.com<br>sbs@bradylawgroup.com | By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen<br>Pharmaceuticals, Inc., Janssen Research &<br>Development, LLC, Janssen Ortho LLC, and<br>Johnson & Johnson<br>Dated: December 5, 2018 |
| **AYLSTOCK, WITKIN, KREIS<br>& OVERHOLTZ, PLLC** | **ARNOLD & PORTER<br>KAYE SCHOLER LLP** |
| By: /s/ Neil D. Overholtz<br>Neil D. Overholtz<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>(850) 202-1010<br>(850) 916-7449 (Fax)<br>noverholtz@awkolaw.com<br><br>Attorneys for Plaintiff<br>Dated: December 5, 2018 | By: /s/ Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare<br>Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: December 5, 2018 |

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Tel: (504) 585-7241
Fax: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: December 5, 2018

**RWIN FRITCHIE URQUHART &
MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: December 5, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 5, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

_____ /s/ John F. Olinde _____