# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| EUGENE RUSSELL, <br><br>Plaintiff, | SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br> Civil Action No. 2:18-cv-03001 |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, <br><br> Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Eugene Russell, by and through his undersigned counsel, and hereby files this Unopposed Motion for Leave to File Amended Complaint, and as grounds therefore would state as follows:

1. The subject matter of the Complaint is life-threatening internal bleeding resulting from ingestion of Xarelto.

2. On March 20, 2018, Plaintiff filed his Complaint in the instant action.

3.  As a result of a scrivener's error, the Complaint does not mention the end date of Plaintiff's use of Xarelto or Plaintiff's second hospital stay due to his ingestion of Xarelto. Plaintiff would like to file an Amended Complaint to include his dates of usage of Xarelto from December 23, 2015 through October 29, 2016 and his dates of second hospitalization from May 15, 2016 through May 19, 2016.

4.  Said amendment will not prejudice any party to this action.

5.  Plaintiff's counsel has asked opposing counsel if they object and opposing counsel has not voiced any objection.

6.  The proposed Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that this Court enter an Order granting the Plaintiff's Unopposed Motion for Leave to File Amended Complaint.

Dated:   December 5, 2018.

    Respectfully submitted,

    GORDON & PARTNERS, P.A.
    /s/ Robert E. Gordon
    Robert E. Gordon, Esq.
    (Florida Bar #260479)
    Trevor M. Gordon, Esq.
    (Florida Bar #0115121)
    4114 Northlake Boulevard
    Palm Beach Gardens, FL  33410
    Telephone: (561) 799-5070
    Facsimile: (561) 634-2793
    TGordon@fortheinjured.com
    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    */s/* Robert E. Gordon
                                                        Robert E. Gordon