UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |
| This Document relates to: Wanda L. Chavis v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:17-cv-02300 | | JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting David Ray Steadman on behalf of his deceased sister, Wanda L. Chavis.

1. Wanda L. Chavis filed a products liability lawsuit against Defendants on March 20, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Wanda L. Chavis died on October 27, 2018.

3. Wanda L. Chavis' products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on December 5, 2018.

5. David Ray Steadman, surviving heir and brother of Wanda L. Chavis, is a proper party to substitute for plaintiff-decedent Wanda L. Chavis and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to

Fed. R. Civ. P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, David Ray Steadman requests that this Court grant his request for substitution as plaintiff in this action.

Dated: December 5, 2018

>Respectfully submitted,
>
>By: */s/ Ethan L. Shaw*
>Ethan L. Shaw
>John P. Cowart
>SHAW COWART, L.L.P.
>1609 Shoal Creek Boulevard
>Suite 100
>Austin, Texas  78701
>Telephone:  (512) 499-8900
>Facsimile:  (512) 320-8906
>elshaw@shawcowart.com
>jcowart@shawcowart.com
>
>*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

>*/s/ Ethan L. Shaw*