**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL NO. 2592** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION:  L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| This Document relates to: | ) | |
| Wanda L. Chavis v. Janssen Research | ) | |
| & Development, LLC, et al. | ) | **JURY TRIAL DEMANDED** |
| E.D. La. No. 2:17-cv-02300 | ) | |

_____

### ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on David Ray Steadman's

Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises,

hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1.      Motion is GRANTED

2.      DAVID RAY STEADMAN, as surviving heir of WANDA L. CHAVIS, is

substituted as Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 20___.


_____
HONORABLE ELDON E. FALLON
United States District Court Judge

cc:     All counsel of record