UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*EDWIN LYKINS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-7457

## MOTION TO DEEM SERVICE COMPLETE AND/OR TO EXTEND TIME TO SERVE

Plaintiff, Edwin Lykins, by and through his undersigned counsel, and pursuant to Pretrial Order 10 and Fed. R. Civ. P. 4(m), hereby moves this Honorable Court for the entry of an Order deeming service on Defendant, BAYER PHARMA AG, timely completed as of September 19, 2018, or alternatively extending the time for service by ten (10) days and deeming service timely completed as of October 12, 2018. In support of this motion, Plaintiff submits his contemporaneously filed Memorandum in Support and accompanying documents.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order deeming service on Defendant, BAYER PHARMA AG, timely completed as of September 19, 2018, or alternatively extending the time for service ten (10) days and deeming service timely completed as of October 12, 2018, and/or for such other relief as the Court deems reasonable and just.

Dated: December 5, 2018

Respectfully submitted,

 /s/ Kristie L. Fischer
Kristie L. Fischer
Nevada Bar No. 11693
CANEPA RIEDY ABELE

1

851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
kfischer@canepariedy.com

Counsel for Plaintiff, Edwin Lykins

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:   December 5, 2018

  /s/ Kristie L. Fischer
Kristie L. Fischer