UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*EDWIN LYKINS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-7457

### AFFIDAVIT OF KRISTIE L. FISCHER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO DEEM SERVICE COMPLETE AND/OR TO EXTEND TIME TO SERVE

COMES NOW, Kristie L. Fischer, Esq., and Canepa Riedy Abele, counsel for Plaintiff Edwin Lykins, and hereby files this Affidavit in support of Plaintiff's Motion to Deem Service Complete and/or to Extend Time to Serve.

I, Kristie L. Fischer, Esq. do swear under penalty of perjury to the following:

1. Plaintiff's Complaint was filed on August 6, 2018.

2. On September 19, 2018 a copy of the Complaint and Summons issued to Bayer Pharma AG was sent to the physical address and email address identified in PTO 10. (A true and correct copy of the physical documents sent to Bayer Pharma AG on September 19, 2018, along with the proof of mailing, is attached hereto as Exhibit 1. A true and correct copy of the email, including attachments, sent to xareltocomplaints@babc.com on September 19, 2018 is attached hereto as Exhibit 2).

3. On October 11, 2018, Plaintiff once again sent a physical copy, as well as an electronic copy, of the Complaint and the Summons issued to Bayer Pharma AG to the physical and email addresses identified in PTO 10. (A true and correct copy of the documents sent to Bayer Pharma AG on October 11, 2018, along with the proof of

1

mailing, is attached hereto as Exhibit 3. A true and correct copy of the email, including attachments, sent to xareltocomplaints@babc.com on October 12, 2018 is attached hereto as Exhibit 4).

Dated: December 5. 2018

Respectfully submitted,

 /s/ Kristie L. Fischer
Kristie L. Fischer
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
kfischer@canepariedy.com