UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*EDWIN LYKINS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-7457

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on January 9, 2019, Plaintiff's Motion to Deem Service Complete and/or to Extend Time to Serve will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: December 5, 2018

                                                Respectfully submitted,

                                                */s/ Kristie L. Fischer*
                                               Kristie L. Fischer
                                               Nevada Bar No. 11693
                                               CANEPA RIEDY ABELE
                                               851 S. Rampart Boulevard
                                               Suite 160
                                               Las Vegas, Nevada 89145
                                               Telephone: (702) 304-2335
                                               Facsimile: (702) 304-2336
                                               scanepa@canepariedy.com
                                               triedy@canepariedy.com
                                               babele@canepariedy.com
                                               kfischer@canepariedy.com

                                               Counsel for Plaintiff, Edwin Lykins