# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*EDWIN LYKINS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-7457

## ORDER

Upon consideration of all of the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Deem Service Complete and/or to Extend Time to Serve is hereby GRANTED. Service of the Complaint and Summons upon Defendant Bayer Pharma AG is deemed effective as of _____, and the time to complete service [is / is not] extended by ten (10) days.

SIGNED this _____ day of _____, 2018.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge