UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

Janet Rush and Dale Rush v. Janssen Research & Development LLC, et al (2:16-cv-12697)

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Janet Rush, is identified more fully in Paragraph 5 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, Janet Rush, resides at Marion County, West Virginia..

4. Individual Plaintiff, Dale Rush, is identified more fully in Paragraph 5 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

5. Individual Plaintiff, Dale Rush, herein resides at Marion County, West Virginia..

6. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

7. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: December 6, 2018

/s/ Tayjes Shah
*Attorney for Plaintiff(s)*
Tayjes Shah, Esq.
 The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
tshah@millerfirmllc.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that this Amended Short Form Complaint has been filed and served in accordance with Pretrial Order No. 11.

/s/ Tayjes Shah
Tayjes Shah