UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS * MDL NO. 2592
LIABILITY LITIGATION
* SECTION L
*
* JUDGE ELDON E. FALLON
*
* MAG. JUDGE NORTH
*
**********************************************

THIS DOCUMENT RELATES TO

*Pizzalato v. Janssen Research & Development, LLC, et al.*, 16-6455

## ORDER

A Joint Complaint has been filed in the aforementioned case in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. Pursuant to Pre-Trial Order No. 11 (Rec. Doc. 893), **IT IS ORDERED** that this complaint is **SEVERED** into separate, individual cases for each group of related plaintiffs. Plaintiffs are hereby directed to file separate, short form complaints for each case in accordance with Pre-Trial Order No. 11, paragraph 1 (c) (Rec. Doc. 893).

New Orleans, Louisiana, this 25th day of May, 2016.

UNITED STATES DISTRICT JUDGE