UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: JURY TRIAL DEMANDED

Nicole Pizzalato, et al v. Janssen
Research & Development LLC, et al

## ATTACHNENT 2

1. NICOLE PIZZALATO, Plaintiff V. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACETUCALS INC., f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCHEIL-JANSSEN PHARMACETUCAILS, INC. JOHNSON AND JOHNSON COMPANY BAYER HEALTHCARE PHARMACETUCAILS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG AND BAYER AG, Defendants. USDC NO. 2:16-cv-12614

2. ANTHONIA TRUJILLO, Plaintiff V. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACETUCALS INC., f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCHEIL-JANSSEN PHARMACETUCAILS, INC. JOHNSON AND JOHNSON COMPANY BAYER HEALTHCARE PHARMACETUCAILS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG AND BAYER AG, Defendants USDC NO. 2:16-cv-12682

3. HELENE HEADLEY, Plaintiff V. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACETUCALS INC., f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCHEIL-JANSSEN PHARMACETUCAILS, INC. JOHNSON AND JOHNSON COMPANY BAYER HEALTHCARE PHARMACETUCAILS, INC., BAYER PHARMA AG, BAYER

CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG AND BAYER AG, Defendants USDC NO:2:16-cv-12686

4. LARRY HEADLEY, Plaintiff V. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACETUCALS INC., f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCHEIL-JANSSEN PHARMACETUCAILS, INC. JOHNSON AND JOHNSON COMPANY BAYER HEALTHCARE PHARMACETUCAILS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG AND BAYER AG, Defendants USDC NO 2:16-cv-12690

5. JANET RUSH, Plaintiff V. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACETUCALS INC., f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCHEIL-JANSSEN PHARMACETUCAILS, INC. JOHNSON AND JOHNSON COMPANY BAYER HEALTHCARE PHARMACETUCAILS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG AND BAYER AG, Defendants

6. DALE RUSH Plaintiff V. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACETUCALS INC., f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCHEIL-JANSSEN PHARMACETUCAILS, INC. JOHNSON AND JOHNSON COMPANY BAYER HEALTHCARE PHARMACETUCAILS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG AND BAYER AG, Defendants

7. HERMAN BRIM, Plaintiff V. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACETUCALS INC., f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCHEIL-JANSSEN PHARMACETUCAILS, INC. JOHNSON AND JOHNSON COMPANY BAYER HEALTHCARE PHARMACETUCAILS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG AND BAYER AG, Defendants