UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :  MDL No. 2592
                                 :
                                 : SECTION L
                                 :
                                 : JUDGE ELDON E. FALLON
                                 :
_____  : MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

Helene Headley and Larry Headley v. Janssen Research & Development LLC, et al (2:16-cv-12686)

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Helene Headley, is identified more fully in Paragraph 4 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, Helene Headley, resides at Monongalia County, West Virginia.

4. Individual Plaintiff, Larry Headley, is identified more fully in Paragraph 4 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

5. Individual Plaintiff, Larry Headley, herein resides at Monongalia County, West Virginia.

6. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

7. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: December 6, 2018

/s/ Tayjes Shah
*Attorney for Plaintiff(s)*
Tayjes Shah, Esq.
 The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
tshah@millerfirmllc.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that this Amended Short Form Complaint has been filed and served in accordance with Pretrial Order No. 11.

/s/ Tayjes Shah
Tayjes Shah