UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Filing Relates to:<br><br>*Henrietta Guste, et al v. Janssen Research & Development, LLC, et al*, No. 2:15-cv-00949-EEF-MBN | |

# MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bernard Guste, the surviving spouse of Henrietta Guste, who, pursuant to Federal Rule of Civil procedure 25(a)(1), respectfully avers:

1.

Henrietta Guste and Bernard Guste filed a products liability lawsuit against Defendants on March 27, 2015.

2.

Plaintiff, Henrietta Guste, died on May 14, 2015.

1

3.

Henrietta Guste's product liability action against Defendants survived her death and was not extinguished.

4.

Plaintiffs filed a Notice and Suggestion of Death on February 10, 2016.

5.

Henrietta Guste was survived by her husband, Bernard Guste, and their four children: Bernard Guste, Jr., Henry Guste, Jules Guste, and Josephine Guste.

6.

The decedent's surviving children wish to be substituted as the proper party Plaintiffs for their deceased mother, Henrietta Guste.

7.

Undersigned counsel spoke with counsel for Defendants and they have no objection to this Motion.

WHEREFORE, Plaintiff, Bernard Guste, prays that his motion is granted, and that Bernard Guste, Jr., Henry Guste, Jules Guste and Josephine Guste be substituted as the proper party Plaintiffs for Henrietta Guste.

Respectfully submitted,

*/s/ Jeffrey S. Gennusa*
JOSEPH S. PIACUN (25211)
THOMAS A. GENNUSA, II (6010)
JEFFREY S. GENNUSA (33142)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
Email: jgennusa@gprlawyers.com

--and--

WILLIAM J. GUSTE (6375)
Guste, Barnett, Schlesinger, Henderson & Alpaugh, LLP
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
**Attorneys for Plaintiffs,**
**Henrietta Guste and**
**Bernard Guste**

Certificate of Service

I hereby certify that on December 6, 2018, a copy of the above and foregoing Motion to Substitute Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Jeffrey S. Gennusa*