UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Filing Relates to:<br><br>*Henrietta Guste et al v. Janssen Research & Development, LLC, et al*, No. 2:15-cv-00949-EEF-MBN | |

## **ORDER**

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED that Bernard Guste, Jr., Henry Guste, Jules Guste, and Josephine Guste be substituted as the proper party Plaintiffs for Plaintiff, Henrietta Guste.

New Orleans, Louisiana, on this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

1