**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Brad Dorsen, Case No. 2:16-cv-15377 | |

**AMENDED NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of the Plaintiff, Brad Dorsen on July 19, 2017.

Dated: December 6, 2018

                                                                 RESPECTFULLY SUBMITTED,

                                                                 s/ Jacob A. Flint
                                                                 Jacob A. Flint, IL Bar No. 6299777
                                                                 Flint Law Firm, LLC.
                                                                 222 E. Park St., Suite 500
                                                                 Edwardsville, IL 62025
                                                                 Phone: 618-205-2017
                                                                 Fax: 618-288-2864
                                                                jflint@flintlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 6, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint