UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| STANLEY B. GOLDBERG AND JULIETTE GOLDBERG, | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | COMPLAINT AND JURY DEMAND |
| v. | Civil Action No: 2:17-cv-12764 |
| JANSSEN RESEARCH & DEVELOPMENT LLC | **WAVE 1 REMAND** |
|    f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, | |
| JANSSEN ORTHO LLC, | |
| JANSSEN PHARMACEUTICALS, INC. | |
|    f/k/a JANSSEN PHARMACEUTICA INC. | |
|    f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., | |
| JOHNSON & JOHNSON COMPANY, | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC. | |
| BAYER PHARMA AG, | |
| BAYER CORPORATION, | |
| BAYER HEALTHCARE LLC, | |
| BAYER HEALTHCARE AG, and | |
| BAYER AG, | |
| Defendants. | |

## ORDER GRANTING
## MOTION TO FILE FIRST AMENDED COMPLAINT

This matter having come before the Court on the Motion for Leave to File Amended Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficient advised:

IT IS HERBY ORDERED, that Plaintiff Stanley B. Goldberg Motion to Amend Complaint is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
Eldon E. Fallon, United States District Court Juge