## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| WILLIAM M. MOORE and BONNIE MOORE | |
| Plaintiffs, | SECTION: L |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. F/K/A/ JANSSEN PHARMACEUTICA INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG,  BAYER CORPORATION, BAYER HEALTHCARE LLC,  BAYER HEALTHCARE AG, AND BAYER AG, | JUDGE: ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH  Civil Action No. 2:15-cv-02369 |
| Defendants. | |

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiffs, William M. Moore and Bonnie Moore, pursuant to

Federal Rules of Civil Procedure 41(a)(1), and hereby respectfully moves this Honorable Court

to dismiss, with prejudice, the above action against all Defendants, with each party to bear their

own costs.  Counsel for Plaintiffs represent that all filing fees have been paid pursuant to PTO

11B.

Respectfully submitted,

/s/ Leslie MacLean
Attorneys for Plaintiff
TX Bar No. 00794209
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email: lmaclean@waterskraus.com

/s/ Sally R. Bage
Attorneys for Plaintiff
TX Bar No. 24098961
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email: sbage@waterskraus.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on the

6th day of December, 2018.

/s/Sally R. Bage
Sally R. Bage