| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| MICHAEL M. MOORE and BONNIE MOORE, | |
| Plaintiffs, | SECTION: L |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. F/K/A/ JANSSEN PHARMACEUTICA INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH Civil Action No. 2:15-cv-002369 |
| Defendants. | |

**[PROPOSED] ORDER**

This matter came before the court on the Motion for Voluntary Dismissal with Prejudice filed by Plaintiffs.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal with Prejudice filed by Plaintiffs be GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2018

_____
Eldon E. Fallon
United States District Court Judge