UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To Case: | |
| GARY LOUIS ALEXANDER and wife ALMA ALEXANDER, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Civil Case NO. 2:16-cv-1924 | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order replacing Plaintiff Gary Louis Alexander with Alma Alexander, the administrator of the estate of Gary Louis Alexander, and in support states as follows:

1. Plaintiff Gary Alexander passed away on November 17, 2017, as reported to the Court in the attached Notice and Suggestion of Death (Ex. 1).

2. Alma Alexander, the administrator of the Estate of Gary Louis Alexander, is a proper party to substitute for Plaintiff-Decedent Gary Louis Alexander and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Alma Alexander respectfully requests that she be substituted as Plaintiff in this cause of action.

DATED: December 7, 2018.

/s/ James R. Faucher
James R. Faucher (NCSB 31514)

*Attorney for Plaintiffs*

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 N. Elm St. (Suite 200)
Greensboro, North Carolina 27401
Telephone:  (336) 478-6000
Fax: (336) 273-5597
james@greensborolawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I Caused the forgoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail, addresses denoted on the Electronic Mail Notice List.

DATED: December 7, 2018.

/s/ James R. Faucher
James R. Faucher (NCSB 31514)
*Attorney for Plaintiffs*

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 N. Elm St. (Suite 200)
Greensboro, North Carolina 27401
Telephone:  (336) 478-6000
Fax: (336) 273-5597
james@greensborolawcenter.com