UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To Case: | |
| GARY LOUIS ALEXANDER and wife ALMA ALEXANDER, | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| Civil Case NO. 2:16-cv-1924 | |

**NOTICE AND SUGGESTION OF DEATH**

Counsel for Plaintiffs Gary Louis Alexander and wife Alma Alexander, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff Gary Louis Alexander. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to File an Amended Complaint will be filed by Alma Alexander as Executor for the Estate of Gary Louis Alexander.

DATED: September 11, 2018

/s/ James R. Faucher
James R. Faucher (NCSB 31514)
*Attorney for Plaintiffs*

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 N. Elm St. (Suite 200)
Greensboro, North Carolina 27401
Telephone: (336) 478-6000
Fax: (336) 273-5597
james@greensborolawcenter.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, I Caused the forgoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail, addresses denoted on the Electronic Mail Notice List.

DATED: September 11, 2018

/s/ James R. Faucher
James R. Faucher (NCSB 31514)
*Attorney for Plaintiffs*

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**
822 N. Elm St. (Suite 200)
Greensboro, North Carolina 27401
Telephone: (336) 478-6000
Fax: (336) 273-5597
james@greensborolawcenter.com