UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To Case: | |
| GARY LOUIS ALEXANDER and wife ALMA ALEXANDER, | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| Civil Case NO. 2:16-cv-1924 | |

**ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF**

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Alma Alexander, as administrator of the estate of Gary Louis Alexander, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party Plaintiff is GRANTED.

DATED: _____.

                                                           Hon. Eldon E. Fallon
                                                           United States District Court Judge