UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>*James Slagle v. Janssen Research & Development, et al.*; **Civil Case No.: 2:17-cv-2639** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEO DEPOSITION OF NON-PARTY, MICHAEL MOORE, MD

To: Dr. Michael Moore, 15004 Cortez Blvd., Brooksville, FL 34613

**PLEASE TAKE NOTICE** that, Plaintiffs, by and through their undersigned attorneys, will take the oral and video deposition of non-party, **Michael Moore, MD, on Friday, December 21, 2018, at 10:30 a.m. (Eastern Time), at Holiday Inn Express & Suites Brooksville West, 14112 Cortez Blvd., Brooksville, FL 34601, (352) 597-4540.** All counsel of record are invited to attend. The deposition will be taken by a certified reporter from Golkow Litigation Services and will be videotaped.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control.

Dated:  December 7, 2018

                                                      Respectfully submitted,

                                                         /s/ Joseph T. Waechter
                                                      Joseph T. Waechter

        Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin St., Suite 700
Tampa, FL 33602
JWaechter@forthepeople.com
MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th of December a copy of the forgoing was electronically served to the following:

Dr. Michael Moore
15004 Cortez Blvd
Brooksville, FL 34613
fcggroup@yahoo.com

John A. McCauley
Venable LLP
750 East Pratt Street, Ste. 900
Baltimore, MD 21202
(410) 244-7655
jamccauley@venable.com
cjwalsh@venable.com

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to PTO No. 17.

Brian H. Barr
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
bbarr@levinlaw.com
*Plaintiffs' Co-Lead Counsel*

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Andy.Birchfield@BeasleyAllen.com
*Plaintiffs' Co-Lead Counsel*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
gmeunier@gainsben.com
*Plaintiffs' Co-Lead Counsel*

Leonard A. Davis
Herman, Herman & Katz, LLC
ldavis@hhklawfirm.com
*Plaintiffs' Co-Lead Counsel*

Andrew K. Solow
Arnold & Porter, Kaye, Scholer, LLP
Andew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
Drinker, Biddle & Reath, LLP
Susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

                                 */s/ Joseph T. Waechter*
                                 **Joseph T. Waechter**

## **EXHIBIT A – DOCUMENT REQUESTS**

1. A copy of your current Curriculum Vitae;

2. A complete copy of your medical records and patient file for Plaintiff, James Slagle;

3. All Xarelto-related communications, including emails, memoranda, and/or letters (including "Dear Doctor" letters) that you or your office received from (or, sent to) any of the Defendants or their sales representatives, attorneys, officers or employees;

4. All Xarelto-related brochures, guides, patient-education material, tear sheets, slides, handouts, CME program materials, videos, medical articles/publications, or promotional items that you or, your office received from any of the Defendants or their sales representatives, speakers, contractors, officers or employees;

5. All documents pertaining to any Xarelto-related research, consulting, training, or speaking activities that you performed (or agreed to perform) for any of the Defendants or their sales representatives, agents, attorneys, contractors, officers or employees (including any payments or reimbursements for same); and,

6. A copy of any Xarelto-related brochures, handouts, medication guides, patient-education materials, products labels, tear-sheets, or promotional items that you provided to Plaintiff, James Slagle, and/or any patients that you have prescribed Xarelto for in your practice.