UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 PRODUCTS<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Normand Beaulieu v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:15-cv-6468*

## MOTION FOR SUBSTITUTION OF PARTY

NOW COMES, Normand Beaulieu, by and through the undersigned counsel of record, moves this Court for an Order substituting Wayne G. Colby. on behalf of decedent Normand Beaulieu. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Normand Beaulieu filed a products liability lawsuit against defendants on November 19, 2015.

2. Normand Beaulieu died on February 8, 2017.

3. On April 5, 2017, Wayne G. Colby was appointed as executor of the estate of Normand Beaulieu by the Clerk of the Court for the State of New Hampshire Circuit Court. See Certificate of Appointment attached hereto as Exhibit A.

4. On December 7, 2018, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

5. Wayne G. Colby is a proper party to substitute for plaintiff-decedent Normand Beaulieu

1

and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: December 7, 2018                      Respectfully submitted,

**HILLIARD MARTINEZ GONZALES LLP**

By: /s/ T. Christopher Pinedo
Robert C. Hilliard
Texas State Bar No. 09677700
Federal Bar No. 5912
Catherine Tobin
Texas State Bar No. 24013642
Federal Bar No. 25316
John Martinez
Texas State Bar No. 24010212
Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ T. Christopher Pinedo
T. Christopher Pinedo
