# EXHIBIT A

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

7th Circuit - Probate Division - Dover
259 County Farm Road, Suite 203
Dover NH 03820

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## CERTIFICATE OF APPOINTMENT
(Letter of Appointment)

Case Name:     **Estate of Normand J. Beaulieu**

Case Number:   **319-2017-ET-00126**

On April 05, 2017, the following person(s) was/were appointed to administer the estate of Normand J. Beaulieu. The named executor(s) accepted this responsibility.

Executor(s)

Wayne G. Colby          25 Anctil Court            Home: 603-332-3888
                        Rochester NH  03867

This document, when signed under seal, certifies that this appointment did occur as stated and remains in effect as dated below.

April 05, 2017

_Cheryll-Ann Andrews_
Cheryll-Ann Andrews, Clerk of Court

NOT VALID WITHOUT
PROBATE DIVISION SEAL

