## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL No. 2592 |
| | * | SECTION: L |
| | * | |
| **THIS DOCUMENT RELATES TO:** | | JUDGE FALLON |
| **SEE ATTACHED EXHIBIT 1** | * | MAG. JUDGE NORTH |
| | * | |

_____

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective December 3, 2018, the law offices of LEVIN SIMES ABRAMS LLP, and Rachel Abrams, plaintiffs' counsel, moved. The new address is:

**Rachel Abrams**
**LEVIN SIMES ABRAMS LLP**
**1700 Montgomery Street, Suite 250**
**San Francisco, CA 94111**
**Phone: (415) 426-3000**
**Fax: (415) 426-3001**

Dated: December 7, 2018

**LEVIN SIMES ABRAMS LLP**

_/s/Rachel Abrams_____
Rachel B. Abrams (SBN 209316)
**LEVIN SIMES ABRAMS LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone:   (415) 426-3000
Facsimile:   (415) 426-3001
rabrams@levinsimes.com

_Attorneys for Plaintiffs_

# EXHIBIT  1

| Last Name | First Name | Rep Last Name | Rep First Name | Docket Numbers |
|---|---|---|---|---|
| Austin | Priscilla | | | 2:17-cv-06087-EEF-MBN |
| Batts | Claudia | Batts | Robert | 2:18-cv-06855-EEF-MBN |
| Boothroyd | George | | | 2:18-cv-06420-EEF-MBN |
| Brown | William | | | 2:17-cv-07878-EEF-MBN |
| Brumfield | Sunday | | | 2:16-cv-15892-EEF-MBN |
| Cimino | Marian | | | 2:17-cv-07289-EEF-MBN |
| Dauzat | Samuel | | | 2:17-cv-05857-EEF-MBN |
| Downie | Edward | | | 2:17-cv-05395-EEF-MBN |
| Eisenzimmer | Shirley | | | 2:18-cv-07183-EEF-MBN |
| Farmer | Gary | | | 2:17-cv-03171-EEF-MBN |
| Gregory | Earl | Gregory | Glessna | 2:18-cv-03270-EEF-MBN |
| Heckstall | William | | | 2:18-cv-05162-EEF-MBN |
| Hislop-Murdock | Joy | | | 2:17-cv-08667-EEF-MBN |
| Hylton | Donald | | | 2:17-cv-05739-EEF-MBN |
| Jenkins | Janice | | | 2:17-cv-05015-EEF-MBN |
| Lieberman | Mark | | | 2:17-cv-07218-EEF-MBN |
| Lord | Richard | Lord | Julie | 2:17-cv-07484-EEF-MBN |
| Mann | Armeta | Mann | Jackie | 2:18-cv-07787-EEF-MBN |
| Mejia | Erica | | | 2:17-cv-08185-EEF-MBN |
| Mills | Kathryn (Judy) | | | 2:17-cv-08169-EEF-MBN |
| Nelson | Bethene | | | 2:17-cv-08684-EEF-MBN |
| Ortiz | Sonia | | | 2:18-cv-06567-EEF-MBN |
| Owens | Donna | | | 2:17-cv-05728-EEF-MBN |
| Potter | Michael | | | 2:18-cv-00637-EEF-MBN |
| Sidener | Rita | | | 2:17-cv-05295-EEF-MBN |
| Slutsky | Jerome | | | 2:15-cv-7008-EEF-MBN |
| Smith | Eldridge | | | 2:17-cv-07006-EEF-MBN |
| Townes | James | Townes | Alberta | 2:17-cv-03500-EEF-MBN |
| Tranckino | Mark | | | 2:16-cv-15352-EEF-MBN |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on December 7, 2018, which shall send notification of such filing to all CM/ECF participants.

*/s/Rachel Abrams*_____
Rachel Abrams

NOTICE OF CHANGE OF ADRESS