IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| KENNETH COLE,<br>Case No. 2:16-cv-15224 | MAG. JUDGE NORTH |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff KENNETH COLE, by and through his attorneys, Flint Law Firm, LLC and responds to this Court's Order to Show Cause entered November 26, 2017, and states as follows:

1. On October 12, 2018, this Court issued a Rule to Show Cause why certain actions, including the above-captioned action, should not be dismissed with prejudice for failure to provide core information on Plaintiffs' Fact Sheet.

2. The Complaint in this matter was filed on October 4, 2016.

3. Counsel has obtained records from the facilities that Plaintiff identified as the sites of the Plaintiff's treatment for the alleged Xarelto injury. These records were furnished with Plaintiff's Fact Sheet.

4. An amended Plaintiff Fact Sheet has been completed and served to Defendants on November 30, 2018, which includes core information regarding Plaintiff's injury and Plaintiff's signed Declaration.

5. The above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet as deficiencies have now been cured. Accordingly, undersigned counsel

respectfully requests that this Honorable Court set aside the Order to Show Cause Regarding Plaintiffs' with Alleged Core Plaintiff Fact Deficiencies as to the above-caption action.

Dated: December 7, 2018

                                      RESPECTFULLY SUBMITTED,

                                      *s/ Jacob A. Flint*
                                      Jacob A. Flint, IL Bar No. 6299777
                                      Flint Law Firm, LLC.
                                      222 E. Park St., Suite 500
                                      Edwardsville, IL 62025
                                      Phone: 618-205-2017
                                      Fax: 618-288-2864
                                      jflint@flintlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                *s/Jacob A. Flint*