UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Roger Braden v. Janssen Research & Development LLC, et al; 2:17-cv-08687* | : : : | **JUDGE ELDON E. FALLON** |
| | : : | **MAGISTRATE JUDGE NORTH** |

**ORDER**

Considering the foregoing Motion to Withdraw Defendants' Motion for Order to Show Cause as to Why Plaintiff's Case Should Not be Dismissed with Prejudice for Failure to Participate in Discovery Pursuant to CMO 6;

IT IS HEREBY ORDERED that Defendants' Motion for Order to Show Cause as to Why Plaintiff's Case Should Not be Dismissed with Prejudice for Failure to Participate in Discovery Pursuant to CMO 6 (Rec. Doc. 11847) be and the same is hereby withdrawn.

New Orleans, Louisiana, on this ___ day of _____ 2018.

_____
United States District Judge