UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' STEERING COMMITTEE'S
### NOTICE OF SUPPLEMENTAL EXPERT REPORT AND SUPPLEMENTAL RELIANCE LIST

PLEASE TAKE NOTICE that the Plaintiffs' Steering Committee ("PSC") has served upon the Defendants the supplemental generic expert report and reliance list of Dr. David Kessler. Dr. Kessler's original generic expert report was dated October 13, 2016. In the more than two years since Dr. Kessler's original report, the facts and science related to the Xarelto litigation has continued to progress, making the present supplemental report necessary. The PSC will make Dr. Kessler available for a deposition on his newly-served supplemental report.

Dated December 7, 2018

Respectfully Submitted,

By: */s/ Leonard A. Davis*
Leonard A. Davis (Bar No. 14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email:  ldavis@hhklawfirm.com

By:*/s/ Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
Gainsburgh Benjamin David Meunier
& Warshauer, LLC
New Orleans, LA  70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email:  gmeunier@gainsben.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*
**Gerald E. Meunier**