**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :          MDL No. 2592
                                     :
                                     :          SECTION L
                                     :
                                     :          JUDGE ELDON E. FALLON
                                     :
_____:          MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

William Parkins

CA# 2:17-cv-5574

<u>**SUGGESTION OF DEATH**</u>

        Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, William Parkins on March 20, 2018.

Dated:  December 7, 2018

                              Respectfully submitted,

                              By:   /s/ Daniel J. Carr
                              _____

                              Joseph C. Peiffer, La. Bar # 26459
                              Daniel J. Carr, La. Bar # 31088
                              PEIFFER WOLF CARR & KANE
                              A Professional Law Corporation
                              201 St. Charles Avenue, Suite 4610
                              New Orleans, Louisiana  70170-4600
                              Telephone:  (504) 523-2434
                              Facsimile:  (504) 523-2464
                              Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

Certificate of Service

I hereby certify that on December 7, 2018, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

_/s/ Daniel J. Carr_