**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | |
| | **JUDGE ELDON E. FALLON** |
| *GWENDOLYN J. KIRK,* Case No. 2:17-cv-05406 | **MAG. JUDGE MICHAEL NORTH** |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION**
**FOR ORDER TO SHOW CAUSE REGARDING**
**PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED**
**PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Pursuant to Defendants' Motion for Order to Show Cause regarding Plaintiffs who have

failed to serve a fully complete updated Plaintiff Fact Sheet pursuant to CMO 6 in MDL No.

2592 filed on November 20, 2018 (Doc. No. 11767), a Motion for Voluntary Dismissal with

Prejudice was filed on December 7, 2018 (Doc No. 11975) dismissing all of Plaintiff Gwendolyn

J. Kirk's claims with prejudice against Defendants. Accordingly, undersigned counsel

respectfully notifies this Honorable Court of Plaintiff's voluntary dismissal with prejudice.

Dated: December 7, 2018

Respectfully submitted,

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)

2

bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.


By:    s/ *Emanuella J. Paulos*
       Emanuella J. Paulos
       Attorney for Plaintiff