## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROSEMARY MOORE, Case No. 2:17-cv-1247 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| | <u>JURY TRIAL DEMANDED</u> |

### <u>PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE</u>

COME NOW Plaintiff Rosemary Moore, by and through her undersigned attorneys and responds to Defendants' Motion for Order to Show Cause filed November 20, 2018, as follows:

1. Undersigned counsel attempted to contact Plaintiff on numerous occasions to gather the additional information needed to amend her Plaintiff Fact Sheet pursuant to Pretrial Order 13; however, her contact information was changed without undersigned counsel's knowledge.

2. On November 21, 2018, Plaintiff was forwarded a copy of Defendants' Motion for Order to Show Cause, as evidence by the attached Exhibit A.

3. Since that time, Plaintiff has contacted the undersigned counsel with her updated contact information and provided the undersigned counsel with the additional information needed to complete her Plaintiff Fact Sheet and provided updated medical records authorizations, which were uploaded to MDLCentrality on December 7, 2018.

4.  Therefore, Plaintiff requests that her case not be dismissed.

Dated: <u>December 7, 2018</u>

**MOTLEY RICE LLC**

 s/ Carmen S. Scott_____ _____
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000
Fax: 843-216-9440

Attorneys for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a complete copy of the foregoing Response to Defendants' Motion for Order to Show Cause has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 7th day of December, 2018.

s/ Carmen S. Scott_____