UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
                                       :
                                       :     JUDGE ELDON E. FALLON
                                       :
_____:         MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                    JURY TRIAL DEMANDED

*Ernest Mahoney v. Janssen Research &
Development, LLC, et al*


I, Ernest Mahoney, after a thorough discussion on Monday, November 26, 2018 with my attorney, Marc Whitehead agree to Voluntarily Dismiss my current case before the United States District Court, Eastern District of Louisiana.

I acknowledge that this claim cannot be re-litigated once the Court has been notified of the Voluntary Dismissal.

I further acknowledge that I am not responsible to my attorney or the Court for any fees incurred in my representation.


Date: 12-7-18

_____
Ernest Mahoney