# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN),** | |
| EDWARD KEETER and JANICE KEETER, | **MDL NO. 2592** |
| Plaintiffs, | **SECTION: L** |
| vs. | **JUDGE: ELDON E. FALLON** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | **MAG. JUDGE NORTH** <br><br> **Civil Action No.: 2:15-cv-03058** |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Daniel C. Burke of Bernstein Liebhard LLP, with offices at 10 East 40th Street, 28th Floor, New York, New York, 10016, hereby appears on behalf of Plaintiffs Janice and Edward Keeter.

Dated: December 10, 2018

**BERNSTEIN LIEBHARD LLP**
By: /s/ Daniel C. Burke
Daniel C. Burke
10 East 40th Street, 28th Floor
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
dburke@bernlieb.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system on December 10, 2018, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

      /s/ Daniel C. Burke