UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |

*Braida v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-06207

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Joanne C. Braida, which occurred on or about June 4, 2018. Plaintiff respectfully informs this Court that a Stipulation of Dismissal will be filed with the Court.

Dated: December 10, 2018

Respectfully submitted,

*/s/ Barry D. Levy*
Barry D. Levy (OH Reg #0018986)
**O'CONNOR, ACCIANI & LEVY LPA**
600 Vine Street, Suite 1600
Cincinnati, OH 45202
Telephone: 513-241-7111
Facsimile: 513-241-7197
Email: bdl@oal-law.com
***Attorneys for Plaintiff***