UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION L |
| ) | |
| ERNEST MAHONEY ) | |
| ) | JUDGE ELDON E. FALLON |
| 2:16-CV-09169 ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Counsel for Ernest Mahoney, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case.

Respectfully submitted,

/s/ Marc S. Whitehead
Marc S. Whitehead
*Attorney for Plaintiff*

Marc Whitehead & Associates, LLP
403 Heights Blvd.
Houston, TX 77007
Phone: 713-228-8888
Fax: 346-299-2642

Approved as to form and substance

*/s/ Ernest Mahoney*
Ernest Mahoney (Client)

Date 12-7-18

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Marc S. Whitehead
Marc S. Whitehead
*Attorney for Plaintiff*

Marc Whitehead & Associates, LLP
403 Heights Blvd.
Houston, TX 77007
Phone: 713-228-8888
Fax: 346-299-2642