UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO:**

*Carol Anders, on behalf of Herself, and as Surviving Spouse of Dean Anders, Deceased, et al, v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:16-cv-17927**

<u>**NOTICE AND SUGGESTION OF DEATH
OF PLAINTIFF BALASAN TOROSYAN**</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, here by informs the Honorable Court of the death of the Plaintiff, Balasan Torosyan. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Edik Yesayan., on behalf of himself, and as surviving son of Balasan Torosyan, deceased.

                                            Respectfully Submitted,

Date:  December 10, 2018                        s/ Andy D. Birchfield, Jr._____
                                                               Andy D. Birchfield, Jr.
                                                                C. Gibson Vance
                                                                David B. Byrne, III
                                                                BEASLEY, ALLEN, CROW,
                                                                METHVIN, PORTIS & MILES, P.C.
                                                                Post Office Box 4160
                                                               Montgomery, Alabama 36103-4160

(334) 269-2343  
(334) 954-7555 (facsimile)  
Andy.Birchfield@BeasleyAllen.com  
Gibson.Vance@BeasleyAllen.com  
David.Byrne@BeasleyAllen.com  

***Attorneys for Plaintiff***