UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carol Anders, on behalf of Herself, and as Surviving Spouse of Dean Anders, Deceased, et al, v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:16-cv-17927**

**[*UNOPPOSED*] MOTION TO SUBSTITUTE PARTY PLAINTIFF, REGARDING PLAINTIFF BALASAN TOROSYAN**

COMES NOW counsel for Plaintiff Balasan Torosyan, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Plaintiff Balasan Torosyan.

In support of their motions, Plaintiff's counsel would show that Plaintiff Balasan Torosyan died on November 26, 2017. Plaintiff's son, Edik Yesayan, is authorized to pursue the claims of the Plaintiff and has agreed to be substituted as a party plaintiff in this action.

Counsel for Plaintiff has conferred with counsel for defendants, and they have no objection to the filing of this motion.

WHEREFORE, premises considered, Plaintiff requests this Honorable Court enter an Order granting this Motion for Substitution of Party, substituting Edik Yesayan, as Plaintiff in this

case.

                                            Respectfully submitted,

Date: December 10, 2018               s/ Andy D. Birchfield, Jr._____
                                            Andy D. Birchfield, Jr.
                                            C. Gibson Vance
                                            David B. Byrne, III
                                            BEASLEY, ALLEN, CROW,
                                            METHVIN, PORTIS & MILES, P.C.
                                            Post Office Box 4160
                                            Montgomery, Alabama 36103-4160
                                            (334) 269-2343
                                            (334) 954-7555 (facsimile)
                                            Andy.Birchfield@BeasleyAllen.com
                                            Gibson.Vance@BeasleyAllen.com
                                            David.Byrne@BeasleyAllen.com

                                            ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing [Unopposed] Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: December 10, 2018         s/ Andy D. Birchfield, Jr.
                                Andy D. Birchfield, Jr.
                                C. Gibson Vance
                                David B. Byrne, III
                                BEASLEY, ALLEN, CROW,
                                METHVIN, PORTIS & MILES, P.C.
                                Post Office Box 4160
                                Montgomery, Alabama 36103-4160
                                (334) 269-2343
                                (334) 954-7555 (facsimile)
                                Andy.Birchfield@BeasleyAllen.com
                                Gibson.Vance@BeasleyAllen.com
                                David.Byrne@BeasleyAllen.com

                                *Attorneys for Plaintiff*