UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Bernardo Diaz-Maldonado

CA#2:16-cv-14717

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

On November 26, 2018, this Court issued an Order to Show Cause (Rec. Doc. 11811) why certain actions, including the above-captioned action filed on behalf of Plaintiff Bernardo Diaz-Maldonado, should not be dismissed with prejudice for failure to serve a fully completed Plaintiff Fact Sheet in accordance with the time set forth by Case Management Order No. 6.  Undersigned counsel responds to that order as follows:

1. Plaintiff's case was selected for Wave 2 remand.

2. Undersigned counsel has since learned that Plaintiff is deceased.

3. Counsel has been in contact with the Plaintiff's surviving spouse to informed her that her husband's case was selected for Wave 2 remand, and that certain obligations must be met pursuant to CMO 6 to avoid dismissal of the case, including completing and serving a full Plaintiff's Fact Sheet, and appointing a personal representative of the Plaintiff's estate.

4. Plaintiff's surviving spouse has yet to provide counsel with documentation from a court appointing her, or anyone else, as personal representative, nor has she provided counsel with a completed Plaintiff's Fact Sheet, or otherwise taken any steps to comply with CMO 6.

5. Counsel has repeatedly notified Plaintiff's surviving spouse that failure to comply with the requirements of CMO 6 may result in dismissal of her husband's case, yet she has still failed to cooperate with counsel in all efforts to comply with CMO 6.

6. Accordingly, counsel does not have the authority to consent to dismissal of this action, but undersigned counsel is unable to meet obligations under CMO 6. Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Respectfully submitted,

By:   /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER WOLF CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@pwcklegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

*/s/ Daniel J. Carr*