UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :    MDL No. 2592
                                      :
                                      :    SECTION L
                                      :
                                      :    JUDGE ELDON E. FALLON
                                      :
_____   :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Ronald Wright

CA#2:16-cv-14661

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

On November 26, 2018, this Court issued an Order to Show Cause (Rec. Doc. 11811) why certain actions, including the above-captioned action filed on behalf of Plaintiff Ronald Wright, should not be dismissed with prejudice for failure to serve a fully completed Plaintiff Fact Sheet in accordance with the time set forth by Case Management Order No. 6.  Undersigned counsel responds to that order as follows:

1. Plaintiff's case was selected for Wave 2 remand.

2. Following Plaintiff's selection, undersigned counsel attempted to contact Mr. Wright many times, both verbally and in writing, to inform him that his case was selected for Wave 2 remand.

3. Undersigned counsel has diligently attempted to contact Mr. Wright by phone, by email, and by letter. These attempts include phone calls on September 25, 2018, September 27, 2018, October 16, 2018, November 8, 2018, and December 3, 2018; and letters sent via certified

1

mail on October 29, 2018 and December 3, 2018. Counsel was not able to obtain an email address for Mr. Wright.

    4.    All attempts to contact Mr. Wright or otherwise ascertain his whereabouts have failed.

    5.    Accordingly, due to undersigned counsel's inability to contact Plaintiff and serve the Plaintiff Fact Sheet in accordance with CMOs 1 and 6 and PTP 12, there is no basis to oppose Defendant's Motion to Dismiss. Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Respectfully submitted,

By: /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER WOLF CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@pwcklegal.com


Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

          /s/ *Daniel J. Carr*