UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>CHERYL COWLING,<br><br>                Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>                Defendants. | **MDL 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH**<br><br>Civil Action No. 2:16-cv-10168<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**CALLAHAN & BLAINE, APLC**

By: <u>Daniel J. Callahan</u>
Daniel J. Callahan
Laura M. Morris
3 Hutton Center Drive
Suite 900
Santa Ana, CA 92707
Tel:(714) 241- 4444
Daniel@callahan-law.com
Lmorris@callahan-law.com

Attorneys for Plaintiff
Dated: December 10, 2018

**HODES MILMAN LIEBECK, LLP**

By: <u>Jeffrey A. Milman</u>
Jeffery A. Milman
Jacob Brender
9210 Irvine Center Drive
Irvine, CA 92618
Tel: (949) 640-8222
Jmilman@hml-lawyers.com
jbrender@hml.law

Attorneys for Plaintiff
Dated: December 10, 2018

**DRINKER BIDDLE & REATH LLP**

By: <u>/s/Susan M. Sharko</u>
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   Susan.Sharko@dbr.com

   Attorneys for Defendants Janssen
   Pharmaceuticals, Inc., Janssen Research &
   Development, LLC, and Janssen Ortho LLC
   Dated: December 10, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: <u>/s/Andrew Solow</u>
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, D.C. 20001
   Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
   Andrew.Solow@arnoldporter.com
   William.Hoffman@arnoldporter.com

   Attorneys for Defendants Bayer HealthCare
   Pharmaceuticals Inc., and Bayer Pharma AG
   Dated: December 10, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: <u>/s/ Kim E. Moore</u>
   Kim E. Moore
   400 Poydras St., Ste, 2700
   New Orleans, LA 70130
   Telephone: (504) 310-2100
   kmoore@irwinllc.com

   Liaison Counsel for Defendants
   Dated: December 10, 2018

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on December 10, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                 /s/Kim E. Moore