UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| ROBERT CAMERON, : | |
| : | |
|     Plaintiff : | JUDGE ELDON E. FALLON |
| : | |
| v. : | MAGISTRATE JUDGE NORTH |
| : | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, : | Civil Action No.: 2:16-CV-00977 STIPULATION OF DISMISSAL WITH PREJUDICE |
| : | |
|     Defendants : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Robert Cameron, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-00977, only.  This stipulation shall not affect the lawsuit filed by Robert Cameron, which is currently pending in PCCP No. 2349 in the First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, bearing Case No. 17207310.  All parties shall bear their own costs.

1

| | |
|---|---|
| **KIRKENDALL DWYER LLP**<br>By: /s/Alexander G. Dwyer<br>Alexander G. Dwyer<br>4343 Sigma Road<br>Suite 200<br>Dallas, TX 75244<br>Tel: (214) 271-4027<br>ak@kirkendalldwyer.com<br>ad@kirkendalldwyer.com<br><br>Attorneys for Plaintiff<br>Dated: December 10, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: December 10, 2018 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: December 10, 2018

>IRWIN FRITCHIE URQUHART & MOORE LLC
>By: /s/Kim E. Moore
>Kim E. Moore
>400 Poydras St., Ste, 2700
>New Orleans, LA 70130
>Telephone: (504) 310-2100
>kmoore@irwinllc.com
>
>Liaison Counsel for Defendants
>Dated: December 10, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2018 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>/s/Kim E. Moore