Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Cynthia Messina v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12825  *Edward Montgomery v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-03008 | ) ) **RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6** |

Plaintiffs Edward Montgomery and Cynthia Messina file this Response to Order to Show Cause (Docket # 11811).

***Plaintiff Montgomery* (# 74 on show cause order)** – Mr. Montgomery served his updated amended PFS on November 20, 2018, about 20 minutes after Defendants filed the show cause motion. Defendants' counsel has confirmed by email that they will advise the Court during the show cause hearing that Mr. Montgomery has satisfied his CMO 6 obligation to serve an update amended PFS. Accordingly, the show cause order should be dismissed as to Mr. Montgomery.

**Response to Show Cause Order**                                                                 Page 1

*Plaintiff Messina* (**# 70 on show cause order**) – Despite numerous phone calls and letters in which undersigned counsel, either directly or through staff, has advised Ms. Messina of the consequences of failure to satisfy the CMO 6 requirement of serving a complete, updated PFS, Ms. Messina has not provided PFS responses to counsel for uploading to MDL Centrality, nor has she provided an updated declaration and updated authorizations.  Assuming this continues to be the case when the show cause hearing is held (we are continuing our efforts to try to secure Ms. Messina's cooperation in the prosecution of her case), we will have no basis to oppose dismissal.

DATED:  December 10, 2018                THE MULLIGAN LAW FIRM

                    By:    /s/ *Charles G. Orr*
                           Charles G. Orr
                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    By:    /s/ *Charles G. Orr*
                           Charles G. Orr
                           Attorney for Plaintiff