UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>DALE RUSH,<br><br>           **Plaintiff,**<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>           **Defendants.** | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>Civil Action No. 2:16-cv-12700<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

      IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Dale Rush, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-12700, only.  This stipulation shall not affect the lawsuit filed by Janet Rush, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-12697. All parties shall bear their own costs.

| | |
|---|---|
| **THE MILLER FIRM, LLC** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/Timothy Litzenburg<br>Timothy Litzenburg<br>108 Railroad Avenue<br>Orange, VA 22960<br>Tel: (540)672-4244<br>Tlitzenburg@millerfirmllc.com<br><br>Attorneys for Plaintiff<br>Dated: December 10, 2018 | By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: December 10, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Andrew.Solow@arnoldporter.com<br>William.Hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: December 10, 2018<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br><br>By: /s/ Kim E. Moore<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br>Dated: December 10, 2018 |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 10, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                             /s/Kim E. Moore