# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| ANDREW SMITH JR., | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:17-CV-00027 STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice. All parties shall bear their own costs.

| | |
|---|---|
| **HENINGER GARRISON DAVIS, LLC**<br>By: /s/William L. Bross<br>William L. Bross<br>Jeanie Sleadd<br>W. Lewis Garrison, Jr.<br>Kathryn Harrington<br>Taylor Bartlett<br>2224 First Avenue North<br>Birmingham, AL 35203<br>Tel: (205) 326-3336<br>jsleadd@hgdlawfirm.com<br>lewis@hgdlawfirm.com<br>william@hgdlawfirm.com<br>kathryn@hgdlawfirm.com<br>taylor@hgdlawfirm.com<br><br>Attorneys for Plaintiff<br>Dated: December 10, 2018 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorney for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC<br>Dated: December 10, 2018<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: December 10, 2018<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/Kim E. Moore<br>Kim E. Moore<br>400 Poydras St.,<br>Suite 2700<br>New Orleans, LA 70130<br>Tel: (504) 310-2100<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br>Dated: December 10, 2018 |

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 10, 2018 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore