**UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*PARKER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:16-cv-13834

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff SHANNON STELLA PARKER, by and through her undersigned counsel of record, and responds to Defendants' Motion for Order to Show Cause filed on November 20, 2018, and states as follows:

1. On November 26, 2018, this Court issued an Order to Show Cause why certain actions, including the above-captioned action, should not be dismissed with prejudice for failing to serve a fully complete and updated Plaintiff Fact Sheet Pursuant to CMO 6.

2. After being randomly selected for inclusion in the Wave 2 remand discovery, counsel contacted Plaintiff on numerous occasions to gather additional information needed to amend her Plaintiff Fact Sheet pursuant to CMO 6 and PTO 13.

3. Unfortunately, due to a delay in reaching Plaintiff, as well as a delay in receiving return mail from the Plaintiff, counsel for Plaintiff was unable to timely file a fully complete and updated Plaintiff Fact Sheet by the designated deadline.

4. An amended Plaintiff Fact Sheet was subsequently completed and served on Defendants on November 27, 2018, which includes core information regarding Plaintiff's injury and Plaintiff's signed Declaration.

5. The above-captioned action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet as the deficiency has now been cured.

6. Accordingly, Plaintiff respectfully requests that her case not be dismissed.

Dated:  December 10, 2018                               RESPECTFULLY SUBMITTED,

/s/*Wendy C. Elsey*
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713-522-5250
713.535.7184 – facsimile
dmatthews@thematthewslawfirm.com
welsey@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Wendy C. Elsey*
Wendy C. Elsey