UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT REPORT NO. 34 OF PLAINTIFFS' AND DEFENDANTS' LIAISON COUNSEL

Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") respectfully submit this Joint Report No. 34.  All Pre-Trial Orders are posted on the court's website located at www.laed.uscourts.gov/Xarelto. The Court's website also includes other postings relevant to the litigation.

## 1.    PRE-TRIAL ORDERS

Since the filing of Joint Report No. 34 on November 6, 2018, the Court has not issued any new Pre-Trial Orders.

## 2.    CASE MANAGEMENT ORDERS:

Since the filing of Joint Report No. 31 on August 2, 2018, the Court has issued Case Management Order No. 6A,[1] addressing parties' protocols for depositions conducted as part of CMO 6 case workups [Rec. Doc. 10660].   On September 13, 2018, the Court entered the Joint Stipulated Order Addressing Order of Examination for Certain Prescribing and Treating Physician Depositions Pursuant to Case Management Orders Nos. 6 and 6A.  [Rec. Doc. 10882].  On October

---

[1] Formerly titled Pretrial Order No. 6A.  [Rec. Doc. 10979].

2, 2018, the Court issued Case Management Order 6B addressing CMO 6 case-specific discovery and Notices of Appearance in the MDL.  [Rec. Doc. 11051].

On April 16, 2018, pursuant to CMO 6 [Rec. Doc. 8717], Plaintiffs and Defendants each selected 200 cases for inclusion in the first group ("Wave 1") of cases for work-up and discovery. The Court made its random selection of an additional 200 cases on April 30, 2018.    The Court extended for thirty (30) days the deadlines set forth in CMO 6 for the selection of the second group of cases ("Wave 2").  The deadline for Plaintiffs and Defendants to each select 200 cases for inclusion in Wave 2 was September 17, 2018.  The Court randomly selected 200 cases for inclusion in Wave 2 by October 4, 2018.  All provisions and deadlines in CMO 6 for the Wave 2 random cases shall now run from October 4, 2018 (as opposed to October 1, 2018).

CMO 6 provides that all of the cases selected for discovery must complete all sections of the Plaintiff Fact Sheet pursuant to Pre-Trial Order No. 13 within thirty (30) days of selection. Subject to Paragraph 6 of CMO 6, Defendants must serve an updated and completed Defendant Fact Sheet for each case selected in Wave 1 and Wave 2.  Pre-Trial Order No. 27 (dealing with the completion of only certain sections of the Plaintiff Fact Sheet) shall no longer apply to those cases selected in Wave 1 and Wave 2, but shall continue to govern cases not selected in either Wave 1 or Wave 2.

## 3.  COUNSEL CONTACT INFORMATION FORM

All counsel in the MDL are required to complete the Counsel Contact Information Form attached to PTO No. 4A, and forward it to the appropriate Liaison Counsel.  This information must be kept current by counsel providing the information, and will be relied upon throughout the litigation.

4.     **PLAINTIFF FACT SHEETS**

On May 4, 2015, the Court issued Pre-Trial Order No. 13 [Rec. Doc. 895], which governs the form and schedule for service of Plaintiff Fact Sheets ("PFSs"), as well as executed Authorizations for the release of records to be completed by plaintiffs in all individual cases.  Pre-Trial Order No. 13A and 14A [Rec. Doc. 1040] provides the procedure for the online submission and service of Fact Sheets and Authorization forms through the BrownGreer MDL Centrality System.

Prior to filing a Motion for Extension of PFS Deadlines, plaintiff's counsel should contact Defendants' Liaison Counsel to determine whether there is any opposition.

On April 21, 2016, the Court entered Pre-Trial Order No. 27, which modifies PTO Nos. 13, 13A, 14 and 14A.  Plaintiffs' counsel in any filed cases as to which the PFS would be due after March 30, 2016 should consult Pre-Trial Order No. 27.

On January 25, 2017, the Court entered Pre-Trial Order No. 31, a Protocol to Assist in Addressing Plaintiff Fact Sheets Which Defendants Contend Are Not in Compliance with Court Orders.  [Rec. Doc. 5183].

On February 27, 2018, the Court entered CMO No. 6.   Pre-Trial Order No. 27 shall no longer apply to those cases selected in Wave 1 and Wave 2, but shall remain in effect with respect to cases not selected in either Wave 1 or Wave 2.

Defendants continue to file Order to Show Cause Motions in cases where Defendants allege a Plaintiff Fact Sheet ("PFS") has not been submitted pursuant to PTO 13 and CMO 6; PFS deficiencies have not been cured pursuant to PTO 13 and CMO 6; CMO 6 plaintiffs have not met the discovery requirements of CMO 6; and CMO 6 plaintiffs lack capacity to proceed with their cases.

Defendants filed several motions for alleged failure to comply with PTO 13 in non-CMO 6 cases, which are listed in the Non-CMO 6 Cases Overdue Plaintiff Fact Sheets and Core Deficient Plaintiff Fact Sheets section at item No. 14 of this Joint Report.

Defendants filed motions for alleged failure to comply with the CMO 6 and PTO 13 PFS requirements in the following CMO 6 cases:  Linda Lynch (Rec. Doc. 10522), David Alejandro (Rec. Doc. 10633), Edith Daniel (Rec. Doc. 10635), Fred Haney (Rec. Doc. 10680), Piper Legrand (Rec. Doc. 11465), Rolland Ives (Rec. Doc. 11845), Lee Robert (Rec. Doc. 11445),  Rueben Cox (Rec. Doc. 11846), and regarding various Wave 2 plaintiffs (Rec. Doc. 11767).  Defendants filed a motion for alleged failure to participate in discovery pursuant to CMO 6 in the Roger Braden case (Rec. Doc. 11847).  Defendants filed motions for alleged lack of capacity to proceed with in the following CMO 6 cases:  Elaine Mayfield (Rec. Doc. 11710), McKinnley Williams (Rec. Doc. 11840), Clinton Sesco (Rec. Doc. 11841), Normand Beaulieu (Rec. Doc. 11842), James Billiot (Rec. Doc. 11843), Linda Johnson (Rec. Doc. 11844).  The parties continue to meet and confer in advance of the scheduled hearing dates on the various Orders to Show Cause that are set by the Court.  The next Show Cause Hearing will be held on December 12, 2018 immediately following the monthly status conference.

## 5.    DEFENDANT FACT SHEETS

On May 4, 2015, the Court issued Pre-Trial Order No. 14 [Rec. Doc. 896], which governs the form and schedule for service of Defendant Fact Sheets to be completed by defendant in all individual cases.  Pre-Trial Orders No. 13A, 14A, and 14B [Rec. Docs. 1040, 1221, & 1847] provide the procedure for the online submission and service of Fact Sheets and Authorization forms through the BrownGreer MDL Centrality System, as well as for the release of information and data from IMS Health, Inc.  Pursuant to paragraph 3 of PTO 14 [Rec. Doc. 896], it is the

responsibility of the Plaintiffs' Liaison Counsel to send written notices of DFS deficiencies to counsel for Defendants.  However, any needed follow-up addressing such deficiencies remains the responsibility of individual counsel for plaintiff.

On April 21, 2016, the Court entered Pre-Trial Order No. 27, which modifies PTO Nos. 13, 13A, 14 and 14A.  Defendants will complete a DFS for completed PFSs served as of March 30, 2016 and at this time Defendants have no obligation to serve a DFS for any PFS served after March 30, 2016.

On February 27, 2018, the Court entered CMO No.6, which provides in part that for those Plaintiffs selected in Wave 1 and Wave 2 who timely complete the Plaintiff Fact Sheet in compliance with Pre-Trial Order No. 13 within 30 days of selection, Defendants must serve a completed Defendant Fact Sheet pursuant to Pre-Trial Order 14 within 60 days of selection as to any selected plaintiff who timely submitted a complete PFS.  Pre-Trial Order No. 27 shall no longer apply to those cases selected in Wave 1 and Wave 2, but shall remain in effect for cases not selected in either Wave 1 or Wave 2

## 6.    SERVICE OF PROCESS ON DEFENDANTS

On March 16, 2018, the Court entered an Order [Rec. Doc. 8926] vacating and replacing the March 24, 2015 Order [Rec. Doc. 4217] and the February 15, 2018 Order [Rec. Doc. 8628] and relates  to service of process, and  addresses  a filing backlog in the MDL over the last three months.  For these backlogged cases, the March 16, 2018 Order extends the deadline for service of process, allowing the plaintiff-s, for that defendant to whom the summons was addressed, sixty (60) days from the date on which the Court issues the summons to serve that defendant. This extension only applies when the plaintiff presents or has presented the properly addressed summons to the clerk for signature and seal at the time of the filing of the complaint.

7.    **PRESERVATION ORDER**

On May 4, 2015, the Court issued Pre-Trial Order No. 15 [Rec. Doc. 897], a Consent Order Regarding the Preservation of Documents and Electronically Stored Information.  Pre-Trial Order No. 15 modifies paragraph 13 of Pre-Trial Order No. 1 relating to preservation of evidence. Further, the Court issued Pre-Trial Order No. 15B on October 21, 2015 [Rec. Doc. 1477] regarding the obligation of all parties to preserve voicemail, instant messages sent or received on an instant messaging system, or text messages sent or received on a cellular phone, smartphone, tablet or other mobile device.  Pre-Trial Order 15B vacated previously entered Pre-Trial Order 15A. [Rec. Doc. 1301].

8.    **ORDER GOVERNING THE PARTIES' INTERACTIONS WITH MDL PLAINTIFFS' PRESCRIBING AND TREATING PHYSICIANS**

On April 28, 2016, the Court entered Pre-Trial Order No. 28 [Rec. Doc. 3156] Regarding Contact with Physicians.  On January 10, 2017, the Court entered Pre-Trial Order No. 28A [Rec. Doc. 5018] regarding the parties' interactions with MDL Plaintiff's prescribing and treating physicians for the four bellwether cases through end of trial and regarding the maintaining of a record by Plaintiffs' counsel of their contacts *ex parte* with physicians for each of the other 36 discovery pool cases.

On February 27, 2018, the Court entered CMO No. 6, which modifies Pre-Trial Order No. 28 to require, for those Plaintiffs selected in Wave 1 and Wave 2,  joint scheduling of physician depositions, i.e. both parties will contact physician's office together for purpose of scheduling a date for deposition.  Pre-Trial Order No. 28's record-keeping and disclosure provisions are extended to all Wave 1 and Wave 2 selected cases.    On September 13, 2018, the Court entered the Joint Stipulated Order Addressing Order of Examination for Certain Prescribing and Treating Physician Depositions Pursuant to Case Management Orders Nos. 6 and 6A.  [Rec. Doc. 10882].

On October 9, 2018, the Court entered Pretrial Order 28B, addressing the application of Pretrial Orders 28 and 28A regarding ex parte physician communication and retention of experts to the cases selected pursuant to Case Management Order 6.

9.   **BELLWETHER CASES**

The following bellwether trials took place in the MDL:

a.   ***Joseph J. Boudreaux, Jr., et al. v. Janssen et al.,*** **Case No. 2:14-cv-02720**, which commenced in the Eastern District of Louisiana on April 24, 2017 and concluded on May 3, 2017, resulted in a verdict for the Defendants.  Plaintiffs' Motion for New Trial was denied on September 20, 2017 (Rec. Doc. 7644).  Plaintiffs' filed a Notice of Appeal on October 18, 2017 (Rec. Doc. 7830).  A Notice of Conditional Cross Appeal was filed by the Defendants on November 1, 2017 (Rec. Doc. 7911).

b.   ***Joseph Orr, Jr., et al. v. Janssen et al.,*** **Case No.  2:15-cv-03708**, which commenced in the Eastern District of Louisiana on May 30, 2017 and concluded on June 9, 2017, resulted in a verdict for the Defendants.   Plaintiffs' Motion for New Trial was denied on September 20, 2017 (Rec. Doc. 7644).  Plaintiffs' filed a Notice of Appeal on October 18, 2017 (Rec. Doc. 7829).  A Notice of Conditional Cross Appeal was filed by the Defendants on November 1, 2017 (Rec. Doc. 7912).

c.   ***Mingo v. Janssen Research & Development, LLC, et al.,*** **Case No. 2:15-cv-03367**, which commenced in the Southern District of Mississippi on August 7, 2017 and concluded on August 18, 2017, resulted in a verdict for the Defendants.  Plaintiff's Motion for New Trial was denied on December 14, 2017 (Rec. Doc. 8145).  Plaintiff filed a Notice of Appeal on January 12, 2018 (Rec. Doc. 8307).  A Notice of Conditional Cross Appeal was filed by the Defendants on January 26, 2018 (Rec. Doc.8502).

On March 14, 2018, the United States Court of Appeals for the Fifth Circuit issued a Briefing Notice. Appellants Cross-Appellees Joseph J. Boudreaux, Jr., Loretta Boudreaux, Kim Deagano, Joseph Orr, III, Joseph Orr, Jr., Kelli Walker and Dora Mingo filed their brief on April 23, 2018. Appellees Cross-Appellants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, Janssen Research & Development LLC, and Janssen Pharmaceuticals, Inc. filed their brief on June 7, 2018.  Appellants Cross-Appellees Joseph J. Boudreaux, Jr., Loretta Boudreaux, Kim Deagano, Joseph Orr, III, Joseph Orr, Jr., Kelli Walker and Dora Mingo's Reply briefing and

Response to the contingent Cross-Appeal is due July 9, 2018.  Appellees Cross-Appellants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, Janssen Research & Development LLC, and Janssen Pharmaceuticals, Inc.'s Reply briefing to the Appellants Cross-Appellees' Response to the contingent Cross-Appeal is due July 23, 2018.  Appellants/Cross-Appellees filed a Motion to Suspend Briefing, which was granted by the United States Fifth Circuit Court of Appeals on July 2, 2018 [Document:  00514537474], which directed the parties to notify the court immediately upon completion of the record.  On September 19, 2018, the United States Fifth Circuit Court of Appeals directed the parties to file a motion to supplement the record on appeal and include all documents purported to be missing from the record.  [Document 00514647196].   The parties continue to address supplementing the record with the Clerk of Court.

The following bellwether case was voluntarily dismissed with prejudice:

> ***Henry v. Janssen Research & Development, LLC et al.***, **Case No. 2:15-cv-00224**, Order signed on November 2, 2017 (Rec. Doc. 7943).

**10.**   **CMO 6 CASES.**

The parties will report to the Court on the status of the cases selected for work up under CMO 6.  Thus far (as of December 10, 2018) the Defendants advise that the data show that 248 of the 600 Wave 1 cases and 163 of the 600 Wave 2 cases have been represented by counsel as cases which are being, will be, or have already been dismissed.

**11.**   **STATE/FEDERAL COORDINATION**

The case of *Cooney v. Janssen, et al.* (Case No. 02012) which commenced August 6, 2018, in the State Court of Pennsylvania (Philadelphia Court of Common Pleas), Judge M. Teresa Sarmina presiding, resulted in a defense verdict.  Plaintiff has a pending Motion for New Trial in *Cooney*.  Plaintiffs have appealed the judgments in favor of defendants in *Hartman et al.   v. Janssen Pharmaceuticals, Inc., et al.* (Case No. 160503416) and *Russell et al. v. Janssen*

*Pharmaceuticals, Inc., et al.* (Case No. 150500362).  The next scheduled trial is *Rush v. Janssen Pharmaceuticals, Inc. et al.* (Case No. 150202947) set for May 6, 2019.  Additional cases will be set for trial in that Court, commencing in June 2019.

In accordance with Pre-Trial Orders No. 7 and 7A, as well as Case Management Order No. 1, PLC and DLC have had, and will continue to have, communications regarding the State Liaison Committee, as well as the status of coordination of MDL and state court actions.  The parties will report to the Court on recent developments in state court cases.

**12.    MATTERS SET FOR HEARING FOLLOWING STATUS CONFERENCE**

There will be a Show Cause Hearing following the December 12, 2018 status conference on the following five (5) cases:

1. Norman Beaulieu [R. Doc. 11868]
2. James Billiot [R. Doc. 11869]
3. Reuben Cox [R. Doc. 11846]
4. Linda Johnson [R. Doc. 11870]
5. Elaine Mayfield [R. Doc. 11809]

**13.    NEXT STATUS CONFERENCE**

The next monthly status conference is scheduled for January 23, 2019 at 9:00 o'clock a.m.

**14.    NON-CMO 6 CASES OVERDUE PLAINTIFF FACT SHEETS AND CORE DEFICIENT PLAINTIFF FACT SHEETS.**

**A.  Overdue Plaintiff Fact Sheets.**

a. Overdue PFS - First Time Listed.

Plaintiffs listed below have failed to serve a PFS in accordance with the time set forth in CMO No. 1. Plaintiffs were notified of this deficiency by Defendants and have not cured this deficiency within twenty (20) days, as required by PTO Nos. 13 and 31.  This is their first time listed on the Joint Report.

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|-----|--------------|------------|-------------------|
| 1. | Anderson, Ralph | 2:18-cv-06288 | Heninger Garrison Davis, LLC |
| 2. | Anzalone, Florence | 2:18-cv-05608 | Heninger Garrison Davis, LLC |
| 3. | Austin, Jonathan R. | 2:18-cv-06079 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 4. | Barker, Gladys | 2:18-cv-04818 | Gacovino, Lake, & Associates, P.C. |
| 5. | Bass, Kenneth A. | 2:18-cv-05953 | Motley Rice LLC |
| 6. | Bishop, Delores | 2:18-cv-06289 | Heninger Garrison Davis, LLC |
| 7. | Bratcher, Thelma | 2:18-cv-06368 | Salvi, Schostok & Pritchard P.C. |
| 8. | Bridges, Michael Nelson | 2:18-cv-04827 | Motley Rice LLC |
| 9. | Brown, Randy | 2:18-cv-05606 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 10. | Bryant, Frances | 2:18-cv-05291 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 11. | Bullock, Aubrey | 2:18-cv-04656 | Peterson & Associates, P.C. |
| 12. | Bunker, Douglas | 2:18-cv-04989 | Johnson Law Group |
| 13. | Campbell, John | 2:18-cv-05394 | Kelley, Bernheim & Dolinsky, LLC |
| 14. | Elliott, Curtis L. | 2:18-cv-05680 | Motley Rice LLC |
| 15. | Fanchier, Alton | 2:18-cv-04664 | Burns Charest LLP |
| 16. | Franke, Jim R. | 2:18-cv-05175 | Peterson & Associates, P.C. |
| 17. | Garland, Cathey | 2:18-cv-06253 | Stern Law, PLLC |
| 18. | George, Sandra Jo | 2:18-cv-05999 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 19. | Grove, April | 2:18-cv-04902 | Fears Nachawati, PLLC |
| 20. | Gueli, Carol | 2:18-cv-06210 | Lenze Lawyers, PLC |
| 21. | Halstead, Glenna | 2:18-cv-04846 | Flint Law Firm, LLC |
| 22. | Hamade, Fida | 2:18-cv-04675 | The Bradley Law Firm |
| 23. | Harper, Evelyn Faye | 2:18-cv-04668 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 24. | Henderson, Kenneth | 2:18-cv-04936 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 25. | Hernandez, Vanessa | 2:18-cv-06125 | Douglas & London, P.C. |
| 26. | Hill, Alexzander U. | 2:18-cv-05245 | Motley Rice LLC |
| 27. | James, Melissa | 2:18-cv-05428 | Wagstaff & Cartmell, LLP |
| 28. | Jones, Arthur | 2:18-cv-04991 | Johnson Law Group |
| 29. | Jones, Margaret A. | 2:18-cv-05983 | Kirkendall Dwyer LLP |
| 30. | Kearney, Faye | 2:18-cv-05169 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 31. | Lumpkin, Walter | 2:18-cv-05241 | Morris Law Firm |
| 32. | Mannino, Joseph | 2:18-cv-06127 | Douglas & London, P.C. |
| 33. | Manus, L.B. | 2:18-cv-05946 | Johnson Law Group |
| 34. | Marron, Peter | 2:18-cv-06290 | Heninger Garrison Davis, LLC |
| 35. | May, James Thomas | 2:18-cv-05233 | Johnson Law Group |
| 36. | McAlister, Cheryl | 2:18-cv-05044 | Wilshire Law Firm |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 37. | Meeks, Wesley R. | 2:18-cv-05451 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 38. | Miller, Alvin | 2:18-cv-04447 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 39. | Mitchum, Casey | 2:18-cv-05057 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 40. | Morris, Georgia Sue | 2:18-cv-04824 | The Law Office of L. Paul Mankin |
| 41. | Nicely, Roberta | 2:18-cv-05535 | Fears Nachawati, PLLC |
| 42. | O'Brien, Mary | 2:18-cv-06126 | Douglas & London, P.C. |
| 43. | Picard, Richard A. | 2:18-cv-05253 | Motley Rice LLC |
| 44. | Randall, Wayne | 2:18-cv-04773 | Johnson Law Group |
| 45. | Ross, Sharon Bonita | 2:18-cv-06382 | Marc J. Bern & Partners LLP - New York |
| 46. | Russell, Eugene, Jr. | 2:18-cv-04515 | Johnson Law Group |
| 47. | Scott, Irene | 2:18-cv-06292 | Heninger Garrison Davis, LLC |
| 48. | Sias, Cynthia | 2:18-cv-06257 | Burns Charest LLP |
| 49. | Skidmore, Eugenia | 2:18-cv-05526 | Ferrer, Poirot & Wansbrough |
| 50. | Smith, Billy, Sr. | 2:18-cv-05616 | Johnson Law Group |
| 51. | Smith, Hershal Franklin | 2:18-cv-06293 | Heninger Garrison Davis, LLC |
| 52. | Stephens, Joseph | 2:18-cv-06294 | Heninger Garrison Davis, LLC |
| 53. | Syedali, Ziagul | 2:18-cv-04635 | Johnson Law Group |
| 54. | Taylor, James | 2:18-cv-04618 | Burns Charest LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 55. | Thomas, James | 2:18-cv-05532 | Johnson Law Group |
| 56. | Williams, Edna Frances | 2:18-cv-04677 | The Bradley Law Firm |
| 57. | Yelton, Eddith P. | 2:18-cv-04814 | Motley Rice LLC |

b. Overdue PFS - Second Time Listed.

The cases below have overdue Plaintiff Fact Sheets, and this is at least the second time that they are listed for a Show Cause hearing. Pursuant to proposed PTO 31(a), Defendants request that Orders to Show Cause be entered in these cases, returnable at the next status conference, as to why the cases should not be dismissed with prejudice.

1. **Rec. Doc. 11400 (Motion for Order to Show Cause filed on July 2, 2018; first hearing date September 18, 2018; second hearing date: November 19, 2018)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Carrington, Terrance | 2:17-cv-17305 | Pro Se  (Stern Law, PLLC terminated 4/10/18) |
| 2. | Christie, Jennifer | 2:17-cv-17264 | Pro Se  (Stern Law, PLLC terminated 4/12/18) |

2. **Rec. Doc. 11640 (Motion for Order to Show Cause filed on November 5, 2018; first hearing date: November 19, 2018)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Brennan, Mary | 2:18-cv-03711 | Beasley, Allen |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|-----|--------------|------------|-------------------|
| **2.** | Thompson, Louis | 2:18-cv-03297 | Beasley, Allen |

**B. Core Deficient Plaintiff Fact Sheets.**

a. Core Deficient PFS - First Time Listed.

Plaintiffs listed below have core deficient Plaintiff Fact Sheets. Plaintiffs were notified of this deficiency by Defendants and have not cured this deficiency within twenty (20) days, as required by PTO Nos. 13 and 31.  This is their first time listed on the Joint Report.

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 1. | 17319 | ABBOTT, RONALD | The Driscoll Firm | 2:18-cv-06135 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 2. | 25346 | ABREGO, OTILIA | The Driscoll Firm | 2:18-cv-1349 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 3. | 27306 | ACHESON, MARY | Marc J. Bern & Partners LLP | 2:18-cv-07211 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 4. | 26859 | ANDERSON, DAVID | The Driscoll Firm | 2:18-cv-1694 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | 26891 | AUTRY, RUBY | The Law Office of L. Paul Mankin | 2592 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 6. | 27142 | BAUM, SHELDON E | Beasley Allen | 2:18-cv-02379 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 7. | 23219 | BAUMGARTNER, TRACY | Carey Danis & Lowe | 2:17-cv-09028 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 8. | 25212 | BEATTY, JAMES | Goza & Honnold, LLC | 2:18-cv-00512 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 9. | 27039 | BONETTO, SANDRA D | Marc J. Bern & Partners LLP | 2:18-cv-06376 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | 21113 | BOUDREAUX, RUTH | Wexler Wallace LLP | 2:17-cv-02249 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 11. | 27258 | BREEDEN, PATTI L | Johnson Law Group | 2:18-cv-05530 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 12. | 24205 | CAMILLE, DONA | Medley Law Group | 2:17-cv-07332 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 13. | 27270 | CARDENAS, PATRICIA B | Marc J. Bern & Partners LLP | 2:18-cv-07046 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | 27034 | COLLINS, ELIZABETH | Wexler Wallace LLP | 2:18-cv-05464 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 15. | 25764 | COMEGYS, CAROLE | Lenze Moss, PLC. | 2:17-cv-07581 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 16. | 21638 | DANIELS, JANET | The Law Office of L. Paul Mankin | 2:17-cv-05008 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 17. | 27343 | DAUGHERTY, BILL | Marc J. Bern & Partners LLP | 2:18-cv-7258 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 18. | 27295 | DEMPSEY, PATRICIA | Johnson Law Group | 2:18-cv-06886 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 19. | 26927 | EDWARDS, JAMES D | Marc J. Bern & Partners LLP | 2:18-cv-06080 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 20. | 26894 | ELLIS, FRED | The Law Office of L. Paul Mankin | 2592 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|-----|-----|-----|-----|-----|
| 21. | 4839 | EMBERTON, WENDELL | Sarangi Law, LLC | 2:15-cv-6213 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 22. | 26357 | FAWTHROP, THOMAS | Slater Slater Schulman LLP | 2:17-cv-17398 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 23. | 24611 | GIVEN, ROD R | Harrelson Law Firm, PA | 2:17-cv-09288 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 24. | 27182 | GRAHAM, PETER | Beasley Allen | 2:18-cv-02432 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | 26964 | GUESS, EDDIE | Fears \| Nachawati | 2:18-cv-3989 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 26. | 27082 | GUZMAN, CARRIE | Marc J. Bern & Partners LLP | 2:18-cv-06557 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | 25971 | HALL, BRENDA | Gacovino Lake & Associates | 2:18-cv-00979 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 28. | 27153 | HALL, LEONA | Morgan, Collins, Yeast & Salyer | 2:17-cv-14730 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 29. | 26875 | HART, GEORGE | The Driscoll Firm | 2:18-cv-5959 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|-----|-----|-----|-----|-----|
| 30. | 26959 | HAYTER, NOBUKO | Marc J. Bern & Partners LLP | 2:18-cv-06147 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 31. | 23977 | HEASLEY, JESSIE | OnderLaw, LLC | 2:18-cv-85 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 32. | 9170 | HERRING, HENRY | Beasley Allen | 2:16-cv-02479 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 33. | 14929 | HILLERY, DORIS A | Baron & Budd | 2:16-cv-13211 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 34. | 26877 | HOPPER, MARY T | Slater Slater Schulman LLP | 2:18-cv-5296 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 35. | 27127 | HUACOTO, EUGENIA D | Law Office of Christopher K. Johnston, LLC | 2:18-cv-5863 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 36. | 16465 | IMES, FRANK L | The Cochran Firm - Birmingham | 2:16-cv-10331 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 37. | 27190 | JACKSON, CHARLES | Beasley Allen | 2:18-cv-02785 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 38. | 25697 | JAMES, RINGER | The Bradley Law Firm | 2:18-cv-00291 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|-------------|----------------|---------------|---------------|---------------------|
| 39. | 27289 | JOHNSON, MELISSA | Wexler Wallace LLP | 2:18-cv-04821 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | 26461 | JONES, LINDA | The Driscoll Firm | 2:18-cv-05184 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 41. | 25786 | KENNEDY, CRAIG | Pierce Skrabanek Bruera, PLLC | 2:18-cv-730 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 42. | 26848 | KHIDHIR, ABDEL | Beasley Allen | 2:18-cv-04121 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 43. | 25955 | LEARY, ANTHONY C | Beasley Allen | 2:18-cv-01274 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 44. | 27114 | LEVY, LYDIA | Beasley Allen | 2:18-cv-03621 | Prescription Records-Records provided are not for the user identified in PFS section I.B. |
| 45. | 19338 | LINVILLE, CAROL | Law Office of Christopher K. Johnston, LLC | 2:17-cv-13858 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 46. | 25586 | LOVE, SAMUEL D | Beasley Allen | 2:18-cv-00672 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 47. | 27286 | LUNA, SUSAN | Baron & Budd | 2:18-cv-04451 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 48. | 27191 | MANCEBO, JOHN | Excolo Law PLLC | 2:18-cv-00949 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 49. | 21364 | MARTINEZ, GUILLERMO | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 50. | 23103 | MCDAVID, OLIVE | Napoli Shkolnik PLLC | 2:14-cv-02592 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 51. | 25759 | MOORE, JOSEPH | Slater Slater Schulman LLP | 2:17-cv-10706 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 52. | 27158 | MORALES, GUADALUPE | Schneider Hammers LLC | 2:18-cv-5947 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 53. | 27320 | NALDRETT, ADELE | Marc J. Bern & Partners LLP | 2:18-cv-07080 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 54. | 26811 | NEAL, EARNEST | The Gallagher Law Firm PLLC | 2:18-cv-04753 | Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 55. | 27323 | NEWER, VAUGHAN | Marc J. Bern & Partners LLP | 2:18-cv-07252 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 56. | 27052 | NEWMAN, DORA B | Beasley Allen | 2:18-cv-05672 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 57. | 26829 | PIZZOLATO, ROSE | Slater Slater Schulman LLP | 2:18-cv-02194 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 58. | 27043 | POWER, MARY | Fears \| Nachawati | 2:18-cv-1702 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 59. | 27038 | PRIDE, DYLAN | Marc J. Bern & Partners LLP | 2:18-cv-06379 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|-----|-----|-----|-----|-----|
| 60. | 27328 | RAHNAMOON, ALI | Marc J. Bern & Partners LLP | 2:18-cv-07352 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 61. | 25937 | RASSI, ROY J | Beasley Allen | 2:18-cv-01951 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 62. | 26783 | REESE, SAMUEL | Pulaski Law Firm, PLLC | 2:18-cv-05652 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 63. | 24652 | RICHEY, KENNETH D | Baron & Budd | 2:17-cv-08477 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|-----|-----|-----|-----|-----|
| 64. | 27329 | ROBINSON, SAVANNAH | Marc J. Bern & Partners LLP | 2:18-cv-07262 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 65. | 27346 | SAYRE, GAY | Marc J. Bern & Partners LLP | 2:18-cv-07338 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 66. | 24017 | SIMMONS, CORA | The Freeman Law Firm | 2:18-cv-00568 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 67. | 24131 | STACK, WILLIAM | The Olinde Firm, LLC | 2:17-cv-6876 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 68. | 26086 | SUNDA, DIANNE | Douglas & London | 2:18-cv-4381 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 69. | 26841 | TENERY, DONNA | Flint Law Firm, LLC | 2:18-cv-7532 | Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 70. | 27115 | VARGAS, JOSEPHINE L | Marc J. Bern & Partners LLP | 2:18-cv-06569 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 71. | 26292 | VAUGHN, EVELYN Y | Wagstaff & Cartmell, LLC | 2:18-cv-03429 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 72. | 23902 | WASHINGTON, SHARON K | Beasley Allen | 2:17-cv-09852 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 73. | 26812 | WATANABE, DONNA | Slater Slater Schulman LLP | 2:18-cv-01386 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 74. | 25991 | WEEKS, RONALD | Marc J. Bern & Partners LLP | 2:18-cv-03162 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 75. | 27183 | WILLIAMS, KENNETH | Marc J. Bern & Partners LLP | 2:18-cv-02071 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 76. | 14901 | WILLIAMS, RONALD E | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11738 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 77. | 26912 | WILLIS, JANICE K | Pulaski Law Firm, PLLC | 2:18-cv-06041 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 78. | 23170 | WILSON, DEVRAN | Salim-Beasley, LLC | 2:17-cv-07424 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 79. | 5178 | WORTHINGTON, JACQULYN | Forman Law Offices | 2:15-cv-05745 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

b. <u>Core Deficient PFS - Second Time Listed.</u>

The cases below have core deficient Plaintiff Fact Sheets, and this is at least the second time that they are listed for a Show Cause hearing. Pursuant to proposed PTO 31(a), Defendants request that Orders to Show Cause be entered in these cases, returnable at the next status conference, as to why the cases should not be dismissed with prejudice.

**1.      Rec. Doc. 11172 (Motion for Order to Show Cause filed on October 8, 2018; first hearing date: November 19, 2018)**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 1. | BOHANNAN, LORETHA | Stern Law, PLLC | 2:18-cv-03830 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | BRANHAM, WILLIAM | The Driscoll Firm | 2:18-cv-1877 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | COLLINS, ROBERT | The Driscoll Firm | 2:18-cv-2556 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | DURDEN, VIRGINIA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 5. | FREEMAN, LEON | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | GADIM, FOROUGH | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 7. | HARDEN, NELLIE J | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:18-cv-03076 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 8. | HARPER, GLENDA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 9. | HELTON, TIMOTHY | The Driscoll Firm | 2:17-cv-17536 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 10. | HOLLAND, STEPHEN | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | JACKSON, FRANCES | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 12. | KING, WILLIE D | The Driscoll Firm | 2:18-cv-2126 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 13. | LEFILS, BRENDA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | LEWIS, ANDREW | Pulaski Law Firm, PLLC | 2:18-cv-04535 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 15. | MADDOX, REGGIE | The Driscoll Firm | 2:18-cv-5178 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 16. | MAY, JAMES | The Driscoll Firm | 2:18-cv-4387 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | MITCHELL, NANCY | The Driscoll Firm | 2:18-cv-2073 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 18. | POSEY, DARRYL | OnderLaw, LLC | 2:18-cv-750 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; ; Failure to respond to question in Section I (core case information) |
| 19. | REESE, DOROTHY | Stern Law, PLLC | 2:18-cv-01250 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 20. | ROYAL, JAMIE | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 21. | TAVERNIA, RICHARD A | Marc J. Bern & Partners LLP | 2:18-cv-04211 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 22. | TAXACHER, ROBERT | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 23. | TURNER, ANTHONY | Cochran Legal Group | 2:17-cv-10650 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | VALANTIEJUS, JEANNINE | Law Office of Christopher K. Johnston, LLC | 2:18-cv-3558 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | WALGUARNERY, DENNIS M | Law Office of Christopher K. Johnston, LLC | 2:18-cv-1974 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | WALTON, WILNEISHA | The Driscoll Firm | 2:18-cv-4392 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | WILLIAMS, BETTY | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

2.      **Rec. Doc. 11404 (Motion for Order to Show Cause filed on June 6, 2018; first hearing date July 17, 2018; second hearing date: September 18, 2018; third hearing date: November 19, 2018)**

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | DEEB, VICTOR | The Law Offices of Jeffrey S. Glassman | 2:16-cv-02347 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

3.      **Rec. Doc. 11416 (Motion for Order to Show Cause filed on September 4, 2018; first hearing date: September 18, 2018; second hearing date: November 19, 2018)**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | COOPER, GLENN | Flint Law Firm, LLC | 2:18-cv-0151 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 2. | MORENO, KRISTI | The Driscoll Firm | 2:17-cv-17510 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | SHERMAN, WILLIE | Excolo Law PLLC | 2:18-cv-00359 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | WILLIAMS, GEORGINE | The Driscoll Firm | 2:17-cv-17346 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

Dated:  December 10, 2018


Respectfully Submitted,

/s/ Leonard A. Davis                                /s/ Gerald E. Meunier
Leonard A. Davis (Bar No. 14190)    Gerald E. Meunier (Bar No. 9471)
ldavis@hhklawfirm.com            gmeunier@gainsben.com
**HERMAN, HERMAN & KATZ, LLC**   **GAINSBURGH BENJAMIN DAVID MEUNIER**
820 O'Keefe Avenue                     **& WARSHAUER, LLC**
New Orleans, LA  70113          2800 Energy Centre, 1100 Poydras Street
PH:  (504) 581-4892               New Orleans, LA  70163-2800
FAX: (504) 561-6024              PH:  (504) 522-2304
**Co-Plaintiffs' Liaison Counsel**     FAX: (504) 528-9973
                                     **Co-Plaintiffs' Liaison Counsel**

/s/ Kim E. Moore
Kim E. Moore (Bar No. 18653)
kmoore@irwinllc.com
**IRWIN FRITCHIE  URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
PH:  (504) 310-2100
FAX:  (504) 310-2120
**Defendants' Liaison Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        */s/ Kim E. Moore*
                                        **Kim E. Moore**