UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------------X

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF |
| GREGORYS CLOWERS, | MDL NO. 2592 |
| -Plaintiff- | SECTION:  L |
| -against- | JUDGE: ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG. | MAGISTRATE JUDGE MICHAEL NORTH

Civil Action No.: 2:16-cv-09737 |
| -Defendants- | |

-----------------------------------------------------------------------X

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE**, that this motion is brought in the matter of Case 2:16-cv-09737, entitled Gregory Clowers v. Janssen Research & Development LLC, et al.  The undersigned counsel, pursuant to Rule LR 83.2.11 of Local Rules of the United States District

Court for the Eastern District of Louisiana, Counsel for Gregory Clowers in this matter hereby request this Honorable Court to allow the undersigned to withdrawal as Counsel of record for Plaintiff. In support thereof, the undersigned states the following:

1. Randi Kassan and Marc Grossman and the law firm of Sanders Phillips Grossman LLC ("Counsel") filed a joint complaint on May 20, 2016 on behalf of Plaintiff, Gregory Clowers. Counsel filed an amended complaint on June 13, 2016.

2. That Sanders Phillips Grossman, LLC, on behalf of Plaintiff, commenced an action against Janssen Research & Development LLC, Bayer AG, Bayer Corp., Bayer HealthCare AG, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Ortho LLC, Janssen Pharmaceuticals Inc., Johnson & Johnson Co. (herein after referred to as "Defendants").

3. Under Louisiana's Rules of Professional Conduct, Counsel may withdraw from the representation of a client if the client insists upon taking action with which the lawyer fundamentally disagrees. Louisiana Rules of Professional Conduct 1.16(b)(4). New York RPC 1.16(c)(4). That, unfortunately, there exist fundamental and irreconcilable conflicts between Counsel at Sanders Phillips Grossman, LLC and Plaintiff relating to the merits and continuation of the claims in the above captioned action. This conflict between Counsel and Plaintiff has left their relationship irrevocably broken.

4. That Counsel requests that if any further support is required, that it be reviewed in camera and filed under seal to protect Plaintiff's interests in the above captioned action or any future actions.

5. That, as a courtesy to Plaintiff, we request that GREGORY CLOWERS be allowed until and through 21 days from the date of this motion to secure new counsel and file

notice of his new representation.

**PLEASE TAKE FURTHER NOTICE** that this Motion is being made pursuant to the United States District Court of Louisiana's Local Rules. As is attested to in the Affirmation, good cause for withdrawal of counsel exists.

**PLEASE TAKE FURTHER NOTICE** that Sanders Phillips Grossman, LLC are not asserting any retaining or charge lien against Plaintiff(s), GREGORY CLOWERS, at this time.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless timely opposition to this motion is received. This matter has no upcoming assigned conference, arbitration, calendar call, or trial dates.

Dated: December 11, 2018
Garden City, New York

SANDERS PHILLIPS GROSSMAN, LLC

/s/ Randi Kassan
Randi Kassan, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
rkassan@thesandersfirm.com

*Attorneys for Plaintiff*