UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| GREGORYS CLOWERS, | SECTION: L |
| -Plaintiff- | JUDGE: ELDON E. FALLON |
| -against- | MAGISTRATE JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG. | Civil Action No.: 2:16-cv-09737 |
| -Defendants- | |

---------------------------------------------------------------------X

### ORDER GRANTING SANDERS PHILLIPS GROSSMAN, LLC'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

That matter having come before this Honorable Court upon Plaintiff's Attorneys Randi Kassan, Marc Grossman and the law firm of Sanders Phillips Grossman LLC's ("Counsel")

Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:16-cv-09737, entitled Gregory Clowers vs. Janssen Research & Development, et al. and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Randi Kassan, Marc Grossman and the law firm of Sanders Phillips Grossman LLC's Motion to Withdraw as Counsel of Record for Plaintiff in the matter of Case 2:16-cv-09737 be and is hereby granted.

_____
Judge Eldon E. Fallon