## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send electronic notification of such filing to all CM/ECF participants.  I hereby certify that on December 11, 2018, I mailed postage prepaid a copy of the foregoing to Plaintiff at the following:

Gregory Clowers
2301 Post Dr. Apt. 207
Indianapolis, IN 46219
(317) 794-8894

                                                              /s/ Randi Kassan