UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Lee Robert v. Janssen Research & Development LLC, et al; 2:16-cv-14887* | : : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On July 24, 2018, Plaintiff's Counsel filed an Opposed Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert. [Rec. Doc. 10271]. On September 5, 2018, Defendants filed a Motion to Dismiss Plaintiff's Complaint as Potential Alternative Relief to Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert. [Rec. Doc. 10802]. On November 2, 2018, Defendants filed a Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternative Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process On Defendant Bayer HealthCare LLC. [Rec. Doc. 11445]. For the reasons set forth on the Record at the Hearing on all of the aforementioned motions held on November 19, 2018, it is hereby **ORDERED** that:

1. Plaintiff's Counsel's Opposed Motion to Withdraw as Counsel of Record [Rec. Doc. 10271] is **DENIED.**

2. Defendants' Motion to Dismiss Plaintiff's Complaint as Potential Alternative Relief to Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert [Rec. Doc. 10802] is **DENIED**.

3. Defendants' Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternative Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process on Defendant Bayer HealthCare LLC [Rec. Doc. 11445] is **GRANTED** in part and **DENIED** in part.  The claims against Bayer HealthCare LLC are dismissed with prejudice, and the Court will retain jurisdiction.

4. For the reasons set forth on the record at the Show Cause Hearing on Defendants' Motions held on November 19, 2018, Plaintiff was given until December 12, 2018 to cure the deficiencies in his Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  The December 12, 2018 hearing for this case has now been rescheduled for January 23, 2019. The case shall be addressed at the Show Cause Hearing to be held on January 23, 2019 at 9:15 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure to cure these deficiencies and serve a fully complete and updated Plaintiff Fact Sheet by this date will result in dismissal of this case with prejudice.

New Orleans, Louisiana, on this 11th day of December, 2018.

_____
United States District Judge