UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve A Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11767]. On November 26, 2018, the Court entered an Order to Show Cause Setting the Hearing on Defendants' Motion for December 12, 2018. [Rec. Doc. 11811]. Prior to the hearing on this motion, the following Plaintiffs filed or agreed to file stipulations dismissing their cases with prejudice:

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 1. | 2:17-cv-06638 | 21977 | CARPENTER, BEATRICE | Douglas & London | Defense Selection |
| 2. | 2:17-cv-07710 | 22538 | COOLEY, LONNIE | Weitz & Luxenberg | Plaintiff Selection |
| 3. | 2:16-cv-07377 | 8868 | HAGY, SYLVIA | The Lanier Law Firm | Random Selection |
| 4. | 2:17-cv-07710 | 13449 | HAISLER, CATHY | The Benton Law Firm | Random Selection |
| 5. | 2:17-cv-11697 | 4395 | HOFFMAN, EDWARD | Hilliard Martinez Gonzales LLP | Random Selection |
| 6. | 2:17-cv-05406 | 20969 | KIRK, GWENDOLYN J | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Defense Selection |
| 7. | 2:16-cv-13572 | 17029 | MASSEY, BENJAMIN | The Michael Brady Lynch Law Firm | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 8. | 2:17-cv-04951 | 21965 | MAY, TESSIE L | Beasley Allen | Random Selection |
| 9. | 2:17-cv-05569 | 21867 | MCDOWELL, CLARENCE L | Weitz & Luxenberg | Plaintiff Selection |
| 10. | 2:15-cv-04777 | 4039 | MCKENZIE, LEO E | Hilliard Martinez Gonzales LLP | Random Selection |
| 11. | 2:16-cv-10242 | 15226 | PHELPS, ROBERT | The Michael Brady Lynch Law Firm | Defense Selection |
| 12. | 2:16-cv-13057 | 15069 | PLATT, MARY | Salim-Beasley, LLC | Random Selection |
| 13. | 2:16-cv-10467 | 14685 | RICHTER, PATRICIA | Baron & Budd | Defense Selection |
| 14. | 2:16-cv-15419 | 16464 | SAMPLES, KIMBERLY | The Michael Brady Lynch Law Firm | Random Selection |
| 15. | 2:15-cv-00525 | 1544 | SMITH, ELSIE M | Ventura, Ribeiro and Smith | Random Selection |
| 16. | 2:17-cv-09599 | 23830 | SPENCE, HENRY | Beasley Allen | Random Selection |
| 17. | 2:16-cv-10133 | 13578 | TARBOX, CAROLE | The Benton Law Firm | Plaintiff Selection |
| 18. | 2:16-cv-06808 | 9709 | THOMPSON, ETTA J | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Random Selection |
| 19. | 2:16-cv-10633 | 11608 | TRUAN, STEPHEN | Ferrer, Poirot & Wansbrough | Random Selection |
| 20. | 2:16-cv-14270 | 16359 | WALKER, GEORGE | Murphy Law Firm | Random Selection |
| 21. | 2:16-cv-06587 | 13846 | WILKINSON, GERRY | Childers, Schlueter & Smith LLC | Defense Selection |
| 22. | 2:15-cv-05397 | 4912 | WOODS, LENA F | The Lanier Law Firm | Random Selection |

New Orleans, Louisiana, on this 11th day of December, 2018.

United States District Judge