UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**ORDER**

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve A Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 11767].  On November 26, 2018, the Court entered an Order to Show Cause Setting the Hearing on Defendants' Motion for December 12, 2018.  [Rec. Doc. 11811].  Prior to the hearing on Defendants' motion, the following Plaintiffs served an updated Plaintiff Fact Sheet. These actions may proceed accordingly:

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 1. | 2:16-cv-16184 | 17072 | ALLISON, WESLEY C | Ferrer, Poirot & Wansbrough | Random Selection |
| 2. | 2:16-cv-06473 | 10575 | ACKERMANN, ELLEN | Ferrer, Poirot & Wansbrough | Random Selection |
| 3. | 2:16-cv-02587 | 14904 | ADAMS, JACK | The Michael Brady Lynch Law Firm | Random Selection |
| 4. | 2:16-cv-15690 | 16610 | ATKINSON, MARK | The Michael Brady Lynch Law Firm | Plaintiff Selection |
| 5. | 2:16-cv-10202 | 13525 | BERG, JACK | The Benton Law Firm | Random Selection |
| 6. | 2:17-cv-07763 | 22788 | BRITT, ETHEL | Gainsburgh Benjamin | Plaintiff Selection |
| 7. | 2:15-cv-01031 | 1576 | BROWN, ANITA J | Hilliard Martinez Gonzales LLP | Random Selection |
| 8. | 2:16-cv-14498 | 15450 | CARTER, JERRY | Flint Law Firm, LLC | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 9. | 2:16-cv-05750 | 13394 | CHESTER, HOWARD R | Gainsburgh Benjamin | Plaintiff Selection |
| 10. | 2:16-cv-15224 | 15872 | COLE, KENNETH | Flint Law Firm, LLC | Defense Selection |
| 11. | 2:17-cv-11787 | 23776 | COLLURA, ANN MARIE | Weitz & Luxenberg | Plaintiff Selection |
| 12. | 2:16-cv-07377 | 10602 | CONNER, NANCY | Ferrer, Poirot & Wansbrough | Random Selection |
| 13. | 2:16-cv-16865 | 17060 | DAVIS, SIGNORA | Flint Law Firm, LLC | Random Selection |
| 14. | 2:17-cv-11697 | 23317 | EDGERTON, JAMES | Flint Law Firm, LLC | Random Selection |
| 15. | 2:17-cv-04054 | 21112 | EFFERTZ, LOIS | Weitz & Luxenberg | Plaintiff Selection |
| 16. | 2:16-cv-13668 | 14237 | ENGELHART, EDWIN J | Stark & Stark | Random Selection |
| 17. | 2:17-cv-00332 | 15777 | GEORGE, ROBERT | The Michael Brady Lynch Law Firm | Random Selection |
| 18. | 2:16-cv-00130 | 23048 | HALE, CHRISTOPHER | Weitz & Luxenberg | Plaintiff Selection |
| 19. | 2:16-cv-07448 | 8358 | HICKERSON, TERRI | The Lanier Law Firm | Random Selection |
| 20. | 2:16-cv-12581 | 5106 | JOHNSON, SHIRLEY F | Douglas & London | Plaintiff Selection |
| 21. | 2:14-cv-02862 | 3197 | KEETER, EDWARD | Bernstein Liebhard LLP | Random Selection |
| 22. | 2:17-cv-03221 | 20147 | LARSON, THEODORE | The Michael Brady Lynch Law Firm | Random Selection |
| 23. | 2:16-cv-02522 | 8385 | LEMON, CARRIE | Flint Law Firm, LLC | Plaintiff Selection |
| 24. | 2:16-cv-02524 | 8404 | MALANOWSKI, RONALD | Flint Law Firm, LLC | Plaintiff Selection; Defense Selection |
| 25. | 2:15-cv-03008 | 2057 | MONTGOMERY, EDWARD | The Mulligan Law Firm | Random Selection |
| 26. | 2:17-cv-01247 | 19869 | MOORE, ROSEMARY | Motley Rice, LLC | Plaintiff Selection |
| 27. | 2:17-cv-09044 | 23730 | MUNDAY, HUGH | Ferrer, Poirot & Wansbrough | Plaintiff Selection |
| 28. | 2:16-cv-13834 | 16637 | PARKER, SHANNON S | Matthews & Associates | Random Selection |
| 29. | 2:17-cv-07569 | 22570 | PITTS, NELLIE | Douglas & London | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 30. | 2:16-cv-07759 | 11156 | POWERS, JAMES | Ferrer, Poirot & Wansbrough | Defense Selection |
| 31. | 2:17-cv-14466 | 25291 | PRIEST, GLORIA M | Heninger Garrison Davis, LLC | Defense Selection |
| 32. | 2:16-cv-02894 | 8790 | SCHLEY, FELTON | Flint Law Firm, LLC | Random Selection |
| 33. | 2:15-cv-06770 | 5145 | TAGUE, NANCY C | Hilliard Martinez Gonzales LLP | Random Selection |
| 34. | 2:15-cv-06820 | 4537 | WILLIAMS, CHARLES | Hilliard Martinez Gonzales LLP | Random Selection |
| 35. | 2:16-cv-03405 | 13070 | WILSON, STEPHEN | The Michael Brady Lynch Law Firm | Random Selection |

New Orleans, Louisiana, on this 11th day of December, 2018.

_____
United States District Judge