UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

### ORDER TO SHOW CAUSE
### REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE
### A FULLY COMPLETE UPDATED PLAINTIFF FACT SHEET
### PURSUANT TO CMO 6

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve A Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 11767].  On November 26, 2018, the Court entered an Order to Show Cause Setting the Hearing on Defendants' Motion for December 12, 2018.  [Rec. Doc. 11811].  This hearing has now been rescheduled for January 23, 2019.  The following cases shall be addressed at the Show Cause Hearing to be held on January 23, 2019 at 9:15 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 1. | 2:17-cv-14453 | 24186 | ANDERSON, JANICE | Weitz & Luxenberg | Plaintiff Selection |
| 2. | 2:17-cv-15448 | 24464 | ANGLIN BECKFORD, CAROL | Simmons Hanly Conroy | Random Selection |
| 3. | 2:16-cv-00114 | 3309 | BAIRD, CECELIA | The Driscoll Firm | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 4. | 2:15-cv-05065 | 4841 | BARNEY, DANIEL W | Chaffin Luhana LLP | Random Selection |
| 5. | 2:16-cv-04480 | 15071 | BLAKEY, RAYMOND L | Slater Slater Schulman LLP | Defense Selection |
| 6. | 2:16-cv-13982 | 16756 | BLANKENSHIP, MICHAEL D | The Law Offices of Crandall & Katt | Random Selection |
| 7. | 2:17-cv-11641 | 2659 | CAIN, CINDY | Allen & Nolte, PLLC | Random Selection |
| 8. | 2:16-cv-04268 | 10419 | CARL, WILLIAM L | Ferrer, Poirot & Wansbrough | Plaintiff Selection |
| 9. | 2:16-cv-13668 | 11997 | COLEMAN, DORIS | Cory Watson | Random Selection |
| 10. | 2:17-cv-00332 | 16104 | COLVIN, ROGER D | Huber, Slack, Thomas & Marcelle, LLP | Defense Selection |
| 11. | 2:16-cv-07873 | 10600 | CONDRY, DARRELL | Ferrer, Poirot & Wansbrough | Random Selection |
| 12. | 2:16-cv-00130 | 7834 | CSOKA, LOUIS | Douglas & London | Plaintiff Selection |
| 13. | 2:16-cv-07765 | 12221 | DENNIS, CHARLES | Childers, Schlueter & Smith LLC | Defense Selection |
| 14. | 2:16-cv-13088 | 16079 | DEUNGER, JOANN | Ferrer, Poirot & Wansbrough | Random Selection |
| 15. | 2:16-cv-02259 | 8827 | DEUSTCH, JUDITH | Law Offices of Charles H. Johnson, P.A. | Random Selection |
| 16. | 2:16-cv-07448 | 3368 | DICHIARO, ANTHONY | The Driscoll Firm | Random Selection |
| 17. | 2:16-cv-12275 | 14717 | DIAZ-MALDONADO, BERNARDO | The Michael Brady Lynch Law Firm | Random Selection |
| 18. | 2:15-cv-04769 | 4269 | EDWARDSON, ARTHUR | Beasley Allen | Random Selection |
| 19. | 2:17-cv-11787 | 12495 | FERGUSON, BETTIE | Heninger Garrison Davis, LLC | Defense Selection |
| 20. | 2:16-cv-07873 | 1310 | GRIGGS, HARRY (CHARLES GRIGGS) | Douglas & London | Defense Selection |
| 21. | 2:16-cv-16865 | 1216 | HALL, MATTIE | Salim-Beasley, LLC | Defense Selection |
| 22. | 2:16-cv-07765 | 25229 | HALLER, JUNIOR | Kirkendall Dwyer LLP | Defense Selection |
| 23. | 2:16-cv-13088 | 20253 | HAMPSHIRE, RENEE | Salim-Beasley, LLC | Defense Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 24. | 2:16-cv-02259 | 9553 | HASSELQUIST, PHILIP M | Law Offices of Charles H. Johnson, P.A. | Plaintiff Selection |
| 25. | 2:16-cv-12275 | 20617 | HATTEN, JOHN D | Beasley Allen | Defense Selection |
| 26. | 2:15-cv-04769 | 4933 | HUNT, BIRDER | Avram Blair & Associates, P.C. | Plaintiff Selection |
| 27. | 2:17-cv-04054 | 11505 | HUNT, JERRY | Monsour Law Firm | Defense Selection |
| 28. | 2:16-cv-07483 | 14969 | JOHNSON, LACY | Bachus & Schanker, LLC | Random Selection |
| 29. | 2:16-cv-14482 | 25210 | KAYLOR, KATHLEEN MARIE | Beasley Allen | Defense Selection |
| 30. | 2:16-cv-00993 | 7289 | KOCH, DOUGLAS | Kirkendall Dwyer LLP | Random Selection |
| 31. | 2:16-cv-12973 | 15671 | LYONS, WILLIAM | The Benton Law Firm | Plaintiff Selection |
| 32. | 2:15-cv-04989 | 4989 | MALLETTE, GRACE | Morgan & Morgan | Random Selection |
| 33. | 2:16-cv-00184 | 6847 | MARTIN, GEORGIE | The Lanier Law Firm | Random Selection |
| 34. | 2:16-cv-00996 | 7298 | MARTIN, JIMMY | Kirkendall Dwyer LLP | Defense Selection |
| 35. | 2:16-cv-07812 | 12280 | MARTIN, WILLIAM | Childers, Schlueter & Smith LLC | Defense Selection |
| 36. | 2:16-cv-12825 | 13462 | MESSINA, CYNTHIA | The Mulligan Law Firm | Random Selection |
| 37. | 2:17-cv-00086 | 18230 | MICHAEL, DAVID | Morgan & Morgan | Random Selection |
| 38. | 2:15-cv-03746 | 4521 | MILLS, BILLIE | Heninger Garrison Davis, LLC | Defense Selection |
| 39. | 2:17-cv-03245 | 21535 | MONGAN, SARA E | Heninger Garrison Davis, LLC | Defense Selection |
| 40. | 2:15-cv-01190 | 1223 | MOSHCHINSKY, MIRA | Salim-Beasley, LLC | Defense Selection |
| 41. | 2:16-cv-08907 | 12564 | NEWSOM, GLENN | Weitz & Luxenberg | Plaintiff Selection |
| 42. | 2:17-cv-05574 | 21887 | PARKINS, WILLIAM | The Michael Brady Lynch Law Firm | Random Selection |
| 43. | 2:16-cv-02169 | 8342 | POWELL, ANNETTE | The Lanier Law Firm | Random Selection |
| 44. | 2:16-cv-01758 | 8691 | RODGERS, RAYMOND | Beasley Allen | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 45. | 2:17-cv-09333 | 21489 | ROSE, PAUL | Forman Law Offices | Random Selection |
| 46. | 2:15-cv-04306 | 3685 | ROSS, JIMMIE N | Hilliard Martinez Gonzales LLP | Defense Selection |
| 47. | 2:15-cv-05900 | 4658 | ROUSH, RANDALL V | Stark & Stark | Defense Selection |
| 48. | 2:16-cv-09298 | 13638 | RUTKOWSKI, JOLINE | Childers, Schlueter & Smith LLC | Defense Selection |
| 49. | 2:16-cv-04764 | 11719 | SALDIVAR, AURORA | Matthews & Associates | Random Selection |
| 50. | 2:15-cv-02137 | 2567 | SCHWARTZ, DAVID | Weitz & Luxenberg | Random Selection |
| 51. | 2:15-cv-03855 | 3040 | SEWARD, ANNIE | Childers, Schlueter & Smith LLC | Defense Selection |
| 52. | 2:16-cv-00049 | 6751 | SHEPHERD, LORETTA | The Lanier Law Firm | Defense Selection |
| 53. | 2:16-cv-00445 | 6690 | SLADICK, ROBERT | Childers, Schlueter & Smith LLC | Defense Selection |
| 54. | 2:16-cv-10621 | 11279 | STRAND, RICHARD | Ferrer, Poirot & Wansbrough | Defense Selection |
| 55. | 2:16-cv-09322 | 13755 | STURGILL, BILLIE LOU | Childers, Schlueter & Smith LLC | Random Selection |
| 56. | 2:16-cv-16886 | 17074 | VIRGA, OLA M | Huber, Slack, Thomas & Marcelle, LLP | Defense Selection |
| 57. | 2:16-cv-07602 | 14406 | WALCOTT, SONJA M | Stark & Stark | Random Selection |
| 58. | 2:16-cv-08191 | 3561 | WANAT, VIRGINIA | The Driscoll Firm | Random Selection |
| 59. | 2:17-cv-11849 | 24055 | WATKINS, FANNIE | Kirkendall Dwyer LLP | Defense Selection |
| 60. | 2:15-cv-01450 | 1822 | WATSON, JAMES A | Childers, Schlueter & Smith LLC | Defense Selection |
| 61. | 2:14-cv-02932 | 1749 | WEST, KIMBERLY | Childers, Schlueter & Smith LLC | Random Selection |
| 62. | 2:16-cv-02904 | 9610 | WILKINSON, ROSEMARY | The Lanier Law Firm | Random Selection |
| 63. | 2:15-cv-02265 | 2299 | WILSON, JOHN H | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Defense Selection |
| 64. | 2:15-cv-03164 | 3982 | WILSON, PATTY J | Aylstock, Witkin, Kreis & Overholtz, PLLC | Random Selection |

5

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 65. | 2:17-cv-03692 | 20557 | WILSON, SALLY L | Grant & Eisenhofer | Random Selection |
| 66. | 2:16-cv-14661 | 15926 | WRIGHT, RONALD | The Michael Brady Lynch Law Firm | Defense Selection |

New Orleans, Louisiana, on this 11th day of December, 2018.

_____
United States District Judge