UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Fred J. Haney v. Janssen Research & Development LLC, et al; 2:16-cv-06419* | : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 28, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 10680].  The Court entered Defendants' Motion on August 30, 2018.  [Rec. Doc. 10741].  For the reasons set forth on the record at the Show Cause Hearing on Defendants' Motion, held on September 18, 2018, Plaintiff was given until November 19, 2018 to cure the deficiencies in his Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  [Rec. Doc. 11150].  For the reasons set forth on the record at the Show Cause Hearing on Defendants' Motion, held on November 19, 2018, Plaintiff was given until December 12, 2018 to cure the deficiencies in his Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  The December 12, 2018 hearing for this case has now been rescheduled for January 23, 2019. The case shall be addressed at the Show Cause Hearing to be held on January 23, 2019 at 9:15 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure

to cure these deficiencies and serve a fully complete and updated Plaintiff Fact Sheet by this date may result in dismissal of this case with prejudice.

 New Orleans, Louisiana, on this 11th day of December, 2018.

_____<br>United States District Judge