# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>FAYE ALEXANDER<br><br>    Plaintiff<br><br> v.<br><br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;<br><br>    Defendants. | MDL 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>NOTICE OF DEPOSITION<br><br>Civil Action No.: 2:17-cv-11384 |

## NOTICE TO TAKE ORAL AND VIDEO DEPOSITION

  TO: Dr. Erik O'Connell, 976 Sabra Way, Danville, PA 17821. PLEASE TAKE NOTICE that Plaintiff by and through her counsel of record, will take the oral and video deposition of non-party, Dr. Erik O-Connell on **Friday, January 18, 2018, at 9:00 A.M.,** at 947 Viewmont Drive, Scranton, PA 18519. All counsel of record are invited to attend. The deposition will be taken by a certified reporter from Naegeli Deposition and Trial and will be videotaped.

Respectfully submitted,

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 11, 2018

/s/ Douglas Monsour
Douglas C. Monsour

## **EXHIBIT A**

1. A copy of your current Curriculum Vitae.

2. Your complete medical records regarding the plaintiff.

3. All documents currently in your possession, custody or control, including but not limited to, brochures, training materials, videos, and any communications, including emails, memoranda, and/or letters, received from or sent to Janssen or Bayer, or any of their representatives or employees concerning Xarelto.

4. All documents evidencing any financial relationship, if any, between you and Janssen or Bayer, including but not limited to, any consulting agreements, agreements to research or otherwise study any Janssen or Bayer pharmaceutical, and/or contracts, monetary and/or non-monetary benefits, including but not limited to money, travel, and samples, provided to you by Janssen or Bayer, and/or any of its agents, including amounts, dates, and purpose.

5. A copy of any brochures, documents or other materials you provided to plaintiff regarding Xarelto or that you routinely provided to patients regarding Xarelto.

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*