UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Patricia A. Chartier v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-5855

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 11914, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jeffrey A. Chartier, as Administrator of the Estate of

Patricia A. Chartier, is substituted for Plaintiff Patricia A. Chartier as the proper party plaintiff in

the above captioned case.

New Orleans, Louisiana this 10th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE