UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)                    MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                                SECTION L

                                                JUDGE ELDON E. FALLON

                                                MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Wanda L. Chavis  v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-2300

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 11926, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff David Ray Steadman, surviving heir of Wanda L. Chavis,

is substituted for Plaintiff Wanda L. Chavis as the proper party plaintiff in the above captioned

case.

New Orleans, Louisiana this 10th day of December, 2018.


_____
UNITED STATES DISTRICT COURT JUDGE