| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| MICHAEL M. MOORE and BONNIE MOORE, | |
| Plaintiffs, | SECTION: L |
| v. | JUDGE: ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. F/K/A/ JANSSEN PHARMACEUTICA INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | MAG. JUDGE MICHAEL NORTH |
| | Civil Action No. 2:15-cv-002369 |
| Defendants. | |

# ORDER

This matter came before the court on the Motion for Voluntary Dismissal with Prejudice filed by Plaintiffs.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal with Prejudice filed by Plaintiffs be GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this 10th day of December, 2018

Eldon E. Fallon
United States District Court Judge