UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Gary Louis Alexander and wife Alma Alexander v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-1924

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11956, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Alma Alexander, as administrator of the estate of Gary Louis Alexander, is substituted for Plaintiff Gary Louis Alexander as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 10th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE