# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Normand Beaulieu v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6468

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11962, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Wayne G. Colby, executor of the estate of Normand Beaulieu, is substituted for Plaintiff Normand Beaulieu as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this 10th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE