UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To: *Gwendolyn J. Kirk v. Janssen Research & Development, et al*.; | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Civil Case No.: 2:17-cv-05406 | |

**ORDER**

This matter came before the court on the Motion for Voluntary Dismissal with Prejudice filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal with Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this 10th day of December, 2018.

Eldon E. Fallon
United States District Court Judge