# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Richard Andrews, as surviving son of Barbara* ) | JUDGE ELDON E. FALLON |
| *Lundy, Deceased, v. Janssen Research &* ) | |
| *Development, LLC, et al* ) | MAGISTRATE JUDGE NORTH |
| **Civil Action No. 2:17-cv-02044** ) | |
| _____ ) | |

## [*UNOPPOSED*] MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW counsel for Plaintiff, Richard Andrews, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of their motion, Plaintiff's counsel would show that this is a dual-filed case. A complaint was filed on September 15, 2016, by Plaintiff Barbara Lundy (2:16-cv-17927). A second complaint was filed on March 10, 2017, by Plaintiff Richard Andrews, as surviving son of Barbara Lundy, Deceased (2:17-cv-02044). The Amended Complaint combines all plaintiffs but does not add any new claims or any new defendants.

Date:  December 11, 2018          Respectfully submitted,

                                                               s/ Andy D. Birchfield, Jr._____
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing [Unopposed] Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: December 11, 2018                     s/Andy D. Birchfield, Jr.
                                                                                               Andy D. Birchfield, Jr.