UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *JOHN H. WILSON,* Case No. 2:15-cv-02265 | MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR ORDER TO SHOW CAUSE REGARDING
PLAINTIFFS WHO HAVE FAILED TO SERVE A FULLY COMPLETE UPDATED
PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Pursuant to Defendants' Motion for Order to Show Cause regarding Plaintiffs who have failed to serve a fully complete updated Plaintiff Fact Sheet pursuant to CMO 6 in MDL No. 2592 filed on November 20, 2018 (Doc. No. 11767), Plaintiff Counsel responds as follows:

1. Counsel for Plaintiff, John H. Wilson, filed his Xarelto complaint jointly in the Eastern District of Louisiana on June 15, 2015. [*Anita M. Anderson, et al v. Janssen Research & Development LLC, et al.*, 2:15-cv-02110-EEF-MBN [Doc. 1].

2. On September 17, 2018, Plaintiff's case was selected as a Defense pick in the Wave 2 selection process.

3. Plaintiff's counsel staff contacted Plaintiff on October 11, 2018 regarding his case being selected for Wave 2 Remand.

4. Pursuant to Pre-trial Order No. 6, Plaintiff John H. Wilson's updated Plaintiff Fact Sheet was due on October 17, 2018.

5. Undersigned counsel, both directly or through staff, has made numerous calls and sent letters advising Plaintiff of the consequences of failing to satisfy the CMO 6 requirement of serving a complete Plaintiff Fact Sheet.

6. Despite undersigned counsels numerous attempts to secure Plaintiff's cooperation, Plaintiff has not provided the Plaintiff Fact Sheet or an updated declaration and updated authorizations.

7. Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have failed to serve a fully complete updated Plaintiff Fact Sheet Pursuant to CMO 6 on November 20, 2018, which included Plaintiff, John H. Wilson. [In Re: Xarelto (Rivaroxaban) Products Liability Litigation [Doc. 11767]].

8. On November 26, 2018, the Court filed an Order to Show Cause Regarding Plaintiffs who have failed to serve a fully complete updated Plaintiff Fact Sheet Pursuant to CMO 6, which included Plaintiff, John H. Wilson. [In Re: Xarelto (Rivaroxaban) Products Liability Litigation [Doc. 11811]].

9. Plaintiff's counsel has continued to make every effort to obtain cooperation from Plaintiff; however, Plaintiff has not responded to counsel's numerous attempts.

10. On December 7, 2018, Plaintiff's counsel requested and confirmed that the Paper Service Department with the Lawrence County Kentucky Sheriff Office would hand-deliver the Plaintiff Fact Sheet and corresponding documents to Plaintiff.

11. On December 10, 2018, the Sheriff's office contacted counsel and informed counsel that they would be unable to deliver the documents to Plaintiff.

12. Plaintiff's counsel then hired a private investigator, Billy McCoy to hand deliver the documents to Plaintiff.

13. Mr. McCoy drove to Plaintiff's home and found that there were multiple automobiles in the driveway, but after 15 minutes of attempting to retrieve someone from inside the home, he left the residence.

14. Plaintiff's counsel has been unsuccessful in all our efforts and Plaintiff is now unresponsive to all attempts by counsel.

15. Plaintiff's counsel has not received written authorization from Plaintiff to dismiss his case, and counsel is willing to continue efforts to seek cooperation from the Plaintiff, however, at this time counsel has no basis to oppose dismissal.

Dated: December 11, 2018

Respectfully submitted,

By: s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By:   s/ *Emanuella J. Paulos*
        Emanuella J. Paulos
        Attorney for Plaintiff