UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Hunt v. Janssen Research & Development, LLC, et al., 2:16-cv-15142*

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET

NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet (PFS). The deadline to submit Plaintiff's PFS was October 17, 2018. Plaintiff respectfully requests an extra 90 days, with new deadline of January 15, 2018, to provide her verified PFS. In support of this motion, Plaintiff would show:

1. Plaintiff, Birder Hunt, filed a products liability lawsuit against Defendants on September 30, 2016;

2. Pursuant to Pre-Trial Orders 13, 13A and 13B, Plaintiff's verified Plaintiff Fact Sheet was submitted on January 25, 2017;

3. On September 17, 2018 this case was selected for remand;

4. Pursuant to Case Management Order (CMO) 6, Plaintiff's updated and completed PFS was due October 17, 2018;

5. Plaintiff's counsel attempted to contact Plaintiff regarding her PFS, but were informed recently that Plaintiff has been in and out of the hospital, Mount Sinai New

York Hospital and is currently homeless.  Plaintiff provided an updated mailing address on December 10, 2018.

6. In an effort to comply with CMO 6, Plaintiff's counsel have submitted to MDL Centrality an electronically signed verification of PFS on December 11, 2018;

7. Plaintiff's counsel requests this extension so that they may mail a complete copy of the PFS and declaration page to Plaintiffs new address,

8. This motion is being submitted to this Honorable Court without the need of a formal hearing.

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff, Birder Hunt, respectfully requests this Court grant Plaintiff's First Motion for Extension of Time to File Verified Plaintiff Fact Sheet.

DATED: December 11, 2018                    Respectfully submitted,

By: *s/ Avram J. Blair*
Avram J. Blair (TX Bar 24033585)
Avram Blair & Associates, P.C.
3120 Southwest Freeway,
Ste 215,
Houston, Texas 77098
(713) 936-2609
(832) 203-8286 (Fax)
ablair@ablairlaw.com

***Attorneys for Plaintiff***