UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Hunt v. Janssen Research & Development, LLC, et al.*, 2:16-cv-15142

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET**

    NOW COMES Counsel for Plaintiff, and respectfully moves this Honorable Court for an extension of time to file Plaintiff's Fact Sheet (PFS). The deadline to submit Plaintiff's PFS was October 17, 2018. Plaintiff respectfully requests an extra 90 days, with new deadline of January 15, 2019, to provide his verified PFS.

**FACTUAL BACKGROUND**

    On September 30, 2016, Plaintiff, Birder Hunt, by and through her counsel, filed her Complaint with the Court. Plaintiff timely served Defendants in this case. Plaintiff's counsel tried to notify Plaintiff about the need to file Plaintiff's PFS. Plaintiff's counsel has tried calling all known telephone numbers and mailing to the Plaintiff's last known address.

    Plaintiff's counsel recently found that the Plaintiff has been in and out of the hospital, Mount Sinai New York Hospital and is currently homeless. The Plaintiff has provided Plaintiff's counsel with a new mailing address and has electronically signed the declaration verifying the PFS.

However, Plaintiff's counsel respectively requests an extension of time to file the verified PFS, including the declaration page, to allow counsel to send a hard copy of the PFS and declaration to the Plaintiff

**WHEREFORE**, for the reasons stated above, counsel for Plaintiff, Birder Hunt, respectfully requests an extension of 90 days, with a new deadline of January 15, 2019, to provide the verified PFS.

DATED: December 11, 2018

Respectfully submitted,

By: *s/ Avram J. Blair*
Avram J. Blair (TX Bar 24033585)
Avram Blair & Associates, P.C.
3120 Southwest Freeway,
Ste 215,
Houston, Texas 77098
(713) 936-2609
(832) 203-8286 (Fax)
ablair@ablairlaw.com

***Attorneys for Plaintiff***