UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Hunt v. Janssen Research & Development, LLC, et al., 2:16-cv-15142*

## NOTICE OF SUBMISSION

NOW COMES Counsel for Plaintiff, Birder Hunt, and files this Notice of Submission of First Motion for Extension of Time to File Verified Plaintiff Fact Sheet under CMO 6 before the Honorable Judge Eldon E. Fallon on December 12, 2018 at 9:0am. This motion is being submitted to this Honorable Court without the need of a formal hearing.

DATED: December 11, 2018

Respectfully submitted,

By: *s/ Avram J. Blair*
Avram J. Blair (TX Bar 24033585)
Avram Blair & Associates, P.C.
3120 Southwest Freeway,
Ste 215,
Houston, Texas 77098
(713) 936-2609
(832) 203-8286 (Fax)
ablair@ablairlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON December 11, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the Electronic Mail Notice List.

By: *s/ Avram J. Blair*
Avram J. Blair (TX Bar 24033585)

*Attorneys for Plaintiff*