UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BORDAS<br><br>  Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>  Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF ADDRESS

The undersigned counsel of record, a member of the law firm of **JOHNSON & WARD** hereby notifies the court and all other counsel of record/parties of their new mailing address effective August 20, 2018 as follows:

**JOHNSON & WARD**
**1629 Monroe Drive, N.E.**
**Atlanta, Georgia 30324-5003**

The Clerk and all counsel of record are requested to direct all future pleadings, correspondence and other notices to the undersigned at the above address.

-Signatures will follow on the next page-

_____
Clark H. McGehee
Georgia Bar No. 491800

_____
John W. Adkins
Georgia Bar No. 142338
*Attorneys for Plaintiff*

JOHNSON & WARD
1629 Monroe Drive, N.E.
Atlanta, Georgia 30324-5003
Telephone: (404) 524-5626

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Daniel S. Pariser, Gerald Edward Meunier, Jacob S. Woody, James B. Irwin, V, Leonard A. Davis, Steven Jay Glickstein, Susan M. Sharko and Benjamin Kleine.

s/ John W. Adkins
John W. Adkins
Georgia Bar No. 142338
Attorney for Plaintiff
JOHNSON & WARD
1629 Monroe Drive, NE
Atlanta, Georgia 30324
Telephone Number: (404) 524-5626
Facsimile Number: (404) 524-1769
johnadkins@johnsonward.com