MINUTE ENTRY
FALLON, J.
DECEMBER 12, 2018

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 16-618, 16-652 and 17-9308 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Lenny Davis, Esq. on behalf of Plaintiffs' Liaison Counsel
              Chanda Miller, Esq. and John Olinde, Esq. for Defendants

**Show Cause Hearing:**

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants and Mr. Davis appeared on behalf of Plaintiffs' Liaison Cousel. (Rec. Doc. Nos. 11809, 11869 and 11846)

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

The Court continued the matters regarding the Plaintiffs listed on Rec. Docs. 11811 and 11869 until January 23, 2019, after the monthly status conference.

JS10:     :09