# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| JAYNE HALL, | SECTION: L |
| Plaintiff, | JUDGE ELDON E. FALLON |
| vs. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND FICTITIOUS DEFENDANTS 1-100, | |
| Defendants. | |

**THIS DOCUMENT RELATES TO:**

*Wayne Hall, On behalf of himself and as personal representative of the Estate of Jayne Hall, Deceased v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-05188**

### [*UNOPPOSED*] MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW counsel for Plaintiff Jayne Hall, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Jayne Hall and as grounds therefore shows unto the court as follows:

1. Plaintiff Jayne Hall, died on July 8, 2018.

2. On November 29, 2018, the Probate Court for Stark County, Ohio entered an order

appointing Wayne Hall as fiduciary of her estate, with the power conferred by law to fully administer the of the Estate of Jayne Hall, deceased.

3. Wayne Hall, is authorized to pursue the claims of Jayne Hall's estate and has agreed to be substituted as a party plaintiff in this action.

4. In Ohio, "causes of action for mesne profits, or injuries to the person or property, or for deceit or fraud, also shall survive; and such actions may be brought notwithstanding the death of the person entitled or liable thereto." R.C. 2305.21. The Ohio Revised Code specifically states "any cause of action which a person would have for personal injury during his lifetime survives his death and may be brought on behalf of his estate. *Johnson v. Koppers Co.,* 524 F. Supp. 1182, 1191 (N.D. Ohio 1981). Therefore, pursuant to Ohio statute, "any cause of action" brought by Jayne Hall in her complaint survives her death and can be continued by her "estate."

5. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for plaintiff files this Unopposed Motion for Substitution of Party to substitute Wayne Hall, Administrator of the Estate of Jayne Hall, as Plaintiff in this case. A copy of the appointment is attached hereto and incorporated herein by reference as Exhibit "A."

6. Counsel for Plaintiff has conferred with counsel for defendants, and they have no objection to the filing of this motion.

WHEREFORE, premises considered, Plaintiff requests this Honorable Court enter an Order granting this Motion for Substitution of Party, substituting Wayne Hall, Administrator of the Estate of Jayne Hall, as Plaintiff in this case.

                                          Respectfully submitted,

Date:  December 12, 2018                s/ Andy D. Birchfield, Jr.
                                          Andy D. Birchfield, Jr.
                                          David B. Byrne, III
                                          M. Allison Hunnicutt
                                          BEASLEY, ALLEN, CROW,
                                          METHVIN, PORTIS & MILES, P.C.
                                          Post Office Box 4160
                                          Montgomery, Alabama 36103-4160
                                          (334) 269-2343
                                          (334) 954-7555 (facsimile)
                                          Andy.Birchfield@BeasleyAllen.com
                                          David.Byrne@BeasleyAllen.com
                                          Allison.Hunnicutt@BeasleyAllen.com

                                          ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing [Unopposed] Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date:  December 11, 2018                s/Andy D. Birchfield, Jr.
                                                                  Andy D. Birchfield, Jr.