PerfectForm_F4.48

(3)

# PROBATE COURT OF STARK COUNTY, OHIO
## DIXIE PARK, JUDGE

ESTATE OF Jayne C. Hall   aka Jayne Hall, DECEASED
CASE NO. 233047

FILED
NOV 29 2018
JUDGE DIXIE PARK
STARK COUNTY PROBATE COURT

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
[For Executors and all Administrators]

Name and Title of Fiduciary Wayne H. Hall

Executor

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died **[check one of the following]** ☒ testate - ☐ intestate - on 07/8/2018, domiciled in Louisville, OH.

**[Check one of the following]** ☐ Bond is dispensed with by the Will - ☒ Bond is dispensed with by law - ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

NOV 29 2018
Date

*Dixie Park*
PROBATE JUDGE
Dixie Park

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

*Dixie Park*
Probate Judge / Clerk
Dixie Park

[Seal]       by  *L. Altehof*

DEC 03 2018
Date

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY