# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO**

*Wayne Hall, On behalf of himself, and as Administrator of the Estate of Jayne Hall, Deceased v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-05188**

## ORDER

This matter having come before the Court on Plaintiff's unopposed Motion to Substitute Party Plaintiff, and the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party Plaintiff is hereby GRANTED.

New Orleans, Louisiana this_____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge