# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2592 |
| ) | SECTION L |
| This Document Relates to: ) GEORGE KUHLMANN ) CASE NO. 2:15-CV-06617 ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

### AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF GEORGE KUHLMANN

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals Inc., and Janssen Research & Development LLC will take the deposition upon oral examination of **George Kuhlmann** on **December 20, 2018**, commencing at **10:30 a.m. CST** at **Drury Plaza Hotel and Conference Center, 3351 Percy Drive, Cape Girardeau, MO 63701**.

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control.

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

9062173

December 11, 2018

          Respectfully submitted,

          /s/  *Maria Salcedo*
          Maria Salcedo, MO Bar #62207
          Shook Hardy & Bacon, LLP
          2555 Grand Blvd.
          Kansas City, MO 64108
          T:  816-474-6550
          F:  816-421-5547
          msalcedo@shb.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 11, 2018 the foregoing was served electronically to the following:

> Chris Pinedo
> Denise Davis
> Lander Baiamonte
> Hilliard Martinez Gonzales LLP
> 719 Shoreline Blvd.
> Corpus Christie, TX 78401
> cpinedo@hmglawfirm.com
> denise@hmglawfirm.com
> lbaiamonte@hmglawfirm.com
> *Plaintiffs' Counsel*

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

> Brian H. Barr
> LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
> bbarr@levinlaw.com
> *Plaintiffs' Co-Lead Counsel*
>
> Andy D. Birchfield, Jr.
> BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
> Andy.Birchfield@BeasleyAllen.com
> *Plaintiffs' Co-Lead Counsel*
>
> Gerald E. Meunier
> GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
> gmeunier@gainsben.com
> *Plaintiffs' Co-Lead Counsel*
>
> Leonard A. Davis
> HERMAN HERMAN & KATZ LLC
> ldavis@hhklawfirm.com
> *Plaintiffs' Co-Lead Counsel*
>
> Andrew K. Solow
> ARNOLD & PORTER LLP
> andrew.solow@arnoldporter.com
> *Served Bayer Defendants' Counsel*
>
> Susan M. Sharko
> DRINKER BIDDLE & REATH LLP
> susan.sharko@dbr.com
> *Served Janssen Defendants' Counsel*

By: /s/ *Maria Salcedo*
    Maria Salcedo

3

9062173

# EXHIBIT A - DOCUMENT REQUESTS

1. All letters, emails, telecopies, or other documents, including any attachments thereto, reflecting any communication regarding this litigation between any attorneys or other agents for George Kuhlmann and any healthcare provider that rendered any care or treatment to George Kuhlmann;

2. All letters, emails, telecopies, or other documents, including any attachments thereto, reflecting any communication regarding this litigation between George Kuhlmann and any healthcare provider that rendered any care or treatment to George Kuhlmann;

3. All documents or other materials regarding this litigation given by George Kuhlmann, his attorneys and/or agents, to any healthcare provider that rendered any care or treatment to George Kuhlmann;

4. All transcripts or other records of any testimony of George Kuhlmann given under oath at any deposition, hearing, trial, or other proceeding of any kind;

5. All e-mails, personal calendars, notes, journals, diaries, or "blogs," whether electronic or paper, made by Plaintiff at his direction that relate to Plaintiff's alleged use of Xarelto, medical conditions for which Xarelto was prescribed, the adverse event which is the subject of this lawsuit, and any damages claimed due to his alleged exposure to Xarelto;

6. All photographs, slides, DVDS or other videos of George Kuhlmann from the time of Plaintiff's first prescription of Xarelto to the present ;

7. All packaging and unused medicine from the Xarelto George Kuhlmann allegedly used, including such materials in the possession of plaintiffs' counsel;

8. All medical, prescription, or other records relating to the allegations in the Complaint and/or the Plaintiff Fact Sheet that are in George Kuhlmann's possession and that were not previously provided to defendants by counsel for plaintiff;

9. All literature, newspaper or magazine articles, letters, booklets, brochures, pamphlets, written directives, package inserts, and written material authored or collected by George Kuhlmann or supplied to George Kuhlmann from any source, including but not limited to persons, firms, corporations or governmental entities, relating to: (1) Xarelto; (2) George Kuhlmann's alleged injuries; and/or (3) any defendant in this action; and

10. All documents responsive to Section IX of the Plaintiff Fact Sheet that were not previously provided to defendants by counsel for plaintiff.

9062173