# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>Pearlie Brown v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.;<br><br><br>**Civil Case No.: 2:16-cv-09856** | **MDL 2592**<br>**SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Randi Kassan for the Plaintiff and moves this Honorable Court for an order substituting David Brown on behalf of his deceased mother, Pearlie Brown, for the following reasons:

1. On May 20, 2016 Pearlie Brown filed a Complaint in the above-referenced matter.

2. The decedent's son, David Brown is the Proper Party Plaintiff and wishes to be substituted on behalf of Pearlie Brown in this case.

3. Plaintiff's name was listed as Pearlie Brown and Plaintiff's name was Pearlie Brown.

4. Unbeknownst to Plaintiff's Counsel, Pearlie Brown passed away on April 27, 2017.

5. Plaintiff's son, David Brown notified Plaintiff's Counsel of Pearlie Browns' passing and expressed his interest in continuing this lawsuit on her behalf.

6. A Suggestion of Death was filed with this Honorable Court on December 13, 2018.

3

7. Pearlie Brown's product liability lawsuit against defendants survived decedent's death and was not extinguished.

8. Plaintiff's son, David Brown will seek to amend the complaint to correct the name of deceased Plaintiff Pearlie Brown and list David Brown as the properly named Plaintiff.

9. The decedent's son, David Brown is the Proper Party Plaintiff and wishes to be substituted on behalf of Pearlie Brown in this case.

10. WHEREFORE, Counsel for Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Respectfully submitted,

By: /s/ Randi Kassan
Randi Kassan, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
rkassan@thesandersfirm. com

Attorneys for Plaintiff