# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>Pearlie Brown v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.;<br><br>**Civil Case No.: 2:16-cv-09856** | MDL 2592<br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court, after considering the Plaintiff's Motion for Substitute Party Plaintiff as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT David Brown, son of Pearlie Brown, is substituted for decedent Plaintiff, Pearlie Brown in the above-captioned case.

Entered this _____ day of _____, 2018 into the United States Eastern District of Louisiana.

_____
HON. JUDGE ELDON E. FALLON

1