UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | JURY TRIAL DEMANDED |

*Ernest Mahoney v. Janssen Research & Development, LLC, et al*

I, Ernest Mahoney, after a thorough discussion on Monday, November 26, 2018 with my attorney, Marc Whitehead agree to Voluntarily Dismiss my current case before the United States District Court, Eastern District of Louisiana.

I acknowledge that this claim cannot be re-litigated once the Court has been notified of the Voluntary Dismissal.

I further acknowledge that I am not responsible to my attorney or the Court for any fees incurred in my representation.

Date: 12-7-18

_____
Ernest Mahoney