# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| ROBERT WATKINS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND SURVIVORS OF KAREN WATKINS, DECEASED, | SECTION:  L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.: 2:18-cv-08170 |
| Plaintiffs | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG; | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

This matter having come before the Court on the Motion for Leave to File Amended

Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and

applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise

sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Robert Watkins's Motion for Leave to File Amended Complaint is GRANTED.   Plaintiff is hereby granted leave to file the Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this 13th day of December , 201 8 into the United States District Court, Eastern District of Louisiana.

HONORABLE DISTRICT JUDGE
ELDON E. FALLON