**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PLAINTIFF, ANTONIO MALDONADO, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF MARY MALDONADO, DECEASED,<br><br>        Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>CIVIL ACTION NO. 2:18-cv-05956 |

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE AMENDED COMPLAINT**

This matter having come before the Court on the Motion for Leave to File Amended Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's, Antonio Maldonado, Individually, and on behalf of the Estate of Mary Maldonado, Deceased, Motion for Leave to File Amended Complaint

is GRANTED. Plaintiff is hereby granted leave to file the Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the Amended Complaint into the records of this matter.

    Entered this 13th day of ____December____, 2018 into the United States District Court, Eastern District of Louisiana.

                                                                HONORABLE DISTRICT JUDGE
                                                                 ELDON E. FALLON