UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO (RIVAROXABAN)          MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                                    SECTION L
EUGENE RUSSELL,                               JUDGE ELDON E. FALLON
                                                                    MAG. JUDGE NORTH
Plaintiff,

                                                          Civil Action No. 2:18-cv-03001

vs.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS,
INC. f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., JOHNSON &
JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, BAYER AG,

Defendants.

_____

### ORDER GRANTING PLAINTIFF'S MOTION
### FOR LEAVE TO FILE AMENDED COMPLAINT

       This matter having come before the Court on the Motion for Leave to File Amended Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

       IT IS HEREBY ORDERED that Plaintiff, Eugene Russell's Motion for Leave to File Amended Complaint is GRANTED. Plaintiff is hereby granted leave to file the Amended

Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this 13th day of December, 2018 into the United States District Court, Eastern District of Louisiana.

_____
HONORABLE DISTRICT JUDGE
ELDON E. FALLON