UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carol Anders, on behalf of herself and as Surviving Spouse of Dean Anders v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-17927

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 11990, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Edik Yesayan, son of Balasan Torosyan, is substituted for Plaintiff Balasan Torosyan as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 13th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE