UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Richard Andrews, as surviving son of Barbara* ) | JUDGE ELDON E. FALLON |
| *Lundy, Deceased, v. Janssen Research &* ) | |
| *Development, LLC, et al* ) | MAGISTRATE JUDGE NORTH |
| **Civil Action No. 2:17-cv-02044** ) | |
| _____) | |

## ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File an Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this __13th__ day of __December__, 2018.

Honorable Eldon E. Fallon
United States District Court Judge