UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Arthur Edwardson v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-4769

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12061, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Arthur Edwardson, Jr., surviving son of Arthur Edwardson, is substituted for Plaintiff Arthur Edwardson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE