# EXHIBIT A



# PULASKI
# LAW FIRM

2925 Richmond Ave., Suite 1725
Houston, Texas  77098

**DATED MATERIAL – OPEN IMMEDIATELY**

7017 0190 0000 5544 2641



1000

19808

U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX
77098
SEP 28, 18
AMOUNT
**$9.30**
R2304M114107-22

RETURN RECEIPT REQUESTED

**Bayer Healthcare Pharmaceuticals Inc.**
**SOP Department**
**Corporation Service Company**
**251 Little Falls Drive**
**Wilmington, DE  19808**

```
COMP711  198085354-1717       10/04/18
FORWARD TIME EXP   RTN TO SEND
:THE COMPANY CORPORATION
251 LITTLE FALLS DR
WILMINGTON DE 19808-1674

        RETURN TO SENDER
```