UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| CHADLER COLGAN, on behalf of WILLIAM E. THOMPSON, and the Estate of WILLIAM E. THOMPSON, | ) ) ) ) | JUDGE FALLON |
| *Plaintiff* | ) ) | MAG. JUDGE NORTH |
| v. | ) ) ) | Civil No. 2:18-cv-07116-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. *Defendant(s)* | ) ) ) | |

**PROPOSED ORDER**

IT IS ORDERED that the Plaintiffs' Second Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2019.

                                                                          _____
                                                                          Hon. Eldon E. Fallon
                                                                          United States District Judge