## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| CHADLER COLGAN, on behalf of WILLIAM E. THOMPSON, and the Estate of WILLIAM E. THOMPSON, | ) ) ) ) | |
| | ) | MAG. JUDGE NORTH |
| *Plaintiff* | ) ) | Civil No. 2:18-cv-07118-EEF-MBN |
| v. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | ) ) | |
| *Defendant(s)* | ) | |

### PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.

NOW INTO COURT, through undersigned counsel, comes plaintiff Chadler Colgan, on behalf of William E. Thompson, and the Estate of William E. Thompson. Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc. In support of this Motion, Plaintiff submits his contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated:     December 17, 2018          By:     */s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                            */s/ Leslie LaMacchia*
                                                            Attorney for Plaintiff