# EXHIBIT A



# PULASKI LAW FIRM

2925 Richmond Ave., Suite 1725
Houston, Texas  77098

7017 0190 0000 5544 2641





1000   19808

U.S. POSTAGE PAID
FCM LG ENV
HOUSTON, TX
77098
SEP 28, 18
AMOUNT
**$9.30**
R2304M114107-22

**DATED MATERIAL – OPEN IMMEDIATELY**

RETURN RECEIPT REQUESTED

**Bayer Healthcare Pharmaceuticals Inc.
SOP Department
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808**

```
COMP711  198085354-1717      10/04/18
FORWARD TIME EXP   RTN TO SEND
:THE COMPANY CORPORATION
251 LITTLE FALLS DR
WILMINGTON DE 19808-1674

        RETURN TO SENDER
```

