## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) DELIA BLISS, ) ) *Plaintiff* ) ) v. ) ) JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. ) ) *Defendant(s)* ) | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH<br><br>Civil No. 2:18-cv-07116-EEF-MBN |

## **PROPOSED ORDER**

IT IS ORDERED that the Plaintiffs' Second Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge