UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| ELIZABETH PENDLEY individually and as heir, beneficiary, and administrator of the ESTATE OF MARCELLA BERGER | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| Plaintiffs | |
| v. | **JURY TRIAL DEMANDED** |
| | Civil Action No.: 2:17-cv-12736 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG; | |
| Defendants. | |

**PLANTIFFS' MOTION TO CORRECT CASE CAPTION**

Plaintiff(s) incorporate(s) by reference the Plaintiffs' Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11.

1

Regarding Case No. 2:17-cv-12736, Plaintiff, DENIS BERGER, individually and as heir, beneficiary, and administrator of the ESTATE OF MARCELLA BERGER, was erroneously identified as ELIZABETH PENDLEY individually and as heir, beneficiary, and administrator of the ESTATE OF MARCELLA BERGER, as such, the Plaintiff requests the case caption been changed.

Dated: December 17, 2018

                                        Respectfully submitted,

                                        By: */s Douglas C. Monsour, Esq.*
                                        **Douglas C. Monsour, Esq.**
                                        Texas Bar No. 00791289
                                        Katy Krottinger
                                        Texas Bar No. 24077251
                                        404 North Green Street
                                        PO Box 4209
                                        Longview, TX 75601
                                        Phone (903) 758-5757
                                        Fax (903) 230-5010
                                        Email: doug@monsourlawfirm.com
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*