UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| | ) | SECTION: L |
| CHERYL ANN TOSCANO | ) ) | JUDGE FALLON MAG. JUDGE NORTH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NOTICE OF DEPOSITION

Civil Action No. 2:17-cv-02640 |
| Defendants | ) ) | |

## NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF DR. ADEL SOLIMAN

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Plaintiff, Cheryl Ann Toscano by and through her attorney of record, Ethan L. Shaw, will take the deposition upon oral examination of **DR. ADEL SOLIMAN** on Tuesday, January 15, 2019, commencing at 2:30 p.m. EST at DoubleTree by Hilton Hotel Rochester, located at 1111 Jefferson Road, Eerie Board Room, Rochester, New York 14623; Telephone: (585) 475-1501.

The deposition shall be recorded steno graphically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, for use at trial, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A,** attached hereto, at the deposition that are in their possession, custody and control.

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

Dated: December 18, 2018

                                              Respectfully submitted,

                                              SHAW COWART, L.L.P.

                                              By:   /s/ Ethan L. Shaw
                                                      Texas Bar No.  18140480
                                                      John P. Cowart
                                                      Texas Bar No.  04919500
                                                      1609 Shoal Creek Blvd, Suite 100
                                                      Austin, Texas  78701
                                                      Ph:  (512) 499-8900
                                                      Fax:  (512) 320-8906
                                                      Email:  elshaw@shawcowart.com
                                                                  jcowart@shawcowart.com

                                              ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, 2018, the foregoing was served electronically to the following:

Sarah Johnston, Esq.
Sarah.Johnston@btlaw.com
James Murdica
jmurdica@btlaw.com
Barnes & Thornburg, L.L.P.
One North Wacker Drive
Suite 4400
Chicago, IL  60606-2833
T:  (312) 214-4869
F:  (312) 759-5646
*Attorneys for Defendants*

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Brian H. Barr
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
bbarr@levinlaw.com
*Plaintiffs' Co-Lead Counsel*

Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Andy.Birchfield@BeasleyAllen.com
*Plaintiffs' Co-Lead Counsel*

Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
gmeunier@gainsben.com
*Plaintiffs' Co-Lead Counsel*

Leonard A. Davis
HERMAN HERMAN & KATZ LLC
ldavis@hhklawfirm.com
*Plaintiffs' Co-Lead Counsel*

Andrew K. Solow
ARNOLD & PORTER LLP
andrew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

  /s/ Ethan L. Shaw
Ethan L. Shaw

# **EXHIBIT A - DOCUMENT REQUESTS**

1. Your most current *curriculum vitae* and/or resume.

2. A complete set of medical and treatment records relating to the medical care and treatment of plaintiff that are in your care, custody, possession, or control, including but not limited to office, emergency room, inpatient, outpatient, radiology, and testing records and data.

3. Your entire file, however described or maintained, in connection with plaintiff.

4. All documents, tangible things, data, or writing reviewed, relied upon, considered, or rejected by you when you treated and/or formed opinions regarding the treatment of plaintiff.

5. Any and all educational materials, counseling materials, or handouts in your possession regarding anticoagulants, including Xarelto, Coumadin, Eliquis, Pradaxa, and Savaysa.

6. Any and all correspondence or communications by and between you and the federal Food and Drug Administration or any other federal, state, or local agency relating to anticoagulants.

7. Any and all materials provided by plaintiff or his or her attorneys, including, but not limited to, documents, correspondence , statements, transcripts, and records, including whether by hard copy, text or e-mail.

8. Provide all correspondence and communications (both paper and electronic) between you or your representatives and the attorneys representing plaintiff.

9. All correspondence and communications (both paper and electronic) between you or your representatives and any insurance companies or their representatives concerning any claims made by plaintiff or on her behalf for medical treatment or for benefits of any nature including, but not limited to, disability benefits, social security benefits, and veterans administration benefits.

10. All statements or bills rendered for medical services and supplies regarding plaintiff.

11. Any other documents relating to this action, including notes, reports, correspondence, and research that you have written, reviewed, considered, or prepared in connection with this litigation or in preparation for this deposition.

12. Any and all publications written by, quoting, or otherwise mentioning you that refer or relate in any way to anticoagulants.