# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| FAYE WOODSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIE NEWHOUSE, DECEASED, | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | Civil Action No.: 2:16-cv-16059 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**MORGAN AND MORGAN COMPLEX LITIGATION GROUP**
*Attorneys for Plaintiff*

By: /s/ Joseph T. Waechter
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
201 N. Franklin St., Suite 700
Tampa, FL 33602
Email: JWaechter@forthepeople.com
Email: MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

Dated: December 19, 2018

**DRINKER BIDDLE & REATH LLP**
*Attorneys for Defendants*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Research & Development LLC,*
*and Janssen Ortho LLC*

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Phone: (973) 549-7350
Fax: (973) 360-9831
Email: susan.sharko@dbr.com

Dated: December 19, 2018

**ARNOLD & PORTER KAYE SCHOLER LLP**
*Attorneys for Defendants*
*Bayer Healthcare Pharmaceuticals Inc.*
*and Bayer Pharma AG*

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, NY 10019-7910
Tel: (212) 836-8485
Fax: (212) 836-6485
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Email: andrew.solow@arnoldporter.com
Email: william.hoffman@arnoldporter.com

Dated: December 19, 2018

**IRWIN FRITCHIE URQUHART & MOORE LLC**
*Liaison Counsel for Defendants*

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Dated: December 19, 2018

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2018, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

    /s/ Joseph T. Waechter