UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| REGINALD CASH, JR. | Civil Action No. 2:16-cv-1187 |

**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE
PARTY AND FILE SECOND AMENDED COMPLAINT**

NOW COME Seth A. Katz and the law firm of **Burg Simpson Eldredge Hersh & Jardine, P.C.**, and respectfully submit to this Court, pursuant to Federal Rules of Civil Procedure 25(a)(1), this Motion to Substitute Party and File Second Amended Complaint.

1. Plaintiff Reginald Cash, Jr.'s Complaint was filed on or about February 10, 2016 (*Reginald Cash v. Janssen Research & Development, LLC, et al;* Case No. 2:16-cv-1187).

2. Plaintiff Reginald Cash, Jr. subsequently filed a First Amended Complaint adding Johnson & Johnson as a Defendant on or about November 17, 2016 (Doc. No. 4569).

3. All Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

4. Reginald Cash, Jr. passed away on or about February 22, 2018. (*See* Georgia Certificate of Death, attached as "Exhibit A").

5. Reginald Cash, Jr.'s action against the Defendants survived his death and was not extinguished. *See* O.C.G.A. § 9-2-41.

6. On or about November 8, 2018, the Probate Court of Richmond County, Georgia named Dianne M. Thomas, as the informant and next of kin of decedent, the Administratrix for the Estate of Reginald Cash, Jr. (*See* Order Appointing Administratrix and Letters of Administration, attached as "Exhibit B").

7. Dianne M. Thomas, as the surviving sister of Reginald Cash, Jr. and the duly appointed Administratrix of the Estate of Reginald Cash, Jr., is a proper party and has proper capacity to proceed with the actions against Defendants pursuant to Fed. R. Civ. P. 25(a)(1).

8. Plaintiff thus moves to substitute Dianne M. Thomas, as Administratrix of the Estate of Reginald Cash, Jr., Deceased, as Plaintiff in the present action.

9. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint, to substitute the proper Plaintiffs (specifically Dianne M. Thomas, as Administratrix of the Estate of Reginald Cash, Jr., Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Reginald Cash, Jr. is now deceased.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading "only with the opposing party's written consent or the court's leave," which should be "freely given…when justice so requires."

11. Counsel certifies that Defendants in this action have been contacted prior to the filing of this Motion to Substitute Party and File Second Amended Complaint, and all Defendants have responded in writing their consent to this motion.

**WHEREFORE,** Counsel for Plaintiff, Reginald Cash, Jr., respectfully request an Order from the Court granting Plaintiff's Motion to Substitute Dianne M. Thomas, as the Administratrix for the Estate of Reginald Cash, Jr., Deceased, and File Second Amended

Complaint, and directing the Clerk of Court to enter the Second Amended Complaint, attached hereto, into the record of this matter.

Dated this the 19th day of December, 2018.

                                            Respectfully submitted,

                                            /s/ *Seth A. Katz*
                                            Seth A. Katz
                                            **BURG SIMPSON**
                                            **ELDREDGE HERSH & JARDINE, P.C.**
                                            40 Inverness Drive East
                                            Englewood, CO 80112
                                            Telephone: (303) 792-5595
                                            Facsimile: (303) 708-0527
                                            skatz@burgsimpson.com

                                            ATTORNEYS FOR PLAINTIFF