# EXHIBIT A

# GEORGIA DEATH CERTIFICATE

State File Number: 2018GA000014014

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME | REGINALD CASH JR |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH | ACTUAL DATE OF DEATH 02/22/2018 |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4a. AGE (Years) | 78 |
| 4b. UNDER 1 YEAR | |
| 4c. UNDER 1 DAY | |
| 5. DATE OF BIRTH | [redacted] |
| 6. BIRTHPLACE | NEW JERSEY |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | RICHMOND |
| 7c. CITY, TOWN | HEPHZIBAH |
| 7d. STREET AND NUMBER | 2882 CONNISTON DRIVE |
| 7e. ZIP CODE | 30815 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | FOREMAN |
| 8b. KIND OF INDUSTRY OR BUSINESS | |
| 9. MARITAL STATUS | WIDOWED |
| 10. SPOUSE NAME | YVONNE DORN |
| 11. FATHER'S FULL NAME | REGINALD CASH SR |
| 12. MOTHER'S MAIDEN NAME | AGNES PATTERSON |
| 13a. INFORMANT'S NAME | DIANNE THOMAS |
| 13b. RELATIONSHIP TO DECEDENT | SISTER |
| 13c. MAILING ADDRESS | 2882 CONNISTON DRIVE HEPHZIBAH GEORGIA 30815 |
| 14. DECEDENT'S EDUCATION | 8TH GRADE COMPLETED |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | DECEDENT'S HOME |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | 2882 CONNISTON DRIVE |
| 19. CITY, TOWN or LOCATION OF DEATH | HEPHZIBAH |
| 20. COUNTY OF DEATH | RICHMOND |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | MOUNT OLIVE MEMORIAL GARDENS, LLC 3666 DEANS BRIDGE RD AUGUSTA GEORGIA 30813 |
| 23. DISPOSITION DATE | 03/01/2018 |
| 24a. EMBALMER'S NAME | RUSSELL PAGE |
| 24b. EMBALMER LICENSE NO. | 4265 |
| 25. FUNERAL HOME NAME | WILLIAMS FUNERAL HOME INC. HEPHZIBAH |
| 25a. FUNERAL HOME ADDRESS | 2945 OLD TOBACCO RD. HEPHZIBAH GEORGIA 30815 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | RUSSELL J PAGE |
| 26b. FUN. DIR. LICENSE NO | 4677 |
| 27. DATE PRONOUNCED DEAD | 02/22/2018 |
| 28. HOUR PRONOUNCED DEAD | 10:30 AM |
| 29a. PRONOUNCER'S NAME | WILLIAM LEISEY |
| 29b. LICENSE NUMBER | |
| 29c. DATE SIGNED | 02/22/2018 |
| 30. TIME OF DEATH | UNKNOWN |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE | CONGESTIVE HEART FAILURE | MONTHS TO YEARS |
| B. Due to, or as a consequence of | | |
| C. Due to, or as a consequence of | | |
| D. Due to, or as a consequence of | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.): /S/ MARK BOWEN CORONER

| Field | Value |
|---|---|
| 45a. DATE SIGNED | |
| 45b. HOUR OF DEATH | |
| 46a. DATE SIGNED | 03/07/2018 |
| 46b. HOUR OF DEATH | UNKNOWN |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | MARK BOWEN 912 8TH STREET AUGUSTA GEORGIA 30904 |
| 48. REGISTRAR (Signature) | /S/ DONNA L. MOORE |
| 49. DATE FILED - REGISTRAR | 03/08/2018 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 511-1-3 DPH RULES AND REGULATIONS.

**STATE REGISTRAR AND CUSTODIAN**
**GEORGIA STATE OFFICE OF VITAL RECORDS**

County Custodian: *Tonya M Boo*
Issued by: *TMBoo*
Date Issued: JUL 2 3 2018

Any reproduction of this document is prohibited by statute: Do not accept unless embossed with a raised seal.

**VOID IF ALTERED OR COPIED**

# EXHIBIT B

## IN THE PROBATE COURT OF RICHMOND COUNTY
## STATE OF GEORGIA

IN RE:  ESTATE OF )
)
REGINALD CASH, JR )  ESTATE NO. 2018-RCGP-530
DECEASED )

### LETTERS OF ADMINISTRATION
*[Bond, Inventory and Returns Required]*

At a regular term of Probate Court, this Court granted an order allowing **DIANNE M. THOMAS** to qualify as Administratrix of the above-named Decedent, who was domiciled in this County at the time of his death or was domiciled in another state but owned property in this County at the time of his death, and that upon so doing, Letters of Administration be issued to such Personal Representative.

THEREFORE, the said Administratrix, having taken the oath of office and complied with all prerequisites of the law, is legally authorized to discharge all the duties and exercise all powers of Personal Representative, according to Georgia law.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this 8th day of November 2018.

Harry B. James, III
Judge of the Probate Court
Richmond County, Georgia



FILED IN PROBATE COURT

## IN THE PROBATE COURT OF RICHMOND COUNTY
## STATE OF GEORGIA

2018 NOV -8 AM 10: 23

IN RE: ESTATE OF )
)
REGINALD CASH, JR ) ESTATE NO: 2018-RCGP-530
DECEASED )

### ORDER APPOINTING ADMINISTRATRIX

A Petition for Letters of Administration for the above named Decedent was filed.

**DIANNE M. THOMAS** was nominated Administratrix in the Petition and is hereby found to be legally qualified for said office. The Court finds that the Decedent died domiciled within, or domiciled outside the State of Georgia but owning property within, the above County. The Court finds that the Decedent died intestate. The Court further finds that all of the heirs at law were served or acknowledged service. The Court further finds that no objection has been filed, and all requirements of law have been fulfilled.

ACCORDINGLY, IT IS ORDERED that the person named above is found to be qualified for such office and is hereby appointed Administratrix of the estate of the Decedent, and that appropriate Letters be issued upon said Administratrix giving bond with approved surety in the sum of $_____ and taking the oath as provided by law. The Administratrix shall not make any distribution to a person for the benefit of a minor unless that person is qualified to receive such funds according to law.

IT IS FURTHER ORDERED that upon unanimous consent and publication of notice as necessary, the Court hereby: *[Initial all that apply.]*

___ (a) **POWERS GRANTED**: Grants to the Administratrix all of the powers contained in O.C.G.A. § 53-12-261.

___ (b) **REPORTS WAIVED**: Grants to the Administratrix the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

___ (c) **BOND WAIVED** waives the specific requirement to post bond.

SO ORDERED this 8TH day of November 2018.

Harry B. James, III
Judge of the Probate Court
Richmond County, Georgia