UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>REGINALD CASH, JR. | Civil Action No. 2:16-cv-1187 |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO SUBSTITUTE PARTY AND FILE SECOND AMENDED COMPLAINT**

The Court, after considering Plaintiff's Motion to Substitute Party and File Second Amended Complaint, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff's Motion to Substitute Party and File Second Amended Complaint filed by Counsel for Dianne M. Thomas, as the Administratrix of the Estate of Reginald Cash, Jr., Deceased, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Second Amended Complaint into the record in this matter.

SIGNED and ENTERED THIS _____ day of _____, 2018.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge