# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Virginia Barber individually and as next of kin of Garry Barber v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al**<br>**Civil Action No.: 2:16-cv-01443** | **MAGISTRATE JUDGE NORTH** |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Virginia Barber Doc. \_\_\_\_, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Edward Barber, as surviving natural son, is substituted for Plaintiff Virginia Barber as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on December 19, 2018 (Doc. 12107).

New Orleans, Louisiana this \_\_\_ day of _____, 2018.

_____

United States District Judge