UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *DAMON KRYNAK, as the surviving child of JOSEPH KRYNAK, Deceased v. Janssen Research & Development LLC, et al.* | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:16-cv-15185 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This motion is brought in the matter of Case 2:17-cv-15448, entitled Damon Krynak, as the surviving child of Joseph Krynak, Deceased v. Janssen Research & Development, et al. in accordance with the United States Court of Louisiana Local Rule 83.2.11, attorney Ryan L. Thompson and the law firm of Watts Guerra LLP, brings this Motion to Withdraw as Counsel for Plaintiff and states as follows:

1. Joseph Krynak filed his products liability lawsuit against defendants on October 3, 2016.

2. Plaintiff Joseph Krynak departed this world on or about July 9, 2017 during the pendency of this civil action. Damon Krynak, is a surviving child of Joseph Krynak, and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

3. Plaintiff's attorney, Ryan L. Thompson and the law firm of Watts Guerra LLP, represents that Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

4. Ryan L. Thompson and the law firm of Watts Guerra LLP request to withdraw as counsel of record and feel that they can no longer, in good faith, represent

1

Plaintiff. Specifically, counsel wishes to withdraw from this case because Plaintiff and his attorney have irreconcilable differences that will not allow the law firm of Watts Guerra LLP to represent him in this action and the undersigned has been unable to effectively communicate with Damon Krynak since August 22 2018. The undersigned's office has made numerous attempts to locate Mr. Krynak, including:

   a. Attorney Paige Boldt spoke with Mr. Krynak on July 9th 2018 and explained upcoming court deadlines, the need for constant communication, and requesting return of specific documents, which Mr. Krynak agreed to do.

   b. On August 22nd, our firm last spoke with Mr. Krynak, who indicated he would be returning documents to our office soon. Our firm has not received any mail from Mr. Krynak.

   c. Multiple attempts to contact Mr. Krynak resulted in no response. Watts Guerra LLP has left more than 50 voicemails since August 22th 2018, including messages with persons acknowledging that Mr. Krynak is does indeed live there and that they would pass along our message to him.

   d. Correspondence has been mailed to Ms. Krynak's last known address on November 30th, 2018, October 28th 2018, October 11th 2018, September 6th 2018, July 10th 2018, with no replies. A person search was conducted on October 23rd with no new contact information results. Plaintiff's counsel cannot in good faith continue to represent Plaintiff, Damon Krynak, without his cooperation.

5. On October 23, 2018, Plaintiff was mailed another letter (*See Exhibit A attached*) notifying him of the upcoming deadlines and that it was imperative to his case that counsel receive his written confirmation of how to proceed on his case and also informing him that a motion asking the Court to allow counsel to withdraw

may be filed based upon failed attempts to communicate with him. No reply has been received.

6. A person search has not revealed any new contact information for this Plaintiff. (*See Exhibit B attached*)

7. Plaintiff contact information is as follows

> Damon Krynak
> 25550 Rouge River Drive
> Dearborn Heights, MI 48127
> Phone #: 313-629-5726

8. Plaintiff's attorney Ryan L. Thompson and the law firm of Watts Guerra LLP, seeks an Order permitting him to withdraw as counsel for Plaintiff as provided in the attached proposed Order. (*See Exhibit C attached*)

9. Plaintiff's attorney, Ryan L. Thompson and the law firm of Watts Guerra LLP, has made Plaintiff aware of any pending court appearances required and has notified Plaintiff of those dates as provided on the court's website under the case management tab. [Also, Plaintiff's attorney, Ryan L. Thompson and the law firm of Watts Guerra LLP, have provided Plaintiff with correspondence outlining the Court's contact information including telephone number and website with which Plaintiff can inquire regarding future court appearances.]

WHEREFORE, Plaintiff's attorney, Ryan L. Thompson and the law firm of Watts Guerra LLP, seeks an Order of this Honorable Court, granting Ryan L. Thompson and the law firm of Watts Guerra LLP Motion to Withdraw as Counsel, together with any and all such other further relief as this Court deems just and appropriate.

Dated: December 20, 2018                    Respectfully submitted,

                                              **WATTS GUERRA LLP**
                                               _/s/ Ryan L. Thompson_
                                              Ryan L. Thompson
                                              TX State Bar No. 24046969
                                              5726 W. Hausman Rd., Suite 119
                                              San Antonio, TX 78249
                                              rthompson@wattsguerra.com
                                              (210) 448-0500
                                              (210) 448-0501 (Fax)

                                              _Attorney for the Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion to Withdraw as Counsel of Record for Plaintiff together with the Complaint, Pretrial Orders and Court Notices has been sent to Plaintiff, via Certified Mail Return Receipt Requested on December 20, 2018. Further, a copy of the above entitled Motion has been served upon opposing counsel by way of the court's electronic filing system, ECF on December 20, 2018.

                                              _/s/ Ryan L. Thompson_
                                              Ryan L. Thompson