# EXHIBIT A

**WATTS | GUERRA** LLP

XARELTO LITIGATION
xarelto@wattsguerra.com

5726 W. Hausman Road, Suite 119
San Antonio, Texas 78249
866.529.9100 PHONE
210.448.0501 FAX
www.wattsguerra.com

October 23, 2018

**Via UPS Ground w/ Return**
Damon Krynak
25550 Rouge River Drive
Dearborn Heights, MI 48127

RE:   Xarelto Litigation for Krynak, Joseph T
         Our file No. 534960

## THERE ARE IMPORTANT UPCOMING COURT DEADLINES THAT NEED YOUR IMMEDIATE ATTENTION!

Dear Mr. Krynak:

As you know, Watts Guerra LLP and Farah and Farah, P.A. have been pursuing a Xarelto claim on your behalf. We have made numerous attempts to reach you by telephone regarding upcoming court deadlines with no success and to date, have not received your written confirmation of your previous verbal agreement to dismiss your case.

Although your position may have changed, our firm's advice remains the same. We believe that you should dismiss your currently filed lawsuit now, as we do not believe your claim will be successful and do not believe it is in your best interest to continue dealing with upcoming court deadlines and requirements. These upcoming requirements include hours of depositions of yourself and your physicians as well as several pages of written questions, the hiring of medical experts, and other case-specific requirements. After these deadlines, defendants are then scheduled to file motions with the court, that would undoubtedly include a motion to dismiss your claim due to Michigan law limitations.

We believe that your claims against the manufacturer of Xarelto foundationally require the use of Michigan state law. You spoke with an attorney from our firm and previously agreed to voluntarily dismiss your claim based on concerns that Michigan is the only state that provides nearly absolute immunity for drug makers and sellers. Under Michigan law, pharmaceutical manufacturers are only liable if they have committed fraud or bribery to secure FDA approval. While we have pursued your legal claim in hopes that we would be able to advocate for your injuries by applying another state's law by filing your claim in either a different state court or the federal multi-district litigation, it has become apparent in court decisions across the country that these strategies will not save your lawsuit from Michigan's immunity laws. We therefore, believe your filed lawsuit may linger for many years but will ultimately be dismissed. As such, we are advising you to dismiss your currently filed lawsuit now, as we do not believe your claim will be successful and do not believe it is in your best interest to continue dealing with court deadlines and requirements.

WATTS | GUERRA LLP

534960-Krynak, Joseph T
Page 2

We previously sent a letter on June 02, 2018 advising you of our concerns regarding litigating your case effectively, and explained that we would do our best to apply the manufacturer's state laws to your claim in hopes that your legal claims could be salvaged. Unfortunately, this method for applying a Defendant's state law has been repudiated and refused by courts reviewing similar pharmaceutical cases. As such, we advised you to dismiss your currently filed lawsuit now, as we do not believe your claim will be successful and do not believe it is in your best interest to continue dealing with upcoming court deadlines and requirements.

If you agree with our advice for your case, and want dismiss your lawsuit, please sign the attached letter allowing us to close your file and have any and all claims related to your Xarelto lawsuit dismissed. It is important to note that if your case is dismissed, you could be prevented from ever bringing a claim regarding your Xarelto injuries again.

If you desire to pursue this litigation, therefore ignoring our legal assessment of your claim and the statute of limitations, please be aware that our disagreeing opinions will cause irreconcilable differences and we will be unable to advocate on your behalf, in the manner you desire. We would therefore file a motion to withdraw as your counsel. If you desire to pursue this litigation, you need to promptly seek out new counsel and provide us with their contact information so we can smoothly transition your case to their care. While we are able to keep you aware of upcoming deadlines, we would urge you to contact substitute counsel immediately and provide their contact information on the next page.

**Due to upcoming court deadlines, please sign and return the enclosed decision sheet by November 6, 2018 either agreeing to dismiss the case or informing our office of your new counsel.**

Please contact us at xarelto@wattsguerra.com if you have any questions. We have enclosed a self-addressed, stamped envelope for your convenience.

Sincerely,

Paige Boldt
Attorney at Law

Cc: Farah and Farah, P.A. – VIA EMAIL

**To have us dismiss your case, please complete this section:**

I hereby attest that I am the client identified above and request that my claim(s) related to Xarelto be closed and any lawsuit that may have been filed on my behalf be dismissed. I understand that by dismissing my claim I would be forever barred from seeking compensation for any damages or injuries I might have suffered from my 2014 use of Xarelto.

_____
(Damon Krynak Signature)                              (Date)


_____


**Please complete this section if you have retained new counsel:**

Law Firm: _____

Address: _____

City: _____  ST: _____  Zip: _____

Phone: _____  Fax: _____  Email:_____


_____
(Damon Krynak Signature)