# EXHIBIT B

FastPeopleSearch   Search for…

# Damon Ryan Krynak Age 49

**FULL BACKGROUND REPORT AVAILABLE »**

🏠 **Current Address**

25550 Rouge River Dr
Dearborn Heights, MI 48127-3829            Map 📍

📱 **Phone Numbers**

(313) 277-2754 - LandLine/Services

**Full Background Report** (Sponsored by PeopleFinders)

- Arrest Records
- Court Records
- Marriage & Divorce Records
- Birth & Death Records
- Police Records
- Search Warrants
- Criminal Records Data
- Property Records
- Bankruptcies, Judgments, Liens
- Complete Background Check

**VIEW FULL BACKGROUND REPORT**

@ **Email Addresses**

👤 **Associated Names**

Damon Ryan Krynak

Damon R Krynak

**Sponsored Links**



Easy Public Record Search

Enter A Name & Brace Yourself for the Results



**1  Arrest Records: 2 Secrets**

Find Addresses, Phone Numbers, Felonies, Traffic Records, DUIs and Much More!



Instant Checkmate

**2  Divorce Records**

Martial Status Available



persopo.com

 **Previous Addresses**

[25550 Rouge River Dr Dearborn Hts, MI 48127-3829](#)
(5/10/1999 - 3/31/2002)

Map 

 **Possible Relatives**

[Brenda K Clark](#) , [Joseph T Krynak](#) ,

[Joseph T Krynak JR](#) , [Bettie Kay Mcgowan](#) ,

[Greg Clark](#) , [Greg Clark](#) , [Jenna N Krynak](#) ,

[Joesph Krynak](#) ,

[Show More...](#)

Sponsored Links



**1  Divorce Records**

Martial Status Available



persopo.com

**2  'Googling' Names? Stop**

Here's Why You Should Stop 'Googling' People To Find Info



BeenVerified

 Possible Associates

Kenneth L Clark , Peter C Bandoni

Sponsored Links

Damon Ryan Krynak is 49 years old. Damon's phone numbers include (313) 277-2754. Damon's possible relatives include Brenda K Clark, Joseph T Krynak, Joseph T Krynak JR, Bettie Kay Mcgowan, Greg Clark.

Damon's most recent address is 25550 Rouge River Dr, Dearborn Heights, MI 48127-3829. Damon previously lived at 25550 Rouge River Dr, Dearborn Hts, MI 48127-3829, for 2 years.

Directory: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© Copyright 2018. All Right Reserved. FastPeopleSearch.com

Terms | Privacy | Contact