# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *DAMON KRYNAK, as the surviving child of JOSEPH KRYNAK, Deceased v. Janssen Research & Development LLC, et al.* | * * * | MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:16-cv-15185 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The matter having come before this Honorable Court upon Plaintiff's attorney Ryan L. Thompson and the law firm of Watts Guerra LLP's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:16-cv-15185, entitled Damon Krynak, as the surviving child of Joseph Krynak, Deceased v. Janssen Research & Development, et al. and the Court being otherwise fill advised in the premises;

NOW THEREFORE,

IT IS HEREBY ORDERED that Ryan L. Thompson's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:16-cv-15448 be and is hereby granted.

IT IS HEREBY ORDERED BY THE COURT that Ryan L. Thompsons and the law firm of Watts Guerra LLP shall serve a copy of this Order upon Plaintiff, via certified mail return receipt requested, within fourteen (14) days of the date of this Order.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge