UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO | | |
| *Birder Hunt v. Janssen Research & Development LLC, et al; 2:16-cv-15142* | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

**RESPONSE TO MOTION FOR EXTENSION
OF TIME TO FILE VERIFIED PLAINTIFF FACT SHEET**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit this Response to Plaintiff Birder Hunt's ("Plaintiff's") First Motion for Extension of Time to File Verified Plaintiff Fact Sheet. (Rec. Doc. No. 12047). On the facts presented, Defendants do not oppose the extension provided that if Plaintiff fails to submit a fully complete, verified Plaintiff Fact Sheet by the new deadline, January 15, 2019, the Complaint be dismissed with prejudice.

This is a Case Management Order ("CMO") 6 Wave 2 case selected by Plaintiffs on September 17, 2018. Under CMO 6, the deadline to submit a fully complete, verified PFS in this case was October 17, 2018. Almost two months later, on December 11, 2018, Plaintiff's counsel filed the motion requesting an extension and submitted an amended Plaintiff Fact Sheet without a signed verification page, contrary to the verification requirement set out in Pre-Trial Orders 13 and 13(a). Counsel requests an extension in this case "to allow counsel to send a hard copy of the PFS

1

and declaration to the Plaintiff." (Rec. Doc. No. 12047-1). Counsel's memorandum asserts that "counsel tried to notify Plaintiff about the need to file Plaintiff's PFS" by phone and through the mail and "recently found that the Plaintiff has been in and out of the hospital . . . and is currently homeless." *Id.* Counsel further states that Plaintiff provided "a new mailing address." *Id.*

The timely submission of a verified PFS is essential as the failure to submit a fully complete PFS tolls all of the remaining discovery deadlines pursuant to the Court's order. Specifically, CMO 6 states, "An individual plaintiff's failure to timely complete all sections of the Plaintiff Fact Sheet in compliance with Pretrial Order 13 within 30 days of selection shall toll all deadlines in this Case Management Order with respect to that plaintiffs' case until the plaintiff has complied or the case is dismissed." CMO 6 at ¶ 6. Accordingly, all discovery in this case is currently halted.

In light of the circumstances in this case, Defendants agree to Plaintiff's request for an extension of the deadline until January 15, 2019 to provide the required fully complete, verified PFS. But, the case cannot sit dormant for an extended period of time, particularly while the rest of the Wave 2 cases proceed with discovery. Defendants therefore request that in the event a fully complete, verified PFS is not submitted by January 15, 2019, the case be dismissed with prejudice for failure to comply with CMO 6 and PTO 13.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

*Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 20, 2018, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
**John F. Olinde**