# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *James Billiot v. Janssen Research* | : | |
| *& Development LLC, et al; 2:17-cv-09308* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On November 27, 2018, Defendants filed a Motion for Order to Show Cause as to Why Plaintiff's Case Should Not Be Dismissed for Lack of Capacity to Proceed with the Case. [Rec. Doc. 11843]. The Court entered Defendants' Motion on November 30, 2018. [Rec. Doc. 11869]. For the reasons set forth on the record at the Show Cause Hearing on Defendants' Motion, held on December 12, 2018, Plaintiff was given until January 23, 2019 to cure the alleged deficiencies raised in Defendants' Motion. The case shall be addressed at the Show Cause Hearing to be held on January 23, 2019 at 9:15 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to cure the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of this case with prejudice.

New Orleans, Louisiana, on this 20th day of December, 2018.

_____
United States District Judge