# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Elaine Mayfield v. Janssen Research & Development LLC, et al; 2:16-cv-00618* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On November 16, 2018, Defendants filed a Motion for Order to Show Cause as to Why Plaintiff's Complaint Should Not Be Dismissed for Lack of Capacity to Proceed with the Case. [Rec. Doc. 11710]. The Court entered Defendants' Motion on November 26, 2018. [Rec. Doc. 11809]. For the reasons set forth on the record by the Court at the Show Cause Hearing on Defendants' Motion on December 12, 2018, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 20th day of December, 2018.

_____
United States District Judge