UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| Normand J. Beaulieu v. Janssen Research & Development LLC, et al; 2:15-cv-06468 | : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On November 27, 2018, Defendants filed a Motion for Order to Show Cause as to Why Plaintiff's Complaint Should Not Be Dismissed for Lack of Capacity to Proceed with the Case. [Rec. Doc. 11842]. The Court entered Defendants' Motion on November 30, 2018. [Rec. Doc. 11868]. Prior to the hearing on Defendants' Motion, which was held on December 12, 2018, Plaintiff cured the deficiencies alleged in Defendants' motion. The action may proceed accordingly.

New Orleans, Louisiana, on this 20th day of December, 2018.

_____
United States District Judge