UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Linda Johnson v. Janssen Research & Development LLC, et al; 2:17-cv-03824* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On November 27, 2018, Defendants filed a Motion for Order to Show Cause as to Why Plaintiff's Case Should Not Be Dismissed for Plaintiff's Failure to Provide Medical Record Authorizations Pursuant to PTO 13. [Rec. Doc. 11844]. The Court entered Defendants' Motion on November 30, 2018. [Rec. Doc. 11870]. Prior to the hearing on Defendants' Motion, Plaintiff agreed to file a stipulation dismissing the case with prejudice.

New Orleans, Louisiana, on this 20th day of December, 2018.

_____
United States District Judge