UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Reginald Cash Jr.  v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-1187

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12103, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Dianne M. Thomas, Administratrix of the Estate of Reginald Cash, Jr., is substituted for Plaintiff Reginald Cash, Jr. as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Second Amended Complaint into the record in this matter.

New Orleans, Louisiana, this 20th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE