UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Virginia Barber, individually and as next of kin of Garry Barber v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-9856

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12108 as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Edward Barber, surviving son of Virginia Barber, is substituted for Plaintiff Virginia Barber as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE