UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> MARY ARMSTRONG, ) <br> ) <br>       Plaintiff, ) <br> ) <br> ) <br>   vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT, ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT, LLC; JANSSEN ORTHO, LLC;) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA, INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC.; BAYER ) <br> HEALTHCARE PHARMACEUTICALS, INC.; ) <br> BAYER PHARMA AG, BAYER ) <br> CORPORATION; BAYER HEALTHCARE, LLC; ) <br> BAYER HEALTHCARE AG; and BAYER AG, ) <br> ) <br>       Defendants. ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br> Civil Action No.: 2:17-cv-11791 |

**<u>PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE</u>**

NOW COMES counsel for Plaintiff, pursuant to Federal Rules of Civil Procedure 41 (a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs, Counsel for Plaintiff takes this action because plaintiff no longer wishes to pursue this case.

Dated: December 21, 2018 /s/ **Mitchell Theodore**
Mitchell Theodore
ASB-6549-I00D
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
(205)328-2200
Fax: (205)324-7896
mtheodore@corywatson.com


*One of the Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ **Mitchell Theodore**
Mitchell Theodore
ASB-6549-I00D
CORY WATSON, P.C.
2131 Magnolia Ave S
Birmingham, AL 35205
(205)328-2200
Fax: (205)324-7896
mtheodore@corywatson.com

*One of the Attorneys for the Plaintiff*