# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>                                                              )<br>                                                              )<br>                                                              )<br>_____ ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Edward Smith v. Janssen Research*
*& Development, et al.*

Case No. 2:18-cv-00898

# EX PARTE MOTION FOR LEAVE TO
# WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Anna K. Higgins and moves to withdraw as counsel for Plaintiff, Edward Smith. In support of this motion, movant states as follows:

1. Ms. Higgins is leaving the employment of The Lambert Firm, PLC effective December 31, 2018.

2. Plaintiff, Edward Smith, will continue to be represented by Emily C. Jeffcott.

WHEREFORE, movant, Anna K. Higgins respectfully requests this Court grant her Ex Parte Motion for Leave to Withdraw.

Dated: December 21, 2018

                                         Respectfully Submitted,

*/s/ Anna K. Higgins*
Anna K. Higgins (LA #33890)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504)529-2931
ahiggins@thelambertfirm.com

**Certificate of Service**

I hereby certify that on December 21, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Anna K. Higgins*
Anna K. Higgins