**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)    ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Edward Smith v. Janssen Research*
*& Development, et al.*

Case No. 2:18-cv-00898

**ORDER**

Considering the foregoing Ex Parte Motion for Leave to Withdraw as Counsel of Record with respect to Plaintiff, Edward Smith,

**IT IS HEREBY ORDERED** that Anna K. Higgins is withdrawn as attorney of record for said Plaintiff. The Plaintiff will continue to be represented by Emily C. Jeffcott.

New Orleans, Louisiana, this _____, day of _____, 2018.

_____
**JUDGE E. FALLON**