# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

**GREGORY CLOWERS,**

**-Plaintiff-**

**-against-**

**JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a
JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN
ORTHO LLC, JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-
MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC., BAYER
PHARMA AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG, and
BAYER AG.**

**-Defendants-**

-------------------------------------------------------------------X

MDL NO. 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAGISTRATE JUDGE
MICHAEL NORTH

Civil Action No.: 2:16-cv-09737

**AFFIDAVIT OF SERVICE**

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Danielle E. Schaefer, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

Letter to Client with Notice to Comply and a copy of PTO 13C and Authorizations

on December 21, 2018

by mailing the same in a sealed envelope, with postage prepaid thereon, via Federal Express, Regular

Mail and Email addressed to the last known address of the addressee as indicated below:

Gregory Clowers
2301 Post Drive,
Apt 207,
Indianapolis, IN 46219
Email: clowersgregory@yahoo.com
Federal Express Tracking No. **7740 4666 5246**

Danielle E. Schaefer

Sworn to before me December 21, 2018

Notary Public

BRIAN EDEJER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ED6185630
Qualified in Queens County
Commission Expires April 21, 2020