UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABN) PRODUCTS LIABILITY LITIGATIONS | MDL NO. 2592 |
| | SECTION: L |
| This Document Relates to Moises Dreszer, MD and Cathy Dreszer v. Janssen Research & Development, LLC, et al | |
| | JUDGE ELDON E. FALLON |
| Case Number 2:15-cv-05232 | MAGISTRATE JUDGE NORTH |

## NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION OF NON-PARTY DR. LEONARDO CLAVIJO

To:   Dr. Leonardo Clavijo, Keck Hospital of University of Southern California, 1500 San Pablo Street, Los Angeles, CA 90033

**PLEASE TAKE NOTICE** that Plaintiff by and through their counsel of record will take the oral deposition of non-party, Dr. Leonardo Clavijo on January 10, 2019 commencing at 12:00 p.m. at Keck Hospital of University of Southern California, 1500 San Pablo Street, Los Angeles, California 90033.

The deposition shall be recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purpose of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

Date:  December 12, 2018

RESPECTFULLY SUBMITTED:
CUNARD LAW FIRM, LLC

BY:   /s/ Rebecca A. Cunard
        REBECCA A. CUNARD (#20154)
        *Attorney for the Plaintiffs*
        9214 INTERLINE AVENUE
        BATON ROUGE, LOUISIANA 70809-1907
        TELEPHONE: (225) 925-2978
        FACSIMILE: (225) 925-8192

Andre' P. LaPlace, (#8039)
*Attorney for the Plaintiffs*
2762 Continental Drive, Suite 103
Baton Rouge, Louisiana 70808
Telephone No. (225) 924-6898
Facsimile No. (225) 924-6877
alaw@andrelaplace.com

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on December 12, 2018 the foregoing was served electronically to the following:

Eric A. Paine
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street/17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
eric.paine@nelsonmullins.com

Ashley Barebo
Nelson Mullins Riley & Scarborough, LLP
949 Third Avenue, Suite 200
Huntington, WV 25701
ashley.barebo@nelsonmullins.com

*Attorneys for Bayer entities*

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Brian H. Barr
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
bbarr@levinlaw.com
*Plaintiffs' Co-Lead Counsel*

Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Andy.Birchfield@BeasleyAllen.com
*Plaintiffs' Co-Lead Counsel*

Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
gmeunier@gainsben.com

*Plaintiffs' Co-Lead Counsel*

Leonard A. Davis
HERMAN HERMAN & KATZ LLC
ldavis@hhklawfirm.com
*Plaintiffs' Co-Lead Counsel*

Andrew K. Solow
ARNOLD & PORTER LLP
andrew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

|   |   |
|---|---|
| By: | /s/ Rebecca A. Cunard |
|  | Rebecca A. Cunard (#20154) |
|  | Cunard Law Firm, LLC |