**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Leonardo Clavijo
   Keck Hospital of University of
   Southern California
   1500 San Pablo Street
   Los Angeles, CA 90033
   Attn: Risk Mangement

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Tony Bedolla
B. Date of Delivery: 12-17-18
C. Signature: X [signature]  ☑ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   DEC 15 2018

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7001 2510 0001 5497 5203

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

<mark>Case 2:14-md-02592-EEF-MBN Document 12134-1 Filed 12/27/18 Page 2 of 2</mark>

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Dreser

- Sender: Please print your name, address, and ZIP+4 in this box •

Cunard Law Firm LLC
Rebecca A. Cunard
9214 Interline Ave
Baton Rouge, LA 70809