# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Russell Ball, Sr. v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:17-cv-10630-EEF-MBN*

## EX PARTE MOTION FOR SUBSTITUTION

Counsel, pursuant to rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Shannon Ball on behalf of decedent, Russell Ball, Sr. . In support of this motion, Counsel would show the Court as follows:

1. Russell Ball, Sr. filed a products liability lawsuit against Defendants on October 13, 2017.

2. Plaintiff Russell Ball, Sr. died on April 12, 2018.

3. Russell Ball, Sr. 's products liability action against Defendants survived his death and was not extinguished.

4. On December 28, 2018, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit 1."

5. Shannon Ball, son of Russell Ball, Sr. , was appointed Personal Representative of his Estate on December 26, 2018 by the Putnam County Circuit Court 1, State of Indiana.

6. Shannon Ball is a proper party to substitute for Plaintiff-Decedent Russell Ball, Sr. and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: December 28, 2018

                                          Respectfully Submitted,

                                          /s/ Sarah Graziano
                                          Sarah Graziano, Indiana Bar #21650-49
                                          Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: December 28, 2018

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com