**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Russell Ball, Sr. v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:17-cv-10630-EEF-MBN*

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Shannon Ball as personal representative of the estate of Russell Ball, Sr., is substituted for Plaintiff Russell Ball, Sr., in the above captioned cause.

Dated: _____       _____
                                                                            Hon. Eldon E. Fallon
                                                                            United States District Court Judge