# UNITED STATES DISRICT COURT
# OF EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION:   L |
| ------------------------------------------------ ) | |
| ) | JUDGE:  ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE MICHAEL NORTH |
| ) | |

THIS DOCUMENT RELATES TO:
*Linda Trayer and Thomas Trayer v. Janssen Research and Development, LLC et al.*
2:18-cv-04962

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable court of the death of Plaintiff Linda Trayer.

Respectfully submitted December 28, 2018.

By:  /s/ Robert K. Finnell
Robert K. Finnell
Georgia Bar No. 261575
THE FINNELL FIRM
P. O. Box 63
Rome, GA 30162-0063
Phone: 706.235.7272
Fax: 706.235.9461
bob@finnellfirm.com

Attorney for Plaintiff