UNITED STATES DISRICT COURT
OF EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 2592<br><br>SECTION:   L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Linda Trayer and Thomas Trayer v. Janssen Research and Development, LLC et al.*
*2:18-cv-04962*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Thomas Trayer on behalf of his deceased spouse, Linda Trayer.

1. Linda Trayer and Thomas Trayer filed a products liability lawsuit against the defendants on May 16, 2018.

2. On August 16, 2018, Linda Trayer died.

3. Linda Trayer's products liability action against defendants survived her death and was not extinguished.

4. Thomas Trayer, surviving spouse and representative of Linda Trayer's estate, already a Plaintiff in this action, is a proper party to substitute for plaintiff-decedent Linda Trayer and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Thomas Trayer requests that this Court grant his request for substitution as surviving spouse and representative Linda Trayer's estate.

This 28th day of December, 2018.

By: /s/ Robert K. Finnell
Robert K. Finnell
Georgia Bar No. 261575
THE FINNELL FIRM
P. O. Box 63
Rome, GA 30162-0063
Phone: 706.235.7272
Fax: 706.235.9461
bob@finnellfirm.com

Attorney for Plaintiff