UNITED STATES DISRICT COURT
OF EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ------------------------------------------------- | ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION:   L JUDGE:  ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Linda Trayer and Thomas Trayer v. Janssen Research and Development, LLC et al.*
*2:18-cv-04962*

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Counsel for Plaintiff's motion is GRANTED

2. THOMAS TRAYER, as Personal Representative of the Estate of LINDA TRAYER, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana on this _____ day of _____, 20__.

_____
JUDGE ELDON E. FALLON