# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------X

**GREGORY CLOWERS,**

-Plaintiff-

-against-

**JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG.**

-Defendants-

---------------------------------------------------------------X

MDL NO. 2592

SECTION:  L

JUDGE: ELDON E. FALLON

MAGISTRATE JUDGE MICHAEL NORTH

Civil Action No.:  2:16-cv-09737

**AFFIDAVIT OF SERVICE**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Danielle E. Schaefer, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

Letter to Client with Notice to Comply and a copy of PTO 13C and Authorizations

on December 28, 2018

by mailing the same in a sealed envelope, with postage prepaid thereon, via Federal Express, Regular

Mail and Email addressed to the last known address of the addressee as indicated below:

Gregory Clowers
2301 Post Drive,
Apt 207,
Indianapolis, IN 46219
Email: clowersgregory@yahoo.com
Federal Express Tracking No. **7740 7621 3160**

*Danielle E. Schaefer*

Sworn to before me December 28, 2018

_____
Notary Public

BRIAN EDEJER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ED6185630
Qualified in Queens County
Commission Expires April 21, 2020