UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' STEERING COMMITTEE'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO CHALLENGE CONFIDENTIALITY DESIGNATIONS AND FOR RELIEF FROM PRETRIAL ORDER NO. 12 (STIPULATED PROTECTIVE ORDER)**

# FILED UNDER SEAL