UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to Exceed Page Limitation;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Reply to Defendants' Opposition to Motion to Challenge Confidentiality Designations and For Relief From PreTrial Order No. 12 (Stipulated Protective Order), be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Reply to Defendants' Opposition to Motion to Challenge Confidentiality Designations and For Relief From PreTrial Order No. 12 (Stipulated Protective Order), be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this  14th  day of  _____March_____, 2016.

_____
Eldon E. Fallon
United States District Court Judge