Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


-------------------------------
                              )  MDL NO. 2692
IN RE:  XARELTO (RIVAROXABAN) )
PRODUCTS LIABILITY LITIGATION )  SECTION "L"
                              )
-------------------------------
This Document Relates to:
JOSEPH J. BOUDREAUX v JANSSEN
RESEARCH & DEVELOPMENT, et al
CASE NO. 2:14-CV-02720


  Videotaped deposition of KENNETH WONG, M.D.,
taken in the offices of Cardiovascular Institute
of the South, 102 Twin Oaks Drive, Raceland,
Louisiana 70394, on Monday, the 11th day of
July, 2016.


APPEARANCES:

  BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
    MILES, P.C.
  (BY:  ANDY D. BIRCHFIELD, JR., ESQ.)
  218 COMMERCE STREET
  POST OFFICE BOX 4160
  MONTGOMERY, ALABAMA  36104-4160

    ATTORNEYS FOR THE PLAINTIFFS


  KAYE SCHOLER, LLP
  (BY:  JULIE B. du PONT, ESQ.)
  250 WEST 55TH STREET
  NEW YORK, NEW YORK  10019-9710

    ATTORNEYS FOR BAYER HEALTHCARE
    PHARMACEUTICALS AND BAYER PHARMA AG

```
                                                    Page 2

 1    APPEARANCES CONTINUED:

 2

      VENABLE, LLP
 3     (BY:  JOHN A MCCAULEY, ESQ)
       750 EAST PRATT STREET
 4     SUITE 900
       BALTIMORE, MARYLAND  21202
 5
         ATTORNEYS FOR JANSSEN PHARMACEUTICALS, INC.,
 6        JANSSEN RESEARCH & DEVELOPMENT, LLC,
          JANSSEN ORTHO, LLC AND JOHNSON and JOHNSON
 7
 8    VIDEOGRAPHER:

 9     MARK ANCALADE

10

11    REPORTED BY:

12        PAT KENNEDY QUINTINI
          CERTIFIED COURT REPORTER
13

14

15

16                   *    *    *

17               EXAMINATION INDEX

18                                   PAGE

19

20    EXAMINATION BY MR. BIRCHFIELD: ............10

21    EXAMINATION BY MS. du PONT: ..............59

22    EXAMINATION BY MR. McCAULEY: .............149

23    EXAMINATION BY MR. BIRCHFIELD: ..........174

24    EXAMINATION BY MS. du PONT: .............183

25
```

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 13

1          one if you want, whatever you want to do.

2               MR. BIRCHFIELD:

3                    I'm fine.  Thank you.

4     EXAMINATION BY MR. BIRCHFIELD:

5          Q.   Dr. Wong, as far as you remember was

6     January 7, 2014 the first time that you provided

7     care?

8          A.   I think it was probably the only

9     encounter.  I can't -- one or two encounters at

10    most, huh?

11         Q.   Okay.  All right.  Would you describe

12    for us what happened.  How did you provide --

13    come to provide care for Mr. Boudreaux on

14    January 7?

15         A.   Yeah, we were consulted to see him,

16    because he had some chest discomfort, shortness

17    of breath, and he had some irregular heartbeat.

18    And we are routinely consulted on cases like

19    this to optimize their care and their prognosis.

20              So it was a new onset, irregular

21    heartbeat, and at that point then I made my

22    specific recommendations, which is the plan to

23    control the heart rate and try to get his heart

24    rate rhythm to come back to normal and to put

25    him on blood thinners at that time.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 14

1          Q.    So he presented to you on January 7,

2    2014 with new onset atrial fibrillation?

3          A.    Atrial fibrillation, yes.

4          Q.    If we turn to the fourth page, we see

5    your assessment plan and there you state:   New

6    a-fib flutter of unknown duration; is that

7    right?

8          A.    Right.

9          Q.    And then down below where you have

10   your plan, you state that you will start with

11   Lopressor 25 milligrams twice a day; is that

12   right?

13         A.    Yes.

14         Q.    And then also to anticoagulate; is

15   that right?

16         A.    Yes.

17         Q.    And in order to anticoagulate you

18   prescribed Xarelto --

19         A.    Yes.

20         Q.    -- on this day; is that correct?

21         A.    Yes.

22         Q.    And if you look up above, we see an

23   INR and an APTT reading.  Do you see that,

24   Dr. Wong?

25         A.    On that same page?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 17

1    on Coumadin or any other anticoagulant before

2    you saw him?

3         A.    Not to my knowledge.

4         Q.    So the initial anticoagulation

5    therapy that you prescribed was Xarelto?

6         A.    Yes.

7         Q.    Earlier in your practice, before

8    Xarelto came on the market, what would you --

9    what would you normally prescribe for

10   anticoagulation?

11        A.    In cases like this, before Xarelto

12   came along, we used to use Coumadin and

13   before -- so it was the first one of the NOAC

14   was Pradaxa.

15        Q.    When Pradaxa came available, did you

16   begin prescribing Pradaxa?

17        A.    Oftentimes we did.

18        Q.    As your initial anticoagulant?

19        A.    Yes, as our initial anticoagulation.

20        Q.    How did you first become familiar

21   with Xarelto?

22        A.    Well, it was -- it was -- the new

23   NOAC -- well, it's one of the NOACs, so just

24   like any drug comes on the market.

25        Q.    Do you have detail representatives

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 18

1    that visit you here at your practice?

2         A.    Yes, we do.

3         Q.    And did you have detail

4    representatives talk to you about Xarelto?

5         A.    Yes.

6         Q.    And is that how you became familiar

7    with Xarelto being on the market?

8         A.    Partly.

9         Q.    And what was the reason that you

10   started using Xarelto as your first choice

11   anticoagulant?

12           MR. McCAULEY:

13                I object.

14           MS. du PONT:

15                Objection.

16           MR. McCAULEY:

17                You may answer.  Sorry.  Those

18        objections shouldn't -- shouldn't prevent

19        you from answering.

20           THE WITNESS:

21                Usually we use a NOAC for four

22        reasons.  Generally that's for NOACs.

23        No. 1 is that's more practical, that you

24        don't have to monitor the level of

25        anticoagulation.  It's a standard dose.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 19

1              No. 2 is that then the patient

2       can have a more liberal diet.

3              No. 3, that a number of NOACs,

4       not all of them, have shown superiority in

5       prevention of strokes.

6              And No. 4, in major bleed there

7       has been -- there is a reduction of major

8       bleeds.  Not necessarily all bleeds, but

9       major bleeds.  That's more or less the

10      advantages of using the NOAC.  That's why

11      this new category of drugs come to us as

12      preferred to Coumadin.

13 EXAMINATION BY MR. BIRCHFIELD:

14    Q.    And when you are making a decision

15 whether to prescribe Xarelto versus another

16 NOAC, do you consider the same factors?

17    A.    Yeah, we weigh a number of things,

18 depending on their kidney function, their liver

19 function, their coverage on their insurance

20 plans, the availability of samples.  There are

21 so many factors.

22    Q.    And for Mr. Boudreaux, did

23 Mr. Boudreaux have, did he have impaired renal

24 function?

25    A.    I will look and see here.  I don't

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 21

1    covered by the insurance.

2         Q.    And so you would leave the

3    prescribing decision among NOACs to the

4    pharmacist?

5         A.    No.  To what it's going to cost the

6    patient.

7         Q.    So in January of 2014, do you know

8    how the cost of Xarelto compared --

9         A.    Well, there's no -- I cannot tell you

10   in that case.  You will have to go into the

11   social worker records or the nurse's records in

12   the hospital.  But generally they would come

13   back to us and say:  This one would cost him

14   $30.  This one will -- I mean, depending on the

15   insurance plans, if the insurance plans are

16   covered on that particular drug.  And that is

17   all constantly changing.  These medications

18   shift from second tier to third tier or vice

19   versa depending on marketing of the drug

20   companies or the insurance companies.

21              So the compliance completely depends

22   on the ability to buy the medication and to

23   afford it, so that's a major determination.  In

24   this case.  In some cases, clearly if there is a

25   kidney problem or liver problem then we are

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 22

1    pretty insistent on using certain NOAC over

2    others.  But in this case there was no specific

3    need to be so specific and just that's why I

4    can't remember if Xarelto was better covered or

5    if it was just some other factors.

6         Q.    So sitting here today, do you recall

7    whether you instructed that he be placed on

8    Xarelto or whether you instructed that he be

9    placed on a NOAC that was most affordable?

10        A.    And if you see, that's why in the

11   consult here I put anticoagulant, because most

12   of the time I don't want to make the decision

13   until I know about if the patient will be able

14   to afford it and if it's going to be covered by

15   the insurance.  So we send a social worker to go

16   find out which one is covered by the insurance

17   plan.

18        Q.    And so in this case, who is the

19   social worker that would have gone to make that

20   decision?

21        A.    There are a couple of social workers

22   at the hospital.  Or case manager.  Yeah.  There

23   are a number of them.

24        Q.    In January of 2014, do you recall who

25   the possible social workers were?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 23

1      A.    Or case manager.  No.  I wouldn't be

2   able to tell you specifically who was on that

3   case.

4      Q.    Doctor, in January of 2014 did you

5   have an opinion as to whether Xarelto would have

6   been more appropriate than Pradaxa for

7   Mr. Boudreaux?

8      A.    Say that question again.

9      Q.    You have told us that you would say

10   anticoagulate and you would leave it to the case

11   manager?

12      A.    Right.  He needed a NOAC and the NOAC

13   depends very much at that time on can the

14   patient afford it, because that determines their

15   compliance.  So based on that decision is where

16   we go.  And there are other issues that decide

17   on compliance, but the number one is, you know,

18   you will get a medication for $30 or $300 makes

19   a big difference, right?  So that's the number

20   one determinant, because they are all acceptable

21   in my book at that time on this gentleman here.

22      Q.    Are there any differences in dietary

23   restrictions for Xarelto versus Pradaxa?

24      A.    No, not to my knowledge.

25      Q.    Are there any differences in

Page 24

1    superiority for Pradaxa versus Xarelto?

2       A.    The studies are different and they

3    are comparable.  There is both a slight

4    increased incidence of, but not significant

5    statistically of gastrointestinal bleed, but --

6    and generally they all have a slightly better

7    profile in terms of bleeding and stroke and

8    intracranial bleeding.

9       Q.    Do you know if Pradaxa has been shown

10   to be superior to Coumadin?

11      A.    Pradaxa have some superior numbers

12   compared to Xarelto.

13           MR. McCAULEY:

14               One second.  I just want to

15        interject one thing.  I know

16        Mr. Birchfield would like it, but

17        sometimes I have to object, so if you wait

18        just a second before you answer his

19        question.

20           THE WITNESS:

21               Uh-huh.  Yes.

22           MR. McCAULEY:

23               That way I can make an objection

24        if I need to.

25           THE WITNESS:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 26

1   yes.

2        Q.    And is Xarelto shown to be superior?

3        A.    No.  Xarelto has showed non-inferior

4   rating.

5        Q.    And in layman's terms for the jury,

6   that means it's no worse than Coumadin; is that

7   right?

8              MS. du PONT:

9                   Objection.

10             THE WITNESS:

11                  Right.

12  EXAMINATION BY MR. BIRCHFIELD:

13        Q.    When you were describing for us the

14  factors that led you to prescribe NOACs over,

15  over Coumadin, one of the factors that you named

16  was superiority, correct?  No monitoring

17  required, you said more liberal diet?

18        A.    Yes, generally for NOACs, yes.

19        Q.    And superiority.  And for the factor

20  of superiority Pradaxa would be better, right?

21             MS. du PONT:

22                  Objection.

23             MR. McCAULEY:

24                  I object.

25             THE WITNESS:

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 27

1              Can I answer that?

2         MS. du PONT:

3              Yes, you can answer.

4         THE WITNESS:

5              Statistically all the NOACs

6         prevent stroke and one way or another they

7         are better than Coumadin.

8              Now, if you are looking

9         specifically for outcome data in terms of

10        stroke, Xarelto study, the ROCKET trial

11        was designed to not show superiority.  It

12        was designed to show non-inferiority

13        compared to the other medications.

14             Now, based on that, the insurance

15        coverage is pretty much -- it does show

16        advantage in terms of compliance of side

17        effects, of practicality, and because of

18        that we use them -- pretty much the

19        numbers are not that different that the

20        insurance companies make a difference to

21        cover one as opposed to the other one.  I

22        think they depend more on the prices.

23             Statistically it's a small --

24        it's a small advantage in prevention, yes.

25   EXAMINATION BY MR. BIRCHFIELD:

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 31

1      Q.    Dr. Wong, you said if you look at

2   certain subsets or subgroups within ROCKET that

3   there are some -- there are some differences

4   there?

5      A.    Yeah.

6      Q.    Tell me the subgroups that you looked

7   at.

8      A.    I think that I can't -- if I get all

9   these studies mixed up.  I should revise my all

10   these studies before I come and sit here, but

11   that's not exactly the board examines it.  But

12   like in diabetics, for example, I think they do

13   have some good results, some better outcome,

14   clear advantage over Coumadin, but I can't be

15   sure about the numbers or statistics.

16      Q.    Any other -- other than diabetics any

17   other subgroups?

18      A.    No.  I think -- I think that's the

19   one I can think of.

20      Q.    And the fourth factor that you

21   described for us in deciding to prescribe a NOAC

22   versus Coumadin was major bleeds?

23      A.    Yes.

24      Q.    And in regards to major bleeds, how

25   would you compare the NOACs that are available

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge
1-800-536-5255
www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 32

1   today?

2        A.    They all have less intracranial bleed

3   than the Coumadin.  I think they are all

4   comparable.  Again, one of the things that all

5   these studies are based on is that they are

6   called the CHAD score.  In some of the studies

7   the average CHAD score was higher than the

8   others, and again, I can't remember which one is

9   higher than the others.  But depending on the

10  selections, is it higher risk or lower risk, but

11  generally they all show efficacy in preventing

12  stroke, satisfactory in terms to the extent that

13  the FDA approved it because they worked and they

14  didn't increase -- and because of that we go by

15  what the FDA tells us, the indication, and we

16  use those.

17       Q.    So you just rely on the FDA approval?

18       A.    Partly, yes.

19       Q.    Let's say if there were a 50 percent

20  difference in the risk of major bleeds, would

21  that be a significant difference in your mind?

22            MS. du PONT:

23                 Objection.

24            THE WITNESS:

25                 Between two NOACs?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 36

1              I believe --

2          MS. du PONT:

3              Objection.

4          MR. McCAULEY:

5              That was a late objection on my

6     part, my fault.

7          THE WITNESS:

8              And I said I believe, so I don't

9     say what I believe yet.

10         MR. McCAULEY:

11             No, totally my fault.  Go ahead.

12         THE WITNESS:

13             I believe that there are ways

14    to -- there are some measurements you can

15    do for all this.  Most of the NOACs have

16    some ways of measuring their levels and

17    efficacy.

18  EXAMINATION BY MR. BIRCHFIELD:

19    Q.   Let me show you what is marked as

20  Exhibit 3 to your deposition.

21    (Exhibit No. 3 marked for identification.)

22             Do you recognize that as the product

23  label for Xarelto?

24         MS. du PONT:

25             Do you want to give a date for

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 37

1        this label?

2    EXAMINATION BY MR. BIRCHFIELD:

3        Q.    Doctor, if you will look in the

4    middle of the page on the right-hand side, it

5    has the revised date 11/2011.  The very first

6    page.

7        A.    Uh-huh.

8        Q.    Right-hand column on the right-hand

9    side, about halfway down, a little bit further.

10   Do you see --

11       A.    Revised in 2011, yes.

12       Q.    And do you recall when Xarelto became

13   available for prescription for the non-valvular

14   atrial fibrillation?

15       A.    Yes.

16       Q.    And at the time that it became

17   available, did you review the product label?

18       A.    Yes.

19       Q.    Doctor, if you will turn to

20   Section 5.4 on Page 7.  Do you see

21   Section 5.4 --

22       A.    Yes.

23       Q.    -- at the bottom of the page?

24       A.    It says:  Risk of pregnancy, related

25   hemorrhage, is that it?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 38

1      Q.    Yes.  And there it says in the middle

2  of that paragraph:  The anticoagulant effect of

3  Xarelto cannot be monitored with standard

4  laboratory testing nor readily reversed.  Do you

5  see that?

6      A.    Yes.

7      Q.    Is that consistent with your

8  understanding of Xarelto?

9      A.    Yes.

10     Q.    Is that consistent with your -- when

11  you were telling us that one of the factors that

12  leads you to NOACs versus Coumadin, the fact

13  that there is no monitoring required, that was a

14  key factor, right?

15         MS. du PONT:

16             Objection.

17         THE WITNESS:

18             Yes.

19  EXAMINATION BY MR. BIRCHFIELD:

20     Q.    Tell me how you understand that

21  sentence:  The anticoagulant effect of Xarelto

22  cannot be monitored with standard laboratory

23  testing.

24     A.    Well, I believe that what is standard

25  is the key here, cannot be monitored with

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 39

1    standard lab testing.  I think there are some

2    labs that can monitor this, but it's not a

3    standard, available -- regular, available study.

4         Q.    Could you order laboratory testing

5    for one of your patients on Xarelto now?

6         A.    I don't know if we have it --

7              MR. McCAULEY:

8                   Objection.

9                   I'm objecting to the question,

10        not to your response, so please continue

11        your response.

12             THE WITNESS:

13                   I don't know if it's available,

14        to be honest.

15    EXAMINATION BY MR. BIRCHFIELD:

16        Q.    What would you look for, if you were

17    to do a laboratory test for a patient on

18    Xarelto, what would you look for?

19        A.    To look at the anti-factor ten

20    activity, I believe.  I think that's how it

21    works.  I have to look up the whole --

22        Q.    Do you know if there is laboratory

23    testing that would measure the plasma

24    concentration of Xarelto in the blood?

25        A.    I don't know, but I think there must

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 45

 1    important, correct?

 2           MS. du PONT:

 3               Objection.

 4           THE WITNESS:

 5               If there's such a -- if it's very

 6       specific what is the therapeutic range

 7       then you would use the therapeutic range.

 8    EXAMINATION BY MR. BIRCHFIELD:

 9       Q.    If such a one-time blood test were

10    available, would you use it for patients that

11    you were putting on Xarelto?

12           MR. McCAULEY:

13               I object.

14           MS. du PONT:

15               Objection.

16           THE WITNESS:

17               So if there is a test that would

18       tell you that some people are high

19       responders, is that what you said?

20    EXAMINATION BY MR. BIRCHFIELD:

21       Q.    Yes.

22       A.    Like they are very sensitive to it?

23       Q.    Yes.

24       A.    That they would be at risk for

25    bleeding?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 46

1        Q.    Yes.

2        A.    Or proven bleeding, that they are

3    clearly at higher risk?  Yes, of course, I would

4    want to know that.

5        Q.    Is such a test available for Xarelto?

6        A.    I believe there may be, but I don't

7    know the specific of it.

8        Q.    Has anyone ever told you that there

9    is one available?

10       A.    I think there is a -- there is a like

11   PTT equivalent, something like that.

12       Q.    Where did you get that information,

13   Dr. Wong?

14       A.    Just -- I don't know.  Because all

15   these medica -- all these NOACs seem to have --

16   there is a level you can look at and in their

17   studies, but I don't recall.  But anyway, it did

18   not seem to be relevant because it didn't seem

19   like it was necessary to check those levels.

20       Q.    Why is that?  It's not necessary to

21   check those levels, why is that with Xarelto?

22       A.    Because there did not seem to be --

23   there was no study to show that monitoring that

24   level was going to decrease their risk of

25   bleeding.  There was no data regarding that

Page 47

1    part.  There was no increased risk that the dose

2    they were recommending had -- was safe.  That's

3    the studies.  That's what was presented to us.

4           That is -- so the doses were pretty

5    standard and that there was no need to monitor

6    those levels because they were safe.

7       Q.    So the data presented to you was that

8    there was no need to monitor?

9       A.    Correct.

10      Q.    Monitor plasma concentrations of

11   Xarelto in the blood?

12      A.    Correct.

13      Q.    Dr. Wong, I just want to make sure

14   that I'm clear on this point.  Your instructions

15   were to anticoagulate Mr. Boudreaux, right?

16      A.    Yes.

17      Q.    And that would have been to put him

18   on a NOAC?

19      A.    Yes.

20      Q.    One of the available NOACs as of

21   January 2014, correct?

22      A.    Yes.

23      Q.    But as to which of the NOACs to

24   prescribe to Mr. Boudreaux, you left that to the

25   case manager or the social worker depending on

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 52

1    Exhibit 4.  Is that a copy the record you are

2    looking at on your laptop about him being

3    admitted to February 3?

4         A.    This is the visit on the 3rd.

5         Q.    February 3, 2014.

6         A.    Yes.

7         Q.    And he is admitted on February 3,

8    2014 with a GI bleed; is that correct?

9         A.    Yes.

10        Q.    And at the bottom of the first page

11   where you have other instructions, do you

12   instruct to hold aspirin, Lasix, Lisinopril, and

13   Xarelto?

14        A.    Yes.

15        Q.    You were holding the Xarelto because

16   he was experiencing a GI bleed; is that correct?

17        A.    Yes.

18        Q.    Doctor, if you will turn to the third

19   page of the exhibit.  In the lower right-hand

20   corner the last three numbers are 100?

21        A.    The last.

22        Q.    The third page of the exhibit.

23        A.    The visit, yes.

24        Q.    Is this your handwriting at the

25   bottom of that page?

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 57

1        determinant, yes.

2    EXAMINATION BY MR. BIRCHFIELD:

3        Q.    Do you have any recollection one way

4    or the other whether you actually picked the

5    NOAC or that was someone else?

6        A.    Well, there are -- if you are asking

7    why would I pick Xarelto as opposed to other

8    medications; is that what you are saying?

9        Q.    I'm asking you if you did pick

10   Xarelto over other NOACs?

11       A.    In this particular case I can't

12   recall if I picked it out because of the

13   insurance coverage or other factors.

14       Q.    Today, if you were prescribing a

15   NOAC, would you follow the same practice or do

16   you have a preferred NOAC to use for

17   non-valvular a-fib?

18            MS. du PONT:

19                 Objection.

20            THE WITNESS:

21                 We have certain NOACs available

22         for certain types of patients, and again,

23         the cost issue is a big factor still, yes.

24   EXAMINATION BY MR. BIRCHFIELD:

25       Q.    Is there a -- can you -- is there a

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 58

1    class of patients where you consider Xarelto to

2    be better than other available NOACs?

3         A.     Probably the issues that would favor

4    Xarelto compared to the other NOACs in my book,

5    and maybe that was the case in Mr. Joseph, I

6    can't remember, but would be that if it's

7    cheaper to the patient.  Again, we go back to

8    the cost issue.  It's covered by -- if we have

9    samples, we have availability of samples to

10   provide to the patient to go on it right away.

11   If they have a good kidney function, because

12   it's excreted by the kidneys.  If they are going

13   to take it on a regular basis, if they have any

14   personal problems taking the medication, yes.

15   Their compliance is everything if they are going

16   to take it, which largely depends on the prices

17   and their compliance.

18        Q.     Dr. Wong, whatever NOACs are

19   available today?

20        A.     There are four of them that I'm aware

21   of.  There's Eliquis.  There's Savaysa, and

22   Pradaxa.

23        Q.     And do you know how the cost compares

24   among those four?

25        A.     It depends on the insurance coverage.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 61

1       A.    About 30 minutes, maybe less.

2       Q.    Did you review anything else other

3   than his medical records?

4       A.    No.  Because nobody really told me

5   what to look for and what it's all about really.

6       Q.    Did you meet with any counsel for

7   plaintiffs prior to your deposition today?

8       A.    Yes.

9       Q.    Who did you meet with?

10      A.    I met with Mr. Mark -- what is his

11  name?

12      Q.    Whitehead?

13      A.    Whitehead.

14      Q.    For how long did you meet with him?

15      A.    For about 45 minutes.

16      Q.    And what did you discuss with him?

17      A.    He showed me some handouts about the

18  FDA, about this -- a couple of handouts about

19  the Xarelto package insert.

20      Q.    Did he show you the package insert or

21  did he show you FDA documents relating to the

22  package insert?

23      A.    And FDA comment, yes.

24      Q.    Anything else that he discussed with

25  you?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 62

1       A.    That's -- that's about it.  And he
2   was clarifying what the whole thing was about,
3   yes.
4       Q.    What did he say the whole thing was
5   about?
6       A.    He said that there was a specific
7   reagent for the PT for monitoring Xarelto
8   efficacy, that there was a specific test, which,
9   you know, like I said, I heard of but was not
10  aware of.  There was a therapeutic range that
11  could be -- he showed me some of the graphs.
12  The therapeutic range could probably be -- safer
13  therapeutic range for Xarelto depending on the
14  dosing.
15      Q.    Did he talk to you at all about your
16  care and treatment of Mr. Boudreaux?
17      A.    No.
18      Q.    And other than that meeting -- do you
19  recall exactly when that was that you met with
20  Mr. Whitehead?
21      A.    What was it about?
22      Q.    No.  Do you recall what day you met
23  with him?
24      A.    Last week.  Was it last week?  Yes,
25  last week.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 63

1      Q.    Did Mr. Whitehead tell you that he

2   was also a physician?

3      A.    Yes.

4      Q.    Did he tell you that he was acting as

5   a lawyer, however, when he was speaking with

6   you?

7      A.    Yes.

8      Q.    Did Mr. Whitehead ask to meet with

9   you again?

10     A.    No.

11     Q.    And did you meet with him or any

12  other plaintiff's counsel prior to your

13  deposition today?

14     A.    No.  He's the only one and it was for

15  45 minutes, about 45 minutes.

16     Q.    And you said that he suggested to you

17  that PT was a test that you could monitor

18  Xarelto with?

19     A.    That there was a way to monitor the

20  therapeutic range of Xarelto that we were not --

21  physicians were not made aware of.

22     Q.    Did Mr. Whitehead offer to compensate

23  you for your time?

24     A.    Well, for any meeting that we have

25  lawyers, I think -- I have to ask my office

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 70

1    things, but for preventions of heart attacks

2    probably more than anything.

3         Q.    Are you aware that aspirin or Ecotrin

4    carries with it an increased risk of GI

5    bleeding?

6         A.    Yes.

7         Q.    Finasteride, what is that?

8         A.    This is for prostate.

9         Q.    And that's for an enlarged prostate,

10   is that what you mean by prostate?

11        A.    Yes, it's to relax the prostate.

12        Q.    What is fish oil for?

13        A.    That's generalized supplements.  It's

14   over the counter.

15        Q.    And he is also taking or -- he is

16   taking --

17        A.    Pain medication.

18        Q.    Pain medication, Vicodin as needed;

19   is that correct?

20        A.    Yes.

21        Q.    And he is also taking as needed

22   indomethacin or Indocin?

23        A.    Yes.

24        Q.    What is -- what is that?

25        A.    It's an antiinflammatory medication.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 81

1        A.    Yes.

2        Q.    And in some cases that bleeding can

3   be serious, right?

4        A.    Yes.

5        Q.    Some cases it can be fatal?

6        A.    Yes.

7        Q.    And it can include gastrointestinal

8   bleeding, correct?

9        A.    Yes.

10       Q.    So when you began treating

11  Mr. Boudreaux for atrial fibrillation, you knew

12  that serious and potentially fatal bleeding was

13  an inherent risk of any anticoagulant medication

14  you were going to prescribe to him?

15       A.    Yes.

16       Q.    And is it considered a standard of

17  care among cardiologists to put patients with

18  atrial fibrillation like Mr. Boudreaux on some

19  kind of anticoagulant medication?

20       A.    Yes.

21       Q.    And when you are prescribing

22  anticoagulants to patients like Mr. Boudreaux do

23  you calculate their CHADS-VASc score?

24       A.    Yes.

25       Q.    If you could take a look -- I'm going

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 84

1    not a diabetic, I don't think.

2         Q.    No, he is.

3         A.    He is?

4         Q.    Yes.

5         A.    So he has a CHADS-VASc score of at

6    least three.

7         Q.    I can show you some records, but I

8    believe he also had congestive heart failure.

9         A.    Yes, I have to go back there.  Well,

10   he was short of breath, so yes, he definitely

11   had a CHADS score that qualified him for

12   anticoagulation, yes.

13        Q.    Given that he had a CHADS score that

14   qualified him for anticoagulation, in your

15   medical judgment was it important to put him on

16   an anticoagulant medication?

17        A.    Yes.

18        Q.    And I'm not sure if I already asked

19   you this.  I apologize.  But this 2014 guideline

20   from the American Heart Association, American

21   College of Cardiology, and the Heart Rhythm

22   Society, is this a guideline you follow in your

23   practice?

24             MR. BIRCHFIELD:

25                  Object to form.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 95

1   patients?

2        A.    Yes.  All the NOACs can do that.

3        Q.    Now -- do you want to take a break?

4        A.    No.

5        Q.    Are you okay?

6        A.    Yes.  I'm fine.  I was up all night

7   last night.

8        Q.    My questions are a little boring.

9        A.    No.  That's fine.  That's good.

10       Q.    At the time you saw Mr. Boudreaux in

11  January of 2014, did you have experience

12  prescribing Xarelto to patients with atrial

13  fibrillation?

14       A.    Yes.

15       Q.    When was the first time you

16  prescribed Xarelto?

17       A.    I can't remember, but shortly after

18  it came out on the market.

19       Q.    And have you continued to prescribe

20  Xarelto?

21       A.    Yes.

22       Q.    And you continue to prescribe it

23  today?

24       A.    Yes.

25       Q.    Your prescribing practices have not

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 96

1    changed with respect to Xarelto?

2         A.    Generally not.

3         Q.    And do you agree that Xarelto is a

4    useful and beneficial medication for atrial

5    fibrillation patients because it reduces their

6    risk of stroke?

7              MR. BIRCHFIELD:

8                   Object to form.

9              THE WITNESS:

10                   Yes.

11   EXAMINATION BY MS. du PONT:

12        Q.    When you are prescribing a medication

13   to a patient like Xarelto, do you consider

14   several sources of information in making that

15   prescribing decision?

16        A.    Yes.

17        Q.    You consider the FDA-approved

18   prescribing information, right?

19              MR. BIRCHFIELD:

20                   Object to form.

21              THE WITNESS:

22                   Yes.

23   EXAMINATION BY MS. du PONT:

24        Q.    You consider the published medical

25   literature on Xarelto or whatever the medication

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 97

1   is?

2        A.    Yes, yes.

3        Q.    Do you attend CME conferences?

4        A.    Yes.

5        Q.    Do you consider those conferences in

6   prescribing --

7        A.    Yes.

8        Q.    -- medications to your patients?

9        A.    Yes.

10       Q.    And do you also rely our own

11   experience?

12       A.    Yes.

13       Q.    And do you talk to your colleagues

14   here at the Cardiovascular Institute of the

15   South?

16       A.    Yes.

17       Q.    And is it fair to say that you only

18   prescribe a medication after you have determined

19   that the benefits outweigh the risks for that

20   patient?

21       A.    Yes.

22       Q.    I'm going to mark as Exhibit 12 the

23   August 2013 prescribing information for Xarelto.

24     (Exhibit No. 12 marked for identification.)

25            Now, Doctor, I will represent to you

Page 98

 1   that this was the prescribing information that

 2   was in effect when you prescribed Xarelto to

 3   Mr. Boudreaux in January of 2014.  Okay?

 4        A.    Okay.

 5        Q.    And I will just refer you to the

 6   first page.  Do you see where it says Warnings

 7   and Precautions?

 8        A.    Yes.

 9        Q.    And it states:  Risk of bleeding.

10   Xarelto can cause serious and fatal bleeding.

11   Promptly evaluate signs and symptoms of blood

12   loss.  Did I read that correctly?

13        A.    Yes.

14        Q.    And before you prescribed Xarelto to

15   Mr. Boudreaux, did you understand that it could

16   cause serious and fatal bleeding?

17        A.    Yes.

18        Q.    And this isn't in a black box, is it?

19   This warning here.  It's not in a black box like

20   this is over here (indicating)?

21        A.    No.

22        Q.    But you understood that Xarelto could

23   cause serious and fatal bleeding even though the

24   language is not printed in a black box, right?

25        A.    Right, yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 99

1      Q.    Now, if you turn to Section 2, you

2    see the Dosage and Administration?

3      A.    Yes.

4      Q.    And you see that there are two

5    options for patients with atrial fibrillation.

6    They can be prescribed either the 20-milligram

7    dose or the 15-milligram dose with the evening

8    meal, correct?

9      A.    Yes.

10     Q.    And depends on what dose you get is

11   what your creatinine clearance level is; is that

12   right?

13           MR. BIRCHFIELD:

14               Object to form.

15           THE WITNESS:

16               Yes.

17   EXAMINATION BY MS. du PONT:

18     Q.    What is creatinine clearance?

19     A.    It's how the kidneys function.  It's

20   how they can get rid of creatinine in the body,

21   which is an end product.

22     Q.    So patients that have a creatinine

23   clearance of 15 to 50, which is a moderate renal

24   impairment?

25     A.    Yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 100

1      Q.    They are supposed to get the lower
2   dose of Xarelto, correct?
3      A.    Yes.
4      Q.    Now, when you prescribed Xarelto to
5   Mr. Boudreaux, I think we said earlier he had
6   normal kidney function, right?
7      A.    Yes.
8      Q.    So he was correctly prescribed the
9   20-milligram dose of Xarelto, correct?
10     A.    Yes.
11     Q.    If you could turn to Section 5.2.
12   Now, you see there where it says Risk of
13   Bleeding?
14     A.    Yes.
15     Q.    Can you read that for me?
16     A.    Xarelto increases the risk of
17   bleeding and can cause serious or fatal
18   bleeding.  In deciding whether to prescribe
19   Xarelto to patients at increased risk of
20   bleeding, the risk of thrombotic events should
21   be weighed against the risk of bleeding.
22     Q.    Let's just take that first sentence.
23   You understood before you prescribed Xarelto to
24   Mr. Boudreaux that there was a risk of serious
25   or fatal bleeding from Xarelto, correct?

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge
1-800-536-5255
www.psrdocs.com

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 101

1      A.    Correct.

2      Q.    Then the second sentence talks about

3  weighing the risk of bleeding against the risk

4  of thrombotic events.  In your own words, what

5  does that mean?  What do you factor in when you

6  weigh those risks?

7      A.    Well, if the risk of stroke is as

8  high as his was, as indicated by the CHADS

9  score, then we know -- unless you have a major

10  contraindication to bleeding then the benefits,

11  the potential benefits far outweigh the risks.

12     Q.    And if you could turn to the next

13  page.  The first sentence of the second

14  paragraph, can you read that for me?

15     A.    Promptly evaluate, is that it?

16     Q.    No, the next --

17     A.    A specific antidote for rivaroxaban

18  is not available.

19     Q.    Were you aware that at the time you

20  were prescribing Xarelto to Mr. Boudreaux that

21  there was not a reversal agent or antidote

22  available for Xarelto?

23     A.    Yes.

24     Q.    If you could turn to Section 7.3,

25  Page 17.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 110

```
 1            MR. BIRCHFIELD:
 2                 Object to form.
 3            THE WITNESS:
 4                 Yes.
 5      EXAMINATION BY MS. du PONT:
 6        Q.    And 86 percent of the patients were
 7      from outside the U.S.?
 8        A.    Yes.
 9        Q.    So there was a small minority of
10      patients from the U.S., correct?
11        A.    Yes.
12        Q.    And here it reports a hazard ratio of
13      1.50 with a confidence interval of 1.14 to
14      1.198.  Do you see that?
15            MR. BIRCHFIELD:
16                 Object to form.
17            THE WITNESS:
18                 Yes.
19      EXAMINATION BY MS. du PONT:
20        Q.    If you go down to the note that's
21      right underneath this figure, it reads:  The
22      95 percent confidence limits that are shown do
23      not take into account how many comparisons were
24      made nor do they reflect the effect of a
25      particular factor after adjustment for all other
```

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 111

1    factors.  Did I read that right?

2        A.    Yes.

3        Q.    And what does that mean in your own

4    words?

5        A.    It's just a purely statistic number.

6        Q.    Right.

7        A.    Yes.

8        Q.    So you understand that when you break

9    a set of data into subgroups like this, there

10   could be results that are a function of chance

11   due to the fact that you are doing multiple

12   comparisons, right?

13             MR. BIRCHFIELD:

14                  Object to form.

15             THE WITNESS:

16                  Yes.

17   EXAMINATION BY MS. du PONT:

18       Q.    And this subgroup data that is in the

19   label in September of 2015, it doesn't alter

20   your fundamental understanding that there was a

21   risk of serious and fatal bleeding from Xarelto,

22   does it?

23       A.    No.

24       Q.    If this subgroup data had been

25   available to you at the time you prescribed

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 112

1    Xarelto to Mr. Boudreaux, it would not have

2    altered your prescribing decision, would it?

3              MR. BIRCHFIELD:

4                   Object to form.

5              THE WITNESS:

6                   Yes.

7    EXAMINATION BY MS. du PONT:

8       Q.    It would not have altered your

9    prescribing decision, correct?

10      A.    No.

11      Q.    If this had been available to you at

12   the time you prescribed it to Mr. Boudreaux, it

13   would not have altered your discussion with

14   Mr. Boudreaux about Xarelto?

15      A.    No.

16      Q.    And have your risk benefit

17   discussions changed as a result of this subgroup

18   data in the label for any of your patients?

19      A.    No.

20      Q.    You decided to prescribe Xarelto to

21   Mr. Boudreaux because in your medical judgment

22   the benefits of Xarelto outweighed the risk,

23   correct?

24              MR. BIRCHFIELD:

25                   Object to form.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 113

1            THE WITNESS:

2                 Correct.

3    EXAMINATION BY MS. du PONT:

4        Q.    What is your general practice for

5    having a discussion about the risks and benefits

6    of Xarelto when you are putting a patient on

7    Xarelto?  Tell me what you talk to your patients

8    about.

9        A.    Well, I tell them why it's indicated.

10   I tell them what are the risks and why I'm

11   picking this particular one, one of the NOACs.

12       Q.    When it's indicated for atrial

13   fibrillation, what do you explain about atrial

14   fibrillation?

15       A.    I tell them that because of their

16   heart being irregular like this, they have a

17   high risk of having clots in their heart, and

18   that because of that they would have a high risk

19   of stroke and that we need to put them on blood

20   thinners.

21       Q.    And what do you talk to them about

22   the risks of blood thinners?

23       A.    That they have the risk of bleeding,

24   but I always tell them that bleeding generally

25   99 percent of the time we can take care of the

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 114

1   bleeding, but if you have a stroke it's

2   permanent and it's a lot more devastating.  So

3   to me that's -- some patients still don't want

4   to be on blood thinners.  They choose not to.

5   They'd rather take their chances.  They just

6   don't like the idea of being on blood thinners.

7       Q.    Is it your -- when you are talking

8   about the risks of bleeding, do you talk about

9   it generally or do you talk about particular

10  types of bleeding with your patients?

11      A.    For the sake of time, bleeding can be

12  anywhere, you can bleed anywhere.  And depending

13  on where your weakness are.  Obviously

14  because -- a lot of people say, you know, if I

15  scratch myself I will bleed bad.  Yeah, if you

16  scratch yourself, you are going to bleed bad.

17  If you cut yourself, you are going to bleed

18  regardless whether you are on blood thinners or

19  not, but you are going to bleed more.  Generally

20  that's what it is.  If you have to go through

21  surgery, you need to stop it.  But generally

22  there is a risk of bleeding just about anywhere,

23  right?

24      Q.    Do you remember if you had a

25  conversation with Mr. Boudreaux --

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 116

1    breath from the -- yeah, he had some heart

2    failure, very mild, yes, from the atrial

3    fibrillation.

4         Q.    And the plan on the last page of this

5    record, it says:  More K.  What does K stand

6    for?

7         A.    Potassium.

8         Q.    Discharged home on current meds,

9    except PO diuretic.  What does that mean?

10        A.    That means that when he was getting

11   diuretics by intravenously that current

12   medication would be switched to oral diuretics.

13        Q.    And then it says:  Anticoagulant

14   educated.  Do you see that?

15        A.    Yes.

16        Q.    Does that refresh your recollection

17   that you would have educated --

18        A.    Generally -- I mean, I personally

19   don't do it, but my nurse practitioner or my

20   nurse or one of the hospital nurses, they

21   routinely have like a package.

22        Q.    Let me mark as Exhibit 15.  You said

23   that your nurses do the anticoagulant education.

24   Is this the checklist that they use?

25      (Exhibit No. 15 marked for identification.)

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 117

1        A.    Yes.

2        Q.    Are you familiar with this checklist?

3        A.    Yes.

4        Q.    Who created this checklist for the

5   Cardiology Institute?

6        A.    I don't remember, but we have a

7   committee, practice committee.  In fact, is this

8   checklist from CIS or is it from St. Anne

9   Hospital?

10       Q.    It may be from St. Ann's actually.

11       A.    It may be either one.  But that was

12   in 2014?

13       Q.    Yes.

14       A.    Therefore it will be -- well, it

15   could be either one.

16       Q.    Do you know who Veronica Theriot is?

17       A.    Yes.

18       Q.    Who is that?

19       A.    She is a registered nurse.

20       Q.    Is she at St. Anne's or is she here?

21       A.    That's what I'm trying to figure out

22   because she used to work for me and then she

23   took the position in charge and that was in, I

24   think, 2014, shortly after that, so she was in

25   transition.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 118

1       Q.    But it looks from this checklist

2    that --

3       A.    She went through the whole list.

4       Q.    -- she went through the whole list.

5    Let's just go through it to understand what this

6    conversation sounds like.

7              It looks like she discussed the

8    reason anticoagulation is necessary, so --

9              MR. BIRCHFIELD:

10                  Object to form.

11             THE WITNESS:

12                  Yes.

13   EXAMINATION BY MS. du PONT:

14      Q.    -- what would that conversation sound

15   like?

16             MR. BIRCHFIELD:

17                  Object to form.

18             THE WITNESS:

19                  It would say:  Well, you are on

20        blood thinners because to reduce your risk

21        of stroke from the atrial fibrillation,

22        yes.

23   EXAMINATION BY MS. du PONT:

24      Q.    And action of anticoagulation, what

25   does that mean?

Page 119

1    A.    That it makes your blood thin.

2    Q.    And then she would have gone over the

3 current dosage of the medication, right?

4    A.    Yes.

5    Q.    When to take it?

6    A.    Yes.

7    Q.    And why does this anticoagulation

8 therapy education checklist say that there is a

9 need for all healthcare providers to be aware of

10 all medication?

11    A.    Well, so that some other doctor does

12 not say if she goes to somewhere, like urgent

13 care or other doctors, that they don't put

14 something that would have drug interactions that

15 would cause a major problem.

16    Q.    And if needing surgery will have to

17 contact us beforehand.  Why does St. Anne's do

18 that?

19    A.    Because of the risk of bleeding.

20    Q.    Because of the risk of bleeding?

21    A.    Right.

22    Q.    Why does it note signs of bleeding?

23    A.    Well, because the earlier you detect

24 any bleeding, the less likely you will need any

25 intervention.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 120

1      Q.    And then it has instructions if
2  bleeding should occur.  Do you see that?
3      A.    Yes.
4      Q.    What does your office typically say
5  the instructions are if bleeding should occur?
6      A.    To stop the medication.
7      Q.    And avoid activities that pose high
8  risk for fall, injury, et cetera.  Why is that
9  item there?
10     A.    Because of the risk of trauma and
11 bleeding.
12     Q.    And the patient is instructed to call
13 for any injuries potential for internal
14 bleeding, correct?
15     A.    Yes.
16     Q.    And why do they recommend an alert
17 tag?
18     A.    So that if you get into an accident,
19 somebody knows you are on blood thinners.
20     Q.    And is it your understanding that
21 Joseph Boudreaux went over this checklist with
22 the nurse at St. Anne's or the Cardiovascular
23 Institute --
24     A.    It's signed here by him, right?
25     Q.    Yes.

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 121

1           MR. BIRCHFIELD:

2                Object to form.

3    EXAMINATION BY MS. du PONT:

4        Q.    Yes.  So it appears that he was made

5    known of all these risks?

6        A.    Aware.

7        Q.    Including the risk of bleeding,

8    correct?

9        A.    Yes, that's correct.

10       Q.    Is it policy for your office to give

11   patients a copy of the medication guide for

12   Xarelto, or do you just typically use the

13   checklist?

14       A.    I don't think we give them -- but

15   when they get their prescription filled, there

16   is usually a package insert, right, for every

17   medication.

18       Q.    Right.  Are you familiar with the

19   information that's in the package insert for

20   patients?

21       A.    Is it --

22       Q.    Yes, it's amended to this.  If we

23   take a look at Exhibit 12 at the very back.

24   Maybe not.  It looks like Page 41.  Do you see

25   that?

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 126

1        A.    Right.  It's very common practice,

2    yeah.

3        Q.    To give it for ten days?

4        A.    Yes.  Whether he got more samples, we

5    will have to go into the nursing records.  I

6    wouldn't know where to look for it in the

7    records.

8        Q.    Knowing what you know today, do you

9    still believe that it was medically appropriate

10   to prescribe Xarelto to Mr. Boudreaux?

11             MR. BIRCHFIELD:

12                  Object to form.

13             THE WITNESS:

14                  Yes.

15   EXAMINATION BY MS. du PONT:

16       Q.    I'm going to mark as Exhibit 17, this

17   is an echocardiogram that was done by you on

18   January 8?

19       (Exhibit No. 8 marked for identification.)

20       A.    Yes.

21       Q.    I just had one question.  Can you

22   read it for me and summarize what the study

23   showed?

24       A.    Can I just read the impression?

25       Q.    Yes, sure.

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 146

1   increased risk of bleeding, but serves its

2   purpose and protects you from stroke.  That's

3   what I tell them.

4        Q.   Do you counsel your patients not to

5   just stop taking their medications because they

6   are seeing these lawyer ads?

7        A.   That's the worst part.  We have had

8   cases where people stroke out because they saw

9   those commercials and stop taking them.  We have

10  had cases like that.  And you wonder whether

11  there should be a law that goes back and says

12  you can't -- you know, it's negligent

13  advertising sometimes.  You wonder if there is

14  such a thing --

15       Q.   So how many patients in your practice

16  have stopped their medications and had strokes?

17            MR. BIRCHFIELD:

18                Object to form.

19            THE WITNESS:

20                I have heard of a couple of

21      cases.  We have had maybe two cases I have

22      heard so far.

23  EXAMINATION BY MS. du PONT:

24       Q.   Earlier Mr. Birchfield was asking, if

25  there was a simple blood test you could do for

Videotaped Deposition of Kenneth Wong, M.D.
In Re:  Xarelto (RIVAROXABAN)

Page 147

1    Xarelto, would you want that.  Are you familiar

2    with PT, prothrombin time test?

3         A.    Yes.

4         Q.    You are not -- the PT test has not

5    been approved by the FDA as an assayed measure

6    of the anticoagulation intensity?

7         A.    No.

8              MR. BIRCHFIELD:

9                 Object to form.

10   EXAMINATION BY MS. du PONT:

11        Q.    Are you aware of any assay that has

12   been approved by the FDA to measure the

13   coagulation effect of Xarelto?

14        A.    No.

15        Q.    I'm going to mark as Exhibit 22 a

16   coagulation report from Ochsner St. Anne General

17   Hospital.

18     (Exhibit No. 22 marked for identification.)

19              Do you see that?  Do you see that for

20   Joseph Boudreaux on February 3, 2014, which is

21   the date he came with the bleeding event?

22        A.    Bleeding, uh-huh.

23        Q.    That his prothrombin time was 13.6?

24        A.    Yes.

25        Q.    And that's just slightly above the

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 148

 1   normal range?

 2       A.    Yes.

 3       Q.    So even if PT were an appropriate

 4   test to use, there is no evidence here that

 5   Mr. Boudreaux's PT was particularly elevated, is

 6   there, at the time of his bleeding event?

 7            MR. BIRCHFIELD:

 8                Object to form.

 9            THE WITNESS:

10                No.

11            MS. du PONT:

12                I don't think I have any further

13       questions, but I just want to look through

14       my notes.  Do you --

15            MR. McCAULEY:

16                I'm going to have a few.  I

17       thought we could go off the record a

18       second and talk about checking the nurse's

19       records for samples if that's still

20       possible today.

21            THE WITNESS:

22                Well, I have to get my nurses and

23       they are gone for the day.

24            MR. McCAULEY:

25                Okay.  Fair enough.  That's what

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 155

1    compliance issues is the patient has to take it

2    or else it won't do them any good, right?

3         A.    Right.

4         Q.    Some patients, I think you said, are

5    resistant to -- when they hear about blood

6    thinners, they are resistant to that idea at

7    first?

8         A.    Yes.

9         Q.    But you have to explain to them why

10   it's a good idea to take blood thinners, don't

11   you?

12        A.    Yes.

13        Q.    What do you tell a patient who is

14   resistant or who is worried about blood

15   thinners, what do you tell them to overcome

16   their fears?

17        A.    Well, actually I already mentioned

18   that earlier, that a stroke is irreversible most

19   of the time.  If you stroke out, your life is

20   going to be drastically changed if you are

21   paralyzed.  And I think that's -- you have to

22   put that to weigh why you have to do this to,

23   why you have to prevent this, as opposed to the

24   risk of bleeding which is there, but that can be

25   corrected.  People don't usually -- if they

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 156

1    bleed, you can stop it probably 90 percent of

2    the time.  The mortality is extremely low.

3        Q.    I think what you said, I remember the

4    court reporter had to ask you to say what you

5    said again, you called it an embolic stroke,

6    right?

7        A.    Yes.

8        Q.    That means it's an embolism or a

9    little clot of blood?

10       A.    That's showers of clots sometimes.

11       Q.    Sometimes showers of clots.  And so

12   here is what I want to understand.  With atrial

13   fibrillation, is it true that that creates an

14   environment in the heart that makes formation of

15   blood clots more likely?

16       A.    Yes.

17       Q.    And when you have that environment in

18   the heart, literally with every beat of the

19   heart there is a risk that a clot, or as you say

20   a shower of clots, can be sent from the heart

21   straight to the brain; is that true?

22       A.    True.

23            MR. BIRCHFIELD:

24                 Object to form.

25   EXAMINATION BY MR. McCAULEY:

Page 183

1      (An off-the-record discussion was held.)

2           THE VIDEOGRAPHER:

3                We are now back on record.  The

4         time is 6:54.

5    EXAMINATION BY MS. du PONT:

6      Q.    Doctor, we were talking, or

7    Mr. Birchfield was talking to you before the

8    break about Figure 1?

9      A.    Yes.

10     Q.    And we discussed earlier today that

11   this is a subgroup analysis, correct?

12     A.    Yes.

13     Q.    And the note in the label actually

14   says that you do not take into account how many

15   comparisons were made, nor do they reflect the

16   effect of a particular factor after adjustment

17   for all other factors.  Do you see that?

18     A.    Yes.

19     Q.    And you understand that when you are

20   looking at subgroup analysis, there can be

21   multiple comparisons and that the subgroups can

22   represent numbers that are due to chance, right?

23           MR. BIRCHFIELD:

24                Object to form.

25           THE WITNESS:

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 184

1              Right.  And that's why I said in

2        this -- when he asked me that from this

3        question, that I think I'll have to resort

4        to a statistician to tell me if it's an

5        isolated number like this in a subgroup,

6        how significant that is.  That's hard to

7        tell sometimes.

8  EXAMINATION BY MS. du PONT:

9        Q.    Right.  And you told us earlier --

10       A.    In a big study like this.

11       Q.    Right.  And you told us earlier that

12  your prescribing habits for your patients with

13  Xarelto and have not changed as a result of this

14  figure, correct?

15       A.    Correct.

16            MS. du PONT:

17              I have no further questions.

18            THE VIDEOGRAPHER:

19              Today's deposition consists of

20        four tapes.  This is the end of tape four.

21        We are now off the record at 6:56.

22

23     (Whereupon, the deposition was concluded.)

24              *       *       *

25

Videotaped Deposition of Kenneth Wong, M.D.
In Re: Xarelto (RIVAROXABAN)

Page 185

1                    REPORTER'S CERTIFICATE

2

3        This certification is valid only for a
    transcript accompanied by my original signature
4   and original required seal on this page.

5

6        I, Pat Kennedy Quintini, Certified Court
    Reporter in and for the State of Louisiana, as
7   the officer before whom this testimony was
    taken, do hereby certify that KENNETH E. WONG,
8   M.D., after having been duly sworn by me upon
    authority of R.S. 37:2554, did testify as
9   hereinbefore set forth in the foregoing 184
    pages; that this testimony was reported by me in
10  the stenotype reporting method, was prepared and
    transcribed by me or under my personal direction
11  and supervision, and is a true and correct
    transcript to the best of my ability and
12  understanding; that the transcript has been
    prepared in compliance with transcript format
13  guidelines required by statute or by rules of
    the board, that I have acted in compliance with
14  the prohibition on contractual relationships, as
    defined by Louisiana Code of Civil Procedure
15  Article 1434 and in rules and advisory opinions
    of the board; that I am not related to counsel
16  or the parties herein, nor am I otherwise
    interested in the outcome of this matter.

17

18

19

20        _____

21        PAT KENNEDY QUINTINI
          CERTIFIED COURT REPORTER

22

23

24

25