STAH EMERGENCY DEPARTMENT  
4608 Highway 1  
Raceland LA 70394-2623  
Inpatient Record

BOUDREAUX,JOSEPH J JR.  
MRN:  
DOB: , Sex: M  
Acct #:  
Adm: 1/7/2014

## ED Provider Notes (continued)

ED Provider Notes by Ryan M. Wolfort, MD at 1/7/2014 10:57 PM (continued)

Ryan M. Wolfort, MD  
01/07/14 2303

Electronically signed by Ryan M. Wolfort, MD on 1/7/2014 11:03 PM

## ED Notes

ED Notes by Cassandra Trosclair at 1/7/2014 11:35 AM

| | | |
|---|---|---|
| Author: Cassandra Trosclair | Service: Emergency Medicine | Author Type: Technician |
| Filed: 1/7/2014 11:35 AM | Note Time: 1/7/2014 11:35 AM | Status: Signed |
| Editor: Cassandra Trosclair (Technician) | | |

Patient on cardiac monitor, automatic blood pressure cuff and pulse oximeter.

Electronically signed by Cassandra Trosclair on 1/7/2014 11:35 AM

## Consult Notes

Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM

| | | |
|---|---|---|
| Author: Kenneth E Wong, MD | Service: Cardiology | Author Type: Physician |
| Filed: 1/7/2014 4:00 PM | Note Time: 1/7/2014 12:54 PM | Status: Signed |
| Editor: Kenneth E Wong, MD (Physician) | | |

Consult Orders:
1. Inpatient consult to Cardiology-CIS [80379239] ordered by Ryan M. Wolfort, MD at 01/07/14 1246

**Consult Note**  
**Cardiology**

Consult Requested By: **Wolford**  
Reason for Consult: **Afib/flutter**

### SUBJECTIVE:

**History of Present Illness:**  
Patient is a 71 y.o. male presents to PCP this am with SOB/ chest heaviness and "indigestion". EKg performed and revealed Afib/flutter with controlled rate. Seen in ER and further evaluation also reveals associated orthopnea, DOE which has progressively worsened .  
Scheduled Meds:

Case 2:14-md-02592-EEF-MBN   Document 12148-8   Filed 01/02/19   Page 2 of 6

STAH EMERGENCY DEPARTMENT  BOUDREAUX,JOSEPH J JR.
4608 Highway 1  MRN:
Raceland LA 70394-2623  DOB: ███████ Sex: M
Inpatient Record  Acct #: ███████
  Adm: 1/7/2014

## Consult Notes (continued)

Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)

- [COMPLETED] aspirin      81 mg            Oral          ED 1 Time
- furosemide
- furosemide              40 mg            Intravenous   ED 1 Time

allopurinol 300mg daily,
norvasc 5mg daily
ASA 81mg daily
Proscar 5mg daily
Fish oil 1000mg daily
Lisinopril/HCTZ20-25mg daily
metformin500mg daily
Hytrin 10mg daily


Continuous Infusions:
PRN Meds:.

No Known Allergies

### Past Medical History

| Diagnosis | Date |
|---|---|
| Hypertension | |
| BPH (benign prostatic hyperplasia) | |

### Past Surgical History

| Procedure | Date |
|---|---|
| Prostate surgery *biospy* | |

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| Hypertension | Mother | |
| Stroke | Mother | |
| Hypertension | Father | |
| Kidney disease | Father | |

### History

#### Substance Use Topics

- Smoking status:         Never Smoker
- Smokeless tobacco:      Never Used
- Alcohol Use:            Yes
    *Comment: once yearly*

**Review of Systems:**

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN:
DOB:        Sex: M
Acct #:
Adm: 1/7/2014

## Consult Notes (continued)

Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)

### OBJECTIVE:

**Vital Signs (Most Recent)**
Temp: 98.1 °F (36.7 °C) (01/07/14 1132)
Pulse: 88  (01/07/14 1132)
Resp: 16  (01/07/14 1132)
BP: 137/85 mmHg (01/07/14 1132)
SpO2: 98 % (01/07/14 1132)

**Vital Signs Range (Last 24H):**
Temp:  [97 °F (36.1 °C)-98.1 °F (36.7 °C)]
Pulse:  [88-92]
Resp:  [16-20]
BP: (132-137)/(74-85)
SpO2:  [96 %-98 %]

**Physical Exam:** General appearance: alert, appears stated age and cooperative
Head: Normocephalic, without obvious abnormality, atraumatic
Eyes: conjunctivae/corneas clear. PERRL
Neck: no carotid bruit, + JVD and supple, symmetrical, trachea midline
Lungs: mildly increased respiratory effort. Few crackles L base
Chest Wall: no tenderness
Heart: irregular rate and rhythm, S1, S2 variable with +S3, soft HS murmur, no click, rub or gallop
Abdomen: soft, non-tender; bowel sounds normal; no masses, no organomegaly, obese protuberant with umbilical hernia.
Extremities: Extremities normal, atraumatic, no cyanosis, clubbing, 1+ edema
Pulses: Dorsalis Pedis R: 1+ (normal)/L:12+ (normal)
Skin: Skin color, texture, turgor normal. No rashes or lesions
Neurologic: Normal mood and affect
Alert and oriented X 3

No Known Allergies

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Hypertension | |

STAH EMERGENCY DEPARTMENT  
4608 Highway 1  
Raceland LA 70394-2623  
Inpatient Record  

BOUDREAUX,JOSEPH J JR.  
MRN:  
DOB:           Sex: M  
Acct #:  
Adm: 1/7/2014  

## Consult Notes (continued)

Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)
- BPH (benign prostatic hyperplasia)

### Past Surgical History

| Procedure | Date |
|---|---|
| Prostate surgery<br>*biospy* | |

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| Hypertension | Mother | |
| Stroke | Mother | |
| Hypertension | Father | |
| Kidney disease | Father | |

### History

**Substance Use Topics**
- Smoking status:        Never Smoker
- Smokeless tobacco:     Never Used
- Alcohol Use:           Yes
  *Comment: once yearly*

**Review of Systems:**
Eyes: negative
Respiratory: positive for dyspnea on exertion
Cardiovascular: positive for chest pressure/discomfort
Gastrointestinal: positive for dyspepsia
Musculoskeletal: positive for muscle weakness
Neurological: negative

## OBJECTIVE:

**Vital Signs (Most Recent)**
Temp: 98.1 °F (36.7 °C) (01/07/14 1132)
Pulse: 88 (01/07/14 1132)
Resp: 16 (01/07/14 1132)
BP: 137/85 mmHg (01/07/14 1132)
SpO2: 98 % (01/07/14 1132)

**Vital Signs Range (Last 24H):**
Temp: [97 °F (36.1 °C)-98.1 °F (36.7 °C)]
Pulse: [88-92]
Resp: [16-20]
BP: (132-137)/(74-85)
SpO2: [96 %-98 %]

**Laboratory:**

USCA5 112

JBoudreaux-OStAGH-MD-000010

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
Inpatient Record

BOUDREAUX,JOSEPH J JR.
MRN:
DOB: ■■■ Sex: M
Acct #:
Adm: 1/7/2014

## Consult Notes (continued)

Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)

**Chemistry:**
Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 1/7/2014 |
| K | 3.5 | 1/7/2014 |
| CL | 105 | 1/7/2014 |
| CO2 | 26 | 1/7/2014 |
| BUN | 15 | 1/7/2014 |
| CREATININE | 0.8 | 1/7/2014 |
| CALCIUM | 10.1 | 1/7/2014 |

**Cardiac Markers:**
Lab Results

| Component | Value | Date |
|---|---|---|
| TROPONINI | see below | 1/7/2014 |

**Cardiac Markers (Last 3):**
Lab Results

| Component | Value | Date |
|---|---|---|
| TROPONINI | see below | 1/7/2014 |

**CBC:**
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 9.06 | 1/7/2014 |
| HGB | 13.8* | 1/7/2014 |
| HCT | 42.4 | 1/7/2014 |
| MCV | 88 | 1/7/2014 |
| PLT | 226 | 1/7/2014 |

**Lipids:**
No results found for this basename: CHOL, TRIG, HDL, LDLDIRECT

**Coagulation:**
Lab Results

| Component | Value | Date |
|---|---|---|
| INR | 1.1 | 1/7/2014 |
| APTT | 27.7 | 1/7/2014 |

**Diagnostic Results:**
Labs: Reviewed
ECG: Reviewed

## ASSESSMENT/PLAN:

New Afib/flutter of unknown duration, with borderline RVR
Poor FC due to new afib and RVR OE
Mild diastolic CHF acute

| | |
|---|---|
| STAH EMERGENCY DEPARTMENT<br>4608 Highway 1<br>Raceland LA 70394-2623<br>Inpatient Record | BOUDREAUX,JOSEPH J JR.<br>MRN:<br>DOB:         Sex: M<br>Acct #<br>Adm: 1/7/2014 |

## Consult Notes (continued)

**Consults by Kenneth E Wong, MD at 1/7/2014 12:54 PM (continued)**

HTN DM

Plan:
Start lopressor 25 bid for better HR control, add amiodarone to see if he'll convert to SR. Anticoagulate. Echo.
Diurese with iv lasix
Continue lisinopril
R/o MI on tele.

Electronically signed by Kenneth E Wong, MD on 1/7/2014  4:00 PM

---

## Procedure Notes

**Procedures filed by Historical Provider, MD at 1/8/2014 10:45 AM**

| | | |
|---|---|---|
| Author: Historical Provider, MD | Service: (none) | Author Type: Physician |
| Filed: 1/8/2014 10:45 AM | Note Time: 1/8/2014  8:55 AM | Status: Signed |
| Editor: Transcription Incoming Interface | | |

Procedure Orders:
1. LAB REPORT [80457988] ordered by  at 01/07/14 1131

Scan on 1/8/2014  8:55 AM : WOLFORT, RYAN (below)