Protected - Subject To Further Protective Review

```
1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4      PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
5
6                                    *
                                     *
7    IN RE: XARELTO (RIVAROXABAN)  * MDL NO. 2592
     PRODUCTS LIABILITY LITIGATION *
8                                    * SEC. L
                                     *
9                                    * JUDGE
                                     * ELDON E. FALLON
10   ******************************
                                     * MAG. JUDGE NORTH
11   THIS DOCUMENT RELATES TO:      *
     JOSEPH ORR, JR., ET AL. v.     *
12   JANSSEN RESEARCH AND           *
     DEVELOPMENT, LLC, ET AL.       *
13   CASE NO. 2:14-cv-03708         *
     ******************************
14
15        Video Deposition of MAURICE ST. MARTIN, M.D.,
16   taken in accordance with Rules 30 and 34 of the
17   Federal Rules of Civil Procedure, taken at the
18   Lambert Firm, PLC, 701 Magazine Street, New
19   Orleans, Louisiana, on the 27th day of June, 2016.
20   Videographed By:
21        Melissa Bardwell
          Adrienne Sanders
22
     Reported By:
23
          Diana S. Ezell, CCR, RPR, RMR
24        Certified Court Reporter
25
```

```
 1    Appearances:
 2
         Ferrer, Poirot & Wansbrough
 3       By: Russell T. Abney, Esq.
         2100 RiverEdge Parkway
 4       Suite 720
         Atlanta, Georgia 30328
 5       Email: rabney@lawyerworks.com
             Attorneys for the Plaintiff,
 6           Joseph Orr, Jr., et al.
 7       Capitelli & Wicker
         By: T. Carey Wicker, III, Esq.
 8       2950 Energy Centre
         1100 Poydras Street
 9       New Orleans, Louisiana 70163
         Email: tcw@capitelliandwicker.com
10           Attorneys for the Plaintiff,
             Joseph Orr, Jr., et al.
11
         Irwin, Fritchie, Urquhart & Moore, LLC
12       By: James B. Irwin, Esq.
             Meera U. Sossamon, Esq.
13       400 Poydras Street
         Suite 2700
14       New Orleans, Louisiana 70130
         Email: jirwin@irwinllc.com
15       Email: msossamon@irwinllc.com
             Attorneys for the Defendant,
16           Janssen Pharmaceuticals, Inc.,
             Janssen Research & Development, LLC,
17           Janssen Ortho LLC, and
             Johnson and Johnson
18
         Nelson, Mullins, Riley & Scarborough, LLP
19       By: Eric A. Paine, Esq.
         Meridian/17th Floor
20       1320 Main Street
         Columbia, South Carolina 29201
21       Email: eric.paine@nelsonmullins.com
             Attorneys for Bayer Health Care
22           Pharmaceuticals, Inc., and
             Bayer Pharma AG
23
24
25
```

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1    Q.   "The pharmacokinetic and pharmacodynamic

2  characteristics suggest that a twice daily regimen

3  might offer lower peak to trough ratio in PT

4  levels" -- that's Prothrombin Time levels.  Is

5  that right, Doctor?

6    A.   Correct.

7    Q.   -- "within a dosing interval compared to

8  the once daily regimen (see Figure 1)."  And that

9  was an observation you just made; is that right,

10  Doctor?

11    A.   Yes.

12    Q.   But it goes on to the next sentence and

13  it says, "The clinical benefit of the difference

14  in the peak to trough ratio and higher trough PT

15  levels after twice daily regimen cannot be derived

16  from the existing data."  Do you accept that as

17  accurate?

18    A.   The existing data meaning what's in this

19  graph.  Yes.  I think that's true.

20    Q.   And if you go to the next page, I have

21  highlighted the top of the next page.  It says,

22  "There are no meaningful dose-ranging studies in

23  the target population of patients with atrial

24  fibrillation.  Hence it is not clear whether the

25  20 mg once daily dose selected in ROCKET-AF is

Protected - Subject To Further Protective Review

1    that back?  I'm going to keep these papers out of

2    your way if I can.

3          A.   So I will look at the next page of --

4          Q.   Look at the next page of the materials

5    that you met with.  Okay?

6          A.   Are you talking about this?

7          Q.   Yes, sir.  Let me hand this back to you

8    so we have fewer papers getting in my way and your

9    way.

10         A.   Okay.

11         Q.   This is the ROCKET-AF PK Study NDA, and

12   you do remember having some conversation with Mark

13   Whitehead about this?

14         A.   Yes.  Yes.

15         Q.   What is your recollection of what he

16   said about it?

17         A.   That this issue with the top five

18   percent was not widely known among practitioners

19   as it should have been.

20         Q.   Did you know that amongst practitioners?

21         A.   At some point since I started reading

22   about this recently, since all of this came up, I

23   knew it, but I don't recall knowing it way back

24   then.  No.

25         Q.   What is the significance of that?

Protected - Subject To Further Protective Review

1      A.   That some of the people that could get

2  in that top five percent could be at a greater

3  risk of a bleeding complication.

4      Q.   Do you have any information from any

5  source whatsoever that Mrs. Orr was in that top

6  five percent?

7      A.   No.

8      Q.   Do you know who prepared this document?

9      A.   No.

10     Q.   Again, would it help to have some

11 context with this document if you know who

12 prepared it --

13     A.   Sure.

14     Q.   -- and how it was prepared?  Did

15 Mr. Whitehead tell you that the plaintiff lawyers

16 prepared it?

17     MR. ABNEY:

18           Object to the form.

19     A.   No.

20 BY MR. IRWIN:

21     Q.   The answer was no, he did not tell you

22 that?

23     A.   No.  He didn't tell me that.

24     Q.   Do you think that was something that, in

25 all fairness, should have been told to you?

Protected - Subject To Further Protective Review

1       A.   Yes.

2       Q.   All of that is what a good doctor like

3   yourself tries to do to the best of your ability.

4   Is that a fair statement?

5       A.   Yes.  Yes.

6       Q.   And I assume that when you changed Mrs.

7   Orr over to Xarelto in February of 2014, that you

8   felt you were sufficiently familiar with the risks

9   and benefits of Xarelto?

10      A.   Yes.

11      Q.   Sufficiently familiar having at some

12  point in time at least thoroughly reviewed the

13  product labeling?

14      A.   Yes.

15      Q.   And you made the decision that you

16  thought that the benefits outweighed the risks in

17  changing her from Pradaxa to Xarelto?

18      A.   Yes.

19      Q.   Let's take a look at some of the basic

20  information in the label.  Okay?  This label that

21  I have identified, and I will hand it to you,

22  Doctor, as St. Martin No. 9 --

23      MR. IRWIN:

24          Here you go, Russ.

25      MR. ABNEY:

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

```
 1               Thanks.
 2    BY MR. IRWIN:
 3        Q.   I have highlighted in pink -- you can
 4    see it was revised in 2014.  They added -- you may
 5    or may not remember this.  They added a black box
 6    warning about risks associated with epidural
 7    anesthesias.  Do you recall that?
 8        A.   Yes.
 9        Q.   Now, we know that has nothing to do with
10    Mrs. Orr's case; is that right?
11        A.   Right.
12        Q.   I would like you to go to, if you would,
13    the dosing section, which is on Page 4, and if you
14    look, it's Paragraph 2.  It talks about dosage and
15    administration.  Are you with me, Doctor?
16        A.   Yes.
17        Q.   When you put Mrs. Orr on Xarelto, the
18    indication that you used was the reduction and
19    risk of stroke in nonvalvular atrial fibrillation,
20    correct?
21        A.   That's correct.  Yes.
22        Q.   And you put her on 20 milligrams once a
23    day with the evening meal, right?
24        A.   Yes.
25        Q.   And that would be the standard dose for
```

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

```
 1    someone whose kidney was functioning at a

 2    creatinine clearance of 50 or above, right?

 3         A.   Correct.

 4         Q.   And when you put her on Xarelto in

 5    February of 2014, you were aware that this was the

 6    approved dosage --

 7         A.   Yes.

 8         Q.   -- for her indication?

 9         A.   Yes.

10         Q.   And then you also know, and we will get

11    to this later, as her kidney disease progressed

12    and went down, you then shifted her later on down

13    to 15 milligrams as suggested by this label,

14    right?

15         A.   Yes.  Yes.

16         Q.   And you knew to do that at least back in

17    February of 2014, probably before; is that right?

18         A.   Probably before.  Yes.

19         Q.   Did you instruct her or would you have

20    instructed her to make sure that she used her

21    medicine with the evening meal?

22         A.   Probably.

23         Q.   Do you know why that is suggested to do

24    it with the evening meal?

25         A.   No.
```

Protected - Subject To Further Protective Review

1      Q.   But you knew back in February of 2014

2  that that was the preferred suggestion?

3      A.   Right.

4      Q.   Let's go down to page 7.

5      A.   Okay.

6      Q.   5.2 at the very bottom.  It talks about

7  risk of bleeding, and I will read it and ask you a

8  question.  "Xarelto increases the risk of bleeding

9  and can cause serious or fatal bleeding."  You

10  knew that when you prescribed her Xarelto in

11  February of 2014 and you had known that for a

12  while, didn't you?

13      A.   Yes.  Correct.

14      Q.   "In deciding whether to prescribe

15  Xarelto to patients at increased risk of bleeding,

16  the risk of thrombotic events" -- that means

17  clots, blood clots, that could cause strokes and

18  pulmonary embolisms, right?

19      A.   Right.

20      Q.   -- "must be weighed against the risk of

21  bleeding."  That would include a risk of a brain

22  bleed, right?

23      A.   Right.

24      Q.   You knew that obviously in 2014, right?

25      A.   Correct.

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

1       Q.   And you have known that for years having

2   used Warfarin long before?

3       A.   Right.  Same thing for Warfarin.

4       Q.   It's the same rock in a hard place,

5   isn't it?

6       A.   Right.

7       Q.   The rock, I guess I could say in lay

8   person's terms, is, you know, if you don't get on

9   this anticoagulant, you are going to get a blood

10  clot that could kill you.

11      MR. ABNEY:

12           Object to the form.

13      A.   You could.  Yes.

14  BY MR. IRWIN:

15      Q.   The hard place is if you get on it, it

16  could cause you a brain hemorrhage that could kill

17  you, right?

18      A.   Right.

19      Q.   But on the balance of evidence, it's not

20  an easy choice, but the prudent choice is to get

21  on it --

22      A.   Right.

23      Q.   -- because the chances of a blood clot

24  killing you are less than the chances of a brain

25  hemorrhage killing you?

Electronic Copy - ACTIVE #87089757

1      MR. ABNEY:

2          Object to the form.

3      A.   If you are on it.  Yes.

4   BY MR. IRWIN:

5      Q.   If you are on it.

6      A.   Right.  I have been telling people that

7   about Warfarin even way back, for a couple of

8   decades.

9      Q.   Whether it's Warfarin or a NOAC, it's a

10  tough decision because you are between a rock and

11  a hard place, but in both instances, the risk of a

12  bleed is less than the risk of a clot and,

13  therefore, the benefit outweighs the risk?

14     A.   That is correct.  Yes.

15     Q.   Is this something that you explain to

16  all of your patients?

17     A.   Anybody that I start on an anticoagulant

18  for atrial fibrillation, I have that same

19  discussion with.  You are much more likely to have

20  prevented the stroke than to have caused the

21  bleed.

22     Q.   I'm sure that's a tough conversation to

23  have.

24     A.   It is, but most people accept it pretty

25  readily once they hear the facts.  Yes.

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

1    Q.    And the facts are that the bleed is less

2  likely than the stroke?

3    A.    Exactly.  Yes.

4    Q.    Let's go to Page 8 where it says

5  "Reversal of Anticoagulant Effect."  When you

6  prescribed Xarelto to Mrs. Orr, you were fully

7  aware that there was no antidote to reverse --

8    A.    Correct.

9    Q.    -- Xarelto?

10   A.    Right.

11   Q.    There was no antidote, no reversal

12 agent, to stop Xarelto's activity on Factor Xa; is

13 that right?

14   A.    Correct.

15   Q.    Did you know, as suggested here, that

16 there may be some options available that could

17 include increasing the prothrombin component in

18 the bloodstream by using a prothrombin complex

19 concentrate?

20   A.    You mean in terms of reversal?

21   Q.    Not in terms of reversing Factor Xa, but

22 in terms of increasing the clotting factors.

23   A.    Okay.  I don't recall that.  I don't

24 recall whether I remember it or not back then.

25 No.

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1      Q.   And so that coincides with your

2  impression and your judgment that Xarelto had

3  established better and safer results with brain

4  bleeds than Warfarin?

5      A.   Somewhat.  Yes.

6      Q.   Somewhat.  Yes.  Actually, if you look

7  at it there, it's 1.3 percent for Xarelto and 1.9

8  percent for Warfarin.  Is that right?

9      A.   On the bleeding into a critical organ.

10 Yes.

11     Q.   Yes.

12     A.   I see that.  Yes.

13     Q.   So would it be fair for me to summarize

14 that when you prescribed Xarelto to Mrs. Orr, you

15 were aware of the fact that Xarelto had a better

16 safety record, if you will, with respect to brain

17 bleeds than did Warfarin?

18     MR. ABNEY:

19          Object to form.

20     A.   Yes.

21 BY MR. IRWIN:

22     Q.   And let's go down to Page 17, Paragraph

23 7.3, "Anticoagulants and Aspirin."  You were aware

24 that Mrs. Orr was not only on anticoagulants,

25 including Xarelto, but she was also on aspirin; is

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

1    that right?

2          A.    That's right.  Yes.

3          Q.    And she had been on aspirin for many

4    years to the best of your recollection?

5          A.    To the best of my recollection.  Yes.

6          Q.    And what was the reason she was on

7    aspirin?

8          A.    I would have to go back and look at her

9    chart.  Right now I don't remember.

10         Q.    Typically what would be the reason?

11         A.    Coronary disease.  Yes.

12         Q.    But when you put her on rivaroxaban,

13   Xarelto, you were aware that she was also on

14   aspirin?

15         A.    Yes.  Yes.

16         Q.    And the label here says "Avoid

17   concurrent use of Xarelto with other

18   anticoagulants due to increased bleeding risks

19   unless the benefit outweighs the risk."  Did you

20   see that?

21         A.    Uh-huh (affirmative).  Yes.

22         Q.    Were you satisfied that having her on

23   Xarelto and aspirin given her medical condition --

24         A.    Yes.

25         Q.    -- that still the benefits of Xarelto

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

```
 1   and aspirin outweighed the risks that she might

 2   otherwise have?

 3        A.   Yes.  Yes.

 4        Q.   We are going to come back to this later.

 5   Okay?

 6        MR. ABNEY:

 7             I'm sorry.  Jim, could you tell me what

 8   exhibit that was again?

 9        MR. IRWIN:

10             Yes.  It is No. 9, St. Martin 9.

11   BY MR. IRWIN:

12        Q.   Let's look at the next page of materials

13   that you reviewed with Dr. Whitehead.

14        A.   Which packet is that?

15        Q.   That is this one right there, Doctor.

16   Is this the next one that you have?

17        A.   Yes.

18        Q.   Do you remember the discussion involving

19   this document "Xarelto: Prothrombin Time (PT)/Dose

20   Response"?

21        A.   Not in great detail.  No.

22        Q.   What was he suggesting to you that its

23   relevance was?

24        MR. ABNEY:

25             Object to form.
```

Protected - Subject To Further Protective Review

```
1          A.   I'm not sure right now.

2     BY MR. IRWIN:

3          Q.   Do you remember what he said, if

4     anything, about this document?

5          A.   Not specifically.  No.

6          Q.   What's your take away from this

7     document?

8          A.   That the prothrombin time clusters

9     around a fairly dose-related slope, and there's

10    some outliers that go higher.

11         Q.   Again, do you have any information from

12    any source whatsoever that Mrs. Orr was an

13    outlier?

14         A.   No.

15         Q.   Would you in studies like this in

16    virtually any medicine expect to find some

17    outliers?

18         A.   There usually are.  Yes.

19         Q.   Did he explain to you what this document

20    was, "FDA AFib AdComm Brief pg. 38"?

21         A.   Not that I recall.

22         Q.   Did he show you the complete document

23    that this came from?

24         A.   I don't remember him showing me that.

25         Q.   I will show it to you.  Let me show you
```

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1    you would see that's accessible on the Internet

2    from the New England Journal of Medicine?

3         A.   Say that again.

4         Q.   Would you recognize this as something

5    that you would typically see published on the

6    Internet by the New England Journal of Medicine?

7         A.   Yes.

8         Q.   Yes?

9         A.   You said "accessible."

10        Q.   Oh, accessible on the Internet.

11        A.   Okay.  That's the word I missed.  Okay.

12   Yes.  Yes, I do.

13        Q.   And you recognize this as the

14   peer-reviewed letter that was just referred to in

15   the Duke --

16        A.   Yes.

17        Q.   -- press release?

18        A.   Yes.

19        Q.   And you can see I have highlighted or

20   circled for you just a background paragraph that

21   talks about the recall of the Alere device and the

22   re-analysis?

23        A.   Yes.

24        Q.   And if you go to the very end, you can

25   see their conclusion, and I will read it for the

Protected - Subject To Further Protective Review

1    record, "These results are consistent with the

2    overall trial findings and indicate that possible

3    malfunction of the point-of-care device used for

4    INR measurement in the ROCKET-AF trial that

5    potentially led to lower INR values than would be

6    obtained by laboratory testing did not have any

7    significant clinical effect on the primary

8    efficacy and safety outcomes of the trial."

9        A.   Right.

10       Q.   What does that mean to you?

11       A.   It didn't make any difference.

12       Q.   So the original outcomes that would be

13   relevant to Mrs. Orr, namely the increased safety

14   margin for intracranial bleeds, remain valid?

15       A.   Yes.

16       Q.   And, finally, on this issue, I will show

17   you the results of the EMEA, which, as you

18   probably know, is the European version of the FDA.

19   You read earlier in the New York Times that they

20   were doing the same re-analysis.  Do you remember

21   reading that, Doctor?

22       A.   Yes.

23       Q.   And you could see in Exhibit 19, they

24   published their re-analysis and concluded that the

25   device did not impact Xarelto's safety.

Protected - Subject To Further Protective Review

1       Q.    Calcium score.

2       A.    That's a test that has been around a

3   long time.  It's a very low energy brief CAT scan

4   of the heart, and it doesn't show any detail, but

5   it counts calcium flux, and it's scored from zero

6   to two thousand, and coronary artery disease

7   causes flux of calcium.  If you can see a really

8   low calcium score, you feel real good.  If you see

9   a really high calcium score, you suspect coronary

10  artery disease.

11      Q.    What is the bottom line of this first

12  visit?

13      A.    The bottom line?

14      Q.    Yes.  Not as written, but as you look

15  over this now, what's the bottom line about this

16  first visit of this lady to see you?

17      A.    Well, I think the most important thing

18  was that she had had the recent onset of atrial

19  fibrillation.  She had hypertensive heart disease

20  with left atrial dilatation and diabetic.  So she

21  had a lot of risk factors for atrial thrombus and

22  thromboembolism.

23      Q.    You did her CHAD score the other day.

24      A.    Yes.

25      Q.    Tell me how you did it and what you came

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1    up with, the number.

2        A.   Do we have it somewhere?

3        Q.   It's probably over in that stack over

4    there.  Okay?  I tell you what I'm going to do,

5    Doctor.  I have got mine here.  I don't have an

6    extra copy.  Tell me if that looks like a good

7    scoring sheet for CHADS and CHADSVASC.

8        A.   Congestive heart failure.  That was the

9    shortness of breath.

10       Q.   While you are looking at that, let me

11   see if I can catch up with you a little bit.  Tell

12   me which one of those categories she had.

13       A.   Well, she had had the congestive heart

14   failure.

15       Q.   Okay.  Is that one point?

16       A.   That's a point.  Hypertension.

17       Q.   Hypertension.  That's a point.  Are you

18   looking at CHADS2 or CHADSVASC?

19       A.   I'm looking at CHADSVASC.  Do you want

20   me to look at CHADS2?

21       Q.   No.  I would rather see you look at

22   CHADSVASC.

23       A.   Okay.  Congestive heart failure,

24   hypertension, age.

25       Q.   Age.  Hold on.  She had that.

Protected - Subject To Further Protective Review

```
 1          A.    Diabetes.

 2          Q.    Age is one?

 3          A.    Age is a point, 65 to 74.  Diabetes and

 4   female.  You get a bad point for being female.

 5          Q.    That's five.

 6          A.    Is that what I had come up with?

 7          Q.    I thought you said five earlier today.

 8          A.    Yes.

 9          Q.    What about coronary artery disease?

10   Does she have that?  Is that on there?

11          A.    I'm not sure we knew that at the time of

12   the score.

13          Q.    Do you know if that shows up later?

14          A.    I don't remember right off.

15          Q.    But whether she is a five or if you add

16   coronary artery disease in, possibly later a six,

17   in either instance she was most assuredly a

18   candidate for an anticoagulant?

19          A.    Absolutely.

20          Q.    Absolutely.  All right.  Did you ask her

21   about Pradaxa and how she was doing on Pradaxa if

22   you remember?

23          A.    I don't remember.

24          Q.    Would your ordinary routine have been to

25   ask her about --
```

Protected - Subject To Further Protective Review

 1      A.   You are talking about the initial visit?

 2      Q.   Yes, sir.

 3      A.   It would be.  I think later, though, she

 4  was complaining of indigestion with Pradaxa.

 5      Q.   Yes, she was.  Given the fact that she

 6  had been on Pradaxa for a while, would it have

 7  been your habit to go over the risks and benefits

 8  with her of that medicine at this juncture?

 9      A.   Generally, yes.

10      Q.   Generally speaking, what would you have

11  said to her?

12      A.   Well, what I tell people with atrial

13  fibrillation about anticoagulation in general is

14  that the anticoagulant could cause bleeding,

15  potentially fatal, but statistically it completely

16  out -- the risk is outweighed by the fact that you

17  are about four to five times more likely to have

18  major bleeding or a fatal event if you are not

19  anticoagulated if you have chronic atrial

20  fibrillation.

21      Q.   I tried to find something that was sort

22  of lay-person easy to understand this.

23      A.   Okay.

24      Q.   And I found something on the FDA web

25  site and I wanted to ask you about it or show it

Protected - Subject To Further Protective Review

1    Q.   Sometimes you can have a heart attack

2    and not really know it?

3    A.   That's correct.

4    Q.   So is it possible that she also could

5    fall under that risk that she may have had a prior

6    heart attack?

7    A.   As well.  Yes.

8    Q.   As well.  So then let's take a look at

9    what I have highlighted over there to the left,

10   and I'm just going to go right to the second

11   paragraph.  It says, "Although all anticoagulants"

12   -- are you with me, Doctor?

13   A.   Yes.

14   Q.   -- "reduce the risk of a stroke caused

15   by clots from the heart, they increase the risk of

16   a stroke caused by bleeding into the brain (a

17   hemorrhagic stroke)."

18   A.   Yes.

19   Q.   We know that, right?

20   A.   Yes.  Absolutely.

21   Q.   "The newer drugs cause fewer bleeding

22   strokes than Warfarin, and the overall rates of

23   strokes (caused by blood clots or bleeding) are

24   lower with some of the newer drugs."  Today does

25   that still hold true for you that the newer drugs,

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1      Q.   Yes, sir.

2      A.   That's August --

3      Q.   That is August 12, 2014.

4      A.   Yes.

5      Q.   This is the next visit after her

6  discharge from the hospital.

7      A.   Yes.

8      Q.   And you can see now that you have moved

9  her down to 15 milligrams of Xarelto a day?

10     A.   Yes.

11     Q.   And you did that because of her failing

12  kidneys?

13     A.   I think so.  Yes.

14     Q.   What is the diagnosis over there in the

15  lower left?

16     A.   Atrial fibrillation, now normal sinus

17  rhythm, and dyslipidemia.

18     Q.   What is the note in the lower right-hand

19  quadrant?

20     A.   "Discussion regarding disease and

21  treatments," and then I just put "normal sinus

22  rhythm" again.

23     Q.   What does that mean, "discussion

24  regarding disease and treatments"?

25     A.   Well, rather than write down every word

Protected - Subject To Further Protective Review

```
 1    a brain bleed; is that right?

 2         MR. ABNEY:

 3              Object to the form.

 4         A.   I think there's risk of a hemorrhagic

 5    stroke or other hemorrhagic complications for any

 6    anticoagulant there is.

 7    BY MR. IRWIN:

 8         Q.   Whether the classic Warfarin or the

 9    NOACs, right?

10         A.   Right.

11         Q.   Let me show you St. Martin No. 36, which

12    is a study by Margaret Fang.  I want you to note,

13    Doctor, also in full and fair disclosure that two

14    of these authors on this study, Doctor --

15         MR. ABNEY:

16              Can I get a copy of that?

17         MR. IRWIN:

18              Yes.  Sorry.

19    BY MR. IRWIN:

20         Q.   Two of the doctors in this study are

21    associated with or have been consultants to J&J.

22    One of them is Dr. Singer.  That's disclosed on

23    the back and the other is Dr. Go.  That's

24    appropriate to disclose those relationships,

25    right?
```

Electronic Copy - ACTIVE #87089757

1   hemorrhages on Warfarin were particularly severe

2   with a nearly 60 percent mortality rate by 30

3   days."

4        A.   Okay.

5        Q.   Do you think those numbers would be any

6   different on NOACs?

7        A.   On what?

8        Q.   Let me rephrase the question.  What we

9   see there is that if you have an intracerebral

10  hemorrhage and you are on Warfarin, the chance of

11  mortality is around 60 percent.

12       A.   Yes.

13       Q.   Do you have any reason to disagree or

14  quarrel with that number?

15       A.   No, I don't.

16       Q.   Doctor, can you demonstrate to me,

17  either medically or scientifically or

18  epidemiologically, that Mrs. Orr's unfortunate

19  brain hemorrhage and outcome would have been any

20  different or any better had she been on Warfarin

21  as compared to Xarelto?

22       A.   More likely than not, it would have been

23  about the same.

24       Q.   When you prescribed, changed her over to

25  Xarelto in February of 2014 --

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1      A.   That was from Pradaxa.

2      Q.   I think it was from Pradaxa when she was

3   having stomach problems with the Pradaxa and you

4   changed her over.  Were you satisfied that you

5   knew or were fully informed, either by the

6   packaging, the labeling, discussions with your

7   colleagues and CME, that you were fully informed

8   of the risks and benefits of Xarelto?

9      MR. ABNEY:

10          Object to the form.

11     A.   Yes.  Yes.

12  BY MR. IRWIN:

13     Q.   Were you satisfied that your decision to

14  prescribe her Xarelto knowing those risks and

15  benefits was a prudent and wise decision?

16     A.   Yes.

17     Q.   I have shown you information that has

18  developed since you made that prescription for her

19  in February of 2014, more current information,

20  some of it like the U.S. cohort and other

21  material.  Is there anything that you have seen or

22  learned either during this deposition or anything

23  that you have saw or learned during your

24  interviews with Mr. Whitehead or Dr. Whitehead or

25  anything that you have read since February of 2014

Electronic Copy - ACTIVE #87089757

1    when you put her on Xarelto that makes you think

2    that your decision to put her on Xarelto was not

3    prudent?

4        MR. ABNEY:

5            Object to form.

6        A.   No.  I have no reason to second guess

7    it.  No.

8    BY MR. IRWIN:

9        Q.   And based on everything that you know

10   now compared to everything that you knew back

11   then, do you think it was the right decision that

12   you made?

13       A.   I think so.

14       Q.   It's unfortunate that she had that brain

15   hemorrhage, but would you change that decision

16   today as it being an improved decision?

17       MR. ABNEY:

18           Objection.

19       A.   No.  Not unless I had a crystal ball to

20   tell me that this is the one that is going to have

21   the hemorrhage.

22   BY MR. IRWIN:

23       Q.   Doctor, I think that's all the questions

24   that I have for the time being.  I may have some

25   other questions when we come back after rest.

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

1    A.   I really don't know.

2  BY MR. ABNEY:

3    Q.   On Exhibit 6, the next page is the Box

4  and Whisker's chart.  Do you remember seeing that?

5    A.   Yes.  Yes.

6    Q.   And Mr. Irwin suggested to you that this

7  was generated by plaintiff's lawyers.  First of

8  all, I can represent to you it wasn't generated by

9  plaintiff's lawyers, but if it was generated by

10  plaintiff's lawyers, if the information is

11  accurate and reliable, would it still be something

12  that you would want to consider?

13    A.   Uh-huh (affirmative).

14    Q.   Is that a yes?

15    A.   Yes.

16    Q.   If you look at that Box and Whisker's

17  chart, it's on the next page of that exhibit, I

18  believe.  I'm sorry.  Exhibit 6.

19    A.   Okay.

20    Q.   I believe you testified a little bit as

21  to your understanding of what this exhibit

22  represents.  Do you remember that?

23    A.   Yes.  Yes.

24    Q.   And correct me, but I think you said

25  that it was something that you didn't know until

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1    very recently.  Is that right?

2         A.   Right.

3         Q.   So would this be something that you

4    would have learned, the information reflected in

5    Exhibit 6, Page 2, the Box and Whisker's chart, is

6    that something that you would have learned, that

7    information, after Mrs. Orr had already passed

8    away?

9         A.   Yes.  For sure.

10        Q.   Would you agree with me that looking at

11   that Box and Whisker's chart, that if you look at

12   the top 10 percent and the bottom 10 percent of

13   that chart, that there's about a five-fold

14   difference between those?

15        A.   Still on this chart here?  The bottom 10

16   percent is this little tiny glob of blocks going

17   from zero to something.  Is that right?

18        Q.   I believe it says the lowest 90 percent

19   is .6 to 154 micrograms per liter.  Do you see

20   that?

21        A.   Okay.

22        Q.   And if you look at the top five percent,

23   it's 211 to 671.

24        A.   Okay.

25        Q.   Right?

Electronic Copy - ACTIVE #87089757

1    A.    Would your question be -- you said ten

2  fold?

3    Q.    I think I said five fold.  There's a

4  huge difference between the top and the bottom in

5  that chart, isn't there?

6    MR. PAINE:

7         Objection.

8    A.    There's a mathematically -- whether you

9  want to put an adjective on the math, it would all

10  depend on how clinically relevant it is.  The

11  numbers are the numbers.

12  BY MR. ABNEY:

13    Q.    I'm not talking about clinical

14  relevance.  I'm just saying if you look at

15  patients that take -- and this one is 129 patients

16  that take the same dose of Xarelto, you have some

17  patients that have .6 micrograms per liter and

18  some patients that have way over 600 micrograms

19  per liter, right?

20    A.    Right.

21    Q.    You would agree with me that that is a

22  dramatic difference in response, right?

23    MR. PAINE:

24         Objection.  Form.

25    A.    It's a big difference.  Yes.

1    BY MR. ABNEY:

2        Q.   Just as a matter of housekeeping, I have

3    marked as Exhibit 37 to your deposition the

4    confidentiality order that you signed.  Is that

5    right?

6        A.   Yes.  That's it.

7        Q.   I don't think we will need that any

8    more.  I just wanted to make sure it was in the

9    record.  We will put that aside so it doesn't

10   cause any confusion.

11            Doctor, I have marked as Exhibit 38 to

12   your deposition an article by Wolfgang Mueck,

13   M-U-E-C-K.  Do you see that?

14       A.   I see it.

15       Q.   To your knowledge, have you ever seen

16   that document before?

17       A.   Maybe earlier today.  Maybe not.

18       Q.   I don't think so, but if not today, does

19   it look familiar?  Does it look like a study that

20   you have reviewed?

21       A.   I don't think it's a study that I have

22   reviewed.  No.

23       Q.   It says on the front page that -- I'm

24   assuming it's Dr. Mueck.  I'm not sure.  It lists

25   the authors in the bottom left corner and their

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1    address.  Evidently they are employees of Bayer

2    Pharma AG.  Do you see that?

3          A.   Yes.

4          Q.   If you turn over to Page 7 -- I think

5    there may be only page numbers on every other

6    page.

7          A.   I see 7.

8          Q.   At the top do you see Table 3 there?

9          A.   Yes.

10         Q.   Do you see the stroke prevention in

11   patients with AFib, there's a 20 milligram and a

12   15 milligram group?

13         A.   Yes.

14         Q.   And do you see the columns that look at

15   C-trough and C-max?

16         A.   Yes.

17         Q.   Is it your understanding that those are

18   the averages and the ranges of patients certain

19   concentrations both at trough and at peak?

20         A.   That's how I would interpret it.  Yes.

21         Q.   And if you look at the 20 milligram

22   dose, it's an average of 44, right?

23         A.   Average of 44.  Yes.

24         Q.   44 micrograms per liter.  And the range

25   is from 12 to 137, right?

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1      A.   Right.  Yes.

2      Q.   You would agree with me that's more than

3  a 10 fold, even more than maybe an 11 fold,

4  difference between the lowest and the highest

5  range?

6      A.   I think the math bears that out.  Yes.

7      Q.   Are you familiar with the area under the

8  curve analysis?  Have you seen that in studies?

9      A.   I know what it is mathematically.  I'm

10  not too sure how it's translated in there.  Oh,

11  are you talking about the curve for the time

12  versus the concentration?

13      Q.   Right.

14      A.   Yes.

15      Q.   If you look at the difference on the 20

16  milligram dose, it's 5,434 at the highest and

17  1,860 at the lowest, right?

18      A.   Yes.

19      Q.   And that's, if my math is right, more

20  than a two and a half fold difference, right?

21      A.   Yes.

22      Q.   And essentially -- we can go through

23  them all, but if you look at C-max, it's from 184

24  to 343, right, more than a doubling or about a

25  doubling?

Electronic Copy - ACTIVE #87089757

1      A.   Yes.

2      Q.   And the same is essentially true for the

3   15 milligram once-daily dosing, right?

4      A.   It looks like it.

5      Q.   Do you understand this to be -- we can

6   look at the two side by side if you want, but this

7   is essentially the same data that's published in

8   the Box and Whisker's showing the large

9   interpatient variability of this drug.  Does that

10  seem about accurate to you?

11     MR. PAINE:

12          Objection to form.

13     A.   Roughly.  Without looking back, yes.

14  BY MR. ABNEY:

15     Q.   Next I would like to show you Exhibit 39

16  to your deposition.  This is an analysis that is

17  actually done by J&J.  You are welcome to review

18  all of it if you would like to, but I wanted to

19  point your attention, I guess, first to Page 41.

20     A.   I see it.  Yes.

21     Q.   Do you see that scatter plot there?  And

22  this is another one of the ones that we will look

23  at in just a second, but you have seen that plot

24  before I think or one very similar to it?

25     A.   Yes.

Electronic Copy - ACTIVE #87089757

1    you see it's 43.6 and the range is from 12.2 to

2    137?

3        A.   I see that.  Yes.

4        Q.   Would you agree with me that that

5    represents more than a 10-fold difference between

6    the 5th and 95th percentiles?

7        MR. PAINE:

8            Objection.

9        A.   The math is easy, but basically I'm not

10   in the business of interpreting this kind of data,

11   and that's why, like most practicing doctors, I

12   trust the FDA to either approve it or not.  They

13   have people that know how to interpret this stuff.

14   BY MR. ABNEY:

15       Q.   Like I said, the math is pretty easy.

16   This shows that the 5th to the 95th percentile is

17   more than a 10-fold difference, right?

18       MR. PAINE:

19            Objection.

20       A.   Yes, but I don't know what it is to

21   Tylenol either.

22   BY MR. ABNEY:

23       Q.   Well, you know it's not 10 fold for

24   Warfarin, right?

25       A.   For the drug level, the amount of

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1    Warfarin that's in a person's blood -- what we

2    measure with Warfarin is the effect it has on the

3    prothrombin time, not the concentration of the

4    Warfarin.

5         Q.   But the concentration in the blood has a

6    direct impact on how the prothrombin time

7    responds, right?

8         A.   Right, but it's not linear.

9         Q.   Right.  And all I'm saying is if

10   Coumadin had a 10-fold difference between patients

11   and you give the same dose to one patient and

12   another, you don't expect the serum levels to be

13   10 times different, do you?

14        A.   I don't know what to expect from the

15   serum levels.  I have never been into measuring or

16   known anybody into measuring the serum levels of

17   the Warfarin.

18        Q.   But you know that the greater the serum

19   levels, the greater the propensity to bleed,

20   right?

21        MR. PAINE:

22             Objection.

23        A.   If that was translated directly into a

24   change in the INR.  Yes.

25   BY MR. ABNEY:

Electronic Copy - ACTIVE #87089757

1    first paragraph is that "Significant increases in

2    rivaroxaban exposure may increase bleeding risk,"

3    right?

4         A.   I see that too.  Yes.

5         Q.   Has anyone from Bayer or Janssen ever

6    told you what they meant by significant increases

7    in rivaroxaban exposure?

8         A.   No.

9         Q.   If you look at -- go over to 8.1.  It's

10   on Page 18.

11        A.   Okay.

12        Q.   8.1, the second sentence in that

13   paragraph, it begins, "The anticoagulant effect of

14   Xarelto."  Do you see that?

15        A.   And that's the third sentence.  Yes.

16        Q.   I'm sorry.  I missed a period.  You are

17   right.

18        A.   Yes.  I got it.

19        Q.   It says, "The anticoagulant effect of

20   Xarelto cannot be reliably monitored with standard

21   laboratory testing."  Do you see that?

22        A.   Right.

23        Q.   Do you understand that is the

24   manufacturer telling you that there's no way to

25   accurately monitor Xarelto levels in your

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1   patients?

2       MR. IRWIN:

3           Object to the form.

4       A.   Well, you say accurately, they say

5   reliability, but it's close to the same thing.

6   BY MR. ABNEY:

7       Q.   Let's be precise.  Do you understand

8   this as the manufacturer telling you that there's

9   no way to reliably monitor, with standard

10  laboratory testing, Xarelto levels in your

11  patients?

12      MR. IRWIN:

13          Objection.

14      A.   Assuming this document is written by the

15  manufacturer, it is.

16  BY MR. ABNEY:

17      Q.   It's their label.

18      A.   Well, then that's what it says.

19      Q.   And that's what you understood when you

20  were prescribing the drug?

21      A.   Yes.

22      Q.   Knowing that increased levels of Xarelto

23  can result in increased bleeding risk, if you had

24  been told that there was a way to reliably monitor

25  your patient's Xarelto levels with a standard

Protected - Subject To Further Protective Review

1    laboratory test, is that something that you would

2    have done?  Would you have wanted to know whether

3    they were having too much or too little Xarelto?

4         A.   Well, it's kind of a hypothetical

5    question.  I think I would have to know more

6    details about it.  I don't think I would be the

7    only one in the United States monitoring it then.

8    It would either be a widespread thing or not, but

9    I would probably be in with whatever the

10   mainstream is doing.

11        Q.   Are you aware that there are a number of

12   physicians that have published in the

13   peer-reviewed literature arguing that patients

14   should be monitored so that you can identify

15   over-absorbers or high-absorbers so that you can

16   switch them to something else or reduce their dose

17   before they have a horrible bleeding event?

18        MR. IRWIN:

19             Object to the form.

20        MR. PAINE:

21             Objection.

22        A.   I don't remember that at all.

23   BY MR. ABNEY:

24        Q.   But, again, we have looked at the

25   interpatient variability.  We have seen how high

Electronic Copy - ACTIVE #87089757

1   patients can be when they take Xarelto at

2   steady-state and we have seen how low they can be,

3   right?

4        A.   Right.

5        Q.   And knowing that the higher a patient is

6   the more likely they are to bleed.  If you could

7   do a simple PT test and determine whether a

8   patient was at the very high end and, therefore,

9   much more likely to bleed, is that something that

10  you would want to know?

11       A.   It's something that I would want to know

12  if the FDA had thought it was a good idea.  I put

13  a lot of faith in what the FDA allows the drug --

14  how it allows it to be used.

15       Q.   I take it from your earlier testimony,

16  you don't have a whole lot of experience with the

17  FDA and how they approve drugs.  Is that fair to

18  say?

19       A.   How they approve them?  I don't know all

20  of their techniques with approving a drug.

21       Q.   Are you familiar with the term "medical

22  review officer"?

23       A.   No.

24       Q.   So at the FDA when a drug is submitted,

25  a new drug application, there are medical review

1    Q.   Let's go back to Page 3 where the
2  medical review officers explain one of the reasons
3  they voted against approving this drug is because
4  there was no rational basis for the applicant's
5  choice of the dose in ROCKET tested, 20 milligrams
6  once a day.  They go on to say "The
7  pharmacokinetic/pharmacodynamic properties of
8  rivaroxaban suggest the drug should be
9  administered twice a day."  Do you see that?
10    A.   I see that.  Yes.
11    Q.   Has anybody ever told you that that was
12  the medical review officers for Xarelto of the
13  FDA's opinion?
14    A.   No.  No one has ever told me that.
15    Q.   If, in fact, it were safer and equally
16  effective to administer rivaroxaban twice a day at
17  10 milligrams, is that something that you would
18  do?
19    A.   As opposed to once a day?
20    Q.   Yes.
21    A.   If it was safer and more effective twice
22  a day?
23    Q.   Safer and equally as effective.
24    A.   Well, yes, I would.
25    Q.   Turn over on Page 4 at the bottom of the

Electronic Copy - ACTIVE #87089757

1    Q.    Whereas when you do Xarelto, Pradaxa, no

2  testing, you don't know, right?

3    A.    Right.

4    Q.    Do you think that they would find it to

5  be a happy medium to do this infrequent testing on

6  Xarelto or Pradaxa to find out where they are?

7    A.    From the patients that I deal with, and

8  I've got a lot of long chronic patients that I

9  really have got a close relationship to, I think

10  they would go with anything suggested.

11    Q.    If you knew that there was a way to

12  monitor Xarelto levels in your patient and do it

13  infrequently, was that something that you would

14  suggest to them?

15    A.    I would have to see it studied and see

16  all the data, but if it turned out to be a good

17  thing to do, I would certainly suggest it.  Yes.

18    Q.    I think what you said that we know is

19  the higher the prothrombin time, the more likely

20  they are to bleed, right?

21    A.    That's correct.

22    Q.    What other data would you need other

23  than knowing kind of what the ballpark is to keep

24  them in?

25    A.    The outcome of the patient.  In other

Electronic Copy - ACTIVE #87089757

1    words, if you want us to initiate a new way to use

2    the drug, I would say you want the data on the

3    measurement you want and then you want the data of

4    how that measurement benefited or harmed or did

5    nothing for the patient.  The outcome data too.

6         Q.   But you know if you keep the patient

7    from being at the very high range of the PT that

8    you are protecting them from bleeds, right?

9         A.   You generally would think that.

10        Q.   Well, at least that's what the medical

11   review officers think when they say, "They also

12   demonstrated that there is a correlation between

13   PT and risk of bleeding," right?

14        A.   Yeah.  I remember that sentence.  I

15   don't see where it is on the page right now.

16        Q.   It was right there under "Additional

17   Issues."

18        A.   Okay.  Back up to the middle.  Okay.

19        Q.   I think that's all I have on that

20   document, Doctor.  Let me show what has been

21   marked as Exhibit 41 to your deposition.  This is

22   a document that was produced by the defendants,

23   but it's a letter from the FDA to Janssen, and I

24   just want to make two quick points.  The date it

25   was received by Janssen was February 20th, 2014.

Protected - Subject To Further Protective Review

1    Do you see that stamp there?

2         A.   Yes.

3         Q.   One of the things that it's asking

4    Janssen to do, on Page 2, if you look at that

5    first full paragraph there, it says -- I'm not

6    sure the English is too accurate, but it says

7    "Provide also provide a Forest plot showing the

8    risk of major bleeding (same definition used in

9    Table 1) in the following subgroups of interest at

10   baseline, " Number 9 is geographic region.  Do you

11   see that?

12        A.   Yes.

13        Q.   That's in February of 2014.  Now, if you

14   could look at Exhibit 13.

15        A.   I think it's somewhere in this stack.

16        Q.   It should be.  That's a 2015 Xarelto

17   label, I believe, that Mr. Irwin showed you,

18   right?

19        A.   Yes.

20        Q.   So if you look over on Page 5, do you

21   see that chart where he has got the red box around

22   it?

23        A.   Yes.

24        Q.   This is showing rivaroxaban versus

25   Warfarin just from patients in the United States

Electronic Copy - ACTIVE #8087089757

1    in the ROCKET trial.  Do you understand that?

2        A.   Yes.  Well, the red box, the first line

3    says "U.S.," and the second line says "Outside

4    U.S."

5        Q.   Right.  So it's inside versus outside.

6        A.   Yes.  Okay.

7        Q.   And for the patients inside the U.S.,

8    Warfarin is safer with respect to major bleeds.

9    Would you agree with that?

10       A.   It's almost too tiny to see.

11       Q.   If you look at the top, it says "Hazard

12   Ratio and 95 Conference Interval"?

13       A.   Hazard Ratio.  Okay.  Yes.

14       Q.   And then on the right-hand side, it says

15   "Favor Warfarin"?

16       A.   "Favor Warfarin."  Yes.

17       Q.   And if you look at the box for the U.S.,

18   it's clearly on the side of "Favor Warfarin,"

19   right?

20       A.   Yes.

21       Q.   And that's statistically significant.

22   The 95 percent conference interval shows the

23   greater risk of bleeding on Xarelto, right?

24       A.   I'm not a statistician, but I'm

25   following your logic here.

Protected - Subject To Further Protective Review

1      Q.   Do you understand "statistically

2  significant" means the results, the 95 percent

3  conference interval, doesn't cross one?

4      A.   Yes.

5      Q.   And so if you look at the U.S. data and

6  if you look at the top heading where it says

7  "Hazard Ratio 95 Percent Conference Intervals,"

8  you can see that the box for the U.S. is greater

9  than one even at the lowest level, right, the

10  lower limit?

11      A.   That's what it looks like.  Yes.

12      Q.   And then for outside the U.S., it favors

13  rivaroxaban, right?

14      A.   Yes.

15      Q.   It crosses one, but the dot is less than

16  one, right?

17      A.   Right.

18      Q.   If U.S. patients were better controlled

19  on Warfarin than other patients outside the U.S.,

20  that would explain why the U.S. subgroup favored

21  Warfarin and the rest of the world favored

22  rivaroxaban, right?

23      MR. PAINE:

24          Objection.

25      A.   Okay.  I can see where you're going.

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

1   This is not the way I usually look at things, but

2   I see your point there.  Yes.

3   BY MR. ABNEY:

4       Q.   The point is if you are in the US, you

5   are safer on Warfarin than on rivaroxaban, right?

6       MR. PAINE:

7           Objection.

8       A.   As you are explaining this to me, that's

9   what it appears to show.  I don't know any of the

10  details of the study.

11  BY MR. ABNEY:

12      Q.   We will look at some other data, but if

13  the other data shows that the U.S. had the best

14  control of Warfarin patients and other parts of

15  the world had much worse control, that would

16  explain in your mind why in the U.S. Warfarin was

17  better for patients than rivaroxaban, right?

18      MR. PAINE:

19          Objection.

20      A.   It would have more to do with the way

21  the drug was controlled rather than the drug

22  itself then.  Yes.

23  BY MR. ABNEY:

24      Q.   I'm sorry to keep going back and forth.

25  Can you go back to Exhibit 9, which is the other

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

1   label that we looked at a minute ago?  The one

2   that we were just looking at was the 2015 label.

3   Exhibit 9 is the 2014 label, right?  It says right

4   here.

5        A.   Exhibit 9.  Yes.  Revised 2/2014.

6        Q.   And I believe Mr. Irwin represented that

7   this was the label that would have been in effect

8   when you were prescribing Xarelto for Mrs. Orr,

9   right?

10       A.   I think so.

11       Q.   The data showing in the U.S. patients

12  faired better on Warfarin than they did on

13  rivaroxaban with respect to major bleeds isn't in

14  the label that was in use when you were treating

15  Mrs. Orr.  Do you recall that?

16       A.   I don't have the label memorized, but I

17  do recall the issue, but as far as we believed,

18  you didn't need to check the prothrombin times.

19       Q.   Right.  And, in fact, remember they told

20  you that there was no way to check the rivaroxaban

21  levels, right?

22       A.   Uh-huh (affirmative).

23       Q.   Let's look at Exhibit 9.  I want to

24  follow up with a few other things that Mr. Irwin

25  asked you about.  Mr. Irwin showed you Page 11,

Electronic Copy - ACTIVE #87089757
Protected - Subject To Further Protective Review

```
 1   Table 1.  Do you remember that?
 2        A.   In Exhibit 9?
 3        Q.   Yes, sir.
 4        A.   Okay.  Page 11, Table 1.  Okay.
 5        Q.   And if you look at the major bleeding in
 6   this table, it doesn't break it out by U.S. versus
 7   the rest of the world, does it?
 8        A.   Not that I see.  No.
 9        Q.   And it makes it look like the major
10   bleeding was about the same in the U.S. versus the
11   rest of the world, right?  I'm sorry.  Strike
12   that.  I totally misspoke.
13           Would you agree that Table 1 makes it
14   appear that the risk for major bleeding from
15   Xarelto and Warfarin are about the same?
16        A.   That's what this data says.  Yes.
17        Q.   And it doesn't break it out showing how
18   the U.S. differed from the rest of the world,
19   right?
20        A.   Right.
21        Q.   And he pointed to the -- I don't know
22   what you call it -- the last footnote down there,
23   like the double cross.  It says the major of the
24   events were intracranial, right?
25        A.   Right.
```

Electronic Copy - ACTIVE #87089757

1    it not related?

2         A.    They bled.

3         Q.    Would you agree that patients that have

4    Xarelto on board are more likely to have brain

5    bleeds than patients not on Xarelto?

6         A.    Patients on any anticoagulant are more

7    likely to have brain bleeds than patients who are

8    not anticoagulated.  Yes.

9         Q.    Do you know Dr. Ogden very well?

10        A.    No.

11        Q.    Do you have any reason to believe that

12   he's not a competent neurologist?

13        A.    No.  I don't have any reason to believe

14   he's not competent.

15        MR. IRWIN:

16             Neurologist?

17        A.    Radiologist you meant to say; is that

18   right?

19   BY MR. ABNEY:

20        Q.    I thought he was a neurologist.  Is he a

21   radiologist?

22        A.    Only radiologists read these CAT scans.

23        Q.    I'm sorry.  It says right here.  He's

24   vascular neurology.

25        A.    Okay.  Yes.  Wait.  Vascular neurology?

Electronic Copy - ACTIVE #8708757

1  Q.   Are you aware of anything that has been

2  done to date to validate this scoring system for

3  patients on the new anticoagulants like Xarelto?

4  A.   No.

5  Q.   Dr. St. Martin, we have discussed a fair

6  amount the ROCKET study and the fact that the

7  Warfarin arm of the ROCKET study was not well

8  controlled.

9  MR. IRWIN:

10       Object to the form.

11  BY MR. ABNEY:

12  Q.   That's the 55 percent therapeutic range.

13  Do you remember that?

14  A.   Yes.

15  Q.   Are you also aware that there are other

16  issues with the ROCKET study as far as its

17  validity?

18  MR. PAINE:

19       Objection.

20  A.   Not right off.

21  BY MR. ABNEY:

22  Q.   One of the things that you talked to

23  Mr. Irwin about earlier in your deposition was the

24  INRatio device, the point-of-care device, that was

25  used to monitor the patients in the ROCKET study.

Protected - Subject To Further Protective Review

1    Do you remember that?

2         A.    I remember that topic.  Yes.

3         Q.    We don't need to go through the

4    exhibits, but I believe he showed you some things

5    that looked like press releases basically saying

6    that the EMA and the doctors that did the study

7    originally had both looked at the issue and

8    concluded that the inaccuracies in that device

9    didn't really have any impact.  Do you remember

10   that?

11        A.    Vaguely.  Yes.  Translating that the

12   device was okay, though.

13        Q.    Are you aware that the device was

14   recalled because it was defective?

15        A.    No.  No.  I'm just trying to understand

16   your sentence that the irregularities in the

17   device had no impact.

18        Q.    Right.  I think they acknowledge that

19   the device was defective, but they say the defect

20   didn't skew the results of the study at all.  I

21   think that's the gist of the documents that

22   Mr. Irwin showed you.

23        A.    Okay.

24        Q.    Just to refresh your recollection of

25   where we are going.  If you could look at Exhibit

Protected - Subject To Further Protective Review

1  No. 17.  Those should be in order.  Those are just

2  two single pages that look like this.

3       A.  Well, unfortunately they have gotten out

4  of order.

5       Q.  We can move on.  One of the documents he

6  showed you was this thing that looks like a press

7  release.  It says, "EMA Concludes Defective Device

8  in ROCKET Study Does Not Impact Xarelto's Safety."

9       A.  Right.  I saw that earlier today.

10      Q.  What I'm showing you now is the EMA's

11 report as opposed to that press release.  If you

12 look at Page 28 of the report.  Are you there?

13      A.  I'm on 28.  Yes.

14      Q.  If you look at Table 1 at the top of the

15 page.

16      A.  Okay.

17      Q.  It's kind of confusing, but the way I

18 understand it is in the study, at least two points

19 in time, they took specimens from the patients

20 contemporaneously with the point-of-care device

21 measuring their INRs.

22      A.  That's what it looks like.

23      Q.  And then they sent those samples off to

24 the central lab, and the lab then performed a lab

25 INR.

Protected - Subject To Further Protective Review

1       A.   Okay.

2       Q.   And what they have at the top is showing

3   the lab INR measurements and then on the other

4   side showing what the device INR corresponded to.

5   Do you see that?

6       A.   Uh-huh (affirmative).

7       Q.   So if you look, for instance, at lab

8   values greater than 4 --

9       A.   Uh-huh (affirmative).

10      Q.   -- you would agree with me, wouldn't

11  you, that a lab value INR greater than four would

12  be a patient that was at a high risk of a bleed

13  event?

14      A.   Right.

15      Q.   And in your practice, you would probably

16  never allow patients to get to a 4 INR, would you?

17      A.   Well, if we did, we reverse it quickly.

18      Q.   Right.  And so if you look at this, the

19  device INR, when the lab value said that it was

20  greater than 4, it found that in 767 patients,

21  right?

22      A.   The top of the fourth column from the

23  left?

24      Q.   Right.

25      A.   Okay.

Electronic Copy - ACTIVE #87089757

1    Q.   And if you look, the device INR for

2    those same folks had readings of less than two in

3    47 patients.

4    A.   Right.

5    Q.   And if you are a physician and the only

6    information you have is this defective

7    point-of-care device that says the patient's INR

8    is less than two, you would give them more

9    Coumadin, right?

10   A.   That's a good speculation.  Yes.

11   Q.   In your practice if your patients come

12   in less than two, you would give them an increased

13   dose, right?

14   A.   Well, when I say it's a speculation

15   because everybody is different, and I think if

16   that was out of bounds from the way they had been

17   for a while, we would repeat it before we make any

18   decision rather than just shoot from the hip and

19   change the dose, but you are on the right track.

20   Q.   If all you know is the patient's INR is

21   two, you would raise the dose, right?

22   A.   Yes.  As long as you had reason to

23   believe that it was two or less than two that we

24   were talking about, you would raise the dose some.

25   Q.   And I will represent to you in the study

```
 1   the only information that the doctor has got was
 2   the point-of-care device, not the lab readings.
 3        A.   Okay.
 4        Q.   So if you think your patient's INR is
 5   less than two and you give them more Coumadin and
 6   their INR was actually greater than four, what
 7   impact would that likely have on the patient?
 8        A.   Well, the blood would get thinner and
 9   they would be more likely to have a problem
10   bleeding.
11        Q.   Right.  And if you look at the next
12   column, two to three, there's 172 patients where
13   the point-of-care device says their INR is two to
14   three and the lab says it's greater than four,
15   right?
16        A.   Right.  Yes.
17        Q.   And so if you have a patient that's in
18   the two to three range, you probably would do no
19   dose adjustment at all, right?
20        A.   That's correct.
21        Q.   But if the patient really was in greater
22   than four, you would want to reduce their dose,
23   otherwise they are at an increased risk of
24   bleeding, right?
25        A.   Right.
```

Protected - Subject To Further Protective Review

1    Q.   If you go down to three paragraphs

2    there, actually four paragraphs -- these are small

3    paragraphs --  it begins with "34 percent."  Do

4    you see where they say "34 percent of the

5    measurements had lower device INR values compared

6    with lab INRs"?

7    A.   I see that.

8    Q.   That's a significant rate of error,

9    wouldn't you agree?

10   A.   A third.  Yes.

11   Q.   And then it says, which I think we saw

12   in the chart up here, it says, "Five percent of

13   measurements for the device NR were lower by two

14   categories compared to the lab INRs, meaning the

15   dose would have been increased or maintained when

16   it should have been decreased according to the INR

17   categories," right?

18   A.   Right.

19   Q.   And would you agree with that statement?

20   A.   This gets a little confusing.  Go ahead

21   and make the statement again that I have to agree

22   with.

23   Q.   That if the device measured two

24   categories lower meaning that the dose would have

25   been increased or maintained when it should have

Protected - Subject To Further Protective Review

1   been decreased.

2        A.   You mean it was really elevated but it

3   was measuring lower than the elevation?

4        Q.   If you get an INR that is two categories

5   off -- these are the categories, less than two,

6   two to three, three to four, or greater than four.

7        A.   Okay.  Category.  I was thinking in

8   terms of the number itself.  Okay.  Categories.

9   Okay.

10       Q.   So if they are off by two categories,

11  that would be a problem.  That's what they are

12  saying.

13       A.   Yes.

14       Q.   You would agree with that, right?

15       A.   That would be a problem.  Yes.

16       Q.   And then right above where it says "CHMP

17  discussion" on Question 4, it says "Similar

18  findings are present at week 24."  So they did

19  this lab testing at week 12 and at week 24.  They

20  said, "It's of note that the subjects do not

21  always stay in their category throughout the study

22  as they were in week 12 or 24," right?

23       A.   Right.

24       Q.   So what they are saying is that they get

25  similar results at two points in time comparing

Protected - Subject To Further Protective Review

1   this point-of-care device with the lab values,

2   right?

3        A.   Yes.

4        Q.   And if you turn over one page before on

5   Page 27 --

6        A.   Okay.

7        Q.   Let me explain to you something else.

8   The INRatio device was recalled and they claimed

9   that patients that had certain disease states or

10  characteristics, a fairly limited number of

11  patients, that the point-of-care device wouldn't

12  work in those patients, and so when the

13  researchers at Duke that Mr. Irwin talked to you

14  about and the European Medical Association went

15  back and did their re-analysis, they only looked

16  at the patients that had been identified as having

17  those specific conditions that the point-of-care

18  device was recalled for.  Are you with me?

19       A.   Okay.

20       MR. IRWIN:

21            Object to the form.

22  BY MR. ABNEY:

23       Q.   They didn't look at the entire

24  population.

25       MR. IRWIN:

Protected - Subject To Further Protective Review

```
 1              Leading.  I'm going to start objecting

 2   to all the leading questions.  I have not been

 3   doing it.  I'm going to start right now.

 4        MR. ABNEY:

 5              Feel free.

 6   BY MR. ABNEY:

 7        Q.   So on the top of Page 27, do you see

 8   where they say "A pronounced similarity is

 9   observed between patients that had a

10   recall-related time of observation and the

11   complete dataset irrespectively if the patients

12   had a recall-related time and event of the study

13   or at the measurement time points."

14        A.   That is a very confusing sentence.

15        Q.   I agree it is.  Look at the next

16   sentence and see if it clarifies it.  It says,

17   "Therefore, this can question to some extent the

18   relevance of the originally performed sensitivity

19   analyses which were focusing on identification of

20   patients that had a device recall time of

21   observation (see above)."

22        A.   Okay.

23        Q.   Do you understand that to mean that what

24   they are saying is "We have looked at all of these

25   measurements and the point-of-care device is
```

Protected - Subject To Further Protective Review

1    similarly erroneous whether the patient had a

2    condition subject to the recall or not." So this

3    throws into question the whole analysis. We

4    should be looking at the whole dataset, not just

5    those patients that had a recall condition. Does

6    that make sense?

7        MR. IRWIN:

8            Objection. Form. Leading.

9    BY MR. ABNEY:

10       Q.   Does that make sense?

11       A.   I think I need to think about this for

12   an hour before it makes sense. You have thought

13   about this a lot longer than I have. I have been

14   thinking about it for 60 seconds.

15       Q.   I know. We will come back. Go down to

16   the first full paragraph, second full paragraph,

17   "CHMP Overall Conclusions, Questions 1 through 3."

18   Do you see where it says, "It is also concluded

19   that the originally performed sensitivity analysis

20   provided in October 2015," the one Mr. Irwin

21   talked to you about, "do not seem to have captured

22   the discrepancies observed at weeks 12 and 24.

23   These analyses were based on retrospective

24   identification of patients with clinical or

25   laboratory conditions where the device estimated

Protected - Subject To Further Protective Review

```
1   INR would be unreliable according to the Alere

2   recall notice information."

3        MR. IRWIN:

4           Object to the form if that's a question.

5   BY MR. ABNEY:

6        Q.   Do you see that?

7        A.   Yes.  I see the sentence.  Yes.

8        Q.   Okay.  Take your time and read it.

9        A.   Is there a question?

10       Q.   The question is do you understand that

11  to be telling the public that the sensitivity

12  analysis that was done in October '15 was looking

13  only at patients that had this clinical or

14  laboratory condition where the device estimated

15  INR would be unreliable according to the Alere

16  recall notice information?

17       A.   This looks like just a couple of brief

18  paragraphs describing a huge issue, and it doesn't

19  really give me enough information to just shoot

20  from the hip with an opinion about it to tell you

21  the truth.

22       Q.   I'm just asking you, when you read that,

23  do you understand it to say that the October 2015

24  re-analysis was based only on patients that were

25  diagnosed with conditions that the Alere recall
```

Electronic Copy - ACTIVE #87089757

1   said would result in abnormal readings, unreliable

2   readings?

3        MR. IRWIN:

4             Object to the form.

5        A.   It's too confusing for me to give you an

6   answer.

7   BY MR. ABNEY:

8        Q.   Okay.  Is there any study other than the

9   ROCKET study that you rely on for your opinions

10  about the safety or efficacy of Xarelto in

11  treating AFib patients?

12       A.   Not that I recall right now.  No.

13       Q.   We have looked today at the poor time in

14  therapeutic range for the Warfarin group, right,

15  in the ROCKET study?

16       A.   Yes.

17       Q.   And we have looked at this issue about

18  the recall device thrown into question, how valid

19  even the 55 percent therapeutic range is because

20  the device, as shown by the EMA, was inaccurate a

21  fair percentage of the time.  Do you agree with

22  that?

23       MR. IRWIN:

24             Objection to the form.

25       MR. PAINE:

Electronic Copy - ACTIVE #87089757

1    Q.   Dr. Califf was an author of the ROCKET

2  study.  Did you know that?

3    A.   No.

4    Q.   Let me show you St. Martin 48.  I don't

5  have an extra copy.

6    A.   Okay.

7    Q.   Do you see Dr. Califf is an author of

8  that study?

9    A.   Yes.

10  MR. ABNEY:

11       Can I look at the study?

12  BY MR. IRWIN:

13    Q.   When was that study published?

14    A.   September 8th, 2011.

15    Q.   That's three years after those emails?

16    A.   Roughly.  Yes.  Yes.  A little bit more.

17    Q.   And you know that the published study,

18  of which he is a signed off on author, involves 20

19  milligram doses, does it not?

20    A.   That's what it says in the second

21  paragraph.

22    Q.   Doctor, you were asked a lot of

23  questions about the EMEA and you were shown all

24  sorts of data about the INR.  Do you remember

25  that?

Protected - Subject To Further Protective Review

1        A.   Yes.  Yes.

2        Q.   And you were asked about percentages and

3    rates and categories.  Do you remember all of

4    that?

5        A.   Sure.

6        Q.   Did any of that give you the feeling

7    that you were in a position to dispute the

8    conclusion of the EMEA that the device did not

9    affect the integrity of the study?

10       A.   No.

11       Q.   You were asked all sorts of questions

12   about monitoring, hypothetically monitoring, a

13   Xarelto patient when you put him on the medicine,

14   a month later, a year later.  Do you remember

15   those questions?

16       A.   Sure.

17       Q.   Does anybody in your group, your

18   practice group, monitor Xarelto patients?

19       A.   No.

20       Q.   Does anybody --

21       A.   You mean monitor with the lab tests?

22       Q.   Yes.

23       A.   No.

24       Q.   Nobody does, right?

25       A.   No.  No.

Protected - Subject To Further Protective Review

1      Q.    When you go to CME programs and listen

2   to your colleagues and try to learn about the best

3   therapies around the country for anticoagulants,

4   do any of those people ever say that they

5   monitoring their Xarelto patients?

6      A.    I have never seen it done.  No.

7      Q.    Is there anything in the FDA label --

8   and I'm not going to pull it out, but you just

9   tell me.  Is there anything in the FDA label that

10  tells you to monitor the patients?

11     A.    Not that I recall.  No.

12     Q.    Then you were asked all sorts of

13  questions about time in therapeutic range.  Do you

14  remember that?

15     A.    Uh-huh (affirmative).

16     Q.    55 percent, 60 percent, where was

17  Warfarin, where is your practice.  Had you ever

18  studied any of that before?

19     A.    No.

20     Q.    What does that have to do with Mrs. Orr?

21     A.    Only that she took Xarelto.

22     Q.    Where was her INR and where was her

23  prothrombin when she had her event?

24     A.    I don't know.

25     Q.    Let me show you.

Protected - Subject To Further Protective Review

```
 1          A.    Okay.

 2          Q.    Here is Exhibit 49.  You can see this is

 3     the lab report.

 4          A.    Okay.  So this is from when she got out

 5     of what we call the main campus.

 6          Q.    That's right.  If you go, Doctor, flip

 7     down to Bates number Page 461.

 8          A.    Okay.

 9          Q.    If you look at the bottom, do you see

10     they did a lab on her prothrombin time --

11          A.    Right.

12          Q.    -- and her INR?

13          A.    Perfectly normal.

14          Q.    So what is all of that stuff about --

15     two hours we went through listening to time in

16     therapeutic range and all of those percentages.

17     What does that have to do with Mrs. Orr?

18          A.    It's hard to say it has anything to do

19     with Mrs. Orr.

20          Q.    I will just set the record straight on

21     this.  Do you remember this document?

22          A.    I sure do.  Yes.

23          Q.    I told you that it was prepared by a

24     plaintiff lawyer.  Do you remember that?

25          A.    Yes.
```

Electronic Copy - ACTIVE #87089757

1    lawyer says "Does this have a source?"  And the

2    plaintiff lawyer said, "I just said the source.

3    We created this chart derived from the data from

4    the subset of patients whose plasma concentrations

5    were measured."

6            Are you satisfied from what I just read

7    to you that the plaintiff lawyers prepared that

8    chart?

9        MR. ABNEY:

10           Object to the form.

11       A.   It certainly sounds like it.  Yes.  That

12   was testimony under oath?

13   BY MR. IRWIN:

14       Q.   Under oath.  Doctor, after what you have

15   listened to about time in therapeutic range and

16   monitoring and EMA, INRs and everything else, does

17   any of that change your view that your decision to

18   convert her, change her over to Xarelto in

19   February of 2014 was an imprudent decision?

20       A.   No.

21       MR. ABNEY:

22           Objection to form.

23   BY MR. IRWIN:

24       Q.   And in February of 2014, did you think

25   you knew all of the essential information to make

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

```
 1    a proper risk and benefit decision --

 2         A.   Yes.

 3         Q.   -- in that regard?

 4         A.   Yes.

 5         Q.   And after you have listened to these I'm

 6    going to call them minutia -- maybe there will be

 7    an objection to that question -- about time and

 8    therapeutic range, about EMA, INRs, about

 9    monitoring Xarelto, does any of that change your

10    view --

11         A.   No, it doesn't.

12         Q.   -- that your decision, if you had to

13    make it again today, you would still make back in

14    February of 2014?

15         A.   Yes.

16         MR. ABNEY:

17              Object to the form.

18    BY MR. IRWIN:

19         Q.   As you said earlier, you didn't have a

20    crystal ball back then.

21         A.   Right.

22         Q.   But even with the benefit of hindsight

23    today, you still believe that it was a correct

24    prescribing decision?

25         A.   Right.
```

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

1    Q.   You would still make it today.  You

2  would not change it?

3    A.   Right.  Like many decisions we make in

4  medicine.

5    Q.   You were asked about a reversal agent.

6  You know there is no reversal agent for Xarelto

7  Factor 10a activity, right?

8    A.   Right.

9    Q.   You have no way of knowing, as we sit

10  here today, whether the outcome on Warfarin with

11  this unfortunate intraventricular hemorrhage would

12  have been any different, do you?

13    A.   Right.  No, we don't.

14  MR. ABNEY:

15         Object to the form.

16  BY MR. IRWIN:

17    Q.   Or for that matter on any other

18  anticoagulant; is that correct, sir?

19    A.   That's correct.  Yes.

20    Q.   That's all the questions that I have.

21  Thank you very much, Doctor.

22  BY MR. ABNEY:

23    Q.   I have a few follow-ups.  Doctor, you

24  were just asked and testified that you thought you

25  knew all you needed to know to do a risk benefit

1    analysis for Mrs. Orr with respect to rivaroxaban,

2    right?

3         A.    Yes.

4         Q.    As we have looked at all of these

5    documents here today, it's pretty clear, isn't it,

6    that there is no sufficient data by which to judge

7    the risk benefits of Xarelto because they didn't

8    study it, they didn't study Xarelto versus what

9    you have in your clinic, which is well-controlled

10   Coumadin patients, right?

11        MR. PAINE:

12             Objection.

13        A.    But I have seen enough patients on

14   Xarelto and I have given it to enough people that

15   I have seen with my own two eyes more benefit than

16   risk.  I have not done a statistical study on them

17   as I'm a practitioner.

18   BY MR. ABNEY:

19        Q.    So you think that your own personal

20   experience in treating patients without the

21   benefit of any kind of epidemiologic assessment or

22   statistical analysis you think that patients are

23   better off on Xarelto than Warfarin?

24        A.    No.  I think they are about equally well

25   off.

Electronic Copy - ACTIVE #87089757

1      Q.   How many patients have you had on

2    Warfarin that have had intracranial hemorrhages

3    and died?

4      A.   I have no idea what the number would be.

5    I have had people die from hemorrhage on any

6    anticoagulants.  I have been a doctor for 50 years

7    now, this year --

8      Q.   How long --

9    MR. IRWIN:

10          Let him finish his answer, please.

11     A.   And so I have seen people hemorrhage

12   from any blood-thinning drug that's been around

13   during that time.

14   BY MR. ABNEY:

15     Q.   How long have you been prescribing

16   Xarelto?

17     A.   Probably since around the time it came

18   out.

19     Q.   Which was when?

20     A.   I don't remember exactly.

21     Q.   So of your patient population, what

22   percent is on Xarelto versus Warfarin?

23     A.   I don't have that statistic.  The

24   majority of our patients are on Warfarin because

25   they have been on it for a long time.

Protected - Subject To Further Protective Review

1      Q.    Knowing that, do you think it would be

2  prudent to take a patient's, especially a patient

3  that you think may be overexposed because of age

4  or lightweight or kidney function, that you could

5  get a simple easy test done to see if they are out

6  of bounds?

7      A.    It sounds like an interesting idea.

8      Q.    Do you remember talking about the

9  Japanese study where the patient population was

10  lightweight?

11      A.    Uh-huh (affirmative).

12      Q.    And that was the explanation for why

13  they were being overexposed?

14      A.    Uh-huh (affirmative).

15      Q.    Do you realize that the last couple of

16  times -- we went through the medical records.  You

17  can look at them again if you want to, but do you

18  realize that the last few times you saw Mrs. Orr,

19  she was in that weight range of the patients in

20  the Japanese study?

21      A.    Uh-huh (affirmative).

22      Q.    Is that a yes?

23  MR. IRWIN:

24          You are out of time, Counsel.

25  BY MR. ABNEY:

Protected - Subject To Further Protective Review

```
 1              Object to the form and the sidebar.
 2  BY MR. IRWIN:
 3      Q.   And if this doesn't help you make
 4  judgments for what's good for your patient or
 5  what's not good for your patient, this doesn't
 6  help you, does it?
 7      MR. ABNEY:
 8              Object to the form.
 9      A.   Basically it doesn't.  Right.
10  BY MR. IRWIN:
11      Q.   I would like you to look at the
12  Limitations of Study on Page 9.
13      A.   We are still on the thrombosis research?
14      Q.   Yes.  I will highlight it for you.
15      A.   Okay.
16      Q.   Would you read that sentence out loud
17  for the record that I have highlighted?
18      A.   "Moreover it is currently unknown how
19  coagulation assays are predictive for the bleeding
20  risk.  However, it is not ethically acceptable to
21  expose patients to high risk overdose of
22  rivaroxaban to study the impact on coagulation
23  tests."
24      Q.   So these are nice tests, I guess, but
25  they don't tell you anything about what the result
```

Electronic Copy - ACTIVE #87089757

Protected - Subject To Further Protective Review

```
 1   will be in terms of a bleeding risk to the

 2   patient, do they?

 3        A.   Right.

 4        Q.   And that's all that counts, isn't it?

 5        A.   (Nodding head affirmatively).

 6   MR. ABNEY:

 7             Object to the form.

 8   BY MR. IRWIN:

 9        Q.   To you that's what counts, right?

10        A.   Yes.  Right.

11        Q.   I ask my last question again.  Nothing

12   that he just asked you in the last few minutes,

13   nothing in this article, Exhibit 51, changes your

14   opinion looking back on this that your

15   prescription for her to change over to Xarelto was

16   a prudent choice that you would not change today,

17   correct?

18        A.   No, I would not.

19   MR. ABNEY:

20             Object to the form.

21        A.   I feel comfortable with the decision.

22   MR. IRWIN:

23             That's all the questions that I have.

24   Thank you very much.

25             THE VIDEOGRAPHER:
```

```
 1              C E R T I F I C A T E
 2         This certification is valid only for a
      transcript accompanied by my original signature
 3    and original required seal on this page.
 4              I, Diana S. Ezell, Certified Court
      Reporter, Registered Professional Reporter,
 5    Registered Merit Reporter, in and for the State of
      Louisiana, as the officer before whom this
 6    testimony was taken, do hereby certify that
      Maurice St. Martin, M.D., after having been duly
 7    sworn by me upon authority of R.S. 37:2554, did
      testify as hereinbefore set forth in the foregoing
 8    320 pages; that this testimony was reported by me
      in the stenotype reporting method, was prepared
 9    and transcribed by me or under my personal
      direction and supervision, and is a true and
10    correct transcript to the best of my ability and
      understanding; that the transcript has been
11    prepared in compliance with transcript format
      guidelines required by statute or by rules of the
12    board;
              That I am informed about the complete
13    arrangement, financial or otherwise, with the
      person or entity making arrangements for
14    deposition services; that I have acted in
      compliance with the prohibition on contractual
15    relationships, as defined by Louisiana Code of
      Civil Procedure Article 1434 and in rules and
16    advisory opinions of the board; that I have no
      actual knowledge of any prohibited employment or
17    contractual relationship, direct or indirect,
      between a court reporting firm and any party
18    litigant in this matter; nor is there any such
      relationship between myself and a party litigant
19    in this matter;
              That I am not related to counsel or to the
20    parties herein, nor am I otherwise interested in
      the outcome of this matter;
21              This 29th day of June, 2016, at New
      Orleans, Louisiana.
22
23

24              _____
                DIANA S. EZELL, CCR, RPR, RMR
                CERTIFIED COURT REPORTER #85142
25
```

# XARELTO®
(rivaroxaban) tablets, for oral use

Revised: 09/2015
038571-150812

## HIGHLIGHTS OF PRESCRIBING INFORMATION
**These highlights do not include all the information needed to use XARELTO® (rivaroxaban) safely and effectively. See full prescribing information for XARELTO.**

**XARELTO (rivaroxaban) tablets, for oral use**
Initial U.S. Approval: 2011

---

**WARNING: (A) PREMATURE DISCONTINUATION OF XARELTO INCREASES THE RISK OF THROMBOTIC EVENTS, (B) SPINAL/EPIDURAL HEMATOMA**

*See full prescribing information for complete boxed warning*

**(A) PREMATURE DISCONTINUATION OF XARELTO INCREASES THE RISK OF THROMBOTIC EVENTS**

Premature discontinuation of any oral anticoagulant, including XARELTO, increases the risk of thrombotic events. To reduce this risk, consider coverage with another anticoagulant if XARELTO is discontinued for a reason other than pathological bleeding or completion of a course of therapy (2.2, 2.6, 5.1, 14.1).

**(B) SPINAL/EPIDURAL HEMATOMA**

Epidural or spinal hematomas have occurred in patients treated with XARELTO who are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis (5.2, 5.3, 6.2).

Monitor patients frequently for signs and symptoms of neurological impairment and if observed, treat urgently. Consider the benefits and risks before neuraxial intervention in patients who are or who need to be anticoagulated (5.3).

---

--------------------- RECENT MAJOR CHANGES ---------------------
Dosage and Administration (2.8)       01/2015

--------------------- INDICATIONS AND USAGE ---------------------
XARELTO is a factor Xa inhibitor indicated:
- to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation (1.1)
- for the treatment of deep vein thrombosis (DVT), pulmonary embolism (PE), and for the reduction in the risk of recurrence of DVT and of PE (1.2, 1.3, 1.4)
- for the prophylaxis of DVT, which may lead to PE in patients undergoing knee or hip replacement surgery (1.5)

--------------------- DOSAGE AND ADMINISTRATION ---------------------
- Take 15 mg and 20 mg tablets with food; take 10 mg tablets with or without food (2.1)
- Nonvalvular Atrial Fibrillation:
  o For patients with CrCl >50 mL/min: 20 mg orally, once daily **with the evening meal** (2.3)
  o For patients with CrCl 15 - 50 mL/min: 15 mg orally, once daily **with the evening meal** (2.3)
- Treatment of DVT, PE, and Reduction in the Risk of Recurrence of DVT and of PE: 15 mg orally twice daily with food for the first 21 days for the initial treatment of acute DVT or PE. After the initial treatment period, 20 mg orally once daily with food for the remaining treatment and the long-term reduction in the risk of recurrence of DVT and of PE. (2.4)
- Prophylaxis of DVT Following Hip or Knee Replacement Surgery: 10 mg orally, once daily with or without food (2.5)

--------------------- DOSAGE FORMS AND STRENGTHS ---------------------
Tablets: 10 mg, 15 mg, and 20 mg (3)

--------------------- CONTRAINDICATIONS ---------------------
- Active pathological bleeding (4)
- Severe hypersensitivity reaction to XARELTO (4)

--------------------- WARNINGS AND PRECAUTIONS ---------------------
- Risk of bleeding: XARELTO can cause serious and fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.2)
- Pregnancy-related hemorrhage: Use XARELTO with caution in pregnant women due to the potential for obstetric hemorrhage and/or emergent delivery. Promptly evaluate signs and symptoms of blood loss. (5.7)
- Prosthetic heart valves: Use XARELTO use not recommended (5.8)

--------------------- ADVERSE REACTIONS ---------------------
The most common adverse reaction (>5%) was bleeding. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

--------------------- DRUG INTERACTIONS ---------------------
- Combined P-gp and strong CYP3A4 inhibitors and inducers: Avoid concomitant use (7.1, 7.2)
- Anticoagulants: Avoid concomitant use (7.3)

--------------------- USE IN SPECIFIC POPULATIONS ---------------------
- Nursing mothers: discontinue drug or discontinue nursing (8.3)
- Renal impairment: Avoid or adjust dose based on CrCl (8.7)
- Hepatic impairment: Avoid use in patients with Child-Pugh B and C hepatic impairment or with any degree of hepatic disease associated with coagulopathy (8.8)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 09/2015**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: (A) PREMATURE DISCONTINUATION OF XARELTO INCREASES THE RISK OF THROMBOTIC EVENTS, (B) SPINAL/EPIDURAL HEMATOMA**

**1   INDICATIONS AND USAGE**
1.1   Reduction of Risk of Stroke and Systemic Embolism in Nonvalvular Atrial Fibrillation
1.2   Treatment of Deep Vein Thrombosis
1.3   Treatment of Pulmonary Embolism
1.4   Reduction in the Risk of Recurrence of Deep Vein Thrombosis and of Pulmonary Embolism
1.5   Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery
**2   DOSAGE AND ADMINISTRATION**
2.1   Important Food Effect Information
2.2   Switching to and from XARELTO
2.3   Nonvalvular Atrial Fibrillation
2.4   Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Reduction in the Risk of Recurrence of DVT and of PE
2.5   Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery
2.6   Discontinuation for Surgery and other Interventions
2.7   Missed Dose
2.8   Administration Options
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
5.1   Increased Risk of Thrombotic Events after Premature Discontinuation
5.2   Risk of Bleeding
5.3   Spinal/Epidural Anesthesia or Puncture
5.4   Use in Patients with Renal Impairment
5.5   Use in Patients with Hepatic Impairment
5.6   Use with P-gp and Strong CYP3A4 Inhibitors or Inducers
5.7   Risk of Pregnancy-Related Hemorrhage
5.8   Patients with Prosthetic Heart Valves
5.9   Acute PE in Hemodynamically Unstable Patients or Patients Who Require Thrombolysis or Pulmonary Embolectomy
**6   ADVERSE REACTIONS**
6.1   Clinical Trials Experience
6.2   Postmarketing Experience
**7   DRUG INTERACTIONS**
7.1   Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems
7.2   Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems
7.3   Anticoagulants and NSAIDs/Aspirin
7.4   Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

**EXHIBIT**

tabbies

St. Martin 13

1

**XARELTO®** (rivaroxaban) tablets

8   USE IN SPECIFIC POPULATIONS
    8.1   Pregnancy
    8.2   Labor and Delivery
    8.3   Nursing Mothers
    8.4   Pediatric Use
    8.5   Geriatric Use
    8.6   Females of Reproductive Potential
    8.7   Renal Impairment
    8.8   Hepatic Impairment
10  OVERDOSAGE
11  DESCRIPTION
12  CLINICAL PHARMACOLOGY
    12.1  Mechanism of Action
    12.2  Pharmacodynamics
    12.3  Pharmacokinetics
    12.6  QT/QTc Prolongation
13  NON-CLINICAL TOXICOLOGY
    13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility

**XARELTO®** (rivaroxaban) tablets

14  CLINICAL STUDIES
    14.1  Stroke Prevention in Nonvalvular Atrial Fibrillation
    14.2  Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Reduction in the Risk of Recurrence of DVT and of PE
    14.3  Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery
16  HOW SUPPLIED/STORAGE AND HANDLING
17  PATIENT COUNSELING INFORMATION
    17.1  Instructions for Patient Use
    17.2  Bleeding Risks
    17.3  Invasive or Surgical Procedures
    17.4  Concomitant Medication and Herbals
    17.5  Pregnancy and Pregnancy-Related Hemorrhage
    17.6  Nursing
    17.7  Females of Reproductive Potential

*Sections or subsections omitted from the full prescribing information are not listed.

## FULL PRESCRIBING INFORMATION

> **WARNING: (A) PREMATURE DISCONTINUATION OF XARELTO INCREASES THE RISK OF THROMBOTIC EVENTS, (B) SPINAL/EPIDURAL HEMATOMA**
>
> **A. PREMATURE DISCONTINUATION OF XARELTO INCREASES THE RISK OF THROMBOTIC EVENTS**
> **Premature discontinuation of any oral anticoagulant, including XARELTO, increases the risk of thrombotic events. If anticoagulation with XARELTO is discontinued for a reason other than pathological bleeding or completion of a course of therapy, consider coverage with another anticoagulant *[see Dosage and Administration (2.2, 2.6), Warnings and Precautions (5.1), and Clinical Studies (14.1)]*.**
>
> **B. SPINAL/EPIDURAL HEMATOMA**
> **Epidural or spinal hematomas have occurred in patients treated with XARELTO who are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:**
> - **use of indwelling epidural catheters**
> - **concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants**
> - **a history of traumatic or repeated epidural or spinal punctures**
> - **a history of spinal deformity or spinal surgery**
> - **optimal timing between the administration of XARELTO and neuraxial procedures is not known**
>
> **[see Warnings and Precautions (5.2, 5.3) and Adverse Reactions (6.2)].**
>
> **Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary [see Warnings and Precautions (5.3)].**
>
> **Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis [see Warnings and Precautions (5.3)].**

## 1   INDICATIONS AND USAGE

### 1.1   Reduction of Risk of Stroke and Systemic Embolism in Nonvalvular Atrial Fibrillation

XARELTO is indicated to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation.

There are limited data on the relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled *[see Clinical Studies (14.1)]*.

### 1.2   Treatment of Deep Vein Thrombosis

XARELTO is indicated for the treatment of deep vein thrombosis (DVT).

### 1.3   Treatment of Pulmonary Embolism

XARELTO is indicated for the treatment of pulmonary embolism (PE).

### 1.4   Reduction in the Risk of Recurrence of Deep Vein Thrombosis and of Pulmonary Embolism

XARELTO is indicated for the reduction in the risk of recurrence of deep vein thrombosis and of pulmonary embolism following initial 6 months treatment for DVT and/or PE.

### 1.5   Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery

XARELTO is indicated for the prophylaxis of DVT, which may lead to PE in patients undergoing knee or hip replacement surgery.

## 2   DOSAGE AND ADMINISTRATION

| Indication | Dosage | |
|---|---|---|
| **Reduction in Risk of Stroke in Nonvalvular Atrial Fibrillation (2.3)** | CrCl >50 mL/min: | 20 mg once daily **with the evening meal** |
| | CrCl 15 to 50 mL/min: | 15 mg once daily **with the evening meal** |
| **Treatment of DVT (2.4)** **Treatment of PE (2.4)** | 15 mg **twice daily** with food, for first 21 days | |
| | ▼after 21 days, transition to ▼ | |
| | 20 mg once daily with food, for remaining treatment | |
| **Reduction in the Risk of Recurrence of DVT and of PE (2.4)** | 20 mg once daily with food | |
| **Prophylaxis of DVT Following Hip or Knee Replacement Surgery (2.5)** | Hip replacement: | 10 mg once daily for 35 days |
| | Knee replacement: | 10 mg once daily for 12 days |

### 2.1   Important Food Effect Information

The 15 mg and 20 mg XARELTO tablets should be taken with food, while the 10 mg tablet can be taken with or without food *[see Clinical Pharmacology (12.3)]*.

In the nonvalvular atrial fibrillation efficacy study XARELTO was taken with the evening meal.

### 2.2   Switching to and from XARELTO

*Switching from Warfarin to XARELTO* - When switching patients from warfarin to XARELTO, discontinue warfarin and start XARELTO as soon as the International Normalized Ratio (INR) is below 3.0 to avoid periods of inadequate anticoagulation.

*Switching from XARELTO to Warfarin* - No clinical trial data are available to guide converting patients from XARELTO to warfarin. XARELTO affects INR, so INR measurements made during coadministration with warfarin may not be useful for determining the appropriate dose of warfarin. One approach is to discontinue XARELTO and begin both a parenteral anticoagulant and warfarin at the time the next dose of XARELTO would have been taken.

*Switching from XARELTO to Anticoagulants other than Warfarin* - For patients currently taking XARELTO and transitioning to an anticoagulant with rapid onset, discontinue XARELTO and give the first dose of the other anticoagulant (oral or parenteral) at the time that the next XARELTO dose would have been taken *[see Drug Interactions (7.3)]*.

**XARELTO®** (rivaroxaban) tablets

*Switching from Anticoagulants other than Warfarin to XARELTO* - For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled evening administration of the drug (e.g., low molecular weight heparin or non-warfarin oral anticoagulant) and omit administration of the other anticoagulant. For unfractionated heparin being administered by continuous infusion, stop the infusion and start XARELTO at the same time.

### 2.3 Nonvalvular Atrial Fibrillation

For patients with creatinine clearance (CrCl) >50 mL/min, the recommended dose of XARELTO is 20 mg taken orally once daily with the evening meal. For patients with CrCl 15 to 50 mL/min, the recommended dose is 15 mg once daily with the evening meal *[see Use in Specific Populations (8.7)]*.

### 2.4 Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Reduction in the Risk of Recurrence of DVT and of PE

The recommended dose of XARELTO for the initial treatment of acute DVT and/or PE is 15 mg taken orally twice daily with food for the first 21 days. After this initial treatment period, the recommended dose of XARELTO is 20 mg taken orally once daily with food, at approximately the same time each day. The recommended dose of XARELTO for reduction in the risk of recurrence of DVT or PE is 20 mg taken orally once daily with food at approximately the same time each day *[see Clinical Studies (14.2)]*.

### 2.5 Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery

The recommended dose of XARELTO is 10 mg taken orally once daily with or without food. The initial dose should be taken 6 to 10 hours after surgery provided that hemostasis has been established *[see Dosage and Administration (2.6)]*.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.

- For patients undergoing knee replacement surgery, treatment duration of 12 days is recommended.

### 2.6 Discontinuation for Surgery and other Interventions

If anticoagulation must be discontinued to reduce the risk of bleeding with surgical or other procedures, XARELTO should be stopped at least 24 hours before the procedure to reduce the risk of bleeding *[see Warnings and Precautions (5.2)]*. In deciding whether a procedure should be delayed until 24 hours after the last dose of XARELTO, the increased risk of bleeding should be weighed against the urgency of intervention. XARELTO should be restarted after the surgical or other procedures as soon as adequate hemostasis has been established, noting that the time to onset of therapeutic effect is short *[see Warnings and Precautions (5.1)]*. If oral medication cannot be taken during or after surgical intervention, consider administering a parenteral anticoagulant.

### 2.7 Missed Dose

If a dose of XARELTO is not taken at the scheduled time, administer the dose as soon as possible on the same day as follows:

- For patients receiving 15 mg twice daily: The patient should take XARELTO immediately to ensure intake of 30 mg XARELTO per day. In this particular instance, two 15 mg tablets may be taken at once. The patient should continue with the regular 15 mg twice daily intake as recommended on the following day.

- For patients receiving 20 mg, 15 mg or 10 mg once daily: The patient should take the missed XARELTO dose immediately.

### 2.8 Administration Options

For patients who are unable to swallow whole tablets, 10 mg, 15 mg or 20 mg XARELTO tablets may be crushed and mixed with applesauce immediately prior to use and administered orally. After the administration of a crushed XARELTO 15 mg or 20 mg tablet, the dose should be immediately followed by food *[see Dosage and Administration (2.1, 2.3, 2.4) and Clinical Pharmacology (12.3)]*.

*Administration via nasogastric (NG) tube or gastric feeding tube:* After confirming gastric placement of the tube, 10 mg, 15 mg or 20 mg XARELTO tablets may be crushed and suspended in 50 mL of water and administered via an NG tube or gastric feeding tube. Since rivaroxaban absorption is dependent on the site of drug release, avoid administration of XARELTO distal to the stomach which can result in reduced absorption and thereby, reduced drug exposure. After the administration of a crushed XARELTO 15 mg or 20 mg tablet, the dose should then be immediately followed by enteral feeding *[see Clinical Pharmacology (12.3)]*.

**XARELTO®** (rivaroxaban) tablets

Crushed 10 mg, 15 mg or 20 mg XARELTO tablets are stable in water and in applesauce for up to 4 hours. An *in vitro* compatibility study indicated that there is no adsorption of rivaroxaban from a water suspension of a crushed XARELTO tablet to PVC or silicone nasogastric (NG) tubing.

### 3 DOSAGE FORMS AND STRENGTHS

- 10 mg tablets: Round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side

- 15 mg tablets: Round, red, biconvex, and film-coated with a triangle pointing down above a "15" marked on one side and "Xa" on the other side

- 20 mg tablets: Triangle-shaped, dark red, and film-coated with a triangle pointing down above a "20" marked on one side and "Xa" on the other side

### 4 CONTRAINDICATIONS

XARELTO is contraindicated in patients with:

- active pathological bleeding *[see Warnings and Precautions (5.2)]*

- severe hypersensitivity reaction to XARELTO (e.g., anaphylactic reactions) *[see Adverse Reactions (6.2)]*

### 5 WARNINGS AND PRECAUTIONS

#### 5.1 Increased Risk of Thrombotic Events after Premature Discontinuation

Premature discontinuation of any oral anticoagulant, including XARELTO, in the absence of adequate alternative anticoagulation increases the risk of thrombotic events. An increased rate of stroke was observed during the transition from XARELTO to warfarin in clinical trials in atrial fibrillation patients. If XARELTO is discontinued for a reason other than pathological bleeding or completion of a course of therapy, consider coverage with another anticoagulant *[see Dosage and Administration (2.2, 2.6) and Clinical Studies (14.1)]*.

#### 5.2 Risk of Bleeding

XARELTO increases the risk of bleeding and can cause serious or fatal bleeding. In deciding whether to prescribe XARELTO to patients at increased risk of bleeding, the risk of thrombotic events should be weighed against the risk of bleeding.

Promptly evaluate any signs or symptoms of blood loss and consider the need for blood replacement. Discontinue XARELTO in patients with active pathological hemorrhage. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

Concomitant use of other drugs that impair hemostasis increases the risk of bleeding. These include aspirin, $P2Y_{12}$ platelet inhibitors, other anti-thrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) *[see Drug Interactions (7.3)]*.

Concomitant use of drugs that are combined P-gp and CYP3A4 inhibitors (e.g., ketoconazole and ritonavir) increases rivaroxaban exposure and may increase bleeding risk *[see Drug Interactions (7.1)]*.

*Reversal of Anticoagulant Effect*

A specific antidote for rivaroxaban is not available. Because of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. Partial reversal of prothrombin time prolongation has been seen after administration of prothrombin complex concentrates (PCCs) in healthy volunteers. The use of other procoagulant reversal agents like activated prothrombin complex concentrate (APCC) or recombinant factor VIIa (rFVIIa) has not been evaluated.

#### 5.3 Spinal/Epidural Anesthesia or Puncture

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis *[see Boxed Warning]*.

To reduce the potential risk of bleeding associated with the concurrent use of rivaroxaban and epidural or spinal anesthesia/analgesia or spinal puncture, consider the pharmacokinetic profile of rivaroxaban *[see Clinical Pharmacology (12.3)]*. Placement or removal of an epidural catheter or lumbar puncture is best performed when the anticoagulant effect of rivaroxaban is low; however, the exact timing to reach a sufficiently low anticoagulant effect in each patient is not known.

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO. The next XARELTO dose is not to be administered earlier than 6 hours after the removal of the catheter. If traumatic puncture occurs, the administration of XARELTO is to be delayed for 24 hours.

**XARELTO®** (rivaroxaban) tablets

Should the physician decide to administer anticoagulation in the context of epidural or spinal anesthesia/analgesia or lumbar puncture, monitor frequently to detect any signs or symptoms of neurological impairment, such as midline back pain, sensory and motor deficits (numbness, tingling, or weakness in lower limbs), bowel and/or bladder dysfunction. Instruct patients to immediately report if they experience any of the above signs or symptoms. If signs or symptoms of spinal hematoma are suspected, initiate urgent diagnosis and treatment including consideration for spinal cord decompression even though such treatment may not prevent or reverse neurological sequelae.

### 5.4 Use in Patients with Renal Impairment
Nonvalvular Atrial Fibrillation
Avoid the use of XARELTO in patients with CrCl <15 mL/min since drug exposure is increased. Periodically assess renal function as clinically indicated (i.e., more frequently in situations in which renal function may decline) and adjust therapy accordingly. Discontinue XARELTO in patients who develop acute renal failure while on XARELTO *[see Use in Specific Populations (8.7)]*.

Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Reduction in the Risk of Recurrence of DVT and of PE
Avoid the use of XARELTO in patients with CrCl <30 mL/min due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population *[see Use in Specific Populations (8.7)]*.

Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery
Avoid the use of XARELTO in patients with CrCl <30 mL/min due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with CrCl 30 to 50 mL/min. Patients who develop acute renal failure while on XARELTO should discontinue the treatment *[see Use in Specific Populations (8.7)]*.

### 5.5 Use in Patients with Hepatic Impairment
No clinical data are available for patients with severe hepatic impairment.

Avoid use of XARELTO in patients with moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy since drug exposure and bleeding risk may be increased *[see Use in Specific Populations (8.8)]*.

### 5.6 Use with P-gp and Strong CYP3A4 Inhibitors or Inducers
Avoid concomitant use of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir, and conivaptan) *[see Drug Interactions (7.1)]*.

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort) *[see Drug Interactions (7.2)]*.

### 5.7 Risk of Pregnancy-Related Hemorrhage
In pregnant women, XARELTO should be used only if the potential benefit justifies the potential risk to the mother and fetus. XARELTO dosing in pregnancy has not been studied. The anticoagulant effect of XARELTO cannot be monitored with standard laboratory testing nor readily reversed. Promptly evaluate any signs or symptoms suggesting blood loss (e.g., a drop in hemoglobin and/or hematocrit, hypotension, or fetal distress).

### 5.8 Patients with Prosthetic Heart Valves
The safety and efficacy of XARELTO have not been studied in patients with prosthetic heart valves. Therefore, use of XARELTO is not recommended in these patients.

### 5.9 Acute PE in Hemodynamically Unstable Patients or Patients Who Require Thrombolysis or Pulmonary Embolectomy
Initiation of XARELTO is not recommended acutely as an alternative to unfractionated heparin in patients with pulmonary embolism who present with hemodynamic instability or who may receive thrombolysis or pulmonary embolectomy.

## 6 ADVERSE REACTIONS
The following adverse reactions are also discussed in other sections of the labeling:
- Increased risk of stroke after discontinuation in nonvalvular atrial fibrillation *[see Boxed Warning and Warnings and Precautions (5.1)]*
- Bleeding risk *[see Warnings and Precautions (5.2, 5.4, 5.5, 5.6, 5.7)]*
- Spinal/epidural hematoma *[see Boxed Warning and Warnings and Precautions (5.3)]*

**XARELTO®** (rivaroxaban) tablets

### 6.1 Clinical Trials Experience
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

During clinical development for the approved indications, 16326 patients were exposed to XARELTO. These included 7111 patients who received XARELTO 15 mg or 20 mg orally once daily for a mean of 19 months (5558 for 12 months and 2512 for 24 months) to reduce the risk of stroke and systemic embolism in nonvalvular atrial fibrillation (ROCKET AF); 4728 patients who received either XARELTO 15 mg orally twice daily for three weeks followed by 20 mg orally once daily (EINSTEIN DVT, EINSTEIN PE) or 20 mg orally once daily (EINSTEIN Extension) to treat DVT, PE, and to reduce the risk of recurrence of DVT and of PE; and 4487 patients who received XARELTO 10 mg orally once daily for prophylaxis of DVT following hip or knee replacement surgery (RECORD 1-3).

Hemorrhage
The most common adverse reactions with XARELTO were bleeding complications *[see Warnings and Precautions (5.2)]*.

Nonvalvular Atrial Fibrillation
In the ROCKET AF trial, the most frequent adverse reactions associated with permanent drug discontinuation were bleeding events, with incidence rates of 4.3% for XARELTO vs. 3.1% for warfarin. The incidence of discontinuations for non-bleeding adverse events was similar in both treatment groups.

Table 1 shows the number of patients experiencing various types of bleeding events in the ROCKET AF trial.

**Table 1: Bleeding Events in ROCKET AF*- On Treatment Plus 2 Days**

| Parameter | XARELTO N = 7111 n (%/year) | Warfarin N = 7125 n (%/year) | XARELTO vs. Warfarin HR (95% CI) |
|---|---|---|---|
| Major Bleeding† | 395 (3.6) | 386 (3.5) | 1.04 (0.90, 1.20) |
| Intracranial Hemorrhage (ICH)‡ | 55 (0.5) | 84 (0.7) | 0.67 (0.47, 0.93) |
| Hemorrhagic Stroke§ | 36 (0.3) | 58 (0.5) | 0.63 (0.42, 0.96) |
| Other ICH | 19 (0.2) | 26 (0.2) | 0.74 (0.41, 1.34) |
| Gastrointestinal (GI)¶ | 221 (2.0) | 140 (1.2) | 1.61 (1.30, 1.99) |
| Fatal Bleeding# | 27 (0.2) | 55 (0.5) | 0.50 (0.31, 0.79) |
| ICH | 24 (0.2) | 42 (0.4) | 0.58 (0.35, 0.96) |
| Non-intracranial | 3 (0.0) | 13 (0.1) | 0.23 (0.07, 0.82) |

Abbreviations: HR = Hazard Ratio, CI = Confidence interval, CRNM = Clinically Relevant Non-Major.

\* Major bleeding events within each subcategory were counted once per patient, but patients may have contributed events to multiple subcategories. These events occurred during treatment or within 2 days of stopping treatment.

† Defined as clinically overt bleeding associated with a decrease in hemoglobin of ≥2 g/dL, a transfusion of ≥2 units of packed red blood cells or whole blood, bleeding at a critical site, or with a fatal outcome.

‡ Intracranial bleeding events included intraparenchymal, intraventricular, subdural, subarachnoid and/or epidural hematoma.

§ Hemorrhagic stroke in this table specifically refers to non-traumatic intraparenchymal and/or intraventricular hematoma in patients on treatment plus 2 days.

¶ Gastrointestinal bleeding events included upper GI, lower GI, and rectal bleeding.

# Fatal bleeding is adjudicated death with the primary cause of death from bleeding.

**XARELTO® (rivaroxaban) tablets**

Figure 1 shows the risk of major bleeding events across major subgroups.

**Figure 1: Risk of Major Bleeding Events by Baseline Characteristics in ROCKET AF – On Treatment Plus 2 Days**



Note: The figure above presents effects in various subgroups all of which are baseline characteristics and all of which were pre-specified (diabetic status was not pre-specified in the subgroup, but was a criterion for the CHADS2 score). The 95% confidence limits that are shown do not take into account how many comparisons were made, nor do they reflect the effect of a particular factor after adjustment for all other factors. Apparent homogeneity or heterogeneity among groups should not be over-interpreted.

*Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and to Reduce the Risk of Recurrence of DVT and of PE*

EINSTEIN DVT and EINSTEIN PE Studies

In the pooled analysis of the EINSTEIN DVT and EINSTEIN PE clinical studies, the most frequent adverse reactions leading to permanent drug discontinuation were bleeding events, with XARELTO vs. enoxaparin/ Vitamin K antagonist (VKA) incidence rates of 1.7% vs. 1.5%, respectively. The mean duration of treatment was 208 days for XARELTO-treated patients and 204 days for enoxaparin/VKA-treated patients.

Table 2 shows the number of patients experiencing major bleeding events in the pooled analysis of the EINSTEIN DVT and EINSTEIN PE studies.

**Table 2: Bleeding Events* in the Pooled Analysis of EINSTEIN DVT and EINSTEIN PE Studies**

| Parameter | XARELTO† N = 4130 n (%) | Enoxaparin/ VKA† N = 4116 n (%) |
|---|---|---|
| Major bleeding event | 40 (1.0) | 72 (1.7) |
| Fatal bleeding | 3 (<0.1) | 8 (0.2) |
| Intracranial | 2 (<0.1) | 4 (<0.1) |
| Non-fatal critical organ bleeding | 10 (0.2) | 29 (0.7) |
| Intracranial‡ | 3 (<0.1) | 10 (0.2) |
| Retroperitoneal‡ | 1 (<0.1) | 8 (0.2) |
| Intraocular‡ | 3 (<0.1) | 2 (<0.1) |
| Intra-articular‡ | 0 | 4 (<0.1) |
| Non-fatal non-critical organ bleeding§ | 27 (0.7) | 37 (0.9) |
| Decrease in Hb ≥ 2 g/dL | 28 (0.7) | 42 (1.0) |
| Transfusion of ≥2 units of whole blood or packed red blood cells | 18 (0.4) | 25 (0.6) |
| Clinically relevant non-major bleeding | 357 (8.6) | 357 (8.7) |
| Any bleeding | 1169 (28.3) | 1153 (28.0) |

**XARELTO® (rivaroxaban) tablets**

* Bleeding event occurred after randomization and up to 2 days after the last dose of study drug. Although a patient may have had 2 or more events, the patient is counted only once in a category.
† Treatment schedule in EINSTEIN DVT and EINSTEIN PE studies: XARELTO 15 mg twice daily for 3 weeks followed by 20 mg once daily; enoxaparin/ VKA [enoxaparin: 1 mg/kg twice daily, VKA: individually titrated doses to achieve a target INR of 2.5 (range: 2.0-3.0)]
‡ Treatment-emergent major bleeding events with at least >2 subjects in any pooled treatment group
§ Major bleeding which is not fatal or in a critical organ, but resulting in a decrease in Hb ≥2 g/dL and/or transfusion of ≥2 units of whole blood or packed red blood cells

EINSTEIN Extension Study

In the EINSTEIN Extension clinical study, the most frequent adverse reactions associated with permanent drug discontinuation were bleeding events, with incidence rates of 1.8% for XARELTO vs. 0.2% for placebo treatment groups. The mean duration of treatment was 190 days for both XARELTO and placebo treatment groups.

Table 3 shows the number of patients experiencing bleeding events in the EINSTEIN Extension study.

**Table 3: Bleeding Events* in EINSTEIN Extension Study**

| Parameter | XARELTO† 20 mg N = 598 n (%) | Placebo† N = 590 n (%) |
|---|---|---|
| Major bleeding event‡ | 4 (0.7) | 0 |
| Decrease in Hb ≥2 g/dL | 4 (0.7) | 0 |
| Transfusion of ≥2 units of whole blood or packed red blood cells | 2 (0.3) | 0 |
| Gastrointestinal | 3 (0.5) | 0 |
| Menorrhagia | 1 (0.2) | 0 |
| Clinically relevant non-major bleeding | 32 (5.4) | 7 (1.2) |
| Any bleeding | 104 (17.4) | 63 (10.7) |

* Bleeding event occurred after the first dose and up to 2 days after the last dose of study drug. Although a patient may have had 2 or more events, the patient is counted only once in a category.
† Treatment schedule: XARELTO 20 mg once daily; matched placebo once daily
‡ There were no fatal or critical organ bleeding events.

*Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery*

In the RECORD clinical trials, the overall incidence rate of adverse reactions leading to permanent treatment discontinuation was 3.7% with XARELTO.

The rates of major bleeding events and any bleeding events observed in patients in the RECORD clinical trials are shown in Table 4.

**Table 4: Bleeding Events* in Patients Undergoing Hip or Knee Replacement Surgeries (RECORD 1-3)**

| | XARELTO† 10 mg | Enoxaparin† |
|---|---|---|
| **Total treated patients** | **N = 4487 n (%)** | **N = 4524 n (%)** |
| Major bleeding event | 14 (0.3) | 9 (0.2) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 2 (<0.1) | 3 (0.1) |
| Bleeding that required re-operation | 7 (0.2) | 5 (0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 4 (0.1) | 1 (<0.1) |
| Any bleeding event‡ | 261 (5.8) | 251 (5.6) |
| **Hip Surgery Studies** | **N = 3281 n (%)** | **N = 3298 n (%)** |
| Major bleeding event | 7 (0.2) | 3 (0.1) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 1 (<0.1) | 1 (<0.1) |
| Bleeding that required re-operation | 2 (0.1) | 1 (<0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 3 (0.1) | 1 (<0.1) |
| Any bleeding event‡ | 201 (6.1) | 191 (5.8) |

**XARELTO®** (rivaroxaban) tablets

**Table 4:  Bleeding Events* in Patients Undergoing Hip or Knee Replacement Surgeries (RECORD 1-3) (continued)**

|  | XARELTO 10 mg | Enoxaparin† |
|---|---|---|
| **Knee Surgery Study** | N = 1206 n (%) | N = 1226 n (%) |
| Major bleeding event | 7 (0.6) | 6 (0.5) |
| Fatal bleeding | 0 | 0 |
| Bleeding into a critical organ | 1 (0.1) | 2 (0.2) |
| Bleeding that required re-operation | 5 (0.4) | 4 (0.3) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 1 (0.1) | 0 |
| Any bleeding event‡ | 60 (5.0) | 60 (4.9) |

* Bleeding events occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication. Patients may have more than one event.
† Includes the placebo-controlled period for RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)
‡ Includes major bleeding events

Following XARELTO treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

Other Adverse Reactions

Non-hemorrhagic adverse reactions reported in ≥1% of XARELTO-treated patients in the EINSTEIN Extension study are shown in Table 5.

**Table 5: Other Adverse Reactions* Reported by ≥1% of XARELTO-Treated Patients in EINSTEIN Extension Study**

| System Organ Class Preferred Term | XARELTO N = 598 n (%) | Placebo N = 590 n (%) |
|---|---|---|
| **Gastrointestinal disorders** | | |
| Abdominal pain upper | 10 (1.7) | 1 (0.2) |
| Dyspepsia | 8 (1.3) | 4 (0.7) |
| Toothache | 6 (1.0) | 0 |
| **General disorders and administration site conditions** | | |
| Fatigue | 6 (1.0) | 3 (0.5) |
| **Infections and infestations** | | |
| Sinusitis | 7 (1.2) | 3 (0.5) |
| Urinary tract infection | 7 (1.2) | 3 (0.5) |
| **Musculoskeletal and connective tissue disorders** | | |
| Back pain | 22 (3.7) | 7 (1.2) |
| Osteoarthritis | 10 (1.7) | 5 (0.8) |
| **Respiratory, thoracic and mediastinal disorders** | | |
| Oropharyngeal pain | 6 (1.0) | 2 (0.3) |

* Adverse reaction (with Relative Risk >1.5 for XARELTO versus placebo) occurred after the first dose and up to 2 days after the last dose of study drug. Incidences are based on the number of patients, not the number of events. Although a patient may have had 2 or more clinical adverse reactions, the patient is counted only once in a category. The same patient may appear in different categories.

Non-hemorrhagic adverse reactions reported in ≥1% of XARELTO-treated patients in RECORD 1-3 studies are shown in Table 6.

**XARELTO®** (rivaroxaban) tablets

**Table 6:  Other Adverse Drug Reactions* Reported by ≥1% of XARELTO-Treated Patients in RECORD 1-3 Studies**

| System/Organ Class Adverse Reaction | XARELTO 10 mg N = 4487 n (%) | Enoxaparin† N = 4524 n (%) |
|---|---|---|
| **Injury, poisoning and procedural complications** | | |
| Wound secretion | 125 (2.8) | 89 (2.0) |
| **Musculoskeletal and connective tissue disorders** | | |
| Pain in extremity | 74 (1.7) | 55 (1.2) |
| Muscle spasm | 52 (1.2) | 32 (0.7) |
| **Nervous system disorders** | | |
| Syncope | 55 (1.2) | 32 (0.7) |
| **Skin and subcutaneous tissue disorders** | | |
| Pruritus | 96 (2.1) | 79 (1.8) |
| Blister | 63 (1.4) | 40 (0.9) |

* Adverse reaction occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication
† Includes the placebo-controlled period of RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

*Other clinical trial experience:* In an investigational study of acute medically ill patients being treated with XARELTO 10 mg tablets, cases of pulmonary hemorrhage and pulmonary hemorrhage with bronchiectasis were observed.

**6.2  Postmarketing Experience**

The following adverse reactions have been identified during post-approval use of rivaroxaban. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Blood and lymphatic system disorders:* agranulocytosis, thrombocytopenia
*Gastrointestinal disorders:* retroperitoneal hemorrhage
*Hepatobiliary disorders:* jaundice, cholestasis, hepatitis (including hepatocellular injury)
*Immune system disorders:* hypersensitivity, anaphylactic reaction, anaphylactic shock, angioedema
*Nervous system disorders:* cerebral hemorrhage, subdural hematoma, epidural hematoma, hemiparesis
*Skin and subcutaneous tissue disorders:* Stevens-Johnson syndrome

**7    DRUG INTERACTIONS**

Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2) transporters. Inhibitors and inducers of these CYP450 enzymes or transporters (e.g., P-gp) may result in changes in rivaroxaban exposure.

**7.1  Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems**

In drug interaction studies, conducted in subjects with normal renal function, evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors (ketoconazole, ritonavir, clarithromycin, and erythromycin) or a moderate CYP3A4 inhibitor (fluconazole), increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. The increases in exposure ranged from 30% to 160%. Significant increases in rivaroxaban exposure may increase bleeding risk *[see Clinical Pharmacology (12.3)]*.

When data suggest a change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin, erythromycin), no precautions are necessary during coadministration with drugs that are combined P-gp and CYP3A4 inhibitors.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors *[see Warnings and Precautions (5.6)]*.

**XARELTO®** (rivaroxaban) tablets

### 7.2 Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Results from drug interaction studies and population PK analyses from clinical studies indicate coadministration of XARELTO with a combined P-gp and strong CYP3A4 inducer (e.g., rifampicin, phenytoin) decreased rivaroxaban exposure by up to 50%. Similar decreases in pharmacodynamic effects were also observed. These decreases in exposure to rivaroxaban may decrease efficacy *[see Clinical Pharmacology (12.3)]*.

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort) *[see Warnings and Precautions (5.6)]*.

### 7.3 Anticoagulants and NSAIDs/Aspirin

Single doses of enoxaparin and XARELTO given concomitantly resulted in an additive effect on anti-factor Xa activity. Single doses of warfarin and XARELTO resulted in an additive effect on factor Xa (FXa) inhibition and PT. Concomitant aspirin use has been identified as an independent risk factor for major bleeding in efficacy trials. NSAIDs are known to increase bleeding, and bleeding risk may be increased when NSAIDs are used concomitantly with XARELTO. Coadministration of the platelet aggregation inhibitor clopidogrel and XARELTO resulted in an increase in bleeding time for some subjects *[see Clinical Pharmacology (12.3)]*.

Avoid concurrent use of XARELTO with other anticoagulants due to increased bleeding risk unless benefit outweighs risk. Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with aspirin, other platelet aggregation inhibitors, or NSAIDs *[see Warnings and Precautions (5.2)]*.

### 7.4 Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Results from a pharmacokinetic trial with erythromycin indicated that patients with renal impairment coadministered XARELTO with drugs classified as combined P-gp and moderate CYP3A4 inhibitors (e.g., diltiazem, verapamil, dronedarone, and erythromycin) have increased exposure compared with patients with normal renal function and no inhibitor use. Significant increases in rivaroxaban exposure may increase bleeding risk.

While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with either combined P-gp and/or weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, chloramphenicol, cimetidine, and erythromycin), did not show an increase in bleeding in patients with CrCl 30 to <50 mL/min [Hazard Ratio (95% CI): 1.05 (0.77, 1.42)] *[see Use in Specific Populations (8.7)]*.

XARELTO should not be used in patients with CrCl 15 to <80 mL/min who are receiving concomitant combined P-gp and moderate CYP3A4 inhibitors (e.g., diltiazem, verapamil, dronedarone, and erythromycin) unless the potential benefit justifies the potential risk *[see Clinical Pharmacology (12.3)]*.

## 8   USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Pregnancy Category C

There are no adequate or well-controlled studies of XARELTO in pregnant women, and dosing for pregnant women has not been established. Use XARELTO with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible. The anticoagulant effect of XARELTO cannot be reliably monitored with standard laboratory testing. Animal reproduction studies showed no increased risk of structural malformations, but increased post-implantation pregnancy loss occurred in rabbits. XARELTO should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus *[see Warnings and Precautions (5.7)]*.

Rivaroxaban crosses the placenta in animals. Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits. Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of ≥10 mg/kg rivaroxaban during the period of organogenesis. This dose corresponds to about 4 times the human exposure of unbound drug, based on AUC comparisons at the highest recommended human dose of 20 mg/day. Fetal body weights decreased when pregnant rats were given oral doses of 120 mg/kg. This dose corresponds to about 14 times the human exposure of unbound drug.

### 8.2 Labor and Delivery

Safety and effectiveness of XARELTO during labor and delivery have not been studied in clinical trials. However, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40 mg/kg (about 6 times maximum human exposure of the unbound drug at the human dose of 20 mg/day).

### 8.3 Nursing Mothers

It is not known if rivaroxaban is excreted in human milk. Rivaroxaban and/or its metabolites were excreted into the milk of rats. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should be made whether to discontinue nursing or discontinue XARELTO, taking into account the importance of the drug to the mother.

### 8.4 Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

### 8.5 Geriatric Use

Of the total number of patients in the RECORD 1-3 clinical studies evaluating XARELTO, about 54% were 65 years and over, while about 15% were >75 years. In ROCKET AF, approximately 77% were 65 years and over and about 38% were >75 years. In the EINSTEIN DVT, PE and Extension clinical studies approximately 37% were 65 years and over and about 16% were >75 years. In clinical trials the efficacy of XARELTO in the elderly (65 years or older) was similar to that seen in patients younger than 65 years. Both thrombotic and bleeding event rates were higher in these older patients, but the risk-benefit profile was favorable in all age groups *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

### 8.6 Females of Reproductive Potential

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

### 8.7 Renal Impairment

In a pharmacokinetic study, compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased by approximately 44 to 64% in subjects with renal impairment. Increases in pharmacodynamic effects were also observed *[see Clinical Pharmacology (12.3)]*.

Nonvalvular Atrial Fibrillation

In the ROCKET AF trial, patients with CrCl 30 to 50 mL/min were administered XARELTO 15 mg once daily resulting in serum concentrations of rivaroxaban and clinical outcomes similar to those in patients with better renal function administered XARELTO 20 mg once daily. Patients with CrCl 15 to 30 mL/min were not studied, but administration of XARELTO 15 mg once daily is also expected to result in serum concentrations of rivaroxaban similar to those in patients with normal renal function *[see Dosage and Administration (2.3)]*.

Treatment of DVT and/or PE, and Reduction in the Risk of Recurrence of DVT and of PE

In the EINSTEIN trials, patients with CrCl values <30 mL/min at screening were excluded from the studies. Avoid the use of XARELTO in patients with CrCl <30 mL/min.

Prophylaxis of DVT Following Hip or Knee Replacement Surgery

The combined analysis of the RECORD 1-3 clinical efficacy studies did not show an increase in bleeding risk for patients with CrCl 30 to 50 mL/min and reported a possible increase in total venous thromboemboli in this population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with CrCl 30 to 50 mL/min. Avoid the use of XARELTO in patients with CrCl <30 mL/min.

### 8.8 Hepatic Impairment

In a pharmacokinetic study, compared to healthy subjects with normal liver function, AUC increases of 127% were observed in subjects with moderate hepatic impairment (Child-Pugh B).

The safety or PK of XARELTO in patients with severe hepatic impairment (Child-Pugh C) has not been evaluated *[see Clinical Pharmacology (12.3)]*.

Avoid the use of XARELTO in patients with moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy.

## 10   OVERDOSAGE

Overdose of XARELTO may lead to hemorrhage. Discontinue XARELTO and initiate appropriate therapy if bleeding complications associated with overdosage occur. A specific antidote for rivaroxaban is not available. Rivaroxaban systemic exposure is not further increased at single doses >50 mg due to limited absorption. The use of activated charcoal to reduce absorption in case of XARELTO overdose may be considered. Due to the high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Warnings and Precautions (5.2) and Clinical Pharmacology (12.3)]*. Partial reversal of laboratory anticoagulation parameters may be achieved with use of plasma products.

**XARELTO® (rivaroxaban) tablets**

# 11 DESCRIPTION

Rivaroxaban, a FXa inhibitor, is the active ingredient in XARELTO Tablets with the chemical name 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide. The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:

Rivaroxaban is a pure (S)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each XARELTO tablet contains 10 mg, 15 mg, or 20 mg of rivaroxaban. The inactive ingredients of XARELTO are: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and for XARELTO 15 mg tablets is Opadry® Red, both containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide, and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

# 12 CLINICAL PHARMACOLOGY

## 12.1 Mechanism of Action

XARELTO is a selective inhibitor of FXa. It does not require a cofactor (such as Anti-thrombin III) for activity. Rivaroxaban inhibits free FXa and prothrombinase activity. Rivaroxaban has no direct effect on platelet aggregation, but indirectly inhibits platelet aggregation induced by thrombin. By inhibiting FXa, rivaroxaban decreases thrombin generation.

## 12.2 Pharmacodynamics

Dose-dependent inhibition of FXa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban.

## 12.3 Pharmacokinetics

**Absorption**

The absolute bioavailability of rivaroxaban is dose-dependent. For the 10 mg dose, it is estimated to be 80% to 100% and is not affected by food. XARELTO 10 mg tablets can be taken with or without food. For the 20 mg dose in the fasted state, the absolute bioavailability is approximately 66%. Coadministration of XARELTO with food increases the bioavailability of the 20 mg dose (mean AUC and $C_{max}$ increasing by 39% and 76% respectively with food). XARELTO 15 mg and 20 mg tablets should be taken with food [see Dosage and Administration (2.1)].

The maximum concentrations ($C_{max}$) of rivaroxaban appear 2 to 4 hours after tablet intake. The pharmacokinetics of rivaroxaban were not affected by drugs altering gastric pH. Coadministration of XARELTO (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily), the antacid aluminum hydroxide/magnesium hydroxide (10 mL) or XARELTO (20 mg single dose) with the PPI omeprazole (40 mg once daily) did not show an effect on the bioavailability and exposure of rivaroxaban (see Figure 2).

Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and $C_{max}$ compared to tablet was reported when rivaroxaban granulate is released in the proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon. Avoid administration of rivaroxaban distal to the stomach which can result in reduced absorption and related drug exposure.

In a study with 44 healthy subjects, both mean AUC and $C_{max}$ values for 20 mg rivaroxaban administered orally as a crushed tablet mixed in applesauce were comparable to that after the whole tablet. However, for the crushed tablet suspended in water and administered via an NG tube followed by a liquid meal, only mean AUC was comparable to that after the whole tablet, and $C_{max}$ was 18% lower.

**Distribution**

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

**Metabolism**

Approximately 51% of an orally administered [$^{14}$C]-rivaroxaban dose was recovered as inactive metabolites in urine (30%) and feces (21%). Oxidative degradation catalyzed by CYP3A4/5 and CYP2J2 and hydrolysis are the major sites of biotransformation. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

**Excretion**

Following oral administration, approximately one-third of the absorbed dose is excreted unchanged in the urine, with the remaining two-thirds excreted as inactive metabolites in both the urine and feces. In a Phase 1 study, following the administration of a [$^{14}$C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged drug). Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated Bcrp). Rivaroxaban's affinity for influx transporter proteins is unknown.

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following intravenous administration. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

**Specific Populations**

*Gender*

Gender did not influence the pharmacokinetics or pharmacodynamics of XARELTO.

*Race*

Healthy Japanese subjects were found to have 20 to 40% on average higher exposures compared to other ethnicities including Chinese. However, these differences in exposure are reduced when values are corrected for body weight.

*Elderly*

In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly [see Use in Specific Populations (8.5)].

*Body Weight*

Extremes in body weight (<50 kg or >120 kg) did not influence (less than 25%) rivaroxaban exposure.

*Renal Impairment*

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects [CrCl ≥80 mL/min (n=8)] and in subjects with varying degrees of renal impairment (see Table 7). Compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased in subjects with renal impairment. Increases in pharmacodynamic effects were also observed.

**Table 7: Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Renal Insufficiency from a Dedicated Renal Impairment Study**

| Parameter | | CrCl (mL/min) | | |
|---|---|---|---|---|
| | | 50 to 79 N = 8 | 30 to 49 N = 8 | 15 to 29 N = 8 |
| **Exposure** | AUC | 44 | 52 | 64 |
| (% increase relative to normal) | $C_{max}$ | 28 | 12 | 26 |
| **FXa Inhibition** | AUC | 50 | 86 | 100 |
| (% increase relative to normal) | $E_{max}$ | 9 | 10 | 12 |
| **PT Prolongation** | AUC | 33 | 116 | 144 |
| (% increase relative to normal) | $E_{max}$ | 4 | 17 | 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CrCl = creatinine clearance

**Hepatic Impairment**

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects (n=16) and subjects with varying degrees of hepatic impairment (see Table 8). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with moderate hepatic impairment (Child-Pugh B). Increases in pharmacodynamic effects were also observed.

**XARELTO®** (rivaroxaban) tablets

**Table 8: Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Hepatic Insufficiency from a Dedicated Hepatic Impairment Study**

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
|---|---|---|---|
| | | Mild (Child-Pugh A) N = 8 | Moderate (Child-Pugh B) N = 8 |
| Exposure (% increase relative to normal) | AUC | 15 | 127 |
| | $C_{max}$ | 0 | 27 |
| FXa Inhibition (% increase relative to normal) | AUC | 8 | 159 |
| | $E_{max}$ | 0 | 24 |
| PT Prolongation (% increase relative to normal) | AUC | 6 | 114 |
| | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect

Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4. *In vitro* data also indicates a low rivaroxaban inhibitory potential for P-gp and ABCG2 transporters.

The effects of coadministered drugs on the pharmacokinetics of rivaroxaban exposure are summarized in Figure 2 *[see Drug Interactions (7) for dosing recommendations].*

**Figure 2: Effect of Coadministered Drugs on the Pharmacokinetics of Rivaroxaban**



| Interacting Drug | PK | Fold Change and 90% CI |
|---|---|---|
| **Combined P-gp and Strong CYP3A4 Inhibitors** | | |
| Ketoconazole | $C_{max}$ | |
| | AUC | |
| Ritonavir | $C_{max}$ | |
| | AUC | |
| Clarithromycin | $C_{max}$ | |
| | AUC | |
| **Combined P-gp and Moderate CYP3A4 Inhibitor** | | |
| Erythromycin | $C_{max}$ | |
| | AUC | |
| **Moderate CYP3A4 Inhibitor** | | |
| Fluconazole | $C_{max}$ | |
| | AUC | |
| **Combined P-gp and Strong CYP3A4 Inducer** | | |
| Rifampicin | $C_{max}$ | |
| | AUC | |
| **Other Drugs** | | |
| Aspirin | $C_{max}$ | |
| | AUC | |
| Atorvastatin | $C_{max}$ | |
| | AUC | |
| Clopidogrel | $C_{max}$ | |
| | AUC | |
| | $C_{max}$ | |
| | AUC | |
| Digoxin | $C_{max}$ | |
| | AUC | |
| Enoxaparin | $C_{max}$ | |
| | AUC | |
| Maalox | $C_{max}$ | |
| | AUC | |
| Midazolam | $C_{max}$ | |
| | AUC | |
| Naproxen | $C_{max}$ | |
| | AUC | |
| Omeprazole | $C_{max}$ | |
| | AUC | |
| Ranitidine | $C_{max}$ | |
| | AUC | |
| Warfarin | $C_{max}$ | |
| | AUC | |

Change Relative to Rivaroxaban Alone

*Anticoagulants*

In a drug interaction study, single doses of enoxaparin (40 mg subcutaneous) and XARELTO (10 mg) given concomitantly resulted in an additive effect on anti-factor Xa activity. In another study, single doses of warfarin (15 mg) and XARELTO (5 mg) resulted in an additive effect on factor Xa inhibition and PT. Neither enoxaparin nor warfarin affected the pharmacokinetics of rivaroxaban (see Figure 2).

**XARELTO®** (rivaroxaban) tablets

*NSAIDs/Aspirin*

In ROCKET AF, concomitant aspirin use (almost exclusively at a dose of 100 mg or less) during the double-blind phase was identified as an independent risk factor for major bleeding. NSAIDs are known to increase bleeding, and bleeding risk may be increased when NSAIDs are used concomitantly with XARELTO. Neither naproxen nor aspirin affected the pharmacokinetics of rivaroxaban (see Figure 2).

*Clopidogrel*

In two drug interaction studies where clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) and XARELTO (15 mg single dose) were coadministered in healthy subjects, an increase in bleeding time to 45 minutes was observed in approximately 45% and 30% of subjects in these studies, respectively. The change in bleeding time was approximately twice the maximum increase seen with either drug alone. There was no change in the pharmacokinetics of either drug.

*Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems*

In a pharmacokinetic trial, XARELTO was administered as a single dose in subjects with mild (CrCl = 50 to 79 mL/min) or moderate renal impairment (CrCl = 30 to 49 mL/min) receiving multiple doses of erythromycin (a combined P-gp and moderate CYP3A4 inhibitor). Compared to XARELTO administered alone in subjects with normal renal function (CrCl >80 mL/min), subjects with mild and moderate renal impairment concomitantly receiving erythromycin reported a 76% and 99% increase in $AUC_{inf}$ and a 56% and 64% increase in $C_{max}$, respectively. Similar trends in pharmacodynamic effects were also observed.

**12.6 QT/QTc Prolongation**

In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO (15 mg and 45 mg, single-dose).

**13   NON-CLINICAL TOXICOLOGY**

**13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility**

Rivaroxaban was not carcinogenic when administered by oral gavage to mice or rats for up to 2 years. The systemic exposures (AUCs) of unbound rivaroxaban in male and female mice at the highest dose tested (60 mg/kg/day) were 1- and 2-times, respectively, the human exposure of unbound drug at the human dose of 20 mg/day. Systemic exposures of unbound drug in male and female rats at the highest dose tested (60 mg/kg/day) were 2- and 4-times, respectively, the human exposure.

Rivaroxaban was not mutagenic in bacteria (Ames-Test) or clastogenic in V79 Chinese hamster lung cells *in vitro* or in the mouse micronucleus test *in vivo*.

No impairment of fertility was observed in male or female rats when given up to 200 mg/kg/day of rivaroxaban orally. This dose resulted in exposure levels, based on the unbound AUC, at least 13 times the exposure in humans given 20 mg rivaroxaban daily.

**14   CLINICAL STUDIES**

**14.1 Stroke Prevention in Nonvalvular Atrial Fibrillation**

The evidence for the efficacy and safety of XARELTO was derived from ROCKET AF, a multi-national, double-blind study comparing XARELTO (at a dose of 20 mg once daily with the evening meal in patients with CrCl >50 mL/min and 15 mg once daily with the evening meal in patients with CrCl 30 to <50 mL/min) to warfarin (titrated to INR 2.0 to 3.0) to reduce the risk of stroke and non-central nervous system (CNS) systemic embolism in patients with nonvalvular atrial fibrillation (AF).

Patients had to have one or more of the following additional risk factors for stroke:

• a prior stroke (ischemic or unknown type), transient ischemic attack (TIA) or non-CNS systemic embolism, or

• 2 or more of the following risk factors:

  o age ≥75 years,

  o hypertension,

  o heart failure or left ventricular ejection fraction ≤35%, or

  o diabetes mellitus

ROCKET AF was a non-inferiority study designed to demonstrate that XARELTO preserved more than 50% of warfarin's effect on stroke and non-CNS systemic embolism as established by previous placebo-controlled studies of warfarin in atrial fibrillation.

**XARELTO®** (rivaroxaban) tablets

A total of 14264 patients were randomized and followed on study treatment for a median of 590 days. The mean age was 71 years and the mean $CHADS_2$ score was 3.5. The population was 60% male, 83% Caucasian, 13% Asian and 1.3% Black. There was a history of stroke, TIA, or non-CNS systemic embolism in 55% of patients, and 38% of patients had not taken a vitamin K antagonist (VKA) within 6 weeks at time of screening. Concomitant diseases of patients in this study included hypertension 91%, diabetes 40%, congestive heart failure 63%, and prior myocardial infarction 17%. At baseline, 37% of patients were on aspirin (almost exclusively at a dose of 100 mg or less) and few patients were on clopidogrel. Patients were enrolled in Eastern Europe (39%); North America (19%); Asia, Australia, and New Zealand (15%); Western Europe (15%); and Latin America (13%). Patients randomized to warfarin had a mean percentage of time in the INR target range of 2.0 to 3.0 of 55%, lower during the first few months of the study.

In ROCKET AF, XARELTO was demonstrated non-inferior to warfarin for the primary composite endpoint of time to first occurrence of stroke (any type) or non-CNS systemic embolism [HR (95% CI): 0.88 (0.74, 1.03)], but superiority to warfarin was not demonstrated. There is insufficient experience to determine how XARELTO and warfarin compare when warfarin therapy is well-controlled.

Table 9 displays the overall results for the primary composite endpoint and its components.

**Table 9:  Primary Composite Endpoint Results in ROCKET AF Study (Intent-to-Treat Population)**

| Event | XARELTO | | Warfarin | | XARELTO vs. Warfarin |
|---|---|---|---|---|---|
| | N = 7081 n (%) | Event Rate (per 100 Pt-yrs) | N = 7090 n (%) | Event Rate (per 100 Pt-yrs) | Hazard Ratio (95% CI) |
| Primary Composite Endpoint* | 269 (3.8) | 2.1 | 306 (4.3) | 2.4 | 0.88 (0.74, 1.03) |
| Stroke | 253 (3.6) | 2.0 | 281 (4.0) | 2.2 | |
| Hemorrhagic Stroke† | 33 (0.5) | 0.3 | 57 (0.8) | 0.4 | |
| Ischemic Stroke | 206 (2.9) | 1.6 | 208 (2.9) | 1.6 | |
| Unknown Stroke Type | 19 (0.3) | 0.2 | 18 (0.3) | 0.1 | |
| Non-CNS Systemic Embolism | 20 (0.3) | 0.2 | 27 (0.4) | 0.2 | |

\* The primary endpoint was the time to first occurrence of stroke (any type) or non-CNS systemic embolism. Data are shown for all randomized patients followed to site notification that the study would end.

† Defined as primary hemorrhagic strokes confirmed by adjudication in all randomized patients followed up to site notification

Figure 3 is a plot of the time from randomization to the occurrence of the first primary endpoint event in the two treatment arms.

**Figure 3:  Time to First Occurrence of Stroke (any type) or Non-CNS Systemic Embolism by Treatment Group (Intent-to-Treat Population)**



Number of Subjects at Risk:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| XARELTO 7081 | 6927 | 6774 | 6620 | 6470 | 5580 | 4779 | 3820 | 2951 | 2058 | 1321 |
| Warfarin 7090 | 6910 | 6755 | 6590 | 6440 | 5581 | 4756 | 3807 | 2944 | 2069 | 1319 |

**XARELTO®** (rivaroxaban) tablets

Figure 4 shows the risk of stroke or non-CNS systemic embolism across major subgroups.

**Figure 4:  Risk of Stroke or Non-CNS Systemic Embolism by Baseline Characteristics in ROCKET AF* (Intent-to-Treat Population)**

| | Rivaroxaban n/N (%Per Year) | Warfarin n/N (%Per Year) | Hazard Ratio and 95% CIs Favor Rivaroxaban Favor Warfarin | HR and 95% CIs |
|---|---|---|---|---|
| All Patients (100%) | 269/7081 (2.1) | 306/7090 (2.4) | | 0.88 (0.74, 1.03) |
| Prior Warfarin/VKA | | | | |
| YES (62%) | 168/4413 (2.1) | 175/4440 (2.1) | | 0.96 (0.78, 1.19) |
| NO (38%) | 101/2668 (2.2) | 131/2650 (3.0) | | 0.76 (0.59, 0.98) |
| Age (yrs) | | | | |
| <65 (25%) | 53/1647 (1.8) | 55/1637 (1.9) | | 0.96 (0.66, 1.40) |
| 65-to-<75 (33%) | 91/2352 (2.2) | 97/2371 (2.3) | | 0.94 (0.71, 1.26) |
| >75 (41%) | 125/3082 (2.3) | 154/3082 (2.9) | | 0.80 (0.63, 1.02) |
| Gender | | | | |
| MALE (60%) | 143/4279 (1.9) | 164/4287 (2.1) | | 0.87 (0.70, 1.09) |
| FEMALE (40%) | 126/2802 (2.5) | 142/2803 (2.9) | | 0.88 (0.70, 1.11) |
| Weight (kg) | | | | |
| <=90kg (80%) | 35/777 (2.7) | 49/775 (3.8) | | 0.71 (0.46, 1.09) |
| >90kg (80%) | 234/6302 (2.1) | 257/6314 (2.3) | | 0.91 (0.76, 1.09) |
| Prior Stroke/TIA | | | | |
| YES (55%) | 178/3727 (2.8) | 186/3689 (3.0) | | 0.94 (0.77, 1.16) |
| NO (45%) | 91/3354 (1.5) | 120/3401 (1.9) | | 0.77 (0.58, 1.01) |
| Diabetic Status | | | | |
| YES (40%) | 95/2851 (1.9) | 114/2796 (2.3) | | 0.81 (0.62, 1.07) |
| NO (60%) | 174/4230 (2.3) | 192/4294 (2.5) | | 0.92 (0.75, 1.13) |
| CHADS2 Score | | | | |
| <=1 (0%) | 0/1 (0.0) | 0/2 (0.0) | | |
| 2 (13%) | 30/924 (1.5) | 36/933 (1.7) | | 0.85 (0.52, 1.39) |
| >=3 (87%) | 239/6156 (2.2) | 270/6155 (2.6) | | 0.89 (0.75, 1.05) |
| CrCl (mL/min) | | | | |
| <30mL/min (0%) | 0/4 (0.0) | 0/4 (0.0) | | |
| 30-50 mL/min (22%) | 79/1579 (2.9) | 96/1584 (3.5) | | 0.84 (0.62, 1.14) |
| >50-80 mL/min (46%) | 125/5205 (2.2) | 141/5271 (2.4) | | 0.90 (0.70, 1.14) |
| >80 mL/min (32%) | 65/2285 (1.6) | 68/2222 (1.7) | | 0.93 (0.67, 1.31) |
| Geographic Region | | | | |
| US (14%) | 34/955 (1.8) | 42/966 (2.1) | | 0.84 (0.53, 1.32) |
| Outside US (86%) | 235/6116 (2.2) | 265/6124 (2.5) | | 0.88 (0.74, 1.05) |
| ASA at randomization | | | | |
| YES (37%) | 105/2575 (2.3) | 121/2609 (2.7) | | 0.87 (0.67, 1.13) |
| NO (63%) | 164/4506 (2.0) | 185/4481 (2.3) | | 0.88 (0.71, 1.09) |

0.5    1    2

\* Data are shown for all randomized patients up to site notification that the study would end.

Note: The figure above presents effects in various subgroups all of which are baseline characteristics and all of which were pre-specified (diabetic status was not pre-specified in the subgroup, but was a criterion for the CHADS2 score). The 95% confidence limits that are shown do not take into account how many comparisons were made, nor do they reflect the effect of a particular factor after adjustment for all other factors. Apparent homogeneity or heterogeneity among groups should not be over-interpreted.

The efficacy of XARELTO was generally consistent across major subgroups.

The protocol for ROCKET AF did not stipulate anticoagulation after study drug discontinuation, but warfarin patients who completed the study were generally maintained on warfarin. XARELTO patients were generally switched to warfarin without a period of coadministration of warfarin and XARELTO, so that they were not adequately anticoagulated after stopping XARELTO until attaining a therapeutic INR. During the 28 days following the end of the study, there were 22 strokes in the 4637 patients taking XARELTO vs. 6 in the 4691 patients taking warfarin.

Few patients in ROCKET AF underwent electrical cardioversion for atrial fibrillation. The utility of XARELTO for preventing post-cardioversion stroke and systemic embolism is unknown.

**14.2  Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Reduction in the Risk of Recurrence of DVT and of PE**

EINSTEIN Deep Vein Thrombosis and EINSTEIN Pulmonary Embolism Studies

XARELTO for the treatment of DVT and/or PE and for the reduction in the risk of recurrence of DVT and of PE was studied in EINSTEIN DVT and EINSTEIN PE, multi-national, open-label, non-inferiority studies comparing XARELTO (at an initial dose of 15 mg twice daily with food for the first three weeks, followed by XARELTO 20 mg once daily with food) to enoxaparin 1 mg/kg twice daily for at least five days with VKA and then continued with VKA only after the target INR (2.0-3.0) was reached. Patients who required thrombectomy, insertion of a caval filter, or use of a fibrinolytic agent and patients with creatinine clearance <30 mL/min, significant liver disease, or active bleeding were excluded from the studies. The intended treatment duration was 3, 6, or 12 months based on investigator's assessment prior to randomization.

**XARELTO®** (rivaroxaban) tablets

A total of 8281 (3449 in EINSTEIN DVT and 4832 in EINSTEIN PE) patients were randomized and followed on study treatment for a mean of 208 days in the XARELTO group and 204 days in the enoxaparin/VKA group. The mean age was approximately 57 years. The population was 55% male, 70% Caucasian, 9% Asian and about 3% Black. About 73% and 92% of XARELTO-treated patients in the EINSTEIN DVT and EINSTEIN PE studies, respectively, received initial parenteral anticoagulant treatment for a median duration of 2 days. Enoxaparin/VKA-treated patients in the EINSTEIN DVT and EINSTEIN PE studies received initial parenteral anticoagulant treatment for a median duration of 8 days. Aspirin was taken as on treatment concomitant antithrombotic medication by approximately 12% of patients in both treatment groups. Patients randomized to VKA had an unadjusted mean percentage of time in the INR target range of 2.0 to 3.0 of 58% in EINSTEIN DVT study and 60% in EINSTEIN PE study, with the lower values occurring during the first month of the study.

In the EINSTEIN DVT and EINSTEIN PE studies, 49% of patients had an idiopathic DVT/PE at baseline. Other risk factors included previous episode of DVT/PE (19%), recent surgery or trauma (18%), immobilization (16%), use of estrogen-containing drug (8%), known thrombophilic conditions (6%), or active cancer (5%).

In the EINSTEIN DVT and EINSTEIN PE studies, XARELTO was demonstrated to be non-inferior to enoxaparin/VKA for the primary composite endpoint of time to first occurrence of recurrent DVT or non-fatal or fatal PE [EINSTEIN DVT HR (95% CI): 0.68 (0.44, 1.04); EINSTEIN PE HR (95% CI): 1.12 (0.75, 1.68)]. In each study the conclusion of non-inferiority was based on the upper limit of the 95% confidence interval for the hazard ratio being less than 2.0.

Table 10 displays the overall results for the primary composite endpoint and its components for EINSTEIN DVT and EINSTEIN PE studies.

**Table 10: Primary Composite Endpoint Results\* in EINSTEIN DVT and EINSTEIN PE Studies – Intent-to-Treat Population**

| Event | XARELTO 20 mg† | Enoxaparin/ VKA† | XARELTO vs. Enoxaparin/VKA Hazard Ratio (95% CI) |
|---|---|---|---|
| **EINSTEIN DVT Study** | N = 1731 n (%) | N = 1718 n (%) | |
| Primary Composite Endpoint | 36 (2.1) | 51 (3.0) | 0.68 (0.44, 1.04) |
| Death (PE) | 1 (<0.1) | 0 | |
| Death (PE cannot be excluded) | 3 (0.2) | 6 (0.3) | |
| Symptomatic PE and DVT | 1 (<0.1) | 0 | |
| Symptomatic recurrent PE only | 20 (1.2) | 18 (1.0) | |
| Symptomatic recurrent DVT only | 14 (0.8) | 28 (1.6) | |
| **EINSTEIN PE Study** | N = 2419 n (%) | N = 2413 n (%) | |
| Primary Composite Endpoint | 50 (2.1) | 44 (1.8) | 1.12 (0.75, 1.68) |
| Death (PE) | 3 (0.1) | 1 (<0.1) | |
| Death (PE cannot be excluded) | 8 (0.3) | 6 (0.2) | |
| Symptomatic PE and DVT | 0 | 2 (<0.1) | |
| Symptomatic recurrent PE only | 23 (1.0) | 20 (0.8) | |
| Symptomatic recurrent DVT only | 18 (0.7) | 17 (0.7) | |

\* For the primary efficacy analysis, all confirmed events were considered from randomization up to the end of intended treatment duration (3, 6 or 12 months) irrespective of the actual treatment duration. If the same patient had several events, the patient may have been counted for several components.
† Treatment schedule in EINSTEIN DVT and EINSTEIN PE studies: XARELTO 15 mg twice daily for 3 weeks followed by 20 mg once daily; enoxaparin/ VKA [enoxaparin: 1 mg/kg twice daily, VKA: individually titrated doses to achieve a target INR of 2.5 (range: 2.0-3.0)]

Figures 5 and 6 are plots of the time from randomization to the occurrence of the first primary efficacy endpoint event in the two treatment groups in EINSTEIN DVT and EINSTEIN PE studies, respectively.

**Figure 5: Time to First Occurrence of the Composite of Recurrent DVT or Non-fatal or Fatal PE by Treatment Group (Intent-to-Treat Population) – EINSTEIN DVT Study**



Number of Patients at Risk
Enoxaparin/VKA (N= 1718)  1616  1581  1565  1368  1358  1301  380  362  342  326  297  264
XARELTO (N= 1731)         1668  1604  1586  1424  1412  1409  404  369  364  345  326  266

**Figure 6: Time to First Occurrence of the Composite of Recurrent DVT or Non-fatal or Fatal PE by Treatment Group (Intent-to-Treat Population) – EINSTEIN PE Study**



Number of Patients at Risk
Enoxaparin/VKA (N= 2413)  2316  2295  2280  2155  2146  2113  835  787  773  746  722  675
XARELTO (N= 2419)         2350  2321  2311  2180  2167  2133  837  794  785  757  725  672

**EINSTEIN Extension Study**

XARELTO for reduction in the risk of recurrence of DVT and of PE was studied in the EINSTEIN Extension study, a multi-national, double-blind, superiority study comparing XARELTO (20 mg once daily with food) to placebo in patients who had completed 6 to 14 months of treatment for DVT and/or PE following the acute event. The intended treatment duration was 6 or 12 months based on investigator's assessment prior to randomization.

A total of 1196 patients were randomized and followed on study treatment for a mean of 190 days for both XARELTO and placebo treatment groups. The mean age was approximately 58 years. The population was 58% male, 78% Caucasian, 8% Asian and about 2% Black. Aspirin was taken as on-treatment concomitant antithrombotic medication by approximately 12% of patients in both treatment groups. In the EINSTEIN Extension study about 60% of patients had a history of proximal index DVT without PE event and 29% of patients had a PE without symptomatic DVT event. About 59% of patients had an idiopathic DVT/PE. Other risk factors included previous episode of DVT/PE (16%), immobilization (14%), known thrombophilic conditions (8%), or active cancer (5%).

In the EINSTEIN Extension study XARELTO was demonstrated to be superior to placebo for the primary composite endpoint of time to first occurrence of recurrent DVT or non-fatal or fatal PE [HR (95% CI): 0.18 (0.09, 0.39)].

**XARELTO®** (rivaroxaban) tablets

Table 11 displays the overall results for the primary composite endpoint and its components.

**Table 11: Primary Composite Endpoint Results\* in EINSTEIN Extension Study – Intent-to-Treat Population**

| Event | XARELTO 20 mg N = 602 n (%) | Placebo N = 594 n (%) | XARELTO vs. Placebo Hazard Ratio (95% CI) |
|---|---|---|---|
| Primary Composite Endpoint | 8 (1.3) | 42 (7.1) | 0.18 (0.09, 0.39) p-value = <0.0001 |
| Death (PE) | 0 | 1 (0.2) | |
| Death (PE cannot be excluded) | 1 (0.2) | 0 | |
| Symptomatic recurrent PE | 2 (0.3) | 13 (2.2) | |
| Symptomatic recurrent DVT | 5 (0.8) | 31 (5.2) | |

\* For the primary efficacy analysis, all confirmed events were considered from randomization up to the end of intended treatment duration (6 or 12 months) irrespective of the actual treatment duration.

Figure 7 is a plot of the time from randomization to the occurrence of the first primary efficacy endpoint event in the two treatment groups.

**Figure 7: Time to First Occurrence of the Composite of Recurrent DVT or Non-fatal or Fatal PE by Treatment Group (Intent-to-Treat Population) – EINSTEIN Extension Study**



| Number of Patients at Risk | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Placebo (N= 594) | 582 | 570 | 559 | 522 | 468 | 453 | 184 | 138 | 134 | 110 | 93 | 85 |
| XARELTO (N= 602) | 590 | 583 | 577 | 552 | 503 | 491 | 171 | 136 | 133 | 114 | 92 | 81 |

**14.3 Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery**

XARELTO was studied in 9011 patients (4487 XARELTO-treated, 4524 enoxaparin-treated patients) in the RECORD 1, 2, and 3 studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 6727 patients were randomized and 6579 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 82% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement, patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min, or patients with significant liver disease (hepatitis or cirrhosis). In RECORD 1, the mean exposure duration (± SD) to active XARELTO and enoxaparin was 33.3 ± 7.0 and 33.6 ± 8.3 days, respectively. In RECORD 2, the mean exposure duration to active XARELTO and enoxaparin was 33.5 ± 6.9 and 12.4 ± 2.9 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration. The efficacy data for RECORD 1 and 2 are provided in Table 12.

**XARELTO®** (rivaroxaban) tablets

**Table 12: Summary of Key Efficacy Analysis Results for Patients Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population**

| Treatment Dosage and Duration | RECORD 1 | | | RECORD 2 | | |
|---|---|---|---|---|---|---|
| | XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR\*, p-value | XARELTO 10 mg once daily | Enoxaparin† 40 mg once daily | RRR\*, p-value |
| **Number of Patients** | N = 1513 | N = 1473 | | N = 834 | N = 835 | |
| **Total VTE** | 17 (1.1%) | 57 (3.9%) | 71% (95% CI: 50, 83), p<0.001 | 17 (2.0%) | 70 (8.4%) | 76% (95% CI: 59, 86), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal DVT | 1 (0.1%) | 31 (2.1%) | | 5 (0.6%) | 40 (4.8%) | |
| Distal DVT | 12 (0.8%) | 26 (1.8%) | | 11 (1.3%) | 43 (5.2%) | |
| Non-fatal PE | 3 (0.2%) | 1 (0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 4 (0.5%) | |
| **Number of Patients** | N = 1600 | N = 1587 | | N = 928 | N = 929 | |
| **Major VTE‡** | 3 (0.2%) | 33 (2.1%) | 91% (95% CI: 71, 97), p<0.001 | 6 (0.7%) | 45 (4.8%) | 87% (95% CI: 69, 94), p<0.001 |
| **Number of Patients** | N = 2103 | N = 2119 | | N = 1178 | N = 1179 | |
| **Symptomatic VTE** | 5 (0.2%) | 11 (0.5%) | | 3 (0.3%) | 15 (1.3%) | |

\* Relative Risk Reduction; CI = confidence interval
† Includes the placebo-controlled period of RECORD 2
‡ Proximal DVT, nonfatal PE or VTE-related death

One randomized, double-blind, clinical study (RECORD 3) in patients undergoing elective total knee replacement surgery compared XARELTO 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. The mean age (± SD) of patients in the study was 68 ± 9.0 (range 28 to 91) years with 66% of patients ≥65 years. Sixty-eight percent (68%) of patients were female. Eighty-one percent (81%) of patients were White, less than 7% were Asian, and less than 2% were Black. The study excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min or patients with significant liver disease (hepatitis or cirrhosis). The mean exposure duration (± SD) to active XARELTO and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. The efficacy data are provided in Table 13.

**Table 13: Summary of Key Efficacy Analysis Results for Patients Undergoing Total Knee Replacement Surgery - Modified Intent-to-Treat Population**

| Treatment Dosage and Duration | RECORD 3 | | |
|---|---|---|---|
| | XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR\*, p-value |
| **Number of Patients** | N = 813 | N = 871 | |
| **Total VTE** | 79 (9.7%) | 164 (18.8%) | 48% (95% CI: 34, 60), p<0.001 |
| **Components of events contributing to Total VTE** | | | |
| Proximal DVT | 9 (1.1%) | 19 (2.2%) | |
| Distal DVT | 74 (9.1%) | 154 (17.7%) | |
| Non-fatal PE | 0 | 4 (0.5%) | |
| Death (any cause) | 0 | 2 (0.2%) | |
| **Number of Patients** | N = 895 | N = 917 | |
| **Major VTE†** | 9 (1.0%) | 23 (2.5%) | 60% (95% CI: 14, 81), p = 0.024 |
| **Number of Patients** | N = 1206 | N = 1226 | |
| **Symptomatic VTE** | 8 (0.7%) | 24 (2.0%) | |

\* Relative Risk Reduction; CI = confidence interval
† Proximal DVT, nonfatal PE or VTE-related death

**XARELTO®** (rivaroxaban) tablets

## 16   HOW SUPPLIED/STORAGE AND HANDLING

XARELTO (rivaroxaban) Tablets are available in the strengths and packages listed below:

- 10 mg tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and "Xa" on the other side. The tablets are supplied in the packages listed:

  NDC 50458-580-30    Bottle containing 30 tablets
  NDC 50458-580-10    Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

- 15 mg tablets are round, red, biconvex film-coated tablets with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

  NDC 50458-578-30    Bottle containing 30 tablets
  NDC 50458-578-90    Bottle containing 90 tablets
  NDC 50458-578-10    Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

- 20 mg tablets are triangle-shaped, dark red film-coated tablets with a triangle pointing down above a "20" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

  NDC 50458-579-30    Bottle containing 30 tablets
  NDC 50458-579-90    Bottle containing 90 tablets
  NDC 50458-579-10    Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

- Starter Pack for treatment of deep vein thrombosis and treatment of pulmonary embolism:

  NDC 50458-584-51    30-day starter blister pack containing 51 tablets: 42 tablets of 15 mg and 9 tablets of 20 mg

Store at 25°C (77°F) or room temperature; excursions permitted to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

## 17   PATIENT COUNSELING INFORMATION

*See FDA-approved patient labeling (Medication Guide).*

### 17.1 Instructions for Patient Use

- Advise patients to take XARELTO only as directed.
- Remind patients to not discontinue XARELTO without first talking to their healthcare professional.
- Advise patients with atrial fibrillation to take XARELTO once daily with the evening meal.
- Advise patients with DVT and/or PE to take XARELTO 15 mg or 20 mg tablets with food at approximately the same time every day *[see Dosage and Administration (2.4)]*.
- Advise patients who cannot swallow the tablet whole to crush XARELTO and combine with a small amount of applesauce followed by food *[see Dosage and Administration (2.8)]*.
- For patients requiring an NG tube or gastric feeding tube, instruct the patient or caregiver to crush the XARELTO tablet and mix it with a small amount of water before administering via the tube *[see Dosage and Administration (2.8)]*.
- If a dose is missed, advise the patient to take XARELTO as soon as possible on the same day and continue on the following day with their recommended daily dose regimen.

### 17.2 Bleeding Risks

- Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO *[see Warnings and Precautions (5.2)]*.
- If patients have had neuraxial anesthesia or spinal puncture, and particularly, if they are taking concomitant NSAIDs or platelet inhibitors, advise patients to watch for signs and symptoms of spinal or epidural hematoma, such as back pain, tingling, numbness (especially in the lower limbs), muscle weakness, and stool or urine incontinence. If any of these symptoms occur, advise the patient to contact his or her physician immediately *[see Boxed Warning]*.

**XARELTO®** (rivaroxaban) tablets

### 17.3 Invasive or Surgical Procedures

Instruct patients to inform their healthcare professional that they are taking XARELTO before any invasive procedure (including dental procedures) is scheduled.

### 17.4 Concomitant Medication and Herbals

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs or herbals, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.5 Pregnancy and Pregnancy-Related Hemorrhage

- Advise patients to inform their physician immediately if they become pregnant or intend to become pregnant during treatment with XARELTO *[see Use in Specific Populations (8.1)]*.
- Advise pregnant women receiving XARELTO to immediately report to their physician any bleeding or symptoms of blood loss *[see Warnings and Precautions (5.7)]*.

### 17.6 Nursing

Advise patients who are nursing to discuss with their physician if they are nursing or intend to nurse during anticoagulant treatment *[see Use in Specific Populations (8.3)]*.

### 17.7 Females of Reproductive Potential

Advise patients who can become pregnant to discuss pregnancy planning with their physician *[see Use in Specific Populations (8.6)]*.

Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778
or

Bayer Pharma AG
51368 Leverkusen, Germany

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany



© Janssen Pharmaceuticals, Inc. 2011

XARELTO® (rivaroxaban) tablets

## MEDICATION GUIDE
## XARELTO® (zah-REL-toe)
### (rivaroxaban)
### tablets

Read this Medication Guide before you start taking XARELTO and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about XARELTO?**

• **For people taking XARELTO for atrial fibrillation:**

People with atrial fibrillation (an irregular heart beat) are at an increased risk of forming a blood clot in the heart, which can travel to the brain, causing a stroke, or to other parts of the body. XARELTO lowers your chance of having a stroke by helping to prevent clots from forming. If you stop taking XARELTO, you may have increased risk of forming a clot in your blood.

**Do not stop taking XARELTO without talking to the doctor who prescribes it for you. Stopping XARELTO increases your risk of having a stroke.**

If you have to stop taking XARELTO, your doctor may prescribe another blood thinner medicine to prevent a blood clot from forming.

• **XARELTO can cause bleeding** which can be serious, and rarely may lead to death. This is because XARELTO is a blood thinner medicine that reduces blood clotting. While you take XARELTO you are likely to bruise more easily and it may take longer for bleeding to stop.

You may have a higher risk of bleeding if you take XARELTO and take other medicines that increase your risk of bleeding, including:

• aspirin or aspirin containing products
• non-steroidal anti-inflammatory drugs (NSAIDs)
• warfarin sodium (Coumadin®, Jantoven®)
• any medicine that contains heparin
• clopidogrel (Plavix®)
• other medicines to prevent or treat blood clots

Tell your doctor if you take any of these medicines. Ask your doctor or pharmacist if you are not sure if your medicine is one listed above.

**Call your doctor or get medical help right away if you develop any of these signs or symptoms of bleeding:**

• unexpected bleeding or bleeding that lasts a long time, such as:
  o nose bleeds that happen often
  o unusual bleeding from the gums
  o menstrual bleeding that is heavier than normal or vaginal bleeding
• bleeding that is severe or you cannot control
• red, pink or brown urine
• bright red or black stools (looks like tar)

• cough up blood or blood clots
• vomit blood or your vomit looks like "coffee grounds"
• headaches, feeling dizzy or weak
• pain, swelling, or new drainage at wound sites

• **Spinal or epidural blood clots (hematoma).** People who take a blood thinner medicine (anticoagulant) like XARELTO, and have medicine injected into their spinal and epidural area, or have a spinal puncture have a risk of forming a blood clot that can cause long-term or permanent loss of the ability to move (paralysis). Your risk of developing a spinal or epidural blood clot is higher if:

  o a thin tube called an epidural catheter is placed in your back to give you certain medicine
  o you take NSAIDs or a medicine to prevent blood from clotting
  o you have a history of difficult or repeated epidural or spinal punctures
  o you have a history of problems with your spine or have had surgery on your spine

If you take XARELTO and receive spinal anesthesia or have a spinal puncture, your doctor should watch you closely for symptoms of spinal or epidural blood clots. Tell your doctor right away if you have back pain, tingling, numbness, muscle weakness (especially in your legs and feet), loss of control of the bowels or bladder (incontinence).

• **XARELTO is not for patients with artificial heart valves.**

**See "What are the possible side effects of XARELTO?" for more information about side effects.**

**What is XARELTO?**

• XARELTO is a prescription medicine used to:
  o reduce the risk of stroke and blood clots in people who have a medical condition called atrial fibrillation. With atrial fibrillation, part of the heart does not beat the way it should. This can lead to the formation of blood clots, which can travel to the brain, causing a stroke, or to other parts of the body.
  o treat blood clots in the veins of your legs (deep vein thrombosis) or lungs (pulmonary embolism) and reduce the risk of them occurring again
  o reduce the risk of forming a blood clot in the legs and lungs of people who have just had hip or knee replacement surgery

It is not known if XARELTO is safe and effective in children.

**Who should not take XARELTO?**
**Do not take XARELTO if you:**
• currently have certain types of abnormal bleeding. Talk to your doctor before taking XARELTO if you currently have unusual bleeding.
• are allergic to rivaroxaban or any of the ingredients in XARELTO. See the end of this leaflet for a complete list of ingredients in XARELTO.

**XARELTO®** (rivaroxaban) tablets

### What should I tell my doctor before taking XARELTO?

Before you take XARELTO, tell your doctor if you:

- have ever had bleeding problems
- have liver or kidney problems
- have any other medical condition
- are pregnant or plan to become pregnant. It is not known if XARELTO will harm your unborn baby. Tell your doctor right away if you become pregnant while taking XARELTO. If you take XARELTO during pregnancy tell your doctor right away if you have any bleeding or symptoms of blood loss.
- are breastfeeding or plan to breastfeed. It is not known if XARELTO passes into your breast milk. You and your doctor should decide if you will take XARELTO or breastfeed.

Tell all of your doctors and dentists that you are taking XARELTO. They should talk to the doctor who prescribed XARELTO for you before you have any surgery, medical or dental procedure.

**Tell your doctor about all the medicines you take, including prescription and nonprescription medicines, vitamins, and herbal supplements.** Some of your other medicines may affect the way XARELTO works. Certain medicines may increase your risk of bleeding. See **"What is the most important information I should know about XARELTO?"**

Especially tell your doctor if you take:

- ketoconazole (Nizoral®)
- itraconazole (Onmel™, Sporanox®)
- ritonavir (Norvir®)
- lopinavir/ritonavir (Kaletra®)
- indinavir (Crixivan®)
- carbamazepine (Carbatrol®, Equetro®, Tegretol®, Tegretol®-XR, Teril®, Epitol®)
- phenytoin (Dilantin-125®, Dilantin®)
- phenobarbital (Solfoton™)
- rifampin (Rifater®, Rifamate®, Rimactane®, Rifadin®)
- St. John's wort (Hypericum perforatum)

Ask your doctor if you are not sure if your medicine is one listed above.

Know the medicines you take. Keep a list of them to show your doctor and pharmacist when you get a new medicine.

### How should I take XARELTO?

- Take XARELTO exactly as prescribed by your doctor.
- Do not change your dose or stop taking XARELTO unless your doctor tells you to.
- Your doctor will tell you how much XARELTO to take and when to take it.
- Your doctor may change your dose if needed.

**XARELTO®** (rivaroxaban) tablets

- If you take XARELTO for:
  - **atrial fibrillation:**
    - Take XARELTO 1 time a day with your evening meal.
    - If you miss a dose of XARELTO, take it as soon as you remember on the same day. Take your next dose at your regularly scheduled time.
  - **blood clots in the veins of your legs or lungs:**
    - Take XARELTO once or twice a day as prescribed by your doctor.
    - Take XARELTO with food at the same time each day.
    - If you miss a dose of XARELTO:
      - **and take XARELTO 2 times a day:** Take XARELTO as soon as you remember on the same day. You may take 2 doses at the same time to make up for the missed dose. Take your next dose at your regularly scheduled time.
      - **and take XARELTO 1 time a day:** Take XARELTO as soon as you remember on the same day. Take your next dose at your regularly scheduled time.
  - **hip or knee replacement surgery:**
    - Take XARELTO 1 time a day with or without food.
    - If you miss a dose of XARELTO, take it as soon as you remember on the same day. Take your next dose at your regularly scheduled time.
- If you have difficulty swallowing the tablet whole, talk to your doctor about other ways to take XARELTO.
- Your doctor will decide how long you should take XARELTO. Do not stop taking XARELTO without talking with your doctor first.
- Your doctor may stop XARELTO for a short time before any surgery, medical or dental procedure. Your doctor will tell you when to start taking XARELTO again after your surgery or procedure.
- Do not run out of XARELTO. Refill your prescription of XARELTO before you run out. When leaving the hospital following a hip or knee replacement, be sure that you will have XARELTO available to avoid missing any doses.
- If you take too much XARELTO, go to the nearest hospital emergency room or call your doctor right away.

### What are the possible side effects of XARELTO?

- See **"What is the most important information I should know about XARELTO?"**

Tell your doctor if you have any side effect that bothers you or that does not go away.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

### How should I store XARELTO?

- Store XARELTO at room temperature between 68°F to 77°F (20° to 25°C).

**Keep XARELTO and all medicines out of the reach of children.**

**XARELTO®** (rivaroxaban) tablets

**General information about XARELTO.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use XARELTO for a condition for which it was not prescribed. Do not give XARELTO to other people, even if they have the same condition. It may harm them.

This Medication Guide summarizes the most important information about XARELTO. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about XARELTO that is written for health professionals.

For more information call 1-800-526-7736 or go to www.XARELTO-US.com.

**What are the ingredients in XARELTO?**

Active ingredient: rivaroxaban
Inactive ingredients: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate.

The proprietary film coating mixture for XARELTO 10 mg tablets is Opadry® Pink and contains: ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide.

The proprietary film coating mixture for XARELTO 15 mg tablets is Opadry® Red and contains: ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide.

The proprietary film coating mixture for XARELTO 20 mg tablets is Opadry® II Dark Red and contains: ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

This Medication Guide has been approved by the U.S. Food and Drug Administration.

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778
or
Bayer Pharma AG
51368 Leverkusen, Germany
Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560
Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany
Revised: December 2014



© Janssen Pharmaceuticals, Inc. 2011
Trademarks are property of their respective owners.

038571-150812