**DANGEROUS/UNACCEPTABLE ABBREVIATIONS - DO NOT USE**
QD  QOD  U  IU  MS  MSO4  MgSO4  Trailing Zero  Lack of leading Zero

\*\*\* ALL PRN MEDICATIONS ORDERED MUST HAVE A REASON \*\*\*

ADMIT TO:  ☐ OUTPATIENT  ☐ OBSERVATION  ☐ INPATIENT

| Date Ordered | Time Ordered | PHYSICIAN'S ORDER |
|---|---|---|
| 4/30/2011 | 10:50 AM | |

1. Heart healthy, low sodium diet.
2. CBC, BMP, Mg, Phos in AM of 5/1/2011.
3. d/c HCTZ
4. Change Atenolol to 50 mg PO BID.
5. Start Pradaxa 150 mg PO BID.
6. Magnesium Sulfate, give 2 grams IVx1 now, ☑ done
   BMP 30 minutes after dosing completed.
7. d/c Lovenox
8. KCl 40 meq PO x1 now ☑ done
9. Magnesium Chloride (Slow mag), ii 64 mg tabs PO daily

Christa Balew
538-1692

B. Chart
N. Gomila, RN
04-30-11 1945

Physician's Signature  |  Date & Time  |  Nurse's Signature: N. Gomila, RN 04-30-11 1205

DO NOT USE FORM AFTER THE ORDERS HAVE BEEN SIGNED AND FAXED/SCANNED

**Tulane Medical Center**
PHYSICIAN'S ORDER FORM
1415 TULANE AVENUE
NEW ORLEANS, LA 70112

ORR, SHARYN M
D.5211-P
04/29/11
SEX: F
Anwar, Asif MD

USCA5 4690
SOrr-PPR-005315