```
NOMH NEUROSCIENCE CRITICAL CARE        ORR, SHARYN
1516 Jefferson Hwy                     MRN:
New Orleans LA 70121-2429              DOB: 10/21/1947  Sex: F
Inpatient Record                       Acct #:
                                       Adm: 4/24/2015
```

## All Cardiac Results (04/24/15 - 04/28/15) (continued)

**EKG 12-lead (Reason:chest pain) [157768002] (continued)**   Resulted: 04/27/15 1148, Result status: Final result

Abnormal ECG
When compared with ECG of 24-APR-2015 23:22,
Atrial fibrillation has replaced Sinus rhythm
Vent. rate has increased BY 68 BPM
ST now depressed in Inferior leads
ST now depressed in Lateral leads
Nonspecific T wave abnormality now evident in Inferior leads
Confirmed by BREAUX MD, PATRICK (222) on 4/27/2015 11:48:21 AM

Referred By: SELF REFERRAL        Confirmed By: PATRICK BREAUX MD

**Specimen Collection**

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 04/25/15 0356 |

**EKG 12-lead [157782345]**        Resulted: 04/28/15 2129, Result status: Final result

Ordering provider: Faraz Khursheed, MD  04/25/15 0447    Resulting lab:  OCHS GE MUSE
Narrative:
Test Reason : Tachycardia 785.0
Blood Pressure : \*\*\*/\*\*\* mmHG
Vent. Rate : 068 BPM    Atrial Rate : 074 BPM
 P-R int : 164 ms      QRS Dur : 094 ms
  QT Int : 456 ms      P-R-T Axes : 074 026 065 degrees
 QTc Int : 485 ms

\*\*\*Age and gender specific analysis\*\*\*
Sinus rhythm with sinus arrhythmia with Fusion complexes
Prolonged QT
Abnormal ECG

Confirmed by St Martin MD, Edward (850) on 4/28/2015 9:29:39 PM

Referred By: SELF REFERRAL        Confirmed By: Edward St Martin MD

**Specimen Collection**

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 04/24/15 2322 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - GEMUSE | OCHS GE MUSE | N/A | N/A | 05/03/11 1740 - 05/04/15 1620 |

## Procedure Results (04/25/15 - 04/25/15)

**Critical Care [157782356]**        Resulted: 04/25/15 0635, Result status: Final result

Ordering provider: Ann M. Azcuy, MD  04/25/15 0634
Narrative:           Ann M. Azcuy, MD   4/25/2015  6:35 AM
SCRIBE #1 NOTE: I, John Hattier, am scribing for, and in the
presence of, Dr. Azcuy. I have scribed the entire note.

History

Chief Complaint

USCA5 4693
SOrr-PPR-000533

NOMH NEUROSCIENCE CRITICAL CARE
1516 Jefferson Hwy
New Orleans LA 70121-2429
Inpatient Record

ORR, SHARYN
MRN:
DOB: 0/2█████ Sex: F
Acct #:
Adm: 4/24/2015

## Procedure Results (04/25/15 - 04/25/15) (continued)

**Critical Care [157782356] (continued)**　　　　Resulted: 04/25/15 0635, Result status: Final result

Patient presents with
• Fatigue

No Known Allergies
HPI Comments: Time seen by provider: 11:31 PM

This is a 67 y.o. female who presents with complaint of altered mental status worsening over the last five hours. As per her husband, the patient reported experiencing a headache five hours ago while eating dinner. Afterwards, on the way home, she began to experience symptoms of nausea and vomiting. She went to bed three hours ago and later woke up to vomit again, however she was unable to support herself. Her husband states that she has not been verbal since then. On interview she displays left-sided facial asymmetry and has trouble responding to questions.

The history is provided by the patient and a relative.

Past Medical History
Diagnosis Date
• Hypertension
• Diabetes mellitus
• A-fib
• CHF (congestive heart failure)
• Anticoagulant long-term use
• Nephritis due to secondary diabetes mellitus
• CKD (chronic kidney disease), stage III

Past Medical History Pertinent Negatives
Diagnosis Date Noted
• Transfusion reaction 2/19/14
• Encounter for blood transfusion 2/19/14
• Cancer 2/19/14
• Asthma 2/19/14
• Coronary artery disease 2/19/14
• Stroke 2/19/14
• Arthritis 2/19/14
• COPD (chronic obstructive pulmonary disease) 2/19/14
• Thyroid disease 2/19/14
• Seizures 2/19/14

Past Surgical History
Procedure Laterality Date
• Cholecystectomy

Family History
Problem Relation Age of Onset
• Hypertension Mother
• Diabetes Mother
• Hypertension Father

History
Substance Use Topics
• Smoking status: Unknown If Ever Smoked
• Smokeless tobacco: Not on file
• Alcohol Use: No

Review of Systems

USCA5 4694
SOrr-PPR-000534

NOMH NEUROSCIENCE CRITICAL CARE
1516 Jefferson Hwy
New Orleans LA 70121-2429
Inpatient Record

ORR, SHARYN
MRN:
DOB: ▮▮▮▮▮▮▮ Sex: F
Acct #:
Adm: 4/24/2015

## Procedure Results (04/25/15 - 04/25/15) (continued)

**Critical Care [157782356] (continued)**  Resulted: 04/25/15 0635, Result status: Final result

Unable to perform ROS: Mental status change
Constitutional: Negative for fever and chills.
HENT: Negative for facial swelling and sore throat.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea, vomiting and abdominal pain.
Endocrine: Negative for polyuria.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for myalgias and back pain.
Skin: Negative for rash.
Neurological: Negative for weakness and headaches.
Hematological: Does not bruise/bleed easily.

Physical Exam
Initial Vitals
BP Pulse Resp Temp SpO2
04/24/15 2311 04/24/15 2311 04/24/15 2311 -- 04/24/15 2319
252/114 mmHg 68 16   100 %

Physical Exam
Nursing note and vitals reviewed.
Constitutional: She appears well-developed and well-nourished. She is not diaphoretic. No distress.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Breath sounds normal. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no tenderness.
Neurological:
Patient is drowsy but arouses to voice. Patient is minimally verbal and able to follow simple commands with her right side only. Left arm and leg are flaccid. Smile is asymmetric. Cranial nerve tests deferred secondary to patient not being able to follow commands.
Skin: Skin is warm.
Psychiatric: She has a normal mood and affect.


ED Course
Intubation
Date/Time: 4/25/2015 12:20 AM
Performed by: AZCUY, ANN M.
Authorized by: AZCUY, ANN M.
Consent Done: Not Needed
Indications: airway protection
Intubation method: fiberoptic oral
Patient status: unconscious

NOMH NEUROSCIENCE CRITICAL CARE
1516 Jefferson Hwy
New Orleans LA 70121-2429
Inpatient Record

ORR, SHARYN
MRN:
DOB: 10/24/1947  Sex: F
Acct #:
Adm: 4/24/2015

## Procedure Results (04/25/15 - 04/25/15) (continued)

**Critical Care [157782356] (continued)**     Resulted: 04/25/15 0635, Result status: Final result

Preoxygenation: BVM
Paralytic: none
Tube size: 6.5 mm
Tube type: cuffed
Number of attempts: 4
Ventilation between attempts: BVM
Breath sounds: clear
ETT to lip: 24 cm
Tube secured with: adhesive tape
Patient tolerance: Patient tolerated the procedure well with no immediate complications

Critical Care
Date/Time: 4/25/2015 1:00 AM
Performed by: AZCUY, ANN M.
Authorized by: MAHANNA, ELIZABETH B.
Direct patient critical care time: 25 minutes
Additional history critical care time: 15 minutes
Ordering / reviewing critical care time: 10 minutes
Documentation critical care time: 5 minutes
Consulting other physicians critical care time: 10 minutes
Consult with family critical care time: 15 minutes
Total critical care time (exclusive of procedural time) : 80 minutes
Critical care time was exclusive of separately billable procedures and treating other patients.
Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions: CNS failure or compromise and circulatory failure.
Critical care was time spent personally by me on the following activities: pulse oximetry, discussions with consultants, examination of patient, evaluation of patient's response to treatment, obtaining history from patient or surrogate, ordering and performing treatments and interventions, ordering and review of laboratory studies, ordering and review of radiographic studies and re-evaluation of patient's condition.

Labs Reviewed
CBC W/ AUTO DIFFERENTIAL
COMPREHENSIVE METABOLIC PANEL
TROPONIN I
LIPASE
POCT GLUCOSE MONITORING CONTINUOUS

EKG Readings: (Independently Interpreted)
Comments: 12:29 AM: Sinus arrhythmia at rate of 68 bpm. Prolonged QT. No ST or T wave changes.

Imaging Results

CT Head Without Contrast (Final result)   Abnormal Result time: 04/25/15 00:08:40
Final result by Brian A. Ogden, MD (04/25/15 00:08:40)
Impression:

NOMH NEUROSCIENCE CRITICAL CARE
1516 Jefferson Hwy
New Orleans LA 70121-2429
Inpatient Record

ORR, SHARYN
MRN:
DOB: 0/21/1947  Sex: F
Acct #:
Adm: 4/24/2015

## Procedure Results (04/25/15 - 04/25/15) (continued)

**Critical Care [157782356] (continued)**  Resulted: 04/25/15 0635, Result status: Final result

1. Extensive right lateral ventricular acute hemorrhage with extension to the third ventricle without identifiable cause seen, suggesting primary interventricular hemorrhage. There is associated hydrocephalus with significant regional mass-effect upon the overlying right cerebral hemisphere, significant right to left subfalcine midline shift, and probable early right sided uncal herniation. Differential considerations could include underlying right ventricular vascular lesion or intraventricular/solid mass. Further evaluation/follow up as warranted. Neurosurgical consultation advised.

Critical results. EPIC Notification system activated.

Findings were initially observed and immediately discussed with physician assistant Frankie taking care of patient in the ER at 2352 hours on 4/24/15 by Dr. Ogden.

Electronically signed by: BRIAN OGDEN   MD MD
Date:   04/25/15
Time:   00:08
Narrative:
COMPARISON: None

FINDINGS: There is slightly heterogeneous hyperattenuation material noted throughout the right ventricle and third ventricle consistent with acute intraventricular hemorrhage. There is associated dilatation of the right greater than left lateral ventricles with otherwise normal caliber of the third ventricle and fourth ventricle. There is associated regional mass-effect upon the right cerebral hemisphere with cortical sulcal effacement, as well as 1.6-cm right to left subfalcine midline shift.
There is mild effacement of the basilar cistern concerning for early uncal herniation. No cerebellar tonsillar herniation.

No definite parenchymal hemorrhage seen. No acute cortical infarct seen. No extra-axial mass or hemorrhage along the convexities or within the posterior fossa. Atherosclerotic calcifications of the bilateral cavernous ICAs.

The extracranial structures are unremarkable. No displaced calvarial fractures. Visualized portions of the paranasal sinuses and mastoid air cells are clear.

Medical Decision Making
MDM
Number of Diagnoses or Management Options
Altered mental status:
IVH (intraventricular hemorrhage):
Diagnosis management comments: 12:24 AM: Spoke with transfer center to inform them that the patient is also on Xarelto. I also

NOMH NEUROSCIENCE CRITICAL CARE
1516 Jefferson Hwy
New Orleans LA 70121-2429
Inpatient Record

ORR, SHARYN
MRN:
DOB: 10/21/1947  Sex: F
Acct #:
Adm: 4/24/2015

## Procedure Results (04/25/15 - 04/25/15) (continued)

**Critical Care [157782356] (continued)**     Resulted: 04/25/15 0635, Result status: Final result

asked if there are any additional medications required besides nicardipine.

67-year-old female was brought in by EMS for altered mental status and difficulty walking. Per the husband the patient was at her baseline when she complained of a headache and subsequently had multiple episodes of vomiting. She laid down and when she got up she was unsteady on her feet and became progressively less responsive. She was able to follow simple commands with her right side upon arrival, but upon evaluation after her CT she was even less responsive. Therefore, the decision was made to intubate her for airway protection. She had a very difficult intubation requiring multiple attempts. CT of the head showed an intraventricular bleed with shift. Transfer Center was contacted to arrange transfer to OMC for neurosurgery evaluation. The family including husband and 2 daughters were notified of the patient's condition as well as the need for transfer. Patient was transferred in guarded condition on a nicardipine drip.

Amount and/or Complexity of Data Reviewed
Clinical lab tests: ordered and reviewed
Tests in the radiology section of CPT®: ordered and reviewed
Tests in the medicine section of CPT®: ordered and reviewed

Additional MDM: EKG: I have independently interpreted EKG(s) - see notes.

Scribe Attestation:
Scribe #1: I performed the above scribed service and the documentation accurately describes the services I performed. I attest to the accuracy of the note.

Attending:
Physician Attestation Statement for Scribe #1: I, Dr. Azcuy, personally performed the services described in this documentation, as scribed by John Hattier in my presence, and it is both accurate and complete.

Clinical Impression:
No diagnosis found.

**INTUBATION [157768031]**     Resulted: 04/25/15 0635, Result status: Final result

USCA5 4698
SOrr-PPR-000538