Protected - Subject to Further Protective Review

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3   MDI NO. 2592                              SECTION L
 4
 5   IN RE:  XARELTO (RIVAROXABAN)
     PRODUCTS LIABILITY LITIGATION
 6
 7
 8   THIS DOCUMENT RELATES TO:  JOSEPH ORR, JR., AS
     LAWFUL SURVIVING SPOUSE OF SHARYN ORR
 9
10            CASE NO. 2:15-CV-03708
11
12
13      VIDEO DEPOSITION OF JOSEPH ORR, JR., TAKEN AT
     CAPITELLI & WICKER LAW FIRM, ON TUESDAY, JUNE THE
14   7TH, 2016, COMMENCING AT 9:51 A.M. AND ENDING AT
     5:32 P.M.
15
16
17
18
19   REPORTED BY:
20   KRISTINA D. REA
21   Certified Court Reporter
22
23
24
25
```

```
 1   APPEARANCES:
 2        NELSON MULLINS
          BY:  ERIC A. PAINE, ESQUIRE
 3        1320 MAIN STREET, 17TH FLOOR
          COLUMBIA, SOUTH CAROLINA 29201
 4
 5                         AND
 6        IRWIN FRITCHIE
          BY:  JAMES B. IRWIN, ESQUIRE
 7        400 POYDRAS STREET, SUITE 2700
          NEW ORLEANS, LOUISIANA 70130
 8
 9
10            COUNSEL FOR THE DEFENDANTS
11
12
13        CAPITELLI & WICKER
          BY:  T. CAREY WICKER, III, ESQUIRE
14             VINCENT ODOM, ESQUIRE
          1100 POYDRAS STREET, SUITE 2950
15        NEW ORLEANS, LOUISIANA 70163
16
17
18            COUNSEL FOR THE PLAINTIFF
19
20
21
22
23
24
25
```

 1      Q    Do you have any reason to think that was
 2 not on each and every bottle of Xarelto pills that
 3 Mrs. Orr received?
 4      A    I have no reason to think it was not on
 5 there.
 6      Q    Have you ever seen the Xarelto medication
 7 guide that is referred to in that bottle's label?
 8 Have you ever seen that?
 9      A    No.
10      Q    Let me mark and hand you Exhibit 16, and
11 ask you to take a look at that.  This is a copy of
12 the Xarelto medication guide, and that is not
13 something you've ever seen around your house before?
14      A    Never seen this.
15      Q    Do you know if Mrs. Orr ever reviewed this
16 with any of her doctors?
17      A    No idea.
18      Q    Do you know one way or another whether --
19      A    I don't know one way or another.
20      Q    If this was dispensed with her medication,
21 is this the type of information that you would have
22 expected she would read?
23      A    Yes.
24      Q    If you'll follow along with me just very
25 quickly again at the top, it says, "What is the most

```
 1    important information I should know about Xarelto?"
 2            Do you see that?
 3    A     I do.
 4    Q     There are two bullet points below that.
 5            Second says, "Xarelto can cause bleeding
 6    which can be serious and rarely may lead to death."
 7    A     Well, she was the rarely.
 8    Q     Did I read that correctly?
 9    A     You did.
10    Q     And do you understand what that says?
11    A     Yes.
12    Q     You understand that language?
13    A     Yes.
14    Q     Do you have reason to think that Mrs. Orr
15    would not understand that language?
16    A     I have no reason to think she would not
17    understand that language.
18    Q     Do you know if Mrs. Orr ever discussed
19    this medication guide with anyone else?
20    A     I don't know.
21    Q     That language that we read, Xarelto can
22    cause bleeding which can be serious and rarely may
23    lead to death, is there anything about that sentence
24    that is unclear to you?
25    A     No.
```

Protected - Subject to Further Protective Review

 1      Q    Do you have any reason to think that Mrs.
 2   Orr would have found that language unclear?
 3      A    No.
 4      Q    Looking at that language, do you have any
 5   reason to think that Mrs. Orr would have thought
 6   that language didn't apply to her for some reason?
 7      A    No.
 8      Q    Does that language, Xarelto can cause
 9   bleeding which can be serious and rarely may lead to
10   death, does that language concern you?
11      A    I can't speak for her, but I can tell you
12   if her doctor told her to take it, he thought it was
13   good for her and he thought that is what she should
14   be taking, she believed her doctor and trusted her
15   doctor.
16      Q    And even had she --
17      A    Even had she read it, she would trust her
18   doctor.  That is the kind of person she was.
19      Q    If you had read that language about
20   Xarelto can cause bleeding which can be serious and
21   may lead to death during the time that Mrs. Orr was
22   taking the medication, would you have been concerned
23   enough to ask her to switch to something else or try
24   a different medication or at least discuss it with
25   her doctor?

```
 1      A    Her medical condition, her medical
 2   situation was hers, not mine.  And that is the way
 3   we handled it.
 4      Q    Are you surprised to see that language in
 5   the medication guide for Xarelto?
 6      A    That is pretty -- that is pretty strong.
 7   May lead to death is pretty strong, because that is
 8   exactly what happened.
 9      Q    Do you know if Mrs. Orr ever did any
10   research on her own about Xarelto, like looked it up
11   on internet or anything?
12      A    I don't know.
13      Q    Did she ever refer to or did she ever
14   download something called the Xarelto Patient Center
15   Application?
16      A    I don't know.
17      Q    That doesn't ring any bells?
18      A    No.
19      Q    Do you know if she ever watched any videos
20   about Xarelto?
21      A    Don't know.
22      Q    Do you have any reason to think that Mrs.
23   Orr would have ever picked up or looked at the
24   information about Xarelto that is provided to
25   doctors, the professional prescribing information?
```

Protected - Subject to Further Protective Review

```
 1                    REPORTER'S CERTIFICATE
 2
            I, KRISTINA D. REA, Certified Court Reporter in
 3     and for the State of Louisiana, as the officer
       before whom this testimony was taken, do hereby
 4     certify that Joseph Orr, Jr., after having been duly
       sworn by me upon authority of R.S. 37:2554, did
 5     testify as set forth in the foregoing 312 pages.
            I further certify that said testimony was reported
 6     by me in the Stenotype reporting method, was
       prepared and transcribed by me or under my direction
 7     and supervision, and is a true and correct
       transcript to the best of my ability and
 8     understanding.
 9          I further certify that the transcript has been
       prepared in compliance with transcript format
10     guidelines required by statute or by rules of the
       CSR Board, and that I am informed about the complete
11     arrangement, financial or otherwise, with the person
       or entity making arrangements for deposition
12     services, and that I have acted in compliance with
       the prohibition on contractual relationships, as
13     defined by Louisiana Code of Civil Procedure Article
       1434, and in rules and advisory opinions of the CSR
14     Board, and that I have no actual knowledge of any
       prohibited employment or contractual relationship,
15     direct or indirect, between a court reporting firm
       and any party litigant in the matter nor is there
16     any such relationship between myself and a party
       litigant in this matter.  I further certify that I
17     am not an attorney or counsel for any of the
       parties, that I am neither related to nor employed
18     by any attorney or counsel connected with this
       action, and that I have no financial interest in the
19     outcome of this matter.
20          This certificate is valid only for this
       transcript accompanied by my original signature and
21     original required seal on this page.
22          Metairie, Louisiana, this 21st day of June,
       2016.
23
24                                   -------------------------
                                     KRISTINA DIGIOVANNI REA
25                                   CCR NO. 20023
```