Protected - Subject to Further Protective Review

```
1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2

3
    IN RE:  XARELTO            )   MDL No.:   2592
4   (RIVAROXABAN) PRODUCTS     )   Section:   L
    LIABILITY LITIGATION       )   Judge Eldon E. Fallon
5                              )   Mag. Judge North
                               )
6                              )
                               )
7   JOSEPH ORR, JR., as        )
    lawful surviving           )   2:15-cv-03708
8   spouse of SHARYN ORR       )
9
10
11  PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12
13
14      Videotaped Deposition of PETER G. LIECHTY, M.D.,
15  taken on Saturday, December 3, 2016, in the office
16  of The Lambert Firm, A.P.L.C., 701 Magazine
17  Street, New Orleans, Louisiana 70130, commencing
18  at 9:05 a.m.
19
20
21
22
23
    Reported by:
24  AURORA M. PERRIEN
    CERTIFIED COURT REPORTER
25  REGISTERED PROFESSIONAL REPORTER
```

```
 1                   A P P E A R A N C E S
 2    REPRESENTING JOSEPH ORR, JR., AS LAWFUL SURVIVING
      SPOUSE OF SHARYN ORR:
 3
 4           THE LAMBERT FIRM, A.P.L.C.
             BY:  EMILY C. JEFFCOTT, ESQ.
 5           701 Magazine Street
             New Orleans, Louisiana 70130
 6           504.581.1750
             Ejeffcott@thelambertfirm.com
 7
             CAPITELLI & WICKER, INC.
 8           BY:  VINCENT E. ODOM, ESQ.
             1100 Poydras Street, Suite 2950
 9           New Orleans, Louisiana 70163-2950
             504.582.2425
10           Vincent@capitelliandwicker.com
11           GOZA & HONNOLD, L.L.C.
             BY:  BRADLEY D. HONNOLD, ESQ.
12           11181 Overbrook Road, Suite 200
             Leawood, Kansas 66211
13           913.451.3433
             Bhonnold@gohonlaw.com
14
15
16    REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
      INC., and BAYER PHARMA AG:
17
             NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
18           BY:  ERIC A. PAINE, ESQ.
             1320 Main Street, 17th Floor
19           Columbia, South Carolina 29201
             803.255.5518
20           Eric.paine@nelsonmullins.com
21           NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.
             BY:  WESLEY T. MORAN, ESQ.
22           1320 Main Street, 17th Floor
             Columbia, South Carolina 29201
23           803.255.5518
             Wes.moran@nelsonmullins.com
24
25
```

Protected - Subject to Further Protective Review

```
 1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2   ORTHO, L.L.C.:
 3
             IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 4           BY:  JAMES B. IRWIN, ESQ.
             400 Poydras Street, Suite 2700
 5           New Orleans, Louisiana 70130-3280
             504.310.2106
 6           Jirwin@irwinllc.com
 7           IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
             BY:  MEERA U. SOSSAMON, ESQ.
 8           400 Poydras Street, Suite 2700
             New Orleans, Louisiana 70130-3280
 9           504.310.2106
             Msossamon@irwinllc.com
10
11
     ALSO PRESENT:
12
             MELISSA BARDWELL, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

1  and whatnot, but they weren't that out of bounds.
2  So, I mean, an inherited coagulopathy, I -- I can
3  just say with more certainty than not she probably
4  doesn't have an inherited coagulopathy.  No.
5  Acquired is -- is one we're potentially talking
6  about here.
7       Q.  Well, let me -- let me just round that out
8  a little bit.
9           As far as inherited coagulopathies, is
10 there any record, fact, data, test result,
11 etcetera in her case that you could point me to
12 that would rule out an inherited coagulopathy as
13 the cause of her hemorrhage?
14      A.  I mean, normal -- normal bleeding
15 parameters.
16      Q.  And you said she had normal bleeding
17 parameters.  And by that, you're referring to PT
18 tests; right?
19      A.  Right.  Like they would stop her Xarelto
20 -- they -- she had a number of -- of coag panels
21 drawn throughout the years leading up to this and
22 all.  And she -- she -- she was never, you know,
23 that out of whack.
24      Q.  I -- I was --
25      A.  Best I can remember.  I mean, I -- correct

1  me if I'm wrong.  But I -- I don't remember her
2  ever having a PTT or anything that was really out
3  of -- out of line.  I thought her PTs all looked
4  -- you know, a high -- high normal, but relatively
5  normal.
6      Q.  Well, I -- I -- I think you're --
7  you're -- you're right in -- in some respects.
8          But let me ask you this.  You've referred
9  to other PT values that were drawn on Mrs. Orr.
10 And you said the ones -- or you referred to a
11 couple that were drawn after she had stopped
12 taking Xarelto?
13     A.  That's correct.
14     Q.  And some of those were slightly elevated,
15 but not concerningly or alarmingly elevated;
16 right?
17     A.  No.  In fact, they were -- they were
18 higher than the PT that they drew when she showed
19 up at the ER.
20     Q.  And that was my question.
21         In fact --
22     A.  Okay.
23     Q.  -- the lowest PT that's ever recorded for
24 Mrs. Orr occurred on the night she had her
25 intracerebral hemorrhage; right?

1    A.   Twelve, I believe.

2    Q.   I think it was even lower than that.

3    A.   Or maybe -- maybe it was.

4    Q.   Well, we're -- we're going to -- we're
5  going to --

6    A.   But it's -- it's essentially normal.

7    Q.   So when a patient like Mrs. Orr presents
8  with a normal PT value --

9    A.   Yes.

10   Q.   -- at the time of her intracerebral
11  hemorrhage, why doesn't -- shouldn't that tend to
12  rule out all coagulopathies, including those
13  caused by potentially Xarelto?

14          MR. HONNOLD:

15              Object to the form.

16          THE WITNESS:

17              Well, I mean, the biggest -- the --
18          the biggest challenge for these
19          practitioners is that they don't know
20          that.  They don't -- they don't know that
21          it's sort of a -- it's the working
22          knowledge base of most ER doctors and
23          everything else, that the -- that there is
24          no routine lab study that can tell you
25          what -- what your status is.

Protected - Subject to Further Protective Review

1                C E R T I F I C A T E

2       This certification is valid only for

3    a transcript accompanied by my original signature

4    and original seal on this page.

5       I, AURORA M. PERRIEN, Registered Professional

6    Reporter, Certified Court Reporter, in and for the

7    State of Louisiana, as the officer before whom

8    this testimony was taken, do hereby certify that

9    PETER G. LIECHTY, M.D., after having been duly

10   sworn by me upon the authority of R.S. 37:2554,

11   did testify as hereinbefore set forth in the

12   foregoing 417 pages; that this testimony was

13   reported by me in the stenotype reporting method,

14   was prepared and transcribed by me or under my

15   personal direction and supervision, and is a true

16   and correct transcript to the best of my ability

17   and understanding; that the transcript has been

18   prepared in compliance with transcript format

19   guidelines required by statute or by rules of the

20   board; and that I am informed about the complete

21   arrangement, financial or otherwise, with the

22   person or entity making arrangements for

23   deposition services; that I have acted in

24   compliance with the prohibition on contractual

25   relationships, as defined by Louisiana Code of

Protected - Subject to Further Protective Review

1   Civil Procedure Article 1434 and in rules and
2   advisory opinions of the board; that I have no
3   actual knowledge of any prohibited employment or
4   contractual relationship, direct or indirect,
5   between a court reporting firm and any party
6   litigant in this matter nor is there any such
7   relationship between myself and a party litigant
8   in this matter.  I am not related to counsel or to
9   the parties herein, nor am I otherwise interested
10  in the outcome of this matter.
11
12
13
14
15                  AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25