Filing # 48665324 E-Filed 11/08/2016 04:46:46 PM

EXHIBIT B

IN THE CIRCUIT COURT FOR ESCAMBIA COUNTY, FLORIDA

IN RE: ESTATE OF

MILDRED MAE LOWDER

Deceased.

PROBATE DIVISION

File No. 2016-CP-1209

Division: N

## LETTERS OF ADMINISTRATION
### (multiple personal representatives)

TO ALL WHOM IT MAY CONCERN

WHEREAS, Mildred Mae Lowder, a resident of Escambia County, Florida died on July 30, 2016, owning assets in the State of Florida, and

WHEREAS, Peggy Jo Boehm and Mark Calhoun have been appointed personal representatives of the estate of the decedent and have performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Peggy Jo Boehm and Mark Calhoun duly qualified under the laws of the State of Florida to act as personal representatives of the estate of Mildred Mae Lowder, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____, 2016.

*Gary L. Bergosh*

eSigned by CIRCUIT COURT JUDGE GARY L. BERGOSH 11/08/2016 15:44:23 f(86Myjy
Circuit Judge

Conformed copy to:
Kramer A. Litvak, Esq.