# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Joseph Morris and Gail Morris v. Janssen Research and Development, LLC et al.* 2:17-cv-01683 | MAG. JUDGE: MICHAEL NORTH |

## MOTION TO SUBSTITUE PARTY PLAINTIFF

COMES NOW counsel for Plaintiffs Joseph Morris and Gail Morris, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Joseph Morris and as grounds therefore shows unto the court as follows:

1. Plaintiff Joseph Morris, died on December 29, 2015.

2. A Notice and Suggestion of Death was filed with the Court on March 14, 2017. A copy of the Notice is attached hereto and incorporated herein by reference as "Exhibit A."

3. Gail Morris, surviving spouse and representative of Joseph Morris's Estate, already a Plaintiff in this action, is proper party to substitute for plaintiff-decedent Joseph Morris and proceed forward with the surviving products liability claim on his behalf.

WHEREFORE, Gail Morris respectfully requests that she be substituted as Plaintiff in the cause of action.

DATED: January 2, 2019

        Respectfully submitted,

        **REICH & BINSTOCK, LLP**

        By: /s/ Robert J. Binstock
        Robert J. Binstock
        State Bar No. 02328350
        E-mail: bbinstock@reichandbinstock.com
        4265 San Felipe, Suite 1000
        Houston, Texas 77027
        Telephone: (713) 622-7271
        Facsimile: (713) 623-8724

        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: January 2, 2019                              /s/ Robert J. Binstock
                                                              Robert J. Binstock