UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2592<br><br>SECTION L |
| RICKY WILLIAMS | : : | |
|     Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | : : : : : : : : : : : : : : : : : : | Civil Action No.: 2:17-cv-13343<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL |
|     Defendants | : : | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff Ricky Williams voluntarily dismisses as to all defendants without prejudice.

---

[1] This provision permits a plaintiff to "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *See* Fed. R. Civ. P. 41(a)(1)(1)(i). Plaintiff has confirmed that defendants, have not answered nor filed a motion for summary judgment in this action, and thus files this request for voluntary dismissal without the need for court order and without the signature of all parties who have appeared. *Compare id.*, *with* Fed. R. Civ. 41(a)(1)(A)((ii).

-2-

Dated: January 2, 2019

                                      Respectfully submitted,

                                      */s/ Jennifer A. Lenze*
Jennifer Lenze
Lenze Lawyers PLC
1300 Highland Ave., Suite 207

-3-

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 2, 2019 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.

                                                     /s/ Jennifer A. Lenze