# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | ) MDL NO. 2592 |
| MARY MCKEE, | ) SECTION: L |
| Plaintiffs, | ) ) JUDGE: ELDON E. FALLON |
| vs. | ) ) MAG. JUDGE NORTH ) |
| | ) Civil Action No.: 2:15-cv-5282 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that Jason Goldstein of The Lanier Law Firm, PLLC, with offices at 126 E. 56th Street, Floor 6, New York, New York, 10022, hereby appears on behalf of Plaintiff Mary McKee.

Dated: January 3, 2018

**THE LANIER LAW FIRM, PLLC**
By: /s/ Jason Goldstein
126 E. 56th Street, Floor 6,
New York, New York 10022
Tel: (212) 421-2800
Fax: (212) 7421-2878
Jason.Goldstein@LanierLawFirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system on January 3, 2019, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ Jason Goldstein
126 E. 56th Street, Floor 6,
New York, New York 10022
Tel: (212) 421-2800
Fax: (212) 7421-2878
Jason.Goldstein@LanierLawFirm.com

*Attorney for Plaintiffs*