UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |  MCL No. 2592<br>Civil Action No. 2:17-cv-17305<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. MICHAEL NORTH |

_____

**PLAINTIFF'S MOTION TO SET ASIDE COURT'S ORDER DATED APRIL 10, 2018 GRANTING ATTORNEY KENNETH A. STERN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

This motion is brought in the matter of Case 2:17-cv-17305, entitled Terrance Carrington vs Janssen Research & Development, et al. In accordance with the United States District Court of Louisiana's Local Rules, attorney for Plaintiff, Kenneth A. Stern, brings this Motion to Set Aside this Court's Order Granting Attorney Kenneth A. Stern's Motion to Withdraw as Counsel for Plaintiff, and states as follows:

1. Plaintiff's complaint was filed on December 14, 2017. [ECF Docket 1.]

2. After filing Plaintiff's Complaint, Plaintiff's attorney, Kenneth A. Stern, elected to disengage from representation of the Plaintiff.

3. On April 6, 2018, attorney, Kenneth A. Stern filed his Motion to Withdraw as counsel for Plaintiff, Terrance Carrington. [ECF 9110.]

4. On April 10, 2018, this Honorable Court entered its Order Granting Attorney Kenneth A. Stern's Motion to Withdraw as Counsel of Record for Plaintiff. [ECF 9120.]

5. Upon filing of the within motion, Plaintiff's attorney, Kenneth A. Stern, has since been in contact with Plaintiff, Terrance Carrington, and as a result, attorney Kenneth A.

1

    Stern has elected to enter into a new representative agreement with Terrance Carrington.

6. Plaintiff herein now seeks entry of an Order by this Honorable Court Setting Aside its April 10, 2018 Order Granting Attorney Kenneth A. Stern's Motion to Withdraw as Counsel. See attached proposed Order - **Exhibit A**.

WHEREFORE, Plaintiff's attorney, Kenneth A. Stern, seeks an Order of this Honorable Court Setting Aside this Court's Order dated April 10, 2018 which Granted Kenneth A. Stern's Motion to Withdraw as Counsel and further allow this Court's Order to serve as attorney Kenneth A. Stern's Appearance as Attorney of Record on behalf of Plaintiff, Terrance Carrington.

Dated: January 3, 2019
                                           s/ *Kenneth A. Stern*
                                            Kenneth A. Stern, P30722
                                            STERN LAW, PLLC
                                            41850 West 11 Mile Road
                                            Novi, Michigan 48375-1857
                                            (248) 347-7300
                                            ken@sternlawonline.com

                                            Attorney for Plaintiff