UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>GERRY WILKINSON,<br><br>**Plaintiff,**<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>**Defendants.** | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>Civil Action No. 2:16-cv-09346<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **CHILDERS, SCHLUETER, & SMITH** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/C. Andrew Childers<br>C. Andrew Childers<br>1932 N. Druld Hills Road<br>Suite 100<br>Atlanta, GA 30319<br>Tel: (404) 419-9500<br>achilders@cssfirm.com<br><br>Attorneys for Plaintiff<br>Dated: January 3, 2019 | By: /s/Susan M. Sharko<br>  Susan M. Sharko<br>  600 Campus Dr.<br>  Florham Park, NJ 07932<br>  Telephone: (973) 549-7000<br>  susan.sharko@dbr.com<br><br>  Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>  Dated: January 3, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew K. Solow<br>  Andrew K. Solow<br>  250 West 55th Street<br>  New York, New York 10019-9710<br>  Telephone: (212) 836-8000<br>  Facsimile: (212) 836-8689<br>  William Hoffman<br>  601 Massachusetts Ave., NW<br>  Washington, D.C. 20001<br>  Telephone: (202) 942-5000<br>  Facsimile: (202) 942-5999<br>  andrew.solow@arnoldporter.com<br>  william.hoffman@arnoldporter.com<br><br>  Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>  Dated: January 3, 2019<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br><br>By: /s/ Kim E. Moore<br>  Kim E. Moore<br>  400 Poydras St., Ste, 2700<br>  New Orleans, LA 70130<br>  Telephone: (504) 310-2100<br>  kmoore@irwinllc.com<br><br>  Liaison Counsel for Defendants<br>  Dated: January 3, 2019 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore