UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L (5)

JUDGE ELDON E. FALLON

REF: CASES LISTED ON ATTACHMENT

MAG. JUDGE NORTH

## ORDER

In consideration of unpaid filing fees for the cases listed on the attached document, and after several attempts were made by both the Court and Plaintiffs' Liaison Counsel, the Court orders the Plaintiffs listed on the attached document to appear and show cause why they should not be held in contempt for failure to pay the required filing fees for the cases listed on the attached document.

**IT IS ORDERED** that a Show Cause Hearing will be held on Wednesday, January 23, 2019, after the Xarelto Monthly Status Conference, which is currently set for 9:00am.

New Orleans, Louisiana this 3rd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc: Fears Nachawati PLLC
    4925 Greenville Avenue
    Suite 715
    Dallas, TX 75206

    Kelley & Ferraro
    Ernst & Young Tower
    950 Main Ave., Suite 1300
    Cleveland, OH 44113

Kelley & Ferraro
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Robert C. Hilliard, LLP
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Aylstock, Witkin, Kreis & Overholtz, PLLC (Pensacola)
17 East Main Street
Suite 200
Pensacola, FL 35202

Butch Boyd Law Firm
2905 Sackett Street
Houston, TX 77098

Law Offices of Charles H Johnson, PA
2599 Mississippi St
New Brighton, MN 55112

McSweeney/Langevin
2116 2nd Ave S
Minneapolis, MN 55404

Ferrer Poirot Wansbrough (GA)
2100 River Edge Pkwy. NW
Suite 1025
Atlanta, GA 30328

Ross Feller Casey, LLP
One Liberty Place
1650 Market Street
Suite 3450
Philadelphia, PA 19103