| Case No. | Plaintiff | Law Firm | doc. No. | 9 month mark | dism date |
|---|---|---|---|---|---|
| 15-4230 | Mary E. Cook | Robert Hilliard, LLP/Hilliard, Munoz, Gonzales, LLP | 10443 | 6/9/2016 | 8/9/2018 |
| 15-4662 | Shirley Ann Danforth | Robert Hilliard, LLP/Hilliard, Munoz, Gonzales, LLP | 10907 | 6/24/2016 | 9/14/2018 |
| 15-6487 | Billy Joe Clifton | Robert Hilliard, LLP/Hilliard, Munoz, Gonzales, LLP | 10116 | 9/4/2016 | 7/6/2018 |
| 15-4250 | Kimberly Nichols and James Nichols | Fears Nachawati PLLC | 10504 | 6/10/2016 | 8/15/2018 |
| 16-12878 | Wandaline McCoy | Fears Nachawati PLLC | 11019 | 4/18/2017 | 9/27/2018 |
| 16-12946 | Henry Viens | Fears Nachawati PLLC | 10813 | 4/19/2017 | 9/5/2018 |
| 16-6787 | David Crum | Fears Nachawati PLLC | 9343 | 2/20/2017 | 5/2/2018 |
| 15-4975 | Joe F. Jenkins | Aylstock, Witkin, Kreis, & Overholtz, PLLC Pensacola | 10871 | 7/5/2016 | 9/13/2018 |
| 16-1947 | Linda Jacobson | Butch Boyd Law Firm | 10453 | 12/8/2016 | 8/10/2018 |
| 16-2296 | Victor J. Hughson | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11580 | 12/16/2016 | 11/7/2018 |
| 16-2300 | John Kuriata | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 10561 | 12/16/2016 | 8/21/2018 |
| 16-6413 | Daniel J. Cummings | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11558 | 2/17/2017 | 11/7/2018 |
| 16-7446 | Jerry L. Ballew | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11553 | 3/3/2017 | 11/7/2018 |
| 16-7455 | David Colby | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11579 | 3/3/2017 | 11/7/2018 |
| 16-7519 | Glenn Gillespie | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11561 | 3/3/2017 | 11/7/2018 |
| 16-7701 | Howard Garrett | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11563 | 3/1/2017 | 11/7/2018 |
| 16-7712 | Thad Jones, Jr. | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11564 | 3/1/2017 | 11/7/2018 |
| 16-7738 | Thomas E. Koehler | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11565 | 3/1/2017 | 11/7/2018 |
| 16-7965 | Joseph Peraino | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11569 | 3/2/2017 | 11/7/2018 |
| 16-7973 | Charles M. Stump | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11576 | 3/2/2017 | 11/7/2018 |
| 16-7979 | Gerald D. Scott | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11572 | 3/2/2017 | 11/7/2018 |
| 16-13275 | James Colant | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11557 | 4/27/2017 | 11/7/2018 |
| 16-13284 | John Gasiorowski | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11560 | 4/27/2017 | 11/7/2018 |
| 16-13296 | Charles Greene, Sr. | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11562 | 4/27/2017 | 11/7/2018 |
| 16-13307 | Kenneth L. Milam | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11567 | 4/27/2017 | 11/7/2018 |
| 16-13308 | Leslie Oakley | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 10665 | 4/27/2017 | 8/27/2018 |
| 16-13327 | Gerald D. Finch | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11559 | 4/27/2016 | 11/7/2018 |
| 16-13333 | Robert D. Oney | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11568 | 4/27/2017 | 11/7/2018 |
| 16-13334 | Karen A. Premo | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 10916 | 4/27/2017 | 9/14/2018 |
| 16-13349 | Robert E. Young obo Katherine Young | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11574 | 4/27/2017 | 11/7/2018 |
| 16-13356 | Dennie Sumter | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11577 | 4/28/2017 | 11/7/2018 |
| 16-13360 | Timothy J. Walker | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11578 | 4/28/2017 | 11/7/2018 |
| 16-13692 | Pamela S. Bailey | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11552 | 5/9/2017 | 11/7/2018 |
| 16-13696 | Rudolf A. Rehak | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11570 | 5/9/2017 | 11/7/2018 |
| 16-13698 | Daryl A. Short | Law Offices of Charles H. Johnson, PA/McSweeney/Langevin | 11573 | 5/9/2017 | 11/7/2018 |
| 16-7315 | Gilbert Hernandez | Ferrer Poirot Wansbrough (GA) | 10604 | 2/28/2017 | 8/23/2018 |
| 16-7335 | Howard Bilger | Ferrer Poirot Wansbrough (GA) | 10886 | 2/28/2017 | 9/13/2018 |
| 16-7686 | Africa Minfield | Ferrer Poirot Wansbrough (GA) | 10811 | 3/1/2017 | 9/5/2018 |
| 16-8175 | Isaac Young | Ferrer Poirot Wansbrough (GA) | 10606 | 3/3/2017 | 8/23/2018 |
| 16-8209 | Shayla Lynn Barger | Ferrer Poirot Wansbrough (GA) | 10557 | 3/3/2017 | 8/20/2018 |
| 16-10303 | Jonnetha Coffey | Ferrer Poirot Wansbrough (GA) | 10454 | 3/15/2017 | 8/10/2018 |
| 16-10349 | Joseph Fisher | Ferrer Poirot Wansbrough (GA) | 10449 | 3/15/2017 | 8/9/2018 |
| 16-13706 | Johnny Latham | Kelley & Ferraro | 10942 | 5/9/2017 | 9/17/2018 |
| 16-14409 | Ronald L. Phillips (Deceased) | Kelley & Ferraro | 10504 | 6/2/2017 | 8/15/2018 |
| 16-8089 | Mary Anne Ball | Ross Feller Casey, LLP | 11017 | 3/3/2017 | 9/26/2018 |