- 1 -

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| ALAN JUSTIN, | | |
|     Plaintiff | | JUDGE ELDON E. FALLON |
| v. | | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | | Civil Action No.: 2:16-cv-06962 |
| | | STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants | | |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**BERNSTEIN LIEBHARD, LLP**
By: /s/ Sandy Liebhard
Sandy Liebhard
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
liebhard@bernlieb.com

Attorneys for Plaintiff
Dated: January 3, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorney for Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson
Dated: January 3, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: January 3, 2019

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Tel: (504) 585-7241
Fax: (504) 544-6084
olinde@chaffe.com

Attorney for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: January 3, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Tel: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: January 3, 2019

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 3, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          /s/ John F. Olinde