## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kathy Biller and Eugene Biller v. Janssen Research & Development, LLC, et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-01997-EEF-MBN**

## SUGGESTION OF DEATH

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Kathy Biller, which occurred on April 1, 2017, as well as the death of her husband, Eugene Biller. Plaintiffs respectfully inform this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Kathy Biller's Estate.

Dated: January 3, 2019                          Respectfully submitted,

                                                     **STARK & STARK**
                                                     **A Professional Corporation**

                                                   */s/ Martin P. Schrama*
                                                     Martin P. Schrama, Esq. (NJ #039581997)
                                                     mschrama@stark-stark.com
                                                     Stark & Stark
                                                     993 Lenox Drive
                                                     Lawrenceville, NJ 08648
                                                     Tel: 609.896.9060
                                                     Fax: 609.896.0629
                                                     *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2019, a complete copy of the foregoing Suggestion of Death has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

                                                 */s/ Martin P. Schrama*
                                                 Martin P. Schrama, Esq.