UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Kathy Biller and Eugene Biller v. Janssen Research & Development, LLC, et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-01997-EEF-MBN**

**MOTION TO SUBSTITUTE PLAINTIFF**

  **COMES NOW** Plaintiffs, Kathy Biller, deceased, and her husband, Eugene Biller, deceased, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Party to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

  Plaintiff and Xarelto user, Kathy Biller, passed away on April1, 2017, as reported to the Court in the Suggestion of Death filed on January 3, 2019. On December 14, 2018, the Probate Judge in the Probate Court of Stark County, State of Ohio, appointed Brian L. Curtice as Administrator of the Estate of Kathy Biller, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Brian L. Curtice, as Administrator of the Estate of Kathy Biller, as the named party in place of Kathy Biller and Eugene Biller, her husband.

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated:  January 3, 2019 	Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2019, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.