**EXHIBIT A**

**EXHIBIT A**



DEC 14 2018

JUDGE DIXIE PARK
STARK COUNTY DECEASED COURT

# PROBATE COURT OF STARK COUNTY, OHIO
### DIXIE PARK, JUDGE

ESTATE OF KATHY BILLER

CASE NO. 232980

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

[For Executors and all Administrators]

Name and Title of Fiduciary  BRIAN L. CURTICE, ADMINISTRATOR

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died [check one of the following]  ☐ testate - ☒ intestate - on APRIL 1, 2017
domiciled in  STARK COUNTY

[Check one of the following]  ☐ Bond is dispensed with by the Will -  ☒ Bond is dispensed with by law -
☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

DEC 14 2018

Date

Dixie Park, Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

Dixie Park, Probate Judge/Clerk

by: _____

[Seal]

DEC 14 2018

Date

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY