UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Kathy Biller and Eugene Biller v. Janssen Research & Development, LLC, et al.*

**INDIVIDUAL CIVIL ACTION NO:  2:15-cv-01997-EEF-MBN**

**ORDER**

**THIS MATTER** having come before the Court on Plaintiffs' Motion to Substitute Brian L. Curtice, as Administrator of the Estate of Kathy Biller, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiffs' Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed to correct the caption to reflect the proper party as "Brian L. Curtice, Administrator of the Estate of Kathy Biller", Plaintiff.

Dated this _____ day of _____, 2019

_____
Honorable Eldon E. Fallon
United States District Court Judge
