UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Gerald Roberts v. Janssen Research & Development LLC, et al; 2:16-cv-14421* | : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**ORDER**

On June 8, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9847]. On June 21, Defendants filed an Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9945]. Only July 9, 2018, the Court entered both Defendants' Initial Motion and Defendants' Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Docs. 10121; 10122]. For the reasons set forth on the record at Show Cause Hearing on Defendants' Amended Motion, held on July 17, 2018, Plaintiff was given until November 19, 2018, to serve a Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11138]. For the reasons set forth on the record by the Court at the Show Cause Hearing on Defendants' Motion on November 19, 2018, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 3rd day of January, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge