**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Roger Shunk v. Janssen Research* | : | |
| *& Development LLC, et al; 2:16-cv-9876* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 24, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 10619]. The Court entered Defendants' Motion on August 22, 2018. [Rec. Doc. 10734]. For the reasons set forth on the record at the Show Cause Hearing on Defendants' Motion, held on September 18, 2018, Plaintiff was given until November 19, 2018, to cure the deficiencies in his Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6. [Rec. Doc. 11151]. For the reasons set forth on the record by the Court at the Show Cause Hearing on Defendants' Motion on November 19, 2018, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 3rd day of January, 2019.

_____
United States District Judge