UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : THE CASES LISTED BELOW : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On October 8, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 11172]. Prior to the Show Cause Hearing held on November 19, 2018, the following Plaintiffs agreed to file or filed a stipulations dismissing their cases with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ACOFF, NORMA | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:18-cv-02129 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 2. | GARZA, GRISELA | Slater Slater Schulman LLP | 2:18-cv-02304 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 3. | MAYHEW, KATHLEEN | The Driscoll Firm | 2:17-cv-17608 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 4. | SMITH, JACQUELINE | The Schlemmer Firm, LLC | 2:17-cv-09908 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 3rd day of January, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge