UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER**

On October 8, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 11172]. For the reasons set forth at the Show Cause Hearing held on November 19, 2018, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | ABREGO, OTILIA | The Driscoll Firm | 2:18-cv-1349 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | AUTRY, SADIE | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 3. | BOSWELL, TIMOTHY | The Gallagher Law Firm PLLC | 2:18-cv-04227 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 4. | CARILLO, LAZARO | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 5. | CAZENAVE, PHYLLIS | The Driscoll Firm | 2:17-cv-17522 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
| --- | --- | --- | --- | --- |
| 6. | CUMMINGS, GLENN | Morris Law Firm | 2:18-cv-00712 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 7. | DUFFIE, JAMES | The Gallagher Law Firm PLLC | 2:18-cv-027 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | DUNAWAY, PEGGY | Wexler Wallace LLP | 2:18-cv-02608 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9. | EMBICK, DANIEL | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 10. | ESCARREGA, ESTHER | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | GLASPEY, JOHN | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

5

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 12. | GLENN, ISIAH | The Schlemmer Firm, LLC | 2:17-cv-8524 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | HAMBLEN, WANDA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | HARRIS, JACKIE D | The Gallagher Law Firm PLLC | 2:18-cv-02477 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 15. | HOLMES, JUANITA | The Driscoll Firm | 2:17-cv-10075 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 16. | JACKSON, ANNE | The Driscoll Firm | 2:17-cv-9983 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | KINCAID, ROGER | The Driscoll Firm | 2:17-cv-9980 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 18. | MCCOY, MAE | The Driscoll Firm | 2:14-cv-944 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 19. | MCMILLAN, JERMAINE | The Gallagher Law Firm PLLC | 2:18-cv-02553 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 20. | MEDINA, SHIRLEY | The Driscoll Firm | 2:18-cv-1690 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 21. | MORRIS, WILLIS | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |
| 22. | PALAROAN, JERRI | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 23. | PRITCHETT, ANGELIA L | The Gallagher Law Firm PLLC | 2:18-cv-04235 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

7

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 24. | RADICAN, JEWEL | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 25. | ROWDEN, DIANNA | Douglas & London | 2:17-cv-07569 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 26. | SANDERFORD, CYNTHIA | The Gallagher Law Firm PLLC | 2:18-cv-02024 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | SANDERS, GORDON L | Beasley Allen | 2:17-cv-10280 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | SMITH, EDWARD | Fernelius Simon PLLC | 2:18-cv-03681 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 29. | SOWELL, CHARLES | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 30. | TURNER, FLOREEN | The Driscoll Firm | 2:18-cv-17525 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 31. | VEAZIE, JAMES | The Driscoll Firm | 2:18-cv-13880 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 32. | WALTERS, THOMAS | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 33. | WATSON, LAWRENCETTE | The Driscoll Firm | 2:18-cv-939 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 34. | WINTERS, JENNIFER | Tamari Law Group, LLC | 2:18-cv-04071 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 35. | WOODALL, MALCOLM | The Driscoll Firm | 2:17-cv-10813 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 3rd day of January, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge

11