UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**ORDER**

On October 8, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 11172]. Prior to the Show Cause Hearing held on November 19, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | AZZARITI, GEORGE | Johnson Law Group | 2:17-cv-15567 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 2. | BASSETT, SHARLETA | Pulaski Law Firm, PLLC | 2:18-cv-03469 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 3. | BAUN, ALLEN | Cochran Legal Group | 2:17-cv-10646 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 4. | BRANTLEY, FAITH | The Driscoll Firm | 2:18-cv-5202 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | BRYANT, MARK | Beasley Allen | 2:18-cv-04090 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 6. | COGDILL, GAIL R | Stern Law, PLLC | 2:18-cv-03330 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 7. | COMUNALE, ABE | The Driscoll Firm | 2:18-cv-4389 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 8. | COOPER, JENNIFER | Johnson Law Group | 2:18-cv-03689 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 9. | COZAD, RICHARD | Flint Law Firm, LLC | 2:18-cv-3779 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 10. | DEVALL, BARRY | Johnson Law Group | 2:18-cv-00262 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 11. | FORD, DEANDRA | Weitz & Luxenberg | 2:18-cv-04317 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 12. | GERDE, THOMAS | The Driscoll Firm | 2:18-cv-4353 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | GONZALES, RAYMOND | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 14. | GREENE, EDWARD W | The Gallagher Law Firm PLLC | 2:18-cv-04241 | Prescription Records-Records provided do not show Xarelto use |
| 15. | HOLLAND, LYDIA | The Driscoll Firm | 2:18-cv-5173 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 16. | HYDE, JUANITA | The Gallagher Law Firm PLLC | 2:18-cv-02736 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

3

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 17. | IOVINO, JOHN | The Driscoll Firm | 2:18-cv-04378 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | IVEY, GERALDINE W | Johnson Law Group | 2:18-cv-04693 | Prescription Records-Records provided do not show Xarelto use |
| 19. | KARAS, FELICE | The Driscoll Firm | 2:18-cv-3390 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | KEATON, KEVIN | Pulaski Law Firm, PLLC | 2:18-cv-05601 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 21. | LANE, CAROL | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 22. | MARTIN, REBA | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 23. | MOREHEAD, JAMES | The Driscoll Firm | 2:18-cv-2036 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 24. | MURPHY, JOHN | Fernelius Simon PLLC | 2:18-cv-03126 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | NASLUND, CALVIN | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 26. | OVERBY, DARRYL | The Driscoll Firm | 2:18-cv-3389 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 27. | PECK, PHILIP | The Driscoll Firm | 2:18-cv-2136 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | POSTOAK, DAVID | Pulaski Law Firm, PLLC | 2:18-cv-04401 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 29. | REECE, WILLIAM G | Goldblatt + Singer | 2:17-cv-01403 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 30. | ROBISON, AMANDA | The Driscoll Firm | 2:18-cv-4366 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 31. | SCHILDER, AUGUSTA | Gainsburgh Benjamin | 2:18-cv-04812 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 32. | SIMECEK, DELTON W | Beasley Allen | 2:18-cv-01571 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 33. | SQUYRES, PAULA | The Driscoll Firm | 2:18-cv-4398 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 34. | STEIN, DARRELL | The Gallagher Law Firm PLLC | 2:18-cv-02108 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 35. | STEVENSON, MATTIE | Napoli Shkolnik PLLC | 2:18-cv-00840 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 36. | THOMAS, EZRA | The Driscoll Firm | 2:18-cv-5168 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 37. | THOMAS, LUCILLE | The Driscoll Firm | 2:18-cv-3388 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 38. | UFIE, STEVE | Burns Charest LLP | 2:18-cv-4160 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 39. | WARD, SAMMY K | Motley Rice, LLC | 2:18-cv-533 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 40. | WIGHTMAN, DORIS L | Napoli Shkolnik PLLC | 2:18-cv-03255 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 3rd day of January, 2019.

Judge Eldon E. Fallon
United States District Court Judge