UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**ORDER**

On April 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9121]. For the reasons set forth at the Show Cause Hearing held on May 8, 2018, the following Plaintiffs were given until July 17, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10172]. By consent of the parties, the following Plaintiffs were given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10627]. For the reasons set forth on the record at the September 18, 2018 Show Cause Hearing, the following Plaintiffs were given until November 19, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 11396]. For the reasons set forth on the record at the November 19, 2018 Show Cause Hearing, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

|    | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|----|----|----|----|----|
| 1. | CALVI, ANTHONY | Lenze Moss, PLC. | 2:17-cv-04053 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | FLOWERS, JOHN | Salim-Beasley, LLC | 2:17-cv-08916 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 3. | MARTIN, PATRICIA | Salim-Beasley, LLC | 2:17-cv-07380 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 4. | PERKINS, RAMONA | Lenze Moss, PLC. | 2:17-cv-07282 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 3rd day of January, 2019.

                                                                                                   */s/ Eldon E. Fallon*
                                                                                                   Judge Eldon E. Fallon
                                                                                                   United States District Court Judge