UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
:
:   SECTION L
THIS DOCUMENT RELATES TO:  :
THE CASES LISTED BELOW  :
:   JUDGE ELDON E. FALLON
:
:   MAGISTRATE JUDGE NORTH

**ORDER**

On June 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9955]. For the reasons set forth at the Show Cause Hearing held on July 17, 2018, the following Plaintiff was given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10507]. For the reasons set forth at the Show Cause Hearing held on September 18, 2018, the following Plaintiff was given until November 19, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 11404]. Prior to the Show Cause Hearing held on November 19, 2018, the following Plaintiff cured the alleged Plaintiff Fact Sheet deficiencies. This action may proceed accordingly:

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | LANE, DORIELLE | The Driscoll Firm | 2:16-cv-09506 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

New Orleans, Louisiana, on this 3rd day of January, 2019.

Judge Eldon E. Fallon
United States District Court Judge