UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On June 6, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 9955]. For the reasons set forth at the Show Cause Hearing held on July 17, 2018, the following Plaintiff was given until September 18, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 10507]. For the reasons set forth at the Show Cause Hearing held on September 18, 2018, the following Plaintiff was given until November 19, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 11404]. Prior to the Show Cause Hearing held on November 19, 2018, the following Plaintiff filed or agreed to file a stipulation dismissing the case with prejudice:

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | MORGAN, MERIL | Jackson Allen Williams, LLP | 2:15-cv-05913 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

New Orleans, Louisiana, on this 3rd day of January, 2019.

Judge Eldon E. Fallon
United States District Court Judge