**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :          MDL No. 2592
                                      :
                                      :          SECTION L
                                      :
THIS DOCUMENT RELATES TO:             :
THE CASES LISTED BELOW                :
                                      :          JUDGE ELDON E. FALLON
                                      :
                                      :          MAGISTRATE JUDGE NORTH

## ORDER

On August 31, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets.  [Rec. Doc. 10855].  For the reasons set forth at the Show Cause Hearing held on September 18, 2018, the following Plaintiffs were given until November 19, 2018 to serve a Plaintiff Fact Sheet.  [Rec. Doc. 11413].  Prior to the Show Cause Hearing held on November 19, 2018, the following Plaintiffs served a Plaintiff Fact Sheet.  These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Jacobson, Melody | 2:18-cv-02005 | Tamari Law Group, LLC |
| 2. | Martin, Raymond | 2:18-cv-01845 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

New Orleans, Louisiana, on this 3rd day of January, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge