UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On September 4, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 10824]. For the reasons set forth on the record at the September 18, 2018 Show Cause Hearing, the following Plaintiffs were given until November 19, 2018 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 11416]. Prior to the Show Cause Hearing held on November 19, 2018, the following Plaintiffs cured the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | COOPER, EVELYN | The Driscoll Firm | 2:17-cv-17136 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | CRUTCHER, CAROL E | Law Office of Christopher K. Johnston, LLC | 2:18-cv-1406 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 3. | DABBS, ALICE C | Beasley Allen | 2:18-cv-00957 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 4. | RESLER, LARRY D | Wilshire Law Firm | 2:17-cv-9794 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | WILLIAMS, GEORGINE | The Driscoll Firm | 2:17-cv-17346 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | WISNIEWSKI, ANN | Irpino Law Firm | 2:18-cv-00320 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | WRIGHT, JERRY L | Beasley Allen | 2:18-cv-00680 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

New Orleans, Louisiana, on this 3rd day of January, 2019.

Judge Eldon E. Fallon
United States District Court Judge