UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

# ORDER

On November 5, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 11640]. Prior to the Show Cause Hearing held on November 19, 2018, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Busch, Shirley | 2:18-cv-04369 | Stern Law, PLLC |
| 2. | Grady, Tina | 2:18-cv-03695 | Johnson Law Group |
| 3. | Lucas, Dwayne | 2:18-cv-03981 | Johnson Law Group |
| 4. | Nielson, Valerie Jean | 2:18-cv-03134 | The Law Office of L. Paul Mankin |
| 5. | Pollard, Mark | 2:18-cv-04019 | Beasley, Allen |
| 6. | Sanchez, Yolanda | 2:18-cv-04170 | Aylstock |
| 7. | Shrode, Marjorie | 2:18-cv-04180 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 8. | Walker, Roddray K., Sr. | 2:18-cv-03450 | Motley Rice LLC |
| 9. | Watson, Lottie | 2:18-cv-03440 | Gacovino, Lake, & Associates, P.C. |

New Orleans, Louisiana, on this 3rd day of January, 2019.

Judge Eldon E. Fallon
United States District Court Judge