UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)              :
PRODUCTS LIABILITY LITIGATION             :    MDL No. 2592
                                          :
                                          :    SECTION L
THIS DOCUMENT RELATES TO:                 :
THE CASES LISTED BELOW                    :
                                          :    JUDGE ELDON E. FALLON
                                          :
                                          :    MAGISTRATE JUDGE NORTH

## ORDER

On November 5, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 11640]. For the reasons set forth on the record at the Show Cause Hearing held on November 19, 2018, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Brown, Tammy L. | 2:18-cv-04115 | Beasley Allen |
| 2. | Brown, Vivian | 2:18-cv-04011 | Beasley Allen |
| 3. | Calhoun, Scott | 2:18-cv-03707 | Beasley Allen |
| 4. | Denton, Jonathan | 2:18-cv-03539 | Johnson Law Group |
| 5. | Dixon, Bertie | 2:18-cv-04078 | Beasley Allen |
| 6. | Harter, Keith, Sr. | 2:18-cv-04311 | Wagstaff & Cartmell, LLP |
| 7. | Johnson, Dollie | 2:18-cv-03665 | Beasley Allen |
| 8. | Johnson, Eric K. | 2:18-cv-04083 | Beasley Allen |
| 9. | Lee, Levelle | 2:18-cv-04225 | Beasley Allen |

2

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 10. | Stilson, Pamela | 2:18-cv-04131 | Beasley Allen |
| 11. | Williams, Louvenia | 2:18-cv-03805 | Beasley Allen |
| 12. | Young, Ronald | 2:18-cv-04313 | Ferrer, Poirot & Wansbrough |

New Orleans, Louisiana, on this 3rd day of January, 2019.

Judge Eldon E. Fallon
United States District Court Judge