UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On November 5, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Overdue Plaintiff Fact Sheets. [Rec. Doc. 11640]. Prior to the Show Cause Hearing held on November 19, 2018, the following Plaintiff filed or agreed to file a stipulation dismissing his case with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Elder, James | 2:18-cv-04272 | Wagstaff & Cartmell, LLP |

New Orleans, Louisiana, on this 3rd day of January, 2019.

Judge Eldon E. Fallon
United States District Court Judge