UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Piper G. Legrand v. Janssen Research & Development LLC, et al; 2:15-cv-06618* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On November 2, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 11465].  The Court entered Defendants' Motion on November 9, 2018.  [Rec. Doc. 11642].  For the reasons set forth on the record at the Show Cause Hearing on Defendants' Motion, held on November 19, 2018, Plaintiff shall be given until January 23, 2019 to cure the deficiencies in her Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  The case shall be addressed at the Show Cause Hearing to be held on January 23, 2019 at 9:15 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana.  Failure to cure these deficiencies and serve a fully complete and updated Plaintiff Fact Sheet by this date may result in dismissal of this case with prejudice.

New Orleans, Louisiana, on this 3rd day of January, 2019.

_____
United States District Judge