UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO | |
| Richard Henson v. Janssen Research & Development LLC, et al; 2:16-cv-11562 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On November 2, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11467]. The Court entered Defendants' Motion on November 9, 2018. [Rec. Doc. 11645]. For the reasons set forth on the record by the Court at the Show Cause Hearing on Defendants' Motion on November 19, 2018, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 3rd day of January, 2019.

_____
United States District Judge