UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joseph Morris and Gail Morris  v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-1683

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12153, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Gail Morris, surviving spouse of Joseph Morris, is substituted for Plaintiff Joseph Morris as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE