UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MCL No. 2592 <br> ) Civil Action No. 2:18-cv-00298 <br> ) SECTION: L <br> ) JUDGE ELDON E. FALLON <br> ) MAG. MICHAEL NORTH |

**MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**

NOW COMES counsel for Plaintiff, Lois Bedgood, As Personal Representative for the Estate of Douglas Bedgood, Deceased, pursuant to Federal Rules of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff no longer wishes to pursue this case. Further, counsel for Plaintiff represents that Plaintiff is not a Wave 1 or Wave 2 selected case pursuant to the Court's Case Management Order No. 6.

Dated: January 4, 2019

                                           s/ *Kenneth A. Stern*
                                           Kenneth A. Stern, P30722
                                           STERN LAW, PLLC
                                           41850 West 11 Mile Road
                                           Novi, Michigan 48375-1857
                                           (248) 347-7300
                                           ken@sternlawonline.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 4, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing

system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*<u>Lynda G. Moneypenny</u>*