UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:18-cv-00298 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

**O R D E R**

This matter came before the court on the Motion for Voluntary Dismissal Without Prejudice filed by Plaintiff, Lois Bedgood, As Personal Representative for the Estate of Douglas Bedgood, Deceased, Deceased.

IT IS ORDERED BY THE COURT that the Motion for Voluntary Dismissal Without Prejudice filed by Plaintiff, Lois Bedgood, As Personal Representative for the Estate of Douglas Bedgood, Deceased, be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge