### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| _____ | : : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *Meghan Henderson v.* *Janssen Ortho, LLC, et al., 2:16-cv-12467* | : : | MAG. JUDGE MICHAEL B. NORTH |

### PLAINTIFFS' JOINT MOTION FOR
### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, the Plaintiffs herein, and file this, the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, and respectfully show to this Court as follows:

The Plaintiffs request that attorney Kelly A. Fitzpatrick of the Flood Law Firm, PC be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *Henderson*, 2:16-cv-12467.

The Plaintiffs further request the substitution of attorney Nicole L. Barber of Ventura Law, 235 Main Street, Danbury, CT 06810, in place of attorney Kelly A. Fitzpatrick of the Flood Law Firm.

Attorney Nicole L. Barber has conferred with attorney Kelly A. Fitzpatrick and represents to this Court that attorney Kelly A. Fitzpatrick consents to this Motion.

WHEREFORE, the Plaintiffs respectfully request that attorney Kelly A. Fitzpatrick of the Flood Law Firm, PC be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *Henderson*, 2:16-cv-12467, and that attorney Nicole L. Barber of Ventura Law be substituted therefor.

Respectfully submitted,

/s/ Nicole L. Barber
Nicole L. Barber (CT: ct22977)
Ventura Law
235 Main Street
Danbury, CT 06810
Phone: 203-800-8000
Fax: 203-791-9264
nicole@venturalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2019, a copy of the foregoing Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Nicole L. Barber
Nicole L. Barber (CT: ct22977)
Ventura Law
235 Main Street
Danbury, CT 06810
Phone: 203-800-8000
Fax: 203-791-9264
nicole@venturalaw.com