# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **:** | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **:** | |
| _____ | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| **THIS DOCUMENT RELATES TO:** | **:** | **SECTION L, DIVISION 5** |
| | **:** | |
| *Lonnie Sandifer v.* | **:** | **MAG. JUDGE MICHAEL B. NORTH** |
| *Janssen Ortho, LLC, et al., 2:17-cv-00839* | **:** | |

## ORDER

Considering the foregoing Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorney Kelly A. Fitzpatrick of The Flood Law Firm, PC is withdrawn as the Plaintiff's attorney of record.

**IT IS FURTHER ORDERED** that attorney Nicole L. Barber of Ventura Law is substituted as the Plaintiffs' attorney of record in MDL No. 2592 and member case *Sandifer*, 2:17-cv-00839.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**