# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| _____ | : : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *Kelly Wade v.* *Janssen Ortho, LLC, et al., 2:16-cv-12463* | : : | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorney Kelly A. Fitzpatrick is withdrawn as the Plaintiff's attorney of record.

**IT IS FURTHER ORDERED** that attorney Nicole L. Barber of Ventura Law is substituted as the Plaintiffs' attorney of record in MDL No. 2592 and member case *Wade*, 2:16-cv-12463.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**