## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | } MDL No. 2592 } } SECTION: L } JUDGE FALLON } MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Mary Mckee v. Janssen Research & Development LLC et al.

Case No.: 2:15-cv-05282

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

COMES NOW, Catherine T. Heacox, of The Lanier Law Firm, PLLC, and moves this Court to enter attorney Jason Goldstein of The Lanier Law Firm, PLLC as co-counsel for Plaintiff Mary McKee. Attorney Jason Goldstein's information is as follows:

The Lanier Law Firm, PLLC
Jason Goldstein NY#5015342; NJ# 012252011
126 E. 56th Street, Floor 6
New York, NY 10022
Phone: (212) 421-2800
Fax: (212) 421-2878
Jason.Goldstein@lanierlawfirm.com

WHEREFORE, the Lanier Law Firm, by and through undersigned counsel, respectfully requests this Court to grant its Motion to Enroll as Co-Counsel of attorney Jason Goldstein.

Dated: January 4, 2019

Respectfully submitted,

/s/ Catherine T. Heacox
The Lanier Law Firm, PLLC
126 E. 56th Street, Floor 6
New York, NY 10022
(212) 421-2800
Catherine.Heacox@lanierlawfirm.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on January 4, 2019, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

        /s/ Catherine T. Heacox
The Lanier Law Firm, PLLC
126 E. 56th Street, Floor 6
New York, NY 10022
(212) 421-2800
Catherine.Heacox@lanierlawfirm.com