**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)       }   MDL No. 2592
PRODUCTS LIABILITY LITIGATION    }
                                       }   SECTION: L
                                       }   JUDGE FALLON
                                       }   MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**Mary Mckee v. Janssen Research & Development LLC et al.**

**Case No.: 2:15-cv-05282**

<u>**ORDER**</u>

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Jason Goldstein of The Lanier Law

Firm, be allowed to enroll as co-counsel for Plaintiff Mary Mckee, Case No. 2:15-cv-05282.


Dated: _____, 2018.


                                        _____
                                        Hon. Eldon E. Fallon
                                        United States District Judge