**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| _____ | : | JUDGE ELDON E. FALLON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION L, DIVISION 5 |
| | : | |
| *Michael Lyskawa. v.* | : | MAG. JUDGE MICHAEL B. NORTH |
| *Janssen Ortho, LLC, et al., 2:16-cv-16762* | : | |

**ORDER**

Considering the foregoing Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that attorney Kelly A. Fitzpatrick of The Flood Law Firm, LLC is withdrawn as the Plaintiff's attorney of record.

**IT IS FURTHER** ORDERED that attorney Nicole L. Barber of Ventura Law is substituted as the Plaintiff's attorney of record in MDL No. 2592 and member case *Lyskawa*, 2:16-cv-16762.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**