UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>NOTICE AND SUGGESTION OF DEATH |

THIS DOCUMENT RELATES TO:

*Clyde Hoffer v. Janssen Research & Development LLC, et al.; No. 2:16-cv-17546*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, this notice hereby informs the honorable Court of the death of the Plaintiff, Clyde Hoffer on or about June 26, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by Anne L. Hoffer, who is the surviving spouse and administratrix of the Estate of Clyde Hoffer.

Respectfully submitted, this the 7th Day of January, 2019.

> THE WILSHIRE LAW FIRM
>
> By: */s/ Bobby Saadian*
> Bobby Saadian, Esq.
> CA Bar 250377
> 3055 Wilshire Blvd. 12th Floor,
> Los Angeles, CA 90010
> Phone: (213)381-9988
> Fax: (213)381-9989
> Email: masstorts@wilshirelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 7th day of January, 2019.

> THE WILSHIRE LAW FIRM
>
> By: */s/ Bobby Saadian*
> Bobby Saadian, Esq.
> CA Bar 250377
> 3055 Wilshire Blvd. 12th Floor,
> Los Angeles, CA 90010
> Phone: (213)381-9988
> Fax: (213)381-9989
> Email: masstorts@wilshirelawfirm.com