UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>NOTICE AND SUGGESTION OF DEATH |

THIS DOCUMENT RELATES TO:

*Angelo J. Abatangelo v. Janssen Research & Development LLC, et al.; No. 2:17-cv-12619*

### NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, this notice hereby informs the honorable Court of the death of the Plaintiff, Angelo J. Abatangelo on or about January 14, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by Jeanne Martinez, who is the surviving daughter and successor in interest of the Estate of Angelo J. Abatangelo.

Respectfully submitted, this the 7th Day of January, 2019.

                                    **THE WILSHIRE LAW FIRM**

                                    By: */s/Bobby Saadian*  
                                    Bobby Saadian, Esq.  
                                    CA Bar 250377  
                                    3055 Wilshire Blvd. 12th Floor,  
                                    Los Angeles, CA 90010  
                                    Phone: (213)381-9988  
                                    Fax: (213)381-9989  
                                    Email: masstorts@wilshirelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 7th day of January, 2019.

                                    **THE WILSHIRE LAW FIRM**

                                    By: */s/ Bobby Saadian*  
                                    Bobby Saadian, Esq.  
                                    CA Bar 250377  
                                    3055 Wilshire Blvd. 12th Floor,  
                                    Los Angeles, CA 90010  
                                    Phone: (213)381-9988  
                                    Fax: (213)381-9989  
                                    Email: masstorts@wilshirelawfirm.com