UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kathy Biller and Eugene Biller v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-1997

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12169, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Brian L. Curtice, as Administrator of the Estate of Kathy Biller, is substituted for Plaintiff Kathy Biller as the proper party plaintiff in the above captioned case. The Clerk is directed to correct the caption to reflect the proper party as "Brian L. Curtice, Administrator of the Estate of Kathy Biller."

New Orleans, Louisiana, this 7th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE