UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
PRODUCTS LIABILITY LITIGATION }
} SECTION: L
} JUDGE FALLON
} MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

Mary Mckee v. Janssen Research & Development LLC et al.

Case No.: 2:15-cv-05282

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Zarah Levin-Fragasso of The Lanier Law Firm, be allowed to enroll as co-counsel for Plaintiff Mary Mckee, Case No. 2:15-cv-05282.

New Orleans, Louisiana this 7th day of January, 2019.

Hon. Eldon E. Fallon
United States District Judge