AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Mary L. Wycko and Francis D. Wycko<br>*Plaintiff*<br>v.<br>Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Bayer Healthcare Pharmaceuticals, et al.<br>*Defendant* | Civil Action No. 2:16-cv-14079 |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Gary L. Conrad, M.D., Foothill Cardiology Medical Group, Inc., 625 S. Fair Oaks Ave. #215, North Tower, Pasadena, CA 91105. 626.793.4139.

*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place: The Langham Huntington Hotel & Spa
Terrace Restaurant Dining Hall
1401 South Oak Knoll Avenue, Pasadena, CA 91106

Date and Time: 01/10/2019 at 10:00 A.M.

The deposition will be recorded by this method: Certified Court Reporter and Videographer

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All medical, prescription, or other records relating to the prescription of the drug Xarelto to Mary L. Wycko. A copy of your current Curriculum Vitae (CV).

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____ OR _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Robert J. Binstock**, 4265 San Felipe, Suite 1000, Houston, TX 77027, who issues or requests this subpoena, are:

Reich & Binstock, LLP, Robert J. Binstock, bbinstock@reichandbinstock.com, 713.622.7271.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* GARY L. CONRAD M.D.
on *(date)* 1/3/19 .

☞ I served the subpoena by delivering a copy to the named individual as follows: TO:
JOHN GONZALEZ (OPERATIONS MANAGER / AUTHORIZED TO ACCEPT)
@ 625 S. FAIR OAKS AVE. #215 PASADENA CA 91105 on *(date)* 1/3/19 ; or

☞ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ 0 for travel and $ 80.00 for services, for a total of $ 80.00 .

I declare under penalty of perjury that this information is true.

Date: 1/4/19

*Server's signature*

HOVIG MEGUERDITCHIAN

230 E. Foothill Blvd., Suite C
Arcadia, CA 91006
Los Angeles County Process Server
Reg#2016016397   Tel#626-399-4996

*Server's address*

Additional information regarding attempted service, etc.:

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Los Angeles___ )

On ___1/4/2019___ before me, ___Nancy K. Meguerditchian___
(insert name and title of the officer)

personally appeared ___Hovig Meguerditchian___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



NANCY K. MEGUERDITCHIAN
Notary Public – California
Los Angeles County
Commission # 2202366
My Comm. Expires Jun 23, 2021