**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)      } | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION      } | |
| } | SECTION: L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

James T. Murray v. Janssen Research & Development LLC et al.

Case No.: 2:15-cv-01302

**MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

COMES NOW, Catherine T. Heacox, of The Lanier Law Firm, PLLC, and moves this Court to enter attorney Jason Goldstein of The Lanier Law Firm, PLLC as co-counsel for Plaintiff James T. Murray. Attorney Jason Goldstein's information is as follows:

> The Lanier Law Firm, PLLC
> Jason Goldstein NY#5015342; NJ# 012252011
> 126 E. 56th Street, Floor 6
> New York, NY 10022
> Phone: (212) 421-2800
> Fax: (212) 421-2878
> Jason.Goldstein@lanierlawfirm.com

WHEREFORE, the Lanier Law Firm, by and through undersigned counsel, respectfully requests this Court to grant its Motion to Enroll as Co-Counsel of attorney Jason Goldstein.

Dated: January 7, 2019

> Respectfully submitted,
>
> /s/ Catherine T. Heacox
> The Lanier Law Firm, PLLC
> 126 E. 56th Street, Floor 6
> New York, NY 10022
> (212) 421-2800
> Catherine.Heacox@lanierlawfirm.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on January 7, 2019, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Catherine T. Heacox
The Lanier Law Firm, PLLC
126 E. 56th Street, Floor 6
New York, NY 10022
(212) 421-2800
Catherine.Heacox@lanierlawfirm.com