UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   } MDL No. 2592
PRODUCTS LIABILITY LITIGATION  }
                               } SECTION: L
                               } JUDGE FALLON
                               } MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

James T. Murray v. Janssen Research & Development LLC et al.
Case No.: 2:15-cv-01302

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

COMES NOW, Catherine T. Heacox, of The Lanier Law Firm, PLLC, and moves this Court to enter attorney Zarah Levin- Fragasso of The Lanier Law Firm, PLLC as co-counsel for Plaintiff James T. Murray. Attorney Zarah Levin-Fragasso's information is as follows:

The Lanier Law Firm, PLLC
Zarah Levin-Fragasso NY#5072459; NJ# 20342011
126 E. 56th Street, Floor 6
New York, NY 10022
Phone: (212) 421-2800
Fax: (212) 421-2878
Zarah.levin-fragasso@lanierlawfirm.com

WHEREFORE, the Lanier Law Firm, by and through undersigned counsel, respectfully requests this Court to grant its Motion to Enroll as Co-Counsel of attorney Zarah Levin-Fragasso.

Dated: January 7, 2019

Respectfully submitted,

/s/ Catherine T. Heacox
The Lanier Law Firm, PLLC
126 E. 56th Street, Floor 6
New York, NY 10022
(212) 421-2800
Catherine.Heacox@lanierlawfirm.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on January 7, 2019, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ Catherine T. Heacox
      The Lanier Law Firm, PLLC
      126 E. 56th Street, Floor 6
      New York, NY 10022
      (212) 421-2800
      Catherine.Heacox@lanierlawfirm.com