UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | } MDL No. 2592 } } SECTION: L } JUDGE FALLON } MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**James T. Murray v. Janssen Research & Development LLC et al.**

Case No.: 2:15-cv-01302

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Zarah Levin-Fragasso of The Lanier Law Firm, be allowed to enroll as co-counsel for Plaintiff James T. Murray, Case No. 2:15-cv-01302.

Dated: _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge