UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Caporale v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-3651**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* here by informs the Honorable Court of the death of the Plaintiff, Michael Caporale. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Donna Caporale on behalf of herself, and as mother of Michael Caporale, deceased.

Respectfully Submitted,

Date: January 7, 2019         s/ Theodore S. Forman

*Attorneys for Plaintiff*