UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Krupa, Jr. and Antoninette Krupa v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-6040**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, here by informs the Honorable Court of the death of the Plaintiff, Michael Krupa, Jr. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Antoninette Krupa, on behalf of herself, and as surviving wife of Michael Krupa, Jr., deceased.

Respectfully Submitted,

Date: January 7, 2019    s/Theodore S. Forman

*Attorneys for Plaintiff*