UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Krupa, Jr. and Antoninette Krupa v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-6040**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW counsel for Plaintiff Michael Krupa, Jr. now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Michael Krupa, Jr.

In support of their motions, Plaintiff's counsel would show that Plaintiff Michael Krupa, Jr., died on February 8, 2018. Plaintiff's wife, Antoninette Krupa, is authorized to pursue the claims of the Plaintiff's estate and has agreed to be substituted as a party plaintiff in this action.

Counsel for Plaintiff has conferred with counsel for defendants, and they have no objection to the filing of this motion.

WHEREFORE, premises considered, Plaintiff requests this Honorable Court enter an Order granting this Motion for Substitution of Party, substituting Antoninette Krupa, as Plaintiff in this case.

                                                                   Respectfully submitted,

Date:  January 7, 2019                      s/ Theodore S. Forman

                                                                   ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 7, 2019                                              s/Theodore S. Forman