# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Bobby Tahpay v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al**<br>**Civil Action No.: 2:18-cv-06524** | **MAGISTRATE JUDGE NORTH** |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of the Plaintiff Bobby Tahpay on August 20, 2018.

Dated: January 8, 2019

**RESPECTFULLY SUBMITTED,**

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**

**CERTIFICATION OF SERVICE**

      I hereby certify that on January 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

                          **Kirkendall Dwyer, LLP**

                          */s/ Alexander Dwyer*
                          Alexander Dwyer
                          Texas Bar No. 24054271
                          Andrew F. Kirkendall
                          Texas Bar No. 24050882
                          adwyer@kirkendalldwyer.com
                          akirkendall@kirkendalldwyer.com
                          Kirkendall Dwyer, LLP
                          440 Louisiana Street, Suite 1901
                          Houston, TX 77002
                          Tel: (713) 529-3529
                          Fax: (713) 495-2331

                          **Attorney For Plaintiff**