UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   }   MDL No. 2592
PRODUCTS LIABILITY LITIGATION   }
                                }   SECTION: L
                                }   JUDGE FALLON
                                }   MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

James T. Murray v. Janssen Research & Development LLC et al.

Case No.: 2:15-cv-01302

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Jason Goldstein of The Lanier Law Firm, be allowed to enroll as co-counsel for Plaintiff James T. Murray, Case No. 2:15-cv-01302.

New Orleans, Louisiana this 8th day of January, 2019.

Hon. Eldon E. Fallon
United States District Judge