**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO** | : | |
| | : | |
| *Mary Fay Harkins v. Janssen Research &* | : | |
| *Development LLC, et al; 2:17-cv-08122* | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW
CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET
DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED
PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen

Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Mary

Fay Harkins's action should not be dismissed with prejudice for failure to correct Plaintiff Fact

Sheet ("PFS") deficiencies and serve a fully complete and updated PFS in accordance with Case

Management Order ("CMO") 6 and Pre-Trial Order ("PTO") No. 13.

This is a CMO 6 Wave 2 case selected by Plaintiffs on September 17, 2018.  Pursuant to

CMO 6, Plaintiff was required to update the PFS and "complete all sections" of the fact sheet

within 30 days of selection.  *See* CMO 6 ¶ 5(a) and PTO 13.  Plaintiff submitted an amended PFS

on November 16, 2018, but this PFS was not fully complete per PTO 13.  Specifically, the PFS

contained the following deficiencies:

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service
defenses.

| PFS Section | Deficiency |
|---|---|
| III.B.2 | Plaintiff did not provide a response as to whether she treated with any other providers or facilities for the alleged bleeding event and does not provide the names, addresses, or dates of treatment for any such providers or facilities. |
| V | Plaintiff did not respond to the questions posed regarding Plaintiff's medical background in Section V, including questions regarding Plaintiff's tobacco use history, alcohol use history, illicit drug use history, whether he had surgery in the days leading up to the alleged bleeding event, blood clot history, history of genetic coagulopathy, and history of medical procedures where a stent was used. |

The information missing from Plaintiff's PFS is important and relates directly to her claims in this case. Specifically, identification of the providers who treated plaintiff for the alleged bleeding events claimed in this case is necessary for Defendants to collect medical records and evaluate Plaintiff's medical history. Additionally, the information requested in Section V pertaining to Plaintiff's medical background is necessary in order to identify additional providers who treated Plaintiff and to evaluate Plaintiff's medical history and claims.

Defendants notified Plaintiff of these deficiencies on November 16, 2018 and requested that Plaintiff cure these issues by submitting an amended and complete PFS within 20 days. Defendants also stated that, per CMO 6, Plaintiff's failure to submit a fully complete PFS tolled all discovery deadlines in the case. More than 50 days have passed (more than the 20-day cure period per PTO 13), but to date, Plaintiff has not cured these deficiencies.

This delay is unwarranted. If Plaintiff will not comply with the basic discovery requirements set forth in CMO 6 and PTO 13, this case cannot proceed. For these reasons, Plaintiff's case should be dismissed with prejudice.

Thus, plaintiff Mary Fay Harkins should be ordered to show cause at 9:00 a.m. on January 23, 2019, before the Court as to why her case should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE
SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Janssen Ortho LLC, and Johnson & Johnson*

3

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*


**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 8, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John F. Olinde*
**John F. Olinde**