UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDLN0.2592 |
| | * | |
| This Document Relates to Evelyn Rogers MDL Case No. 2:16-cv-02571 | * * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

## AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF KEVIN GAYLORD, M.D.

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Defendants **Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research** & **Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC** will take the deposition upon oral examination of **Kevin Gaylord, M.D.** on **January 14, 2019** commencing at **1:30 p.m. EST** at **Hanover Gastroenterology, 1520 Physicians Dr., , Wilmington, North Carolina 28401.**

The deposition shall be recorded stenographically and by videotape and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, for use at trial, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A,** attached hereto, at the deposition that are in their possession, custody and control.

2

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.


January 9, 2019

Respectfully submitted,

*/s/ Joseph B. Carnduff*
Joseph B. Carnduff
Gori Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025
618-659-9833
jcarnduff@gorijulianlaw.com

## CERTIFICATE OF
## SERVICE

The undersigned hereby certifies that on the January 9, 2019 the foregoing was served electronically to the following:

Ericka L. Downie
Goodell, DeVries, Leech & Dann, LLP
1 South Street, 20th Fl
Baltimore, Maryland 2102
410-783-4024
edownie@gldlaw.com
*Attorneys for the Defendants*

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Brian H. Barr
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.

bbarr@levinlaw.com

*Plaintiffs' Co-Lead Counsel*


Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES,  P.C.

Andy.Birchfield@BeasleyAJlen.com

*Plaintiffs' Co-Lead Counsel*


Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC

gmeunier@ga insben.com

*Plaintiffs' Co-Lead Counsel*


Leonard A. Davis
HERMAN HERMAN & KATZ LLC

ldavis@hhklawfirm.com

*Plaintiffs' Co-Lead Counsel*


Andrew K.
Solow ARNOLD
& PORTER LLP
andrew.solow@arnoldp orter.com

*Served Bayer Defendants' Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
usan. barko@dbr.com
*Served Janssen Defendants' Counsel*

By: /s/ Joseph B. Carnduff

4