# EXHIBIT A - DOCUMENT REQUESTS

1. Your most current *curriculum vitae* and/or resume.

2. A complete set of medical and treatment records relating to the medical care and treatment of plaintiff that are in your care, custody, possession, or control, including but not limited to office, emergency room, inpatient, outpatient, radiology, and testing records and data.

3. Your entire file, however described or maintained, in connection with plaintiff.

4. All documents, tangible things, data, or writing reviewed, relied upon, considered, or rejected by you when you treated and/or formed opinions regarding the treatment of plaintiff.

5. Any and all educational materials, counseling materials, or handouts in your possession regarding anticoagulants, including Xarelto, Coumadin, Eliquis, Pradaxa, and Savaysa.

6. Any and all correspondence or communications by and between you and the federal Food and Drug Administration or any other federal, state, or local agency relating to anticoagulants.

7. Any and all materials provided by plaintiff or his or her attorneys, including, but not limited to, documents, correspondence , statements, transcripts, and records, including whether by hard copy, text or e-mail.

8. Provide all correspondence and communications (both paper and electronic) between you or your representatives and the attorneys representing plaintiff.

9. All correspondence and communications (both paper and electronic) between you or your representatives and any insurance companies or their representatives concerning any claims made by plaintiff or on her behalf for medical treatment or for benefits of any nature including, but not limited to, disability benefits, social security benefits, and veterans administration benefits.

10. All statements or bills rendered for medical services and supplies regarding plaintiff.

11. Any other documents relating to this action, including notes, reports, correspondence, and research that you have written, reviewed, considered, or prepared in connection with this litigation or in preparation for this deposition.

12. Any and all publications written by, quoting, or otherwise mentioning you that refer or relate in any way to anticoagulants.

4831-3784-9217, v. 1