## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

**Patient Identification**

Name: Evelyn Faye Rogers

Social Security #: 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-A   Date of Birth: 10-3-1933

**Health Care Entity Authorized to Disclose Information**

Name: Dr. Kevin Gaylord-Carolinas HealthCare System/Atrium Health

Address:

**Information To Be Released**

*Please check type of Information to be released:*
X  Abstract (Example: History and Physical, Discharge Summary, Operative Report, Pathology Report, Radiology Reports, Consultations)
X  Complete Health Record
___Radiology Film
___Pathology Material
X  Other  Legal purpose including discussions & proceedings

Identify date(s) of service of records to be released: 2008-present

**Specific Understanding**
I understand that the health information authorized to be disclosed may have been received from or created by other persons or entities and may include information regarding alcohol and/or drug treatment, sexually transmitted disease, AIDS/HIV, behavioral and/or mental health services, or reproductive health services.

**Purpose of Disclosure:**  Pending Litigation

**Person(s) Authorized to Receive Information:**   Gori, Julian & Associates, P.C., 156 N. Main St., Edwardsville, IL 62025

**Re-Disclosure**
I understand that the information disclosed by this authorization may be subject to re-disclosure by the recipient and unprotected by Federal or state privacy requirements unless otherwise prohibited by law.

**Revocation/Expiration of Authorization**
A photostatic copy of the executed original of this Authorization is fully sufficient for the release of this information. This Authorization shall remain in force and effect until either (a) it is revoked by the undersigned by the sending of written notification to Gori, Julian

I hereby authorize the disclosure of the above health information as specified herein

X  *Evelyn F. Rogers*          1/2/2019
Signature of Patient or Personal Representative      Date

Evelyn F. Rogers
Print Name of Patient or Personal Representative    Relationship to Patient (if other than patient)