# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL No. 2592 |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION: L |
| ) | | |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| ) | | MAG. JUDGE NORTH |
| ) | | |

**THIS DOCUMENT RELATES TO:**

*Hobart Parker v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-12522-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Patricia Parker as personal representative of the estate of Hobart Parker, is substituted for Plaintiff Hobart Parker, in the above captioned cause.


Dated: _____     _____
                                 Hon. Eldon E. Fallon
                                 United States District Court Judge