UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | } } } } } | MDL No. 2592<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

**Mary Mckee v. Janssen Research & Development LLC et al.**

**Case No.: 2:15-cv-05282**

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Jason Goldstein of The Lanier Law Firm, be allowed to enroll as co-counsel for Plaintiff Mary Mckee, Case No. 2:15-cv-05282.

Dated: January 9th, 2019.

Hon. Eldon E. Fallon
United States District Judge