UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Caporale v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-3651

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12239, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Donna Caporale, mother of Michael Caporale, is substituted for Plaintiff Michael Carporale as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 9th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE