# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Ginger DeVine individually and as next of kin of Robert H. Devine v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al** | **MAGISTRATE JUDGE NORTH** |
| **Civil Action No.: 2:16-cv-03537** | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Gina Cruz, appointed Special Administrator of the estates of Robert H. DeVine and Ginger R. DeVine, moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the death of Gina Cruz.

A Notice/Suggestion of Death was filed in the MDL on January 10, 2019 (Doc. #12277).

Dated: January 10, 2019

**RESPECTFULLY SUBMITTED,**

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**

**Attorney For Plaintiff**

## CERTIFICATION OF SERVICE

I hereby certify that on January 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**