UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Ginger DeVine individually and as next of kin of Robert H. DeVine v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al** <br> **Civil Action No.: 2:16-cv-03537** | **MAGISTRATE JUDGE NORTH** |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Gina Cruz Doc. \_\_\_\_, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Gina Cruz, as surviving natural daughter and appointed Special Administrator of the estates of Robert H. Devine and Ginger DeVine, is substituted for Plaintiff Ginger Devine as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on January 10, 2019 (Doc. 12277).

New Orleans, Louisiana this \_\_\_ day of _____, 2019.

_____
United States District Judge