# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------X

**GREGORY CLOWERS,**

                -Plaintiff-

          -against-

**JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG.**

                -Defendants-

-----------------------------------------------------------------X

MDL NO. 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAGISTRATE JUDGE MICHAEL NORTH

Civil Action No.: 2:16-cv-09737

**AFFIDAVIT OF SERVICE**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Danielle E. Schaefer, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

Letter to Client with Notice to Comply and a copy of Defendant's Motion for Order to Show Cause and Plaintiff's Authorizations with PTO 13C and CMO 6

on January 10, 2019

by mailing the same in a sealed envelope, with postage prepaid thereon, via Federal Express, Regular

Mail and Email addressed to the last known addresses of the addressee as indicated below:

Gregory Clowers
2301 Post Drive,
Apt 207,
Indianapolis, IN 46219
Federal Express Tracking No. **7741 6244 6586**

AND

Gregory Clowers
2929 Hickory St,
Dallas, TX 75226
Federal Express Tracking No. **7741 6261 8982**

AND

Gregory Clowers
109 Glenridge Pl,
Apt A,
Cincinnati, OH 45217
Federal Express Tracking No. **7741 6269 3668**

Email: clowersgregory@yahoo.com

_Danielle E. Schaefer_

Sworn to before me January 10, 2019

_____
Notary Public

Arnold Pooran
Notary Public, State Of New York
Registration No. 01PO6232753
Qualified in Queens County
Commission Expires December 27, 2022