**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |

**ORDER**

The cases below have overdue or core deficient Plaintiff Fact Sheets, and have been listed for a Show Cause hearing two or more times. Pursuant to PTO 31(a), IT IS HEREBY ORDERED that Plaintiffs SHOW CAUSE before this Court at the status conference on Wednesday, January 23, 2019 at 9:15 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, why Plaintiffs' Complaints and all claims against the Defendants should not be dismissed with prejudice for failure to serve a core sufficient PFS in accordance with this Court's Case Management Order No. 1 [Rec. Doc. 891], Pre-Trial Order No. 13 [Rec. Doc. 895], Pre-Trial Order No. 13A [Rec. Doc. 1040], and Pre-Trial Order No. 27 [Rec. Doc. 3132]:

1. **Overdue Plaintiff Fact Sheets.**

   a. **Rec. Doc. 11400 (Motion for Order to Show Cause filed on July 2, 2018; first hearing date September 18, 2018; second hearing date: November 19, 2018; third hearing date: December 12, 2018)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| **1.** | Carrington, Terrance | 2:17-cv-17305 | Pro Se<br>(Stern Law, PLLC terminated 4/10/18) |
| **2.** | Christie, Jennifer | 2:17-cv-17264 | Pro Se<br>(Stern Law, PLLC terminated 4/12/18) |

**b. Rec. Doc. 11640 (Motion for Order to Show Cause filed on November 5, 2018; first hearing date: November 19, 2018; second hearing date: December 12, 2018)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| **1.** | Brennan, Mary | 2:18-cv-03711 | Beasley Allen |
| **2.** | Thompson, Louis | 2:18-cv-03297 | Beasley Allen |

**2. <u>Core Deficient Plaintiff Fact Sheets.</u>**

**a. Rec. Doc. 11172 (Motion for Order to Show Cause filed on October 8, 2018; first hearing date: November 19, 2018; second hearing date: December 12, 2018)**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | BOHANNAN, LORETHA | Stern Law, PLLC | 2:18-cv-03830 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | COLLINS, ROBERT | The Driscoll Firm | 2:18-cv-2556 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 3. | DURDEN, VIRGINIA | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 4. | FREEMAN, LEON | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | GADIM, FOROUGH | The Driscoll Firm | 2:18-cv-00666 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | HARDEN, NELLIE J | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2:18-cv-03076 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 7. | HELTON, TIMOTHY | The Driscoll Firm | 2:17-cv-17536 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 8. | HOLLAND, STEPHEN | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 9. | LEWIS, ANDREW | Pulaski Law Firm, PLLC | 2:18-cv-04535 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 10. | MITCHELL, NANCY | The Driscoll Firm | 2:18-cv-2073 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | POSEY, DARRYL | OnderLaw, LLC | 2:18-cv-750 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; ; Failure to respond to question in Section I (core case information) |
| 12. | REESE, DOROTHY | Stern Law, PLLC | 2:18-cv-01250 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 13. | ROYAL, JAMIE | The Driscoll Firm | 2:18-cv-00666 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | TAVERNIA, RICHARD A | Marc J. Bern & Partners LLP | 2:18-cv-04211 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 15. | TAXACHER, ROBERT | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 16. | TURNER, ANTHONY | Cochran Legal Group | 2:17-cv-10650 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 17. | VALANTIEJUS, JEANNINE | Law Office of Christopher K. Johnston, LLC | 2:18-cv-3558 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | WALGUARNERY, DENNIS M | Law Office of Christopher K. Johnston, LLC | 2:18-cv-1974 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | WALTON, WILNEISHA | The Driscoll Firm | 2:18-cv-4392 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

**b. Rec. Doc. 11404 (Motion for Order to Show Cause filed on June 6, 2018; first hearing date July 17, 2018; second hearing date: September 18, 2018; third hearing date: November 19, 2018; fourth hearing date: December 12, 2018)**

| | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | DEEB, VICTOR | The Law Offices of Jeffrey S. Glassman | 2:16-cv-02347 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

**c. Rec. Doc. 11416 (Motion for Order to Show Cause filed on September 4, 2018; first hearing date: September 18, 2018; second hearing date: November 19, 2018; third hearing date: December 12, 2018)**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | COOPER, GLENN | Flint Law Firm, LLC | 2:18-cv-0151 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 2. | MORENO, KRISTI | The Driscoll Firm | 2:17-cv-17510 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | SHERMAN, WILLIE | Excolo Law PLLC | 2:18-cv-00359 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | WILLIAMS, GEORGINE | The Driscoll Firm | 2:17-cv-17346 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 10th day of January, 2019

Judge Eldon E. Fallon
United States District Court Judge