UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| *Jimmy Strickland v. Janssen Research & Development LLC, et al; 2:15-cv-04192* | | |

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO SERVE AN UPDATED PLAINTIFF FACT SHEET AND MEDICAL RECORD AUTHORIZATIONS PURSUANT TO CMO 6 AND PTO 13

Plaintiff Jimmy Strickland has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation.* This is a CMO 6 Wave 2 case that was selected by Plaintiffs on September 17, 2018. Pursuant to CMO 6, Plaintiff was required to update his PFS and "complete all sections of the Plaintiff Fact Sheet pursuant to Pretrial Order 13 within 30 days of selection." *See* CMO 6 ¶ 5(a). The deadline to submit updated and fully complete PFS was October 17, 2018. An updated and fully complete PFS in this case is now more than 80 days overdue.

Further, Defendants have been unable to proceed with discovery and collect pertinent medical records because Plaintiff has failed to provide updated HIPAA authorizations as required by PTO 13(c). Specifically, PTO 13(c) provides: "Plaintiffs shall cooperate with Defendants, and shall respond to Defendants' requests for signatures for new or location specific authorizations within ten (10) days of being requested to do so." Special form authorizations have been demanded by the facility where Plaintiff was treated for his alleged bleeding event, the prescribing

1

healthcare provider, the pharmacy where Plaintiff filled his Xarelto prescription and Plaintiff's insurance carrier, before they will release records pertaining to the Plaintiff.

On October 10, 2018—more than 80 days ago—Defendants' counsel first requested these authorizations from Plaintiff's counsel. Defense counsel has followed up eight times requesting that the signed authorizations be returned, but Plaintiff has still not produced the requested authorizations. Without these authorizations, Defendants cannot collect the key medical records from Plaintiff's prescriber, pharmacy, or the provider who treated Plaintiff for his alleged bleeding event.

Given all of the above, it is not possible to proceed with discovery and prepare the case for trial. Plaintiff has failed to comply with the preliminary discovery requirements set forth in CMO 6 and PTO 13. This warrants dismissal of Plaintiff's case with prejudice.

Failure to show cause by appearing before this Court at 9:15 am on January 23, 2019, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 10th day of _____January_____ 2019.

_____
United States District Judge