UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Lonzo Brown v. Janssen Research & Development LLC, et al; 2:16-cv-07171* | : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Plaintiff Lonzo Brown has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to Case Management Order ("CMO") 6, Plaintiff was randomly selected for inclusion in Wave 2 discovery on October 4, 2018. Accordingly, per CMO 6, Plaintiff was required to update this PFS and "complete all sections" of the fact sheet within 30 days of selection. *See* CMO 6 ¶ 5(a) and Pretrial Order ("PTO") 13.

Plaintiff submitted an amended PFS on October 17, 2018, but this PFS was not fully complete per PTO 13. Specifically, Plaintiff alleges his bleeding events occurred in January 2014, which is six months prior to when he alleges he began taking Xarelto in July 2014. Accordingly, Plaintiff has not provided medical records demonstrating a bleeding event while he was taking Xarelto. Further, Plaintiff's PFS only provided answers to Section I (Core Case Information). With the exception of answers that are automatically filled in by the MDL Centrality website, Plaintiff did not answer any questions in the remaining sections of the PFS: Section II (Personal

1

Information), Section III (Claim Information), Section IV (List of Healthcare Providers), Section V (Medical Background), and Section IV (Additional Medications).  All of this information is necessary for Defendants to collect medical records, make determinations on who to depose, and evaluate Plaintiff's claims in this case.  Finally, a new declaration is required under PTO 13 to verify the statements contained in the amended PFS.

Defendants notified Plaintiff of these deficiencies on November 28, 2018 and requested that Plaintiff cure these issues by submitting an amended and complete PFS within 20 days. Defendants also stated that, per CMO 6, Plaintiff's failure to submit a fully complete PFS tolled all discovery deadlines in the case.  More than 40 days have passed (more than the 20-day cure period per PTO 13), but to date, Plaintiff has not cured these deficiencies.

Failure to show cause by appearing before this Court at 9:15 am on January 23, 2019, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this 10th day of January 2019.

_____
United States District Judge