**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL 2592 PRODUCTS** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Piper LeGrand v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:15-cv-6618*

<u>**MOTION FOR SUBSTITUTION OF PARTY**</u>

Counsel for Plaintiff Piper LeGrand, pursuant to Federal Rule of Civil procedure 25(a)(1), moves for an order substituting Vickie McDonald, on behalf of the Estate of Piper LeGrand as Plaintiff in the above captioned case.

1.     Piper LeGrand filed a products liability lawsuit against defendants on November 19, 2015.

2.     Plaintiff Piper LeGrand died on October 28, 2017.

3.     On December 18, 2018, Vickie McDonald was appointed as administrator of the estate of Piper Laurie Legrand by the Clerk of the Court for the State of North Carolina. See Order Authorizing Issuance of Letters attached hereto as Exhibit A.

4.     Plaintiff filed a Notice and Suggestion of Death on November 19, 2018, attached hereto as Exhibit B.

5.     Vickie McDonald, as Representative of the Estate of Piper LeGrand is a proper

party to substitute for Plaintiff-decedent Piper LeGrand.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: January 11, 2019                    Respectfully submitted,

                                           **HILLIARD MARTINEZ GONZALES LLP**

                                    By:  /s/ T. Christopher Pinedo
                                           Robert C. Hilliard
                                           Texas State Bar No. 09677700
                                           Federal Bar No. 5912
                                           Catherine Tobin
                                           Texas State Bar No. 24013642
                                           Federal Bar No. 25316
                                           John Martinez
                                           Texas State Bar No. 24010212
                                           Federal Bar No. 23612
                                           T. Christopher Pinedo
                                           Texas State Bar No. 00788935
                                           Federal Bar No. 17993
                                           David O.B. Runcie
                                           Texas State Bar No. 24086263
                                           Federal Bar No. 3242974

                                           719 S. Shoreline, Suite 500
                                           Corpus Christi, Texas 78401
                                           361-882-1612 Telephone
                                           361-882-3015 Facsimile

                                    **ATTORNEYS FOR PLAINTIFFS**

                            **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                           /s/ T. Christopher Pinedo
                                           T. Christopher Pinedo