# EXHIBIT A

| STATE OF NORTH CAROLINA | File No. |
|---|---|
| RICHMOND County | 2018 E 000413 |

FILED
2018 DEC 18 AM 10: 49
RICHMOND CO. C.S.C.
BY _____

In The General Court Of Justice
Superior Court Division
Before The Clerk

IN THE MATTER OF THE ESTATE OF:
Name Of Decedent/Minor/Incompetent/Trust
PIPER LAURIE LEGRAND

## ORDER AUTHORIZING ISSUANCE OF LETTERS

G.S. 28A-6-1; 35A-1215, -1226; 36A-107

The Court finds from the Application for Letters in the matter named above that the Fiduciary is entitled and is not disqualified to administer the estate, trust or guardianship.

Based on these findings the Court orders that Letters be issued to the Fiduciary in this matter.

| Name And Address Of Fiduciary 1 | Date |
|---|---|
| VICKIE GALBREATH MCDONALD<br>110 MANDELA LANE<br>PO BOX 2421  28380<br>ROCKINGHAM    NC    28379 | 12/18/2018 |
| | Clerk Of Superior Court<br>VICKIE B DANIEL |
| Title Of Fiduciary 1<br>ADMINISTRATOR | EX OFFICIO JUDGE OF PROBATE |
| Name And Address Of Fiduciary 2 | Date Of Issuance    12/18/2018<br>Signature [signed] |
| Title Of Fiduciary 2 | ☐ Assistant CSC    ☐ Clerk Of Superior Court |

AOC-E-402, Rev. 6/04
© 2004 Administrative Office of the Courts

(TYPE OR PRINT IN BLACK INK)

**STATE OF NORTH CAROLINA**

_____ County

File No. 18E413

In The General Court Of Justice
Superior Court Division
Before The Clerk

IN THE MATTER OF THE ESTATE OF:

FILED
2018 DEC 18 AM 10:19
RICHMOND CO. C.S.C.
BY: _____

**APPLICATION FOR LETTERS OF ADMINISTRATION**

G.S. 28A-6-1; 28A-12-4; 105-22

| Name, Street Address, City, State And Zip Code Of Decedent |
|---|
| Piper Laurie Legrand<br>110 Mandela Ln.<br>Rockingham NC 28379 |

| Social Security No. (Last Four Digits) | County Of Domicile At Time Of Death | Date Of Death | Place Of Death (If Different From County Of Domicile) |
|---|---|---|---|
| 2090 | Richmond | 10/28/17 | Richmond County |

| Name, Street Address, PO Box, City, State And Zip Code Of Applicant | Name, Street Address, PO Box, City, State And Zip Code Of Co-Applicant |
|---|---|
| Vickie Galbreath McDonald<br>110 Mandela Ln./P.O. box 2421<br>Rockingham NC 28379 | |

| Telephone No. | Telephone No. |
|---|---|
| (910) 315-8102 | |

| Legal Residence (County, State) | Legal Residence (County, State) |
|---|---|
| | |

| Name, Street Address, PO Box, City, State And Zip Code Of Attorney | Attorney Bar No. |
|---|---|
| | |
| | Telephone No. |

I, the undersigned, applying for letters of administration in the above estate, being first duly sworn, say that:

1. The decedent was domiciled in this county at the time of the decedent's death, or left property or assets in this county, or was a nonresident motorist who died in North Carolina; ☒ no other proceeding for probate or for administration is pending in any jurisdiction.
2. ☒ a. I am the person entitled to apply for letters or am applying after all persons having prior right to apply have renounced.
   ☐ b. I am applying subject to G.S. 28A-6-2(1) and move that all necessary citations be issued.
   ☐ c. I am the public administrator appointed by the Court.
3. I am not disqualified pursuant to G.S. 28A-4-2 to administer the estate and have not renounced my right to do so.
4. After diligent inquiry, I have determined that the persons listed below are all the persons entitled to share in the decedent's estate. (If there is a court-appointed guardian for any such person(s), list the guardian's name and address on an attachment.)

| NAME | AGE | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|---|
| Vickie Galbreath McDonald | 40 | daughter | P.O. Box 2421 rhgm, NC 28379 |
| Robert James Galbreath | 39 | son | 146 Galestown Rd Rockingham NC 28379 |
| Joseph Legrand | 43 | husband | P.O. box 2421 rhgm, NC 28379 |

AOC-E-202, Rev. 7/06
© 2006 Administrative Office of the Courts

Original - File    Copy - Applicant
(Preliminary Inventory On Reverse)