# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL 2592 PRODUCTS**

**SECTION L**

**JUDGE ELDON E. FALLON**

**MAG. JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Piper LeGrand v. Janssen Research & Development, LLC, et al;*

*Civil Action No.: 2:15-cv-6618*

<u>**ORDER**</u>

This matter having come before the Court on Plaintiff's unopposed Motion to Substitute Party Plaintiff, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party Plaintiff is hereby GRANTED.

New Orleans, Louisiana this_____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge