

Serving Southeastern Virginia and
Northeastern North Carolina

VA TEL:  757-399-7506
NC TEL:  252-722-2890
www.hooklawcenter.com

January 11, 2019

*via federal express*

W. Randolph Carter Jr., Clerk
Suffolk Circuit Court
150 North Main Street
Suffolk, Virginia 23439-1604

**Re:   Gerri Jackson-Cox v. Reuben Cox, Jr.
         Civil Action No.: CL19-0049**

Dear Hon. Carter:

Please file the enclosed Notice of Hearing.

This letter is to confirm that the hearing in this matter has been placed on the Motion Docket of the Suffolk Circuit Court at **9:45 a.m., Tuesday, January 29, 2019**.   If this hearing date is incorrect or if there is any change in this hearing date, then please notify me as soon as possible.

I have made arrangements to have Reuben Cox, Jr. served with the Notice of Hearing, the Petition, and the Order Appointing Guardian ad Litem by Colleen T. Dickerson.

Thank you for your cooperation and assistance.

Sincerely,

Sarah J. Schmidt
Attorney at Law
sschmidt@hooklawcenter.com

nra

Enclosure

pc:   Colleen T. Dickerson
      Gerri Jackson-Cox

**EXHIBIT 3**

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF SUFFOLK

GERRI JACKSON-COX,
    Petitioner,

v.                                                                               CIVIL ACTION: CL19-0049

REUBEN COX, JR.,
    Respondent.

**SERVE:**   Reuben Cox, Jr.                              **)PERSONAL SERVICE REQUIRED**
              **4421 Clifton Street**                              **)**
              **Suffolk, Virginia 23435**                      **)**

# NOTICE OF HEARING

TAKE NOTICE that at **9:45 a.m., Tuesday, January 29, 2019**, Gerri Jackson-Cox will ask this Court to appoint her the guardian of the person of Reuben Cox, Jr. and the conservator of the estate of Reuben Cox, Jr. as set forth in the attached Petition. This hearing will be held in the Suffolk Circuit Court located at 150 North Main Street, Suffolk, Virginia 23439-1604.

The purpose of these proceedings is to seek the relief requested in the petition, including but not limited to, asking for the appointment of Gerri Jackson-Cox as the guardian of the person of Reuben Cox, Jr. to be responsible for the personal affairs of Reuben Cox, Jr., including the responsibility for making decisions regarding Reuben Cox, Jr.'s support, care, health, safety, habilitation, education, and

therapeutic treatment, and, if not inconsistent with an order of commitment, residence.

The purpose of these proceedings is also for Gerri Jackson-Cox to be appointed the conservator of Reuben Cox, Jr. to manage the estate and financial affairs of Reuben Cox, Jr., and to request the Court to grant Gerri Jackson-Cox the authority to make gifts of principal and income not necessary for Respondent's support and maintenance.

Pursuant to Virginia Code § 64.2-2006, Reuben Cox, Jr. has the right to be represented by counsel of his choice. If Reuben Cox, Jr. is not represented by counsel, then the court may appoint legal counsel, upon the filing of the Petition or at any time prior to the entry of the order upon the request of Reuben Cox, Jr. or the guardian ad litem if the court determines that counsel is needed to protect Reuben Cox, Jr.'s interest.

Pursuant to Virginia Code § 64.2-2007, Reuben Cox, Jr. is entitled to the following: the right to a hearing, the right to a jury trial, the right to compel the attendance of witnesses, the right to present evidence on his behalf, and the right to confront and cross-examine witnesses.

## WARNING

AT THE HEARING YOU MAY LOSE MANY OF YOUR RIGHTS. A GUARDIAN MAY BE APPOINTED TO MAKE PERSONAL DECISIONS FOR YOU. A CONSERVATOR MAY BE APPOINTED TO MAKE DECISIONS CONCERNING YOUR PROPERTY AND FINANCES. THE APPOINTMENT MAY AFFECT CONTROL OF HOW YOU SPEND YOUR MONEY, HOW YOUR PROPERTY IS MANAGED AND CONTROLLED, WHO MAKES YOUR MEDICAL DECISIONS, WHERE YOU LIVE, WHETHER YOU ARE ALLOWED TO VOTE, AND OTHER IMPORTANT RIGHTS.

*[signature]*

Shannon Laymon-Pecoraro (VSB #83249)
Sarah J. Schmidt (VSB #91053)
Hook Law Center, P.C.
TowneBank Building
5806 Harbour View Blvd., Suite 203
Suffolk, Virginia 23435-3496
specoraro@hooklawcenter.com
sschmidt@hooklawcenter.com
Tel:   757-399-7506
Fax:   757-397-1267

## Certificate of Service

I certify that on the 14th day of January, 2019, this notice of hearing, together with a copy of the petition was mailed first class mail to the following:

Colleen T. Dickerson
1140 Cedar Point Drive
Virginia Beach, Virginia 23451

Brian Jackson
4421 Clifton Street
Suffolk, Virginia 23435

Kevin Jackson
15015 Worthington Court
Fort Polk, Louisiana 71459

Inell Dickerson
P.O. Box 364551
Las Vegas, Nevada 89036

*[signature]*

Shannon Laymon-Pecoraro (VSB #83249)
Sarah J. Schmidt (VSB #91053)
Hook Law Center, P.C.
TowneBank Building
5806 Harbour View Blvd., Suite 203
Suffolk, Virginia 23435-3496
specoraro@hooklawcenter.com
sschmidt@hooklawcenter.com
Tel:   757-399-7506
Fax:   757-397-1267
*Counsel for Gerri Jackson-Cox*