UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Reuben Cox v. Janssen Research & Development LLC, et al.,* No. 2:16-cv-00652 | * * | MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Supplemental Memorandum in Response to Show Cause Regarding Plaintiffs With Alleged Plaintiff Fact Deficiencies,

IT IS HEREBY ORDERED that Plaintiff be permitted 60 days from entry of this Order for Plaintiff's wife, Gerri Jackson-Cox, to respond to the pending Order to Show Cause with Letters of Guardianship and Conservatorship.

DONE AND SIGNED this _____ day of January, 2019 at New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1