UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:   L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Paul Derry vs. Janssen Research & Development LLC, et al,*
**Case No. 2:16-cv-09529**

### ORDER GRANTING MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Dawn Derry, surviving spouse and next friend of Paul Derry, is substituted for decedent Plaintiff Paul Derry in the above-captioned case.

Entered this _____ day of _____, 2019 into the United States Eastern District of Louisiana.

_____
HON. JUDGE ELDON E. FALLON