UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**This document relates to:**

| | |
|---|---|
| *Patricia Cianfarini* | *2:16-cv-15101* |
| *Jondra Fox* | *2:17-cv-01332* |
| *Linda Scott, as Representative of the Estate of Audrey Garner, Deceased* | *2:16-cv-06516* |
| *Brian Masters* | *2:16-cv-09467* |
| *David Seitz, Individually and as Representative of the Estate of Myrtle Marie Seitz, Deceased* | *2:16-cv-09471* |
| *Jennifer Tien* | *2:16-cv-09474* |
| *Michael A. Toups, Individually and as Representative of the Estate of Margaret Toups, Deceased* | *2:16-cv-09478* |

## NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned counsel files this notice of firm name change and email address, effective January 14, 2019. The address and phone number remain the same, the new firm name and email address are as follows:

**Bailey Cowan Heckaman PLLC**
**bailey-svc@bchlaw.com**

RESPECTFULLY SUBMITTED this 14th day of January 2019.

By: */s/ K. Camp Bailey*
K. Camp Bailey
Texas Bar No. 24006782
Andrea McGinnis
Texas Bar No. 24046389
Bailey Cowan Heckaman PLLC
5555 San Felipe St., Suite 900
713-425-7100 Telephone
713-425-7101 Facsimile
bailey-svc@bchlaw.com
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January 2019, a true and correct copy of the above and foregoing has been filed electronically with the Clerk of the Court using the CM/ECF which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

*/s/ K. Camp Bailey*
K. Camp Bailey