UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) Civil Action No: <u>2:14-md-02592</u><br>) |

THIS DOCUMENT RELATES TO:
IN RE: XARELTO PRODUCTS LIABILITY LITIGATION
No. 2:14-md-02592

**MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT comes David B. Owen Jiménez, attorney of record for Johnston Law Group representing Plaintiff(s) in this matter, and respectfully requests leave to withdraw under the provisions of LR 83.2.11 of the United States District Court Eastern District of Louisiana.

This request is made on the ground that the undersigned is no longer employed by the Johnston Law Group.  The undersigned has been informed that the firm has given notifications to clients that the undersigned no longer continues to represent them.

Christopher K. Johnston, the other attorney on record will remain as counsel for the plaintiff(s). Hereto attached is "Exhibit A" referencing the complete list of cases where the undersigned is the attorney of record.

1

The undersigned respectfully requests that this Honorable Court grant the request of plaintiff counsel to be permitted to withdraw from further representation of the plaintiff and that the other attorney on record continue to represent the plaintiff(s) in further proceedings. Wherefore, movant prays for said withdrawal.

Respectfully submitted this 15th day of January 2019.

/s/ David B. Owen Jimenez
David B. Owen Jiménez
USDCPR No. 301113
Puerto Rico Bar No. 19627

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2019 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)