UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) <br> ) Civil Action No: 2:14-md-02592 <br> ) |

THIS DOCUMENT RELATES TO:
IN RE: XARELTO PRODUCTS LIABILITY LITIGATION
No. 2:14-md-02592

## ORDER

Considering the foregoing Motion for Withdrawal:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that David B. Owen Jiménez, is withdrawn as the Plaintiffs Attorney of Record.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Eldon E. Fallon, United States District Court Judge