**EXHIBIT A**

| | | |
|---|---|---|
| [2:17-cv-03981-EEF-MBN](#) | Duquette v. Janssen Research & Development LLC et al | filed 04/25/17 |
| [2:17-cv-03982-EEF-MBN](#) | Morales v. Janssen Research & Development LLC et al | filed 04/25/17 |
| [2:17-cv-04112-EEF-MBN](#) | Gary v. Janssen Research & Development LLC et al | filed 04/27/17 |
| [2:17-cv-04116-EEF-MBN](#) | Coffey v. Janssen Research & Development LLC et al | filed 04/27/17 |
| [2:17-cv-04211-EEF-MBN](#) | Speer v. Janssen Research & Development LLC et al | filed 04/28/17 |
| [2:17-cv-04213-EEF-MBN](#) | Hoza v. Janssen Research & Development LLC et al | filed 04/28/17 |
| [2:17-cv-04412-EEF-MBN](#) | Rider v. Janssen Research & Development LLC et al | filed 05/01/17 |
| [2:17-cv-04423-EEF-MBN](#) | Putnam v. Janssen Research & Development LLC et al | filed 05/01/17 closed 08/14/18 |
| [2:17-cv-04440-EEF-MBN](#) | Glazek v. Janssen Research & Development LLC et al | filed 05/01/17 |
| [2:17-cv-04460-EEF-MBN](#) | Skeen v. Janssen Research & Development LLC et al | filed 05/01/17 |
| [2:17-cv-04478-EEF-MBN](#) | Anderson v. Janssen Research & Development LLC et al | filed 05/01/17 |
| [2:17-cv-04493-EEF-MBN](#) | Gauthier v. Janssen Research & Development LLC et al | filed 05/02/17 |
| [2:17-cv-04538-EEF-](#) | Riggle v. Janssen Research & Development LLC et al | filed 05/02/17 |

MBN

| | | |
|---|---|---|
| 2:17-cv-04545-EEF-MBN | Standoak v. Janssen Research & Development LLC et al | filed 05/02/17 closed 04/23/18 |
| 2:17-cv-04589-EEF-MBN | Sullivan v. Janssen Research & Development LLC et al | filed 05/03/17 |
| 2:17-cv-04612-EEF-MBN | Stowell v. Janssen Research & Development LLC et al | filed 05/03/17 |
| 2:17-cv-04671-EEF-MBN | Winkler v. Janssen Research & Development LLC et al | filed 05/03/17 |
| 2:17-cv-04683-EEF-MBN | Sauvola v. Janssen Research & Development LLC et al | filed 05/04/17 |
| 2:17-cv-04685-EEF-MBN | Kane v. Janssen Research & Development LLC et al | filed 05/04/17 |
| 2:17-cv-04769-EEF-MBN | McGowan v. Janssen Research & Development LLC et al | filed 05/08/17 |
| 2:17-cv-05018-EEF-MBN | Myers v. Janssen Research & Development LLC et al | filed 05/17/17 |
| 2:17-cv-05091-EEF-MBN | Schwank v. Janssen Research & Development LLC et al | filed 05/22/17 |
| 2:17-cv-05098-EEF-MBN | Rutledge v. Janssen Research & Development LLC et al | filed 05/22/17 |
| 2:17-cv-05266-EEF-MBN | Sullivan v. Janssen Research & Development LLC et al | filed 05/26/17 |
| 2:17-cv-05506-EEF-MBN | Holbrook v. Janssen Research & Development LLC et al | filed 06/02/17 |
| 2:17-cv-05514-EEF-MBN | Rhodes v. Janssen Research & Development LLC et al | filed 06/02/17 |
| 2:17-cv-05523-EEF-MBN | Cross v. Janssen Research & Development LLC, et al | filed 06/02/17 |

| [2:17-cv-05526-EEF-MBN](#) | Banks v. Janssen Research & Development LLC et al | filed 06/02/17 |
| [2:17-cv-05553-EEF-MBN](#) | Jones v. Janssen Research & Development LLC et al | filed 06/05/17 |
| [2:17-cv-05559-EEF-MBN](#) | Peters v. Janssen Research & Development LLC et al | filed 06/05/17 |
| [2:17-cv-05580-EEF-MBN](#) | Fielding v. Janssen Research & Development LLC et al | filed 06/06/17 |
| [2:17-cv-05599-EEF-MBN](#) | Hays v. Janssen Research & Development LLC et al | filed 06/07/17 |
| [2:17-cv-05672-EEF-MBN](#) | Hensley v. Janssen Research & Development LLC et al | filed 06/08/17 |
| [2:17-cv-05682-EEF-MBN](#) | Hilliker v. Janssen Research & Development LLC et al filed 06/09/17 |
| [2:17-cv-05753-EEF-MBN](#) | Morrison v. Janssen Research & Development LLC et al | filed 06/13/17 |
| [2:17-cv-05756-EEF-MBN](#) | Crockett v. Janssen Research & Development LLC et al | filed 06/13/17 |
| [2:17-cv-05811-EEF-MBN](#) | Jacobs v. Janssen Research & Development LLC et al | filed 06/14/17 |
| [2:17-cv-05820-EEF-MBN](#) | McClendon v. Janssen Research & Development LLC et al | filed 06/14/17 |
| [2:17-cv-05866-EEF-MBN](#) | Schultz v. Janssen Research & Development LLC et al | filed 06/16/17 |
| [2:17-cv-05880-EEF-MBN](#) | Bentley v. Janssen Research & Development LLC et al filed 06/16/17 |
| [2:17-cv-05891-EEF-MBN](#) | Hollis v. Janssen Research & Development LLC et al | filed 06/16/17 |

| [2:17-cv-05904-EEF-MBN](#) | Miller v. Janssen Research & Development LLC et al | filed 06/19/17 |
| [2:17-cv-05906-EEF-MBN](#) | Finley v. Janssen Research & Development LLC et al | filed 06/19/17 |
| [2:17-cv-05916-EEF-MBN](#) | Stout v. Janssen Research & Development LLC et al | filed 06/19/17 |
| [2:17-cv-05965-EEF-MBN](#) | Howell v. Janssen Research & Development LLC et al | filed 06/20/17 |
| [2:17-cv-05972-EEF-MBN](#) | Hough v. Janssen Research & Development LLC et al | filed 06/20/17 |
| [2:17-cv-05982-EEF-MBN](#) | Hernandez v. Janssen Research & Development LLC et al | filed 06/21/17 |
| [2:17-cv-05997-EEF-MBN](#) | Brown v. Janssen Research & Development LLC et al | filed 06/21/17 |
| [2:17-cv-05999-EEF-MBN](#) | Gjertsen v. Janssen Research & Development LLC et al | filed 06/21/17 |
| [2:17-cv-06018-EEF-MBN](#) | Bell v. Janssen Research & Development LLC et al | filed 06/22/17 |
| [2:17-cv-06251-EEF-MBN](#) | Endicott v. Janssen Research & Development LLC et al | filed 06/28/17 |
| [2:17-cv-06259-EEF-MBN](#) | Canada v. Janssen Research & Development LLC et al | filed 06/28/17 |
| [2:17-cv-06265-EEF-MBN](#) | Bethune v. Janssen Research & Development LLC, et al | filed 06/28/17 |
| [2:17-cv-06310-EEF-MBN](#) | Jones v. Janssen Research & Development LLC, et al | filed 06/29/17 |
| [2:17-cv-06317-EEF-MBN](#) | Lorish v. Janssen Research & Development LLC, et al | filed 06/29/17 |
| [2:17-cv-06379-EEF-](#) | Sutton v. Janssen Research & Development LLC, et al | filed 06/30/17 |

MBN

| 2:17-cv-06390-EEF-MBN | Yarrington v. Janssen Research & Development LLC et al | filed 06/30/17 |
| --- | --- | --- |
| 2:17-cv-06424-EEF-MBN | Moore v. Janssen Research & Development, LLC et al | filed 07/01/17 |
| 2:17-cv-06426-EEF-MBN | Jones v. Janssen Research & Development LLC et al | filed 07/01/17 |
| 2:17-cv-06437-EEF-MBN | Collins v. Janssen Research & Development LLC et al | filed 07/01/17 |
| 2:17-cv-06438-EEF-MBN | Chambers v. Janssen Research & Development LLC et al | filed 07/01/17 |
| 2:17-cv-06439-EEF-MBN | Jernigan v. Janssen Research & Development LLC et al | filed 07/01/17 |
| 2:17-cv-06440-EEF-MBN | Rock v. Janssen Research & Development LLC et al | filed 07/01/17 |
| 2:17-cv-06445-EEF-MBN | Babbitt v. Janssen Research & Development LLC et al | filed 07/03/17 |
| 2:17-cv-06449-EEF-MBN | Ward v. Janssen Research & Development LLC et al | filed 07/03/17 |
| 2:17-cv-06454-EEF-MBN | Tyndall v. Janssen Research & Development LLC et al | filed 07/03/17 |
| 2:17-cv-06456-EEF-MBN | Dyer v. Janssen Research & Development LLC et al | filed 07/03/17 |
| 2:17-cv-06458-EEF-MBN | Miller v. Janssen Research & Development LLC et al | filed 07/03/17 closed 01/08/19 |
| 2:17-cv-06465-EEF-MBN | Black v. Janssen Research & Development LLC et al | filed 07/05/17 |
| 2:17-cv-06466-EEF-MBN | Ruggles v. Janssen Research & Development LLC et al | filed 07/05/17 |

| | | |
|---|---|---|
| 2:17-cv-06469-EEF-MBN | Dzierzanski v. Janssen Research & Development LLC et al | filed 07/05/17 |
| 2:17-cv-06474-EEF-MBN | Albritton v. Janssen Research & Development LLC et al | filed 07/05/17 |
| 2:17-cv-06492-EEF-MBN | Wagner v. Janssen Research & Development LLC et al | filed 07/05/17 |
| 2:17-cv-06644-EEF-MBN | Cobb v. Janssen Research & Development LLC et al | filed 07/11/17 |
| 2:17-cv-06660-EEF-MBN | Thomas v. Janssen Research & Development LLC et al | filed 07/12/17 |
| 2:17-cv-06668-EEF-MBN | Brackman v. Janssen Research & Development, LLC et al | filed 07/12/17 |
| 2:17-cv-06676-EEF-MBN | Domingue v. Janssen Research & Development, LLC et al | filed 07/12/17 |
| 2:17-cv-06688-EEF-MBN | Watley v. Janssen Research & Development, LLC et al | filed 07/12/17 |
| 2:17-cv-06695-EEF-MBN | Montgomery v. Janssen Research & Development LLC et al | filed 07/13/17 |
| 2:17-cv-06711-EEF-MBN | Belcher v. Janssen Research & Development LLC et al | filed 07/13/17 |
| 2:17-cv-06754-EEF-MBN | Tapp v. Janssen Research & Development LLC et al | filed 07/14/17 |
| 2:17-cv-06760-EEF-MBN | Johnson v. Janssen Research & Development LLC et al | filed 07/14/17 |
| 2:17-cv-06805-EEF-MBN | Yanez Garza v. Janssen Research Development LLC et al | filed 07/17/17 |
| 2:17-cv-06811-EEF-MBN | Mullins Jr v. Janssen Research & Development LLC et al | filed 07/17/17 |

| | | |
|---|---|---|
| 2:17-cv-06846-EEF-MBN | Branom v. Janssen Research & Development LLC et al | filed 07/18/17 |
| 2:17-cv-06851-EEF-MBN | Diaz v. Janssen Research & Development LLC et al | filed 07/18/17 |
| 2:17-cv-06924-EEF-MBN | Robbins v. Janssen Research & Development LLC et al | filed 07/20/17 |
| 2:17-cv-06926-EEF-MBN | Buckley v. Janssen Research & Development LLC et al | filed 07/20/17 |
| 2:17-cv-06938-EEF-MBN | Rivera v. Janssen Research & Development LLC et al | filed 07/20/17 |
| 2:17-cv-06952-EEF-MBN | Picillo v. Janssen Research & Development LLC et al | filed 07/20/17 |
| 2:17-cv-06964-EEF-MBN | Kissolovege v. Janssen Research & Development LLC et al | filed 07/21/17 |
| 2:17-cv-06979-EEF-MBN | Glunt v. Janssen Research & Development LLC et al | filed 07/21/17 |
| 2:17-cv-06989-EEF-MBN | James v. Janssen Research & Development LLC et al | filed 07/21/17 |
| 2:17-cv-07004-EEF-MBN | Davenport v. Janssen Research & Development LLC et al | filed 07/24/17 |
| 2:17-cv-07042-EEF-MBN | Hartmann v. Janssen Research & Development LLC et al | filed 07/24/17 |
| 2:17-cv-07054-EEF-MBN | Dick v. Janssen Research & Development LLC et al | filed 07/24/17 |
| 2:17-cv-07062-EEF-MBN | Abbott v. Janssen Research & Development LLC et al | filed 07/25/17 |
| 2:17-cv-07132-EEF-MBN | Allen v. Janssen Research & Development LLC et al | filed 07/26/17 |
| 2:17-cv-07156-EEF- | Caramanico v. Janssen Research & Development LLC | filed 07/27/17 |

MBN                          et al

| | | |
|---|---|---|
| 2:17-cv-07173-EEF-MBN | Hull v. Janssen Research & Development LLC et al | filed 07/27/17 |
| 2:17-cv-07180-EEF-MBN | Browning v. Janssen Research & Development LLC et al | filed 07/27/17 |
| 2:17-cv-07217-EEF-MBN | Stadnik v. Janssen Research & Development LLC, et al | filed 07/28/17 |
| 2:17-cv-07240-EEF-MBN | Barber v. Janssen Research & Development LLC et al | filed 07/28/17 |
| 2:17-cv-07254-EEF-MBN | Keeser v. Janssen Research & Development LLC et al | filed 07/28/17 |
| 2:17-cv-07255-EEF-MBN | Atkins v. Janssen Research & Development LLC et al | filed 07/28/17 |
| 2:17-cv-07276-EEF-MBN | Atkinson v. Janssen Research & Development LLC et al | filed 07/28/17 |
| 2:17-cv-07277-EEF-MBN | Stigall v. Janssen Research & Development LLC et al | filed 07/28/17 |
| 2:17-cv-07283-EEF-MBN | Moxon v. Janssen Research & Development LLC et al | filed 07/31/17 |
| 2:17-cv-07293-EEF-MBN | Breden v. Janssen Research & Development LLC et al | filed 07/31/17 |
| 2:17-cv-07304-EEF-MBN | Gross v. Janssen Research & Development LLC et al | filed 07/31/17 |
| 2:17-cv-07314-EEF-MBN | Steele v. Janssen Research & Development LLC et al | filed 07/31/17 |
| 2:17-cv-07338-EEF-MBN | Church v. Janssen Research & Development LLC et al | filed 08/01/17 |
| 2:17-cv-07355-EEF-MBN | Pangle v. Janssen Research & Development LLC et al | filed 08/01/17 |

| [2:17-cv-07394-EEF-MBN](#) | Johnson v. Janssen Research & Development LLC et al | filed 08/02/17 closed 04/23/18 |
| [2:17-cv-07399-EEF-MBN](#) | Lang v. Janssen Research & Development LLC et al | filed 08/02/17 |
| [2:17-cv-07446-EEF-MBN](#) | Riggins v. Janssen Research & Development LLC, et al | filed 08/03/17 |
| [2:17-cv-07562-EEF-MBN](#) | Gandar v. Janssen Research & Development LLC et al | filed 08/07/17 |
| [2:17-cv-07566-EEF-MBN](#) | Dempsey v. Janssen Research & Development LLC et al | filed 08/07/17 closed 05/08/18 |
| [2:17-cv-07620-EEF-MBN](#) | Blevins v. Janssen Research & Development LLC et al | filed 08/08/17 |
| [2:17-cv-07624-EEF-MBN](#) | Melton v. Janssen Research & Development LLC et al | filed 08/08/17 |
| [2:17-cv-07628-EEF-MBN](#) | Donovan v. Janssen Research & Development LLC et al | filed 08/08/17 |
| [2:17-cv-07660-EEF-MBN](#) | Fulton v. Janssen Research & Development LLC et al | filed 08/09/17 |
| [2:17-cv-07664-EEF-MBN](#) | Williams v. Janssen Research & Development LLC et al | filed 08/09/17 |
| [2:17-cv-07684-EEF-MBN](#) | Petrimoulx v. Janssen Research & Development LLC et al | filed 08/09/17 |
| [2:17-cv-07685-EEF-MBN](#) | Backhaus v. Janssen Research & Development LLC et al | filed 08/09/17 |
| [2:17-cv-07688-EEF-MBN](#) | Barrett v. Janssen Research & Development LLC et al | filed 08/09/17 |
| [2:17-cv-07697-EEF-MBN](#) | Krueger v. Janssen Research & Development LLC et al | filed 08/10/17 |

| [2:17-cv-07698-EEF-MBN](#) | Rippee v. Janssen Research & Development LLC et al | filed 08/10/17 |
| [2:17-cv-07702-EEF-MBN](#) | Fendley v. Janssen Research & Development LLC et al | filed 08/10/17 |
| [2:17-cv-07703-EEF-MBN](#) | Soltis v. Janssen Research & Development LLC et al | filed 08/10/17 |
| [2:17-cv-07716-EEF-MBN](#) | Dunn v. Janssen Research & Development LLC et al | filed 08/10/17 |
| [2:17-cv-07747-EEF-MBN](#) | Smith v. Janssen Research & Development LLC, et al | filed 08/11/17 |
| [2:17-cv-07748-EEF-MBN](#) | Cheslock v. Janssen Research & Development LLC et al | filed 08/11/17 |
| [2:17-cv-07761-EEF-MBN](#) | Harms v. Janssen Research & Development, LLC et al | filed 08/11/17 |
| [2:17-cv-07817-EEF-MBN](#) | Millsaps v. Janssen Research & Development LLC et al | filed 08/14/17 |
| [2:17-cv-07829-EEF-MBN](#) | Skidmore v. Janssen Research & Development LLC et al | filed 08/14/17 |
| [2:17-cv-07849-EEF-MBN](#) | Burker v. Janssen Research & Development LLC et al | filed 08/15/17 |
| [2:17-cv-07882-EEF-MBN](#) | Buzak v. Janssen Research & Development LLC et al | filed 08/16/17 |
| [2:17-cv-07903-EEF-MBN](#) | Hood v. Janssen Research & Development LLC et al | filed 08/16/17 |
| [2:17-cv-07912-EEF-MBN](#) | Pate v. Janssen Research & Development LLC et al | filed 08/16/17 |
| [2:17-cv-07935-EEF-MBN](#) | Osborn v. Janssen Research & Development LLC et al | filed 08/17/17 |
| [2:17-cv-07958-EEF-](#) | London v. Janssen Research & Development LLC et al | filed 08/17/17 |

MBN

| [2:17-cv-08018-EEF-MBN](#) | Sandusky v. Janssen Research & Development LLC et al | filed 08/18/17 |
|---|---|---|
| [2:17-cv-08032-EEF-MBN](#) | Gass v. Janssen Research & Development LLC et al | filed 08/18/17 |
| [2:17-cv-08047-EEF-MBN](#) | Laur v. Janssen Research & Development LLC et al | filed 08/21/17 |
| [2:17-cv-08054-EEF-MBN](#) | Sienko v. Janssen Research & Development LLC et al | filed 08/21/17 |
| [2:17-cv-08055-EEF-MBN](#) | Spencer v. Janssen Research & Development LLC et al | filed 08/21/17 |
| [2:17-cv-08057-EEF-MBN](#) | Rickerd v. Janssen Research & Development LLC et al | filed 08/21/17 |
| [2:17-cv-08065-EEF-MBN](#) | Sanderson v. Janssen Research & Development LLC et al | filed 08/21/17 |
| [2:17-cv-08092-EEF-MBN](#) | Bordner v. Janssen Research & Development LLC et al | filed 08/22/17 |
| [2:17-cv-08095-EEF-MBN](#) | Arceneaux v. Janssen Research & Development LLC et al | filed 08/22/17 |
| [2:17-cv-08109-EEF-MBN](#) | Williams v. Janssen Research & Development LLC et al | filed 08/22/17 |
| [2:17-cv-08111-EEF-MBN](#) | Devereaux v. Janssen Research & Development LLC et al | filed 08/22/17 |
| [2:17-cv-08119-EEF-MBN](#) | Petrillo v. Janssen Research & Development LLC et al | filed 08/22/17 |
| [2:17-cv-08139-EEF-MBN](#) | Middleton v. Janssen Research & Development LLC et al | filed 08/23/17 |
| [2:17-cv-08145-EEF-MBN](#) | Davis v. Janssen Research & Development LLC et al | filed 08/23/17 |

| [2:17-cv-08148-EEF-MBN](#) | Smith v. Janssen Research & Development LLC et al | filed 08/23/17 |
| [2:17-cv-08152-EEF-MBN](#) | Warren v. Janssen Research & Development LLC et al | filed 08/23/17 |
| [2:17-cv-08153-EEF-MBN](#) | Caine v. Janssen Research & Development LLC et al | filed 08/23/17 closed 10/05/18 |
| [2:17-cv-08156-EEF-MBN](#) | Thompson v. Janssen Research & Development LLC et al | filed 08/23/17 |
| [2:17-cv-08159-EEF-MBN](#) | Welsh v. Janssen Research & Development LLC et al | filed 08/23/17 |
| [2:17-cv-08181-EEF-MBN](#) | Anderson v. Janssen Research & Development LLC et al | filed 08/24/17 |
| [2:17-cv-08195-EEF-MBN](#) | Cochran v. Janssen Research & Development LLC et al | filed 08/24/17 |
| [2:17-cv-08236-EEF-MBN](#) | Hammers v. Janssen Research & Development LLC et al | filed 08/25/17 |
| [2:17-cv-08256-EEF-MBN](#) | Pitz v. Janssen Research & Development LLC et al | filed 08/25/17 |
| [2:17-cv-08271-EEF-MBN](#) | Reed v. Janssen Research & Development LLC et al | filed 08/25/17 |
| [2:17-cv-08276-EEF-MBN](#) | Lowe v. Janssen Research & Development LLC et al | filed 08/25/17 |
| [2:17-cv-08282-EEF-MBN](#) | Ewert v. Janssen Research & Development LLC et al | filed 08/25/17 |
| [2:17-cv-08300-EEF-MBN](#) | Chester v. Janssen Research & Development LLC et al | filed 08/25/17 |
| [2:17-cv-08344-EEF-MBN](#) | Sheppard v. Janssen Research & Development LLC et al | filed 08/28/17 |

| | | |
|---|---|---|
| 2:17-cv-08359-EEF-MBN | Galles v. Janssen Research & Development LLC et al | filed 08/28/17 |
| 2:17-cv-08365-EEF-MBN | Jones v. Janssen Research & Development LLC et al | filed 08/28/17 |
| 2:17-cv-08389-EEF-MBN | Hoots v. Janssen Research & Development LLC et al | filed 08/28/17 |
| 2:17-cv-08406-EEF-MBN | Larson v. Janssen Research & Development LLC et al | filed 08/29/17 |
| 2:17-cv-08459-EEF-MBN | Mouton v. Janssen Research & Development LLC et al | filed 08/30/17 |
| 2:17-cv-08497-EEF-MBN | Eubanks v. Janssen Research & Development LLC et al | filed 08/30/17 closed 12/03/18 |
| 2:17-cv-08515-EEF-MBN | Cheese v. Janssen Research & Development LLC et al | filed 08/31/17 |
| 2:17-cv-08523-EEF-MBN | Mozingo v. Janssen Research & Development LLC et al | filed 08/31/17 |
| 2:17-cv-08529-EEF-MBN | Parker v. Janssen Research & Development LLC et al | filed 08/31/17 |
| 2:17-cv-08584-EEF-MBN | McFarland v. Janssen Research & Development LLC et al | filed 09/01/17 |
| 2:17-cv-08596-EEF-MBN | Aiello v. Janssen Research & Development LLC et al | filed 09/01/17 |
| 2:17-cv-08600-EEF-MBN | Keel v. Janssen Research & Development LLC et al | filed 09/01/17 |
| 2:17-cv-09017-EEF-MBN | Pellegrino v. Janssen Research & Development LLC et al | filed 09/14/17 |
| 2:17-cv-09046-EEF-MBN | Brown v. Janssen Research & Development LLC et al | filed 09/14/17 |
| 2:17-cv-09057-EEF- | Bailey v. Janssen Research & Development LLC et al | filed 09/14/17 |

MBN

| | | |
|---|---|---|
| 2:17-cv-09071-EEF-MBN | Mieski v. Janssen Research & Development LLC et al | filed 09/14/17 |
| 2:17-cv-09100-EEF-MBN | Birkas v. Janssen Research & Development LLC et al | filed 09/15/17 |
| 2:17-cv-09114-EEF-MBN | Berlin v. Janssen Research & Development LLC et al | filed 09/15/17 |
| 2:17-cv-09145-EEF-MBN | Lindemann v. Janssen Research & Development LLC et al | filed 09/15/17 |
| 2:17-cv-09185-EEF-MBN | Cook v. Janssen Research & Development LLC et al | filed 09/18/17 |
| 2:17-cv-09193-EEF-MBN | Hardy v. Janssen Research & Development LLC et al | filed 09/18/17 |
| 2:17-cv-09195-EEF-MBN | Escalera v. Janssen Research & Development LLC et al | filed 09/18/17 |
| 2:17-cv-09287-EEF-MBN | Gordon v. Janssen Research & Development LLC et al | filed 09/19/17 |
| 2:17-cv-10914-EEF-MBN | Klauder v. Janssen Research & Development LLC et al | filed 10/20/17 |
| 2:17-cv-10922-EEF-MBN | Wood v. Janssen Research & Development LLC et al | filed 10/20/17 |
| 2:17-cv-10946-EEF-MBN | Jackson v. Janssen Research & Development LLC et al | filed 10/20/17 |
| 2:17-cv-10998-EEF-MBN | Lafar v. Janssen Research & Development LLC et al | filed 10/23/17 |
| 2:17-cv-11054-EEF-MBN | Baldridge v. Janssen Research & Development LLC et al | filed 10/23/17 |
| 2:17-cv-11164-EEF-MBN | Scott v. Janssen Research & Development LLC et al | filed 10/24/17 |

| | | |
|---|---|---|
| [2:17-cv-11241-EEF-MBN](#) | Peebles v. Janssen Research & Development LLC et al | filed 10/25/17 |
| [2:17-cv-11254-EEF-MBN](#) | Johnson v. Janssen Research & Development LLC et al | filed 10/25/17 |
| [2:17-cv-11282-EEF-MBN](#) | Weaver v. Janssen Research & Development LLC et al | filed 10/26/17 |
| [2:17-cv-11299-EEF-MBN](#) | Owens v. Janssen Research & Development LLC et al | filed 10/26/17 |
| [2:17-cv-11312-EEF-MBN](#) | Jones v. Janssen Research & Development LLC et al | filed 10/26/17 |
| [2:17-cv-11359-EEF-MBN](#) | Kurtzworth v. Janssen Research & Development LLC et al | filed 10/27/17 |
| [2:17-cv-11373-EEF-MBN](#) | Yuva v. Janssen Research & Development LLC et al | filed 10/27/17 |
| [2:17-cv-11389-EEF-MBN](#) | Sanchez v. Janssen Research & Development LLC et al | filed 10/27/17 |
| [2:17-cv-11506-EEF-MBN](#) | Jones v. Janssen Research & Development LLC et al | filed 10/30/17 |
| [2:17-cv-11580-EEF-MBN](#) | Collins v. Janssen Research & Development LLC et al | filed 10/31/17 |
| [2:17-cv-11601-EEF-MBN](#) | Tubbs v. Janssen Research & Development LLC et al | filed 10/31/17 |
| [2:17-cv-11624-EEF-MBN](#) | Charran v. Janssen Research & Development LLC et al | filed 10/31/17 |
| [2:17-cv-11662-EEF-MBN](#) | Zarate v. Janssen Research & Development LLC et al | filed 11/01/17 |
| [2:17-cv-11670-EEF-MBN](#) | Gardner v. Janssen Research & Development LLC et al | filed 11/01/17 |

| | | |
|---|---|---|
| 2:17-cv-11779-EEF-MBN | Whaley v. Janssen Research & Development LLC et al filed 11/03/17 | |
| 2:17-cv-11833-EEF-MBN | McReavy v. Janssen Research & Development LLC et al | filed 11/06/17 |
| 2:17-cv-11854-EEF-MBN | Wojcik v. Janssen Research & Development LLC et al | filed 11/06/17 |
| 2:17-cv-12056-EEF-MBN | Moore v. Janssen Research & Development LLC et al | filed 11/08/17 |
| 2:17-cv-12103-EEF-MBN | Truelove v. Janssen Research & Development LLC et al | filed 11/08/17 |
| 2:17-cv-12289-EEF-MBN | Jimenez v. Janssen Research & Development LLC et al | filed 11/13/17 |
| 2:17-cv-12448-EEF-MBN | Bradley v. Janssen Research & Development LLC et al | filed 11/14/17 |
| 2:17-cv-12458-EEF-MBN | Cherry v. Janssen Research & Development LLC et al | filed 11/14/17 |
| 2:17-cv-12471-EEF-MBN | Heldreth v. Janssen Research & Development LLC et al | filed 11/14/17 |
| 2:17-cv-12485-EEF-MBN | Hampton v. Janssen Research & Development LLC et al | filed 11/15/17 |
| 2:17-cv-12507-EEF-MBN | Holz v. Janssen Research & Development LLC et al | filed 11/15/17 |
| 2:17-cv-12534-EEF-MBN | Forte v. Janssen Research & Development LLC et al | filed 11/15/17 |
| 2:17-cv-12557-EEF-MBN | Hayter v. Janssen Research & Development LLC et al | filed 11/16/17 |
| 2:17-cv-12562-EEF-MBN | Broadnax v. Janssen Research & Development LLC et al | filed 11/16/17 |
| 2:17-cv-12566-EEF- | Fisher v. Janssen Research & Development LLC et al | filed 11/16/17 |

MBN

| | | |
|---|---|---|
| 2:17-cv-12583-EEF-MBN | Livingston v. Janssen Research & Development LLC et al | filed 11/16/17 |
| 2:17-cv-12597-EEF-MBN | Suleiman v. Janssen Research & Development LLC et al | filed 11/16/17 |
| 2:17-cv-12602-EEF-MBN | Bustos v. Janssen Research & Development LLC et al | filed 11/16/17 |
| 2:17-cv-12641-EEF-MBN | Thompson v. Janssen Research & Development LLC et al | filed 11/17/17 |
| 2:17-cv-12764-EEF-MBN | Goldberg v. Janssen Research & Development LLC et al | filed 11/20/17 |
| 2:17-cv-12807-EEF-MBN | Hertzberg v. Janssen Research & Development LLC et al | filed 11/20/17 |
| 2:17-cv-12827-EEF-MBN | Wolfe v. Janssen Research & Development LLC et al | filed 11/20/17 |
| 2:17-cv-12888-EEF-MBN | Harris v. Janssen Research & Development LLC et al | filed 11/21/17 |
| 2:17-cv-12908-EEF-MBN | Whalen v. Janssen Research & Development LLC et al filed 11/21/17 |
| 2:17-cv-12972-EEF-MBN | Knoble v. Janssen Research & Development LLC et al | filed 11/21/17 |
| 2:17-cv-12998-EEF-MBN | Nelson v. Janssen Research & Development LLC et al | filed 11/21/17 |
| 2:17-cv-13419-EEF-MBN | Giles v. Janssen Research & Development LLC et al | filed 11/27/17 |
| 2:17-cv-13434-EEF-MBN | Snow v. Janssen Research & Development LLC et al | filed 11/27/17 |
| 2:17-cv-13468-EEF-MBN | Shepard v. Janssen Research & Development LLC et al | filed 11/28/17 |

| | | |
|---|---|---|
| 2:17-cv-13510-EEF-MBN | Dunson v. Janssen Research & Development LLC et al filed 11/28/17 | |
| 2:17-cv-13514-EEF-MBN | Messer v. Janssen Research & Development LLC et al | filed 11/28/17 |
| 2:17-cv-13606-EEF-MBN | Chaikin v. Janssen Research & Development LLC et al | filed 11/29/17 |
| 2:17-cv-13623-EEF-MBN | Bornmann v. Janssen Research & Development LLC et al | filed 11/29/17 |
| 2:17-cv-13649-EEF-MBN | Seely v. Janssen Research & Development LLC et al | filed 11/29/17 |
| 2:17-cv-13656-EEF-MBN | Lavelle v. Janssen Research & Development LLC et al | filed 11/29/17 |
| 2:17-cv-13720-EEF-MBN | Brancaccio-Quelal v. Janssen Research & Development LLC et al | filed 11/30/17 |
| 2:17-cv-13750-EEF-MBN | Yezierski v. Janssen Research & Development LLC et al | filed 11/30/17 |
| 2:17-cv-13834-EEF-MBN | Bovio v. Janssen Research & Development LLC et al | filed 11/30/17 |
| 2:17-cv-13858-EEF-MBN | Linville v. Janssen Research & Development LLC et al | filed 11/30/17 |
| 2:17-cv-13951-EEF-MBN | Moylan v. Janssen Research & Development LLC et al filed 12/01/17 | |
| 2:17-cv-14018-EEF-MBN | Toy v. Janssen Research & Development LLC et al | filed 12/01/17 |
| 2:17-cv-14592-EEF-MBN | Ward v. Janssen Research & Development LLC et al | filed 12/05/17 |
| 2:17-cv-14709-EEF-MBN | Sahlberg v. Janssen Research & Development LLC et al | filed 12/05/17 |

| | | |
|---|---|---|
| 2:17-cv-14761-EEF-MBN | Brayden v. Janssen Research & Development LLC et al | filed 12/05/17 |
| 2:17-cv-14815-EEF-MBN | Jessen v. Janssen Research & Development LLC et al | filed 12/05/17 |
| 2:17-cv-14953-EEF-MBN | Shelton v. Janssen Research & Development LLC, et al | filed 12/06/17 closed 08/15/18 |
| 2:17-cv-14962-EEF-MBN | Cooper v. Janssen Research & Development LLC, et al | filed 12/06/17 |
| 2:17-cv-15028-EEF-MBN | Bradford v. Janssen Research & Development LLC, et al | filed 12/06/17 |
| 2:17-cv-15109-EEF-MBN | Chesney v. Janssen Research & Development LLC, et al | filed 12/06/17 |
| 2:17-cv-15190-EEF-MBN | Prather v. Janssen Research & Development LLC, et al filed 12/06/17 | |
| 2:17-cv-15236-EEF-MBN | Edwards v. Janssen Research & Development LLC, et al | filed 12/06/17 |
| 2:17-cv-15310-EEF-MBN | Goodwin v. Janssen Research & Development LLC, et al | filed 12/07/17 |
| 2:17-cv-15352-EEF-MBN | Jones v. Janssen Research & Development LLC, et al | filed 12/07/17 |
| 2:17-cv-15388-EEF-MBN | Gray III v. Janssen Research & Development LLC, et al | filed 12/07/17 |
| 2:17-cv-15516-EEF-MBN | Pickels v. Janssen Research & Development, LLC et al filed 12/07/17 closed 08/15/18 | |
| 2:17-cv-15562-EEF-MBN | Pittman v. Janssen Research & Development LLC et al filed 12/07/17 | |
| 2:17-cv-15676-EEF-MBN | Sheffield v. Janssen Research & Development LLC et al | filed 12/08/17 |
| 2:17-cv-15703-EEF- | Jones v. Janssen Research & Development LLC et al | filed 12/08/17 |

MBN

| 2:17-cv-15763-EEF-MBN | Delano v. Janssen Research & Development LLC et al | filed 12/08/17 |
|---|---|---|
| 2:17-cv-15873-EEF-MBN | Roberts v. Janssen Research & Development LLC et al filed 12/08/17 | |
| 2:17-cv-15909-EEF-MBN | Wilson v. Janssen Research & Development LLC et al | filed 12/08/17 |
| 2:17-cv-16046-EEF-MBN | Washington v. Janssen Research & Development LLC et al | filed 12/08/17 |
| 2:17-cv-16608-EEF-MBN | Boman v. Janssen Research & Development LLC et al | filed 12/11/17 |
| 2:17-cv-16631-EEF-MBN | Coble v. Janssen Research & Development LLC et al | filed 12/11/17 closed 08/15/18 |
| 2:17-cv-16674-EEF-MBN | Johnson v. Janssen Research & Development LLC et al | filed 12/11/17 |
| 2:17-cv-16748-EEF-MBN | Mitchell v. Janssen Research & Development LLC et al | filed 12/11/17 |
| 2:17-cv-16798-EEF-MBN | Miller v. Janssen Research & Development LLC et al | filed 12/11/17 |
| 2:17-cv-16840-EEF-MBN | Cornwell v. Janssen Research & Development LLC et al | filed 12/11/17 |
| 2:17-cv-17072-EEF-MBN | Smith v. Janssen Research & Development LLC et al | filed 12/12/17 |
| 2:17-cv-17092-EEF-MBN | Wilbourn v. Janssen Research & Development LLC et al | filed 12/12/17 |
| 2:17-cv-17098-EEF-MBN | Joyner v. Janssen Research & Development LLC et al | filed 12/12/17 closed 07/06/18 |
| 2:17-cv-17113-EEF-MBN | Simacek v. Janssen Research & Development LLC et al | filed 12/12/17 |

| | | |
|---|---|---|
| [2:17-cv-17148-EEF-MBN](#) | Stutts v. Janssen Research & Development LLC et al | filed 12/13/17 |
| [2:17-cv-17154-EEF-MBN](#) | Sweetser v. Janssen Research & Development LLC et al | filed 12/13/17 |
| [2:17-cv-17158-EEF-MBN](#) | Wedge v. Janssen Research & Development LLC, et al | filed 12/13/17 |
| [2:17-cv-17166-EEF-MBN](#) | Smith v. Janssen Research & Development LLC et al | filed 12/13/17 |
| [2:17-cv-17176-EEF-MBN](#) | Peterson v. Janssen Research & Development LLC, et al | filed 12/13/17 |
| [2:17-cv-17177-EEF-MBN](#) | Williams v. Janssen Research & Development LLC, et al | filed 12/13/17 |
| [2:17-cv-17183-EEF-MBN](#) | Heider v. Janssen Research & Development LLC, et al | filed 12/13/17 |
| [2:17-cv-17184-EEF-MBN](#) | Kvietkus v. Janssen Research & Development LLC, et al | filed 12/13/17 |
| [2:17-cv-17193-EEF-MBN](#) | Jayroe v. Janssen Research & Development LLC et al | filed 12/13/17 |
| [2:17-cv-17199-EEF-MBN](#) | Struski v. Janssen Research & Development LLC et al | filed 12/13/17 |
| [2:17-cv-17202-EEF-MBN](#) | Hudson v. Janssen Research & Development LLC et al | filed 12/13/17 |
| [2:17-cv-17240-EEF-MBN](#) | Perron v. Janssen Research & Development LLC et al | filed 12/14/17 |
| [2:17-cv-17248-EEF-MBN](#) | McLellan v. Janssen Research & Development LLC et al | filed 12/14/17 |
| [2:17-cv-17252-EEF-MBN](#) | Davis v. Janssen Research & Development LLC et al | filed 12/14/17 |

| 2:17-cv-17258-EEF-MBN | Masisak v. Janssen Research & Development LLC et al | filed 12/14/17 |
| --- | --- | --- |
| 2:17-cv-17271-EEF-MBN | Thompson v. Janssen Research & Development LLC et al | filed 12/14/17 |
| 2:17-cv-17285-EEF-MBN | Trainor v. Janssen Research & Development LLC et al | filed 12/14/17 |
| 2:17-cv-17300-EEF-MBN | Anderson v. Janssen Research & Development LLC et al | filed 12/14/17 |
| 2:17-cv-17301-EEF-MBN | Mochrie v. Janssen Research & Development LLC et al | filed 12/14/17 |
| 2:17-cv-17318-EEF-MBN | Clute v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17323-EEF-MBN | Frantz v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17329-EEF-MBN | Ellis v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17333-EEF-MBN | Lenoir v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17367-EEF-MBN | Hubbard v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17375-EEF-MBN | Moses v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17378-EEF-MBN | Odoms v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17385-EEF-MBN | Cutliff v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17388-EEF-MBN | Elston v. Janssen Research & Development LLC et al | filed 12/15/17 |
| 2:17-cv-17391-EEF- | Creel v. Janssen Research & Development LLC et al | filed 12/15/17 |

MBN

| | | |
|---|---|---|
| 2:17-cv-17405-EEF-MBN | Looney v. Janssen Research & Development LLC, et al | filed 12/16/17 |
| 2:17-cv-17406-EEF-MBN | Quemore v. Janssen Research & Development LLC, et al | filed 12/16/17 |
| 2:17-cv-17407-EEF-MBN | Avery v. Janssen Research & Development LLC, et al | filed 12/16/17 |
| 2:17-cv-17408-EEF-MBN | Elliot v. Janssen Research & Development LLC, et al | filed 12/16/17 |
| 2:17-cv-17409-EEF-MBN | Samuels v. Janssen Research & Development LLC, et al | filed 12/16/17 |
| 2:17-cv-17410-EEF-MBN | McKenzie v. Janssen Research & Development LLC, et al | filed 12/16/17 |
| 2:17-cv-17413-EEF-MBN | McJunkin v. Janssen Research & Development LLC, et al | filed 12/18/17 |
| 2:17-cv-17415-EEF-MBN | Alvarez v. Janssen Research & Development LLC, et al | filed 12/18/17 |
| 2:17-cv-17418-EEF-MBN | Ankrom v. Janssen Research & Development LLC, et al | filed 12/18/17 |
| 2:17-cv-17432-EEF-MBN | Charbonneau v. Janssen Research & Development LLC et al | filed 12/18/17 |
| 2:17-cv-17436-EEF-MBN | Mullin v. Janssen Research & Development LLC et al | filed 12/18/17 |
| 2:17-cv-17445-EEF-MBN | McClendon v. Janssen Research & Development LLC et al | filed 12/18/17 |
| 2:17-cv-17453-EEF-MBN | Johnson v. Janssen Research & Development LLC et al | filed 12/18/17 |
| 2:17-cv-17456-EEF-MBN | Collver v. Janssen Research & Development LLC et al | filed 12/18/17 |

| | | |
|---|---|---|
| [2:17-cv-17465-EEF-MBN](#) | Frankenberry v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17471-EEF-MBN](#) | Molohon v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17475-EEF-MBN](#) | Greenberg v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17489-EEF-MBN](#) | Carlson v. Janssen Research & Development LLC et al filed 12/19/17 |
| [2:17-cv-17492-EEF-MBN](#) | Zickefoose v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17504-EEF-MBN](#) | Rogers v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17506-EEF-MBN](#) | Hernandez v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17518-EEF-MBN](#) | Gilbert v. Janssen Research & Development LLC, et al filed 12/19/17 |
| [2:17-cv-17524-EEF-MBN](#) | Fisher v. Janssen Research & Development LLC, et al | filed 12/19/17 |
| [2:17-cv-17538-EEF-MBN](#) | Brunner v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17541-EEF-MBN](#) | Linton v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17543-EEF-MBN](#) | Hampton v. Janssen Research & Development LLC et al | filed 12/19/17 |
| [2:17-cv-17556-EEF-MBN](#) | Elliott v. Janssen Research & Development LLC et al | filed 12/20/17 |
| [2:17-cv-17558-EEF-MBN](#) | Riekenberg v. Janssen Research & Development LLC et al | filed 12/20/17 |

| | | |
|---|---|---|
| 2:17-cv-17564-EEF-MBN | Arledge v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17567-EEF-MBN | Crofford v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17570-EEF-MBN | Karpel v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17571-EEF-MBN | Haxel v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17615-EEF-MBN | Gibbs v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17636-EEF-MBN | Chikos v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17644-EEF-MBN | Van Den Bosch v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17651-EEF-MBN | Mackin v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17656-EEF-MBN | Perry v. Janssen Research & Development LLC et al | filed 12/20/17 |
| 2:17-cv-17671-EEF-MBN | Melvin v. Janssen Research & Development LLC et al | filed 12/21/17 |
| 2:17-cv-17673-EEF-MBN | Hill v. Janssen Research & Development LLC et al | filed 12/21/17 |
| 2:17-cv-17682-EEF-MBN | Ficarro v. Janssen Research & Development LLC et al | filed 12/21/17 |
| 2:17-cv-17683-EEF-MBN | Warrick v. Janssen Research & Development LLC et al | filed 12/21/17 |
| 2:17-cv-17698-EEF-MBN | Giniel v. Janssen Research & Development LLC et al | filed 12/21/17 |
| 2:17-cv-17704-EEF- | King v. Janssen Research & Development LLC et al | filed 12/21/17 |

MBN

| 2:17-cv-17718-EEF-MBN | Helms v. Janssen Research & Development LLC et al | filed 12/22/17 |
| 2:17-cv-17721-EEF-MBN | Moore-Gates v. Janssen Research & Development LLC et al | filed 12/22/17 |
| 2:17-cv-17827-EEF-MBN | McBee v. Janssen Research & Development LLC et al | filed 12/27/17 |
| 2:17-cv-17839-EEF-MBN | Partsch v. Janssen Research & Development LLC et al | filed 12/27/17 |
| 2:17-cv-17842-EEF-MBN | Eyerman v. Janssen Research & Development LLC et al | filed 12/27/17 |
| 2:17-cv-17843-EEF-MBN | Elkhouly v. Janssen Research & Development LLC et al | filed 12/27/17 |
| 2:17-cv-17844-EEF-MBN | Witten v. Janssen Research & Development LLC et al | filed 12/27/17 |
| 2:17-cv-17915-EEF-MBN | Tiller v. Janssen Research & Development LLC et al | filed 12/28/17 |
| 2:17-cv-17923-EEF-MBN | Tommarello-Perkins v. Janssen Research & Development LLC et al | filed 12/29/17 |
| 2:17-cv-17932-EEF-MBN | Walker v. Janssen Research & Development LLC et al | filed 12/29/17 |
| 2:17-cv-17953-EEF-MBN | Bacon v. Janssen Research & Development LLC et al | filed 12/29/17 |
| 2:17-cv-17962-EEF-MBN | Mehosky v. Janssen Research & Development LLC et al | filed 12/29/17 |
| 2:17-cv-17964-EEF-MBN | Bingham v. Janssen Research & Development LLC et al | filed 12/29/17 |
| 2:18-cv-00063-EEF-MBN | Hart v. Janssen Research & Development LLC et al | filed 01/02/18 |

| | | |
|---|---|---|
| 2:18-cv-00091-EEF-MBN | Rodriguez v. Janssen Research & Development LLC et al | filed 01/03/18 |
| 2:18-cv-00105-EEF-MBN | Figueredo v. Janssen Research & Development LLC et al | filed 01/03/18 |
| 2:18-cv-00208-EEF-MBN | Langley v. Janssen Research & Development LLC et al | filed 01/08/18 |
| 2:18-cv-00215-EEF-MBN | Shockley v. Janssen Research & Development LLC et al | filed 01/09/18 |
| 2:18-cv-00223-EEF-MBN | Walker v. Janssen Research & Development LLC et al | filed 01/09/18 |
| 2:18-cv-00230-EEF-MBN | Hardin v. Janssen Research & Development LLC et al | filed 01/09/18 |
| 2:18-cv-00235-EEF-MBN | Goldberg v. Janssen Research & Development LLC et al | filed 01/09/18 |
| 2:18-cv-00265-EEF-MBN | McIntire v. Janssen Research & Development LLC et al | filed 01/10/18 |
| 2:18-cv-00296-EEF-MBN | Krivacic v. Janssen Research & Development LLC et al | filed 01/11/18 |
| 2:18-cv-00370-EEF-MBN | Jones v. Janssen Research & Development LLC et al | filed 01/12/18 |
| 2:18-cv-00371-EEF-MBN | Braddy v. Janssen Research & Development LLC et al | filed 01/12/18 |
| 2:18-cv-00384-EEF-MBN | Caruso v. Janssen Research & Development LLC et al | filed 01/12/18 |
| 2:18-cv-00504-EEF-MBN | Storm v. Janssen Research & Development LLC et al | filed 01/16/18 |
| 2:18-cv-00535-EEF-MBN | Wilkerson v. Janssen Research & Development LLC et al | filed 01/17/18 |

| | | |
|---|---|---|
| [2:18-cv-00537-EEF-MBN](#) | Allen v. Janssen Research & Development LLC et al | filed 01/17/18 |
| [2:18-cv-00540-EEF-MBN](#) | Singleton v. Janssen Research & Development LLC et al | filed 01/17/18 |
| [2:18-cv-00541-EEF-MBN](#) | Hamilton v. Janssen Research & Development LLC et al | filed 01/17/18 |
| [2:18-cv-00551-EEF-MBN](#) | Clark v. Janssen Research & Development LLC, et al | filed 01/18/18 |
| [2:18-cv-00643-EEF-MBN](#) | Cheridor v. Janssen Research & Development LLC et al | filed 01/22/18 |
| [2:18-cv-00664-EEF-MBN](#) | Sehler v. Janssen Research & Development LLC, et al | filed 01/23/18 |
| [2:18-cv-00723-EEF-MBN](#) | Angwin v. Janssen Research & Development LLC et al | filed 01/24/18 |
| [2:18-cv-00850-EEF-MBN](#) | Ward v. Janssen Research & Development LLC et al | filed 01/29/18 |
| [2:18-cv-00851-EEF-MBN](#) | Bailey v. Janssen Research & Development LLC et al | filed 01/29/18 |
| [2:18-cv-00940-EEF-MBN](#) | Gourneau v. Janssen Research & Development LLC et al | filed 01/31/18 |
| [2:18-cv-00970-EEF-MBN](#) | Ogle v. Janssen Research & Development LLC et al | filed 02/01/18 |
| [2:18-cv-00973-EEF-MBN](#) | Bryant v. Janssen Research & Development LLC et al | filed 02/01/18 |
| [2:18-cv-00980-EEF-MBN](#) | Ruggles v. Janssen Research & Development LLC et al | filed 02/01/18 |
| [2:18-cv-00987-EEF-MBN](#) | House v. Janssen Research & Development LLC, et al | filed 02/01/18 |
| [2:18-cv-01133-EEF-](#) | Granger v. Janssen Research & Development LLC, et | filed 02/05/18 |

| | | |
|---|---|---|
| MBN | al | |
| 2:18-cv-01135-EEF-MBN | Collins v. Janssen Research & Development LLC et al | filed 02/05/18 |
| 2:18-cv-01138-EEF-MBN | Rising v. Janssen Research & Development LLC et al | filed 02/05/18 closed 08/21/18 |
| 2:18-cv-01148-EEF-MBN | Estlow v. Janssen Research & Development LLC et al | filed 02/05/18 |
| 2:18-cv-01150-EEF-MBN | Morris v. Janssen Research & Development LLC et al | filed 02/05/18 |
| 2:18-cv-01155-EEF-MBN | Davis v. Janssen Research & Development LLC et al | filed 02/05/18 |
| 2:18-cv-01158-EEF-MBN | Robinson v. Janssen Research & Development LLC et al | filed 02/05/18 |
| 2:18-cv-01172-EEF-MBN | Tucker v. Janssen Research & Development LLC et al | filed 02/06/18 |
| 2:18-cv-01176-EEF-MBN | Milner v. Janssen Research & Development LLC et al | filed 02/06/18 |
| 2:18-cv-01179-EEF-MBN | Haynes v. Janssen Research & Development LLC et al | filed 02/06/18 |
| 2:18-cv-01190-EEF-MBN | Williams v. Janssen Research & Development LLC et al | filed 02/06/18 |
| 2:18-cv-01199-EEF-MBN | Clark v. Janssen Research & Development LLC et al | filed 02/06/18 |
| 2:18-cv-01233-EEF-MBN | Williams v. Janssen Research & Development LLC et al | filed 02/07/18 |
| 2:18-cv-01242-EEF-MBN | Elliott v. Janssen Research & Development LLC et al | filed 02/07/18 |
| 2:18-cv-01251-EEF-MBN | Desantis v. Janssen Research & Development LLC et al | filed 02/07/18 |

| | | |
|---|---|---|
| 2:18-cv-01283-EEF-MBN | Delp v. Janssen Research & Development LLC et al | filed 02/08/18 |
| 2:18-cv-01291-EEF-MBN | Ditter v. Janssen Research & Development LLC et al | filed 02/08/18 |
| 2:18-cv-01340-EEF-MBN | Filippelli v. Janssen Research & Development LLC et al | filed 02/09/18 |
| 2:18-cv-01360-EEF-MBN | Crouch v. Janssen Research & Development LLC et al | filed 02/09/18 |
| 2:18-cv-01367-EEF-MBN | Carroll v. Janssen Research & Development LLC et al | filed 02/09/18 |
| 2:18-cv-01377-EEF-MBN | Dixon v. Janssen Research & Development LLC et al | filed 02/09/18 |
| 2:18-cv-01401-EEF-MBN | McClenny v. Janssen Research & Development LLC et al | filed 02/12/18 |
| 2:18-cv-01402-EEF-MBN | Statham v. Janssen Research & Development LLC et al | filed 02/12/18 |
| 2:18-cv-01406-EEF-MBN | Crutcher v. Janssen Research & Development LLC et al | filed 02/12/18 |
| 2:18-cv-01418-EEF-MBN | Gottlieb v. Janssen Research & Development LLC et al | filed 02/12/18 |
| 2:18-cv-01422-EEF-MBN | Shaw v. Janssen Research & Development LLC et al | filed 02/12/18 |
| 2:18-cv-01463-EEF-MBN | Nichols v. Janssen Research & Development LLC et al | filed 02/13/18 |
| 2:18-cv-01475-EEF-MBN | Garmon v. Janssen Research & Development LLC, et al | filed 02/13/18 |
| 2:18-cv-01535-EEF-MBN | Turner v. Janssen Research & Development LLC et al | filed 02/14/18 |

| [2:18-cv-01547-EEF-MBN](#) | Belcher v. Janssen Research & Development LLC et al | filed 02/14/18 |
| [2:18-cv-01566-EEF-MBN](#) | Jones v. Janssen Research & Development LLC et al | filed 02/15/18 |
| [2:18-cv-01568-EEF-MBN](#) | Davis v. Janssen Research & Development LLC et al | filed 02/15/18 |
| [2:18-cv-01586-EEF-MBN](#) | Andrew v. Janssen Research & Development LLC, et al | filed 02/15/18 |
| [2:18-cv-01588-EEF-MBN](#) | Green v. Janssen Research & Development LLC, et al | filed 02/15/18 |
| [2:18-cv-01596-EEF-MBN](#) | Ryan v. Janssen Research & Development LLC, et al | filed 02/15/18 |
| [2:18-cv-01620-EEF-MBN](#) | Wiley v. Janssen Research & Development LLC, et al | filed 02/16/18 |
| [2:18-cv-01627-EEF-MBN](#) | Olivia v. Janssen Research & Development LLC, et al | filed 02/16/18 |
| [2:18-cv-01643-EEF-MBN](#) | Gregory v. Janssen Research & Development LLC et al | filed 02/16/18 |
| [2:18-cv-01721-EEF-MBN](#) | Wells v. Janssen Research & Development LLC et al | filed 02/20/18 |
| [2:18-cv-01725-EEF-MBN](#) | Mattson v. Janssen Research & Development LLC et al | filed 02/20/18 |
| [2:18-cv-01822-EEF-MBN](#) | Crew v. Janssen Research & Development LLC et al | filed 02/21/18 |
| [2:18-cv-01826-EEF-MBN](#) | Fox v. Janssen Research & Development LLC et al | filed 02/21/18 |
| [2:18-cv-01866-EEF-MBN](#) | Rober v. Janssen Research & Development LLC et al | filed 02/21/18 |
| [2:18-cv-01894-EEF-](#) | Garrett v. Janssen Research & Development LLC et al | filed 02/22/18 |

MBN

| | | |
|---|---|---|
| 2:18-cv-01974-EEF-MBN | Walguarnery v. Janssen Research & Development LLC et al | filed 02/26/18 |
| 2:18-cv-01976-EEF-MBN | Muntz v. Janssen Research & Development LLC et al | filed 02/26/18 |
| 2:18-cv-01977-EEF-MBN | Reed v. Janssen Research & Development LLC et al | filed 02/26/18 |
| 2:18-cv-01978-EEF-MBN | Dawkins v. Janssen Research & Development LLC et al | filed 02/26/18 |
| 2:18-cv-01986-EEF-MBN | Woods v. Janssen Research & Development LLC et al | filed 02/26/18 |
| 2:18-cv-02012-EEF-MBN | Baker v. Janssen Research & Development LLC et al | filed 02/27/18 |
| 2:18-cv-02013-EEF-MBN | Cohen v. Janssen Research & Development LLC et al | filed 02/27/18 |
| 2:18-cv-02049-EEF-MBN | Samardich v. Janssen Research & Development LLC, et al | filed 02/27/18 |
| 2:18-cv-02072-EEF-MBN | Snell v. Janssen Research & Development LLC et al | filed 02/27/18 |
| 2:18-cv-02114-EEF-MBN | Mcrae v. Janssen Research & Development LLC et al | filed 02/28/18 |
| 2:18-cv-02119-EEF-MBN | Lawson v. Janssen Research & Development LLC et al | filed 02/28/18 |
| 2:18-cv-02134-EEF-MBN | Tillman v. Janssen Research & Development LLC et al | filed 02/28/18 |
| 2:18-cv-02137-EEF-MBN | Edwards v. Janssen Research & Development LLC et al | filed 02/28/18 |
| 2:18-cv-02143-EEF-MBN | Clark v. Janssen Research & Development LLC et al | filed 02/28/18 |

| [2:18-cv-02145-EEF-MBN](#) | Farr v. Janssen Research & Development LLC et al | filed 02/28/18 |
| [2:18-cv-02158-EEF-MBN](#) | Smith v. Janssen Research & Development LLC et al | filed 03/01/18 |
| [2:18-cv-02161-EEF-MBN](#) | McGuire v. Janssen Research & Development LLC et al | filed 03/01/18 |
| [2:18-cv-02167-EEF-MBN](#) | Barfield v. Janssen Research & Development LLC et al | filed 03/01/18 |
| [2:18-cv-02172-EEF-MBN](#) | Bournazakis v. Janssen Research & Development LLC et al | filed 03/01/18 |
| [2:18-cv-02180-EEF-MBN](#) | Cox v. Janssen Research & Development LLC et al | filed 03/01/18 |
| [2:18-cv-02232-EEF-MBN](#) | Keyser v. Janssen Research & Development LLC et al | filed 03/02/18 |
| [2:18-cv-02240-EEF-MBN](#) | Miller v. Janssen Research & Development LLC et al | filed 03/02/18 |
| [2:18-cv-02251-EEF-MBN](#) | Lowe v. Janssen Research & Development LLC et al | filed 03/02/18 |
| [2:18-cv-02258-EEF-MBN](#) | Obey v. Janssen Research & Development LLC et al | filed 03/02/18 |
| [2:18-cv-02284-EEF-MBN](#) | Carlen v. Janssen Research & Development LLC et al | filed 03/02/18 |
| [2:18-cv-02302-EEF-MBN](#) | Benko Jr v. Janssen Research & Development LLC et al | filed 03/02/18 |
| [2:18-cv-02357-EEF-MBN](#) | Greenidge v. Janssen Research & Development LLC et al | filed 03/05/18 |
| [2:18-cv-02619-EEF-MBN](#) | Paulsen v. Janssen Research & Development LLC et al | filed 03/13/18 |

| | | |
|---|---|---|
| 2:18-cv-02709-EEF-MBN | Baggett v. Janssen Research & Development LLC et al filed 03/14/18 | |
| 2:18-cv-02758-EEF-MBN | Rinaldi v. Janssen Research & Development LLC et al | filed 03/15/18 |
| 2:18-cv-02760-EEF-MBN | Smariga v. Janssen Research & Development LLC et al | filed 03/15/18 |
| 2:18-cv-02799-EEF-MBN | Lopez v. Janssen Research & Development LLC et al | filed 03/15/18 |
| 2:18-cv-02828-EEF-MBN | Dean v. Janssen Research & Development LLC et al | filed 03/16/18 |
| 2:18-cv-02832-EEF-MBN | Poole v. Janssen Research & Development LLC et al | filed 03/16/18 |
| 2:18-cv-02841-EEF-MBN | Lilly v. Janssen Research & Development LLC et al | filed 03/16/18 |
| 2:18-cv-02843-EEF-MBN | McKenzie v. Janssen Research & Development LLC et al | filed 03/16/18 |
| 2:18-cv-02850-EEF-MBN | Sheets v. Janssen Research & Development LLC et al | filed 03/16/18 |
| 2:18-cv-02948-EEF-MBN | Green v. Janssen Research & Development LLC et al | filed 03/20/18 |
| 2:18-cv-02955-EEF-MBN | Rickman v. Janssen Research & Development LLC et al | filed 03/20/18 |
| 2:18-cv-02971-EEF-MBN | Wolfe v. Janssen Research & Development LLC et al | filed 03/20/18 |
| 2:18-cv-02999-EEF-MBN | Stanford v. Janssen Research & Development LLC et al | filed 03/20/18 |
| 2:18-cv-03016-EEF-MBN | Powell v. Janssen Research & Development LLC et al | filed 03/20/18 |
| 2:18-cv-03027-EEF- | Moore v. Janssen Research & Development LLC et al | filed 03/21/18 |

MBN

| 2:18-cv-03032-EEF-MBN | Tory v. Janssen Research & Development LLC et al | filed 03/21/18 |
|---|---|---|
| 2:18-cv-03044-EEF-MBN | Giallorenzo v. Janssen Research & Development LLC et al | filed 03/21/18 |
| 2:18-cv-03054-EEF-MBN | Watts v. Janssen Research & Development LLC et al | filed 03/21/18 |
| 2:18-cv-03059-EEF-MBN | Pool v. Janssen Research & Development LLC et al | filed 03/21/18 |
| 2:18-cv-03089-EEF-MBN | Finnegan v. Janssen Research & Development LLC et al | filed 03/22/18 |
| 2:18-cv-03110-EEF-MBN | Martinez v. Janssen Research & Development LLC et al | filed 03/22/18 |
| 2:18-cv-03127-EEF-MBN | Mayle v. Janssen Research & Development LLC et al | filed 03/22/18 |
| 2:18-cv-03130-EEF-MBN | Stephens v. Janssen Research & Development LLC et al | filed 03/22/18 |
| 2:18-cv-03176-EEF-MBN | Cauthen v. Janssen Research & Development LLC et al | filed 03/26/18 |
| 2:18-cv-03178-EEF-MBN | McKim v. Janssen Research & Development LLC et al | filed 03/26/18 |
| 2:18-cv-03179-EEF-MBN | Jones v. Janssen Research & Development LLC et al | filed 03/26/18 |
| 2:18-cv-03183-EEF-MBN | Umbarger v. Janssen Research & Development LLC et al | filed 03/26/18 |
| 2:18-cv-03272-EEF-MBN | Dorton v. Janssen Research & Development LLC et al | filed 03/27/18 |
| 2:18-cv-03276-EEF-MBN | Sawyer v. Janssen Research & Development LLC et al | filed 03/27/18 |

| | | |
|---|---|---|
| [2:18-cv-03282-EEF-MBN](#) | Yartz v. Janssen Research & Development LLC et al | filed 03/27/18 |
| [2:18-cv-03293-EEF-MBN](#) | Martin v. Janssen Research & Development LLC et al | filed 03/27/18 |
| [2:18-cv-03309-EEF-MBN](#) | Miranda v. Janssen Research & Development LLC et al | filed 03/28/18 |
| [2:18-cv-03318-EEF-MBN](#) | Kratz v. Janssen Research & Development LLC et al | filed 03/28/18 |
| [2:18-cv-03346-EEF-MBN](#) | Shahinian v. Janssen Research & Development LLC et al | filed 03/28/18 |
| [2:18-cv-03368-EEF-MBN](#) | Cogburn v. Janssen Research & Development LLC et al | filed 03/29/18 |
| [2:18-cv-03386-EEF-MBN](#) | Hobgood v. Janssen Research & Development LLC et al | filed 03/29/18 |
| [2:18-cv-03464-EEF-MBN](#) | Reilly-Kehr v. Janssen Research & Development LLC et al | filed 04/02/18 |
| [2:18-cv-03488-EEF-MBN](#) | Ames v. Janssen Research & Development LLC et al | filed 04/03/18 |
| [2:18-cv-03558-EEF-MBN](#) | Valantiejus v. Janssen Research & Development LLC et al | filed 04/04/18 |
| [2:18-cv-03601-EEF-MBN](#) | Smith v. Janssen Research & Development LLC et al | filed 04/05/18 |
| [2:18-cv-03603-EEF-MBN](#) | Battle v. Janssen Research & Development LLC et al | filed 04/05/18 |
| [2:18-cv-03632-EEF-MBN](#) | Ettling v. Janssen Research & Development LLC et al | filed 04/05/18 |
| [2:18-cv-03641-EEF-MBN](#) | Holmes v. Janssen Research & Development LLC et al filed 04/06/18 | |

| [2:18-cv-03733-EEF-MBN](#) | Sakho v. Janssen Research & Development LLC et al | filed 04/10/18 |
| [2:18-cv-03736-EEF-MBN](#) | Moses v. Janssen Research & Development LLC et al | filed 04/10/18 |
| [2:18-cv-03743-EEF-MBN](#) | Breslin v. Janssen Research & Development LLC et al | filed 04/10/18 |
| [2:18-cv-03752-EEF-MBN](#) | Harris v. Janssen Research & Development LLC et al | filed 04/10/18 |
| [2:18-cv-03892-EEF-MBN](#) | Moshier v. Janssen Research & Development LLC et al | filed 04/12/18 |
| [2:18-cv-03898-EEF-MBN](#) | Chipps v. Janssen Research & Development LLC et al | filed 04/13/18 |
| [2:18-cv-03905-EEF-MBN](#) | Duggins v. Janssen Research & Development LLC et al | filed 04/13/18 |
| [2:18-cv-03919-EEF-MBN](#) | Wills v. Janssen Research & Development LLC et al | filed 04/13/18 |
| [2:18-cv-03926-EEF-MBN](#) | Gould v. Janssen Research & Development LLC et al | filed 04/13/18 |
| [2:18-cv-03936-EEF-MBN](#) | Brooks v. Janssen Research & Development LLC et al | filed 04/13/18 |
| [2:18-cv-03976-EEF-MBN](#) | Moore-Jenkins v. Janssen Research & Development LLC et al | filed 04/16/18 |
| [2:18-cv-03991-EEF-MBN](#) | Pearmon v. Janssen Research & Development LLC et al | filed 04/16/18 |
| [2:18-cv-03996-EEF-MBN](#) | Morrison v. Janssen Research & Development LLC et al | filed 04/16/18 |
| [2:18-cv-04009-EEF-MBN](#) | Dixon v. Janssen Research & Development LLC et al | filed 04/17/18 |
| [2:18-cv-04050-EEF-](#) | Leischner v. Janssen Research & Development LLC et | filed 04/18/18 closed 09/14/18 |

| | | |
|---|---|---|
| MBN | al | |
| 2:18-cv-04052-EEF-MBN | Marshall v. Janssen Research & Development LLC et al | filed 04/18/18 |
| 2:18-cv-04057-EEF-MBN | Norton v. Janssen Research & Development LLC et al | filed 04/18/18 |
| 2:18-cv-04176-EEF-MBN | Evans v. Janssen Research & Development LLC et al | filed 04/24/18 |
| 2:18-cv-04177-EEF-MBN | Speights v. Janssen Research & Development LLC et al | filed 04/24/18 |
| 2:18-cv-04194-EEF-MBN | Webb v. Janssen Research & Development LLC et al | filed 04/24/18 |
| 2:18-cv-04205-EEF-MBN | Scott v. Janssen Research & Development LLC et al | filed 04/24/18 |
| 2:18-cv-04217-EEF-MBN | Collins v. Janssen Research & Development LLC et al | filed 04/25/18 |
| 2:18-cv-04232-EEF-MBN | Gellner v. Janssen Research & Development LLC et al | filed 04/25/18 |
| 2:18-cv-04239-EEF-MBN | Davis v. Janssen Research & Development LLC et al | filed 04/25/18 |
| 2:18-cv-04242-EEF-MBN | Lowery v. Janssen Research & Development LLC et al filed 04/25/18 | |
| 2:18-cv-04251-EEF-MBN | Silver v. Janssen Research & Development LLC et al | filed 04/26/18 |
| 2:18-cv-04256-EEF-MBN | Bayless v. Janssen Research & Development LLC et al filed 04/26/18 | |
| 2:18-cv-04328-EEF-MBN | Gabelli v. Janssen Research & Development LLC et al | filed 04/26/18 |
| 2:18-cv-04363-EEF-MBN | Smith v. Janssen Research & Development LLC et al | filed 04/27/18 |

| | | |
|---|---|---|
| [2:18-cv-04409-EEF-MBN](#) | McDuffey v. Janssen Research & Development LLC et al | filed 04/30/18 |
| [2:18-cv-04417-EEF-MBN](#) | Hixon v. Janssen Research & Development LLC et al | filed 04/30/18 |
| [2:18-cv-04576-EEF-MBN](#) | Edwards v. Janssen Research & Development LLC et al | filed 05/02/18 |
| [2:18-cv-04580-EEF-MBN](#) | Crayton v. Janssen Research & Development LLC et al | filed 05/02/18 |
| [2:18-cv-04616-EEF-MBN](#) | Roudis v. Janssen Research & Development LLC et al | filed 05/04/18 |
| [2:18-cv-04622-EEF-MBN](#) | Del Core v. Janssen Research & Development LLC et al | filed 05/04/18 |
| [2:18-cv-04639-EEF-MBN](#) | Starr v. Janssen Research & Development LLC et al | filed 05/04/18 |
| [2:18-cv-04667-EEF-MBN](#) | Ljuljdjurovic v. Janssen Research & Development LLC et al | filed 05/07/18 |
| [2:18-cv-04684-EEF-MBN](#) | McCoin v. Janssen Research & Development LLC et al | filed 05/08/18 |
| [2:18-cv-04694-EEF-MBN](#) | Heard v. Janssen Research & Development LLC et al | filed 05/08/18 |
| [2:18-cv-04749-EEF-MBN](#) | Ripard v. Janssen Research & Development LLC et al | filed 05/09/18 |
| [2:18-cv-04760-EEF-MBN](#) | Brooks v. Janssen Research & Development LLC et al | filed 05/09/18 |
| [2:18-cv-04761-EEF-MBN](#) | McLaurin v. Janssen Research & Development LLC et al | filed 05/09/18 |
| [2:18-cv-04783-EEF-MBN](#) | Bailey v. Janssen Research & Development LLC et al | filed 05/09/18 |

| [2:18-cv-04832-EEF-MBN](#) | Brace v. Janssen Research & Development LLC et al | filed 05/11/18 |
| [2:18-cv-04907-EEF-MBN](#) | Jones v. Janssen Research & Development LLC et al | filed 05/14/18 |
| [2:18-cv-05059-EEF-MBN](#) | Hunt v. Janssen Research & Development LLC et al | filed 05/18/18 |
| [2:18-cv-05111-EEF-MBN](#) | Thornton v. Janssen Research & Development LLC et al | filed 05/21/18 |
| [2:18-cv-05140-EEF-MBN](#) | Hooper v. Janssen Research & Development LLC et al | filed 05/21/18 |
| [2:18-cv-05208-EEF-MBN](#) | Goad v. Janssen Research & Development LLC et al | filed 05/23/18 |
| [2:18-cv-05510-EEF-MBN](#) | Clark v. Janssen Research & Development LLC et al | filed 05/31/18 |
| [2:18-cv-05522-EEF-MBN](#) | Christian v. Janssen Research & Development LLC et al | filed 05/31/18 |
| [2:18-cv-05533-EEF-MBN](#) | Marshall v. Janssen Research & Development LLC et al | filed 05/31/18 |
| [2:18-cv-05573-EEF-MBN](#) | Arbaugh v. Janssen Research & Development LLC et al | filed 06/01/18 |
| [2:18-cv-05588-EEF-MBN](#) | Chadwick v. Janssen Research & Development LLC et al | filed 06/01/18 |
| [2:18-cv-05609-EEF-MBN](#) | Stokes v. Janssen Research & Development LLC et al | filed 06/04/18 |
| [2:18-cv-05639-EEF-MBN](#) | Parker v. Janssen Research & Development LLC et al | filed 06/05/18 |
| [2:18-cv-05644-EEF-MBN](#) | Brailey v. Janssen Research & Development LLC et al | filed 06/05/18 |
| [2:18-cv-05646-EEF-](#) | Plemmons v. Janssen Research & Development LLC | filed 06/05/18 |

| | | |
|---|---|---|
| MBN | et al | |
| 2:18-cv-05731-EEF-MBN | Slaughter v. Janssen Research & Development LLC et al | filed 06/08/18 |
| 2:18-cv-05863-EEF-MBN | Huacoto v. Janssen Research & Development LLC et al | filed 06/13/18 |
| 2:18-cv-05908-EEF-MBN | Barco v. Janssen Research & Development LLC et al | filed 06/14/18 |
| 2:18-cv-05940-EEF-MBN | Rodrigues v. Janssen Research & Development LLC et al | filed 06/15/18 |
| 2:18-cv-06074-EEF-MBN | Eberhart v. Janssen Research & Development LLC et al | filed 06/19/18 |
| 2:18-cv-06638-EEF-MBN | Blackford v. Janssen Research & Development LLC et al | filed 07/12/18 |
| 2:18-cv-06665-EEF-MBN | Andrews v. Janssen Research & Development LLC et al | filed 07/12/18 |
| 2:18-cv-06858-EEF-MBN | Vaden v. Janssen Research & Development LLC et al | filed 07/20/18 |
| 2:18-cv-06895-EEF-MBN | Ferrell v. Janssen Research & Development LLC et al | filed 07/23/18 |
| 2:18-cv-07245-EEF-MBN | McLain v. Janssen Research & Development LLC et al | filed 08/01/18 |
| 2:18-cv-07321-EEF-MBN | Roberts v. Janssen Research & Development LLC et al filed 08/02/18 | |
| 2:18-cv-07676-EEF-MBN | May v. Janssen Research & Development LLC et al | filed 08/14/18 |
| 2:18-cv-07944-EEF-MBN | Imasuen v. Janssen Research & Development LLC et al | filed 08/20/18 |
| 2:18-cv-08236-EEF-MBN | Tovani v. Janssen Research & Development LLC et al | filed 08/30/18 |

| | | |
|---|---|---|
| 2:18-cv-08407-EEF-MBN | Mosley v. Janssen Research & Development LLC et al | filed 09/06/18 |
| 2:18-cv-08894-EEF-MBN | Fortman v. Janssen Research & Development LLC et al | filed 09/25/18 |