UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Hobart Parker v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-12522

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12272, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patricia Parker, personal representative of the estate of Hobart Parker, is substituted for Plaintiff Hobart Parker as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE