UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ginger DeVine individually and as next of kin of Robert H. DeVine v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-3537

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12278, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Gina Cruz, surviving daughter and Special Administrator of the estates of Robert H. DeVine and Ginger DeVine, is substituted for Plaintiff Ginger DeVine as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE