# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------------X

**GREGORY CLOWERS,**

                            **-Plaintiff-**

                       **-against-**

**JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG.**

                        **-Defendants-**

------------------------------------------------------------------------X

MDL NO. 2592

SECTION:  L

JUDGE: ELDON E. FALLON

MAGISTRATE JUDGE
MICHAEL NORTH

Civil Action No.:  2:16-cv-09737

**AFFIDAVIT OF SERVICE**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Danielle E. Schaefer, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

Letter to Client with Notice to Comply and a copy of Order to Show Cause and Plaintiff's Response to Order to Show Cause and Plaintiff's Authorizations with PTO 13C and CMO 6

on January 14, 2019

by mailing the same in a sealed envelope, with postage prepaid thereon, via Federal Express, Regular

Mail and Email addressed to the last known addresses of the addressee as indicated below:

Gregory Clowers
2301 Post Drive,
Apt 207,
Indianapolis, IN 46219
Federal Express Tracking No. **7741 9085 4129**

AND

Gregory Clowers
2929 Hickory St,
Dallas, TX 75226
Federal Express Tracking No. **7741 9089 1649**

AND

Gregory Clowers
109 Glenridge Pl,
Apt A,
Cincinnati, OH 45217
Federal Express Tracking No. **7741 9091 4600**

Email: clowersgregory@yahoo.com

Danielle E. Schaefer

Sworn to before me January 14, 2019

Notary Public

Arnold Pooran
Notary Public, State Of New York
Registration No. 01PO6232753
Qualified in Queens County
Commission Expires December 27, 2022