# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| **THIS DOCUMENT RELATES TO**: | ( | |
| *Hall v. Janssen Research & Development,* | ( | |
| *LLC, et al.,* No. 2:16-cv-16865; *Hampshire* | ( | JUDGE FALLON |
| *v. Janssen Research & Development, LLC,* | ( | MAG. JUDGE NORTH |
| *et al.,* No. 2:16-cv-13088; *Moshchinsky* | ( | |
| *v. Janssen Research & Development,* | ( | |
| *LLC, et al.,* No. 2:15-cv-01190; and *Mitchell* | ( | |
| *v. Janssen Research & Development,* | ( | |
| *LLC, et al.,* No. 2:15-cv-01196 | ( | |

## RESPONSE TO ORDERS TO SHOW CAUSE REGARDING
## PLAINTIFFS WITH ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

Now comes undersigned counsel for Plaintiffs in the above captioned cases, Mattie Hall, Renee Hampshire, Mira Moshchinsky, and Raymond Mitchell, identified in two of Defendants' Motions for Order to Show Cause regarding plaintiffs who have failed to serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6 (Rec. Docs. 11767 and 12252), who submits this response prior to the hearing on January 23, 2019, as follows:

1.      Within days of receiving notice of the Motion for Order to Show Cause filed on November 20, 2018, Rec. Doc. 11767, Plaintiffs Mattie Hall and Renee Hampshire were informed in writing that their cases could be dismissed for continued failure to serve an updated fully complete PFS and declaration in accordance with the Court's CMO 6. In said correspondence, which included a PFS and Declaration, Plaintiffs were also notified that without a fully updated and complete PFS, the parties did not have the necessary information to proceed with discovery and prepare for trial. Plaintiffs' packets were sent via certified mail, which USPS has confirmed were delivered. Each envelope contained a return FedEx envelope with tracking umber. Not only

1

did Plaintiffs fail to utilize the return FedEx envelopes provided by counsel, they have also failed to respond entirely to attempts to obtain the information and documentation required to avoid dismissal of their cases with prejudice.

2.  Plaintiff Mira Moshchinsky was also immediately informed of defense counsel's notification of the failure to submit an updated and fully complete PFS as required by CMO 6. However, she has failed to provide the information and documentation to cure deficiencies. Plaintiff is well aware that refusal to comply with the Court-ordered discovery requirements of CMO 6 and PTO 13 will warrant dismissal of the cases with prejudice. However, Plaintiff either cannot or will not cooperate with counsel's repeated requests regarding this matter.

3.  Plaintiff Raymond Mitchell has stopped cooperating with counsel ever since being informed of Defendants' intent to file a show cause motion in October of 2018 regarding failure to comply with CMO 6 and PTO 13. Despite his non-responsiveness, counsel submitted an amended PFS on November 6, 2018. However, due to Plaintiff's further failure to respond to many attempts at communication, counsel is unable to cure deficiencies noted on November 21, 2018.

Despite their best efforts, Plaintiffs' counsel has been unable to cure existing deficiencies in the above captioned cases.  While counsel does not have consent, there is no basis to contest dismissal should the Court rule that a dismissal is appropriate and proper under the circumstances.

January 16, 2019                                        Respectfully submitted,

                                                        By: */s/ Barrett Beasley*
                                                        Barrett Beasley, Esq.
                                                        LA Bar Roll No. 25984
                                                        SALIM-BEASLEY, LLC
                                                        1901 Texas Street
                                                        Natchitoches, LA 71457
                                                        Phone: (800) 491-1817
                                                        Facsimile: (318) 354-1227
                                                        bbeasley@salim-beasley.com

*Attorney for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 16, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Barrett Beasley*
Barrett Beasley