# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKEY AYERS, | ) |
| | ) MDL NO. 2592 |
| Plaintiff. | ) |
| | ) JUDGE: ELDON E. FALLON |
| | ) |
| | ) SECTION: L |
| | ) |
| v. | ) MAG. JUDGE: MICHAEL NORTH |
| | ) |
| | ) CIVIL ACTION NO. 2:18-cv-3901 |
| JANSSEN RESEARCH & | ) |
| DEVELOPMENT, LLC f/k/a JOHNSON | ) |
| AND JOHNSON PHARMACEUTICALS | ) |
| RESEARCH AND DEVELOPMENT LLC; | ) |
| JANSSEN ORTH LLC; JANSSEN | ) |
| PHARMACEUTICAL, INC. f/k/a JANSSEN | ) |
| PHARMACEUTICALS, INC. f/k/a | ) |
| JANSSEN PHARMACEUTICA INC, | ) |
| f/k/a ORTHO-MCNEIL-JANSSEN | ) |
| PHARMACEUTICALS INC.; | ) |
| JOHNSON & JOHNSON COMPANY; | ) |
| BAYER HEALTHCARE PHARMACEUTICALS | ) |
| INC.; BAYER PHARMA AG; | ) |
| BAYER CORPORATION; | ) |
| BAYER HEALTHCARE LLC; BAYER | ) |
| HEALTHCARE AG; AND BAYER AG, | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Rickey Ayers, Pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, and with consent of all parties, hereby seeks to amend the Complaint by amending the injury from gastrointestinal bleed to rectal bleeding for the Plaintiff Rickey Ayers. Plaintiff's counsel also seeks to amend the date of injury from May 9, 2017 to June 9, 2017 in the body of the Complaint. Lastly, Plaintiff seeks to amend the final date of ingestion from May 9, 2017 to June 9, 2017. Specifically, in the "Plaintiffs' Specific Allegations" section.

Plaintiff Rickey Ayer's initial complaint was filed via LAED CM/ECF on April 13, 2018 and service was executed thereafter on May 31, 2018. Due to a clerical error, the complaint stated the incorrect injury, date of injury and final date of ingestion

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion, as stated on the attached exhibit "A".

Wherefore, Plaintiff respectfully requests that this Court grant the Plaintiff's Motion and Order to Amend Complaint.

Dated: January 17, 2019

                Respectfully submitted,

                SWMW Law, LLC

                By: /s/Stephen B. Wohlford
                Benjamin R. Schmickle, #6270568
                Stephen B. Wohlford, #IL6287698
                701 Market Street, Suite 1000
                St. Louis, MO 63101
                (314) 480-5180
                (314) 932-1566 – Facsimile

                **ATTORNEYS FOR PLAINTIFFS**