# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICKEY AYERS, | ) | MDL NO. 2592 |
| Plaintiffs. | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| v. | ) | MAG. JUDGE: MICHAEL NORTH |
| | ) | |
| | ) | |
| JANSSEN RESEARCH & | ) | CIVIL ACTION NO. 2:18-cv-3901 |
| DEVELOPMENT LLC F/K/A JOHNSON | ) | |
| AND JOHNSON PHARMACEUTICAL | ) | |
| RESEARCH AND DEVELOPMENT LLC, | ) | |
| JANSSEN ORTH LLC, JANSSEN | ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN | ) | |
| PHARMACEUTICALS, INC. F/K/A | ) | |
| JANSSEN PHARMACEUTICA INC, | ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS INC., | ) | |
| JOHNSON & JOHNSON COMPANY | ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, | ) | |
| INC., BAYER PHARMA AG, | ) | |
| BAYER CORPORATION, BAYER HALTHCARE | ) | |
| LLC, BAYER HEALTHCARE AG, AND | ) | |
| BAYER AG, | ) | |
| Defendants. | ) | |

## ORDER GRANTING
## MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Motion to Amend Complaint and pursuant to

the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C,

the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Rickey Ayer's, Motion to Amend Complaint is

GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the

Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

 Entered this _____ day of _____, 2019 into the United States Eastern District Court of Louisiana.

 _____

 HONORABLE DISTRICT JUDGE ELDON E. FALLON