# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REX WOLF as personal representative of The estate of ANTHONY WOLF, <br><br> Plaintiff. <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTH LLC; JANSSEN PHARMACEUTICAL, INC. f/k/a JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC, f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; AND BAYER AG, Defendants. | MDL NO. 2592 <br><br> JUDGE: ELDON E. FALLON <br><br> SECTION: L <br><br> MAG. JUDGE: MICHAEL NORTH <br><br> CIVIL ACTION NO. 2:17-cv-10218 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Rex Wolf as personal representative of the estate of Anthony Wolf, Pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned counsel, and with consent of all parties, hereby seeks to amend the Complaint by adding an additional injury of hemoptysis for Plaintiff Anthony Wolf, and to reflect the injury date of December 10, 2016 in the body of the Complaint. Plaintiff also seeks to amend the final date of ingestion from January 22, 2016 to December 10, 2016. Specifically, in the "Plaintiffs' Specific Allegations" section. Lastly

Plaintiff also seeks to amend the case header from Anthony Wolf, to Rex Wolf as personal representative of the estate of Anthony Wolf.

Plaintiff Anthony Wolf's Complaint was filed via LAED CM/ECF on September 25, 2017 and service was executed thereafter on November 14, 2017. Complaint in error did not included an additional bleeding injury. At the time of the additional bleeding injury, the client was still taking Xarelto, as directed. Plaintiff's counsel moves to amend the final date of ingestion from January 22, 2016 to December 10, 2016.

In addition, Plaintiff's counsel became aware of the clients passing and filed a suggestion of death on October 22, 2018 and a motion to substitute party on November 19, 2018. The order granting the motion to substitute party was granted on November 20, 2018. Plaintiff's counsel moves to amend the case header from Anthony Wolf to Rex Wolf as personal representative of the estate of Anthony Wolf.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion, as stated on the attached exhibit "A".

WHEREFORE, Plaintiff respectfully requests that this court grant Plaintiff's Motion and Order to Amend Complaint.

Dated: January 17, 2019

Respectfully submitted,

SWMW Law, LLC

By: /s/Stephen B. Wohlford_____
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**