**EXHIBIT A**

**Mica Harris**

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Wednesday, January 16, 2019 8:33 AM |
| **To:** | Tara King |
| **Cc:** | Melanie Schmickle; Mica Harris; 'Wolf, Anthony (67d0038ca+matter1045352858@maildrop.clio.com)' |
| **Subject:** | RE: Anthony Wolf 2:17-cv-10218 |

Ms. King,

The Janssen and Bayer Defendants have no objection to the filing of the Motion. Please note, however, that the new authorization signed by the substitute Plaintiff, which was submitted to MDL Centrality in this case, does not bear the Xarelto user's name. This will need to be corrected. Thank you.

**Kelly Brilleaux**
Member
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
504.310.2233 direct • 504.310.2101 fax
website • bio • vCard

**IRWIN FRITCHIE**
**URQUHART & MOORE** LLC
COUNSELORS AT LAW

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Tara King [mailto:tara@swmwlaw.com]
**Sent:** Tuesday, January 15, 2019 4:33 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Melanie Schmickle <melanie@swmwlaw.com>; Mica Harris <mica@swmwlaw.com>; 'Wolf, Anthony (67d0038ca+matter1045352858@maildrop.clio.com)' <67d0038ca+matter1045352858@maildrop.clio.com>
**Subject:** RE: Anthony Wolf 2:17-cv-10218

Good afternoon Ms. Brilleaux,

Following up on this.

Thanks you,
Tara

**From:** Tara King
**Sent:** Monday, December 03, 2018 2:14 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Melanie Schmickle <melanie@swmwlaw.com>; Mica Harris <mica@swmwlaw.com>; Wolf, Anthony

1