UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Paul Derry v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-9529

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12310, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Dawn Derry, surviving spouse and next friend of Paul Derry, is substituted for Plaintiff Paul Derry as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE