UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION  :  MDL No. 2592
:
:  SECTION L
:
:  JUDGE ELDON E. FALLON
:
:  MAGISTRATE JUDGE NORTH
:
:

THIS DOCUMENT RELATES TO:

*ESTES v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No. 2:16-cv-13398

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel for Plaintiff hereby moves the Court for an order substituting Sandra Estes, on behalf of deceased Plaintiff, Albert Estes, Sr.

Albert Estes, Sr. filed a products liability action against Defendants on July 28, 2016, captioned *Estes v. Janssen Research & Development LLC et al*., Civil Action No. 2:16-cv-13398-EEF-MBN. Counsel was thereafter informed that Albert Estes, Sr., passed away on May 29, 2018. Sandra Estes, Albert Estes, Sr.'s surviving spouse, was appointed as Personal Representative of the Estate of Albert Estes, Sr., on September 13, 2018. A suggestion of Death was filed on January 17, 2019.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by

the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Albert Estes, Sr.'s products liability action against Defendants survived his death and was not extinguished. Sandra Estes, as the surviving spouse and Personal Representative of the Estate of Albert Estes, Sr., is the proper party to substitute for Albert Estes, Sr., and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute.

**Dated**: January 18, 2019

Respectfully submitted,

/s/ D. Todd Mathews
D. Todd Mathews
Gori Julian & Associates, P.C.
Attorneys at Law
156 N. Main St.
Edwardsville, IL  62025
Ph: 618/659-9833
Fax: 618/659-9834
todd@gorijulianlaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ D. Todd Mathews
      D. Todd Mathews