UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
:
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:
:   MAGISTRATE JUDGE NORTH
:
:

THIS DOCUMENT RELATES TO:

*ESTES v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No. 2:16-cv-13398

## ORDER

IT IS ORDERED that the Motion for Substitution of Sandra Estes, the surviving spouse and Personal Representative of the Estate of Albert Estes., Sr., Deceased, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge