**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
***Otha Nichols v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:18-cv-08024**

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

NOW INTO COURT, comes Kori Westbrook for the Plaintiff and moves this Honorable

Court for an order substituting Ava Nichols as the surviving spouse of Otha Nichols, deceased,

for the following reasons:

I.      On August 22nd, 2018, a Complaint was filed in the above referenced matter by Otha

      Nichols acting as the plaintiff.

II.     On October 09th, 2018, Otha Nichols, the plaintiff passed away after suit was filed in the

      above referenced matter.

III.    The decedent's wife, Ava Nichols, is the Proper Plaintiff and wishes to be substituted on

      behalf of Otha Nichols, in this case.

    Date: January 18, 2019

                           Respectfully submitted,

                           By: */s/ Kori Westbrook*
                           Kori Westbrook
                           JOHNSON LAW GROUP
                           2925 Richmond Avenue
                           Suite 1700
                           Houston, TX 77098
                           Telephone: (713) 626- 9336
                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kori Westbrook
Attorney for Plaintiff