UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Otha Nichols v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:18-cv-08024

## ORDER TO SUBSTITUTE PARTY

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Ava Nichols, is named the surviving spouse of Otha Nichols, deceased, and shall be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2019.

Date: January 18, 2019

                                                     Respectfully submitted,

                                                     By: */s/ Kori Westbrook*
                                                     Kori Westbrook
                                                     JOHNSON LAW GROUP
                                                     2925 Richmond Avenue
                                                     Suite 1700
                                                     Houston, TX 77098
                                                     Telephone: (713) 626- 9336
                                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   */s/ Kori Westbrook*
                                                   Attorney for Plaintiff