# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAGISTRATE JUDGE NORTH** |
| **JESSIE E. WEATHERSPOON, deceased, by and through NATALIE WEATHERSPOON, as personal representative of the estate** | |
| Case No. 2:18-cv-05518 | |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG

COMES NOW Plaintiff, pursuant Federal Rule of Civil Procedure 4 and Pre-Trial Order 10 ("PTO 10"), Jessie E. Weatherspoon, deceased, by and through Natalie Weatherspoon, as personal representative of the estate, by and through her attorneys, Flint Law Firm, and files her Motion for An Extension of Time to Serve Process on Defendants Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG (collectively, "Bayer") with the Summons, and filed Complaint and Demand for Jury Trial ("Motion"). Plaintiff incorporates and adopts her Memorandum of Law in Support of this Motion, filed herewith, as if fully set forth herein.

WHEREFORE, Plaintiff respectfully requests that this Court to grant her thirty (30) days from the date the order is entered within which to provide streamlined service of process on Defendant Bayer with the Summons, and Complaint and Demand for Jury Trial, and provide such

other and further relief as to which she may be entitled. No party herein will be prejudices, nor will any MDL process be adversely affected by granting the relief sought herein.

 Dated: January 18, 2019

RESPECTFULLY SUBMITTED,

**FLINT LAW FIRM, LLC**

/s/ Jacob A. Flint
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
jflint@flintlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, a copy of the above and foregoing has been filed in a manner authorized by Fed.R.Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jacob A. Flint
*Attorney for Plaintiff*