## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayer Healthcare Pharm, Inc
SOP Department
Corp. Service Company
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 4205 8121 2445 62

2. Article Number (Transfer from service label)

7017 0660 0000 4860 0281

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *William Follett*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: MARSHALLTON DE   JAN 7 201_   19808]

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...Mail
- ☐ ...ail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## Completed by the office of origin. (A remplir par le bureau d'origine.)

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☐ Insured Parcel (Colis avec valeur déclarée) |

Article Number (Numéro d'article):  RE 322 320 968 US

Office of Mailing (Bureau de dépôt): Bayer Pharma AG   | Date of Posting (Date de dépôt):

Attn: Eva Gordan-Esenlohr, General Counsel

Name of Person or Firm Receiving the Article (Nom ou raison sociale du destinataire):

Street and No. (Rue et no.): Mullerstrasse 178

Place and Country (Localité et pays): 13353 Berlin, Germany

## Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)   Date: 23.11.18

Signature of Addressee (Signature du destinataire)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, July 2013 (Reverse) PSN 7530-01-000-9775   United States Postal Service®