**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct
601.592.1405 fax



November 26, 2018

**BY ELECTRONIC MAIL (jflint@flintlaw.com)**

Jacob A. Flint
Flint Law Firm, LLC
222 E Park St. Suite 500
Edwardsville, IL 62025

      Re:    Jessie E. Weatherspoon, deceased, by and through Natalie Weatherspoon, as personal representative of the estate v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-05518 (E.D. La.)

Dear Mr. Flint:

    This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the Complaint and Summons in the above-captioned action by Registered Mail.

    Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

    Because Plaintiff attempted service on Bayer Pharma AG by Registered Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL, service is improper in the above-captioned action. The attempted service was also more than 60 days after the summons was issued. We are returning the documents to you.

                                                                                                        Sincerely,

                                                                                                       Lindy D. Brown

LDB/cfo