**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAGISTRATE JUDGE NORTH** |
| **JESSIE E. WEATHERSPOON, deceased, by and through NATALIE WEATHERSPOON, as personal representative of the estate** | |
| Case No. 2:18-cv-05518 | |

**NOTICE OF SUBMISSION**

     PLEASE TAKE NOTICE that on February 13, 2019, Plaintiff's Motion for An Extension of Time to Serve Process on Defendants Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG (collectively, "Bayer") with the Summons, and filed Complaint and Demand for Jury Trial will be presented to the Court for a ruling without necessity of an oral hearing.

     Dated: January 18, 2019

     RESPECTFULLY SUBMITTED,

     **FLINT LAW FIRM, LLC**

     /s/ Jacob A. Flint
     Jacob A. Flint, IL Bar No. 6299777
     Flint Law Firm, LLC
     222 E. Park St., Suite 500
     P.O. Box 189
     Edwardsville, IL 62025
     Phone:  618-288-4777
     Fax:  618-288-2864
     jflint@flintlaw.com
     *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, a copy of the above and foregoing has been filed in a manner authorized by Fed.R.Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jacob A. Flint
*Attorney for Plaintiff*