UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: | MDL No. 2592 |
|---|---|
| *Neil Ruttenbur, Individually and as Personal Representative for the Estate of Sherry Ann Ruttenbur, Deceased v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,*<br>**No. 2:16-cv-15619** | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

COME NOW Counsel for Plaintiff Neil Ruttenbur, now deceased, Individually and as Personal Representative for the Estate of Sherry Ann Ruttenbur, Deceased, pursuant to Fed. R. Civ. P 25(a) and based on the death of Plaintiff's Personal Representative, Neil Ruttenbur, hereby moves to substitute Kristie Ruttenbur; the personal representative of Plaintiff's estate, as the representative Plaintiff in this action. A probate court order substituting Ms. Ruttenbur as the new Estate Representative is attached as Exhibit A.

Counsel for Plaintiff hereby certifies that he has consulted with counsel for the Defendants and they have no objection to this Motion.

WHEREFORE, Plaintiff prays that this Court enter the attached Order substituting Ms. Ruttenbur as the Estate Representative in this action.

Respectfully submitted,

/s/ John R. Shelton
John R. Shelton, Of Counsel
Shelton Law Group
9300 Shelbyville Road, Ste 215
Louisville, Kentucky 40222
Tel.  502-409-6460
Fax  502-409-6462
rshelton@robsheltonlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on  January 14, 2019 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John R. Shelton