UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: | MDL No. 2592 |
|---|---|
| *Neil Ruttenbur, Individually and as Personal Representative for the Estate of Sherry Ann Ruttenbur, Deceased v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,*<br>**No. 2:16-cv-15619** | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

# EXHIBIT A

Montana Fourth Judicial District Court
MISSOULA COUNTY
200 W. Broadway St.
Missoula, MT 59802
Telephone: (406) 258-4780

FILED NOV 19 2018

SHIRLEY E. FAUST, CLERK

By _____ Deputy

## MONTANA FOURTH JUDICIAL DISTRICT COURT,
## MISSOULA COUNTY

| IN THE MATTER OF THE ESTATE OF: | DEPT. NO. 4 |
| --- | --- |
| SHERRY ANN RUTTENBUR, | PROBATE NO. DP-16-197 |
| Deceased. | **ORDER OF APPOINTMENT OF PERSONAL REPRESENTATIVE TO SUCCEED PERSONAL REPRESENTATIVE WHO HAS DIED** |

The application of KRISTIE LYNN RUTTENBUR to succeed Neil Gordon Ruttenbur as Personal Representative due to the death of Neil Gordon Ruttenbur, having come on for hearing, and it appearing that the application is complete and contains the applicant's oath or affirmation that the statements contained therein are true to the best of her knowledge and belief, the clerk makes the following findings based upon said application:

1. SHERRY ANN RUTTENBUR died on April 11, 2016, at the age of 73 years.

2. The appointment of the Decedent's spouse, Neil Gordon Ruttenbur, as Personal Representative by Order of this Court on October 12, 2016, was terminated by the death of Neil Gordon Ruttenbur on

November 6, 2018, pursuant to Mont. Code Ann. § 72-3-522(1).

3. The applicant is an interested person as defined by Mont. Code Ann. § 72-1-103(25) by reason of the fact the Decedent's Will names her to succeed Neil Gordon Ruttenbur as Personal Representative if Neil Gordon Ruttenbur is unable to act.

4. The application is complete and properly verified as required by law.

5. Any notice required by Mont. Code Ann. § 72-3-106 has been given.

6. The original of the Decedent's Will was executed on December 20, 2002, and was filed with this Court on October 12, 2016.

7. KRISTIE LYNN RUTTENBUR has priority under the law which entitles her to act as Personal Representative of the Decedent's Will and estate for the reason stated in the application, and no reason to the contrary appears upon the record.

NOW, THEREFORE, IT IS ORDERED as follows:

1. The application for informal appointment of KRISTIE LYNN RUTTENBUR Personal Representative is hereby granted, and KRISTIE LYNN RUTTENBUR is hereby appointed as Personal Representative of the Will and estate of the above-named Decedent, without bond.

2. Letters shall be issued to KRISTIE LYNN RUTTENBUR upon qualification and acceptance.

DATED this 19th day of November, 2018.

SHIRLEY E. FAUST, Clerk of Court

By _____ Deputy Clerk

Judge

ORDER OF APPOINTMENT OF PERSONAL REPRESENTATIVE
TO SUCCEED PERSONAL REPRESENTATIVE WHO HAS DIED

Page 2

Amy M. Scott Smith, Esq.
WORDEN THANE P.C.
Attorneys at Law
321 W. Broadway St., Ste. 300
Missoula, MT 59802-4142
Telephone: (406) 721-3400
Facsimile: (406) 721-6985
Email: ascottsmith@wordenthane.com

Attorneys for Personal Representative

FILED NOV 23 2018
SHIRLEY E. FAUST, CLERK
By: [signature] Deputy

## MONTANA FOURTH JUDICIAL DISTRICT COURT,
## MISSOULA COUNTY

| IN THE MATTER OF THE ESTATE OF: | DEPT. NO. 4 |
|---|---|
| SHERRY ANN RUTTENBUR, | PROBATE NO. DP-16-197 |
| Deceased. | **LETTERS** |

Application by KRISTIE LYNN RUTTENBUR for successor appointment as Personal Representative of the Will and estate of the above-named Decedent having been made and granted by Order in the above proceeding dated November 19TH, 2018.

Letters of appointment as such Personal Representative are hereby issued as provided by law.

WITNESS the Clerk of the Court above named and the seal of the Court affixed the 23 day of November, 2018.

SHIRLEY E. FAUST, Clerk of Court

By: [signature]
) Deputy Clerk

(COURT SEAL)

12

STATE OF MONTANA )
:ss.
County of Missoula )

I, KRISTIE LYNN RUTTENBUR, hereby accept the duties of Personal Representative of the Will and estate of SHERRY ANN RUTTENBUR, deceased, and do solemnly swear that I will perform, according to law, the duties of Personal Representative of the Will and estate of SHERRY ANN RUTTENBUR, deceased.

Signed this 16th day of November, 2018.

_____
KRISTIE LYNN RUTTENBUR

SIGNED AND SWORN TO before me on November 16, 2018, by KRISTIE LYNN RUTTENBUR.

AMY M SCOTT SMITH
NOTARY PUBLIC for the
State of Montana
Residing at Missoula, MT
My Commission Expires
September 11, 2020.

_____
Notary Public for the State of Montana

WORDEN THANE P.C.
Attorneys for Personal Representative

By: _____
Amy M. Scott Smith, Esq.

AMS/kdm/18010174.wpd

LETTERS                                           Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Neil Ruttenbur, Individually and as Personal Representative for the Estate of Sherry Ann Ruttenbur, Deceased v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,* **No. 2:16-cv-15619** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## **ORDER**

Upon consideration of Plaintiff's Motion for Substitution of Party, the motion is HEREBY GRANTED. IT IS ORDERED THAT Kristie Ruttenbur, the new Personal Representative of the Estate of Sherry Ruttenbur, is hereby substituted for Neil Ruttenbur as the representative Plaintiff in this action.

SO ORDERED:

_____
Hon. Eldon E. Fallon
United States District Court Judge

Dated:_____

1