UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Neil Ruttenbur, Individually and as Personal Representative for the Estate of Sherry Ann Ruttenbur, Deceased v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,* **No. 2:16-cv-15619** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## ORDER

Upon consideration of Plaintiff's Motion for Substitution of Party, the motion is HEREBY GRANTED. IT IS ORDERED THAT Kristie Ruttenbur, the new Personal Representative of the Estate of Sherry Ruttenbur, is hereby substituted for Neil Ruttenbur as the representative Plaintiff in this action.

SO ORDERED:

_____
Hon. Eldon E. Fallon
United States District Court Judge

Dated:_____