UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To: Mary McKee *v. Janssen Research & Development, et al.*; Civil Case No.: 2:15-cv-05282 | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| | Civil Action No. 2:15-CV-5282 |

### THIRD AMENDED NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. DAPHNE BILBREW

**PLEASE TAKE NOTICE** that, in accordance with Rules 26, 30 and 34 of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned attorneys will take the deposition upon oral examination of Daphne Bilbrew on February 28, 2019 at 3:00 p.m. (central time) at Best Western Plus, Flowood Inn and Suites, 1004 Top Street, Flowood, Mississippi, 39232 PH: (610) 420-4944.

The deposition shall be recorded stenographically and by videotape before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, for use at trial, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce at the deposition any of the documents and tangible things listed on **Exhibit A** (attached hereto), that are in the deponent's possession, custody or control. Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

1

Dated: January 18, 2019

                                                              Respectfully submitted,

                                                              /s/ Catherine Heacox
                                                              THE LANIER LAW FIRM, PLLC
                                                              126 East 56th Street, 6th Floor
                                                              (212) 421-2800
                                                              Catherine.heacox@lanierlawfirm.com

                                                              *Counsel for Plaintiff*

## EXHIBIT "A" – Document Requests

**I.** **Definitions**

   a. "You" and "your" as used in these Requests means the deponent and the deponent's practice group, employees, nurses, administrative staff, and all other persons acting under the deponent's direction or supervision.

   b. The "Plaintiff" as used in these Requests means Mary McKee.

   c. The "Defendants" as used in these Requests means Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson and Johnson, Bayer Corporation, Bayer HealthCare AG, Bayer AG, Bayer HealthCare Pharmaceuticals, Inc., Bayer Pharma AG, and any of their sales representatives, agents, contractors, attorneys, officers or employees.

**II.** **Document Requests**

1. A copy of your current Curriculum Vitae and/or resume;

2. A complete copy of your medical records and patient file for Plaintiff, Mary McKee.

3. All Xarelto-related communications, including emails, memoranda, and/or letters (including "Dear Doctor" letters) that you or, your office received from (or, sent to) any of the Defendants or their sales representatives, attorneys, officers or employees;

4. All Xarelto-related brochures, guides, patient-education materials, tear sheets, slides, handouts, CME program materials, videos, medical articles/publications, or promotional items that you or, your office received from any of the Defendants or their sales representatives, speakers, contractors, officers or employees;

5. A copy of any Xarelto-related brochures, handouts, medication guides, patient-education materials, product labels, tear-sheets, or promotional items that you provided Plaintiff, Mary McKee, and/or any patient that you have prescribed Xarelto for in you practice.

6. All documents pertaining to any Xarelto-related training, consulting, research, writing, or speaking activities that you performed (or agreed to perform) for any of the Defendants or their sales representatives, agents, attorneys, contractors, officers or employees (including any payments or reimbursements for same); and,

3

7. A copy of any logs, records or other documents that reflect or identify any Xarelto samples that you or another medical provider or staff member in your office provided Plaintiff.

8. All documents evidencing any financial relationship, if any, between you and Janssen or Bayer, including but not limited to, any consulting agreements, agreements to research or otherwise study any Janssen or Bayer pharmaceutical, and/or contracts, monetary and/or non-monetary benefits, including but not limited to money, travel, and samples, provided to you by Janssen or Bayer, and/or any of its agents, including amounts, dates, and purpose.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of January 2019 a copy of the foregoing Notice of Videotaped Deposition was electronically served on the following:

Dr. Daphne Bilbrew M.D.
1010 Lakeland Square Ext.
Suite A
Flowood, MS 39232
Email: dbilbrew@centralnephrology.com

Russell C. Buffkin
Helmsing Leach
150 Government Street
Suite 2000
Mobile, AL 36602
Email: rcb@helmsinglaw.com

And electronically on the following in accordance with the procedures established in MDL 2592:

Andrew K. Solow
ARNOLD & PORTER LLP
andrew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

4

By: Catherine T. Heacox

/s/ Catherine Heacox
THE LANIER LAW FIRM, PLLC
126 East 56th Street, 6th Floor
(212) 421-2800
Catherine.heacox@lanierlawfirm.com
*Counsel for Plaintiff*