UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Jose Bernardo Chavez Montenegro v. Janssen Research & Development LLC et al.*
Civil Action No.: 2:16-cv-15534

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and PTO 24, it is hereby stipulated and agreed, by and between the undersigned parties, that the claims of Plaintiff in the above caption case be dismissed without prejudice against all Defendants, with each party to bear their own costs. Counsel for Plaintiff takes this action for jurisdictional purposes.

It is further stipulated and agreed that if the Plaintiff in the above captioned case re-files his action in a state court in Plaintiff's home state within 60 days of the date this stipulation is filed, Plaintiff shall have that action treated, for statute of limitations and statute of repose purposes, as having been filed on the same date his case or claim was originally filed in the MDL Federal Court. Counsel for Plaintiff represents that Plaintiff is a Wave 1 selected case pursuant to the Court's Case Management Order No. 6 and that all filing fees have been paid.

| **MATTHEWS & ASSOCIATES**<br><br>By: /s/ Wendy C. Elsey<br>David P. Matthews<br>Wendy C. Elsey<br>2905 Sackett St.<br>Houston, TX 77098<br>Tel: (713) 522-5250<br>Facsimile: (713) 535-7184<br>dmatthews@dpmlawfirm.com<br>welsey@dpmlawfirm.com<br><br>Attorneys for Plaintiff<br>Dated: January 21, 2019 | **DRINKER BIDDLE & REATH, LLP**<br><br>By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: January 21, 2019<br><br><br>**ARNOLD & PORTER KAYE SCHOLDER, LLP**<br><br>By: /s/ Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Tel: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br>Tel: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Andrew.solow@apks.com<br>William.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG<br>Dated: January 21, 2019 |

|  | **IRWIN FRITCHIE URQUHART & MOORE, LLC** <br><br> By: /s/ James B. Irwin <br> James B. Irwin <br> Kim E. Moore <br> 400 Poydras St., Suite 2700 <br> New Orleans, LA 70130 <br> Tel: (504) 310-2100 <br> jirwin@irwinllc.com <br> kmoore@irwinllc.com <br><br> Liaison Counsel for Defendants <br> Dated: January 21, 2019 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Wendy C. Elsey
Wendy C. Elsey