# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*NANCY KEVERN, Individually and as Representative of the Estate of JOHN F KEVERN 2:18-cv-09644*

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

NOW INTO COURT, through undersigned counsel, comes plaintiff *NANCY KEVERN, Individually and as Representative of the Estate of JOHN F KEVERN*. Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendant Bayer Pharma AG. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

This 21st day of January 2019.

By: */s/ Jonathan E. Schulman*
Jonathan E. Schulman
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
jschulman@sssfirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 21st day of January, 2019.

                                                    _/s/ Jonathan E. Schulman_
                                                      Jonathan E. Schulman