UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*NANCY KEVERN, Individually and as Representative of the Estate of JOHN F KEVERN 2:18-cv-09644*

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on January 21, 2019 Plaintiff's Motion for an Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: January 21, 2019

                                                            By: */s/ Jonathan E. Schulman*
                                                            Jonathan E. Schulman
                                                            SLATER SLATER SCHULMAN LLP
                                                            445 Broadhollow Road, Suite 334
                                                            Melville, New York 11747
                                                            Phone: (212) 922-0906
                                                            Fax: (212) 922-0907
                                                            jschulman@sssfirm.com
                                                            *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 21st day of January 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jonathan E. Schulman_____
　　　　　　　　　　　　　　　　　　　　　　　　Jonathan E. Schulman