UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| This Document Relates to | * | |
| MARY J. CANNON, | * | |
| | * | |
| Civ. No. 2:15-cv-05709 | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF
## DR. CRISTY ELVING-DIAL

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned attorneys, will take the deposition upon oral examination of Dr. Cristy Elving-Dial on **Friday, January 25, 2019**, commencing at 1**:00 p.m. CT** at the offices of **JCH Medical Group 101 North State Street, Jerseyville, IL  62052**.

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control.

Case 2:14-md-02592-EEF-MBN   Document 12364   Filed 01/22/19   Page 2 of 5

2

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

January 22, 2019

                                       Respectfully submitted,

                                       */s/ Kori L. Westbrook*
                                       Kori L. Westbrook
                                       The Johnson Law Group
                                       2925 Richmond Avenue
                                       Suite 1700
                                       Houston, TX 77098
                                       (713) 626-9336
                                       kwestbrook@johnsonlawgroup.com

                                       *Attorney for Plaintiff Mary Cannon*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd of January 22, 2019 the foregoing was served electronically to the following:

>Dr. Cristy Elving-Dial
>JCH Medical Group
>390 Maple Summit Rd.
>Jerseyville, IL 62052
>Dwelbourne@jch.org
>
>Elizabeth S. Gallard
>Eckert Seamans Cherin
>& Mellott, LLC
>Two Liberty Place
>50 South 16th Street
>22nd Floor
>Philadelphia, PA 19102
>egallard@eckertseamans.com

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>Brian H. Barr
>LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
>
>bbarr@levinlaw.com
>
>*Plaintiffs' Co-Lead Counsel*
>
>
>Andy D. Birchfield, Jr.
>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
>
>Andy.Birchfield@BeasleyAllen.com
>
>*Plaintiffs' Co-Lead Counsel*
>
>
>Gerald E. Meunier
>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
>
>gmeunier@gainsben.com
>
>*Plaintiffs' Co-Lead Counsel*
>
>
>Leonard A. Davis
>HERMAN HERMAN & KATZ LLC
>
>ldavis@hhklawfirm.com
>
>*Plaintiffs' Co-Lead Counsel*

Andrew K. Solow
ARNOLD & PORTER LLP
andrew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

By: */s/ Kori Westbrook*

## EXHIBIT A - DOCUMENT REQUESTS

The deponent shall bring to the deposition the following documents that are in his/her possession, control or custody regarding Mary Cannon:

1. Your *curriculum vitae.*

2. All original documents, books, records, materials, correspondence, memoranda, receipts, including, but not limited to diaries and notes pertaining to the claims raised by the plaintiff in this lawsuit.

3. All original documents, books, records, materials, correspondence, memoranda, receipts, including but not limited to medical records and notes, in your possession that pertain to or reference the plaintiff in this lawsuit.

4. All medical information, recordsand reports, including inpatient, outpatient, and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office records, handwritten notes by doctors and medical personnel and recordsreceived by other physician or healthcare providers that pertain to or reference the plaintiff in this lawsuit.

5. All laboratory, histology, cytology, pathology, radiology, CT Scan, MRI or other studies or tests that pertain to or reference the plaintiff in this lawsuit.

6. All pharmacy/prescription records, including NDS numbers and drug information handouts/monographs that pertain to or reference the plaintiff in this lawsuit.

7. All documents you reviewed, referred to, or relied upon in arriving at any of your medical opinions concerning your treatment and care of plaintiff in this lawsuit.

8. All billing records, including all statements, itemized bills and insurance records that pertain to or reference the plaintiff in this lawsuit.