# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| **THIS DOCUMENT RELATES TO**: | ( | |
| *Blankenship v. Janssen Research &* | ( | |
| *Development,* | ( | |
| *LLC, et al.,* | ( | JUDGE FALLON |
| *,* | ( | MAG. JUDGE NORTH |
| *et al.,* No. 2:16-cv-13982; | ( | |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Now comes undersigned counsel for Plaintiff in the above captioned case, identified in Defendants' Motions for Order to Show Cause regarding plaintiffs who have failed to serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6 (Rec. Docs. 11767 and 12252), and state:

On January 22, 2019 Plaintiff through counsel cured the pending deficiency by serving upon counsel a completed Plaintiff Fact Sheet as required on the stated Case Management Order. Plaintiff's counsel also served same via email prior to submission to MDL Centrality.

Respectfully submitted,
/s Roger W. Orlando
Roger W. Orlando, Esquire
315 West Ponce de Leon Avenue Suite 400
Decatur, GA 30030
T: 404-373-1800
Roger@orlandofirm.com

## CERTIFICATE OF SERVICE

I certify that I have served the above though the ECF/CM system filing same on January 22, 2019.

By:     /s
            Roger W. Orlando

1

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Barrett Beasley
Barrett Beasley