UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____ ) | |

**THIS DOCUMENT RELATES TO:**

*Robert B. Barnhart, on behalf of Louis E. Fuller, Deceased, et al, v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-06058**

## NOTICE AND SUGGESTION OF DEATH
## OF PLAINTIFF LOUIS E. FULLER

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, here by informs the Honorable Court of the death of the Plaintiff, Louis E. Fuller. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Robert B. Barnhart, on behalf of himself, and as surviving step-son of Louis E. Fuller, deceased.

Respectfully Submitted,

Date: January 22, 2019

s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

(334) 269-2343  
(334) 954-7555 (facsimile)  
Andy.Birchfield@BeasleyAllen.com  
Gibson.Vance@BeasleyAllen.com  
David.Byrne@BeasleyAllen.com  

***Attorneys for Plaintiff***