**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____ ) | |

**THIS DOCUMENT RELATES TO:**

   *Robert B. Barnhart, on behalf of Louis E. Fuller, Deceased, et al, v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-06058**

**[*UNOPPOSED*] MOTION TO SUBSTITUTE PARTY PLAINTIFF,**
**REGARDING PLAINTIFF LOUIS E. FULLER**

   **COMES NOW** counsel for Plaintiff Louis E. Fuller, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Plaintiff Louis E. Fuller.

   In support of their motion, Plaintiff's counsel would show that Plaintiff Louis E. Fuller died on June 15, 2017. Plaintiff's step-son, Robert B. Barnhart, is authorized to pursue the claims of the Plaintiff and has agreed to be substituted as a party plaintiff in this action. Robert B. Barnhart was appointed Personal Representative on June 27, 2017.

   Counsel for Plaintiff has conferred with counsel for defendants, and they have no objection to the filing of this motion.

**WHEREFORE,** premises considered, Plaintiff requests this Honorable Court enter an Order granting this Motion for Substitution of Party, substituting Robert B. Barnhart, as Plaintiff in this case.

Respectfully submitted,

Date:  January 22, 2019
s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing [Unopposed] Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date:  January 22, 2019                             s/ Andy D. Birchfield, Jr.
                                                    Andy D. Birchfield, Jr.
                                                    C. Gibson Vance
                                                    David B. Byrne, III
                                                    BEASLEY, ALLEN, CROW,
                                                    METHVIN, PORTIS & MILES, P.C.
                                                    Post Office Box 4160
                                                    Montgomery, Alabama 36103-4160
                                                    (334) 269-2343
                                                    (334) 954-7555 (facsimile)
                                                    Andy.Birchfield@BeasleyAllen.com
                                                    Gibson.Vance@BeasleyAllen.com
                                                    David.Byrne@BeasleyAllen.com

                                                    *Attorneys for Plaintiff*