# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO**

*Robert B. Barnhart, on behalf of Louis E. Fuller, Deceased, et al, v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO. 2:17-cv-06058**

## ORDER

This matter having come before the Court on Plaintiff Louis E. Fuller's Unopposed Motion to Substitute Party Plaintiff, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Plaintiff Louis E. Fuller's Motion to Substitute Party Plaintiff is hereby **GRANTED**.

New Orleans, Louisiana this_____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge