**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

*Dorothy Lamar v. Janssen Research & Development LLC, et al.;*
Case No. 2:16-cv-11798.

**RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFF'S FAILURE TO SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Defendants moved for, and this Court entered, an Order to Show Cause [Rec. Doc. 12293] why this action should not be dismissed with prejudice for failure to submit an amended and fully complete Plaintiff Fact Sheet ("PFS") in accordance with Case Management Order ("CMO") 6 and Pretrial Order ("PTO") 13.  *See* Rec. Doc. 12250; Rec. Doc. 12293.  Plaintiff respectfully responds, through counsel, as follows.

1. **Plaintiff has submitted a substantially complete PFS and records documenting her Xarelto-related bleed but requests additional time because counsel for Plaintiff has been recently unable to contact Plaintiff to obtain information and documents necessary to submit a fully complete PFS.**

Plaintiff's claim appears meritorious based on medical documentation already provided to Defendants.  Plaintiff submitted a substantially complete PFS in 2016 and submitted medical and pharmacy records documenting her Xarelto-related bleeding event in 2017.  Since Defendants filed their deficiency notice in October, undersigned counsel and office staff have unsuccessfully attempted to contact Plaintiff, by U.S. Mail and telephone, to discuss this matter and obtain

information and documents necessary to submit a fully complete PFS. On January 21, 2019, we submitted an amended PFS containing as much information that is available to us; however, we have been unable to contact Plaintiff or a family member with whom we previously corresponded since Defendants filed their Motion for Order to Show Cause two weeks ago. As such, Plaintiff respectfully requests additional time to serve a fully complete PFS.

    **2.    Prejudicial dismissal is not an appropriate sanction.**

Assuming Plaintiff's fact sheet deficiencies are sufficiently significant to warrant intervention by this Court, the remedy Defendants request – dismissal of Plaintiffs' lawsuit with prejudice – is not an appropriate remedy here. The Fifth Circuit has repeatedly emphasized that "[a]lthough the district court's discretion under Rule 37 is broad, … it is not unlimited," and that "dismissal is proper only in situations where the deterrent value of Rule 37 cannot be substantially achieved by the use of less drastic sanctions." *Batson v. Neal Spelce Assocs., Inc.,* 765 F.2d 511, 514, 515 (5th Cir. 1985) (remanding for reassessment of sanctions and reconsideration of whether district court should have imposed a "less drastic sanction" than prejudicial dismissal notwithstanding plaintiff's "flagrant" discovery violations including her refusal, in violation of a district court order overruling her motion to quash, to produce subpoenaed financial documents "absolutely necessary to defend against her demand for damages" for nearly a year). Indeed, the Court of Appeals has often characterized dismissal with prejudice as "a draconian remedy, or a remedy of last resort only to be applied in extreme circumstances." *Id.* at 515 (internal quotations omitted). For the reasons stated above, this draconian remedy of last resort is not appropriate here.

WHEREFORE, Plaintiff respectfully requests, through counsel, that the Order to Show Cause be dismissed. In the alternative, Plaintiff requests that he be permitted additional time to

provide the requested information. Failing that, Plaintiff requests that any dismissal be without prejudice.

Signed: January 22, 2019                                        Respectfully submitted,

                                                   By:     */s/ Christopher J. Quinn*_____
                                                                      Christopher J. Quinn
                                                                       THE DRISCOLL FIRM, P.C.
                                                                       211 N. Broadway, 40th Floor
                                                                       St. Louis, MO 63102
                                                                       Tel: (314) 932-3232
                                                                       Fax: (314) 932-3233
                                                                       chris@thedriscollfirm.com
                                                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                       */s/ Christopher J. Quinn*_____
                                                                       Christopher J. Quinn
                                                                       THE DRISCOLL FIRM, P.C.
                                                                       211 N. Broadway, 40th Floor
                                                                       St. Louis, MO 63102
                                                                       Tel: (314) 932-3232
                                                                       Fax: (314) 932-3233
                                                                       chris@thedriscollfirm.com

                                                                       *Attorneys for Plaintiff*