UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

*******************************************

**THIS DOCUMENT RELATES TO:**

*Jacqueline Matthews v. Janssen Research & Development LLC, et al.;*
Case No. 2:16-cv-11809.

**RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFF'S FAILURE TO SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Defendants moved for, and this Court entered, an Order to Show Cause [Rec. Doc. 12303] why this action should not be dismissed with prejudice for failure to submit an amended and fully complete Plaintiff Fact Sheet ("PFS") in accordance with Case Management Order ("CMO") 6 and Pretrial Order ("PTO") 13. *See* Rec. Doc. 12260; Rec. Doc. 12303. Plaintiff respectfully responds, through counsel, as follows.

**1.    Counsel for Plaintiff has been unable to obtain from Plaintiff information and documents necessary to submit a complete PFS.**

After this case was selected for pre-trial workup pursuant to CMO 6, Plaintiff's counsel unsuccessfully attempted to contact Plaintiff, by U.S. Mail and telephone, to discuss the matter and obtain information and documents necessary to submit a complete PFS. On November 27, 2018, we reached Plaintiff and learned that she had relocated to another state and the contact information in our file was no longer current. Since that time, we have attempted to obtain information and documents necessary to submit a complete PFS without success. On December

1

18, 2018, Plaintiff advised she had not received PFS materials sent to her current address. On January 18, 2019, Plaintiff advised us she would return the materials by overnight mail; however, we have not yet received them as of the time of this filing. Today, correspondence sent to Plaintiff at her most recent address on January 10, 2019 was returned by the postal service as undeliverable. Defendants' Motion for Order to Show Cause was filed only two weeks ago, and Defendants will not be prejudiced by a brief extension of time for Plaintiff to submit a complete PFS under these circumstances. As such, Plaintiff respectfully requests such an extension of time.

**2. Prejudicial dismissal is not an appropriate sanction.**

Regardless, the remedy Defendants request – dismissal of Plaintiffs' lawsuit with prejudice – is not an appropriate remedy under these circumstances. The Fifth Circuit has repeatedly emphasized that "[a]lthough the district court's discretion under Rule 37 is broad, … it is not unlimited," and that "dismissal is proper only in situations where the deterrent value of Rule 37 cannot be substantially achieved by the use of less drastic sanctions." *Batson v. Neal Spelce Assocs., Inc.,* 765 F.2d 511, 514, 515 (5th Cir. 1985) (remanding for reassessment of sanctions and reconsideration of whether district court should have imposed a "less drastic sanction" than prejudicial dismissal notwithstanding plaintiff's "flagrant" discovery violations including her refusal, in violation of a district court order overruling her motion to quash, to produce subpoenaed financial documents "absolutely necessary to defend against her demand for damages" for nearly a year). Indeed, the Court of Appeals has often characterized dismissal with prejudice as "a draconian remedy, or a remedy of last resort only to be applied in extreme circumstances." *Id.* at 515 (internal quotations omitted). For the reasons stated above, this draconian remedy of last resort is not appropriate here.

WHEREFORE, Plaintiff respectfully requests, through counsel, that the Order to Show Cause be dismissed. In the alternative, Plaintiff requests that he be permitted additional time to provide the requested information. Failing that, Plaintiff requests that any dismissal be without prejudice.

Signed: January 22, 2019                                    Respectfully submitted,

                                                    By:     /s/ Christopher J. Quinn_____
                                                            Christopher J. Quinn
                                                            THE DRISCOLL FIRM, P.C.
                                                            211 N. Broadway, 40th Floor
                                                            St. Louis, MO 63102
                                                            Tel: (314) 932-3232
                                                            Fax: (314) 932-3233
                                                            chris@thedriscollfirm.com
                                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                            /s/ Christopher J. Quinn_____
                                                            Christopher J. Quinn
                                                            THE DRISCOLL FIRM, P.C.
                                                            211 N. Broadway, 40th Floor
                                                            St. Louis, MO 63102
                                                            Tel: (314) 932-3232
                                                            Fax: (314) 932-3233
                                                            chris@thedriscollfirm.com

                                                            *Attorneys for Plaintiff*