MINUTE ENTRY
FALLON, J.
JANUARY 23, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: VARIOUS CASES | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Sindhu Daniels, Esq. on behalf of Plaintiffs'
Michael McGartland, Esq., (by phone) on behalf of a Certain Plaintiff
Candice McNabb, Esq., (by phone) on behalf of a Certain Plaintiff
Roopal Luhana, Esq., (by phone) on behalf of a Certain Plaintiff
Laura Lumaghi, Esq., on behalf of Certain Plaintiff
Chris Pinedo, Esq., (by phone) on behalf of Certain Plaintiffs
Chris Quinn, Esq., (by phone) on behalf of Certain Plaintiffs
Chanda Miller, Esq., for Defendants

**Show Cause Hearing:**

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants and Ms. Daniels, appeared on behalf of Plaintiffs' Liaison Counsel. (Rec. Doc. Nos. 12020, 12025, 12026, 12028, 12029, 12294, 12297, 12298, 12190, 12286)

The Court issued its rulings as stated on the record. Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:   :31