MINUTE ENTRY
FALLON, J.
JANUARY 23, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>15-4250, 16-12878, 16-12946, 16-6787 | JUDGE FALLON<br>MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  Sindhu Daniels, Esq., for Certain Plaintiffs'

**Show Cause Hearing:**

A Show Cause hearing was set for this date, for the law firm of Fears Nachawati PLLC, to appear and show cause why they should not be held in contempt for failure to pay the required filing fees (12164)

No one appeared on behalf of the law firm, Fears Nachawati PLLC.

The Court granted a 10-day extension of time for said law firm to respond or pay the required filing fees, or they will be held in contempt of court and sanctioned. The Court will issue an order stating same.


JS10:     :02