UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION ( | |
| ( | SECTION: L |
| **THIS DOCUMENT RELATES TO**: ( | |
| *Blankenship v. Janssen Research &* ( | |
| *Development,* ( | |
| *LLC, et al.,* ( | JUDGE FALLON |
| ( | MAG. JUDGE NORTH |
| No. 2:16-cv-13982; ( | |

**NOTICE AND SUGGESTION OF DEATH
OF PLAINTIFF MICHAEL
BLANKENSHIP**

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff, Michael Blankenship. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Vicky Blankenship, on behalf of Michael Blankenship, deceased.

Respectfully submitted,

/s Roger W. Orlando
Roger W. Orlando, Esquire
315 West Ponce de Leon Avenue Suite 400
Decatur, GA 30030
T: 404-373-1800
Roger@orlandofirm.com

CERTIFICATE OF SERVICE

I certify that I have served the above though the ECF/CM system filing same on January 23, 2019.

By:   /s
Roger W. Orlando

(334) 269-2343  
(334) 954-7555 (facsimile)  
Andy.Birchfield@BeasleyAllen.com  
Gibson.Vance@BeasleyAllen.com  
David.Byrne@BeasleyAllen.com  

***Attorneys for Plaintiff***