# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>SEE ATTACHED EXHIBIT 1 | | |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE that the law firm of Friend Law Group, LLC has changed its name to Hissey, Mulderig & Friend PLLC, effective January 1, 2019. The new address, telephone number, facsimile number and email address are as follows:

HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N., Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

Please update your records accordingly.

January 23, 2019

Respectfully submitted,

/s/ David L. Friend
David L. Friend, Esq.
Attorney ID No. 7-5942
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *David L. Friend*
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **EXHIBIT 1**

| | |
|---|---|
| *Kitty Gibson v. Janssen Research & Development LLC, et. al.* | *2:18-cv-6996* |
| *Violet Kellam v. Janssen Research & Development LLC, et. al.* | *2:18-cv-6882* |
| *Tishaune Martin v. Janssen Research & Development LLC, et. al.* | *2:18-cv-9763* |
| *Ann Peschka v. Janssen Research & Development LLC, et. al.* | *2:18-cv-7076* |
| *Rita Rogers v. Janssen Research & Development LLC, et. al.* | *2:18-cv-6890* |