# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REX WOLF as personal representative of ) <br> The estate of ANTHONY WOLF, ) <br> ) <br> Plaintiffs. ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT LLC F/K/A JOHNSON ) <br> AND JOHNSON PHARMACEUTICAL ) <br> RESEARCH AND DEVELOPMENT LLC, ) <br> JANSSEN ORTH LLC, JANSSEN ) <br> PHARMACEUTICAL, INC. F/K/A JANSSEN ) <br> PHARMACEUTICALS, INC. F/K/A ) <br> JANSSEN PHARMACEUTICA INC, ) <br> F/K/A ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS INC., ) <br> JOHNSON & JOHNSON COMPANY ) <br> BAYER HEALTHCARE PHARMACEUTICALS, ) <br> INC., BAYER PHARMA AG, ) <br> BAYER CORPORATION, BAYER HALTHCARE ) <br> LLC, BAYER HEALTHCARE AG, AND ) <br> BAYER AG, ) <br> Defendants. ) | MDL NO. 2592 <br><br> JUDGE: ELDON E. FALLON <br><br> SECTION: L <br><br> MAG. JUDGE: MICHAEL NORTH <br><br> CIVIL ACTION NO. 2:17-cv-10218 |

## ORDER GRANTING
## MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Motion to Amend Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Rex Wolf's, Motion to Amend Complaint is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the

Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

New Orleans, Louisiana this 22nd day of January, 2019.

HONORABLE DISTRICT JUDGE ELDON E. FALLON