UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leo Wicker v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-9650

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12343, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Naida Davis, surviving daughter of Leo Wicker, is substituted for Plaintiff Leo Wicker as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE