UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Neil Ruttenbur, Individually and as Personal Representative for the Estate of Sherry Ann Ruttenbur v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15619

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12350, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Kristie Ruttenbur, the new Personal Representative of the Estate of Sherry Ruttenbur, is substituted for Plaintiff Neil Ruttenbur as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE