UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Powers v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-7759

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12360, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Kathy Wing, on behalf of the Estate of James Powers, is substituted for Plaintiff James Powers as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 23rd day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE