**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : THIS DOCUMENT RELATES TO: : : *Rita Rogers* Civil Action No. 2:18-cv-6890 : : ---------------------------------------------------------------- : | MDL NO. 2592 SECTION "L" JUDGE FALLON MAG. JUDGE NORTH |

**MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiff hereby moves the Court for an order substituting Ginger Demaris, on behalf of deceased Plaintiff Rita Rogers.

Rita Rogers filed a products liability action against Defendants on July 20, 2018, captioned *Rita Rogers v, Janssen Research & Development, LLC, et. al., Civil Action No. 2:18-cv-6890.* Counsel was thereafter informed that Rita Rogers had passed away. Ginger Demaris is deceased Plaintiff's daughter and was named Executor of her Estate. A Notice and Suggestion of Death was filed January 25, 2019.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A Motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Rita Rogers products liability action against Defendants survived her death and was not extinguished. Rita Rogers has no surviving spouse. Ginger Demaris, the decedent's daughter and Executor of the Estate of Rita Rogers, is the proper party to substitute for Rita Rogers, and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an Order granting this Motion to Substitute.

January 25, 2019                                     Respectfully submitted,

/s/ David L. Friend
David L. Friend, Esq.
Attorney ID No. 7-5942
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **EXHIBIT 1**

*Kitty Gibson v. Janssen Research & Development LLC, et. al.*           *2:18-cv-6996*

*Violet Kellam v. Janssen Research & Development LLC, et. al.*          *2:18-cv-6882*

*Tishaune Martin v. Janssen Research & Development LLC, et. al.*        *2:18-cv-9763*

*Ann Peschka v. Janssen Research & Development LLC, et. al.*            *2:18-cv-7076*

*Rita Rogers v. Janssen Research & Development LLC, et. al.*            *2:18-cv-6890*