## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | SECTION "L" |
| | : : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE NORTH |
| *Rita Rogers   Civil Action No. 2:18-cv-6890* | : : | |
| ------------------------------------------------------------- | : | |

## ORDER

IT IS ORDERED that the Motion for Substitution of Ginger Demaris, the daughter and Executor of the Estate of Rita Rogers, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge