# **EXHIBIT 1**

| | |
|---|---|
| *Kitty Gibson v. Janssen Research & Development LLC, et. al.* | *2:18-cv-6996* |
| *Violet Kellam v. Janssen Research & Development LLC, et. al.* | *2:18-cv-6882* |
| *Tishaune Martin v. Janssen Research & Development LLC, et. al.* | *2:18-cv-9763* |
| *Ann Peschka v. Janssen Research & Development LLC, et. al.* | *2:18-cv-7076* |
| *Rita Rogers v. Janssen Research & Development LLC, et. al.* | *2:18-cv-6890* |