UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert B. Barnhart, on behalf of Louis E. Fuller, et al.  v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-6058

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12376, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Robert B. Barnhart, stepson and Personal Representative of Louis E. Fuller, is substituted for Plaintiff Louis E. Fuller as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 25th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE