UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rita Rogers.  v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-6890

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12412, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ginger Demaris, surviving daughter and Executor of the Estate of Rita Rogers is substituted for Plaintiff Rita Rogers as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 28th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE