## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| ROBERT VALDATI | : | |
| AND DOREEN VALDATI | : | |
| | : | |
| | : | |
| **Plaintiffs** | : | JUDGE ELDON E. FALLON |
| | : | |
| v. | : | MAGISTRATE JUDGE NORTH |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC f/k/a JOHNSON & JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | Civil Action No.: 2:18-CV-09216 |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | |
| f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | STIPULATION OF DISMISSAL |
| PHARMACEUTICALS, INC., | : | WITH PREJUDICE |
| JOHNSON & JOHNSON COMPANY, | : | |
| BAYER HEALTHCARE | : | |
| PHARMACEUTICALS INC., | : | |
| BAYER PHARMA AG, | : | |
| BAYER CORPORATION, | : | |
| BAYER HEALTHCARE LLC, | : | |
| BAYER HEALTHCARE AG, | : | |
| AND BAYER AG | : | |
| | : | |
| **Defendants** | : | |
| _____ | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed

with prejudice, each party to bear its own fees and costs.

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
By: /s/ Wendy R. Fleishman
Wendy R. Fleishman
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
wfleishman@lchb.com
Elizabeth J. Cabraser
Donald C. Arbitblit
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
ecabraser@lchb.com
darbitblit@lchb.com

Attorneys for Plaintiffs
Dated: January 28, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: January 28, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: January 28, 2019

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: January 28, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: January 28, 2019


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde