UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2592 |
| | | SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | | JUDGE FALLON |
| *Cecilia Bevins Civil Action No. 2:16-cv-02952* | | MAG. JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiff hereby moves the Court for an order substituting Darlene Mallet, on behalf of deceased Plaintiff Cecilia Bevins.

Cecilia Bevins filed a products liability action against Defendants on April 11, 2016, captioned *Cecilia Bevins v, Janssen Research & Development, LLC, et. al., Civil Action No. 2:16-cv-02952*. Counsel was thereafter informed that Cecilia Bevins had passed away. Darlene Mallet is deceased Plaintiff's daughter and was named Executor of her Estate. A Notice and Suggestion of Death was filed August 8, 2018.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A Motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Cecilia Bevins products liability action against Defendants survived her death and was not extinguished. Cecilia Bevins has no surviving spouse. Darlene Mallet, the decedent's daughter and Executor of the Estate of Cecilia Bevins, is the proper party to substitute for Cecilia Bevins, and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an Order granting this Motion to Substitute.

January 29, 2019                                    Respectfully submitted,

                                               /s/ *Avram J. Blair*

AVRAM J. BLAIR
Texas Bar No. 24033585
3120 Southwest Freeway
Ste. 215
Houston, TX 77098
Telephone: (713) 936-2609
Facsimile: (832) 203-8286
E-mail: ablair@ablairlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

                                        /s/ *Avram J. Blair*

AVRAM J. BLAIR
Texas Bar No. 24033585
3120 Southwest Freeway
Ste. 215
Houston, TX 77098
Telephone: (713) 936-2609
Facsimile: (832) 203-8286
E-mail: ablair@ablairlaw.com

**ATTORNEYS FOR PLAINTIFF**