- 1 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : : | SECTION L |
| DENNIS EISENBEIL, | : : : | |
| Plaintiff, | : : | JUDGE ELDON E. FALLON |
| v. | : : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | : : : : : : : : : : : : : : : : : | Civil Action No.: 2:16-cv-00587 STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **SIMMONS, HANLY, CONROY LLC**<br>By: <u>Andrew S. Williams</u><br>Trent B. Miracle<br>Andrew S. Williams<br>One Court Street<br>Alton, IL 62002<br>Tel: (618) 259-2222<br>Fax: (618) 259-2251<br>tmiracle@simmonsfirm.com<br>awilliams@simmonsfirm.com<br><br>Attorneys for Plaintiff<br>Dated: January 29, 2019 | **DRINKER BIDDLE & REATH LLP**<br>By: <u>/s/ Susan M. Sharko</u><br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorney for Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson<br>Dated: January 29, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: <u>/s/ Andrew Solow</u><br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Tel: (212) 836-8000<br>Fax: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: January 29, 2019<br><br>**CHAFFE McCALL L.L.P.**<br>By: <u>/s/ John F. Olinde</u><br>John F. Olinde<br>1100 Poydras Street<br>Suite 2300<br>New Orleans, LA 70163<br>Tel: (504) 585-7241<br>Fax: (504) 544-6084<br>olinde@chaffe.com<br><br>Attorney for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated: January 29, 2019 |

-3-

        **IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Tel: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: January 29, 2019

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 29, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ John F. Olinde