# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No: 2592 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| SEE ATTACHED EXHIBIT 1 | ) ) ) | MAG. JUDGE NORTH |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Hissey Kientz, LLP has changed its name to Hissey, Mulderig & Friend PLLC. The address, telephone number and facsimile number remain the same. The email address has changed. Please update your records accordingly.

January 29, 2019

Respectfully submitted,

/s/ *David L. Friend*
David L. Friend, Esq.
Attorney ID No. 00796583
HISSEY, MULDERIG & FRIEND, PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N.
Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/  *David L. Friend*
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **EXHIBIT 1**

| Last Name | First Name | Docket Numbers |
|---|---|---|
| Alexander | Jo | 2:16-cv-09803-EEF-MBN |
| Davis | Chastity | 2:16-cv-08807-EEF-MBN |
| Dunn | Gregory | 2:16-cv-04165-EEF-MBN |
| Gramigna | Shirley | 2:16-cv-15475-EEF-MBN |
| Harvey | Phyllis | 2:16-cv-0767-EEF-MBN |
| Johnson | Helen | 2:16-cv-13451-EEF-MBN |
| Kinsella, Sr. | William | 2:16-cv-16213-EEF-MBN |
| Labay | Joseph | 4:15-cv-00278-EEF-MBN |
| Maser | Scott | 2:16-cv-06509-EEF-MBN |
| Merrell | Carl | 2:15-cv-00526-EEF-MBN |
| Mettler | Terry | 2:17-cv-02884-EEF-MBN |
| Ortiz | Joanne | 2:16-cv-09807-EEF-MBN |
| Stepp | Gentry | 2:16-cv-06445-EEF-MBN |