## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| THOMAS MOSS | : | |
| | : | |
| Plaintiff | : | JUDGE ELDON E. FALLON |
| | : | |
| v. | : | MAGISTRATE JUDGE NORTH |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT | : | |
| LLC f/k/a JOHNSON & JOHNSON | : | |
| PHARMACEUTICAL RESEARCH AND | : | |
| DEVELOPMENT LLC, JANSSEN ORTHO | : | Civil Action No.: 2:18:cv-08523 |
| LLC, JANSSEN PHARMACEUTICALS, INC. | : | |
| f/k/a JANSSEN PHARMACEUTICA INC. | : | |
| f/k/a ORTHO-MCNEIL-JANSSEN | : | STIPULATION OF DISMISSAL |
| PHARMACEUTICALS, INC., | : | WITH PREJUDICE |
| JOHNSON & JOHNSON COMPANY, | : | |
| BAYER HEALTHCARE | : | |
| PHARMACEUTICALS INC., | : | |
| BAYER PHARMA AG, | : | |
| BAYER CORPORATION, | : | |
| BAYER HEALTHCARE LLC, | : | |
| BAYER HEALTHCARE AG, and BAYER AG, | : | |
| | : | |
| Defendants | : | |
| | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Thomas Moss, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:18-cv-08523 only.  This stipulation shall not affect the lawsuit filed by Thomas Moss, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-12148.  All parties shall bear their own costs.

**FEARS NACHAWATI, PLLC**
By: */s/* Matthew R. McCarley
Matthew R. McCarley
5473 Blair
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

Attorneys for Plaintiff
Dated: January 30, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc.,
Janssen Research & Development, LLC, Janssen Ortho
LLC, and Johnson & Johnson
Dated: January 30, 2019

**ARNOLD & PORTER KAYE
SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: January 30, 2019

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG
Dated: January 30, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: January 30, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 30, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Matthew R. McCarley*