# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> SUE TOLBIRD ) <br> ) | MDL NO.: 2592 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br><br> Civil Action No. 2:16-cv-00675 |

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW DOCUMENTS FILED IN ERROR

The Court, after considering Plaintiff's Motion to Withdraw Documents filed in error, finds the Motion meritorious.  It is therefore:

ORDERED THAT Document Nos. 10563, 10563-1, 10563-2, 10563-3, 10563-4, 10625, and 10625-1 be marked withdrawn and Document No. 10624 be stricken.

SIGNED and ENTERED THIS  29th   day of        January         , 2019.

_____
Hon. Eldon F. Fallon
United States District Court Judge