UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | § | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | § | SECTION:L |
| | § | JUDGE: ELDON E. FALLON |
| | § | MAG. JUDGE MICHEAL NORTH |
| | § | |
| | § | |
| | § | |
| | § | |

This document Relates to:

LINDA JONES V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,
Civil Action No. 2:16-cv-11485

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order replacing Plaintiff Linda Jones with Ashlynn Jones, surviving daughter of Linda Jones, and in support states as follows:

1.  Plaintiff Linda Jones passed away on or about March 10, 2018, as reported to the Court in the attached Suggestion of Death. (Ex. 1).

2.  Ashlynn Jones, surviving daughter of Linda Jones, is a proper party to substitute for plaintiff-decedent Linda Jones and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Ashlynn Jones, respectfully requests that she be substituted Plaintiff in this cause of action.

Dated: February 4, 2019

Respectfully submitted,

**THE WEBSTER LAW FIRM**

By: */s/ Jason C. Webster*
JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele:   713.581.3900
Fax:    713.581.3907
filing@thewebsterlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trail Order No.17.

By: */s/ Jason C. Webster*

JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele:   713.581.3900
Fax:    713.581.3907
filing@thewebsterlawfirm.com