UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO ALL CASES

**PRE-TRIAL ORDER NO. 10C**
**(Streamlined Service on Certain Bayer Defendants)**

Paragraph II.G. of Pre-Trial Order No. 10 is hereby amended to read as follows:

"For cases in which plaintiffs have timely served both BHCP and Bayer Pharma AG, no motion shall be filed to dismiss any of the other Bayer entities based on a failure to serve those other entities until after an order of the Court following a meet and confer of the parties. For cases in which plaintiffs have not timely served both BHCP and Bayer Pharma AG, a motion to dismiss for failure to serve any Bayer entity may be made after a meet and confer of the parties, without first obtaining an order of the Court."

NEW ORLEANS, LOUISIANA this 4th day of February, 2019

_____
UNITED STATES DISTRICT JUDGE