# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Georgia McGregor as Surviving Daughter of Beverly Sherman,*
*Deceased v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-08550**

## ORDER

Considering the foregoing Motion for Voluntary Dismissal with Prejudice,

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the Motion for Voluntary Dismissal With Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

Signed New Orleans, Louisiana this 1st day of February, 2019.

_____
United States District Judge