# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODCUTS LIABILITY LITIGATION** | ) MDL No. 2592 )<br>) SECTION: L )<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH ) ) ) ) |

**THIS DOCUMENT RELATES TO:**

*Gwen Dalchow v. Janssen Research & Development LLC, et al.;*

*No.* 2:18-cv-03114-EEF-MBN

## ORDER

This matter came before the Court on the Motion to Voluntarily Dismiss Without Prejudice, filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Without Prejudice filed by Plaintiff Gwen Dalchow is GRANTED, and Defendants Janssen Ortho LLC, Johnson and Johnson, Bayer Pharma AG, Bayer Healthcare AG, and Bayer AG are DISMISSED, WITHOUT PREJUDICE, with each party to their own costs.

New Orleans, Louisiana, this  1st  day of   February  , 2019.

_____
Hon Eldon E. Fallon
United States District Court Judge