# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO** ) | MDL No. 2592 |
| **(RIVAROXABAN) PRODCUTS** ) | |
| **LIABILITY LITIGATION** ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |
| _____ ) | |

**THIS DOCUMENT RELATES TO:**

*Nancy Snyder v. Janssen Research*
*& Development LLC, et al.;*
*No.* 2:18-cv-02486-EEF-MBN

## <u>ORDER</u>

This matter came before the Court on the Motion to Voluntarily Dismiss Without Prejudice, filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Without Prejudice filed by Plaintiff Janet Daniels is GRANTED, and the above-captioned case is DISMISSED, WITHOUT PREJUDICE, with each party to their own costs.

New Orleans, Louisiana, this 1st day of February, 2019.

_____
Hon Eldon E. Fallon
United States District Court Judge