# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO**

*Wayne Hall, On behalf of himself, and as Administrator of the Estate of Jayne Hall, Deceased v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-05188**

## ORDER

This matter having come before the Court on Plaintiff's Motion to Amend Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is hereby GRANTED.

New Orleans, Louisiana this  4th  day of  February , 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge