# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Edward Smith v. Janssen Research & Development, et al.*

Case No. 2:18-cv-00898

## ORDER

Considering the foregoing Ex Parte Motion for Leave to Withdraw as Counsel of Record with respect to Plaintiff, Edward Smith,

**IT IS HEREBY ORDERED** that Anna K. Higgins is withdrawn as attorney of record for said Plaintiff. The Plaintiff will continue to be represented by Emily C. Jeffcott.

New Orleans, Louisiana, this  4th  , day of       February       , 2019.

_____
**JUDGE E. FALLON**