UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:17-cv-17305 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

### ORDER SETTING ASIDE THIS COURT'S ORDER DATED APRIL 10, 2018 GRANTING ATTORNEY KENNETH A. STERN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

This matter having come before this Honorable Court upon Plaintiff's Motion to Set Aside this Honorable Court's Order dated April 10, 2018 Granting Attorney Kenneth A. Stern's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 2:17-cv-17305, entitled Terrance Carrington vs Janssen Research & Development, et al. and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that this Court's Order dated April 10, 2018 Granting Attorney, Kenneth A. Stern's Motion to Withdraw as Counsel of Record for Plaintiff be and the same hereby is set aside.

IT IS HEREBY FURTHER ORDERED that the within Order shall serve as Attorney, Kenneth A. Stern's Appearance as Attorney of Record for Plaintiff, Terrance Carrington.

This is not a final order and does not close the case.

_____
**United States District Court Judge**