UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Cecilia Bevins  v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-2952

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12425, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Darlene Mallet, surviving daughter and Executor of the Estate of Cecilia Bevins, is substituted for Plaintiff Cecilia Bevins as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE