# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON EXHIBT A | : : : | SECTION L, DIVISION 5 |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## MOTION TO ENROLL ADDITIONAL CONSEL OF RECORD

Plaintiffs respectfully request that attorney Levi Plesset be enrolled as co-counsel of records in the actions listed on Exhibit A.

Wherefore, it is requested that the Court grant this motion.

Dated this 4th day of February, 2019.

Respectfully submitted,

/s/ Daniel J. Carr_____
Joseph C. Peiffer, La. Bar #26459
Daniel J. Carr, La. Bar # 31088
PEIFFER WOLFCARR & KANE
A Professional Law Corporation
201 St. Charles Ave., Suite 4314
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@prwlegal.com

/s/ Levi M. Plesset_____
Levi M. Plesset, CA Bar No. 296039
MILSTEIN JACKSON FAIRCHILD
 & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635
Email: lplesset@mjfwlaw
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4th, 2019, a copy of the foregoing Motion to Enroll Additional Counsel of Record was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Daniel J. Carr_____
Daniel J. Carr

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2592<br><br>JUDGE ELDON E. FALLON<br><br>SECTION L, DIVISION 5<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON EXHIBIT A | | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that attorney Levi Plesset be allowed to enroll as co-counsel for Plaintiffs in the Civil Action numbers listed on Exhibit A.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**