# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODCUTS LIABILITY LITIGATION** | ) MDL No. 2592 )<br>) SECTION: L )<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH ) |

**THIS DOCUMENT RELATES TO:**

*Mary Beth Wolford v. Janssen Research & Development LLC, et al.;*

*No.* 2:16-cv-16133-EEF-MBN

## ORDER

   This matter came before the Court on the Motion to Voluntarily Dismiss Without Prejudice, filed by Plaintiff.

   IT IS ORDERED BY THE COURT that the Motion to Voluntarily Dismiss Without Prejudice filed by Plaintiff Janet Daniels is GRANTED, and the above-captioned case is DISMISSED, WITHOUT PREJUDICE, with each party to their own costs.

   New Orleans, Louisiana, this  4th  day of   February  , 2019.

                                              _____
                                              Hon Eldon E. Fallon
                                              United States District Court Judge