UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary Szczutkowski v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-1824

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12069, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Edmund Szczutkowski, surviving spouse of Mary Szczutkowski, is substituted for Plaintiff Mary Szczutkowski as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 4th day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE