**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL No.:**     **2592**<br>**SECTION:**     **L**<br>**JUDGE:**        **ELDON E. FALLON**<br>**MAG. JUDGE: MICHAEL NORTH** |
| **PRODUCTS LIABILITY LITIGATION** | |

**This Document Relates to:**

*Frank Borawski v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 2:15-cv-3714**

**MOTION TO SUBSTITUTE PARTY**

Counsel for Plaintiff, Frank Borawski, respectfully moves this court to substitute Diane Sypniewski, as the Personal Representative for the Estate of Frank Borawski, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Frank Borawski passed away on or about October 6, 2014 (*see* Exhibit A).

2. Frank Borawski's action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel filed the Notice and Suggestion of Death on March 25, 2016 [Doc. 2891].

4. Plaintiff's counsel now moves to substitute Diane Sypniewski, Executrix of the Estate pursuant to the Letters Testamentary issued on November 11, 2014 (*see* Exhibit B), as Plaintiff in the present action, on behalf of the Estate of Frank Borawski.

WHEREFORE, Counsel for Plaintiff, Frank Borawski, respectfully requests the Court

grant Plaintiff's Motion to Substitute Diane Sypniewski, as Personal Representative for the

Estate of Frank Borawski.


                                        Respectfully submitted,

Dated:  February 4, 2019                **GRANT & EISENHOFER P.A.**


                                        By*:*    */s/ Thomas V. Ayala*
                                                 M. Elizabeth Graham
                                                 Thomas V. Ayala
                                                 Samantha Mertz
                                                 **GRANT & EISENHOFER P.A.**
                                                 123 Justison Street
                                                 Wilmington, DE 19801
                                                 Tel: (302) 622-7000
                                                 Fax:  (302) 622-7100
                                                 egraham@gelaw.com
                                                 tayala@gelaw.com
                                                 smertz@gelaw.com