UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:     2592<br>SECTION:    L<br>JUDGE:        ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Frank Borawski v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:15-cv-3714**

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Diane Sypniewski as Personal Representative of the Estate of Frank Borawski, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Date: _____          _____
                                                                 Hon. Eldon E. Fallon
                                                                 United States District Court Judge