# Exhibit A

### (Death Certificate)

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**Recorded District:** 2700
**Register Number:** 5570

**1. Name:** FRANK BORAWSKI
**2. Sex:** Male
**3A. Date of Death:** 10/06/2014
**3B. Hour:** 2:53 PM
**4A. Place of Death:** Hospital ER
**4C. Name of Facility:** UNITY HOSP
**4D. Locality:** Town of GREECE
**4E. County of Death:** MONROE
**4F. Medical Record No.:** 00392211
**4G. Was Decedent Transferred From Another Institution:** No

**5. Date of Birth:** 04/14/1930
**6A. Age:** 84 yrs
**7A. City and State of Birth:** TORRINGTON, CT
**8. Served in U.S. Armed Forces:** Yes, 1947-51
**9. Decedent of Hispanic Origin:** No, not Spanish/Hispanic/Latino
**10. Decedent's Race:** White/Caucasian
**11. Decedent's Education:** High school graduate or GED

**12. Social Security Number:** 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
**13. Marital Status:** Widowed

**15A. Usual Occupation:** SUPERVISOR
**15B. Kind of Business or Industry:** MANUFACTURING
**15C. Name and Locality of Company:** EASTMAN KODAK CO, ROCHESTER NY

**16A. Residence (State):** NY
**16B. County:** MONROE
**16C. Locality:** Town of IRONDEQUOIT
**16D. Street and Number of Residence:** 201 MOUNT AIRY DR
**16E. Zip Code:** 14617

**17. Birth Name of Father/Parent:** WALTER BORAWSKI
**18. Birth Name of Mother/Parent:** ROSE KARWOWSKI

**19A. Name of Informant:** DIANE SYPNIEWSKI
**19B. Mailing Address:** 196 FISHERS RD, PITTSFORD NY 14534

**20A. Burial**
**20B. Place of Burial:** 10/11/2014 IRONDEQUOIT CEM
**20C. Location:** IRONDEQUOIT NY

**21A. Name and Address of Funeral Home:** THOMAS FUNERAL CHAPELS INC, 4545 LAKE AVENUE, ROCHESTER NY 14612
**21B. Registration Number:** 01702
**22A. Name of Funeral Director:** GREGORY THOMAS SULLIVAN
**22C. Registration Number:** 13499

**23A. Signature of Registrar:** Frank Golisano, Dep
**23B. Date Filed:** 10/08/2014
**24A. Burial or Removal Permit Issued By:** Laurie A. Pogel, Sub
**24B. Date Issued:** 10/09/2014

### ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

**25A. Certification:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Bryce A. Thompson, MD
**License No.:** 147327
**Date:** 10/06/2014
**Certifier's Title:** Physician acting on behalf of Attending Physician
**Address:** 1555 Long Pond Rd, Rochester, NY 14626

**25C. Attending Physician:** Lea Stornelli, MD
**License No.:** 075335
**Address:** 1880 E Ridge Rd, Rochester NY 14622
**26B. Deceased last seen alive by attending physician:** 10/6/2014
**26C. Pronounced dead:** 10/6/2014 14:53 PM

**27. Manner of Death:** Natural Cause
**28. Was Case Referred to Coroner or Medical Examiner:** Yes
**29A. Autopsy:** No

**30. Death Was Caused By:**
**Part I. Immediate Cause:**
(A) Probable acute myocardial infarction — 74 minutes

**Part II. Other Significant Conditions Contributing to Death:**

**Did Tobacco Use Contribute to Death:** Unknown

---

WARNING: THE ABOVE RED NEW YORK STATE SEAL CONTAINS HEAT REACTIVE SECURITY INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED

# Exhibit B

### (Letters Testamentary)

Certificate# 66529

# Surrogate's Court of the State of New York
## Monroe County
### Certificate of Appointment of Executor

File #: 2014-2435

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** Frank Borawski   **Date of Death:** October 6, 2014
**Domicile:** County Of Monroe
**Fiduciary Appointed:** Diane J Sypniewski
**Mailing Address:** 196 Fisher Road
Pittsford NY 14534

**Type of Letters Issued:** LETTERS TESTAMENTARY
**Letters Issued On:** November 18, 2014
**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

**Dated: November 18, 2014**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Monroe County Surrogate's Court at Rochester, New York.

WITNESS, Hon. Edmund A Calvaruso, Judge of the Monroe County Surrogate's Court.

_____
Mark L Annunziata, Chief Clerk
Monroe County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Monroe County Surrogate's Court*