UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | * * * | SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| *Sauers v. Janssen Research & Development LLC, et al.;* Case No. 2:18-cv-08721-EEF-MBN | * * * * | |

**NOTICE OF SUBMISSION OF MOTION AND MEMORANDUM IN SUPPORT TO EXTEND TIME FOR SERVICE ON DEFENDANTS, *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED**

COMES NOW the Plaintiffs, Martha G. Sauers and John D. Sauers, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served.

Dated this 4th day of February, 2019.

                                             By: /s/ Debra J. Humphrey
                                             Debra J. Humphrey
                                             Marc J. Bern & Partners LLP
                                             One Grand Central Place
                                             60 East 42nd Street, Suite 950
                                             New York, NY 10165
                                             Tel: (212) 702-5000
                                             Fax: (212) 818-0164
                                             dhumphrey@bernllp.com

                                             *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 4th day of February, 2019, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Debra J. Humphrey
Debra J. Humphrey