UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| ************************************ | * | |
| MARTHA G. SAUERS and JOHN D. SAUERS, | * * * | |
| Plaintiffs, | * * | Case No. 2:18-cv-08721-EEF-MBN |
| v. | * * | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | * * * * * * | |
| Defendants. | * * | |
| ************************************ | * | |

**DECLARATION OF DEBRA J. HUMPHREY IN SUPPORT OF MOTION TO EXTEND SERVICE NUNC PRO TUNC**

DEBRA J. HUMPHREY, an attorney duly admitted to practice law in the Courts of the New York, declares the truth of the following, pursuant to 28 U.S. Code § 1746, under the penalties of perjury:

1.  I am a partner with the law firm of MARC J. BERN & PARTNERS LLP ("Movant"), attorneys for the Plaintiffs Martha G. Sauers and John D. Sauers ("Plaintiffs") in the above-captioned matter, and as such, I am fully familiar with the facts and circumstances at issue herein.

2.  I submit this declaration support of Plaintiffs' Motion to Extend Time for Service

1

on Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served.

3. Between July 31, 2018, and September 19, 2018, I filed approximately 70 complaints in this MDL, 65 of which were previously filed in other jurisdictions, and each naming 10 defendants. A true and correct copy of the list of complaints docketed in the MDL filed by me is attached as **Exhibit 1**.

4. I, and other members of the law firm of Marc J. Bern & Partners LLP, attempted service on all defendants in these cases shortly after filing said complaints. I believed in good faith that service was attempted and effectuated within the time provided for service on all Defendants in each said case, including in this matter, as a result.

5. On or about September 18, 2018, Plaintiffs, Martha G. Sauers and John D. Sauers, by and through the undersigned counsel at the law firm of Marc J. Bern & Partners LLP ("Movant"), filed the complaint against the manufacturers of Xarelto® for damages sustained from injuries suffered by Plaintiffs resulting from Martha Sauers' Xarelto® use. Dkt. No. 1.

6. On or about September 19, 2018, the summonses for all named Defendants in this matter were issued by the Clerk of Court. Dkt. No. 3.

7. Pursuant to this Court's Pre-Trial Order No. 10 (Case No. 2:14-md-02592, Dkt. No 357) ("PTO 10"), Movant was to effectuate service of the Summons and Complaint on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. ("BHCP") within sixty (60) days from the docketing the Complaint in the MDL, which is on or before November 17, 2018.

8. However, Movant did not properly effectuate service of process on BHCP, or any other named Defendant in this matter, on or before November 16, 2018, due to a calendaring error.

9. On January 14, 2019, Movant served the Plaintiff Fact Sheet ("PFS") via MDL Centrality.

10. On or about January 14, 2019, after serving the PFS via MDL Centrality, I, with other members of the law firm of Marc J. Bern & Partners LLP, realized that service had not been effectuated against the Defendants in this matter.

11. On or about January 15, 2019, Movant, in good faith, immediately attempted service on all Defendants, including BHCP. A true and correct copy of the complaint and summonses served on Defendants via certified mail, return receipt requested, is attached hereto as **Exhibit 2**. Pursuant to PTO 10, BHCP was served with the summons and complaint in this matter via Certified Mail, Return Receipt Requested, mailed to SOP Department, Corporation Service Company, Suite 400, 2711 Centerville Road, Wilmington, Delaware, 19808 (Tracking No. 7019 0680 0001 2339 0567). *See id*. Pursuant to PTO 10, Bayer Pharma AG was served with the summons and complaint in this matter via Registered Mail, Return Receipt Requested, mailed to Bayer Pharma AG, Attn: Eva Gardyan-Eisenlohr, General Counsel, Mullerstrasse 178, 13353 Berlin, GERMANY (Article No. RE 359 320 657 US). *See id.*

12. I received notice that BHCP's agent for process of service rejected Plaintiffs' attempted service via letter dated January 17, 2019. A true and correct copy of the Rejection of Service of Process for BHCP letter dated January 17, 2019, is attached hereto as **Exhibit 3**.

13. On January 28, 2019, upon receipt of the Rejection of Service of Process for BHCP, Movant immediately served the complaint and summons on BHCP, via Certified Mail, Return Receipt Requested, mailed to SOP Department, Corporation Service Company, Suite 400, 2711 Centerville Road, Wilmington, Delaware 19808 (Tracking No. 7018 2290 0001 2525 8815). A true and correct copy of the complaint and summons re-served on BHCP via Certified Mail, Return Receipt Requested, is attached hereto as **Exhibit 4**.

14. On January 30, 2019, Movant re-served all Bayer Pharma AG pursuant to PTO 10

(Article No. RF 160 378 469 US). A true and correct copy of the complaint and summons re-served on Bayer Pharma AG via Registered Mail, Return Receipt Requested, is attached hereto as **Exhibit 5**. On January 30, 2019, Movant also re-served all other named Defendants in this matter.

15. On January 30, 2019, I received notice from counsel for BHCP that BHCP considered service int his matter to be improper pursuant to PTO 10. A true and correct copy of the January 30, 2019 letter, and its enclosed copy of Movant's service on Bayer Pharma AG, is attached hereto as **Exhibit 6**.

16. I respectfully request that Plaintiffs be granted an extension of time to effectuate proper service on Defendants, *nunc pro tunc*, and for service of the complaint in this matter to be deemed timely served.

17. No prior request for the relief herein has been made.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2019**.

Dated: New York, New York
February 4, 2019

/s/ Debra J. Humphrey
DEBRA J. HUMPHREY