**EXHIBIT 1**

| Case Name | Date Filed | MDL Case No. |
|---|---|---|
| Acheson | 7/31/2018 | 2:18-cv-07211 |
| Aeschbach | 7/31/2018 | 2:18-cv-07221 |
| Armstrong | 7/31/2018 | 2:18-cv-07223 |
| Ballantyne | 7/31/2018 | 2:18-cv-07154 |
| Bearden | 7/31/2018 | 2:18-cv-07227 |
| Bernheim | 7/31/2018 | 2:18-cv-07229 |
| Magee | 7/31/2018 | 2:18-cv-07159 |
| Naldrett | 7/31/2018 | 2:18-cv-07080 |
| Negrin | 7/31/2018 | 2:18-cv-07168 |
| Reed | 7/31/2018 | 2:18-cv-07175 |
| Bigham | 8/1/2018 | 2:18-cv-07299 |
| Billman | 8/1/2018 | 2:18-cv-07300 |
| Clapper | 8/1/2018 | 2:18-cv-07302 |
| Connor | 8/1/2018 | 2:18-cv-07303 |
| Dabah | 8/1/2018 | 2:18-cv-07304 |
| Mitzel | 8/1/2018 | 2:18-cv-07250 |
| Newer | 8/1/2018 | 2:18-cv-07252 |
| Newman | 8/1/2018 | 2:18-cv-07255 |
| Paulsen | 8/1/2018 | 2:18-cv-07263 |
| Robinson | 8/1/2018 | 2:18-cv-07262 |
| Daugherty | 8/1/2018 | 2:18-cv-07258 |
| DeDona | 8/2/2018 | 2:18-cv-07320 |
| Degani | 8/2/2018 | 2:18-cv-07325 |
| Copeland-Hughes | 8/2/2018 | 2:18-cv-07328 |
| Earley | 8/2/2018 | 2:18-cv-07334 |
| Finn | 8/2/2018 | 2:18-cv-07335 |
| Rahnamoon | 8/2/2018 | 2:18-cv-07352 |
| Salinardo | 8/2/2018 | 2:18-cv-07345 |
| Sanders | 8/2/2018 | 2:18-cv-07348 |
| Sayre | 8/2/2018 | 2:18-cv-07338 |
| Schaefer | 8/2/2018 | 2:18-cv-07351 |
| Gaines | 8/3/2018 | 2:18-cv-07372 |
| Garcia | 8/3/2018 | 2:18-cv-07373 |
| Gauna | 8/3/2018 | 2:18-cv-07395 |
| Goshade | 8/3/2018 | 2:18-cv-07396 |
| Shivers | 8/3/2018 | 2:18-cv-07385 |
| Smith | 8/3/2018 | 2:18-cv-07375 |
| St. George | 8/3/2018 | 2:18-cv-07377 |
| Steely | 8/3/2018 | 2:18-cv-07381 |
| Hands | 8/6/2018 | 2:18-cv-07452 |
| Kaviani | 8/6/2018 | 2:18-cv-07455 |
| Tanner | 8/6/2018 | 2:18-cv-07408 |
| Vazquez | 8/6/2018 | 2:18-cv-07412 |
| Warner | 8/6/2018 | 2:18-cv-07413 |
| Widowski | 8/6/2018 | 2:18-cv-07443 |
| Hans | 8/7/2018 | 2:18-cv-07480 |

| Name | Date | Case Number |
|---|---|---|
| Herrick | 8/7/2018 | 2:18-cv-07482 |
| Hoicowitz | 8/7/2018 | 2:18-cv-07483 |
| Hunter | 8/7/2018 | 2:18-cv-07485 |
| Labbate | 8/7/2018 | 2:18-cv-07487 |
| Moosman | 8/8/2018 | 2:18-cv-07515 |
| Luckey | 8/8/2018 | 2:18-cv-07513 |
| Furchak | 8/8/2018 | 2:18-cv-07506 |
| Lawing | 8/8/2018 | 2:18-cv-07491 |
| Lee | 8/8/2018 | 2:18-cv-07490 |
| Loughead | 8/8/2018 | 2:18-cv-07492 |
| Macko, Jr. | 8/8/2018 | 2:18-cv-07494 |
| Oates | 8/8/2018 | 2:18-cv-07488 |
| Phillippi | 8/8/2018 | 2:18-cv-07493 |
| Pinsky | 8/8/2018 | 2:18-cv-07497 |
| Wallace | 8/9/2018 | 2:18-cv-07550 |
| Silva | 8/10/2018 | 2:18-cv-07603 |
| Mendoza | 8/10/2018 | 2:18-cv-07610 |
| Velasquez | 8/10/2018 | 2:18-cv-07605 |
| Whittaker | 8/14/2018 | 2:18-cv-07670 |
| D'Altorio | 8/22/2018 | 2:18-cv-08011 |
| Kelly | 8/24/2018 | 2:18-cv-08109 |
| Gainer | 9/5/2018 | 2:18-cv-08367 |
| Sauers | 9/18/2018 | 2:18-cv-08721 |
| Davidson | 9/19/2018 | 2:18-cv-08742 |