UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |
| ************************************ | | |
| MARTHA G. SAUERS and JOHN D. SAUERS, <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* <br><br> Defendants. | * * * * * * * * * * * * * * * * | Case No. 2:18-cv-08721-EEF-MBN |
| ************************************ | * | |

Considering the Motion and Memorandum to Extend Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served that was filed by Plaintiffs, Martha G. Sauers and John D. Sauers, and any opposition and reply papers filed regarding same;

**IT IS ORDERED** that Plaintiffs, Martha G. Sauers and John D. Sauers, are granted an extension of time to serve the named Defendants, *nunc pro nunc*, until one hundred forty-four (144) days after the complaint in the above-referenced matter was filed and docketed in this MDL, which is **February 9, 2019**.

1

**ALTERNATIVELY**,

**IT IS ORDERED** that Plaintiffs, Martha G. Sauers and John D. Sauers, be granted an additional sixty (60) days from the date of the entry of this Order to effectuate service on the Defendants.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2019.

_____
DISTRICT COURT JUDGE ELDON E. FALLON