# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| *Davidson v. Janssen Research & Development LLC, et al.; Case No. 2:18-cv-08742- EEF-MBN* | * * * * | |

## NOTICE OF SUBMISSION OF MOTION AND MEMORANDUM IN SUPPORT TO EXTEND TIME FOR SERVICE ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC., *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED

COMES NOW the Plaintiff, Susan Davison Individually and as Executrix of the Estate of William D. Webb, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Serve Defendant Bayer Healthcare Pharmaceuticals, Inc., *Nunc Pro Tunc*, and Deem the Complaint Timely Served.

Dated this 5th day of February, 2019.

By: /s/ Debra J. Humphrey
Debra J. Humphrey
Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 5th day of February, 2019, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Debra J. Humphrey
Debra J. Humphrey