UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 |
| | SECTION: L |
| **This Document Relates To:** *Susan Bilger v. Janssen Research & Development, et al.*; Civil Case No.: 2:15-cv-01216 | JUDGE FALLON |
| | MAG. JUDGE NORTH |

## NOTICE OF VIDEOTAPED DEPOSITION OF DR. ADEEB AHMED

**PLEASE TAKE NOTICE** that, in accordance with Rules 26, 30 and 34 of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned attorneys will take the deposition upon oral examination of Dr. Adeeb Ahmed, on February 11th, 2019 at 9:00 a.m. central time, at 206 W. White Street Champaign, Illinois 61820, PH: 217-366-1304.

The deposition shall be recorded stenographically and by videotape before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, for use at trial, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce at the deposition any of the documents and tangible things listed on **Exhibit A** (attached hereto), that are in the deponent's possession, custody or control. Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

Dated: February 5, 2019

        Respectfully submitted,

        /s/ Edward A. Wallace
        Edward A. Wallace
        Timothy E. Jackson
        WEXLER WALLACE LLP
        55 West Monroe Street, Suite 3300
        Chicago, Illinois 60603
        312-346-2222
        312-346-0022 FAX

*Counsel for Plaintiff*

## EXHIBIT "A" – Document Requests

**I.   Definitions**

a. "You" and "your" as used in these Requests means the deponent and the deponent's practice group, employees, nurses, administrative staff, and all other persons acting under the deponent's direction or supervision.

b. The "Plaintiff" as used in these Requests means Susan Bilger.

c. The "Defendants" as used in these Requests means Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson and Johnson, Bayer Corporation, Bayer HealthCare AG, Bayer AG, Bayer HealthCare Pharmaceuticals, Inc., Bayer Pharma AG, and any of their sales representatives, agents, contractors, attorneys, officers or employees.

**II.   Document Requests**

1. A copy of your current Curriculum Vitae and/or resume;

2. A complete copy of your medical records and patient file for Plaintiff, Susan Bilger;

3. All Xarelto-related communications, including emails, memoranda, and/or letters (including "Dear Doctor" letters) that you or, your office received from (or, sent to) any of the Defendants or their sales representatives, attorneys, officers or employees;

4. All Xarelto-related brochures, guides, patient-education materials, tear sheets, slides, handouts, CME program materials, videos, medical articles/publications, or promotional items that you or, your office received from any of the Defendants or their sales representatives, speakers, contractors, officers or employees;

5. A copy of any Xarelto-related brochures, handouts, medication guides, patient-education materials, product labels, tear-sheets, or promotional items that you provided Plaintiff, Susan Bilger, and/or any patient that you have prescribed Xarelto for in you practice.

6. All documents pertaining to any Xarelto-related training, consulting, research, writing, or speaking activities that you performed (or agreed to perform) for any of the Defendants or their sales representatives, agents, attorneys, contractors, officers or

3

employees (including any payments or reimbursements for same); and,

7. A copy of any logs, records or other documents that reflect or identify any Xarelto samples that you or another medical provider or staff member in your office provided Plaintiff.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of February 2019 a copy of the foregoing Notice of Videotaped Deposition was electronically served on the following:

>Dr. Adeeb Ahmed, M.D.
>101 W. University Avenue
>Champaign, Illinois 61820
>Fax: 217-366-2624
>zsehy@christieclinic.com (General Counsel & Director of Risk Management Christie Clinic)
>
>Christopher Nease
>Curtis Moore
>Shook Hardy & Bacon
>2555 Grand Blvd.
>Kansas City, MO 64108
>CNEASE@shb.com
>CWMOORE@shb.com

And electronically on the following in accordance with the procedures established in MDL 2592:

    Andrew K. Solow
    ARNOLD & PORTER LLP
    andrew.solow@arnoldporter.com
    *Served Bayer Defendants' Counsel*

    Susan M. Sharko
    DRINKER BIDDLE & REATH LLP
    susan.sharko@dbr.com
    *Served Janssen Defendants' Counsel*

                By:    Edward A. Wallace

                      <u>/s/ Edward A. Wallace</u>
                      Edward A. Wallace
                      WEXLER WALLACE LLP
                      55 West Monroe Street, Suite 3300
                      Chicago, Illinois 60603
                      312-346-2222
                      312-346-0022 FAX

                      *Counsel for Plaintiff*