**EXHIBIT 3**

**EFiled: Sep 14 2015 11:32AM EDT**
**Transaction ID 57859799**
**Case No. N15C-09-008 FWW**





| | | |
|---|---|---|
| | **Sheriff's Office** | State of Delaware |
| | 800 N. French Street, 5th Floor | New Castle County |
| | Wilmington, Delaware 19801 | **Trinidad Navarro** |
| | 302-395-8450, Fax: 302-395-8460 | Sheriff |

9/14/2015

**Court Case # N15C-09-008 FWW**
Sheriff # 15-008017

Summons and Complaint

## FLORENCE R FURCHAK
## vs
## JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL

Entity - BAYER HEALTHCARE PHARMACEUTICALS, INC

On 9/11/2015 at 1:40 PM a copy of the within writ together with a copy of the Summons and Complaint were served upon Lynanne Gares, a representative for the registered agent CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON, DE 19808 .


Fees Paid:  $70.00

Per:  Deputy Sheriff, Jesse Rice

SO ANS;

*Trinidad Navarro*

SHERIFF

PER   Tracy Lopez



**EFiled:  Sep 14 2015 11:32AM EDT**
**Transaction ID 57859800**
**Case No. N15C-09-008 FWW**



| | | |
|---|---|---|
| | **Sheriff's Office** | State of Delaware |
| | 800 N. French Street, 5th Floor | New Castle County |
| | Wilmington, Delaware 19801 | **Trinidad Navarro** |
| | 302-395-8450, Fax: 302-395-8460 | Sheriff |

9/14/2015

**Court Case # N15C-09-008 FWW**
Sheriff # 15-008017

Summons and Complaint

### FLORENCE R FURCHAK
vs
### JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL

Entity - BAYER CORPORATION

On 9/11/2015 at 1:40 PM a copy of the within writ together with a copy of the Summons and Complaint were served upon Lynanne Gares, a representative for the registered agent CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON, DE 19808 .

Fees Paid:  $70.00

Per:  Deputy Sheriff, Jesse Rice

SO ANS;

*Trinidad Navarro*

SHERIFF

PER   Tracy Lopez



**EFiled:  Sep 14 2015 11:32AM EDT**
**Transaction ID 57859803**
**Case No. N15C-09-008 FWW**



| | |
|---|---|
| **Sheriff's Office** | State of Delaware |
| 800 N. French Street, 5th Floor | New Castle County |
| Wilmington, Delaware 19801 | **Trinidad Navarro** |
| 302-395-8450, Fax: 302-395-8460 | Sheriff |

9/14/2015

**Court Case # N15C-09-008 FWW**
Sheriff # 15-008017

Summons and Complaint

### FLORENCE R FURCHAK
### vs
### JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL

Entity - JANSSEN ORTHO, LLC

On 9/11/2015 at 1:30 PM a copy of the within writ together with a copy of the Summons and Complaint were served upon Amy McLaren, a representative for the registered agent THE CORPORATION TRUST COMPANY 1209 N. ORANGE STREET WILMINGTON, DE 19801 .

Fees Paid:  $70.00

Per:  Deputy Sheriff, Ronald Fioravanti

SO ANS;

*Trinidad Navarro*

   SHERIFF

PER   Tracy Lopez



**EFiled:  Sep 14 2015 11:32AM EDT**
**Transaction ID 57859801**
**Case No. N15C-09-008 FWW**



| | | |
|---|---|---|
| | **Sheriff's Office** | State of Delaware |
| | 800 N. French Street, 5th Floor | New Castle County |
| | Wilmington, Delaware 19801 | **Trinidad Navarro** |
| | 302-395-8450, Fax: 302-395-8460 | Sheriff |

9/14/2015

**Court Case # N15C-09-008 FWW**
Sheriff # 15-008017

Summons and Complaint

### FLORENCE R FURCHAK
### vs
### JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL

Entity - BAYER HEALTHCARE, LLC

On 9/11/2015 at 1:40 PM a copy of the within writ together with a copy of the Summons and Complaint were served upon Lynanne Gares, a representative for the registered agent CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON, DE 19808 .


Fees Paid:  $70.00

Per:  Deputy Sheriff, Jesse Rice

SO ANS;

*Trinidad Navarro*

    SHERIFF

PER   Tracy Lopez