**EXHIBIT 7**




||||||||||||||||||||||||||||||||||||||||||||

9590 9402 4019 8079 6212 67

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165

2014-06291



Michalina Hospod-Rutkowski

New York, NY 10165
One Grand C



# Marc J. Bern & Partners LLP
## ATTORNEYS AT LAW

August 14, 2018

<u>Via CMRR</u>
Bayer Healthcare Pharmaceuticals, Inc.
SOP Department Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

  Re: *Furchak v. Janssen Research & Development LLC, et al.; No. 2:18-cv-07506*

Dear Sir or Madam,

  Please see enclosed a true and correct copy of the filed complaint, civil case cover sheet, and court-issued summons for Defendant Bayer Healthcare Pharmaceuticals, Inc. for the above-referenced matter. Also enclosed is a waiver of service (2 copies), and a pre-paid return envelope to return same.

            Sincerely,

            Jazlee A. Gomez
            Legal Assistant

JAG/2014-06291