**EXHIBIT 7**



NEOPOST
08/27/2018
US POSTAGE $009.30⁰
FIRST-CLASS MAIL
ZIP 10165
041L11256290

MARC J. BERN
& PARTNERS LLP
ATTORNEYS

7018 0680 0001 2329 3585



NIXIE   220   7210/03/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

NIXIE   226   7210/28/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

MANUAL PROC REQ   2027N301125-00057

09/26/18

New York, NY 10165

One Grand C

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**USPS TRACKING #**

9590 9402 4019 8079 6212 67

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165



2014-00291

Michalina Hospod-Rutkowski



## MARC J. BERN
## & PARTNERS LLP
### ATTORNEYS AT LAW

August 14, 2018

Via CMRR
Bayer Healthcare Pharmaceuticals, Inc.
SOP Department Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

 *Re:  Furchak v. Janssen Research & Development LLC, et al.; No. 2:18-cv-07506*

Dear Sir or Madam,

 Please see enclosed a true and correct copy of the filed complaint, civil case cover sheet,

and court-issued summons for Defendant Bayer Healthcare Pharmaceuticals, Inc. for the above-

referenced matter. Also enclosed is a waiver of service (2 copies), and a pre-paid return envelope

to return same.

     Sincerely,

     Jazlee A. Gomez
     Legal Assistant

JAG/2014-06291

ONE GRAND CENTRAL PLACE • 60 E. 42ND ST., STE 950 • NEW YORK, NY 10165 • TEL: (212) 702-5000 • FAX: (212) 818-0164 • TOLL FREE: 800-LAW-5432

NEW YORK • PENNSYLVANIA • ILLINOIS • CALIFORNIA

WWW.BERNLLP.COM