UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| ********************************** | * | |
| FLORENCE FURCHAK,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.*<br><br>Defendants. | * * * * * * * * * * * * * * * * | Case No. 2:18-cv-07506-EEF-MBN |
| ********************************** | * | |

Considering the Motion and Memorandum to Extend Time to Serve Defendant Bayer Healthcare Pharmaceuticals, Inc., *Nunc Pro Tunc*, and Deem the Complaint Timely Served that was filed by Plaintiff, and any opposition and reply papers filed regarding same;

**IT IS ORDERED** that Plaintiff is granted an extension of time to serve the Defendant Bayer Healthcare Pharmaceuticals, Inc., *nunc pro nunc*, until one hundred sixty-six (166) days after the complaint in the above-referenced matter was filed and docketed in this MDL, which is **January 21, 2019**.

**ALTERNATIVELY**,

1

**IT IS ORDERED** that Plaintiff be granted an additional sixty (60) days from the date of the entry of this Order to effectuate service on the Defendant Bayer Healthcare Pharmaceuticals, Inc.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2019.

_____
DISTRICT COURT JUDGE ELDON E. FALLON