UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **SECTION L, DIVISION 5** |
| | : | |
| *See Attached Exhibit A* | : | **MAG. JUDGE MICHAEL B. NORTH** |
| | : | |
| | : | |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Amy M. Carter and the law firm of Carter Long are withdrawn as attorneys of record in MDL No. 2592 and for the Plaintiffs listed in Exhibit A.

IT IS FURTHER ORDERED that attorney Jay Stuemke of Simon Greenstone Panatier PC is substituted as the attorney of record for the Plaintiffs listed in **Exhibit A.**

New Orleans, Louisiana, this ____ day of _____, 2019

_____
The Honorable Eldon E. Fallon
United States District Court Judge

1

# Exhibit A

| *CASE CAPTION* | *CIVIL ACTION NO.* |
|---|---|
| *Larry Baskerville v. Janssen Ortho, LLC, et al.* | *2:16-cv-07130* |
| *Kjell Bomark-Noel, et al.  v. Janssen Ortho, LLC, et al* | *2:15-cv-06194* |
| *Estate of Lucile Butler, et al. v. Janssen Ortho, LLC, et al.,* | *2:17-cv-02189* |
| *Estate of Robert Byrne, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-06390* |
| *Estate of Joyce Christmas, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-16116* |
| *Scherrie Ann Clark, et al v. Janssen Ortho, LLC, et al.,* | *2:15-cv-03821* |
| *Estate of Roy Daniel Crider, et al. v. Janssen Ortho, LLC, et al.,* | *2:16-cv-16539* |
| *Charles F. Dennis, et al. v. Janssen Ortho, LLC, et al.,* | *2:17-cv-01473* |
| *Sylvia Drummond v. Janssen Ortho, LLC, et al* | *2:16-cv-16446* |
| *Stephanie Denise Biggs v. Janssen Ortho, LLC, et al* | *2:15-cv-07012* |
| *Nancy Sue Estes, et al. v. Janssen Ortho, LLC, et al* | *2:17-cv-00483* |
| *Evelyn Fender, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-2975* |
| *Henrietta Ferrington v. Janssen Ortho, LLC, et al.,* | *2:15-cv-02975* |
| *Robert Filbeck v. Janssen Ortho, LLC, et al* | *2:15-cv-07012* |
| *Estate of Thomas Grove, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-00076* |
| *Dawn Hallett v. Janssen Ortho, LLC, et al* | *2:16-cv-00085* |
| *Christine Huckaby v. Janssen Ortho, LLC, et al.,* | *2:16-cv-00088* |
| *Malcolm Jackson, et al., v. Janssen Ortho, LLC, et al* | *2:15-cv-06391* |
| *Estate of Betty Jo Key, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-00089* |
| *Cynthia Killian, et al. v. Janssen Ortho, LLC, et al.,* | *2:16-cv-00092* |
| *Fae Kincaid, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-00093* |
| *Patricia Lancaster v. Janssen Ortho, LLC, et al.,* | *2:16-cv-00096* |
| *Michael Robert Lohman v. Janssen Ortho, LLC, et al* | *2:17-cv-05222* |
| *Helen Malone v. Janssen Ortho, LLC, et al* | *2:16-cv-00097* |
| *Roy Morris v. Janssen Ortho, LLC, et al.,* | *2:16-cv-16340* |
| *Barbara Nussbaum v. Janssen Ortho, LLC, et al* | *2:17-cv-01141* |
| *Tommy Overshown v. Janssen Ortho, LLC, et al* | *2:15-cv-03232* |
| *Manuel Pelyao v. Janssen Ortho, LLC, et al.,* | *2:15-cv-04011* |
| *Barbara Price, et al. v. Janssen Ortho, LLC, et al.,* | *2:16-cv-03705* |
| *Tammy Sansom v. Janssen Ortho, LLC, et al* | *2:15-cv-06393* |
| *Betty Jane Sawyers v. Janssen Ortho, LLC, et al* | *2:16-cv-16566* |
| *Harold Scott, et al. v. Janssen Ortho, LLC, et al* | *2:17-cv-00244* |
| *Dorothy Mae Smith, et al. v. Janssen Ortho, LLC, et al* | *2:17-cv-03700* |
| *Estate of Gloria Stembridge, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-05483* |
| *Estate of Genevieve Stewart, et al. v. Janssen Ortho, LLC, et al* | *2:15-cv-06396* |
| *Thomas Townley  v. Janssen Ortho, LLC, et al* | *2:16-cv-11781* |
| *Geraldine Tuttle v. Janssen Ortho, LLC, et al.,* | *2:15-cv-06398* |
| *Larry Voras v. Janssen Ortho, LLC, et al* | *2:15-cv-06399* |
| *Warren Whitaker, et al. v. Janssen Ortho, LLC, et al* | *2:16-cv-00098* |
| *Sharon Whitehead, et al. v. Janssen Ortho, LLC, et al.,* | *2:16-cv-17003* |
| *Leslie Wolfe v. Janssen Ortho, LLC, et al.,* | *2:15-cv-06400* |