UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
|  | : | **JUDGE ELDON E. FALLON** |
|  | : | |
| **THIS DOCUMENT RELATES TO:** | : | **SECTION L, DIVISION 5** |
|  | : | |
| *Larry Baskerville v.* | : | **MAG. JUDGE MICHAEL B. NORTH** |
| *Janssen Ortho, LLC, et al., 2:16-cv-07130* | : | |
|  | : | |
| *Kjell Bomark-Noel, et al. v.* | : | |
| *Janssen Ortho, LLC, et al., 2:15-cv-06194* | : | |
|  | : | |
| *Estate of Lucile Butler, et al. v.* | : | |
| *Janssen Ortho, LLC, et al., 2:17-cv-02189* | : | |
|  | : | |
| *Estate of Robert Byrne, et al. v.* | : | |
| *Janssen Ortho, LLC, et al., 2:15-cv-06390* | : | |
|  | : | |
| *Estate of Joyce Christmas, et al. v.* | : | |
| *Janssen Ortho, LLC, et al., 2:16-cv-16116* | : | |
|  | : | |
| *Scherrie Ann Clark, et al v.* | : | |
| *Janssen Ortho, LLC, et al., 2:15-cv-03821* | : | |
|  | : | |
| *Estate of Roy Daniel Crider, et al. v.* | : | |
| *Janssen Ortho, LLC, et al., 2:16-cv-16539* | : | |
|  | : | |
| *Charles F. Dennis, et al. v.* | : | |
| *Janssen Ortho, LLC, et al., 2:17-cv-01473* | : | |
|  | : | |
| *Sylvia Drummond v.* | : | |
| *Janssen Ortho, LLC, et al., 2:16-cv-16446* | : | |
|  | : | |
| *Stephanie Denise Biggs v.* | : | |
| *Janssen Ortho, LLC, et al., 2:15-cv-07012* | : | |
|  | : | |
| *Nancy Sue Estes, et al. v.* | : | |
| *Janssen Ortho, LLC, et al., 2:17-cv-00483* | : | |
|  | : | |
| *Evelyn Fender, et al. v.* | : | |
| *Janssen Ortho, LLC, et al., 2:15-cv-2975* | : | |
|  | : | |
| *Henrietta Ferrington v.* | : | |
| *Janssen Ortho, LLC, et al., 2:15-cv-02975* | : | |
|  | : | |
| *Robert Filbeck v.* | : | |
| *Janssen Ortho, LLC, et al., 2:15-cv-07012* | : | |

1

|  |  |
|---|---|
| *Estate of Thomas Grove, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00076* | : |
|  | : |
| *Dawn Hallett v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00085* | : |
|  | : |
| *Christine Huckaby v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00088* | : |
|  | : |
| *Malcolm Jackson, et al., v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-06391* | : |
|  | : |
| *Estate of Betty Jo Key, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00089* | : |
|  | : |
| *Cynthia Killian, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00092* | : |
|  | : |
| *Fae Kincaid, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00093* | : |
|  | : |
| *Patricia Lancaster v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00096* | : |
|  | : |
| *Michael Robert Lohman v.* | : |
| *Janssen Ortho, LLC, et al., 2:17-cv-05222* | : |
|  | : |
| *Helen Malone v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00097* | : |
|  | : |
| *Roy Morris v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-16340* | : |
|  | : |
| *Barbara Nussbaum v.* | : |
| *Janssen Ortho, LLC, et al., 2:17-cv-01141* | : |
|  | : |
| *Tommy Overshown v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-03232* | : |
|  | : |
| *Manuel Pelyao v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-04011* | : |
|  | : |
| *Barbara Price, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-03705* | : |
|  | : |
| *Tammy Sansom v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-06393* | : |
|  | : |
| *Betty Jane Sawyers v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-16566* | : |
|  | : |

| | |
|---|---|
| *Harold Scott, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:17-cv-00244* | : |
| | : |
| *Dorothy Mae Smith, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:17-cv-03700* | : |
| | : |
| *Estate of Gloria Stembridge, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-05483* | : |
| | : |
| *Estate of Genevieve Stewart, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-06396* | : |
| | : |
| *Thomas Townley v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-11781* | : |
| | : |
| *Geraldine Tuttle v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-06398* | : |
| | : |
| *Larry Voras v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-06399* | : |
| | : |
| *Warren Whitaker, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-00098* | : |
| | : |
| *Sharon Whitehead, et al. v.* | : |
| *Janssen Ortho, LLC, et al., 2:16-cv-17003* | : |
| | : |
| *Leslie Wolfe v.* | : |
| *Janssen Ortho, LLC, et al., 2:15-cv-06400* | : |

**PLAINTIFFS' JOINT MOTION FOR**
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COME NOW, attorney Amy M. Carter, of Carter Long, and Jay Stuemke of Simon Greenstone Panatier, PC, and pursuant to the request of the above-referenced Plaintiffs, move for the withdrawal of Amy M. Carter of Carter Long and substitution of Jay Stuemke of Simon Greenstone Panatier, PC, in place thereof.

Dated:  February 7, 2019

*/s/  Amy M. Carter*
Amy M. Carter
Texas State Bar No.  24004580
Carter Long
4310 N. Central Expwy., Suite 104
Dallas, Texas  75206

3

(214) 699-5994
amy@cltrial.com


/s/ Jay E. Stuemke
Jay E. Stuemke
Texas State Bar No. 24003019
SIMON GREENSTONE PANATIER, PC
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
jstuemke@sgptrial.com

*ATTORNEYS FOR PLAINTIFFS*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2019, a copy of the foregoing Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                /s/ *Jay Stuemke*