## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| ************************************ | | |
| MARTHA G. SAUERS and JOHN D. SAUERS,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.*<br><br>Defendants. | * * * * * * * * * * * * * * * * * | Case No. 2:18-cv-08721-EEF-MBN |
| ************************************ | * | |

**MOTION TO EXTEND TIME FOR SERVICE OF PROCESS ON DEFENDANTS, *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED**

COMES NOW, undersigned counsel for Plaintiffs, pursuant to Federal Rule of Civil Procedure 4(m), and moves this Court for an order granting Plaintiffs and extension of time to serve Defendants, *Nunc Pro Tunc*, and deem the complaint timely filed for the reasons set forth in the attached memorandum.

Dated: February 7, 2019					Respectfully submitted,

							/s/ Debra J. Humphrey
							Debra J. Humphrey
							Marc J. Bern & Partners LLP
							One Grand Central Place
							60 East 42nd Street, Suite 950
							New York, New York 10165
							Tel: (212)702-5000
							Fax: (212) 818-0164
							dhumphrey@bernllp.com

							*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on the 7th day of February 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to all attorneys of record.

/s/ Debra J. Humphrey
Attorney for Plaintiff