**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



October 8, 2018

BY ELECTRONIC MAIL (Dhumphrey@bernllp.com)

Debra Humphrey
Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd St., Suite 950
New York, NY 10165

Re: Gail A. Gainer v. Janssen Research & Development, LLC, et al.,
Case No. 2:18-cv-08367 (E.D. La.)

Dear Ms. Humphrey:

This firm, with others, represents Bayer Pharma AG in In re Xarelto (Rivaroxaban) Products Liability Litigation, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG has received the Complaint and Summons in the above–captioned case. This attempt at service is not effective since the Summons was not issued by the Clerk of the Court. We are returning the documents to you.

The Federal Rules of Civil Procedure require that a summons be issued by the Clerk of the Court. The informal service process established under Section II.C of Pre-Trial Order No. 10 ("PTO 10") in In re Xarelto (Rivaroxaban) Products Liability Litigation, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN), does not eliminate the requirement that a summons be served in a format in accordance with the Federal Rules.

If you wish to serve Bayer Pharma AG through PTO 10, then you must serve Bayer Pharma AG with the Complaint and a Summons issued by the Clerk of the Court by Registered Mail, Return Receipt Requested.

Sincerely,

Lindy D. Brown