

# MARC J. BERN & PARTNERS LLP
### ATTORNEYS AT LAW

September 27, 2018

BHCP
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

<u>*Re*</u>: Gainer v. Janssen Research & Development LLC et al

Dear Sir/Madam:

Pursuant to Civil Procedure 10, I hereby serve upon you the Complaint, Summons, and Waivers of Service in the above referenced action. If you have any questions, please feel free to contact my office.

Thank you for your time and attention.

Best,

*Alexandra Colella*

Alexandra Colella, Esq.

Enclosed.
2017-04315/SP

**CERTIFIED MAIL®**

MARC J.
& PARTN
ATTORNEYS

7018 0680 0001 2339 0116

NEOPOST
09/28/2018
US POSTAGE $009.09⁰
FIRST-CLASS MAIL
ZIP 10165
041L11256290

```
COMP711  198085354-1717        10/04/18
FORWARD TIME EXP   RTN TO SEND
:THE COMPANY CORPORATION
251 LITTLE FALLS DR
WILMINGTON DE 19808-1674

        RETURN TO SENDER
```

FWD

2017-04315/SP

One Grand Central Place • 60 E. 42nd Street, Suite 950 • New York, NY 10165

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Bayer Healthcare Pharmaceuticals, Inc.<br>SOP Department<br>Corporation Service Company<br>Suite 400<br>2711 Centerville Road<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4252 8121 4216 95 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...red Mail<br>☐ ...red Mail Restricted Delivery<br>   ...r $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0680 0001 2339 0116 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                    Domestic Return Receipt