# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| ************************************ | | |
| GAIL A. GAINER,<br><br>          Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.*<br><br>          Defendants. | * * * * * * * * * * * * * * * * | Case No. 2:18-cv-08637-EEF-MBN |
| ************************************ | * * | |

      Considering the Motion and Memorandum to Extend Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served that was filed by Plaintiff, Gail A. Gainer, and any opposition and reply papers filed regarding same;

      **IT IS ORDERED** that Plaintiff, Gail A. Gainer, is granted an extension of time to serve the named Defendants, *nunc pro nunc*, until one hundred fifty-eight (160) days after the complaint in the above-referenced matter was filed and docketed in this MDL, which is **February 11, 2019**.

      **ALTERNATIVELY**,

      **IT IS ORDERED** that Plaintiff, Gail Gainer, be granted an additional sixty (60) days from the date of the entry of this Order to effectuate service on the Defendants.

1

2

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of _____, 2019.

_____
DISTRICT COURT JUDGE ELDON E. FALLON