# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2592<br><br>JUDGE ELDON E. FALLON<br><br>SECTION L, DIVISION 5<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON EXHIBIT A | | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that attorney Levi Plesset be allowed to enroll as co-counsel for Plaintiffs in the Civil Action numbers listed on Exhibit A.

New Orleans, Louisiana, this 6th day of February, 2019.

*[signature: Eldon C. Fallon]*

**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

EXHIBIT A

| Civil Case Action Number | Case Caption |
|---|---|
| 2:15-cv-6121 | Abbott v. Janssen Research & Development, LLC, et al |
| 2:16-cv-2587 | Adams v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3220 | Alexander v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5748 | Barnes v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3225 | Beiber v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3228 | Bertman v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3232 | Bisping v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3236 | Brown v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6350 | Bumgarner v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3239 | Calleja v. Janssen Research & Development, LLC, et al |
| 2:16-cv-2168 | Cannon v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5525 | Chard v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6133 | Colvin v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3242 | Combs v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6351 | Coulter v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3246 | Coyle v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6134 | Creekmur v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3248 | Davis v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3276 | Deans v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5067 | Dison v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6136 | Ebersole v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3277 | English v. Janssen Research & Development, LLC, et al |
| 2:15-cv-4647 | Fanzler v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3279 | Farnsworth v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3280 | Fitzpatrick v. Janssen Research & Development, LLC, et al |
| 2:16-cv-1188 | Flory v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3281 | Floyd v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6140 | Gay v. Janssen Research & Development, LLC, et al |
| 2:16-cv-1526 | Ghazvini v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6352 | Gregan v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5521 | Gunc v. Janssen Research & Development, LLC, et al |
| 2:16-cv-1379 | Haase v. Janssen Research & Development, LLC, et al |

| | |
|---|---|
| 2:16-cv-3285 | Hensel v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3286 | Hensley v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3300 | Hite v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3301 | Hollister v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3303 | Hopkins v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5523 | Jackson v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3305 | Johnson v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3306 | Jorden v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5428 | Keith v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6142 | Khadr v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5774 | Klonowski v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3307 | Koviak v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3310 | Kraetsch v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5524 | Lindley v. Janssen Research & Development, LLC, et al |
| 2:15-cv-2625 | Lowman v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3311 | Ludd v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3315 | McFarland v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6143 | Mendez v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5429 | Mendoza v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5430 | Messick v. Janssen Research & Development, LLC, et al |
| 2:16-cv-03317 | Mizer v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3320 | Molines v. Janssen Research & Development, LLC, et al |
| 2:15-cv-5432 | Nabors v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6144 | Nelson v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6146 | Nichols v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3350 | Ochoa v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3352 | Odgen v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6149 | Pena v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3354 | Randolph v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3356 | Rhome v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3358 | Richardson v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6150 | Rife v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3360 | Royster v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3363 | Schomer v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3369 | Shillabeer v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3373 | Shuman v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3375 | Sloas v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3383 | Smith v. Janssen Research & Development, LLC, et al |

EXHIBIT A OF MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD PAGE 2 OF 3

| | |
|---|---|
| 2:16-cv-3385 | Smith v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6151 | Solomon v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3387 | Stachura v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3388 | Stack v. Janssen Research & Development, LLC, et al |
| 2:15-cv-6153 | Sumski v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3390 | Weeden v. Janssen Research & Development, LLC, et al |
| 2:16-cv-1386 | Williams v. Janssen Research & Development, LLC, et al |
| 2:16-cv-03405 | Wilson v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3406 | Wilson v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3412 | Yarbough v. Janssen Research & Development, LLC, et al |
| 2:16-cv-3413 | Zayas-Molina v. Janssen Research & Development, LLC, et al |