UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Frank Borawski v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-3714

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12470, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Diane Sypniewski, as Personal Representative of the Estate of Frank Borawski, is substituted for Plaintiff Frank Borawski as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE