UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| William C. Roy, As the Administrator of the Estate | * | |
| of Dorothy A. Roy, and Individually as Spouse | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |
| | * | Case No.: 2:17-cv-06655 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, William C. Roy, As the Administrator of the Estate

of Dorothy A. Roy and Individually as Spouse, pursuant to Federal Rules of Civil Procedure

41(a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above

action against all Defendants, with each party to bear their own costs.  Counsel for Plaintiff takes

this action because Plaintiff no longer wishes to pursue this case.  Further, counsel for Plaintiff

represents that:

_____ Plaintiff is not a Wave 1 or Wave 2 selected case pursuant to the Court's Case
Management Order No. 6.

__X__ Plaintiff is a Wave 1 or Wave 2 selected case pursuant to the Court's Case
Management Order No. 6 and that all filing fees have been paid.

_____ Plaintiff is moving to dismiss, with prejudice, within forty-five (45) days from the
date of selection in Wave 1 or Wave 2, and therefore any unpaid filing fee is waived
pursuant to the Court's Case Management Order No. 6.

Dated: February 8, 2019

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rosemarie.bogdan@18001aw1010.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 8, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Rosemarie Riddell Bogdan*