## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| This Document Relates to No. 2:15-cv-01302 | * | |
| Plaintiff: James T. Murray | * | |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

## CROSS-NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF AKRAM SHHADEH, M.D.

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 **of the Federal Rules of Civil Procedure, Plaintiff,** by and through his undersigned attorneys, hereby cross-notice in this matter the oral examination of **Akram Shhadeh, M.D.** on **February 11, 2019 commencing** at **12:00pm Central** at **The Hilton Garden Inn, 7675 Walton Street, Rockford, IL 61108.**

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, for use at trial, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control.

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

February 8, 2019

Respectfully submitted,

**/s/ Catherine T. Heacox**
THE LANIER LAW FIRM, PLLC
126 East 56th Street, 6th Floor
(212) 421-2800
Catherine.heacox@lanierlawfirm.com

*Counsel for Plaintiff*

## <u>EXHIBIT A - DOCUMENT REQUESTS</u>

1.      A copy of your current Curriculum Vitae and/or resume;

2.      A complete copy of your medical records and patient file for Plaintiff, James T. Murray.

3.      All Xarelto-related communications, including emails, memoranda, and/or letters (including "Dear Doctor" letters) that you or, your office received from (or, sent to) any of the Defendants or their sales representatives, attorneys, officers or employees;

4.      All Xarelto-related brochures, guides, patient-education materials, tear sheets, slides, handouts, CME program materials, videos, medical articles/publications, or promotional items that you or, your office received from any of the Defendants or their sales representatives, speakers, contractors, officers or employees;

5.      A copy of any Xarelto-related brochures, handouts, medication guides, patient-education materials, product labels, tear-sheets, or promotional items that you provided Plaintiff, James T. Murray, and/or any patient that you have prescribed Xarelto for in you practice.

6.      All documents pertaining to any Xarelto-related training, consulting, research, writing, or speaking activities that you performed (or agreed to perform) for any of the Defendants or their sales representatives, agents, attorneys, contractors, officers or employees (including any payments or reimbursements for same); and,

7.      A copy of any logs, records or other documents that reflect or identify any Xarelto samples that you or another medical provider or staff member in your office provided Plaintiff.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 8, 2019, the foregoing was served electronically to the following:

Michael Zellers
TUCKER ELLIS LLP
515 S. Flower Street, 42nd Fl.
Los Angeles, CA 90071
Tel: 213- 430-3400
Fax: 213-430-3409
Michael.Zellers@tuckerellis.com

Akram Shhadeh, M.D.
OSF Illinois Neurological Institute
535 Rockbury Road
Rockford, IL 51107
Akrammd75@yahoo.com

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Brian H. Barr
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.

bbarr@levinlaw.com

*Plaintiffs' Co-Lead Counsel*

Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

Andy.Birchfield@BeasleyAllen.com

*Plaintiffs' Co-Lead Counsel*

Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC

gmeunier@gainsben.com

*Plaintiffs' Co-Lead Counsel*

Leonard A. Davis
HERMAN HERMAN & KATZ LLC

ldavis@hhklawfirm.com

*Plaintiffs' Co-Lead Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
XareltoJanssenCMO6Deps@dbr.com
*Served Janssen Defendants' Counsel*

By: */s/ **Catherine T. Heacox***