UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Monica Robinson* 2:18-cv-10227

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on February 8, 2019 Plaintiff's Motion for an Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals Inc and Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: February 8, 2019

                                                   By: */s/ Jonathan E. Schulman*
                                                   Jonathan E. Schulman
                                                   SLATER SLATER SCHULMAN LLP
                                                   445 Broadhollow Road, Suite 334
                                                   Melville, New York 11747
                                                   Phone: (212) 922-0906
                                                   Fax: (212) 922-0907
                                                   jschulman@sssfirm.com
                                                   *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 8 day of February 2019.

                                                                                  _/s/ *Jonathan E. Schulman*_

                                                                                   Jonathan E. Schulman