UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Monica Robinson 2:18-cv-10227*

## PROPOSED ORDER

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals Inc and Bayer Pharma AG is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of Febuary 2019.

_____

Hon. Eldon E. Fallon

United States District Judge