# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| **This Document relates to:** | |
| | **JUDGE ELDON E. FALLON** |
| Gail Fuchs as the Executor of the Estate of Annette Teal, Deceased v. Janssen Research & Development, LLC | |
| E.D. La. No. 2:18-cv-08117 | **MAG. JUDGE NORTH** |

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gail Fuchs as the Executor of the Estate of Annette Teal, Deceased. Plaintiff respectfully moves the Honorable Court grant her motion for extension of time within which to serve process and issue an Order allowing her an additional thirty (30) days from the date the Order is entered in which to effect service on Defendant Bayer Healthcare Pharmaceuticals. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order granting a 30-day extension of time from the date the Order is entered within which to serve process.

Dated: February 11, 2019

>Respectfully Submitted:
>
>/s/ Kori Westbrook_____
>Kori Westbrook
>JOHNSON LAW GROUP
>2925 Richmond Avenue, Suite 1700
>Houston, Texas 77098
>(713) 626-9336
>(713) 583-9460 (facsimile)
>kwestbrook@johnsonlawgroup.com
>Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Kori Westbrook*_____
>Attorney for Plaintiff