UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | |
| | JUDGE ELDON E. FALLON |
| Gail Fuchs as the Executor of the Estate of Annette Teal, Deceased v. Janssen Research & Development, LLC | |
| E.D. La. No. 2:18-cv-08117 | MAG. JUDGE NORTH |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on Wednesday, March 6, 2019, Plaintiff Gail Fuchs as the Executor of the Estate of Annette Teal, Deceased's, Motion for an Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: February 11, 2019

                                                                                   Respectfully Submitted:

                                                                                   s/ Kori Westbrook
                                                                                   Kori Westbrook
                                                                                   JOHNSON LAW GROUP
                                                                                   2925 Richmond Avenue, Suite 1700
                                                                                   Houston, Texas 77098
                                                                                   (713) 626-9336
                                                                                   (713) 583-9460 (facsimile)
                                                                                   kwestbrook@johnsonlawgroup.com
                                                                                   Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kori Westbrook*
Attorney for Plaintiff