UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | JUDGE ELDON E. FALLON |
| Gail Fuchs as the Executor of the Estate of Annette Teal, Deceased v. Janssen Research & Development, LLC<br>E.D. La. No. 2:18-cv-08117 | MAG. JUDGE NORTH |

### ORDER

IT IS ORDERED that the Plaintiff Gail Fuchs as the Executor of the Estate of Annette Teal, Deceased's, Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____ 2019.

                                                                                               _____
                                                                                               Hon. Eldon E. Fallon
                                                                                               United States District Judge