UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| VIVIAN MANUS AND, : | |
| WILLIAM MANUS : | |
| : | |
|     Plaintiffs : | JUDGE ELDON E. FALLON |
| : | |
| v. : | MAGISTRATE JUDGE NORTH |
| : | |
| JANSSEN PHARMACEUTICALS, INC. F/K/A : | |
| JANSSEN PHARMACEUTICA INC. F/K/A : | |
| ORTHO-MCNEIL-JANSSEN : | |
| PHARMACEUTICALS, INC., JANSSEN : | |
| RESEARCH & DEVELOPMENT LLC F/K/A : | |
| JOHNSON AND JOHNSON : | Civil Action No. 2:15-cv-03613 |
| PHARMACEUTICAL RESEARCH AND : | |
| DEVELOPMENT LLC, JANSSEN ORTHO : | |
| LLC, BAYER HEALTHCARE : | |
| PHARMACEUTICALS, INC., BAYER : | |
| PHARMA AG, BAYER CORPORATION, : | |
| BAYER HEALTHCARE LLC, : | |
| BAYER HEALTHCARE AG, : | STIPULATION OF DISMISSAL |
| AND BAYER AG, : | WITH PREJUDICE |
| : | |
| : | |
|     Defendants : | |
|                                                      : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**GRAY AND WHITE**
By: /s/ Mark K. Gray
Mark K. Gray
Matt L. White
713 East Market Street
Suite 200
Louisville, Kentucky 40202
Tel: (502) 805-1800
mgray@grayandwhitelaw.com
mwhite@grayandwhitelaw.com

Attorneys for Plaintiffs
Dated: February 11, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorney for Defendants Janssen Research & Development, LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.
Dated: February 11, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: February 11, 2019

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: February 11, 2019

-3-

                                      **IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: February 11, 2019

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 11, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ John F. Olinde