UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| William C. Roy, As the Administrator of the Estate of Dorothy A. Roy, and Individually as Spouse | * * * * * | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH  Case No.: 2:17-cv-06655 |

# O R D E R

This matter came before the court on the Motion for Voluntarily Dismissal With Prejudice filed by Plaintiff.

IT IS ORDERED BY THE COURT that the Motion for Voluntarily Dismissal With Prejudice filed by Plaintiff be and is hereby GRANTED, and the above captioned case is DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

New Orleans, Louisiana, this __11th__ day of _____February_____, 2019.

_____
Eldon E. Fallon
United States District Court Judge