# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| ) | MAG. JUDGE NORTH |
| *HEIDI RORICK-EVANS, individually and as* ) | |
| *successor-in-interest of TERRENCE* ) | |
| *HOWARD EVANS, deceased,* ) | |
| **Civil Action No. 2:16-cv-16699** ) | |
| ) | |

## *[UNOPPOSED]* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW counsel for Plaintiff, Heidi Rorick-Evans respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of the motion, Plaintiff's counsel would show that this is a dual-filed case, with this action being the initially filed complaint.

A complaint in this matter was initiated on September 29, 2016, by Plaintiff Heidi Rorick-Evans (2:16-cv-16699). A second complaint was filed on August 4, 2017, by Plaintiffs, Willow Evans and Michelle McMillan, as surviving daughters of Terrence Evans (2:17-cv-7508). An Order to Show Cause hearing was held where the parties agreed to work together to file an amended action and to dismiss the second filed case thereafter. The proposed Amended Complaint combines all plaintiffs but does not add any new claims or any new defendants. Defense counsel has reviewed the amended complaint that Plaintiffs are prepared to file and has indicated that they do not have any objections to the filing of the proposed amended complaint subject to preserving all defenses available to each defendant as of the time of the filing of Plaintiffs' first complaint.

Dated: February 11, 2019 Respectfully submitted,

/s/ *Joshua H. Haffner*

Joshua H. Haffner, CA SBN 188652
Graham G. Lambert, CA SBN 303056
**HAFFNER LAW PC**
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Tel: (213) 514-5681
Fax: (213) 514-5682
(jhh@haffnerlawyers.com)
(gl@haffnerlawyers.com)

Louis J. Cutrone, CA SBN 185151
**CUTRONE & ASSOCIATES**
15260 Ventura Boulevard, Suite 670
Sherman Oaks, CA 91403
Tel: (818) 344-1737
Fax: (818) 921-7720
(lou@cutronelaw.com)

*Attorneys for Heidi Rorick-Evans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing [Unopposed] Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2). Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 11, 2019                     Respectfully submitted,

                                             /s/ *Joshua H. Haffner*