# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| | **MAG. JUDGE NORTH** |
| *HEIDI RORICK-EVANS, individually and as successor-in-interest of TERRENCE HOWARD EVANS, deceased,* **Civil Action No. 2:16-cv-16699** | |

## ORDER

**IT IS HEREBY ORDERED** THAT Plaintiff Heidi Rorick-Evan's ("Plaintiff") unopposed Motion for Leave to File a First Amended Complaint is **GRANTED**.

New Orleans, Louisiana, this ___ day of February 2019.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing [Unopposed] Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2). Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 11, 2019          Respectfully submitted,


/s/ *Joshua H. Haffner*