# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Peggy Rigney v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-01907**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Leola Thompson as plaintiff on behalf of her deceased mother, Peggy Rigney.

1. Peggy Rigney filed a claim against the defendants on February 25, 2016.

2. Subsequently, plaintiff's counsel was notified that Peggy Rigney died on April 28, 2017.

3. Peggy Rigney's action against the defendants survived her death and was not extinguished.

4. Leola Thompson, daughter of Peggy Rigney, is a proper party to substitute for plaintiff-decedent Peggy Rigney and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

2

**WHEREFORE**, based on the foregoing, Leola Thompson requests that this Court grant her request for substitution as plaintiff in this action.

Dated: February 12, 2019            Respectfully submitted,

By: _/s/ Barrett Beasley_____

Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 12th day of February 2019.

_/s/ Barrett Beasley_____
Barrett Beasley