# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Mary Jo Gibson v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-01881**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Charles Shackelford as plaintiff on behalf of his deceased mother, Mary Jo Gibson.

1. Mary Jo Gibson filed a claim against the defendants on February 25, 2016.

2. Subsequently, plaintiff's counsel was notified that Mary Jo Gibson died on June 24, 2017.

3. Mary Jo Gibson's action against the defendants survived her death and was not extinguished.

4. Charles Shackelford, son of Mary Jo Gibson, is a proper party to substitute for plaintiff-decedent Mary Jo Gibson and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Charles Shackelford requests that this Court grant his request for substitution as plaintiff in this action.

Dated: February 12, 2019               Respectfully submitted,

                                       By: _/s/ Barrett Beasley_____

                                       Barrett Beasley (#25984)
                                       SALIM-BEASLEY, LLC
                                       1901 Texas Street
                                       Natchitoches, LA 71457
                                       Phone: (800) 491-1817
                                       Fax: (318) 354-1227
                                       bbeasley@salim-beasley.com
                                       *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 12th day of February 2019.

                                                         */s/ Barrett Beasley*
                                                          Barrett Beasley