

## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER :** 139-18-044966

**DECEDENT'S NAME:** *RALPH ANDERSON*      **SEX:** MALE
**AKA's:** NA      **SOCIAL SECURITY NUMBER:**
**ARMED FORCES:** NO
**DATE OF BIRTH:** SEPTEMBER 15, 1956      **AGE:** 62 YEARS
**TYPE OF PLACE OF DEATH:** HOSPITAL- INPATIENT      **COUNTY OF DEATH:** GREENWOOD
**NAME AND ADDRESS OF PLACE OF DEATH:** SELF REGIONAL HEALTHCARE, GREENWOOD, SC 29646
**PLACE OF DISPOSITION:** NEW HOPE CHURCH CEMETERY
**DISPOSITION LOCATION:** MCCORMICK, SOUTH CAROLINA
**METHOD OF DISPOSITION:** BURIAL
**DECEDENT'S RESIDENCE:** 101 STONEHAVEN DRIVE APT:22, GREENWOOD, GREENWOOD COUNTY, SC, 29646
**PLACE OF BIRTH:** SOUTH CAROLINA      **MARITAL STATUS:** MARRIED
**SURVIVING SPOUSE'S NAME:** JOHNNIE MAE FULLER
**FATHER'S NAME:** EARL ANDERSN
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** EMMIE AVERY
**INFORMANT'S NAME:** JOHNNIE MAE ANDERSON      **RELATIONSHIP:** FAMILY MEMBER
**MAILING ADDRESS:** 101 STONEHAVEN DRIVE APT:22, GREENWOOD, SC, 29646
**FUNERAL HOME:** PERCIVAL-TOMPKINS FUNERAL HOME, INC., 330 MAGNOLIA AVE., GREENWOOD, SC, 29646
**FUNERAL DIRECTOR:** BARBARA B. TOMPKINS      **LICENSE NUMBER:** 1885
**EMBALMER'S NAME:** MICHAEL FRAIZER      **LICENSE NUMBER:** 3356
**ACTUAL OR PRESUMED DATE OF DEATH :** NOVEMBER 27, 2018      **MANNER OF DEATH :** NATURAL
**ACTUAL OR PRESUMED TIME OF DEATH:** 1816
**CAUSE OF DEATH - PART I**
HYPOVOLEMIC SHOCK
GI BLEED

**OTHER SIGNIFICANT CONDITIONS - PART II:**
ALCOHOLISM AND CHRONIC LIVER DISEASE
**CORONER CONTACTED?** NO      **AUTOPSY PERFORMED?** NO      **AUTOPSY AVAILABLE?** NA
**DATE OF INJURY:** NA      **TIME OF INJURY:** NA      **INJURY AT WORK?** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?**
NA
**CERTIFIER NAME AND TITLE:** DR. JEFFERY CLINTON PRIDE MD      **LICENSE NUMBER:** LL52681
**CERTIFIER'S ADDRESS:** 155 ACADEMY AVE, GREENWOOD, SC, 29646
**DATE FILED:** DECEMBER 06, 2018
**DATE OF ISSUANCE:** DECEMBER 06, 2018
**SPECIAL INSTRUCTIONS :**
NA

SC07171804

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.      Angelia P. Saleeby
Acting Director      Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 04/09/2018

