UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*RALPH ANDERSON v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-06288-EEF-MBN

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Johnnie Mae Anderson as plaintiff of behalf of her deceased husband, Ralph Anderson.

1. Ralph Anderson filed a claim against defendants on June 27, 2018.

2. Subsequently, plaintiff's counsel was notified that Ralph Anderson died on November 27, 2018.

3. Ralph Anderson's action against the defendants survived his death and was not extinguished.

4. Johnnie Mae Anderson, wife of Ralph Anderson, is a proper party to substitute for plaintiff-decedent Ralph Anderson and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Johnnie Mae Anderson requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  February 12, 2019			Respectfully submitted,

				/s/  William L. Bross
				William L. Bross
				AL State Bar No. 9703O71W
				HENINGER GARRISON DAVIS, LLC
				2224 First Avenue North
				Birmingham, AL  35203
				Telephone: (205) 326-3336
				Facsimile: (205) 326-3332
				william@hgdlawfirm.com

				*One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on February 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

				*/s/ William L. Bross*
				William L. Bross