UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*RALPH ANDERSON v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-06288-EEF-MBN

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Johnnie Mae Anderson, spouse and next of kin of Ralph Anderson, is substituted for Plaintiff Ralph Anderson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE