UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to: ) <br> FALTINSKY. v. JANSSEN RESEARCH ) <br> & DEVELOPMENT LLC, et al., ) <br> Civil Action No. 2:15-cv-06159 ) | MDL NO. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Nikolaus Faltinsky and Martha Faltinsky, on behalf of the Estate of Nikolaus Faltinsky, as the Plaintiffs in the above captioned matter:

1. Plaintiff, Martha Faltinsky filed this products liability action on behalf of her deceased husband,  Nikolaus Faltinsky.

2. Plaintiff, Martha Faltinsky is now deceased.

3. Martha Faltinsky's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Undersigned Counsel filed a Notice and Suggestion of Death in this matter.

5. Raymond J.  Faltinsky, surviving child of Nikolaus Faltinsky and Martha Faltinsky, is the proper party to substitute Plaintiff-decedents Nikolaus Faltinsky and Martha Faltinsky and have the proper capacity to proceed with the surviving products liability lawsuit on their behalf, pursuant to Federal Rule of Civil Procedure 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of parties in this action.

Dated: February 13, 2019  By:  /s/ *Joseph E. "Jed" Cain*
Brian D. Katz (La. Bar No. 24137)
bkatz@hhklawfirm.com
Stephen J. Herman (La. Bar No.: 23129)
Sherman@hhklawfirm.com
Soren Gisleson (La. Bar No.: 26302)
sgisleson@hhklawfirm.com
Joseph Cain (La. Bar No.: 29785)
jcain@hhklawfirm.com
Dr. Joseph Kott (La. Bar No.: 24499)
jkott@hhklawfirm.com

HERMAN HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax:  (504) 561-6024

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.  Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Joseph E. "Jed" Cain*