UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to:<br>FALTINSKY. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,<br>Civil Action No. 2:15-cv-06159 | ) ) ) ) | |

# **O R D E R**

Considering the Motion for Substitution of Plaintiff;

IT IS ORDERED ADJUDGED AND DECREED that the Plaintiff in the above-entitled action be substituted with Raymond J. Faltinsky.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge