## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No.: 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
                               :   MAGISTRATE JUDGE NORTH
_____    :

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMAND**

**MARINA PERALTA ALVAREZ**

MDL NO. 2592

## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following Short Form Complaint is utilized in the above-captioned action.

2. Individual Plaintiff, Marina Peralta Alvarez, is identified in Plaintiffs' Joint Complaint filed on September 23, 2015, and therefore this Complaint relates back to September 23, 2015. All allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Plaintiff, MARINA PERALTA ALVAREZ ingested Xarelto from approximately August 2013 to November 2014 and suffered a gastrointestinal bleed or other bleed in November 2014 as a direct result of Xarelto.

4. Plaintiff resides in Miami-Dade County in the State of Florida.

5. Attached as Attachment 1 is a Severance Order issued by the Court.

6. Attached as Attachment 2 is the individual case caption list for Plaintiffs named in the Joint Complaint.

Respectfully submitted,

*/s/ Carlos R. Diez-Arguelles*
Carlos R. Diez-Arguelles, Esq.
Florida Bar No.: 0500569
Diez-Arguelles & Tejedor
505 N. Mills Avenue
Orlando, FL  32803
Ph: 407-705-2880
mail@theorlandolawyers.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * SECTION L <br> * JUDGE ELDON E. FALLON <br> * MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO

*Abejckerr et al v. Janssen Research & Development, LLC, et al.*, **15-4649**

### ORDER

A Joint Complaint has been filed in the aforementioned case in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. Pursuant to Pre-Trial Order No. 11 (Rec. Doc. 893), **IT IS ORDERED** that this complaint is **SEVERED** into separate, individual cases for each group of related plaintiffs. Plaintiffs are hereby directed to file separate, short form complaints for each case in accordance with Pre-Trial Order No. 11, paragraph 1 (c) (Rec. Doc. 893).

New Orleans, Louisiana, this 25th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

ATTACHMENT 1

**PLAINTIFFS' CASE CAPTION LIST**

LISTED BELOW ARE ALL PARTIES TO THE COMPLAINT:

1. ISAAC ABEJCKER & HENRIETTE ABEJCKER V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
2. MARINA ALIX V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
3. PEDRO ALVAREZ & XIOMARA PEREZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
4. DOLORES BERMUDEZ & FRANCISCO BERMUDEZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
5. TERESA BETANCOURT & SERGIO BETANCOURT V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
6. CARMEN BONNELL V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
7. ZORAIDA COLLAZO & LUIS COLLAZO V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
8. BERTA CABALLERO & LEONARDO SANCHEZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
9. HAYDEE CARDENAS V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
10. LUZMILA CORNEJO, INDIVIDUALLY, AND CARLA CORNEJO, AS EXECUTOR OF ESTATE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
11. TERESA DOMINGUEZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
12. JUAN DUARTE & BELLENA DUARTE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
13. FIDEL ZABALA ESTRADA & CARMEN ESTRADA V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
14. ARSENIO FARINAS & JULIA DELARIVERA V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
15. ELIEZER FLORES INDIVIDUALLY AND YOLANA FLORES V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
16. MARIA GEMELIARIS & EMMANUEL GEMELIARES V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
17. DAMARIS GONZALEZ INDIVIDUALLY AND DAMARIS, AS SURVIVING SPOUSE AND EXECUTOR OF HIS ESTATE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
18. ANTONIO GUITERREZ VALDEZ AND GRISEL GUITERREZ VALDEZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,

**ATTACHMENT 2**

19. LEONIDES HIDALGO V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
20. GAYLON ISAAKS & IRENE ISAAKS V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
21. SUSAN JENNE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
22. BERNARDO MALDONADO AND ANAHIDA SOSTINE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
23. TATIANA MARTINEZ-HERNANDEZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
24. AUREA MORALES V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
25. MARIA OLIVA V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
26. MARIA ORTEGA V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
27. MARINA PERALTA-ALVAREZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
28. LUIS PICHARDO-MAR AND PALMIRA PICHARDO V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
29. ANTONIO PIULATS & ELBA GONZALEZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
30. OLIMPIA RODRIGUEZ V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
31. GODOFREDO RONDON V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
32. CLAUDIO SANRIAGO V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
33. ROSARIO SANTIAGO V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
34. VICTOR SERA INDIVIDUALLY AND EDILMAL SERA AS SURVIVING SPOUSE AND EXECUTOR OF ESTATE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
35. NANCY SOLE V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
36. MERCEDES TAMAYO V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
37. JOSE VIANA AND MARIA EVIANA V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL,
38. JOSE ZOUAIN AND ADALGISA ZOUIAN V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL

**ATTACHMENT 2**