UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*L.B. Manus v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:18-cv-05946**

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes the Johnson Law Group for the Plaintiff and moves this Honorable Court for an order substituting Helen Manus, as the surviving spouse of L.B. Manus, deceased, for the following reasons:

I. On June 15, 2018, a Complaint was filed in the above referenced matter by L.B. Manus as the plaintiff.

II. On January 25, 2018, Plaintiff L.B. Manus passed away. Johnson Law Group learned of Plaintiff's passing after the filing of this lawsuit.

III. The decedent's surviving spouse, Helen Manus, is the Proper Plaintiff and wishes to be substituted on behalf of L.B. Manus in this case.

Wherefore, movant prays for said substitution.

Date: February 13, 2019

Respectfully submitted,

By: /s/ Kori Westbrook
Kori Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
kwestbrook@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kori Westbrook*
Attorney for Plaintiff