# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     )     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION     )
                                               )     SECTION L
                                               )
                                               )     JUDGE ELDON E. FALLON
                                               )
                                               )     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
***L.B. Manus v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:18-cv-05946**

## ORDER TO SUBSTITUTE PARTY

      Considering the foregoing Motion to Substitute:

      IT IS HERBY ORDERED, ADJUDGED AND DECREED that Helen Manus, is named

the surviving spouse of L.B. Manus, deceased, and shall be substituted as the proper party plaintiff,

herein.

      Signed New Orleans, Louisiana this _____ day of _____, 2019.


      Date: February 13, 2019


                                     Respectfully submitted,

                                     By:  /s/ Kori Westbrook
                                   Kori Westbrook
                                   JOHNSON LAW GROUP
                                   2925 Richmond Avenue, Suite 1700
                                   Houston, Texas 77098
                                   (713) 626-9336
                                   (713) 583-9460 (facsimile)
                                   kwestbrook@johnsonlawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kori Westbrook*
Attorney for Plaintiff