UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**         **JURY TRIAL DEMANDED**

RANDALL RAGER
CIVIL ACTION NO. 2:16-cv-12901

## OPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Matthew R. McCarley as counsel of record and moves on behalf of Fears Nachawati, PLLC, to withdraw from the representation of Plaintiff, Randall Rager. In support of this motion, the undersigned states as follows:

1. Plaintiff's Counsel has made numerous attempts at communication with Plaintiff without response and left several voicemails stating that Counsel will drop the case unless Plaintiff communicates with Counsel.

2. Plaintiff's Counsel sent Plaintiff a letter to Plaintiff's last known address stating that Counsel will not continue to work on the claim without hearing from Plaintiff, to which Plaintiff did not respond.

3. To date, there has been no communication between counsel and Plaintiff. As a result, good cause exists for filing the present Motion.

4. Plaintiff's last known mailing address and last known telephone are listed below.

   Randall Rager
   125 Ravine Street, Apt. 401
   Mingo Junction, Ohio  43938
   (740) 457-6974

5. Written notice of the filing of this Motion and proposed Order will be sent to the Plaintiff at the address below via Certified Mail Return Receipt Requested 7018 2290 0000 5687 4061:

   Randall Rager
   125 Ravine Street, Apt. 401
   Mingo Junction, Ohio  43938
   (740) 457-6974

WHEREFORE, the undersigned respectfully requests on behalf of Fears Nachawati, PLLC, that the Court grant its motion to withdraw as counsel of record in this matter.

Dated: February 13, 2019

                                        Respectfully submitted,


                                        /s/ *Matthew R. McCarley*
                                        Matthew R. McCarley
                                        Fears Nachawati, PLLC
                                        Texas State Bar No. 24041426
                                        5473 Blair Road
                                        Dallas, TX  75231
                                        Phone: (972)402-5746
                                        Fax: (972) 559-0587
                                        mccarley@fnlawfirm.com

                                        **ATTORNEYS FOR PLAINTIFF
                                        RANDALL RAGER**

## CERTIFICATE OF SERVICE

This is to certify that on February 13, 2019, I transmitted the foregoing Motion to Withdraw to the Clerk of the Court using the ECF System for filing and transmittal Notice of Electronic Filing to all EFC registrants and a copy of same has been sent via Certified Mail, Return Receipt Requested to plaintiff at the following address:

**CM/RRR #** 7018 2290 0000 5687 4061:
Randall Rager
125 Ravine Street, Apt 401
Mingo Junction, Ohio 43938

/s/ *Matthew R. McCarley*
Matthew R. McCarley