UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**         **JURY TRIAL DEMANDED**

RANDALL RAGER
CIVIL ACTION NO. 2:16-cv-12901

## PROPOSED ORDER FOR PLAINTIFF'S
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

On _____, the Court considered Plaintiff's Motion to Withdraw as Counsel of Record and after reviewing the Motion, the Court finds that good cause exists for terminating the attorney-client relationship. Is it therefore ordered that Plaintiff's Motion should be GRANTED and Plaintiff is withdrawn as counsel of records in this matter.

SIGNED on _____, 2019

_____
MAGISTRATE JUDGE NORTH