UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court finds that the PSC is appropriately discharging all of its functions as established by Pretrial Order #7. Accordingly,

**IT IS ORDERED** that the members of the PSC are hereby reappointed for a term of one year from the date of this Order. The conditions and nature of this reappointment are governed by Pretrial Order #7.

New Orleans, Louisiana this 13th day of February, 2019.

_____
United States District Judge