UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Sarajo Mosier v. Janssen Research & Development LLC, et al*, **17-3856**

## ORDER

In July 2018, the parties stipulated and agreed that the above case would be dismissed. R. Doc. 10273. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to dismiss without prejudice, R. Doc. 9931, is **DENIED AS MOOT.**

New Orleans, Louisiana this 13th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE