UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ********************************************* | * | |

**THIS DOCUMENT RELATES TO:**
*Kathy Pendergraft v. Janssen Pharmaceuticals, Inc., et al.,* 17-cv-1389

## ORDER

In October 2018, the parties stipulated and agreed that the above case would be dismissed with prejudice. R. Doc. 10457.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for an extension of time to submit plaintiff fact sheet, R. Doc. 9912, is **DISMISSED AS MOOT.**

New Orleans, Louisiana this 13th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE