UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Gerald Lewis on behalf of the Estate of Lizzie Lewis v. Janssen Research & Development LLC, et al*, 16-10508

### ORDER

On November 2, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Provide Medical Record Authorizations Pursuant to PTO 13. R. Doc. 11464. For the reasons set forth on the record by the Court at the Show Cause Hearing on Defendants' Motion on November 19, 2018, this case was dismissed with prejudice. R. Doc. 12189. Accordingly,

**IT IS ORDERED** that Plaintiff's Attorney Russel T. Abney's Motion to Withdraw as Counsel, R. Doc. 10015, is **DENIED AS MOOT.**

New Orleans, Louisiana this 13th day of February, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE