UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*David Hagin v. Janssen Research & Development LLC, et al*, **18-300**

# ORDER

On September 4, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheet Deficiencies. R. Doc. 10824. For the reasons set forth at the Show Cause Hearing held on September 18, 2018, this case was dismissed with prejudice. R. Doc. 11415. Accordingly,

**IT IS ORDERED** that Plaintiff's Attorney Kenneth Stern's motion to withdraw as counsel of record, R. Doc. 10157, is **DENIED AS MOOT.**

New Orleans, Louisiana this 13th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE