UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Arthur K. McDonald v. Janssen Research & Development LLC, et al*, **18-cv-00590**

# ORDER

On August 23, 2018, the parties stipulated and agreed to dismiss Plaintiff Arthur K. McDonald's claims in this action, Civil Action No. 18-cv-00590 only, with prejudice against all Defendants, without affecting the lawsuit filed by Arthur K. McDonald bearing Civil Action No. 17-cv-04622. R. Doc. 10609. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to dismiss without prejudice, R. Doc. 10164, is **DENIED AS MOOT.**

New Orleans, Louisiana this 13th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE