UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO:**
*Stacey Holder v. Janssen Research & Development LLC, et al*, **17-cv-17428**

## ORDER

For the reasons set forth at the Show Cause Hearing held on September 18, 2018, this case was dismissed with prejudice for failure to resolve Plaintiff Fact Sheet deficiencies. R. Doc. 11415. Accordingly,

**IT IS ORDERED** that Plaintiff's Attorney's motion to withdraw as counsel of record, R. Doc. 10321, is **DENIED AS MOOT.**

New Orleans, Louisiana this 13th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE