UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Joseph Menard v. Janssen Research & Development LLC, et al*, **18-cv-04191**

## ORDER

This case was voluntarily dismissed with prejudice. R. Doc. 11813. Accordingly,

**IT IS ORDERED** that Plaintiff's attorney's motion to withdraw as counsel of record, R. Doc. 10473, is **DENIED AS MOOT.**

New Orleans, Louisiana this 13th day of February, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE