UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Rodney Rice v. Janssen Research & Development LLC, et al*, **18-cv-01675**

## ORDER

This case was voluntarily dismissed with prejudice. R. Doc. 11814. Accordingly,

**IT IS ORDERED** that Plaintiff's attorney's motion to withdraw as counsel of record, R. Doc. 10474, is **DENIED AS MOOT.**

New Orleans, Louisiana this 13th day of February, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE