# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| *HEIDI RORICK-EVANS, individually and as successor-in-interest of TERRENCE HOWARD EVANS, deceased,* **Civil Action No. 2:16-cv-16699** | |

## ORDER

**IT IS HEREBY ORDERED** THAT Plaintiff Heidi Rorick-Evan's ("Plaintiff") unopposed Motion for Leave to File a First Amended Complaint is **GRANTED**.

New Orleans, Louisiana, this 13th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE