## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO<br>Teresa Narducci obo Mary Lou Adams, deceased,<br>Civil Action No. 2:19-cv-00653 | : : : : | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Teresa Narducci obo Mary Lou Adams, deceased, and pursuant to PTO 29 and Fed. R. Civ. P. 41(a)(1), hereby dismisses her case against all Defendants without prejudice. Attached is Plaintiff's counsel's certificate that this Notice of Voluntary Dismissal Without Prejudice been filed less than thirty (30) days from the date the case was docketed in the MDL, no individual answer has been filed by any Defendant in the matter, and the filing fee has been paid for this severed civil action.

Dated: February 13, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　/s/ Bradley D. Honnold
　　　　　　　　　　　　　　　　　　　Bradley D. Honnold
　　　　　　　　　　　　　　　　　　　(MO Bar #39818)
　　　　　　　　　　　　　　　　　　　Goza & Honnold, LLC
　　　　　　　　　　　　　　　　　　　9500 Nall Ave. Suite 400
　　　　　　　　　　　　　　　　　　　Overland Park, KS 66207
　　　　　　　　　　　　　　　　　　　Telephone: (913) 451-3433
　　　　　　　　　　　　　　　　　　　Fax: (913) 839-0567
　　　　　　　　　　　　　　　　　　　bhonnold@gohonlaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          /s/ Bradley D. Honnold

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO<br>Teresa Narducci obo Mary Lou Adams, deceased,<br>Civil Action No. 2:19-cv-00651 | : : : | |

**CERTIFICATION OF BRADLEY D. HONNOLD**

      I hereby certify that pursuant to Pre-Trial Order (PTO) 29, this matter was filed on January 29, 2019. I further certify that this Notice of Voluntary Dismissal Without Prejudice been filed less than thirty (30) days from the date the case was docketed in the MDL, no individual answer has been filed by any Defendant in the matter, and the filing fee was paid on January 29, 2019 for this civil action as required by PTO No. 11B (2).

Dated: February 13, 2019                      Respectfully submitted,

                                         By:   /s/ Bradley D. Honnold
                                                    Bradley D. Honnold
                                                    (MO Bar #39818)
                                                    GOZA & HONNOLD, LLC
                                                    9500 Nall Ave. Suite 400
                                                    Overland Park, KS 66207
                                                    Telephone:  913.341.3433
                                                    Fax: 913.839.0567
                                                    bhonold@gohonlaw.com

                                                    *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              /s/ Bradley D. Honnold