UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE MICHAEL NORTH |
| _____ ) | |

**This Document Relates to:**

*Ebony Thomas v. Janssen Research & Development, LLC et al; LAED USDC No.:2:18-cv-03023*

## PLAINTIFF'S NOTICE OF SERVICE

Plaintiff hereby gives notice that on March 30, 2018, service was effectuated on Defendant, Bayer Pharma AG, by sending a copy of the Complaint and Summons through registered mail and electronic mail to xareltocomplaints@babc.com, as instructed in Pre-Trial Order No. 10.

Dated: February 14, 2019            Respectfully submitted,

TIM FARRIS LAW FIRM PLLC

/s/ Timothy M. Farris
6645 U.S. Highway 98W, Ste 3
Hattiesburg, MS 39402
(601)296-1082
Email: tim@timfarrislaw.com
*Attorney for Plaintiff*