UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO.2592 |
| | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE MICHAEL NORTH |
| | ) | |

**This Document Relates to:**

*Ebony Thomas v. Janssen Research & Development, LLC et al; LAED USDC No.:2:18-cv-03023*

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I electronically filed the Plaintiffs Notice of Service (Dk# 12536) with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system.

/s/ Timothy M. Farris