UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO.2592 |
| | ) | |
| | ) | SECTION  L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE MICHAEL NORTH |
| _____ | ) | |

**This Document Relates to:**
*Walley C. Wesley, Deceased, by and through Evelyn W. Wesley v. Janssen Research & Development, LLC et al; LAED USDC No.:2:18-cv-04574*

### PLAINTIFF'S NOTICE OF SERVICE

Plaintiff hereby gives notice that on May7, 2018, service was effectuated on Defendant, Bayer Pharma AG, by sending a copy of the Complaint and Summons through registered mail and electronic mail to xareltocomplaints@babc.com, as instructed in Pre-Trial Order No. 10.

Dated: February 14, 2019            Respectfully submitted,

TIM FARRIS LAW FIRM PLLC

/s/ Timothy M. Farris
6645 U.S. Highway 98W, Ste 3
Hattiesburg, MS 39402
(601)296-1082
Email: tim@timfarrislaw.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, I electronically filed the Plaintiffs Notice of Service with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system.

/s/ Timothy M. Farris