UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO PLAINTIFF: | SECTION "L" |
| | JUDGE ELDON E. FALLON |
| Bobby Tahpay v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al<br>Civil Action No.: 2:18-cv-06524 | MAGISTRATE JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Sandra Tahpay, surviving spouse of Bobby Tahpay, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the death of Bobby Tahpay.

A Notice/Suggestion of Death was filed in the MDL on January 8, 2019 (Doc. #12245).

Dated: February 14, 2019

**RESPECTFULLY SUBMITTED,**

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**

## CERTIFICATION OF SERVICE

      I hereby certify that on February 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

                                      **Kirkendall Dwyer, LLP**

                                      */s/ Alexander Dwyer*
                                      Alexander Dwyer
                                      Texas Bar No. 24054271
                                      Andrew F. Kirkendall
                                      Texas Bar No. 24050882
                                      adwyer@kirkendalldwyer.com
                                      akirkendall@kirkendalldwyer.com
                                      Kirkendall Dwyer, LLP
                                      440 Louisiana Street, Suite 1901
                                      Houston, TX 77002
                                      Tel: (713) 529-3529
                                      Fax: (713) 495-2331

                                      **Attorney For Plaintiff**