UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Bobby Tahpay v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al** <br> **Civil Action No.: 2:18-cv-06524** | **MAGISTRATE JUDGE NORTH** |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Bobby Tahpay Doc. ____, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Sandra Tahpay, as surviving spouse, is substituted for Plaintiff Bobby Tahpay as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on January 8, 2019 (Doc. 12245).

New Orleans, Louisiana this ___ day of _____, 2019.

_____
United States District Judge