# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Albertson v. Janssen Research & Development, LLC, et al., 16-6424*
*Anderson o/b/o Catherine Anderson v. Janssen Research & Development, LLC, et al., 16-11756*
*Angelo, et al.,v. Janssen Research & Development, LLC, et al., 16-11763*
*Brougher v. Janssen Research & Development, LLC, et al., 16-11766*
*Cartwright v. Janssen Research & Development, LLC, et al., 16-11768*
*Ciulla v. Janssen Research & Development, LLC, et al., 16-11773*
*Day v. Janssen Research & Development, LLC, et al., 16-11786*
*Galvin, et al. v. Janssen Research & Development, LLC, et al., 16-11788*
*Halloran v. Janssen Research & Development, LLC, et al., 16-11791*
*Hicks o/b/o Jonas Lee Hicks v. Janssen Research & Development, LLC, et al., 16-11792*
*Holden v. Janssen Research & Development, LLC, et al., 16-11795*
*Hughes v. Janssen Research & Development, LLC, et al., 16-11806*
*Hughes, et al. v. Janssen Research & Development, LLC, et al., 16-11816*
*Hutt v. Janssen Research & Development, LLC, et al, 16-11821*
*Jackman v. Janssen Research & Development, LLC, et al., 16-11823*
*Lane, et al. v. Janssen Research & Development, LLC, et al., 16-11825*
*Lester v. Janssen Research & Development, LLC, et al., 16-11828*
*Mauser o/b/o June Mauser v. Janssen Research & Development, LLC, et al., 16-11833*
*Middleton o/b/o Kay Middleton v. Janssen Research & Development, LLC, et al., 16-11889*
*Morin, et al. v. Janssen Research & Development, LLC, et al., 16-11893*
*Parker v. Janssen Research & Development, LLC, et al., 16-11904*
*Ratliff o/b/o Jean Brent v. Janssen Research & Development, LLC, et al., 16-11913*
*Thomson o/b/o Robert Thomson v. Janssen Research & Development, LLC, et al., 16-11914*
*Webb v. Janssen Research & Development, LLC, et al., 16-11916*
*Williams v. Janssen Research & Development, LLC, et al., 16-11923*
*Wong, et al. v. Janssen Research & Development, LLC, et al., 16-11929*

## ORDER FOR PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS

THIS MATTER, having come before the Court on Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants through the streamlined process as set forth in this Court's Pre-Trial Order No. 10 is hereby GRANTED. Plaintiffs shall have an additional thirty (30) days within which to serve process on Defendants from the date of this order.

New Orleans, Louisiana, this 14th day of February, 2019.

Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE