UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MCL No. 2592 ) Civil Action No. 2:17-cv-17305 ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. MICHAEL NORTH |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR ISSUANCE OF SUMMONS**

IT IS HEREBY ORDERED that Plaintiff in the matter of Case 2:17-cv-17305, Terrance Carrington, is permitted to file an Amended Complaint, and that Summons shall forthwith be issued in connection therewith.

_____
UNITED STATES DISTRICT COURT JUDGE

1