UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Civil Action No.: 2:18-CV-04336 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| LINDA GIFFIN-SCANLON, <br><br>            Plaintiff, <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC, etc., et al. <br><br>            Defendants. | |

### NOTICE OF SERVICE

Counsel for Plaintiff, Linda Giffin-Scanlon, hereby gives notice of service of Summons and Complaint upon Defendant, Bayer Pharma AG by electronic and registered mail to the following:

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

xareltocomplaints@babc.com

Dated: February 18, 2019                           Respectfully submitted,

                                                   SCANLON & ELLIOTT

                                                   */s/Lawrence J. Scanlon*
                                                   Lawrence J. Scanlon (Ohio 0016763)
                                                   57 South Broadway St., 3rd Floor
                                                   Akron, Ohio 44308
                                                   Phone: (330) 376-1440
                                                   Fax: (330) 376-0257
                                                   LJScanlon@scanlon.law
                                                   *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

This document has been filed electronically with the Court on February 18, 2019. Notice of this filing will be sent to all counsel through the Court's Electronic Filing System. Parties can access this document through the Court's system.

In addition, a copy has been sent by electronic and registered mail to the following:

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

*xareltocomplaints@babc.com*


                                                        */s/Lawrence J. Scanlon*
                                                   Lawrence J. Scanlon (Ohio 0016763)