UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Randall Rager v. Janssen Research & Development LLC, et al; 2:16-cv-12901* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET AND PARTICIPATE IN DISCOVERY PURSUANT TO CMO 6**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why Randall Rager's action should not be dismissed with prejudice for failure to participate in discovery and failure to correct Plaintiff Fact Sheet ("PFS") deficiencies and serve a fully complete and updated PFS in accordance with Case Management Order ("CMO") 6 and Pretrial Order ("PTO") 13.

This is a CMO 6 Wave 1 case that was randomly selected on April 30, 2018. Pursuant to CMO 6, Plaintiff was required to update the PFS and "complete all sections" of the fact sheet by May 30, 2018. *See* CMO 6 ¶ 5(a) and PTO 13. This deadline was more than 250 days ago, but to date, a complete and verified PFS has not been submitted.

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

Plaintiff submitted an amended but incomplete PFS on June 15, 2018. Defendants notified Plaintiff of the deficiencies in this PFS on June 19, 2018. Another amended PFS was submitted on October 8, 2018, but it was not accompanied by a new declaration verifying the truth and accuracy of the PFS, as required by PTO 13. *See* PTO 13 ¶ 3. Instead, Plaintiff submitted a photocopy of a declaration previously submitted in this case.

Defendants first notified Plaintiff of this deficiency on October 8, and again on November 30, 2018, and requested that Plaintiff cure the deficiency within 20 days. More than 125 days have passed since this first notice, but to date, Plaintiff has not submitted a new declaration verifying the truth and accuracy of the statements in his amended PFS. In the interim, Defendants' counsel met and conferred with Plaintiff's counsel in an attempt to cure this deficiency. On February 6, 2019, Plaintiff's counsel advised that their efforts to communicate with Plaintiff have been unsuccessful and that Plaintiff has become non-responsive.

The delay in curing the PFS deficiency is unwarranted. If Plaintiff is not willing to pursue this case and participate in discovery pursuant to CMO 6 and PTO 13, the case cannot proceed and should be dismissed <u>with</u> prejudice.

Thus, Plaintiff Randall Rager should be ordered to show cause at 9:00 a.m. on March 12, 2019, before the Court as to why his case should not be dismissed with prejudice

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: <u>/s/Andrew Solow</u>
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*


**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*

    Kim E. Moore
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    kmoore@irwinllc.com

    *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
    John F. Olinde
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

    *Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 19, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ Kim E. Moore*
        **Kim E. Moore**