**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Shirley Johnson v. Janssen Research &* | : | |
| *Development LLC, et al; 2:15-cv-06585* | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

**DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE AS TO WHY
PLAINTIFF'S CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO
SERVE AN UPDATED PLAINTIFF FACT SHEET AND MEDICAL RECORD
AUTHORIZATIONS PURSUANT TO CMO 6 AND PTO 13 AND LACK OF CAPACITY
TO PROCEED WITH THE CASE**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen

Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

("Defendants")[1] respectfully request that this Court issue an Order to Show Cause at 9:00 a.m. on

the 12th day of March, 2019, before the Honorable Eldon E. Fallon, United States District Court

for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, as to why

Shirley Johnson's case should not be dismissed with prejudice for failure to correct Plaintiff Fact

Sheet ("PFS") deficiencies and serve a fully complete and updated PFS and medical record

authorizations in accordance with Case Management Order 6 and Pretrial Order 13 and for lack of

capacity to proceed with the case.

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

Respectfully submitted,


**ARNOLD & PORTER KAYE
SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC
Janssen Ortho LLC and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*

> Kim E. Moore
> 400 Poydras Street
> Suite 2700
> New Orleans, LA 70130
> Telephone: (504) 310-2100
> Facsimile:  (504) 310-2120
> kmoore@irwinllc.com
>
> *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
> John F. Olinde
> 1100 Poydras Street
> Suite 2300
> New Orleans, LA 70163
> Telephone: (504) 585-7241
> Facsimile: (504) 544-6084
> olinde@chaffe.com
>
> *Defendants' Co-Liaison Counsel*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 19, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**