UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| This Document Relates to LARRY FLECK, | * * * | |
| Civ. No. 2:17-cv-09147 | * * * | SECTION L |
| | * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF DR. DAVID TSCHOPP

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned attorneys, will take the deposition upon oral examination of David Tschopp, M.D. on **Friday, March 01, 2019**, commencing at **8:00 a.m. CT** at the **Heart Hospital of Austin, 3801 North Lamar Boulevard, Austin, TX 78756**.

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control.

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

February 19, 2019

                                  Respectfully submitted,

                                  */s/ Kori L. Westbrook*
                                  Kori L. Westbrook
                                  The Johnson Law Group
                                  2925 Richmond Avenue
                                  Suite 1700
                                  Houston, TX 77098
                                  (713) 626-9336
                                  kwestbrook@johnsonlawgroup.com

                                  *Attorney for Plaintiff Larry Fleck*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 19th of February, 2019 the foregoing was served electronically to the following:

  David Tschopp, M.D.
  Heart Hospital of Austin
  3801 N Lamar Blvd.
  Austin, TX 78756

  Scott C. Barney
  Chaffe McCall L.L.P
  Two Liberty Place
  8550 United Plaza Blvd.
  Baton Rouge, LA 70809
  Barney@chaffe.com

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

  Brian H. Barr
  LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.

  bbarr@levinlaw.com

  *Plaintiffs' Co-Lead Counsel*


  Andy D. Birchfield, Jr.
  BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

  Andy.Birchfield@BeasleyAllen.com

  *Plaintiffs' Co-Lead Counsel*


  Gerald E. Meunier
  GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC

  gmeunier@gainsben.com

  *Plaintiffs' Co-Lead Counsel*


  Leonard A. Davis
  HERMAN HERMAN & KATZ LLC

  ldavis@hhklawfirm.com

  *Plaintiffs' Co-Lead Counsel*

  Andrew K. Solow
  ARNOLD & PORTER LLP

andrew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

By: */s/ Kori Westbrook*

## EXHIBIT A - DOCUMENT REQUESTS

I. **Definitions**

    a. "You" and "your" as used in these Requests means the deponent and the deponent's practice group, employees, nurses, administrative staff, and all other persons acting under the deponent's direction or supervision.

    b. The "Plaintiff" as used in these Requests means Larry Fleck.

    c. The "Defendants" as used in these Requests means Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson and Johnson, Bayer Corporation, Bayer HealthCare AG, Bayer AG, Bayer HealthCare Pharmaceuticals, Inc., Bayer Pharma AG, and any of their sales representatives, agents, contractors, attorneys, officers or employees.

II. **Document Requests**

1. A copy of your current Curriculum Vitae and/or resume;

2. A complete copy of your medical records and patient file for Plaintiff, Larry Fleck;

3. All Xarelto-related communications, including emails, memoranda, and/or letters (including "Dear Doctor" letters) that you or, your office received from (or, sent to) any of the Defendants or their sales representatives, attorneys, officers or employees;

4. All Xarelto-related brochures, guides, patient-education materials, tear sheets, slides, handouts, CME program materials, videos, medical articles/publications, or promotional items that you or, your office received from any of the Defendants or their sales representatives, speakers, contractors, officers or employees;

5. A copy of any Xarelto-related brochures, handouts, medication guides, patient education materials, product labels, tear-sheets, or promotional items that you provided Plaintiff, Larry Fleck, and/or any patient that you have prescribed Xarelto for in you practice.

6. All documents pertaining to any Xarelto-related training, consulting, research, writing, or speaking activities that you performed (or agreed to perform) for any of the Defendants or their sales representatives, agents, attorneys, contractors, officers or employees (including any payments or reimbursements for same); and,

7. A copy of any logs, records or other documents that reflect or identify any Xarelto samples that you or another medical provider or staff member in your office provided Plaintiff.