UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592 SECTION "L" JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Shirley Gramigna* *Civil Action No. 2:16-cv-15475* | | |

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiff hereby moves the Court for an order substituting Mario Gramigna, on behalf of deceased Plaintiff Shirley Gramigna.

Shirley Gramigna filed a products liability action against Defendants on October 13, 2016, captioned *Shirley Gramigna v, Janssen Research & Development, LLC, et. al., Civil Action No. 2:16-cv-15475*. Counsel was thereafter informed that Shirley Gramigna had passed away. Mario Gramigna is deceased Plaintiff's surviving spouse. A Notice and Suggestion of Death was filed February 20, 2019.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A Motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Mario Gramigna products liability action against Defendants survived her death and was not extinguished. Mario Gramigna, the decedent's surviving spouse, is the proper party to substitute for Shirley Gramigna, and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an Order granting this Motion to Substitute.

February 20, 2019                    Respectfully submitted,

/s/ *David L. Friend*
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member case.

/s/ *David L. Friend*
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS