UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592 SECTION "L" JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Shirley Gramigna* *Civil Action No. 2:16-cv-15475* | | |
| ------------------------------------------------------------- | | |

## ORDER

IT IS ORDERED that the Motion for Substitution of Mario Gramigna, the surviving spouse of Shirley Gramigna, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge