IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  *  MDL NO. 2592  * |
| THIS DOCUMENT RELATES TO: *James Embry* 2:15-cv-03518 | *  SECTION L  *  *  JUDGE ELDON E. FALLON  *  *  MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Bayer HealthCare LLC, and Bayer Corporation (collectively, "Defendants") will bring for hearing the accompanying Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternatively for Plaintiff's Failure to Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6 and for Lack of Capacity to Proceed on Behalf of Deceased Plaintiff at 9:00 a.m. on the 12th day of March, 2019, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

**DRINKER BIDDLE & REATH LLP**
By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson

1

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ *Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG

**CHAFFE McCALL L.L.P.**
By: /s/ *John F. Olinde*
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Co-Liaison Counsel for Defendants

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ *Kim E. Moore*
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Co-Liaison Counsel for Defendants

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Michael P. McGartland, Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

               /s/ *John F. Olinde*