UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***   *

**THIS DOCUMENT RELATES TO:**
*Mostafa Chaouch and Galia Walish*, No. 2:15-cv-05152
*Robert Irving Noa and Genevieve Noa*, No. 2:15-cv-05674
*Paul Brouker and Marlene Brouker*, No. 2:18-cv-0467
*Rodney Wilbur and Olive Kay Wlibur*, No. 2:16-cv-06498
*Robert Parsons*, No. 2:16-cv-9252
*Carol Borschel and James Borschel*, No. 2:16-cv-07726
*Lori Sears*, No. 2:16-cv-11506
*Gisele Huard*, No. 2:16-13374
*Joshua Sumpter individually and as Expected Personal Representative of the Estate of Smidel Karen Estes*, No. 2:17-cv-07961

## ORDER

Considering the motion to withdraw Jotham R. Kinder as attorney, R. Doc. 10884, **IT IS ORDERED** that the motion is granted. Marilyn T. McGoldrick will remain as counsel for Plaintiffs in the above referenced cases.

New Orleans, Louisiana, this 14th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE