UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Peggy Rigney v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01907

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12508, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Leola Thompson, surviving daughter of Peggy Rigney, is substituted for Plaintiff Peggy Rigney as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE