UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary Jo Gibson v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01881

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12509, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Charles Shackleford, surviving son of Mary Jo Gibson, is substituted for Plaintiff Mary Jo Gibson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE