**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Ralph Anderson v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-06288

<u>**ORDER**</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 12513, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Johnnie Mae Anderson, surviving spouse of Ralph

Anderson, is substituted for Plaintiff Ralph Anderson as the proper party plaintiff in the above

captioned case.

New Orleans, Louisiana, this 14th day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE