UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Fatlinsky v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-06159

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12515, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Raymond Fatlinsky, surviving child of Martha Fatlinsky, is substituted for Plaintiff Martha Fatlinsky as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE