UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO | | |
| *Lee Robert v. Janssen Research & Development LLC, et al; 2:16-cv-14887* | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

## ORDER

On July 24, 2018, Plaintiff's Counsel filed an Opposed Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert. [Rec. Doc. 10271]. On September 5, 2018, Defendants filed a Motion to Dismiss Plaintiff's Complaint as Potential Alternative Relief to Motion to Withdraw as Counsel of Record for Plaintiff Lee Robert. [Rec. Doc. 10802]. On November 2, 2018, Defendants filed a Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternative Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Process On Defendant Bayer HealthCare LLC. [Rec. Doc. 11445]. For the reasons set forth on the Record at the Hearing on all of the aforementioned motions held on November 19, 2018, Plaintiff was given until December 12, 2018 to cure the deficiencies in his Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6. The December 12, 2018 hearing was then rescheduled to January 23, 2019. [Rec. Doc. 12020]. For the reasons set forth on the record by the Court at the Show Cause Hearing held on January 23, 2019, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 19th day of February, 2019.

                                                  United States District Judge