UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW : JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH
:

## ORDER

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve A Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11767]. On November 26, 2018, the Court entered an Order to Show Cause Setting the Hearing on Defendants' Motion for December 12, 2018. [Rec. Doc. 11811]. This hearing was rescheduled for January 23, 2019 pursuant to an Amended Order entered on December 11, 2018. [Rec. Doc. 12025]. For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing, the following cases are dismissed with prejudice:

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 1. | 2:17-cv-15448 | 24464 | ANGLIN BECKFORD, CAROL | Simmons Hanly Conroy | Random Selection |
| 2. | 2:16-cv-00114 | 3309 | BAIRD, CECELIA | The Driscoll Firm | Random Selection |
| 3. | 2:15-cv-05065 | 4841 | BARNEY, DANIEL W | Chaffin Luhana LLP | Random Selection |
| 4. | 2:16-cv-12275 | 14717 | DIAZ-MALDONADO, BERNARDO | The Michael Brady Lynch Law Firm | Random Selection |
| 5. | 2:16-cv-07448 | 3368 | DICHIARO, ANTHONY | The Driscoll Firm | Random Selection |
| 6. | 2:15-cv-1574 | 1216 | HALL, MATTIE | Salim-Beasley, LLC | Defense Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 7. | 2:17-cv-5592 | 20253 | HAMPSHIRE, RENEE | Salim-Beasley, LLC | Defense Selection |
| 8. | 2:17-cv-1423 | 20617 | HATTEN, JOHN D | Beasley Allen | Defense Selection |
| 9. | 2:16-cv-8267 | 11505 | HUNT, JERRY | Monsour Law Firm | Defense Selection |
| 10. | 2:16-cv-13214 | 14969 | JOHNSON, LACY | Bachus & Schanker, LLC | Random Selection |
| 11. | 2:17-cv-17849 | 25210 | KAYLOR, KATHLEEN MARIE | Beasley Allen | Defense Selection |
| 12. | 2:16-cv-12973 | 15671 | LYONS, WILLIAM | The Benton Law Firm | Plaintiff Selection |
| 13. | 2:15-cv-04989 | 4989 | MALLETTE, GRACE | Morgan & Morgan | Random Selection |
| 14. | 2:16-cv-12825 | 13462 | MESSINA, CYNTHIA | The Mulligan Law Firm | Random Selection |
| 15. | 2:17-cv-00086 | 18230 | MICHAEL, DAVID | Morgan & Morgan | Random Selection |
| 16. | 2:15-cv-01190 | 1223 | MOSHCHINSKY, MIRA | Salim-Beasley, LLC | Defense Selection |
| 17. | 2:17-cv-05574 | 21887 | PARKINS, WILLIAM | The Michael Brady Lynch Law Firm | Random Selection |
| 18. | 2:17-cv-09333 | 21489 | ROSE, PAUL | Forman Law Offices | Random Selection |
| 19. | 2:16-cv-10621 | 11279 | STRAND, RICHARD | Ferrer, Poirot & Wansbrough | Defense Selection |
| 20. | 2:16-cv-08191 | 3561 | WANAT, VIRGINIA | The Driscoll Firm | Random Selection |
| 21. | 2:15-cv-02265 | 2299 | WILSON, JOHN H | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Defense Selection |
| 22. | 2:16-cv-14661 | 15926 | WRIGHT, RONALD | The Michael Brady Lynch Law Firm | Defense Selection |

3

New Orleans, Louisiana, on this 19th day of February, 2019.

                                                               Judge Eldon E. Fallon
                                                               United States District Court Judge