UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>THE CASES LISTED BELOW | | |

## ORDER

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve A Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11767]. On November 26, 2018, the Court entered an Order to Show Cause Setting the Hearing on Defendants' Motion for December 12, 2018. [Rec. Doc. 11811]. This hearing was rescheduled for January 23, 2019 pursuant to an Amended Order entered on December 11, 2018. [Rec. Doc. 12025]. Prior to the January 23, 2019 Show Cause Hearing, the following Plaintiffs agreed to dismiss their cases with prejudice. As set forth on the record at the January 23, 2019 Show Cause Hearing, these cases are dismissed with prejudice.

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 1. | 2:16-cv-04480 | 15071 | BLAKEY, RAYMOND L | Slater Slater Schulman LLP | Defense Selection |
| 2. | 2:16-cv-13668 | 11997 | COLEMAN, DORIS | Cory Watson | Random Selection |
| 3. | 2:16-cv-02259 | 8827 | DEUSTCH, JUDITH | Law Offices of Charles H. Johnson, P.A. | Random Selection |
| 4. | 2:16-cv-12581 | 12495 | FERGUSON, BETTIE | Heninger Garrison Davis, LLC | Defense Selection |
| 5. | 2:14-cv-2862 | 1310 | GRIGGS, HARRY (CHARLES GRIGGS) | Douglas & London | Defense Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 6. | 2:18-cv-87 | 25229 | HALLER, JUNIOR | Kirkendall Dwyer LLP | Defense Selection |
| 7. | 2:16-cv-02819 | 9553 | HASSELQUIST, PHILIP M | Law Offices of Charles H. Johnson, P.A. | Plaintiff Selection |
| 8. | 2:16-cv-00993 | 7289 | KOCH, DOUGLAS | Kirkendall Dwyer LLP | Random Selection |
| 9. | 2:16-cv-00184 | 6847 | MARTIN, GEORGIE | The Lanier Law Firm | Random Selection |
| 10. | 2:15-cv-03746 | 4521 | MILLS, BILLIE | Heninger Garrison Davis, LLC | Defense Selection |
| 11. | 2:16-cv-02169 | 8342 | POWELL, ANNETTE | The Lanier Law Firm | Random Selection |
| 12. | 2:16-cv-04764 | 11719 | SALDIVAR, AURORA | Matthews & Associates | Random Selection |
| 13. | 2:16-cv-16886 | 17074 | VIRGA, OLA M | Huber, Slack, Thomas & Marcelle, LLP | Defense Selection |
| 14. | 2:16-cv-07602 | 14406 | WALCOTT, SONJA M | Stark & Stark | Random Selection |
| 15. | 2:17-cv-11849 | 24055 | WATKINS, FANNIE | Kirkendall Dwyer LLP | Defense Selection |
| 16. | 2:15-cv-03164 | 3982 | WILSON, PATTY J | Aylstock, Witkin, Kreis & Overholtz, PLLC | Random Selection |

New Orleans, Louisiana, on this 19th day of February, 2019

_____
Judge Eldon E. Fallon
United States District Court Judge