UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Jimmy Martin v. Janssen Research* | : | **JUDGE ELDON E. FALLON** |
| *& Development LLC, et al; 2:16-cv-00996* | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

## ORDER

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Failed to Serve A Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11767]. On November 26, 2018, the Court entered an Order to Show Cause Setting the Hearing on Defendants' Motion for December 12, 2018. [Rec. Doc. 11811]. This hearing was rescheduled for January 23, 2019 pursuant to an Amended Order entered on December 11, 2018. [Rec. Doc. 12025]. For the reasons set forth on the records at the January 23, 2019 Show Cause Hearing, Plaintiff was given ten days to submit a fully complete and updated Plaintiff Fact Sheet. A fully complete and updated Plaintiff Fact Sheet was not submitted by February 2, 2019, and this case is dismissed with prejudice.

New Orleans, Louisiana, on this 19th day of February, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge