UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION L |
| *Raymond Rodgers v. Janssen Research & Development LLC, et al; 2:16-cv-01758* | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Failed to Serve A Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11767]. On November 26, 2018, the Court entered an Order to Show Cause Setting the Hearing on Defendants' Motion for December 12, 2018. [Rec. Doc. 11811]. This hearing was rescheduled for January 23, 2019 pursuant to an Amended Order entered on December 11, 2018. [Rec. Doc. 12025]. Prior to the January 23, 2019 Show Cause Hearing, the parties jointly agreed to remove this case from the CMO 6 pool. This case may therefore proceed accordingly.

New Orleans, Louisiana, on this 19th day of February, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge