UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH
:

## ORDER

On November 20, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve A Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11767]. On November 26, 2018, the Court entered an Order to Show Cause Setting the Hearing on Defendants' Motion for December 12, 2018. [Rec. Doc. 11811]. This hearing was rescheduled for January 23, 2019 pursuant to an Amended Order entered on December 11, 2018. [Rec. Doc. 12025]. Prior to the January 23, 2019 Show Cause Hearing, the following Plaintiffs served an updated Plaintiff Fact Sheet pursuant to CMO 6. These actions may proceed accordingly:

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 1. | 2:17-cv-14453 | 24186 | ANDERSON, JANICE | Weitz & Luxenberg | Plaintiff Selection |
| 2. | 2:16-cv-13982 | 16756 | BLANKENSHIP, MICHAEL D | The Law Offices of Crandall & Katt | Random Selection |
| 3. | 2:17-cv-11641 | 2659 | CAIN, CINDY | Allen & Nolte, PLLC | Random Selection |
| 4. | 2:16-cv-04268 | 10419 | CARL, WILLIAM L | Ferrer, Poirot & Wansbrough | Plaintiff Selection |
| 5. | 2:17-cv-00332 | 16104 | COLVIN, ROGER D | Huber, Slack, Thomas & Marcelle, LLP | Defense Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 6. | 2:16-cv-07873 | 10600 | CONDRY, DARRELL | Ferrer, Poirot & Wansbrough | Random Selection |
| 7. | 2:16-cv-00130 | 7834 | CSOKA, LOUIS | Douglas & London | Plaintiff Selection |
| 8. | 2:16-cv-07765 | 12221 | DENNIS, CHARLES | Childers, Schlueter & Smith LLC | Defense Selection |
| 9. | 2:16-cv-13088 | 16079 | DEUNGER, JOANN | Ferrer, Poirot & Wansbrough | Random Selection |
| 10. | 2:15-cv-04769 | 4269 | EDWARDSON, ARTHUR | Beasley Allen | Random Selection |
| 11. | 2:15-cv-04769 | 4933 | HUNT, BIRDER | Avram Blair & Associates, P.C. | Plaintiff Selection |
| 12. | 2:16-cv-07812 | 12280 | MARTIN, WILLIAM | Childers, Schlueter & Smith LLC | Defense Selection |
| 13. | 2:17-cv-03245 | 21535 | MONGAN, SARA E | Heninger Garrison Davis, LLC | Defense Selection |
| 14. | 2:16-cv-08907 | 12564 | NEWSOM, GLENN | Weitz & Luxenberg | Plaintiff Selection |
| 15. | 2:15-cv-04306 | 3685 | ROSS, JIMMIE N | Hilliard Martinez Gonzales LLP | Defense Selection |
| 16. | 2:15-cv-05900 | 4658 | ROUSH, RANDALL V | Stark & Stark | Defense Selection |
| 17. | 2:16-cv-09298 | 13638 | RUTKOWSKI, JOLINE | Childers, Schlueter & Smith LLC | Defense Selection |
| 18. | 2:15-cv-02137 | 2567 | SCHWARTZ, DAVID | Weitz & Luxenberg | Random Selection |
| 19. | 2:15-cv-03855 | 3040 | SEWARD, ANNIE | Childers, Schlueter & Smith LLC | Defense Selection |
| 20. | 2:16-cv-00049 | 6751 | SHEPHERD, LORETTA | The Lanier Law Firm | Defense Selection |
| 21. | 2:16-cv-00445 | 6690 | SLADICK, ROBERT | Childers, Schlueter & Smith LLC | Defense Selection |
| 22. | 2:16-cv-09322 | 13755 | STURGILL, BILLIE LOU | Childers, Schlueter & Smith LLC | Random Selection |

| Count | Docket Number | Plaintiff ID | Plaintiff Name | Plaintiff Firm | Selection |
|---|---|---|---|---|---|
| 23. | 2:15-cv-01450 | 1822 | WATSON, JAMES A | Childers, Schlueter & Smith LLC | Defense Selection |
| 24. | 2:14-cv-02932 | 1749 | WEST, KIMBERLY | Childers, Schlueter & Smith LLC | Random Selection |
| 25. | 2:16-cv-02904 | 9610 | WILKINSON, ROSEMARY | The Lanier Law Firm | Random Selection |
| 26. | 2:17-cv-03692 | 20557 | WILSON, SALLY L | Grant & Eisenhofer | Random Selection |

New Orleans, Louisiana, on this 19th day of February 2019.

Judge Eldon E. Fallon
United States District Court Judge