UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| *Linda Lynch v. Janssen Research & Development LLC, et al; 2:16-cv-13330* | | |

**ORDER**

On August 15, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 10522].  The Court entered Defendants' Motion on August 22, 2018.  [Rec. Doc. 10591].  The Court re-set the hearing date for Defendants' Motion on August 28, 2018.  [Rec. Doc. 10648].  For the reasons set forth on the record at the Show Cause Hearing held on September 18, 2018, Plaintiff was given until November 19, 2018 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  [Rec. Doc. 11141].  For the reasons set forth on the record at the Show Cause Hearing held on November 19, 2018, Plaintiff was given until December 12, 2018 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  The December 12, 2018 hearing was then rescheduled to January 23, 2019.  [Rec. Doc. 12027].  Prior to the January 23, 2019 Show Cause Hearing, Plaintiff dismissed her case with prejudice.

New Orleans, Louisiana, on this 19th day of February 2019.

_____
United States District Judge