## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Edith Daniel v. Janssen Research &* | : | |
| *Development LLC, et al; 2:16-cv-04046* | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 24, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 10635].  The Court entered Defendants' Motion on August 28, 2018.  [Rec. Doc. 10653].  For the reasons set forth on the record at the Show Cause Hearing held on September 18, 2018, Plaintiff was given until November 19, 2018 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  [Rec. Doc. 11144].  For the reasons set forth on the record at the Show Cause Hearing held on November 19, 2018, Plaintiff was given until December 12, 2018 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  The December 12, 2018 hearing was then rescheduled to January 23, 2019.  [Rec. Doc. 12029].  Prior to the January 23, 2019 Show Cause Hearing, Plaintiff cured the deficiencies alleged in Defendants' motion.  The action may proceed accordingly.

New Orleans, Louisiana, on this 19th day of February 2019.

_____
United States District Judge