UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| *Doris Wallace v. Janssen Research & Development LLC, et al; 2:16-cv-012011* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6 and Lack of Capacity to Proceed with Case. [Rec. Doc. 12247]. The Court entered Defendants' Motion on January 10, 2019. [Rec. Doc. 12290]. For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing, Plaintiff shall be given until March 12, 2019 to cure the deficiencies raised in Defendants' Motion. The case shall be addressed at the Show Cause Hearing to be held on March 12, 2019 at 9:00 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to cure these deficiencies by this date may result in dismissal of this case with prejudice.

New Orleans, Louisiana, on this 19th day of February, 2019.

_____
United States District Judge