UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

# ORDER

The cases below were raised by Defendants as having overdue or core deficient Plaintiff Fact Sheets and were listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 12014, 12358, 12286]. For the reasons set forth during the January 23, 2019 Show Cause Hearing, the following cases are dismissed with prejudice:

**1. Overdue Plaintiff Fact Sheets.**

| Count | Plaintiff Name | Docket Number | Plaintiff Firm |
|---|---|---|---|
| 1. | Brennan, Mary | 2:18-cv-03711 | Beasley Allen |
| 2. | Thompson, Louis | 2:18-cv-03297 | Beasley Allen |

**2. Core Deficient Plaintiff Fact Sheets.**

| Count | Plaintiff Name | Docket Number | Plaintiff Firm | Active Deficiencies |
|---|---|---|---|---|
| 1. | Bohannan, Loretha | 2:18-cv-03830 | Stern Law, PLLC | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| Count | Plaintiff Name | Docket Number | Plaintiff Firm | Active Deficiencies |
|---|---|---|---|---|
| 2. | Collins, Robert | 2:18-cv-2556 | The Driscoll Firm | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 3. | Durden, Virginia | 2:18-cv-00666 | The Driscoll Firm | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | Freeman, Leon | 2:18-cv-00666 | The Driscoll Firm | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | Gadim, Forough | 2:18-cv-00666 | The Driscoll Firm | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| Count | Plaintiff Name | Docket Number | Plaintiff Firm | Active Deficiencies |
|---|---|---|---|---|
| 6. | Helton, Timothy | 2:17-cv-17536 | The Driscoll Firm | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 7. | Holland, Stephen | 2:18-cv-00666 | The Driscoll Firm | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 8. | Lewis, Andrew | 2:18-cv-04535 | Pulaski Law Firm, PLLC | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 9. | Mitchell, Nancy | 2:18-cv-2073 | The Driscoll Firm | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| Count | Plaintiff Name | Docket Number | Plaintiff Firm | Active Deficiencies |
|---|---|---|---|---|
| 10. | Royal, Jamie | 2:18-cv-00666 | The Driscoll Firm | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | Tavernia, Richard A | 2:18-cv-04211 | Marc J. Bern & Partners LLP | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | Taxacher, Robert | 2:18-cv-00666 | The Driscoll Firm | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | Turner, Anthony | 2:17-cv-10650 | Cochran Legal Group | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | Walguarnery, Dennis M | 2:18-cv-1974 | Law Office of Christopher K. Johnston, LLC | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| Count | Plaintiff Name | Docket Number | Plaintiff Firm | Active Deficiencies |
|---|---|---|---|---|
| 15. | Walton, Wilneisha | 2:18-cv-4392 | The Driscoll Firm | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 16. | Deeb, Victor | 2:16-cv-02347 | The Law Offices of Jeffrey S. Glassman | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 17. | Cooper, Glenn | 2:18-cv-0151 | Flint Law Firm, LLC | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 18. | Moreno, Kristi | 2:17-cv-17510 | The Driscoll Firm | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | Sherman, Willie | 2:18-cv-00359 | Excolo Law PLLC | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 20. | Williams, Georgine | 2:17-cv-17346 | The Driscoll Firm | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 19th day of February, 2019.

                                                Judge Eldon E. Fallon
                                                United States District Court Judge