UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

The cases below were raised by Defendants as having overdue or core deficient Plaintiff Fact Sheets and were listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 12014, 12358, 12286]. For the reasons set forth during the January 23, 2019 Show Cause Hearing, the following cases shall be given until March 12, 2019 to serve a Plaintiff Fact Sheet or to serve a core sufficient Plaintiff Fact Sheet. These cases shall be addressed at the Show Cause Hearing to be held on March 12, 2019 at 9:00 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to serve a Plaintiff Fact Sheet, or cure these deficiencies and serve a core sufficient Plaintiff Fact Sheet by this date may result in dismissal of these cases with prejudice:

**1. Overdue Plaintiff Fact Sheets.**

| Count | Plaintiff Name | Docket Number | Plaintiff Firm |
|---|---|---|---|
| 1. | Christie, Jennifer | 2:17-cv-17264 | Pro Se (Stern Law, PLLC terminated 4/12/18) |

**2. Core Deficient Plaintiff Fact Sheets.**

| Count | Plaintiff Name | Docket Number | Plaintiff Firm | Active Deficiencies |
|---|---|---|---|---|
| 1. | Harden, Nellie J | 2:18-cv-03076 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 2. | Reese, Dorothy | 2:18-cv-01250 | Stern Law, PLLC | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

New Orleans, Louisiana, on this 19th day of February, 2019.

Judge Eldon E. Fallon
United States District Court Judge