UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

The cases below were raised by Defendants as having overdue or core deficient Plaintiff Fact Sheets and were listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 12014, 12358, 12286]. Prior to the January 23, 2019 Show Cause Hearing, the following Plaintiffs resolved the PFS deficiencies raised by Defendants. These actions may proceed accordingly:

**1. Overdue Plaintiff Fact Sheets.**

| Count | Plaintiff Name | Docket Number | Plaintiff Firm |
|---|---|---|---|
| 1. | Carrington, Terrance | 2:17-cv-17305 | Pro Se (Stern Law, PLLC terminated 4/10/18) |

**2. Core Deficient Plaintiff Fact Sheets.**

| Count | Plaintiff Name | Docket Number | Plaintiff Firm |
|---|---|---|---|
| 1. | Posey, Darryl | 2:18-cv-750 | OnderLaw, LLC |
| 2. | Valantiejus, Jeannine | 2:18-cv-3558 | Law Office of Christopher K. Johnston, LLC |

New Orleans, Louisiana, on this 19th day of February, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge