# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXIBAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br><br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*George Sellers v. Janssen Research & Development LLC, et al; 2:15-cv-01751*

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel for Plaintiff, George Sellers, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff George Sellers, on February 22nd, 2017. A copy of Plaintiff's Death Certificate is attached hereto and incorporated herein as Exhibit "A".

Dated: February 20, 2019                                    Respectfully submitted,

*/s/ Laura M. Morris*
Attorney for Plaintiff
Daniel J. Callahan
Daniel@callahan-law.com
Laura M. Morris
lmorris@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel: (714) 241-4444
Fax: (714) 241-4445

*/s/ Jacob Brender*
Attorney for Plaintiff
Daniel M. Hodes
dhodes@hmlm.com
Jeffrey A. Milman
jmilman@hmlm.com
Jacob Brender
jbrender@hmlm.com
9210 Irvine Center Drive
Irvine, CA 92618
Tel: (949) 640-8222

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rules of Civil Procedure 5(a)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 20, 2019                                   Respectfully submitted,

*/s/ Laura M. Morris*                                           */s/ Jacob Brender*
Attorney for Plaintiff                                              Attorney for Plaintiff
Daniel J. Callahan                                                 Daniel M. Hodes
Daniel@callahan-law.com                                  dhodes@hmlm.com
Laura M. Morris                                                   Jeffrey A. Milman
lmorris@callahan-law.com                                 jmilman@hmlm.com
3 Hutton Centre Drive, Ninth Floor                   Jacob Brender
Santa Ana, California 92707                              jbrender@hmlm.com
Tel: (714) 241-4444                                             9210 Irvine Center Drive
Fax: (714) 241-4445                                            Irvine, CA 92618
                                                                              Tel: (949) 640-8222

# EXHIBIT A

# STATE OF WISCONSIN
## DEPARTMENT OF HEALTH SERVICES
### ORIGINAL CERTIFICATE OF DEATH
#### FACT OF DEATH

STATE FILE DATE: MARCH 24, 2017
STATE FILE NUMBER: 2017011740

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME First | GEORGE |
| Middle | EDWARDS |
| Last | SELLERS JR |
| 2. SOCIAL SECURITY NUMBER | 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 |
| 3. DATE PRONOUNCED DEAD | FEBRUARY 22, 2017 |
| 4. TIME PRONOUNCED DEAD (24hr) | 08:15 |
| 5. AGE | 74 YEARS |
| 6. DATE OF BIRTH | DECEMBER 10, 1942 |
| 7. SEX | MALE |
| 8. CITY, VILLAGE, OR TOWNSHIP OF DEATH | MILWAUKEE (CITY) |
| 9. COUNTY OF DEATH | MILWAUKEE |
| 10. PLACE OF DEATH | RESIDENCE OF DECEDENT |
| 11. ADDRESS OF DEATH | 3711 W FOND DU LAC AVENUE LOWR |
| 12. RESIDENCE ADDRESS | 3711 W FOND DU LAC AVENUE |
| 13. RESIDENCE CITY, VILLAGE, OR TOWNSHIP | MILWAUKEE (CITY) |
| 14. RESIDENCE COUNTY | MILWAUKEE |
| 15. RESIDENCE STATE | WISCONSIN |
| 16. MARITAL STATUS | MARRIED |
| 17. WI DOMESTIC PARTNERSHIP | NO |
| 18. SURVIVING SPOUSE'S BIRTH NAME | LUEVERNE LANG |
| 19. STATE OF BIRTH | ALABAMA |
| 20. DECEDENT'S BIRTH LAST NAME | SELLERS |
| 21. FATHER'S BIRTH NAME | GEORGE EDWARDS SELLERS SR |
| 22. MOTHER'S BIRTH NAME | MARY LOUISE DAVIS |
| 23. INFORMANT'S NAME | LUEVERNE SELLERS |
| 24. INFORMANT'S MAILING ADDRESS | 3711 W FOND DU LAC AVENUE, MILWAUKEE, WI 53216 |
| 25. NAME AND ADDRESS OF FUNERAL FACILITY | SERENITY FUNERAL HOME, 4217 W FOND DU LAC AVE, MILWAUKEE, WI 53216 |
| 26. FUNERAL DIRECTOR'S NAME | BALDWIN-GUY, MARILYN |
| 27. DATE SIGNED | MARCH 24, 2017 |
| 28. MANNER OF DEATH | NATURAL |
| 29. TYPE OF MEDICAL CERTIFIER | PHYSICIAN |
| 30. MEDICAL CERTIFIER'S NAME AND TITLE | JAMES THILL, MD |
| 31. DATE SIGNED | MARCH 21, 2017 |
| 32. DATE OF DEATH | FEBRUARY 22, 2017 |
| 33. TIME OF DEATH (24hr) | 08:15 |
| 34. MEDICAL CERTIFIER'S MAILING ADDRESS | 1233 NORTH MAYFAIR ROAD, MILWAUKEE, WI 53226 |

### EXTENDED FACT OF DEATH

| Field | Value |
|---|---|
| 35. USUAL OCCUPATION | PAINTER |
| 36. KIND OF BUSINESS/INDUSTRY | SIETZ MANUFACTURING |
| 37. EVER IN US ARMED FORCES | NO |
| 38. DECEDENT TRIBAL MEMBER | NO |
| TRIBE NAME(S): | |
| 39. METHOD OF DISPOSITION | BURIAL |
| 40. PLACE AND LOCATION OF DISPOSITION | GLEN OAKS CEMETERY, MILWAUKEE, WISCONSIN |

41. PART I. The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.

| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause: (a) | ALZHEIMER'S | 2/16/17-2/22/17 |
| Due to or as a consequence of: (b) | | |
| Due to or as a consequence of: (c) | | |
| Due to or as a consequence of: (d) | | |

41. PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I.

| | | | | |
|---|---|---|---|---|
| 42. AUTOPSY PERFORMED: NO | 43. DATE OF INJURY | 44. TIME OF INJURY (24hr) | 45. INJURY AT WORK | 46. PLACE OF INJURY |
| 47. LOCATION OF INJURY | | | | 48. COUNTY OF INJURY |

49. IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED.

*[Signature]*
KAREN MICHALSKI
CITY OF MILWAUKEE HEALTH DEPARTMENT

NO AMENDMENTS PRESENT

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

17208103

Date Issued: MARCH 24, 2017

2101181