UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| HEATHER KELLY, individually and as Proposed Administrator of the Estate of FRANKLIN CLAY JR., | SECTION L |
| **Plaintiff,** | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| | Civil Action No. 2:18-cv-08109 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC., BAYER HEALTHCARE AG, and BAYER AG, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| **Defendants.** | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Heather Kelly, individually and as Proposed Administrator of the Estate of Franklin Clay, Jr., hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:18-cv-08109, only. This stipulation shall not affect the lawsuit filed by Anita Flowers, on behalf of the Estate of Franklin Clay, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-14021. All parties shall bear their own costs.

| | |
|---|---|
| **MARC J. BERN & PARTNERS LLP** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/Debra J. Humphrey<br>Debra J. Humphrey<br>One Grand Central Place<br>60 East 42nd St.<br>Suite 950<br>New York, NY 10165<br>Telephone: (212) 702-5000<br>dhumphrey@bernllp.com<br><br>Attorney for Plaintiff<br>Dated: February 21, 2019 | By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: February 21, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
  Andrew K. Solow
  250 West 55th Street
  New York, New York 10019-9710
  Telephone: (212) 836-8000
  Facsimile: (212) 836-8689
  William Hoffman
  601 Massachusetts Ave., NW
  Washington, D.C. 20001
  Telephone: (202) 942-5000
  Facsimile: (202) 942-5999
  andrew.solow@arnoldporter.com
  william.hoffman@arnoldporter.com

  Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
  Dated: February 21, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
  Kim E. Moore
  400 Poydras St., Ste, 2700
  New Orleans, LA 70130
  Telephone: (504) 310-2100
  kmoore@irwinllc.com

  Liaison Counsel for Defendants
  Dated: February 21, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 21, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore