# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |

THIS DOCUMENT RELATES TO:

*Phyllis Jennings 2:18-cv-10210*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on February 21, 2019 Plaintiff's Motion for an Extension of Time Within Which to Serve Process on Defendant Bayer HealthCare Pharmaceuticals Inc. will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: February 21, 2019

By: */s/ Jonathan E. Schulman*
Jonathan E. Schulman
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
jschulman@sssfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 21 day of February 2019.

      */s/ Jonathan E. Schulman*
      Jonathan E. Schulman