UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Theresa Bernard v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:18-cv-05718

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes undersigned counsel for the Plaintiff and moves this Honorable Court for an Order substituting Lucia Lumbag as the surviving daughter of Theresa Bernard deceased, for the following reasons:

I.   On June 7, 2018, a Complaint was filed in the above referenced matter by Theresa Bernard acting as the Plaintiff.

II.  On November 23, 2018 Plaintiff Theresa Bernard passed away.

III. The decedent's daughter, Lucia Lumbag, as the surviving daughter is the Proper Plaintiff and wishes to be substituted on behalf of Theresa Bernard in this case.

Wherefore, movant prays for said substitution.

Date: February 21, 2019

Respectfully submitted,

By: */s/ Kori Westbrook*
Kori Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
kwestbrook@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                            */s/ Kori Westbrook*
                                                              Attorney for Plaintiff