UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Alfred Ender and Janet Ender v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:18-cv-04007

## SUGGESTION OF DEATH

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rule of Civil Procedure, hereby informs this Court of the Death of Plaintiff ALFRED ENDER.

Dated: February 21, 2019                    Respectfully submitted,

**ASHCRAFT & GEREL, LLP**

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915)
jgreen@ashcraftlaw.com
4900 Seminary Road, Ste. 650
Alexandria, VA 22311
Phone: (703) 931-5500
Fax:  (703) 820-1656
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their counsel in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          /s/ Michelle A. Parfitt
                                          Michelle A. Parfitt