UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A**

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

COMES NOW the undersigned counsel for the Plaintiffs listed on Exhibit A, and moves this Court to enter attorneys Jacob A. Flint and Brian S. Katz of Flint Law Firm, LLC, with an address of 222 E. Park St., Suite 500, Edwardsville, IL 62025 as co-counsel for Plaintiffs listed on and attached as Exhibit A. Flint Law Firm is already enrolled as counsel of record for plaintiffs in other cases in this MDL.

> Flint Law Firm, LLC
> Jacob A. Flint, IL Bar No. 6299777
> Brian S. Katz, KY Bar No. 86633
> 222 E. Park St., Suite 500
> Edwardsville, IL 62025
> Ph: 618-205-2017
> Fax: 618-288-2864
> Jflint@flintlaw.com
> bkatz@flintlaw.com

WHEREFORE, the undersigned counsel respectfully requests this Court to grant its Motion to Enroll as Co-Counsel of Record for the civil action numbers listed on Exhibit A.

//

//

Dated: February 21, 2019

                                  Signed and accepted:

| /s/ *Jacob A. Flint* | /s/ *Brian S. Katz* |
|---|---|
| Jacob A. Flint, Esq. | Brian S. Katz, Esq. |
| Flint Law Firm, LLC | |
| 222 E. Park St., Suite 500 | |
| Edwardsville, IL 62025 | |
| Ph: 618-205-2017 | |
| Fax: 618-288-2864 | |
| jflint@flintlaw.com | |
| bkatz@flintlaw.com | |

Dated: February 21, 2019

                                  Respectfully submitted,

/s/ *Zachary P. Lowe*
Zachary Peter Lowe, UT Bar No. 13792
LOWE LAW GROUP
6028 S. Ridgeline Dr., Suite 200
Ogden, UT 84405
Ph: 801-917-8500
Fax: 801-917-8484
pete@lowelawgroup.com
*Counsel for Plaintiffs on Exhibit A*