# Exhibit A

**Exhibit A**

| last name | first name | case no. |
|---|---|---|
| Billingsley | John | 2:16-cv-06617 |
| Bailey | Lillian | 2:18-cv-01286 |
| Barkley | Carl | 2:16-cv-16273 |
| Barronton | Bobby | 2:18-cv-03105 |
| Bunce | Douglas | 2:17-cv-01163 |
| Bunton | Carlette | 2:18-cv-03050 |
| Carr | Valerie | 2:17-cv-00349 |
| Cassel | Franklin | 2:16-cv-00180 |
| Collins | James | 2:16-cv-02224 |
| Conner | Eunice | 2:17-cv-07353 |
| Counts | Julian | 2:17-cv-02725 |
| Crain | Marylys | 2:18-cv-01243 |
| Crawley | Tanya | 2:16-cv-02414 |
| Dickerson | Joan | 2:16-cv-00938 |
| Duncan | Kenneth | 2:15-cv-05957 |
| Ellenburg | Jack | 2:18-cv-09343 |
| Everette | William | 2:17-cv-08036 |
| Fourkiller | Edith | 2:17-cv-00602 |
| Freeman | Bruce | 2:16-cv-16266 |
| Fuoco | Donna | 2:16-cv-16373 |
| Garrett | Jo Ann | 2:18-cv-01436 |
| Gleason | Dale | 2:16-cv-02415 |
| Gomez | Gloria | 2:17-cv-05140 |
| Gorton | Michael | 2:17-cv-02665 |
| Grant | Antonio | 2:17-cv-02225 |
| Gregg | Rosella | 2:17-cv-09419 |
| Hall | Tynisha | 2:16-cv-06098 |
| Hendon | Altonette | 2:17-cv-07900 |
| Henry | Donna | 2:15-cv-03625 |
| Hopkins | Ronald | 2:16-cv-12668 |
| Hunter | Stella | 2:16-cv-12669 |
| Israel | Lisa | 2:15-cv-03863 |
| Jennings | Shaw | 2:16-cv-02416 |
| Johnson | Vandyke | 2:16-cv-12670 |
| Jones | Richard | 2:17-cv-01301 |
| Jordan | Marshall | 2:17-cv-07427 |
| Kash | Steven | 2:16-cv-01365 |
| Kelley | Etta | 2:16-cv-15406 |

| | | |
|---|---|---|
| Kime | Phillip | 2:16-cv-12673 |
| Kirk | Bruce | 2:17-cv-01534 |
| Knight | Todd | 2:16-cv-07499 |
| Koster | Joel | 2:16-cv-12674 |
| Li | Yuzhen | 2:17-cv-08732 |
| Lutgen | Jeanne | 2:16-cv-14569 |
| Macalister | Cheryl | 2:16-cv-07501 |
| Machacek | Glen | 2:16-cv-07505 |
| Markham | Hildagarde | 2:16-cv-01370 |
| Maurer | Tasha | 2:16-cv-01371 |
| McGhee | Elijah | 2:17-cv-05096 |
| Meyer | Carol | 2:16-cv-03674 |
| Moring | Marvin | 2:17-cv-04678 |
| Nasson | Harold | 2:17-cv-10204 |
| Newman | Michael | 2:17-cv-02622 |
| Palmer | Irene | 2:16-cv-00181 |
| Payne | Susan | 2:16-cv-07510 |
| Pitts | Grace | 2:17-cv-10327 |
| Poston | Sadie | 2:16-cv-07512 |
| Price | Warren JR | 2:18-cv-07721 |
| Ramos | Miguel | 2:16-cv-13759 |
| Robinson | Nancy | 2:18-cv-07950 |
| Saez | Josephina | 2:18-cv-06949 |
| Schmidt | Carol | 2:17-cv-05095 |
| Simon | Consuelo | 2:16-cv-12481 |
| Simon | Janey | 2:17-cv-00909 |
| Skogerboe | Marlene | 2:15-cv-06964 |
| Smiley | Richard | 2:17-cv-01452 |
| Spriggs | David | 2:16-cv-02417 |
| Stevens | Dolly | 2:16-cv-00173 |
| Suesse | Marion | 2:16-cv-01372 |
| Tate | Ronald | 2:16-cv-16839 |
| Taylor | Barbara | 2:18-cv-08460 |
| Walker | Elaine | 2:17-cv-02433 |
| Walters | Iris | 2:15-cv-03865 |
| Watson | Carl | 2:18-cv-08800 |
| Widdison | Jim | 2:15-cv-05956 |
| Wilborn | Tasha | 2:16-cv-04301 |
| Wilks | Hazel | 2:16-cv-15707 |
| Willingham | Leon | 2:18-cv-09035 |
| Yando | Harvey | 2:16-cv-00176 |