UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | } } } } } | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A**

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Jacob A. Flint and Brian S. Katz of the law firm of Flint Law Firm, LLC be allowed to enroll as co-counsel for Plaintiffs in the Civil Action numbers listed on Exhibit A.

Dated: _____, 20\_\_\_\_.

_____
Hon. Eldon E. Fallon
United States District Judge