**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | **JUDGE ELDON E. FALLON** |
| **JESSIE E. WEATHERSPOON,** deceased, by and through **NATALIE WEATHERSPOON,** as personal representative of the estate | **MAGISTRATE JUDGE NORTH** |
| **Case No. 2:18-cv-05518** | |

## ORDER

IT IS ORDERED that the Plaintiff's Motion for An Extension of Time to Serve Process on Defendants Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG (collectively, "Bayer") with the Summons, and filed Complaint and Demand for Jury Trial is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint and Demand for Jury Trial through the streamlined service of process procedures for the informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this   20th   day of        February        , 2019.

Honorable Eldon E. Fallon
United States District Judge