**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tammy Jackson o/b/o Johnnie Thompson v. Janssen Research & Development, LLC, et al., 2:18-cv-01651*

## ORDER

For the reasons set forth on the record at the November 19, 2018 Show Cause hearing, this case was dismissed with prejudice. R. Doc. 12185. Accordingly, Plaintiff's motion for a second extension of time, R. Doc. 10603, is **DENIED AS MOOT.**

New Orleans, Louisiana this 20th day of February, 2019.

_____
United States District Judge