# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| This Document Relates to MARY CANNON, | * * * | |
| Civ. No. 2:15-cv-05709 | * * * | SECTION L |
| | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * *

## NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF
## DR. SRIRAMA KURELLA

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned attorneys, will take the deposition upon oral examination of Srirama Kurella, M.D. on **Monday, March 04, 2019**, commencing at **1:00 p.m. CT** at the **Double Tree by Hilton, 16625 Swingley Ridge Road, Chesterfield, MO 63017**.

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control.

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

February 21, 2019

                                        Respectfully submitted,

                                        */s/ Kori L. Westbrook*
                                        Kori L. Westbrook
                                        The Johnson Law Group
                                        2925 Richmond Avenue
                                        Suite 1700
                                        Houston, TX 77098
                                        (713) 626-9336
                                        kwestbrook@johnsonlawgroup.com

                                        *Attorney for Plaintiff Mary Cannon*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st of February, 2019 the foregoing was served electronically to the following:

>Srirama Kurella, M.D.
>2900 Indiana Ave Apt. 3
>Saint Louis, MO 63118
>
>Elizabeth S. Gallard
>Eckert Seamans Cherin
>& Mellot, L.L.C
>Two Liberty Place
>50 South 16th Street
>Philadelphia, PA 19102
>Egallard@eckertseamans.com

And electronically on the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>Brian H. Barr
>LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
>
>bbarr@levinlaw.com
>
>*Plaintiffs' Co-Lead Counsel*
>
>
>Andy D. Birchfield, Jr.
>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
>
>Andy.Birchfield@BeasleyAllen.com
>
>*Plaintiffs' Co-Lead Counsel*
>
>
>Gerald E. Meunier
>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
>
>gmeunier@gainsben.com
>
>*Plaintiffs' Co-Lead Counsel*
>
>
>Leonard A. Davis
>HERMAN HERMAN & KATZ LLC
>
>ldavis@hhklawfirm.com
>
>*Plaintiffs' Co-Lead Counsel*
>
>Andrew K. Solow
>ARNOLD & PORTER LLP

andrew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

By: */s/ Kori Westbrook*

## EXHIBIT A - DOCUMENT REQUESTS

**I.      Definitions**

    a. "You" and "your" as used in these Requests means the deponent and the deponent's practice group, employees, nurses, administrative staff, and all other persons acting under the deponent's direction or supervision.

    b. The "Plaintiff" as used in these Requests means Mary Cannon.

    c. The "Defendants" as used in these Requests means Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson and Johnson, Bayer Corporation, Bayer HealthCare AG, Bayer AG, Bayer HealthCare Pharmaceuticals, Inc., Bayer Pharma AG, and any of their sales representatives, agents, contractors, attorneys, officers or employees.

**II.     Document Requests**

1. A copy of your current Curriculum Vitae and/or resume;

2. A complete copy of your medical records and patient file for Plaintiff, Mary Cannon;

3. All Xarelto-related communications, including emails, memoranda, and/or letters (including "Dear Doctor" letters) that you or, your office received from (or, sent to) any of the Defendants or their sales representatives, attorneys, officers or employees;

4. All Xarelto-related brochures, guides, patient-education materials, tear sheets, slides, handouts, CME program materials, videos, medical articles/publications, or promotional items that you or, your office received from any of the Defendants or their sales representatives, speakers, contractors, officers or employees;

5. A copy of any Xarelto-related brochures, handouts, medication guides, patient education materials, product labels, tear-sheets, or promotional items that you provided Plaintiff, Mary Cannon, and/or any patient that you have prescribed Xarelto for in you practice.

6. All documents pertaining to any Xarelto-related training, consulting, research, writing, or speaking activities that you performed (or agreed to perform) for any of the Defendants or their sales representatives, agents, attorneys, contractors, officers or employees (including any payments or reimbursements for same); and,

7. A copy of any logs, records or other documents that reflect or identify any Xarelto samples that you or another medical provider or staff member in your office provided Plaintiff.