UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Ralph Selle, an individual, and as Personal Representative for*
*Ann Selle, decedent, v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:18-cv-07177

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Now comes Plaintiff in the above-listed action, through undersigned counsel, respectfully moves this Court for an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG (the "Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.  In support of his motion, Plaintiff states as follows:

All of the foregoing actions have been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592.  Due to inadvertent oversight on behalf of Plaintiff's counsel, streamlined service of Plaintiff's complaints in these actions were not properly effected as set forth in Pre-Trial Order #10, 10A and 10B as to some or all of the Defendants.  Counsel regrets its failure to properly oversee and accomplish streamlined service of the complaint and summons in the above-listed action and

assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by Mr. Selle, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Plaintiff shows that as a matter of law and fact, he was not in "bad faith" in delaying streamlined service of his respective Complaint and Summons.  Defendants are fully aware of and are served with hundreds of identical complaints in this matter.  Defendants were well aware of Plaintiff's claim as they were properly served under F.R.C.P. 4(c).

Thus, Plaintiff respectfully requests that this Court grant this motion and allow him an additional thirty (30) days within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Respectfully submitted,

Dated: February 21, 2019

*/s/* Levi M. Plesset
Levi M. Plesset Bar # 252326
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635
Email: lplesset@mjfwlaw.com

*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     /s/ Levi M. Plesset