UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXIBAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br><br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*George Sellers v. Janssen Research & Development LLC, et al; 2:15-cv-01751*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Lueverne Sellers, on behalf of the Estate of George Sellers as Plaintiff in the above captioned cause.

1. George Sellers filed a products liability lawsuit against defendants on May 22, 2016.

2. Plaintiff George Sellers died on February 22, 2017.

3. George Sellers products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff has filed a Notice of Suggestion of Death.

5. Lueverne Sellers, as surviving spouse of George Sellers, is a proper party to substitute for plaintiff-decedent George Sellers and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

1

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: February 21, 2019

Respectfully submitted,

*/s/ Laura M. Morris*
Attorney for Plaintiff
Daniel J. Callahan
Daniel@callahan-law.com
Laura M. Morris
lmorris@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Tel: (714) 241-4444
Fax: (714) 241-4445

*/s/ Jacob Brender*
Attorney for Plaintiff
Daniel M. Hodes
dhodes@hmlm.com
Jeffrey A. Milman
jmilman@hmlm.com
Jacob Brender
jbrender@hmlm.com
9210 Irvine Center Drive
Irvine, CA 92618
Tel: (949) 640-8222

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rules of Civil Procedure 5(a)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 21, 2019            Respectfully submitted,

          */s/ Laura M. Morris*
          Attorney for Plaintiff
          Daniel J. Callahan
          Daniel@callahan-law.com
          Laura M. Morris
          lmorris@callahan-law.com
          3 Hutton Centre Drive, Ninth Floor
          Santa Ana, California 92707
          Tel: (714) 241-4444
          Fax: (714) 241-4445