**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXIBAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br><br>Section: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*George Sellers v. Janssen Research & Development LLC, et al; 2:15-cv-01751*

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Lueverne Sellers, on behalf of the Estate of George Sellers be substituted for Plaintiff George Sellers in the above captioned cause.

Dated: _____          _____
                                  Hon. Eldon E. Fallon
                                  United States District Court Judge

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Order for Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rules of Civil Procedure 5(a)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 21, 2019                                    Respectfully submitted,

                                                                               */s/ Laura M. Morris*
                                                                               Attorney for Plaintiff
                                                                               Daniel J. Callahan
                                                                               Daniel@callahan-law.com
                                                                               Laura M. Morris
                                                                               lmorris@callahan-law.com
                                                                               3 Hutton Centre Drive, Ninth Floor
                                                                               Santa Ana, California 92707
                                                                               Tel: (714) 241-4444
                                                                               Fax: (714) 241-4445