UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| Cheryl Aaron as Representative of the Estate of Tilda Alley v. Janssen Research & Development, LLC, et al. | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| Case No. 2:16-cv-16218 | : : : | |

**ORDER**

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants"), filed a Motion for Order to Show Cause regarding Plaintiff Cheryl Aaron as Representative of the Estate of Tilda Alley as to why her action should not be dismissed. R. Doc. 10429. On October 22, 2018, this case was dismissed with prejudice. R. Doc. 11283. Accordingly, Defendants' Motion for Order to Show Cause, R. Doc. 10429, is **DENIED AS MOOT.**

New Orleans, Louisiana this 20th day of February, 2019.

_____
United States District Judge