**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO** | : | |
| | : | |
| *Shemeca Rhinehart v. Janssen Research* | : | **JUDGE ELDON E. FALLON** |
| *& Development LLC, et al; 2:17-cv-08104* | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

## ORDER

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 12244].  The Court entered Defendants' Motion on January 10, 2019.  [Rec. Doc. 12289].  For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing on Defendants' Motion, Plaintiff was be given ten days to submit a declaration signed by Plaintiff to verify the Plaintiff Fact Sheet submitted on January 22, 2019.  A declaration was not submitted by February 2, 2019, and this case is dismissed with prejudice.

New Orleans, Louisiana, on this 19th day of ___February___ 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge