UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| *Mary Fay Harkins v. Janssen Research & Development LLC, et al; 2:17-cv-08122* | | |

**ORDER**

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 12251].  The Court entered Defendants' Motion on January 10, 2019. [Rec. Doc. 12294].  Prior to the January 23, 2019 Show Cause Hearing, Plaintiff cured the deficiencies alleged in Defendants' Motion.  The action may proceed accordingly.

New Orleans, Louisiana, on this 19th day of ____February____ 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge