# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| *Leonard Snoddy v. Janssen Research & Development LLC, et al; 2:16-cv-12214* | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 12254].  The Court entered Defendants' Motion on January 10, 2019. [Rec. Doc. 12297].  Prior to the January 23, 2019 Show Cause Hearing, Plaintiff cured the deficiencies alleged in Defendants' Motion.  The action may proceed accordingly.

New Orleans, Louisiana, on this 19th day of February 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge