UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2592  SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Patricia Williams, individually and on behalf of the Estate of Charles E. Williams, Jr. v. Janssen Research & Development LLC, et al; 2:15-cv-06820* | : : : : | **JUDGE ELDON E. FALLON** **MAGISTRATE JUDGE NORTH** |

## ORDER

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 12257]. The Court entered Defendants' Motion on January 10, 2019. [Rec. Doc. 12303]. Prior to the January 23, 2019 Show Cause Hearing on Defendants' Motion, Plaintiff dismissed her case with prejudice.

New Orleans, Louisiana, on this 19th day of February 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge