# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| DELIA BLISS, | |
| | MAG. JUDGE NORTH |
| *Plaintiff* | |
| | Civil No. 2:18-cv-07116-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | |
| *Defendant(s)* | |

## ORDER

IT IS ORDERED that the Plaintiffs' Second Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this 20th day of February, 2019.

Hon. Eldon E. Fallon
United States District Judge