UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| *Peggy Gorman, surviving sibling of Richard Brent v. Janssen Research & Development LLC, et al; 2:17-cv-06666* | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 12256]. The Court entered Defendants' Motion on January 10, 2019. [Rec. Doc. 12299]. For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing on Defendants' Motion, Plaintiff was given ten days to submit a declaration signed by Plaintiff to verify the Plaintiff Fact Sheet submitted on January 22, 2019. A signed declaration was subsequently submitted on January 28, 2019, and this action may proceed accordingly.

New Orleans, Louisiana, on this 19th day of \_\_\_\_\_February\_\_\_\_\_ 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge