UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bobby Tahpay v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-06524

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12539, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sandra Tahpay, surviving spouse of Bobby Tahpay, is substituted for Plaintiff Bobby Tahpay as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 19th day of February, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE