# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2592 |
| | | SECTION: L |
| ********************************** | * | |
| FLORENCE FURCHAK, | * * | JUDGE: ELDON E. FALLON |
| Plaintiff, | * * | MAG. JUDGE MICHAEL NORTH |
| v. | * * | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | * * * * * * * | Case No. 2:18-cv-07506-EEF-MBN |
| Defendants. | ** * | |
| ********************************** | * | |

## ORDER

Considering the Motion and Memorandum to Extend Time to Serve Defendant Bayer Healthcare Pharmaceuticals, Inc., *Nunc Pro Tunc*, and Deem the Complaint Timely Served that was filed by Plaintiff, and any opposition and reply papers filed regarding same;

**IT IS ORDERED** that Plaintiff is granted an extension of time to serve the Defendant Bayer Healthcare Pharmaceuticals, Inc., *nunc pro nunc*, until one hundred sixty-six (166) days after the complaint in the above-referenced matter was filed and docketed in this MDL, which is **January 21, 2019**.

New Orleans, Louisiana this 20th day of February, 2019.

_____
United States District Judge