# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Iannacone v. Janssen Research & Development, LLC, et al.*, 2:18-cv-08211-EEF-MBN

## ORDER

Upon consideration of all the documents relating to the Motion, R. Doc. 11836, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's First Motion for Extension of Time to File Verified Plaintiff Fact Sheet is hereby GRANTED.

New Orleans, Louisiana this 20th day of February, 2019.

Honorable Judge Eldon E. Fallon
United States District Court Judge

1