UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

### ORDER

The cases below have overdue or core deficient Plaintiff Fact Sheets, and have been listed on two Joint Agendas. Pursuant to PTO 31(a), IT IS HEREBY ORDERED that Plaintiffs SHOW CAUSE before this Court at the status conference on Tuesday, March 12, 2019 at 9:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, why Plaintiffs' Complaints and all claims against the Defendants should not be dismissed with prejudice for failure to serve a core sufficient PFS in accordance with this Court's Case Management Order No. 1 [Rec. Doc. 891], Pre-Trial Order No. 13 [Rec. Doc. 895], Pre-Trial Order No. 13A [Rec. Doc. 1040], and Pre-Trial Order No. 27 [Rec. Doc. 3132]:

**1. Overdue Plaintiff Fact Sheets.**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Anzalone, Florence | 2:18-cv-05608 | Heninger Garrison Davis, LLC |
| 2. | Austin, Jonathan R. | 2:18-cv-06079 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Barker, Gladys | 2:18-cv-04818 | Gacovino, Lake, & Associates, P.C. |
| 4. | Bass, Kenneth A. | 2:18-cv-05953 | Motley Rice LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 5. | Bishop, Delores | 2:18-cv-06289 | Heninger Garrison Davis, LLC |
| 6. | Bratcher, Thelma | 2:18-cv-06368 | Salvi, Schostok & Pritchard P.C. |
| 7. | Brown, Randy | 2:18-cv-05606 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 8. | Bryant, Frances | 2:18-cv-05291 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 9. | Bullock, Aubrey | 2:18-cv-04656 | Peterson & Associates, P.C. |
| 10. | Campbell, John | 2:18-cv-05394 | Kelley, Bernheim & Dolinsky, LLC |
| 11. | Fanchier, Alton | 2:18-cv-04664 | Burns Charest LLP |
| 12. | Franke, Jim R. | 2:18-cv-05175 | Peterson & Associates, P.C. |
| 13. | Grove, April | 2:18-cv-04902 | Fears Nachawati, PLLC |
| 14. | Gueli, Carol | 2:18-cv-06210 | Lenze Lawyers, PLC |
| 15. | Hamade, Fida | 2:18-cv-04675 | The Bradley Law Firm |
| 16. | Harper, Evelyn Faye | 2:18-cv-04668 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 17. | Henderson, Kenneth | 2:18-cv-04936 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 18. | Kearney, Faye | 2:18-cv-05169 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 19. | Lumpkin, Walter | 2:18-cv-05241 | Morris Law Firm |
| 20. | Manus, L.B. | 2:18-cv-05946 | Johnson Law Group |
| 21. | May, James Thomas | 2:18-cv-05233 | Johnson Law Group |
| 22. | McAlister, Cheryl | 2:18-cv-05044 | Wilshire Law Firm |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 23. | Meeks, Wesley R. | 2:18-cv-05451 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 24. | Miller, Alvin | 2:18-cv-04447 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 25. | Morris, Georgia Sue | 2:18-cv-04824 | The Law Office of L. Paul Mankin |
| 26. | Ross, Sharon Bonita | 2:18-cv-06382 | Marc J. Bern & Partners LLP - New York |
| 27. | Russell, Eugene, Jr. | 2:18-cv-04515 | Johnson Law Group |
| 28. | Sias, Cynthia | 2:18-cv-06257 | Burns Charest LLP |
| 29. | Smith, Hershal Franklin | 2:18-cv-06293 | Heninger Garrison Davis, LLC |
| 30. | Taylor, James | 2:18-cv-04618 | Burns Charest LLP |
| 31. | Williams, Edna Frances | 2:18-cv-04677 | The Bradley Law Firm |
| 32. | Yelton, Eddith P. | 2:18-cv-04814 | Motley Rice LLC |

## 2. Core Deficient Plaintiff Fact Sheets.

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 1. | 26859 | ANDERSON, DAVID | The Driscoll Firm | 2:18-cv-1694 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | 21113 | BOUDREAUX, RUTH | Wexler Wallace LLP | 2:17-cv-02249 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

4

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 3. | 24205 | CAMILLE, DONA | Medley Law Group | 2:17-cv-07332 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 4. | 27034 | COLLINS, ELIZABETH | Wexler Wallace LLP | 2:18-cv-05464 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 5. | 21638 | DANIELS, JANET | The Law Office of L. Paul Mankin | 2:17-cv-05008 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | 4839 | EMBERTON, WENDELL | Sarangi Law, LLC | 2:15-cv-6213 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 7. | 24611 | GIVEN, ROD R | Harrelson Law Firm, PA | 2:17-cv-09288 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 8. | 27182 | GRAHAM, PETER | Beasley Allen | 2:18-cv-02432 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 9. | 26875 | HART, GEORGE | The Driscoll Firm | 2:18-cv-5959 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | 9170 | HERRING, HENRY | Beasley Allen | 2:16-cv-02479 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 11. | 26877 | HOPPER, MARY T | Slater Slater Schulman LLP | 2:18-cv-5296 | Medical Records- Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 12. | 27127 | HUACOTO, EUGENIA D | Law Office of Christopher K. Johnston, LLC | 2:18-cv-5863 | Medical Records- Medical records provided do not demonstrate alleged injury |
| 13. | 27190 | JACKSON, CHARLES | Beasley Allen | 2:18-cv-02785 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 14. | 25697 | JAMES, RINGER | The Bradley Law Firm | 2:18-cv-00291 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 15. | 27289 | JOHNSON, MELISSA | Wexler Wallace LLP | 2:18-cv-04821 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 16. | 26461 | JONES, LINDA | The Driscoll Firm | 2:18-cv-05184 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 17. | 26848 | KHIDHIR, ABDEL | Beasley Allen | 2:18-cv-04121 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 18. | 25955 | LEARY, ANTHONY C | Beasley Allen | 2:18-cv-01274 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | 27286 | LUNA, SUSAN | Baron & Budd | 2:18-cv-04451 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 20. | 27191 | MANCEBO, JOHN | Excolo Law PLLC | 2:18-cv-00949 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 21. | 27158 | MORALES, GUADALUPE | Schneider Hammers LLC | 2:18-cv-5947 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 22. | 26811 | NEAL, EARNEST | The Gallagher Law Firm PLLC | 2:18-cv-04753 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 23. | 27323 | NEWER, VAUGHAN | Marc J. Bern & Partners LLP | 2:18-cv-07252 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | 27052 | NEWMAN, DORA B | Beasley Allen | 2:18-cv-05672 | Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 25. | 25937 | RASSI, ROY J | Beasley Allen | 2:18-cv-01951 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 26. | 27329 | ROBINSON, SAVANNAH | Marc J. Bern & Partners LLP | 2:18-cv-07262 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 27. | 24017 | SIMMONS, CORA | The Freeman Law Firm | 2:18-cv-00568 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 28. | 26086 | SUNDA, DIANNE | Douglas & London | 2:18-cv-4381 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 29. | 26812 | WATANABE, DONNA | Slater Slater Schulman LLP | 2:18-cv-01386 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 30. | 25991 | WEEKS, RONALD | Marc J. Bern & Partners LLP | 2:18-cv-03162 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 31. | 27183 | WILLIAMS, KENNETH | Marc J. Bern & Partners LLP | 2:18-cv-02071 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 32. | 23170 | WILSON, DEVRAN | Salim-Beasley, LLC | 2:17-cv-07424 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

New Orleans, Louisiana, on this 19th day of February, 2019.

Judge Eldon E. Fallon
United States District Court Judge

17