# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

### ORDER

Considering the Defendants' Motion to Enforce CMO 6 and to Enter Deposition Scheduling Order Pursuant to Stipulated Protocol, R. Doc. 10283,

**IT IS ORDERED** that the motion is **DENIED AS MOOT.**

New Orleans, Louisiana, this 19th day of February, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE