UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| *Randall Rager v. Janssen Research & Development LLC, et al; 2:16-cv-12901* | | |

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO CURE PLAINTIFF FACT SHEET DEFICIENCIES AND SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET AND PARTICIPATE IN DISCOVERY PURSUANT TO CMO 6

Plaintiff Randall Rager has filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. This is a CMO 6 Wave 1 case that was randomly selected on April 30, 2018. Pursuant to CMO 6, Plaintiff was required to update the PFS and "complete all sections" of the fact sheet by May 30, 2018. *See* CMO 6 ¶ 5(a) and PTO 13. This deadline was more than 250 days ago, but to date, a complete and verified PFS has not been submitted.

Plaintiff submitted an amended but incomplete PFS on June 15, 2018. Defendants notified Plaintiff of the deficiencies in this PFS on June 19, 2018. Another amended PFS was submitted on October 8, 2018, but it was not accompanied by a new declaration verifying the truth and accuracy of the PFS, as required by PTO 13. *See* PTO 13 ¶ 3. Instead, Plaintiff submitted a photocopy of a declaration previously submitted in this case.

Defendants first notified Plaintiff of this deficiency on October 8, and again on November 30, 2018, and requested that Plaintiff cure the deficiency within 20 days. More than 125 days have passed since this first notice, but to date, Plaintiff has not submitted a new declaration verifying

the truth and accuracy of the statements in his amended PFS. In the interim, Defendants' counsel met and conferred with Plaintiff's counsel in an attempt to cure this deficiency. On February 6, 2019, Plaintiff's counsel advised that their efforts to communicate with Plaintiff have been unsuccessful and that Plaintiff has become non-responsive.

The delay in curing the PFS deficiency is unwarranted. If Plaintiff is not willing to pursue this case and participate in discovery pursuant to CMO 6 and PTO 13, the case cannot proceed and should be dismissed <u>with</u> prejudice.

Failure to show cause by appearing before this Court at 9:15 am on March 12, 2019, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this <u>20th</u> day of <u>February</u> 2019.

*Eldon E. Fallon*
United States District Judge