# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) MDL NO. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND |

**THIS DOCUMENT RELATES TO:**

*THOMAS PRUITT V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL* **Civil Action No.: 2:15-cv-02001**

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby Grants Plaintiff's Motion for Leave to File Amended Complaint, R. Doc. 11129, in the above captioned matter and hereby directs the proper officials to file the First Amended Complaint tendered with the Motion and the corresponding accompanying documents.

New Orleans, Louisiana this 20th day of February, 2019.

_____
United States District Judge