UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Millimaki v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:16-cv-11107*

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Jean C. Millimaki. Counsel respectfully informs this Court a Motion to Substitute Party Plaintiff will be filed by Sharon Monk, who will be appointed as the Administratrix for the Estate of Jean C. Millimaki.

DATED: February 25, 2019

                                                                                                                               Respectfully Submitted,

                                                                                                                              /s/ Joel L. DiLorenzo
                                                                                                                              Joel L. DiLorenzo (AL # 7575-J64D)
                                                                                                                              Attorney for Plaintiff

                                                                                                                              The DiLorenzo Law Firm, LLC
                                                                                                                              505 20th Street North, Suite 1275
                                                                                                                              Birmingham, Alabama 35203
                                                                                                                              Telephone: 205-212-9988
                                                                                                                              Email: joel@dilorenzo-law.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing NOTICE AND SUGGESTION OF DEATH has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

       This the 25th day of February, 2019

       /s/ Joel L. DiLorenzo