## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Mattie B. Edgens,<br><br>     Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>     Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-13440** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## **SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court that Counsel was recently notified by the family that Plaintiff Mattie B. Edgens died in Louisiana on May 18, 2017.

Dated: February 25, 2019      Respectfully submitted,

               By: /s/ Lisa A. Gorshe, Esq.
               Lisa A. Gorshe (MN#029522X)
               Johnson Becker, PLLC
               444 Cedar Street, Suite 1800
               St. Paul, MN 55101
               Telephone: (612) -436-1852
               Fax: (612) -436-1801
               Email: lgorshe@JohnsonBecker.com

               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Lisa A. Gorshe, Esq.
Lisa A. Gorshe
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com

*Counsel for Plaintiff*