UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **SEE ATTACHED EXHIBIT 1** | ) | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective February 22, 2019, ASHCRAFT & GEREL, LLP has

relocated its office to the District of Columbia.  The new address, new telephone number and

new facsimile are:

**ASHCRAFT & GEREL, LLP**
**1825 K Street, NW, Suite 700**
**Washington, DC 20006**
**Phone: (202) 783-6400**
**Fax: (202) 416-6392**

The email addresses remain the same.

Dated: February 25, 2019          Respectfully submitted,

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
**ASHCRAFT & GEREL LLP**
1825 K Street, NW, Suite 700
Washington, DC 20006
Phone: (202) 783-6400
Fax:  (202) 416-6392

*Counsel for Plaintiffs*

# EXHIBIT 1

## LIST OF ASHCRAFT & GEREL, LLP
## XARELTO MDL 2592 CASES

| Last Name | First Name | Rep Last Name | Rep First Name | Docket Numbers |
|---|---|---|---|---|
| Alston Alston | Joyce Roger | | | 2:16-cv-03725-EEF-MBN |
| Anderson | Donald | Anderson | Jean | 2:17-cv-08915-EEF-MBN |
| Beyea | Cathleen | | | 2:16-cv-02439-EEF-MBN |
| Boone | Charles | Boone | Susan | 2:18-cv-01736-EEF-MBN |
| Boyd | Lottie Larose | Rodriguez | Lora L. | 2:18-cv-09107-EEF-MBN |
| Bradford | Travis | Bradford | Anita | 2:19-cv-00611-EEF-MBN |
| Brady Brady | George Joan | | | 2:18-cv-06781-EEF-MBN |
| Brown | Anna Mae | Webster | Robin | 2:18-cv-12725-EEF-MBN |
| Cannon | James | Cannon | Bessie | 2:18-cv-17885-EEF-MBN |
| Chapman Chapman | James Sharon | | | 2:17-cv-07834-EEF-MBN |
| Cohen | Geoffrey | | | 2:17-cv-07954-EEF-MBN |
| Contreras | Guadalupe J. | | | 2:18-cv-11186-EEF-MBN |
| Costa Costa | Robert Suzie | | | 2:17-cv-13378-EEF-MBN |
| Cox | Vickie | | | 2:17-cv-08045-EEF-MBN |
| Curtiss | Mark | | | 2:18-cv-01737-EEF-MBN |
| Day | Barbara | | | 2:19-cv-00427-EEF-MBN |
| Ekey | Jack | | | 2:15-cv-05506-EEF-MBN |
| Ely | Tracy L. | | | 2:15-cv-04529-EEF-MBN |
| Ender Ender | Alfred Janet | | | 2:18-cv-04077-EEF-MBN |
| Falls | Robert | | | 2:19-cv-00319-EEF-MBN |
| Flynn | William | | | 2:17-cv-12178-EEF-MBN |
| Frizzell Frizzell | Patrick Cindy | | | 2:18-cv-10225-EEF-MBN |
| Garbarczyk | Anthony | | | 2:18-cv-10221-EEF-MBN |
| Groves | Yvonne | | | 2:17-cv-05734-EEF-MBN |
| Hamm Hamm | Ronald Tammy | | | 2:18-cv-06792-EEF-MBN |
| Heiman Heiman | Harvey Carol | | | 2:17-cv-07853-EEF-MBN |
| Hensley | Marvin | | | 2:15-cv-07138-EEF-MBN |
| Heppenheimer | Paula | | | 2:17-cv-17891-EEF-MBN |
| Hutson | Verna Ruth | Curnutte Hutson, III | Andrea Martin V. | 2:19-cv-00324-EEF-MBN |
| Iker Iker | Stephen Bonnie | | | 2:19-cv-00237-EEF-MBN |

Notice of change of Address
List of Plaintiffs

| Jones | Betty Jean | Euler Martinez | Vicky Ann S. | 2:15-cv-03073-EEF-MBN |
|---|---|---|---|---|
| Lawson | Zella | Lawson | Mark | 2:19-cv-00640-EEF-MBN |
| Lecklider Lecklider | Judith Dennis | | | 2:18-cv-09761-EEF-MBN |
| Lopez | Alma A. | | | 2:16-cv-01254-EEF-MBN |
| Macolini Macolini | Frank Ruth Ann | | | 2:18-cv-11028-EEF-MBN |
| Malek Malek | Jerome W. Rosalyn | | | 2:18-cv-14059-EEF-MBN |
| McMullen | Charles | | | 2:16-cv-17244-EEF-MBN |
| Morgan | William | Jensen | Christina | 2:18-cv-02979-EEF-MBN |
| Nigro | Anthony | | | 2:17-cv-11052-EEF-MBN |
| Pruett, Jr. Pruett | Richard Deborah | | | 2:17-cv-01742-EEF-MBN |
| Reifsteck Reifsteck | Randy Judie | | | 2:18-cv-09766-EEF-MBN |
| Senior | Alice | | | 2:18-cv-12731-EEF-MBN |
| Smith | Edward | Smith | Nancy | 2:17-cv-08873-EEF-MBN |
| Smith Smith | Robert Judith | | | 2:19-cv-00605-EEF-MBN |
| Smith-Dunn | Sandra | Dunn | James T. | 2:18-cv-09750-EEF-MBN |
| Spencer | Adn | | | 2:17-cv-05729-EEF-MBN |
| Steffler Steffler | Charles Vicki | | | 2:18-cv-03461-EEF-MBN |
| Stinnett | Heidi | | | 2:17-cv-08797-EEF-MBN |
| Taylor, Jr. Taylor | William J. Ann | | | 2:17-cv-12479-EEF-MBN |
| TeaFatiller TeaFatiller | Sharon Jerry | | | 2:18-cv-09108-EEF-MBN |
| Thomas | Debora J. | Younes | Donna A. | 2:18-cv-08913-EEF-MBN |
| Tochtrop Tochtrop | Cynthia Tom | | | 2:18-cv-06772-EEF-MBN |
| Vallera | Giuseppe | Vallera | Claire | 2:19-cv-00817-EEF-MBN |
| Wade | Joseph | Wade | Cheryl | 2:17-cv-17446-EEF-MBN |
| Warner | Alexanjra | | | 2:17-cv-07954-EEF-MBN |
| Yap | Juck Chio Tan | | | 2:18-cv-14133-EEF-MBN |
| Zurmuehlen | Rebecca A. | | | 2:15-cv-00661-EEF-MBN |

**Notice of change of Address**
**List of Plaintiffs**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was electronically filed through the Court's

CM/ECF system on February 25, 2019, which shall notification of such filling to all CM/ECF

participants

/s/ Michelle A. Parfitt
Michelle A. Parfitt