# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | **JUDGE ELDON E. FALLON** |
| *Roger Crips, individually and as Administrator of the Estate of Edith Davidson, Deceased v. Janssen Research & Development, LLC, et al.* - 2:17-cv-02686-EEF-MBN | **MAGISTRATE NORTH** |
| *Kristie Hauge-Travis, individually and as Personal Representative of the Estate of Jeanette Hauge, Deceased v. Janssen Research & Development, LLC, et al.* - 2:17-cv-02988-EEF-MBN | |
| *Donald Hess v. Janssen Research & Development, et al.* - 2:16-cv-13910-EEF-MBN | |
| *Christine Ianieri, et al. v. Janssen Research & Development, et al.* - 2:17-cv-02726-EEF-MBN | |
| *Thelma Rice v. Janssen Research & Development, et al.* - 2:15-cv-02011-EEF-MBN | |
| *Neil Scott v. Janssen Research & Development, et al.* - 2:17-cv-02290-EEF-MBN | |
| *Genevieve Walker, et al. v. Janssen Research & Development, et al.* - 2:15-cv-00134-EEF-MBN | |
| *Marilyn Wiener as Executrix of the Estate of Walter Wiener, Deceased v. Janssen Research & Development, et al.* - 2:15-cv-01864-EEF-MBN | |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Plaintiffs move this Court for substitution of counsel, asking that Daniel R. Leathers, of Lieff Cabraser Heimann & Bernstein, LLP, located at 250 Hudson St., 8th Floor, New York, NY 10013, be substituted for attorney Paulina do Amaral, as attorney of record for Plaintiffs in the above-referenced actions.

Plaintiffs move this Court to withdraw Paulina do Amaral, as counsel for the above-referenced cases.

WHEREFORE, Plaintiff requests this Honorable Court to remove Attorney Paulina do Amaral as counsel of record in these cases and Daniel R. Leathers be substituted as counsel for the above-referenced plaintiffs.

Dated: February 25, 2018          Respectfully submitted,


                                  By: */s/ Daniel R. Leathers*

                                      Daniel R. Leathers
                                      LIEFF, CABRASER, HEIMANN &
                                      BERNSTEIN, LLP
                                      250 Hudson Street, 8th Floor
                                      New York, NY  10013-1413
                                      Telephone: (212) 355-9500
                                      Facsimile: (212) 355-9592
                                      aweintraub@lchb.com

                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Substitution and Withdrawal of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

February 25, 2019                         By: */s/ Daniel R. Leathers*

                                         Daniel R. Leathers
                                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                         250 Hudson Street, 8th Floor
                                         New York, NY  10013-1413
                                         Telephone: (212) 355-9500
                                         Facsimile: (212) 355-9592
                                         aweintraub@lchb.com

                                         *Attorneys for Plaintiffs*

1693552.1