# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| THIS DOCUMENT RELATES TO: | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| *Roger Crips, individually and as Administrator of the Estate of Edith Davidson, Deceased v. Janssen Research & Development, LLC, et al.* - 2:17-cv-02686-EEF-MBN | **MAGISTRATE NORTH** |
| *Kristie Hauge-Travis, individually and as Personal Representative of the Estate of Jeanette Hauge, Deceased v. Janssen Research & Development, LLC, et al.* - 2:17-cv-02988-EEF-MBN | |
| *Donald Hess v. Janssen Research & Development, et al.* - 2:16-cv-13910-EEF-MBN | |
| *Christine Ianieri, et al. v. Janssen Research & Development, et al.* - 2:17-cv-02726-EEF-MBN | |
| *Thelma Rice v. Janssen Research & Development, et al.* - 2:15-cv-02011-EEF-MBN | |
| *Neil Scott v. Janssen Research & Development, et al.* - 2:17-cv-02290-EEF-MBN | |
| *Genevieve Walker, et al. v. Janssen Research & Development, et al.* - 2:15-cv-00134-EEF-MBN | |
| *Marilyn Wiener as Executrix of the Estate of Walter Wiener, Deceased v. Janssen Research & Development, et al.* - 2:15-cv-01864-EEF-MBN | |

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel:

**IT IS HEREBY ORDERED** that Paulina do Amaral, of Lieff Cabraser Heimann & Bernstein is removed as counsel of record for the Plaintiffs.

**IT IS FURTHER ORDERED** that Daniel R. Leathers, of Lieff Cabraser Heimann & Bernstein is enrolled as counsel of record for the Plaintiffs.

DONE AND SIGNED this _____ day of _____, 2019, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE