# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| James Arthur Gipson<br>Civil Action No.: 2:16-cv-13648 | **MAGISTRATE JUDGE NORTH** |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Glenda Gipson, surviving spouse of James Arthur Gipson, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action based on the death of James Arthur Gipson.

A Notice/Suggestion of Death was filed in the MDL on December 3, 2018 (Doc. #11895).

Dated: February 26, 2019           Respectfully Submitted,

                                   s/ *Calle M. Mendenhall*
                                   Calle M. Mendenhall
                                   Farris, Riley & Pitt, L.L.P.
                                   505 20th Street North, Suite 1700
                                   Birmingham, AL 35203
                                   (205)324-1212
                                   Fax: (205)324-1255
                                   E-Mail: cmendenhall@frplegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019, a copy of the foregoing document was filed electronically using the CM/ECF system which will send notification of each such filing to the parties denoted in the Electronic Mail Notice List.

*/s/ Calle M. Mendenhall*
Calle M. Mendenhall