# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  _____  THIS DOCUMENT RELATES TO PLAINTIFF:  James Arthur Gipson Civil Action No.: 2:16-cv-13648 | MDL NO. 2592  SECTION "L"  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff James Arthur Gipson, finds the motions meritorious.

Therefore, IT IS ORDERED, that Glenda Gipson, as surviving spouse, is substituted for Plaintiff James Arthur Gipson as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on December 3, 2018 (Doc. # 11895).

New Orleans, Louisiana this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE