UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Lea v. Janssen Research & Development LLC, et al.* | * * | MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:17-cv-03362 |
| ******************************************* | | |

**PLAINTIFFS' JOINT MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW, the Plaintiff herein, and files this, the Plaintiff's Join Motion for Withdrawal and Substitution of Counsel, and respectfully shows to this Court as follows:

The Plaintiff requests that attorney Joseph W. Rausch of Gauthier Murphy Houghtaling LLC be granted leave to withdraw as counsel in member case *Lea et al v. Janssen Research & Development LLC, et al*, 2:17-cv-03362, as he is no longer with Jim S. Hall & Associates, LLC.

The Plaintiff further requests the substitution of attorneys Matthew B. Moreland and Jennifer L. Crose of Jim S. Hall & Associates, LLC, 800 N. Causeway Blvd, Ste 100, Metairie, LA 70001, in place of attorney Joseph W. Rausch of Gauthier Murphy Houghtaling LLC.

Attorneys Jim S. Hall, Matthew B. Moreland, and Jennifer L. Crose have conferred with attorney Joseph W. Rausch and represent that Joseph W. Rausch consents to this Motion.

WHEREFORE, the Plaintiff respectfully requests that attorney Joseph W. Rausch be granted leave to withdraw as counsel in *Lea et al v. Janssen Research & Development LLC, et al*,

1

2:17-cv-03362, and that attorneys Matthew B. Moreland and Jennifer L. Crose be substituted therefor.

Dated: February 26, 2019                            Respectfully submitted,

**JIM S. HALL & ASSOCIATES, LLC**

/s/*Matthew B. Moreland*
Jim S. Hall (LA Bar No. 21644)
Matthew B. Moreland (LA Bar No. 24567)
Jennifer L. Crose (LA Bar No. 32116)
800 N. Causeway Blvd, Ste 100
Metairie, LA 70001
mmoreland@jimshall.com
jcrose@jimshall.com
(504) 832-3000
Fax: (504) 832-1799

## CERTIFICATE OF SERVICE

This hereby certifies that on February 26, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Matthew B. Moreland*
Matthew B. Moreland