# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| **Donovan Elmore,**<br>**Case No. 2:15-cv-6807** | MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of the Plaintiff, Donovan Elmore.

Dated: February 26, 2019

                                          RESPECTFULLY SUBMITTED,

                                        <u>s/ Jacob A. Flint</u>
                                        Jacob A. Flint, IL Bar No. 6299777
                                        Flint Law Firm, LLC.
                                        222 E. Park St., Suite 500
                                        Edwardsville, IL 62025
                                        Phone: 618-205-2017
                                        Fax: 618-288-2864
                                        jflint@flintlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint