UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>) MCL No. 2592<br>) Civil Action No. 2:17-cv-17305<br>) SECTION: L<br>) JUDGE ELDON E. FALLON<br>) MAG. MICHAEL NORTH |

_____

**PLAINTIFF, TERRANCE CARRINGTON'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR ISSUANCE OF SUMMONS**

This motion is brought in the matter of Case 2:17-cv-17305, entitled Terrance Carrington vs Janssen Research & Development, et al. in accordance with the Federal Rules of Civil Procedure, Plaintiff brings this Motion for Leave to File an Amended Complaint and for Issuance of Summons, and states as follows:

1. Plaintiff's complaint was originally filed on December 14, 2017. [ECF Docket 1.]

2. After filing Plaintiff's Complaint, Plaintiff's attorney, Kenneth Stern, elected to disengage from representation of the Plaintiff because the Plaintiff could not be located and, based thereon, filed his Motion to Withdraw as Attorney for Plaintiff on April 6, 2018. [ECF Docket 9110.]

3. On April 10, 2018, this Honorable Court granted Attorney Kenneth Stern's Motion to Withdraw as Counsel. [ECF Docket 9120.]

4. On January 3, 2019, Plaintiff filed a Motion to Set Aside the Court's April 10, 2018 Order, as the Plaintiff had been located. [ECF Docket 12159.]

1

5. On February 4, 2019, this Honorable Court granted Plaintiff's Motion to Set Aside the Court's April 10, 2018 Order, permitting the Withdraw of Kenneth A. Stern as Plaintiff's Attorney. [ECF Docket 12457.]

6. With further access to Plaintiff's medical records, Plaintiff's counsel has now been permitted to verify all medical injuries and based thereon, since has filed Plaintiff's Fact Sheet.

7. Plaintiff's injuries since the time of the initial filing have in fact been further confirmed and are different from the medical injuries as originally identified by the Plaintiff when his initial information was obtained, necessitating this Amendment. The substantive allegations against the Defendants remain the same.

8. After the original Complaint was filed in this matter, no Summons had ever been issued or served.

9. It is therefore respectfully requested that this Honorable Court grant leave to permit Plaintiff to file an Amended Complaint attached as *Exhibit. 1*, setting forth therein the related injuries, and that the Clerk of the Court otherwise be instructed to issue an appropriate Summons so that proper service of process can be effectuated. Summons attached as *Exhibit 2*.

10. Plaintiff would otherwise be severely prejudiced should Plaintiff be denied the relief herein requested.

11. Plaintiff has sought concurrence from Defendants by email addressed to attorney Lindy Brown. Defendants' concurrence herein is attached hereto as *Exhibit 3*.

WHEREFORE, Plaintiff's counsel, Kenneth A. Stern, respectfully requests that this Honorable Court permit Plaintiff to amend his complaint, consistent with an Order attached hereto

as ***Exhibit 4***, and for Issuance of Summons, together with any and all such other further relief as this Court deems just and appropriate.

Dated: February 26, 2019  　　　　　　　　s/ *Kenneth A. Stern*
　　　　　　　　　　　　　　　　　　　　Kenneth A. Stern, P30722
　　　　　　　　　　　　　　　　　　　　STERN LAW, PLLC
　　　　　　　　　　　　　　　　　　　　41850 West 11 Mile Road
　　　　　　　　　　　　　　　　　　　　Novi, Michigan 48375-1857
　　　　　　　　　　　　　　　　　　　　(248) 347-7300
　　　　　　　　　　　　　　　　　　　　ken@sternlawonline.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 26, 2019, the foregoing was filed electronically with the Clerk of Court using the ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　*Lynda G. Moneypenny*

3