# Lynda Moneypenny

**From:** Brown, Lindy <lbrown@bradley.com>
**Sent:** Monday, February 25, 2019 6:36 PM
**To:** Lynda Moneypenny
**Cc:** Rothman, Alan; Miller, Chanda; Daly, Daryl
**Subject:** RE: Carrington Complaint

Defendants will not oppose the motions to amend the complaint as circulated on Thursday February 21 reserving all service defenses. To the extent alleged injury information is amended, an amended PFS should also be submitted. Thanks.

**Lindy D. Brown**
Attorney | Bradley
lbrown@bradley.com
601.592.9905

**From:** Lynda Moneypenny [mailto:Lynda@sternlawonline.com]
**Sent:** Thursday, February 21, 2019 11:19 AM
**To:** Brown, Lindy <lbrown@bradley.com>
**Subject:** Carrington Complaint
**Importance:** High

[External Email]

Per our conversation regarding our Motion to Amend Complaint and for issuance of Summons, I have attached the revised Amended Complaint. Please provide us concurrence.

Thank you.

**Lynda G. Moneypenny**
Paralegal

## Stern Law, PLLC

41850 W. Eleven Mile Rd., Suite 121
Novi, MI 48375
Direct Line: (248) 662-2174
Main Office: (248) 347-7300
Toll-Free: (800) 692-4453
Fax: (248) 305-3250
Email: lynda@sternlawonline.com
Website: http://www.yourlegaljustice.com | http://www.thecplawyer.com

     

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---