UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MCL No. 2592 |
| ) | Civil Action No. 2:17-cv-17305 |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. MICHAEL NORTH |

_____

### [PROPOSED] ORDER GRANTING PLAINTIFF, TERRANCE CARRINGTON'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR ISSUANCE OF SUMMONS

IT IS HEREBY ORDERED that Plaintiff in the matter of Case 2:17-cv-17305, Terrance Carrington, is permitted to file an Amended Complaint, and that Summons shall forthwith be issued in connection therewith.

_____
UNITED STATES DISTRICT COURT JUDGE

1