## AFFIDAVIT OF NEXT OF KIN

The undersigned, being first duly sworn, deposes and says:

1. That I am the surviving spouse or next of kin of _Devran Wilson_ who died on or about the _1_ day of _Jan_, 20_18_.

2. That no personal representative has been appointed for the decedent's estate in this state or elsewhere and no application for such an appointment is pending in the state or elsewhere.

3. That this affidavit is made in support of the undersigned's request for the release of medical records.

Further, your affiant sayeth naught.

Dated the _7_ day of _March_, 20_18_.

SIGNATURE: _Cozzetta Wilson_
(Print Name: _Cozzetta Wilson_)

SUBSCRIBED AND SWORN to before me this
_7_ day of _March_, 20_18_ by
(Print Name: _Cozzetta Wilson_)

_Stephen Franklin_
Notary Public
(Print Name: _Stephen Franklin_)

My commission expires:

_31 October 2020_



STEPHEN FRANKLIN
Notary Public State of Nevada
No. 16-4081-1
My Appt. Exp. October 31, 2020