UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| BEVERLY A. SHULL<br>Plaintiff | JUDGE: ELDON E. FALLON |
| v. | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.<br>Defendants | Civil Action No: 2:17-cv-10268-EEF-MBN |

## ORDER

Considering the Plaintiff's First Ex Parte Motion for Extension of Time Within Which to Serve Process:

IT IS ORDERED that the deadline to extend time for service of the Complaint in this matter is extended for an additional thirty (30) days.

New Orleans, Louisiana this 26th day of February, 2019.

_____
United States District Judge