# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*EDWIN LYKINS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-7457

## ORDER

Upon consideration of all of the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Deem Service Complete and/or to Extend Time to Serve is hereby GRANTED. Service of the Complaint and Summons upon Defendant Bayer Pharma AG is deemed effective as of October 12, 2018, and the time to complete service is extended by ten (10) days.

New Orleans, Louisiana, this 26th day of February, 2019.

Honorable Judge Eldon E. Fallon
United States District Court Judge