# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Evelyn L. Matthews,<br><br>     Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>     Defendants.<br><br>**This Document Relates to:**<br>**No. 2:16-cv-01109** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON MAG.<br><br>JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court that Counsel was recently notified by the family that Plaintiff Evelyn L. Matthews died in Alabama on May 1, 2018.

Dated: February 26, 2019      Respectfully submitted,

             By: /s/ Lisa A. Gorshe, Esq.
             Lisa A. Gorshe (MN#029522X)
             Johnson Becker, PLLC
             444 Cedar Street, Suite 1800
             St. Paul, MN 55101
             Telephone: (612) -436-1852
             Fax: (612) -436-1801
             Email: lgorshe@JohnsonBecker.com

             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on February 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>By: /s/ Lisa A. Gorshe, Esq.
>Lisa A. Gorshe
>Johnson Becker, PLLC
>444 Cedar Street, Suite 1800
>St. Paul, MN 55101
>Telephone: (612) -436-1852
>Fax: (612) -436-1801
>Email: lgorshe@JohnsonBecker.com
>
>*Counsel for Plaintiff*