## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) | |
| *Johnson v. Janssen Research &* | ) | |
| *Development LLC, et al.* | ) | |
| Case No. 2:15-cv-06585 | ) | |
| Plaintiff Shirley Johnson | ) | |
| | ) | |

### STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff Shirley Johnson notes the death during the pendency of this action of Plaintiff Shirley Johnson.

Dated: New York, New York
        February 27, 2019

By: _____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London