UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Johnson v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 2:15-cv-06585 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1)

COMES NOW counsel for Plaintiff Shirley Johnson now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Inca Allen, on behalf of her deceased mother, Shirley Johnson in the above captioned cause.

1. Shirley Johnson filed a products liability lawsuit against defendants on December 8, 2015.

2. On August 8, 2018 Shirley Johnson died, without her next of kin notifying her legal representatives.

3. Shirley Johnson's product liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on February 27, 2019, attached hereto as "Exhibit A".

5. The decedent's daughter, Inca Allen, is the Proper Plaintiff and wishes to be substituted on behalf of Shirley Johnson, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Respectfully submitted,

Dated: New York, New York
February 27, 2019

By: _____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London