UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Johnson v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 2:15-cv-06585 ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Inca Allen, on behalf of her deceased mother Shirley Johnson, may be substituted for Shirley Johnson as the proper party plaintiff in this action.

New Orleans, Louisiana this ___ day of ___ 2019.

                                                  Honorable Eldon E. Fallon
                                                  United States District Court Judge

1