# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A**

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

Plaintiffs respectfully request that attorney Michael A. London of Douglas & London, P.C., be enrolled as co-counsel of record in the actions listed on Exhibit A.

Wherefore, it is requested that the Court grant this motion.

Dated: February 27, 2019

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com

*/s/ Michael A. London*
Michael A. London (ML-7510)
DOUGLAS AND LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Phone: (212) 566-7500
Facsimile: (212) 566-7501

***Attorneys for Plaintiffs***