# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A**

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Michael A. London of the law firm of Douglas & London, P.C., be allowed to enroll as co-counsel for Plaintiffs in the Civil Action numbers listed on Exhibit A.

Dated: _____, 2019

_____
Hon. Eldon E. Fallon
United States District Judge