UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION L |
| ) | |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| SEE ATTACHED EXHIBIT 1 ) | |
| ) | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective February 27, 2019, MARC WHITEHEAD & ASSOCIATES, LLP has relocated its office. The new address is:

**MARC WHITEHEAD & ASSOCIATES, LLP**
**403 Heights Blvd.**
**Houston, TX 77007**

The email address and phone numbers remain the same.

    Respectfully submitted,

    /s/ Marc S. Whitehead
    Marc S. Whitehead
    Marc Whitehead & Associates, LLP
    403 Heights Blvd.
    Houston, TX 77007
    Phone: 713-228-8888
    Fax: 713-225-0940
    *Attorney for Plaintiffs*

# EXHIBIT 1

## LIST OF MARC WHITEHEAD & ASSOCIATES, LLP
## XARELTO MDL 2592 CASES

| Last Name | First Name | Rep Last Name | Rep First Name | Docket Number |
|---|---|---|---|---|
| Banks | Adelbart | | | 2:16-cv-08958-EEF-MBN |
| Beasley | Valerie | | | 2:16-cv-09041-EEF-MBN |
| Bertrand | Donovan | | | 2:16-cv-09061-EEF-MBN |
| Burns | Ruby | Rutherford | Carla | 2:16-cv-09073-EEF-MBN |
| Carver | Stacia | Holland | Alexis | 2:17-cv-09616-EEF-MBN |
| Harvey | Lloyd | | | 2:16-cv-09110-EEF-MBN |
| Hipps | Frankie | Hipps | Tammy | 2:16-cv-09133-EEF-MBN |
| Hutton | Theodore | | | 2:16-cv-09139-EEF-MBN |
| Lietzke | Elaine | | | 2:18-cv-14208-EEF-MBN |
| Neils | Diane | | | 2:16-cv-09174-EEF-MBN |
| Pantano | Pasquale | Pantano | Beatrice | 2:17-cv-02647-EEF-MBN |
| Pascarella | Joseph | | | 2:16-cv-06571-EEF-MBN |
| Perry | William | | | 2:18-cv-14211-EEF-MBN |
| Phillips | Jerry | | | 2:16-cv-09189-EEF-MBN |
| Pollett | Wanda | | | 2:16-cv-09195-EEF-MBN |
| Reed | Dearlene | Reed | Monica | 2:16-cv-09202-EEF-MBN |
| Richey | Leon | | | 2:16-cv-09220-EEF-MBN |
| Risen | Eugene | Miller | Linda | 2:16-cv-09226-EEF-MBN |
| Smool | Dennis | | | 2:16-cv-09260-EEF-MBN |
| Soderman | James | | | 2:18-cv-13812-EEF-MBN |
| Tatz | Judith | | | 2:18-cv-14209-EEF-MBN |
| Webb | Larry | | | 2:16-cv-09262-EEF-MBN |
| Welch | Nancy | | | 2:16-cv-09270-EEF-MBN |
| Welte | Thomas | | | 2:16-cv-09280-EEF-MBN |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on February 27, 2019, which shall provide notification of such filing to all CM/ECF participants.

/s/ Marc S. Whitehead
Marc S. Whitehead