UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*JULIE BLEVINS v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-09124 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

COMES NOW, Plaintiff, Julie Blevins, who wishes to enroll Alfred Olinde of The Olinde Firm, LLC, as Co-Counsel of record for Plaintiff.

Wherefore, it is requested that the Court grant this motion.

Dated this 26th day of February, 2019.    Respectfully submitted,

                                          /s/ Daniel J. Carr_____
                                          Joseph C. Peiffer, La. Bar #26459
                                          Daniel J. Carr, La. Bar # 31088
                                          PEIFFER WOLFCARR & KANE
                                          A Professional Law Corporation
                                          201 St. Charles Ave., Suite 4314
                                          New Orleans, Louisiana 70170-4600
                                          Telephone: (504) 523-2434
                                          Facsimile: (504) 523-2464
                                          Email: dcarr@prwlegal.com

                                          AND;

/s/ Alfred Olinde, Jr.
Alfred Olinde, Jr.
THE OLINDE FIRM, LLC
2 Sanctuary Blvd., Suite 205
Mandeville, LA 70471
Tel: (985) 605-0262
Fax: (985) 231-7581
Email: folinde@olindefirm.com
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26th, 2019, a copy of the foregoing Motion to Enroll Additional Counsel of Record was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Daniel J. Carr
Daniel J. Carr