UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>*JULIE BLEVINS v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-09124 | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that attorney Alfred

Olinde, Jr. be allowed to enroll as co-counsel for Plaintiff Julie Blevins.

New Orleans, Louisiana, this ___ day of _____, 2019.


_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

3