# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABLITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| ESTATE OF SHIRLEY J. ASHBURN by and through the executor RICHARD ASHBURN | Civil Action No.: 2:17-cv-13439 |
| Plaintiff | JUDGE ELDON E. FALLON |
| | MAG. JUDGE SHUSHAN |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND FICTITIOUS DEFENDANTS 1-100, | |
| Defendants. | |

Please take notice that, effective immediately, DiCello Levitt & Casey LLC has changed its name to DiCello Levitt Gutzler LLC. The updated contact information for undersigned counsel is as follows:

**DiCello Levitt Gutzler LLC**
7556 Mentor Ave.
Mentor, OH 44060
Telephone: (440) 953-8888
Fax: (440) 953-9138
Email: **madicello@dicellolevitt.com**
**mabramowitz@dicellolevitt.com**

This 27th day of February 2019

Respectfully submitted,
DiCello Levitt Gutzler LLC

*/s/ Mark A. DiCello*
MARK A. DiCELLO (0063924)
MARK ABRAMOWITZ (0088145)

DiCello Levitt Gutzler LLC
7556 Mentor Ave.
Mentor, OH 44060
T 440-953-8888
F 440-953-9138
madicello@dicellolevitt.com
mabramowitz@dicellolevitt.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2019, I caused the foregoing document to be filed using the Court's CM/ECF system which will electronically serve a copy of the filings upon all counsel registered with that system.

*/s/ Mark A. DiCello*
MARK A. DiCELLO (0063924)
MARK ABRAMOWITZ (0088145)
DiCello Levitt Gutzler LLC
*Counsel for Plaintiffs*