IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEVERLY GRAVES, a single person,<br><br>    Plaintiff(s)<br><br>Vs.<br><br>BAYER PHARMA AG, A FOREIGN CORPORATION; BAYER CORPORATION, A SUBSIDIARY OF BAYER PHARMA AG; JOHNSON & JOHNSON, A CORPORATION; JANSSEN PHARMACEUTICALS, INC., A SUBSIDIARY OF JOHNSON & JOHNSON AND JANSSEN RESEARCH AND DEVELOPMENT, LLC,<br><br>    Defendant(s) | Case No. 2:19-cv-01386-EEF-MBN<br><br>**DISMISSAL WITHOUT PREJUDICE** |

COMES NOW the Plaintiff, Beverly Graves, and hereby dismisses the above entitled matter without prejudice pursuant to Rule 41(a)(1)(A) as Defendants have not filed an Answer nor a Motion for Summary Judgment in this matter.

                                            HAMILTON LAW FIRM, P.C.
                                            P.O. BOX 188
                                            606 ONTARIO STREET
                                            STORM LAKE, IOWA  50588
                                            (712) 732-2842
                                            (712) 732-6202 (FAX)

BY: _/s/ Molly Hamilton_____
MOLLY M. HAMILTON, AT0013636
molly@hamiltonlawfirmpc.com
ATTORNEY FOR PLAINTIFF

- 2 -

Original Filed.

Copy To:

Ms. Kimberly K. Hardeman
Attorney at Law
Post Office Box 1927
118 Third Avenue SE, Suite 700
Cedar Rapids, Iowa 52406-1927
khardeman@lwclawyers.com
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 2-28, 2019.

By: ☐ U.S. Mail ☐ FAX ☐ Overnight Courier
☐ Hand Delivered ☐ Certified Mail ☐ Other: _____
☐ E-Mail ☒ ECF/EDMS System

Signature: _Jean B Piercy_