UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| ****************************** * | |
| THIS DOCUMENT RELATES TO: CLAUDETTE SINGER, 2:16-cv-12523 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Neil D. Overholtz, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiff Claudette Singer in the above-captioned matter.

DATED: March 1, 2019

By:   /s/ Donald C. Sisson
Donald C. Sisson (CO Bar# 35825)
Elkus & Sisson, P.C.
501 S. Cherry Street, Ste. 920
Denver, CO 80246
(303) 567-7981
(303) 431-3753 (Fax)
dsisson@elkusandsisson.com.

/s/ Neil D. Overholtz
Neil D. Overholtz (FL Bar# 188761)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
noverholtz@awkolaw.com

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra (LA Bar# 31476)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
jhoekstra@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**