UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION:  L<br><br><br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>RESPONSE TO ORDER TO SHOW CAUSE<br>REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Earnest Neal v. Janssen Research & Development LLC, et al; No. 2:18-cv-04753*

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Order to Show Cause Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies entered on February 19, 2019 (Doc. 12640) and would respectfully show the Court the following:

I.

The case below has an alleged core deficient Plaintiff Fact Sheet that has been listed on two Joint Agendas. Pursuant to PTO 31(a), Plaintiff has been ordered to show cause as to why Plaintiff's Complaint and all claims against Defendants should not be dismissed with prejudice for failure to serve a core sufficient PFS.

## UNABLE TO CURE ALLEGED DEFICIENCIES

- *Earnest Neal v. Janssen Research & Development LLC, et al; No. 2:18-cv-04753*

Undersigned counsel has informed Mr. Neal of his obligations regarding the completion and serving of PFSs pursuant to CMO1 and PTO 13. Counsel has also provided Plaintiffs with a copy of the Notice(s) of Core Deficiency issued by the Defendants, as well as a copy of the Court's Order to Show Cause, and advised of the deadlines within which to respond and cure said deficiencies.

Mr. Neal has been unable to cure his alleged PFS deficiencies.  Counsel has communicated with Plaintiff in order to obtain and/or identify any other source of records which would confirm Plaintiff's Xarelto related injuries, and Plaintiff has been unable to provide any additional information and/or records that would allow counsel to obtain the requisite records and cure the PFS deficiencies.

Because Plaintiff's counsel has been unsuccessful in obtaining and/or identifying any other source of information and/or records that may contain proof a Xarelto related injury suffered by Plaintiff, counsel is unable to respond and cure the alleged core PFS deficiencies.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to obtain the requisite information to cure the alleged core PFS deficiencies. Counsel does not have written permission from Mr. Neal to agree to a stipulation of dismissal of his claims with prejudice. However, unless the requisite additional information or records confirming proof of injury is received by Plaintiff's counsel prior to the show cause hearing on Mach 12, 2019, counsel has no basis to contest such a dismissal should the Court rule that a dismissal is appropriate and proper.

2

Plaintiff has previously been advised that unless the requisite documents and/or records are received, his case is subject to dismissal by the Court with prejudice.

Dated:  March 4, 2019.

Respectfully submitted,

s/ Michael T. Gallagher
MICHAEL T. GALLAGHER
 (Texas Bar #07586000)
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile (713) 222-0066
mike@gld-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/ Michael T. Gallagher
Michael T. Gallagher