UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br> **JURY TRIAL DEMANDED** <br><br> Civil Action No.: 2:19-cv-00817 |

**THIS DOCUMENT RELATES TO:**
*CLAIRE VALLERA, as the Surviving Spouse of Guiseppe Vallera, and Anticipated Personal Representative of the Estate of Guiseppe Valera, Deceased  v. Janssen Research and Development, LLC, et al.*

**PLAINTIFF'S EX PARTE MOTION
TO CORRECT DECEDENT'S FIRST NAME
AND AMEND/CORRECT COMPLAINT**

Plaintiff, Claire Vallera, pursuant to the applicable Federal Rule of Civil Procedure 15 (a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned counsel, respectfully submits this Ex Parte Motion to correct typographical error in the Decedent's first name and amend/correct complaint. Plaintiff states as follows:

1. On February 1, 2019, Plaintiff, Claire Vallera, filed the above-captioned matter via LAED CM/CF and service was executed thereafter on March 1, 2019.

2. That due to a typographical error, the Complaint was filed with the Decedent's first name as "Guiseppe".

3. That after the Complaint was filed, the undersigned counsel became aware of such typographical error.

4. That the Amended Complaint correcting the typographical error and changing the Decedent's first name to "Giuseppe" is concurrently submitted with this Motion.

5. That the Complaint is otherwise the same in every other manner.

Wherefore, it is hereby requested that this Ex Parte Motion is granted and the Complaint be so amended.

Dated: March 4, 2019        Respectfully submitted

> By:   /s/ Michelle A. Parfitt
> Michelle A. Parfitt (Va. Bar No.: 33650; DC Bar No.: 358592)
> mparfitt@ashcraftlaw.com
> James F. Green (Va. Bar No.: 24915; DC Bar No.: 33650)
> jgreen@ashcraftlaw.com
> **ASHCRAFT & GEREL LLP**
> 1825 K Street, NW, Suite 700
> Washington, DC 20006
> Phone: (202) 729-9833
> Fax: (202) 416-6392
>
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 4, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; DC Bar No.: 358592)