UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| | **JURY TRIAL DEMANDED** |
| | Civil Action No.: 2:19-cv-00817 |

**THIS DOCUMENT RELATES TO:**
*CLAIRE VALLERA, as the Surviving Spouse of Guiseppe Vallera, and Anticipated Personal Representative of the Estate of Guiseppe Valera, Deceased  v. Janssen Research and Development, LLC, et al.*

**ORDER GRANTING EX PARTE MOTION
TO AMEND/CORRECT COMPLAINT**

This matter having come before the Court on the Ex Parte Motion to Amend Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend/Correct Complaint is GRANTED. Plaintiff is hereby granted leave to file First Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this _____day of _____, 2019 into the United States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON