UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SUSAN DAVIDSON, Individually and as Executrix of the Estate of WILLIAM D. WEBB, <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* <br><br> Defendants. | * * * * * * * * * * * * * * * * * * | Case No. 2:18-cv-8742-EEF-MBN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO EXTEND TIME FOR SERVICE OF PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC., *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED**

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 4(m), and moves this Court for an order granting Plaintiff and extension of time to serve

Defendants, *Nunc Pro Tunc*, and deem the complaint timely filed for the reasons set forth in the attached memorandum.

Dated: March 4, 2019                  Respectfully submitted,

                                                  /s/ Debra J. Humphrey
                                                  Debra J. Humphrey
                                                  Marc J. Bern & Partners LLP
                                                  One Grand Central Place
                                                  60 East 42nd Street, Suite 950
                                                  New York, New York 10165
                                                  Tel: (212)702-5000
                                                  Fax: (212) 818-0164
                                                  dhumphrey@bernllp.com

                                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on the 4th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to all attorneys of record.

/s/ Debra J. Humphrey
Attorney for Plaintiff