## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)    ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| )                                                                             | SECTION: L |
| )                                                                             | JUDGE FALLON |
| THIS DOCUMENT RELATES TO:      ) | MAG. JUDGE NORTH |
| Gowan v. Janssen Research &         ) | |
| Development, LLC, et al                    ) | |
| 2:16-cv-3468 L (5)                              ) | |
| )                                                                             | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL WITH PREDJUDICE

This matter having come before the Court on Plaintiff's Brenda Gowan and Donnie Gowan's Motion for Dismissal, with Prejudice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion for Dismissal with Prejudice is hereby **GRANTED.**

New Orleans, Louisiana, on this ___ day of _____ 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE