UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Shoemaker v. Janssen Research & Development, LLC, et al<br>2:15-cv-00847 | | |

## PLAINTIFFS' MOTION FOR DISMISSAL WITH PREJUDICE

Come the Plaintiffs, Manfred Shoemaker and Eva Shoemaker, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and hereby move this Court for an Order of Dismissal, dismissing their claims against the Defendants Janssen Research & Development LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, with prejudice to their right to re-file their claims.

Respectfully Submitted,

/s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr. (KY 88302)
Sarah N. Lynch (KY 94261)
HENDY JOHNSON VAUGHN EMERY, P.S.C.
909 Wright's Summit Parkway #210
Ft. Wright, Kentucky 41011
Tel. 859.578.4444
Facsimile 859.578.4440
rjohnson@justicestartshere.com
semery@justicestartshere.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

/s/ Ronald E. Johnson, Jr
Ronald E. Johnson, Jr. (88302)