**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE NORTH |
| Shoemaker v. Janssen Research & ) | |
| Development, LLC, et al ) | |
| 2:15-cv-00847 ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL WITH PREDJUDICE**

This matter having come before the Court on Plaintiff's Manfred Shoemaker and Eva Shoemaker's Motion for Dismissal, with Prejudice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion for Dismissal with Prejudice is hereby **GRANTED.**

New Orleans, Louisiana, on this ___ day of _____ 2019.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE