# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>Section L<br>Judge Eldon E. Fallon<br>Mag. Judge Michael North |
| Susan M. Peterson, the natural daughter of James McDowell, Deceased,<br><br>　　　Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

## **MEMORANDUM**

COMES NOW Plaintiff, and hereby files Return of Service of Summonses from Special Process Servers, on Defendant Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc., f/k/a Ortho-McNeil Janssen Pharmaceuticals, Inc. and Defendant Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC.

1

2

Respectfully submitted,

**HOLLORAN SCHWARTZ & GAERTNER LLP**

/s/ THOMAS E. SCHWARTZ
Thomas E. Schwartz, #44504
9200 Litzsinger Road
St. Louis, Missouri 63144
314-772-8989
314-279-1333 Facsimile
tschwartz@holloranlaw.com
*Attorney for Plaintiff*