UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANNA

SUSAN M. PETERSON, as natural daughter )
Of JAMES MCDOWELL, Deceased )
*Plaintiff(s)* )
vs )   CASE# 18-920 L (5)
JANSSEN RESEARCH & DEVELOPMENT, )
LLC, et al )
*Defendant(s)* )

### Affidavit of Special Process Server

Received by McDowell and Associates on 2/6/2019 to be served on:

Janssen Research & Development, LLC
f/k/a Johnson and Johnson Research and Development, LLC
c/o CT Corp. System
600 N. Second Street – Suite 401
Harrisburg, PA 17101

I, Richard Keevtzen, being duly sworn, depose and say that on 2-7-19 at 12:00 NOON am/pm, executed service by delivering a true copy of the Summons and Complaint in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(✓) CORPORATE SERVICE: By serving Stefoni Murphy Staff Support - Ct Corp System as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON-SERVICE: For the reason detailed in the Comments below:

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Commonwealth of Pennsylvania - Notary Seal
Jessica C. Smith, Notary Public
Cumberland County
My commission expires September 27, 2021
Commission number 1320698

Appointed in accordance
with State Statutes

Subscribed and Sworn to before me on this 14 day of February, 2019 by the affiant who is personally known to me.

Jessica C Smith
NOTARY PUBLIC

McDowell & Associates
1031 Lami St.
St. Louis, MO 63104
(314) 621-9300

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Susan M. Peterson, as natural daughter of James McDowell, deceased <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:18-cv-00920 L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Research & Development LLC,
f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC
C T Corp System
600 N 2nd Street, #401
Harrisburg, PA 17101


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas E. Schwartz
Rebecca E. Grossman
Holloran Schwartz & Gaertner LLP
9200 Litzsinger
St. Louis, MO 63144


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **Feb 06 2019**

William W. Blevins
Name of clerk of court

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-00920 L (5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JANSSEIY RESEARCH + DEVELOPMENT LLC
was received by me on *(date)* 2-6-19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Stefoni Murphy Staff Support , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation
Registered Agent on *(date)* 2-7-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-22-19

*Server's signature*

RICHARD KREITZER / PROCESS SERVER
*Printed name and title*

SWORN BEFORE ME
ON 22nd OF Feb, 2019

COMMONWEALTH OF PENNSYLVANIA } SS:
COUNTY OF CUMBERLAND

ASSOCIATED SERVICES
P O BOX 5437
HARRISBURG PA 17110

Additional information regarding attempted service, etc:

Angela W. Plantz

Commonwealth of Pennsylvania - Notary Seal
Angela W. Plantz, Notary Public
Cumberland County
My commission expires October 3, 2022
Commission number 1340295