## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | **MDL NO.: 2592** <br> SECTION: L <br> **JUDGE: ELDON E. FALLON** <br> **MAG. JUDGE MICHAEL NORTH** |
| *THIS DOCUMENT RELATES TO:* <br><br> *Singer v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-12523* | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, comes plaintiff in the above-related action, and hereby request that Neil D. Overholtz and Jennifer M. Hoekstra of Aylstock, Witkin, Kreis & Overholtz, PLLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled and number action.

WHEREFORE, plaintiff moves this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Neil D. Overholtz and Jennifer M. Hoekstra as co-counsel of record and appointed as lead counsel in the above-entitled and numbered action.

Dated: March 5, 2019.

             Respectfully submitted,

           By: /s/Donald C. Sisson
             Donald C. Sisson (CO Bar No.: 35825)
             Elkus & Sisson, P.C.
             501 S. Cherry Street, Suite 920
             Denver, CO 80246
             (303) 567-7981
             (303) 431-3752 (Fax)
             dsisson@elkusandsisson.com

/s/Neil D. Overholtz
Neil D. Overholtz
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com

/s/Jennifer M. Hoekstra
Jennifer M. Hoekstra M. Hoekstra
Louisiana Bar No.:
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

DATED: March 4, 2019

By: /s/Donald C. Sisson
Donald C. Sisson (CO Bar No.: 35825)

2