UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Doris Wallace v. Janssen Research & Development LLC, et al.;**

**MDL Case No. 2:16-cv-12011**

## SUGGESTION OF DEATH

### TO ALL PARTIES AND ATTORNEYS OF RECORD:

Please take notice that pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff Doris Wallace.

Dated: <u>March 5, 2019</u>                    Respectfully Submitted,

> */s/ Kimberly S. Morr*
> Kimberly Starr Morr MO #68773
> The Driscoll Firm, P.C.
> 211 North Broadway, Suite 4050
> St. Louis, MO 63102
> 314-932-3232 phone
> 314-932-3233 facsimile
> kimberly@thedriscollfirm.com
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 5, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be

1

sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kimberly S. Morr
Kimberly Starr Morr MO #68773
The Driscoll Firm, P.C.
211 North Broadway, Suite 4050
St. Louis, MO 63102
314-932-3232 phone
314-932-3233 facsimile
kimberly@thedriscollfirm.com
Attorneys for Plaintiff