UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ISAAC ABJCKERR, MARINA ALIX, PEDRO ALVAREZ, DOLORES BERMUDEZ, TERESA BETANCOURT, CARMEN BONNELL, ZORAIDA COLLAZO, BERTA CABALLERO, HAYDEE CARDENAS, LUZMILA CORNEJO, TERESA DOMINGUEZ, JUAN DUARTE, FIDEL ZABALTA ESTRADA, ARSENIO FARINAS, ELIEZER FLORES, MARIA GEMELIARIS, MIGUEL GONZALEZ, ANTONIO GUTIERREZ VALDEZ, LEONIDIS HIDALGO, GAYLON ISAAKS, SUSAN JENNE, BERNARDO MALDONADO, TATIANA MARTINEZ-HERNANDEZ, AUREA MORALES, MARIA OLIVA, MARIA ORTEGA, MARINA PERALTA-ALVAREZ, LUIS PICHARDO-MAR, ANTONIO PULATS, OLIMPIA RODRIGUEZ, GODOFREDO RONDON, CLAUDIO SANRIAGO, ROSARIO SANTIAGO, VICTOR SERA, NANCY SOLE, MERCEDES TAMAYO, JOSE VIANA, JOSE ZOUAIN | : : : : | MDL No.: 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

Plaintiffs,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYR HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,

Defendants.

_____/

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

COME NOW Plaintiffs, by and through undersigned counsel, and hereby move to Amend the Joint Complaint in this matter and in support thereof, state as follows:

1. On September 23, 2015, Plaintiffs filed a Joint Complaint in the above-captioned matter, *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.).

2. Plaintiffs now seek to amend the Complaint in this matter to include specific allegations as to individual Plaintiff, Leonidis Hidalgo.

3. Individual Plaintiff, Leonidis Hidalgo, is identified in Plaintiffs' Joint Complaint filed on September 23, 2015, and therefore Plaintiffs proposed Amended Complaint relates back to the original filing date of September 23, 2015.

4. Pursuant to Federal Rule 15(c)(1)(B), an amendment to a pleading relates back to the date of the original pleading when the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading.

5. All allegations set forth in the Plaintiffs' Joint Complaint are adopted by reference and are applicable to the Individual Plaintiff in the proposed Amended Complaint.

6. The undersigned filed requisite Plaintiff's fact sheets, medical records, and pharmacy records pertaining to individual Plaintiff, Leonidis Hidalgo, on 3/2/16, 3/10/16, 5/4/16, 5/19/16, 5/24/16, 6/8/16, 6/17/16, 6/2/16, 8/8/16, 10/28/16, 10/31/16, and 3/4/17, with the Middle District of Louisiana Centrality System.

7. Plaintiff, Leonidis Hidalgo, was assigned Case no. 2:15-cv-04649 by the United States District Court Eastern District of Louisiana.

8. Pursuant to Pretrial Order 11E, Plaintiffs must request leave of court to file an Amended Complaint as the filing of Short Form Complaints are no longer allowed.

9. Accordingly, Plaintiffs are now respectfully requesting that they be granted leave to file an Amended Complaint to include specific allegations on behalf of Plaintiff, Leonidis Hidalgo.

10. Defendants have agreed to accept service of Plaintiff, Leonidis Hidalgo's individual Complaint by March 22, 2019.

11. Plaintiffs have attached a copy of the Amended Complaint to this Motion as *Exhibit A*.

12. It is Plaintiffs' position that they will be irreparably prejudiced should this Motion to Amend be denied, and if Plaintiffs are precluded from adding individual specific allegations of Leonidis Hidalgo.

13. WHEREFORE, the Plaintiffs respectfully request that this Court allow leave of court to amend the Amend Complaint in this matter, and instruct the Clerk of Court to file the attached pleading as the Amended Complaint. Plaintiffs also respectfully request this Court to issue summons within ten (10) days and allow Plaintiffs sixty (60) days to effectuate service from the date the summons have been issued.

Respectfully submitted this 5th day of March, 2019.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel certifies that the undersigned has contacted Defendants' counsel regarding submission of this motion. Defendants have advised they do not oppose the instant motion and have agreed to accept service of Plaintiffs' Complaint.

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

*/s/ Carlos R. Diez-Arguelles*
Carlos R. Diez-Arguelles, Esq.
Florida Bar No.: 0500569
Diez-Arguelles & Tejedor
505 N. Mills Avenue
Orlando, FL  32803
Ph: 407-705-2880
mail@theorlandolawyers.com
carlos@theorlandolaweyers.com