UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :    MDL No.: 2592
                               :
                               :    SECTION L
                               :
                               :    JUDGE ELDON E. FALLON
                               :
                               :    MAGISTRATE JUDGE NORTH
_____ :

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMAND**

**LEONIDIS HIDALGO**

Civil Action Number: 2:15-cv-04649

**ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT**

This matter having some before the Court on the Motion for Leave to File Amended Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Leonidis Hidalgo's Motion for Leave to File Amended Complaint is GRANTED. Plaintiff is hereby granted leave to file the Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter. Plaintiff shall serve a copy of the Amended Complaint within sixty (60) days.

Entered this _____ day of _____, 2019, into the United States District Court, Eastern District of Louisiana.

_____
HONORABLE DISTRICT JUDGE
ELDON E. FALLON