UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Doris Wallace v. Janssen Research & Development LLC, et al.;**

**MDL Case No. 2:16-cv-12011**

## MOTION TO SUBSTITUE PARTY PLAINTIFF

COMES NOW, counsel for Plaintiff Doris Wallace, now deceased, The Driscoll Firm P.C., and pursuant to Federal Rule of Civil Procedure 25(a)(1), respectfully moves this Court for an order substituting Gerrie Wallace Batts, on behalf of her deceased mother, Doris Wallace, in the above captioned case, an order to amend the Complaint in this matter to reflect the substitution of plaintiff Gerrie Wallace Batts, Administratrix of the Estate of Doris Wallace for decedent Doris Wallace, without need to file an amended complaint, and order directing the Clerk to correct the caption to reflect the proper party as "Gerrie Wallace Batts, Administratrix of the Estate of Doris Wallace", Plaintiff, and in support states the following:

1. At the Show Cause hearing on January 23, 2019, this Court granted counsel for Plaintiff until March 12, 2019 to substitute a proper party plaintiff and resolve any outstanding estate matters in this case.

2. Suggestion of Death was filed with this Court on March 5th, 2019. A copy of the Suggestion of Death is attached hereto and incorporated herein by reference as "Exhibit A".

1

3. On January 18, 2019, the Probate Court of Mecklenburg County, North Carolina issued Letters of Administration appointing Gerrie Wallace Batts the Administratrix of the Estate of Doris Caldwell. A copy of the Letters of Administration is attached hereto and incorporated herein by reference as "Exhibit B".

4. Gerrie Wallace Batts is authorized to pursue the claims of the Estate of Doris Wallace and agrees to be substituted as a party plaintiff in this matter.

WHEREFORE, Gerrie Wallace Batts respectfully requests she be substituted as plaintiff in this cause of action, that the Court order the Clerk to correct the caption to reflect the proper party as "Gerrie Wallace Batts, Administratrix of the Estate of Doris Wallace", Plaintiff, and that the Court order the Complaint in this matter amended to reflect the substitution of plaintiff Gerrie Wallace Batts, Administratrix of the Estate of Doris Wallace for decedent Doris Wallace, without need to file an amended complaint.

Dated: <u>March 5, 2019</u>

Respectfully Submitted,

<u>/s/ Kimberly S. Morr</u>
Kimberly Starr Morr MO #68773
The Driscoll Firm, P.C.
211 North Broadway, Suite 4050
St. Louis, MO 63102
314-932-3232 phone
314-932-3233 facsimile
kimberly@thedriscollfirm.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 5, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel via MDL Centrality, which will send notice of electronic

filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kimberly S. Morr*
Kimberly Starr Morr MO #68773
The Driscoll Firm, P.C.
211 North Broadway, Suite 4050
St. Louis, MO 63102
314-932-3232 phone
314-932-3233 facsimile
kimberly@thedriscollfirm.com
Attorneys for Plaintiff
