UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Doris Wallace v. Janssen Research & Development LLC, et al.;**

**MDL Case No. 2:16-cv-12011**

## ORDER

The Court, having fully considered Plaintiff's Motion to Substitute Party Plaintiff, as well as any responses hereto, and being otherwise sufficiently advised, finds the motion meritorious.

**IT IS HEREBY ORDERED** that Gerrie Wallace Batts, surviving daughter of Doris Wallace and Court Appointed Administratrix of the Estate of Doris Wallace, is substituted for Plaintiff Doris Wallace as the proper party Plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to correct the caption to reflect the proper party as "Gerrie Wallace Batts, Administratrix of the Estate of Doris Wallace", Plaintiff.

**IT IS FURTHER ORDERED** that the complaint filed in this matter is hereby amended to reflect the substitution of plaintiff Gerrie Wallace Batts, Administratrix of the Estate of Doris Wallace for decedent Doris Wallace, without need to file an amended complaint.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Hon. Eldon E. Fallon United States District Court Judge