# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*April Grove v. Janssen Research & Development LLC, et al; No. 2:18-cv-04902*

Comes now, Counsel for Plaintiff, April Grove, and files Response to the Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies entered on February 19, 2019 (Doc. 12640) and would respectfully show the Court the following:

The case below has an alleged core deficient Plaintiff Fact Sheet that has been listed on two Joint Agendas. Pursuant to PTO 31 (a), Plaintiff has been ordered to show cause as to why Plaintiff's complaint and all claims against Defendants should not be dismissed with prejudice for failure to serve a core sufficient PFS.

## COUNSEL IS UNABLE TO LOCATE PROPER PARTY TO SUBSTITUTE AS PLAINTIFF AND CURE DEFICIENCIES IN THE PFS

Undersigned counsel attempted to inform Ms. Grove of her obligations regarding the completion and serving of the PFS pursuant to CMO 1 and PTO 13. Counsel called, e-mailed, sent text messages, sent letters via regular mail, certified mail, and Federal Express. On February

13, 2019, counsel received a phone call from a nursing home that received the FedEx documents and notified counsel the Ms. Grove has died. Since learning of Ms. Grove's death, undersigned counsel then searched for the appropriate party to continue the legal action. Plaintiff has called and sent a letter to Ms. Grove's father, but thus far has been unsuccessful in reaching him.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to locate a proper party to substitute as Plaintiff and to provide the requisite information to cure the alleged core PFS deficiencies. Counsel does not have written permission from Ms. Gove or a representative to agree to a stipulation of dismissal of her claims with prejudice or, indeed, to continue pursuing her claims. Unless the proper party contacts counsel to continue the claim and clear the alleged deficiencies prior to the show cause hearing on March 12, 2019, counsel has no basis to contest such a dismissal should the Court rule that dismissal is appropriate.

In light of the circumstances and the possibility that, given additional time, Plaintiff may still be able to reach a family member who could substitute for Ms. Grove as Plaintiff and cure the alleged deficiencies in the PFS, Plaintiff's counsel would ask that the Court grant a reasonable time to pursue Ms. Grove's next of kin.

Dated: March 5, 2019

        Respectfully submitted,

        */s/ Charlotte A. Gulewicz*
        Charlotte A. Gulewicz
        Texas Bar No. 24094692
        charlotte@fnlawfirm.com
        **FEARS NACHAWATI, PLLC**
        5473 Blair Road
        Dallas, TX 75231
        Tel. (214) 890-0711
        Fax (214) 890-0712

        ATTORNEYS FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

*/s/ Charlotte A. Gulewicz*
Charlotte A. Gulewicz