**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | |

**************************************

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Gail A. Gainer v. Janssen Research &* | * | JUDGE ELDON E. FALLON |
| *Development LLC, et al.; 2:18-cv-08367* | * | |
| | * | MAG. JUDGE MICHAEL B. NORTH |
| | * | |

**************************************  *

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS, *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED**

Plaintiff Gail Gainer respectfully requests leave to file the instant Reply Memorandum in Further Support of the Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served (Rec. Docs. 12486 and 12682). This Reply will further assist the Court in evaluating Plaintiff's Motion, in light of Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG's filed response, by providing additional facts regarding the good cause shown pursuant to Rule 4(m) by Plaintiff for this Court to grant the relief requested in the Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the Reply Memorandum in Further Support of the Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served.

Respectfully submitted,
MARC J. BERN & PARTNERS LLP

By: /s/ Debra J. Humphrey
Debra J. Humphrey
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
Email: dhumphrey@bernllp.com

*Attorneys for Plaintiff Gail Gainer*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on March 6, 2019, the foregoing Motion for Leave to File a Reply Memorandum in Further Support of the Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

<u>/s/ Debra J. Humphrey</u>
Debra J. Humphrey