# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2592<br><br>SECTION: L |

**********************************

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Martha G. Sauers and John D. Sauers v. Janssen Research & Development LLC, et al.; 2:18-cv-08721* | * * * * * * * * | <br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL B. NORTH |

**********************************

## ORDER

Considering the Motion for Leave to File Rely Memorandum in Further Support of Plaintiffs' Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served (Rec. Docs. 12485 and 12683), filed by Plaintiffs;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Plaintiffs' proposed Rely Memorandum in Further Support of the Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served is hereby entered into the Court's docket.

New Orleans, Louisiana, on this _____ day of _____, 2019.

_____
United States District Judge