# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| ****************************** * THIS DOCUMENT RELATES TO: LARRY JAMES ALEXIE, KATHY ALEXIE HELMER, CORKEY ANTHONY ALEXIE, SR., CLAUDIA ALEXIE HELMER AND MARTY ALLEN ALEXIA OBO THE ESTATE OF EVIDA ALEXIE, 2:15-cv-00261-EEF-MBN | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Neil D. Overholtz and Jennifer M. Hoekstra, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiffs, Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexia obo the Estate of Evida Alexie in the above-captioned matter.

DATED: March 7, 2019

pld Notice of Appearance (Overholtz & Hoekstra 3.1.19 alm

By: /s / *MIICHAEL HINGLE*
Michael Hingle, #6943
Michael Hingle & Associates, LLC
220 Gause Blvd.
Slidell, LA 70458
Telephone: (985) 641-6800
Fax: (985) 646-1471
servewmh@hinglelaw.com
colleen@hinglelaw.com
heidi@hinglelaw.com

/s/ Neil D. Overholtz
Neil D. Overholtz (FL Bar# 188761)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
noverholtz@awkolaw.com

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra (LA Bar# 31476)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
jhoekstra@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**