**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

****************************** *

**THIS DOCUMENT RELATES TO:**

**PHILIP J. BERTRAIN, 2:15-cv-00302-EEF-MBN**

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Neil D. Overholtz and Jennifer M. Hoekstra, of

Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiff, Philip J. Bertrand in

the above-captioned matter.

DATED:  March 7, 2019

> By:    /s / *MIICHAEL HINGLE*
> Michael Hingle, #6943
> Michael Hingle & Associates, LLC
> 220 Gause Blvd.
> Slidell, LA 70458
> Telephone: (985) 641-6800
> Fax: (985) 646-1471
> servewmh@hinglelaw.com
> colleen@hinglelaw.com
> heidi@hinglelaw.com

pld Notice of Appearance (Overholtz & Hoekstra 3.1.19 alm

/s/ Neil D. Overholtz
Neil D. Overholtz (FL Bar# 188761)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
noverholtz@awkolaw.com

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra (LA Bar# 31476)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
jhoekstra@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**