## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

****************************** *

THIS DOCUMENT RELATES TO:

ANITA GAUTREAUX, 2:15-cv-01081-EEF-MBN

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Neil D. Overholtz and Jennifer M. Hoekstra, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiff Anita Gautreaux in the above-captioned matter.

DATED: March 7, 2019

                      By:    /s / *MIICHAEL HINGLE*
                               Michael Hingle, #6943
                               Michael Hingle & Associates, LLC
                               220 Gause Blvd.
                               Slidell, LA 70458
                               Telephone: (985) 641-6800
                               Fax: (985) 646-1471
                               servewmh@hinglelaw.com
                               colleen@hinglelaw.com
                               heidi@hinglelaw.com

/s/ Neil D. Overholtz
Neil D. Overholtz (FL Bar# 188761)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
noverholtz@awkolaw.com

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra (LA Bar# 31476)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
jhoekstra@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**