UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |
| ****************************** * <br> THIS DOCUMENT RELATES TO: <br> LOUISE GAUDET ST. PIERRE AND SCOTT ST. PIERRE ON BEHALF OF THE ESTATE OF MICHAEL ST. PIERRE, 2:15-cv-00397-EEF-MBN | |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Neil D. Overholtz and Jennifer M. Hoekstra, of Aylstock, Witkin, Kreis & Overholtz, PLLC, as counsel for the Plaintiffs, Louise Gaudet St. Pierre and Scott St. Pierre on behalf of the estate of in the above-captioned matter.

DATED: March 7, 2019

          By:     /s / *MIICHAEL HINGLE*
Michael Hingle, #6943
Michael Hingle & Associates, LLC
220 Gause Blvd.
Slidell, LA 70458
Telephone: (985) 641-6800
Fax: (985) 646-1471
servewmh@hinglelaw.com
colleen@hinglelaw.com
heidi@hinglelaw.com

/s/ Neil D. Overholtz
Neil D. Overholtz (FL Bar# 188761)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
noverholtz@awkolaw.com

/s/ Jennifer M. Hoekstra
Jennifer M. Hoekstra (LA Bar# 31476)
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
(850) 916-7449 (Fax)
jhoekstra@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**