UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*James Arthur Gipson v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13648

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12673, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Glenda Gipson, surviving spouse of James Arthur Gipson, is substituted for Plaintiff James Arthur Gipson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE