UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Banks et al v. Janssen Research & Development LLC, et al.* | * * | MAGISTRATE JUDGE NORTH |
| | * | Case No. 2:15-cv-00041 |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Joseph W. Rausch of Gauthier Murphy Houghtaling LLC is withdrawn as the Plaintiffs' attorney of record.

IT IS FURTHER ORDERED that attorneys Matthew B. Moreland and Jennifer L. Crose of Jim S. Hall & Associates, LLC are substituted as the Plaintiffs' attorney of record in addition to Jim S. Hall in MDL No. 2592 and in member case *Banks et al*, 2:15-cv-00041.

New Orleans, Louisiana, this __6th__ day of _____March_____, 2019.

_____
Eldon E. Fallon
United State District Court Judge