UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    )
PRODUCTS LIABILITY LITIGATION   )   MCL No. 2592
                                )   Civil Action No. 2:17-cv-17305
                                )   SECTION: L
                                )   JUDGE ELDON E. FALLON
                                )   MAG. MICHAEL NORTH
_____

### ORDER GRANTING PLAINTIFF, TERRANCE CARRINGTON'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR ISSUANCE OF SUMMONS

IT IS HEREBY ORDERED that Plaintiff in the matter of Case 2:17-cv-17305, Terrance Carrington, is permitted to file an Amended Complaint, and that Summons shall forthwith be issued in connection therewith.

New Orleans, Louisiana this  6th  day of  March , 2019 .

_____
UNITED STATES DISTRICT COURT JUDGE

1