UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Devran Wilson v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-07424

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12686, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Cozetta Wilson, surviving daughter of Devran Wilson, is substituted for Plaintiff Devran Wilson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE