# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**THE CIVIL ACTION NUMBERS LISTED ON EXHIBIT A**

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Michael A. London of the law firm of Douglas & London, P.C., be allowed to enroll as co-counsel for Plaintiffs in the Civil Action numbers listed on Exhibit A.

New Orleans, Louisiana, this 6th day of March, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge

# EXHIBIT A

1. Adkisson v. Janssen Research & Development, LLC, et al - 2:17-cv-10477

2. Agee, et al v. Janssen Research & Development LLC, et al - 2:15-cv-03364

3. Albrecht v. Janssen Research & Development, LLC, et al - 2:17-cv-06514

4. Aldaba, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-08914

5. Allen v. Janssen Research & Development LLC, et al - 2:17-cv-00872

6. Allison v. Janssen Research & Development, LLC, et al - 2:17-cv-07482

7. Altstaetter v. Janssen Research & Development, LLC, et al - 2:17-cv-07123

8. Arias, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-02564

9. Arnett v. Janssen Research & Development, LLC, et al - 2:17-cv-02442

10. Ashcraft, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07593

11. Aud v. Janssen Research & Development, LLC, et al - 2:17-cv-07361

12. Babcock v. Janssen Research & Development, LLC, et al - 2:17-cv-05205

13. Bailey v. Janssen Research & Development, LLC, et al - 2:17-cv-09178

14. Bailey v. Janssen Research & Development, LLC, et al - 2:17-cv-02609

15. Baker v. Janssen Research & Development, LLC, et al - 2:17-cv-07483

16. Baker v. Janssen Research & Development, LLC, et al - 2:17-cv-15099

17. Bankhead v. Janssen Research & Development, LLC, et al - 2:17-cv-06473

18. Barnes, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-02610

19. Beck v. Janssen Research & Development, LLC, et al - 2:17-cv-06475

20. Bellevue v. Janssen Research & Development, LLC, et al - 2:17-cv-09239

21. Benjamin v. Janssen Research & Development, LLC, et al - 2:17-cv-05639

22. Berrier, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-06380

23. Berthay, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-06526

24. Berwind v. Janssen Research & Development, LLC, et al - 2:17-cv-07489

25. Billiot v. Janssen Research & Development LLC, et al - 2:15-cv-02805

26. Bishop v. Janssen Research & Development, LLC, et al - 2:17-cv-05210

27. Bradley v. Janssen Research & Development, LLC, et al - 2:17-cv-05214

28. Brashears, et al v. Janssen Research & Development, LLC, et al - 2:16-cv-07428

29. Brassfield v. Janssen Research & Development, LLC, et al - 2:17-cv-08410

30. Brea, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07594

31. Breckenridge, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-05593

32. Breinin v. Janssen Research & Development LLC, et al - 2:17-cv-00883

33. Bridges v. Janssen Research & Development, LLC, et al - 2:17-cv-05216

34. Bridges v. Janssen Research & Development, LLC, et al - 2:17-cv-07397

35. Brown v. Janssen Research & Development, LLC, et al - 2:17-cv-07362

36. Brown v. Janssen Research & Development, LLC, et al - 2:15-cv-01366

37. Bruner, et al v. Janssen Research & Development LLC, et al - 2:16-cv-01920

38. Buckel v. Janssen Research & Development, LLC, et al - 2:17-cv-08411

39. Burns v. Janssen Research & Development, LLC, et al - 2:17-cv-10479

40. Burns v. Janssen Research & Development, LLC, et al - 2:17-cv-06478

41. Burton, et al v. Janssen Research & Development, LLC, et al - 2:15-cv-00082

42. Busch et al v. Janssen Research & Development LLC, et al - 2:16-cv-17467

43. Bush v. Janssen Research & Development, LLC, et al - 2:17-cv-06525

44. Capron v. Janssen Research & Development, LLC, et al - 2:17-cv-05218

45. Carle v. Janssen Research & Development, LLC, et al - 2:16-cv-07429

46. Carlton, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-06527

47. Carmichael v. Janssen Research & Development, LLC, et al - 2:16-cv-13956

48. Carraway, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-04433

49. Carter, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-02111

50. Castor v. Janssen Research & Development, LLC, et al - 2:17-cv-02806

51. Caves v. Janssen Research & Development, LLC, et al - 2:16-cv-17895

52. Cederlund v. Janssen Research & Development, LLC, et al - 2:17-cv-07404

53. Clementich v. Janssen Research & Development, LLC, et al - 2:16-cv-07158

54. Clemons v. Janssen Research & Development, LLC, et al - 2:17-cv-02807

55. Collins v. Janssen Research & Development, LLC, et al - 2:17-cv-06479

56. Cook v. Janssen Research & Development, LLC, et al - 2:17-cv-02809

57. Correa v. Janssen Research & Development, LLC, et al - 2:17-cv-07125

58. Cox v. Janssen Research & Development, LLC, et al - 2:17-cv-05100

59. Crooms v. Janssen Research & Development, LLC, et al - 2:17-cv-10482

60. Cuyler v. Janssen Research & Development, LLC, et al - 2:17-cv-05526

61. Damasauskas, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-10501

62. Davila, et al v. Janssen Research & Development LLC, et al - 2:17-cv-00930

63. Davis v. Janssen Research & Development, LLC, et al - 2:17-cv-07365

64. Davis, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07619

65. Day v. Janssen Research & Development, LLC, et al - 2:17-cv-07126

66. Dennis v. Janssen Research & Development, LLC, et al - 2:16-cv-07162

67. Deslongchamps v. Janssen Research & Development LLC, et al - 2:15-cv-01178

68. DeVillier v. Janssen Research & Development, LLC, et al - 2:17-cv-05495

69. Devries v. Janssen Research & Development, LLC, et al - 2:16-cv-07165

70. Diebolt v. Janssen Research & Development, LLC, et al - 2:17-cv-06481

71. Dillen v. Janssen Research & Development, LLC, et al - 2:17-cv-06483

72. Duke, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07485

73. Dunbar v. Janssen Research & Development, LLC, et al - 2:17-cv-06485

74. Dunn v. Janssen Research & Development, LLC, et al - 2:17-cv-07405

75. Edwards, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-05641

76. Ekert, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-10508

77. Elliott et al v. Janssen Research & Development LLC et al - 2:15-cv-03781

78. England, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07487

79. Erwin, et al v. Janssen Research & Development LLC, et al - 2:16-cv-01602

80. Fial, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-04428

81. Fonger, et al v. Janssen Research & Development, LLC, et al - 2:16-cv-12535

82. Foster v. Janssen Research & Development LLC et al - 2:15-cv-03782

83. Fountain, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-08918

84. Freeman v. Janssen Research & Development, LLC, et al - 2:17-cv-09249

85. French v. Janssen Research & Development, LLC, et al - 2:17-cv-05229

86. Frick v. Janssen Research & Development, LLC, et al - 2:16-cv-04814

87. Friend v. Janssen Research & Development, LLC, et al - 2:17-cv-07368

88. Gensler, et al v. Janssen Research & Development LLC, et al - 2:17-cv-00931

89. George v. Janssen Research & Development, LLC, et al - 2:16-cv-00226

90. Ghighi v. Janssen Research & Development, LLC, et al - 2:17-cv-09253

91. Gibson v. Janssen Research & Development LLC, et al - 2:16-cv-01881

92. Gilbert v. Janssen Research & Development, LLC, et al - 2:16-cv-00232

93. Gillis v. Janssen Research & Development LLC, et al - 2:16-cv-01884

94. Glazer v. Janssen Research & Development, LLC, et al - 2:16-cv-07167

95. Gogan, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-05237

96. Gomez v. Janssen Research & Development, LLC, et al - 2:16-cv-17890

97. Gorski v. Janssen Research & Development, LLC, et al - 2:17-cv-04048

98. Gray v. Janssen Research & Development, LLC, et al - 2:17-cv-05090

99. Greathouse v. Janssen Research & Development, LLC, et al - 2:17-cv-07370

100. Green v. Janssen Research & Development, LLC, et al - 2:17-cv-04043

101. Griffith v. Janssen Research & Development, LLC, et al - 2:17-cv-10483

102. Griffith v. Janssen Research & Development, LLC, et al - 2:17-cv-02521

103. Grizzard v. Janssen Research & Development, LLC, et al - 2:17-cv-02443

104. Gross v. Janssen Research & Development, LLC, et al - 2:15-cv-5750

105. Grossbard v. Janssen Research & Development, LLC, et al - 2:17-cv-07372

106. Hall v. Janssen Research & Development, LLC, et al - 2:17-cv-07364

107. Hample v. Janssen Research & Development, LLC, et al - 2:17-cv-05230

108. Hanna, et al v. Janssen Research & Development, LLC, et al - 2:16-cv-17892

109. Hansen v. Janssen Research & Development, LLC, et al - 2:17-cv-06517

110. Harris v. Janssen Research & Development, LLC, et al - 2:17-cv-07398

111. Hart v. Janssen Research & Development, LLC, et al - 2:17-cv-02445

112. Hartman v. Janssen Research & Development, LLC, et al - 2:17-cv-07490

113. Haseman v. Janssen Research & Development, LLC, et al - 2:17-cv-10484

114. Hayes v. Janssen Research & Development, LLC, et al - 2:17-cv-05644

115. Head v. Janssen Research & Development, LLC, et al - 2:15-cv-00137

116.  Heath v. Janssen Research & Development, LLC, et al - 2:16-cv-13957

117.  Heath, et al v. Janssen Research & Development LLC, et al - 2:17-cv-00860

118.  Henderson v. Janssen Research & Development LLC, et al - 2:16-cv-14714

119.  Henderson v. Janssen Research & Development, LLC, et al - 2:17-cv-07374

120.  Henderson, et al v. Janssen Research & Development LLC, et al - 2:15-cv-01076

121.  Hickey, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07616

122.  Higgins v. Janssen Research & Development, LLC, et al - 2:17-cv-08413

123.  Hightower v. Janssen Research & Development, LLC, et al - 2:17-cv-07491

124.  Hillman v. Janssen Research & Development, LLC, et al - 2:17-cv-07492

125.  Hofman v. Janssen Research & Development, LLC, et al - 2:16-cv-06400

126.  Holding v. Janssen Research & Development, LLC, et al - 2:17-cv-06519

127.  Holiday v. Janssen Research & Development, LLC, et al - 2:17-cv-07127

128.  Houston v. Janssen Research & Development, LLC, et al - 2:15-cv-06053

129.  Houtz v. Janssen Research & Development LLC, et al - 2:17-cv-09385

130.  Howell, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-10506

131.  Hudnall v. Janssen Research & Development LLC, et al  - 2:16-cv-01886

132.  Humphries v. Janssen Research & Development, LLC, et al - 2:17-cv-05233

133.  Hunter v. Janssen Research & Development LLC, et al  - 2:16-cv-01888

134.  Jackson v. Janssen Research & Development, LLC, et al - 2:16-cv-07168

135.  Jackson v. Janssen Research & Development, LLC, et al - 2:17-cv-05103

136.  Jackson, et al v. Janssen Research & Development, LLC, et al - 2:16-cv-16337

137.  Jarmusch v. Janssen Research & Development, LLC, et al - 2:17-cv-05496

138.  Johns v. Janssen Research & Development, LLC, et al - 2:17-cv-09259

139. Johnson v. Janssen Research & Development LLC et al - 2:15-cv-3842

140. Jones v. Janssen Research & Development LLC, et al - 2:16-cv-01890

141. Jones v. Janssen Research & Development, LLC, et al - 2:17-cv-07378

142. Kakish v. Janssen Research & Development, LLC, et al - 2:17-cv-07401

143. Kelp v. Janssen Research & Development, LLC, et al - 2:17-cv-02447

144. Kennedy v. Janssen Research & Development LLC - 2:16-cv-16764

145. Kennedy v. Janssen Research & Development, LLC, et al - 2:17-cv-07500

146. Klemm, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-04431

147. Knudsen v. Janssen Research & Development, LLC, et al - 2:17-cv-05646

148. Krasteva v. Janssen Research & Development, LLC, et al - 2:17-cv-08417

149. Kreitzburg v. Janssen Research & Development, LLC, et al - 2:17-cv-02812

150. Kuhlmann v. Janssen Research & Development LLC, et al - 2:16-cv-15081

151. Kunce, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07402

152. Kunkelman v. Janssen Research & Development, LLC, et al - 2:17-cv-07408

153. Lally v. Janssen Research & Development, LLC, et al - 2:16-cv-07169

154. Leach v. Janssen Research & Development LLC et al - 2:16-cv-13958

155. Lemmon v. Janssen Research & Development, LLC, et al - 2:17-cv-07409

156. Lewis v. Janssen Research & Development LLC, et al - 2:17-cv-00927

157. Lindsey, et al v. Janssen Research & Development, LLC, et al - 2:15-cv-00090

158. Line v. Janssen Research & Development, LLC, et al - 2:17-cv-08420

159. Logan v. Janssen Research & Development, et al - 2:15-cv-01194

160. Love v. Janssen Research & Development, LLC, et al - 2:16-cv-06401

161. Lundeen, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-08924

162. Marancik v. Janssen Research & Development, LLC, et al - 2:17-cv-04050

163. Marks v. Janssen Research & Development, LLC, et al - 2:17-cv-07501

164. Marsh, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-09230

165. Martin v. Janssen Research & Development, LLC, et al - 2:17-cv-02448

166. Martin v. Janssen Research & Development, LLC, et al - 2:17-cv-05596

167. Martinez, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-05589

168. Mason v. Janssen Research & Development LLC, et al - 2:17-cv-09389

169. Massey v. Janssen Research & Development LLC, et al - 2:16-cv-01893

170. Masson v. Janssen Research & Development, LLC, et al - 2:17-cv-06522

171. May v. Janssen Research & Development LLC, et. al. - 2:16-cv-01601

172. McCain, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-08926

173. McCaskill, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07611

174. McClellan v. Janssen Research & Development, LLC, et al - 2:15-cv-01356

175. McCormick v. Janssen Research & Development LLC et al - 2:15-cv-03843

176. McDaniel v. Janssen Research & Development, LLC, et al - 2:17-cv-05597

177. McKenzie et al v. Janssen Research & Development LLC et al - 2:15-cv-3845

178. McKenzie v. Janssen Research & Development, LLC, et al - 2:17-cv-04038

179. McKissick v. Janssen Research & Development, LLC, et al - 2:17-cv-07410

180. McManus v. Janssen Research & Development, LLC, et al - 2:16-cv-07170

181. McReynolds, III v. Janssen Research & Development, LLC, et al - 2:17-cv-07411

182. McWilliams v. Janssen Research & Development, LLC, et al - 2:16-cv-07174

183. Melton et al v. Janssen Research & Development LLC, et al - 2:16-cv-14722

184. Mendel, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07406

185. Metcalf v. Janssen Research & Development, LLC, et al - 2:17-cv-07412

186. Miesen, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-08921

187. Miktus v. Janssen Research & Development, LLC, et al - 2:16-cv-07179

188. Miller v. Janssen Research & Development LLC, et al - 2:16-cv-14713

189. Miller v. Janssen Research & Development, LLC, et al - 2:17-cv-10490

190. Mills v. Janssen Research & Development, LLC, et al - 2:17-cv-04035

191. Millsap v. Janssen Research & Development, LLC, et al - 2:17-cv-05598

192. Minter v. Janssen Research & Development, LLC, et al - 2:17-cv-05442

193. Mitchell, et al v. Janssen Research & Development LLC, et al - 2:16-cv-01901

194. Molitor v. Janssen Research & Development, LLC, et al - 2:17-cv-07503

195. Moore v. Janssen Research & Development, LLC, et al - 2:17-cv-07418

196. Morales Martinez v. Janssen Research & Development, LLC, et al - 2:16-cv-13977

197. Munoz, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-05591

198. Nacki v. Janssen Research & Development, LLC, et al - 2:17-cv-09264

199. Nicholson v. Janssen Research & Development LLC, et al - 2:16-cv-14711

200. Nicometi v. Janssen Research & Development, LLC et al - 2:17-cv-12826

201. Novaria v. Janssen Research & Development, LLC, et al - 2:16-cv-00236

202. O'Neal v. Janssen Research & Development, LLC, et al - 2:17-cv-10495

203. Ottobre v. Janssen Research & Development, LLC, et al - 2:17-cv-05600

204. Parks, et al v. Janssen Research & Development LLC, et al - 2:17-cv-00937

205. Patek v. Janssen Research & Development, LLC, et al - 2:17-cv-02547

206. Patterson v. Janssen Research & Development, LLC, et al - 2:17-cv-05104

207. Pengal, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-10492

208.    Pennell v. Janssen Research & Development LLC, et al - 2:17-cv-00925

209.    Pennington v. Janssen Research & Development, LLC, et al - 2:15-cv-01185

210.    Perry v. Janssen Research & Development LLC et al - 2:15-cv-3846

211.    Peters v. Janssen Research & Development, LLC, et al - 2:17-cv-08426

212.    Pettaway v. Janssen Research & Development LLC, et al - 2:17-cv-00926

213.    Phillips v. Janssen Research & Development, LLC, et al - 2:17-cv-05649

214.    Pierce-Myers, et al v. Janssen Research & Development, LLC, et al - 2:16-cv-08821

215.    Plunkett v. Janssen Research & Development, LLC, et al - 2:17-cv-02553

216.    Popp et al v. Janssen Research & Development LLC  - 2:16-cv-16769

217.    Post v. Janssen Research & Development, LLC, et al - 2:17-cv-02450

218.    Quillin v. Janssen Research & Development, LLC, et al - 2:16-cv-06403

219.    Raines v. Janssen Research & Development, LLC, et al - 2:15-cv-00231

220.    Ramirez, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07403

221.    Rasmussen v. Janssen Research & Development, LLC, et al - 2:17-cv-07129

222.    Rexroat v. Janssen Research & Development, LLC, et al - 2:17-cv-05110

223.    Rhoades, et. al v. Janssen Research & Development, LLC, et al - 2:16-cv-00234

224.    Rice v. Janssen Research & Development, LLC, et al - 2:17-cv-04032

225.    Richardson v. Janssen Research & Development, LLC, et al - 2:16-cv-13959

226.    Richardson v. Janssen Research & Development, LLC, et al - 2:17-cv-05601

227.    Rickert v. Janssen Research & Development, LLC, et al - 2:16-cv-07183

228.    Rigney v. Janssen Research & Development LLC, et al  - 2:16-cv-01907

229.    Riley v. Janssen Research & Development, LLC, et al - 2:17-cv-09274

230.    Roberts-Cook, et al v. Janssen Research & Development, LLC, et al - 2:16-cv-17897

231. Robinette v. Janssen Research & Development, LLC, et al - 2:16-cv-00238

232. Rodgers v. Janssen Research & Development, LLC, et al - 2:17-cv-10497

233. Rodriguez v. Janssen Research & Development, LLC, et al - 2:17-cv-10507

234. Rose v. Janssen Research & Development, LLC, et al - 2:16-cv-16001

235. Rosenstein, et al v. Janssen Research & Development, LLC, et al - 2:16-cv-00239

236. Rothwell v. Janssen Research & Development, LLC, et al - 2:17-cv-10499

237. Rucker et al v. Janssen Research & Development LLC et al - 2:15-cv-3848

238. Sampson, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07602

239. Santana v. Janssen Research & Development, LLC, et al - 2:17-cv-05238

240. Scott v. Janssen Research & Development LLC, et al - 2:17-cv-00890

241. Scribner v. Janssen Research & Development LLC, et al - 2:16-cv-01909

242. Scruggs v. Janssen Research & Development, LLC, et al - 2:17-cv-05240

243. Shandor v. Janssen Research & Development, LLC, et al - 2:17-cv-05241

244. Shirey v. Janssen Research & Development LLC, et al - 2:16-cv-01911

245. Shuter v. Janssen Research & Development, LLC, et al - 2:17-cv-04425

246. Sims v. Janssen Research & Development, LLC, et al - 2:17-cv-07495

247. Singh v. Janssen Research & Development, LLC, et al - 2:17-cv-05243

248. Smith v. Janssen Rearch & Development LLC, et al - 2:15-cv-00991

249. Smith, et al v. Janssen Research & Development LLC, et al - 2:17-cv-09386

250. Snell v. Janssen Research & Development LLC, et al - 2:16-cv-01912

251. Spargur v. Janssen Research & Development, LLC, et al - 2:17-cv-02511

252. Spaulding v. Janssen Research & Development. LLC, et al - 2:15-cv-01045

253. Spencer v. Janssen Research & Development, LLC, et al - 2:17-cv-07131

254. Staton v. Janssen Research & Development, LLC, et al - 2:17-cv-05246

255. Stephens v. Janssen Research & Development, LLC, et al - 2:17-cv-09233

256. Stokes v. Janssen Research & Development, LLC, et al - 2:16-cv-06405

257. Stone, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-07599

258. Strahler v. Janssen Research & Development, LLC, et al - 2:17-cv-05651

259. Strong, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-05595

260. Surbaugh v. Janssen Research & Development LLC, et al - 2:16-cv-01913

261. Swann v. Janssen Research & Development LLC, et al - 2:16-cv-01917

262. Sweatt v. Janssen Research & Development, LLC, et al - 2:17-cv-02813

263. Swisher et al v. Janssen Research & Development, LLC, et al - 2:16-cv-17894

264. Taylor, et al v. Janssen Research & Development LLC, et al - 2:17-cv-00877

265. Thomas v. Janssen Research & Development LLC, et al - 2:17-cv-00923

266. Thompson v. Janssen Research & Development, LLC, et al - 2:15-cv-01350

267. Thornton v. Janssen Research & Development LLC, et al - 2:16-cv-01918

268. Todaro, et al v. Janssen Research & Development, LLC, et al - 2:17-cv-05652

269. Torres et al v. Janssen Research & Development LLC et al - 2:15-cv-3850

270. Townsend v. Janssen Research & Development, LLC, et al - 2:17-cv-07419

271. Tuck v. Janssen Research & Development, LLC, et al - 2:17-cv-05112

272. Tucker v. Janssen Research & Development, LLC, et al - 2:16-cv-00243

273. Tucker v. Janssen Research & Development, LLC, et al - 2:16-cv-00244

274. Togiai v. Janssen Research & Development, LLC, et al - 2:16-cv-14707

275. Uhlmann v. Janssen Research & Development, LLC, et al - 2:16-cv-14707

276. Valerio v. Janssen Research & Development, LLC, et al - 2:17-cv-05654

277. Van Rooy v. Janssen Research & Development, LLC, et al - 2:17-cv-05655

278. Vaught v. Janssen Research & Development, LLC, et al - 2:17-cv-07422

279. Wagner v. Janssen Research & Development, LLC, et al - 2:17-cv-05249

280. Walker v. Janssen Research & Development, LLC, et al - 2:17-cv-05251

281. Ward-Wright v. Janssen Research & Development, LLC, et al - 2:16-cv-00246

282. Warner v. Janssen Research & Development LLC, et al - 2:17-cv-00859

283. Warner v. Janssen Research & Development, LLC, et al - 2:17-cv-05658

284. Warner v. Janssen Research & Development, LLC, et al - 2:17-cv-05659

285. Warner, et al v. Janssen Research & Development, LLC, et al - 2:16-cv-07287

286. Watts v. Janssen Research & Development, LLC, et al - 2:17-cv-05252

287. Webb v. Janssen Research & Development, LLC, et al - 2:17-cv-05661

288. West v. Janssen Research & Development, LLC, et al - 2:16-cv-00245

289. West v. Janssen Research & Development, LLC, et al - 2:17-cv-08435

290. Whatley v. Janssen Research & Development, LLC, et al - 2:16-cv-16430

291. Wheat v. Janssen Research & Development, LLC, et al - 2:17-cv-09236

292. White et al v. Janssen Research & Development LLC, et al - 2:16-cv-14726

293. White, et al v. Janssen Research & Development LLC, et al - 2:16-cv-01921

294. Whitson v. Janssen Research & Development, LLC, et al - 2:17-cv-07423

295. Wienckoski v. Janssen Research & Development, LLC, et al - 2:16-cv-07186

296. Wilhite et al v. Janssen Research & Development LLC et al - 2:15-cv-3854

297. Williams v. Janssen Research & Development, LLC, et al - 2:17-cv-08446

298. Williams v. Janssen Research & Development, LLC, et al - 2:17-cv-05663

299. Williams v. Janssen Research & Development, LLC, et al - 2:17-cv-08448

300. Williams-Ellis v. Janssen Research & Development, LLC, et al - 2:16-cv-13588

301. Wilson v. Janssen Research & Development, LLC, et al - 2:17-cv-04029

302. Wilson v. Janssen Research & Development, LLC, et al - 2:17-cv-07424

303. Wilson v. Janssen Research & Development, LLC, et al - 2:17-cv-05664

304. Winding, et al v. Janssen Research & Development LLC, et al - 2:17-cv-09388

305. Winquest v. Janssen Research & Development, LLC, et al - 2:17-cv-08449

306. Wise v. Janssen Reasearch & Development, LLC, et al - 2:15-cv-00998

307. Wittmer v. Janssen Research & Development, LLC, et al - 2:17-cv-05499

308. Woodbury v. Janssen Research & Development, LLC, et al - 2:15-cv-6056

309. Wright, Jr. vs. Janssen Research & Development, LLC, et al - 2:15-cv-00475

310. Yancey v. Janssen Research & Development, LLC, et al - 2:17-cv-05500

311. Yenzer v. Janssen Research & Development, LLC, et al - 2:17-cv-02451

312. Yonker v. Janssen Research & Development, LLC, et al - 2:17-cv-02452

313. Young v. Janssen Research & Development, LLC, et al - 2:15-cv-01363