UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*JULIE BLEVINS v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-09124 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED** that attorney Alfred Olinde, Jr. be allowed to enroll as co-counsel for Plaintiff Julie Blevins.

New Orleans, Louisiana, this 6th day of March, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

3