UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L (5)

JUDGE ELDON E. FALLON

REF: CASES LISTED ON ATTACHMENT

MAG. JUDGE NORTH

## ORDER

In consideration of unpaid filing fees for the cases listed on the attached document, and after several attempts were made by both the Court and Plaintiffs' Liaison Counsel, the Court orders the Plaintiffs listed on the attached document to appear and show cause why they should not be held in contempt for failure to pay the required filing fees for the cases listed on the attached document.

**IT IS ORDERED** that a Show Cause Hearing will be held on Tuesday, March 12, 2019, after the Xarelto Monthly Status Conference, which is currently set for 9:00am.

New Orleans, Louisiana this 6th day of March, 2019.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc: Robert C. Hilliard, LLP
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Lanier Law Firm
126 East 56th Street
6th Floor
New York, NY 10022

Ferrer Poirot Wansbrough (GA)
2100 River Edge Pkwy. NW
Suite 1025
Atlanta, GA 30328

Ross Feller Casey, LLP
One Liberty Place
1650 Market Street
Suite 3450
Philadelphia, PA 19103

Hensley Legal Group, PC
117 E. Washington St., Ste. 200
Indianapolis, IN 46204

Callahan & Blaine, APLC
3 Hutton Centre Drive
9th Floor
Santa Ana, CA 92707

Lenze Kamerrer Moss, PLC
1300 Highland Ave
Suite 207
Manhattan Beach, CA 90266

Weitz & Luxenberg, PC (New York)
700 Broadway
New York, NY 10003

Peiffer Rosca Abdullah & Carr, LLC
201 St. Charles Avenue
Suite 4610
New Orleans, LA 70170