| Case No. | Plaintiff | Law Firm | doc. No. | 9 month mark | dism date |
|---|---|---|---|---|---|
| 15-4233 | Grimes, Dwaine obo Bettye Dupree | Robert C. Hilliard, L.L.P/Hilliard, Munoz, Gonzales, LLP | 11354 | 6/9/2016 | 10/30/2018 |
| 15-4322 | Smith, Shirley | Robert C. Hilliard, L.L.P/Hilliard, Munoz, Gonzales, LLP | 11355 | 6/11/2016 | 10/30/2018 |
| 15-4716 | Phillips, James | Robert C. Hilliard, L.L.P/Hilliard, Munoz, Gonzales, LLP | 12110 | 6/24/2016 | 12/20/2018 |
| 15-4777 | McKenzie, Sr., Leo E. | Hilliard, Munoz, Gonzales, LLP | 11839 | 3/25/2016 | 11/27/2018 |
| 15-6710 | Pettinelli, Eileen | Robert C. Hilliard, L.L.P/Hilliard, Munoz, Gonzales, LLP | 11356 | 9/11/2016 | 10/30/2018 |
| 15-4634 | Hicks, George | Lanier Law Firm | 11827 | 3/22/2016 | 11/27/2018 |
| 15-5397 | Woods, Lena | Lanier Law Firm | 11955 | 7/22/2016 | 12/6/2018 |
| 16-184 | Martin, Georgie | Lanier Law Firm | 12355 | 10/7/2016 | 1/18/2019 |
| 16-2147 | Hagy, Sylvia | Lanier Law Firm | 12165 | 12/14/2016 | 1/3/2019 |
| 16-2154 | Hickerson, Terri | Lanier Law Firm | 12328 | 12/14/2016 | 1/16/2019 |
| 16-2163 | O'Droniec, Leon obo Mary O'Droniec | Lanier Law Firm | 11392 | 12/14/2016 | 11/1/2018 |
| 16-2169 | Powell, Annette | Lanier Law Firm | 12373 | 12/14/2016 | 1/22/2019 |
| 16-6826 | Shaver, Don | Lanier Law Firm | 11391 | 2/23/2017 | 11/1/2018 |
| 16-11032 | Anglin, Gary | Lanier Law Firm | 11092 | 3/21/2017 | 10/8/2018 |
| 16-11878 | Oncken, Evelyn | Lanier Law Firm | 11393 | 3/28/2017 | 1/3/2019 |
| 16-8737 | Perez, Ruben | Ferrer Poirot Wansbrough (GA) | 11793 | 3/7/2017 | 11/20/2018 |
| 16-10633 | Truan, Stephen | Ferrer Poirot Wansbrough (GA) | 11791 | 3/16/2017 | 11/20/2018 |
| 16-11172 | Vargas, Luis | Ferrer Poirot Wansbrough (GA) | 11792 | 3/21/2017 | 11/20/2018 |
| 16-11513 | Swafford, Dallas | Hensley Legal Group, SC | 12068 | 3/23/2017 | 12/14/2018 |
| 16-10168 | Cowling, Cheryl | Callahan & Blaine, APLC | 11997 | 3/14/2017 | 12/10/2018 |
| 16-11562 | Lewis, Charles | Callahan & Blaine, APLC | 12191 | 3/23/2017 | 1/3/2019 |
| 16-13879 | Warren, Jerry | Lenze Kamerrer Moss, PLC | 10819 | 5/16/2017 | 9/6/2018 |
| 15-5297 | White, Julia & Donald | Ross Feller Casey, LLP | 11374 | 7/20/2016 | 10/31/2018 |
| 16-6640 | Baker, Patricia | Weitz & Luxenberg, PC (New York) | 11892 | 2/20/2017 | 12/3/2018 |
| 16-10242 | Phelps, Robert | Peiffer Rosca Abdullah & Carr, LLC | 11994 | 3/15/2016 | 12/10/2018 |