UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Loretha Moody v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:18-cv-06761

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes undersigned counsel for the Plaintiff and moves this Honorable Court for an Order substituting Larry Disher, as the surviving son of Loretha Moody, deceased, for the following reasons:

I. On July 17, 2018, a Complaint was filed in the above referenced matter by Loretha Moody as the Plaintiff.

II. On April 29, 2017, Plaintiff Loretha Moody passed away. Johnson Law Group learned of Plaintiff's passing after the filing of this lawsuit.

III. The decedent's surviving son, Larry Disher, is the Proper Plaintiff and wishes to be substituted on behalf of Loretha Moody in this case.

Wherefore, movant prays for said substitution.

Date: <u>March 07, 2019</u>

Respectfully submitted,

By: */s/ Kori Westbrook*
Kori Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
kwestbrook@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                              */s/ Kori Westbrook*
                                                                              Attorney for Plaintiff