UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Gowan v. Janssen Research & Development, LLC, et al 2:16-cv-3468 L (5) | ) ) ) ) ) | MAG. JUDGE NORTH |

**ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL WITH PREDJUDICE**

This matter having come before the Court on Plaintiff's Brenda Gowan and Donnie Gowan's Motion for Dismissal, with Prejudice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion for Dismissal with Prejudice is hereby **GRANTED.**

New Orleans, Louisiana, on this  7th  day of    March    2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE