UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Shoemaker v. Janssen Research & Development, LLC, et al<br>2:15-cv-00847 | | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR DISMISSAL WITH PREDJUDICE**

This matter having come before the Court on Plaintiff's Manfred Shoemaker and Eva Shoemaker's Motion for Dismissal, with Prejudice and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion for Dismissal with Prejudice is hereby **GRANTED.**

New Orleans, Louisiana, on this 7th day of March 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE