## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | **MDL NO.: 2592**<br>**SECTION:** L<br>**JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |
| ***THIS DOCUMENT RELATES TO:***<br><br>*Singer v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-12523* | |

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz and Jennifer M. Hoekstra of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and lead counsel for Plaintiff, Claudette Singer in the above-entitled and numbered action.

New Orleans, Louisiana this 7th day of March, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge