**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION          :          MDL No.: 2592
                                                              :
                                                              :          SECTION L
                                                              :
                                                              :          JUDGE ELDON E. FALLON
                                                              :
                                                              :          MAGISTRATE JUDGE NORTH
_____:

THIS DOCUMENT RELATES TO:

**MARINA PERALTA ALVAREZ**

Civil Action Number: 2:15-cv-7902

### ORDER GRANTING PLAINTIFFS' MOTION FOR
### LEAVE TO FILE AMENDED COMPLAINT

        This matter having some before the Court on the Motion for Leave to File Amended

Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and

applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise

sufficiently advised:

        IT IS HEREBY ORDERED that Plaintiff, Marina Peralta Alvarez's Motion for Leave to

File Amended Complaint is GRANTED. Plaintiff is hereby granted leave to file the Amended

Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First

Amended Complaint into the records of this matter. Plaintiff shall serve a copy of the Amended

Complaint within sixty (60) days.

        Entered this _____7th____ day of _____March_____, 2019, into the United States District

Court, Eastern District of Louisiana.

                                                                HONORABLE DISTRICT JUDGE
                                                                ELDON E. FALLON