UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Doris Wallace v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-12011

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12731, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Gerrie Wallace Batts, surviving daughter and Administratrix of the Estate of Doris Wallace, is substituted for Plaintiff Doris Wallace as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to correct the caption to reflect the proper party as "Gerrie Wallace Batts, Administratrix of the Estate of Doris Wallace," Plaintiff.

**IT IS FURTHER ORDERED** that the complaint filed in this matter is hereby amended to reflect the substitution of plaintiff Gerrie Wallace Batts, Administratrix of the Estate of Doris Wallace for decedent Doris Wallace, without need to file an amended complaint.

New Orleans, Louisiana, this 7th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE