# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2592<br><br>SECTION: L |
| ************************************ | * | |
| THIS DOCUMENT RELATES TO: | * * | |
| *Gail A. Gainer v. Janssen Research & Development LLC, et al.; 2:18-cv-08367* | * * * * | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL B. NORTH |
| ************************************ | * | |

## ORDER

Considering the Motion for Leave to File Rely Memorandum in Further Support of Plaintiff's Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served (Rec. Docs. 12486 and 12682), filed by Plaintiff;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Plaintiff's proposed Rely Memorandum in Further Support of the Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served is hereby entered into the Court's docket.

New Orleans, Louisiana, on this  7th  day of      March      , 2019.

_____
United States District Judge