# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 14-md-2592 |
| | SECTION:   L |
| REX THOMAS ELLIOTT, as Personal Representative of the Estate of DENISE PINO ELLIOTT, deceased, | JUDGE:  ELDON F. FALLON |
| | MAG JUDGE MICHAEL NORTH |
| Plaintiff, | |
| v. | Civil Action No.: 2:17-cv-703 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, Defendants. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW COMES Plaintiff, by and through his attorneys, SALVI, SCHOSTOK & PRITCHARD P.C., in moving this Honorable Court for Leave to File his First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), states as follows:

1. On January 27, 2017, Plaintiff, REX THOMAS ELLIOTT, as Personal Representative of the Estate of DENISE PINO ELLIOTT, deceased, filed the instant Complaint against Defendants for damages arising out the Decedent's use of Xarelto.

2.      In that Complaint, Plaintiff alleged that Decedent used Xarelto from March 26, 2015 through March 28, 2015, and that Xarelto caused Plaintiff's hemoptysis and death on March 29, 2015.

3.      Pursuant to the Transfer Order of the Judicial Panel on the Multidistrict Litigation, *In re Xarelto (Rivaroxaban) Products Liab. Litig.*, 2014 WL (J.P.M.L. June 12, 2014), venue is proper in the Eastern District of Louisiana.

4.      Plaintiff's Complaint alleged ten causes of action against Defendants, including Negligence, Strict Products Liability, Breach of Express Warranty, Breach of Implied Warranties, Fraudulent Misrepresentation, Fraudulent Concealment, Negligent Misrepresentation, Fraud and Deceit, Violation of the Maryland Consumer Protection Act, and Wrongful Death.  **Plaintiff's Complaint is attached hereto as Exhibit A.**

5.      On April 17, 2018, Plaintiff's case was selected to be part of the Wave 1 Remand process in accordance with this Honorable Court's Case Management Order 6 ("CMO 6").

6.      As part of the discovery process outlined by CMO 6, Rex Thomas Elliot, the Decedent's widower, and Dr. Kashif Ali, the Decedent's Xarelto-prescribing physician, have been deposed in this matter.

7.      Plaintiff now moves this Honorable Court, pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file a First Amended Complaint at law in order to comport with Maryland Court Rule 15-1001, which governs the pleading requirement for Wrongful Death counts under Maryland law.

8.      In particular, Plaintiff wishes to add the Wrongful Death Beneficiaries as Plaintiffs in this matter to comport with Maryland law.  The Wrongful Death Beneficiaries are the Decedent's widower, Rex Thomas Elliott, and the Decedent's two adult daughters, Rachel Pino

Elliott and Melanie Pino Elliott. **Plaintiffs' First Amended Complaint is attached hereto as Exhibit B.**

9. The proposed amendment does not change the substance of Plaintiff's lawsuit, nor does it add any new claims that Defendants were unaware of at the time of filing.

10. The proposed amendment merely corrects a clerical error regarding a component of the Wrongful Death claim, which was pleaded in the initial Complaint on January 27, 2017.

11. Further, the addition of these Wrongful Death Beneficiaries to the Complaint relates back to the original filing, as the corrections to this clerical error involves the same conduct and legal issues set forth in Plaintiff's original Complaint.

12. This case has not yet been remanded to the District of Maryland.

13. Granting Plaintiff's Motion for Leave to Amend the Complaint to comport with the Maryland statutory rules regarding Wrongful Death causes of action serves the interest of justice.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant Plaintiff's Motion for Leave to file his First Amended Complaint to include the beneficiaries of the Wrongful Death cause of action, REX THOMAS ELLIOTT, RACHEL PINO ELLIOTT, and MELANIE PINO ELLIOTT as Plaintiffs.

                                              **Respectfully submitted,**

                                              /s/Patrick A. Salvi, II

Patrick A. Salvi II (IL Bar Number: 6293686)
Andrew J. Burkavage (IL Bar Number: 6308669)
**SALVI, SCHOSTOK & PRITCHARD P.C.**
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone: (312) 372-1227
Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFFS**