# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 14-md-2592 |
| | SECTION:   L |
| REX THOMAS ELLIOTT, as Personal Representative of the Estate of DENISE PINO ELLIOTT, deceased, | JUDGE:  ELDON F. FALLON |
| | MAG JUDGE MICHAEL NORTH |
| Plaintiff, | |
| v. | Civil Action No.: 2:17-cv-703 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, Defendants. | |

## ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter coming before this Court on Plaintiff's Motion for Leave to File First Amended Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), due notice given, and the Court duly advised, IT IS HEREBY ORDERED:

(1) Plaintiff's Motion for Leave to File the First Amended Complaint is GRANTED.

(2) Plaintiff, Rex Thomas Elliot, as Personal Representative of the Estate of Denise Pino Elliott, is granted leave to file his First Amended Complaint *instanter* naming Rex Thomas

Elliot, Rachel Pino Elliott, and Melanie Pino Elliott, as the beneficiaries of the Wrongful Death Cause of action.

                                                  Entered this ___ day of _____, 2019

                                                  _____

                                                  Honorable District Judge Eldon E. Fallon
                                                  United States Eastern District Court of Louisiana