# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 14-md-2592 |
| | SECTION:   L |
| REX THOMAS ELLIOTT, as Personal Representative of the Estate of DENISE PINO ELLIOTT, deceased, | JUDGE:  ELDON F. FALLON |
| | MAG JUDGE MICHAEL NORTH |
| Plaintiff, | |
| v. | Civil Action No.: 2:17-cv-703 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 3, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Eldon E. Fallon or any judge sitting in his stead, in Room C468 of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 and then and there present **Plaintiff's Motion for Leave to File First Amended Complaint**, a copy of which is served upon you.

Dated: March 7, 2019  **Respectfully submitted,**

/s/Patrick A. Salvi, II  _____

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone:  (312) 372-1227
Facsimile:  (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Laura Jostes, a non-attorney, hereby certify that on this 7th day of March, 2019 a copy of the above and foregoing *Notice of Motion* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura Jostes