UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Hershal Muse v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-02264**

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Hershal Muse, November 30, 2017.

Date: <u>March 07, 2019</u>

                                                                      Respectfully submitted,

                                                                      By: */s/ Kori Westbrook*
                                                                      Kori Westbrook
                                                                      JOHNSON LAW GROUP
                                                                      2925 Richmond Avenue, Suite 1700
                                                                      Houston, Texas 77098
                                                                      (713) 626-9336
                                                                      (713) 583-9460 (facsimile)
                                                                      kwestbrook@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kori Westbrook*
Attorney for Plaintiff
