**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Hershal Muse v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-02264**

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY**

NOW INTO COURT, comes undersigned counsel for the Plaintiff and moves this

Honorable Court for an Order substituting Catherine Muse as the surviving spouse of Hershal

Muse, deceased, for the following reasons:

I.  On March 17th, 2017, a Complaint was filed in the above referenced matter by Hershal

Muse acting as the Plaintiff.

II.  On November 30th, 2017, Hershal Muse, the Plaintiff passed away after suit was filed in

the above referenced matter.

III.  The decedent's wife, Catherine Muse, is the Proper Plaintiff and wishes to be substituted

on behalf of Hershal Muse, in this case.

Date: <u>March 07, 2019</u>

Respectfully submitted,

By: */s/ Kori Westbrook*
Kori Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kori Westbrook
Attorney for Plaintiff