UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** *Evelyn Oncken v. Janssen Research & Development LLC et. al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| Civil Case No. 2:16-cv-11878-EEF-MBN | |

**MOTION FOR REFUND OF FILING FEE**

COMES NOW Plaintiff Evelyn Oncken by and through undersigned counsel, this Motion for Refund of Filing Fee and in support would show the Court as follows:

1. Plaintiff Evelyn Oncken filed a lawsuit in a joint complaint against Defendants on May 19, 2016. (*Clyde Adkins, et al. v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-6590).

2. On June 28, 2016, a short form complaint was filed on her behalf. (*Evelyn Oncken v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-11878).

3. On November 1, 2018, a Stipulation of Dismissal with Prejudice was filed for this case. (Case No. 2:16-cv-11878)

4. Pursuant to the March 7, 2019 Order to Show Cause regarding unpaid filing fees, Plaintiff counsel paid the filing fee, in amount of $400, through the Eastern District of Louisiana Electronic Filing website.

5. Plaintiff's counsel received notification that two filing payments were received for this case. A duplicate filing fee of $400 was charged by mistake.

6. Plaintiff counsel respectfully requests a refund of the filing fee, in the amount of $400, for the duplicate payment in this case. (Case No. 2:16-cv-11878).

**WHEREFORE**, counsel for Plaintiff Evelyn Oncken respectfully requests the Court grant Plaintiff's Motion for Refund of Filing Fee and directing the Clerk of the Court to reverse and refund the duplicated filing fee charge of $400 in this matter.

DATED: March 8, 2019

Respectfully submitted,

By: /s/ *Catherine T. Heacox*
Catherine T. Heacox (NY Bar 050401992)
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, Fl. 6
New York, NY 10022

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                                          By:    /s/ *Catherine T. Heacox*
                                                         Catherine T. Heacox
                                                          Attorney for Plaintiff