# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION: L |
| *Evelyn Oncken v. Janssen Research & Development LLC et. al* | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Civil Case No. 2:16-cv-11878-EEF-MBN | |

## ORDER

**IT IS ORDERED** that the Motion for Refund of Filing Fee filed by Plaintiff Evelyn Oncken is hereby **GRANTED**, and the Clerk of the Court is ordered to reverse and refund the duplicated filing fee charges for this matter.

SIGNED this _____ day of _____, 2019.

                                          Honorable Judge Eldon E. Fallon
                                          United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

|  |  |
|---|---|
| By: | s/ *Catherine T. Heacox* |
|  | Catherine T. Heacox |
|  | Attorney for Plaintiff |