# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE T. DAVIS ON BEHALF OF THE ESTATE OF GORDON L. DAVIS, JR.; <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG; <br><br> Defendants. | MDL 2592 <br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH <br><br><br> Civil Action No.: 2:18-cv-7697 |

## ORDER ON PLAINTIFF'S CONSENT MOTION
## FOR ENLARGEMENT OF TIME TO EFFECTUATE SERVICE

THIS CAUSE came before the Court on Plaintiff's Consent Motion for Enlargement of Time to Effectuate Service and the Court, having read the motion, and being otherwise advised in the premises, it is hereby:

ORDERED AND ADJUDGED that Plaintiff's motion is GRANTED and Plaintiff shall have 60 days from the date of this Order to complete service as to the Janssen entities.

New Orleans, Louisiana this 8th day of March, 2019.

_____
Honorable Eldon E. Fallon