UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Loretha Moody v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-06761

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12764, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Larry Disher, surviving son of Loretha Moody, is substituted for Plaintiff Loretha Moody as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 8th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE