UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN)**  **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**

**SECTION L**
**JUDGE ELDON E. FALLON**
**MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*DELORES BISHOP v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-06289-EEF-MBN

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Delores Bishop's Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED,** and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this ____8th____ day of ____March____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge