UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Hershal Muse v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-02264

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12779, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Catherine Muse, surviving spouse of Hershal Muse, is substituted for Hershal Muse as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 8th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE