# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : | MDL No. 2592 |
| | SECTION L |
| ANITA J. BROWN : : | |
|     Plaintiff : | JUDGE ELDON E. FALLON |
| v. : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER CORPORATION, BAYER HEALTHCARE LLC, AND BAYER PHARMA AG, : : : : : : : : : : : : : : : | Civil Action No.: 2:15-CV-01031 STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice. All parties shall bear their own costs.

**HILLIARD MUNOZ GONZALEZ LLP**
By: /s/ T. Christopher Pinedo
Robert C. Hilliard
T. Christopher Pinedo
Catherine Tobin
John Martinez
719 S. Shoreline
Suite 500
Corpus Christi, TX 78401
Tel: (361) 882-1612
bobh@hmglawfirm.com
cpinedo@hmglawfirm.com
catherine@hmglawfirm.com
john@hmglawfirm.com

Attorneys for Plaintiff
Dated: March 8, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
susan.sharko@dbr.com

Attorney for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: March 8, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: March 8, 2019

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Tel: (504) 585-7241
Fax: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: March 8, 2019

-3-

                    **IRWIN FRITCHIE URQUHART & MOORE LLC**
                    By: /s/ Kim E. Moore
                    Kim E. Moore
                    400 Poydras St.,
                    Suite 2700
                    New Orleans, LA 70130
                    Tel: (504) 310-2100
                    kmoore@irwinllc.com

                    Liaison Counsel for Defendants
                    Dated: March 8, 2019

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 8, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    /s/ John F. Olinde