UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Reuben Cox v. Janssen Research & Development LLC, et al.,* No. 2:16-cv-00652 | * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff Reuben Cox on January 25, 2019.

Dated:  March 8, 2019                               Respectfully submitted,

                                          By:    /s/ Laura G. Lumaghi
                                                 Laura G. Lumaghi (MO Bar #50186)
                                                 DOWD & DOWD, P.C.
                                                 211 N. Broadway, Suite 4050
                                                 St. Louis, MO 63102
                                                 (314) 621-2500
                                                 Fax: (314) 621-2503
                                                 laura@dowdlaw.net
                                                 bill@dowdlaw.net

                                                 *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 8, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi