UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Reuben Cox v. Janssen Research & Development LLC, et al.,* No. 2:16-cv-00652 | * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **ORDER**

Considering the foregoing Memorandum in Response to Show Cause Regarding Plaintiffs With Alleged Plaintiff Fact Deficiencies,

IT IS HEREBY ORDERED that Plaintiff be permitted 30 days from entry of this Order for Gerri Cox, surviving spouse of Reuben Cox, to file a Motion for Substitution with Letters of Administration.

DONE AND SIGNED this _____ day of _____, 2019 at New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE