# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Amber Pfaff v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:19-cv-01563-EEF-MBN*

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Counsel, pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order dismissing cause number 2:19-cv-01563 without prejudice. In support of this motion, Counsel would show the Court as follows:

1. Amber Pfaff filed a products liability lawsuit against Defendants on February 19, 2019.

2. At the time of the filing of this motion none of the Defendants have been served or have filed a responsive pleading to the Plaintiff's Complaint.

3. Pursuant to Rule 41(a)(1), the Plaintiff respectfully requests this Court dismiss this action WITHOUT PREJUDICE which allows the Plaintiff to re-file said action in accordance with law in the future.

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: March 8, 2019

Respectfully Submitted,

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 8, 2019

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com