UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Amber Pfaff v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:19-cv-01563-EEF-MBN*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, after considering the Plaintiff's Motion to Dismiss Without Prejudice, as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff's case, pending under cause number 2:19-cv-01563-EEF-MBN is hereby Dismissed Without Prejudice.

Dated: _____          _____
                                                                            Hon. Eldon E. Fallon
                                                                            United States District Court Judge