UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donna Watanabe - Civil Action No.: 18-cv-01386*

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES

This Court issued an Order to Show Cause (Doc. 12640) as to why certain actions, including the above-captioned action should not be dismissed due to plaintiffs with alleged core Plaintiff Fact Sheet deficiencies. The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Donna Watanabe. However, plaintiff's counsel has not received any response to our attempts to contact Ms. Watanabe.

2. Specifically, Plaintiff's counsel attempted to contact Ms. Watanabe on the following dates:

   a. A letter was sent via Certified Mail on August 17, 2018 requesting the completion of the Plaintiff Fact Sheet and required materials and the return of same to Plaintiff's counsel.

   b. Subsequent letters were sent informing Ms. Watanabe of her obligations to complete a Plaintiff Fact Sheet, and that her failure to do so would likely result in Defendants

1

moving for a dismissal of his case. These letters were sent via Federal Express on November 26, 2018 and February 14, 2019.

      c. On February 11, 2019 Plaintiff's counsel hired a private investigator to attempt to reach the client, which was unsuccessful.

      d. On February 25, 2019 another letter was sent via Federal Express, certified mail and e-mail enclosing a copy of the Defendants' Motion for Order to Show Cause.

3. Undersigned counsel is unaware of any circumstances that would prevent Ms. Watanabe from complying with the Plaintiff Fact Sheet obligations set by this Court.

4. However, in the event that the Court elects to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice.

**WHEREFORE**, it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action or that any dismissal be without prejudice.

Dated: New York, New York
      March 6, 2019

By: */s/ Michael A. London*
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Michael A. London*
Michael A. London