UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

IN RE: XARELTO (RIVAROXABAN) )   MDL No. 2592
PRODUCTS LIABILITY LITIGATION )
                                                      )   SECTION: L
                                                      )
                                                      )   JUDGE FALLON
                                                      )   MAG. JUDGE NORTH
                                                      )
THIS DOCUMENT RELATES TO: )
*Voss v. Janssen Research &* )
*Development LLC, et al.* )
Case No. 2:15-cv- 00944 )
                                                      )

### MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1)

COMES NOW counsel for Plaintiff Marilyn Voss now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Patti Voss, on behalf of her deceased mother, Marilyn Voss in the above captioned cause.

1. Marilyn Voss filed a products liability lawsuit against defendants on March 27, 2015.

2. On June 15, 2016 Marilyn Voss died, without her next of kin notifying her legal representatives.

3. Marilyn Voss's product liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on June 16, 2016, attached hereto as "Exhibit A".

5. The decedent's daughter, Patti Voss, is the Proper Plaintiff and wishes to be substituted on behalf of Marilyn Voss, in this case.

1

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Respectfully submitted,

Dated: New York, New York
March 7, 2019

By: _____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Michael A. London

2