UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *Voss v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 15-cv-00944 ) <br> Plaintiff Marilyn Voss ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff Marilyn Voss, notes the death during the pendency of this action of Plaintiff Marilyn Voss.

Dated: New York, New York
June 16, 2016      By: _____
                       Michael A. London
                       DOUGLAS & LONDON, P.C.
                       59 Maiden Lane, 6th Floor
                       New York, New York 10038
                       Phone: (212) 566-7500
                       Fax: (212) 566-7501
                       Email: mlondon@douglasandlondon.com

                       *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. This document was also served on the above-referenced plaintiff by e-mail and U.S. Postal Service at his last known address.

_____
Michael A. London