# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Voss v. Janssen Research & Development LLC, et al.*<br>Case No. 2:15-cv-06585 | | |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Patti Voss, on behalf of her deceased mother Marilyn Voss, may be substituted for Marilyn Voss as the proper party plaintiff in this action.

New Orleans, Louisiana this __ day of __ 2019.

                                                                                     Honorable Eldon E. Fallon
                                                                                     United States District Court Judge