IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Donovan Elmore Sr, Case No. 2:16-cv-06807 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Donovan Elmore Sr with Donovan Elmore Jr, surviving son of Donovan Elmore Sr, and in support states as follows:

1. Plaintiff Donovan Elmore Sr passed away on or about September 17, 2018, as reported to the Court in the attached Suggestion of Death (Ex. 1) and the redacted death certificate (Ex. 2).

2. Donovan Elmore Jr, surviving son of Donovan Elmore Sr, is a proper party to substitute for plaintiff-decedent Donovan Elmore Sr and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Donovan Elmore Jr respectfully requests that he be substituted for the deceased Plaintiff in this cause of action.

Dated: March 11, 2019

                    RESPECTFULLY SUBMITTED,

                    <u>s/ Jacob A. Flint</u>
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone: 618-205-2017
Fax: 618-288-2864
jflint@flintlaw.com

      I hereby certify that on November 6, 2018. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>s/Jacob A. Flint</u>
