

## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER :** 139-18-035182

**DECEDENT'S NAME:** *DONOVAN R ELMORE*
**AKA's:** NA
**ARMED FORCES:** NO
**DATE OF BIRTH:**
**TYPE OF PLACE OF DEATH:** HOSPITAL- INPATIENT
**NAME AND ADDRESS OF PLACE OF DEATH:** CONWAY MEDICAL CENTER, CONWAY, SC 29526
**PLACE OF DISPOSITION:** HILLCREST CEMETERY
**DISPOSITION LOCATION:** CONWAY, SOUTH CAROLINA
**METHOD OF DISPOSITION:** ENTOMBMENT
**DECEDENT'S RESIDENCE:** 4725 GRAND VIEW DRIVE, MYRTLE BEACH, HORRY COUNTY, SC, 29588
**PLACE OF BIRTH:** NORTH CAROLINA

**SEX:** MALE
**SOCIAL SECURITY NUMBER:**
**AGE:** 81  YEARS
**COUNTY OF DEATH:** HORRY

**MARITAL STATUS:** WIDOWED (AND NOT REMARRIED)

**SURVIVING SPOUSE'S NAME:** NA
**FATHER'S NAME:** TALMEDGE DEWEY ELMORE
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** MINNIE L STONE
**INFORMANT'S NAME:** DONOVAN R ELMORE JR
**MAILING ADDRESS:** 4725 GRAND VIEW DRIVE, MYRTLE BEACH, SC, 29588
**FUNERAL HOME:** WATSON FUNERAL SERVICES AND CREMATORY, 2300 HIGHWAY 378, CONWAY, SC, 29527
**FUNERAL DIRECTOR:** BARRY A. WATSON
**EMBALMER'S NAME:** JARRED D SPIVEY
**ACTUAL OR PRESUMED DATE OF DEATH :** SEPTEMBER 17, 2018
**ACTUAL OR PRESUMED TIME OF DEATH:** 1132

**RELATIONSHIP:** SON

**LICENSE NUMBER:** 1655
**LICENSE NUMBER:** 2660
**MANNER OF DEATH :** NATURAL

**CAUSE OF DEATH - PART I**
PNEUMONIA
CVA
RESPIRATORY FAILURE
DIASTOLIC CHF
**OTHER SIGNIFICANT CONDITIONS - PART II:**
NONE

**CORONER CONTACTED?** NO
**DATE OF INJURY:** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?**
NA

**AUTOPSY PERFORMED?** NO
**TIME OF INJURY:** NA

**AUTOPSY AVAILABLE?** NA
**INJURY AT WORK?** NA

**CERTIFIER NAME AND TITLE:** DR. KEVIN E. CULLEN MD
**CERTIFIER'S ADDRESS:** 300 SINGLETON RIDGE RD, CONWAY, SC, 29526
**DATE FILED:** SEPTEMBER 20, 2018
**DATE OF ISSUANCE:** SEPTEMBER 20, 2018
**SPECIAL INSTRUCTIONS :**
NA

**LICENSE NUMBER:** 1118

SC07133754

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.



Revision Date: 04/09/2018

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE