UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABN) PRODUCTS LIABILITY LITIGATIONS | MDL NO. 2592 |
| | SECTION: L |
| This Document Relates to Moises Dreszer, MD and Cathy Dreszer v. Janssen Research & Development, LLC, et al | JUDGE ELDON E. FALLON |
| Case Number 2:15-cv-05232 | MAGISTRATE JUDGE NORTH |

## MOTION TO EXTEND DEADLINES

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Moises Dreser, M.D. and Cathy Dreszer, who move this Honorable Court to extend the discovery deadlines for 60 days in the above-captioned matter as follows:

1.

A discovery deadline was set for March 11, 2019 in this matter.

2.

The parties have undertaken discovery efforts, but need additional time in which to complete the deposition of the sales representative.

WHEREFORE, Moises Dreszer, M.D. and Cathy Dreszer, pray that the discovery deadlines are extended 60 days.

Dated: March 11, 2019

Respectfully submitted,

By: /s/Andre' P. LaPlace  
Andre' P. LaPlace(#8039)  
*Attorney for the Plaintiff*  
2762 Continental Drive, Ste. 103  
Baton Rouge, Louisiana 70808  
Telephone No. (225)924-6898  
Facsimile No. (225)924-6877  
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard  
Rebecca A. Cunard(#20154)  
*Attorney for the Plaintiff*  
Cunard Law Firm  
9214 Interline Avenue  
Baton Rouge, Louisiana 70809  
Telephone No. (225)925-2978  
Facsimile No. (225)925-8192  
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

I also certify that there are no known manual recipients.

s / Andre' P. LaPlace  
Andre' P. LaPlace