UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABN) PRODUCTS LIABILITY LITIGATIONS | MDL NO. 2592 |
| | SECTION:  L |
| This Document Relates to Moises Dreszer, MD and Cathy Dreszer v. Janssen Research & Development, LLC, et al | JUDGE ELDON E. FALLON |
| Case Number 2:15-cv-05232 | MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing unopposed motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the discovery deadline be extended sixty days.

SIGNED this _____ day of _____, 2019 at New Orleans, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT

3