# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**This Document Relates to:**
Moises Dreszer, MD and Cathy Dreszer
v. Janssen Research & Development, LLC, et al

Case Number 2:15-cv-05232

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiffs and files this Notice of Submission of Motion to Extend Deadlines.

Respectfully submitted this 11th day of March, 2019.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone No. (225)924-6898
Facsimile No. (225)924-6877
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**