# EXHIBIT A

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**DOH-1961 (8/2011)**

**RECORDED DISTRICT:** 1401
**REGISTER NUMBER:** 3003
**STATE FILE NUMBER:** 131-2018-00063259

**1. NAME:** Victor R Crage
**2. SEX:** Male
**3A. DATE OF DEATH:** 08 / 24 / 2018
**3B. HOUR:** 08:23 PM

**4A. PLACE OF DEATH:** Hospital DOA ER (checked)
**4B. IF FACILITY, DATE ADMITTED:** 08 / 24 / 2018
**4C. NAME OF FACILITY:** Buffalo General Medical Hospital
**4D. LOCALITY:** Buffalo (City)
**4E. COUNTY OF DEATH:** Erie

**4F. MEDICAL RECORD NO.:** 1002028394
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?:** No

**5. DATE OF BIRTH:** 1934
**6A. AGE IN YEARS:** 84
**7A. CITY AND STATE OF BIRTH:** Buffalo, New York

**8. SERVED IN U.S. ARMED FORCES?:** No
**9. DECEDENT OF HISPANIC ORIGIN?:** No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** White/Caucasian

**11. DECEDENT'S EDUCATION:** High school graduate or GED

**12. SOCIAL SECURITY NUMBER:** [blank]
**13. MARITAL STATUS:** Widowed
**14. SURVIVING SPOUSE:** [blank]

**15A. USUAL OCCUPATION:** Sales Rep.
**15B. KIND OF BUSINESS OR INDUSTRY:** Residential Lighting Manufacturing
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** Quoizel, Charlotte, NC

**16A. RESIDENCE (State or Country):** NY
**16B. County or Region/Province:** Erie
**16C. LOCALITY:** Amherst Town
**16D. STREET AND NUMBER OF RESIDENCE:** 861 Tonawanda Creek Road
**16E. ZIP CODE:** 14228

**17. BIRTH NAME OF FATHER / PARENT:** Anthony Crage
**18. BIRTH NAME OF MOTHER / PARENT:** Mary Rinaldo

**19A. NAME OF INFORMANT:** Marcus Crage
**19B. MAILING ADDRESS:** 78 Schimwood Court, Getzville Hamlet, NY 14068

**20A. Disposition:** Cremation
**Date:** 08 / 26 / 2018
**20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:** Forest Lawn Cremation Co.
**20C. LOCATION:** Buffalo, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** John E Roberts Funeral Home, 1357 1361 Hertel Ave, Buffalo, NY 14216
**21B. REGISTRATION NUMBER:** 00888
**22A. NAME OF FUNERAL DIRECTOR:** Charles R Durante
**22B. SIGNATURE OF FUNERAL DIRECTOR:** Charles R Durante Electronically Signed
**22C. REGISTRATION NUMBER:** 11029

**23A. SIGNATURE OF REGISTRAR:** Gerald A Chwalinski Electronically Signed
**23B. DATE FILED:** 08 / 26 / 2018
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Roxanne M Chase
**24B. DATE ISSUED:** 08 / 26 / 2018

---

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Richard Krause, MD
**License No.:** 162075
**Signature:** Richard Krause, MD Electronically Signed
**Date:** 08 / 24 / 2018
**Certifier's Title:** Attending Physician
**Address:** 100 High St, Buffalo, NY 14203

**26A. Attending physician attended decedent from:** 08 / 24 / 2018 to 08 / 24 / 2018
**26B. Deceased last seen alive by attending physician:** 08 / 24 / 2018
**26C. Pronounced:** 08 / 24 / 2018 at 08:23 PM

**27. MANNER OF DEATH:** Natural Cause
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?:** No
**29A. AUTOPSY?:** No
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?:** No

**30. DEATH WAS CAUSED BY:**
**PART I. IMMEDIATE CAUSE:**
(A) acute myocardial infarction — 6 hours
DUE TO OR AS A CONSEQUENCE OF:
(B) coronary artery disease — years
DUE TO OR AS A CONSEQUENCE OF:
(C) <<<>>> — <<<>>>

**PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I:** <<<>>>

**DID TOBACCO USE CONTRIBUTE TO DEATH?:** Unknown