UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR R. CRAGE and TERESA CRAGE, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON et al., <br><br> Defendant(s) | ) CASE NO: 2:17-cv-07460 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY AND LEAVE TO AMEND THE CAPTION AND FILE AN AMENDED COMPLAINT

Considering the Suggestion of Death Upon The Record and the Motion for Substitution of a Party and Motion to Change the Caption and File An Amended Complaint, and finding said motion is meritorious and should be granted, it is hereby

**ORDERED, ADJUDGED AND DECLARED** that "Marcus Crage, as Executor of the Estate of Victor R. Crage" be substituted for "Victor R. Crage and Teresa Crage" in this action, continuing the claims of Victor R. Crage on behalf of his Estate, and that Plaintiff shall be permitted to edit the caption of the case accordingly, and file an Amended Complaint within 30 (thirty) days of this order. The Clerk of Court is directed to make this change reflected on the Court's docket and ECF system.

Dated: March 11, 2019

HONORABLE ELDON J. FALLON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA