UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR R. CRAGE and TERESA CRAGE, | ) CASE NO: 2:17-cv-07460 |
| Plaintiffs, | ) |
| v. | ) |
| JOHNSON & JOHNSON et al., | ) |
| Defendant(s) | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, a copy of the foregoing documents were filed electronically. Notice of this filing will be sent via the Court's electronic filing system to all parties indicated in the electronic filing receipt. Parties may access this filing through the Court's system.

DATED:   March 11, 2019

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.