UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

*******************************************

**THIS DOCUMENT RELATES TO:**

*Doris Wallace v. Janssen Research & Development LLC, et al.;*
Case No. 2:16-cv-12011.

### RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFF'S FAILURE TO SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET <u>PURSUANT TO CMO 6</u>

Defendants moved for, and this Court entered, an Order to Show Cause [Rec. Doc. 12290] why this action should not be dismissed with prejudice for failure to submit an amended and fully complete Plaintiff Fact Sheet ("PFS") in accordance with Case Management Order ("CMO") 6 and Pretrial Order ("PTO") 13.  *See* Rec. Doc. 12247; Rec. Doc. 12290.  Counsel for plaintiff responded to the Order, explaining that plaintiff was deceased and counsel was attempting to discuss the only remaining deficiency cited by Defendants, "Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user," with plaintiff's next of kin and to ascertain the status of any probate proceedings in order to move for leave to substitute parties.  *See* Rec. Doc. No. 12382.  During the hearing on January 23, 2019, the Court granted plaintiff until March 12, 2019 to address these remaining issues.  *See* Order of February 19, 2019 [Rec. Doc. No. 12582].

1

Since that time, counsel was able to contact Gerrie Wallace Batts, surviving daughter of Doris Wallace, who advised that the Probate Court of Mecklenburg County, North Carolina had issued Letters of Administration appointing Gerrie Wallace Batts the Administratrix of the Estate. Plaintiff therefore moved for an order substituting Gerrie Wallace Batts as party plaintiff, and the Court granted that motion on March 7, 2019.  *See* Rec. Doc. Nos. 12731 and 12771.  Plaintiff has now submitted an amended PFS with a declaration and authorization forms signed by Gerrie Wallace Batts.  As such, the Order to Show Cause should be withdrawn.

WHEREFORE, Plaintiff respectfully requests, through counsel, that the Order to Show Cause be withdrawn.

Signed: March 11, 2019                                                  Respectfully submitted,

By:   */s/ Christopher J. Quinn*
         Christopher J. Quinn
         THE DRISCOLL FIRM, P.C.
         211 N. Broadway, 40th Floor
         St. Louis, MO 63102
         Tel: (314) 932-3232
         Fax: (314) 932-3233
         chris@thedriscollfirm.com
         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 11, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*