**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**

*Dorothy Lamar v. Janssen Research & Development LLC, et al.;*
Case No. 2:16-cv-11798.

**RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFF'S FAILURE TO SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6**

Defendants moved for, and this Court entered, an Order to Show Cause [Rec. Doc. 12293] why this action should not be dismissed with prejudice for failure to submit an amended and fully complete Plaintiff Fact Sheet ("PFS") in accordance with Case Management Order ("CMO") 6 and Pretrial Order ("PTO") 13.  *See* Rec. Doc. 12250; Rec. Doc. 12293.  Counsel for plaintiff responded to the Order, explaining that counsel and office staff had unsuccessfully attempted to contact plaintiff on numerous occasions, by U.S. Mail and telephone, to discuss this matter and obtain information and documents necessary to submit a fully complete PFS, but were unable to do so.  *See* Rec. Doc. No. 12383.  During the hearing on January 23, 2019, the Court ordered that "Plaintiff shall be given until March 12, 2019 to cure the deficiencies and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6."  *See* Order of February 19, 2019 [Rec. Doc. No. 12583].  Unfortunately, despite repeated additional attempts, we remain unable to contact

1

plaintiff. As such, we have no basis to oppose dismissal but reiterate our request that any dismissal be without prejudice for the reasons set forth in our original response, Rec. Doc. No. 12383.

WHEREFORE, Plaintiff respectfully requests, through counsel, that any dismissal be without prejudice for the reasons set forth in our original response.

Signed: March 11, 2019                    Respectfully submitted,

                                          By:   */s/ Christopher J. Quinn*
                                                Christopher J. Quinn
                                                THE DRISCOLL FIRM, P.C.
                                                211 N. Broadway, 40th Floor
                                                St. Louis, MO 63102
                                                Tel: (314) 932-3232
                                                Fax: (314) 932-3233
                                                chris@thedriscollfirm.com
                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*