UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |

******************************************

**THIS DOCUMENT RELATES TO:**

*Jacqueline Matthews v. Janssen Research & Development LLC, et al.;*
Case No. 2:16-cv-11809.

## RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFF'S FAILURE TO SERVE A FULLY COMPLETE AND UPDATED PLAINTIFF FACT SHEET PURSUANT TO CMO 6

Defendants moved for, and this Court entered, an Order to Show Cause [Rec. Doc. 12293] why this action should not be dismissed with prejudice for failure to submit an amended and fully complete Plaintiff Fact Sheet ("PFS") in accordance with Case Management Order ("CMO") 6 and Pretrial Order ("PTO") 13.  *See* Rec. Doc. 12260; Rec. Doc. 12303.  Counsel for plaintiff responded to the Order, explaining that counsel and office staff had unsuccessfully attempted to contact plaintiff on numerous occasions, by U.S. Mail and telephone, to discuss this matter and obtain information and documents necessary to submit a fully complete PFS, but were unable to do so until November 27, 2018, when we reached Plaintiff and learned that she had relocated to another state and the contact information in our file was no longer current.  *See* Rec. Doc. No. 12384.  We also advised the Court that we understood that plaintiff would be returning the PFS materials by overnight mail.  *Id.*  During the hearing on January 23, 2019, the Court ordered that "Plaintiff shall be given until March 12, 2019 to cure the deficiencies and serve a fully complete

1

and updated Plaintiff Fact Sheet pursuant to CMO 6." *See* Order of February 19, 2019 [Rec. Doc. No. 12584].  Unfortunately, we have not received the materials despite numerous follow up calls and correspondence reiterating the Court's orders, including a letter sent by certified mail on February 22, 2019 which included a copy of the Court's Order of February 19, 2019.  As such, we have no basis to oppose dismissal but reiterate our request that any dismissal be without prejudice for the reasons set forth in our original response, Rec. Doc. No. 12384.

    WHEREFORE, Plaintiff respectfully requests, through counsel, that any dismissal be without prejudice for the reasons set forth in our original response.

Signed: March 11, 2019                                       Respectfully submitted,

By:    */s/ Christopher J. Quinn*
         Christopher J. Quinn
         THE DRISCOLL FIRM, P.C.
         211 N. Broadway, 40th Floor
         St. Louis, MO 63102
         Tel: (314) 932-3232
         Fax: (314) 932-3233
         chris@thedriscollfirm.com
         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*