UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO.: 2592<br><br>SECTION: L<br>JUDGE: FALLON<br>MAG. JUDGE NORTH |
| MARY L. WYCKO and FRANCIS D. WYCKO, PLAINTIFFS, | | |
| vs. | § § § | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a/ ORTHO-MCNEIL-JANSSEN PHAMACEUTICALS, INC., JOHNSON AND JOHNSON, COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § | NOTICE OF DEPOISITION<br><br>Civil Action No.: 2:16-cv-14079; |

### NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEO DEPOSITION OF NON-PARTY GARY L. CONRAD, M.D., FACC

TO: Gary L. Conrad, M.D., FACC, 625 S. Fair Oaks Ave. #215, North Tower, Pasadena, CA 91105.

**PLEASE TAKE NOTICE** that Plaintiffs by and through their counsel of record, will take the deposition upon oral examination and videotape of non-party, **Gary L. Conrad, M.D., FACC** commencing on **Friday, March 29th, 2019 at 11:00 A.M. (PST),** at 625 S. Fair Oaks Ave. #215, North Tower, Pasadena, California 91105.

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on Exhibit A, attached hereto, at the deposition that are in their possession, custody and control.

Individuals who have a disability that may need accommodation at the deposition should contact the undersigned counsel seven (7) days prior to the deposition.

All counsel of record is invited to attend. The deposition will be taken by a certified reporter from Golkow Litigation Services and will be videotaped.

        Respectfully submitted,

By: /s/ Robert J. Binstock
Robert J. Binstock (TX # 02328350)
Dennis Reich (TX # 16739600)
REICH AND BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: 713.622.7271
Facsimile: 713.623.8724
bbinstock@reichandbinstock.com
dreich@reichandbinstock.com

By: /s/ Emily C. Jeffcott
Hugh P. Lambert (LA #7933)
Emily C. Jeffcott (LA #33204)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504.581.1750
Facsimile: 504.529.2931
hlambert@thelambertfirm.com
ejeffcott@thelambertfirm.com

**ATTORNEYS FOR PLAINTIFFS MARY L. WYCKO AND FRANCIS D. WYCKO**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 11th, 2019

                                                           <u>/s/ Robert J. Binstock</u>
                                                           Robert J. Binstock

**EXHIBIT A- DOCUMENT REQUESTS**

1. All medical, prescription, or other records relating to the prescribing of the drug Xarelto to Mary L. Wycko by Gary L. Conrad, M.D., Victor Gabrielian, M.D., or any other physician that treated Mrs. Wycko at Foothill Cardiology Medical Group.

2. All medical, prescription, or other records relating to the care and treatment provided to Mary L. Wycko by Gary L. Conrad, M.D.

3. All medical, prescription, or other records relating to the care and treatment provided to Mary L. Wycko at Methodist Hospital from October 23, 2014 through November 9, 2014.

4. All medical, prescription, or other records relating to the care and treatment provided to Mary L. Wycko at Huntington Drive Skilled Nursing facility following her discharge from Methodist Hospital on November 9, 2014.

5. All literature, letters, booklets, brochures, pamphlets, advertising, package inserts, free samples, coupons, or other written or promotional material provided to you or any Foothill Cardiology physician that treated Mary L. Wycko from Janssen Pharmaceuticals or Bayer Healthcare Pharmaceuticals relating to the drug Xarelto.

6. A recent copy of the Curriculum Vitae (CV) for Gary L. Conrad, M.D.