UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROD GIVEN, JR., Individually and as Special Administrator of the ESTATE OF RODERICK RAY GIVEN, SR. | ) ) ) ) ) | CIVIL ACTION NO. MDL No. 2592<br><br>Section L<br><br>Member case No.: 2:17-cv-09288 |
|         Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|         Defendants. | ) | |

This document relates to Rod Given, Jr., Individually and as Special Administrator of the Estate of Roderick Ray Given, Sr., versus Janssen Research & Development, et. al., Action No.: 2:17-CV-09288.

**<u>NOTICE OF SUBMISSION</u>**

Please take notice that Plaintiffs, Rod Given, Jr., Individually and as Special Administrator of the Estate of Roderick Ray Given, Sr., by and through the undersigned counsel, has submitted a revised PFS pursuant to allegations that this party's previously-submitted PFS included core deficiencies in sections I and X, pursuant to Pre-Trial Order No. 31(a).

- 2 -

RESPECTFULLY SUBMITTED:

March 9, 2018

BY: _____

Steve Harrelson
La. Bar Roll No. 28361
HARRELSON LAW FIRM, P.A.
200 River Market Avenue, Suite 600
Little Rock, Arkansas 72201
Tel.: (501) 476-3012
Fax: (501) 375-5914
E-Mail: steve@harrelsonfirm.com
Attorney for Plaintiff