UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
RENO PIRAMI

2:15-cv-07006

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Pursuant to Local Rule 83.2.11 and Pretrial Order No. 30, MEYERS & FLOWERS, LLC respectfully requests leave from this Honorable Court to withdraw as counsel for Plaintiff RENO PIRAMI in his Xarelto claim. In support if this Motion, MEYERS & FLOWERS, LLC states as follows:

1. This matter was filed on or about December 23, 2015.

2. MEYERS & FLOWERS, LLC filed an appearance on behalf of RENO PIRAMI in this matter.

3. MEYERS & FLOWERS, LLC now seeks to withdraw as counsel for RENO PIRAMI.

4. Enclosed herewith as **Exhibit A** is a certification by the undersigned pursuant to PTO No. 30 regarding MEYERS & FLOWERS, LLC's notification to Defendants' Lead and Liaison Counsel in writing at least fourteen (14) days prior to filing this Motion.

1

5. Enclosed herewith as **Exhibit B** is a certification by the undersigned pursuant to PTO No. 30 regarding MEYERS & FLOWERS, LLC's communications with Mr. Pirami about its intention to seek withdraw in the case.

6. Enclosed herewith as **Exhibit C** is a certification by the undersigned pursuant to PTO No. 30 regarding Mr. Pirami's Plaintiff Fact Sheet that was submitted on his behalf in this matter.

7. Enclosed herewith as **Exhibit D** is a certification by the undersigned pursuant to PTO 30 regarding compliance with PTO No. 11B.

8. It is necessary to withdraw as counsel for professional reasons.[1]

9. Good cause exists for withdrawal.

10. Withdrawal will not result in any adverse effect on Plaintiff's or Defendants in this matter.

11. Attached to this Motion is a Notification of Party Contact Information Form.

12. MEYERS & FLOWERS, LLC is sending Notice of this Motion to Plaintiff by Certified U.S. Mail.

**WHEREFORE**, MEYERS & FLOWERS, LLC respectfully requests that this Court enter an Order withdrawing the appearance of MEYERS & FLOWERS, LLC as counsel for RENO PIRAMI.

DATED: March 12, 2019

---

[1] The undersigned is prepared to provide this Honorable Court with the necessary details to understand the bases and grounds of its request. The undersigned is also aware of Local Rule 5.6 and can provide the details for consideration in a filing under seal pursuant to Local Rule 5.6 if the Court prefers. To avoid unnecessary filings on the Xarelto docket, the undersigned has not filed any such Motion as of the date of this filing can do so under advisement of the Court if requested.

Respectfully submitted,

MEYERS & FLOWERS, LLC

*/s/ Brian J. Perkins*

Brian J. Perkins, Esq.
MEYERS & FLOWERS, LLC
3 N Second Street, Suite 300
St. Charles, IL 60174
(630)232-6333
bjp@meyers-flowers.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

                                                MEYERS & FLOWERS, LLC

                                                /s/Brian J. Perkins
                                                Brian J. Perkins, Esq.
                                                Attorney for Plaintiff(s)