## EXHIBIT A

I, **Frank V. Cesarone**, of MEYERS & FLOWERS, LLC hereby certify that Defendants' Lead and Liaison Counsel in the 2:15-cv-07006 matter have been contacted in writing of our intention to seek leave to withdraw as counsel at least fourteen (14) days prior to the filing of our Motion to Withdraw. Prior to filing the Motion to Withdraw, Defendants' Lead and Liaison Counsel responded in writing our outreach; both Bayer and Janssen Defendants' counsel informed MEYERS & FLOWERS, LLC in writing that they oppose the Motion to Withdraw.

_____
Frank V. Cesarone, Esq.