## **EXHIBIT B**

I, **Frank V. Cesarone**, of MEYERS & FLOWERS, LLC hereby certify that MEYERS & FLOWERS, LLC has communicated the firm's intention to seek withdrawal as counsel in the 2:15-cv-07006 matter with Mr. Pirami. In response, Mr. Pirami initially indicated no objection to MEYERS & FLOWERS, LLC withdrawing and that he would likely need approximately 45-60 days to secure new representation. In a follow-up telephone call, Mr. Pirami indicated he had secured alternative representation to handle the matter and in order to proceed, simply needed a copy of the Motion to Withdraw.

Subsequently, Mr. Pirami contacted MEYERS & FLOWERS, LLC and indicated he had changed his mind and was objecting to the firm's withdrawal. At this time, MEYERS & FLOWERS, LLC understands Mr. Pirami to be objecting to the Motion to Withdraw. At this time, MEYERS & FLOWERS, LLC does not know whether Mr. Pirami still has alternative counsel. In the event Mr. Pirami does not have alternative counsel, MEYERS & FLOWERS, LLC does not know how much time Mr. Pirami would need to proceed to retain alternative counsel but would anticipate it would be no longer than the previously requested 45-60 day time period.

_____
Frank V. Cesarone, Esq.