## **EXHIBIT C**

I, **Frank V. Cesarone**, of MEYERS & FLOWERS, LLC hereby certify that a Plaintiff Fact Sheet has been submitted in the 2:15-cv-07006 matter. Mr. Pirami's Complaint in this matter was filed on December 23, 2015 and the Plaintiff Fact Sheet was entered into MDL Centrality on or about February 2, 2016. Accordingly, the Plaintiff Fact Sheet submission in the 2:15-cv-07006 matter complies with PTO No. 13.

_____
Frank V. Cesarone, Esq.

7