## **EXHIBIT D**

I, **Frank V. Cesarone**, of MEYERS & FLOWERS, LLC hereby certify that pursuant to PTO No. 11B, Mr. Pirami's case was part of a joint complaint. Mr. Pirami was not the lead plaintiff on the claim and as such, there were and currently are no filing fees that have been paid in the 2:15-cv-07006 matter. Pursuant to PTO No. 11B, no action that would trigger the payment of filing fees has taken place at this time. As such, 2:15-cv-007006 is in compliance with PTO No. 11B.

_____
Frank V. Cesarone, Esq.