UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> ) <br> ------------------------------------------------- ) <br> ) <br> **This Document Relates to:** ) <br> RENO PIRAMI ) <br> ) <br> 2:15-cv-7006 ) <br> ) | **MDL No. 2592** <br> **Section L** <br> **Judge Eldon E. Fallon** <br> **Magistrate Judge North** |

## NOTICE OF MOTION

TO:  Alan E. Rothman            Chanda A. Miller
     ARNOLD & PORTER            DRINKER BIDDLE
     250 W 55th Street          One Logan Square, Ste 2000
     New York, NY 10019         Philadelphia, PA 19103

    Please take notice that on April 11, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Eldon E. Fallon, Courtroom C456 located at 500 Poydras Street, New Orleans, Louisiana 70130, and present our Motion to Withdraw as Plaintiff's Counsel, in the above matters, a copy of which is attached.

### Proof of Service

    The undersigned certifies that this document was served on the above attorneys by CM/ECF on March 12, 2019.

    The undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: /s/Brian J. Perkins
Brian J. Perkins

Brian J. Perkins
MEYERS & FLOWERS, LLC
3 N Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
bjp@meyers-flowers.com