UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | **MDL NO.: 2592**<br>SECTION: L<br>**JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |
| *THIS DOCUMENT RELATES TO:*<br><br>*Louise Gaudet St. Pierre and Scott St. Pierre on behalf of the estate of Michael St. Pierre v. Janssen Research & Development, LLC, et al.*<br>*Case No.: 2:15-cv-00397-EEF-MBN* | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, comes plaintiff in the above-related action, and hereby request that Neil D. Overholtz and Jennifer M. Hoekstra of Aylstock, Witkin, Kreis & Overholtz, PLLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled and number action.

WHEREFORE, plaintiff moves this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Neil D. Overholtz and Jennifer M. Hoekstra as co-counsel of record and appointed as lead counsel in the above-entitled and numbered action.

Dated: March 12, 2019

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

   */s/ Michael Hingle*

Michael Hingle, #6943
220 Gause Boulevard
Slidell, LA 70458
Telephone: (985) 641-6800
Fax: (985) 646-1471

/s/Neil D. Overholtz
Neil D. Overholtz, T.A.
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com

/s/Jennifer M. Hoekstra
Jennifer M. Hoekstra,T.A.
Louisiana Bar No.: 31476
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

DATED: March 11, 2019

                                              By: /s/ *Michael Hingle*
                                                  Michael Hingle, #6943