UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | **MDL NO.: 2592**<br>SECTION:  L<br>**JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |
| *THIS DOCUMENT RELATES TO:*<br><br>*Philip Bertrand v. Janssen Research & Development, LLC, et al.* Case No.: 2:15-cv-00302-EEF-MBN | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, comes plaintiff in the above-related action, and hereby request that Neil D. Overholtz and Jennifer M. Hoekstra of Aylstock, Witkin, Kreis & Overholtz, PLLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled and number action.

WHEREFORE, plaintiff moves this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Neil D. Overholtz and Jennifer M. Hoekstra as co-counsel of record and appointed as lead counsel in the above-entitled and numbered action.

Dated:  March 12, 2019

g:\multidistrict litigation\xarelto\bertrand, phillip j\bertrand misc pleadings\bertrand misc pleadings\pld motion to enroll as co-counsel 3.11.19 alm.docx

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

   /s/   Michael Hingle

Michael Hingle, #6943
220 Gause Boulevard
Slidell, LA 70458
Telephone: (985) 641-6800
Fax: (985) 646-1471

/s/Neil D. Overholtz
Neil D. Overholtz, T.A.
Florida Bar No.:  0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone:  (850) 202-1010
Fax:  (850) 916-7449
Noverholtz@awkolaw.com

/s/Jennifer M. Hoekstra
Jennifer M. Hoekstra,T.A.
Louisiana Bar No.:  31476
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone:  (850) 202-1010
Fax:  (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

DATED: March 11, 2019

                                        By:  /s/  *Michael Hingle*
                                              Michael Hingle, #6943