# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | **MDL NO.: 2592** <br> SECTION: L <br> **JUDGE: ELDON E. FALLON** <br> **MAG. JUDGE MICHAEL NORTH** |
| *THIS DOCUMENT RELATES TO:* <br><br> *Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexia obo the Estate of Evida Alexie v. Janssen Research & Development, LLC, et al.* <br> Case No.: 2:15-cv-00261-EEF-MBN | |

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz and Jennifer M. Hoekstra of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and are enrolled as co-counsel and lead counsel for Plaintiffs, *Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexia on Behalf of the Estate of Evida Alexie,* in the above-entitled and numbered action.

Dated: _____

_____
Hon. Eldon E. Fallon
United States District Judge