## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| This Document Relates to | * | SECTION L |
| FRANKLIN BARRUGA | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| Case No. 2:17-cv-07285 | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

### FIRST AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION DUCES TECUM OF DR. MINH Q. TRAN, M.D.

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Plaintiff, by and through his attorney of record, will take the deposition upon oral examination of Dr. Minh Q. Tran, M.D., on March 15, 2019, at 12:00 noon Pacific time, located at Carroll, Kelly, Trotter, Franzen, McBride & Peabody, 111 W. Ocean Blvd., 14th Floor, Long Beach, CA 90801.

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, or for such other purposes permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control.

Dated:  March 12, 2019                              Respectfully submitted,

                                   By:     /s/ Anna Rol_____
                                           Thomas Sims
                                           Sindhu Daniel
                                           Anna Rol
                                           **BARON & BUDD, P.C.**
                                           3102 Oak Lawn Avenue, Suite 1100
                                           Dallas, TX  75219
                                           Telephone: (214) 521-3605
                                           Facsimile:  (214) 520-1181
                                           tsims@baronbudd.com
                                           sdaniel@baronbudd.com
                                           arol@baronbudd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of March, 2019, the foregoing was served electronically to all counsel of record via CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.

Brian H. BGarr
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
bbarr@levinlaw.com
*Plaintiffs' Co-Lead Counsel*

Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW,METHVIN, PORTIS &MILES, P.C.
Andy.Birchfield@BeasleyAllen.com
*Plaintiffs' Co-Lead Counsel*

Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC
gmeunier@gainsben.com
*Plaintiffs' Co-Lead Counsel*

Leonard A. Davis
HERMAN HERMAN & KATZ LLC
ldavis@hhklawfirm.com
*Plaintiffs' Co-Lead Counsel*

Andrew K. Solow
ARNOLD & PORTER LLP
andrew.solow@arnoldporter.com
*Served Bayer Defendants' Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
susan.sharko@dbr.com
*Served Janssen Defendants' Counsel*

/s/ Anna Rol_____

## <u>EXHIBIT A - DOCUMENT REQUESTS</u>

The deponent shall bring to the deposition the following documents that are in his/her possession, control or custody regarding Franklin Barruga:

1.      Your *curriculum vitae.*

2.      All original documents, books, records, materials, correspondence, memoranda, receipts, including, but not limited to diaries and notes pertaining to the claims raised by the plaintiff in this lawsuit.

3.      All original documents, books, records, materials, correspondence, memoranda, receipts, including but not limited to medical records and notes, in your possession that pertain to or reference the plaintiff in this lawsuit.

4.      All  medical information, records and reports, including inpatient, outpatient, and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office records, handwritten notes by doctors and medical personnel and records received by other physician  or healthcare providers that pertain to or reference the plaintiff in this lawsuit.

5.      All laboratory, histology, cytology, pathology, radiology, CT Scan, MRI or other studies or tests that pertain to or reference the plaintiff in this lawsuit.

6.      All pharmacy/prescription records, including NDS numbers and drug information handouts/monographs that pertain to or reference the plaintiff in this lawsuit.

7.      All documents you reviewed, referred to, or relied upon in arriving at any of your medical opinions concerning your treatment and care of plaintiff in this lawsuit.

8.      All billing records, including all statements, itemized bills and insurance records that pertain to or reference the plaintiff in this lawsuit.