UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> This Document relates to: ) <br>    James Jarrett on behalf of Ruth ) <br>    Frances Jarrett, Deceased v. Janssen ) <br>    Research & Development, LLC, et al. ) <br>    E.D. La. No. 2:16-cv-02934 ) | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br><br><br> JURY TRIAL DEMANDED |

**NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, James Jarrett.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by James E. Jarrett, II, who is the son and surviving heir of James Jarrett and Ruth Frances Jarrett, Deceased.

Dated:  March 13, 2019

                                          Respectfully submitted,

                                        By:     */s/ Ethan L. Shaw*
                                               Ethan L. Shaw
                                               John P. Cowart
                                               SHAW COWART, L.L.P.
                                               1609 Shoal Creek Boulevard
                                               Suite 100
                                               Austin, Texas  78701
                                               Telephone:  (512) 499-8900
                                               Facsimile:  (512) 320-8906
                                               elshaw@shawcowart.com
                                               jcowart@shawcowart.com

                                               *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                */s/ Ethan L. Shaw*