UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br><br><br> JURY TRIAL DEMANDED |
| This Document relates to: James Jarrett on behalf of Ruth Frances Jarrett, Deceased v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-02934 | | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting James E. Jarrett, II on behalf of his deceased mother, Ruth Frances Jarrett.

1. James Jarrett filed a products liability lawsuit against Defendants on April 11, 2016 on behalf of Ruth Frances Jarrett, Deceased.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that James Jarrett died in April of 2017.

3. James Jarrett's products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on March 13, 2019.

5. James E. Jarrett, II, surviving son of James Jarrett and Ruth Frances Jarrett, Deceased, is a proper party to substitute for plaintiff-decedent James Jarrett and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf,

pursuant to Fed. R. Civ. P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, James E. Jarrett, II requests that this Court grant his request for substitution as plaintiff in this action.

Dated: March 13, 2019

                                            Respectfully submitted,

                                            By:   */s/ Ethan L. Shaw*
                                                   Ethan L. Shaw
                                                   John P. Cowart
                                                   SHAW COWART, L.L.P.
                                                   1609 Shoal Creek Boulevard
                                                   Suite 100
                                                   Austin, Texas  78701
                                                   Telephone:  (512) 499-8900
                                                   Facsimile:  (512) 320-8906
                                                   elshaw@shawcowart.com
                                                   jcowart@shawcowart.com

                                            *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

                                                   */s/ Ethan L. Shaw*