## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**JAMES THOMAS MAY,**<br><br>             **Plaintiff,**<br><br>**v.**<br><br>**JANSSEN RESEARCH & DEVELOPMENT, LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG,  BAYER AG,  AND FICTITIOUS DEFENDANTS 1-100,**<br><br>             **Defendants.** | **MDL 2592**<br><br>**SECTION L**<br><br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH**<br><br>Civil Action No. 2:18-cv-05233<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, James Thomas May hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:18-cv-05233, only.  This stipulation shall not affect the lawsuit filed by James T. May, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-02141. All parties shall bear their own costs.

**JOHNSON LAW GROUP**

By: /s/Kori Lynn Westerbrook
Kori Lynn Westbrook
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
kwestbrook.@johnsonlawgroup.com

Attorneys for Plaintiff
Dated: March 14, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Janssen Research &
    Development, LLC, Janssen Ortho LLC, and
    Johnson & Johnson
    Dated: March 14, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc., and Bayer Pharma AG
    Dated: March 14, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: March 14, 2019

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 14, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Kim E. Moore