MINUTE ENTRY
FALLON, J.
MARCH 12, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: VARIOUS CASES | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  Sindhu Daniels, Esq. on behalf of Plaintiffs'
Charles Orr, Esq., (by phone) on behalf of Certain Plaintiffs
Gordon Kessler, Esq., (by phone) on behalf of Certain Plaintiffs
Ken Stern Esq., (by phone) on behalf of a Certain Plaintiff
Kimberly Morr, Esq., on behalf of Certain Plaintiff
Robert Hammers, Jr., Esq., (by phone) on behalf of Certain Plaintiffs
Chanda Miller, Esq., for Defendants

**Show Cause Hearing:**

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants and Ms. Daniels, appeared on behalf of Plaintiffs' Liaison Counsel. (Rec. Doc. Nos. 12580, 12581, 12582, 12583, 12584, 12586, 12640, 12643, 12644, 12646, 12647, 12664, 12665, 12667, 12668, 12679, 12693, 12694 and 12695)

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:    :40