# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>PLAINTIFF'S MOTION TO SUBSTITUTE PARTY |

THIS DOCUMENT RELATES TO:

*Clyde Hoffer v. Janssen Research & Development LLC, et al.;* No. 2:16-cv-17546

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Anne L. Hoffer, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Anne L. Hoffer, on behalf of the Estate of Clyde Hoffer, as Plaintiff in the above-captioned cause.

1. On December 16, 2016, Clyde Hoffer filed a product liability lawsuit against defendants.

2. On June 25, 2018, Plaintiff Clyde Hoffer died survived by his spouse Anne L. Hoffer.

3. Clyde Hoffer's product liability action against defendants survived Plaintiff's death and was not extinguished.

4. On January 7, 2019, Plaintiff's Counsel filed a Suggestion of Death, attached hereto as "Exhibit A."

5. Anne L. Hoffer, surviving spouse of Clyde Hoffer, is a proper party to substitute for plaintiff-decedent, Clyde Hoffer and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Federal Rule of Civil Procedure 25 (a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated March 14, 2019                    Respectfully submitted,

>                    By: /s/Bobby Saadian
>                    Bobby Saadian, Esq.
>                    CA Bar 250377
>                    3055 Wilshire Blvd. 12th Floor,
>                    Los Angeles, CA 90010
>                    Phone: (213)381-9988
>                    Fax: (213)381-9989
>                    Email: masstorts@wilshirelawfirm.com
>                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 14th day of March, 2019.

> THE WILSHIRE LAW FIRM
>
> By: /s/ Bobby Saadian
> Bobby Saadian, Esq.
> CA Bar 250377
> 3055 Wilshire Blvd. 12th Floor,
> Los Angeles, CA 90010
> Phone: (213)381-9988
> Fax: (213)381-9989
> Email: masstorts@wilshirelawfirm.com
> *Attorney for Plaintiff*