UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| ANNETTE TURNER, individually and o/b/o RITA TURNER | |
|     Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | Civil Action No.: 2:16-cv-09237 |
| | STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants | |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**MURPHY LAW FIRM, LLC**
By: */s/* Peyton P. Murphy
Peyton P. Murphy
2354 S. Acadian Thwy.
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
peyton@murphylawfirm.com

**COMEAUX LAW FIRM**
By: /s/ Todd C. Comeaux
Todd C. Comeaux
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
tc@comeauxlawfirm.com

Attorneys for Plaintiff
Dated: March 15, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorney for Defendants Janssen Research &
Development, LLC, Janssen Ortho LLC, Janssen
Pharmaceuticals, Inc., and Johnson & Johnson
Dated: March 15, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: March 15, 2019

**CHAFFE McCALL L.L.P.**
By: /s/ John F. Olinde
John F. Olinde (LA Bar #1515)
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: March 15, 2019

                    **IRWIN FRITCHIE URQUHART & MOORE LLC**
                    By: /s/ Kim E. Moore
                    Kim E. Moore
                    400 Poydras St., Ste, 2700
                    New Orleans, LA 70130
                    (504) 310-2100
                    kmoore@irwinllc.com

                    Liaison Counsel for Defendants
                    Dated: March 15, 2019

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 15, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                              /s/Kim E. Moore