# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sabrina Canaday Cogdell v. Janssen Research & Development LLC, et al.*
Case No. 2:18-cv-10662

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMACEUTICALS, INC. AND BAYER PHARMA AG

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Sabrina Canaday Cogdell. Plaintiff respectfully moves this Court to grant her motion for an extension of time within which to serve process and issue an Order allowing her an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Pharmaceuticals, Inc. and Bayer Pharma AG.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter and Order granting a thirty (30) day extension of time from the date the Order is entered within which to serve process.

Dated: March 15, 2019

                                                Respectfully Submitted,

                                                <u>/s/Roopal P. Luhana</u>
                                                Roopal P. Luhana, Esq.
                                                CHAFFIN LUHANA LLP
                                                600 Third Ave., 12th Fl.
                                                New York. NY 10016
                                                Telephone: (888) 480-1123
                                                Fax: (888) 499-1123
                                                luhana@chaffinluhana.com

                                                *Attorneys for Plaintiff*