UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) )<br>PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sabrina Canaday Cogdell v. Janssen Research & Development LLC, et al.*
Case No. 2:18-cv-10662

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMACEUTICALS, INC. AND BAYER PHARMA AG**

Now comes Plaintiff in the above-listed action, through undersigned counsel, respectfully moves this Court for an Order allowing Plaintiff an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals and Bayer Pharma AG ("Bayer Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B. In support of Plaintiff's motion, Plaintiff states as follows:

On November 8, 2018, the above foregoing action was filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability Litigation,* MDL No. 2592. On November 30, 2018, Plaintiff attempted to effect service on all Defendants by email, Registered Mail and Certified Mail. Copies of the November 30, 2018 correspondence sent to Bayer Healthcare Pharmaceuticals and Bayer Pharma AG with receipts of mailing along with a November 30, 2018 email correspondence sent to the Bayer Defendants are attached hereto as

Exhibit A. On February 22, 2019, Plaintiff was notified by Defendants that effective service on the Bayer Defendants was not completed by Plaintiff.

The MDL involves thousands of similarly situated Plaintiffs who have filed claims, alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit by Plaintiff, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Plaintiff was not in "bad faith" in effecting service of the Summons and Complaint on the Bayer Defendants as an attempt was made and service of same, unfortunately, was not effectuated.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow Plaintiff an additional thirty (30) days within which to effect service of the Bayer Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A, and 10B.

Dated: March 15, 2019

Respectfully Submitted,

/s/Roopal P. Luhana
Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Ave., 12th Fl.
New York. NY 10016
Telephone: (888) 480-1123
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Attorneys for Plaintiff*