# EXHIBIT A



# CHAFFIN LUHANA LLP

600 THIRD AVENUE
12th FLOOR
NEW YORK, NEW YORK 10016

Toll Free: (888) 480-1123
Fax: (888) 499-1123
www.ChaffinLuhana.com

November 30, 2018

**_Via Certified Mail & Email_**
Bayer Healthcare Pharmaceuticals, Inc.
SOP Dept.
Corporation Service Co.
251 Little Falls Rd.
Wilmington, DE 19808
xareltocomplaints@babc.com

           **Re:**    *Sabrina Canady-Cogdell v. Janssen Research & Development LLC, et al.*
                    *Case No. 2:18-cv-10662*

Dear Counsel:

    Enclosed please find Summons, Civil Cover Sheet and Complaint with respect to the above-referenced matter. Thank you.

                                  Sincerely,

                                  Holly Culbertson
                                  Senior Paralegal

Encls.





# CHAFFIN LUHANA LLP

600 THIRD AVENUE
12th FLOOR
NEW YORK, NEW YORK 10016

Toll Free: (888) 480-1123
Fax: (888) 499-1123
www.ChaffinLuhana.com

November 30, 2018

**<u>Via Registered Mail & Email</u>**
Bayer Pharma AG
Attn: Eva Gardner-Eisenlohr
Muellerstasse 178
13353 Berlin Germany
xareltocomplaints@babc.com

    **Re:** *Sabrina Canady-Cogdell v. Janssen Research &*
       *Development LLC, et al.*
       *Case No. 2:18-cv-10662*

Dear Counsel:

  Enclosed please find a Summons, Civil Cover Sheet and Complaint with respect to the above-referenced matter. Thank you.

           Sincerely,

           Holly Culbertson
           Senior Paralegal

Encls.

---



# Holly Culbertson

| | |
|---|---|
| **From:** | Holly Culbertson |
| **Sent:** | November 30, 2018 10:35 AM |
| **To:** | xareltocomplaints@babc.com |
| **Cc:** | Roopal Luhana; Kendra Goldhirsch |
| **Subject:** | Sabrina Canady-Cogdell v. Janssen Research & Development, LLC, et al. Case No. 2:18-cv-10662 |
| **Attachments:** | 11.30.18 Ltr. to Bayer Pharm, Inc. Encl. Complaint - Cogdell, S..pdf; 11.30.18 Ltr. to Bayer Pharma AG Encl. Complaint - Cogdell, S..pdf; Summons Bayer Healthcare Pharm., Inc. - Cogdell, S..pdf; Summons Bayer Pharma AG - Cogdell, S..pdf; FILED Complaint - Canady, S..pdf |

Counsel:

Attached please find Correspondence, Summons and Complaint that were sent by Registered and Certified Mail today, November 30, 2018 with respect to the above-referenced matter. Thank you.

- Sincerely,

Holly Culbertson
*Senior Paralegal*



*New York, New York*
600 Third Ave., 12th Floor
New York, New York 10016
Toll Free Telephone: (888) 480-1123
Toll Free Fax: (888) 499-1123
Direct Dial: 347-269-4467

*Pittsburgh, Pennsylvania*
615 Iron City Dr.
Pittsburgh, PA 15205
Phone: (888) 480-1123
Fax: (888) 499-1123

*Weirton, West Virginia (by appointment only):*
3200 Main St.
Weirton, WV 26062
Phone: (888) 480-1123
Fax: (888) 499-1123
www.ChaffinLuhana.com
www.ChaffinLuhanaFoundation.org

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the

intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.