UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | MDL NO. 2592 |
| ) | | |
| ) | | SECTION L |
| ) | | |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| ) | | MAGISTRATE JUDGE NORTH |
| ) | | |

**THIS DOCUMENT RELATES TO:**

*Sabrina Canaday Cogdell v. Janssen Research & Development LLC, et al.*
Case No. 2:18-cv-10662

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on Wednesday, April 3, 2019, Plaintiff Sabrina Canaday Cogdell's Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals and Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: March 15, 2019

Respectfully Submitted,

/s/Roopal P. Luhana
Roopal P. Luhana
CHAFFIN LUHANA LLP
600 Third Ave., 12th Fl.
New York. NY 10016
Telephone: (888) 480-1123
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Attorneys for Plaintiff*