UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  )
PRODUCTS LIABILITY LITIGATION  )   MDL NO. 2592
                               )
                               )   SECTION L
                               )
                               )   JUDGE ELDON E. FALLON
                               )
                               )   MAGISTRATE JUDGE NORTH
                               )

**THIS DOCUMENT RELATES TO:**

*Sabrina Canaday Cogdell v. Janssen Research & Development LLC, et al.*
Case No. 2:18-cv-10662

# ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals and Bayer Pharma AG:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon