# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019 a copy of the Notice of Submission, Notice of Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Pharmaceuticals, Inc. and Bayer Pharma AG, Memorandum in Support of Notice of Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Pharmaceuticals, Inc. and Bayer Pharma AG and Proposed Order has been served in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Roopal P. Luhana
Roopal P. Luhana

*Attorney for the Plaintiff*