# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **MDL No. 2592** |
| | **:** | |
| | **:** | **SECTION L** |
| | **:** | |
| | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| _____ | **:** | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*Wayne T. Vanhoose v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00359;*
*and*
*Lynn Cole, Individually as Surviving Spouse and as Representative*
*of the Estate of Donald B. Cole v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00253;*
*and*
*Elizabeth F. Boyden v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00338*

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO SERVE PROCESS

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional thirty (30) days from the date the Order is entered in which to affect service on Defendant Janssen Pharmaceuticals, Inc. pursuant to FRCP 4(d). A brief memorandum in support of Plaintiffs' motion is submitted herewith.

1

This 15th day of March, 2019.

By:    /s/ Les Weisbrod
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:    (214) 987-0005
Fax:              (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com
**ATTORNEYS FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:    /s/ Les Weisbrod
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com