# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Wayne T. Vanhoose v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00359;*
and
*Lynn Cole, Individually as Surviving Spouse and as Representative*
*of the Estate of Donald B. Cole v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00253;*
and
*Elizabeth F. Boyden v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00338*

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT JANSSEN PHARMACEUTICALS, INC.

Now comes Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this for an Order allowing them an additional thirty (30) days from the date the Order is entered in which to affect service on Defendant Janssen Pharmaceuticals, Inc. pursuant to FRCP 4(d). In support of their motion, Plaintiffs state as follows:

The foregoing actions have been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592. On February 28, 2017, complaints, along with requests for waiver of service, in the above-listed actions were sent via certified mail to Defendant Janssen Pharmaceuticals, Inc. at their headquarters located at 1125 Trenton-Harbourton Road, Titusville, NJ 08560. Copies of the transmittal letters are attached as

1

Exhibit A.  A green card indicating delivery was never returned; therefore delivery was confirmed using the United States Post Office's tracking system.

On October 4, 2018, the Court released the list of Wave 2 Court-selected remand cases and *Wayne T. Vanhoose v. Janssen Research & Development, LLC, et al*, Civil Action No. 2:17-cv-00359 was included.  Discovery has been proceeding on the case.  On March 12, 2019, Plaintiffs' attorney was notified by the Plaintiff Steering Committee that Defendant Janssen Pharmaceuticals, Inc. claims they were not served with the complaint.  On the same day, Plaintiffs' attorney attempted to track service using the United States Post Office tracking system, but apparently the tracking information was no longer available.  Plaintiffs' attorney tried tracking other mailings for which a returned green card had been received, but that information also was no longer available.

Although Plaintiffs' attorney believes Janssen Pharmaceuticals, Inc. was properly served with the complaints, Plaintiffs move the Court to allow service pursuant to FRCP 4(d).

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by the above-captioned Plaintiffs, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Plaintiffs show that as a matter of law and fact, they were not in "bad faith" in delaying service of the respective Complaints. Defendants are fully aware of and are served with hundreds of identical complaints in this matter.

Thus, Plaintiffs respectfully request that this Court grant this motion and allow Plaintiffs an additional thirty (30) days from the date this motion is granted to effect service on Defendant Janssen Pharmaceuticals, Inc.  pursuant to FRCP 4(d).

This 15th day of March, 2019.

        By:   */s/ Les Weisbrod*
               **LES WEISBROD**
               Texas Bar No. 21104900
               **ALEXANDRA V. BOONE**
               Texas Bar No. 00795259
               **MILLER WEISBROD LLP**
               11551 Forest Central Drive, Suite 300
               Dallas, Texas 75243
               Telephone: (214) 987-0005
               Fax: (214) 987-2545
               E-Mail: lweisbrod@millerweisbrod.com
               **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        By:   */s/ Les Weisbrod*
               Les Weisbrod
               Alexandra Boone
               **MILLER WEISBROD, LLP**
               11551 Forest Central Drive, Ste. 300
               Dallas, TX 75243
               Phone: (214) 987-0005
               lweisbrod@millerweisbrod.com
               aboone@millerweisbrod.com