# EXHIBIT A



**Miller Weisbrod LLP**
ATTORNEYS AT LAW

Michael Trull
Paralegal
mtrull@millerweisbrod.com
214.890.8594 DD

February 28, 2017

*Via CM/RRR*
Legal Department
Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08561

**Certified Article Number**

7196 9008 9111 2569 1755

**SENDERS RECORD**

Re: *Lynn Cole, Individually as Surviving Spouse and as Representative of the Estate of Donald B. Cole v. Janssen Research & Development, LLC, et al, Civil Action No. 2:17-cv-00253;* In the United State District Court for the Eastern District of Louisiana; MDL NO. 2592 - IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

Dear Sir or Madam:

Pursuant to FRCP 4(d), enclosed are Plaintiff's Original Complaint, Plaintiff's Notice of a Lawsuit and Request to Waive Service of a Summons, two copies of a Waiver of the Service of Summons. Also enclosed is a prepaid self-addressed envelope for the return of the executed Waiver.

If you have any questions, please call me.

Sincerely,

Michael Trull

/mt
Enclosures



Michael Trull
Paralegal
mtrull@millerweisbrod.com
214.890.8594 DD

February 28, 2017

***Via CM/RRR***
Legal Department
Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08561

   Re: *Elizabeth F. Boyden v. Janssen Research & Development, LLC, et al, Civil Action No. 2:17-cv-00338;* In the United State District Court for the Eastern District of Louisiana; MDL NO. 2592 - IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

Dear Sir or Madam:

  Pursuant to FRCP 4(d), enclosed are Plaintiff's Original Complaint, Plaintiff's Notice of a Lawsuit and Request to Waive Service of a Summons, two copies of a Waiver of the Service of Summons. Also enclosed is a prepaid self-addressed envelope for the return of the executed Waiver.

  If you have any questions, please call me.

                Sincerely,

                Michael Trull

/mt
Enclosures



Michael Trull
Paralegal
mtrull@millerweisbrod.com
214.890.8594 DD

February 28, 2017

**Via CM/RRR**
Legal Department
Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08561

Re: *Wayne T. Vanhoose v. Janssen Research & Development, LLC, et al, Civil Action No. 2:17-cv-00359;* In the United State District Court for the Eastern District of Louisiana; MDL NO. 2592 - IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

Dear Sir or Madam:

Pursuant to FRCP 4(d), enclosed are Plaintiff's Original Complaint, Plaintiff's Notice of a Lawsuit and Request to Waive Service of a Summons, two copies of a Waiver of the Service of Summons. Also enclosed is a prepaid self-addressed envelope for the return of the executed Waiver.

If you have any questions, please call me.

Sincerely,

Michael Trull

/mt
Enclosures

11551 Forest Central Drive Suite 300 Dallas, Texas 75243 214.987.0005 888.987.0005