**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :          **MDL No. 2592**
                                     :
                                     :          **SECTION L**
                                     :
                                     :          **JUDGE ELDON E. FALLON**
                                     :
_____      :          **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**
*Wayne T. Vanhoose v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00359;*
*and*
*Lynn Cole, Individually as Surviving Spouse and as Representative*
*of the Estate of Donald B. Cole v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00253;*
*and*
*Elizabeth F. Boyden v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00338*

<u>**NOTICE OF SUBMISSION**</u>

Please take notice that the Motion for Extension of Time Within Which to Serve Process on Defendant Janssen Pharmaceuticals, Inc., filed by Plaintiffs in the above-listed actions, through undersigned counsel will be submitted to the Court on Wednesday, the 3rd of April, 2019, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

1

This 15th day of March, 2019.

By:     */s/ Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:               (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:     */s/ Les Weisbrod*
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com