UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Crage v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-7460

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12807, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Marcus Crage, Executor of the Estate of Victor R. Crage, is substituted for Plaintiffs Victor R. Crage and Teresa Crage as the proper party plaintiff in the above captioned case. The Clerk shall correct the case caption accordingly.

**IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint within 30 days of this Order.

New Orleans, Louisiana, this 15th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE