UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donovan Elmore v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-6807

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12804, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Donovan Elmore Jr., surviving son of Donovan Elmore, is substituted for Plaintiff Donovan Elmore as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE