UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Voss v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-0944

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12803, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patti Voss, surviving daughter of Marilyn Voss, is substituted for Plaintiff Marilyn Voss as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE