UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*John Currence v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:18-cv-11873**

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, John Currence, July 30, 2018.

Date: March 18, 2019               Respectfully submitted,

                                   By: */s/ Kori Westbrook*

                                   Kori Westbrook
                                   JOHNSON LAW GROUP
                                   2925 Richmond Avenue, Suite 1700
                                   Houston, Texas 77098
                                   (713) 626-9336
                                   (713) 583-9460 (facsimile)
                                   kwestbrook@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     */s/ Kori Westbrook*
                                                     Attorney for Plaintiff