UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*John Currence v. Janssen Research & Development, LLC, et al*
  Civil Action No. 2:18-cv-11873

<u>**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF**</u>

NOW INTO COURT, comes the Johnson Law Group for the Plaintiff and moves this Honorable Court for an order substituting Brenda Currence, as the surviving spouse of John Currence, deceased, for the following reasons:

I. On November 29, 2018, a Complaint was filed in the above referenced matter by John Currence as the plaintiff.

II. On July 30, 2018, Plaintiff John Currence passed away. Johnson Law Group learned of Plaintiff's passing after the filing of this lawsuit.

III. The decedent's surviving spouse, Brenda Currence, is the proper Plaintiff and wishes to be substituted on behalf of John Currence in this case.

Wherefore, movant prays for said substitution.

Date: March 18, 2019                                           Respectfully submitted,

                                                                                By: <u>/s/ Kori Westbrook</u>

                                                                                Kori Westbrook
                                                                                JOHNSON LAW GROUP
                                                                                2925 Richmond Avenue, Suite 1700
                                                                                Houston, Texas 77098
                                                                                (713) 626-9336
                                                                                (713) 583-9460 (facsimile)
                                                                                kwestbrook@johnsonlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                        */s/ Kori Westbrook*
                                                        Attorney for Plaintiff