# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| ***************************************<br>THIS DOCUMENT RELATES TO:<br><br>DAVID ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,*<br><br>    Defendants. | Civil Case No. 2:15-cv-02217-EEF-MBN |

## NOTICE OF APPEARANCE

Please take notice that Genevieve M. Zimmerman hereby enters her appearance as counsel for Plaintiff, David Roberts.

Counsel respectfully requests that all pleadings, notices, and documents filed in this matter be served on the undersigned.

DATED: March 19, 2019            /s/ Genevieve M. Zimmerman
                                                          Genevieve M. Zimmerman (MN# 330292)
                                                           MESHBESHER & SPENCE, LTD.
                                                           1616 Park Avenue
                                                           Minneapolis, MN 55404
                                                           Phone: (612) 339-9121
                                                           Fax: (612) 339-9188
                                                           Email: gzimmerman@meshbesher.com

                                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Genevieve M. Zimmerman, do hereby certify that on March 19, 2019, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: /s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman