**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| ***************************************<br>**THIS DOCUMENT RELATES TO:** | |
| WILLIAM F. LITTLE, as the Independent Administrator of the Estate of SAMUEL BURRELL, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,*<br><br>    Defendants. | Civil Case No. 2:17-cv-01394-EEF-MBN |

**NOTICE OF APPEARANCE**

Please take notice that Genevieve M. Zimmerman hereby enters her appearance as counsel for Plaintiff, William F. Little.

Counsel respectfully requests that all pleadings, notices, and documents filed in this matter be served on the undersigned.

DATED: March 19, 2019                    /s/ Genevieve M. Zimmerman
                                         Genevieve M. Zimmerman (MN# 330292)
                                         MESHBESHER & SPENCE, LTD.
                                         1616 Park Avenue
                                         Minneapolis, MN 55404
                                         Phone: (612) 339-9121
                                         Fax: (612) 339-9188
                                         Email: gzimmerman@meshbesher.com

                                         *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I, Genevieve M. Zimmerman, do hereby certify that on March 19, 2019, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: /s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman