# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| ****************************************** | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| KEVIN KELLY, | Civil Case No. 2:16-cv-13756-EEF-MBN |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,* | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Genevieve M. Zimmerman hereby enters her appearance as counsel for Plaintiff, Kevin Kelly.

Counsel respectfully requests that all pleadings, notices, and documents filed in this matter be served on the undersigned.

DATED: March 19, 2019           /s/ Genevieve M. Zimmerman
                                Genevieve M. Zimmerman (MN# 330292)
                                MESHBESHER & SPENCE, LTD.
                                1616 Park Avenue
                                Minneapolis, MN 55404
                                Phone: (612) 339-9121
                                Fax: (612) 339-9188
                                Email: gzimmerman@meshbesher.com

                                *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Genevieve M. Zimmerman, do hereby certify that on March 19, 2019, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: /s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman