**UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** <br><br> SECTION: L <br> JUDGE FALLON |
| ****************************************** <br> **THIS DOCUMENT RELATES TO:** | MAG. JUDGE NORTH |
| CLAUDIA WAY, as the Independent Administrator of the Estate of MARY KATHERINE SMITH, deceased, <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,* <br><br> Defendants. | Civil Case No. 2:15-cv-01507-EEF-MBN |

## NOTICE OF APPEARANCE

Please take notice that Genevieve M. Zimmerman hereby enters her appearance as counsel for Plaintiff, Claudia Way.

Counsel respectfully requests that all pleadings, notices, and documents filed in this matter be served on the undersigned.

| | |
|---|---|
| DATED: March 19, 2019 | /s/ Genevieve M. Zimmerman <br> Genevieve M. Zimmerman (MN# 330292) <br> MESHBESHER & SPENCE, LTD. <br> 1616 Park Avenue <br> Minneapolis, MN 55404 <br> Phone: (612) 339-9121 <br> Fax: (612) 339-9188 <br> Email: gzimmerman@meshbesher.com <br><br> *Attorney for Plaintiff* |

1

## **CERTIFICATE OF SERVICE**

I, Genevieve M. Zimmerman, do hereby certify that on March 19, 2019, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: /s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman