**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| ****************************************** | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| MARY RESSER, | Civil Case No. 2:16-cv-04299-EEF-MBN |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,* | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that Genevieve M. Zimmerman hereby enters her appearance as counsel for Plaintiff, Mary Resser.

Counsel respectfully requests that all pleadings, notices, and documents filed in this matter be served on the undersigned.

DATED: March 19, 2019         /s/ Genevieve M. Zimmerman
                              Genevieve M. Zimmerman (MN# 330292)
                              MESHBESHER & SPENCE, LTD.
                              1616 Park Avenue
                              Minneapolis, MN 55404
                              Phone: (612) 339-9121
                              Fax: (612) 339-9188
                              Email: gzimmerman@meshbesher.com

                              *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Genevieve M. Zimmerman, do hereby certify that on March 19, 2019, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: /s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman