**UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | SECTION: L |
| | JUDGE FALLON |
| ***************************************** | MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | |
| ELPIDIO HERNANDEZ, | Civil Case No. 2:16-cv-15998-EEF-MBN |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,* | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please take notice that Genevieve M. Zimmerman hereby enters her appearance as counsel for Plaintiff, Elpidio Hernandez.

Counsel respectfully requests that all pleadings, notices, and documents filed in this matter be served on the undersigned.

DATED: March 19, 2019      /s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN# 330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I, Genevieve M. Zimmerman, do hereby certify that on March 19, 2019, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: /s/ Genevieve M. Zimmerman
      Genevieve M. Zimmerman