UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Wayne T. Vanhoose v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00359;*
*and*
*Lynn Cole, Individually as Surviving Spouse and as Representative*
*of the Estate of Donald B. Cole v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00253;*
*and*
*Elizabeth F. Boyden v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00338*

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiffs in the above-listed actions, through undersigned counsel, hereby withdraw their Motion for Extension of Time within Which to Serve Process [Document No. 12852] as the issues between the parties outlined in the motion have been resolved.

1

Dated: March 19, 2019

                              Respectfully submitted,

                              */s/ Les Weisbrod*
                              **LES WEISBROD**
                              Texas Bar No. 21104900
                              **ALEXANDRA V. BOONE**
                              Texas Bar No. 00795259
                              **MILLER WEISBROD LLP**
                              11551 Forest Central Drive, Suite 300
                              Dallas, Texas  75243
                              Telephone:     (214) 987-0005
                              Fax:               (214) 987-2545
                              E-Mail:  lweisbrod@millerweisbrod.com
                              **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                              By:   */s/ Les Weisbrod*
                                      Les Weisbrod
                                      Alexandra Boone
                                      **MILLER WEISBROD, LLP**
                                      11551 Forest Central Drive, Ste. 300
                                      Dallas, TX 75243
                                      Phone: (214) 987-0005
                                      lweisbrod@millerweisbrod.com
                                      aboone@millerweisbrod.com