# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | **MDL NO.: 2592**<br>SECTION: L<br>**JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |
| *THIS DOCUMENT RELATES TO:*<br><br>*Louise Gaudet St. Pierre and Scott St. Pierre on behalf of the estate of Michael St. Pierre v. Janssen Research & Development, LLC, et al.*<br>Case No.: 2:15-cv-00397-EEF-MBN | |

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz and Jennifer M. Hoekstra of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and are enrolled as co-counsel and lead counsel for Plaintiffs, *Louise Gaudet St. Pierre and Scott St. Pierre on behalf of the estate of Michael St. Pierre* in the above-entitled and numbered action.

New Orleans, Louisiana this 18th day of March, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge