UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Jarrett on behalf of Ruth Frances Jarrett  v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-2934

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12835, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff James E. Jarrett, II, surviving son of James Jarrett and Ruth Frances Jarrett, is substituted for Plaintiffs James Jarrett and Ruth Frances Jarrett as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE