UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Clyde Hoffer  v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-17546

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12847, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Anne L Hoffer, surviving spouse and Administratrix of the Estate of Clyde Hoffer, is substituted for Plaintiff Clyde Hoffer as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE