UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |

This Document relates to:

**Eula Little** *v. Janssen Pharmaceuticals, Inc. et al;*
**Civil Action No. 2:15-cv-06573**

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

Comes now Plaintiff, Eula Little, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Eula Little with Ed Thacker, Personal Representative of the Estate of Eula Little.

1. Plaintiff passed away on November 11, 2017 as reported to the Court in the Suggestion of Death filed July 25, 2018.

2. On December 5, 2017, the Lee County District Court Judge of the Probate Division, entered an order naming Ed Thacker the Executor of the Estate of Eula Little.

3. Thus, as death does not extinguish her cause of action, Plaintiff moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Ed Thacker, Personal Representative of the Estate of Eula Little as the named party in the place of Eula Little.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: 3/14/2019                              Respectfully Submitted,

                                              /s/ Matthew L. White

                                              Gray & White
                                              713 E. Market St. #200
                                              Louisville, KY 40202

### CERTIFICATE OF SERVICE

      I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this the 14th day of March, 2019 .

                                                <u>/s/ Matthew L. White</u>
                                                Gray & White Law