UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | MDL NO.: 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

*THIS DOCUMENT RELATES TO:*

*David Roberts v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-02217-EEF-MBN*

*William F. Little v. Janssen Research & Development, LLC, et al. Case No.: 2:17-cv-01394-EEF-MBN*

*Ruby Franklin v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-14752-EEF-MBN*

*Robert Goodman v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-16464-EEF-MBN*

*Kevin Kelly v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-13756-EEF-MBN*

*Shirley Taylor v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-16463-EEF-MBN*

*June Hicks v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-00033-EEF-MBN*

*Larry Noriega v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-05602-EEF-MBN*

*Claudia Way v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-01507-EEF-MBN*

*Mary Resser v. Janssen Research & Development, LLC, et al.* Case No.: 2:16-cv-04299-EEF-MBN

*Elpidio Hernandez v. Janssen Research & Development, LLC, et al.* Case No.: 2:16-cv-15998-EEF-MBN

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Genevieve M. Zimmerman of the law firm of Meshbesher & Spence, Ltd. be allowed to and are enrolled as co-counsel and lead counsel for Plaintiffs in the above-entitled and numbered actions.

Dated: _____

 

Hon. Eldon E. Fallon
United States District Judge