UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| Plaintiff Joseph Fisher *Civil Case No. 2:15-cv-02336-EEF-MBN* | : : | MAG. JUDGE MICHAEL B. NORTH |

**PLAINTIFF'S JOINT MOTION FOR**
**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COME NOW, attorney Kelly A. Koehler, of the Nemeroff Law Firm, and John J. Driscoll and Christopher J. Quinn of The Driscoll Firm, P.C., and pursuant to the request of the above-referenced Plaintiff, move for the withdrawal of Ellen A. Presby and the Nemeroff Law Firm and substitution of John J. Driscoll and Christopher J. Quinn of The Driscoll Firm, P.C., in place thereof.

Dated: March 22, 2019

*/s/ Kelly A. Koehler*
Kelly A. Koehler
Texas State Bar No. 24082501
Nemeroff Law Firm
12720 Hillcrest Road, Suite 700
Dallas, Texas 75230
214-774-2258
Kellykoehler@nemerofflaw.com

AND

*/s/Christopher J. Quinn*
Christopher J. Quinn, MO #41883
The Driscoll Firm, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
(314) 932-3232
chris@thedriscollfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019, a copy of the foregoing Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Kelly A. Koehler*

UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)              :     MDL NO. 2592
PRODUCTS LIABILITY LITIGATION            :
                                                              :     JUDGE ELDON E. FALLON
                                                              :
THIS DOCUMENT RELATES TO:         :     SECTION L, DIVISION 5
                                                              :
Plaintiff Joseph Fisher
Civil Case No. 2:15-cv-02336-EEF-MBN   :     MAG. JUDGE MICHAEL B. NORTH
                                                              :
                                                              :

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Ellen A. Presby and the Nemeroff Law Firm are withdrawn as attorneys of record in MDL No. 2592 and for Plaintiff Joseph Fisher.

IT IS FURTHER ORDERED that attorneys John J. Driscoll and Christopher J. Quinn of The Driscoll Firm, P.C., are substituted as the attorney of record for Plaintiff Joseph Fisher.

New Orleans, Louisiana, this ____ day of _____, 2019

_____
The Honorable Eldon E. Fallon