# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Neva S. Fickling v. Janssen Research & Development, LLC, et al; 2:18-cv-4183*
*Bonnie J. Young, Individually and as Personal Representative of the Estate of Kenneth Young v.*
  *Janssen Research & Development, LLC, et al; 2:18-cv-7464*
*Patrick T. Matthews v. Janssen Research & Development, LLC, et al; 2:18-cv-7614*
*John T. McCants v. Janssen Research & Development, LLC, et al; 2:18-cv-9011*
*Samantha Lyton v. Janssen Research & Development, LLC, et al; 2:18-cv-14147*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

COME NOW Plaintiffs in the above-listed actions, by counsel, and respectfully move this Court for an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on Defendant Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders # 10, 10A and 10B. A brief memorandum in support of Plaintiffs' motion is filed herewith. Respectfully submitted,

Dated: March 22, 2019                                      **MOTLEY RICE LLC**

                                                                                     /s/ Carmen S. Scott_____
                                                                                     Carmen S. Scott
                                                                                     cscott@motleyrice.com
                                                                                     28 Bridgeside Boulevard
                                                                                     Mt. Pleasant, SC 29464
                                                                                     Phone: 843-216-9000; Fax: 843-216-9440

                                                                                     Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        s/ Carmen S. Scott