IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Neva S. Fickling v. Janssen Research & Development, LLC, et al; 2:18-cv-4183*
*Bonnie J. Young, Individually and as Personal Representative of the Estate of Kenneth Young v.*
   *Janssen Research & Development, LLC, et al; 2:18-cv-7464*
*Patrick T. Matthews v. Janssen Research & Development, LLC, et al; 2:18-cv-7614*
*John T. McCants v. Janssen Research & Development, LLC, et al; 2:18-cv-9011*
*Samantha Lyton v. Janssen Research & Development, LLC, et al; 2:18-cv-14147*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiffs will bring the attached Motion for an Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG pursuant to Pre-Trial Orders # 10, 10A and 10B for submission before the Honorable Judge Eldon E. Fallon on Wednesday April 17, 2019.

Respectfully submitted this the 22nd day of March, 2019.

        **MOTLEY RICE LLC**

        /s/ Carmen S. Scott
        Carmen S. Scott
        cscott@motleyrice.com
        28 Bridgeside Boulevard
        Mt. Pleasant, SC 29464
        Phone: 843-216-9000; Fax: 843-216-9440
        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/ Carmen S. Scott