IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L

JUDGE FALLON

MAG. JUDGE NORTH

**This Document Relates to:**

*Neva S. Fickling v. Janssen Research & Development, LLC, et al; 2:18-cv-4183*
*Bonnie J. Young, Individually and as Personal Representative of the Estate of Kenneth Young v. Janssen Research & Development, LLC, et al; 2:18-cv-7464*
*Patrick T. Matthews v. Janssen Research & Development, LLC, et al; 2:18-cv-7614*
*John T. McCants v. Janssen Research & Development, LLC, et al; 2:18-cv-9011*
*Samantha Lyton v. Janssen Research & Development, LLC, et al; 2:18-cv-14147*

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

Now come Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this Court for an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order # 10, 10A and 10B. In support of their motion, Plaintiffs state as follows:

All of the foregoing actions have been filed and docketed into this consolidated proceeding *In re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL NO. 2592. Due to an inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs' complaints in these actions were not properly affected as set forth in Pre-Trial Order # 10, 10A and 10B as to Defendant Bayer Pharma AG. Undersigned counsel regrets its failure to properly oversee and accomplish the

service of the complaints and summons in the above-listed actions and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trail Order # 10, 10A and 10B.

The MDL involves thousands of similarly situated plaintiffs who have filed claims, alleging facts, circumstances, and theories of recovery virtually identical to the lawsuits filed by plaintiffs, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

WHEREFORE, for the above reasons, Plaintiffs respectfully request an Order from the Court allowing them an additional twenty (20) days within which to serve process on Defendant Bayer Pharma AG, through the streamlined process.

Respectfully submitted this the 22nd day of March, 2019.

                                                **MOTLEY RICE LLC**

                                                /s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000
Fax: 843-216-9440

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/ Carmen S. Scott