IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L

JUDGE FALLON

MAG. JUDGE NORTH

**This Document Relates to:**

*Novella Pickett v. Janssen Research & Development, LLC, et al; 2:18-cv-6475*
*Robert Morgan v. Janssen Research & Development, LLC, et al; 2:18-cv-6476*
*Elzie Randolph v. Janssen Research & Development, LLC, et al; 2:18-cv-10750*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

COME NOW Plaintiffs in the above-listed actions, by counsel, and respectfully move this Court for an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company. A brief memorandum in support of Plaintiffs' motion is filed herewith. Respectfully submitted,

Dated: March 22, 2019

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000; Fax: 843-216-9440

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                s/ Carmen S. Scott