IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Novella Pickett v. Janssen Research & Development, LLC, et al; 2:18-cv-6475*
*Robert Morgan v. Janssen Research & Development, LLC, et al; 2:18-cv-6476*
*Elzie Randolph v. Janssen Research & Development, LLC, et al; 2:18-cv-10750*

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs will bring the attached Motion for an Extension of Time Within Which to Serve Process on Defendant Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company for submission before the Honorable Judge Eldon E. Fallon on Wednesday April 17, 2019.

Respectfully submitted this the 22nd day of March, 2019.

                                              **MOTLEY RICE LLC**

                                              /s/ Carmen S. Scott
                                              Carmen S. Scott
                                              cscott@motleyrice.com
                                              28 Bridgeside Boulevard
                                              Mt. Pleasant, SC 29464
                                              Phone: 843-216-9000; Fax: 843-216-9440
                                              Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Carmen S. Scott