IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Novella Pickett v. Janssen Research & Development, LLC, et al; 2:18-cv-6475*
*Robert Morgan v. Janssen Research & Development, LLC, et al; 2:18-cv-6476*
*Elzie Randolph v. Janssen Research & Development, LLC, et al; 2:18-cv-10750*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS

Now come Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this Court for an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company. In support of their motion, Plaintiffs state as follows:

Rule 4(m) of the Federal Rules of Civil Procedure provides that the summons and complaint shall be served on a defendant after the filing of the complaint. If the deadline is not met, the Rule allows for the Court to direct that service be effected within a specified time. Plaintiffs respectfully request an extension of time in which to serve Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company.

Due to an inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs'

complaints in these actions were not properly affected as to Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company.

Rule 4(m) grants discretion to the Court to extend the time for service of process, even in the absence of showing of a good cause.  Even absent a showing of good cause for failure to timely serve process, the Court must still consider whether other circumstances warrant an extension of time.  All of the foregoing actions have been filed and docketed into this consolidated proceeding *In re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL NO. 2592.  The MDL involves thousands of similarly situated plaintiffs who have filed claims, alleging facts, circumstances, and theories of recovery virtually identical to the lawsuits filed by plaintiffs, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

WHEREFORE, for the above reasons, Plaintiffs respectfully request an Order from the Court allowing them an additional twenty (20) days within which to serve process on Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company.

Respectfully submitted this the 22nd day of March, 2019.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000
Fax: 843-216-9440

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                             s/ Carmen S. Scott