**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

---

**IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION**     **MDL NO. 2592**

**THIS DOCUMENT RELATES TO:**     **SECTION: L**

*Novella Pickett v. Janssen Research & Development, LLC, et al; 2:18-cv-6475;*     **JUDGE ELDON E. FALLON**

*Robert Morgan v. Janssen Research & Development, LLC, et al; 2:18-cv-6476;*     **MAG. JUDGE NORTH**

*Elzie Randolph v. Janssen Research & Development, LLC, et al; 2:18-cv-10750*

**ORDER**

Considering the foregoing Motion for Extension of Time Within Which to Serve Process:

**IT IS HEREBY ORDERED** that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of this Order within which to effect service on Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company.

New Orleans, Louisiana this the _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon