**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**    **MDL NO. 2592** | |
| **THIS DOCUMENT RELATES TO:** | **SECTION: L** |
| *Franklin D. Brown, as Executor of the Estate of Maxine B. Brown v. Janssen Research & Development, LLC, et al; 2:17-cv-7275* | **JUDGE ELDON E. FALLON** <br><br> **MAG. JUDGE NORTH** |
| *Alveria Washington v. Janssen Research & Development, LLC, et al; 2:17-cv-8162* | |

**ORDER**

Considering the foregoing Motion for Extension of Time Within Which to Serve Process:

**IT IS HEREBY ORDERED** that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of this Order within which to effect service on Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company.

New Orleans, Louisiana this the _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon