*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION ) ) ) ) | MDL 2592 |
| | SECTION L |
| ------------------------------------ ) ) | |
| | HONORABLE ELDON E. FALLON |
| **This Document Relates to:** ) **ALL CASES** ) | |
| | MAG. JUDGE NORTH |

# CASE MANAGEMENT ORDER NO. 9 (STAY OF PROCEEDINGS)

For good cause shown, the Court finds, and hereby **ORDERS** that:

## I. STAY OF PROCEEDINGS

Except for the specific requirements and obligations set forth herein, all further litigation activity in this MDL proceeding shall be stayed, including but not limited to all discovery obligations and deadlines under CMO 6, CMO 7 and CMO 8, absent the agreement of the parties or subsequent Order(s) of the Court.

## II. ORDERS REQUIRING REGISTRATION OF CASES AND CLAIMS AND GOVERNING PROCEEDINGS FOLLOWING THE ENROLLMENT PERIOD AFTER THE PROPOSED SETTLEMENT

Notwithstanding the stay entered in this Order, the Court is simultaneously entering CMO 10 (Order Regarding Registration of Xarelto-Related Cases and Claims) and CMO 11 (Docket Control Order) that sets forth requirements that shall be undertaken in this litigation on a going forward basis by all existing plaintiffs and any new plaintiffs. All parties are required to

fulfill their respective obligations under CMO 10 and CMO 11 and the parties may implement proceedings to enforce these orders.

### ORDERS TO SHOW CAUSE

Notwithstanding the stay entered in this Order, plaintiffs who are delinquent in fulfilling Court requirements for the maintenance of their lawsuits by either (i) being listed as delinquent on the periodic status report proceeding the issuance of an Order to Show Cause as to why their lawsuits should not be dismissed ("OTSC"), or (ii) being subject to an OTSC, remain under an obligation to resolve the delinquency or issues giving rise to being listed on the status report or being made subject to the OTSC. The parties may implement proceedings to enforce this provision.

ENTER:
3/25/19
Date

HON. ELDON E. FALLON
**UNITED STATES DISTRICT JUDGE**