# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____: | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*ELAINE LIETZKE v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,*
Civil Action No. 2:18-cv-14208

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** Please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Elaine Lietzke.

Dated: March 25, 2019

Respectfully submitted,

By: /s/ Marc S. Whitehead
**Marc S. Whitehead**
Marc Whitehead & Associates, LLP
Texas Bar No. 00785238
403 Heights Blvd.
Houston, Texas 77007
Office: 713-228-8888
Fax: 713-225-0940
Email: marc@marcwhitehead.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 25, 2019    Respectfully Submitted,

By: /s/ Marc S. Whitehead

**Marc S. Whitehead**
Marc Whitehead & Associates, LLP
Texas Bar No. 00785238
403 Heights Blvd.
Houston, Texas 77007
Office: 713-228-8888
Fax: 713-225-0940
Email: marc@marcwhitehead.com
*Attorney for Plaintiff*