# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL 2592 |
|  | SECTION L |
| ------------------------------------------ |  |
|  | HONORABLE ELDON E. FALLON |
| **This Document Relates to:** **ALL CASES** | MAG. JUDGE NORTH |
|  | **CASE MANAGEMENT ORDER NO. 10 A** |
|  | **ORDER REGARDING THE FORMS TO BE USED IN REGISTERING XARELTO-RELATED CASES AND CLAIMS** |

In furtherance of CMO #10 entered this Court pertaining to the registration of all filed and unfiled Xarelto®-related claims in cooperation with other courts, including the consolidated proceedings pending in Pennsylvania (*In Re Xarelto Litigation*, No. 2349, Philadelphia County Court of Common Pleas),

IT IS HEREBY FURTHER ORDERED AND DECREED THAT:

1. The Registration Declaration, the forms of Registration Lists, and the *Pro Se* Affidavit referenced in CMO 10 are available through the Claims Administrator on the website https://www.mdlcentrality.com/mdl2592.

2. All counsel for any Xarelto®-related claim required to register claims, filed or unfiled, related to Xarelto® pursuant to CMO 10 shall utilize the forms available at the website. *Pro se* plaintiffs also shall use the appropriate form on the website to register their claims.

IT IS SO ORDERED.

Dated:  March 26, 2019

_____
Hon. Eldon E. Fallon

Judge, United States District Court