UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*John Currence v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-11873

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12858, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Brenda Currence, surviving spouse of John Currence, is substituted for Plaintiff John Currence as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 21st day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE