UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*ELAINE LIETZKE v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,*
*Civil Action No. 2:18-cv-14208*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting David Lietzke on behalf of decedent Elaine Lietzke.

1. Elaine Lietzke filed a products liability lawsuit against defendants on December 26, 2018.

2. Plaintiff Elaine Lietzke died on January 7, 2019.

3. Elaine Lietzke's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on March 25, 2019, attached hereto as "Exhibit A"

5. David Lietzke, surviving spouse of Elaine Lietzke, is a proper party to substitute for plaintiff-decedent Elaine Lietzke and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated: March 25, 2019  Respectfully submitted,

By: /s/ Marc S. Whitehead
**Marc S. Whitehead**
Marc Whitehead & Associates, LLP
Texas Bar No. 00785238
403 Heights Blvd.
Houston, Texas 77007
Office: 713-228-8888
Fax: 713-225-0940
Email: marc@marcwhitehead.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 25, 2019                           Respectfully Submitted,

By: /s/ Marc S. Whitehead

**Marc S. Whitehead**
Marc Whitehead & Associates, LLP
Texas Bar No. 00785238
403 Heights Blvd.
Houston, Texas 77007
Office: 713-228-8888
Fax: 713-225-0940
Email: marc@marcwhitehead.com
*Attorney for Plaintiff*