# EXHIBIT A

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   **:**
PRODUCTS LIABILITY LITIGATION   **:**    **MDL No. 2592**
        **:**
        **:**    **SECTION L**
        **:**
        **:**    **JUDGE ELDON E. FALLON**
        **:**
_____**:**    **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*ELAINE LIETZKE v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,*
*Civil Action No. 2:18-cv-14208*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** Please take notice that:

      Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff Elaine Lietzke.

Dated: March 25, 2019             Respectfully submitted,

                                    By:/s/ Marc S. Whitehead
                                    **Marc S. Whitehead**
                                    Marc Whitehead & Associates, LLP
                                    Texas Bar No. 00785238
                                    403 Heights Blvd.
                                    Houston, Texas 77007
                                    Office: 713-228-8888
                                    Fax: 713-225-0940
                                    Email: marc@marcwhitehead.com
                                    *Attorney for Plaintiff*

Case 2:14-md-02592-EEF-MBN   Document 12907-1   Filed 03/25/19   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 25, 2019                           Respectfully Submitted,

                                                By: /s/ Marc S. Whitehead

                                                **Marc S. Whitehead**
                                                Marc Whitehead & Associates, LLP
                                                Texas Bar No. 00785238
                                                403 Heights Blvd.
                                                Houston, Texas 77007
                                                Office: 713-228-8888
                                                Fax: 713-225-0940
                                                Email: marc@marcwhitehead.com
                                                *Attorney for Plaintiff*