# EXHIBIT B

# STATE OF TENNESSEE
## Office of Vital Records

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER 2019 001236

**DECEDENT** (TYPE/PRINT IN PERMANENT BLACK INK)

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | ELAINE LIETZKE |
| 2. SEX | FEMALE |
| 3. DATE OF DEATH | 01/07/2019 |
| 4. TIME OF DEATH (Approx.) | 04:44 AM |
| 5a. AGE | 73 |
| 5b. UNDER 1 YEAR Months/Days | |
| 5c. UNDER 1 DAY Hours/Minutes | |
| 6. DATE OF BIRTH | [redacted] |
| 7. BIRTHPLACE | GRAND RAPIDS, MI |
| 8a. PLACE OF DEATH | INPATIENT |
| 8b. FACILITY NAME | JEFFERSON MEMORIAL HOSPITAL |
| 8c. CITY OR TOWN | JEFFERSON CITY |
| 8d. COUNTY OF DEATH | JEFFERSON |
| 9. MARITAL STATUS | MARRIED |
| 10. SURVIVING SPOUSE (name prior to first marriage) | DAVID A. LIETZKE |
| 11a. DECEDENT'S USUAL OCCUPATION | HIGH SCHOOL TEACHER |
| 11b. KIND OF BUSINESS/INDUSTRY | PUBLIC EDUCATION |
| 12. SOCIAL SECURITY NUMBER | [redacted]1857 |
| 13a. RESIDENCE-STATE OR FOREIGN COUNTRY | TENNESSEE |
| 13b. COUNTY | GRAINGER |
| 13c. CITY OR TOWN | RUTLEDGE |
| 13d. STREET AND NUMBER | 1157 SPOON HOLLOW ROAD |
| 13e. INSIDE CITY LIMITS? | NO |
| 13f. ZIP CODE | 37861 |
| 14. WAS DECEDENT EVER IN US ARMED FORCES? | NO |
| 15. DECEDENT'S EDUCATION | BACHELOR'S DEGREE |
| 16. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17. DECEDENT'S RACE | WHITE |

**PARENTS**

| Field | Value |
|---|---|
| 18. FATHER'S NAME | LEON ROY STRAIZ |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | JUNE ARLENE KRUGER |
| 20a. INFORMANT'S NAME | DAVID A. LIETZKE |
| 20b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 20c. MAILING ADDRESS | 1157 SPOON HOLLOW ROAD, RUTLEDGE, TN 37861 |

**DISPOSITION**

| Field | Value |
|---|---|
| 21a. METHOD OF DISPOSITION | CREMATION |
| 21b. PLACE OF DISPOSITION | CLINCH MOUNTAIN CHAPEL AND |
| 21c. LOCATION | BEAN STATION, TN |
| 22a. SIGNATURE OF FUNERAL DIRECTOR | /e/ PATRICIA C ALLEN |
| 22b. LICENSE NUMBER | 3818 |
| 22c. SIGNATURE OF EMBALMER | |
| 22d. LICENSE NUMBER | |
| 23a. NAME AND ADDRESS OF FUNERAL HOME | CLINCH MOUNTAIN CHAPEL AND CREMATORY, 120 CROSSROAD DR, BEAN STATION, TN 37708-5202 |
| 23b. LICENSE NUMBER | 1218 |

**REGISTRAR**

| Field | Value |
|---|---|
| 24. REGISTRAR'S SIGNATURE | /e/ EDWARD G. BISHOP III |
| 25. DATE FILED | 01/14/2019 |

**CERTIFIER**

26. CERTIFIER
26a. ☒ PHYSICIAN -- TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

| Field | Value |
|---|---|
| 27a. CERTIFIER | /e/ JILL B ROBINSON |
| 27b. LICENSE NUMBER | 000744 |
| 27c. DATE SIGNED | 01/14/2019 |
| 27d. NAME AND ADDRESS | JILL B ROBINSON 110 HOSPITAL DR. JEFFERSON CITY, TN 37760 |

**MEDICAL CERTIFICATION**

28. PART I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| a. IMMEDIATE CAUSE | ACUTE CEREBROVASCULAR ACCIDENT | DAYS |
| b. DUE TO (OR A CONSEQUENCE OF) | ACUTE ON CHRONIC ATRIAL FIBRILLATION | DAYS |
| c. DUE TO (OR A CONSEQUENCE OF) | ACUTE ON CHRONIC RESPIRATORY FAILURE | DAYS |
| d. DUE TO (OR A CONSEQUENCE OF) UNDERLYING CAUSE | CHRONIC OBSTRUCTIVE PULMONARY DISEASE | YEARS |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| Field | Value |
|---|---|
| 29a. WAS AN AUTOPSY PERFORMED? | NO |
| 29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 30. MANNER OF DEATH | NATURAL |
| 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | UNKNOWN |
| 32. IF FEMALE | NOT PREGNANT WITHIN PAST YEAR |
| 33. IF TRANSPORTATION INJURY, SPECIFY: | |
| 34a. DATE OF INJURY | |
| 34b. TIME OF INJURY | |
| 34c. INJURY AT WORK? | |
| 34d. PLACE OF INJURY | |
| 34e. DESCRIBE HOW INJURY OCCURRED | |
| 34f. LOCATION OF INJURY | |

PH-1659 (Rev. 8/2017)    RDA 10112

---

10624170

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Edward G. Bishop III
State Registrar

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

1 0 6 2 4 1 7 0

Date Issued: JAN 15 2019

**CERTIFICATION OF VITAL RECORD**

