# EXHIBIT C

| Grainger Co. Chancery Court<br>P.O Box 160<br>Rutledge, TN 37861<br>(865)828-4436 | **LETTERS TESTAMENTARY** | Case Number<br>29CH1-2019-PR-20 |
|---|---|---|

In the Matter of the Estate of: Elaine Lietzke
Deceased

Whereas, it appearing to this Court that the above named deceased person has made a Last Will and Testament appointing, David Albert Lietzke, Executor(s) to the same, which Will has been exhibited in this Court and proved as the law directs, and the Executor(s) having qualified according to law.

It is, accordingly, ordered that Letters Testamentary are hereby issued to the above named Executor(s), being now therefore empowered to enter into and take possession of all property rights and credits of this deceased person and to administer this estate as required by law.

In witness whereof, I have issued these Letters Testamentary.

Date: 3/21/2019

_Vickie B. Greenlee_
Clerk and Master/Deputy Probate Clerk

I do solemnly swear that I will honestly and faithfully discharge the duties imposed on me, according to the terms of the Last Will and Testament and by law, including the filing of inventory, settlement, inheritance tax return as required by law.

X _D A Lietzke_

Date: 3/21/2019

_Vickie B. Greenlee_
Clerk and Master/Deputy Probate Clerk

I, Clerk and Master of this Court, certify that:

(i) this is a Court of Record;

(ii) the above is a true, full, and correct copy of the Letters Testamentary issued by this Court in this estate;

(iii) these Letters are still in full force and effect as of this date.

Date: 3/21/2019

_Vickie B. Greenlee_
Clerk and Master/Deputy Probate Clerk

*Legal Authority: TCA §§30-1-101 – 30-1-150*      Rev. 11/07