## STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

### BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018134739  **DATE ISSUED:** AUGUST 29, 2018

**DECEDENT INFORMATION**  **DATE FILED:** AUGUST 28, 2018

NAME: JACK  JAMES  STARK

DATE OF DEATH: AUGUST 24, 2018    SEX: MALE    AGE: 080 YEARS
DATE OF BIRTH: (Redacted)    SSN: (Redacted)
BIRTHPLACE: ROCK ISLAND, ILLINOIS, UNITED STATES
PLACE WHERE DEATH OCCURRED:   NURSING HOME
FACILITY NAME OR STREET ADDRESS: WESTCHESTER GARDENS
LOCATION OF DEATH: CLEARWATER, PINELLAS COUNTY, 33761
RESIDENCE:   2848 THISTLE CT N, PALM HARBOR, FLORIDA 34684, UNITED STATES
COUNTY: PINELLAS
OCCUPATION, INDUSTRY: SUPERINTENDENT, COMMERCIAL
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED   EVER IN U.S. ARMED FORCES? YES
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME:  NONE
FATHER'S/PARENT'S NAME:   UNKNOWN  STARK
MOTHER'S/PARENT'S NAME:   AMY  UNKNOWN

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME:   ROBERTA  HUVAR
RELATIONSHIP TO DECEDENT:   DAUGHTER
INFORMANT'S ADDRESS: 2248 JUDES FERRY RD, POWHATAN, VIRGINIA 23139, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: LAURA VINCI, F045476
FUNERAL FACILITY: FLORIDA FAMILY CREMATIONS INC F085031
    5840 ULMERTON RD STE D, CLEARWATER, FLORIDA 33760
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION:  FLORIDA FAMILY CREMATIONS
    CLEARWATER, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN
TIME OF DEATH (24 HOUR):  0620
CERTIFIER'S NAME:  SCOTT LAURY RAY
CERTIFIER'S LICENSE NUMBER:  OS4600
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):  NOT ENTERED

MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
DATE CERTIFIED: AUGUST 24, 2018

, STATE REGISTRAR   

REQ:  2019641379

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE O...
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PA... ...RKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1946 (08-13)

*376942UL*    CERTIFICATION OF VITAL RECORD    Florida HEALTH

