**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
:
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:
_____ :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Jack Stark

CA# 2:16-cv-7268

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Plaintiff Jack Stark with David J. Wollinka, personal representative of his estate.

1. Jack Stark filed a products liability lawsuit against defendants on May 27, 2016.
2. Subsequently, plaintiff's counsel learned that Jack Stark died.
3. Attached as exhibit 1 is Jack Stark's certificate of death.
4. Jack Stark's product liability action against defendants survived his death and was not extinguished.
5. Plaintiff filed a Suggestion of Death into the record on March 25, 2019.
6. David J. Wollinka, personal representative of Jack Stark's estate, is a proper party to substitute for plaintiff- decedent Jack Stark and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."
7. Attached is an order appointing David J. Wollinka as the personal representative for the Estate of Jack Stark ("Exhibit 2").

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action and an order entered substituting David J. Wollinka, personal representative of the Estate of Jack Stark, as the named party in place of Jack Stark.

Respectfully submitted,

Dated: March 26, 2019

By:   /s/ *Alfred A. Olinde Jr.*
Alfred A. Olinde, Jr., La. Bar # 20061
**THE OLINDE FIRM, LLC**
400 Poydras Street, Suite 1980
New Orleans, Louisiana 70130
Telephone: (504) 587-1440
Facsimile: (504) 587-1577
Email: folinde@olindefirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019 a copy of the above and foregoing *Motion to Substitute Party Plaintiff* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

     /s/ *Alfred A. Olinde Jr.*