## STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

### BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018134739
**DATE ISSUED:** AUGUST 29, 2018
**DATE FILED:** AUGUST 28, 2018

### DECEDENT INFORMATION

NAME: JACK  JAMES  STARK

DATE OF DEATH: AUGUST 24, 2018    SEX: MALE    AGE: 080 YEARS
DATE OF BIRTH: (Redacted)    SSN: (Redacted)
BIRTHPLACE: ROCK ISLAND, ILLINOIS, UNITED STATES
PLACE WHERE DEATH OCCURRED:    NURSING HOME
FACILITY NAME OR STREET ADDRESS: WESTCHESTER GARDENS
LOCATION OF DEATH: CLEARWATER, PINELLAS COUNTY, 33761
RESIDENCE:   2848 THISTLE CT N, PALM HARBOR, FLORIDA 34684, UNITED STATES
COUNTY: PINELLAS
OCCUPATION, INDUSTRY: SUPERINTENDENT, COMMERCIAL
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED    EVER IN U.S. ARMED FORCES? YES
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION

(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME:  NONE
FATHER'S/PARENT'S NAME:    UNKNOWN  STARK
MOTHER'S/PARENT'S NAME:    AMY  UNKNOWN

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME:    ROBERTA  HUVAR
RELATIONSHIP TO DECEDENT:    DAUGHTER
INFORMANT'S ADDRESS: 2248 JUDES FERRY RD, POWHATAN, VIRGINIA 23139, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: LAURA VINCI, F045476
FUNERAL FACILITY:  FLORIDA FAMILY CREMATIONS INC F085031
            5840 ULMERTON RD STE D, CLEARWATER, FLORIDA 33760
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION:   FLORIDA FAMILY CREMATIONS
            CLEARWATER, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN
TIME OF DEATH (24 HOUR):  0620
CERTIFIER'S NAME:  SCOTT LAURY RAY
CERTIFIER'S LICENSE NUMBER:  OS4600
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):  NOT ENTERED

MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
DATE CERTIFIED: AUGUST 24, 2018

, STATE REGISTRAR



EXHIBIT

REQ:   2019641379

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE O...
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PA... SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1946 (08-13)

### CERTIFICATION OF VITAL RECORD

 Florida HEALTH