Filing # 78724800 E-Filed 10/02/2018 12:13:56 PM

FILED 10/16/2018 14:34:25 KEN BURKE, CLERK OF THE CIRCUIT COURT AND COMPTROLLER, PINELLAS COUNTY FLORIDA

IN THE CIRCUIT COURT FOR PINELLAS COUNTY,
FLORIDA                                   PROBATE DIVISION
IN RE: ESTATE OF

JACK J. STARK

File No.   18-009082-ES

Division

Deceased.

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, JACK J. STARK, a resident of PINELLAS County, Florida, died on August 24, 2018, owning assets in the State of Florida, and

WHEREAS, DAVID J. WOLLINKA has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare DAVID J. WOLLINKA duly qualified under the laws of the State of Florida to act as personal representative of the estate of JACK J. STARK, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED in Pinellas County, Florida.

10/12/2018 04:04:04 PM

Circuit Judge

STATE OF FLORIDA, PINELLAS COUNTY
I hereby certify that the foregoing is a true
photostatic copy as the same appears
among the files and records of this court
and the same is in full force and effect.

This ___ day of October 20 18
KEN BURKE
Clerk of Circuit Court

BY: _____
Deputy Clerk


EXHIBIT 2