UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | MDL NO.: 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |
| *THIS DOCUMENT RELATES TO:* <br><br> *David Roberts v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-02217-EEF-MBN* <br><br> *William F. Little v. Janssen Research & Development, LLC, et al. Case No.: 2:17-cv-01394-EEF-MBN* <br><br> *Ruby Franklin v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-14752-EEF-MBN* <br><br> *Robert Goodman v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-16464-EEF-MBN* <br><br> *Kevin Kelly v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-13756-EEF-MBN* <br><br> *Shirley Taylor v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-16463-EEF-MBN* <br><br> *June Hicks v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-00033-EEF-MBN* <br><br> *Larry Noriega v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-05602-EEF-MBN* | |

*Claudia Way v. Janssen Research & Development, LLC, et al.* Case No.: 2:15-cv-01507-EEF-MBN

*Mary Resser v. Janssen Research & Development, LLC, et al.* Case No.: 2:16-cv-04299-EEF-MBN

*Elpidio Hernandez v. Janssen Research & Development, LLC, et al.* Case No.: 2:16-cv-15998-EEF-MBN

## MOTION TO SUBSTITUTE ATTORNEY

Plaintiffs in the above referenced cases move this Court for an order: (1) substituting the lead counsel for Plaintiffs from Colin J. O'Malley, Esq., to Louis A. Cairo, Esq., in the above referenced cases and (2) withdrawing Mr. O'Malley's appearance in said cases.

The basis for the substitution of counsel and withdrawal of Mr. O'Malley's appearance is that Mr. O'Malley is no longer affiliated with Plaintiffs' law firm.

Dated: March 26, 2019

Respectfully submitted,

Louis A. Cairo (IL# 6319071)
GOLDBERG, WEISMAN & CAIRO
One East Wacker Drive, 38th Floor
Chicago, IL 60601
Phone: (312) 245-2119
Fax: (312) 245-2219
Email: lcairo2@justicestartstoday.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, the above and foregoing Motion to Substitute Attorney was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

DATED: March 26, 2019       By: _____
                                Louis A. Cairo (IL#6319071)