# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *In re: Xarelto (Rivaroxaban) Product Liability Litigation* | MDL No.:   2592<br>Section L<br><br>Judge:         Hon. Eldon E. Fallon<br>Magistrate: Hon. Michael North |
| This document relates to:<br><br>*Edward E. Smith III v. Janssen Research & Development LLC et al.*<br>Case No. 2:16-cv-15758<br><br>*Tony Mathena and Karen Mathena v. Janssen Research & Development LLC et al.*<br>Case No. 2:14-cv-2945 | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, comes plaintiffs in the above-related action, and hereby request that James G. O'Brien of O'Brien Law, LLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled and numbered actions.

WHEREFORE, plaintiff moves this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling James G. O'Brien as co-counsel of record and appointed as lead counsel in the above-entitled and numbered action.

March 26, 2019                                   Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Sarah Nicole Emery
　　　　　　　　　　　　　　　　　　　　　　Sarah Nicole Emery
　　　　　　　　　　　　　　　　　　　　　　HENDY JOHNSON VAUGHN EMERY
　　　　　　　　　　　　　　　　　　　　　　909 Wright's Summit Parkway
　　　　　　　　　　　　　　　　　　　　　　Suite 210
　　　　　　　　　　　　　　　　　　　　　　Ft. Wright, KY 41011
　　　　　　　　　　　　　　　　　　　　　　Tel.    859-578-4444
　　　　　　　　　　　　　　　　　　　　　　Email: semery@justicestartshere.com

/s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.
HENDY JOHNSON VAUGHN EMERY
909 Wright's Summit Parkway
Suite 210
Ft. Wright, KY 41011
Tel.    859-578-4444
Email: rjohnson@justicestartshere.com

/s/ James G. O'Brien
James G. O'Brien (Ohio 0088460, Cal. 308239)
O'BRIEN LAW, LLC
3763 Sulphur Spring Road
Toledo, Ohio 43606
Tel.    (419) 930-6401
Fax    (419) 930-6403
Email   jim@obrien.law

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2019, the above and foregoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

March 26, 2019                        /s/ Sarah Nicole Emery
                                                  Sarah Nicole Emery