**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| *In re: Xarelto (Rivaroxaban) Product Liability Litigation* | MDL No.:     2592 |
| | Section L |
| | Judge:          Hon. Eldon E. Fallon |
| | Magistrate:   Hon. Michael North |
| This document relates to: *Edward E. Smith III v. Janssen Research & Development LLC et al.* Case No. 2:16-cv-15758 *Tony Mathena and Karen Mathena v. Janssen Research & Development LLC et al.* Case No. 2:14-cv-2945 | |

**ORDER**

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that James G. O'Brien of the law firm of O'Brien Law, LLC be allowed to enroll and is enrolled as co-counsel for Plaintiffs *Edward E. Smith III*, *Tony Mathena*, and *Karen Mathena* in the in the above-entitled and numbered actions.

Dated: _____, 2019

_____
Hon. Eldon E. Fallon
United States District Judge