UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: ELDON E. FALLON |
| | | MAG. JUDGE MICHAEL NORTH |

**********************************

| | | |
|---|---|---|
| MARTHA G. SAUERS and JOHN D. SAUERS, | * * * | |
| Plaintiffs, | * * | Case No. 2:18-cv-08721-EEF-MBN |
| v. | * * | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | * * * * * * | |
| Defendants. | * * | |

**********************************

Considering the Motion and Memorandum to Extend Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served that was filed by Plaintiffs, Martha G. Sauers and John D. Sauers, and any opposition and reply papers filed regarding same;

**IT IS ORDERED** that Plaintiffs, Martha G. Sauers and John D. Sauers, are granted an extension of time to serve the named Defendants, *nunc pro nunc*, until one hundred forty-four (144) days after the complaint in the above-referenced matter was filed and docketed in this MDL, which is **February 9, 2019**.

1

2

**NEW ORLEANS, LOUISIANA**, this 26th day of March, 2019.

_____
DISTRICT COURT JUDGE ELDON E. FALLON