UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| Plaintiff Joseph Fisher Civil Case No. 2:15-cv-02336-EEF-MBN | : : : | MAG. JUDGE MICHAEL B. NORTH |

### **ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Ellen A. Presby and the Nemeroff Law Firm are withdrawn as attorneys of record in MDL No. 2592 and for Plaintiff Joseph Fisher.

IT IS FURTHER ORDERED that attorneys John J. Driscoll and Christopher J. Quinn of The Driscoll Firm, P.C., are substituted as the attorney of record for Plaintiff Joseph Fisher.

New Orleans, Louisiana, this 26th day of March, 2019

The Honorable Eldon E. Fallon