UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Eula Little v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-06573

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12887, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ed Thacker, Personal Representative of the Estate of Eula Little, is substituted for Plaintiff Eula Little as the proper party plaintiff in the above captioned case. The Clerk will amend the case caption to reflect the substituted party.

New Orleans, Louisiana, this 26th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE