UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| DAVID ARMON, | |
| Plaintiff, | |
| | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:15-cv-4901 MOTION TO SUBSTITUTE ATTORNEY |
| Defendants | |

## MOTION TO SUBSTITUTE ATTORNEY

David Armon, moves this Court for an order: (1) substituting the lead counsel for Plaintiff from Colin J. O'Malley, Esq., to Louis A. Cairo, Esq., in this case and (2) withdrawing Mr. O'Malley's appearance in this case.

1

The basis for the substitution of counsel and withdrawal of Mr. O'Malley appearance is that Mr. O'Malley is no longer affiliated with Plaintiff's law firm.

Dated: March 26, 2019

Respectfully submitted,

_____
Louis A. Cairo
IL Bar No.: 6319071
Goldberg Weisman Cairo
1 East Wacker Drive 38th Floor
Chicago, IL 60601
(312) 245-2119
Email: lcairo2@justicestartstoday.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, a copy of the foregoing Motion to Substitute Attorney of Record was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

_____
Louis A. Cairo

2