**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

**This Document Relates To:**

***Linetta Armstrong v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:17-cv-00220**

***Laurence Kurt Barrett v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:16-cv-15214**

***Ronald Eugene Beard, Individually and as Personal Representative of the Estate of Ronald Joseph Beard v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:16-cv-4092**

***Jacqueline Berry and Robert Berry v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:16-cv-03806**

***Ella Rountree v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:16-cv-04530**

***Carolyn Shanks v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:16-cv-04537**

***Edward Smith v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:18-cv-00898**

***Ethel Staton v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:15-cv-03827**

***Jerry Thomassie, Sr. v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:17-cv-0625**

**MDL No. 2592**

**SECTION: L**

**JUDGE**

**FALLON**

**MAG. JUDGE NORTH**

***Melissa Williams, Individually and as Personal Representative of the Estate of LeRoy Williams, Sr., and on behalf of LeRoy Williams, Jr. and all other heirs of LeRoy Williams, Sr. v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:16-cv-01661**

***Mary L. Wycko and Francis D. Wycko v. Janssen Research & Development, et al.*;**
**Civil Case No.: 2:16-cv-14079**

**PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW, Plaintiffs herein, and files this, the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, and respectfully states to this Court as follows:

The Plaintiffs requests that The Lambert Firm, PLC, 701 Magazine Street, New Orleans, LA 70130 be granted leave to withdraw as counsel as they no longer represent Plaintiffs.

The Plaintiffs further requests the substitution of Morgan & Morgan Complex Litigation Group, 201 North Franklin Street, 7th Floor, Tampa, FL 33602 in place of The Lambert Firm, PLC.

The Lambert Firm, PLC has conferred with Morgan & Morgan Complex Litigation Group and represents that both The Lambert Firm, PLC and Morgan & Morgan Complex Litigation Group consent to this Motion.

WHEREFORE, the Plaintiff respectfully requests that The Lambert Firm, PLC be granted leave to withdraw as counsel and that Morgan & Morgan Complex Litigation Group be substituted therefor.

Dated this 27TH day of March 2019.

Respectfully submitted,

THE LAMBERT FIRM

/s/ Hugh P. Lambert
Hugh P. Lambert (LA #7933)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

/s/ Joseph T. Waechter
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
201 N. Franklin St., Suite 700
Tampa, FL 33602
Email: JWaechter@forthepeople.com
Email: MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ.