# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**DELORES BOYD v. JANSSEN PHARMACEUTICALS, INC., et al**

**No.  2:16-cv-06548**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **JOE BOYD** on behalf of his deceased spouse, **DELORES BOYD**, for the following reasons:

I.

On May 19, 2016 **DELORES BOYD** filed a Complaint in the above referenced matter.

II

On January 31,2018 **DELORES BOYD** passed away.

III.

The decedent's spouse, **JOE BOYD**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **DELORES BOYD**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 27TH day of March 2019.

By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email:
Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November 2018 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**