# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

**BOYD v. JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:16-cv-06548**

## NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 27TH day of March 2019.

By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email:Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27TH day of March, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**