# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| This document Relates to: <br> Delores Boyd v. Janssen Research & Development LLC, et al, No. 2:16-cv-06548-EEF-MBN | |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Rule 25(a)(1) of the Federal Rules of Civil procedure, your undersigned, who represents Plaintiff Joe Boyd notes the death during the pendency of this action of Plaintiff Delores Boyd

Dated: March 27, 2019

Respectfully Submitted:

**KAGAN LEGAL GROUP, LLC**

By: */s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Kagan Legal Group, LLC
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019 I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: March 27, 2019

           Respectfully Submitted:

           **KAGAN LEGAL GROUP, LLC**

           By: */s/ Andrew T. Kagan*
           Andrew T. Kagan, Esq.
           Kagan Legal Group, LLC
           295 Palmas Inn Way, Suite 6
           Humacao, PR 00791
           Telephone: (939) 220-2424
           Facsimile: (939) 220-2477
           Email: andrew@kaganlegalgroup.com