UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Jack Stark v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-7268

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12911, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff David J. Wollinka, Personal Representative of the Estate of Jack Stark, is substituted for Plaintiff Jack Stark as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 27th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE