UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : : : | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On June 8, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9847]. On June 21, Defendants filed an Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 9945]. Only July 9, 2018, the Court entered both Defendants' Initial Motion and Defendants' Amended Motion for Order to Show Cause Regarding Plaintiffs who have Failed to Serve a Fully Complete Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Docs. 10121; 10122]. For the reasons set forth on the record at Show Cause Hearing on Defendants' Amended Motion, which was held on July 17, 2018, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet Pursuant to CMO 6:

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 10961 | BARAILLOUX, PHILOMENA | Defendant | 4/16/2018 | Ferrer, Poirot & Wansbrough |
| 9155 | BOATMAN, JENNIE | Defendant | 4/16/2018 | Stark & Stark |
| 5316 | CALLAWAY, JESSE | Random | 4/30/2018 | Stark & Stark |
| 10503 | CLARKE, RICHARD | Defendant | 4/16/2018 | Bernstein Liebhard LLP |

| Plaintiff ID | Name | Case Selection | Date of Selection | Plaintiff Firm |
|---|---|---|---|---|
| 3626 | COOPER, DAISY | Defendant | 4/16/2018 | Bernstein Liebhard LLP |
| 10630 | DAVIS, FRED | Random | 4/30/2018 | Ferrer, Poirot & Wansbrough |
| 20968 | GREEN JR, ALBERT | Defendant | 4/16/2018 | The Benton Law Firm |
| 21252 | JALA, SATYANARAYANA | Random | 4/30/2018 | Avram Blair & Associates, P.C. |
| 2828 | JONES, PHYLLIS | Defendant | 4/16/2018 | The Michael Brady Lynch Law Firm |
| 23805 | MCGRADY, IRIS | Defendant | 4/16/2018 | The Driscoll Firm |

New Orleans, Louisiana, on this 27th day of March, 2019.

Judge Eldon E. Fallon
United States District Court Judge