UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : : | |
| *James Embry v. Janssen Research & Development LLC, et al; 2:15-cv-03518* | : : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |
| | : : | |

## ORDER

On February 20, 2019, Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternatively for Plaintiff's Failure to Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6 and for Lack of Capacity to Proceed on Behalf of Deceased Plaintiff for Plaintiff James Embry. [Rec. Doc. 12561]. Plaintiff filed no opposition. Having considered the motion, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternatively for Plaintiff's Failure to Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6 and for Lack of Capacity to Proceed on Behalf of Deceased Plaintiff [Rec. Doc. 12561] is GRANTED in part and DENIED in part. The claims against non-diverse defendant Bayer Corporation, which is not an essential party, are dismissed without prejudice, and the Court retains jurisdiction;

2. The remaining claims in the case are dismissed with prejudice for failure to submit an updated and fully complete PFS as required by CMO 6. Additionally there is no proper

plaintiff as plaintiff passed away and no party has been substituted to pursue the case on his behalf. Absent a lawfully appointed representative, the plaintiff lacks capacity to proceed with this case.

New Orleans, Louisiana, on this 27th day of March, 2019.

*Eldon E. Fallon*
United States District Judge