UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| *Reuben Cox v. Janssen Research & Development LLC, et al; 2:16-cv-00652* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On November 27, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11846]. The Court entered Defendants' Motion on November 30, 2018. [Rec. Doc. 11872]. For the reasons set forth on the record at the December 12, 2018 Show Cause Hearing, Plaintiff was given until January 23, 2019 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6. [Rec. Doc. 12119]. For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing, Plaintiff was given until March 12, 2019 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6. [Rec. Doc. 12580]. For the reasons set forth on the record at the March 12, 2019 Show Cause Hearing, Plaintiff shall be given until April 11, 2019 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6. The case shall be addressed at the Show Cause Hearing to be held on April 11, 2019 at 2:15 pm, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to cure these deficiencies and serve a fully complete and updated Plaintiff Fact Sheet by this date may result in dismissal of this case with prejudice.

2

New Orleans, Louisiana, on this 27th day of March, 2019.

                                                            */s/ Eldon E. Fallon*
                                                            United States District Judge