UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Piper G. Legrand v. Janssen Research & Development LLC, et al; 2:15-cv-06618* | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

## ORDER

On November 2, 2018, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 11465]. The Court entered Defendants' Motion on November 13, 2018. [Rec. Doc. 11642]. For the reasons set forth on the record at November 19, 2018 Show Cause Hearing, Plaintiff was given until January 23, 2019 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6. [Rec. Doc. 12190]. For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing, Plaintiff was given until March 12, 2019 to cure the deficiencies in the Plaintiff Fact Sheet and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6. [Rec. Doc. 12581]. Prior to the March 12, 2019 Show Cause Hearing, Plaintiff cured the deficiencies alleged in Defendants' Motion. The action may proceed accordingly.

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
United States District Judge