UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| *Doris Wallace v. Janssen Research & Development LLC, et al; 2:16-cv-12011* | | |

## ORDER

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6 and Lack of Capacity to Proceed with Case. [Rec. Doc. 12247]. The Court entered Defendants' Motion on January 10, 2019. [Rec. Doc. 12290]. For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing, Plaintiff was given until March 12, 2019 to cure the deficiencies raised in Defendants' Motion. [Rec. Doc. 12582]. Prior to the March 12, 2019 Show Cause Hearing, Plaintiff cured the deficiencies alleged in Defendants' Motion. The action may proceed accordingly.

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
United States District Judge