# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO | |
| *Dorothy Lamar v. Janssen Research & Development LLC, et al; 2:16-cv-11798* | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

## ORDER

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 12250]. The Court entered Defendants' Motion on January 10, 2019. [Rec. Doc. 12293]. For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing, Plaintiff was given until March 12, 2019 to cure the deficiencies and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6. [Rec. Doc. 12583]. For the reasons set forth on the record at March 12, 2019 Show Cause Hearing, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
United States District Judge