# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION          :          **MDL No. 2592**
                                       :
                                       :          **SECTION L**
THIS DOCUMENT RELATES TO               :
                                       :
*Jacqueline Matthews v. Janssen Research*          :          **JUDGE ELDON E. FALLON**
*& Development LLC, et al; 2:16-cv-11809*           :          **MAGISTRATE JUDGE NORTH**
                                       :

## ORDER

On January 8, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.  [Rec. Doc. 12260].  The Court entered Defendants' Motion on January 10, 2019.  [Rec. Doc. 12303].  For the reasons set forth on the record at the January 23, 2019 Show Cause Hearing on Defendants' Motion, Plaintiff was given until March 12, 2019 to cure the deficiencies and serve a fully complete and updated Plaintiff Fact Sheet pursuant to CMO 6.  [Rec. Doc. 12584].  For the reasons set forth on the record at the March 12, 2019 Show Cause Hearing, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 227th day of March, 2019.

_____
United States District Judge