UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER**

The case below was raised by Defendants as having a core deficient Plaintiff Fact Sheet and was listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 11172, 12286, 12586]. For the reasons set forth during the January 23, 2019 Show Cause Hearing, the following case was given until March 12, 2019 to serve a core sufficient Plaintiff Fact Sheet. [Rec. Doc. 12586]. For the reasons set forth during the March 12, 2019 Show Cause Hearing, the following case was given until April 11, 2019 to serve a core sufficient Plaintiff Fact Sheet. This case shall be addressed at the Show Cause Hearing to be held on April 11, 2019 at 2:15 p.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to cure these deficiencies by this date may result in dismissal of these cases with prejudice:

| Count | Plaintiff Name | Docket Number | Plaintiff Firm | Active Deficiencies |
|---|---|---|---|---|
| 1. | Reese, Dorothy | 2:18-cv-01250 | Stern Law, PLLC | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

2

New Orleans, Louisiana, on this 27th day of March, 2019.

                                             Judge Eldon E. Fallon
                                             United States District Court Judge