UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

The case below was raised by Defendants as having an overdue Plaintiff Fact Sheet and was listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 11172, 12286, 12586]. For the reasons set forth during the January 23, 2019 Show Cause Hearing, the following case was given until March 12, 2019 to serve a Plaintiff Fact Sheet. [Rec. Doc. 12586]. For the reasons set forth during the March 12, 2019 Show Cause Hearing, the following case is dismissed with prejudice:

| Count | Plaintiff Name | Docket Number | Plaintiff Firm |
|---|---|---|---|
| 1. | Christie, Jennifer | 2:17-cv-17264 | Pro Se (Stern Law, PLLC terminated 4/12/18) |

New Orleans, Louisiana, on this 27th day of March, 2019.

Judge Eldon E. Fallon
United States District Court Judge