UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**ORDER**

The case below was raised by Defendants as having a core deficient Plaintiff Fact Sheet and was listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 11172, 12286, 12586]. For the reasons set forth during the January 23, 2019 Show Cause Hearing, the following case was given until March 12, 2019 to serve a core sufficient Plaintiff Fact Sheet. [Rec. Doc. 12586]. Prior to the Show Cause Hearing held on March 12, 2019, the following Plaintiff filed a stipulation dismissing the case with prejudice:

| Count | Plaintiff Name | Docket Number | Plaintiff Firm | Active Deficiencies |
|---|---|---|---|---|
| 1. | Harden, Nellie J | 2:18-cv-03076 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge