UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

**ORDER**

The cases below were raised by Defendants as having overdue or core deficient Plaintiff Fact Sheets and were listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 12358, 12798, 12640]. Prior to the March 12, 2019 Show Cause Hearing, the following Plaintiffs resolved the PFS deficiencies raised by Defendants. These actions may proceed accordingly:

**1. Overdue Plaintiff Fact Sheets.**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Anzalone, Florence | 2:18-cv-05608 | Heninger Garrison Davis, LLC |
| 2. | Barker, Gladys | 2:18-cv-04818 | Gacovino, Lake, & Associates, P.C. |
| 3. | Bratcher, Thelma | 2:18-cv-06368 | Salvi, Schostok & Pritchard P.C. |
| 4. | Brown, Randy | 2:18-cv-05606 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 5. | Campbell, John | 2:18-cv-05394 | Kelley, Bernheim & Dolinsky, LLC |
| 6. | Fanchier, Alton | 2:18-cv-04664 | Burns Charest LLP |
| 7. | Gueli, Carol | 2:18-cv-06210 | Lenze Lawyers, PLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 8. | Hamade, Fida | 2:18-cv-04675 | The Bradley Law Firm |
| 9. | Kearney, Faye | 2:18-cv-05169 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 10. | Manus, L.B. | 2:18-cv-05946 | Johnson Law Group |
| 11. | Sias, Cynthia | 2:18-cv-06257 | Burns Charest LLP |
| 12. | Smith, Hershal Franklin | 2:18-cv-06293 | Heninger Garrison Davis, LLC |
| 13. | Taylor, James | 2:18-cv-04618 | Burns Charest LLP |
| 14. | Williams, Edna Frances | 2:18-cv-04677 | The Bradley Law Firm |
| 15. | Yelton, Eddith P. | 2:18-cv-04814 | Motley Rice LLC |

**2. Core Deficient Plaintiff Fact Sheets.**

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 1. | 21113 | BOUDREAUX, RUTH | Wexler Wallace LLP | 2:17-cv-02249 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 2. | 27034 | COLLINS, ELIZABETH | Wexler Wallace LLP | 2:18-cv-05464 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | 4839 | EMBERTON, WENDELL | Sarangi Law, LLC | 2:15-cv-6213 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 4. | 9170 | HERRING, HENRY | Beasley Allen | 2:16-cv-02479 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 5. | 26877 | HOPPER, MARY T | Slater Slater Schulman LLP | 2:18-cv-5296 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | 25697 | JAMES, RINGER | The Bradley Law Firm | 2:18-cv-00291 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 7. | 27323 | NEWER, VAUGHAN | Marc J. Bern & Partners LLP | 2:18-cv-07252 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 8. | 23170 | WILSON, DEVRAN | Salim-Beasley, LLC | 2:17-cv-07424 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge