UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

**ORDER**

The cases below were raised by Defendants as having core deficient Plaintiff Fact Sheets and were listed before the Court for at least two conferences pursuant to PTO 31(a).  [Rec. Doc. 12358, 12798, 12640].  For the reasons set forth during the March 12, 2019 Show Cause Hearing, the following cases were given until April 11, 2019 to serve a core sufficient Plaintiff Fact Sheet. These cases shall be addressed at the Show Cause Hearing to be held on April 11, 2019 at 2:15 p.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to cure these deficiencies by this date may result in dismissal of these cases with prejudice:

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 1. | 24205 | CAMILLE, DONA | Medley Law Group | 2:17-cv-07332 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

1

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 2. | 24611 | GIVEN, ROD R | Harrelson Law Firm, PA | 2:17-cv-09288 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | 26461 | JONES, LINDA | The Driscoll Firm | 2:18-cv-05184 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 4. | 26848 | KHIDHIR, ABDEL | Beasley Allen | 2:18-cv-04121 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 5. | 27158 | MORALES, GUADALUPE | Schneider Hammers LLC | 2:18-cv-5947 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | 27052 | NEWMAN, DORA B | Beasley Allen | 2:18-cv-05672 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 7. | 24017 | SIMMONS, CORA | The Freeman Law Firm | 2:18-cv-00568 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 8. | 26086 | SUNDA, DIANNE | Douglas & London | 2:18-cv-4381 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge

4