UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

### ORDER

The cases below were raised by Defendants as having overdue or core deficient Plaintiff Fact Sheets and were listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 12358, 12798, 12640]. For the reasons set forth on the record at the Show Cause Hearing held on March 12, 2019, the following Plaintiffs were given 15 days, until March 27, 2019, to serve a core sufficient Plaintiff Fact Sheet. Failure to cure these deficiencies by this date may result in dismissal of these cases with prejudice:

**1. Overdue Plaintiff Fact Sheets.**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Ross, Sharon Bonita | 2:18-cv-06382 | Marc J. Bern & Partners LLP - New York |

**2. Core Deficient Plaintiff Fact Sheets.**

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 1. | 27329 | Robinson, Savannah | Marc J. Bern & Partners LLP | 2:18-cv-07262 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

1

New Orleans, Louisiana, on this 27th day of March, 2019.

                                                                          _____
                                                                          Judge Eldon E. Fallon
                                                                          United States District Court Judge