UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

**ORDER**

The cases below were raised by Defendants as having overdue or core deficient Plaintiff Fact Sheets and were listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 12358, 12798, 12640]. For the reasons set forth during the March 12, 2019 Show Cause Hearing, the following cases are dismissed with prejudice:

1. **Overdue Plaintiff Fact Sheets.**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Austin, Jonathan R. | 2:18-cv-06079 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Bryant, Frances | 2:18-cv-05291 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | Bullock, Aubrey | 2:18-cv-04656 | Peterson & Associates, P.C. |
| 4. | Franke, Jim R. | 2:18-cv-05175 | Peterson & Associates, P.C. |
| 5. | Grove, April | 2:18-cv-04902 | Fears Nachawati, PLLC |
| 6. | Henderson, Kenneth | 2:18-cv-04936 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 7. | Meeks, Wesley R. | 2:18-cv-05451 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 8. | Miller, Alvin | 2:18-cv-04447 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

## 2. Core Deficient Plaintiff Fact Sheets.

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 1. | 26859 | ANDERSON, DAVID | The Driscoll Firm | 2:18-cv-1694 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | 27182 | GRAHAM, PETER | Beasley Allen | 2:18-cv-02432 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

2

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 3. | 26875 | HART, GEORGE | The Driscoll Firm | 2:18-cv-5959 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | 27190 | JACKSON, CHARLES | Beasley Allen | 2:18-cv-02785 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | 27289 | JOHNSON, MELISSA | Wexler Wallace LLP | 2:18-cv-04821 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 6. | 25955 | LEARY, ANTHONY C | Beasley Allen | 2:18-cv-01274 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | 27286 | LUNA, SUSAN | Baron & Budd | 2:18-cv-04451 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 8. | 27191 | MANCEBO, JOHN | Excolo Law PLLC | 2:18-cv-00949 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 9. | 26811 | NEAL, EARNEST | The Gallagher Law Firm PLLC | 2:18-cv-04753 | Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 10. | 25937 | RASSI, ROY J | Beasley Allen | 2:18-cv-01951 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | 26812 | WATANABE, DONNA | Slater Slater Schulman LLP | 2:18-cv-01386 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

6

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 12. | 25991 | WEEKS, RONALD | Marc J. Bern & Partners LLP | 2:18-cv-03162 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 13. | 27183 | WILLIAMS, KENNETH | Marc J. Bern & Partners LLP | 2:18-cv-02071 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 27th day of March, 2019.

Judge Eldon E. Fallon
United States District Court Judge