UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : : : : : | MDL No. 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**ORDER**

The cases below were raised by Defendants as having overdue or core deficient Plaintiff Fact Sheets and were listed before the Court for at least two conferences pursuant to PTO 31(a). [Rec. Doc. 12358, 12798, 12640]. Prior to the Show Cause Hearing held on March 12, 2019, the following Plaintiffs agreed to file or filed stipulations dismissing their cases with prejudice:

**1. Overdue Plaintiff Fact Sheets.**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Bass, Kenneth A. | 2:18-cv-05953 | Motley Rice LLC |
| 2. | Bishop, Delores | 2:18-cv-06289 | Heninger Garrison Davis, LLC |
| 3. | Harper, Evelyn Faye | 2:18-cv-04668 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 4. | Lumpkin, Walter | 2:18-cv-05241 | Morris Law Firm |
| 5. | May, James Thomas | 2:18-cv-05233 | Johnson Law Group |
| 6. | McAlister, Cheryl | 2:18-cv-05044 | Wilshire Law Firm |
| 7. | Morris, Georgia Sue | 2:18-cv-04824 | The Law Office of L. Paul Mankin |
| 8. | Russell, Eugene, Jr. | 2:18-cv-04515 | Johnson Law Group |

## 2. Core Deficient Plaintiff Fact Sheets.

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 1. | 21638 | DANIELS, JANET | The Law Office of L. Paul Mankin | 2:17-cv-05008 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | 27127 | HUACOTO, EUGENIA D | Law Office of Christopher K. Johnston, LLC | 2:18-cv-5863 | Medical Records-Medical records provided do not demonstrate alleged injury |

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge

2