## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2595<br><br>SECTION "L"<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S MOTION TO WITHRAW DOCUMENTS MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| THIS DOCUMENT RELATES TO:<br><br>BOYD et al v. JANSSEN PHARMACEUTICALS, INC., ET AL | Civil Action No.: 2:16-cv-06548 |

## **PLAINTIFF'S MOTION TO WITHRAW DOCUMENTS MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW Plaintiff, Delores Boyd, by and through undersigned counsel of record, and respectfully files this Motion to Withdraw Document Motion to Substitute Party Plaintiff, its order and any other documents attached as exhibits which were filed with this court on March 27, 2019, Document Number 12924. These documents were filed along with a suggestion of Death which needs to be filed first and separately.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests this Court grant leave to withdraw document Motion to Substitute Party Plaintiff, its order and any other documents attached as exhibits.

Dated March 27, 2019

**KAGAN LEGAL GROUP, LLC**

By: */s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Kagan Legal Group, LLC
295 Palmas Inn Way, Suite 6
Humacao, PR 00791

1

Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/Andrew T. Kagan*
Andrew T. Kagan