UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| Robert Sladick v. Janssen Research & Development LLC, et al; 2:16-cv-00445 | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

# ORDER

On February 19, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Lack of Capacity to Proceed with the Case and Failure to Serve Medical Record Authorizations Pursuant to PTO 13. [Rec. Doc. 12255]. The Court entered Defendants' Motion on February 22, 2019. [Rec. Doc. 12646]. For the reasons set forth on the record at the Show Cause Hearing held on March 12, 2019, this case is dismissed with prejudice.

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
United States District Judge