UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Billy R. Owens v. Janssen Research & Development LLC, et al; 2:17-cv-11299* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On February 19, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 12556]. The Court entered Defendants' Motion on February 22, 2019. [Rec. Doc. 12647]. Prior to the March 12, 2019 Show Cause Hearing, Plaintiff cured the deficiencies alleged in Defendants' Motion. The action may proceed accordingly.

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
United States District Judge