# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO** | : | |
| | : | |
| *Christopher Worthington, on behalf of the Estate* | : | |
| *of Jacquelyn Worthington v. Janssen Research* | : | **JUDGE ELDON E. FALLON** |
| *& Development LLC, et al; 2:15-cv-05745* | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

## ORDER

On February 22, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6.   [Rec. Doc. 12610].   The Court entered Defendants' Motion on February 25, 2019.  [Rec. Doc. 12664].  For the reasons set forth on the record at the March 12, 2019 Show Cause Hearing, Plaintiff shall be given ten days to submit a fully complete and updated Plaintiff Fact Sheet.  Should a fully complete and updated Plaintiff Fact Sheet not be submitted by March 22, 2019, this case may be dismissed with prejudice.

New Orleans, Louisiana, on this 27th day of March, 2019.

Judge Eldon E. Fallon
United States District Court Judge