UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Shirley Johnson v. Janssen Research & Development LLC, et al; 2:15-cv-06585* | : : : | **JUDGE ELDON E. FALLON** **MAGISTRATE JUDGE NORTH** |

## ORDER

On February 19, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet and Medical Records Pursuant to CMO 6 and Lack of Capacity to Proceed with the Case. [Rec. Doc. 12553]. The Court entered Defendants' Motion on February 22, 2019. [Rec. Doc. 12644]. For the reasons set forth at the March 12, 2019 Show Cause Hearing, Plaintiff shall be given until April 11, 2019 to cure the deficiencies raised in Defendants' motion. The case shall be addressed at the Show Cause Hearing to be held on April 11, 2019 at 2:15 pm, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to cure these deficiencies by this date may result in dismissal of this case with prejudice.

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
United States District Judge