UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO | : : : | SECTION L |
| *Anita J. Brown v. Janssen Research & Development LLC, et al; 2:15-cv-01031* | : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On February 22, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 12650]. The Court entered Defendants' Motion on February 25, 2019. [Rec. Doc. 12667]. Prior to the March 12, 2019 Show Cause Hearing, this case was dismissed with prejudice.

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
United States District Judge