## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)               :
PRODUCTS LIABILITY LITIGATION              :          MDL No. 2592
                                           :
                                           :          SECTION L
THIS DOCUMENT RELATES TO                   :
                                           :
*Nellie Pitts v. Janssen Research &*        :          **JUDGE ELDON E. FALLON**
*Development LLC, et al; 2:17-cv-07569*      :          **MAGISTRATE JUDGE NORTH**
                                           :

## ORDER

On February 22, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Serve Updated Medical Record Authorizations and Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to PTO 13 and CMO 6.  [Rec. Doc. 12607].  The Court entered Defendants' Motion on February 26, 2019.  [Rec. Doc. 12679].  Prior to the March 12, 2019 Show Cause Hearing, Plaintiff cured the deficiencies alleged in Defendants' Motion.  The action may proceed accordingly.

New Orleans, Louisiana, on this 27th day of March, 2019.

_____
United States District Judge