# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

## ORDER

The cases below have overdue or core deficient Plaintiff Fact Sheets, and have been listed on two Joint Agendas.  Pursuant to PTO 31(a), IT IS HEREBY ORDERED that Plaintiffs SHOW CAUSE before this Court at the status conference on Thursday, April 11, 2019 at 2:15 p.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, why Plaintiffs' Complaints and all claims against the Defendants should not be dismissed with prejudice for failure to serve a core sufficient PFS in accordance with this Court's Case Management Order No. 1 [Rec. Doc. 891], Pre-Trial Order No. 13 [Rec. Doc. 895], Pre-Trial Order No. 13A [Rec. Doc. 1040], and Pre-Trial Order No. 27 [Rec. Doc. 3132]:

**1. Overdue Plaintiff Fact Sheets.**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | BALDERAS, VICTOR | 2:18-cv-07301 | Lenze Lawyers, PLC |
| 2. | BARRERIO, ROSA | 2:18-cv-07647 | Avram Blair & Associates, P.C. |
| 3. | BERRY, JOHN | 2:18-cv-07641 | Fears Nachawati, PLLC |
| 4. | BRONER, EDITH | 2:18-cv-07642 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 5. | BUKHMAN, VILYAM | 2:18-cv-07618 | Fears Nachawati, PLLC |
| 6. | CARAWAY, MARCIA | 2:18-cv-07544 | Fears Nachawati, PLLC |
| 7. | CASTAING, NORMA | 2:18-cv-07113 | Girardi Keese |
| 8. | CHILDS, SHEILA | 2:18-cv-07763 | Napoli Shkolnik PLLC |
| 9. | CLARK, RONALD | 2:18-cv-07657 | Gacovino, Lake, & Associates, P.C. |
| 10. | COLEMAN, RICKEY | 2:18-cv-07756 | Fears Nachawati, PLLC |
| 11. | CONNELL, HILLARY | 2:18-cv-07545 | Fears Nachawati, PLLC |
| 12. | DANLEY, DONALD | 2:18-cv-07758 | Napoli Shkolnik PLLC |
| 13. | DAVIS, GORDON L., JR. | 2:18-cv-07697 | Osborne & Francis, PLLC |
| 14. | DEDONA, DONNA L. | 2:18-cv-07320 | Marc J. Bern & Partners LLP - New York |
| 15. | ERICKSON, WESLEY | 2:18-cv-07561 | Napoli Shkolnik PLLC |
| 16. | FERGUSON, JUNE | 2:18-cv-07760 | Napoli Shkolnik PLLC |
| 17. | FERREIRA, PRESENTA | 2:18-cv-07794 | Napoli Shkolnik PLLC |
| 18. | FISHER, ELIZABETH | 2:18-cv-07744 | Napoli Shkolnik PLLC |
| 19. | GILL, ROSE A. | 2:18-cv-06987 | Medley Law Group |
| 20. | GREENOUGH, CAROLYNE | 2:18-cv-07765 | Napoli Shkolnik PLLC |
| 21. | HAMAR, BRYAN | 2:18-cv-07119 | Girardi Keese |
| 22. | HART, LAURA | 2:18-cv-06948 | Bruera Law Firm, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 23. | HINCKA, CASIMIR | 2:18-cv-07594 | Fears Nachawati, PLLC |
| 24. | HOPSON, KELLY | 2:18-cv-07852 | Napoli Shkolnik PLLC |
| 25. | INGRAM, FANNIE | 2:18-cv-07645 | Fears Nachawati, PLLC |
| 26. | JACKS, DWIGHT | 2:18-cv-07115 | Girardi Keese |
| 27. | JOHNSON, SAMMIE LEE | 2:18-cv-07835 | Johnson Law Group |
| 28. | JOHNSON, VANESSA | 2:17-cv-12817 | Ron Austin & Associates, L.L.C. |
| 29. | KELLY, CLYDE | 2:18-cv-07580 | Napoli Shkolnik PLLC |
| 30. | KELLY, FREDRICK | 2:18-cv-06207 | Napoli Shkolnik PLLC |
| 31. | KOLL, BRIAN | 2:18-cv-07804 | Napoli Shkolnik PLLC |
| 32. | LEE, DORIS | 2:18-cv-07747 | Napoli Shkolnik PLLC |
| 33. | MACKLER, ANN | 2:18-cv-07844 | Napoli Shkolnik PLLC |
| 34. | MAPLES, ALBERT | 2:18-cv-07129 | Girardi Keese |
| 35. | MASCARO, JUANITA | 2:18-cv-05659 | Napoli Shkolnik PLLC |
| 36. | MATTHEWS, PATRICK T. | 2:18-cv-07614 | Motley Rice LLC |
| 37. | MICHAEL, JERRY | 2:18-cv-06733 | Burns Charest LLP |
| 38. | MICHAEL, MARY SUE | 2:18-cv-07608 | Napoli Shkolnik PLLC |
| 39. | MILLER, BEVERLY | 2:18-cv-07220 | Fears Nachawati, PLLC |
| 40. | MILLER, RICKEY | 2:18-cv-07756 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 41. | MOORE, EDWARD | 2:18-cv-06632 | Napoli Shkolnik PLLC |
| 42. | MORGAN, ROBERT G. | 2:18-cv-06476 | Motley Rice LLC |
| 43. | MORTON, MARLENE | 2:18-cv-07350 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 44. | ORTEGA, YARELI | 2:18-cv-07546 | Napoli Shkolnik PLLC |
| 45. | PADGETT, RAMONA | 2:18-cv-07740 | Napoli Shkolnik PLLC |
| 46. | PAYNE, ERIC | 2:18-cv-07548 | Napoli Shkolnik PLLC |
| 47. | PICKETT, NOVELLA WATKINS | 2:18-cv-06475 | Motley Rice LLC |
| 48. | PRICE, DARLETTA | 2:18-cv-07273 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 49. | REED, CHARLES | 2:18-cv-07775 | Napoli Shkolnik PLLC |
| 50. | ROBINSON, MILDRED | 2:18-cv-07848 | Fears Nachawati, PLLC |
| 51. | ROBINSON, WYNELL | 2:18-cv-07837 | Napoli Shkolnik PLLC |
| 52. | RODRIGUEZ, BIENVENIDO | 2:18-cv-06252 | Napoli Shkolnik PLLC |
| 53. | RONE, KALIA | 2:18-cv-06630 | Napoli Shkolnik PLLC |
| 54. | SALTER, TERRY | 2:18-cv-07445 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 55. | SANCHEZ, PAMELA | 2:18-cv-07788 | Napoli Shkolnik PLLC |
| 56. | SHEPPHARD, ERWIN | 2:18-cv-07019 | Medley Law Group |
| 57. | SHIREY, JOSEPH | 2:18-cv-07588 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 58. | SHIVERS, CHARLES, JR. | 2:18-cv-07385 | Marc J. Bern & Partners LLP - New York |
| 59. | SMITH, KIMBERLY | 2:18-cv-07668 | Fears Nachawati, PLLC |
| 60. | SMITH, MARTHA | 2:18-cv-06706 | Tamari Law Group, LLC |
| 61. | SMITH, PATRICIA | 2:18-cv-07774 | Napoli Shkolnik PLLC |
| 62. | SULTZ, STEVEN | 2:18-cv-07636 | Johnson Law Group |
| 63. | THOMPSON, LOYE | 2:18-cv-07789 | Napoli Shkolnik PLLC |
| 64. | TOMPKINS, MARY | 2:18-cv-07838 | Napoli Shkolnik PLLC |
| 65. | VALENTIN, FELICITA | 2:18-cv-06439 | The Law Office of L. Paul Mankin |
| 66. | VANN, CHRISTOPHER | 2:18-cv-07579 | Napoli Shkolnik PLLC |
| 67. | VASSION, NAIA | 2:18-cv-07839 | Napoli Shkolnik PLLC |
| 68. | VONRUDEN, STEPHEN | 2:18-cv-07583 | Napoli Shkolnik PLLC |
| 69. | WALLENTA, VERNON | 2:18-cv-07536 | Fears Nachawati, PLLC |
| 70. | WILLIAMS, CHRISTINA | 2:18-cv-07662 | Fears Nachawati, PLLC |
| 71. | WILLIAMS, MARK | 2:18-cv-07710 | The Law Office of L. Paul Mankin |
| 72. | YOUNG, KENNETH W. | 2:18-cv-07464 | Motley Rice LLC |

2. **Core Deficient Plaintiff Fact Sheets.**

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 1. | 21952 | ABBOTT, JANIS A | The Bradley Law Firm | 2:18-cv-00203 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 2. | 25957 | ACEVEDO, EDWARD | Beasley Allen | 2:18-cv-01411 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | 27244 | ADAM, DONALD | Johnson Law Group | 2:18-cv-06451 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 4. | 27199 | ADAMS, VICTOR | Johnson Law Group | 2:18-cv-00074 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 5. | 27450 | ARMSTRONG, SHIRLEY | Excolo Law PLLC | 2:18-cv-03697 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | 27548 | AULGUR, SHERYLL | Napoli Shkolnik PLLC | 2:18-cv-07812 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 7. | 27311 | BALLANTYNE, SHIRLEY | Marc J. Bern & Partners LLP | 2:18-cv-07154 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 8. | 25476 | BANDY, FRANCIS | The Driscoll Firm | 2:17-cv-10821 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 9. | 23321 | BANKS, WALTER | Motley Rice, LLC | 2:18-cv-747 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 10. | 26032 | BRANCH, DAVID W | The Law Office of L. Paul Mankin | 2:18-cv-03107 and 2:18-cv-07932 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | 27721 | BRANT, WILLIAM G | Napoli Shkolnik PLLC | 2:18-cv-07753 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 12. | 19372 | BRENNER, CHRISTINE | Law Office of Christopher K. Johnston, LLC | 2:17-cv-6631 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 13. | 26403 | CLARK, VERNETTA | Niemeyer, Grebel & Kruse | 2:18-cv-06345 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 14. | 27318 | CONNOR, RANDALL | Marc J. Bern & Partners LLP | 2:18-cv-07303 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 15. | 27697 | CRABTREE, JAMES A | The Driscoll Firm | 2:18-cv-08259 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 16. | 27081 | CRONK, HOMER W | Fears \| Nachawati | 2:18-cv-01394 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 17. | 26790 | CUNNINGHAM, MACK A | Ferrer, Poirot & Wansbrough | 2:18-cv-04636 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 18. | 26033 | DALCHOW, GWEN | The Law Office of L. Paul Mankin | 2:18-cv-03114 and 2:18-cv-07933 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | 27514 | DALTORIO, NELLO | Marc J. Bern & Partners LLP | 2:18-cv-08011 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 20. | 26497 | DAVIS, JULIE | Lenze Moss, PLC. | 2:17-cv-09800 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 21. | 27036 | ERVAN IMASUEN, DOROTHY J | Law Office of Christopher K. Johnston, LLC | 2:18-cv-7944 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 22. | 27353 | FINN, NATALIE | Marc J. Bern & Partners LLP | 2:18-cv-07335 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 23. | 27784 | FRAZIER, DONNELL C | Watts Guerra, LLP | 2:18-cv-07238 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | 25950 | GAINES, BENJAMIN | Beasley Allen | 2:17-cv-17560 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | 10003 | GUERRA, PEDRO | Fears \| Nachawati | 2:16-cv-02755 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 26. | 27228 | HANRAHAN, NANCY | Johnson Law Group | 2:18-cv-06017 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 27. | 27542 | HATHAWAY, ETHEL | Pulaski Law Firm, PLLC | 2:18-cv-08068 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 28. | 27287 | HENDERSON, WILLIAM | The Potts Law Firm, LLP | 2:18-cv-06354 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 29. | 25959 | HERNANDEZ, JERRY B | Beasley Allen | 2:18-cv-01414 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 30. | 27429 | HERRICK, TERRY | Marc J. Bern & Partners LLP | 2:18-cv-07482 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 31. | 27189 | HOLT, JOHNNY | Beasley Allen | 2:18-cv-02383 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 32. | 27422 | HYDER, ERNESTINE W | Marc J. Bern & Partners LLP | 2:18-cv-07452 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 33. | 27037 | JOHN, DANIEL | The Law Office of L. Paul Mankin | 2:18-cv-03710 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 34. | 27477 | JOHNSON, DONALD M | Schneider Hammers LLC | 2:18-cv-06723 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 35. | 27868 | JUDITH, WIRTH | Baron & Budd | 2:18-cv-08353 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 36. | 27423 | KAVIANI, ROMAN | Marc J. Bern & Partners LLP | 2:18-cv-07455 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 37. | 26422 | KELEHER, JERRY | Marc J. Bern & Partners LLP | 2:18-cv-04606 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 38. | 26143 | KITE, MARY J | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 39. | 27414 | LEONARD, HARRY | Marc J. Bern & Partners LLP | 2:18-cv-07556 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 40. | 26433 | LOVELACE, GENA | Lenze Moss, PLC. | 2:18-cv-0219 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 41. | 27767 | LUCAS, DWAYNE | Johnson Law Group | 2:18-cv-03981 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 42. | 26537 | LUCE, LAWRENCE | The Schlemmer Firm, LLC | 2:17-cv-11603 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 43. | 27398 | MAMMAS, MARY | Schneider Hammers LLC | 2:18-cv-06677 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 44. | 27122 | MARTIN, MYRTIS | Lenze Moss, PLC. | 2:18-cv-00141 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 45. | 27518 | MCELWAIN, WILLIAM R | Burns Charest LLP | 2:18-cv-5887 | Medical Records-Medical records provided do not |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| | | | | | demonstrate alleged injury |
| 46. | 18959 | MCLAIN, SHIRLEY | Law Office of Christopher K. Johnston, LLC | 2:18-cv-7245 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 47. | 27418 | MENDOZA, JOE | Marc J. Bern & Partners LLP | 2:18-cv-07610 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 48. | 27320 | NALDRETT, ADELE | Marc J. Bern & Partners LLP | 2:18-cv-07080 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 49. | 27304 | PARKER, CLEONA | Marc J. Bern & Partners LLP | 2:18-cv-07297 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| | | | | | or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 50. | 27327 | PAULSEN, NICOLE | Marc J. Bern & Partners LLP | 2:18-cv-07263 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 51. | 27748 | PERSONS, LAWRENCE P | The Potts Law Firm, LLP | 2:18-cv-08048 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 52. | 27684 | PETERS, JOHN | The Driscoll Firm | 2:18-cv-6946 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 53. | 25812 | POAGE, TERRY | Lenze Moss, PLC. | 2:17-cv-08546 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative ; |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
|  |  |  |  |  | Failure to respond to question in Section I (core case information) |
| 54. | 27038 | PRIDE, DYLAN | Marc J. Bern & Partners LLP | 2:18-cv-06379 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 55. | 26743 | REYES, MARIA A | Marc J. Bern & Partners LLP | 2:18-cv-05586 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 56. | 27301 | RIVERS, GAINES | Pulaski Law Firm, PLLC | 2:18-cv-06866 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 57. | 27045 | RUSSELL, IRENE | Trammell PC | 2:18-cv-08207 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 58. | 10438 | SCARBROUGH, JACK | The Potts Law Firm, LLP | 2:18-cv-06811 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 59. | 25473 | SCHMITZ, EILEEN | The Driscoll Firm | 2:18-cv-05177 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 60. | 27768 | SHRODE, MARJORIE | The Freeman Law Firm | 2:18-cv-04180 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 61. | 27638 | SMITH, JOHN | Douglas & London | 2:16-cv-10976 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 62. | 27371 | SMITH, STEVEN D | Marc J. Bern & Partners LLP | 2:18-cv-07375 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 63. | 26043 | SNYDER, NANCY | The Law Office of L. Paul Mankin | 2:18-cv-02486 and 2:18-cv-08005 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 64. | 25815 | STEVENSON, THERESA L | Lenze Moss, PLC. | 2:17-cv-08278 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 65. | 26490 | STOUT, BONNIE | The Driscoll Firm | 2:18-cv-05196 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 66. | 27424 | TANNER, ELLEN | Marc J. Bern & Partners LLP | 2:18-cv-07408 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 67. | 27552 | TAYLOR, PAMELA M | Fears \| Nachawati | 2:18-cv-08783 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 68. | 27193 | TERRY, KENNETH | Excolo Law PLLC | 2:18-cv-02147 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 69. | 26527 | TETTLETON, STEVEN | Avram Blair & Associates, P.C. | 2:17-cv-17808 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| | | | | | question in Section I (core case information) |
| 70. | 27120 | TIELSCH, JACQUELINE S | Johnson Law Group | 2:18-cv-02526 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 71. | 27425 | VAZQUEZ, JULIA L | Marc J. Bern & Partners LLP | 2:18-cv-07412 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 72. | 27417 | VELASQUEZ, DORIS | Marc J. Bern & Partners LLP | 2:18-cv-07605 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 73. | 27647 | WALKER, PATRICIA | Pulaski Law Firm, PLLC | 2:18-cv-06322 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 74. | 27416 | WALLACE, BEULLAH | Marc J. Bern & Partners LLP | 2:18-cv-07550 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 75. | 26668 | WALTERS, MYRNA | Rosenbaum & Rosenbaum, P.C. | 2:18-cv-6983 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 76. | 27426 | WARNER, CARROLYN | Marc J. Bern & Partners LLP | 2:18-cv-07413 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 77. | 24069 | WILLIAMS, ANITA | Avram Blair & Associates, P.C. | 2:17-cv-08716 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 78. | 27452 | WILLIAMS, DEBRA | The Law Office of L. Paul Mankin | 2:18-cv-03424 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury ; Failure to respond to question in Section I (core case information) |
| 79. | 26176 | WILLIAMS, JANIE | Avram Blair & Associates, P.C. | 2:18-cv-05756 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| | | | | | Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 80. | 25088 | WILLIAMS, MARY | Goza & Honnold, LLC | 2:18-cv-02699 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 81. | 26925 | WITZKA, ROBERTA | Ferrer, Poirot & Wansbrough | 2:18-cv-05090 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

New Orleans, Louisiana, on this 27th day of March, 2019.

Judge Eldon E. Fallon
United States District Court Judge