UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | **JUDGE: ELDON E. FALLON** |
| | **MAG. JUDGE MICHAEL NORTH** |
| *THIS DOCUMENT RELATES TO:* | |
| *David Roberts v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-02217-EEF-MBN* | |
| *William F. Little v. Janssen Research & Development, LLC, et al. Case No.: 2:17-cv-01394-EEF-MBN* | |
| *Ruby Franklin v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-14752-EEF-MBN* | |
| *Robert Goodman v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-16464-EEF-MBN* | |
| *Kevin Kelly v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-13756-EEF-MBN* | |
| *Shirley Taylor v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-16463-EEF-MBN* | |
| *June Hicks v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-00033-EEF-MBN* | |
| *Larry Noriega v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-05602-EEF-MBN* | |

1

*Claudia Way v. Janssen Research & Development, LLC, et al.* Case No.: 2:15-cv-01507-EEF-MBN

*Mary Resser v. Janssen Research & Development, LLC, et al.* Case No.: 2:16-cv-04299-EEF-MBN

*Elpidio Hernandez v. Janssen Research & Development, LLC, et al.* Case No.: 2:16-cv-15998-EEF-MBN

## **ORDER**

Considering the Motion of Plaintiffs in the above references cases: (1) substitute the lead counsel for Plaintiffs from Colin J. O'Malley, Esq., to Louis A. Cairo, Esq., in the above referenced cases and (2) withdraw Mr. O'Malley's appearance in said cases,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana this 27th day of March, 2019.

_____
U.S. DISTRICT JUDGE