UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | MDL NO.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| ***THIS DOCUMENT RELATES TO:***<br><br>*David Roberts v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-02217-EEF-MBN*<br><br>*William F. Little v. Janssen Research & Development, LLC, et al. Case No.: 2:17-cv-01394-EEF-MBN*<br><br>*Ruby Franklin v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-14752-EEF-MBN*<br><br>*Robert Goodman v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-16464-EEF-MBN*<br><br>*Kevin Kelly v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-13756-EEF-MBN*<br><br>*Shirley Taylor v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-16463-EEF-MBN*<br><br>*June Hicks v. Janssen Research & Development, LLC, et al. Case No.: 2:16-cv-00033-EEF-MBN*<br><br>*Larry Noriega v. Janssen Research & Development, LLC, et al. Case No.: 2:15-cv-05602-EEF-MBN* | |

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN# 330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Counsel for Plaintiffs**

*Claudia Way v. Janssen Research & Development, LLC, et al.* Case No.: 2:15-cv-01507-EEF-MBN

*Mary Resser v. Janssen Research & Development, LLC, et al.* Case No.: 2:16-cv-04299-EEF-MBN

*Elpidio Hernandez v. Janssen Research & Development, LLC, et al.* Case No.: 2:16-cv-15998-EEF-MBN

## **MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, by and through undersigned counsel, comes plaintiffs in the above-related actions, and hereby requests that Genevieve M. Zimmerman of Meshbesher & Spence, Ltd. be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled and numbered actions.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Genevieve M. Zimmerman as co-counsel of record and appointed as lead counsel in the above-entitled and numbered actions.

Dated: March 21, 2019

Respectfully submitted,

*/s/ Louis A. Cairo*

Louis A. Cairo (IL# 6319071)
GOLDBERG, WEISMAN & CAIRO
One East Wacker Drive, 38th Floor
Chicago, IL 60601
Phone: (312) 245-2149
Fax: (312) 245-2249
Email: lcairo2@justicestartstoday.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2019, the above and foregoing Motion to Enroll as Co- Counsel of Record was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

DATED: March 21, 2019

By: _____
Louis A. Cairo (IL# 6319071)