# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION     :  **MDL NO. 2592**
                                    :
                                    :  **SECTION L**
                                    :
                                    :  **JUDGE ELDON E. FALLON**
                                    :
                                    :  **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

NEFF ET AL v.  JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

Civil Action No. 2:16-cv-08248

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby

informs the Honorable Court of the death of Plaintiff ERMA NEFF.


Dated: March 28, 2019          Respectfully Submitted,

**KAGAN LEGAL GROUP, LLC**

By: */s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Kagan Legal Group, LLC
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF SYSTEM, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 28, 2019                                    Respectfully Submitted,

                                                         **KAGAN LEGAL GROUP, LLC**

                                                         By:  _/s/ Andrew T. Kagan_
                                                         Andrew T. Kagan, Esq.
                                                         Kagan Legal Group, LLC
                                                         295 Palmas Inn Way, Suite 6
                                                         Humacao, PR 00791
                                                         Telephone: (939) 220-2424
                                                         Facsimile: (939) 220-2477
                                                         Email: andrew@kaganlegalgroup.com