## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

EARL BERNATH v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

   Civil Action No. 2:16-cv-1258

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby

informs the Honorable Court of the death of Plaintiff Earl Bernath.


Dated: March 28, 2019                     Respectfully Submitted,

                                 **THE LANIER LAW FIRM, PLLC**

                                 By:  */s/ Catherine T. Heacox*
                                 Catherine T. Heacox, Esq.
                                 The Lanier Law Firm, PLLC
                                 126 E. 56th Street, Floor 6
                                  New York, NY 10022
                                 Telephone: (212)421-2800
                                  Facsimile:(212) 421-2878
                                 Email: CTH@LanierLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 28, 2019                    Respectfully Submitted,

**THE LANIER LAW FIRM, PLLC**

By: */s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm PLLC
126 E. 56th Street, Floor 6
New York, NY 10022
Telephone: (212)421-2800
Facsimile:(212) 421-2878
Email: CTH@LanierLawFirm.com