UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2592 |
| | : |
| | : SECTION L |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

BILLY GARNER v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

    Civil Action No. 2:16-cv-6346

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Billy Garner.

Dated: March 28, 2019                              Respectfully Submitted,

                                                                    **THE LANIER LAW FIRM, PLLC**

                                                                    By: */s/ Catherine T. Heacox*
                                                                    Catherine T. Heacox, Esq.
                                                                    The Lanier Law Firm, PLLC
                                                                    126 E. 56th Street, Floor 6
                                                                    New York, NY 10022
                                                                    Telephone: (212)421-2800
                                                                    Facsimile:(212) 421-2878
                                                                    Email: CTH@LanierLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 28, 2019                    Respectfully Submitted,

**THE LANIER LAW FIRM, PLLC**

By: */s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm PLLC
126 E. 56th Street, Floor 6
New York, NY 10022
Telephone: (212)421-2800
Facsimile:(212) 421-2878
Email: CTH@LanierLawFirm.com