# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     **MDL NO. 2592**
                                      :
                                      :     **SECTION L**
                                      :
                                      :     **JUDGE ELDON E. FALLON**
                                      :
_____:     **MAGISTRATE JUDGE NORTH**


**THIS DOCUMENT RELATES TO:**


DAVID A. KERR v.  JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

    Civil Action No. 2:15-cv-4638

<u>**NOTICE AND SUGGESTION OF DEATH**</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby

informs the Honorable Court of the death of Plaintiff David A. Kerr


Dated: March 28, 2019                     Respectfully Submitted,

                         **THE LANIER LAW FIRM, PLLC**

                         By:  */s/ Catherine T. Heacox*
                         Catherine T. Heacox, Esq.
                         The Lanier Law Firm, PLLC
                         126 E. 56th Street, Floor 6
                         New York, NY 10022
                         Telephone: (212)421-2800
                         Facsimile:(212) 421-2878
                         Email: CTH@LanierLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 28, 2019                          Respectfully Submitted,

**THE LANIER LAW FIRM, PLLC**

By: */s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm PLLC
126 E. 56th Street, Floor 6
 New York, NY 10022
Telephone: (212)421-2800
 Facsimile:(212) 421-2878
Email: CTH@LanierLawFirm.com