UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL NO. 2592 <br> : <br> : SECTION L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

GERALDINE STARKWEATHER v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al., Civil Action No. 2:15-cv-05361

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Geraldine Starkweather.

Dated: March 28, 2019                    Respectfully Submitted,

                                          **THE LANIER LAW FIRM, PLLC**

                                          By:  */s/ Catherine T. Heacox*
                                          Catherine T. Heacox, Esq.
                                          The Lanier Law Firm, PLLC
                                          126 E. 56th Street, Floor 6
                                          New York, NY 10022
                                          Telephone: (212)421-2800
                                          Facsimile:(212) 421-2878
                                          Email: CTH@LanierLawFirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 28, 2019    Respectfully Submitted,

**THE LANIER LAW FIRM, PLLC**

By: */s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm PLLC
126 E. 56th Street, Floor 6
New York, NY 10022
Telephone: (212)421-2800
Facsimile:(212) 421-2878
Email: CTH@LanierLawFirm.com