IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

────────────────

No. 17-30845

────────────────

A True Copy
Certified order issued Mar 26, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

------------------------------------------------------

JOSEPH ORR, JR.; JOSEPH ORR, III; KELLI WALKER; KIM DEAGANO,

       Plaintiffs - Appellants Cross-Appellees

v.

BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG, formerly known as Bayer Schering Pharma AG; JANSSEN PHARMACEUTICALS, INCORPORATED, formerly known as Janssen Pharmaceutica, Incorporated, formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Incorporated; JANSSEN RESEARCH & DEVELOPMENT, L.L.C., formerly known as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.,

       Defendants - Appellees Cross-Appellants

------------------------------------------------------

JOSEPH J. BOUDREAUX, JR.; LORETTA BOUDREAUX,

       Plaintiffs - Appellants Cross-Appellees

v.

BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG, formerly known as Bayer Schering Pharma AG; JANSSEN PHARMACEUTICALS, INCORPORATED, formerly known as Janssen Pharmaceutica, Incorporated, formerly known as Ortho-McNeil-Janssen Pharmaceuticals, Incorporated; JANSSEN RESEARCH & DEVELOPMENT, L.L.C., formerly known as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.,

       Defendants - Appellees Cross-Appellants

consolidated with 18-30102

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------

DORA MINGO,

    Plaintiff - Appellant Cross-Appellee

v.

JANSSEN RESEARCH & DEVELOPMENT, L.L.C.; JANSSEN PHARMACEUTICALS, INCORPORATED; BAYER PHARMA AG; BAYER HEALTHCARE PHARMACEUTICALS, INCORPORATED,

    Defendants - Appellees Cross-Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

    IT IS ORDERED that the joint stipulation of the parties to stay further proceedings in this Court to prevent further actions while the settlement agreement between the parties is finalized is carried with the case.

_____
STEPHEN A. HIGGINSON
UNITED STATES CIRCUIT JUDGE