# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30845    In re: Xarelto Prod Liability
                          USDC No. 2:14-MD-2592
                          USDC No. 2:15-CV-3708
                          USDC No. 2:14-CV-2720
                          USDC No. 2:14-MD-2592
                          USDC No. 2:15-CV-3469

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Rebecca L. Leto, Deputy Clerk
                                504-310-7703

Mr. Stanley Blackmon
Mr. William W. Blevins
Mr. Lindsey C. Boney
Mr. Leonard Arthur Davis
Mr. Rodney M. Hudson
Mr. Frederick S. Longer
Mr. William Perdue
Mrs. Susan M. Sharko
Ms. Elisabeth Theodore
Mr. Sherman Vance Wittie