UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Carolyn Graham Spears and* | * | JUDGE ELDON E. FALLON |
| *James Leslie Spears versus Janssen Research* | * | |
| *& Development LLC, et al* | * | MAG. JUDGE NORTH |
| Civil Action No. 2:17-cv-06951 | * | |

******************************************

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Carolyn Graham Spears.

Dated:  March 28, 2019

                THE PENTON LAW FIRM
                503 GEORGIA AVENUE
                BOGALUSA, LOUISIANA  70427
                TELEPHONE:   985-732-5651
                TELECOPIER:   985-735-5579
                E-MAIL:   fedcourtmail@thepentonlawfirm.com


                /s/ Ronnie G. Penton
                Ronnie G. Penton
                Trial Counsel for Plaintiffs
                Louisiana Bar Roll Number 10462

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleadings was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

March 28, 2019.

s/Ronnie G. Penton<br>
Ronnie G. Penton