UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION**

**This Document Relates To:**

*Lawrence L. Hynds v. Janssen Research &
Development, et al.;*
**Civil Case No.: 2:16-cv-10359**

**MDL No. 2592 SECTION: L**

**JUDGE FALLON**

**MAG. JUDGE NORTH**

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersign counsel, comes Plaintiff in the above-related action and hereby requests that Joseph T. Waechter of Morgan & Morgan, Complex Litigation Group be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled action.

WHEREFORE, Plaintiff moves this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Joseph T, Waechter as co-counsel of record and appointed as lead counsel in the above-entitled action.

Dated this 29th day of March, 2019.

Respectfully submitted,

/s/ Katherine Chambers
KATHERINE CHAMBERS
Florida Bar No. 125570
ALLEY, CLARK & GREIWE
701 E. Washington Street
Tampa, Florida 33602
Phone:  813-250-0608
Facsimile: 813-229-7982
Counsel for Plaintiffs

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

/s/ Joseph T. Waechter
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
201 N. Franklin St., Suite 700
Tampa, FL 33602
Email: JWaechter@forthepeople.com
Email: MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

/s/ Katherine Chambers
KATHERINE CHAMBERS
Florida Bar No. 125570
ALLEY, CLARK & GREIWE
701 E. Washington Street
Tampa, Florida 33602
Phone:  813-250-0608
Facsimile: 813-229-7982
Counsel for Plaintiffs