UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Lawrence L. Hynds v. Janssen Research & Development, et al.*;<br>Civil Case No.: 2:16-cv-10359 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record,

**IT IS HEREBY ORDERED, ADJUSTED AND DECREED** that Joseph T. Waechter of Morgan & Morgan, Complex Litigation Group be allowed to and is enrolled as co-counsel and lead counsel for Plaintiff in the above-entitled action.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**