UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*MARY PEDERSON v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-07400*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Keith Pederson, on behalf of the Estate of Mary Pederson, is substituted for Plaintiff Mary Pederson in the above captioned cause.

Dated: _____        _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge