UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| **This Document relates to:** ) | |
|    **Annie L. Davis v. Janssen Research** ) | |
|    **& Development, LLC, et al.** ) | |
|    **E.D. La. No. 2:17-cv-02974** ) | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Annie L. Davis. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Sharon Crowell, who is the surviving heir and daughter of Annie L. Davis.

Dated: March 29, 2019

                                         Respectfully submitted,

                                         By: */s/ Ethan L. Shaw*
                                              Ethan L. Shaw
                                              John P. Cowart
                                              SHAW COWART, L.L.P.
                                              1609 Shoal Creek Boulevard
                                              Suite 100
                                              Austin, Texas 78701
                                              Telephone: (512) 499-8900
                                              Facsimile: (512) 320-8906
                                              elshaw@shawcowart.com
                                              jcowart@shawcowart.com

                                              *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Ethan L. Shaw*