UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Annie L. Davis v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-02974 | | JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Sharon Crowell on behalf of her deceased mother, Annie L. Davis.

1. Annie L. Davis filed a products liability lawsuit against Defendants on April 7, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Annie L. Davis died on October 26, 2018.

3. Annie L. Davis' products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on March 29, 2019.

5. Sharon Crowell, surviving heir and daughter of Annie L. Davis, is a proper party to substitute for plaintiff-decedent Annie L. Davis and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ.

P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Sharon Crowell requests that this Court grant her request for substitution as plaintiff in this action.

Dated: March 29, 2019

        Respectfully submitted,

By: */s/ Ethan L. Shaw*
    Ethan L. Shaw
    John P. Cowart
    SHAW COWART, L.L.P.
    1609 Shoal Creek Boulevard
    Suite 100
    Austin, Texas  78701
    Telephone:  (512) 499-8900
    Facsimile:  (512) 320-8906
    elshaw@shawcowart.com
    jcowart@shawcowart.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

*/s/ Ethan L. Shaw*