UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| **This Document relates to:**<br>Annie L. Davis v. Janssen Research & Development, LLC, et al.<br>E.D. La. No. 2:17-cv-02974 | | JURY TRIAL DEMANDED |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Sharon Crowell's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. SHARON CROWELL, as surviving heir of ANNIE L. DAVIS, is substituted as Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2019.

_____
HONORABLE ELDON E. FALLON
United States District Court Judge

cc: All counsel of record