UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*JACK HASKINS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02129*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Mary Brophy, on behalf of the Estate of JACK HASKINS, in the above captioned cause.

1. Jack Haskins filed a products liability lawsuit against defendants on February 26, 2016.

2. Plaintiff Jack Haskins died on March 28, 2017.

3. Jack Haskins's products liability action against defendants survived his death and was not extinguished

4. Plaintiff filed a Suggestion of Death on March 28, 2019, attached hereto as "Exhibit A".

5. Mary Brophy, surviving daughter of Jack Haskins, is a proper party to substitute for plaintiff-decedent Jack Haskins and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: March 29, 2019                                          Respectfully Submitted,


                                                                                 By: */s Douglas C. Monsour, Esq.*
                                                                                 **Douglas C. Monsour, Esq.**
                                                                                 Texas Bar No. 00791289
                                                                                 404 North Green Street
                                                                                 PO Box 4209
                                                                                 Longview, TX 75601
                                                                                 Phone (903) 758-5757
                                                                                 Fax (903) 230-5010
                                                                                 Email: doug@monsourlawfirm.com
                                                                                 *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 29, 2019					Respectfully Submitted,

By: */s Douglas C. Monsour, Esq.*

**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*