UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| **This Document relates to:** )    **Anita Jurevics v. Janssen Research** )    **& Development, LLC, et al.** )    **E.D. La. No. 2:17-cv-05439** ) | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Anita Jurevics. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Vitauts Jurevics, who is the surviving spouse of Anita Jurevics.

Dated: March 29, 2019

                                      Respectfully submitted,

                                      By: */s/ Ethan L. Shaw*
                                             Ethan L. Shaw
                                             John P. Cowart
                                             SHAW COWART, L.L.P.
                                             1609 Shoal Creek Boulevard
                                             Suite 100
                                             Austin, Texas  78701
                                             Telephone:  (512) 499-8900
                                             Facsimile:  (512) 320-8906
                                             elshaw@shawcowart.com
                                             jcowart@shawcowart.com

                                             *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Ethan L. Shaw*