UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| This Document relates to:<br>    Anita Jurevics v. Janssen Research<br>    & Development, LLC, et al.<br>    E.D. La. No. 2:17-cv-05439 | | JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Vitauts Jurevics on behalf of his deceased spouse, Anita Jurevics.

1. Anita Jurevics filed a products liability lawsuit against Defendants on June 1, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Anita Jurevics died on February 14, 2018.

3. Anita Jurevics' products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on March 29, 2019.

5. Vitauts Jurevics, surviving spouse of Anita Jurevics, is a proper party to substitute for plaintiff-decedent Anita Jurevics and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P.

25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Vitauts Jurevics requests that this Court grant his request for substitution as plaintiff in this action.

Dated: March 29, 2019

             Respectfully submitted,

             By: */s/ Ethan L. Shaw*
               Ethan L. Shaw
               John P. Cowart
               SHAW COWART, L.L.P.
               1609 Shoal Creek Boulevard
               Suite 100
               Austin, Texas  78701
               Telephone:  (512) 499-8900
               Facsimile:  (512) 320-8906
               elshaw@shawcowart.com
               jcowart@shawcowart.com

               **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

*/s/ Ethan L. Shaw*