**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

James Myers

CA# 2:16-cv-7252

**SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, James Myers on August 18, 2017.

Respectfully submitted,

Dated: March 29, 2019         By:   /s/ *Alfred A. Olinde Jr.*
                                    Alfred A. Olinde, Jr., La. Bar # 20061
                                    **THE OLINDE FIRM, LLC**
                                    400 Poydras Street, Suite 1980
                                    New Orleans, Louisiana  70130
                                    Telephone:  (504) 587-1440
                                    Facsimile:  (504) 587-1577
                                    Email: folinde@olindefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2019, a copy of the above and foregoing *Suggestion of Death* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

         /s/ *Alfred A. Olinde Jr.*