UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Alan Stout

CA# 2:16-cv-14046

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Alan Stout on September 28, 2016.

Respectfully submitted,

Dated: March 29, 2019

By:   /s/ *Alfred A. Olinde Jr.*
Alfred A. Olinde, Jr., La. Bar # 20061
**THE OLINDE FIRM, LLC**
400 Poydras Street, Suite 1980
New Orleans, Louisiana  70130
Telephone:  (504) 587-1440
Facsimile:  (504) 587-1577
Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, a copy of the above and foregoing *Suggestion of Death* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ *Alfred A. Olinde Jr.*