UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :       MDL NO. 2592
                                       :
                                       :       SECTION L
                                       :
                                       :       JUDGE ELDON E. FALLON
                                       :
_____      :       MAGISTRATE JUDGE NORTH


THIS DOCUMENT RELATES TO:


   TALAPA ET AL v.  JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

   Civil Action No. 2:16-cv-08253


## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby

informs the Honorable Court of the death of Plaintiff PATRICIA TALAPA.


Dated: March 29, 2019                    Respectfully Submitted,

                                         **KAGAN LEGAL GROUP, LLC**

                                         By:  */s/ Andrew T. Kagan*
                                         Andrew T. Kagan, Esq.
                                         Kagan Legal Group, LLC
                                         295 Palmas Inn Way, Suite 6
                                         Humacao, PR 00791
                                         Telephone: (939) 220-2424
                                         Facsimile: (939) 220-2477
                                         Email: andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF SYSTEM, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 29, 2019                              Respectfully Submitted,

                                              **KAGAN LEGAL GROUP, LLC**

                                              By: */s/ Andrew T. Kagan*
                                              Andrew T. Kagan, Esq.
                                              Kagan Legal Group, LLC
                                              295 Palmas Inn Way, Suite 6
                                              Humacao, PR 00791
                                              Telephone: (939) 220-2424
                                              Facsimile: (939) 220-2477
                                              Email: andrew@kaganlegalgroup.com