# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *In re: Xarelto (Rivaroxaban) Product Liability Litigation* | MDL No.: 2592 <br><br> Section L <br><br> Judge: Hon. Eldon E. Fallon <br> Magistrate: Hon. Michael North |
| This document relates to: <br><br> *Edward E. Smith III v. Janssen Research & Development LLC et al.* <br> Case No. 2:16-cv-15758 <br><br> *Tony Mathena and Karen Mathena v. Janssen Research & Development LLC et al.* <br> Case No. 2:14-cv-2945 | |

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that James G. O'Brien of the law firm of O'Brien Law, LLC be allowed to enroll and is enrolled as co-counsel for Plaintiffs *Edward E. Smith III*, *Tony Mathena*, and *Karen Mathena* in the in the above-entitled and numbered actions.

New Orleans, Louisiana this 28th day of March, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge