UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : : | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

SMITH ET AL v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

Civil Action No. 2:16-cv-17452

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff EDWARD SMITH.

Dated: April 1, 2019

Respectfully Submitted,

**KAGAN LEGAL GROUP, LLC**

By: */s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
Kagan Legal Group, LLC
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: andrew@kaganlegalgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 1, 2019                                 Respectfully Submitted,

                                                **KAGAN LEGAL GROUP, LLC**

                                                By:  */s/ Andrew T. Kagan*
                                                Andrew T. Kagan, Esq.
                                                Kagan Legal Group, LLC
                                                295 Palmas Inn Way, Suite 6
                                                Humacao, PR 00791
                                                Telephone: (939) 220-2424
                                                Facsimile: (939) 220-2477
                                                Email: andrew@kaganlegalgroup.com