UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| DAVID ARMON, | |
| Plaintiff, | |
| | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:15-cv-4901 |
| Defendants | |

## ORDER

Considering the Motion of Plaintiff, David Armon to: (1) substitute the lead counsel for Plaintiff from Colin J. O'Malley, Esq., to Louis A. Cairo, Esq., in this case and (2) withdraw Mr. O'Malley's appearance in this case,

IT IS ORDERED that the Motion is GRANTED.

1

New Orleans, Louisiana this 1st day of April, 2019.

／s/ Eldon E. Fallon
U.S. DISTRICT JUDGE