# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| **This Document Relates To:** | |
| | JUDGE |
| *Linetta Armstrong v. Janssen Research & Development, et al.*; Civil Case No.: 2:17-cv-00220 | FALLON |
| | MAG. JUDGE NORTH |
| *Laurence Kurt Barrett v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-15214 | |
| *Ronald Eugene Beard, Individually and as Personal Representative of the Estate of Ronald Joseph Beard v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-4092 | |
| *Jacqueline Berry and Robert Berry v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-03806 | |
| *Ella Rountree v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-04530 | |
| *Carolyn Shanks v. Janssen Research & Development, et al.*; Civil Case No.: 2:16-cv-04537 | |
| *Edward Smith v. Janssen Research & Development, et al.*; Civil Case No.: 2:18-cv-00898 | |
| *Ethel Staton v. Janssen Research & Development, et al.*; Civil Case No.: 2:15-cv-03827 | |
| *Jerry Thomassie, Sr. v. Janssen Research & Development, et al.*; Civil Case No.: 2:17-cv-0625 | |

*Melissa Williams, Individually and as Personal Representative of the Estate of LeRoy Williams, Sr., and on behalf of LeRoy Williams, Jr. and all other heirs of LeRoy Williams, Sr. v. Janssen Research & Development, et al.*;
**Civil Case No.: 2:16-cv-01661**

*Mary L. Wycko and Francis D. Wycko v. Janssen Research & Development, et al.*;
**Civil Case No.: 2:16-cv-14079**

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

**IT IS HEREBY ORDERED,** that The Lambert Firm, PLC is withdrawn as Plaintiff's attorney of records.

**IT IS FURTHER ORDERED,** that Morgan & Morgan Complex Litigation Group is substituted as the Plaintiffs' attorney of record.

New Orleans, Louisiana this 1st day of April, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**