## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO(RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2595<br><br>SECTION "L"<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>**ORDER RE: MOTION TO WHITHRAW DOCUMENTS MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| THIS DOCUMENT RELATES TO:<br><br>BOYD v. JANSSEN PHARMACEUTICALS, INC. ET AL. | Civil Action No.: 2:16-cv-06548-EEF-MBN |

## ORDER

      IT IS SO ORDERED that Plaintiff's Motion to Withdraw Document Motion to Substitute Party Plaintiff, proposed order and any exhibits is hereby GRANTED, and that Plaintiff's Motion to Substitute Party Plaintiff and proposed order (Doc Number 12924) are hereby WITHRAWN, each party to bear their own costs.

    New Orleans, Louisiana this 1st day of April, 2019.

                                              Honorable Eldon E. Fallon
                                              U.S. District Judge