UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*Laris v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-8013

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 12995, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Nadean Scott, surviving daughter and anticipated Representative of the Estate of Rosemarie Laris, is substituted for Plaintiff Rosemarie Laris as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE