UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Alan Stout

CA# 2:16-cv-14046

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Glenna Faye Stout on behalf of her deceased husband, Alan Stout.

1. Alan Stout filed a products liability lawsuit against defendants on August 23, 2016.
2. Subsequently, plaintiff's counsel learned that Alan Stout died in Oklahoma.
3. Alan Stout's product liability action against defendants survived his death and was not extinguished.
4. Plaintiff filed a Suggestion of Death on March 29, 2019, which is found in the record.
5. Glenna Faye Stout, widow of Alan Stout, is a proper party to substitute for plaintiff-decedent Alan Stout (12 O.S. sec. 1051) and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Respectfully submitted,

Dated: April 1, 2019     By:   /s/ *Alfred A. Olinde Jr.*
Alfred A. Olinde, Jr., La. Bar # 20061
**THE OLINDE FIRM, LLC**
400 Poydras Street, Suite 1980
New Orleans, Louisiana  70130
Telephone:  (504) 587-1440
Facsimile:  (504) 587-1577
Email: folinde@olindefirm.com
Counsel for Plaintiff, Alan Stark

### CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019 a copy of the above and foregoing *Motion to Substitute Party Plaintiff* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Alfred A. Olinde Jr.*