UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

*Clarence Darty and Irma Darty*                                                                          *2:16-cv-08825*

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **CLARENCE DARTY** on June 29, 2018.

Dated: April 1, 2019

                                            Respectfully submitted,

                                            MURPHY LAW FIRM, LLC

                                            s/*Peyton P. Murphy*
                                            PEYTON P. MURPHY (LA # 22125)
                                            2354 S. Acadian Thruway
                                            Baton Rouge, LA  70808
                                            Telephone: (225) 928-8800
                                            Facsimile: (225) 246-8780
                                            Email: peyton@murphylawfirm.com

                                            s/*Todd C. Comeaux*
                                            TODD C. COMEAUX (LA # 23453)
                                            2354 S. Acadian Thruway, Suite C
                                            Baton Rouge, LA  70808
                                            Telephone: (225) 706-9000
                                            Facsimile: (225) 706-9001
                                            Email: tc@comeauxlawfirm.com

                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on April 1, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**