**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

*Margaret Kennihan and Robert Kennihan*                            2:16-cv-07283

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiffs, **MARGARET KENNIHAN** on May 4, 2017 and **ROBERT KENNIHAN** on July 9, 2017.

Dated: April 2, 2019

                                               Respectfully submitted,

                                               MURPHY LAW FIRM, LLC

                                               s/*Peyton P. Murphy*
                                               PEYTON P. MURPHY (LA # 22125)
                                               2354 S. Acadian Thruway
                                               Baton Rouge, LA 70808
                                               Telephone: (225) 928-8800
                                               Facsimile: (225) 246-8780
                                               Email: peyton@murphylawfirm.com

                                               s/*Todd C. Comeaux*
                                               TODD C. COMEAUX (LA # 23453)
                                               2354 S. Acadian Thruway, Suite C
                                               Baton Rouge, LA 70808
                                               Telephone: (225) 706-9000
                                               Facsimile: (225) 706-9001
                                               Email: tc@comeauxlawfirm.com

                                               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on April 2, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**
