**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John McLaurin and Marlene McLaurin*                    *2:16-cv-09167*

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **JOHN MCLAURIN** on December 13, 2016.

Dated: April 2, 2019

                              Respectfully submitted,

                              MURPHY LAW FIRM, LLC

                              s/*Peyton P. Murphy*
                              PEYTON P. MURPHY (LA # 22125)
                              2354 S. Acadian Thruway
                              Baton Rouge, LA  70808
                              Telephone: (225) 928-8800
                              Facsimile: (225) 246-8780
                              Email: peyton@murphylawfirm.com

                              s/*Todd C. Comeaux*
                              TODD C. COMEAUX (LA # 23453)
                              2354 S. Acadian Thruway, Suite C
                              Baton Rouge, LA  70808
                              Telephone: (225) 706-9000
                              Facsimile: (225) 706-9001
                              Email: tc@comeauxlawfirm.com

                              *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE:</u>

I HEREBY CERTIFY that on April 2, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

<u>/s/ *Peyton P. Murphy*</u>
**PEYTON P. MURPHY**