UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Guy Montgomery*                                                                     2:16-cv-09173

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **GUY MONTGOMERY** on September 2, 2016.

Dated: April 2, 2019

                                                        Respectfully submitted,

                                                        MURPHY LAW FIRM, LLC

s/*Peyton P. Murphy*
PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
2354 S. Acadian Thruway, Suite C
Baton Rouge, LA 70808
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on April 2, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**