## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

*Linda Ratliff*                                                                                        2:16-cv-09191

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **LINDA RATLIFF** on May 12, 2017.

Dated: April 2, 2019

           Respectfully submitted,

           MURPHY LAW FIRM, LLC

           s/*Peyton P. Murphy*
           PEYTON P. MURPHY (LA # 22125)
           2354 S. Acadian Thruway
           Baton Rouge, LA  70808
           Telephone: (225) 928-8800
           Facsimile: (225) 246-8780
           Email: peyton@murphylawfirm.com

           s/*Todd C. Comeaux*
           TODD C. COMEAUX (LA # 23453)
           2354 S. Acadian Thruway, Suite C
           Baton Rouge, LA  70808
           Telephone: (225) 706-9000
           Facsimile: (225) 706-9001
           Email: tc@comeauxlawfirm.com

           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on April 2, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**