# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Clarence Darty and Irma Darty*                                                            2:16-cv-08825

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Irma Darty, surviving spouse of Clarence Darty, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2019

                                  Respectfully submitted,

                                  MURPHY LAW FIRM, LLC

                                  s/*Peyton P. Murphy*
                                  PEYTON P. MURPHY (LA # 22125)
                                  2354 S. Acadian Thruway
                                  Baton Rouge, LA  70808
                                  Telephone: (225) 928-8800
                                  Facsimile: (225) 246-8780
                                  Email: peyton@murphylawfirm.com

                                  s/*Todd C. Comeaux*
                                  TODD C. COMEAUX (LA # 23453)
                                  2354 S. Acadian Thruway, Suite C
                                  Baton Rouge, LA  70808
                                  Telephone: (225) 706-9000
                                  Facsimile: (225) 706-9001
                                  Email: tc@comeauxlawfirm.com

                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on April 1, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                                 /s/ *Peyton P. Murphy*
                              **PEYTON P. MURPHY**