# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wilma Matthews*                                                                                   *2:15-cv-06171*

## **ORDER**

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Direan Smith Copeland, surviving daughter of Wilma Matthews, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.


                                                                    UNITED STATES DISTRICT JUDGE

Dated: April 2, 2019

                  Respectfully submitted,

                  MURPHY LAW FIRM, LLC

                  s/*Peyton P. Murphy*
                  PEYTON P. MURPHY (LA # 22125)
                  2354 S. Acadian Thruway
                  Baton Rouge, LA  70808
                  Telephone: (225) 928-8800
                  Facsimile: (225) 246-8780
                  Email: peyton@murphylawfirm.com

                  s/*Todd C. Comeaux*
                  TODD C. COMEAUX (LA # 23453)
                  2354 S. Acadian Thruway, Suite C
                  Baton Rouge, LA  70808
                  Telephone: (225) 706-9000
                  Facsimile: (225) 706-9001
                  Email: tc@comeauxlawfirm.com

                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on April 2, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                  /s/ *Peyton P. Murphy*
                **PEYTON P. MURPHY**