## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John McLaurin and Marlene McLaurin*                                               2:16-cv-09167

## SUGGESTION OF DEATH

      Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **JOHN MCLAURIN** on December 13, 2016.

Dated:  April 2, 2019

                                            Respectfully submitted,

                                            MURPHY LAW FIRM, LLC

                                            s/*Peyton P. Murphy*
                                            PEYTON P. MURPHY (LA # 22125)
                                            2354 S. Acadian Thruway
                                            Baton Rouge, LA  70808
                                            Telephone: (225) 928-8800
                                            Facsimile: (225) 246-8780
                                            Email: peyton@murphylawfirm.com

                                            s/*Todd C. Comeaux*
                                            TODD C. COMEAUX (LA # 23453)
                                            2354 S. Acadian Thruway, Suite C
                                            Baton Rouge, LA  70808
                                            Telephone: (225) 706-9000
                                            Facsimile: (225) 706-9001
                                            Email: tc@comeauxlawfirm.com

                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on April 2, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**