# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Linda Ratliff*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*2:16-cv-09191*

## ORDER

　　IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Angela Ratliff Braughton, surviving daughter of Linda Ratliff, as the Plaintiff in this action is HEREBY GRANTED.

　　New Orleans, Louisiana this _____ day of _____, 201____.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: April 2, 2019

                                                   Respectfully submitted,

                                                   MURPHY LAW FIRM, LLC

                                                 s/*Peyton P. Murphy*
                                               PEYTON P. MURPHY (LA # 22125)
                                               2354 S. Acadian Thruway
                                               Baton Rouge, LA  70808
                                               Telephone: (225) 928-8800
                                               Facsimile: (225) 246-8780
                                               Email: peyton@murphylawfirm.com

                                               s/*Todd C. Comeaux*
                                               TODD C. COMEAUX (LA # 23453)
                                               2354 S. Acadian Thruway, Suite C
                                               Baton Rouge, LA  70808
                                               Telephone: (225) 706-9000
                                               Facsimile: (225) 706-9001
                                               Email: tc@comeauxlawfirm.com

                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on April 2, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                                 /s/ *Peyton P. Murphy*
                              **PEYTON P. MURPHY**