UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION  :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
                               :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

SARAH MURFIELD v. JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-01572

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **LANCE MURFIELD** on behalf of his deceased spouse, **SARAH MURFIELD**, for the following reasons:

I.

On February 24, 2017 **SARAH MURFIELD** filed a Complaint in the above referenced matter.

II

On November 14, 2017 **SARAH MURFIELD** passed away.

III.

The decedent's spouse, **LANCE MURFIELD**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **SARAH MURFIELD**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 2nd day of April 2019.

By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email: Andrew@kaganlegalgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April of 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**