## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  XARELTO (RIVAROXABAN)** | : | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

<u>**JURY TRIAL DEMANDED**</u>

**THIS DOCUMENT RELATES TO:**

**MURFIELD v. JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:16-cv-01572**

<u>**ORDER**</u>

Considering the foregoing Motion to Substitute Party:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **LANCE MURFIELD**, on behalf of the decedent, **SARAH MURFIELD**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this_____day of_____, 2019.

_____
Eldon E. Fallon, United States District Court Judge