UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Robert Plaster and Marsha Plaster v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:16-cv-00903

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Marsha Plaster on behalf of her deceased spouse, Robert Plaster.

1. Robert Plaster filed a products liability lawsuit against Defendants on January 18, 2016.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Robert Plaster died on October 18, 2017.

3. Robert Plaster's products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on April 2, 2019.

5. Marsha Plaster, surviving spouse of Robert Plaster, is a proper party to substitute for plaintiff-decedent Robert Plaster and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Marsha Plaster requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  April 2, 2019.

                    MARTIN & JONES, PLLC

                    /s/ *Carrie R. Guest*
Carrie R. Guest, NCSB# 36451
H. Forest Horne, NCSB# 16678
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone:  (919) 821-0005
Facsimile:  (919) 863-6084
hfh@m-j.com
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Carrie R. Guest*