UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Robert Plaster and Marsha Plaster v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:16-cv-00903

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Marsha Plaster's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED.

2. Marsha Plaster, as surviving spouse of Robert Plaster, is substituted as Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2019.

                                                                            _____
                                                                            HONORABLE ELDON E. FALLON
                                                                            United States District Court Judge

cc: All counsel of record