UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Mary E. Penderson v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-07400

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13002, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Keith Pederson, surviving spouse of Mary E. Pederson, is substituted for Plaintiff Mary E. Pederson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE