## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

*Anita Jurevics v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-05439

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 13008, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Vitauts Jurevics, surviving spouse of Anita Jurevics, is

substituted for Plaintiff Anita Jurevics as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE