UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Reuben Cox v. Janssen Research & Development LLC, et al.,* No. 2:16-cv-00652 | * * | |
| | * | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Gerri Jackson-Cox, on behalf of deceased Plaintiff Reuben Cox, aka Ruben Cox, Jr.

Reuben Cox filed a products liability action against Defendants in a Joint Complaint on December 18, 2015, captioned Carpenter, et al. v. Janssen Research & Development LLC et al., Civil Action No. 2:15-cv-6955. Pursuant to the Court's Severance Order of January 6, 2016 in Civil Action No. 2:15-cv-6955, Mr. Cox's case was individually re-filed on January 25, 2016 by Short Form Complaint in Civil Action No. 2:16-cv-00652.

Mr. Cox passed away on or about January 25, 2019. A Notice and Suggestion of Death was filed in the Master Case, 2:14-md-02592-EEF-MBN, on March 8, 2019. (Doc. 12795).

Gerri Jackson-Cox was appointed Administrator of the Estate of Reuben Cox on March 28, 2019. Exhibit 1.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Reuben Cox's product

liability action against Defendants survived his death and was not extinguished. Gerri Jackson-Cox, surviving spouse and heir of Reuben Cox and Administrator of the Estate of Reuben Cox, is a proper party to substitute for Plaintiff-Decedent Reuben Cox and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, PREMISES CONSIDERED, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

Dated:  April 2, 2019                        Respectfully submitted,

By:    /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 2, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi