**CERTIFICATE/LETTER OF QUALIFICATION -**     Court File No. <u>CWF190000114</u>
**FOR PROSECUTION OR DEFENSE OF CIVIL ACTION**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454

**<u>Suffolk</u> Circuit Court**

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **<u>March 28, 2019</u>**
                                                                                                                     DATE

**<u>Gerri Jackson-Cox Administrator</u>**,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

**<u>Ruben Cox Jr.</u>**, deceased, solely for the purpose of prosecution or defense of a civil action for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

**<u>$500.00</u>** bond has been posted.

Given under my hand and the seal of this Court on

<u>March 28, 2019</u>
    DATE

                                                **<u>W. Randolph Carter Jr.</u>**, Clerk

                                                by _____, Deputy Clerk

FORM CC-1627 (MASTER) 07/15