IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY** | : : : | **MDL NO. 2592** |
| | : | **SECTION "L"** |
| *This Documents Relates to:* | : | |
| Ruth McCraw v. Janssen Research & Development, LLC, et al. | : : : | **JUDGE ELDON E. FALLON** |
| Civil Action No. 2:16-cv-15109 | : : | **MAG. JUDGE MICHAEL NORTH** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Katheryn Rogers on behalf of her deceased mother, Ruth McCraw.

1. Ruth McCraw filed a products liability lawsuit against Defendants on September 30, 2016.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Ruth McCraw died on December 27, 2017.

3. Ruth McCraw's product liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on April 3, 2019.

5. Katheryn Rogers, surviving daughter of Ruth McCraw, is a proper party to substitute for plaintiff-decedent Ruth McCraw and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Katheryn Rogers requests that this Court grant her request for substitution as plaintiff in this action.

Dated this 3rd day of April, 2019.

                        Respectfully submitted by,

                        /s/ *Michael P. McGartland*
                        MS Bar No. 100487
                        McGartland Law Firm, PLLC
                        University Centre I, Suite 500
                        1300 South University Drive
                        Fort Worth, Texas 76107
                        Telephone:    (817) 332-9300
                        Facsimile:    (817) 332-9301
                        mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

                    By:    /s/ *Michael P. McGartland*
                              Michael P. McGartland