IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY** | : : : | **MDL NO. 2592** |
| | : | **SECTION "L"** |
| *This Documents Relates to:* | : | |
| Ruth McCraw v. Janssen Research & Development, LLC, et al. | : : | **JUDGE ELDON E. FALLON** |
| | : | |
| Civil Action No. 2:16-cv-15109 | : : | **MAG. JUDGE MICHAEL NORTH** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Substitute Party Plaintiff is hereby set for submission before The Honorable Eldon E. Fallon, on May 1st, 2019, at 9:00 a.m.

Dated this 3rd day of April, 2019.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

By:    /s/ *Michael P. McGartland*
            Michael P. McGartland