IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY** | : | **MDL NO. 2592** |
| | : | |
| | : | **SECTION "L"** |
| *This Documents Relates to:* | : | |
| Ruth McCraw v. Janssen Research & Development, LLC, et al. | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | |
| Civil Action No. 2:16-cv-15109 | : | **MAG. JUDGE MICHAEL NORTH** |
| | : | |

### ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Katheryn Rogers' Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Katheryn Rogers, as surviving daughter and duly appointed Administrator of the Estate of Ruth McCraw, deceased, is substituted as Plaintiff in this action.

Dated this ____ day of _____, 2019.

_____
HONORABLE ELDON E. FALLON
United States District Court Judge