UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| This Document Relates To: | |
| | JUDGE FALLON |
| *The Estate of Jill M. Horn and Sidney Horn v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*; Civil Case No. 2:15-cv-04047 | MAG. JUDGE NORTH |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff in the above-related action, and hereby requests that M. Palmer Lambert and Claire E. Berg of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled action.

WHEREFORE, Plaintiff moves this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling M. Palmer Lambert and Claire E. Berg as co-counsel of record and appointing as lead counsel in the above-entitled and numbered action.

Dated: April 3, 2019                    Respectfully Submitted,

                   */s/ Henry W. Kinney*
                 Henry W. Kinney (Bar # 7410)
                 Kinney, Ellinghausen & DeShazo
                 1250 Poydras Street, Suite 2450
                 New Orleans, LA 70113
                 Phone: (504) 524-0206
                 Fax: (504) 525-6216
                 Email: hkinney@kinneylaw.com

                */s/ Claire E. Berg*
M. Palmer Lambert (#33228)
Claire E. Berg (#37029)
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
plambert@gainsben.com
cberg@gainsben.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, the above and forgoing Motion to Enroll as Co-Counsel of Record was filed electronically and is available for reviewing though this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                Respectfully Submitted,

                */s/ Henry W. Kinney*
Henry W. Kinney (Bar # 7410)
Kinney, Ellinghausen & DeShazo
1250 Poydras Street, Suite 2450
New Orleans, LA 70113
Phone: (504) 524-0206
Fax: (504) 525-6216
Email: hkinney@kinneylaw.com
Attorneys for Plaintiffs