UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: | SECTION: L |
| *The Estate of Jill M. Horn and Sidney Horn v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*; Civil Case No. 2:15-cv-04047 | JUDGE FALLON MAG. JUDGE NORTH |

## ORDER

Considering the forgoing Motion to Enroll as Co-Counsel of Record,

IT IS HEREBY ORDERED, ADJUSTED AND DECREED that M. Palmer Lambert and Claire E. Berg of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be allowed to enroll and are hereby enrolled as co-counsel and lead counsel of Plaintiff in the above-entitled action.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**