IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## PLAINTIFF'S FIRST EX PARTE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

MAY IT PLEASE THE COURT:

COMES NOW the Plaintiff, Beverly A. Shull, by and through the undersigned counsel, in the above listed action and respectfully requests that this Court grant the First Ex Parte Motion for Leave to File Amended Complaint and that this Court issue an Order allowing them to File the Amended Complaint and Summons in the above listed action to include Defendant Bayer Pharma AG in the style of the case. Bayer Pharma AG was listed in Paragraph 35 of the original Complaint but not listed in the style of the case. The proposed amendment would add defendant Bayer Pharma AG into the caption of the Complaint, with no new legal claims added to the Complaint. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, leave to amend should be liberally granted in furtherance of the ends of justice. A brief memorandum in support of Plaintiff's Ex Parte Motion is submitted herewith.

Respectfully Submitted,

RICHARD W. DAVIS, JR.

Date: April 3, 2019     By:     /s/ Richard W. Davis, Jr.
　　　　　　　　　　　　　　　Richard W. Davis, Jr.
　　　　　　　　　　　　　　　Virginia State Bar No. 41388
　　　　　　　　　　　　　　　DAVIS, DAVIS & DAVIS ATTORNEYS
　　　　　　　　　　　　　　　519 Second Street
　　　　　　　　　　　　　　　P. O. Box 3448
　　　　　　　　　　　　　　　Radford, Virginia  24143
　　　　　　　　　　　　　　　(540) 639-9081 Ext. 4
　　　　　　　　　　　　　　　(540) 639-9095 Facsimile
　　　　　　　　　　　　　　　Counsel for Plaintiff, Beverly A. Shull

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of April 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard W. Davis, Jr.