IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S FIRST EX PARTE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiff Beverly A. Shull, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 15, submits this memorandum in support of the Plaintiff's First Motion for Leave to File Amended Complaint.

Rule 15 of the Federal Rules of Civil Procedure provides that a plaintiff may amend its pleading once as a matter of course. The original Complaint in this action was timely filed.

Plaintiff respectfully requests leave to file amended Complaint to add defendant Bayer Pharma AG to the style of the Complaint. Plaintiff makes this request in good faith and has good cause for the relief she seeks. Bayer Pharma AG was listed in Paragraph 35 in the body of the original Complaint but not listed in the style of the Complaint. Service cannot be perfected upon Bayer Pharma AG due to defendant Bayer Pharma AG not being included in the style of the original Complaint. Plaintiff's counsel did not become aware that defendant

Bayer Pharma AG was erroneously left out of the style of the Complaint until attempting service upon Bayer Pharma AG. There is no prejudice to the defendants as these matters were to be tabled for future bell weather trials. In this case, the untimely service would be a mistake without prejudice to the litigation.

Based on the foregoing, plaintiff respectfully requests that this Court enter an Order allowing leave to file an Amended Complaint to add defendant Bayer Pharma AG into the style of the Complaint to perfect service upon defendant Bayer Pharma AG.

Respectfully Submitted,

RICHARD W. DAVIS, JR.

Date: April 3, 2019     By:     /s/ Richard W. Davis, Jr.
Richard W. Davis, Jr.
Virginia State Bar No. 41388
DAVIS, DAVIS & DAVIS ATTORNEYS
519 Second Street
P. O. Box 3448
Radford, Virginia  24143
(540) 639-9081 Ext. 4
(540) 639-9095 Facsimile
Counsel for Plaintiff, Beverly A. Shull

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 34d day of April 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Richard W. Davis, Jr.