IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO® (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No.: 2592 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) ) ) | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Beverly A. Shull, by and through her undersigned counsel, and files this Notice of Submission of **Plaintiff's First Ex Parte Motion for Leave to File Amended Complaint** to be submitted on May 1, 2019, before the Honorable Judge Eldon E. Fallon.

Respectfully Submitted,

RICHARD W. DAVIS, JR.

Date: April 3, 2019        By:     /s/ Richard W. Davis, Jr.
Richard W. Davis, Jr.
Virginia State Bar No. 41388
DAVIS, DAVIS & DAVIS ATTORNEYS
519 Second Street
P. O. Box 3448
Radford, Virginia  24143
(540) 639-9081 Ext. 4
(540) 639-9095 Facsimile
Counsel for Plaintiff, Beverly A. Shull

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of April 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: ____/s/ Richard W. Davis, Jr.____
Richard W. Davis, Jr.
Virginia State Bar No. 41388
DAVIS, DAVIS & DAVIS ATTORNEYS
519 Second Street
P. O. Box 3448
Radford, Virginia  24143
(540) 639-9081 Ext. 4
(540) 639-9095 Facsimile
Counsel for Plaintiff, Beverly A. Shull