UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL NO.: 2592 <br><br> SECTION  L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> Civil Action No. 2:15-cv-5257 |

THIS DOCUMENT RELATES TO:

    **NANCY SOLE**

    **Civil Action No. 2:15-cv-5257**

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNENYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the Honorable Court of the death of Nancy Sole on April 7, 2018.

Dated this the 3nd day of April, 2019

    Respectfully Submitted,

    **Diez-Arguelles & Tejedor, PA**

    By: /s/ *Maria D. Tejedor*
    FBN: 0095834
    Maria D. Tejedor, Attorney-at-Law
    505 N. Mills Avenue
    Orlando, FL  32803
    Telephone: (407)705-2880
    Facsimile: (888)611-7879
    Attorney for Plaintiff
    Email: mail@theorlandolawyers.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 3, 2019, a copy of the above and foregoing *Suggestion of Death* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**Diez-Arguelles & Tejedor, PA**

By: /s/ *Maria D. Tejedor*
FBN: 0095834
Maria D. Tejedor, Attorney-at-Law
505 N. Mills Avenue
Orlando, FL  32803
Telephone: (407)705-2880
Facsimile: (888)611-7879
Attorney for Plaintiff
Email: mail@theorlandolawyers.com