UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL NO.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> Civil Action No. 2:15-cv-5203 |

THIS DOCUMENT RELATES TO:

**GODFREDO RONDON**

**Civil Action No. 2:15-cv-5203**

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNENYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the Honorable Court of the death of Godfredo Rondon on July 20, 2018.

Dated this the 3rd day of April, 2019

                                                            Respectfully Submitted,

                                                            Diez-Arguelles & Tejedor, PA

                                                            <u>By: /s/ Maria D. Tejedor</u>
                                                            Maria D. Tejedor, Attorney-at-Law
                                                            FBN: 0095834
                                                           505 N. Mills Avenue
                                                           Orlando, FL 32803
                                                           Telephone: (407)705-2880
                                                          Facsimile: (888)611-7879
                                                          Attorney for Plaintiff
                                                          Email: <u>mail@theorlandolawyers.com</u>

## CERTIFICATION OF SERVICE

I hereby certify that on April 3, 2019, a copy of the above and foregoing Suggestion of Death has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Diez-Arguelles & Tejedor, PA

By: /s/ Maria D. Tejedor
Maria D. Tejedor, Attorney-at-Law
FBN: 0095834
505 N. Mills Avenue
Orlando, FL  32803
Telephone: (407)705-2880
Facsimile: (888)611-7879
Attorney for Plaintiff
Email: mail@theorlandolawyers.com