# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOLANDA KELKER as personal representative of The estate of EVELYN LEE, | ) ) |
| | ) MDL NO. 2592 |
| Plaintiff. | ) |
| | ) JUDGE: ELDON E. FALLON |
| | ) |
| | ) SECTION: L |
| | ) |
| v. | ) MAG. JUDGE: MICHAEL NORTH |
| | ) |
| | ) CIVIL ACTION NO. 2:19-cv-2789 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTH LLC; JANSSEN PHARMACEUTICAL, INC. f/k/a JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC, f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; AND BAYER AG, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Yolanda Kelker as personal representative of the estate of Evelyn Lee, Pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1a), by and through the undersigned counsel, hereby seeks to amend the Complaint by naming Yolanda Kelker as the daughter and personal representative of the estate of Evelyn Lee. Plaintiff also seeks to amend the injury from rectal bleeding to gastrointestinal bleed. Specifically, in the "Plaintiffs' Specific Allegations" section. The complaint in error, stated that Yolanda Kelker is the daughter and personal representative of the

estate of Yolanda Kelker. Additionally, the medical records state that the client suffered from a gastrointestinal bleed.

Plaintiff Yolanda Kelker's Complaint was filed via LAED CM/ECF on March 22, 2019 on behalf of deceased Plaintiff Evelyn Lee. Service was then executed on March 28, 2019.

WHEREFORE, Plaintiff respectfully requests that this court grant Plaintiff's Motion and Order to Amend Complaint.

Dated: April 3, 2019

Respectfully submitted,

SWMW Law, LLC

By: /s/Stephen B. Wohlford
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**