UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON MAG JUDGE NORTH |
| THIS DOCUMENT RELATES TO: C.A. 15-4649, Abejckerr, et al v. Janssen Research & Development LLC, et al | | |

### ORDER

It has been brought to the Court's attention that the above captioned case was filed as a Bundled Case on September 23, 2015. The Court issued a Severance Order on September 29, 2015, ordering that the complaint be severed into separate, individual cases for each group of related Plaintiffs, in accordance with the terms and conditions outlined in Pre-Trial Order No. 11. Plaintiffs Leonides Hidalgo, Olimpia Rodriguez, Marina Peralta-Alvarez and Claudio Sanriago, were never Severed out into individual cases, nor were individual complaints filed on behalf of these plaintiffs. Plaintiff Isaac Abejckerr was listed in the complaint first, therefore, Mr. Abejcker, should remain as the only plaintiff in this matter and all future filings in this matter should reference only Mr. Abejecker.

Considering the foregoing, IT IS ORDERED this Court's previous order entered on March 8, 2019, Rec. Doc. No. 12784, be and hereby is WITHDRAWN, as well as the amended complaint filed on the same date, Rec. Doc. No. 12785. IT IS FURTHER ORDERED that counsel for plaintiffs Leonides Hidalgo, Olimpia Rodriguez, Marina Peralta-Alvarez and Claudio Sanriago, shall file a SEVERED, short-form complaint for each of these four plaintiffs in accordance with Pretrial Order Nos. 11, 11B and 11D, within 15 days of the entry of this order.

The Court recognizes that plaintiffs' original counsel withdrew from this matter and is therefore allowing current counsel to file the appropriate pleadings to correct the previously filed erroneous documents, without prejudicing the parties in this matter. IT IS FURTHER ORDERED that the May 20, 2016 deadline for filing severed complaints, established by Pretrial Order No. 11E remain in effect.

NEW ORLEANS, LOUISIANA, this 2nd day of April, 2019.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Clerk to Notify:
Carlos Diez-Arguelles, Esq.
Diez-Arguelles
505 N. Mills Avenue
Orlando, FL  32803
carlos@theorlandolawyers.com