UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| This Document Relates To: | JUDGE ELDON E. FALLON |
| *Lashonna Alece Wood, Individually, and on behalf of the Estate of Rebecca Davis Lewis v. Janssen Research and Development, et al.* Civil Case No.: 2:16-cv-06085 | MAGISTRATE JUDGE NORTH |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, by and through the undersigned counsel, comes Plaintiffs in the above-related action and hereby request that Elizabeth Middleton Burke of Richardson, Patrick, Westbrook & Brickman, LLC be enrolled as co-counsel of record and be substituted as lead counsel in the above-entitled action.

WHEREFORE, Plaintiff moves this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Elizabeth Middleton Burke as co-counsel of record and appointed as lead counsel in the above-entitled action.

Dated this 4th day of April, 2019.

Respectfully submitted,

By.    s/ Joseph D. Dickey, Jr.
       Joseph D. Dickey, Jr., (SC ID# 11311)
       DICKEY LAW GROUP, LLC
       1817 Hampton Street
       Columbia, South Carolina 29201
       Telephone: (803) 380-5575
       Facsimile: (803) 380-5576

Joe Mooneyham (SC ID# 3965)
Post Office Box 8359
Greenville, South Carolina 29604
Telephone: (864) 421-0036
Facsimile: (864) 421-9060

By:     s/ Elizabeth Middleton Burke
        Elizabeth M. Burke, Esquire (SC ID# 7466)
        RICHARDSON, PATRICK,
        WESTBROOK & BRICKMAN, LLC
        1037 Chuck Dawley Boulevard, Building A
        Mt. Pleasant, SC 29464
        Telephone: (843) 727-6500
        Facsimile: (843) 216-6509

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

By.     s/ Joseph D. Dickey, Jr.
        Joseph D. Dickey, Jr., (SC ID# 11311)
        DICKEY LAW GROUP, LLC
        1817 Hampton Street
        Columbia, South Carolina 29201
        Telephone: (803) 380-5575
        Facsimile: (803) 380-5576

        ATTORNEY FOR PLAINTIFFS