UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| This Document Relates To: | JUDGE ELDON E. FALLON |
| *Lashonna Alece Wood, Individually, and on behalf of the Estate of Rebecca Davis Lewis v. Janssen Research and Development, et al.* Civil Case No.: 2:16-cv-06085 | MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Enroll as Co-Counsel of Record,

**IT IS HEREBY ORDERED, ADJUSTED AND DECREED** that Elizabeth Middleton Burke of Richardson, Patrick, Westbrook & Brickman, LLC be allowed to and is enrolled as co-counsel and lead counsel for the Plaintiffs in the above-entitled action.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**