UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   :  MDL NO. 2592
PRODUCTS LIABILITY LITIGATION   :
                                :  SECTION L
                                :
                                :  JUDGE ELDON E. FALLON
                                :
                                :  MAG. JUDGE MICHAEL NORTH
................................:

THIS DOCUMENT RELATES TO:
WANDA M. MILES, 2:15-cv-02713

MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT comes Craig S. Watson, Attorney at Law, who represents to this Honorable Court that plaintiff's counsel, Donald G. Cave, passed away on February 12, 2018. As a result of the death of Donald G. Cave, Craig S. Watson has been employed to represent plaintiff, Wanda M. Miles, in the captioned matter, desires to be substituted for Donald G. Cave as lead counsel for plaintiff, and desires to have his name placed of record in this case.

WHEREFORE, Craig S. Watson moves this Court for an order substituting him for Donald G. Cave as lead counsel for plaintiff, Wanda M. Miles, in the captioned proceedings.

Respectfully submitted:

s/Craig S. Watson
Craig S. Watson, LSBA No. 14485
3909 Plaza Tower Drive
Baton Rouge, LA  70816-4356
Telephone:  (225) 292-3800
Facsimile:  (225) 292-3803

CERTIFICATE OF SERVICE

    I hereby certify that on April 4, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                        s/Craig S. Watson
                                        Craig S. Watson, LSBA No. 14485
                                        3909 Plaza Tower Drive
                                        Baton Rouge, LA  70816-4356
                                        Telephone:  (225) 292-3800
                                        Facsimile:  (225) 292-3803