UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)      :  MDL NO. 2592
PRODUCTS LIABILITY LITIGATION     :
                                  :  SECTION L
                                  :
                                  :  JUDGE ELDON E. FALLON
                                  :
                                  :  MAG. JUDGE MICHAEL NORTH
.................................:

THIS DOCUMENT RELATES TO:
WANDA M. MILES, 2:15-cv-02713

<u>ORDER</u>

CONSIDERING THE FOREGOING:

IT IS ORDERED by the Court that Craig S. Watson be substituted for Donald G. Cave as lead counsel for plaintiff, Wanda M. Miles, in the above entitled and numbered cause.

New Orleans, Louisiana, this _____ day of April, 2019.


_____
JUDGE,
UNITED STATES DISTRICT COURT