UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Clarence Darty and Irma Darty v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08825

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13037, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Irma Darty, surviving spouse of Clarence Darty, is substituted for Plaintiff Clarence Darty as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE