UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Wilma Matthews v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-06171

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13039, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Direan Smith Copeland, surviving daughter of Wilma Matthews, is substituted for Plaintiff Wilma Matthews as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE