UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Linda Ratliff v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-09191

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13042, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Angela Ratliff Braughton, surviving daughter of Linda Ratliff, is substituted for Plaintiff Linda Ratliff as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE