UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Freda Wallace v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-07677

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13043, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Steven Hill, surviving brother and executor of the estate of Freda Wallace, is substituted for Plaintiff Freda Wallace as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE