UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*Murfield v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01572

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13046, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lance Murfield, surviving spouse of Sarah Murfield, is substituted for Plaintiff Sarah Murfield as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE