# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2952 |
| This document Relates to: Shirley McLain v. Janssen Research & Development, LLC, et al. | SECTION L |
| | JUDGE ELDON FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| Civil Action No. 2:18-cv-7245 | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the federal rules of civil procedure hereby informs the Honorable Court of the death of Plaintiff Shirley McLain.

Dated this 4th day of April 2019.

Respectfully Submitted

/s/ *Joaquin A. Quero*

Joaquin A. Quero
Johnston Law Group
268 Ponce de Leon Ave., Ste 1020
San Juan, PR 00918
Phone: 415-744-1500
Fax: 844-644-1230
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2952.

/s/ *Joaquin A. Quero*
Joaquin A. Quero