UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIAGATION | : : : | MDL No. 2592 |
| *This Documents Relates To*: Mary T. Guerin v. Janssen Research & Development, LLC. et al. | : : : : | SECTION L  JUDGE ELDON E. FALLON |
| Civil Action No: 2:16-cv-12933 _____ | : : : : | MAGISTRATE JUDGE NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Mary T. Guerin.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by the Personal Representative and Administrator of Mary T. Guerin Estate.

      Respectfully submitted By:

      /s/Nicholas R. Rockforte
      Nicholas R. Rockforte LA Bar No. 31305
      Christopher L. Coffin, LA Bar No. 27902
      Pendley, Baudin & Coffin L.L.P.
      P.O. Box 71
      24110 Eden Street
      Plaquemine, Louisiana 70765
      Phone: 225/687-6396
      Fax: 225/687-3696
      nrockforte@pbclawfirm.com

      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hearby certifiy that on April 4, 2019, a copy of the above and forgoing Suggestion of death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(c), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      _____/s/ Nicholas R. Rockforte_____