UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIAGATION | : | MDL No. 2592 |
| | : | |
| *This Documents Relates To*: | : | SECTION L |
| Mary T. Guerin v. Janssen Research & Development, LLC. et al. | : | JUDGE ELDON E. FALLON |
| | : | |
| Civil Action No: 2:16-cv-12933 | : | |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| _____ | : | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Robert Emmett Guerin, Jr. on behalf of his deceased mother, Mary T. Guerin.

1. Mary T. Guerin filed a products liability lawsuit against defendants on July 19, 2016.

2. Plaintiff Mary T. Guerin died on January 3, 2018. See Death Certificate attached as "Exhibit A".

3. Mary T. Guerin's product liability action against defendants survived her death and was not extinguished.

4. On April 4, 2019, a Notice of Suggestion of Death was filed, attached hereto as "Exhibit B".

5. Robert Emmet Guerin, Jr., surviving son of Mary T. Guerin, was appointed as Personal Representative and Administrator of the Estate on April 18, 2018 by the State of Maryland, attached here to as "Exhibit C".

6.	Robert Emmet Guerin, Jr., surviving son of Mary T. Guerin, and Personal Representative of her estates is a proper party to substitute for plaintiff-decedent Mary T. Guerin and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25 (a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: April 4, 2019                                Respectfully submitted, by:

/s/Nicholas R. Rockforte
Nicholas R. Rockforte LA Bar No. 31305
Christopher L. Coffin, LA Bar No. 27902
**Pendley, Baudin & Coffin L.L.P.**
P.O. Box 71
24110 Eden Street
Plaquemine, Louisiana 70765
Phone: 225/687-6396
Fax: 225/687-3696
nrockforte@pbclawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, a copy of the forgoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(c), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Nicholas R. Rockforte