UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIAGATION | : : : | MDL No. 2592 |
| *This Documents Relates To*: Mary T. Guerin v. Janssen Research & Development, LLC. et al. | : : : : | SECTION L  JUDGE ELDON E. FALLON |
| Civil Action No: 2:16-cv-12933 _____ | : : : : | MAGISTRATE JUDGE NORTH |

### ORDER ON MOTION TO SUBSTITUE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Robert Emmet Guerin, Jr's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, by states:

IT IS ORDERED AND ADJUGED THAT:

1. Motion is GRANTED.

2. ROBERT EMMET GUERIN, JR., as surviving son and Personal Representative and Administrator of the estate of MARY T. GUERIN, is substituted as Plaintiff in this action.

Dated: _____          _____
                                   JUDGE ELDON E. FALLON