# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY** | : | **MDL NO. 2592** |
| | : | |
| | : | **SECTION "L"** |
| *This Documents Relates to:* | : | |
| Mary T. Guerin v. Janssen Research & Development, LLC, et al. | : | **JUDGE ELDON E. FALLON** |
| | : | |
| Civil Action No. 2:16-cv-12933 | : | **MAG. JUDGE MICHAEL NORTH** |
| | : | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Substitute Party Plaintiff is hereby set for submission before The Honorable Eldon E. Fallon, on May 2nd, 2019, at 9:00 a.m.

Dated this 4rd day of April, 2019.

                                                               Respectful submitted by,

                                                         /s*Nicholas R. Rockforte*

                                                         Nicholas R. Rockforte, LA Bar No. 31305
                                                         Christopher L. Coffin, LA Bar No. 27902
                                                         Pendley Baudin & Coffin L.L.P.
                                                         P.O. Box 71
                                                         24110 Eden St.
                                                         Plaquemine, LA 70765
                                                         Phone: 225-687-6396
                                                         Fax: 225-687-6398
                                                         nrockforte@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4rd day of April, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

                                                      By:     /s/Nicholas R. Rockforte
                                                                      Nicholas R. Rockforte