# Exhibit A

# STATE OF MARYLAND
## Department of Health and Mental Hygiene
### Division of Vital Records

**Certificate of Death**

File Number: 32018MD004370

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name | MARY T GUERIN / MARY TERESA GUERIN |
| 2. Date of Death | 01/03/2018 |
| 3. Time of Death | 1553 |
| 4a. Facility Name | ATLANTIC GENERAL HOSPITAL |
| 4b. City, Town or Location of Death | BERLIN |
| 4c. County of Death | WORCESTER |
| 5. Social Security Number | 216204242 |
| 6. Sex | F |
| 7. Age | 90 YR |
| 8. Date of Birth | 01/13/1927 |
| 9. Birthplace | MARYLAND |
| 10a. State | MARYLAND |
| 10b. County | WORCESTER |
| 10c. City, Town or Location | BERLIN |
| 10d. Inside City Limits? | UNK |
| 10e. Address | 14 ANCHOR WAY DR |
| 10f. Zip Code | 21811 |
| 11. Marital Status | MARRIED |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | WHITE |
| 15. Decedent's Education | HS OR GED |
| 16a. Decedent's Usual Occupation | CLERK |
| 16b. Business/Industry | SSA |
| 17. Father's Name | JOHN JOSEPH CARR |
| 18. Mother's Name Prior to First Marriage | MARY CHRISTINE KENNEDY |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | COLLEEN ELIZABETH STASS |
| 20b. Informant's Relationship | DAUGHTER |
| 20c. Informant's Mailing Address | 120 PINEHURST RD., BERLIN, MARYLAND 21811 |
| 21a. Method of Disposition | DONATION |
| 21b. Place of Disposition | |
| 21c. Date of Disposition | UNK |
| 21d. Location | -, -, MARYLAND |
| 22a. Signature of Funeral Service Licensee | RONALD SPENCER WADE |
| 22b. License No | M00598 |
| 22c. Name and Address of Funeral Facility | MARYLAND STATE ANATOMY BOARD, 655 W. BALTIMORE STREET, BALTIMORE, MD 21201 |

**23a. Part I. Disease, injuries, or complications that directly caused the death**

Immediate Cause (final disease or condition resulting in death):
a. ASPIRATION PNEUMONIA

Due to (or as a consequence of):
b. ESOPHAGEAL DYSMOTILITY

Due to (or as a consequence of):
c.

Due to (or as a consequence of):
d.

Approximate Interval Between Onset and Death: DAYS

**Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I**
CONGESTIVE HEART FAILURE

23b. Did tobacco use contribute to the cause of death? NO

| Field | Value |
|---|---|
| 24a. Was an autopsy performed? | NO |
| 24b. Were autopsy findings available prior to completion of cause of death? | NO |
| 25a. Was case referred to medical examiner? | NO |
| 25b. Medical Examiner Countersignature | |
| 26. Place of Death | INPATIENT |
| 27. Manner of Death | NATURAL |
| 28a. Date of Injury | |
| 28b. Time of Injury | |
| 28c. How Injury occurred | |
| 28d. Injury at work? | |
| 28e. Transportation Injury? | |
| 28f. Place of Injury | |
| 28g. Location of Injury | |
| 29a. Certifier Type | CERTIFYING PHYSICIAN |
| 29b. Signature and Title of Certifier | JOHN GILLESPIE, MD |
| 29c. License No | D63904 |
| 29d. Date signed | 01/03/2018 |
| 30a. Name of person who completed cause of death | JOHN A GILLESPIE |
| 30b. Address of person who completed cause of death | 9733 HEALTHWAY DRIVE, BERLIN, MARYLAND 21811 |

For Office Use Only: MEDICAL amendment 02/07/2018 fields 1

| 31. Date Filed | 32. Registrar at Filing | 33. Date Issued |
|---|---|---|
| 02/02/2018 | GENEVA G. SPARKS | 02/07/2018 |

34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records.

Registrar's Signature: Geneva G. Sparks

3202595



DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.