# Exhibit C



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. 17365

I certify that administration of the Estate of

**MARY TERESA GUERIN**
AKA: MARY T. GUERIN

was granted on the    18th    day of   APRIL, 2018

to   ROBERT EMMET GUERIN JR.

as personal representative(s) and the appointment is in effect

this   18th   day of   APRIL, 2018

☐ Will probated _____ (date)

☑ Intestate estate

☐ Unprobated Will - Probate Not Required

*Charlotte K. Cathell*
CHARLOTTE K. CATHELL
Register of Wills for
WORCESTER COUNTY

VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER

RW1107

ROWNET
11/2009