**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

THEODORE VANCE AND BARBARA VANCE

2:16-CV-7693

**NOTICE AND SUGGESTION OF DEATH**

     Counsel for Plaintiffs, Theodore Vance and Barbara Vance, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Theodore Vance. Counsel further respectfully informs this Court that a Motion to Substitute the Party Plaintiff will be filed by Executrix of the Estate of Theodore Vance.

                                            Respectfully submitted,

Dated: <u>April 4, 2019</u>          <u>/s/ Roopal P. Luhana</u>
                                                        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

                                              /s/ Roopal P. Luhana