# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    )   MDL No. 2592
PRODUCTS LIABILITY LITIGATION  )

)   SECTION: L
)   JUDGE ELDON E. FALLON
THIS DOCUMENT RELATES TO:   )   MAGISTRATE JUDGE NORTH
*Patricia Burkman*   )
Civil Action No.: 2:16-cv-04810   )

## <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Pamela Burkman on behalf of her deceased mother, Patricia Burkman.

1. Patricia Burkman filed a products liability lawsuit against the defendants on May 10, 2016.

2. On June 10, 2017, Patricia Burkman died.

3. Patricia Burkman's products liability action against defendants survived her death and was not extinguished.

4. Pamela Burkman, surviving daughter and representative of Patricia Burkman's estate, is a proper party to substitute for plaintiff-decedent Patricia Burkman and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Pamela Burkman requests that this Court grant her request for substitution as plaintiff in this action.

This 4th day of April, 2019.

By:     */s/ Les Weisbrod*
        **LES WEISBROD**
        Texas Bar No. 21104900
        **ALEXANDRA V. BOONE**
        Texas Bar No. 00795259
        **MILLER WEISBROD LLP**
        11551 Forest Central Drive, Suite 300
        Dallas, Texas  75243
        Telephone:     (214) 987-0005
        Fax:           (214) 987-2545
        E-Mail:  lweisbrod@millerweisbrod.com

        **ATTORNEYS FOR PLAINTIFF**


### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

        */s/Les Weisbrod*
        **LES WEISBROD**