UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE ELDON E. FALLON |
| Henry E. Darna    2:16-cv-10138 | ) ) | MAG. JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **JEAN HYSMITH**, surviving Daughter of Plaintiff-Decedent **HENRY E. DARNA**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased father, **HENRY E. DARNA**.

1. Plaintiffs, **HENRY E. DARNA**, filed a products liability lawsuit against Defendants on June 9, 2016.
2. Subsequently, Plaintiff's Counsel learned that **HENRY E. DARNA** died.
3. Plaintiff-Decedent's product liability action against Defendants survived his death and was not extinguished.
4. Counsel filed a Suggestion of Death on April 4, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action

MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF                                    PAGE 1

Dated: April 4, 2019

        Respectfully submitted,

        VAN WEY LAW, PLLC

        ATTORNEY FOR PLAINTIFFS

        By: /s/ Kay L. Van Wey
            Kay L. Van Wey
            Texas State Bar No. 20461950

        12720 Hillcrest Road, Suite 725
        Dallas, Texas 75230
        214-329-1350 Telephone
        800-582-10422 Facsimile
        courtfilings@vanweylaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 4th day of April, 2017, by way of the Court's CM/ECF System.

        /s/ Kay L. Van Wey
        Kay L. Van Wey
        courtfilings@vanweylaw.com

**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**        **PAGE 2**