UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | |
| | ) | JUDGE ELDON E. FALLON |
| Henry E. Darna     2:16-cv-10138 | ) ) | MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **Henry E. Darna** on September 8, 2017.

Dated: April 4, 2019

        Respectfully submitted,

        VAN WEY LAW, PLLC

        ATTORNEY FOR PLAINTIFFS

        By: /s/ Kay L. Van Wey
           Kay L. Van Wey
           Texas State Bar No. 20461950

        12720 Hillcrest Road, Suite 725
        Dallas, Texas 75230
        214-329-1350 Telephone
        800-582-10422 Facsimile
        courtfilings@vanweylaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 4th day of April, 2017, by way of the Court's CM/ECF System.

/s/ Kay L. Van Wey
Kay L. Van Wey
courtfilings@vanweylaw.com