# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Ronald A. Cuahonte    2:16-cv-10132 | ) ) ) | JUDGE ELDON E. FALLON |
| _____ | ) | MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **Ronald A. Cuahonte** on January 14, 2018.

Dated: April 4, 2019

Respectfully submitted,

VAN WEY LAW, PLLC

ATTORNEY FOR PLAINTIFFS

By: /s/ Kay L. Van Wey
　　Kay L. Van Wey
　　Texas State Bar No. 20461950

12720 Hillcrest Road, Suite 725
Dallas, Texas 75230
214-329-1350 Telephone
800-582-10422 Facsimile
courtfilings@vanweylaw.com

SUGGESTION OF DEATH　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 4th day of April, 2017, by way of the Court's CM/ECF System.

/s/ Kay L. Van Wey
Kay L. Van Wey
courtfilings@vanweylaw.com