L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>THIS DOCUMENT RELATES TO:<br><br>GABRIELE WICHARY<br>2:18-cv-13989-EEF-MBN | **MDL 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel herby informs this Court of the death of Plaintiff Gabriele Wichary. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by the Personal Representative and Administrator of Gabriele Wichary's estate.

**The Law Office of L. Paul Mankin**

By: /s/ L. Paul Mankin
L. PAUL MANKIN
ATTORNEY FOR PLAINTIFF

**1**
**SUGGESTION OF DEATH**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 4, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.