# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Alverna Kriz v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:16-cv-16460**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Alverna Kriz, respectfully moves this court to substitute Marva Hawkins, as the Personal Representative for the Estate of Alverna Kriz, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Alverna Kriz passed away on or about October 24, 2016 (*see* Exhibit A).

2. Alverna Kriz's action against Defendants survives her death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Marva Hawkins as Plaintiff in the present action on behalf of the Estate of Alverna Kriz.

WHEREFORE, Counsel for Plaintiff, Alverna Kriz, respectfully requests that the Court grant Plaintiff's Motion to Substitute Marva Hawkins, as Personal Representative for the Estate of Alverna Kriz.

Respectfully submitted,

Dated: <u>April 4, 2019</u>   **GRANT & EISENHOFER P.A.**

By*:*   <u>*/s/ Thomas V. Ayala*   </u>
M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

# Exhibit A

### (Death Certificate)

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
NOV 03 2016

**STATE OF TEXAS — CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 142-16-157166

1. **LEGAL NAME OF DECEASED** (Include AKA's, if any) (First, Middle, Last): ALVERNA KRIZ (Maiden) HARLEY
2. **DATE OF DEATH** ACTUAL OR PRESUMED (mm-dd-yyyy): OCTOBER 24, 2016
3. **SEX:** FEMALE
4. **DATE OF BIRTH** (mm-dd-yyyy): JULY 4, 1925
5. **AGE** - Last Birthday (Years): 91
6. **BIRTHPLACE** (City & State or Foreign Country): SIOUX COUNTY, NE
7. **SOCIAL SECURITY NUMBER:** 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
8. **MARITAL STATUS AT TIME OF DEATH:** ☒ Widowed
9. **SURVIVING SPOUSE'S NAME:** 
10a. **RESIDENCE STREET ADDRESS:** 21441 C R 119
10c. **CITY OR TOWN:** TYLER
10d. **COUNTY:** SMITH
10e. **STATE:** TEXAS
10f. **ZIP CODE:** 75703
10g. **INSIDE CITY LIMITS?** ☒ No
11. **FATHER'S NAME PRIOR TO FIRST MARRIAGE:** LAZERNE HARLEY
12. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** JENNIE HARLEY
13. **PLACE OF DEATH:** ☒ Decedent's Home
14. **COUNTY OF DEATH:** SMITH
15. **CITY/TOWN, ZIP:** PRECINCT 2, 75703
16. **FACILITY NAME:** 2441 C R 119
17. **INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** MARVA HAWKINS - FRIEND
18. **MAILING ADDRESS OF INFORMANT:** 21443 C R 119, TYLER, TX 75703
19. **METHOD OF DISPOSITION:** ☒ Burial
20. **SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR:** RONALD H BOREN, BY ELECTRONIC SIGNATURE - 7012
21. ☒ Unknown
22. **PLACE OF DISPOSITION:** BULLARD CEMETERY
23. **LOCATION:** BULLARD, TX
24. **NAME OF FUNERAL FACILITY:** BOREN-CONNER FUNERAL HOME, INC - JACKSONVILLE
25. **COMPLETE ADDRESS OF FUNERAL FACILITY:** 750 SOUTH JACKSON STREET, JACKSONVILLE, TX 75766
26. **CERTIFIER:** ☒ Certifying physician
27. **SIGNATURE OF CERTIFIER:** CRAIG GUNTER, BY ELECTRONIC SIGNATURE
28. **DATE CERTIFIED:** NOVEMBER 2, 2016
29. **LICENSE NUMBER:** L1057
30. **TIME OF DEATH:** 01:49 PM
31. **PRINTED NAME, ADDRESS OF CERTIFIER:** CRAIG GUNTER 4111 UNIVERSITY BLVD, TYLER, TX 75701
32. **TITLE OF CERTIFIER:** MD

33. **CAUSE OF DEATH:**
a. IMMEDIATE CAUSE: CONGESTIVE HEART FAILURE

34. **WAS AN AUTOPSY PERFORMED?** ☒ No
35. **WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?**
36. **MANNER OF DEATH:** ☒ Natural
37. **DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ Unknown
38. **IF FEMALE:** ☒ Not pregnant within past year

42a. **REGISTRAR FILE NO.:** 01-409
42b. **DATE RECEIVED BY LOCAL REGISTRAR:** NOVEMBER 3, 2016
42c. **REGISTRAR:** REGISTRAR - SMITH COUNTY CLERK, ELECTRONICALLY FILED

EDR NUMBER 000001991137

VS-112 REV 1/2006

QA097504410   JLF

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

**ISSUED** NOV 04 2016

VICTOR A. FARINELLI
ACTING STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE