UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Charles Rankin v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:17-cv-11089**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Charles Rankin, respectfully moves this court to substitute Marlene Rankin, as the Personal Representative of the Estate of Charles Rankin, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. On October 24, 2017, Charles Rankin file a complaint in the above-captioned litigation.

2. Charles Rankin passed away on June 9, 2018 (*see* Exhibit A).

3. Charles Rankin's action against Defendants survives his death and is not extinguished.

4. Plaintiff's counsel now moves to substitute Marlene Rankin as Plaintiff in the present action on behalf of the Estate of Charles Rankin.

WHEREFORE, Counsel for Plaintiff, Charles Rankin, respectfully requests that this Court grant Plaintiff's Motion to Substitute Marlene Rankin, as Personal Representative for the Estate of Charles Rankin.

                                            Respectfully submitted,

Dated: April 5, 2019                **GRANT & EISENHOFER P.A.**

                                            By*:*    */s/ Thomas V. Ayala*
                                                          M. Elizabeth Graham
                                                          Thomas V. Ayala
                                                          Samantha Mertz
                                                          **GRANT & EISENHOFER P.A.**
                                                          123 Justison Street
                                                          Wilmington, DE 19801
                                                          Tel: (302) 622-7000
                                                          Fax: (302) 622-7100
                                                          egraham@gelaw.com
                                                          tayala@gelaw.com
                                                          smertz@gelaw.com

# Exhibit A

## (Death Certificate)

# STATE OF NORTH CAROLINA
## CLEVELAND COUNTY
## OFFICE OF REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
### CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 023-80   LOCAL NO. ____   COUNTY OF DEATH: Cleveland   STATE FILE NO. ____

**DECEDENT**

1a. FIRST: Charles
1b. MIDDLE: Hillis
1c. LAST: Rankin
1d. SUFFIX: Sr.
1e. LAST NAME PRIOR TO FIRST MARRIAGE: —

2. SEX: M
3a. AGE-LAST BIRTHDAY (Yrs): 81
4. DATE OF BIRTH: December 7, 1936
5. BIRTHPLACE: Gaston/NC
6. DATE OF DEATH: June 9, 2018

7a. PLACE OF DEATH: ☒ Nursing home/Long term care facility
7c. FACILITY NAME: White Oak Manor
7d. CITY OR TOWN: Shelby
7e. COUNTY OF DEATH: Cleveland

8. MARITAL STATUS: ☒ Married
9. SURVIVING SPOUSE: Marlene Lee
10a. DECEDENT'S USUAL OCCUPATION: Management
10b. KIND OF BUSINESS/INDUSTRY: Textiles

11. SOCIAL SECURITY NUMBER: 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
12a. RESIDENCE–STATE: North Carolina
12b. COUNTY: Cleveland
12c. CITY OR TOWN: Shelby
12d. STREET AND NUMBER: 4026 Lynn Circle
12e. INSIDE CITY LIMITS: ☒ No
12f. ZIP CODE: 28152
13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: ☒ Yes

14. DECEDENT'S EDUCATION: ☒ Associate degree (e.g., AA, AS)
15. ORIGIN: ☒ No, not Spanish/Hispanic/Latino
16. RACE: ☒ White

**PARENTS**

17. FATHER/PARENT NAME: James Felitas Rankin
18. MOTHER/PARENT NAME: Rosa Lee Hope

19a. INFORMANT'S NAME: Marlene Rankin
19b. RELATIONSHIP TO DECEDENT: Wife
19c. MAILING ADDRESS: 4026 Lynn Circle, Shelby, NC 28152

**DISPOSITION**

20a. METHOD OF DISPOSITION: ☒ Burial
20b. PLACE OF DISPOSITION: Cleveland Memorial Park
20c. LOCATION: Shelby, NC

21a. SIGNATURE OF FUNERAL DIRECTOR: [signature]
21b. LICENSE NUMBER: FS 3247
21c. NAME OF EMBALMER: Clay Bruggeman
21d. LICENSE NUMBER: FS 3247

22. NAME AND ADDRESS OF FUNERAL HOME: Cecil M. Burton Funeral Home & Crematory  106 Cherryville Road Shelby, NC 28150

**MEDICAL CERTIFICATION**

23. Part I.
a. IMMEDIATE CAUSE: DEMENTIA
b. Due to: ADULT FAILURE TO THRIVE

25. MANNER OF DEATH: ☒ Natural
26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: ☒ No
27. TIME OF DEATH: 0135
28. DID TOBACCO USE CONTRIBUTE TO DEATH?: —

32. CERTIFIER: ☒ Certifying physician/nurse practitioner/physician assistant
33a. SIGNATURE AND TITLE OF CERTIFIER: [signature]
33b. LICENSE NUMBER: 2003-00020
33c. DATE SIGNED: 6/13/18
33d. NAME AND ADDRESS OF CERTIFIER: Kevin R. Clark, DO  420 N Center St Ste 20  Hickory, NC 28601

**REGISTRAR**

34. FOR REGISTRAR: Dorothea Wyant /dk
35. DATE FILED: 06/14/2018

Volume: ____   Page: record

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

Betsy S. Harnage
Register of Deeds
Cleveland County

Witness my hand and official seal this the 15 day of June, 2018.

By: Nilda B Blanton
Deputy/Assistant Register of Deeds

Any alterations or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE