UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Rachel Jones, o/b/o the Estate of Janet Roland v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:16-cv-14672**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Rachel Jones, respectfully moves this court to substitute Christina Jo Booty, as the Executrix for the Estate of Janet Roland, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Janet Roland passed away on or about September 13, 2014 (*see* Exhibit A).

2. On September 13, 2016, the undersigned counsel filed a complaint on behalf of Rachel Jones as Personal Representative of the Estate of Janet Roland.

3. Plaintiff's counsel now moves to substitute Christina Jo Booty, Executrix of the Estate pursuant to the Letters of Administration issued on February 16, 2017 (*see* Exhibit B), as Plaintiff in the present action, on behalf of the Estate of Janet Roland.

WHEREFORE, Counsel for Plaintiff, Rachel Jones, respectfully requests that this Court grants Plaintiff's Motion to Substitute Christina Jo Booty as the Executrix of the Estate of Janet Roland.

Respectfully submitted,

Dated: April 5, 2019          **GRANT & EISENHOFER P.A.**

By*:*    */s/ Thomas V. Ayala*
       M. Elizabeth Graham
       Thomas V. Ayala
       Samantha Mertz
       **GRANT & EISENHOFER P.A.**
       123 Justison Street
       Wilmington, DE 19801
       Tel: (302) 622-7000
       Fax: (302) 622-7100
       egraham@gelaw.com
       tayala@gelaw.com
       smertz@gelaw.com

# Exhibit A
## (Death Certificate)

# CERTIFICATION OF VITAL RECORD

## City of Tomball, TEXAS

**STATE OF TEXAS — CERTIFICATE OF DEATH**

**STATE FILE NUMBER**

1. LEGAL NAME OF DECEASED: JANET LYNN ROLAND (Maiden) WEAVER
2. DATE OF DEATH - ACTUAL OR PRESUMED: SEPTEMBER 13, 2014
3. SEX: FEMALE
4. DATE OF BIRTH: JULY 19, 1951
5. AGE: 63
6. BIRTHPLACE: HOUSTON, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: Widowed
9. SURVIVING SPOUSE'S NAME: —
10a. RESIDENCE STREET ADDRESS: 9118 CARRAWAY LANE
10c. CITY OR TOWN: MAGNOLIA
10d. COUNTY: MONTGOMERY
10e. STATE: TEXAS
10f. ZIP CODE: 77354
10g. INSIDE CITY LIMITS? No
11. FATHER'S NAME: ROBERT EUGENE WEAVER
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: BETTY JO JORDY
13. PLACE OF DEATH: Inpatient (Hospital)
14. COUNTY OF DEATH: HARRIS
15. CITY/TOWN, ZIP: TOMBALL, 77375
16. FACILITY NAME: TOMBALL REGIONAL HOSPITAL
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: CHRISTINA JO BOOTY - DAUGHTER
18. MAILING ADDRESS OF INFORMANT: 4205 CHESTNUT ST, ZACHARY, LA 70791
19. METHOD OF DISPOSITION: Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: RAYMOND REED, BY ELECTRONIC SIGNATURE - 11163
22. PLACE OF DISPOSITION: OKLAHOMA COMMUNITY CEMETERY
23. LOCATION: MAGNOLIA, TX
24. NAME OF FUNERAL FACILITY: KLEIN FUNERAL HOME, INC. -TOMBALL
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 1400 WEST MAIN ST., TOMBALL, TX 77375
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: QUINCY LUCAS, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: SEPTEMBER 29, 2014
29. LICENSE NUMBER: M9467
30. TIME OF DEATH: 03:49 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: QUINCY LUCAS, 4545 POST OAK PLACE #130, HOUSTON, TX 77027
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: CARDIAC ARREST
   b. GASTROINTESTINAL BLEED
   c. CONGESTIVE HEART FAILURE
   d. RESPIRATORY FAILURE

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: CHRONIC OBSTRUCTIVE PULMONARY DISEASE EXACERBATION

34. WAS AN AUTOPSY PERFORMED? No
38. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Yes
38. IF FEMALE: Not pregnant within past year

42a. REGISTRAR FILE NO: 08-426
42b. DATE RECEIVED BY LOCAL REGISTRAR: SEPTEMBER 29, 2014
42c. REGISTRAR: CITY OF TOMBALL, ELECTRONICALLY FILED
EDR NUMBER: 000001577331

098530

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of §191.051, Health and Safety Code.

DATE ISSUED: May 3, 2016

DORIS SPEER
LOCAL REGISTRAR
CITY OF TOMBALL, TEXAS

# Exhibit B

## (Letters of Administration)



| | | |
|---|---|---|
| 16-34588-P | § | County Court at Law #2 |
| | § | |
| ESTATE OF: JANET LYNN ROLAND | § | MONTGOMERY COUNTY, TEXAS |

## LETTERS ADMINISTRATION

KNOW ALL MEN BY THESE PRESENTS THAT IT IS HEREBY CERTIFIED:

1. ON THE 16TH DAY OF FEBRUARY, 2017, CHRISTINA JO BOOTY WAS DULY APPOINTED BY ORDER OF SAID COURT AS INDEPENDENT EXECUTRIX WITHOUT BOND, OF THE ESTATE OF JANET LYNN ROLAND, DECEASED;

2. ON THE 16TH DAY OF FEBRUARY, 2017 SHE QUALIFED AS THE LAW REQUIRES;

3. INSOFAR AS THE RECORDS IN MY OFFICE SHOWS CHRISTINA JO BOOTY IS STILL ACTING IN SAID CAPACITY.

WITNESS MY HAND AND SEAL OF SAID COURT, AT CONROE, TEXAS, ON THE 17TH DAY OF FEBRUARY, 2017.

Mark Turnbull, COUNTY CLERK

MONTGOMERY COUNTY, TEXAS

_____, Deputy Clerk



Mark Turnbull, Montgomery County Clerk, Texas   936-539-7892