# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**
*Willard Gammel, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:15-cv-06514- EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Willard Gammel, which occurred December 9, 2017.

Dated: April 5, 2019   Respectfully submitted,

 /s/ Andrea L. Sapone
Andrea L. Sapone (ASB-4438-E68S)
DEGARIS & ROGERS, LLC
Two North Twentieth Street
Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000
Facsimile: (205) 588-5231
Email: asapone@degarislaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 5, 2019

                                                                                                         /s/ Andrea L. Sapone
                                                                                                      Andrea L. Sapone