UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Charles Thomas v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:14-cv-03003**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Charles Thomas, respectfully moves this court to substitute Susan Anderson, as the Personal Representative of the Estate of Charles Thomas, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. On December 3, 2014, Charles Thomas filed a complaint in the above-captioned litigation in the United States District Court of the Northern District of New York (Case No.: 14-cv-01464), which was then transferred to the United States District Court of the Eastern District of Louisiana, on or about February 3, 2015, as part of the above-captioned litigation.

2. Charles Thomas passed away on March 8, 2017 (*see* Exhibit A).

3. Charles Thomas's action against Defendants survives his death and is not extinguished.

4. Plaintiff's counsel now moves to substitute Susan Anderson as Plaintiff in the present action on behalf of the Estate of Charles Thomas.

WHEREFORE, Counsel for Plaintiff, Charles Rankin, respectfully requests that this Court grant Plaintiff's Motion to Substitute Susan Anderson, as Personal Representative for the Estate of Charles Thomas.

Respectfully submitted,

Dated:  April 5, 2019  **GRANT & EISENHOFER P.A.**

By*:*   */s/ Thomas V. Ayala*
M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

# Exhibit A

## (Death Certificate)

# CERTIFICATION OF VITAL RECORD

## DAVIDSON COUNTY
## OFFICE OF REGISTER OF DEEDS

Death Book: 131 Page: 262 - 262    3/15/2017 8:20:04 AM DAVIDSON COUNTY, NC

---

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 029-02    LOCAL NO. _____    COUNTY OF DEATH Davidson    STATE FILE NO. _____

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Charles
- 1b. MIDDLE: Harrison
- 1c. LAST: Thomas
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE:

- 2. SEX: M
- 3a. AGE-LAST BIRTHDAY (Yrs): 60
- 4. DATE OF BIRTH: 7/18/1956
- 5. BIRTHPLACE: Tompkins/NY
- 6. DATE OF DEATH: 3/8/2017

**PLACE OF DEATH:** Hospice facility
- 7c. FACILITY NAME: Hospice Of Davidson County
- 7d. CITY OR TOWN: Lexington
- 7e. COUNTY OF DEATH: Davidson

- 8. MARITAL STATUS: Divorced
- 9. SURVIVING SPOUSE:
- 10a. DECEDENT'S USUAL OCCUPATION: Salesman
- 10b. KIND OF BUSINESS/INDUSTRY: Boat/Watercraft

- 11. SOCIAL SECURITY NUMBER: 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
- 12a. RESIDENCE-STATE: North Carolina
- 12b. COUNTY: Davidson
- 12c. CITY OR TOWN: Lexington
- 12d. STREET AND NUMBER: 625 Rockcrusher Road
- 12e. INSIDE CITY LIMITS: No
- 12f. ZIP CODE: 27292
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No

- 14. DECEDENT'S EDUCATION: Some college credit, but no degree
- 15. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: White

- 17. FATHER'S NAME: David E. Thomas
- 18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Beverly Ann Lawrence

- 19a. INFORMANT'S NAME: Susan Anderson
- 19b. RELATIONSHIP TO DECEDENT: Girlfriend
- 19c. MAILING ADDRESS: 625 Rockcrusher Road, Lexington, North Carolina 27292

- 20a. METHOD OF DISPOSITION: Cremation
- 20b. PLACE OF DISPOSITION: Southern Piedmont Cremation Service
- 20c. LOCATION: Albemarle, North Carolina

- 21a. SIGNATURE OF FUNERAL DIRECTOR: Brandon Byerly
- 21b. LICENSE NUMBER: NCFD 3656

- 22. NAME AND ADDRESS OF FUNERAL HOME: Brandon Byerly Funeral Director Licensee, 305 Huntington Park, Thomasville, North Carolina 27360

**23. Part I.**
- a. IMMEDIATE CAUSE: Cirrhosis of the liver

**PART II. Other significant conditions contributing to death:** Congestive heart failure, atrial fibrillation

- 24a. WAS AN AUTOPSY PERFORMED?: No
- 25. MANNER OF DEATH: Natural
- 26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: No
- 27. TIME OF DEATH: 11:14 pm
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: Probably

- 32. CERTIFIER: Certifying physician/nurse practitioner/physician assistant
- 33b. LICENSE NUMBER: 5005115
- 33c. DATE SIGNED: March 10, 2017
- 33d. NAME AND ADDRESS OF CERTIFIER: D. Elizabeth [illegible] NP PC 202 Hospice Way Lexington NC 27292
- 35. DATE FILED: MAR 14 2017

---

Volume _____ Page _____

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.



**David T. Rickard**
Register of Deeds
Davidson County, NC

029-1087629

Witness my hand and official seal this the 15th day of March 20 17    By: _____ Deputy/Assistant Register of Deeds

DHHS 3914 (REVISED 07/13 NC VITAL RECORDS)

**Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner**