# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 | |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L | |
| ) | | |
| ) | JUDGE ELDON E. FALLON | |
| ) | | |
| ) | MAG. JUDGE NORTH | |
| ) | | |

**THIS DOCUMENT RELATES TO:**

*Willard Gammel, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:15-cv-06514- EEF-MBN*

## EX PARTE MOTION FOR SUBSITUTION

NOW INTO COURT, through undersigned counsel, comes Marilyn Gammel, surviving spouse of Plaintiff-Decedent Willard Gammel, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased spouse, Willard Gammel.

1. Plaintiffs Willard and Marilyn Gammel filed a products liability lawsuit against Defendants on December 4, 2016.

2. Subsequently, Plaintiff's Counsel, learned that Willard Gammel died on December 9, 2017.

3. Plaintiff-Decedent's product liability action against the Defendants survived his death and was not extinguished.

4. On April 4, 2019, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Marilyn Gammel is a proper party to substitute for Plaintiff-Decedent Willard Gammel and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: April 5, 2019							Respectfully submitted,


										 /s/ Andrea L. Sapone
										Andrea L. Sapone (ASB-4438-E68S)
										DEGARIS & ROGERS, LLC
										Two North Twentieth Street
										Suite 1030
										Birmingham, AL 35203
										Telephone: (205) 558-9000
										Facsimile: (205) 588-5231
										Email: asapone@degarislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 5, 2019

                                                                                                                       /s/ Andrea L. Sapone
                                                                                                                        Andrea L. Sapone