UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2592 JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *Joseph Assencoa v.* *Janssen Research & Development LLC, et al.,* *2:16-cv-12718* | : : : | MAG. JUDGE MICHAEL B. NORTH |
| *Nicolena Battito v.* *Janssen Research & Development LLC, et al.,* *2:16-cv-12721* | : : : | |
| *Julie Besse. v.* *Janssen Research & Development LLC, et al.,* *2:15-cv-06518* | : : : | |
| *Gordon Black. v.* *Janssen Research & Development LLC, et al.,* *2:15-cv-04153* | : : : | |
| *Wilbert Brumfield, et al v.* *Janssen Research & Development LLC, et al.,* *2:16-cv-12722* | : : : | |
| *Carolyn Comalander v.* *Janssen Research & Development LLC, et al.,* *2:16-cv-12724* | : : : | |
| *Nelson Cordero. v.* *Janssen Research & Development LLC, et al.,* *2:16-cv-12726* | : : : | |
| *Arthur Crayton. v.* *Janssen Research & Development LLC, et al.,* *2:15-cv-02109* | : : : | |
| *Katherine Diehl v.* *Janssen Research & Development LLC, et al.,* *2:16-cv-12729* | : : : | |
| *Sandra Dulan, et al v.* *Janssen Research & Development LLC, et al.,* *2:17-cv-08310* | : : : | |

*Albert Fain, et al v.* :
*Janssen Research & Development LLC, et al.,* :
*2:15-cv-02320* :
 :
*Frank Fallon. v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12732* :
 :
*Arrie Favors, et al v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12832* :
 :
*James Fields v.* :
*Janssen Research & Development LLC, et al.,* :
*2:18-cv-006521* :
 :
*William Fulbright. v.* :
*Janssen Research & Development LLC, et al.,* :
*2:18-cv-06508* :
 :
*Josefa Galan v.* :
*Janssen Research & Development LLC, et al.,* :
*2:17-cv-10712* :
 :
*Emmit E. Gee, et al v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12833* :
 :
*Joseph Godbolt v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12835* :
 :
*Ronald Griffin v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12836* :
 :
*Robert Hamrick, et al v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12837* :
 :
*Norma Harris, et al v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12838* :
 :
*Doris Heaberlin v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12839* :
 :
*Marilyn Hicks v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12840* :
 :
*Tommie Houston v.* :
*Janssen Research & Development LLC, et al.,* :
*2:16-cv-12841* :

| | |
|---|---|
| *Dawn James v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-12842* | : |
| | |
| *Geraldine Johnson v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-12843* | : |
| | |
| *Jimmy Juarez, et al., v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:17-cv-11330* | : |
| | |
| *Nichole Kopke v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-00365* | : |
| | |
| *Jason Kuhn. v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:15-cv-04712* | : |
| | |
| *William Lietz, et al v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-12846* | : |
| | |
| *Allen Malloy v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:15-cv-04713* | : |
| | |
| *Timothy Milloff. v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:15-cv-03239* | : |
| | |
| *Dewey Money. v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-12851* | : |
| | |
| *Geneva Mull. v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:17-cv-06819* | : |
| | |
| *Mary Naegele v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-12855* | : |
| | |
| *Charles O'Connell, et al v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-12856* | : |
| | |
| *Phillip Parris, et al v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-12859* | : |
| | |
| *Darlene Patterson v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| *2:16-cv-02491* | : |

*Robert Pattillo v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12860* :

*Elizabeth Pederson v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12861* :

*Larry Persell v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12863* :

*Della Prussman v.* :
*Janssen Research & Development LLC, et al.,*:
*2:15-cv-04142* :

*Morris Purdie, et al v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12864* :

*Lon Ramey, et al v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12865* :

*Doris Reznick v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12866* :

*Dorothy Richardson v.* :
*Janssen Research & Development LLC, et al.,*:
*2:18-cv-02310* :

*Velma Robertson v.* :
*Janssen Research & Development LLC, et al.,*:
*2:15-cv-02337* :

*Nadia Salama v.* :
*Janssen Research & Development LLC, et al.,*:
*2:15-cv-00200* :

*Paul Sammis v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12868* :

*William Sass v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12869* :

*Helen Scott, et al v.* :
*Janssen Research & Development LLC, et al.,*:
*2:16-cv-12872* :

| | |
|---|---|
| *James Singleton v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| 2:16-cv-12874 | : |
| | |
| *Suzanne Stapley v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| 2:16-cv-04178 | : |
| | |
| *Joeann Strickland, et al v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| 2:16-cv-12877 | : |
| | |
| *Lynda Syfert v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| 2:16-cv-12879 | : |
| | |
| *James Watson v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| 2:16-cv-12881 | : |
| | |
| *Charles Williams v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| 2:16-cv-12882 | : |
| | |
| *Michelle Williams v.* | : |
| *Janssen Research & Development LLC, et al.,* | : |
| 2:16-cv-12883 | : |

**PLAINTIFFS' JOINT MOTION FOR <u>WITHDRAWAL AND SUBSTITUTION OF COUNSEL</u>**

COME NOW, attorney Kelly A. Koehler of Nemeroff Law Firm, and pursuant to the request of the above-referenced Plaintiffs, move for the withdrawal of Ellen A. Presby formerly of the Nemeroff Law Firm and substitution of Kelly A. Koehler of Nemeroff Law Firm, in place thereof.

Dated: April 5, 2019

/s/ Kelly A. Koehler
Kelly A. Koehler
Nemeroff Law Firm
Texas State Bar No. 24082501
Hillcrest Tower
12720 Hillcrest Road, Suite 700
Dallas, TX 75230
214-774-2258 Telephone
kellykoehler@nemerofflaw.com

*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, a copy of the foregoing Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Kelly A. Koehler*