# Exhibit A

| CASE CAPTION | CIVIL ACTION NO. |
|---|---|
| *Assencoa v. Janssen Research & Development LLC, et al.* | *2:16-cv-12718* |
| *Battito v. Janssen Research & Development LLC, et al.* | *2:16-cv-12721* |
| *Besse et al v. Janssen Research & Development LLC, et al.* | *2:15-cv-06518* |
| *Black et al v. Janssen Research & Development, LLC, et al.* | *2:15-cv-04153* |
| *Brumfield v. Janssen Research & Development, LLC, et al.* | *2:16-cv-12722* |
| *Comalander v. Janssen Research & Development LLC, et al.* | *2:16-cv-12724* |
| *Cordero v. Janssen Research & Development LLC, et al.* | *2:16-cv-12726* |
| *Crayton v. Janssen Research & Development LLC, et al.* | *2:15-cv-02109* |
| *Diehl v. Janssen Research & Development LLC, et al.* | *2:16-cv-12729* |
| *Dulan et al v. Janssen Research & Development LLC, et al.* | *2:17-cv-08310* |
| *Fain v. Janssen Research & Development LLC, et al.* | *2:15-cv-02320* |
| *Fallon v. Janssen Research & Development LLC, et al.* | *2:16-cv-12732* |
| *Favors v. Janssen Research & Development LLC, et al.* | *2:16-cv-12832* |
| *Fields v. Janssen Research & Development LLC, et al.* | *2:18-cv-00652* |
| *Fulbright v. Janssen Research & Development LLC, et al.* | *2:18-cv-6508* |
| *Galan v. Janssen Research & Development LLC, et al.* | *2:17-cv-10712* |
| *Gee v. Janssen Research & Development LLC, et al.* | *2:16-cv-12833* |
| *Godbolt v. Janssen Research & Development LLC, et al.* | *2:16-cv-12835* |
| *Griffin v. Janssen Research & Development LLC, et al.* | *2:16-cv-12836* |
| *Hamrick v. Janssen Research & Development LLC, et al.* | *2:16-cv-12837* |
| *Harris v. Janssen Research & Development LLC, et al.* | *2:16-cv-12838* |
| *Heaberlin v. Janssen Research & Development LLC, et al.* | *2:16-cv-12839* |
| *Hicks v. Janssen Research & Development LLC, et al.* | *2:16-cv-12840* |
| *Houston v. Janssen Research & Development LLC, et al.* | *2:16-cv-12841* |
| *James v. Janssen Research & Development LLC, et al.* | *2:16-cv-12842* |
| *Johnson v. Janssen Research & Development LLC, et al.* | *2:16-cv-12843* |
| *Juarez et al v. Janssen Research & Development LLC, et al.* | *2:17-cv-11330* |
| *Kopke v. Janssen Research & Development LLC, et al.* | *2:16-cv-00365* |
| *Kuhn v. Janssen Research & Development LLC, et al.* | *2:15-cv-04712* |
| *Lietz v. Janssen Research & Development LLC, et al.* | *2:16-cv-12846* |
| *Malloy v. Janssen Research & Development LLC, et al.* | *2:15-cv-04713* |
| *Milloff v. Janssen Research & Development LLC et al* | *2:15-cv-03239* |
| *Money v. Janssen Research & Development LLC, et al.* | *2:16-cv-12851* |
| *Mull v. Janssen Research & Development LLC, et al.* | *2:17-cv-06819* |
| *Naegele v. Janssen Research & Development LLC, et al.* | *2:16-cv-12855* |
| *O'Connell v. Janssen Research & Development LLC, et al.* | *2:16-cv-12856* |
| *Parris v. Janssen Research & Development LLC, et al.* | *2:16-cv-12859* |
| *Patterson, et al v. Janssen Research & Development LLC, et al.* | *2:16-cv-02491* |
| *Pattillo v. Janssen Research & Development LLC, et al.* | *2:16-cv-12860* |
| *Pedersen v. Janssen Research & Development LLC, et al.* | *2:16-cv-12861* |
| *Persell v. Janssen Research & Development LLC, et al.* | *2:16-cv-12863* |
| *Prussman v. Janssen Research & Development LLC, et al.* | *2:15-cv-04142* |
| *Purdie v. Janssen Research & Development LLC, et al.* | *2:16-cv-12864* |
| *Ramey v. Janssen Research & Development LLC, et al.* | *2:16-cv-12865* |
| *Reznick v. Janssen Research & Development LLC, et al.* | *2:16-cv-12866* |
| *Richardson v. Janssen Research & Development LLC, et al.* | *2:18-cv-02310* |
| *Robertson v. Janssen Research & Development, LLC, et al.* | *2:15-cv-02337* |
| *Salama v. Janssen Research & Development et al* | *2:15-cv-00200* |
| *Sammis v. Janssen Research & Development LLC, et al.* | *2:16-cv-12868* |

| | |
|---|---|
| *Sass v. Janssen Research & Development LLC, et al.* | *2:16-cv-12869* |
| *Scott v. Janssen Research & Development LLC, et al.* | *2:16-cv-12872* |
| *Singleton v. Janssen Research & Development LLC, et al.* | *2:16-cv-12874* |
| *Stapley v. Janssen Research & Development LLC, et al.* | *2:16-cv-04178* |
| *Strickland v. Janssen Research & Development LLC, et al.* | *2:16-cv-12877* |
| *Syfert v. Janssen Research & Development LLC, et al.* | *2:16-cv-12879* |
| *Watson v. Janssen Research & Development LLC, et al.* | *2:16-cv-12881* |
| *Williams v. Janssen Research & Development LLC, et al.* | *2:16-cv-12882* |
| *Williams v. Janssen Research & Development LLC, et al.* | *2:16-cv-12883* |