UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : : | SECTION L, DIVISION 5 |
| *See Attached Exhibit A* | : : : | MAG. JUDGE MICHAEL B. NORTH |

**ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED that attorney Ellen A. Presby is withdrawn as attorney of record in MDL No. 2592 and for the Plaintiffs listed in Exhibit A.

IT IS FURTHER ORDERED that attorney Kelly A. Koehler of the Nemeroff Law Firm is substituted as the attorney of record for the Plaintiffs listed in **Exhibit A.**

New Orleans, Louisiana, this ____ day of _____, 2019

_____
The Honorable Eldon E. Fallon
United States District Court Judge

1