UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| Edward Smith, | ) | SECTION L |
| | ) | JUDGE: ELDON E. FALLON |
| Plaintiff, | ) | MAG. JUDGE NORTH |
| | ) | |
| vs. | ) | |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | Civil Action No.: 2:18-cv-03681 |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICAL RESEARCH AND | ) | |
| DEVELOPMENT, LLC; | ) | |
| JANSSEN ORTHO, LLC; | ) | |
| JANSSEN PHARMACEUTICALS, INC. | ) | |
| f/k/a JANSSEN PHARMACEUTICA, INC. | ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS, INC.; | ) | |
| JOHNSON & JOHNSON COMPANY | ) | |
| BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS, INC., | ) | |
| BAYER PHARMA AG, | ) | |
| BAYER CORPORATION, | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| BAYER HEALTHCARE AG, AND | ) | |
| BAYER AG, | ) | |

Defendants.

**<u>MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE</u>**

NOW COMES counsel for Plaintiff, Edward Smith, pursuant to Federal Rules of Civil

Procedure 41 (a)(2), and hereby respectfully moves this Honorable Court to dismiss, with

prejudice, the above action against all Defendants, with each party to bear their own costs.

Counsel for Plaintiff takes this action because plaintiff no longer wishes to pursue this case.

Respectfully submitted,


*/s/  Ryan M. Perdue*
Stephen M. Fernelius
Texas State Bar No. 06934340
Steve.Fernelius@trialattorneytx.com
C. Brannon Robertson
Texas State Bar No. 24002852
Brannon.Robertson@trialattorneytx.com
Ryan M. Perdue
State Bar No. 2404661
Ryan.Perdue@trialattorneytx.com
1221 McKinney Street, Suite 3200
Houston, Texas 77010-3095
Telephone: 713-654-1200
Facsimile: 713-654-4039

## ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/  Ryan M. Perdue*
Ryan M. Perdue