UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:   2592<br>SECTION:   L<br>JUDGE:   ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Mary McCord v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:14-cv-02994**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Mary McCord, respectfully moves this court to substitute Theresa Hampton, as the Personal Representative of the Estate of Mary McCord, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. On December 3, 2014, Mary McCord filed a complaint in the above-captioned litigation.

2. Mary McCord passed away on April 1, 2016 (*see* Exhibit A).

3. Mary McCord's action against Defendants survives his death and is not extinguished.

4. Plaintiff's counsel now moves to substitute Theresa Hampton as Plaintiff in the present action on behalf of the Estate of Mary McCord.

WHEREFORE, Counsel for Plaintiff, Mary McCord, respectfully requests that this Court grant Plaintiff's Motion to Substitute Theresa Hampton, as Personal Representative for the Estate of Mary McCord.

Respectfully submitted,

Dated: April 5, 2019                    **GRANT & EISENHOFER P.A.**


By*:*     */s/ Thomas V. Ayala*
          M. Elizabeth Graham
          Thomas V. Ayala
          Samantha Mertz
          **GRANT & EISENHOFER P.A.**
          123 Justison Street
          Wilmington, DE 19801
          Tel: (302) 622-7000
          Fax: (302) 622-7100
          egraham@gelaw.com
          tayala@gelaw.com
          smertz@gelaw.com

# Exhibit A

**(Death Certificate)**

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS
### CERTIFICATION OF DEATH

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

**STATE FILE NUMBER:** 2016051011    **DATE ISSUED:** April 4, 2016

## DECEDENT INFORMATION    **STATE FILE DATE:** April 4, 2016

NAME: MARY L MCCORD

DATE OF DEATH: **April 1, 2016**    SEX: **FEMALE**    AGE: **073 YEARS**
DATE OF BIRTH: **May 1, 1942**    SSN: **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**
BIRTHPLACE: **WASHINGTON, DISTRICT OF COLUMBIA, UNITED STATES**
PLACE WHERE DEATH OCCURRED:    **HOSPICE**
FACILITY NAME OR STREET ADDRESS: **TREASURE COAST HOSPICE**
LOCATION OF DEATH: **STUART, MARTIN COUNTY, 34997**

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: **WIDOWED**
SPOUSE (IF FEMALE, MAIDEN NAME): **NONE**
RESIDENCE:   **2513 SOUTHWEST MAYACOO WAY, PALM CITY, FLORIDA 34990, UNITED STATES**
COUNTY: **MARTIN**
OCCUPATION, INDUSTRY: **NURSE, MEDICAL**
RACE:    _X_ White    ___Black or African American    ___Asian Indian    ___Chinese    ___Filipino    ___Native Hawaiian
___American Indian or Alaskan Native--Tribe:        ___Japanese    ___Korean    ___Vietnamese
___Guamian or Chamorro    ___Samoan    ___Other Pacific Isl:
___Other Asian:    ___Other:    ___Unknown
HISPANIC OR HAITIAN ORIGIN? **NO, NOT OF HISPANIC/HAITIAN ORIGIN**
EDUCATION: **ASSOCIATE DEGREE**    EVER IN U.S. ARMED FORCES? **NO**

## PARENTS AND INFORMANT INFORMATION

FATHER:   **NICHOLAS LYDON**
MOTHER:  **ALICE BRICE**
INFORMANT:  **THERESA M HAMPTON**
RELATIONSHIP TO DECEDENT: **DAUGHTER**
INFORMANT'S ADDRESS: **2513 SOUTHWEST MAYACOO WAY, PALM CITY, FLORIDA 34990, UNITED STATES**

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION:   **HOLLYWOOD MEMORIAL GARDENS**
                        **HOLLYWOOD, FLORIDA**
METHOD OF DISPOSITION: **BURIAL**
FUNERAL DIRECTOR/LICENSE NUMBER:  **ZACHARY O. BROOKIN, F068231**
FUNERAL FACILITY:   **FRED HUNTER FUNERAL HOME - TAFT STREET F040511**
                    **6301 TAFT ST, HOLLYWOOD, FLORIDA 33024**

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: **CERTIFYING PHYSICIAN**    MEDICAL EXAMINER CASE NUMBER: **NOT APPLICABLE**
TIME OF DEATH (24 hr): **0240**
CERTIFIER'S NAME:   **ANSON J BUTTLES**
CERTIFIER'S LICENSE NUMBER:   **ME21235**
NAME OF ATTENDING PHYSICIAN (If other than Certifier): **NOT ENTERED**

*Ken Jones*

, State Registrar    REQ: 2016900351

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT
WARNING:    SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-
MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND
THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE
A COLOR COPY.

DH FORM 1946 (03-13)


CERTIFICATION OF VITAL RECORD

Florida HEALTH