UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO.: 2592**<br>SECTION:  L<br>**JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |
| *THIS DOCUMENT RELATES TO:*<br><br>*The Civil Action Numbers Listed on Exhibit A* | |

**MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, by and through undersigned counsel, comes plaintiff in the above-related action, and hereby request that Neil D. Overholtz and Jennifer M. Hoekstra of Aylstock, Witkin, Kreis & Overholtz, PLLC be enrolled as co-counsel of record and be substituted as lead counsel in the actions listed on Exhibit A.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling Neil D. Overholtz and Jennifer M. Hoekstra as co-counsel of record and appointed as lead counsel in the above-entitled and numbered action.

Dated:  April 5, 2019.

                                          Respectfully submitted,

                                    By:  /s/Reid J. Elkus
                                              Reid J. Elkus (CO Bar No.: 32516)
                                              Elkus & Sisson, P.C.
                                              501 S. Cherry Street, Suite 920
                                              Denver, CO 80246
                                              (303) 567-7981
                                              (303) 431-3752 (Fax)
                                              relkus@elkusandsisson.com

1

/s/Neil D. Overholtz
Neil D. Overholtz
Florida Bar No.:  0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone:  (850) 202-1010
Fax:  (850) 916-7449
Noverholtz@awkolaw.com

/s/Jennifer M. Hoekstra
Jennifer M. Hoekstra M. Hoekstra
Louisiana Bar No.:
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone:  (850) 202-1010
Fax:  (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, the above and foregoing Motion to Enroll as Co-Counsel of Record and corresponding Exhibit A was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.


DATED: April 5, 2019

                        By:  /s/Reid J. Elkus
                             Reid J. Elkus (CO Bar No.: 32516)