UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Ruth McCraw v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15109

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13060, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Katheryn Rogers, surviving daughter and Administrator of the Estate of Ruth McCraw, is substituted for Plaintiff Ruth McCraw as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 5th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE