UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| Jimmie Johnson, | ) ) | SECTION L<br>JUDGE: ELDON E. FALLON |
| Plaintiff, | ) ) | MAG. JUDGE NORTH |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:18-cv-3057 |
| Defendants. | | |

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, Jimmie Johnson, pursuant to Federal Rules of Civil Procedure 41 (a)(2), and hereby respectfully moves this Honorable Court to dismiss, with prejudice, the above action against all Defendants, with each party to bear their own costs. This motion shall not affect the lawsuit filed by Jimmie Johnson, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:17-cv-04863.

Respectfully submitted,

>*/s/ Ryan M. Perdue*
>Stephen M. Fernelius
>Texas State Bar No. 06934340
>Steve.Fernelius@trialattorneytx.com
>C. Brannon Robertson
>Texas State Bar No. 24002852
>Brannon.Robertson@trialattorneytx.com
>Ryan M. Perdue
>State Bar No. 2404661
>Ryan.Perdue@trialattorneytx.com
>1221 McKinney Street, Suite 3200
>Houston, Texas 77010-3095
>Telephone: 713-654-1200
>Facsimile: 713-654-4039

>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Ryan M. Perdue*
>Ryan M. Perdue