UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L
JUDGE ELDON E. FALLON
MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*JIMMIE JOHNSON v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-3057

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal with Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Jimmie Johnson's Motion for Voluntary Dismissal with Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this _____ day of _____ , 2019.

_____

Honorable Eldon E. Fallon
United States District Court Judge