# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Clarence Harbauer v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-02769- EEF-MBN*

## EX PARTE MOTION FOR SUBSITUTION

NOW INTO COURT, through undersigned counsel, comes Marcia Landergren, surviving daughter of Plaintiff-Decedent Clarence Harbauer, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased father, Clarence Harbauer.

1. Plaintiff Clarence Harbauer filed a products liability lawsuit against Defendants on April 4, 2016.

2. Subsequently, Plaintiff's Counsel learned that Clarence Harbauer died on June 3, 2016.

3. Plaintiff-Decedent's product liability action against the Defendants survived his death and was not extinguished.

4. On April 5, 2019, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5.      Marcia Landergren is a proper party to substitute for Plaintiff-Decedent Clarence Harbauer and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: April 5, 2019                                  Respectfully submitted,


                                                       /s/ Andrea L. Sapone
                                                      Andrea L. Sapone (ASB-4438-E68S)
                                                      DEGARIS & ROGERS, LLC
                                                      Two North Twentieth Street
                                                      Suite 1030
                                                      Birmingham, AL 35203
                                                      Telephone: (205) 558-9000
                                                      Facsimile: (205) 588-5231
                                                      Email: asapone@degarislaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 5, 2019

                                                                           /s/ Andrea L. Sapone
                                                                            Andrea L. Sapone