# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Clarence Harbauer v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-02769- EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Clarence Harbauer, which occurred June 3, 2016.

Dated: April 5, 2019                          Respectfully submitted,

                                                      /s/ Andrea L. Sapone
                                                     Andrea L. Sapone (ASB-4438-E68S)
                                                     DEGARIS & ROGERS, LLC
                                                     Two North Twentieth Street
                                                     Suite 1030
                                                     Birmingham, AL 35203
                                                     Telephone: (205) 558-9000
                                                     Facsimile: (205) 588-5231
                                                     Email: asapone@degarislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 5, 2019

                                                      /s/ Andrea L. Sapone
                                                    Andrea L. Sapone