UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Ronald B. Hill,<br><br>                Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT  LLC, et al<br><br><br>                Defendants,<br><br>**This Document Relates to:**<br>**No: 2:17-cv-05611** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

      Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court that Counsel was recently notified by the family that Plaintiff Ronald B. Hill died in Utah on December 31, 2017.

Dated: April 5, 2019                                                                             Respectfully Submitted,

                                                                                   By: /s/ Lisa A. Gorshe, Esq.
                                                                               Lisa A. Gorshe (MN#029522X)
                                                                               Johnson Becker, PLLC
                                                                               444 Cedar Street, Suite 1800
                                                                               St. Paul, MN 55101
                                                                               Telephone: (612) -436-1852
                                                                               Fax: (612) -436-1801
                                                                               Email: lgorshe@JohnsonBecker.com

                                                                                  *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        By: /s/ Lisa A. Gorshe, Esq.
        Lisa A. Gorshe (MN#029522X)
        Johnson Becker, PLLC
        444 Cedar Street, Suite 1800
        St. Paul, MN 55101
        Telephone: (612) -436-1852
        Fax: (612) -436-1801
        Email: lgorshe@JohnsonBecker.com

        *Counsel for Plaintiff*