# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Marsha D. Raborn,<br><br>              Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br><br>              Defendants,<br><br>**This Document Relates to:**<br>**No: 2:15-cv-03465** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

     Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court that Counsel was recently notified by the family that Plaintiff Marsha D. Raborn died in Georgia on April 25, 2016.

Dated: April 5, 2019　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

                                                                    By: /s/ <u>Lisa A. Gorshe, Esq.</u>
                                                                    Lisa A. Gorshe (MN#029522X)
                                                                    Johnson Becker, PLLC
                                                                    444 Cedar Street, Suite 1800
                                                                    St. Paul, MN 55101
                                                                    Telephone: (612) -436-1852
                                                                    Fax: (612) -436-1801
                                                                    Email: <u>lgorshe@JohnsonBecker.com</u>

                                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                    By: /s/ Lisa A. Gorshe, Esq.
                                    Lisa A. Gorshe (MN#029522X)
                                    Johnson Becker, PLLC
                                    444 Cedar Street, Suite 1800
                                    St. Paul, MN 55101
                                    Telephone: (612) -436-1852
                                    Fax: (612) -436-1801
                                    Email: lgorshe@JohnsonBecker.com

                                        *Counsel for Plaintiff*