UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Kenneth J. Koleski,<br><br>                    Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT  LLC, et al<br><br><br>                    Defendants,<br><br>**This Document Relates to:**<br>**No: 2:16-cv-011023** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court that Counsel was recently notified by the family that Plaintiff Kenneth J. Koleski died in Texas on June 03 2016.

Dated: April 5, 2019                                                                 Respectfully Submitted,

                                                                                By: /s/ Lisa A. Gorshe, Esq.
                                                                                Lisa A. Gorshe (MN#029522X)
                                                                                Johnson Becker, PLLC
                                                                                444 Cedar Street, Suite 1800
                                                                                St. Paul, MN 55101
                                                                                Telephone: (612) -436-1852
                                                                                Fax: (612) -436-1801
                                                                                Email: lgorshe@JohnsonBecker.com

                                                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Lisa A. Gorshe, Esq.
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com

*Counsel for Plaintiff*