# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Karen M. Whittle,<br><br>    Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br><br><br>    Defendants,<br><br>**This Document Relates to:**<br>**No: 2:15-cv-01276** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

  Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court that Counsel was recently notified by the family that Plaintiff Karen M. Whittle died in Oklahoma on January 22 2015.

Dated: April 5, 2019                   Respectfully Submitted,

                      By: /s/ <u>Lisa A. Gorshe, Esq.</u>
                      Lisa A. Gorshe (MN#029522X)
                      Johnson Becker, PLLC
                      444 Cedar Street, Suite 1800
                      St. Paul, MN 55101
                      Telephone: (612) -436-1852
                      Fax: (612) -436-1801
                      Email: <u>lgorshe@JohnsonBecker.com</u>

                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        By: /s/ <u>Lisa A. Gorshe, Esq.</u>
        Lisa A. Gorshe (MN#029522X)
        Johnson Becker, PLLC
        444 Cedar Street, Suite 1800
        St. Paul, MN 55101
        Telephone: (612) -436-1852
        Fax: (612) -436-1801
        Email: lgorshe@JohnsonBecker.com

        *Counsel for Plaintiff*