UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**DELORES BOYD v. JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:16-cv-06548**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **JOE BOYD JR** on behalf of his deceased mother, **DELORES BOYD**, for the following reasons:

I.

On June 7, 2016 **DELORES BOYD** filed a Complaint in the above referenced matter.

II

On January 31, 2018 **DELORES BOYD** passed away.

III.

The decedent's mother, **JOE BOYD JR**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **DELORES BOYD**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 8TH day of April 2019.

> By: /s/ Andrew T. Kagan
> **Andrew T. Kagan (Bar #26291)**
> Kagan Legal Group
> 295 Palmas Inn Way, Suite 6
> Humacao, PR 00791
> Telephone: (939) 220-2424
> Facsimile: (939)220-2477
> Email:
> Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**