UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**BOYD v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-06548

## ORDER

Considering the foregoing Motion to Substitute Party:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **JOE BOYD JR**, on behalf of the decedent, **DELORES BOYD**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Eldon E. Fallon, United States District Court Judge