UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :  MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**ERMA NEFF v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-08248

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **DARCEY LEE HERNANDEZ** on behalf of her deceased mother, **ERMA NEFF**, for the following reasons:

I.

On June 3rd, 2016 **ERMA NEFF** filed a Complaint in the above referenced matter.

II

On October 23, 2017 **ERMA NEFF** passed away.

III.

The decedent's daughter, **DARCEY LEE HERNANDEZ**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **ERMA NEFF**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 8TH day of April 2019.

By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email:
Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**