UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**GEORGE DUPREY v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-08228

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **GEORGE DUPREY JR** on behalf of his deceased father, **GEORGE DUPREY**, for the following reasons:

I.

On June 3, 2016 **GEORGE DUPREY** filed a Complaint in the above referenced matter.

II

On January 7, 2017 **GEORGE DUPREY** passed away.

III.

The decedent's son, **GEORGE DUPREY JR**, is the Proper Party Plaintiff and wishes to be substituted on behalf of GEORGE DUPREY, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 8TH day of April 2019.

By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email:
Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**