UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**DUPREY v. JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:16-cv-08228**

**ORDER**

Considering the foregoing Motion to Substitute Party:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **GEORGE DUPREY JR**, on behalf of the decedent, **GEORGE DUPREY**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Eldon E. Fallon, United States District Court Judge