UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION      :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**IRENE BOCCHINO v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-17456

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **LINDA A. IRELAND** on behalf of her deceased mother, **IRENE BOCCHINO**, for the following reasons:

I.

On December 15, 2016 **IRENE BOCCHINO** filed a Complaint in the above referenced matter.

II

On November 28, 2018 **IRENE BOCCHINO** passed away.

III.

The decedent's daughter, **LINDA A. IRELAND**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **IRENE BOCCHINO**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 8th day of April of 2019.

By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email:
Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of April of 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                                    */s/ Andrew T. Kagan*
                                    **ANDREW T. KAGAN (#26291)**