UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

BOCCHINO v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:16-cv-17456

## ORDER

Considering the foregoing Motion to Substitute Party:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **LINDA A. IRELAND**, on behalf of the decedent, **IRENE BOCCHINO**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Eldon E. Fallon, United States District Court Judge