**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL2592 <br> SECTION: L <br> WDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*BEED JENKINS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al,*
*Civil Action No. 2:17-cv-01833*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(l) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Revonda Jenkins, on behalf of the Estate of Beed Jenkins, in the above captioned cause.

1. Beed Jenkins filed a products liability lawsuit against defendants on March 02, 2017.

2. Plaintiff Beed Jenkins died on December 22, 2018.

3. Beed Jenkin's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on April 8, 2019, attached hereto as "Exhibit A".

5. Revonda Jenkins, surviving wife of Beed Jenkins, is a proper party to substitute for plaintiff- decedent Beed Jenkins, and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(l). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion

for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: April 8, 2019　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Craig Rosenbaum*
　　　　　　　　　　　　　　　　　　　　Craig Rosenbaum, Esq.
　　　　　　　　　　　　　　　　　　　　Rosenbaum & Rosenbaum, P.C.
　　　　　　　　　　　　　　　　　　　　100 Wall Street, 15th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　P: (212) 514-9155
　　　　　　　　　　　　　　　　　　　　F: (212) 514-9178
　　　　　　　　　　　　　　　　　　　　cr@rosenbaumnylaw.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 8, 2019

Respectfully Submitted,

*/s/ Craig Rosenbaum*
Craig Rosenbaum, Esq.
Rosenbaum & Rosenbaum, P.C.
100 Wall Street, 15th Floor
New York, NY 10005
P: (212) 514-9155
F: (212) 514-9178
cr@rosenbaumnylaw.com

*Attorneys for Plaintiff*