UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Beed Jenkins v. Janssen Research & Development LLC, et al.*

Case Action No.: 2:17-cv-01833

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Laura Hines, As Executor of the Estate of Shirley Giddings, is substituted for plaintiff Shirley Giddings in the above-captioned case.

New Orleans, Louisiana this 8th day of April, 2019.

Hon. Eldon E. Fallon
United States District Court Judge

1