# STATE OF TENNESSEE
## Office of Vital Records



### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER 2018 072671

**DECEDENT** (TYPE/PRINT IN PERMANENT BLACK INK)

| 1. DECEDENT'S LEGAL NAME | 2. SEX | 3. DATE OF DEATH |
|---|---|---|
| BEED JENKINS | MALE | 12/22/2018 |

| 4. TIME OF DEATH (Approx.) | 5a. AGE | 5b. UNDER 1 YEAR | 5c. UNDER 1 DAY | 6. DATE OF BIRTH | 7. BIRTHPLACE |
|---|---|---|---|---|---|
| 03:44 PM | 85 | Months / Days | Hours / Minutes | 10/31/1933 | TELLICO PLAINS, TN |

| 8a. PLACE OF DEATH |
|---|
| DOA |

| 8b. FACILITY NAME | 8c. CITY OR TOWN | 8d. COUNTY OF DEATH |
|---|---|---|
| SWEETWATER HOSPITAL ASSOC | SWEETWATER | MONROE |

| 9. MARITAL STATUS | 10. SURVIVING SPOUSE (name prior to first marriage) | 11a. DECEDENT'S USUAL OCCUPATION | 11b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| MARRIED | REVONDA FAYE TAYLOR | PRESS OPERATOR | ATHENS FURNITURE |

| 12. SOCIAL SECURITY NUMBER | 13a. RESIDENCE-STATE OR FOREIGN COUNTRY | 13b. COUNTY | 13c. CITY OR TOWN |
|---|---|---|---|
| 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 | TENNESSEE | MONROE | TELLICO PLAINS |

| 13d. STREET AND NUMBER | 13e. INSIDE CITY LIMITS? | 13f. ZIP CODE | 14. WAS DECEDENT EVER IN US ARMED FORCES? |
|---|---|---|---|
| 135 JENKINS RD | NO | 37385 | NO |

| 15. DECEDENT'S EDUCATION | 16. DECEDENT OF HISPANIC ORIGIN? | 17. DECEDENT'S RACE |
|---|---|---|
| 8TH GRADE OR LESS | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

**PARENTS**

| 18. FATHER'S NAME | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| ERNEST JENKINS | GRACE CARMLEY |

| 20a. INFORMANT'S NAME | 20b. RELATIONSHIP TO DECEDENT | 20c. MAILING ADDRESS |
|---|---|---|
| MARTY JENKINS | SON | 4140 HWY 360, TELLICO PLAINS, TN 37385 |

**DISPOSITION**

| 21a. METHOD OF DISPOSITION | 21b. PLACE OF DISPOSITION | 21c. LOCATION |
|---|---|---|
| BURIAL | NEW PROVIDENCE CEMETERY | TELLICO PLAINS, TN |

| 22a. SIGNATURE OF FUNERAL DIRECTOR | 22b. LICENSE NUMBER | 22c. SIGNATURE OF EMBALMER | 22d. LICENSE NUMBER |
|---|---|---|---|
| /e/ MICHAEL A SLACK | 1336 | /e/ LEONARD KIRKLAND | 16201 |

| 23a. NAME AND ADDRESS OF FUNERAL HOME | 23b. LICENSE NUMBER |
|---|---|
| BIERELEY-HALE FUNERAL HOME, INC. - TELLICO PLAINS, 111 DEPOT ST, TELLICO PLAINS, TN 37385-5165 | 486 |

**REGISTRAR**

| 24. REGISTRAR'S SIGNATURE | 25. DATE FILED |
|---|---|
| /e/ EDWARD G. BISHOP III | 01/03/2019 |

**CERTIFIER** (PHYSICIAN OR MEDICAL EXAMINER EXECUTING CAUSE OF DEATH MUST COMPLETE AND SIGN WITHIN 48 HOURS.)

26. CERTIFIER
26a. ☒ PHYSICIAN -- TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER - ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. CERTIFIER | 27b. LICENSE NUMBER | 27c. DATE SIGNED |
|---|---|---|
| /e/ HASMUKH KANABAR | 026806 | 01/02/2019 |

27d. NAME AND ADDRESS
HASMUKH KANABAR 157 WARREN STREET, MADISONVILLE, TN 37354

**MEDICAL CERTIFICATION**

28. PART I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | APPROXIMATE INTERVAL: ONSET TO DEATH |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. ACUTE MYOCARDIAL INFARCTION | LESS THAN ONE HOUR |
| | DUE TO (OR A CONSEQUENCE OF) | |
| | b. ATRIAL FIBRILLATION | MORE THAN ONE MONTH |
| | DUE TO (OR A CONSEQUENCE OF) | |
| | c. CHRONIC KIDNEY DISEASE | MORE THAN ONE MONTH |
| | DUE TO (OR A CONSEQUENCE OF) | |
| | d. CORONARY ARTERY DISEASE | MORE THAN ONE MONTH |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| 29a. WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| 29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

| 30. MANNER OF DEATH | 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | 32. IF FEMALE |
|---|---|---|
| NATURAL | UNKNOWN | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | | | | |

| 34e. DESCRIBE HOW INJURY OCCURRED | 34f. LOCATION OF INJURY |
|---|---|
| | |

PH-1659 (Rev. 8/2017) RDA 10112

**10395945**

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Edward G. Bishop III
State Registrar

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER



1 0 3 9 5 9 4 5

Date Issued JAN 0 3 2019

Janet Miller, LR
Monroe County

### CERTIFICATION OF VITAL RECORD

TOTAL P.02