# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL No. 2592 |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION: L |
| ) | | |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| ) | | MAG. JUDGE NORTH |
| ) | | |

**THIS DOCUMENT RELATES TO:**

*Thomas Silvester v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-12557-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Carolyn Silvester as personal representative of the estate of Thomas Silvester, is substituted for Plaintiff Thomas Silvester, in the above captioned cause.

Dated: _____     _____
                                         Hon. Eldon E. Fallon
                                         United States District Court Judge