UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**EDWARD SMITH v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-17452

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **JUDITH SMITH** on behalf of her deceased husband, **EDWARD SMITH**, for the following reasons:

I.

On December 15, 2016 **EDWARD SMITH** filed a Complaint in the above referenced matter.

II

On April 26, 2018 **EDWARD SMITH** passed away.

III.

The decedent's spouse, **JUDITH SMITH,** are the Proper Party Plaintiff and wishes to be substituted on behalf of **EDWARD SMITH**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 8th day of April of 2019.

By: /s/ Andrew T. Kagan
**Andrew T. Kagan (Bar #26291)**
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939)220-2477
Email: Andrew@kaganlegalgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April of 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**