UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** *Katherine E. Schloemer v. Janssen Research & Development LLC, et al.* Civil Action No. 2:16-cv-02979 | MAG. JUDGE MICHAEL NORTH |

## NOTICE OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Karen Elizabeth Ritter, as Executor of the Estate of Katherine E. Schloemer, by counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, submits for the record this Notice of Death of Plaintiff Katherine E. Schloemer. Appropriate pleadings will be filed for Ms. Ritter to appear as the substituted Plaintiff.

RESPECTFULLY SUBMITTED this 8th day of April, 2019.

KELLER ROHRBACK L.L.P.

By /s/Mark D. Samson
Mark D. Samson, Arizona Bar #011076
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

1

Mark A. Griffin, WSBA #16296
Lynn L. Sarko, WSBA #16569
Gretchen F. Cappio, WSBA #29576
Daniel P. Mensher, WSBA #47719
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all ECF users registered with the Court for this case.

/s/ Mark D. Samson