# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Deanna Comeau v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:18-cv-73-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Susan Comeau as personal representative of the estate of Deanna Comeau, is substituted for Plaintiff Deanna Comeau, in the above captioned cause.

Dated: _____      _____
                                                                         Hon. Eldon E. Fallon
                                                                         United States District Court Judge