UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** *Katherine E. Schloemer v. Janssen Research & Development LLC, et al.* *Civil Action No. 2:16-cv-02979* | MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff moves this Court for an order substituting Karen Elizabeth Ritter, as Executor of the Estate of Katherine E. Schloemer.

In support of this Motion, Plaintiff states as follows: Katherine E. Schloemer passed away on March 15, 2019. On April 5, 2019, the Superior Court of the State of Washington, for King County, appointed Karen Elizabeth Ritter as the Executor of the Estate of Katherine E. Schloemer. The Order appointing Ms. Ritter as Executor of the Estate of Katherine E. Schloemer is attached as Exhibit A. The event of the death and appointment of Executor was not transmitted to counsel until recently. When informed of the action, the Executor decided to continue the case.

This Motion is timely filed and Defendants will not suffer any prejudice. For these reasons, Plaintiff respectfully requests that this Court grant the Motion to Substitute Karen Elizabeth Ritter, as Executor of the Estate of Katherine E. Schloemer, as the Plaintiff, so

that Ms. Schloemer's claims survive and this action on her behalf may proceed.

A proposed Order substituting Karen Elizabeth Ritter in representative capacity is attached hereto.

RESPECTFULLY SUBMITTED this 8th day of April, 2019.

                              KELLER ROHRBACK L.L.P.

                              By /s/Mark D. Samson
                                  Mark D. Samson, Arizona Bar #011076
                                  3101 North Central Avenue, Suite 1400
                                  Phoenix, AZ 85012
                                  Telephone:  (602) 248-0088
                                  Facsimile:  (602) 248-2822

                                  Mark A. Griffin, WSBA #16296
                                  Lynn L. Sarko, WSBA #16569
                                  Gretchen F. Cappio, WSBA #29576
                                  Daniel P. Mensher, WSBA #47719
                                  Keller Rohrback L.L.P.
                                  1201 Third Avenue, Suite 3200
                                  Seattle, Washington 98101-3052
                                  Telephone:  (206) 623-1900
                                  Facsimile:  (206) 623-3384

                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all ECF users registered with the Court for this case.

                                  /s/ Mark D. Samson