# EXHIBIT A



FILED

2019 APR -5 AM 10: 56

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

| IN RE THE ESTATE OF<br><br>KATHERINE E SCHLOEMER,<br><br>DECEASED | NO: 19-4-07425-3 SEA<br><br>LETTERS TESTAMENTARY<br>(LTRTS) |
|---|---|

The last will of the above named decedent was duly exhibited, proven and filed on April 5, 2019.

It appears in and by said will that KAREN ELIZABETH RITTER is/are named Executor(s) and by order of this court is/are authorized to execute said will according to law.

WITNESS my hand and seal of said Court: April 5, 2019.

BARBARA MINER
King County Superior Court Clerk

By: _____, Deputy Clerk
J. Brim

• NOT OFFICIAL WITHOUT SEAL •

I BARBARA MINER Clerk of the Superior Court of the State of Washington for King County do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof IN TESTIMONY WHEREOF I have affixed this seal of said Superior Court at my office at Seattle on this date _____ APR 0 5 2019

BARBARA MINER Superior Court Clerk

By _____
Deputy Clerk
J. BRIM

RCW 11.28.140; 11.28.280

revised: 04/2017