UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**
*Katherine E. Schloemer v. Janssen Research*
*& Development LLC, et al.*
*Civil Action No. 2:16-cv-02979*

MDL No. 2592

SECTION: L

JUDGE ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party, as well as any responses thereto, finds the Motion meritorious.  Therefore,

IT IS ORDERED that Plaintiff Karen Elizabeth Ritter, as executor of the Estate of Katherine E. Schloemer, is substituted for Plaintiff Katherine E. Schloemer as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
United States District Court Judge

4822-2895-9377, v. 1

1