UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** *Katherine E. Schloemer v. Janssen Research & Development LLC, et al.* *Civil Action No. 2:16-cv-02979* | MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

RESPECTFULLY SUBMITTED this 8th day of April, 2019.

KELLER ROHRBACK L.L.P.

By /s/Mark D. Samson
Mark D. Samson, Arizona Bar #011076
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822

1

Mark A. Griffin, WSBA #16296  
Lynn L. Sarko, WSBA #16569  
Gretchen F. Cappio, WSBA #29576  
Daniel P. Mensher, WSBA #47719  
Keller Rohrback L.L.P.  
1201 Third Avenue, Suite 3200  
Seattle, Washington 98101-3052  
Telephone: (206) 623-1900  
Facsimile: (206) 623-3384  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all ECF users registered with the Court for this case.

/s/ Mark D. Samson