UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**PAUL WILSON v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-17450

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andrew T. Kagan for the Plaintiff and moves this Honorable Court for an order substituting **GREGORY WILSON** on behalf of his deceased father, **PAUL WILSON**, for the following reasons:

I.

On December 15, 2016 **PAUL WILSON** filed a Complaint in the above referenced matter.

II

On October 7, 2017 **PAUL WILSON** passed away.

III.

The decedent's son, **GREGORY WILSON,** is the Proper Party Plaintiff and wishes to be substituted on behalf of **PAUL WILSON**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 8th day of April of 2019.

    By: /s/ Andrew T. Kagan
    **Andrew T. Kagan (Bar #26291)**
    Kagan Legal Group
    295 Palmas Inn Way, Suite 6
    Humacao, PR 00791
    Telephone: (939) 220-2424
    Facsimile: (939)220-2477
    Email:
    Andrew@kaganlegalgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April of 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Andrew T. Kagan*
**ANDREW T. KAGAN (#26291)**