UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Frances C. Darensbourg   2:16-cv-10135 ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **Frances C. Darensbourg** on October 26, 2016.

Dated: April 5, 2019

Respectfully submitted,

VAN WEY LAW, PLLC

ATTORNEY FOR PLAINTIFFS

By: /s/ Kay L. Van Wey
    Kay L. Van Wey
    Texas State Bar No. 20461950

12720 Hillcrest Road, Suite 725
Dallas, Texas 75230
214-329-1350 Telephone
800-582-10422 Facsimile
courtfilings@vanweylaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 5th day of April, 2019, by way of the Court's CM/ECF System.

                                              <u>/s/ Kay L. Van Wey</u>
                                              Kay L. Van Wey
                                              courtfilings@vanweylaw.com