UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| Frances C. Darensbourg  2:16-cv-10135 _____ | ) ) | MAG. JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **KATHERINE O'BRIEN**, surviving sister of Plaintiff-Decedent **FRANCES C. DARENSBOURG**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased sister, **FRANCES C. DARENSBOURG**.

1. Plaintiff, **FRANCES C. DARENSBOURG**, filed a products liability lawsuit against Defendants on June 14, 2016.
2. Subsequently, Plaintiff's Counsel learned that **FRANCES C. DARENSBOURG** died.
3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.
4. Counsel filed a Suggestion of Death on April 5, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action

Dated: April 5, 2019

                              Respectfully submitted,

                              VAN WEY LAW, PLLC

                              ATTORNEY FOR PLAINTIFFS

                              By: /s/ Kay L. Van Wey
                                    Kay L. Van Wey
                                    Texas State Bar No. 20461950

                              12720 Hillcrest Road, Suite 725
                              Dallas, Texas 75230
                              214-329-1350 Telephone
                              800-582-10422 Facsimile
                              courtfilings@vanweylaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 5th day of April, 2019, by way of the Court's CM/ECF System.

                              /s/ Kay L. Van Wey
                              Kay L. Van Wey
                              courtfilings@vanweylaw.com