UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE ELDON E. FALLON |
| Frances C. Darensbourg 2:16-cv-10135 _____ | ) ) | MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **Frances C. Darensbourg** on October 26, 2016.

Dated: April 5, 2019

                              Respectfully submitted,

                              VAN WEY LAW, PLLC

                              ATTORNEY FOR PLAINTIFFS

                              By: /s/ Kay L. Van Wey
                                    Kay L. Van Wey
                                    Texas State Bar No. 20461950

                              12720 Hillcrest Road, Suite 725
                              Dallas, Texas 75230
                              214-329-1350 Telephone
                              800-582-10422 Facsimile
                              courtfilings@vanweylaw.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 5th day of April, 2019, by way of the Court's CM/ECF System.

        /s/ Kay L. Van Wey
        Kay L. Van Wey
        courtfilings@vanweylaw.com