UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE ELDON E. FALLON |
| Frances C. Darensbourg    2:16-cv-10135 _____ | ) ) | MAG. JUDGE NORTH |

**ORDER**

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Katherine O'Brien, surviving sister of Frances C. Darensbourg, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE