## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL No. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION: L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Seymour Birnbaum v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-00525- EEF-MBN*

### <u>SUGGESTION OF DEATH</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

 Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Seymour Birnbaum, which occurred July 10, 2018.

Dated: April 8, 2019      Respectfully submitted,

         **/s/** Andrea L. Sapone
        Andrea L. Sapone (ASB-4438-E68S)
        DEGARIS & ROGERS, LLC
        Two North Twentieth Street
        Suite 1030
        Birmingham, AL 35203
        Telephone: (205) 558-9000
        Facsimile: (205) 588-5231
        Email: asapone@degarislaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 8, 2019

 /s/ Andrea L. Sapone_____
Andrea L. Sapone