UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**************************************************************************

**THIS DOCUMENT RELATES TO:**

GOUGH, ET AL. vs. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.

Civil Action No. 2:15-cv-04988

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby inform this Honorable Court of the Death of Plaintiff Dolma Gough.

Dated: April 9, 2019.

Respectfully Submitted,

**MORRIS BART, LLC**

/s/ Richard L Root
Morris Bart (LA Bar #02788)
Betsy J. Barnes (LA Bar #19473)
Richard L. Root (LA Bar #19988)
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
bbarnes@morrisbart.com
rroot@morrisbart.com

/s/ Laura L. Voght
Laura L. Voght (GA Bar #980519)
Barton H. Goode (GA Bar #465035)
KENNETH S. NUGENT, P.C.
1355 Peachtree Street
Suite 1000
Atlanta, GA 30309
Telephone: 404-253-5813
Facsimile: 404-872-7562
LVoght@attorneykennugent.com
BGoode@attorneykennugent.com


/s/ Seth W. Schanher
Seth W. Schanher (OH Bar #0085395)
DYER, GAROFALO, MANN & SCHULTZ, L.P.A.
131 N. Ludlow St., Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-223-0127
sschanher@dgmslaw.com

**COUNSEL FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 9, 2019.

Respectfully Submitted,

**MORRIS BART, LLC**

/s/ Richard L. Root
Morris Bart (LA Bar #02788)
Betsy J. Barnes (LA Bar #19473)
Richard L. Root (LA Bar #19988)
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
bbarnes@morrisbart.com
rroot@morrisbart.com