# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Dorothy Brown on behalf of Robert Brown

CA# 2:17-cv-0653

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Plaintiffs Virginia C. Brown and Edward T. Brown in place of Dorothy Brown with respect to the claim she filed behalf of her husband Robert Brown.

1. Dorothy Brown on behalf of her late husband Robert Brown filed a products liability lawsuit against defendants on January 27, 2017.
2. Subsequently, plaintiff's counsel learned that Dorothy Brown died.
3. Attached is Dorothy Brown's certificate of death. ("Exhibit 1").
4. Dorothy Brown on behalf of Robert Brown's product liability action against defendants survived her death and was not extinguished.
5. Plaintiff filed a Suggestion of Death of Dorothy Brown into the record on April 9, 2019.
6. Virginia C. Brown and Edward T. Brown are the children of Robert and Dorothy Brown and were both named co-administrators of Dorothy Brown's estate, and upon belief and information were successor personal representatives to the estate of Robert Brown.
7. Virginia C. Brown and Edward T. Brown are the proper parties to substitute for plaintiff-decedent Dorothy Brown on behalf of decedent Robert Brown and have proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

8. Attached is an order appointing Virginia C. Brown and Edward T. Brown as the personal representatives for the Estate of Dorothy Brown ("Exhibit 2").

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action and an order entered substituting Virginia C. Brown and Edward T. Brown on behalf of Robert Brown, as the named party in place of Dorothy Brown on behalf of Robert Brown.

Respectfully submitted,

Dated: April 9, 2019            By: /s/ *Alfred A. Olinde Jr.*
                                Alfred A. Olinde, Jr., La. Bar # 20061
                                **THE OLINDE FIRM, LLC**
                                400 Poydras Street, Suite 1980
                                New Orleans, Louisiana  70130
                                Telephone:  (504) 587-1440
                                Facsimile:  (504) 587-1577
                                Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2019 a copy of the above and foregoing *Motion to Substitute Party Plaintiff* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Alfred A. Olinde Jr.*