# COMMONWEALTH OF KENTUCKY

## REGISTRAR OF VITAL STATISTICS
## CERTIFIED COPY

**5488080**

### KENTUCKY CERTIFICATE OF DEATH

116 **201843200**
Case #: **E201812030194**

| Field | Value |
|---|---|
| 1a. Decedent's Legal Name | DOROTHY ZAPP BROWN |
| 1b. If Female, Decedent's Last Name Prior to First Marriage | ZAPP |
| 2. Sex | FEMALE |
| 3. Actual or Presumed Date of Death | December 02, 2018 |
| 4. Social Security Number | redacted |
| 5a. Age-Last Birthday (Years) | 88 |
| 6. Date of Birth | Redacted |
| 7. County of Death | FAYETTE |
| 8. Place of Death | Decedent's Residence (X) |
| 9. Facility Name | 318 SYCAMORE ROAD |
| 10. City or Town, State and Zip Code | LEXINGTON, KY 40502 |
| 11. Birthplace | LOUISVILLE, KENTUCKY |
| 12. Marital Status | Widowed |
| 13. Surviving Spouse | |
| 14. Decedent's Usual Occupation | HOMEMAKER |
| 15. Kind of Business/Industry | HOMEMAKER |
| 16. Was Decedent Ever in U.S. Armed Forces? | No |
| 17a. Residence - State | KENTUCKY |
| 17b. County | FAYETTE |
| 17c. City or Town | LEXINGTON |
| 17d. Street and Number | 318 SYCAMORE ROAD |
| 17e. Zip Code | 40502 |
| 17f. Inside City Limits? | Yes |
| 18. Decedent's Education | Some College Credit but No Degree |
| 19. Decedent of Hispanic Origin? | No, not Spanish/Hispanic/Latino |
| 20. Decedent's Race | White |
| 21. Father's Name | EDWARD ZAPP |
| 22. Mother's Name Prior to First Marriage | SOPHIA BILLS |
| 23a. Informant's Name | JENNIE BROWN |
| 23b. Relationship to Decedent | DAUGHTER |
| 23c. Mailing Address | 318 SYCAMORE ROAD, LEXINGTON, KY 40507 |
| 24. Method of Disposition | Burial |
| 25. Place of Disposition | CAVE HILL CEMETERY |
| 26. Location | LOUISVILLE, KY |
| 27. Signature of Funeral Service Licensee | ANGELA D. WALTERS |
| Date Signed | 12/09/2018 |
| 28. KY License Number | 6687 |
| 29. Name and Complete Address of Funeral Facility | MILWARD FUNERAL DIRECTORS, INC. 159 N. BROADWAY LEXINGTON, KY 40507 |
| 30. Date Pronounced Dead | 12/02/2018 |
| 31. Actual or Presumed Time of Death | 2032 |
| 32. Was Medical Examiner or Coroner Contacted? | No |

**CAUSE OF DEATH**

33. Part I.
- a. IMMEDIATE CAUSE: **SEPSIS**
- b. Due to: **PNEUMONIA**
- c. UNDERLYING CAUSE: **CEREBROVASCULAR ACCIDENT**
- d.

Approximate Interval Between Onset and Death: HOUR(S) / DAY(S)

34. Manner of Death: **Natural**

| Field | Value |
|---|---|
| 35. Was an Autopsy Performed? | No |
| 36. Were Autopsy Findings Available to Complete the Cause of Death? | |
| 37. Did Tobacco Use Contribute to Death? | Unknown |
| 38. If Female | Not pregnant within past year |
| 46. To be Completed by Certifier Signature | PAUL F. JUNKER, DO |
| 47. Date Certified | 12/11/2018 |
| 48. License Number | 02840 |
| 49. Title of Certifier | PHYSICIAN |
| 50. Name, Address, and Zip Code of Person Completing Cause of Death | PAUL JUNKER, BLUEGRASS HOSPICE CARE (LEXINGTON), 2312 ALEXANDRIA DR, LEXINGTON, KY 40504 |
| 51. Registrar's Signature | Christina S. Stewart |
| 52. Date Filed | 12/11/2018 |

This is to certify that this is a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered at the Kentucky Office of Vital Statistics under the file number shown.

DATE ISSUED  12/11/2018

*Christina S. Stewart*
State Registrar

FORM VS NO. 1-A
(REVISED 06/2015)


EXHIBIT 1

DOCUMENT CONTAINS A WATERMARK – HOLD UP TO LIGHT