| AOC - 806 | Doc. Code: OWF | | Case No. 18-P-2030 |
|---|---|---|---|
| Rev. 12-03 | 12/19/2018 11:34 am | | Court: District Probate |
| Page 1 of 1 | Ver. 1.01 | **ORDER PROBATING WILL AND APPOINTING EXECUTOR/EXECUTRIX** | County: Fayette |
| Commonwealth of Kentucky Court of Justice www.kycourts.net KRS Chapters 394 and 395 | | | ENTERED ATTEST VINCENT RIGGS, CLERK JAN 16 2019 FAYETTE CIRCUIT CLERK BY _____ DEPUTY |

**IN RE:** Estate of DOROTHY Z. BROWN

Decedent's Date of Death: 12/02/2018   SSN: Redacted

The Petition for probate of the Will of the above-named Decedent and for appointment of an Executor/Executrix came on for hearing on JAN 16 2019, 2____. The Will was produced in open court and was ☑ self-proved under KRS 394.225 **OR** ☐ proved by _____.

**IT IS THEREFORE ORDERED** that the Will be, and it is, hereby admitted to probate as the Last Will and Testament of the Decedent. **IT IS FURTHER ORDERED** that EDWARD T. BROWN & VIRGINIA C. BROWN with an address of 712 MT. VERNON   318 SYCAMORE   LEXINGTON, KY   LEXINGTON, KY 40502   40502

be and is, hereby appointed Executor/Executrix of said estate. The Court fixes bond in the sum of $ 1,500,000.00

**WHEREUPON** said Executor/Executrix took the oath prescribed by law and entered into and acknowledged the above-mentioned bond with ☐ approved Surety **OR** ☑ Surety having been waived.

Date: Jan 16th, 2019   _____ Judge

**NOTICE OF ENTRY WAIVED:**
Gary L. Rohrer, ESQ
1025 Dove Run Road, Ste. 110
Lexington, Kentucky 40502
859-266-4694

Petitioner's OR Attorney's Signature

---

**CERTIFICATION**

I, VINCENT RIGGS, Clerk of the FAYETTE District Court, do certify this constitutes a true and correct copy of the Order Admitting Will to Probate and Appointing Executor/Executrix, as recorded in my office.

Date: 01/16, 2019   Vincent Riggs, Clerk
   _____, D.C.

**Distribution:**
Original - Court File (with certified copy)
Copies - Executor/Executrix
Revenue Cabinet (Inheritance)
Certified Copy - County Clerk (with original — responsible for recording fee)

EXHIBIT 2