UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Dorothy Brown on behalf of Robert Brown

CA# 2:17-cv-0653

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiffs Virginia C. Brown and Edward T. Brown, are substituted in place of Dorothy Brown as personal representatives for Robert Brown in the above captioned cause.

Dated: _____          _____
                                                                       **HON. ELDON E. FALLON**
                                                                       United States District Court Judge