UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Patricia Burkman v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-04810

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13095, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Pamela Burkman, as Personal Representative of the Estate of Patricia Burkman, is substituted for Plaintiff Patricia Burkman as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 9th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE