UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Wanda M. Miles v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-2713

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Craig S. Watson be substituted for Donald G. Cave as lead counsel for Plaintiff, Wanda M. Miles, in the above entitled and numbered case.

New Orleans, Louisiana, this 9th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE