# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Rachel Jones, o/b/o the Estate of Janet Roland v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-14672

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13108, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Christina Jo Booty, as Executrix of the Estate of Janet Roland, is substituted for Plaintiff Rachel Jones on behalf of the Estate of Janet Roland as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 9th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE