**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : **MDL NO. 2592**
: **JUDGE ELDON E. FALLON**
**THIS DOCUMENT RELATES TO:** : **SECTION L, DIVISION 5**
: **MAG. JUDGE NORTH**

*Bruce Arndt v.*
*Janssen Research & Development, LLC, et al,*
*2:16-cv-05886*

*Don Blackmon v.*
*Janssen Research & Development, LLC, et al,*
*2:16-cv-10129*

*Arthur Burroughs v.*
*Janssen Research & Development, LLC, et al,*
*2:16-cv-12121*

*Ronald Cuahonte v.*
*Janssen Research & Development, LLC, et al,*
*2:16-cv-10132*

*Frances Darensbourg v.*
*Janssen Research & Development, LLC, et al,*
*2:16-cv-10135*

*Henry Darna v.*
*Janssen Research & Development, LLC, et al,*
*2:16-cv-10138*

*Linda Dickey v.*
*Janssen Research & Development, LLC, et al,*
*2:16-cv-12124*

*Wendell Helmey v.*
*Janssen Research & Development, LLC, et al,*
*2:18-cv-02555*

*Emma January v.*
*Janssen Research & Development, LLC, et al,*
*2:16-cv-10140*

*Ammie Johnson, Individually and as Representative of the Estate of Ira Johnson, Deceased v. Janssen Research & Development, LLC, et al, 2:16-cv-10142* :

*Nancy Lafferty v. Janssen Research & Development, LLC, et al, 2:18-cv-02404* :

*Robert Lopez v. Janssen Research & Development, LLC, et al, 2:18-cv-08671* :

*Linda McConnico v. Janssen Research & Development, LLC, et al, 2:16-cv-10144* :

*Silas McDowell v. Janssen Research & Development, LLC, et al, 2:16-cv-12125* :

*John Meer v. Janssen Research & Development, LLC, et al, 2:16-cv-10147* :

*Robert Odle v. Janssen Research & Development, LLC, et al, 2:16-cv-12129* :

*Darlene Stevens v. Janssen Research & Development, LLC, et al, 2:16-cv-12134* :

*Helen Suddreth v. Janssen Research & Development, LLC, et al, 2:16-cv-10149* :

*Anisia Whiting v. Janssen Research & Development, LLC, et al, 2:16-cv-10153* :

*Xiao J. Hill, Individually and as Representative of the Estate of Qin Zhong v. Janssen Research & Development, LLC, et al, 2:16-cv-12139* :

# PLAINTIFF'S JOINT MOTION TO SUBSTITUTE ATTORNEY

COME NOW, Ellen A. Presby of Van Wey Law, moves this Court for an Order substituting the lead counsel for Plaintiffs from Kay Van Wey to Ellen A. Presby in these cases.

Dated: April 9, 2019

Respectfully Submitted,

/s/ Ellen A. Presby

Ellen A. Presby
TX Bar No: 16249600
Van Wey Law, PLLC
12720 Hillcrest Road, Suite 600
Dallas, TX 75234
Phone: 214-329-1350
Fax: 800-582-1042
ellen@vanweylaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 9th day of April, 2019, by way of the Court's CM/ECF System.

/s/ Ellen A. Presby

Ellen A. Presby
ellen@vanweylaw.com