# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : | SECTION L, DIVISION 5 |
| *Bruce Arndt v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:16-cv-05886* | : : : | MAG. JUDGE NORTH |
| *Don Blackmon v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:16-cv-10129* | : : : | |
| *Arthur Burroughs v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:16-cv-12121* | : : : | |
| *Ronald Cuahonte v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:16-cv-10132* | : : : | |
| *Frances Darensbourg v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:16-cv-10135* | : : : | |
| *Henry Darna v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:16-cv-10138* | : : : | |
| *Linda Dickey v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:16-cv-12124* | : : : | |
| *Wendell Helmey v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:18-cv-02555* | : : : | |
| *Emma January v.*<br>*Janssen Research & Development, LLC, et al,*<br>*2:16-cv-10140* | : : : | |

*Ammie Johnson, Individually and as* :
*Representative of the Estate of Ira Johnson,* :
*Deceased v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-10142* :

*Nancy Lafferty v.* :
*Janssen Research & Development, LLC, et al,* :
*2:18-cv-02404* :

*Robert Lopez v.* :
*Janssen Research & Development, LLC, et al,* :
*2:18-cv-08671* :

*Linda McConnico v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-10144* :

*Silas McDowell v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-12125* :

*John Meer v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-10147* :

*Robert Odle v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-12129* :

*Darlene Stevens v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-12134* :

*Helen Suddreth  v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-10149* :

*Anisia Whiting v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-10153* :

*Xiao J. Hill, Individually and as Representative* :
*of the Estate of Qin Zhong v.* :
*Janssen Research & Development, LLC, et al,* :
*2:16-cv-12139* :

## **ORDER ON PLAINTIFFS' JOINT MOTION TO SUBSTITUTE ATTORNEY**

Considering the foregoing Joint Motion to Substitute Attorney,

IT IS HEREBY ORDERED that Ellen A. Presby be substituted as lead attorney for the Plaintiffs listed in Exhibit "A".

Dated: _____

_____
United States District Court Judge