## EXHIBIT "A"

| CIVIL ACTION NO. | CASE CAPTION |
|---|---|
| 2:16-cv-05886 | *Bruce Arndt v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10129 | *Don Blackmon v. Janssen Research & Development LLC, et al* |
| 2:16-cv-12121 | *Arthur Burroughs v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10132 | *Ronald Cuahonte v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10135 | *Frances Darensbourg v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10138 | *Henry Darna v. Janssen Research & Development LLC, et al* |
| 2:16-cv-12124 | *Linda Dickey v. Janssen Research & Development LLC, et al* |
| 2:18-cv-02555 | *Wendell Helmey v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10140 | *Emma January v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10142 | *Ammie Johnson, Individually and as Representative of the Estate of Ira Johnson v. Janssen Research & Development LLC, et al* |
| 2:18-cv-02404 | *Nancy Lafferty v. Janssen Research & Development LLC, et al* |
| 2:18-cv-08671 | *Robert Lopez v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10144 | *Linda McConnico v. Janssen Research & Development LLC, et al* |
| 2:16-cv-12125 | *Silas McDowell v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10147 | *John Meer v. Janssen Research & Development LLC, et al* |
| 2:16-cv-12129 | *Robert Odle v. Janssen Research & Development LLC, et al* |
| 2:16-cv-12134 | *Darlene Stevens v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10149 | *Helen Suddreth v. Janssen Research & Development LLC, et al* |
| 2:16-cv-10153 | *Anisia Whiting v. Janssen Research & Development LLC, et al* |
| 2:16-cv-12139 | *Xiao J. Hill, Individually and as Representative of the Estate of Qin Zhong v. Janssen Research & Development LLC, et al* |