# Exhibit A

| CASE CAPTION | CIVIL ACTION NO. |
|---|---|
| *Assencoa v. Janssen Research & Development LLC, et al.* | 2:16-cv-12718 |
| *Battito v. Janssen Research & Development LLC, et al.* | 2:16-cv-12721 |
| *Besse et al v. Janssen Research & Development LLC, et al.* | 2:15-cv-06518 |
| *Black et al v. Janssen Research & Development, LLC, et al.* | 2:15-cv-04153 |
| *Brumfield v. Janssen Research & Development, LLC, et al.* | 2:16-cv-12722 |
| *Comalander v. Janssen Research & Development LLC, et al.* | 2:16-cv-12724 |
| *Cordero v. Janssen Research & Development LLC, et al.* | 2:16-cv-12726 |
| *Crayton v. Janssen Research & Development LLC, et al.* | 2:15-cv-02109 |
| *Diehl v. Janssen Research & Development LLC, et al.* | 2:16-cv-12729 |
| *Dulan et al v. Janssen Research & Development LLC, et al.* | 2:17-cv-08310 |
| *Fain v. Janssen Research & Development LLC, et al.* | 2:15-cv-02320 |
| *Fallon v. Janssen Research & Development LLC, et al.* | 2:16-cv-12732 |
| *Favors v. Janssen Research & Development LLC, et al.* | 2:16-cv-12832 |
| *Fields v. Janssen Research & Development LLC, et al.* | 2:18-cv-00652 |
| *Fulbright v. Janssen Research & Development LLC, et al.* | 2:18-cv-6508 |
| *Galan v. Janssen Research & Development LLC, et al.* | 2:17-cv-10712 |
| *Gee v. Janssen Research & Development LLC, et al.* | 2:16-cv-12833 |
| *Godbolt v. Janssen Research & Development LLC, et al.* | 2:16-cv-12835 |
| *Griffin v. Janssen Research & Development LLC, et al.* | 2:16-cv-12836 |
| *Hamrick v. Janssen Research & Development LLC, et al.* | 2:16-cv-12837 |
| *Harris v. Janssen Research & Development LLC, et al.* | 2:16-cv-12838 |
| *Heaberlin v. Janssen Research & Development LLC, et al.* | 2:16-cv-12839 |
| *Hicks v. Janssen Research & Development LLC, et al.* | 2:16-cv-12840 |
| *Houston v. Janssen Research & Development LLC, et al.* | 2:16-cv-12841 |
| *James v. Janssen Research & Development LLC, et al.* | 2:16-cv-12842 |
| *Johnson v. Janssen Research & Development LLC, et al.* | 2:16-cv-12843 |
| *Juarez et al v. Janssen Research & Development LLC, et al.* | 2:17-cv-11330 |
| *Kopke v. Janssen Research & Development LLC, et al.* | 2:16-cv-00365 |
| *Kuhn v. Janssen Research & Development LLC, et al.* | 2:15-cv-04712 |
| *Lietz v. Janssen Research & Development LLC, et al.* | 2:16-cv-12846 |
| *Malloy v. Janssen Research & Development LLC, et al.* | 2:15-cv-04713 |
| *Milloff v. Janssen Research & Development LLC et al* | 2:15-cv-03239 |
| *Money v. Janssen Research & Development LLC, et al.* | 2:16-cv-12851 |
| *Mull v. Janssen Research & Development LLC, et al.* | 2:17-cv-06819 |
| *Naegele v. Janssen Research & Development LLC, et al.* | 2:16-cv-12855 |
| *O'Connell v. Janssen Research & Development LLC, et al.* | 2:16-cv-12856 |
| *Parris v. Janssen Research & Development LLC, et al.* | 2:16-cv-12859 |
| *Patterson, et al v. Janssen Research & Development LLC, et al.* | 2:16-cv-02491 |
| *Pattillo v. Janssen Research & Development LLC, et al.* | 2:16-cv-12860 |
| *Pedersen v. Janssen Research & Development LLC, et al.* | 2:16-cv-12861 |
| *Persell v. Janssen Research & Development LLC, et al.* | 2:16-cv-12863 |
| *Prussman v. Janssen Research & Development LLC, et al.* | 2:15-cv-04142 |
| *Purdie v. Janssen Research & Development LLC, et al.* | 2:16-cv-12864 |
| *Ramey v. Janssen Research & Development LLC, et al.* | 2:16-cv-12865 |
| *Reznick v. Janssen Research & Development LLC, et al.* | 2:16-cv-12866 |
| *Richardson v. Janssen Research & Development LLC, et al.* | 2:18-cv-02310 |
| *Robertson v. Janssen Research & Development, LLC, et al.* | 2:15-cv-02337 |
| *Salama v. Janssen Research & Development et al* | 2:15-cv-00200 |
| *Sammis v. Janssen Research & Development LLC, et al.* | 2:16-cv-12868 |

| | |
|---|---|
| *Sass v. Janssen Research & Development LLC, et al.* | *2:16-cv-12869* |
| *Scott v. Janssen Research & Development LLC, et al.* | *2:16-cv-12872* |
| *Singleton v. Janssen Research & Development LLC, et al.* | *2:16-cv-12874* |
| *Stapley v. Janssen Research & Development LLC, et al.* | *2:16-cv-04178* |
| *Strickland v. Janssen Research & Development LLC, et al.* | *2:16-cv-12877* |
| *Syfert v. Janssen Research & Development LLC, et al.* | *2:16-cv-12879* |
| *Watson v. Janssen Research & Development LLC, et al.* | *2:16-cv-12881* |
| *Williams v. Janssen Research & Development LLC, et al.* | *2:16-cv-12882* |
| *Williams v. Janssen Research & Development LLC, et al.* | *2:16-cv-12883* |

Case 2:14-md-02592-EEF-MBN   Document 13185-1   Filed 04/09/19   Page 3 of 3