# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILTY LITIGATION | **MDL NO.: 2592** <br> SECTION: L <br> **JUDGE: ELDON E. FALLON** <br> **MAG. JUDGE MICHAEL NORTH** |
| ***THIS DOCUMENT RELATES TO:*** <br> *The Civil Action Numbers Listed on Exhibit A* | |

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Neil D. Overholtz and Jennifer M. Hoekstra of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, be allowed to and is enrolled as co-counsel and lead counsel for Plaintiffs in the numbered actions attached as Exhibit A to Plaintiffs' Motion to Enroll as Co-Counsel.

New Orleans, Louisiana this 9th day of April, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge