# **EXHIBIT A**

1. Armstrong v. Janssen Research & Development, LLC, et al. – 2:16 –cv-17494

2. Barton v. Janssen Research & Development, LLC, et al.- 2:16-cv-6755

3. Bevans v. Janssen Research & Development, LLC, et al. 2:15-cv-02538

4. Bohanan v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

5. Bowers v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

6. Davis v. Janssen Research & Development, LLC, et al. – 2:16-cv-01603

7. Dingwall v. Janssen Research & Development, LLC, et al. – 2:15-cv-06448

8. Dorsey v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

9. Duncan v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

10. Emerson v. Janssen Research & Development, LLC, et al. 2:15-cv-02538

11. Erickson v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

12. Erny v. Janssen Research & Development, LLC, et al. 2:15-cv-02538

13. Fatka v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

14. Fields v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

15. Galloway v. Janssen Research & Development, LLC, et al. – 2:16-cv-01603

16. Garlotte v. Janssen Research & Development, LLC, et al. – 2:17-cv-16870

17. Garza v. Janssen Research & Development, LLC, et al. – 2:15-cv-01699

18. Gembara v. Janssen Research & Development, LLC, et al. 2:15-cv-02538

19. Harless v. Janssen Research & Development, LLC, et al. – 2:16-cv-01603

20. Hein v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

21. Holley v. Janssen Research & Development, LLC, et al. – 2:15-cv-06448

22. Hunt v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

23. Iknayan v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

24. Keesee v. Janssen Research & Development, LLC, et al. – 2:15-cv-06448

25. Kelley v. Janssen Research & Development, LLC, et al. – 2:15-cv-03981

26. Lambrecht v. Janssen Research & Development, LLC, et al. – 2:15-cv-06448

27. Larsen v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

28. Larson v. Janssen Research & Development, LLC, et al. – 2:15-cv-06448

29. Lowen v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

30. Mack-Fieldgrove v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

31. Marshall v. Janssen Research & Development, LLC, et al. – 2:16-cv-01603

32. McGlynn v. Janssen Research & Development, LLC, et al. – 2:16-cv-17020

33. Barker v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

34. Newell v. Janssen Research & Development, LLC, et al. – 2:17-cv-00999

35. Norman v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

36. Piggee v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

37. Radin v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

38. Reiter v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

39. Riojas v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

40. Rogers v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

41. Saphian v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

42. Schubert v. Janssen Research & Development, LLC, et al. – 2:17-cv-15263

43. Simmons v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

44. Singer v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

45. Sommer v. Janssen Research & Development, LLC, et al. – 2:16-cv-01603

46. Stephan v. Janssen Research & Development, LLC, et al. 2:15-cv-02538

47. Stevenson v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

48. Ullom v. Janssen Research & Development, LLC, et al. – 2:15-cv-06448

49. Van Dongen v. Janssen Research & Development, LLC, et al. – 2:15-cv-06448

50. Willis v. Janssen Research & Development, LLC, et al. – 2:16-cv-6755

Case 2:14-md-02592-EEF-MBN   Document 13188-1   Filed 04/09/19   Page 3 of 3