UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITATION | Master File No: MDL No. 2592 |
| This Document Relates to: MDL Case No. 2:15-cv-04093 | Plaintiff: BLOCK, NORMAN |

The undersigned hereby consent to the substitution of Mazie Slater Katz & Freeman, LLC, as attorneys for the plaintiffs, Norman and Tamara Block, in the above entitled cause.

MAZIE SLATER KATZ & FREEMAN, LLC

By: _____        By: _____

*Superseding Attorney*                              *Withdrawing Attorney*

Dated: