UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*JIMMIE JOHNSON v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-3057

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal with Prejudice. **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Jimmie Johnson's Motion for Voluntary Dismissal with Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this ___9th___ day of __April__, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge