**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Michael Smith, as the administrator for*
*and on behalf of the heirs of the Estate of*
*John A. Smith - Civil Action No.: 16-cv-10976*

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES**

This Court issued an Order to Show Cause (Doc. 12958) as to why certain actions, including the above-captioned action should not be dismissed due to plaintiffs with alleged core Plaintiff Fact Sheet deficiencies. The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Michael Smith. However, plaintiff's counsel has not received any response to our attempts to contact Mr. Smith.

2. Specifically, Plaintiff's counsel attempted to contact Mr. Smith on the following dates:

   a. A letter was sent via Certified Mail on March 27, 2018 requesting the completion of the Plaintiff Fact Sheet and required materials and the return of same to Plaintiff's counsel.

1

    b. Subsequent letters were sent to Mr. Smith on May 29, 2018 via Certified Mail and on February 18, 2019 via Federal Express Signature Required.

    c. Further, Plaintiff's counsel attempted calls, emails and text messages to the client after failure to receive the completed Plaintiff Fact Sheet and materials. These communication efforts were made on November 1, 2018, March 8, 2019, March 11, 2019, March 20, 2019, March 21, 2019 and March 28, 2019.

    d. On February 25, 2019 Plaintiff's counsel hired a private investigator to attempt to reach the client, which was unsuccessful.

    e. On April 1, 2019 another letter was sent via Federal Express, certified mail and e-mail enclosing a copy of the Defendants' Motion for Order to Show Cause.

  3. Undersigned counsel is unaware of any circumstances that would prevent Mr. Smith from complying with the Plaintiff Fact Sheet obligations set by this Court.

  4. However, in the event that the Court elects to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice.

  **WHEREFORE,** it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action or that any dismissal be without prejudice.

Dated: New York, New York
   April 10, 2019        By: */s/ Michael A. London*
                 Michael A. London
                 DOUGLAS & LONDON, P.C.
                 59 Maiden Lane, 6th Floor
                 New York, New York 10038
                 Phone: (212) 566-7500
                 Fax: (212) 566-7501
                 Email: mlondon@douglasandlondon.com

                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      */s/ Michael A. London*
      Michael A. London