# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rosella Limback*                                                                                      *2:16-cv-14230*

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **ROSELLA LIMBACK** on December 14, 2017.

Dated: April 10, 2019

>Respectfully submitted,
>
>MURPHY LAW FIRM, LLC
>
>s/*Peyton P. Murphy*
>PEYTON P. MURPHY (LA # 22125)
>2354 S. Acadian Thruway
>Baton Rouge, LA 70808
>Telephone: (225) 928-8800
>Facsimile: (225) 246-8780
>Email: peyton@murphylawfirm.com
>
>s/*Todd C. Comeaux*
>TODD C. COMEAUX (LA # 23453)
>2354 S. Acadian Thruway, Suite C
>Baton Rouge, LA 70808
>Telephone: (225) 706-9000
>Facsimile: (225) 706-9001
>Email: tc@comeauxlawfirm.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on April 10, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**