# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2592 |
| | : | |
| | : | SECTION L |
| This document relates to: | : | JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE NORTH |
| Joe Mendoza, | : | |
| | : | **SUGGESTION OF DEATH** |
| Plaintiff, | : | |
| | : | Civil Action No. 2:18-cv-07610 |
| v. | : | |
| | : | |
| Bayer AG., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

TO ALL PARTIES AND ATTORNEY OF RECORD, please take notice that the undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Joe Mendoza, on or about July 20, 2017.

Dated this 10th day of April, 2019.   Respectfully submitted,
MARC J. BERN & PARTNERS LLP

/s/ Debra J. Humphrey
Debra J. Humphrey (NY Bar. 5050448)
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
Attorneys for Plaintiff