# STATE OF MICHIGAN
## DEPARTMENT OF COMMUNITY HEALTH
## CERTIFICATE OF DEATH

CF: 2016-1337

STATE FILE NUMBER: 228450

| Field | Value |
|---|---|
| 1. Decedent's Name (First, Middle, Last) | Margaret Mary Blake |
| 2. Date of Birth | 1928 |
| 3. Sex | Female |
| 4. Date of Death | 2016 |
| 5. Name at Birth or Other Name Used for Personal Business | Margaret Mary Adams |
| 6a. Age - Last Birthday (Years) | 88 |
| 7a. Location of Death | Medilodge of Montrose |
| 7b. City, Village or Township of Death | Montrose Twp |
| 7c. County of Death | Genesee |
| 8a. Current Residence - State | Michigan |
| 8b. County | Genesee |
| 8c. Locality | Flint Twp |
| 8d. Street and Number | 2454 Nerredia Street |
| 8e. Zip Code | 48507 |
| 9. Birth Place | Burton, Michigan |
| 10. Social Security Number | 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 |
| 11. Decedent's Education | High school graduate |
| 12. Race | White |
| 13a. Ancestry | Polish, American |
| 13b. Hispanic Origin | No |
| 14. Ever in the U.S. Armed Forces? | No |
| 15. Usual Occupation | Line Production |
| 16. Kind of Business or Industry | Automotive |
| 17. Marital Status | Widowed |
| 19. Father's Name (First, Middle, Last) | Stanley Adams |
| 20. Mother's Name Before First Married (First, Middle, Last) | Anna Hanzaryk |
| 21a. Informant's Name | Michael Blake |
| 21b. Relationship to Decedent | Son |
| 21c. Mailing Address | Burton Michigan 48509 |
| 22. Method of Disposition | Cremation |
| 23a. Place of Disposition | Detroit Wilbert Cremation Services LLC |
| 23b. Location | Auburn Hills, Michigan |
| 24. Signature of Mortuary Science Licensee | Todd K Clayton |
| 25. License Number | 4501005551 |
| 26. Name and Address of Funeral Facility | Brown Funeral Home - Grand Blanc, 1480 E Hill Rd, Grand Blanc, Michigan 48439 |
| 27a. Certifier | ☒ Certifying Physician  ☐ Medical Examiner — Tiffanie Covieo, DO |
| 28a. Actual or Presumed Time of Death | 11:00 AM |
| 28b. Pronounced Dead On | May 30, 2016 |
| 28c. Time Pronounced Dead | 11:00 AM |
| 29. Medical Examiner Contacted | No |
| 30. Place of Death | Nursing Home |
| 27b. Date Signed | June 02, 2016 |
| 27c. License Number | 5101021445 |
| 34. Name and Address of Certifying Physician | Tiffanie Covieo, DO, 9317 W Vienna Rd, Montrose, Michigan 48457 |
| 35b. Date Filed | June 08, 2016 |

**36. PART I.** Congestive Heart Failure — Approximate Interval Between Onset and Death: Years

**39. Manner of Death:** Natural
**40a. Was an Autopsy Performed?** No
**40b. Were Autopsy Findings Available Prior to Completion of Cause of Death?** Not Applicable

**37. Did Tobacco Use Contribute to Death?** ☒ Unknown

VOID WITHOUT HEAT SENSITIVE INK UNDER COUNTY CLERK'S NAME