UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Margaret Blake v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,* **No. 2:15-cv-02024** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

**MOTION FOR SUBSTITUTION OF PARTY**

COME NOW Counsel for Plaintiff Margaret Blake, pursuant to Fed. R. Civ. P 25(a), based on the death of Plaintiff Margaret Blake, hereby move to substitute Ronald Blake, the personal representative of Plaintiff's estate, as the Plaintiff in this action.

Respectfully submitted,

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel.  314-436-9958
Fax  314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on April 10, 2019 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John S. Steward
