UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Erma Neff v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08248

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13134, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Darcey Lee Hernandez, surviving daughter of Erma Neff, is substituted for Plaintiff Erma Neff as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE