# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2592**

**SECTION L**

**JUDGE ELDON E. FALLON**

**MAGISTRATE JUDGE NORTH**

*George Duprey v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08228

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13138, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff George Duprey Jr., surviving son of George Duprey, is substituted for Plaintiff George Duprey as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of April, 2019.

UNITED STATES DISTRICT COURT JUDGE