UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*Patricia Talapa v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08253

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13147, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Richard Gilroy and Charles Talapa Jr., surviving sons of Patricia Talapa, are substituted for Plaintiff Patricia Talapa as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE