UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Katherine Schloemer v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02979

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13157, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Karen Elizabeth Ritter, Executor of the Estate of Katherine E. Schloemer, is substituted for Plaintiff Katherine E. Schloemer as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE