UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Dorothy Brown on behalf of Robert Brown v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-0653

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13169, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Virginia C. Brown and Edward T. Brown, surviving children and co-administrators of the Estate of Dorothy Brown, are substituted for Plaintiff Dorothy Brown on behalf of Robert Brown as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 10th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE