UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2592 <br> JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | : | SECTION L, DIVISION 5 |
| *Bruce Arndt v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-05886* | : : : | MAG. JUDGE NORTH |
| *Don Blackmon v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10129* | : : : | |
| *Arthur Burroughs v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-12121* | : : : | |
| *Ronald Cuahonte v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10132* | : : : | |
| *Frances Darensbourg v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10135* | : : : | |
| *Henry Darna v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10138* | : : : | |
| *Linda Dickey v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-12124* | : : : | |
| *Wendell Helmey v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:18-cv-02555* | : : : | |
| *Emma January v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10140* | : : : | |

| | |
|---|---|
| *Ammie Johnson, Individually and as Representative of the Estate of Ira Johnson, Deceased v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10142* | : <br> : <br> : <br> : <br> : |
| *Nancy Lafferty v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:18-cv-02404* | : <br> : <br> : |
| *Robert Lopez v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:18-cv-08671* | : <br> : <br> : |
| *Linda McConnico v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10144* | : <br> : <br> : |
| *Silas McDowell v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-12125* | : <br> : <br> : |
| *John Meer v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10147* | : <br> : <br> : |
| *Robert Odle v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-12129* | : <br> : <br> : |
| *Darlene Stevens v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-12134* | : <br> : <br> : |
| *Helen Suddreth  v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10149* | : <br> : <br> : |
| *Anisia Whiting v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-10153* | : <br> : <br> : |
| *Xiao J. Hill, Individually and as Representative of the Estate of Qin Zhong v.* <br> *Janssen Research & Development, LLC, et al,* <br> *2:16-cv-12139* | : <br> : <br> : <br> : |

## ORDER ON PLAINTIFFS' JOINT MOTION TO SUBSTITUTE ATTORNEY

Considering the foregoing Joint Motion to Substitute Attorney,

IT IS HEREBY ORDERED that Ellen A. Presby be substituted as lead attorney for the Plaintiffs listed in Exhibit "A".

New Orleans, Louisiana this 10th day of April, 2019.

          */s/ Eldon E. Fallon*
          United States District Court Judge