UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| This Document relates to:<br>*Tim Adams, As Representative of the Estate Of Victor Adams, Deceased v. Janssen Research & Development, LLC, et al*<br>E.D. La. No. 2:18-cv-00074 | SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| *Lucas v. Janssen Research & Development, LLC, et al*<br>E.D. La. No. 2:18-cv-03981 | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

This Court issued an Order to Show Cause (Doc. 12958) as to why certain actions, including the above-captioned actions should not be dismissed with regards to Plaintiffs with alleged core Plaintiff Fact Sheet ("PFS') deficiencies. The undersigned counsel responds to that Order as follows:

I. **Regarding *Tim Adams, As Representative of the Estate of Victor Adams, Deceased v. Janssen Research & Development, LLC, et al*, E.D. La. No. 2:18-cv-00074**

Plaintiff's counsel has made multiple attempts to obtain additional information from Tim Adams ("Mr. Adams"), the Personal Representative of Victor Adams, Deceased in order to cure any alleged deficiencies. Specifically, the undersigned requested specific additional PFS information via letters, emails, text messages and phone calls in August of 2018 and February 22 and March 25, 2019. Additionally, another letter was sent via Federal Express and certified mail on March 25, 2019 enclosing a copy of the Defendants' Motion for Order to Show Cause.

Undersigned counsel has informed Mr. Adams of his obligations regarding the completion and serving a completed PFS pursuant to Case Management Order No. 1, and Pre-Trial Orders Nos.

13, 13A, and 27.

To date, undersigned counsel has exhausted its efforts to obtain additional information curing alleged PFS deficiencies. The undersigned counsel is also unaware of any circumstances that would prevent Mr. Adams from complying with the Plaintiff Fact Sheet obligations set by this Court.

However, in the event that the Court elects to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice.

## II.     Regarding *Lucas v. Janssen Research & Development LLC, et al*, E.D. La. No. 2:18-cv-03981

Undersigned counsel has made multiple attempts to obtain additional information from Joshua Lucas, ("Mr. Lucas"), the son of Dwayne Lucas, Deceased in order to cure any alleged deficiencies. Specifically, the undersigned requested a signed Declaration from Mr. Lucas via letters, emails, text messages and phone calls. Undersigned counsel has also run locate reports and sent correspondence to last known addresses in an attempt to contact Mr. Lucas or any other known heir to no avail. Despite its efforts, the undersigned counsel has not been able to make any contact with Mr. Lucas or any known heir of Dwayne Lucas, Deceased.

To date, the undersigned counsel has exhausted its efforts to obtain a signed Declaration by the Mr. Lucas' son or any heir in order to cure the alleged deficiency. However, in the event that the Court elects to dismiss this plaintiff's claim, it is respectfully requested that the dismissal be without prejudice.

**WHEREFORE,** it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action or that any dismissal be without prejudice.

Dated: April 10, 2019

By: */s/ Kori L. Westbrook*
Kori L. Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
kwestbrook@johnsonlawgroup.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 */s/ Kori L. Westbrook*
                                                 Attorney for Plaintiffs