**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lattanzo v. Janssen Research & Development LLC et al*
**Civil Action No.: 2:16-cv-02510**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party in the above referenced cause, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that John Richard Matlick and William Matlick, Co-Administrators of the Estate of Martha Jean Lattanzo, are substituted for Plaintiff Martha Jean Lattanzo as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge