UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*PARSONS V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-01920**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party in the above referenced cause, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Pamela Parsons, daughter and anticipated Representative of the Estate of Herman Parsons, Deceased, is substituted for Plaintiff Herman Parsons, as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge