20180426UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION        :        MDL No. 2592
                                                    :
                                                    :        SECTION L
                                                    :
                                                    :        JUDGE ELDON E. FALLON
                                                    :
                                                    :        MAGISTRATE JUDGE NORTH
                                                    :

THIS DOCUMENT RELATES TO:

*ALEX V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:15-cv-06483

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby

informs this Court of the death of the Plaintiff, Sherman Alex.  Counsel respectfully informs this

Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of

Sherman Alex.


Dated:  April 11, 2019                          Respectfully submitted,


                                                         /s/ Wendy C. Elsey
                                                         DAVID P. MATTHEWS
                                                         Texas Bar No.: 13206200
                                                         WENDY C. ELSEY
                                                         Texas Bar No.: 24053186
                                                         Matthews & Associates
                                                         2905 Sackett St.
                                                         Houston, TX  77098
                                                         713.222.8080
                                                         713.535.7184 – facsimile
                                                         dmatthews@dpmlawfirm.com
                                                         welsey@dpmlawfirm.com

                                                         ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Wendy C. Elsey
Wendy C. Elsey