# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*ALEX V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:15-cv-06483**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party in the above referenced cause, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Trudy Alex, surviving spouse and anticipated Representative of the Estate of Sherman Alex, Deceased, is substituted for Plaintiff Sherman Alex, as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge