UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*JACK DAVID DONALDSON v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-08296*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Malinda Mathis, on behalf of the Estate of JACK DAVID DONALDSON, in the above captioned cause.

1. Jack David Donaldson filed a products liability lawsuit against defendants on May 19, 2016.

2. Plaintiff Jack David Donaldson died on November 19, 2017.

3. Jack David Donaldson's products liability action against defendants survived his death and was not extinguished

4. Plaintiff filed a Suggestion of Death on April 7, 2019, attached hereto as "Exhibit A".

5. Malinda Mathis, surviving daughter of Jack David Donaldson, is a proper party to substitute for plaintiff-decedent Jack David Donaldson and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ.

P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: April 11, 2019                                  Respectfully Submitted,


                                                                By: */s Douglas C. Monsour, Esq.*
                                                                **Douglas C. Monsour, Esq.**
                                                                Texas Bar No. 00791289
                                                                404 North Green Street
                                                                PO Box 4209
                                                                Longview, TX 75601
                                                                Phone (903) 758-5757
                                                                Fax (903) 230-5010
                                                                Email: doug@monsourlawfirm.com
                                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 11, 2019                                       Respectfully Submitted,

                                                                              By: */s Douglas C. Monsour, Esq.*

                                                                              **Douglas C. Monsour, Esq.**
                                                                              Texas Bar No. 00791289
                                                                              404 North Green Street
                                                                              PO Box 4209
                                                                              Longview, TX 75601
                                                                              Phone (903) 758-5757
                                                                              Fax (903) 230-5010
                                                                              Email: doug@monsourlawfirm.com
                                                                              *Attorney for Plaintiff*