UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

JAMES KEEFE v.  JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

   Civil Action No. 2:18-cv-1880

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby

informs the Honorable Court of the death of Plaintiff James Keefe.

Dated: April 11, 2019                         Respectfully Submitted,

THE LANIER LAW FIRM, PLLC

By:  */s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm, PLLC
126 E. 56th Street, Floor 6
 New York, NY 10022
Telephone: (212)421-2800
 Facsimile:(212) 421-2878
Email: CTH@LanierLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 11, 2019

Respectfully Submitted,

**THE LANIER LAW FIRM, PLLC**

By: */s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm PLLC
126 E. 56th Street, Floor 6
 New York, NY 10022
Telephone: (212)421-2800
 Facsimile:(212) 421-2878
Email: CTH@LanierLawFirm.com