UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*JOHN M SNEED v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08421*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Claudia Sneed, on behalf of the Estate of JOHN M SNEED, in the above captioned cause.

1. John M Sneed filed a products liability lawsuit against defendants on May 19, 2016.

2. Plaintiff John M Sneed died on March 8, 2018.

3. John M Sneed's products liability action against defendants survived his death and was not extinguished

4. Plaintiff filed a Suggestion of Death on March 28, 2019, attached hereto as "Exhibit A".

5. Claudia Sneed, surviving spouse of John M Sneed, is a proper party to substitute for plaintiff-decedent John M Sneed and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: April 11, 2019                               Respectfully Submitted,


By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 11, 2019                                  Respectfully Submitted,

                                                       By: */s Douglas C. Monsour, Esq.*

                                                       **Douglas C. Monsour, Esq.**
                                                       Texas Bar No. 00791289
                                                       404 North Green Street
                                                       PO Box 4209
                                                       Longview, TX 75601
                                                       Phone (903) 758-5757
                                                       Fax (903) 230-5010
                                                       Email: doug@monsourlawfirm.com
                                                       *Attorney for Plaintiff*