# EXHIBIT A

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL 2592

SECTION:  L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**This documents Relates to:**
***JOHN M SNEED v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,***
***Civil Action No. 2:16-cv-08421***

### <u>NOTICE AND SUGGESTION OF DEATH</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff JOHN M SNEED.

Dated: March 28, 2019                              Respectfully Submitted,


By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


Dated: March 28, 2019                    Respectfully Submitted,

                                         By: */s Douglas C. Monsour, Esq.*

                                         **Douglas C. Monsour, Esq.**
                                         Texas Bar No. 00791289
                                         404 North Green Street
                                         PO Box 4209
                                         Longview, TX 75601
                                         Phone (903) 758-5757
                                         Fax (903) 230-5010
                                         Email: doug@monsourlawfirm.com
                                         *Attorney for Plaintiff*