UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*Rosella Limback v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-14230

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13195, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Rosemary Laesch, surviving child and Executor of the Estate of Rosella Limback, is substituted for Plaintiff Rosella Limback as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE