UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Margaret Blake v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-2024

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13199, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ronald Blake, Personal Representative of the Estate of Margaret Blake, is substituted for Plaintiff Margaret Blake as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE