UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Lattanzo v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-2510

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13227, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs John Richard Matlick and William Matlick. Co-Administrators of the Estate of Martha Jean Lattanzo, are substituted for Plaintiff Martha Jean Lattanzo as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 11th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE