**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| WILLIAM LITTLE, | SECTION L |
| Plaintiff, | |
| v. | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No. 2:16-cv-11563  STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | | |
|---|---|---|
| 1 | **CALLAHAN & BLAINE, APLC** | **DRINKER BIDDLE & REATH LLP** |
| 2 | By:/s/ Daniel J. Callahan | By: /s/ Susan M. Sharko |
|   | Daniel J. Callahan | Susan M. Sharko |
| 3 | Laura M. Morris | 600 Campus Dr. |
|   | 3 Hutton Center Drive | Florham Park, NJ 07932 |
| 4 | Suite 900 | Telephone: (973) 549-7000 |
|   | Santa Ana, CA 92707 | Susan.Sharko@dbr.com |
| 5 | Tel:(714) 241-4444 | |
|   | Daniel@callahan-law.com | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC |
| 6 | Lmorris@callahan-law.com | |
| 7 | | Dated: April 15, 2019 |
| 8 | Attorneys for Plaintiff | |
|   | Dated: April 15, 2019 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 9 | | |
|   | | By: /s/ Andrew K. Solow |
| 10 | **HODES MILMAN LIEBECK, LLP** | Andrew K. Solow |
|   | | 250 West 55th Street |
| 11 | | New York, New York 10019-9710 |
|   | By:/s/ Jeffery A. Milman | Telephone: (212) 836-8000 |
| 12 | Jeffery A. Milman | Facsimile: (212) 836-8689 |
|   | Jacob Brender | William Hoffman |
| 13 | 9210 Irvine Center Drive | 601 Massachusetts Ave., NW |
|   | Irvine, CA 92618 | Washington, D.C. 20001 |
| 14 | Tel: (949) 640-8222 | Telephone: (202) 942-5000 |
|   | Jmilman@hml-lawyers.com | Facsimile: (202) 942-5999 |
| 15 | jbrender@hml.law | Andrew.Solow@arnoldporter.com |
|   | | William.Hoffman@arnoldporter.com |
| 16 | Attorneys for Plaintiff | |
|   | Dated: April 15, 2019 | Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG |
| 17 | | Dated: April 15, 2019 |
| 18 | | |
| 19 | | **IRWIN FRITCHIE URQUHART & MOORE LLC** |
| 20 | | By: /s/ Kim E. Moore |
|   | | Kim E. Moore |
| 21 | | 400 Poydras St., Ste, 2700 |
|   | | New Orleans, LA 70130 |
| 22 | | Telephone: (504) 310-2100 |
|   | | kmoore@irwinllc.com |
| 23 | | |
|   | | Liaison Counsel for Defendants |
| 24 | | Dated: April 15, 2019 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 15, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kim E. Moore