UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

           *   SECTION L

           *   JUDGE: ELDON E. FALLON

           *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Hare v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-07336**

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Iva Hare on May 12, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Jason Hare, who is the son of Iva Hare.

Date: April 15, 2019

           Respectfully Submitted,

           Cory Watson Attorneys, P.C.

           *s/ Kristian Rasmussen*
           KRISTIAN RASMUSSEN
           Alabama Bar No.: ASB-1068-R64R
           MITCHELL THEODORE
           Alabama Bar No.: ASB-6549-I00D
           CORY WATSON, P.C.
           2131 Magnolia Avenue
           Birmingham, AL 35205
           (205) 328-2200
           Fax: (205) 324-7896
           Email:

                                              Kristian Rasmussen
                                              krasmussen@corywatson.com
                                              Mitchell Theodore
                                              mtheodore@corywatson.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>*s/Kristian Rasmussen*</u>