UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

   *   SECTION L

   *   JUDGE:  ELDON E. FALLON

   *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Fowler v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-13540**

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Catherine Fowler on May 25, 2017. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Eraka Sims, who is the daughter of Catherine Fowler.

Date: April 15, 2019

                Respectfully Submitted,

                Cory Watson Attorneys, P.C.

                *s/ Kristian Rasmussen*
                KRISTIAN RASMUSSEN
                Alabama Bar No.: ASB-1068-R64R
                MITCHELL THEODORE
                Alabama Bar No.: ASB-6549-I00D
                CORY WATSON, P.C.
                2131 Magnolia Avenue
                Birmingham, AL 35205
                (205) 328-2200
                Fax: (205) 324-7896
                Email:

                                              Kristian Rasmussen
                                              krasmussen@corywatson.com
                                              Mitchell Theodore
                                              mtheodore@corywatson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<em>s/Kristian Rasmussen</em>