UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

                     *   SECTION L

                     *   JUDGE: ELDON E. FALLON

                     *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Walker v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:18-cv-04643**

## NOTICE AND SUGGESTION OF DEATH

  Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Ruth Walker on May 31, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Willie Mae Ryan, who is the daughter of Ruth Walker.

Date: April 15, 2019

            Respectfully Submitted,

            Cory Watson Attorneys, P.C.

            *s/ Kristian Rasmussen*
            KRISTIAN RASMUSSEN
            Alabama Bar No.: ASB-1068-R64R
            MITCHELL THEODORE
            Alabama Bar No.: ASB-6549-I00D
            CORY WATSON, P.C.
            2131 Magnolia Avenue
            Birmingham, AL 35205
            (205) 328-2200
            Fax: (205) 324-7896
            Email:

                Kristian Rasmussen
                krasmussen@corywatson.com
                Mitchell Theodore
                mtheodore@corywatson.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>s/Kristian Rasmussen</u>