UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

   *  SECTION L

   *  JUDGE:  ELDON E. FALLON

   *  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Merchany v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-13483**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motions meritorious. It is therefore:

ORDERED THAT Plaintiff Edelmira Marchany, on Behalf of the Estate of Felix Marchany, is substituted for Plaintiff Felix Marchany in the above captioned cause.

Dated: _____

                                              Hon. Eldon E. Fallon
                                              United States District Court Judge