# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

           *   SECTION L

           *   JUDGE: ELDON E. FALLON

           *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Barlow v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-13337**

## NOTICE AND SUGGESTION OF DEATH

     Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, William Barlow on February 27, 2019. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Donna Johnson, who is the daughter of William Barlow.

Date: April 15, 2019

                             Respectfully Submitted,

                             Cory Watson Attorneys, P.C.

                             *s/ Kristian Rasmussen*
                             KRISTIAN RASMUSSEN
                             Alabama Bar No.: ASB-1068-R64R
                             MITCHELL THEODORE
                             Alabama Bar No.: ASB-6549-I00D
                             CORY WATSON, P.C.
                             2131 Magnolia Avenue
                             Birmingham, AL 35205
                             (205) 328-2200
                             Fax: (205) 324-7896
                             Email:

>Kristian Rasmussen
>krasmussen@corywatson.com
>Mitchell Theodore
>mtheodore@corywatson.com

>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u><i>s/Kristian Rasmussen</i></u>