UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

                                                              *   SECTION L

                                                              *   JUDGE: ELDON E. FALLON

                                                              *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Barlow v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-13337**

## ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motions meritorious. It is therefore:

      ORDERED THAT Plaintiff Donna Johnson, on Behalf of the Estate of William Barlow, is substituted for Plaintiff William Barlow in the above captioned cause.

Dated:                                                               _____
                                                                                 Hon. Eldon E. Fallon
                                                                                 United States District Court Judge