UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

                                                    *   SECTION L

                                                    *   JUDGE:  ELDON E. FALLON

                                                    *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Hare v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:17-cv-07336**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motions meritorious. It is therefore:

ORDERED THAT Plaintiff Jason Hare, on Behalf of the Estate of Iva Hare, is substituted for Plaintiff Iva Hare in the above captioned cause.

Dated:                                                                                        _____
                                                                                              Hon. Eldon E. Fallon
                                                                                              United States District Court Judge