## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *  MDL NO. 2592
LIABILITY LITIGATION

                                          *  SECTION L

                                          *  JUDGE:  ELDON E. FALLON

                                          *  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Stoneking v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-13674**

## NOTICE AND SUGGESTION OF DEATH

     Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby

informs the Honorable Court of the death of Plaintiff, Joy Stoneking on August 19, 2018.

Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by

Wendy Parnell, who is the daughter of Joy Stoneking.


Date: April 15, 2019

                             Respectfully Submitted,

                                      Cory Watson Attorneys, P.C.

                                    *s/ Kristian Rasmussen*
                                    KRISTIAN RASMUSSEN
                                    Alabama Bar No.: ASB-1068-R64R
                                    MITCHELL THEODORE
                                    Alabama Bar No.: ASB-6549-I00D
                                    CORY WATSON, P.C.
                                    2131 Magnolia Avenue
                                    Birmingham, AL 35205
                                    (205) 328-2200
                                    Fax: (205) 324-7896
                                    Email:

Case 2:14-md-02592-EEF-MBN Document 13262 Filed 04/15/19 Page 2 of 3

Kristian Rasmussen
krasmussen@corywatson.com
Mitchell Theodore
mtheodore@corywatson.com

*Attorneys for Plaintiff*

Case 2:14-md-02592-EEF-MBN Document 13262 Filed 04/15/19 Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Kristian Rasmussen*_____