UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

   *   SECTION L

   *   JUDGE:  ELDON E. FALLON

   *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Stoneking v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-13674**

## ORDER

    The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motions meritorious. It is therefore:

    ORDERED THAT Plaintiff Wendy Parnell, on Behalf of the Estate of Joy Stoneking, is substituted for Plaintiff Joy Stoneking in the above captioned cause.

Dated: _____

                                                  Hon. Eldon E. Fallon
                                                 United States District Court Judge