# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

        *   SECTION L

        *   JUDGE:  ELDON E. FALLON

        *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Fowler v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-13540**

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Catherine Fowler on May 25, 2017. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Eraka Sims, who is the daughter of Catherine Fowler.

Date: April 15, 2019

        Respectfully Submitted,

        Cory Watson Attorneys, P.C.

        *s/ Kristian Rasmussen*
        KRISTIAN RASMUSSEN
        Alabama Bar No.: ASB-1068-R64R
        MITCHELL THEODORE
        Alabama Bar No.: ASB-6549-I00D
        CORY WATSON, P.C.
        2131 Magnolia Avenue
        Birmingham, AL 35205
        (205) 328-2200
        Fax: (205) 324-7896
        Email:

Kristian Rasmussen
krasmussen@corywatson.com
Mitchell Theodore
mtheodore@corywatson.com

*Attorneys for Plaintiff*

Case 2:14-md-02592-EEF-MBN   Document 13274-1   Filed 04/15/19   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>s/Kristian Rasmussen</u>