UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

   *   SECTION L

   *   JUDGE: ELDON E. FALLON

   *   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Fowler v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-13540**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motions meritorious. It is therefore:

ORDERED THAT Plaintiff Eraka Sims, on Behalf of the Estate of Catherine Fowler, is substituted for Plaintiff Catherine Fowler in the above captioned cause.

Dated: _____

                                              Hon. Eldon E. Fallon
                                              United States District Court Judge