**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   \*   MDL NO. 2592
LIABILITY LITIGATION

\*   **SECTION L**

\*   **JUDGE:  ELDON E. FALLON**

\*   **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Fowler v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:18-cv-03333**

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motions meritorious. It is therefore:

ORDERED THAT Plaintiff Roy Workman, on Behalf of the Estate of Jesse Workman, is substituted for Plaintiff Jesse Workman in the above captioned cause.


Dated:                                                    _____
                                                              Hon. Eldon E. Fallon
                                                              United States District Court Judge