UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

   *   SECTION L

   *   JUDGE:  ELDON E. FALLON

   *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Walker v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:18-cv-04643**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motions meritorious. It is therefore:

ORDERED THAT Plaintiff Willie Mae Ryan, on Behalf of the Estate of Ruth Walker, is substituted for Plaintiff Ruth Walker in the above captioned cause.

Dated: _____

                          Hon. Eldon E. Fallon
                          United States District Court Judge