UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *  MDL NO. 2592
LIABILITY LITIGATION

                                                          *  SECTION L

                                                          *  JUDGE:  ELDON E. FALLON

                                                          *  MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Hammond v Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:18-cv-13894

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as

well as any responses thereto, finds the motions meritorious. It is therefore:

ORDERED THAT Plaintiff Anthony Hammond, III, on Behalf of the Estate of Deborah

Hammond, is substituted for Plaintiff Deborah Hammond in the above captioned cause.


Dated:                                          _____
                                                Hon. Eldon E. Fallon
                                                United States District Court Judge