UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

   *   SECTION L

   *   JUDGE:  ELDON E. FALLON

   *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Kathy Dew v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-CV-13665**

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Kathy Dew on September 20, 2016. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Archie Dew, who is the spouse of Kathy Dew.

Date: April 15, 2019

    Respectfully Submitted,

    Cory Watson Attorneys, P.C.

    *s/ Kristian Rasmussen*
    KRISTIAN RASMUSSEN
    Alabama Bar No.: ASB-1068-R64R
    MITCHELL THEODORE
    Alabama Bar No.: ASB-6549-I00D
    CORY WATSON, P.C.
    2131 Magnolia Avenue
    Birmingham, AL 35205
    (205) 328-2200
    Fax: (205) 324-7896
    Email:

                Kristian Rasmussen
                krasmussen@corywatson.com
                Mitchell Theodore
                mtheodore@corywatson.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<em>s/Kristian Rasmussen</em>_____