UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

                                                                                             *   SECTION L

                                                                                             *   JUDGE: ELDON E. FALLON

                                                                                             *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Kathy Dew v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-CV-13665**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

      Undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an order replacing Plaintiff Kathy Dew with Archie Dew, Personal Representative of the Estate of Kathy Dew, and in support states as follows:

1. Plaintiff Kathy Dew passed away on September 20, 2016, as reported to the Court in the attached Suggestion of Death. (Ex. 1)

2. Thus, as death does not extinguish her cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Archie Dew, Personal Representative of the Estate of Kathy Dew, as the named party in the place of Kathy Dew.

      Wherefore, for each and all of the foregoing reasons, counsel for Plaintiff requests that an order for substitution be entered substituting Archie Dew, Personal Representative of the Estate of Kathy Dew, as the named party in the place of Kathy Dew.

      Date: April 15, 2019

Respectfully Submitted,

Cory Watson Attorneys, P.C.

*s/ Kristian Rasmussen*
KRISTIAN RASMUSSEN
Alabama Bar No.: ASB-1068-R64R
MITCHELL THEODORE
Alabama Bar No.: ASB-6549-I00D
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
Fax: (205) 324-7896
Email:
Kristian Rasmussen
krasmussen@corywatson.com
Mitchell Theodore
mtheodore@corywatson.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Kristian Rasmussen*_____
