UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

    *   SECTION L

    *   JUDGE:  ELDON E. FALLON

    *   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Kathy Dew v Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-CV-13665**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motions meritorious. It is therefore:

ORDERED THAT Plaintiff David Dew, on Behalf of the Estate of Kathy Dew, is substituted for Plaintiff Kathy Dew in the above captioned cause.

Dated: _____

                                                           Hon. Eldon E. Fallon
                                                           United States District Court Judge