UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN )
PRODUCTS LIABILITY LITIGATION )        MDL NO.: 2592
                                          )
                                          )        SECTION  L
                                          )
                                          )        JUDGE ELDON E. FALLON
                                          )
                                          )        MAGISTRATE JUDGE NORTH
                                          )
                                          )        Civil Action No. 2:15-cv-5203
_____)

THIS DOCUMENT RELATES TO:

    ANTONIO PIULATES

    **Civil Action No. 2:15-cv-5163**

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNENYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the

Honorable Court of the death of Antonio Piulats on January 5, 2019.


Dated this the 15th day of April, 2019

                  Respectfully Submitted,

                  Diez-Arguelles & Tejedor, PA

                  By: /s/ Maria D. Tejedor
                  Maria D. Tejedor, Attorney-at-Law
                  FBN: 0095834
                  505 N. Mills Avenue
                  Orlando, FL  32803
                  Telephone: (407)705-2880
                  Facsimile: (888)611-7879
                  Attorney for Plaintiff
                  Email: mail@theorlandolawyers.com

**CERTIFICATION OF SERVICE**

I hereby certify that on April 15, 2019, a copy of the above and foregoing Suggestion of Death has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Diez-Arguelles & Tejedor, PA

By: /s/ Maria D. Tejedor
Maria D. Tejedor, Attorney-at-Law
FBN: 0095834
505 N. Mills Avenue
Orlando, FL  32803
Telephone: (407)705-2880
Facsimile: (888)611-7879
Attorney for Plaintiff
Email: mail@theorlandolawyers.com