UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL NO.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> Civil Action No. 2:15-cv-5163 |

THIS DOCUMENT RELATES TO:

ANTONIO PIULATES

**Civil Action No. 2:15-cv-5163**

**AMENDED NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the Honorable Court of the death of Antonio Piulats on January 5, 2019.

Dated this the 15th day of April, 2019

    Respectfully Submitted,

    Diez-Arguelles & Tejedor, PA

    <u>By: /s/ Maria D. Tejedor</u>
    Maria D. Tejedor, Attorney-at-Law
    FBN: 0095834
    505 N. Mills Avenue
    Orlando, FL  32803
    Telephone: (407)705-2880
    Facsimile: (888)611-7879
    Attorney for Plaintiff
    Email: mail@theorlandolawyers.com

**CERTIFICATION OF SERVICE**

I hereby certify that on April 15, 2019, a copy of the above and foregoing Amended Notice of Suggestion of Death has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Diez-Arguelles & Tejedor, PA

By: /s/ Maria D. Tejedor
Maria D. Tejedor, Attorney-at-Law
FBN: 0095834
505 N. Mills Avenue
Orlando, FL  32803
Telephone: (407)705-2880
Facsimile: (888)611-7879
Attorney for Plaintiff
Email: mail@theorlandolawyers.com