UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Steven Sultz v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:18-cv-07636**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

NOW INTO COURT, comes the undersigned counsel for the Plaintiff and moves this Honorable Court for an order substituting Karla Sultz as the surviving spouse of Steven Sultz, deceased, for the following reasons:

I. On August 10th, 2018, a Complaint was filed in the above referenced matter by Plaintiff Steven Sultz.

II. The undersigned counsel learned after filing the lawsuit that Plaintiff, Steven Sultz, passed away on February 21st, 2018.

III. The decedent's wife, Karla Sultz, is the proper Plaintiff and wishes to be substituted on behalf of Steven Sultz, in this case.

Date: April 15, 2019

Respectfully submitted,

By: */s/ Kori Westbrook*
Kori Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                       */s/ Kori Westbrook*
                        Attorney for Plaintiff