UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Steven Sultz v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:18-cv-07636**

## ORDER TO SUBSTITUTE PARTY

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Karla Sultz, is named the surviving spouse of Steven Sultz, Deceased, and shall be substituted as the proper Plaintiff, herein.

Signed this _____ day of _____, 2019.


Date: April 15, 2019

Respectfully submitted,

By: */s/ Kori Westbrook*
Kori Westbrook
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                   */s/ Kori Westbrook*
                   Attorney for Plaintiff