**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION   :        **MDL No. 2592**
                                 :
                                 :        **SECTION L**
                                 :
                                 :        **JUDGE ELDON E. FALLON**
                                 :
_____:        **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**            **JURY TRIAL DEMANDED**

THEODORE VANCE AND BARBARA VANCE

2:16-CV-7693

**PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO SUBSTITUTE**
**THE PROPER PARTY AND AMEND THE CAPTION**

Counsel for Plaintiffs, Theodore Vance and Barbara Vance, pursuant to Rule 25(a)(1) of

the Federal Rules of Civil Procedure, by and through counsel, Chaffin Luhana LLP, respectfully

requests that this Honorable Court grant Plaintiffs' Unopposed *Ex Parte* Motion to substitute the

Plaintiff Barbara Vance, Individually and as Executrix of the Estate of Theodore Vance, as Plaintiff

in the above captioned-case, and to amend the caption in this matter to conform to the proper party

plaintiff.  Defendants do not oppose Plaintiffs' Motion.

After this case was filed, on May 12, 2016, Theodore Vance died.  On March 19, 2019,

Barbara Vance was appointed as Executrix of the Estate of Theodore Vance.  Plaintiff respectfully

seeks to substitute the Plaintiff, Barbara Vance, Individually and as the Executrix of the Estate of

Theodore Vance, in place of Plaintiff Theodore Vance and to conform the caption of the Complaint

accordingly.  A Brief in Support of Plaintiff's Motion is submitted herewith.

1

Respectfully submitted,

Dated: April 16, 2019

By: /s/Roopal P. Luhana
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Phone: (347) 269-4472
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Attorney for Plaintiffs*