UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:             **JURY TRIAL DEMANDED**

THEODORE VANCE AND BARBARA VANCE

2:16-CV-7693

## BREIF IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO SUBSTITUTE THE PROPER PARTY AND AMEND THE CAPTION

Counsel for Plaintiffs, Theodore Vance and Barbara Vance, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby filed this Unopposed *Ex Parte* Motion respectfully requesting the entry of an Order substituting Barbara Vance, Individually and as Executrix of the Estate of Theodore Vance, as Plaintiff in the above captioned-case, and seeking to amend the caption in this matter to conform to the proper party plaintiff, and in support thereof states:

1. Theodore Vance and Barbara Vance filed a Xarelto products liability lawsuit against defendants as part of a bundled complaint on May 12, 2016;

2. Theodore Vance died on November 19, 2018;

3. Theodore Vance's products liability action against defendants survived Plaintiff-Decedent's death and was not extinguished;

4. Barbara Vance was appointed as Executrix of the Estate of Theodore Vance on March 19, 2019, attached here to as "Exhibit A";

1

5.	Plaintiff filed a Notice and Suggestion of Death on April 4, 2019, attached here to as "Exhibit B";

6.	Barbara Vance, Individually and as the Executrix of the Estate of Theodore Vance, as surviving spouse of Theodore Vance, is the proper party to substitute for Plaintiff-Decedent Theodore Vance and has the proper capacity to proceed with the lawsuit pursuant to Fed. R. Civ. P. 25(a)(1); and

7.	Plaintiff further requests that the Court amend the caption in this matter to conform to the proper parties.

WHEREFORE, counsel for Plaintiffs respectfully request that this Court grant this Unopposed *Ex Parte* Motion to Substitute the Proper Party and to Amend the Caption to conform to the proper party plaintiff.

Dated: <u>April 16, 2019</u>

By: <u>/s/Roopal P. Luhana</u>
Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Ave., 12th Fl.
New York, NY 10016
Phone: (347) 269-4472
Fax: (888) 499-1123
luhana@chaffinluhana.com

*Attorney for Plaintiffs*

2