# EXHIBIT A

United States of America

State of West Virginia



County of Fayette, ss:

# Letter of Administration

Estate of THEODORE JOSEPH VANCE

I, Kelvin E Holliday, Clerk of the Fayette County Commission, in the State of West Virginia, do hereby certify that BARBARA PACK VANCE was on the 19th day of March, 2019, appointed by the County Clerk of the Fayette County Commission as executrix(s) of the Estate of THEODORE JOSEPH VANCE, duly qualified as such by taking oath prescribed by law, and by giving approved bond in the sum of $0.00, as required by law.

NOW THEREFORE, be it known that said appointment is now in full force and effect and that full faith and credit are due and should be given to all the acts of the said BARBARA PACK VANCE as such executrix(s) of the Estate of THEODORE JOSEPH VANCE, as well in all jurisdictions, as elsewhere.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Fayette County Commission at my office in said County on the 19th day of March, 2019.

_Kelvin C Holliday_

Kelvin E Holliday
Clerk of the Fayette County Commission

By _Lisa D. Garrett_

Lisa D. Garrett
Deputy Clerk