UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**         **JURY TRIAL DEMANDED**

THEODORE VANCE AND BARBARA VANCE

2:16-CV-7693

**ORDER ON UNOPPOSED *EX PARTE* MOTION TO SUBSTITUTE THE
PROPER PARTY AND AMEND THE CAPTION**

The Court, after considering the Plaintiffs' Unopposed *Ex Parte* Motion to Substitute the Proper Party and Amend the Caption, as well as any responses thereto, hereby GRANTS Plaintiffs' Motion in its entirety.

It is, therefore, ORDERED that Plaintiff Barbara Vance, Individually and as the Executrix of the Estate of Theodore Vance, is hereby substituted for Plaintiff Theodore Vance in the above-captioned case. It is further ORDERED that the Clerk of the Court is directed to amend the caption in this matter to reflect the proper party plaintiff within five days of the entry of this Order.

_____
UNITED STATES DISTRICT COURT JUDGE