3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 16, 2019, I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

/s/ Roopal P. Luhana  
Roopal P. Luhana