# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| SUE MARRON AS THE SURVIVING SPOUSE OF PETER MARRON, DECEASED, | SECTION L |
| Plaintiff, | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| | Civil Action No. 2:18-cv-11129 |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICAL, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICAL, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, AND FICTITIOUS DEFENDANTS 1-100, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Sue Marron as the surviving spouse of Peter Marron, deceased, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:18-cv-11129, only. This stipulation shall not affect the lawsuit filed by Peter Marron, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:19-cv-06290. All parties shall bear their own costs.

**JOHNSON LAW GROUP**

By: /s/ Kori Westbrook
Kori Westbrook
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 629-9336
kwestbrook@johnsonlawgroup.com

Attorney for Plaintiff
Dated:  April 16, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC,  Janssen Ortho LLC, and Johnson & Johnson
Dated: April 10, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated: April 10, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: April 10, 2019

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 16, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                               /s/Kim E. Moore