# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

*Hewitt v. Janssen Research & Development, LLC et al.*
*CA#: 2:16-cv-14692*

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Nancy Hewitt, surviving spouse of Arthur Hewitt, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2019

                        Respectfully submitted,

                        MURPHY LAW FIRM, LLC

                        s/*Peyton P. Murphy*
                        PEYTON P. MURPHY (LA # 22125)
                        2354 S. Acadian Thruway
                        Baton Rouge, LA  70808
                        Telephone: (225) 928-8800
                        Facsimile: (225) 246-8780
                        Email: peyton@murphylawfirm.com

                        s/*Todd C. Comeaux*
                        TODD C. COMEAUX (LA # 23453)
                        2354 S. Acadian Thruway, Suite C
                        Baton Rouge, LA  70808
                        Telephone: (225) 706-9000
                        Facsimile: (225) 706-9001
                        Email: tc@comeauxlawfirm.com

                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on April 16, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                        /s/ *Peyton P. Murphy*
                       **PEYTON P. MURPHY**