# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Genevieve Veld v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-5700**

## NOTICE OF DEATH OF PLAINTIFF

     In accordance with Federal Rules of Civil Procedure 25(a), counsel for Plaintiff Genevieve Veld hereby notifies the Court and the Parties hereto of the death of Plaintiff Genevieve Veld during the pendency of this Action. Counsel for Plaintiff anticipates filing a Motion to Substitute a Party in the near-term.

Dated: April 16, 2019

Respectfully Submitted,

By: /s/ Danielle Gold
Danielle Gold
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-1823
Facsimile: (646) 293-7498
E-mail: dgold@weitzlux.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of April 2019, a true copy of the foregoing Notice of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                /s/ Danielle Gold
                                                Danielle Gold