UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| WILLIAM PUCKETT | ) ) | JUDGE ELDON E. FALLON |
| 1:15-CV-01961 | ) ) ) | MAGISTRATE JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, William Puckett. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiffs will be filed by Justin Remkus and Vincent Remkus, who are named the co-executors of the Estate of William Puckett.

                                                          Respectfully submitted,

                                                          /s/ Brian M. Vines_____
                                                          Brian M. Vines
                                                          Attorney for Plaintiff

OF COUNSEL:

Scott A. Powell, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330
Facsimile: 205/324-2165

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 16, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                             /s/ Brian M. Vines_____
                                                              Brian M. Vines