# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION L |
| ) | |
| WILLIAM PUCKETT ) | JUDGE ELDON E. FALLON |
| ) | |
| 1:15-CV-01961 ) | MAGISTRATE JUDGE NORTH |
| ) | |

## MOTION TO SUBSTITUTE PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Justin Remkus and Victor Remkus on behalf of William Puckett, deceased. Counsel hereby informs the Honorable Court of the death of the Plaintiff, William Puckett.

1. William Puckett filed a products liability suit against Defendants on June 8, 2015.

2. Subsequently, after filing the lawsuit, Plaintiff's counsel was notified that William Puckett had died on May 7, 2017.

3. Plaintiff filed a Notice and Suggestion of Death on April 15, 2019.

4. Justin Remkus and Vincent Remkus, named as co-executors of the Estate of William Remkus, are the proper parties to substitute for Plaintiff-Decedent William Remkus and have proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that the Court Grant this request for substitution of Justin Remkus and Vincent Remkus in place of decedent, William Puckett.

Respectfully submitted,

/s/ Brian M. Vines_____ _
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:

Scott A. Powell, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330
Facsimile: 205/324-2165

### CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brian M. Vines_____
Brian M. Vines