**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION L |
| WILLIAM PUCKETT | ) ) | JUDGE ELDON E. FALLON |
| 1:15-CV-01961 | ) ) | MAGISTRATE JUDGE NORTH |

**ORDER**

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS HEREBY ORDERED that JUSTIN REMKUS and VINCENT REMKUS, named as co-executors to the Estate of WILIAM REMKUS, Motion for Substitution as Plaintiff in this action is GRANTED.

Signed this _____ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE