# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**  **JURY TRIAL DEMANDED**

TERRIE MEYER AND JOHN MEYER

2:16-CV-7655

## NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiffs, Terrie Meyer and John Meyer, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Terrie Meyer. Counsel further respectfully informs this Court that a Motion to Substitute the Party Plaintiff will be filed by Executor of the Estate of Terrie Meyer.

Respectfully submitted,

Dated: April 17, 2019     /s/ Roopal P. Luhana
                                             *Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

                        /s/ Roopal P. Luhana