UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Adams v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-01748*

## MOTION FOR SUBSTITUTION OF PARTY

Plaintiff, Robert Adams, through undersigned counsel, moves for substitution of party in this case pursuant to Federal Rule of Civil Procedure 25(a)(1).

Robert Adams filed a products liability lawsuit against defendants on March 10, 2016. Plaintiff, Robert Adams, died on May 25, 2017. Plaintiff field a Notice and Suggestion of Death of April 15, 2019, a copy of which is attached hereto as Exhibit A.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Robert Adams' product liability action against defendants survived his death and was not extinguished. Jacqueline Adams, surviving spouse of Robert Adams, is a proper party to substitute for plaintiff-decedent Robert Adams and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Fed. R. Civ. P. 25(a)(1).

WHEREFORE, counsel for Plaintiff respectfully requests that this court grant this Motion to Substitute Party.

Dated: April 17, 2019

Respectfully submitted,

/s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
James C. Ferrell, P.C.
6226 Washington Ave., Ste. 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: /s/ **James C. Ferrell**
James C. Ferrell
James C. Ferrell, P.C.
6226 Washington Ave., Ste. 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com
*Attorney for Plaintiff*