UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Robert Adams v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-01748*

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED THAT** that Plaintiff Jacqueline Adams, on behalf of the Estate of her deceased spouse, Robert Adams, is substituted for the Plaintiff Robert Adams, as the proper party plaintiff in the above captioned case.

This _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge