**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          | MDL NO. 2592
PRODUCTS LIABILITY LITIGATION         |
                                      | SECTION L
                                      |
                                      | JUDGE ELDON E. FALLON
                                      |
                                      | MAGISTRATE JUDGE NORTH

*Mary Louise Smith v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08418

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 13233, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Virgil Smith, surviving spouse of Mary Louise Smith, is

substituted for Plaintiff Mary Louise Smith as the proper party plaintiff in the above captioned

case.

New Orleans, Louisiana, this 15th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE