UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Willie Ryan Harbort v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08320

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13244, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Aline Harbort, surviving sister of Willie Ryan Harbort, is substituted for Plaintiff Aline Harbort as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 15th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE