20180426UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*RUSSELL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:16-cv-03996**

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby informs this Court of the death of the Plaintiff, Judith Ann Russell. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Judith Ann Russell.

Dated: April 17, 2019

Respectfully submitted,

/s/ Wendy C. Elsey
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
welsey@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ Wendy C. Elsey
    Wendy C. Elsey