**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION      :      **MDL No. 2592**
                                   :
                                   :      **SECTION L**
                                   :
                                   :      **JUDGE ELDON E. FALLON**
                                   :
                                   :      **MAGISTRATE JUDGE NORTH**
_____ :

**THIS DOCUMENT RELATES TO:**

*RUSSELL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:16-cv-03996**

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party in the above referenced cause, as well as any responses thereto, finds the motion meritorious.  Therefore,

IT IS ORDERED that Plaintiff Richard W. Russell, surviving spouse and anticipated Representative of the Estate of Judith Ann Russell, Deceased, is substituted for Plaintiff Judith Ann Russell, as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge