# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Peggy Linkous v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-01985*

## MOTION FOR SUBSTITUTION OF PARTY

Plaintiff, Peggy Linkous, through undersigned counsel, moves for substitution of party in this case pursuant to Federal Rule of Civil Procedure 25(a)(1).

Peggy Linkous filed products liability lawsuit against defendants on February 23, 2016, as part of a Joint Complaint, captioned *Weis, et al v. Janssen Research & Development, LLC, et al.*, Civil Action No. 2:16-cv-01549. Thereafter, Ms. Linkous' action was severed, and her Short Form Complaint was filed on March 9, 2016, Civil Action No. 2:16-cv-01985. Plaintiff, Peggy Linkous, died on April 7, 2018. Plaintiff filed a Notice and Suggestion of Death of April 17, 2019, a copy of which is attached hereto as Exhibit A.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Peggy Linkous' product liability action against defendants survived her death and was not extinguished. Malcolm D. Linkous, surviving spouse

of Peggy Linkous, is a proper party to substitute for plaintiff-decedent Peggy Linkous and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1).

WHEREFORE, counsel for Plaintiff respectfully requests that this court grant this Motion to Substitute Party.

Dated: April 18, 2019                               Respectfully submitted,

/s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
James C. Ferrell, P.C.
6226 Washington Ave., Ste. 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of April, 2018, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      Respectfully submitted,

By: /s/ **James C. Ferrell**
James C. Ferrell
James C. Ferrell, P.C.
6226 Washington Ave., Ste. 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com
*Attorney for Plaintiff*