UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Peggy Linkous v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-01985*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED THAT** that Plaintiff Malcolm D. Linkous, on behalf of the Estate of his deceased spouse, Peggy Linkous, is substituted for the Plaintiff Peggy Linkous, as the proper party plaintiff in the above captioned case.

This _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge