UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Jeraldine Mansfield v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:18-cv-6773-EEF-MBN*

### EX PARTE MOTION FOR SUBSTITUTION

Counsel, pursuant to rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting April Mize on behalf of decedent, Jeraldine Mansfield. In support of this motion, Counsel would show the Court as follows:

1. Jeraldine Mansfield filed a products liability lawsuit against Defendants on July 18, 2018.

2. Plaintiff Jeraldine Mansfield died on October 16, 2018.

3. Jeraldine Mansfield's products liability action against Defendants survived her death and was not extinguished.

4. On April 18, 2019, a Notice and Suggestion of Death was filed.

5. April Mize, daughter of Jeraldine Mansfield, was appointed Personal Representative of her Estate on November 26, 2018 by the District Probate Court of Estill County, State of Kentucky.

6. April Mize is a proper party to substitute for Plaintiff-Decedent Jeraldine Mansfield and has proper capacity to proceed forward with the surviving products liability lawsuit on

his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: April 18, 2019

Respectfully Submitted,

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 18, 2019

                                                              /s/ Sarah Graziano
                                                              Sarah Graziano, Indiana Bar #21650-49
                                                              Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com