## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Jeraldine Mansfield v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:18-cv-6773-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff April Mize as personal representative of the estate of Jeraldine Mansfield, is substituted for Plaintiff Jeraldine Mansfield, in the above captioned cause.

Dated: _____      _____
                                                                                    Hon. Eldon E. Fallon
                                                                                    United States District Court Judge