# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Charlotte Molley, <br><br> Plaintiff, <br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al <br><br><br> Defendants, <br><br> **This Document Relates to:** <br> **No: 2:15-cv-02244** | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25, Counsel for Plaintiff Charlotte Molley respectfully notifies this Honorable Court and Defendants that Plaintiff Charlotte Molley has died. Counsel for Plaintiff Charlotte Molley received mail, originally postmarked dated March 27, 2019, as "Return to Sender Not Deliverable As Addressed Unable to Forward". Counsel for Plaintiff Charlotte Molley attempted to reach out to her but was unsuccessful. Upon further investigation, we identified an online obituary that indicated she died in Texas on May 17, 2017.

Dated: April 18, 2019                                                                       Respectfully Submitted,

                                                               By: /s/ *Lisa A. Gorshe, Esq.*
                                                               Lisa A. Gorshe (MN#029522X)
                                                               Johnson Becker, PLLC
                                                               444 Cedar Street, Suite 1800
                                                               St. Paul, MN 55101
                                                               Telephone: (612) -436-1852
                                                               Fax: (612) -436-1801
                                                               Email: lgorshe@JohnsonBecker.com

                                                               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on April 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          By: /s/ *Lisa A. Gorshe, Esq.*
          Lisa A. Gorshe (MN#029522X)
          Johnson Becker, PLLC
          444 Cedar Street, Suite 1800
          St. Paul, MN 55101
          Telephone: (612) -436-1852
          Fax: (612) -436-1801
          Email: lgorshe@JohnsonBecker.com

          *Counsel for Plaintiff*