# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Betty A. Norton, | MDL NO. 2592 |
| Plaintiff, | |
| v. | SECTION: L |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Defendants, | |
| **This Document Relates to:**<br>**No: 2:15-cv-04159** | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court that Counsel was recently notified by the family that Plaintiff Betty A. Norton died in Georgia on January 31 2019.

Dated: April 18, 2019                                    Respectfully Submitted,

By: /s/ *Lisa A. Gorshe, Esq.*
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Lisa A Gorshe, certify that on April 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *Lisa A. Gorshe, Esq.*
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com

*Counsel for Plaintiff*