**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Stoneking v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13674

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 13273, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Wendy Parnell, Executrix of the Estate of Joy Stoneking,

is substituted for Plaintiff Joy Stoneking as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE