UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Fowler v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13540

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13274, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Erika Sims, Next of Kin of the Estate of Catherine Fowler, is substituted for Plaintiff Catherine Fowler as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 16th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE