UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Theodore Vance and Barbara Vance v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-7693

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute the Proper Party and Amend the Caption, R. Doc. 13285, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Barbara Vance, Individually and as the Executrix of the Estate of Theodore Vance, is substituted for Plaintiff Theodore Vance as the proper party plaintiff in the above captioned case. The Clerk will amend the caption in this matter to reflect the proper party.

New Orleans, Louisiana, this 18th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE