**Lindy Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



March 22, 2019

**<u>Via Electronic Mail</u> (pmankin@paulmankin.com)**

L. Paul Mankin
The Law Office of L. Paul Mankin
4655 Cass Street, Suite 410
San Diego, CA 92109

      Re:    Walter Bleiler v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-07931 (E.D. La.)

             Charles Gambo v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-09132 (E.D. La.)

             Mark Griffith v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-09863 (E.D. La.)

             Jim Haupt v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-09469 (E.D. La.)

             Steve Johnson v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-09908 (E.D. La.)

             Ruby Irene Sanning v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-11754 (E.D. La.)

             Lori Sharp v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-12109 (E.D. La.)

             George Singleton v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-10779 (E.D. La.)

             Jason Paul Snyder v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-12086 (E.D. La.)

             Nancy Snyder v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-08005 (E.D. La.)

             Mark Williams v. Janssen Research & Development LLC, et al., Civil Action No. 2:18-cv-07710 (E.D. La.)

Dear Mr. Mankin:

    This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). On February 19, 2019, Bayer HealthCare Pharmaceuticals Inc. received the Complaints and Summonses in the above-captioned actions by Certified Mail.

Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons.  For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order.  Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

Because Plaintiffs attempted service on Bayer HealthCare Pharmaceuticals Inc. by Certified Mail through the streamlined service process more than 60 days after the Complaints were docketed in the MDL, service is improper in the above-captioned actions.  The attempted service was also more than 60 days after the summonses were issued.

Sincerely,

Lindy D. Brown

LDB/cfo