# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

SHIRLEY LLOYD v JANSSEN RESEARCH & DEVELOPMENT, LLC., et al.,
CIVIL ACTION NO. 2:18-cv-08905

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Shirley Lloyd.

| | |
|---|---|
| Dated; April 19, 2019 | Respectfully Submitted,<br><br>GORDON & PARTNERS, LLC<br><br>By: /s/ Trevor M. Gordon<br>Robert E. Gordon, Esq.<br>(Florida Bar #260479)<br>Trevor M. Gordon, Esq.<br>(Florida Bar #0115121)<br>4114 Northlake Boulevard<br>Palm Beach Gardens, FL  33410<br>Telephone: (561) 799-5070<br>Facsimile: (561) 634-2793<br>TGordon@fortheinjured.com<br>Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and *via* CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre Trial Order No. 17.

Dated; April 19, 2019                                                                  Respectfully Submitted,

GORDON & PARTNERS, LLC

By: /s/ Trevor M. Gordon
Robert E. Gordon, Esq.
(Florida Bar #260479)
Trevor M. Gordon, Esq.
(Florida Bar #0115121)
4114 Northlake Boulevard
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 634-2793
TGordon@fortheinjured.com
Counsel for Plaintiff