UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Mildred McCarthy v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:15-cv-06442

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Mildred McCarthy.

Dated: April 22, 2019.

                      MARTIN & JONES, PLLC

                      */s/ Carrie R. Guest*
                      Carrie R. Guest, NCSB# 36451
                      H. Forest Horne, NCSB# 16678
                      410 Glenwood Avenue, Suite 200
                      Raleigh, NC 27603
                      Telephone: (919) 821-0005
                      Facsimile: (919) 863-6084
                      hfh@m-j.com
                      crg@m-j.com

                      ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Suggestion of** Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated April 22, 2019.

                                              MARTIN & JONES, PLLC

                                              */s/ Carrie R. Guest*
Carrie R. Guest, NCSB# 36451
H. Forest Horne, NCSB# 16678
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
hfh@m-j.com
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS