UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*CHARLES BRYANT v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-01867*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Charles Bryant.

Dated: April 22, 2019

Respectfully Submitted,

By: _____
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 22, 2019

Respectfully Submitted,

By: /s/ Neal L. Moskow
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*