**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL 2592
SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**This Document Relates to:**
***CHARLES BRYANT v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-01867***

**MOTION FOR SUBSTITUTION OF PROPER PARTY**

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Ruth Bryant, on behalf of the Estate of Charles Bryant, in the above captioned cause.

1. Charles Bryant filed a products liability lawsuit against defendants on March 4, 2016
2. Plaintiff Charles Bryant died on January 13, 2018.
3. Charles Bryant's products liability action against defendants survived his death and was not extinguished

4. Plaintiff's counsel filed a Suggestion of Death on April 22, 2019 attached hereto as "Exhibit A".

5. Ruth Bryant is the surviving spouse of Charles Bryant and is a proper party to substitute for plaintiff-decedent Charles Bryant and has proper capacity to proceed forward with the products liability lawsuit on behalf of Mr. Bryant's estate pursuant to Fed. R. Civ. P. 25(a)(1): "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action.

Dated: April 22, 2019

Respectfully Submitted,

By: ______________________

Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 22, 2019

Respectfully Submitted,

By: ____________________

Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

# EXHIBIT A

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**This documents Relates to:**
***CHARLES BRYANT v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-01867***

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Charles Bryant.

Dated: April 22, 2019

Respectfully Submitted,

By: [signature]

Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 22, 2019

Respectfully Submitted,

By: ____________________

Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

**Other Documents**

2:14-md-02592-EEF-MBN In Re: Xarelto (Rivaroxaban) Products Liability Litigation

APPEAL,MASTER,PROTO,XARELTO

**U.S. District Court**

**Eastern District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered by Moskow, Neal on 4/22/2019 at 11:56 AM CDT and filed on 4/22/2019

**Case Name:** In Re: Xarelto (Rivaroxaban) Products Liability Litigation
**Case Number:** 2:14-md-02592-EEF-MBN
**Filer:** Plaintiff
**Document Number:** 13346

**Docket Text:**
**SUGGESTION OF DEATH by Plaintiff as to Charles Bryant (Reference: 2:16-cv-01867)(Moskow, Neal)**

**2:14-md-02592-EEF-MBN Notice has been electronically mailed to:**

Gerald Edward Meunier gmeunier@gainsben.com, dmartin@gainsben.com, plambert@gainsben.com

Jacob S. Woody jswoody@browngreer.com, docketharvester@browngreer.com, MDLCentrality@browngreer.com

John Francis Olinde olinde@chaffe.com, latuso@chaffe.com

Kim E. Moore kmoore@irwinllc.com, cbenach@irwinllc.com, fsullivan@irwinllc.com, kbazile@irwinllc.com, kbrilleaux@irwinllc.com, msossamon@irwinllc.com, sjames@irwinllc.com, sribeiro@irwinllc.com, tantonucci@irwinllc.com

Leonard A. Davis ldavis@hhklawfirm.com, lflemming@hhklawfirm.com, rvalenti@hhklawfirm.com

Neil Overholtz noverholtz@awkolaw.com, DCross@awkolaw.com, JHoekstra@awkolaw.com, kwilliams@awkolaw.com, mschamberger@awkolaw.com, nbess@awkolaw.com, pbarr@awkolaw.com, rvolpara@awkolaw.com, sgeisler@awkolaw.com

Steven Jay Glickstein steven.glickstein@kayescholer.com, edocketscalendaring@arnoldporter.com, maoedla@arnoldporter.com

Susan M. Sharko Susan.Sharko@DBR.com

**2:14-md-02592-EEF-MBN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1091133085 [Date=4/22/2019] [FileNumber=9842875-0
] [665f59997c189ee35126696c8640eb8b48c623e6890ad905633a1bebbd99678db22
95ed40c366644246ca7996d681fcdb7089242ce5d1f517643062afe6c4a97]]