UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*William Puckett v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-01961

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13293, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Justin Remkus and Vincent Remkus, Co-Executors of the Estate of William Puckett, are substituted for Plaintiff William Puckett as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE