UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*Leland W. Reedy v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-07335

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13296, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff LaDonna Reedy, on behalf of the Estate of Leland W. Reedy, is substituted for Plaintiff Leland W. Reedy as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE