UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Russell v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03996

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13314, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Richard W. Russell, surviving spouse and Anticipated Representative of the Estate of Judith Ann Russell, is substituted for Plaintiff Judith Ann Russell as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE