UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

*Peggy Linkous v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01985

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13315, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Malcolm D. Linkous, surviving spouse of Peggy Linkous, is substituted for Plaintiff Peggy Linkous as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE