UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Jeraldine Mansfield v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-6773

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13319, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff April Mize, surviving daughter and Personal Representative of the Estate of Jeraldine Mansfield, is substituted for Plaintiff Jeraldine Mansfield as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE