# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *David Boyd v. Janssen Research & Dev., et al.* Case No. 2:19-cv-09075 | MAG. JUDGE NORTH |
| *Mary E. Daniels v. Janssen Research & Dev., et al.* Case No. 2:19-cv-09077 | |

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph J. Zonies of the law firm Zonies Law LLC, on behalf of Plaintiffs David Boyd and Mary E. Daniels, in the above-captioned matters.

April 23, 2019

Respectfully submitted,

*s/ Joseph J. Zonies*
Joseph J. Zonies
ZONIES LAW LLC
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Tel:  (720) 464-5300
Fax:  (720) 961-9252
jzonies@zonieslaw.com

*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 23rd, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

                                           *s/ Joseph J. Zonies*
                                           Joseph J. Zonies