# EXHIBIT "A"

## STATE OF FLORIDA
## OFFICE of VITAL STATISTICS
### CERTIFIED COPY
# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2017100007  
**DATE ISSUED:** August 16, 2017  
**STATE FILE DATE:** June 28, 2017

### DECEDENT INFORMATION
NAME: JACK ANTHONY WHITNAUER

DATE OF DEATH: June 27, 2017  
DATE OF BIRTH:  
SEX: MALE   SSN:   AGE: 066 YEARS  
BIRTHPLACE: CHARLESTON, SOUTH CAROLINA, UNITED STATES  
PLACE OF DEATH: DECEDENT'S HOME  
FACILITY NAME OR STREET ADDRESS: 894 CC LAND ROAD  
LOCATION OF DEATH: EASTPOINT, FRANKLIN COUNTY, 32328

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: DIVORCED  
SURVIVING SPOUSE NAME: NONE  
RESIDENCE:   COUNTY: FRANKLIN  
OCCUPATION, INDUSTRY: HEAVY EQUIPMENT OPERATOR, COUNTY GOVERNMENT  
RACE: X White ___ Black or African American ___ Asian Indian ___ Chinese ___ Filipino ___ Native Hawaiian ___ Japanese ___ Korean ___ American Indian or Alaskan Native—Tribe: ___ Vietnamese ___ Other Asian: ___ Guamanian or Chamorro ___ Samoan ___ Other Pacific Isl: ___ Other: ___ Unknown  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
EDUCATION: 8TH GRADE OR LESS  
EVER IN U.S. ARMED FORCES? NO

### PARENTS AND INFORMANT INFORMATION
FATHER/PARENT: JOHN LEONARD WHITNAUER  
MOTHER/PARENT: RETHA MAY CRIBB  
INFORMANT: MELISSA WHITNAUER  
RELATIONSHIP TO DECEDENT: DAUGHTER  
INFORMANT'S ADDRESS:

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION: OMEGA CREMATORY  
BLOUNTSTOWN, FLORIDA  
METHOD OF DISPOSITION: CREMATION  
FUNERAL DIRECTOR/LICENSE NUMBER: TAMMIE KELLEY, F044175  
FUNERAL FACILITY: KELLEY FUNERAL HOME F040396  
PO BOX 405, APALACHICOLA, FLORIDA 32329

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  
MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 hr): 0831  
DATE CERTIFIED: June 28, 2017  
CERTIFIER'S NAME: SHEZAD SANAULLAH  
CERTIFIER'S LICENSE NUMBER: ME73987  
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL  
CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:  
a PROSTATE CANCER WITH METS  
b AFIB, HTN, GERD, CHF, HYPERLIPIDEMIA  
c OSA, RENAL INSUFFICIENCY  
d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

AUTOPSY PERFORMED? NO  
AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?  
DATE OF SURGERY:  
DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED  
REASON FOR SURGERY:  
IF FEMALE, NOT APPLICABLE  
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 hr):   INJURY AT WORK?  
LOCATION OF INJURY:  
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:  
IF TRANSPORTATION INJURY, Status of Decedent:   Type of Vehicle:

, State Registrar

REQ: 2018444974



WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

DH FORM 1947 (08/01)

36249164   CERTIFICATION OF VITAL RECORD