UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Betty Ann Norton, <br><br> Plaintiff, <br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al <br><br><br> Defendants, <br><br> **This Document Relates to:** <br> **No: 2:15-cv-04159** | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Plaintiff, Betty Ann Norton, through undersigned counsel, moves for substitution of party in case pursuant to Rule 25(a)(1). Betty Ann Norton filed products liability lawsuit against defendants on September 8, 2015, Civil Action No. 2:15-cv-04159. Plaintiff, Betty Ann Norton, died on January 31, 2019. Plaintiff filed a Suggestion of Death on April 18, 2019, attached hereto as Exhibit 1.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative". Betty Ann Norton's product liability action against defendants survived her death and was not extinguished. Margaret (Elizabeth) Norton Melson, surviving daughter of Betty Ann Norton, is a proper party to substitute for plaintiff-decedent Betty Ann Norton and has proper capacity to proceed forward with the surviving products

liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25 (a)(1). An order appointing Margaret (Elizabeth) Norton Melson as Executor for the Estate of Betty Ann Norton is attached hereto as Exhibit 2.

WHEREFORE, counsel for Plaintiff respectfully requests that this court grant this Motion to Substitute Party

Dated: April 23, 2019                                          Respectfully Submitted,

By: /s/ *Lisa A. Gorshe, Esq.*
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Lisa A Gorshe, certify that on April 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *Lisa A. Gorshe, Esq.*
Lisa A. Gorshe (MN#029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1852
Fax: (612) -436-1801
Email: lgorshe@JohnsonBecker.com

*Counsel for Plaintiff*