# EXHIBIT 2

IN THE PROBATE COURT OF __JEFFERSON__ COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
ROY NATHAN NORTON, JR.___, ) ESTATE NO. 9536
DECEASED )

## LETTERS TESTAMENTARY
*[Relieved of Filing Returns]*

At a regular term of Probate Court, the Last Will and Testament dated SEPTEMBER 19, 2018 (and Codicil(s) dated N/A ) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, was legally proven in Solemn Form to be the Decedent's Will and was admitted to record by order, and it was further ordered that MARGARET ELIZABETH NORTON MELSON, named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

THEREFORE, the Executor(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Executor(s) under the Will of said Decedent, according to the Decedent's Will and the law.

Given under my hand and official seal, the 21ST day of FEBRUARY, 2019.

*Ashelyn Powell Lampp*
Judge of the Probate Court

*NOTE: The following must be signed if the Judge does not sign the original of this document:*

Issued by:

[Seal]

_____
Clerk of the Probate Court

## STATE OF GEORGIA, JEFFERSON COUNTY

### PROBATE COURT'S OFFICE

I, Asholyn P. Lampp, Judge and/or Clerk of Probate Court of said County, same being a court of record and being the court formerly designated the Court of Ordinary, do hereby certify that I have compared the foregoing copy of Letters Testamentary issued on the estate of Roy Noathan Noaton, Jr. Docket # 9536

with the original record thereof, now remaining in this office, and the same is a correct transcript therefrom, and of the whole of such original record.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the Probate Court, this the 6th day of March, 20 19.

*Asholyn Powell Lampp*
Asholyn Powell Lampp
Judge and/or Clerk of Probate Court