UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Betty Ann Norton,<br><br>                  Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT  LLC, et al<br><br><br>                  Defendants,<br><br>**This Document Relates to:**<br>**No: 2:15-cv-04159** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER

The Court, after considering the Plaintiff's motion to Substitute Party Plaintiff as well as any response thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED THAT** Plaintiff Margaret (Elizabeth) Norton Melson, on behalf of the Estate of her deceased mother, Betty Ann Norton, is substituted for Betty Ann Norton as the proper party plaintiff in the above captioned case.

This _____day of_____, 2019

_____
Honorable Eldon E. Fallon
United States District Court Judge