IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 |
| | SECTION: L |
| | HON. JUDGE ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| This Document Relates to: *Michael J. Gorton v. Janssen Research & Development LLC, et al.*; Case No. 2:17-cv-02665 | |

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the honorable Court of the death of the Plaintiff, Michael J. Gorton. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's brother and estate Administrator, David P. Gorton. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: April 23, 2019

Respectfully submitted,

By: /s/ *Pete Lowe*
Zachary Peter Lowe (USB 13792)
Nathan Buttars (USB 13659)
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
T: 801-917-8500; F: 801-917-8484
E: pete@lowelawgroup.com
nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

# EXHIBIT 1

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

DOH-1961 (8/2011)

**RECORDED DISTRICT:** 3701
**REGISTER NUMBER:** 12

**1. NAME:** Michael Gorton
**2. SEX:** Male
**3A. DATE OF DEATH:** 05/04/2018
**3B. HOUR:** 8:22 AM

**4A. PLACE OF DEATH:** Private Residence
**4B. IF FACILITY, DATE ADMITTED:** N/A
**4C. NAME OF FACILITY / ADDRESS:** 216 Worth St.
**4D. LOCALITY:** City — Fulton
**4E. COUNTY OF DEATH:** Oswego
**4F. MEDICAL RECORD NO.:** NA
**4G. TRANSFERRED FROM ANOTHER INSTITUTION:** No

**5. DATE OF BIRTH:** [redacted] 1960
**6A. AGE IN YEARS:** 57 yrs
**7A. CITY AND STATE OF BIRTH:** Fulton, NY

**8. SERVED IN U.S. ARMED FORCES:** No
**9. HISPANIC ORIGIN:** A — No, not Spanish/Hispanic/Latino
**10. RACE:** A — White/Caucasian
**11. EDUCATION:** 6 — Bachelor's degree

**12. SOCIAL SECURITY NUMBER:** [redacted] 2977
**13. MARITAL STATUS:** Never Married
**14. SURVIVING SPOUSE:** —

**15A. USUAL OCCUPATION:** Self-employed
**15B. KIND OF BUSINESS:** Antiques/Collectibles
**15C. NAME AND LOCALITY OF COMPANY:** 216 Worth St. Fulton NY

**16A. RESIDENCE (State):** NY
**16B. County:** Oswego
**16C. LOCALITY:** City — Fulton
**16F. Within city limits:** Yes
**16D. STREET AND NUMBER:** [redacted] Worth St.
**16E. ZIP CODE:** 13069

**17. BIRTH NAME OF FATHER:** Jeffery Gorton
**18. BIRTH NAME OF MOTHER:** Helaine Wallace

**19A. NAME OF INFORMANT:** David Gorton
**19B. MAILING ADDRESS:** 469 Baldwin Rd. Fulton, NY 13069

**20A. DISPOSITION:** 2 — Cremation, 05/08/2018
**20B. PLACE:** TRAUB'S Crematory
**20C. LOCATION:** Central Square, NY

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Sugar Funeral Home Inc. 224 W. 2nd St. Fulton, NY
**21B. REGISTRATION NUMBER:** 01643
**22A. FUNERAL DIRECTOR:** Laurie A. Sugar-Compson
**22C. REGISTRATION NUMBER:** 13497

**23A. REGISTRAR:** Joan M Cavalier
**23B. DATE FILED:** 5/7/2018
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Joan M Cavalier
**24B. DATE ISSUED:** 05/07/2018

### ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN

**25A. CERTIFIER:** Rosanne E Foster ANP-BC
**License No.:** 302369
**Date signed:** 5/4/18
**Address:** 10 George St, Oswego, NY 13126
**25A. Certifier's Title:** Attending Physician

**26A. Attending physician attended deceased:** FROM 9/1/15 TO 5/4/18
**26B. Deceased last seen alive by attending physician:** 4/9/18
**26C. Pronounced Dead on:** 5/4/18 at 8:22 AM

**27. MANNER OF DEATH:** Natural Cause
**28. CASE REFERRED TO CORONER OR MEDICAL EXAMINER:** No
**29A. AUTOPSY:** No

### 30. DEATH WAS CAUSED BY:

**PART I. IMMEDIATE CAUSE:**
- (A) Hypertensive heart disease — 5 years or more
- (B) Atherosclerotic coronary heart disease — 5 yrs or more
- (C) Obesity — 5 years or more

**PART II. OTHER SIGNIFICANT CONDITIONS:** Diabetes

**DID TOBACCO USE CONTRIBUTE TO DEATH:** No

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS:** Yes