# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL No. 2592 |
| | ) |
| PRODUCTS LIABILITY LITIGATION | ) SECTION: L |
| | ) |
| | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) MAG. JUDGE NORTH |
| | ) |

**THIS DOCUMENT RELATES TO:**

*Jack Whitnauer v. Janssen Research & Development, LLC, et al;*
*Cause No. 2:16-cv-01883-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Jack Whitnauer, which occurred on June 27, 2017. A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and incorporated herein by reference.

Date: April 23, 2019.                    Respectfully submitted,

**ROBINS CLOUD LLP**

*/s/* Saima Khan
Saima Khan
Texas SBN: 24076480
Ian P. Cloud
Texas SBN: 00783843
ROBINS CLOUD LLP
2000 West Loop South, Suite 2200
Houston, Texas 77027
E-Mail: skhan@robinscloud.com

**ATTORNEYS FOR PLAINTIFF**

1

Case 2:14-md-02592-EEF-MBN   Document 13350   Filed 04/23/19   Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 23, 2019.

_/s/_  Saima Khan_____
Saima Khan