IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> HON. JUDGE ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |
| This Document Relates to: <br> *Michael J. Gorton v. Janssen Research & Development LLC, et al.*; <br> Case No. 2:17-cv-02665 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting estate Administrator David P. Gorton as plaintiff on behalf of the deceased Plaintiff, Michael J. Gorton.

1. Plaintiffs filed a products liability lawsuit against defendants on March 29, 2017.

2. Counsel for Plaintiffs was subsequently notified that Plaintiff Michael J. Gorton died on May 4, 2018. A Notice and Suggestion of Death is filed concomitantly with this Motion.

3. Plaintiff Michael J. Gorton's product liability action against defendants survived his death and was/is not extinguished.

4. David P. Gorton, surviving brother and estate Administrator of the estate of Plaintiff Michael J. Gorton, is a proper party to substitute for plaintiff-decedent Michael J. Gorton and has proper capacity to proceed forward with the surviving products liability claim on Plaintiffs' behalf, pursuant to Fed. R. Civ. P. 25(a)(1). David P. Gorton was appointed

Administrator of the estate of Michael J. Gorton upon the death of Michael J. Gorton. A copy of the Letters of Appointment of Administrator for the estate of Michael J. Gorton is attached hereto as "Exhibit A."

5. Undersigned counsel has conferred with defendants' counsel and none oppose this Motion.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: April 23, 2019

Respectfully Submitted,

By: /s/ Pete Lowe
Zachary Peter Lowe, UT Bar # 13792
Nathan Buttars, UT Bar # 13659
LOWE LAW GROUP
6028 S. Ridgeline Drive, #200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
pete@lowelawgroup.com
nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

# Exhibit A

Certificate# 10451

# Surrogate's Court of the State of New York
# Oswego County

File#: 2018-260

## Certificate of Appointment of Administrator

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** Michael J Gorton

Date of Death: May 4, 2018

Domicile: Fulton, NY

**Fiduciary Appointed:** **David P Gorton**
469 Baldwin Road
Fulton NY  13069

Letters Issued: LETTERS OF ADMINISTRATION

Letters Issued On: June 6, 2018

**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

Dated: June 7, 2018
Oswego, New York

IN TESTIMONY WHEREOF, the seal of the Oswego County Surrogate's Court has been affixed.

WITNESS, Honorable Spencer J. Ludington, Judge of the Oswego County Surrogate's Court.

_Cheryl Blake_
Cheryl Blake, Chief Clerk
Oswego County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Oswego County Surrogate's Court*