**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 |
| | SECTION: L |
| | HON. JUDGE ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| This Document Relates to: *Michael J. Gorton v. Janssen Research & Development LLC, et al.*; Case No. 2:17-cv-02665 | |

**ORDER**

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **DAVID P.**

**GORTON**, on behalf of the decedent, **MICHAEL J. GORTON**, be substituted as the proper

party plaintiff herein.

Signed in New Orleans, Louisiana this _____ day of _____, 20____.


_____
DISTRICT COURT JUDGE