**UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL 2592

SECTION:  L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**This Document Relates to:**
***ELIZABETH CHANDLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,
Civil Action No. 2:16-cv-02258***

<u>**MOTION FOR SUBSTITUTION OF PROPER
PARTY**</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

moves this Court for an order substituting Annamarie Ulrich, on behalf of the Estate of Elizabeth

Chandler, in the above captioned cause.

1. Elizabeth Chandler filed a products liability lawsuit against defendants on March 4, 2016

2. Plaintiff Elizabeth Chandler died on March 21, 2016.

3. Elizabeth Chandler's products liability action against defendants survived her death and was

   not extinguished.

4.  Plaintiff's counsel filed a Suggestion of Death on April 24, 2019 attached hereto as "Exhibit A".

5.  Annamarie Ulrich is the surviving daughter of Elizabeth Chandler and is a proper party to substitute for plaintiff-decedent Elizabeth Chandler and has proper capacity to proceed forward with the products liability lawsuit on behalf of Ms. Chandler's estate pursuant to Fed. R. Civ. P. 25(a)(1): "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE,   counsel   for   Plaintiff   requests that this court grant this request for substitution as Plaintiff in this action.

Dated:  April 24, 2019                                  Respectfully Submitted,

                                                       By: _____
                                                       Neal L. Moskow
                                                       Ury & Moskow, LLC
                                                       883 Black Rock Turnpike
                                                       Fairfield, CT  06825
                                                       Telephone:  (203) 610-6393
                                                       Facsimile:  (203) 610-6399
                                                       CT Federal Bar No. ct04516

                                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 24, 2019

Respectfully Submitted,

By: _Neal L. Moskow_

Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

# EXHIBIT A

**UNITED STATES DISTRICT**
**COURT EASTERN DISTRICT OF**
**LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
***ELIZABETH CHANDLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,***
***Civil Action No. 2:16-cv-02258***

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil  Procedure,

hereby informs this Honorable Court of the death of Plaintiff Elizabeth Chandler.

Dated: April 24, 2019

Respectfully Submitted,

By: _____

Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825
Telephone:  (203) 610-6393
Facsimile:  (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


Dated:  April 24, 2019                                  Respectfully Submitted,

                                                              By: _____

                                                              Neal L. Moskow
                                                              Ury & Moskow, LLC
                                                              883 Black Rock Turnpike
                                                              Fairfield, CT  06825
                                                              Telephone:  (203) 610-6393
                                                              Facsimile:  (203) 610-6399
                                                              CT Federal Bar No. ct04516

                                                              *Attorney for Plaintiff*

## Other Documents

2:14-md-02592-EEF-MBN In Re: Xarelto (Rivaroxaban) Products Liability Litigation

APPEAL,MASTER,PROTO,XARELTO

### U.S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Moskow, Neal on 4/24/2019 at 9:59 AM CDT and filed on 4/24/2019

**Case Name:**      In Re: Xarelto (Rivaroxaban) Products Liability Litigation
**Case Number:**      2:14-md-02592-EEF-MBN
**Filer:**      Plaintiff
**Document Number:** 13362

**Docket Text:**
**SUGGESTION OF DEATH by Plaintiff as to Elizabeth Chandler (Reference: 2:16-cv-02258) (Moskow, Neal)**

**2:14-md-02592-EEF-MBN Notice has been electronically mailed to:**

Gerald Edward Meunier     gmeunier@gainsben.com, dmartin@gainsben.com, plambert@gainsben.com

Jacob S. Woody     jswoody@browngreer.com, docketharvester@browngreer.com, MDLCentrality@browngreer.com

John Francis Olinde     olinde@chaffe.com, latuso@chaffe.com

Kim E. Moore     kmoore@irwinllc.com, cbenach@irwinllc.com, fsullivan@irwinllc.com, kbazile@irwinllc.com, kbrilleaux@irwinllc.com, msossamon@irwinllc.com, sjames@irwinllc.com, sribeiro@irwinllc.com, tantonucci@irwinllc.com

Leonard A. Davis     ldavis@hhklawfirm.com, lflemming@hhklawfirm.com, rvalenti@hhklawfirm.com

Neil Overholtz     noverholtz@awkolaw.com, DCross@awkolaw.com, JHoekstra@awkolaw.com, kwilliams@awkolaw.com, mschamberger@awkolaw.com, nbess@awkolaw.com, pbarr@awkolaw.com, rvolpara@awkolaw.com, sgeisler@awkolaw.com

Steven Jay Glickstein     steven.glickstein@kayescholer.com, edocketscalendaring@arnoldporter.com, maoedla@arnoldporter.com

Susan M. Sharko     Susan.Sharko@DBR.com

**2:14-md-02592-EEF-MBN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1091133085 [Date=4/24/2019] [FileNumber=9848553-0
] [478bac1d2c5037eb22232e3a74c01e126fd58aec291738160fe61849cc2b6242387
7272f576e602bacd2f053b7ce485e60df8cbd6cf8b60d7fc0f774c2a6c99d]]