# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*ANTHONY CUMBERBATCH v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-03877*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses hereto finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Anthony Martin, on behalf of the Estate of Anthony Cumberbatch, is substituted for Plaintiff Anthony Cumberbatch in the above-captioned lawsuit.

DATED: _____    _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge