UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**
*SANDRA STEARNS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02304*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Daniel Stearns, on behalf of the Estate of Sandra Stearns, in the above captioned cause.

1. Sandra Stearns filed a products liability lawsuit against defendants on March 16, 2016.
2. Plaintiff Sandra Stearns died on May 9, 2016.
3. Sandra Stearns' products liability action against defendants survived her death and was not extinguished.

4. Plaintiff's counsel filed a Suggestion of Death on April 24, 2019 attached hereto as "Exhibit A".

5. Daniel Stearns is the surviving spouse of Sandra Stearns and is a proper party to substitute for plaintiff-decedent Sandra Stearns and has proper capacity to proceed forward with the products liability lawsuit on behalf of Ms. Stearns' estate pursuant to Fed. R. Civ. P. 25(a)(1): "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action.

Dated: April 24, 2019

Respectfully Submitted,

By: /s/ Neal L. Moskow
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 24, 2019

Respectfully Submitted,

By: /s/ Neal L. Moskow
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825
Telephone:  (203) 610-6393
Facsimile:  (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

# EXHIBIT A

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*SANDRA STEARNS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02304*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Sandra Stearns.

Dated: April 24, 2019

Respectfully Submitted

By: /s/ Neal L. Moskow
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 24, 2019

Respectfully Submitted,

By: /s/ Neal L. Moskow
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

**Other Documents**
2:14-md-02592-EEF-MBN In Re: Xarelto (Rivaroxaban) Products Liability Litigation

APPEAL,MASTER,PROTO,XARELTO

## U.S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Moskow, Neal on 4/24/2019 at 11:07 AM CDT and filed on 4/24/2019
**Case Name:** In Re: Xarelto (Rivaroxaban) Products Liability Litigation
**Case Number:** 2:14-md-02592-EEF-MBN
**Filer:** Plaintiff
**Document Number:** 13366

**Docket Text:**
**SUGGESTION OF DEATH by Plaintiff as to Sandra Stearns (Reference: 2:16-cv-02304)(Moskow, Neal)**


**2:14-md-02592-EEF-MBN Notice has been electronically mailed to:**

Gerald Edward Meunier     gmeunier@gainsben.com, dmartin@gainsben.com, plambert@gainsben.com

Jacob S. Woody     jswoody@browngreer.com, docketharvester@browngreer.com, MDLCentrality@browngreer.com

John Francis Olinde     olinde@chaffe.com, latuso@chaffe.com

Kim E. Moore     kmoore@irwinllc.com, cbenach@irwinllc.com, fsullivan@irwinllc.com, kbazile@irwinllc.com, kbrilleaux@irwinllc.com, msossamon@irwinllc.com, sjames@irwinllc.com, sribeiro@irwinllc.com, tantonucci@irwinllc.com

Leonard A. Davis     ldavis@hhklawfirm.com, lflemming@hhklawfirm.com, rvalenti@hhklawfirm.com

Neil Overholtz     noverholtz@awkolaw.com, DCross@awkolaw.com, JHoekstra@awkolaw.com, kwilliams@awkolaw.com, mschamberger@awkolaw.com, nbess@awkolaw.com, pbarr@awkolaw.com, rvolpara@awkolaw.com, sgeisler@awkolaw.com

Steven Jay Glickstein     steven.glickstein@kayescholer.com, edocketscalendaring@arnoldporter.com, maoedla@arnoldporter.com

Susan M. Sharko     Susan.Sharko@DBR.com

**2:14-md-02592-EEF-MBN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1091133085 [Date=4/24/2019] [FileNumber=9848907-0
] [8e18bbb7b55359825c61a638abd86873ee2e06e1395f9318c5f72c167194784392f
3087f7d95b22b7099128b53ea62e63d6eb071233e4f6827156c210501317b]]