# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*SANDRA STEARNS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02304*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses hereto finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Daniel Stearns, on behalf of the Estate of Sandra Stearns, is substituted for Plaintiff Sandra Stearns in the above-captioned lawsuit.

DATED: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge