UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*JAMES WOOD v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-16966*

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses hereto finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff James Wood, Jr., on behalf of the Estate of James Wood, is substituted for Plaintiff James Wood in the above-captioned lawsuit.

DATED: _____     _____
                                                          Hon. Eldon E. Fallon
                                                          United States District Court Judge