UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO.2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Johnson v. Janssen Research & Development, LLC et al.*
Civil Action No.: 2:18-cv-7451

### SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), undersigned counsel hereby informs this Court of the death of the Plaintiff, Erma Johnson.

Dated: April 24, 2019

Respectfully submitted,

Scott K. Canepa, Esq.
Nevada Bar No. 4556
Terry W. Riedy, Esq.
Nevada Bar No. 3895
Bryan T. Abele, Esq.
Nevada Bar No. 7250
Kristie L. Fischer, Esq.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 24, 2019

Scott K. Canepa, Esq.
Nevada Bar No. 4556
Terry W. Riedy, Esq.
Nevada Bar No. 3895
Bryan T. Abele, Esq.
Nevada Bar No. 7250
Kristie L. Fischer, Esq.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

Counsel for Plaintiff