UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL NO.2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Johnson v. Janssen Research & Development, LLC et al.*
Civil Action No.: 2:18-cv-7451

## PLAINTIFF'S MOTION TO SUBSTITUTE

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), moves to substitute Tammy Shipp, Representative of the Estate of Erma Johnson, deceased, as Plaintiff in the above captioned case.

1. Plaintiff Erma Johnson filed a lawsuit against Defendants captioned *Johnson v. Janssen Research & Development, LLC et al.*, Civil Action No.: 2:18-cv-7451 EEF-MBN.

2. Plaintiff Erma Johnson passed away on or about March 13, 2018.

3. On or about April 3, 2019, Tammy Shipp, Decedent's daughter, was issued Letters of Administration and appointed the Personal Representative of the Estate of Erma Johnson by the Shelby County Probate Court.

4. Plaintiff's counsel filed a Suggestion of Death on or about April 24, 2019 (Doc. 13370), a true and correct copy of which is appended hereto.

5. Plaintiff Erma Johnson's action against Defendants survives her death and is not extinguished.

1

6. Plaintiff now moves to substitute Tammy Shipp, as Personal Representative for the Estate of Erma Johnson, Deceased, as Plaintiff in the present action.

7. Federal Rule of Civil Procedure 25(a)(1) provides "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff prays that this Motion to Substitute be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or in the alternative, to grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: April 24, 2019

Respectfully submitted,

Scott K. Canepa, Esq.
Nevada Bar No. 4556
Terry W. Riedy, Esq.
Nevada Bar No. 3895
Bryan T. Abele, Esq.
Nevada Bar No. 7250
Kristie L. Fischer, Esq.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 24, 2019

Scott K. Canepa, Esq.
Nevada Bar No. 4556
Terry W. Riedy, Esq.
Nevada Bar No. 3895
Bryan T. Abele, Esq.
Nevada Bar No. 7250
Kristie L. Fischer, Esq.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO.2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Johnson v. Janssen Research & Development, LLC et al.*
Civil Action No.: 2:18-cv-7451

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), undersigned counsel hereby informs this Court of the death of the Plaintiff, Erma Johnson.

Dated: April 24, 2019

Respectfully submitted,

Scott K. Canepa, Esq.
Nevada Bar No. 4556
Terry W. Riedy, Esq.
Nevada Bar No. 3895
Bryan T. Abele, Esq.
Nevada Bar No. 7250
Kristie L. Fischer, Esq.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: April 24, 2019

Scott K. Canepa, Esq.
Nevada Bar No. 4556
Terry W. Riedy, Esq.
Nevada Bar No. 3895
Bryan T. Abele, Esq.
Nevada Bar No. 7250
Kristie L. Fischer, Esq.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

Counsel for Plaintiff