UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO.2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Johnson v. Janssen Research & Development, LLC et al.*
Civil Action No.: 2:18-cv-7451

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Tammy Shipp, surviving daughter and Personal Representative of the Estate of Erma Johnson, is substituted for Plaintiff Erma Johnson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ___ day of _____, 2019.

                                                                              _____
                                                                              UNITED STATES DISTRICT COURT JUDGE

1