**UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
***CLINTON PARRISH v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,***
***Civil Action No. 2:15-cv-01308***

**<u>ORDER</u>**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses hereto finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Mary Parrish, on behalf of the Estate of Clinton Parrish, is substituted for Plaintiff Clinton Parrish in the above-captioned lawsuit.

DATED: _____         _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge