# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**

Jay Weiss vs. Janssen Research & Development LLC, et al.; LAED USDC No.: 2:19-cv-05042

## PLAINTIFF'S NOTICE OF SERVICE

Plaintiff hereby gives notice that on April 25, 2019, service was effectuated on Defendant, Bayer Pharma AG, by sending a copy of the Complaint and Summons through registered mail and electronic mail to xareltocomplaints@babc.com, as instructed in Pre-Trial Order No. 10.

Dated: April 25, 2019

**OSBORNE & FRANCIS, PLLC**
Joseph A. Osborne, Esquire
Attorney for Plaintiff
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600
(561) 923-8100 (fax)

By: */s/ Joseph A. Osborne*
Joseph A. Osborne, Esquire
Florida Bar No.: 880043

1