UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Master File No. 2:14-MD-02592<br>MDL No. 2592<br><br>Hon. Eldon E. Fallon |
| **THIS DOCUMENT RELATES TO:**<br><br>*White v. Janssen Research & Development, et. al.*<br>Case No. 2:16-cv-10727 | |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Jerry White, on or about February 8, 2018. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Jerry White in the near future.

Dated: April 25, 2019	Respectfully submitted,

By*:*	/s/ *Sindhu S. Daniel*
	Sindhu S. Daniel
	Anna Rol
	Zo Onyeise
	**BARON & BUDD, P.C.**
	3102 Oak Lawn Avenue, Suite 1100
	Dallas, TX  75219
	Telephone: (214) 521-3605
	Facsimile:  (214) 520-1181
	sdaniel@baronbudd.com
	arol@baronbudd.com
	zonyeise@baronbudd.com

	*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this 25th day of April, 2019, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Sindhu S. Daniel*
Sindhu S. Daniel