UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Master File No. 2:14-MD-02592 MDL No. 2592 |
| | Hon. Eldon E. Fallon |
| THIS DOCUMENT RELATES TO: *Halbert, Jr. v. Janssen Research & Development, et. al.* Case No. 2:16-cv-13205 | |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Horace Halbert, Jr, on or about July 1, 2017. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Horace Halbert, Jr..

Dated: April 25, 2019                    Respectfully submitted,

By*:*    /s/ *Sindhu S. Daniel*
Sindhu S. Daniel
Anna Rol
Zo Onyeise
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Telephone: (214) 521-3605
Facsimile:  (214) 520-1181
sdaniel@baronbudd.com
arol@baronbudd.com
zonyeise@baronbudd.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this 25th day of April, 2019, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/ *Sindhu S. Daniel*
        Sindhu S. Daniel