L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff Steve Johnson*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | **MDL 2592** |
| THIS DOCUMENT RELATES TO: | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| *Johnson v. Janssen Research & Development LLC, et al.;* Case No. 2:18-cv-09908-EEF-MBN | **MAGISTRATE JUDGE NORTH** |

### MOTION TO EXTEND TIME FOR SERVICE ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.

COMES NOW the Plaintiff, Steve Johnson, an individual, by and through the undersigned counsel, and files this Motion for Extension of Time to Serve Defendant Bayer Healthcare Pharmaceuticals, Inc. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff requests this Court extend the time for Plaintiff to serve Defendant Bayer Healthcare Pharmaceuticals, Inc. or in the alternative deem the complaint and summons timely served. This Motion is based upon F. R. Civ. P. 4(m), Memorandum of Points and Authorities in Support of the Motion, and the Declaration of Paul Mankin attached hereto. Plaintiff will show good cause,

1 caselaw and a lack of harm or prejudice to Defendant Bayer Healthcare
2 Pharmaceuticals, Inc. to support an extension of time to serve the complaint and
3 summons on Defendant or in the alternative deem the complaint and summons
4 timely served. Plaintiff requests the court grant the motion and give Plaintiff sixty
5 (60) days from the date of the signed order to serve Defendant Bayer Healthcare
6 Pharmaceuticals, Inc. through the streamlined process at the correct address as set
7 forth in this Court's Pre-Trial Order No. 10.

By: /s/ L. Paul Mankin
L. Paul Mankin
Law Office of Paul Mankin, APC
4655 Cass Street, Suite 410
San Diego, CA 92109
Tel: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent via MDL Centrality, which will send a notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17, on this 25th day of April 2019.

/s/ L. Paul Mankin
L. Paul Mankin
