L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff Steve Johnson*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  THIS DOCUMENT RELATES TO:  *Johnson v. Janssen Research & Development LLC, et al.; Case No. 2:18-cv-09908-EEF-MBN* | **MDL 2592**  **SECTION L**  **JUDGE ELDON E. FALLON**  **MAGISTRATE JUDGE NORTH**  SUBMISSION DATE: MAY 15, 2019 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Opposed Motion to Extend Time for Service on Defendant Bayer Healthcare Pharmaceuticals, Inc. is hereby set for submission before District Judge Eldon E. Fallon on May 15, 2019.

By: /s/ L. Paul Mankin
L. Paul Mankin
Law Office of Paul Mankin, APC
4655 Cass Street, Suite 410
San Diego, CA 92109
Tel: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent via MDL Centrality, which will send a notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17, on this 25th day of April 2019.

/s/ L. Paul Mankin
L. Paul Mankin