UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Michael J. Gorton v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-02665

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13361, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff David P. Gorton, surviving brother and Administrator of the Estate of Michael J. Gorton, is substituted for Plaintiff Michael J. Gorton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 25th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE