UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Elizabeth Chandler v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02258

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13363, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Annamarie Ulrich, surviving daughter of Elizabeth Chandler, is substituted for Plaintiff Elizabeth Chandler as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 25th day of April, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT COURT JUDGE