UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*Anthony Cumberbatch v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-03877

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13365, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Anthony Martin, surviving son of Anthony Cumberbatch, is substituted for Plaintiff Anthony Cumberbatch as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 25th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE