UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Sandra Stearns v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02304

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13367, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff David Stearns, surviving spouse of Sandra Stearns, is substituted for Plaintiff Sandra Stearns as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 25th day of April, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE