UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*CHARLES BROWN*
*2:15-cv-03506-EEF-MN*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Charles Brown, on or about November 22, 2017. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Charles Brown.

Dated: April 25, 2019                                    Respectfully submitted,

                                                                                  ***By: /s/ Andrew S. Williams***
                                                                                  Andrew S. Williams, Esq.
                                                                                  Simmons Hanly Conroy
                                                                                  One Court Street
                                                                                  Alton, IL 62002
                                                                                  Tel. 618-259-2222
                                                                                  Fax 618-259-2251
                                                                                  awilliams@simmonsfirm.com

                                                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Andrew S. Williams, Esq.*
>Andrew S. Williams, Esq.
>Simmons Hanly Conroy
>One Court Street
>Alton, IL 62002
>Tel. 618-259-2222
>Fax 618-259-2251
>awilliams@simmonsfirm.com
>
>Attorneys for Plaintiff