**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)     **: MDL No. 2592**
PRODUCTS LIABILITY LITIGATION    **: SECTION L**
                                              **: JUDGE ELDON E. FALLON**
                                            **: MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**
*GERTRUDE KANWISCHER*
*2:16-cv-06236-EEF-MN*

### NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Gertrude Kanwischer, on or about January 6, 2016. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Gertrude Kanwischer.

Dated:  April 26, 2019                Respectfully submitted,

                                         **By: _/s/ Andrew S. Williams_**
                                         Andrew S. Williams, Esq.
                                         Simmons Hanly Conroy
                                         One Court Street
                                         Alton, IL 62002
                                         Tel. 618-259-2222
                                         Fax 618-259-2251
                                         awilliams@simmonsfirm.com

                                         Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 26, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>*/s/ Andrew S. Williams, Esq.*</u>
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff