# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*RUSSELL SMITH*
*2:15-cv-03597-EEF-MN*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Russell Smith, on or about October 6, 2017. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Russell Smith.

Dated:  April 26, 2019    Respectfully submitted,

    ***By: /s/ Andrew S. Williams***
    Andrew S. Williams, Esq.
    Simmons Hanly Conroy
    One Court Street
    Alton, IL 62002
    Tel. 618-259-2222
    Fax 618-259-2251
    awilliams@simmonsfirm.com

    Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        ***/s/ Andrew S. Williams, Esq.***
                                        Andrew S. Williams, Esq.
                                        Simmons Hanly Conroy
                                        One Court Street
                                        Alton, IL 62002
                                        Tel. 618-259-2222
                                        Fax 618-259-2251
                                        awilliams@simmonsfirm.com

                                        Attorneys for Plaintiff