# VILLAGE OF LIBERTYVILLE
## LIBERTYVILLE, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER** 2017 0091765  
**MEDICAL EXAMINER'S CASE NUMBER** 1711141512  
**DATE ISSUED** 11/20/2017

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | KENNETH E THOMAS |
| SEX | MALE |
| DATE OF DEATH | NOVEMBER 14, 2017 |
| COUNTY OF DEATH | LAKE |
| AGE AT LAST BIRTHDAY | 80 YEARS |
| DATE OF BIRTH | JULY 21, 1937 |
| CITY OR TOWN | CUBA TWP |
| HOSPITAL OR OTHER INSTITUTION NAME | GOOD SHEPHERD HOSPITAL |
| PLACE OF DEATH | INPATIENT |
| BIRTHPLACE | SPARTA, WI |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | MARY P SCHMID |
| EVER IN U.S ARMED FORCES? | YES |
| RESIDENCE | 8318 EVERGREEN CT |
| CITY OR TOWN | FOX LAKE |
| INSIDE CITY LIMITS? | YES |
| COUNTY | LAKE |
| STATE | IL |
| ZIP CODE | 60020 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | CLARENCE M THOMAS |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ESTHER E MC CRAY |
| INFORMANT'S NAME | MARY P THOMAS |
| RELATIONSHIP | WIFE |
| MAILING ADDRESS | 8318 EVERGREEN CT, FOX LAKE, IL, 60020 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | WOODLAWN CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | FOREST PARK, IL |
| DATE OF DISPOSITION | NOVEMBER 21, 2017 |
| FUNERAL HOME | MARSH FUNERAL HOME, 305 CEMETERY RD., GURNEE, IL, 60031 |
| FUNERAL DIRECTOR'S NAME | MIRELLA M TREVINO |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015981 |
| LOCAL REGISTRAR'S NAME | PATRICE SUTTON |
| DATE FILED WITH LOCAL REGISTRAR | NOVEMBER 20, 2017 |

**CAUSE OF DEATH**

PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)
- a. CEREBROVASCULAR ACCIDENT
- Due to (or as a consequence of):
- b. SENILE DEGENERATION OF BRAIN
- Due to (or as a consequence of):
- c.
- Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH:

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED: | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | NOVEMBER 08, 2017 |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 02:29 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | NOVEMBER 17, 2017 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | DR RAJIV SOOD, 1585 N BARRINGTON RD, HOFFMAN ESTATES, ILLINOIS, 60169 |
| PHYSICIAN'S LICENSE NUMBER | 036111523 |