**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*KENNETH THOMAS v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:18-cv-05605-EEF-MBN

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an

Order substituting Patricia Reichenbach, as plaintiff of behalf of her deceased father, Kenneth

Thomas.

1.      Kenneth Thomas filed a claim against defendants on June 4, 2018.

2.      Subsequently, plaintiff's counsel was notified that Kenneth Thomas died on

November 14, 2017.

3.      Kenneth Thomas's action against the defendants survived his death and was not

extinguished.

4.      Patricia Reichenbach, daughter and next of kin of Kenneth Thomas, is a proper

party to substitute for plaintiff-decedent Kenneth Thomas and has proper capacity to continue the

lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Patricia Reichenbach requests that this Court

grant her request for substitution as plaintiff in this action.

Dated:  April 29, 2019          Respectfully submitted,

/s/  William L. Bross
William L. Bross
AL State Bar No. 9703O71W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
william@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on April 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ William L. Bross
William L. Bross