UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **: MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **: SECTION L** |
| | **: JUDGE ELDON E. FALLON** |
| | **: MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*CHRISTINE WOODBURY*
*2:16-cv-16296-EEF-MN*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned

counsel hereby informs the Honorable Court of the death of the Plaintiff, Christine Woodbury,

on or about May 26, 2017. Counsel respectfully informs this Court that a Motion for

Substitution of Plaintiff will be filed by the appropriate representative of Christine Woodbury.

Dated:  April 29, 2019                      Respectfully submitted,

                                                          *By: /s/ Andrew S. Williams*
                                                          Andrew S. Williams, Esq.
                                                          Simmons Hanly Conroy
                                                          One Court Street
                                                          Alton, IL 62002
                                                          Tel. 618-259-2222
                                                          Fax 618-259-2251
                                                          awilliams@simmonsfirm.com

                                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff

2