# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| **v.** | |
| **JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.** | |
| *Defendant(s)* | |

**THIS DOCUMENT RELATES TO:**

*Every v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:18-cv-06939;

*Gill v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-cv-06987;

*Sheppard v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-07019;

*Camille v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-07332;

*Swan v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-10151;

*Beaty v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09839;

*Kincy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09840;

*Durham v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09851;

*Nelson v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09964;

*McCoy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09965;

*Yates v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09966;

*Bobbitt v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10111;

*Roman v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10119;

*Clark v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-13475.

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

WHEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated: April 29, 2019.

By: */s/ Donald W. Medley*
Donald W. Medley
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

> */s/ Donald W. Medley*
> Donald W. Medley, Esq.
> MEDLEY LAW GROUP
> 902 West Pine Street
> Hattiesburg, MS 39401
> (601) 544-8110 Phone
> (601) 544-8458 Fax
> don@medleylawgroup.com
> *Attorney for the Plaintiffs*