UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> v.                                                                  ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC, ET AL.                                                ) <br> *Defendant(s)*                                               ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Every v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:18-cv-06939;

*Gill v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-cv-06987;

*Sheppard v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-07019;

*Camille v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-07332;

*Swan v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-10151;

*Beaty v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09839;

*Kincy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09840;

*Durham v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09851;

*Nelson v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09964;

*McCoy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09965;

*Yates v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09966;

*Bobbitt v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10111;

*Roman v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10119;

*Clark v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-13475.

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS

Now come the Plaintiffs in the above-listed actions, through undersigned counsel, and requests an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants through the streamlined procedures for service of process set forth in Pre-Trial Order #10. In support of their motion, Plaintiffs state as follows:

All of the foregoing actions have been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592. However, due to inadvertent clerical/administrative oversight in the office of the undersigned, service of Plaintiffs' complaints in these actions was not properly affected within the time period for streamlined service set forth in Pre-Trial Order #10, 10A and 10B as to some or all of the defendants. Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaints and summons in the above-listed actions and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to the Pre-Trial Orders.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by the Plaintiff herein, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Thus, Plaintiffs request that this Court grant this motion and allow them an additional thirty (30) days within which to effect service on the Defendants through the streamlined procedures for service of process set forth in the Pre-Trial Orders.

Dated:  April 29, 2019.

*/s/ Donald W. Medley*
Donald W. Medley, Esq.
MEDLEY LAW GROUP
902 West Pine Street
Hattiesburg, MS 39401
(601) 544-8110 Phone
(601) 544-8458 Fax
don@medleylawgroup.com

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Donald  W. Medley*
Donald W. Medley