UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. *Defendant(s)* | | |

**THIS DOCUMENT RELATES TO:**

*Every v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:18-cv-06939;

*Gill v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-cv-06987;

*Sheppard v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-07019;

*Camille v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-07332;

*Swan v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-10151;

*Beaty v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09839;

*Kincy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09840;

*Durham v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09851;

*Nelson v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09964;

*McCoy v. Janssen Research & Development LLC, et al.*;

LAED USDC No. 2:18-cv-09965;

*Yates v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09966;

*Bobbitt v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10111;

*Roman v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10119;

*Clark v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-13475.

## **NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on May 15, 2019, Plaintiffs' Motion for an Extension of Time Within Which to Serve Process on Defendants will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated:  April 29, 2019

*/s/ Donald W. Medley*
Donald W. Medley
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Donald W. Medley*
>Donald W. Medley
>MEDLEY LAW GROUP
>902 West Pine Street
>Hattiesburg, MS 39401
>(601) 544-8110 Phone
>(601) 544-8458 Fax
>don@medleylawgroup.com
>*Attorney for the Plaintiffs*