UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | |
| *Defendant(s)* | |

**THIS DOCUMENT RELATES TO:**

*Every v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:18-cv-06939;

*Gill v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-cv-06987;

*Sheppard v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-07019;

*Camille v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-07332;

*Swan v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-10151;

*Beaty v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09839;

*Kincy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09840;

*Durham v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09851;

*Nelson v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09964;

*McCoy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09965;

*Yates v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09966;

*Bobbitt v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10111;

*Roman v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10119;

*Clark v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-13475.

## **PROPOSED ORDER**

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Orders.

New Orleans, Louisiana, this ____ day of _____, 2019.

                                                          Hon. Eldon E. Fallon
                                                          United States District Judge