

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

592-EEF-MBN  Document 13424-3  Filed 04/29

For delivery information, visit our website at www.usps.com®

WILMINGTON, DE 19808

OFFICIAL USE

| Certified Mail Fee | $3.45 | | 0109 |
| --- | --- | --- | --- |
| $ | $2.75 | | 22 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00      Postmark
☐ Certified Mail Restricted Delivery   $ $0.00      Here
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $ $0.00

JAN 24 2019

Postage  $3.10
$
Total Postage and Fees  $9.30
$                                       01/24/2019

Sent To: SOP Dept. Corporation Service Co.
Street and Apt. No., or PO Box No.: Suite 400 2711 Centerville Rd.
City, State, ZIP+4®: Wilmington DE 19808