UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| SANDRA KAY LE MASTER<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>　　　　Defendants.<br>_____ | COMPLAINT AND JURY DEMAND<br><br>Civil Action No. 2:17-cv-00898 |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

　　　　Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff. Sandra Kay LeMaster.

**DATED: April 30, 2019**

Respectfully submitted,

*/s/ Sofia E. Bruera*

---

SOFIA E. BRUERA
State Bar No. 24062189
BRUERA LAW FIRM, PLLC
3100 Timmons Ln, Suite 310
Houston, Texas 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
E-mail: sofia@brueralaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**DATED: April 30, 2019**

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA