**20180426UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |
| : | |

**THIS DOCUMENT RELATES TO:**

*DEBRUIN V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:15-cv-05559**

**NOTICE AND SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby informs this Court of the death of the Plaintiff, Rudy DeBruin. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Rudy DeBruin.

Dated: April 30, 2019                           Respectfully submitted,

                                                /s/ Wendy C. Elsey
                                                DAVID P. MATTHEWS
                                                Texas Bar No.: 13206200
                                                WENDY C. ELSEY
                                                Texas Bar No.: 24053186
                                                Matthews & Associates
                                                2905 Sackett St.
                                                Houston, TX 77098
                                                713.222.8080
                                                713.535.7184 – facsimile
                                                dmatthews@dpmlawfirm.com
                                                welsey@dpmlawfirm.com

                                                ATTORNEYS FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Wendy C. Elsey
Wendy C. Elsey