# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Lawrence Driggs v. Janssen Research & Development, LLC, et al;*
*Cause No. 2:16-cv-02375-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Lawrence Driggs, which occurred on May 31, 2018. A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and incorporated herein by reference.

Date:   April 30, 2019.              Respectfully submitted,

                                     **ROBINS CLOUD LLP**

                                     */s/   Saima Khan*
                                     Saima Khan
                                     Texas SBN: 24076480
                                     Ian P. Cloud
                                     Texas SBN: 00783843
                                     ROBINS CLOUD LLP
                                     2000 West Loop South, Suite 2200
                                     Houston, Texas 77027
                                     E-Mail: skhan@robinscloud.com

                                     **ATTORNEYS FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 30, 2019.

                                                   */s/*  Saima Khan_____
                                                   Saima Khan