# EXHIBIT "A"

# CERTIFICATE OF DEATH

Ohio Department of Health

Reg. Dist. No. 84
Primary Reg. Dist. No. 8401
Registrar's No. 8401-2018000261
State File No. 2018054135

**1. Decedent's Legal Name:** LAWRENCE DRIGGS
**2. Sex:** MALE
**3. Date of Death:** MAY 31, 2018
**5a. Age (Years):** 75
**6. Date of Birth:** APRIL 24, 1943
**7. Birthplace:** STEWART, OHIO
**8a. Residence State:** OHIO
**8b. County:** MEIGS
**8g. Inside City Limits:** NO
**9. Ever in US Armed Forces:** YES
**10. Marital Status at Time of Death:** MARRIED
**11. Surviving Spouse's Name:** EYVONNE NELSON
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**12. Decedent's Education:** ASSOCIATE DEGREE (E.G., AA, AS)
**15. Father's Name:** WILLIAM DRIGGS
**16. Mother's Name (prior to first marriage):** LUELLA VANNESS
**17a. Informant's Name:** EYVONNE DRIGGS
**17b. Relationship to Decedent:** WIFE
**18a. Place of Death:** HOSPITAL - INPATIENT
**18b. Facility Name:** MARIETTA MEMORIAL HOSPITAL
**18c. City or Town, State and Zip Code:** MARIETTA, OH 45750
**18d. County of Death:** WASHINGTON
**19. Signature of Funeral Service Licensee or Other Agent:** J. KEVIN SCHWARZEL
**20. License Number:** 008081
**21. Name and Complete Address of Funeral Facility:** WHITE-SCHWARZEL FUNERAL HOME, 9 5TH ST POB 501, COOLVILLE, OH 45723
**22a. Method of Disposition:** BURIAL
**22b. Date of Disposition:** JUNE 03, 2018
**22c. Place of Disposition:** MEIGS COUNTY MEMORY GARDENS
**22d. Location:** POMEROY, OH
**23. Registrar's Signature:** Sandra Hickey
**24. Date Filed:** June 5, 2018
**25a. Name of Person Issuing Disposition Permit:** MAYLE, DORETTA
**25b. District No.:** 0500
**25c. Date Disposition Permit Issued:** JUNE 1, 2018
**26a. Certifier:** [X] Certifying Physician
**26b. Time of Death:** 12:10 PM
**26c. Date Pronounced Dead:** 5/31/18
**26d. Was the Medical Examiner or Coroner Contacted?:** NO
**26f. License number:** 35.050323
**26g. Date Signed:** 6/1/18
**27. Name and Address of Person who Completed Cause of Death:** LLOYD DAVID DENNIS, 40 WHITE OAK PROFESSIONAL CENTER, VINCENT, OH 45784

**28. Part I. Cause of Death:**
a. Immediate Cause: Encephalopathy — days
b. Due to: Coin — years
c. Due to:
d. Due to:

**29a. Was An Autopsy Performed?:** No
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?:** Not Applicable
**30. Did Tobacco Use Contribute to Death?:** Yes
**32. Manner of Death:** Natural

---

Sandra K. Hickey, Local Registrar
JUN - 5 2018
Sandra K. Hickey

HEA 2724 Rev. 07/15-09/16

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.
VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW