## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| **THIS DOCUMENT RELATES TO** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| *Nadyne Nordhem v. Janssen Research &* | * | |
| *Development LLC, et al.* | * | |
| **Case No. 2:18-cv-3684** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), David A. Vermont, Esquire, who is the attorney of the deceased party, notes the death during the pendency of this action of Nadyn Nordhem, Plaintiff in this action, on February 8, 2019. (The death certificate is attached as Exhibit 1.)

Dated this 30th day of April, 2019.

                                                *Isl* David A. Vermont
                                                David A. Vermont, Esquire
                                                HELMSDALE LAW, LLP
                                                6 Consultant Pl., Suite 100-A
                                                Durham, NC 27707
                                                dvermont@helmsdalelaw.com
                                                Telephone: (424) 249-7942
                                                Facsimile: (424) 249-7990
                                                ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify.that on this 30th day of April, 2019, the foregoing Suggestion of Death was electronically filed with the Clerk of the Court via MDL Centrality, which will send notification of such filing to all counsel of record.

*Isl* David A. Vermont
David A. Vermont, Esquire
HELMSDALE LAW, LLP
6 Consultant Pl., Suite 100-A Durham,
NC  27707
dvermont@helmsdalelaw.com
Telephone: (424) 249-7942
Facsimile: (424) 249-7990 ATTORNEY
FOR PLAINTIFF