# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Lawrence Driggs v. Janssen Research & Development, LLC, et al;*
*Cause No. 2:16-cv-02375-EEF-MBN*

## EX PARTE MOTION FOR SUBSTITUTION

NOW INTO COURT, through undersigned counsel, comes Eyvonne Driggs, surviving wife of Plaintiff-Decedent Lawrence Driggs, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased husband, Lawrence Driggs.

1. Plaintiff Lawrence Driggs filed a products liability lawsuit against Defendants on March 31, 2016.

2. Subsequently, Plaintiff's counsel learned that Lawrence Driggs died on May 31, 2018.

3. Plaintiff-Decedent's product liability action against Defendants survived his death and was not extinguished.

4. On April 30, 2019, a Notice and Suggestion of Death was filed, attached hereto as Exhibit "A".

5. Eyvonne Driggs is a proper party to substitute for Plaintiff-Decedent Lawrence Driggs and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. R. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any part of the Decedent's successor or representative."

WHEREFORE, counsel for Plaintiff respectfully requests that this Honorable Court grant this Motion for Substitution in this action.

Date:  April 30, 2019.    Respectfully submitted,

**ROBINS CLOUD LLP**

*/s/*   Saima Khan
Saima Khan
Texas SBN: 24076480
Ian P. Cloud
Texas SBN: 00783843
ROBINS CLOUD LLP
2000 West Loop South, Suite 2200
Houston, Texas 77027
E-Mail: skhan@robinscloud.com

3

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Ex Parte Motion for Substitution has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

  Dated: April 30, 2019.

                      */s/*  Saima Khan_____
                      Saima Khan