UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Lawrence Driggs v. Janssen Research & Development, LLC, et al;*
*Cause No. 2:16-cv-02375-EEF-MBN*

## ORDER

The Court, after considering Plaintiff's Motion for Substitution of Proper Party in the above referenced cause, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Eyvonne Driggs, surviving wife of Lawrence Driggs, is substituted for Plaintiff Lawrence Driggs as the Plaintiff in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE