**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*Wayne T. Vanhoose v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00359;*
*and*
*Lynn Cole, Individually as Surviving Spouse and as Representative*
*of the Estate of Donald B. Cole v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00253;*
*and*
*Elizabeth F. Boyden v. Janssen Research & Development, LLC, et al,*
*Civil Action No. 2:17-cv-00338*

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process on

Defendant Janssen Pharmaceuticals, Inc.: IT IS HEREBY ORDERED that Plaintiffs in the above-

listed actions shall have thirty (30) days from the date of this Order within which to effect service on

Defendants Janssen Pharmaceuticals, Inc. pursuant to FRCP 4(d).

New Orleans, Louisiana this 1st day of _____ May _____, 2019.

Honorable Eldon E. Fallon