# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**   **MDL NO. 2592** | |
| **THIS DOCUMENT RELATES TO:** | **SECTION: L** |
| *Neva S. Fickling v. Janssen Research & Development, LLC, et al; 2:18-cv-4183;* | **JUDGE ELDON E. FALLON** |
| *Bonnie J. Young, Individually and as Personal Representative of the Estate of Kenneth Young v. Janssen Research & Development, LLC, et al; 2:18-cv-7464;* | **MAG. JUDGE NORTH** |
| *Patrick T. Matthews v. Janssen Research & Development, LLC, et al; 2:18-cv-7614;* | |
| *John T. McCants v. Janssen Research & Development, LLC, et al; 2:18-cv-9011;* | |
| *Samantha Lyton v. Janssen Research & Development, LLC, et al; 2:18-cv-14147* | |

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process:

**IT IS HEREBY ORDERED** that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of this Order within which to effect service on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders # 10, 10A and 10B.

New Orleans, Louisiana this the __1st__ day of _____May_____, 2019.

_____
Honorable Eldon E. Fallon