# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO:** | **SECTION: L** |
| *Novella Pickett v. Janssen Research & Development, LLC, et al; 2:18-cv-6475;* | **JUDGE ELDON E. FALLON** |
| *Robert Morgan v. Janssen Research & Development, LLC, et al; 2:18-cv-6476;* | **MAG. JUDGE NORTH** |
| *Elzie Randolph v. Janssen Research & Development, LLC, et al; 2:18-cv-10750* | |

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process:

**IT IS HEREBY ORDERED** that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of this Order within which to effect service on Defendants Janssen Research & Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; and Johnson & Johnson Company.

New Orleans, Louisiana this the __1st__ day of _____May_____, 2019.

_____
Honorable Eldon E. Fallon