IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO® (RIVAROXAB AN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 |
| | SECTION: L |
| BEVERLY A. SHULL, Plaintiff, | JUDGE FALLON |
| v. | MAG. JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; | AMENDED COMPLAINT AND JURY DEMAND |
| JOHNSON & JOHNSON COMPANY; | |
| JANSSEN ORTHO, LLC; | Civil Action No. 2:15-cv-10268 |
| JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. | |
| BAYER CORPORATION; | |
| BAYER AG; | |
| BAYER HEALTHCARE LLC; | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; | |
| BAYER PHARMA AG; | |
| and | |
| JOHN DOES 1 – 100, Defendants. | |

1

<u>**ORDER GRANTING**</u>
<u>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**</u>

This matter having come before the Court on the Motion for Leave to File Amended Complaint, R. Doc. 13064,

IT IS ORDERED that Plaintiff's motion is hereby GRANTED, and the Clerk will file the amended complaint into the record.

New Orleans, Louisiana this 1st day of May, 2019.

_____
United States District Judge