# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YOLANDA KLKER as personal representative of The estate of EVELYN LEE, ) ) ) | |
| Plaintiffs. ) ) ) ) ) | MDL NO. 2592 <br><br> JUDGE: ELDON E. FALLON <br><br> SECTION: L |
| v. ) ) ) | MAG. JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTH LLC, JANSSEN PHARMACEUTICAL, INC. F/K/A JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA INC, F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, Defendants. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:19-cv-2789 |

## ORDER GRANTING
## MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Motion to Amend Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Yolanda Kelker's, Motion to Amend Complaint is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the

Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

    Entered this __1st__ day of __May__, 2019 into the United States Eastern District Court of Louisiana.

*[Signature: Eldon E. Fallon]*

    HONORABLE DISTRICT JUDGE ELDON E. FALLON