UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Kenneth Thomas v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-05605

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13411, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patricia Reichenbach, surviving daughter of Kenneth Thomas, is substituted for Plaintiff Kenneth Thomas as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE