**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Juel Anderson v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO:  2:15-cv-4009-EEF-MBN**

<u>**MOTION TO SUBSTITUTE PLAINTIFF**</u>

**COMES NOW** Plaintiff, Juel Anderson, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Juel Anderson, passed away on March 20, 2018, as reported to the Court in the Suggestion of Death filed on May 2, 2019. On July 11, 2018, the District Court of Grady County, in the State of Oklahoma, appointed Kimberly M. Wilson as Executor of the Estate of Juel Anderson, attached hereto as Exhibit A.  Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute "Kimberly M. Wilson, Executor of the Estate of Juel Anderson" as the named party in place of Juel Anderson.

**WHEREFORE**, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated:  May 2, 2019

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.

4834-1081-9477, v. 1