E
X
H
I
B
I
T

A

# EXHIBIT A

JUL 11 2018

LISA...
By

# IN THE DISTRICT COURT OF GRADY COUNTY
## STATE OF OKLAHOMA

IN THE MATTER OF THE ESTATE OF

JUEL L. ANDERSON, Deceased.

Case No. PB-2018-113

## LETTERS TESTAMENTARY

STATE OF OKLAHOMA

COUNTY OF GRADY

ss:

The Will of **JUEL L. ANDERSON**, Deceased, having been proved and recorded in the District Court of Grady County, **Kimberly M. Wilson** who is named therein, is hereby appointed Executor of the Estate.

WITNESS, Judge of the District Court, Grady County, State of Oklahoma, this 9th day of July, 2018.

TIMOTHY A. BRAUER

_____
JUDGE OF THE DISTRICT COURT

## OATH OF PERSONAL REPRESENTATIVE

STATE OF OKLAHOMA

COUNTY OF GRADY

ss:

I, Kimbelry M. Wilson, do solemnly swear that I will perform according to law the duties of Executor of the Will of Juel L. Anderson, Deceased. So help me God.

_____
Kimberly M. Wilson

SUBSCRIBED AND SWORN to before me this 9th day of July, 2018.

TIMOTHY A. BRAUER

_____

Judge Of The District Court