UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Velma Liddle and Larry Liddle, her husband v. Janssen Research & Development, LLC. et al.*

INDIVIDUAL CIVIL ACTION NO: 2:17-cv-07510-EEF-MBN

## SUGGESTION OF DEATH

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Velma Liddle, which occurred on August 29, 2018. Plaintiffs respectfully inform this Court that a Motion for Substitution of Plaintiffs will be filed by the appropriate representative of Velma Liddle's Estate.

| | |
|---|---|
| Dated: May 2, 2019 | Respectfully submitted,<br><br>**STARK & STARK**<br>**A Professional Corporation**<br><br>*/s/ Martin P. Schrama*<br>Martin P. Schrama, Esq. (NJ #039581997)<br>mschrama@stark-stark.com<br>Stark & Stark<br>993 Lenox Drive<br>Lawrenceville, NJ 08648<br>Tel: 609.896.9060<br>Fax: 609.896.0629<br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Velma Liddle and Larry Liddle, her husband v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:17-cv-07510-EEF-MBN**

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, a complete copy of the foregoing Suggestion of Death has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

                                             */s/ Martin P. Schrama*
                                             Martin P. Schrama, Esq.