UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Velma Liddle and Larry Liddle, her husband v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:17-cv-07510-EEF-MBN**

## MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** Plaintiffs, Velma Liddle, deceased, and Larry Liddle, her husband, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Velma Liddle, passed away on August 29, 2018, as reported to the Court in the Suggestion of Death filed on May 2, 2019. On April 19, 2019, the State of Illinois, County of McHenry, named Larry Liddle as Representative of the Estate of Velma Liddle, attached hereto as Exhibit A. Plaintiffs thus move pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute "Larry Liddle, individually and as Representative of the Estate of Velma Liddle" as the named party in place of Velma Liddle and Larry Liddle, her husband.

**WHEREFORE**, Plaintiffs pray that this Motion to Substitute Plaintiffs be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated:  May 2, 2019

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.