UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Velma Liddle and Larry Liddle, her husband v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:17-cv-07510-EEF-MBN**

**ORDER**

**THIS MATTER** having come before the Court on Plaintiffs' Motion to Substitute Larry Liddle, individually and as Representative of the Estate of Velma Liddle, as Plaintiffs in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiffs' Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed to correct the caption to reflect the proper party as "Larry Liddle, individually and as Representative of the Estate of Velma Liddle", Plaintiffs.

Dated this _____ day of _____, 2019

_____
Honorable Eldon E. Fallon
United States District Court Judge