# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*William Marshall, Jr. and Dolores Marshall, his wife v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-07541-EEF-MBN**

## MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** Plaintiffs, William Marshall, Jr., deceased, and Dolores Marshall, his wife, by and through their counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, William Marshall, Jr., passed away on December 26, 2017, as reported to the Court in the Suggestion of Death filed on May 2, 2019. On April 16, 2019, the Circuit Court of the Tenth Judicial Circuit in and for Polk County, State of Florida, named Dolores A. Marshall as Personal Representative of the Estate of William Marshall, Jr., attached hereto as Exhibit A. Plaintiffs thus move pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute "Dolores

A. Marshall, individually and as Personal Representative of the Estate of William Marshall, Jr." as the named party in place of William Marshall, Jr. and Dolores Marshall, his wife.

**WHEREFORE**, Plaintiffs pray that this Motion to Substitute Plaintiffs be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated:  May 2, 2019

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.

4823-2351-2725, v. 1