# EXHIBIT A

INSTR # 2019070100 OR BK 10825 PG 0485 04/18/2019 08:45:31 AM
STACY M. BUTTERFIELD Clerk of County Court Polk County Recorded By Court

Case 2:14-mt-02592-EEF-MBN Document 13452-1   Filed 05/02/19   Page 2 of 3

IN THE CIRCUIT COURT OF
THE TENTH JUDICIAL CIRCUIT IN
AND FOR POLK COUNTY, FLORIDA

RECEIVED
PROBATE DEPARTMENT

APR 16 2019

CLERK CIRCUIT COURT

IN RE: ESTATE OF

William Henry Marshall Jr, deceased

PROBATE DIVISION
File No. 2019-CP-0008620000

_____/

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, William Henry Marshall Jr, a resident of Polk County, Florida died on December 26, 2017, owning assets in the State of Florida; and

WHEREAS, Dolores A. Marshall has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate.

NOW THEREFORE, I, the undersigned Circuit Judge, declares Dolores A. Marshall to be duly qualified under the laws of the State of Florida to act as personal representative of the estate of William Henry Marshall Jr, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

WITNESS my hand and the seal of this court this _____ day of APR 1 5 2019 _____, 2019.

_____
CIRCUIT COURT JUDGE

Z:\Data\Probate\Marshall, William Henry Jr\Letters of Administration.wpd

IN THE CIRCUIT COURT OF
THE TENTH JUDICIAL CIRCUIT IN
AND FOR POLK COUNTY, FLORIDA

RECEIVED
PROBATE DEPARTMENT

APR 16 2019

CLERK CIRCUIT COURT

IN RE: ESTATE OF

William Henry Marshall Jr, deceased

PROBATE DIVISION
File No. 2019-CP-0008620000

_____/

**ORDER APPOINTING PERSONAL REPRESENTATIVE**

On the petition of Dolores A. Marshall for the administration of the estate of William Henry Marshall Jr, deceased, the court finding that the deceased died December 26, 2017 and that Dolores A. Marshall is entitled to appointment as personal representative by reason that she is the spouse of the decedent and sole beneficiary of his estate, and that the size of the estate and the petitioner's relationship to the decedent justifies waiving the requirement of a bond, it is

ADJUDGED that Dolores A. Marshall is appointed personal representative of the estate of the decedent, and that upon taking the prescribed oath, filing designation of resident agent and acceptance, Letters of Administration shall be issued, with no bond being required.

ORDERED on **APR 1 5 2019**, 2019.

_____
Circuit Judge