# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*LABBIE V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.*
**Civil Action No. 2:15-01569**

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby informs this Court of the death of Plaintiff, Ferdie Labbie. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Ferdie Labbie.

Dated: May 2, 2019

Respectfully submitted,

*/s/ Martin D. Crump*
Martin D. Crump
MS Bar No. 10652
Davis & Crump, P. C.
2601 14th Street
Gulfport, MS 39501
228-863-6000
228-864-0907 – facsimile
martincrump@daviscrump.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2019 the foregoing document was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to liaison counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Martin D. Crump
Martin D. Crump