**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION          :          **MDL No. 2592**

                                       :          **SECTION L**

                                       :          **JUDGE ELDON E. FALLON**

                                       :          **MAGISTRATE JUDGE NORTH**

_____

**THIS DOCUMENT RELATES TO:**

*LABBIE V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.*
**Civil Action No. 2:15-01569**

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this

Court for an order substituting Jimmie Carol Labbie Duplechin and Terry Wayne Labbie, on

behalf of deceased Plaintiff, Ferdie Labbie.

Ferdie Labbie filed a products liability action against Defendants in the United States

District Court for the Southern District of Mississippi on April 22, 2015, captioned *Ferdie*

*Labbie v. Janssen Research & Development LLC et al.,* Civil Action No. 1:15-cv-00133-KS-

RHW.  Pursuant to CTO-35 dated May 12, 2015, this cause of action was transferred to this

Honorable Court and assigned Civil Action No. 2:15-cv-01569-EEF-MBN.  Ferdie Labbie

passed away on September 13, 2017.  A Notice and Suggestion of Death is being filed

contemporaneously with this motion.

Rule 25(a)(1) provides: "If a party dies and the claim is not extinguished, the court may

order substitution of the proper party.  A motion for substitution may be made by any party or by

the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  Ferdie Labbie's products

liability action against Defendants survived his death and was not extinguished.   Jimmie Carol

Labbie Duplechin and Terry Wayne Labbie, surviving children and co-representatives of the

Estate of Ferdie Labbie, are the proper parties to substitute for Ferdie Labbie and have proper

capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, PREMISES CONSIDERED, counsel for Plaintiff respectfully requests

that this Court enter an order granting this Motion to Substitute Party.

Dated: May 2, 2019                          Respectfully submitted,


                                            /s/ Martin D. Crump
                                            Martin D. Crump
                                            MS Bar No. 10652
                                            Davis & Crump, P. C.
                                            2601 14th Street
                                            Gulfport, MS 39501
                                            228-863-6000
                                            228-864-0907 – facsimile
                                            martincrump@daviscrump.com

                                            ATTORNEY FOR PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 2, 2019 the foregoing document was filed electronically with the Clerk of Court via the CM/ECF system.  Notice of this filing will be sent to liaison counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


*/s/ Martin D. Crump*
Martin D. Crump