# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION    :    MDL No. 2592

:    SECTION L

:    JUDGE ELDON E. FALLON

:    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*LABBIE V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.*
Civil Action No. 2:15-01569

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party in the above referenced cause, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiffs Jimmie Carol Labbie Duplechin and Terry Wayne Labbie, surviving children and appointed representatives of the Estate of Ferdie Labbie, Deceased, are substituted for Plaintiff Ferdie Labbie, as the proper party plaintiffs in the above-captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE