UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL: NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Elizabeth Greer, et al v. Janssen Research & Development LLC, et al. Case No. 2:19-cv-00292*
*Richard Marmon, et al v. Janssen Research & Development LLC, et al. Case No. 2:19-cv-00475*

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER PHARMA AG

COME NOW Plaintiffs in the above-listed actions, by counsel, and respectfully move this Court for an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders # 10, 10A and 10B. A brief memorandum in support of Plaintiffs' motion is filed herewith.

Date: May 2, 2019

                                              Respectfully Submitted,

                                              /s/ Stephanie A. Lyons
                                              Stephanie A. Lyons
                                              WALTON TELKEN, LLC
                                              241 N. Main Street
                                              Edwardsville, Illinois 62025
                                              Telephone: (618) 307-9880
                                              Fax:  (618) 307-9881
                                              slyons@waltontelken.com

                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                               /s/ Stephanie A. Lyons