**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL: NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Elizabeth Greer, et al v. Janssen Research & Development LLC, et al. Case No. 2:19-cv-00292*
*Richard Marmon, et al v. Janssen Research & Development LLC, et al. Case No. 2:19-cv-00475*

**ORDER**

Considering the foregoing Motion for Extension of Time Within Which to Serve Process:

**IT IS HEREBY ORDERED** that Plaintiffs in the above-listed actions shall have thirty (30) days from the date of this Order within which to effect service on Defendants Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this the_____ day of _____, 2019.

_____
Honorable Eldon E. Fallon