**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL: NO. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| _____ ) | |

**THIS DOCUMENT RELATES TO:**
*Elizabeth Greer, et al v. Janssen Research & Development LLC, et al. Case No. 2:19-cv-00292*
*Richard Marmon, et al v. Janssen Research & Development LLC, et al. Case No. 2:19-cv-00475*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on May 29, 2019 Plaintiffs' Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals Inc and Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Date: May 2, 2019

Respectfully Submitted,

/s/ Stephanie A. Lyons
Stephanie A. Lyons
WALTON TELKEN, LLC
241 N. Main Street
Edwardsville, Illinois 62025
Telephone: (618) 307-9880
Fax: (618) 307-9881
slyons@waltontelken.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/ Stephanie A. Lyons