# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTUS LIABILITY LITIGATION | § § § § § § § § § § | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE MICHAEL NORTH |
| *LAWRENCE W. MISCAVAGE, JR.* CIVIL ACTION NO.: 2:16-cv-01384-EEF-MBN | | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Lawrence W. Miscavage, Jr.

Respectfully submitted this 3rd day of May, 2019.

**SLACK DAVIS SANGER L.L.P.**

/s/ MICHAEL L. SLACK
Michael L. Slack
Texas State Bar No. 18476800
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
Telephone:  (512) 795-8686
Telecopier:  (512) 795-8787
mslack@slackdavis.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/S/ MICHAEL L. SLACK
MICHAEL L. SLACK