UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTUS LIABILITY LITIGATION | § § § § § § § § § § | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE MICHAEL NORTH |
| *LAWRENCE W. MISCAVAGE, JR.* CIVIL ACTION NO.: 2:16-cv-01384-EEF-MBN | | |

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Lawrence W. Miscavage, Jr., respectfully moves this Court to substitute Mary Miscavage, as the Independent Administrator for the Estate of Lawrence W. Miscavage, Jr., Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Lawrence W. Miscavage, Jr., passed away on or about February 5, 2019 (*see* Exhibit A).

2. Lawrence W. Miscavage, Jr.'s action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel file the Notice and Suggestion of Death on May 3, 2019 [Doc. 13456].

4. Plaintiff's counsel now moves to substitute Mary Miscavage, Independent Administrator of the Estate of Lawrence W. Miscavage, Jr. pursuant to Letters of Administration issued on April 29, 2019 (*see* Exhibit B), as Plaintiff in the present action, on behalf of the Estate of Lawrence W. Miscavage, Jr.

WHEREFORE, Counsel for Plaintiff, Lawrence W. Miscavage, Jr., respectfully requests the Court to grant Plaintiff's Motion to Substitute Mary Miscavage, as Independent Administrator for the Estate of Lawrence W. Miscavage, Jr.

Respectfully submitted this 3rd day of May, 2019.

**SLACK DAVIS SANGER L.L.P.**

/s/ MICHAEL L. SLACK
Michael L. Slack
Texas State Bar No. 18476800
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
Telephone:  (512) 795-8686
Telecopier:  (512) 795-8787
mslack@slackdavis.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/S/ MICHAEL L. SLACK
MICHAEL L. SLACK