# EXHIBIT A

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

this certificate, $6.00



P 25524049
Certification Number

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

Local Registrar — Date Issued 2/7/19

---

## CERTIFICATE OF DEATH

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

1. Decedent's Legal Name: Lawrence Miscavage Jr.
2. Sex: M
3. Social Security Number: 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
4. Date of Death: February 5, 2019
5a. Age: 66
6. Date of Birth: November 14, 1952
7a. Birthplace: West Wyoming, Pennsylvania
7b. Birthplace (County): Luzerne
8a. Residence (State): Pennsylvania
8b. Residence (Street and Number): 323 New Hancock Street
8d. Residence (County): Luzerne
8e. Residence (Zip Code): 18702
8c. Inside city limits: No, decedent lived in limits of Wilkes-Barre
10. Marital Status at Time of Death: Married
11. Surviving Spouse's Name: Mary Pryce
12. Father's Name: Lawrence Miscavage Sr.
13. Mother's Name Prior to First Marriage: Lillian Hess
14a. Informant's Name: Mary Miscavage
14b. Relationship to Decedent: wife
14c. Informant's Mailing Address: 323 New Hancock St., Wilkes-Barre, PA 18702
15a. Place of Death: Hospice Facility
15b. Facility Name: Residential Hospice Unit
15c. City or Town, State, and Zip Code: Wilkes-Barre, Pa 18765
15d. County of Death: Luzerne
16a. Method of Disposition: Cremation
16b. Date of Disposition: 2/11/2019
16c. Place of Disposition: Sunlight Crematory of Wilkes-Barre
16d. Location: Hanover Twp., Pa, 18706
17b. License Number: Fd-138349
17c. Funeral Facility: Yanaitis Funeral Home Inc., 55 Stark Street, Plains, Pa. 18705
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
22a. Usual Occupation: Truck Driver/Installer
22b. Kind of Business: Refrigeration Commercial

23a. Date Pronounced Dead: 2-5-2019
23b. Signature of Person Pronouncing Death: Kathleen V. Dewey
23c. License Number: RN232658L
23d. Date Signed: 2-5-2019
24. Time of Death: 5:55 pm

### CAUSE OF DEATH

a. Immediate Cause: Metastatic Cholangiocarcinoma

27. Was an autopsy performed? No
31. Manner of Death: Natural

39a. Name, Address of Person Completing Cause of Death: Carolann Littipo 116 Galen Shoppy Ctr Brooksville, PA 15704
39b. Date Signed: 2/6/19

License Number: OS009255-L

42. Registrar File No.: 40-37-1
Date: 2-7-19

Disposition Permit No. 1667495