# **EXHIBIT B**

## SHORT CERTIFICATE
## Letters Of Administration

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF **LUZERNE**

} ss:

I, **Joan Hoggarth**, Register of Wills in and for the County of Luzerne, in the Commonwealth of Pennsylvania, DO HEREBY CERTIFY that on the **29th** day of **April, 2019 Letters Of Administration** in the Estate of **LAWRENCE MISCAVAGE, JR, AKA LAWRENCE MISCAVAGE**, deceased, were granted to **MARY MISCAVAGE**, Administratrix. Having first been qualified well and truly to administer the same. And I further certify that no revocation of said Letters appears of record in my office.

Date of Death: **February 5, 2019**

File No.: **4019-0764**

Social Security No.: **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**

Given under my hand and seal of office this **29th** day of **April, 2019.**



**NOT VALID WITHOUT SIGNATURE AND SEAL.**