# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTUS LIABILITY LITIGATION | § § § § § § § § § § | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE MICHAEL NORTH |
| *LAWRENCE W. MISCAVAGE, JR.* CIVIL ACTION NO.: 2:16-cv-01384-EEF-MBN | | |

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Mary Miscavage as the Independent Administrator of the Estate of Lawrence W. Miscavage, Jr., as the Plaintiff in this action, finds the motion meritorious. THEREFORE,

IT IS ORDERED that Plaintiff Mary Miscavage, surviving spouse of Lawrence W. Miscavage, Jr. is substituted for Plaintiff Lawrence W. Miscavage, Jr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE