UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION:  L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE ELDON E. FALLON |
| Bruce J. Arndt          2:16-cv-05886 _____ | ) ) | MAG. JUDGE NORTH |

SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **Bruce J. Arndt** on April 14, 2019.

Dated: May 3, 2019

        Respectfully submitted,

        VAN WEY LAW, PLLC

        ATTORNEY FOR PLAINTIFFS

        By: /s/ Ellen A. Presby
             Ellen A. Presby
             Texas State Bar No. 16249600

        12720 Hillcrest Road, Suite 725
        Dallas, Texas 75230
        214-329-1350 Telephone
        800-582-1042 Facsimile
        ellen@vanweylaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 3rd day of May, 2019, by way of the Court's CM/ECF System.

                                  /s/ Ellen A. Presby
                                  Ellen A. Presby
                                  ellen@vanweylaw.com