UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE ELDON E. FALLON |
| Bruce J. Arndt   2:16-cv-05886 _____ | ) ) | MAG. JUDGE NORTH |

### MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **ANNA ARNDT**, surviving wife of Plaintiff-Decedent **BRUCE J. ARNDT**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased father, **BRUCE J. ARNDT**.

1. Plaintiffs, **BRUCE J. ARNDT and ANNA ARNDT**, filed a products liability lawsuit against Defendants on May 13, 2016.
2. Subsequently, Plaintiff's Counsel learned that **BRUCE J. ARNDT** died.
3. Plaintiff-Decedent's product liability action against Defendants survived his death and was not extinguished.
4. Counsel filed a Suggestion of Death on May 3, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action

Dated: May 3, 2019

        Respectfully submitted,

        VAN WEY LAW, PLLC

        ATTORNEY FOR PLAINTIFFS

        By: /s/ Ellen A. Presby
            Ellen A. Presby
            Texas State Bar No. 16249600

        12720 Hillcrest Road, Suite 600
        Dallas, Texas 75230
        214-329-1350 Telephone
        800-582-1042 Facsimile
        ellen@vanweylaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 3rd day of May, 2019, by way of the Court's CM/ECF System.

        /s/ Ellen A. Presby
        Ellen A. Presby
        ellen@vanweylaw.com