UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Lawrence Driggs v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02375

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13432, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Eyvonne Driggs, surviving spouse of Lawrence Driggs, is substituted for Plaintiff Lawrence Driggs as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE