# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |

*Donald Stearnes v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03231

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13435, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mary Stearnes, surviving spouse of Donald Stearnes, is substituted for Plaintiff Donald Stearnes as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE