UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Juel Anderson v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-4009

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13435, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Kimberly M. Wilson, Executor of the Estate of Juel Anderson, is substituted for Plaintiff Juel Anderson as the proper party plaintiff in the above captioned case. The Clerk will amend the caption to reflect the proper party.

New Orleans, Louisiana, this 6th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE