UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Velma Liddle and Larry Liddle, her husband v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-07510

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13450, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Larry Liddle, Individually and as Representative of the Estate of Velma Little, is substituted as the named party in place of Velma Liddle and Larry Liddle, her husband.

New Orleans, Louisiana, this 6th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE