UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*William Marshall, Jr. and Dolores Marshall, his wife v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-07541

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13452, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Dolores A. Marshall, Individually and as Personal Representative of the Estate of William Marshall, Jr., is substituted as the named party in place of William Marshall Jr. and Dolores Marshall, his wife.

New Orleans, Louisiana, this 6th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE