UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Labbie v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-01569

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13454, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Jimmie Carol Labbie Duplechin and Terry Wayne Labbie, surviving children and appointed Representatives of the Estate of Ferdie Labbie, Deceased, are substituted for Plaintiff Ferdie Labbie as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this 6th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE