**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**
*ELIZABETH CHANDLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02258*

**SECOND MOTION FOR SUBSTITUTION OF PROPER PARTY**

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Jack Lile as Plaintiff, on behalf of the Estate of Elizabeth Chandler, in the above captioned action.

1. Elizabeth Chandler filed a products liability lawsuit against defendants on March 16, 2016.
2. Plaintiff Elizabeth Chandler died on March 21, 2016.
3. Elizabeth Chandler's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff's counsel filed a Suggestion of Death on April 22, 2019 attached hereto as "Exhibit A".

5. On April 22, 2019, Plaintiff's counsel moved to substitute Annamarie Ulrich, the sole surviving child of Elizabeth Chandler, for plaintiff-decedent Elizabeth Chandler pursuant to Fed. R. Civ. P. 25(a)(1). That motion was granted by the Court on April 25, 2019.

6. Plaintiff's counsel subsequently learned that the decedent Elizabeth Chandler left a Last Will and Testament leaving the bulk of her estate to her grandson and naming her close friend Jack Lile, as the executor of her estate.

7. Elizabeth Chandler's Last Will and Testament was entered into probate and Jack Lile was confirmed as her Executor by Judge Jack Telle of the Marshall District Court of the Commonwealth of Kentucky on April 7, 2016. A copy of that Order is attached hereto as "Exhibit B".

8. As the court-appointed Executor of the Estate of Elizabeth Chandler, Mr. Lile's authority to prosecute this action surpasses that of Ms. Chandler's surviving daughter.

WHEREFORE, counsel for Plaintiff requests that this court grant this request for the substitution of Jack Lile as Plaintiff in this action.

Dated: May 7, 2019                    Respectfully Submitted,


By: /s/ Neal Moskow
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 7, 2019                                              Respectfully Submitted,

By: _____
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*