# EXHIBIT B

COMMONWEALTH OF KENTUCKY
MARSHALL DISTRICT COURT
CASE NO. 16-P-83

ENTERED 4/7/16
TIFFANY FRALICX GRIFFITH
CIRCUIT CLERK
MARSHALL COUNTY
BY: WS  D.C.

IN RE: THE ESTATE OF ELIZABETH A. CHANDLER

## ORDER PROBATING WILL AND APPOINTING EXECUTOR

Date of Death: 03/21/2016     Date of Birth: xx/xx/1960     Soc. Sec. Number: xxx-xx-9106

The application for probate of the Will of the above-named decedent came on for a hearing on March 31, 2016. The Will was produced in open court and was self-proved under KRS 394.225.

**IT IS THEREFORE ORDERED** that the Will be and it is hereby admitted to probate as the Last Will and Testament of the decedent.

**IT IS FURTHER ORDERED** that Jack Lile, of 211 Illinois Street, Paducah, KY 42003, be and is hereby appointed as Executor of said decedent's estate and the Court fixes bond in the sum of 25,000 dollars.

**WHEREUPON** the said Executor took the oath prescribed by law and entered into and acknowledged the abovementioned bond ☐ with approved surety or ☑ with surety having been waived.

**ORDERED** this 7th day of April, 2016.

_____
HON. JACK TELLE, JUDGE
MARSHALL DISTRICT COURT

NOTICE OF ENTRY WAIVED:

_____
CHARLES W. BRIEN, ESQ.
Attorney for Petitioner

## CERTIFICATION

I, Tiffany Griffith, Clerk of the Marshall District Court, do certify that this constitutes a true and correct copy of the Order Probating Will and Appointing Executor, as recorded in my office.

4/7/, 2016.     **TIFFANY GRIFFITH, CLERK**

BY: WS  D.C.