**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*ELIZABETH CHANDLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02258*

**ORDER**

The Court, after considering the Plaintiff's Second Motion for Substitution of Proper Party as well as any responses hereto finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Jack Lile, on behalf of the Estate of Elizabeth Chandler, is substituted for Plaintiff Elizabeth Chandler in the above-captioned lawsuit.

DATED: _____   _____
                                                                                           Hon. Eldon E. Fallon
                                                                                           United States District Court Judge