UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### ORDER

Due to an influx of Complaints in advance of the deadline for enrollment in the settlement program, the Clerk's Office is inundated with a large number of recently-filed Complaints into MDL 2592. The quantity of these Complaints has delayed the Clerk's entry of Summons in recently-filed cases. Therefore, to promote the interests of fairness, efficiency, and economy,

**IT IS ORDERED** that plaintiffs whose cases have already been docketed in this MDL shall have 75 days from the entry of this Order to serve the Complaint with a Summons.

New Orleans, Louisiana, this 7th day of May, 2019.

_____
**ELDON E. FALLON**
United States District Judge