# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Carolyn Graham Spears and* | * | JUDGE ELDON E. FALLON |
| *James Leslie Spears versus Janssen Research* | * | |
| *& Development LLC, et al* | * | MAG. JUDGE NORTH |
| Civil Action No. 2:17-cv-06951 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting James Leslie Spears, on behalf of his deceased spouse, Carolyn Graham Spears, in the above captioned cause.

1. Carolyn Graham Spears filed a products liability lawsuit against defendants on July 20, 2017.

2. Plaintiff, Carolyn Graham Spears, died on June 7, 2018.

3. Carolyn Spears' products liability action against defendants survived her death and was not extinguished.

4. Plaintiffs' counsel filed a Suggestion of Death on March 28, 2019, attached hereto as "Exhibit A".

5. James Leslie Spears is the surviving spouse of Carolyn Graham Spears and is a proper party to substitute for plaintiff-decedent, Carolyn Graham Spears, and has proper capacity to proceed forward with the products liability lawsuit on behalf of Mrs. Spears pursuant to Fed. R. Civ. P. 25(a)(1): "If a party dies and the claim is not

extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. James Leslie Spears is also a party to the aforementioned lawsuit, as he has asserted a claim for loss of consortium.

WHEREFORE, counsel for Plaintiffs requests that this court grant this request to substitute party plaintiff in this action.

Dated: May 3, 2019

    THE PENTON LAW FIRM
    503 GEORGIA AVENUE
    BOGALUSA, LOUISIANA 70427
    TELEPHONE:  985-732-5651
    TELECOPIER:  985-735-5579
    E-MAIL:  fedcourtmail@thepentonlawfirm.com

    /s/ Ronnie G. Penton
    Ronnie G. Penton
    Trial Counsel for Plaintiffs
    Louisiana Bar Roll Number 10462

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleadings was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

May 8, 2019.

                                             s/Ronnie G. Penton
                                             Ronnie G. Penton