UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Carolyn Graham Spears and* | * | JUDGE ELDON E. FALLON |
| *James Leslie Spears versus Janssen Research* | * | |
| *& Development LLC, et al* | * | MAG. JUDGE NORTH |
| Civil Action No. 2:17-cv-06951 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses hereto, finds that the motion is meritorious.  It is therefore:

ORDERED THAT Plaintiff, James Leslie Spears, on behalf of Carolyn Graham Spears, is substituted for Plaintiff, Carolyn Graham Spears, in the above-captioned lawsuit.

DATED:_____

_____
Hon. Eldon E. Fallon
United States District Court Judge