UNITED STATES DISTRICT COURT
EAST DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODCUTS LIABILITY LITIGATION | ) 2:14-MD-2592 ) ) |
| This document relates to: | ) 2:17-cv-11775 ) |
| *Susan Sandbridge, as Personal Representative of the estate of William M Sandridge, and Susan Sandbridge Individually v. JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., et al. .* | ) ) ) ) ) ) ) ) ) ) |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: May 8, 2019

                                            Respectfully submitted,

                                            /s/ Christopher LoPalo
                                          Christopher LoPalo, Esq.
                                          Napoli Shkolnik PLLC
                                          400 Broadhollow Rd. Suite 305
                                          Melville, NY 11747
                                          Tel: (212) 397-1000
                                          Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 8, 2019

    /s/ Christopher LoPalo
Christopher LoPalo, Esq.