# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WILMINGTON, DE 19808

**Certified Mail Fee** $3.45

$ 2.75

**Extra Services & Fees** (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

**Postage** $2.68

**Total Postage and Fees** $8.88

DEC 19 2018
12/19/2018
USPS
PACIFIC BEACH 92109

Sent To: Bayer Healthcare Pharma - Snyder
Street and Apt. No., or PO Box No.: Ste. 400 2711 Centerville Rd.
City, State, ZIP+4: Wilmington DE 19808