L. Paul Mankin (SBN 264038)
pmankin@paulmankin.com
**LAW OFFICES OF L. Paul Mankin**
4655 Cass Street, Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Facsimile: (323) 207-3885
*Attorney for Plaintiff Jason Paul Snyder*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jason Paul Snyder v. Janssen Research & Development LLC, et al.;*<br>*No. 2:18-cv-12109-EEF-MBN* | **MDL 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH**<br>SUBMISSION DATE: MAY 29, 2019 |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Opposed Motion to Extend Time for Service on Defendant Bayer Healthcare Pharmaceuticals, Inc. is hereby set for submission before District Judge Eldon E. Fallon on May 29, 2019.

                          By: /s/ L. Paul Mankin
                          L. Paul Mankin
                          Law Office of Paul Mankin, APC
                          4655 Cass Street, Suite 410
                          San Diego, CA 92109
                          Tel: (800) 219-3577
                          Fax: (323) 207-3885
                          pmankin@paulmankin.com
                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send a notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17, on this 8th day of May 2019.

/s/ L. Paul Mankin
L. Paul Mankin