# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Humble et al v. Janssen Research & Development LLC et al
Civil Action No. 2:16-cv-05135-EEF-MBN

## NOTICE AND SUGGESTION OF DEATH

Counsel for Charles Humble, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Charles Humble. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to File an Amended Complaint will be filed by the appropriate representative of Charles Humble.

Dated: May 8th, 2019    Respectfully submitted,

                                         /s/ Deborah S. Kerr
                                         Deborah S. Kerr
                                         GOLDBERG & OSBORNE
                                         915 W. Camelback Road
                                         Phoenix, AZ 85013
                                         Telephone: (602) 808-6750
                                         Facsimile: (602) 808-6799
                                         E-mail: dkerr@goldbergandosborne.com
                                         *Attorneys for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Deborah S. Kerr
Deborah S. Kerr