UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| BILLY CLIFTON, *et al.* | |
| | JUDGE ELDON E. FALLON |
| Plaintiffs, | |
| | MAG. JUDGE MICHAEL NORTH |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* | Civil Action No.: 2:16-cv-17518 |
| Defendants. | |

**NOTICE OF FIRM NAME CHANGE AND CONTACT INFORMATION**

Counsel for Plaintiffs, Billy Clifton and Deborah Clifton, hereby notify this Court and all parties to this action that they can now be reached at the following new law firm with the following new contact information:

>Jennifer A. Moore
>
>**MOORE LAW GROUP, PLLC**
>1473 South 4th Street
>Louisville, KY  40208
>T:  (502) 717-4080
>F:  (502) 717-4086
>jennifer@moorelawgroup.com; kara@moorelawgroup.com

Please amend your service list accordingly and send all notices, correspondences, and pleadings in this matter to the above law firm.

Dated: May 9, 2019                                          Respectfully submitted,

/s/ *Jennifer A. Moore*
Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T:  (502) 717-4080
F:  (502) 717-4086
jennifer@moorelawgroup.com
kara@moorelawgroup.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2019, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the Eastern District of Louisiana, using the CM/ECF system, which will send notification of such filing to all parties.

/s/ *Jennifer A. Moore*
*Counsel for Plaintiff*