UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| ALICE BURNS, Plaintiff v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, AND DOES 1-50, INCLUSIVE, Defendants | : : : : : : : : : : : : : : : : : : : : : : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH Civil Action No.: 2:18-CV-08279 STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Alice Burns, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:18-cv-08279, only. This stipulation shall not affect the lawsuit filed by Alice Burns, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:18-cv-05882. All parties shall bear their own costs.

1

| | |
|---|---|
| **THE MULLIGAN LAW FIRM**<br>By: /s/ Charles G. Orr<br>Charles G. Orr<br>Patrick J. Mulligan<br>3710 Rawlins Street, #901<br>Dallas, TX  75219<br>Telephone: (214) 219-9779<br><br>Attorneys for Plaintiff<br>Dated: May 9, 2019 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br>Dated: May 9, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/ Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@arnoldporter.com<br>william.hoffman@arnoldporter.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: May 9, 2019<br><br>**CHAFFE McCALL L.L.P.**<br>By: /s/ John F. Olinde<br>John F. Olinde (LA Bar #1515)<br>1100 Poydras Street<br>Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>Facsimile: (504) 544-6084<br>olinde@chaffe.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG<br>Dated: May 9, 2019 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: May 9, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ John F. Olinde