# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Barry Barbee v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al** <br> **Case No.: 2:15-cv-05742** | **MAGISTRATE JUDGE NORTH** |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of the Plaintiff Barry Barbee on 2/23/2019.

Dated: May 9, 2019

**RESPECTFULLY SUBMITTED,**

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**

## CERTIFICATION OF SERVICE

I hereby certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**