# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| Lloyd Coon v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al<br>Case No.: 2:16-cv-02623 | **MAGISTRATE JUDGE NORTH** |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of the Plaintiff Lloyd Coon on 4/29/2018.

Dated: May 9, 2019

RESPECTFULLY SUBMITTED,

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
Andrew F. Kirkendall
Texas Bar No. 24050882
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1901
Houston, TX 77002
Tel: (713) 529-3529
Fax: (713) 495-2331

**Attorney For Plaintiff**

**CERTIFICATION OF SERVICE**

 I hereby certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

    **Kirkendall Dwyer, LLP**

    */s/ Alexander Dwyer*
    Alexander Dwyer
    Texas Bar No. 24054271
    Andrew F. Kirkendall
    Texas Bar No. 24050882
    adwyer@kirkendalldwyer.com
    akirkendall@kirkendalldwyer.com
    Kirkendall Dwyer, LLP
    440 Louisiana Street, Suite 1901
    Houston, TX 77002
    Tel: (713) 529-3529
    Fax: (713) 495-2331

    **Attorney For Plaintiff**