# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : | |
| | : | |
| *Christopher Worthington, on behalf of the Estate of Jacquelyn Worthington v. Janssen Research & Development LLC, et al; 2:15-cv-05745* | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

## ORDER

On February 22, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet Pursuant to CMO 6. [Rec. Doc. 12610]. The Court entered Defendants' Motion on February 25, 2019. [Rec. Doc. 12664]. For the reasons set forth on the record at the March 12, 2019 Show Cause Hearing, Plaintiff was given ten days to submit a fully complete and updated Plaintiff Fact Sheet. [Rec. Doc. 12949]. Plaintiff addressed all of the remaining issues raised in Defendants' Motion on March 18, 2019, and this action may proceed accordingly.

New Orleans, Louisiana, on this 9th day of May, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge