UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO | : : | |
| *Shirley Johnson v. Janssen Research & Development LLC, et al; 2:15-cv-06585* | : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On February 19, 2019, Defendants filed a Motion for Order to Show Cause Regarding Plaintiff's Failure to Cure Plaintiff Fact Sheet Deficiencies and Serve a Fully Complete and Updated Plaintiff Fact Sheet and Medical Records Pursuant to CMO 6 and Lack of Capacity to Proceed with the Case. [Rec. Doc. 12553]. The Motion was set for the March 12, 2019 Show Cause Hearing. [Rec. Doc. 12664]. For the reasons set forth at the March 12, 2019 Show Cause Hearing, Plaintiff was given until April 11, 2019 to cure the deficiencies raised in Defendants' Motion. [Rec. Doc. 12950]. Prior to a second Show Cause Hearing on these issues and with the consent of the Xarelto Plaintiffs' Counsel Leadership, Defendants have requested to withdraw their Motion for Order to Show Cause without prejudice. Defendants' request is granted.

New Orleans, Louisiana, on this 9th day of May, 2019.

_____
United States District Judge