# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
                                       :
                                       : SECTION L
                                       :
                                       : JUDGE ELDON E. FALLON
                                       :
                                       : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

James Myers

CA# 2:16-cv-7252

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Plaintiff James Ralph Myers with his widow, Rita Myers to whom he was lawfully married and to whom he appointed as personal representative of his estate.

1. James R. Myers filed a products liability lawsuit against defendants on May 27, 2016.

2. Subsequently, plaintiff's counsel learned that James R. Myers died.

3. A Suggestion of Death was filed into the record on March 29, 2019.

4. James R. Myers' product liability action against defendants survived his death and was not extinguished.

5. Rita Myers is a proper party to substitute for plaintiff- decedent James R. Myers and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action and an order entered substituting Rita Myers, widow of the decreased, as the named party in place of James R. Myers.

                                                    Respectfully submitted,

Dated: May 9, 2019                    By:  /s/ *Alfred A. Olinde Jr.*
                                                Alfred A. Olinde, Jr., La. Bar # 20061
                                                **THE OLINDE FIRM, LLC**
                                                400 Poydras Street, Suite 1980
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 587-1440
                                                Facsimile: (504) 587-1577
                                                Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 9, 2019 a copy of the above and foregoing *Motion to Substitute Party Plaintiff* has been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ *Alfred A. Olinde Jr.*

