**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

<u>ORDER</u>

The cases below were raised by Defendants as having overdue or core deficient Plaintiff Fact Sheets, were listed before the Court for at least two conferences pursuant to PTO 31(a), and had been ordered to show cause as to why the cases should not be dismissed with prejudice. [Rec. Doc. 12358, 12640, 12798, 12937, 12941, 12942, 12958]. With the consent of the Xarelto Plaintiffs' Counsel Leadership, Defendants have asked to withdraw without prejudice their request for an order to show cause as to these Plaintiffs. Defendants' request is granted and the show cause order is withdrawn without prejudice as to the Plaintiffs listed below.

1. <u>Overdue Plaintiff Fact Sheets.</u>

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | BALDERAS, VICTOR | 2:18-cv-07301 | Lenze Lawyers, PLC |
| 2. | BARRERIO, ROSA | 2:18-cv-07647 | Avram Blair & Associates, P.C. |
| 3. | BERRY, JOHN | 2:18-cv-07641 | Fears Nachawati, PLLC |
| 4. | BRONER, EDITH | 2:18-cv-07642 | Fears Nachawati, PLLC |
| 5. | BUKHMAN, VILYAM | 2:18-cv-07618 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|-----|-------------|------------|-------------------|
| 6. | CARAWAY, MARCIA | 2:18-cv-07544 | Fears Nachawati, PLLC |
| 7. | CASTAING, NORMA | 2:18-cv-07113 | Girardi Keese |
| 8. | CHILDS, SHEILA | 2:18-cv-07763 | Napoli Shkolnik PLLC |
| 9. | CLARK, RONALD | 2:18-cv-07657 | Gacovino, Lake, & Associates, P.C. |
| 10. | COLEMAN, RICKEY | 2:18-cv-07756 | Fears Nachawati, PLLC |
| 11. | CONNELL, HILLARY | 2:18-cv-07545 | Fears Nachawati, PLLC |
| 12. | DANLEY, DONALD | 2:18-cv-07758 | Napoli Shkolnik PLLC |
| 13. | DAVIS, GORDON L., JR. | 2:18-cv-07697 | Osborne & Francis, PLLC |
| 14. | DEDONA, DONNA L. | 2:18-cv-07320 | Marc J. Bern & Partners LLP - New York |
| 15. | ERICKSON, WESLEY | 2:18-cv-07561 | Napoli Shkolnik PLLC |
| 16. | FERGUSON, JUNE | 2:18-cv-07760 | Napoli Shkolnik PLLC |
| 17. | FERREIRA, PRESENTA | 2:18-cv-07794 | Napoli Shkolnik PLLC |
| 18. | FISHER, ELIZABETH | 2:18-cv-07744 | Napoli Shkolnik PLLC |
| 19. | GILL, ROSE A. | 2:18-cv-06987 | Medley Law Group |
| 20. | GREENOUGH, CAROLYNE | 2:18-cv-07765 | Napoli Shkolnik PLLC |
| 21. | HAMAR, BRYAN | 2:18-cv-07119 | Girardi Keese |
| 22. | HART, LAURA | 2:18-cv-06948 | Bruera Law Firm, PLLC |
| 23. | HINCKA, CASIMIR | 2:18-cv-07594 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 24. | HOPSON, KELLY | 2:18-cv-07852 | Napoli Shkolnik PLLC |
| 25. | INGRAM, FANNIE | 2:18-cv-07645 | Fears Nachawati, PLLC |
| 26. | JACKS, DWIGHT | 2:18-cv-07115 | Girardi Keese |
| 27. | JOHNSON, SAMMIE LEE | 2:18-cv-07835 | Johnson Law Group |
| 28. | JOHNSON, VANESSA | 2:17-cv-12817 | Ron Austin & Associates, L.L.C. |
| 29. | KELLY, CLYDE | 2:18-cv-07580 | Napoli Shkolnik PLLC |
| 30. | KELLY, FREDRICK | 2:18-cv-06207 | Napoli Shkolnik PLLC |
| 31. | KOLL, BRIAN | 2:18-cv-07804 | Napoli Shkolnik PLLC |
| 32. | LEE, DORIS | 2:18-cv-07747 | Napoli Shkolnik PLLC |
| 33. | MACKLER, ANN | 2:18-cv-07844 | Napoli Shkolnik PLLC |
| 34. | MAPLES, ALBERT | 2:18-cv-07129 | Girardi Keese |
| 35. | MASCARO, JUANITA | 2:18-cv-05659 | Napoli Shkolnik PLLC |
| 36. | MATTHEWS, PATRICK T. | 2:18-cv-07614 | Motley Rice LLC |
| 37. | MICHAEL, JERRY | 2:18-cv-06733 | Burns Charest LLP |
| 38. | MICHAEL, MARY SUE | 2:18-cv-07608 | Napoli Shkolnik PLLC |
| 39. | MILLER, BEVERLY | 2:18-cv-07220 | Fears Nachawati, PLLC |
| 40. | MILLER, RICKEY | 2:18-cv-07756 | Fears Nachawati, PLLC |
| 41. | MOORE, EDWARD | 2:18-cv-06632 | Napoli Shkolnik PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 42. | MORGAN, ROBERT G. | 2:18-cv-06476 | Motley Rice LLC |
| 43. | MORTON, MARLENE | 2:18-cv-07350 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 44. | ORTEGA, YARELI | 2:18-cv-07546 | Napoli Shkolnik PLLC |
| 45. | PADGETT, RAMONA | 2:18-cv-07740 | Napoli Shkolnik PLLC |
| 46. | PAYNE, ERIC | 2:18-cv-07548 | Napoli Shkolnik PLLC |
| 47. | PICKETT, NOVELLA WATKINS | 2:18-cv-06475 | Motley Rice LLC |
| 48. | PRICE, DARLETTA | 2:18-cv-07273 | Tamari Law Group, LLC; The Freeman Law Firm, P.C. |
| 49. | REED, CHARLES | 2:18-cv-07775 | Napoli Shkolnik PLLC |
| 50. | ROBINSON, MILDRED | 2:18-cv-07848 | Fears Nachawati, PLLC |
| 51. | ROBINSON, WYNELL | 2:18-cv-07837 | Napoli Shkolnik PLLC |
| 52. | RODRIGUEZ, BIENVENIDO | 2:18-cv-06252 | Napoli Shkolnik PLLC |
| 53. | RONE, KALIA | 2:18-cv-06630 | Napoli Shkolnik PLLC |
| 54. | ROSS, SHARON BONITA | 2:18-cv-06382 | Marc J. Bern & Partners LLP |
| 55. | SALTER, TERRY | 2:18-cv-07445 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 56. | SANCHEZ, PAMELA | 2:18-cv-07788 | Napoli Shkolnik PLLC |
| 57. | SHEPPHARD, ERWIN | 2:18-cv-07019 | Medley Law Group |
| 58. | SHIREY, JOSEPH | 2:18-cv-07588 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 59. | SHIVERS, CHARLES, JR. | 2:18-cv-07385 | Marc J. Bern & Partners LLP - New York |
| 60. | SMITH, KIMBERLY | 2:18-cv-07668 | Fears Nachawati, PLLC |
| 61. | SMITH, MARTHA | 2:18-cv-06706 | Tamari Law Group, LLC |
| 62. | SMITH, PATRICIA | 2:18-cv-07774 | Napoli Shkolnik PLLC |
| 63. | SULTZ, STEVEN | 2:18-cv-07636 | Johnson Law Group |
| 64. | THOMPSON, LOYE | 2:18-cv-07789 | Napoli Shkolnik PLLC |
| 65. | TOMPKINS, MARY | 2:18-cv-07838 | Napoli Shkolnik PLLC |
| 66. | VALENTIN, FELICITA | 2:18-cv-06439 | The Law Office of L. Paul Mankin |
| 67. | VANN, CHRISTOPHER | 2:18-cv-07579 | Napoli Shkolnik PLLC |
| 68. | VASSION, NAIA | 2:18-cv-07839 | Napoli Shkolnik PLLC |
| 69. | VONRUDEN, STEPHEN | 2:18-cv-07583 | Napoli Shkolnik PLLC |
| 70. | WALLENTA, VERNON | 2:18-cv-07536 | Fears Nachawati, PLLC |
| 71. | WILLIAMS, CHRISTINA | 2:18-cv-07662 | Fears Nachawati, PLLC |
| 72. | WILLIAMS, MARK | 2:18-cv-07710 | The Law Office of L. Paul Mankin |
| 73. | YOUNG, KENNETH W. | 2:18-cv-07464 | Motley Rice LLC |

2. **Core Deficient Plaintiff Fact Sheets.**

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| **1.** | 21952 | ABBOTT, JANIS A | The Bradley Law Firm | 2:18-cv-00203 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| **2.** | 25957 | ACEVEDO, EDWARD | Beasley Allen | 2:18-cv-01411 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| **3.** | 27244 | ADAM, DONALD | Johnson Law Group | 2:18-cv-06451 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| **4.** | 27199 | ADAMS, VICTOR | Johnson Law Group | 2:18-cv-00074 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| **5.** | 27450 | ARMSTRONG, SHIRLEY | Excolo Law PLLC | 2:18-cv-03697 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| **6.** | 27548 | AULGUR, SHERYLL | Napoli Shkolnik PLLC | 2:18-cv-07812 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|-------------|----------------|---------------|---------------|---------------------|
| 7. | 27311 | BALLANTYNE, SHIRLEY | Marc J. Bern & Partners LLP | 2:18-cv-07154 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 8. | 25476 | BANDY, FRANCIS | The Driscoll Firm | 2:17-cv-10821 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 9. | 23321 | BANKS, WALTER | Motley Rice, LLC | 2:18-cv-747 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 10. | 26032 | BRANCH, DAVID W | The Law Office of L. Paul Mankin | 2:18-cv-03107 and 2:18-cv-07932 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | 27721 | BRANT, WILLIAM G | Napoli Shkolnik PLLC | 2:18-cv-07753 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|--------------|----------------|---------------|---------------|---------------------|
| 12. | 19372 | BRENNER, CHRISTINE | Law Office of Christopher K. Johnston, LLC | 2:17-cv-6631 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 13. | 26403 | CLARK, VERNETTA | Niemeyer, Grebel & Kruse | 2:18-cv-06345 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 14. | 27318 | CONNOR, RANDALL | Marc J. Bern & Partners LLP | 2:18-cv-07303 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 15. | 27697 | CRABTREE, JAMES A | The Driscoll Firm | 2:18-cv-08259 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 16. | 27081 | CRONK, HOMER W | Fears \| Nachawati | 2:18-cv-01394 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 17. | 26790 | CUNNINGHAM, MACK A | Ferrer, Poirot & Wansbrough | 2:18-cv-04636 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 18. | 26033 | DALCHOW, GWEN | The Law Office of L. Paul Mankin | 2:18-cv-03114 and 2:18-cv-07933 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | 27514 | DALTORIO, NELLO | Marc J. Bern & Partners LLP | 2:18-cv-08011 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 20. | 26497 | DAVIS, JULIE | Lenze Moss, PLC. | 2:17-cv-09800 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 21. | 27036 | ERVAN IMASUEN, DOROTHY J | Law Office of Christopher K. Johnston, LLC | 2:18-cv-7944 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

9

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 22. | 27353 | FINN, NATALIE | Marc J. Bern & Partners LLP | 2:18-cv-07335 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 23. | 27784 | FRAZIER, DONNELL C | Watts Guerra, LLP | 2:18-cv-07238 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | 25950 | GAINES, BENJAMIN | Beasley Allen | 2:17-cv-17560 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | 24611 | GIVEN, ROD R | Harrelson Law Firm, PA | 2:17-cv-09288 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 26. | 10003 | GUERRA, PEDRO | Fears \| Nachawati | 2:16-cv-02755 | Prescription Records-Records provided do not show Xarelto use; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 27. | 27228 | HANRAHAN, NANCY | Johnson Law Group | 2:18-cv-06017 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 28. | 27542 | HATHAWAY, ETHEL | Pulaski Law Firm, PLLC | 2:18-cv-08068 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 29. | 27287 | HENDERSON, WILLIAM | The Potts Law Firm, LLP | 2:18-cv-06354 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 30. | 25959 | HERNANDEZ, JERRY B | Beasley Allen | 2:18-cv-01414 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 31. | 27429 | HERRICK, TERRY | Marc J. Bern & Partners LLP | 2:18-cv-07482 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 32. | 27189 | HOLT, JOHNNY | Beasley Allen | 2:18-cv-02383 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | 27422 | HYDER, ERNESTINE W | Marc J. Bern & Partners LLP | 2:18-cv-07452 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 34. | 27037 | JOHN, DANIEL | The Law Office of L. Paul Mankin | 2:18-cv-03710 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 35. | 27477 | JOHNSON, DONALD M | Schneider Hammers LLC | 2:18-cv-06723 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | 26461 | JONES, LINDA | The Driscoll Firm | 2:18-cv-05184 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 37. | 27868 | JUDITH, WIRTH | Baron & Budd | 2:18-cv-08353 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 38. | 27423 | KAVIANI, ROMAN | Marc J. Bern & Partners LLP | 2:18-cv-07455 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 39. | 26422 | KELEHER, JERRY | Marc J. Bern & Partners LLP | 2:18-cv-04606 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 40. | 26848 | KHIDHIR, ABDEL | Beasley Allen | 2:18-cv-04121 | Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| **41.** | 26143 | KITE, MARY J | The Driscoll Firm | 2:18-cv-00666 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| **42.** | 27414 | LEONARD, HARRY | Marc J. Bern & Partners LLP | 2:18-cv-07556 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| **43.** | 26433 | LOVELACE, GENA | Lenze Moss, PLC. | 2:18-cv-0219 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| **44.** | 27767 | LUCAS, DWAYNE | Johnson Law Group | 2:18-cv-03981 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| **45.** | 26537 | LUCE, LAWRENCE | The Schlemmer Firm, LLC | 2:17-cv-11603 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| **46.** | 27398 | MAMMAS, MARY | Schneider Hammers LLC | 2:18-cv-06677 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| **47.** | 27122 | MARTIN, MYRTIS | Lenze Moss, PLC. | 2:18-cv-00141 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 48. | 27518 | MCELWAIN, WILLIAM R | Burns Charest LLP | 2:18-cv-5887 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 49. | 18959 | MCLAIN, SHIRLEY | Law Office of Christopher K. Johnston, LLC | 2:18-cv-7245 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 50. | 27418 | MENDOZA, JOE | Marc J. Bern & Partners LLP | 2:18-cv-07610 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 51. | 27158 | MORALES, GUADALUPE | Schneider Hammers LLC | 2:18-cv-5947 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| **52.** | 27320 | NALDRETT, ADELE | Marc J. Bern & Partners LLP | 2:18-cv-07080 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| **53.** | 27052 | NEWMAN, DORA B | Beasley Allen | 2:18-cv-05672 | Medical Records-Medical records provided do not demonstrate alleged injury |
| **54.** | 27304 | PARKER, CLEONA | Marc J. Bern & Partners LLP | 2:18-cv-07297 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| **55.** | 27327 | PAULSEN, NICOLE | Marc J. Bern & Partners LLP | 2:18-cv-07263 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| **56.** | 27748 | PERSONS, LAWRENCE P | The Potts Law Firm, LLP | 2:18-cv-08048 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 57. | 27684 | PETERS, JOHN | The Driscoll Firm | 2:18-cv-6946 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 58. | 25812 | POAGE, TERRY | Lenze Moss, PLC. | 2:17-cv-08546 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative ; Failure to respond to question in Section I (core case information) |
| 59. | 27038 | PRIDE, DYLAN | Marc J. Bern & Partners LLP | 2:18-cv-06379 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 60. | 24733 | REESE, DOROTHY | Stern Law, PLLC | 2:18-cv-01250 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Faiulre to provide any Medical Records demonstrating alleged injury |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 61. | 26743 | REYES, MARIA A | Marc J. Bern & Partners LLP | 2:18-cv-05586 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 62. | 27301 | RIVERS, GAINES | Pulaski Law Firm, PLLC | 2:18-cv-06866 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 63. | 27329 | ROBINSON, SAVANNAH | Marc J. Bern & Partners LLP | 2:18-cv-07262 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 64. | 27045 | RUSSELL, IRENE | Trammell PC | 2:18-cv-08207 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 65. | 10438 | SCARBROUGH, JACK | The Potts Law Firm, LLP | 2:18-cv-06811 | Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 66. | 25473 | SCHMITZ, EILEEN | The Driscoll Firm | 2:18-cv-05177 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 67. | 27768 | SHRODE, MARJORIE | The Freeman Law Firm | 2:18-cv-04180 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 68. | 24017 | SIMMONS, CORA | The Freeman Law Firm | 2:18-cv-00568 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 69. | 27638 | SMITH, JOHN | Douglas & London | 2:16-cv-10976 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

20

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 70. | 27371 | SMITH, STEVEN D | Marc J. Bern & Partners LLP | 2:18-cv-07375 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 71. | 26043 | SNYDER, NANCY | The Law Office of L. Paul Mankin | 2:18-cv-02486 and 2:18-cv-08005 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 72. | 25815 | STEVENSON, THERESA L | Lenze Moss, PLC. | 2:17-cv-08278 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| **73.** | 26490 | STOUT, BONNIE | The Driscoll Firm | 2:18-cv-05196 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| **74.** | 26086 | SUNDA, DIANNE | Douglas & London | 2:18-cv-4381 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| **75.** | 27424 | TANNER, ELLEN | Marc J. Bern & Partners LLP | 2:18-cv-07408 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| **76.** | 27552 | TAYLOR, PAMELA M | Fears \| Nachawati | 2:18-cv-08783 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| **77.** | 27193 | TERRY, KENNETH | Excolo Law PLLC | 2:18-cv-02147 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| **78.** | 26527 | TETTLETON, STEVEN | Avram Blair & Associates, P.C. | 2:17-cv-17808 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| **79.** | 27120 | TIELSCH, JACQUELINE S | Johnson Law Group | 2:18-cv-02526 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| **80.** | 27425 | VAZQUEZ, JULIA L | Marc J. Bern & Partners LLP | 2:18-cv-07412 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| **81.** | 27417 | VELASQUEZ, DORIS | Marc J. Bern & Partners LLP | 2:18-cv-07605 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 82. | 27647 | WALKER, PATRICIA | Pulaski Law Firm, PLLC | 2:18-cv-06322 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 83. | 27416 | WALLACE, BEULLAH | Marc J. Bern & Partners LLP | 2:18-cv-07550 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 84. | 26668 | WALTERS, MYRNA | Rosenbaum & Rosenbaum, P.C. | 2:18-cv-6983 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 85. | 27426 | WARNER, CARROLYN | Marc J. Bern & Partners LLP | 2:18-cv-07413 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 86. | 24069 | WILLIAMS, ANITA | Avram Blair & Associates, P.C. | 2:17-cv-08716 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff ID | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|---|
| 87. | 27452 | WILLIAMS, DEBRA | The Law Office of L. Paul Mankin | 2:18-cv-03424 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury ; Failure to respond to question in Section I (core case information) |
| 88. | 26176 | WILLIAMS, JANIE | Avram Blair & Associates, P.C. | 2:18-cv-05756 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 89. | 25088 | WILLIAMS, MARY | Goza & Honnold, LLC | 2:18-cv-02699 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 90. | 26925 | WITZKA, ROBERTA | Ferrer, Poirot & Wansbrough | 2:18-cv-05090 | Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

New Orleans, Louisiana, on this 9th day of May, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge