**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L JUDGE FALLON |
| CHERYL SCHEIDIKER, et al, | MAG. JUDGE NORTH |
| 2:19-cv-6123 | |

## MOTION TO AMEND COMPLAINT BY INTERLINEATION

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs' file this motion requesting that the Court issue an Order permitting Plaintiffs to amend by interlineation Plaintiffs' Complaint as follows:

1. By changing "Roger Harris" in paragraph 3 after the word "Plaintiff" so that paragraph 3 of Amended Complaint reads as follows: Cheryl Scheidker after the word "Plaintiff"

WHEREFORE, Plaintiffs' request the Court issue an Order granting Plaintiffs' Motion to Amend Plaintiffs' Complaint by Interlineation as set forth hereto as and grant such other and further relief as the Court deems just and proper.

Date: May 10, 2019

BROWN AND CROUPPEN, P.C.

_____
SETH SHARROCK WEBB, # 51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
314-421-0216

314-421-0359 facsimile
sethw@getbc.com
**ATTORNEY FOR PLAINTIFF**