# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO:<br><br>CHERYL SCHEIDIKER, et al,<br><br>2:19-cv-6123 | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

## ORDER

**IT IS ORDERED** that the Plaintiffs' Motion to Amend Plaintiffs' Complaint by Interlineation filed by Plaintiffs is hereby _____, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

ORDERED AND SIGNED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE