# STATE OF NEW JERSEY

## NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20180037003

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent | FRANK R CARRETERO, Jr. |
| 1b. Also Known As (AKA) | |
| 2. Sex | Male |
| 3. Social Security Number | 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 |
| 4a. Age | 67 Years |
| 5. Date of Birth | 03/28/1951 |
| 6. Birthplace | New York City, New York |
| 7a. Residence-State | New Jersey |
| 7b. County | Morris |
| 7c. Municipality/City | Morristown Town |
| 7d. Street and Number | 43 Court St |
| 7e. Apt No. | 7C |
| 7f. Zip Code | 07960 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | Yes |
| 8b. If Yes, Name of War | |
| 8c. War Service Dates (From/To) | |
| 9. Domestic Status at Time of Death | Divorced |
| 10. Name of Surviving Spouse/Partner | |
| 11. Father's Name | Frank R Carretero, Sr. |
| 12. Mother's Name Prior to First Marriage | Rosemarie Vitek |
| 13a. Name of Informant | Michael Carretero |
| 13b. Relationship to Decedent | Son |
| 13c. Mailing Address | 1705 NW 31st St., Oklahoma City, OK 73118 |
| 14. Method of Disposition | Burial |
| 15. Place of Disposition | St. Teresa's Cemetery |
| 16. Location – City & State/Foreign Country | Summit City, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Paul Ippolito Summit Memorial, 7 Summit Ave, Summit, NJ 07901 |
| 18. Electronic Signature of Funeral Director | Andrea Ippolito |
| 19. NJ License Number | 23JP00410100 |
| 20. Decedent Education | Associate degree (AA, AS) |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | White |
| 23. Occupation of Decedent | Restauranteur |
| 24. Kind of Business/Industry | Restaurant |
| 25. Name and Address of Last Employer | Meyersville Inn, Meyersville, NJ |
| 26. Date Pronounced Dead | 06/27/2018 |
| 27. Time Pronounced Dead (24-hr) | 0321 |
| 28. Name of Person Pronouncing Death | TRAUM |
| 29. License Number | Medical Resident |
| 30. Date Signed | 06/27/2018 |
| 31. Date of Death | 06/27/2018 |
| 32. Time of Death (24-hr) | 0321 |
| 33. Was Medical Examiner Contacted? | No |
| 34. Place of Death | Hospital: Inpatient |
| 35a. Facility Name | Morristown Memorial Hospital |
| 35b. Municipality | Morristown Town |
| 35c. County | Morris |

**CAUSE OF DEATH:**

36a. PART I – IMMEDIATE CAUSE

| | Cause | Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | Interstitial Lung disease | few months |
| b. Due to | | |
| c. Due to | | |
| d. Due to | | |

36b. PART II – Other significant conditions contributing to death: 

| Field | Value |
|---|---|
| 37. Was an Autopsy Performed? | No |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| 39. Date of Injury | |
| 40. Time of Injury | |
| 41. Place of Injury | |
| 42. Injury at work? | |
| 43a. Location of Injury | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury | |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | Yes |
| 48. Did Tobacco Use Contribute to Death? | No |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | Certifying Physician or APN |
| 51. Name, Address, and Zip Code of Certifier | Nancy Lee, 435 South Street, Suite 220A, Morristown, NJ 07960 |
| 52. Electronic Signature of Certifier | Nancy Lee |
| 53. License Number | 25MB08128000 |
| 54. Date Certified | 06/27/2018 |
| 55. Electronic Signature of Local Registrar | N Gayle Mauro |
| 56. District No. | V2072 |
| 57. Date Received | 06/29/2018 |
| Case ID Number | 2013175 |

**DATE ISSUED:** June 29, 2018

**ISSUED BY:** Summit City

**N Gayle Mauro, Local Registrar**

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

REG-42B JUN 14

**THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED**