FILED
OCT 05 2018
HON. STUART A. MINKOWITZ, A.J.S.C.
SUPERIOR COURT OF NEW JERSEY
JUDGE'S CHAMBERS

Patricia E. Roche, Esq., ID # 017531986
Nusbaum, Stein, Goldstein, Bronstein & Kron, P.A.
Attorneys for Plaintiff, Edward F. Carr
66 Sunset Strip, Suite 205
Succasunna, New Jersey 07876
973-584-1400

| | |
|---|---|
| IN THE MATTER OF THE ESTATE<br><br>OF<br><br>FRANK R. CARRETERO, Deceased | : SUPERIOR COURT OF NEW JERSEY<br>: CHANCERY DIVISION – PROBATE PART<br>: MORRIS COUNTY<br>:<br>: DOCKET NO. MRS-P-1670-2018<br>:<br>: CIVIL ACTION<br>:<br>: CONSENT ORDER SETTING FORTH<br>: AGREEMENT AMONG SUCCESSORS<br>: BINDING ON PERSONAL REPRESENTATIVE |

This matter having been opened to the Court by Nusbaum, Stein, Goldstein, Bronstein & Kron, P.A., Patricia E. Roche, Esq. appearing, attorneys for plaintiff, Edward F. Carr, and the decedent's heirs and next-of-kin, his son Michael Carretero, his brother, Louis J. Carretero, and his brother Steven Carretero, having consented to the terms set forth in this Consent Order and to the entry of this Consent Order; and good cause having been shown;

It is on this 5th day of October 2018 hereby ORDERED as follows:

1. In accordance with N.J.S.A. 3B:23-9, the heirs and next-of-kin of decedent Frank R. Carretero, Jr., including his son Michael Carretero, his brother Louis J. Carretero, and his

1

brother Steven Carretero have agreed to honor the last wishes of Frank R. Carretero, Jr. that he communicated to them.

2. The sum of ten thousand dollars ($10,000.00) shall be paid to each of the following individuals:

    The decedent's friend, Mary Jane Pellechio
    The decedent's son, Michael Carretero
    The decedent's nephew, Louis Matthew Carretero
    The decedent's niece, Lori Lynn Spano
    The decedent's niece Janelle Carretero
    The decedent's niece, Sandra Carretero
    The decedent's niece, Samantha Carretero
    The decedent's niece, Allison Thomas
    The decedent's niece, Jennifer Thomas
    The decedent's nephew, Roy Thomas

3. The debt of the decedent's brother Steven Carretero in the amount of ten thousand dollars ($10,000.00) owed to the decedent shall be forgiven.

4. Edward F. Carr, the Executor of the Estate of Frank R. Carretero, Jr., deceased, shall abide by the terms of this agreement subject to his obligation to administer the Estate for the benefit of creditors, to pay all taxes and costs of administration, and to carry out the responsibilities of his office for the benefit of any successors of the decedent who are not parties to this agreement.

5. A copy of this Consent Order shall be served to each individual who signed same within seven (7) day of the date of this Consent Order.

                                                        Honorable Stuart A. Minkowitz, A.J.S.C.