UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**
**FRANK CARRETERO v.**
**JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:17-CV-8604**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Edward F. Carr on behalf Frank Carretero, for the following reasons:

I.

On September 1, 2017 Frank Carretero filed a Complaint in the above referenced matter.

II

On June 27, 2018 Frank Carretero died.

III.

The executor of decedents estate, Edward F. Carr, is the Proper Party Plaintiff and wishes to be substituted on behalf of Frank Carretero in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 10th day of May, 2019.

        By: /s/Andre' P. LaPlace
        Andre' P. LaPlace(#8039)
        *Attorney for the Plaintiff*
        2762 Continental Drive, Ste. 103
        Baton Rouge, Louisiana 70808
        Telephone No. (225)924-6898
        Facsimile No. (225)924-6877
        alaw@andrelaplace.com

        By: /s/Rebecca A. Cunard
        Rebecca A. Cunard(#20154)
        *Attorney for the Plaintiff*
        Cunard Law Firm
        9214 Interline Avenue
        Baton Rouge, Louisiana 70809
        Telephone No. (225)925-2978
        Facsimile No. (225)925-8192
        Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

        *s/Andre' P. LaPlace*
        **ANDRE' P. LAPLACE (#8039)**