UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>2:15-cv-04983<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| LEILANI K. SADLER, Individually and as the Personal Representative of the Estate of WILLIAM H. SADLER, | | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff **Leilani Sadler,** on May 14, 2018.

DATED: May 10, 2019

                                                  Respectfully submitted,

                                                ROBERT J. DEBRY & ASSOCIATES

                                                ATTORNEY FOR PLAINTIFF

                                                By: /s/ Nancy A. Mismash
                                                Nancy A. Mismash
                                                Utah State Bar No. 6615
                                                4252 South 700 East
                                                Salt Lake City, UT  84107
                                                Telephone: 801-262-8915
                                                Facsimile: 801-262-8995
                                                nmismsash@robertdebry.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 10th day of May, 2019, by way of the Court's CM/ECF System.

    /s/ Nancy A. Mismash
Nancy A. Mismash
nmismsash@robertdebry.com