UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Joyce Richards v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-12525-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Trudy Iams as personal representative of the estate of Joyce Richards, is substituted for Plaintiff Joyce Richards, in the above captioned cause.

Dated: _____        _____
                                                                          Hon. Eldon E. Fallon
                                                                          United States District Court Judge