UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>PLAINTIFF'S MOTION TO SUBSTITUTE PARTY |

THIS DOCUMENT RELATES TO:

*Anthony Dimino v. Janssen Research & Development LLC, et al.; No. 2:16-cv-13647*

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Shirley A. Dimino, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Shirley A. Dimino, on behalf of the Estate of Anthony Dimino, as Plaintiff in the above-captioned cause.

1. On August 5, 2016, Anthony Dimino filed a product liability lawsuit against defendants.

2. On September 22, 2018, Plaintiff Anthony Dimino died survived by his spouse Shirley A. Dimino.

3. Anthony Dimino's product liability action against defendants survived Plaintiff's death and was not extinguished.

4. On January 7, 2019, Plaintiff's Counsel filed a Suggestion of Death, attached hereto as Exhibit A.

5. On March 13, 2019, Plaintiff's Counsel was advised by Defendants they have no opposition to the filing of this motion.

6. Shirley A. Dimino, surviving spouse of Anthony Dimino, is a proper party to substitute for plaintiff-decedent, Anthony Dimino, and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Federal Rule of Civil Procedure 25 (a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated: May 13, 2019    Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 13th day of May, 2019.

                        **THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com