UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>PROPOSED ORDER ON MOTION TO SUBSTITUTE PARTY |

THIS DOCUMENT RELATES TO:

*Anthony Dimino v. Janssen Research & Development LLC, et al.;* No. 2:16-cv-13647

## ORDER

This Court, after considering the Plaintiff's motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Shirley A. Dimino, as surviving spouse and Representative of the estate of Anthony Dimino is substituted for Anthony Dimino in the above captioned case.


ENTERED: _____, 2019

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana