UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>NOTICE AND SUGGESTION OF DEATH |

THIS DOCUMENT RELATES TO:

*Anthony Dimino v. Janssen Research & Development LLC, et al.;* No. 2:16-cv-13647

## **NOTICE AND SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, this notice hereby informs the honorable Court of the death of the Plaintiff, Anthony Dimino on or about September 22, 2018. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by Shirley A. Dimino, who is the surviving spouse and Representative of the Estate of Anthony Dimino.

Respectfully submitted, this the 7th Day of January, 2019.

                                          **THE WILSHIRE LAW FIRM**

                                          By: */s/ Bobby Saadian*
                                          Bobby Saadian, Esq.
                                          CA Bar 250377
                                          3055 Wilshire Blvd. 12th Floor,
                                          Los Angeles, CA 90010
                                          Phone: (213)381-9988
                                          Fax: (213)381-9989
                                          Email: masstorts@wilshirelawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 7th day of January, 2019.

                                          **THE WILSHIRE LAW FIRM**

                                          By: */s/ Bobby Saadian*
                                          Bobby Saadian, Esq.
                                          CA Bar 250377
                                          3055 Wilshire Blvd. 12th Floor,
                                          Los Angeles, CA 90010
                                          Phone: (213)381-9988
                                          Fax: (213)381-9989
                                          Email: masstorts@wilshirelawfirm.com