UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Gloria Hampton, et al. v. Janssen Research & Development, LLC, et al.<br>Civil Case No. 2:18-cv-8397 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Counsel for Plaintiff, Gloria Hampton, and files this Response to Defendant's Motion for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Doc. 12798), showing the Court the following:

1. In December of 2017 Plaintiff Gloria Hampton contacted undersigned counsel on behalf of her deceased mother, Eula Mae Hatchett regarding a potential claim involving the use of Xarelto and alleged subsequent injuries.

2. on September 5, 2018 Plaintiff filed the complaint in this matter in good faith in order to comply with the statute of limitations. At that time Plaintiff's counsel was awaiting records from Plaintiff's medical providers.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Ms. Hampton.

4. Undersigned counsel has communicated with Ms. Hampton regarding the need to obtain and serve a completed Plaintiff Fact Sheet. However, to date, Ms. Hampton has not provided a completed Plaintiff Fact Sheet.

5.  Undersigned counsel has been diligent in contacting Ms. Hampton, and informed Ms. Hampton that according to Court Orders, her claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served. Such diligent attempts to communicate with Ms. Hampton include phone calls, emails, and letters on the following dates: 11/20/2018, 12/11/2018, 12/20/2018, 1/4/2019, 1/15/2019, 1/25/2019, 2/4/2019, 2/5/2019, 2/7/2019, 3/8/2019, 4/3/2019, 5/1/2019.

6.  Accordingly, based on the undersigned counsel's inability to obtain sufficient information from Ms. Hampton and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13, there is no basis to oppose Defendants' Motion.

7.  At all times relevant hereto, undersigned counsel has diligently sought contact with Ms. Hampton in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time and prays the Court grant a Dismissal Without Prejudice if the Court finds Dismissal Just and Proper.

Dated May 13, 2019                                    Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 13th day of May, 2019.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com