**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Casimir Szatkowski v. Janssen Research & Development LLC f/k/a  Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,*<br>**No. 2:15-cv-03033** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**SUGGESTIONS OF DEATH OF PLAINTIFF**

NOW COMES Counsel for Plaintiff Casimir Szatkowski, and hereby notifies the Court and

the parties of the death of Plaintiff Casimir Szatkowski.

Respectfully submitted,

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel.  314-436-9958
Fax  314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on
May 15, 2019 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John S. Steward

1