# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

## JEFF L. THIGPEN
## GUILFORD COUNTY REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 041-95    LOCAL NO. _____    COUNTY OF DEATH: Guilford    STATE FILE NO. D 302 2285    2016816413

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Hansel
- 1b. MIDDLE: Eddie
- 1c. LAST: Hentz
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE:

2. SEX: M
3a. AGE-LAST BIRTHDAY (Yrs): 73
4. DATE OF BIRTH: 1943
5. BIRTHPLACE: Forsyth City, NC
6. DATE OF DEATH: November 24, 2016

7a. PLACE OF DEATH: Inpatient
7c. FACILITY NAME: Moses Cone Hospital
7d. CITY OR TOWN: Greensboro
7e. COUNTY OF DEATH: Guilford

8. MARITAL STATUS: Never married
10a. DECEDENT'S USUAL OCCUPATION: Bartender
10b. KIND OF BUSINESS/INDUSTRY: Forsyth Country Club

11. SOCIAL SECURITY NUMBER: [redacted] 0331
12a. RESIDENCE-STATE: North Carolina
12b. COUNTY: Forsyth
12d. CITY OR TOWN: Winston-Salem
12f. ZIP CODE: 27106

14. DECEDENT'S EDUCATION: Associate degree (e.g., AA, AS)
15. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
16. DECEDENT'S RACE: Black or African American

17. FATHER'S NAME: Unknown
18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Adele Hentz

19a. INFORMANT'S NAME: Makeba Jones
19b. RELATIONSHIP TO DECEDENT: Daughter
19c. MAILING ADDRESS: [redacted] Winston-Salem, NC 27106

20a. METHOD OF DISPOSITION: Burial
20b. PLACE OF DISPOSITION: Evergreen Cemetery
20c. LOCATION: Winston-Salem, NC

21b. LICENSE NUMBER: 2034
21c. NAME OF EMBALMER: Anthony C. Roberts
21d. LICENSE NUMBER: 2034

22. NAME AND ADDRESS OF FUNERAL HOME: Roberts Funeral Service 3001 Old Greensboro Road Winston-Salem, NC 27101

23. IMMEDIATE CAUSE: a. End Stage Renal Disease

25. MANNER OF DEATH: Natural
27. TIME OF DEATH: 11:25 am
28. DID TOBACCO USE CONTRIBUTE TO DEATH? No
24a. WAS AN AUTOPSY PERFORMED? No
24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? No

33a. SIGNATURE AND TITLE OF CERTIFIER: Pete Zamora, MD
33b. LICENSE NUMBER: 2009-01773
33c. DATE SIGNED: 11/24/2016
34. NAME AND ADDRESS OF CERTIFIER: Dr. Ezequiel Zamora 1200 N. Elm St. Greensboro, NC

35. DATE FILED: 12.1.2016

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, GUILFORD COUNTY, N.C. IN BOOK 302 PAGE 2285.
WITNESS MY HAND AND SEAL THIS 7th OF DECEMBER, 2016.

JEFF L. THIGPEN, REGISTER OF DEEDS

BY: _____