## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Hansel Hentz v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,*<br>**No. 2:15-cv-02040** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## ORDER

Upon consideration of Plaintiff's Motion for Substitution of Party, the motion is HEREBY GRANTED. IT IS ORDERED THAT Plaintiff MAKEBA JONES, the court appointed co-fiduciary representative of the estate of Hansel Hentz, be substituted for Hansel Hentz as the Plaintiff in this action.

**SO ORDERED:**

_____
**Hon. Eldon E. Fallon**
**United States District Court Judge**

Dated:_____

1