UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*Carolyn Graham Spears and James Leslie Spears v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-06951

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13473, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff James Leslie Spears, surviving spouse of Carolyn Graham Spears, is substituted for Plaintiff Carolyn Graham Spears as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE