UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*James Myers v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-7252

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13502, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Rita Myers, surviving spouse of James R. Myers, is substituted for Plaintiff James R. Myers as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE