UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

*Frank Carretero v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-8604

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13508, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Edward F. Carr, Executor of the Estate of Frank Carretero, is substituted for Plaintiff Frank Carretero as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 14th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE