UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Philip Weiner v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-09265

### ORDER

Considering Plaintiff's motion to dismiss, R. Doc. 11849,

**IT IS ORDERED** that Plaintiff's motion for voluntary dismissal with prejudice is hereby **GRANTED**. The above captioned case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this 14th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE