UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

************************************

| | | |
|---|---|---|
| SUSAN DAVIDSON, Individually and as Executrix of the Estate of WILLIAM D. WEBB, <br><br>  Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, *et al.* <br><br>  Defendants. | * * * * * * * * * * * * * * * * * | Case No. 2:18-cv-08721-EEF-MBN |

************************************

Considering the Motion and Memorandum to Extend Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served that was filed by Plaintiff, SUSAN DAVIDSON, and any opposition and reply papers filed regarding same;

**IT IS ORDERED** that Plaintiff, SUSAN DAVIDSON, is granted an extension of time to serve the named Defendants, *nunc pro nunc*, until one hundred eighty-nine (89) days after the complaint in the above-referenced matter was filed and docketed in this MDL, which is **February 9, 2019**.

1

**NEW ORLEANS, LOUISIANA**, this  16th  day of _____May_____, 2019.

_____
DISTRICT COURT JUDGE ELDON E. FALLON