UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Johnson v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-09908

## ORDER

**IT IS ORDERED** that the Plaintiff's Motion for Extension of Time to Serve Defendant Bayer Healthcare Pharmaceuticals, Inc. (R. Doc. 13381) is hereby **GRANTED**, and Plaintiff shall have sixty (60) days from the date of this Order to complete service of process through the streamlined procedures set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this 16th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE