UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> v. <br> JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. <br> *Defendant(s)* | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Every v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:18-cv-06939;

*Gill v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-cv-06987;

*Sheppard v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-07019;

*Camille v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-07332;

*Swan v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-10151;

*Beaty v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09839;

*Kincy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09840;

*Durham v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09851;

*Nelson v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09964;

*McCoy v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09965;

*Yates v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-09966;

*Bobbitt v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10111;

*Roman v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-10119;

*Clark v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:18-cv-13475.

## **ORDER**

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Orders.

New Orleans, Louisiana, this 16th day of May, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge