**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

*Lori Sharp v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-12109

## ORDER

    **IT IS ORDERED** that the Plaintiff's Motion for Extension of Time to Serve Defendant

Bayer Healthcare Pharmaceuticals, Inc. (R. Doc. 13424) is hereby **GRANTED**, and Plaintiff shall

have sixty (60) days from the date of this Order to complete service of process through the

streamlined procedures set forth in Pretrial Order No. 10.


    New Orleans, Louisiana, this 16th day of May, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE