# UNITED STATES DISTRICT COURT
# EASTSERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| RAMYOND BARKER, et al. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. | |
| Civil Action No.: 2:17-cv-06560 | MAGISTRATE JUDGE NORTH |

## SUGGESTION OF DEATH

Jonathan M. Ashton, attorney for Petitioner in this case, suggests upon the record, pursuant to Rule 25(a)(1), the death of Raymond E. Barker during the pendency of this action.

Dated: May 17, 2019.

                                                          **GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., L.P.A.**

                                                          By: */s/ Jonathan M. Ashton*
                                                                Jonathan M. Ashton
                                                                3516 Granite Circle
                                                                Toledo, OH 43617
                                                                T: (419) 843-2001
                                                                F: (419) 843-8022
                                                                jashton@gallonlaw.com

                                                               *Attorney for Plaintiff*