# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| CARL CARTER,<br><br>  Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>  Defendant(s) | **SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**CIVIL ACTION NO. 2:18-cv-13559** |

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

| | |
|---|---|
| **Sanders Phillips Grossman, LLC** | **Drinker, Biddle & Reath, LLP** |
| By: /s/ Randi Kassan<br>    Randi Kassan, Esq.<br>    100 Garden City Plaza, Suite 500<br>    Garden City, NY 11530<br>    P: (516) 741-5600<br>    F: (516) 741-0128<br>    rkassan@thesandersfirm.com<br>    *Counsel for Plaintiff*<br>    *Carl Carter*<br><br>Dated: 5/17/2019 | By: /s/ Susan Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>P: (973) 549-7000<br>Susan.Sharko@DBR.COM<br>*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson and Johnson*<br><br>Dated: 5/17/2019 |

**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Andrew.solow@arnoldporter.com
William.hoffman@arnoldporter.com
*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

Dated: 5/17/2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
P: (504) 310-2100
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

Dated: 5/17/2019