UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL NO. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

BILLY BURNSED v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

   Civil Action No. 2:15-cv-4607

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Billy Burnsed.

Dated: May 17, 2019                              Respectfully Submitted,

                                                   **THE LANIER LAW FIRM, PLLC**

                                                 By: */s/ Catherine T. Heacox*
                                                 Catherine T. Heacox, Esq.
                                                 The Lanier Law Firm, PLLC
                                                 126 E. 56th Street, Floor 6
                                                 New York, NY 10022
                                                 Telephone: (212)421-2800
                                                 Facsimile:(212) 421-2878
                                                 Email: CTH@LanierLawFirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 17, 2019                                    Respectfully Submitted,

**THE LANIER LAW FIRM, PLLC**

By:  */s/ Catherine T. Heacox*
Catherine T. Heacox, Esq.
The Lanier Law Firm PLLC
126 E. 56th Street, Floor 6
 New York, NY 10022
Telephone: (212)421-2800
 Facsimile:(212) 421-2878
Email: CTH@LanierLawFirm.com