# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL 2592 ) ) SECTION L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joyce Alston and Roger Alston v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:16-cv-3725

## SUGGESTION OF DEATH

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rule of Civil Procedure, hereby informs this Court of the Death of Plaintiff JOYCE ALSTON.

Dated: May 17, 2019          Respectfully submitted,

**ASHCRAFT & GEREL, LLP**

/s/Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
ASHCRAFT & GEREL LLP
1825 K Street, NW Suite 700
Phone: (202) 729-9833
Fax:  (202) 416-6392
mparfitt@ashcraftlaw.com
jgreen@ashcraftlaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their counsel in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                             /s/ Michelle A. Parfitt
                                             Michelle A. Parfitt