# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: CHERYL SCHEIDIKER, et al, 2:19-cv-6123 | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

## ORDER

**IT IS ORDERED** that the Plaintiffs' Motion to Amend Plaintiffs' Complaint by Interlineation filed by Plaintiffs is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

New Orleans, Louisiana this 17th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE