UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Anthony Dimino. v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-13647

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13513, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Shirley A. Dimino, surviving spouse and Representative of the Estate of Anthony Dimino, is substituted for Plaintiff Anthony Dimino as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE