UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Hansel Hentz v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-02040

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13531, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Makeba Jones, court-appointed co-fiduciary representative of the estate of Hansel Hentz, is substituted for Plaintiff Hansel Hentz as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE