IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | No. MDL- 2592 SECTION L |
| This Document Relates to: | **SUGGESTION OF DEATH OF PLAINTIFF** Bessie M. Fluker |
| Plaintiff: Bessie M. Fluker | |
| Case: 2:16-cv-16922 | |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Bessie M. Fluker, which occurred on August 1, 2017

RESPECTFULLY SUBMITTED this 20 day of May, 2019.

By: Robert M. Hammers, Jr.
_____
Robert M. Hammers, Jr.
5555 Glenridge Connector, Suite 975
Atlanta, GA 30342
T: (770) 394-0047
F: (404) 600-2626
rob@schneiderhammers.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20 day of May, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Robert M. Hammers, Jr.
_____