# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*PHYLLIS PARKER v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:19-cv-00667-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Phyllis Parker, files this Suggestion of Death upon the Record. Plaintiff Phyllis Parker departed this world on or about May 25, 2018 during the pendency of this civil action.

Dated: May 20, 2019

Respectfully submitted,

**WATTS GUERRA LLP**
 /s/ *David McLendon*
David McLendon
LA State Bar No. 2968626
Mikal C. Watts
TX State Bar No. 20981820
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
dmclendon@wattsguerra.com
mcwatts@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on May 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                                                  /s/ *David McLendon*
                                                                                                  David McLendon