## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*DALE SCHLEICHARDT v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-00647-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Dale Schleichardt, files this Suggestion of Death upon the Record. Plaintiff Dale Schleichardt departed this world on or about July 7, 2018 during the pendency of this civil action.

Dated: May 20, 2019    Respectfully submitted,

**WATTS GUERRA LLP**
 /s/ *Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
Mikal C. Watts
TX State Bar No. 20981820
Paige N. Boldt
TX State Bar No. 24082626
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on May 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Ryan L. Thompson*
Ryan L. Thompson