UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*ROBERT BARKER, INDIVIDUALLY AND AS REPRESENTATIVE OF GLENNIS BARKER, DECEASED v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-01960-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Robert Barker, by and through the undersigned counsel of record, moves this Court for an Order substituting David Webster on behalf of decedent Robert Barker. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Robert Barker filed this present action on February 23, 2018.
2. Glennis Barker died on May 12, 2017.
3. Robert Barker also died on June 10, 2018.
4. On April 25, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.
5. David Webster, surviving nephew of Glennis Barker, is a proper party to substitute for plaintiff-decedent Glennis Barker and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, David Webster, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: May 20, 2019                              Respectfully submitted,

                                                       **WATTS GUERRA LLP**

                                                       */s/ Ryan L. Thompson*_____
                                                       Ryan L. Thompson
                                                       TX State Bar No. 24046969
                                                       5726 W. Hausman Rd., Suite 119
                                                       San Antonio, TX 78249
                                                       rlt-bulk@wattsguerra.com
                                                       (210) 448-0500
                                                       (210) 448-0501 (Fax)

                                                       *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on May 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                       */s/ Ryan L. Thompson*_____
                                                       Ryan L. Thompson