UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*JAMES JONES v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02284*

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses hereto finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Gail Jones, on behalf of the Estate of James Jones, is substituted for Plaintiff James Jones in the above-captioned lawsuit.

DATED: _____        _____
                                                                          Hon. Eldon E. Fallon
                                                                          United States District Court Judge