UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**
*DIXIE PETERS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02302*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Michael Hayden, on behalf of the Estate of Dixie Peters, in the above captioned cause.

1. Dixie Peters filed a products liability lawsuit against defendants on March 16, 2016.
2. Plaintiff Dixie Peters died on April 18, 2018.
3. Plaintiff Dixie Peters' products liability action against defendants survived her death and was not extinguished

4. Plaintiff's counsel filed a Suggestion of Death with regard to Dixie Peters on May 20, 2019 attached hereto as "Exhibit A".

5. Michael Hayden is the surviving spouse and sole heir of Dixie Peters and is the proper party to substitute for plaintiff-decedent Dixie Peters and has proper capacity to proceed forward with the products liability lawsuit on behalf of Ms. Peters' estate pursuant to Fed. R. Civ. P. 25(a)(1): "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action.

Dated: May 20, 2019

Respectfully Submitted,

By: _____
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT  06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 20, 2019                                    Respectfully Submitted,

By: /s/ Neal Moskow
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*