# EXHIBIT A

**Other Documents**
2:14-md-02592-EEF-MBN In Re: Xarelto (Rivaroxaban) Products Liability Litigation

APPEAL,MASTER,PROTO,XARELTO

## U.S. District Court

## Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Moskow, Neal on 5/20/2019 at 3:06 PM CDT and filed on 5/20/2019
**Case Name:**         In Re: Xarelto (Rivaroxaban) Products Liability Litigation
**Case Number:**       2:14-md-02592-EEF-MBN
**Filer:**             Plaintiff
**Document Number:** 13580

**Docket Text:**
**SUGGESTION OF DEATH** by Plaintiff as to Dixie Peters (Reference: 2:16-cv-02302)(Moskow, Neal)


**2:14-md-02592-EEF-MBN Notice has been electronically mailed to:**

Gerald Edward Meunier     gmeunier@gainsben.com, dmartin@gainsben.com, plambert@gainsben.com

Jacob S. Woody    jswoody@browngreer.com, docketharvester@browngreer.com, MDLCentrality@browngreer.com

John Francis Olinde    olinde@chaffe.com, latuso@chaffe.com

Kim E. Moore    kmoore@irwinllc.com, cbenach@irwinllc.com, fsullivan@irwinllc.com, kbazile@irwinllc.com, kbrilleaux@irwinllc.com, msossamon@irwinllc.com, sjames@irwinllc.com, sribeiro@irwinllc.com, tantonucci@irwinllc.com

Leonard A. Davis    ldavis@hhklawfirm.com, lflemming@hhklawfirm.com, rvalenti@hhklawfirm.com

Neil Overholtz    noverholtz@awkolaw.com, DCross@awkolaw.com, JHoekstra@awkolaw.com, kwilliams@awkolaw.com, mschamberger@awkolaw.com, nbess@awkolaw.com, pbarr@awkolaw.com, rvolpara@awkolaw.com, sgeisler@awkolaw.com

Steven Jay Glickstein    steven.glickstein@kayescholer.com, edocketscalendaring@arnoldporter.com, maoedla@arnoldporter.com

Susan M. Sharko    Susan.Sharko@DBR.com

**2:14-md-02592-EEF-MBN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=5/20/2019] [FileNumber=9899579-0

] [5eb028d52e5290d7303a28f4ef419c65a7e6cd15bccdaea917e10c5a34930b98724
5150d02a4daa03ba21c36993327388b8eb2c581c096d0e17afa0bdf01847a]]

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*DIXIE PETERS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-02302*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Dixie Peters.

Dated: May 20, 2019

Respectfully Submitted,

By: _____
Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 20, 2019

Respectfully Submitted,

By: /s/ Neal Moskow

Neal L. Moskow
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: (203) 610-6393
Facsimile: (203) 610-6399
CT Federal Bar No. ct04516

*Attorney for Plaintiff*