UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Charles Johnson v. Janssen Research & Development, LLC, et al;*
*Case. No.  2:17-cv-2413-EEF-MBN*

## EX PARTE MOTION FOR SUBSTITUTION

Counsel, pursuant to rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Todd Johnson on behalf of decedent, Charles Johnson. In support of this motion, Counsel would show the Court as follows:

1. Charles Johnson filed a products liability lawsuit against Defendants on March 23, 2017.

2. Plaintiff Charles Johnson died on May 22, 2017.

3. Charles Johnson's products liability action against Defendants survived his death and was not extinguished.

4. On May 20, 2019, a Notice and Suggestion of Death was filed.

5. Todd Johnson, surviving son of Charles Johnson, is Charles Johnson's next of kin and is in the process of being appointed representative of his estate by the state of Iowa.

6. Todd Johnson is a proper party to substitute for Plaintiff-Decedent Charles Johnson and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not

extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: May 20, 2019

                                             Respectfully Submitted,

                                             /s/ Sarah Graziano
                                             Sarah Graziano, Indiana Bar #21650-49
                                             Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 20, 2019

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com