UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*PHYLLIS PARKER v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:19-cv-00667-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Phyllis Parker, by and through the undersigned counsel of record, moves this Court for an Order substituting Randolph Williams on behalf of decedent Phylllis Parker. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Phyllis Parker filed this present action on January 29, 2019.

2. Phyllis Parker died on May 25, 2018.

3. On May 20, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. Randolph Williams, surviving child of Phyllis Parker, is a proper party to substitute for plaintiff-decedent Phyllis Parker and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Randolph Williams, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: May 20, 2019 Respectfully submitted,

**WATTS GUERRA LLP**

/s/ *David McLendon*
David McLendon
LA State Bar No. 29626
Mikal C. Watts
TX State Bar No. 20981820
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
dmclendon@wattsguerra.com
mcwatts@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on May 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *David McLendon*
David McLendon