# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWARD BEHRMANN and THERESA BEHRMANN, H/W,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,**<br><br>*Defendants*. | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>Case No.  2:17-cv-15896<br><br>**JURY TRIAL DEMANDED** |

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiff, by and through their undersigned counsel and pursuant to Federal Rules of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Edward Behrmann, which occurred on April 20, 2019.

Respectfully Submitted,

**YOUMAN & CAPUTO, LLC**

_____
**MICHELLE L. TIGER, ESQUIRE**

Dated:

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notices of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            YOUMAN & CAPUTO, LLC

                                            _____

                                            **MICHELLE L. TIGER**
                                            **3803 West Chester Pike, Suite 150**
                                            **Newtown Square, PA 19073**
                                            **T.  215.302.1999**
                                            **F.  610.808.1772**
                                            **mtiger@youmancaputo.com**