# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| JAMES BELINSKE,<br><br>       Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>       Defendant(s) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THIS DOCKET ONLY<br><br>CIVIL ACTION NO. 2:19-cv-02351 |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff James Belinske, hereby dismisses all claims in this matter with prejudice against all defendants in this action, Civil Action No. 2:19-cv-02351 only. This stipulation shall not affect the lawsuit filed by James Belinske, which is currently pending in the United States District Court for the District of New Jersey, Civil Action No. 3:19-cv-09291. All parties shall bear their own costs.

| | |
|---|---|
| **Sanders Phillips Grossman, LLC** | **Drinker, Biddle & Reath, LLP** |
| By: /s/ Randi Kassan<br>    Randi Kassan, Esq.<br>    100 Garden City Plaza, Suite 500<br>    Garden City, NY 11530<br>    P: (516) 741-5600<br>    F: (516) 741-0128<br>    rkassan@thesandersfirm.com<br>    *Counsel for Plaintiff*<br>    *James Belinske*<br><br>Dated: 5/21/2019 | By: /s/ Susan Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>P: (973) 549-7000<br>Susan.Sharko@DBR.COM<br>*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson and Johnson*<br><br>Dated: 5/21/2019<br><br>**ARNOLD & PORTER**<br>**KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Andrew.solow@arnoldporter.com<br>William.hoffman@arnoldporter.com<br>*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*<br><br>Dated: 5/21/2019 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
P: (504) 310-2100
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

Dated: 5/21/2019

2