# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| CASSIE PEEPLES,<br><br>       Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>       Defendant(s) | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THIS DOCKET ONLY**<br><br>**CIVIL ACTION NO. 2:15-cv-04056** |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Cassie Peeples, hereby dismisses all claims in this matter with prejudice against all defendants in this action, Civil Action No. 2:15-cv-04056 only. This stipulation shall not affect the lawsuit filed by Cassie Peeples, which is currently pending in the United States District Court for the Eastern District of Louisiana, Civil Action No. 2:19-cv-08757. All parties shall bear their own costs.

| | |
|---|---|
| **Sanders Phillips Grossman, LLC** | **Drinker, Biddle & Reath, LLP** |
| By: /s/ Randi Kassan | By: /s/ Susan Sharko |
| Randi Kassan, Esq. | Susan Sharko |
| 100 Garden City Plaza, Suite 500 | 600 Campus Dr. |
| Garden City, NY 11530 | Florham Park, NJ 07932 |
| P: (516) 741-5600 | P: (973) 549-7000 |
| F: (516) 741-0128 | Susan.Sharko@DBR.COM |
| rkassan@thesandersfirm.com | *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson and Johnson* |
| *Counsel for Plaintiff Cassie Peeples* | |

Dated: 5/21/2019

Dated: 5/21/2019

**ARNOLD & PORTER
KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Andrew.solow@arnoldporter.com
William.hoffman@arnoldporter.com
*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

Dated: 5/21/2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
P: (504) 310-2100
kmoore@irwinllc.com
*Liaison Counsel for Defendants*


Dated: 5/21/2019

2