**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LIIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |

**************************************

**THIS DOUMENT RELATES TO:**

*SEE ATTACHED EXHIBIT 1*

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that the law firm of Williams Kherkher Hart Boundas, LLP has changed its name to Williams Hart Boundas Easterby, LLP. The firm's updated contact information is: WILLIAMS HART BOUNDAS EASTERBY, LLP, 8441 Gulf Freeway, Suite 600, Houston, Texas, 77017-5051, (713) 230-2200, (713) 634-6226 (fax), www.whlaw.com.

Dated: May 21, 2019                              Respectfully Submitted,

                                                 /s/ Margret Lecocke_____
                                                 Margret Lecocke
                                                 mlecocke@whlaw.com
                                                 John Boundas
                                                 jboundas@whlaw.com
                                                 WILLIAMS HART BOUNDAS EASTERBY, LLP
                                                 8441 Gulf Freeway, Suite 600
                                                 Houston, Texas 77017-5051
                                                 (713) 230-2200
                                                 (713) 643-6226 (fax)

                                                 ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I certify that on May 21, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to all parties.

                                                      /s/ Margret Lecocke_____
                                                      Margret Lecocke

## **EXHIBIT 1**

| Case Caption / Plaintiff | Cause No. |
|---|---|
| Leona M. Abrams | 15-5009 |
| Tommy A. Aguilar | 15-5613 |
| Mark K. Austin | 15-5620 |
| Frank H. Billman | 15-5624 |
| John P. Crater | 15-5628 |
| Paul W. Davis, Sr. | 15-5633 |
| Burlyn June Fathera | 15-5640 |
| John W. Fish | 15-5641 |
| Morgan E. Jackson, Jr. | 15-5642 |
| Ralph L. Jackson | 15-5643 |
| Judith A. Krapf | 15-5644 |
| Dolores C. McCusker | 15-5646 |
| Dollie Mack | 15-5647 |
| Patricia J. Maguire | 15-5649 |
| Charlisa E. Moore | 15-5650 |
| Linda B. Moss | 15-5651 |
| William D. Perkins | 15-5652 |
| Arlene Cormier Place | 15-5653 |
| Patricia A. Redding | 15-5654 |
| Sharon L. Roberts | 15-5655 |
| Paul G. Snyder | 15-5656 |
| Theodore Wilson | 15-5657 |