UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Helen Kerner v. Janssen Research and Development, LLC et al. 2:16-cv-17775* | MAG. JUDGE: MICHAEL NORTH |

**MOTION TO SUBSTITUE PARTY PLAINTIFF**

COMES NOW counsel for Plaintiff Helen Kerner, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Helen Kerner and as grounds therefore shows unto the court as follows:

1. Plaintiff Helen Kerner, died on November 12, 2016.

2. A Notice and Suggestion of Death was filed with the Court on May 21, 2019. A copy of the Notice is attached hereto and incorporated herein by reference as "Exhibit A."

3. On May 15, 2017, the Probate Court for Morris County, New Jersey entered an Order appointing Dana Leatham as personal representative of her estate. A copy of the appointment is attached hereto and incorporated herein by reference as "Exhibit B."

4. Dana Leatham, is authorized to pursue the claims of Helen Kerner's estate and has agreed to be substituted as a party plaintiff in this action.

WHEREFORE, Dana Leatham, respectfully requests that she be substituted as Plaintiff in the cause of action.

DATED: May 21, 2019.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: May 21, 2019                                          /s/ Robert J. Binstock
                                                                         Robert J. Binstock