**EXHIBIT B**

## Morris County Surrogate's Court

John Pecoraro
*Surrogate*

Administration & Records Bldg
Morristown, New Jersey 07963-0900
Tel # (973) 285-6500
Fax # (973) 829-8599

Christopher Luongo, Es
*Deputy Surrogate*



------------------------------------X
In the Matter of the Estate of
**HELEN T. KERNER**, Deceased
(aka: )
SSN:
------------------------------------X

LETTERS TESTAMENTARY
SUPERIOR COURT
Docket # - **MRS-P-2722-2016**

I, Hon. John Pecoraro, Surrogate of the County of **MORRIS**, do hereby certify that on **June 5, 2017** Letters of Probate for the estate of **HELEN T. KERNER**, a deceased, have been granted by order of Superior Court, Chancery Division, Probate Part, **MORRIS** County entered on _May 15th, 2017_ to **DANA LEATHAM**.



WITNESS my hand and seal of office, on
**June 5, 2017**

_John Pecoraro, Surrogate_

1994 Form-W13s CASE: 5049098 PRINT DATE: 6/5/2017      Page 1