UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*MELVIN ENRIGHT v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-04150-EEF-MBN

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Josephine Enright as plaintiff of behalf of her deceased spouse, Melvin Enright.

1. Melvin Enright filed a claim against defendants on May 1, 2017.

2. Subsequently, plaintiff's counsel was notified that Melvin Enright died on November 6, 2017.

3. Melvin Enright's action against the defendants survived his death and was not extinguished.

4. Josephine Enright, spouse of Melvin Enright, is a proper party to substitute for plaintiff-decedent Melvin Enright and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Josephine Enright requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  May 22, 2019		Respectfully submitted,

> /s/  William L. Bross
> William L. Bross
> HENINGER GARRISON DAVIS, LLC
> 2224 First Avenue North
> Birmingham, AL  35203
> Telephone: (205) 326-3336
> Facsimile: (205) 326-3332
> jsleadd@hgdlawfirm.com
>
> *One of the Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on May 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> /s/ William L. Bross
> William L. Bross