**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*STUART ELFENBEIN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:15-cv-06264-EEF-MBN

**NOTICE AND SUGGESTION OF DEATH**

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Stuart Elfenbein, files this Suggestion of Death upon the Record. Plaintiff Stuart Elfenbein departed this world on or about August 23, 2017, during the pendency of this civil action.

Dated:  May 22, 2019          Respectfully submitted,

/s/  William L. Bross
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
jsleadd@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

1

2

## CERTIFICATE OF SERVICE

The hereby certify that on May 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William L. Bross*
William L. Bross

2