# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*STUART ELFENBEIN v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:15-cv-06264-EEF-MBN

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Lisa Elfenbein as plaintiff of behalf of her deceased spouse, Stuart Elfenbein.

1. Stuart Elfenbein filed a claim against defendants on November 23, 2015.

2. Subsequently, plaintiff's counsel was notified that Stuart Elfenbein died on August 23, 2017.

3. Stuart Elfenbein's action against the defendants survived his death and was not extinguished.

4. Lisa Elfenbein, spouse of Stuart Elfenbein, is a proper party to substitute for plaintiff-decedent Stuart Elfenbein and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Lisa Elfenbein requests that this Court grant her request for substitution as plaintiff in this action.

Dated: May 22, 2019 Respectfully submitted,

/s/ William L. Bross
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
jsleadd@hgdlawfirm.com

*One of the Attorneys for the Plaintiff*

### CERTIFICATE OF SERVICE

The hereby certify that on May 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ William L. Bross
William L. Bross