UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Madie Nelson v. Janssen Research and Development, LLC et al. 2:17-cv-10494* | MAG. JUDGE: MICHAEL NORTH |

**MOTION TO SUBSTITUE PARTY PLAINTIFF**

COMES NOW counsel for Plaintiff Madie Nelson, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Madie Nelson and as grounds therefore shows unto the court as follows:

1. Plaintiff Madie Nelson, died on March 5, 2018.

2. A Notice and Suggestion of Death was filed with the Court on May 23, 2019. A copy of the Notice is attached hereto and incorporated herein by reference as "Exhibit A."

3. William Nelson, surviving son of Madie Nelson, is a proper party to substitute for plaintiff-decedent, Madie Nelson, and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Federal Rule of Civil Procedure 25 (a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative".

4. William Nelson has agreed to be substituted as a party plaintiff in this action.

WHEREFORE, William Nelson respectfully requests that he be substituted as Plaintiff in the cause of action.

DATED: May 23, 2019

                                                Respectfully submitted,

                                                **REICH & BINSTOCK, LLP**

                                                By: /s/ Robert J. Binstock
                                                Robert J. Binstock
                                                State Bar No. 02328350
                                                E-mail: bbinstock@reichandbinstock.com
                                                4265 San Felipe, Suite 1000
                                                Houston, Texas 77027
                                                Telephone: (713) 622-7271
                                                Facsimile: (713) 623-8724

                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: May 23, 2019                                                     /s/ Robert J. Binstock
                                                                           Robert J. Binstock