## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Barker, Individually and as Representative of Glennis Barker, Deceased  v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-01960

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 13577, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff David Webster, surviving nephew of Glennis Barker, is

substituted as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 23rd day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE