UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dixie Peters v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02302

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13581, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Michael Hayden, on behalf of the Estate of Dixie Peters, is substituted for Plaintiff Dixie Peters as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 23rd day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE