UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Phyllis Parker v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-00667

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13584, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Randolph Williams, surviving child of Phyllis Parker, is substituted for Plaintiff Phyllis Parker as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 23rd day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE