UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Millimaki v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:16-cv-11107*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Sharon Jean Monk, on behalf of the Estate of Jean Millimaki, as Plaintiff in the above-captioned cause.

1. Jean Millimaki brought a products liability lawsuit against defendants on June 21, 2016.

2. Plaintiff Jean Millimaki died on November 1, 2018.

3. Jean Millimaki's products liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on February 25, 2019, attached hereto as "Exhibit A".

5. Sharon Jean Monk, as Executor of the Estate of Jean Millimaki, is a proper party to substitute for Plaintiff Jean Millimaki and has proper capacity to proceed forward with

1

the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated May 25, 2019                                    Respectfully submitted,


/s/Joel L. DiLorenzo
Joel L. DiLorenzo, Esq.
Attorney I.D. No. 7575-J64D (AL)
THE DILORENZO LAW FIRM, LLC
505 20th Street North, Suite 1275
Birmingham, AL 35203
Tel: 205.212.9988
Fax: 205.212.9989
joel@dilorenzo-law.com
Attorney for the Plaintiffs