UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| **This Document relates to:** **Kenneth G. Schwerzler v. Janssen Research & Development, LLC, et al.** **E.D. La. No. 2:17-cv-01625** | ) ) ) ) | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Kenneth G. Schwerzler.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Kirk Schwerzler, who is the surviving heir and son of Kenneth G. Schwerzler.

Dated: May 28, 2019

                                                Respectfully submitted,

                                                By:   */s/ Ethan L. Shaw*
                                                       Ethan L. Shaw
                                                       John P. Cowart
                                                       SHAW COWART, L.L.P.
                                                       1609 Shoal Creek Boulevard
                                                       Suite 100
                                                       Austin, Texas  78701
                                                       Telephone:  (512) 499-8900
                                                       Facsimile:  (512) 320-8906
                                                       elshaw@shawcowart.com
                                                       jcowart@shawcowart.com

                                                       *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                  */s/ Ethan L. Shaw*