UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| **This Document relates to:** ) | |
| **Kenneth G. Schwerzler v. Janssen** ) | |
| **Research & Development, LLC, et al.** ) | |
| **E.D. La. No. 2:17-cv-01625** ) | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Kirk Schwerzler on behalf of his deceased father, Kenneth G. Schwerzler.

1. Kenneth G. Schwerzler filed a products liability lawsuit against Defendants on February 27, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Kenneth G. Schwerzler died on July 10, 2018.

3. Kenneth G. Schwerzler's products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on May 28, 2019.

5. Kirk Schwerzler, surviving heir and son of Kenneth G. Schwerzler, is a proper party to substitute for plaintiff-decedent Kenneth G. Schwerzler and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf,

pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Kirk Schwerzler requests that this Court grant his request for substitution as plaintiff in this action.

Dated: May 28, 2019

                                            Respectfully submitted,

                                            By:  */s/ Ethan L. Shaw*
                                                  Ethan L. Shaw
                                                  John P. Cowart
                                                  SHAW COWART, L.L.P.
                                                  1609 Shoal Creek Boulevard
                                                  Suite 100
                                                  Austin, Texas  78701
                                                  Telephone:  (512) 499-8900
                                                  Facsimile:  (512) 320-8906
                                                  elshaw@shawcowart.com
                                                  jcowart@shawcowart.com

                                                  **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

                                                          */s/ Ethan L. Shaw*