**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL 2592

SECTION:  L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**This documents Relates to:**
*RICHARD RIPLEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-03222*

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well

as any responses thereto, finds the motion meritorious.  It is therefore:

ORDERED THAT Plaintiff Lisa Ripley, on behalf of the Estate of Richard Ripley, is

substituted for Plaintiff Richard Ripley in the above captioned cause.

Dated: _____            _____
                                              Hon. Eldon E. Fallon
                                              United States District Court Judge