# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

This documents Relates to:
*LINDA J. JONES v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-11344*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff LINDA J. JONES.

Dated: May 29, 2019                     Respectfully Submitted,

                            By: */s Douglas C. Monsour, Esq.*
                            **Douglas C. Monsour, Esq.**
                            Texas Bar No. 00791289
                            404 North Green Street
                            PO Box 4209
                            Longview, TX 75601
                            Phone (903) 758-5757
                            Fax (903) 230-5010
                            Email: doug@monsourlawfirm.com
                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 29, 2019                     Respectfully Submitted,

                                        By: /s Douglas C. Monsour, Esq.

                                        **Douglas C. Monsour, Esq.**
                                        Texas Bar No. 00791289
                                        404 North Green Street
                                        PO Box 4209
                                        Longview, TX 75601
                                        Phone (903) 758-5757
                                        Fax (903) 230-5010
                                        Email: doug@monsourlawfirm.com
                                        *Attorney for Plaintiff*