**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL NO. 2592** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION:  L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| This Document relates to: | ) | |
| Toni Diane Navarro v. Janssen Research | ) | |
| & Development, LLC, et al. | ) | **JURY TRIAL DEMANDED** |
| E.D. La. No. 2:16-cv-016297 | ) | |

---

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Toni Diane Navarro.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Blaise Joseph Navarro, Jr., who is the son and surviving heir of Toni Diane Navarro.

Dated:  May 30, 2019

Respectfully submitted,

By:   */s/ Ethan L. Shaw*
Ethan L. Shaw
John P. Cowart
SHAW COWART, L.L.P.
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas  78701
Telephone:  (512) 499-8900
Facsimile:  (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com

Perry W. Neichoy
PERRY W. NEICHOY, P.C.
1609 Shoal Creek Blvd, Suite 100
Austin, Texas  78701
Telephone:  (409) 839-4545
Facsimile:  (512) 320-8906
Perry@pwn-mediate.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Ethan L. Shaw*