UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Toni Diane Navarro v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-016297 | | JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Blaise Joseph Navarro, Jr. on behalf of his deceased mother, Toni Diane Navarro.

1. Toni Diane Navarro filed a products liability lawsuit against Defendants on November 10, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Toni Diane Navarro died on April 22, 2019.

3. Toni Diane Navarro's products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on May 30, 2019.

5. Blaise Joseph Navarro, Jr., surviving son of Toni Diane Navarro, is a proper party to substitute for plaintiff-decedent Toni Diane Navarro and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to

Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Blaise Joseph Navarro, Jr. requests that this Court grant his request for substitution as plaintiff in this action.

Dated: May 30, 2019

Respectfully submitted,

By: */s/ Ethan L. Shaw*
Ethan L. Shaw
John P. Cowart
SHAW COWART, L.L.P.
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas  78701
Telephone:  (512) 499-8900
Facsimile:  (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com

and

Perry W. Neichoy
PERRY W. NEICHOY, P.C.
1609 Shoal Creek Blvd, Suite 100
Austin, Texas  78701
Telephone:  (409) 839-4545
Facsimile:  (512) 320-8906
Perry@pwn-mediate.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

*/s/ Ethan L. Shaw*