**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**************************************

THIS DOCUMENT RELATES TO**:**

*GARY WATKINS v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-00150-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Gary Watkins during the pendency of this action, which occurred December 31, 2018. A copy of the death certificate is attached hereto. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed to substitute proper party plaintiff, Tammy Watkins as Surviving Spouse of Gary Watkins.

Dated: May 30, 2019

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: May 30, 2019

<u>/s/ Lennie F. Bollinger</u>
Lennie F. Bollinger

# CERTIFICATE OF DEATH

State File No. 2018125205

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | GARY LEE WATKINS |
| Sex | MALE |
| Date of Death | DECEMBER 31, 2018 |
| 2. Social Security Number | 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 |
| 4. Age | 62 |
| 5. Date of Birth | FEBRUARY 20, 1956 |
| 7. Birthplace | COLUMBUS, OHIO |
| 8a. Residence State | OHIO |
| County | PICKAWAY |
| City | ORIENT |
| Street Address | 9640 WELCH RD 43146 |
| Ever in US Armed Forces | NO |
| 10. Marital Status | MARRIED |
| 11. Surviving Spouse | TAMMY GEORGE-WATKINS |
| 12. Decedent's Education | BACHELORS DEGREE (E.G. BA, AB, BS) |
| Race | WHITE |
| 15. Father's Name | HARRY C. WATKINS |
| 16. Mother's Name | MARTHA HALLIDAY |
| 17a. Informant's Name | TAMMY GEORGE-WATKINS |
| 17b. Relationship | WIFE |
| 17c. Mailing Address | 9640 WELCH RD, ORIENT, OHIO 43146 |
| 18a. Place of Death | DECEDENT'S HOME |
| 18b. Facility Name | 9640 WELCH RD |
| 18c. City | ORIENT, OH 43146 |
| County | PICKAWAY |
| 19. Funeral Service Licensee | O. JEFFREY SPENCE |
| License Number | 008100 |
| 21. Name and Address of Funeral Facility | SPENCE-MILLER FH, 2697 COLUMBUS ST, GROVE CITY, OH 43123 |
| 22. Method and Place of Disposition | BURIAL - UNION CEMETERY ASSOCIATION, COLUMBUS, OH |
| 23. Local Registrar | PAULA JOHNSTON |
| 24. Date Filed | JANUARY 02, 2019 |
| 25a. Certifier | Certifying Physician |
| 25b. Time of Death | 1305 |
| 25c. Date Pronounced Dead | DECEMBER 31, 2018 |
| 25d. Was Case Referred to Medical Examiner or Coroner | NO |
| 26a. Certifier Name | JENNIFER LAUREN HIRSH, MD |
| License Number | 35.120105 |
| 26g. Date Signed | JANUARY 02, 2019 |
| 27. Name and Address of Person Who Completed Cause of Death | JENNIFER LAUREN HIRSH, 1492 DUBLIN ROAD, COLUMBUS, OH 43215 |

## Cause of Death

| Part I | | Approximate Interval Onset and Death |
|---|---|---|
| Immediate Cause | a. IDIOPATHIC PULMONARY FIBROSIS | UNKNOWN |
| | b. Due to (or as a consequence of): | |
| | c. Due to (or as a consequence of): | |
| | d. Due to (or as a consequence of): | |

| Field | Value |
|---|---|
| 29a. Was Autopsy Performed | NO |
| 29b. Were Autopsy Findings Available Prior to Completion of Cause of Death | NOT APPLICABLE |
| 30. Did Tobacco Use Contribute to Death | NO |
| 31. If Female, Pregnancy Status | NOT APPLICABLE |
| 32. Manner of Death | NATURAL |

Paula Johnston, Registrar

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH

VOID VOID VOID