**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

THIS DOCUMENT RELATES TO**:**

*BRIAN COFFEY, AS POWER OF ATTORNEY FOR EDWARD COFFEY, v.*
*Janssen Research & Development, LLC, et al; Civil Action No. 2:16-cv-09158*

### SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Edward Coffey during the pendency of this action, which occurred July 20, 2018. A copy of the death certificate is attached hereto. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed to re-name Plaintiff Brian Coffey as Surviving Son of Edward Coffey, in place of "As Power of Attorney for Edward Coffey."

Dated: May 30, 2019

                                                                            Respectfully submitted,

                                                                            /s/ Lennie F. Bollinger
                                                                            Lennie F. Bollinger
                                                                            State Bar No. 24076894
                                                                            WORMINGTON & BOLLINGER
                                                                            212 E. Virginia Street
                                                                            McKinney, Texas 75069
                                                                            (972) 569-3930 Phone
                                                                            (972) 547-6440 Facsimile
                                                                            LB@wormingtonlegal.com

                                                                      **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: May 30, 2019

/s/ Lennie F. Bollinger
Lennie F. Bollinger

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101 2018-28898

1. **DECEASED LEGAL NAME:** Edward W Coffey
2. **DATE AND TIME OF DEATH:** Jul 20, 2018 0933
3. **ALIAS NAME (IF ANY):** None Given
4. **DATE AND TIME PRONOUNCED DEAD:**
5. **COUNTY OF DEATH:** Chilton
6. **CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE:** Jemison, 35085
7. **PLACE OF DEATH:** 640 County Road 209
8. **SEX:** Male
9. **LAST NAME PRIOR TO FIRST MARRIAGE:**
10. **SERVED IN ARMED FORCES:** No
11. **AGE:** 80
12. **DATE OF BIRTH:** Aug 15, 1937
13. **BIRTHPLACE (State or Foreign Country):** Illinois
14. **SOCIAL SECURITY NUMBER:** 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
15. **MARITAL STATUS:** Widowed
16. **SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE:**
17. **RESIDENCE STATE:** Alabama
18. **RESIDENCE COUNTY:** Chilton
19. **CITY, TOWN OR LOCATION AND ZIP CODE:** Jemison, 35085
20. **STREET ADDRESS:** 640 County Road 209
21. **INFORMANT NAME, RELATIONSHIP AND ADDRESS:** Brian Coffey, Son, 640 County Road 209, Jemison, AL 35085
22. **FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Edward Michael Coffey
23. **MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Margeret Johanson
24. **DISPOSITION OF BODY:** Cremation
25. **CEMETERY OR CREMATORY:** WE Lusain Crematory
26. **LOCATION:** Birmingham, Alabama
27. **DATE OF DISPOSITION:** Jul 21, 2018
28. **FUNERAL DIRECTOR:** Ethelyn R Lusain
29. **LICENSE NUMBER:**
30. **DATE SIGNED:** Jul 24, 2018
31. **FUNERAL HOME NAME AND ADDRESS:** W E Lusain Funeral Home, 629 Goldwire Way SW, Birmingham, AL 35211
32. **LICENSE NUMBER:**

**MEDICAL CERTIFICATION:** X CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER ___ CORONER

34. **NAME:** Amy Stubbs MD
35. **LICENSE NUMBER:** 30096
36. **DATE SIGNED:** Jul 25, 2018
37. **ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** 245 Cahaba Valley Parkway, Suite 110, Pelham, Alabama 35124
38. **REGISTRAR:** Nicole Henderson Rushing
39. **DATE FILED:** Jul 25, 2018

### CAUSE OF DEATH

40. **PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH**

| | | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE | A. Chronic systolic, congestive heart failure | Unknown |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | B. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | C. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | D. | |

41. **PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH**

42. **MANNER OF DEATH:** Natural Causes
43. **PREGNANT (IF FEMALE):**
44. **AUTOPSY:** Unk
45. **FINDINGS CONSIDERED:** Unk
46. **TOXICOLOGY:** Unk
47. **FINDINGS CONSIDERED:** Unk
48. **TOBACCO USE CONTRIBUTED TO DEATH:** Unknown
49. **HOW INJURY OCCURRED:**
50. **DATE AND TIME OF INJURY:**
51. **INJURY AT WORK:**
52. **IF TRANSPORTATION INJURY SPECIFY:**
53. **PLACE OF INJURY:**
54. **LOCATION OF INJURY:**

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-347-213-Z

July 26, 2018

*Nicole H Rushing*
Nicole Henderson Rushing
State Registrar of Vital Statistics