UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) | MDL No. 2592 |
| | ) | |
| _____ | ) | SECTION: L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE ELDON E. FALLON |
| | ) | MAGISTRATE JUDGE NORTH |
| Jewelene Randall v. Janssen Research & Development, LLC, et al., 2:16-CV-02945 (ED. La.) | ) ) ) | MOTION TO SUBSTITUTE ATTORNEY |
| James Joseph Howell v. Janssen Research & Development, LLC, et al., 2:16-CV-06969 (ED. La.) | ) ) ) ) | |
| Emily Craft v. Janssen Research & Development, LLC, et al., 2:16-CV-14708 (ED. La.) | ) ) ) ) | |
| Frank King v. Janssen Research & Development, LLC, et al., 2:16-CV-15615 (ED. La.) | ) ) ) ) | |
| Murphy v. Janssen Research & Development, LLC, et al., 2:17-CV-02681 (ED. La.) | ) ) ) ) | |
| Ruth Hill v. Janssen Research & Development, LLC, et al., 2:16-CV-06942 (ED. La.) _____ | ) ) ) ) | |

**PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COME NOW, the Plaintiffs herein, and files this the Plaintiffs' Joint Motion for

Withdrawal and Substitution of Counsel, and respectfully show to this Court as follows:

The Plaintiffs respectfully request that attorney Diandra S. Debrosse Zimmermann, formerly of ZARZAUR MUJUMDAR & DEBROSSE - TRIAL LAWYERS be withdrawn as counsel in the main MDL No. 2592 and in the member cases Randall v. Janssen Research & Development, LLC, et al., 2:16-cv-02945; Howell v. Janssen Research & Development, LLC, et al., 2:16-cv-06969; Craft v. Janssen Research & Development, LLC, et al., 2:16-cv-14748; King v. Janssen Research & Development, LLC, et al., 2:16-cv-15615; Murphy v. Janssen Research & Development, LLC, et al., 2:17-cv-02681; and Hill v. Janssen Research & Development, LLC, et al., 2:16-cv-06942.

The Plaintiffs further request the substitution of attorney Gregory Zarzaur of the law firm now known as ZARZAUR, 2332 2nd Avenue North, Birmingham, Alabama 35203, in place of attorney Diandra S. Debrosse Zimmermann.

Attorney Gregory Zarzaur and attorney Diandra S. Debrosse Zimmermann have conferred and represent to this Court that attorney Diandra S. Debrosse Zimmermann consents to this Motion.

WHEREFORE, the Plaintiffs respectfully request that attorney Diandra S. Debrosse Zimmermann be withdrawn as counsel and that attorney Gregory Zarzaur of ZARZAUR be substituted therefor.

Respectfully submitted this the 30th day of May, 2019.

Gregory Zarzaur (ASB-0759-E45Z)
ZARZAUR
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205.983.7985

F: 888.505.0523
E: gregory@zarzaur.com

Diandra S. Debrosse Zimmermann (ASB-2956-N76D)
123 Justison Street
Wilmington, DE 19801
T: 302-622-7129
F: 302-622-7100
E: ddebrosse@gelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, a copy of the foregoing Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

_____
Gregory Zarzaur

_____
Diandra S. Debrosse Zimmermann