UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Jewelene Randall v. Janssen Research ) <br> & Development, LLC, et al., ) <br> 2:16-CV-02945 (ED. La.) ) <br> ) <br> James Joseph Howell v. Janssen Research ) <br> & Development, LLC, et al., ) <br> 2:16-CV-06969 (ED. La.) ) <br> ) <br> Emily Craft v. Janssen Research ) <br> & Development, LLC, et al., ) <br> 2:16-CV-14708 (ED. La.) ) <br> ) <br> Frank King v. Janssen Research ) <br> & Development, LLC, et al., ) <br> 2:16-CV-15615 (ED. La.) ) <br> ) <br> Murphy v. Janssen Research ) <br> & Development, LLC, et al., ) <br> 2:17-CV-02681 (ED. La.) ) <br> ) <br> Ruth Hill v. Janssen Research ) <br> & Development, LLC, et al., ) <br> 2:16-CV-06942 (ED. La.) ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

### **ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of

Counsel, IT IS HEREBY ORDERED that the attorney Diandra S. Debrosse

Zimmermann is withdrawn as attorney of record in MDL No. 2592 and for the above-referenced Plaintiffs.

IT IS FURTHER ORDERED that attorney Gregory Zarzaur of ZARZAUR will henceforth be counsel of record for the above-referenced Plaintiffs, and Diandra S. Debrosse Zimmermann is relieved as counsel.

New Orleans, Louisiana, this the _____ day of May, 2019.

_____
Honorable Eldon E. Fallon
United States District Judge