UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rene Sanning v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-11754

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process, R. Doc. 13517,

**IT IS ORDERED** that Plaintiff in the above-listed action shall have sixty (60) days from the date of this Order within which to effect service on Defendant Bayer Healthcare Pharmaceuticals, Inc. through the streamlined process at the correct address as set forth in this Court's Pre-Trial Order No. 10.

New Orleans, Louisiana, this 30th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE