## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　　MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION L

　　　　　　　　　　　　　　　　　　　　JUDGE ELDON E. FALLON

　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Ralph McDonald v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-12201

### ORDER

　　　　Considering the foregoing Motion for Extension of Time Within Which to Serve Process,

R. Doc. 13518,

　　　　**IT IS ORDERED** that Plaintiff in the above-listed action shall have sixty (60) days from

the date of this Order within which to effect service on Defendant Bayer Healthcare

Pharmaceuticals, Inc. through the streamlined process at the correct address as set forth in this

Court's Pre-Trial Order No. 10.

　　　　New Orleans, Louisiana, this 30th day of May, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE