UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lavern Clark v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-08430

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13593, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Brenda Kimbrell, surviving daughter of Lavern Clark, is substituted for Plaintiff Lavern Clark as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE