**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS DOCUMENT ONLY RELATES TO:**

*GARY WATKINS v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-00150-EEF-MBN*

### EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Tammy Watkins as Plaintiff on behalf of her deceased spouse, Gary Watkins.

1. Gary Watkins filed a products liability lawsuit against defendants on December 23, 2015 (Joint Complaint) and January 7, 2016 (Short-Form Complaint).

2. Subsequently, Plaintiff's counsel was notified that Gary Watkins died on December 31, 2018.

3. Gary Watkins' products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on May 30, 2019.

5. Tammy Watkins, spouse of Gary Watkins, is a proper party to substitute for plaintiff-decedent Gary Watkins and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or

representative."

WHEREFORE, Tammy Watkins requests this Honorable Court grant her request for substitution as Plaintiff in this action.

Dated: May 30, 2019

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: May 30, 2019

/s/ Lennie F. Bollinger
Lennie F. Bollinger