**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | **JUDGE ELDON E. FALLON** |
| | * | **MAGISTRATE JUDGE NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

*GARY WATKINS v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-00150-EEF-MBN*

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff, as well as any response thereto, finds the motion meritorious.

It is therefore ORDERED THAT Plaintiff Tammy Watkins, on behalf of Gary Watkins, is substituted for Plaintiff Gary Watkins, in the above captioned cause.

New Orleans, Louisiana this _____ day of _____, 2019.

                                                                                                           _____
                                                                                                            Honorable Eldon E. Fallon
                                                                                                            United States District Court Judge