UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Madie Nelson v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-10494

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13600, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff William Nelson, surviving son of Madie Nelson, is substituted for Plaintiff Madie Nelson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE