**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS DOCUMENT ONLY RELATES TO:**

*BRIAN COFFEY, AS POWER OF ATTORNEY FOR EDWARD COFFEY, v.*
*Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-09158*

### EX PARTE MOTION TO SUBSTITUTE AND RENAME PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting and renaming Plaintiff Brian Coffey, As Power of Attorney for Edward Coffey to **Brian Coffey, Surviving Son of Edward Coffey**, **Deceased**, due to the death of his father subsequent to the filing of this case.

1. Brian Coffey, As Power of Attorney for Edward Coffey, filed a products liability lawsuit against defendants on May 20, 2016 (Joint Complaint) and June 8, 2016 (Short-Form Complaint).

2. Subsequently, Plaintiff's counsel was notified that Edward Coffey died on July 20, 2018.

3. Edward Coffey's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on May 30, 2019.

5. Brian Coffey, formerly Power of Attorney in this action, and surviving son of Edward Coffey, is a proper party to substitute for plaintiff-decedent Edward Coffey and has proper capacity to proceed forward with the surviving products liability lawsuit on his

behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests this Honorable Court grant this Motion to Substitute and Rename Party Plaintiff from Brian Coffey, As Power of Attorney for Edward Coffey, to Brian Coffey, as Surviving Son of Edward Coffey, Deceased.

Dated: May 30, 2019

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: May 30, 2019

/s/ Lennie F. Bollinger
Lennie F. Bollinger