UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**************************************
THIS DOCUMENT RELATES TO:

*BRIAN COFFEY, AS POWER OF ATTORNEY FOR EDWARD COFFEY, v.*
*Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-09158*

## ORDER

The Court, after considering Plaintiff's Motion to Substitute and Rename Party Plaintiff, as well as any response thereto, finds the motion meritorious.

It is therefore ORDERED THAT Plaintiff Brian Coffey, as Surviving Son of Edward Coffey, Deceased, is substituted and renamed for Plaintiff Brian Coffey, As Power of Attorney for Edward Coffey, in the above captioned cause.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge