IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | NO. MDL -2592 |
| This Document Relates to: | SECTION L |
| Plaintiff: Roland Hjorth<br>Case: 2:18-cv-01643 | SUGGESTION OF DEATH OF PLAINTIFF ROLAND HJORTH |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaitniff Roland Hjorth, which occurred on May 6, 2019.

RESPECTFULLY SUBMITTED this 30th day of May, 2019.

DIAMONDMASSONG, PLLC

By _____
Maria S. Diamond, WSBA #13472
1215 Fourth Avenue, Suite 1275
Seattle, WA 98161
T: (206) 445-1258
maria@diamondmassong.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_____
Maria S. Diamond

SUGGESTION OF DEATH OF
PLAINTIFF ROLAND HJORTH - 1 of 1

DIAMONDMASSONG, PLLC
1215 Fourth Avenue, Suite 1275
Seattle, WA 98161
206.445.1258 Phone 206.445.1257 Fax