UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE NORTH |
| Stuart, Kim, et al., v Bayer Healthcare | ) |
| Pharmaceuticals Inc., et al., ) | |
| Case No.: 2:19-cv-06576-EEF-MBN ) | |
| _____) | |

## NOTICE OF SERVICE

Notice is hereby given that, pursuant to Pre-Trial Order #10, issued on March 24, 2015, Plaintiff has this date served the Complaint and Summons in the above entitled action upon

> Bayer Pharma AG
> Attn: Eva Gardyan-Eisenlohr
> General Counsel
> Muellerstrasse 178
> 13353 Berlin
> GERMANY

by sending same via Registered U.S. Mail, Return Receipt Requested, and via electronic mail to

xareltocomplaints@babc.com.

DATED: June 4, 2019          Respectfully submitted,

> s/Eric D. Holland
> HOLLAND LAW FIRM
> 300 N. Tucker Blvd., Suite 801
> St. Louis, MO 63101
> Tel: 314-241-8111
> Fax: 314-241-5554
> E-mail: eholland@allfela.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      Respectfully submitted,

                                      */s/ Eric D. Holland*
                                      Eric D. Holland  (Mo. Bar # 39935)
                                      Holland Law Firm, LLC
                                      300 N. Tucker Blvd., Suite 801
                                      St. Louis, MO 63101
                                      Tel: 314-241-8111
                                      Fax: 314-241-5554
                                      Email: eholland@allfela.com
                                      Counsel for the Plaintiffs