UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

*********************************************

**THIS DOCUMENT RELATES TO:**
*Laura Hart v. Janssen Research & Development, LLC, et al.*, **18-cv-6948**

# ORDER

**IT IS ORDERED** that Plaintiff's motion to dismiss without prejudice, R. Doc. 10932, is **DENIED** and that Plaintiff's claims against all Defendants in Laura Hart v. Janssen Research & Development, LLC, et al (2:18-cv-6948) are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana this 3rd day of June, 2019.

*[signature]*
UNITED STATES DISTRICT JUDGE