# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Amber Pfaff v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:19-cv-01563-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion to Dismiss Without Prejudice, as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff's case, pending under cause number 2:19-cv-01563-EEF-MBN is hereby Dismissed Without Prejudice.

New Orleans, Louisiana this 3rd day of June, 2019.

Hon. Eldon E. Fallon
United States District Court Judge