UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jewelene Randall v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-02945

*James Joseph Howell v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-06969

*Emily Craft v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-14708

*Frank King v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15615

*Murphy v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-02681

*Ruth Hill v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-06942

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel, R. Doc. 13628,

**IT IS ORDERED** that attorney Diandra S. Debrosse Zimmerman is withdrawn as attorney of record in MDL No. 2592 and for the above-referenced Plaintiffs.

**IT IS FURTHER ORDERED** that attorney Gregory Zarzaur of ZARZAUR will henceforth be counsel of record for the above-referenced Plaintiffs, and Diandra S. Debrosse Zimmerman is relieved as counsel.

New Orleans, Louisiana, this 3rd day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE