UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Launa Dennis v. Janssen Research & Development, et al.*;<br>**Civil Case No.: 2:19-cv-06692** | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

## PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, Plaintiffs herein, and files this, the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, and respectfully states to this Court as follows:

The Plaintiffs requests that Morgan & Morgan Complex Litigation Group, 201 North Franklin Street, 7th Floor, Tampa, FL 33602 be granted leave to withdraw as counsel as they no longer represent Plaintiffs.

The Plaintiffs further requests the substitution of Reich & Binstock LLP, 4265 San Felipe Street, Ste. 1000, Houston, TX 77027 in place of Morgan & Morgan Complex Litigation Group.

Morgan & Morgan Complex Litigation Group has conferred with Reich & Binstock LLP and represents that both Morgan & Morgan Complex Litigation Group and Reich & Binstock LLP consent to this Motion.

WHEREFORE, the Plaintiff respectfully requests that Morgan & Morgan Complex Litigation Group be granted leave to withdraw as counsel and that Reich & Binstock LLP be substituted therefor.

Dated this 4th day of June, 2019.

Respectfully submitted,

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

/s/ Joseph T. Waechter
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
201 N. Franklin St., Suite 700
Tampa, FL 33602
Email: JWaechter@forthepeople.com
Email: MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
Dennis C. Reich
Email: dreich@reichandbinstock.com
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joseph T. Waechter
Joseph T. Waechter