UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Launa Dennis v. Janssen Research & Development, et al.*;<br>**Civil Case No.: 2:19-cv-06692** | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

**IT IS HEREBY ORDERED,** that Morgan & Morgan Complex Litigation Group is withdrawn as Plaintiff's attorney of records.

**IT IS FURTHER ORDERED,** that Reich & Binstock, LLP is substituted as the Plaintiffs' attorney of record.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**