# CERTIFICATION OF DEATH RECORD

## CITY OF FAIRFIELD
## FAIRFIELD, ILLINOIS
## MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2018 0045836
**DATE ISSUED:** 6/5/2018

**DECEDENT'S LEGAL NAME:** EDNA WANDALEE TRIGGS
**SEX:** FEMALE
**DATE OF DEATH:** MAY 31, 2018

**COUNTY OF DEATH:** WAYNE
**AGE AT LAST BIRTHDAY:** 95 YEARS
**DATE OF BIRTH:** [redacted] 1923

**CITY OR TOWN:** FAIRFIELD
**HOSPITAL OR OTHER INSTITUTION NAME:** FAIRFIELD MEMORIAL HOSPITAL

**PLACE OF DEATH:** INPATIENT

**BIRTHPLACE:** GRAYVILLE, IL
**SOCIAL SECURITY NUMBER:** [redacted]919[redacted]
**STATUS AT TIME OF DEATH:** WIDOWED
**SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME:**
**EVER IN U.S. ARMED FORCES:** NO

**RESIDENCE:** [redacted]
**APT. NO.:**
**CITY OR TOWN:** FAIRFIELD
**INSIDE CITY LIMITS?:** YES

**COUNTY:** WAYNE
**STATE:** IL
**ZIP CODE:** 62837
**FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** JOHN BROSTER
**MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** ALICE JESOP

**INFORMANT'S NAME:** TIM TRIGGS
**RELATIONSHIP:** SON
**MAILING ADDRESS:** [redacted] FAIRFIELD, IL, 62837

**METHOD OF DISPOSITION:** BURIAL
**PLACE OF DISPOSITION:** GRACELAND CEMETERY ASSOCIATION
**LOCATION - CITY OR TOWN AND STATE:** ALBION, IL
**DATE OF DISPOSITION:** JUNE 04, 2018

**FUNERAL HOME:** JOHNSON AND VAUGHN FUNERAL HOME INC, 106 NE 4TH STREET, FAIRFIELD, IL 62837

**FUNERAL DIRECTOR'S NAME:** JAMES R BEST
**FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER:** 034016528

**LOCAL REGISTRAR'S NAME:** TINA HUTCHCRAFT
**DATE FILED WITH LOCAL REGISTRAR:** JUNE 4, 2018

**CAUSE OF DEATH PART I:**
**IMMEDIATE CAUSE** (Final disease or condition resulting in death): SEPTIC SHOCK
Due to (or as a consequence of):
b. MULTI ORGAN FAILURE
Due to (or as a consequence of):
c. CONGESTIVE HEART FAILURE
Due to (or as a consequence of):

**APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH:** HOURS / DAYS / YEARS

**PART II:** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

**WAS AN AUTOPSY PERFORMED?:** NO
**WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?:** N/A

**FEMALE PREGNANCY STATUS:** NOT APPLICABLE
**MANNER OF DEATH:** NATURAL

**DATE OF INJURY:**
**TIME OF INJURY:**
**PLACE OF INJURY:**
**INJURY AT WORK?:**

**LOCATION OF INJURY:**

**DESCRIBE HOW INJURY OCCURRED:**
**IF TRANSPORTATION INJURY, SPECIFY:**

**ATTEND THE DECEASED?:**
**DATE LAST SEEN ALIVE:**
**WAS MEDICAL EXAMINER OR CORONER CONTACTED?:** YES
**DATE PRONOUNCED:** MAY 31, 2018
**TIME OF DEATH:** 08:10 AM

**CERTIFIER:** MEDICAL EXAMINER/CORONER
**DATE CERTIFIED:** JUNE 01, 2018

**NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** JIMMY TAYLOR, 106 EAST CENTER STREET, FAIRFIELD, IL 62837
**PHYSICIAN'S LICENSE NUMBER:**

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Tina Hutchcraft*
Tina Hutchcraft
Fairfield City Clerk and Wayne County Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VOID