**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** <br><br> *Edna Triggs v. Janssen Research & Development LLC f/k/a  Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.,* <br> **No. 2:15-cv-03035** | **MDL No. 2592** <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**ORDER**

Upon consideration of Plaintiff's Motion for Substitution of Party, the motion is HEREBY

GRANTED.   IT IS ORDERED THAT Plaintiff William Frederick Triggs, the executor of the estate

of Edna Triggs, be substituted for Edna Triggs as the Plaintiff in this action.


SO ORDERED:


_____
Hon. Eldon E. Fallon
United States District Court Judge


Dated:_____