UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*LILLIAN MILLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:18-cv-06963*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Felecia Holmes, on behalf of the Estate of LILLIAN MILLER, in the above captioned cause.

1. Lillian Miller filed a products liability lawsuit against defendants on July 25, 2018.

2. Plaintiff Lillian Miller died on October 30, 2018.

3. Lillian Miller's products liability action against defendants survived her death and was not extinguished

4. Plaintiff filed a Suggestion of Death on April 30, 2019, attached hereto as "Exhibit A".

5. Felecia Holmes, surviving daughter of Lillian Miller, is a proper party to substitute for plaintiff-decedent Lillian Miller and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: June 5, 2019                                    Respectfully Submitted,


By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 5, 2019                                       Respectfully Submitted,

                                                      By: */s Douglas C. Monsour, Esq.*

                                                      **Douglas C. Monsour, Esq.**
                                                      Texas Bar No. 00791289
                                                      404 North Green Street
                                                      PO Box 4209
                                                      Longview, TX 75601
                                                      Phone (903) 758-5757
                                                      Fax (903) 230-5010
                                                      Email: doug@monsourlawfirm.com
                                                      *Attorney for Plaintiff*