UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*DARYL SUMMERS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08435*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Minta Summers, on behalf of the Estate of DARYL SUMMERS, in the above captioned cause.

1. Daryl Summers filed a products liability lawsuit against defendants on May 19, 2016.

2. Plaintiff Daryl Summers died on August 29, 2018.

3. Daryl Summers's products liability action against defendants survived his death and was not extinguished

4. Plaintiff filed a Suggestion of Death on June 5, 2019, attached hereto as "Exhibit A".

5. Minta Summers, surviving spouse of Daryl Summers, is a proper party to substitute for plaintiff-decedent Daryl Summers and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: June 5, 2019                  Respectfully Submitted,

                                         By: */s Douglas C. Monsour, Esq.*
                                         **Douglas C. Monsour, Esq.**
                                         Texas Bar No. 00791289
                                         404 North Green Street
                                         PO Box 4209
                                         Longview, TX 75601
                                         Phone (903) 758-5757
                                         Fax (903) 230-5010
                                         Email: doug@monsourlawfirm.com
                                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 5, 2019                              Respectfully Submitted,

                                                 By: */s Douglas C. Monsour, Esq.*

                                                 **Douglas C. Monsour, Esq.**
                                                 Texas Bar No. 00791289
                                                 404 North Green Street
                                                 PO Box 4209
                                                 Longview, TX 75601
                                                 Phone (903) 758-5757
                                                 Fax (903) 230-5010
                                                 Email: doug@monsourlawfirm.com
                                                 *Attorney for Plaintiff*