UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Vernon Ray v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:16-cv-03356

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, finds the motion meritorious.

**THEREFORE, IT IS ORDERED** that Plaintiff William Thomas Ray, surviving son of Vernon Ray, is substituted for Plaintiff Vernon Ray as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE