### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)  :  **MDL No. 2592**
PRODUCTS LIABILITY     :
            :  **SECTION L**
            :
            :  **JUDGE ELDON E. FALLON**
            :
            :  **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

Mildred McCarthy v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:15-cv-06442

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

   COMES NOW counsel for Plaintiff Mildred McCarthy, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Mildred McCarthy and as grounds therefore shows unto the court as follows:

   1.  Plaintiff Mildred McCarthy, died on June 12, 2017.

   2.  A Notice and Suggestion of Death was filed with the Court on April 22, 2019.  A copy of the Notice is attached hereto and incorporated herein by reference as "Exhibit A."

   3.  Donna Farmer, surviving daughter of Mildred McCarthy, is a proper party to substitute for plaintiff-decedent, Mildred McCarthy, and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Federal Rule of Civil Procedure 25 (a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

   4.  Donna Farmer has agreed to be substituted as a party plaintiff in this action.

WHEREFORE, Donna Farmer respectfully requests that she be substituted as Plaintiff in the cause of action.

Respectfully submitted this 5th day of June, 2019.

MARTIN & JONES, PLLC

/s/ *Carrie R. Guest*
Carrie R. Guest, NCSB# 36451
H. Forest Horne, NCSB# 16678
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
hfh@m-j.com
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: June 5, 2019.

/s/ *Carrie R. Guest*
Carrie R. Guest