UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Mildred McCarthy v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:15-cv-06442

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, finds the motion meritorious.

**THEREFORE, IT IS ORDERED** that Plaintiff Donna Farmer, surviving daughter of Mildred McCarthy, is substituted for Plaintiff Mildred McCarthy as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE