**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) **MDL No. 2592** ) ) ) **SECTION: L** ) **JUDGE ELDON E. FALLON** ) ) **MAG. JUDGE NORTH** ) ) ) |

**THIS DOCUMENT RELATES TO:**

*Barbara Corley v. Janssen Research & Development, LLC, et al;*
*Case No. 2:19-cv-07593-EEF-MBN*

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, after considering the Plaintiff's Motion to Dismiss Without Prejudice, as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff's case, pending under cause number 2:19-cv-07593-EEF-MBN is hereby Dismissed Without Prejudice.

Dated: _____          _____
                                                                        Hon. Eldon E. Fallon
                                                                        United States District Court Judge