**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MDL No. 2592**<br><br>**SECTION: L**<br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Jamesetta H. Grant v. Janssen Research & Development, LLC, et al;*
*Case No. 2:19-cv-04656-EEF-MBN*

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

Counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order dismissing cause number 2:19-cv-04656 without prejudice. In support of this motion, Counsel would show the Court as follows:

1. Jamesetta H. Grant filed a products liability lawsuit against Defendants on March 28, 2019.

2. At the time of the filing of this motion none of the Defendants have been served or have filed a responsive pleading to the Plaintiff's Complaint.

3. Pursuant to Rule 41(a)(1), the Plaintiff respectfully requests this Court dismiss this action WITHOUT PREJUDICE which allows the Plaintiff to re-file said action in accordance with law in the future.

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: June 5, 2019                                   By: __/s/ Jennifer L. Orendi__

Jennifer L. Orendi
**DALIMONTE RUEB LLP**
1250 Connecticut Avenue NW
Suite 200
Washington, DC 20036
Telephone: 202-538-2790
Fax: 202-261-3508
jorendi@drlawllp.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 5, 2019                    By: ___/s/ Jennifer L. Orendi___
                                       Jennifer L. Orendi
                                       **DALIMONTE RUEB LLP**
                                       1250 Connecticut Avenue NW
                                       Suite 200
                                       Washington, DC 20036
                                       Telephone: 202-538-2790
                                       Fax: 202-261-3508
                                       jorendi@drlawllp.com
                                       Attorney for Plaintiff