UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jamesetta H. Grant v. Janssen Research & Development, LLC, et al;*
*Case No. 2:19-cv-04656-EEF-MBN*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, after considering the Plaintiff's Motion to Dismiss Without Prejudice, as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff's case, pending under cause number 2:19-cv-04656-EEF-MBN is hereby Dismissed Without Prejudice.

Dated: _____          _____
                                                                          Hon. Eldon E. Fallon
                                                                          United States District Court Judge