## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL 2592

SECTION:  L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**This documents Relates to:**
***EILEEN PROFETA v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,***
***Civil Action No. 2:16-cv-03221***

## <u>MOTION FOR SUBSTITUTION OF PROPER PARTY</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Dr. Adrianne Profeta, on behalf of the Estate of EILEEN PROFETA, in the above captioned cause.

1. Eileen Profeta filed a products liability lawsuit against defendants on April 7, 2016.

2. Plaintiff Eileen Profeta died on April 4, 2018.

3. Eileen Profeta's products liability action against defendants survived her death and was not extinguished

4. Plaintiff filed a Suggestion of Death on June 5, 2019, attached hereto as "Exhibit A".

5. Dr. Adrianne Profeta, surviving daughter of Eileen Profeta, is a proper party to substitute for plaintiff-decedent Eileen Profeta and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party.  A motion for substitution may be made by any party or by the decedent's successor
or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for
substitution as Plaintiff in this action

Dated: June 5, 2019                             Respectfully Submitted,


                                                By: */s Douglas C. Monsour, Esq.*
                                                **Douglas C. Monsour, Esq.**
                                                Texas Bar No. 00791289
                                                404 North Green Street
                                                PO Box 4209
                                                Longview, TX 75601
                                                Phone (903) 758-5757
                                                Fax (903) 230-5010
                                                Email: doug@monsourlawfirm.com
                                                *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 5, 2019                          Respectfully Submitted,

By: */s Douglas C. Monsour, Esq.*

**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*