# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*EILEEN PROFETA v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-03221*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff EILEEN PROFETA.

Dated: June 5, 2019                                    Respectfully Submitted,


By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 5, 2019　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: */s Douglas C. Monsour, Esq.*

　　　　　　　　　　　　　　　　　　　　**Douglas C. Monsour, Esq.**
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00791289
　　　　　　　　　　　　　　　　　　　　404 North Green Street
　　　　　　　　　　　　　　　　　　　　PO Box 4209
　　　　　　　　　　　　　　　　　　　　Longview, TX 75601
　　　　　　　　　　　　　　　　　　　　Phone (903) 758-5757
　　　　　　　　　　　　　　　　　　　　Fax (903) 230-5010
　　　　　　　　　　　　　　　　　　　　Email: doug@monsourlawfirm.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*