UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LANCE LOWERY,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND FICTITIOUS DEFENDANTS 1-100,<br><br>    Defendants. | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.<br>2:16-cv-12653-EEF-MBN |

## SUGGESTION OF DEATH

PLEASE TAKE NOTICE, that the Plaintiff in the above-captioned matter, Lance Lowery is believed to have died on March 27, 2018. A copy of his death certificate is attached herein as Exhibit 1.

Counsel has been in contact Mr. Lowery's surviving spouse and adult children, who are in the process of making arrangements for appointment of a personal representative or other person authorized to file a motion pursuant to Fed. R. Civ. P. 25(a)(l) seeking an Order substituting him or her as parties in the above-captioned matter in the place and stead of Mr. Lowery.

Respectfully submitted,
/s/ *Amber M. Pang Parra*
AMBER M. PANG PARRA, ESQ.
JUSTINIAN & ASSOCIATES PLLC
6228 Bandera Road
San Antonio, TX 78238
Telephone: 855.452.5529
Facsimile: 512.852.1980
Email: ampp@justinian.com
Texas Bar No. 24009224
Hawaii Bar No. 7305
ATTORNEYS FOR PLAINTIFF