# CERTIFICATION OF VITAL RECORD

## MOORE COUNTY
## OFFICE OF REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH** — ORIGINAL — 347

REGISTRATION DISTRICT NO. 063-61
COUNTY OF DEATH: MOORE

**DECEDENT'S LEGAL NAME**
1a. FIRST: Lance
1c. LAST: Lowery

2. SEX: M
3a. AGE-LAST BIRTHDAY (Yrs): 58
5. BIRTHPLACE: Robeson NC
6. DATE OF DEATH: MARCH 27, 2018

7a. PLACE OF DEATH: Hospice facility
7c. FACILITY NAME: FirstHealth Moore Reg. Hospice House
7d. CITY OR TOWN: Pinehurst
7e. COUNTY OF DEATH: Moore

8. MARITAL STATUS: Married
9. SURVIVING SPOUSE: Blondell Woods
10a. DECEDENT'S USUAL OCCUPATION: Drywall
10b. KIND OF BUSINESS/INDUSTRY: Construction

12a. RESIDENCE-STATE: North Carolina
12b. COUNTY: Hoke
12c. CITY OR TOWN: Raeford
12d. STREET AND NUMBER: 1197 Gainey Rd.
12f. ZIP CODE: 28376

14. DECEDENT'S EDUCATION: Some college credit, but no degree
15. DECEDENT OF HISPANIC ORIGIN: No
16. DECEDENT'S RACE: American Indian or Alaska Native

17. FATHER/PARENT NAME: Prentis Lowery
18. MOTHER/PARENT NAME: Shirley Anderson

19a. INFORMANT'S NAME: Blondell Lowery
19b. RELATIONSHIP TO DECEDENT: wife
19c. MAILING ADDRESS: 1197 Gainey Rd Raeford NC 28376

20a. METHOD OF DISPOSITION: Burial
20b. PLACE OF DISPOSITION: Lowery Family Cemetery
20c. LOCATION: Raeford NC

21a. SIGNATURE OF FUNERAL DIRECTOR: Amy Hardin Gowes
21b. LICENSE NUMBER: FD 3806
21c. NAME OF EMBALMER: Jonathan Prather
21d. LICENSE NUMBER: FSL 2844

22. NAME AND ADDRESS OF FUNERAL HOME: Heritage Funeral Home 812 South Main St. Red Springs, NC 28377

23. IMMEDIATE CAUSE: a. metastatic adenocarcinoma of the lung — months

PART II. Other significant conditions: Diabetes mellitus
24a. WAS AN AUTOPSY PERFORMED? No
24b. WERE AUTOPSY FINDINGS AVAILABLE: No

25. MANNER OF DEATH: Natural
26a. WAS CASE REFERRED TO MEDICAL EXAMINER? No
27. TIME OF DEATH: 2:54 pm
28. DID TOBACCO USE CONTRIBUTE TO DEATH? Probably

33a. SIGNATURE AND TITLE OF CERTIFIER: [signature] DO
33b. LICENSE NUMBER: 2007-01966
33c. DATE SIGNED: 3-28-18
33d. NAME AND ADDRESS OF CERTIFIER: Aaron Grave DO 251 Campground Rd Pinehurst NC 28374

34. FOR LOCAL REGISTRAR: Robert R. Wittmann / JSG
35. DATE FILED: 04/02/2018

Volume 105    Page 347

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

063-306475

**Judy D. Martin**
Register of Deeds
Moore County

Witness my hand and official seal this the 2nd day of April, 20 18

By: Tracy W. McAskill
Deputy/Assistant Register of Deeds

DHHS 3914 (REVISED 8/15) NC VITAL RECORDS

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.

