UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Alois Kocurek v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-01977*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED THAT** that Plaintiff Aaron Kocurek, on behalf of the Estate of his deceased uncle, Alois Kocurek, is substituted for the Plaintiff Alois Kocurek, as the proper party plaintiff in the above captioned case.

This _____ day of _____, 2019.

 

_____
Honorable Eldon E. Fallon
United States District Court Judge