# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

STATE FILE NUMBER: 2019 0027374
MEDICAL EXAMINER'S CASE NUMBER: ME2019-01440
DATE ISSUED: 4/15/2019

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | NICHOLAS G KNIES |
| SEX | MALE |
| DATE OF DEATH | MARCH 29, 2019 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 62 YEARS |
| DATE OF BIRTH | JULY 28, 1956 |
| CITY OR TOWN | OAK LAWN |
| HOSPITAL OR OTHER INSTITUTION NAME | 9528 SOUTH MANSFIELD AVE #2 |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | NEVER MARRIED/NEVER IN CIVIL UNION |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 9528 SOUTH MANSFIELD AVE |
| APT. NO. | 2 |
| CITY OR TOWN | OAK LAWN |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60453 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | JACK KNIES |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | GENEVIEVE PITITTE |
| INFORMANT'S NAME | AURELIA DEVAUGHN |
| RELATIONSHIP | INTAKE |
| MAILING ADDRESS | 2121 W HARRISON, CHICAGO, IL, 60612 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | HEIGHTS CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | CHICAGO HEIGHTS, IL |
| DATE OF DISPOSITION | |
| FUNERAL HOME | PLANET GREEN CREMATIONS, 319 E GLENWOOD-LANSING RD, GLENWOOD, IL, 60425 |
| FUNERAL DIRECTOR'S NAME | BRETT R MORELAND |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034014588 |
| LOCAL REGISTRAR'S NAME | KAREN A YARBROUGH |
| DATE FILED WITH LOCAL REGISTRAR | APRIL 5, 2019 |

**CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): ORGANIC CARDIOVASCULAR DISEASE — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: UNKNOWN
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
OBESITY

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A

FEMALE PREGNANCY STATUS: NOT APPLICABLE
MANNER OF DEATH: NATURAL

DATE OF INJURY:
TIME OF INJURY:
PLACE OF INJURY:
INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:

ATTEND THE DECEASED?
DATE LAST SEEN ALIVE:
WAS MEDICAL EXAMINER OR CORONER CONTACTED?
DATE PRONOUNCED: MARCH 29, 2019
TIME OF DEATH: 02:38 PM

CERTIFIER: MEDICAL EXAMINER/CORONER
DATE CERTIFIED: APRIL 05, 2019

NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:
PONNI ARUNKUMAR MD, 2121 W HARRISON ST, CHICAGO, IL, 60612

PHYSICIAN'S LICENSE NUMBER: 0935415

Record Amended on: 4/15/2019

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Karen A. Yarbrough
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE