UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nicholas Knies v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-01854*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiff Nicholas Knies respectfully moves this court to substitute Heather N. Sleeman, the decedent's next of kin, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Nicholas Knies' case was filed on or about February 28, 2019 (*Nicholas Knies v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-01854*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about March 1, 2019, Defendant Janssen Ortho was served by certified mail with the Complaint and Summons.

    b. On or about March 1, 2019, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by certified mail with the Complaint and Summons.

1

    c. On or about March 1, 2019, Defendant Janssen Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons.

    d. On or about March 1, 2019, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiff's counsel was informed that Nicholas Knies passed away on or about March 29, 2019.

4. Nicholas Knies' action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 7, 2019 [Doc. 13681].

6. Plaintiff thus moves to substitute Heather N. Sleeman, next of kin for Nicholas Knies, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Heather N. Sleeman, as next of kin for Nicholas G. Knies, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Nicholas G. Knies is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Nicholas G. Knies, respectfully request the Court grant Plaintiffs' Motion to Substitute Heather N. Sleeman, as next of kin of Nicholas G. Knies, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: June 7, 2019

Respectfully submitted,

By: */s/Michael G. Guajardo*
    MICHAEL G. GUAJARDO, ESQ.
    Texas Bar No. 00784183
    J. GREGORY MARKS, ESQ.
    Texas Bar No. 12994900

    Guajardo & Marks, LLP
    Three Forest Plaza
    12221 Merit Drive, Suite 945
    Dallas, Texas 75251
    P:  (972) 774-9800
    F:  (972) 774-9801
    mike@guajardomarks.com
    greg@guajardomarks.com

    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/Michael G. Guajardo*