# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

**STATE FILE NUMBER** 2019 0027374 **MEDICAL EXAMINER'S CASE NUMBER** ME2019-01440 **DATE ISSUED** 4/15/2019

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | NICHOLAS G KNIES |
| SEX | MALE |
| DATE OF DEATH | MARCH 29, 2019 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 62 YEARS |
| DATE OF BIRTH | JULY 28, 1956 |
| CITY OR TOWN | OAK LAWN |
| HOSPITAL OR OTHER INSTITUTION NAME | 9528 SOUTH MANSFIELD AVE #2 |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | NEVER MARRIED/NEVER IN CIVIL UNION |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 9528 SOUTH MANSFIELD AVE |
| APT. NO. | 2 |
| CITY OR TOWN | OAK LAWN |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60453 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | JACK KNIES |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | GENEVIEVE PITITTE |
| INFORMANT'S NAME | AURELIA DEVAUGHN |
| RELATIONSHIP | INTAKE |
| MAILING ADDRESS | 2121 W HARRISON, CHICAGO, IL, 60612 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | HEIGHTS CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | CHICAGO HEIGHTS, IL |
| DATE OF DISPOSITION | |
| FUNERAL HOME | PLANET GREEN CREMATIONS, 319 E GLENWOOD-LANSING RD, GLENWOOD, IL, 60425 |
| FUNERAL DIRECTOR'S NAME | BRETT R MORELAND |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034014588 |
| LOCAL REGISTRAR'S NAME | KAREN A YARBROUGH |
| DATE FILED WITH LOCAL REGISTRAR | APRIL 5, 2019 |

**CAUSE OF DEATH**
PART I.
IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. ORGANIC CARDIOVASCULAR DISEASE
Due to (or as a consequence of):
b.
Due to (or as a consequence of):
c.
Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: UNKNOWN

**PART II.** Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.
OBESITY

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A

FEMALE PREGNANCY STATUS: NOT APPLICABLE
MANNER OF DEATH: NATURAL

DATE OF INJURY:
TIME OF INJURY:
PLACE OF INJURY:
INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:

ATTEND THE DECEASED?
DATE LAST SEEN ALIVE:
WAS MEDICAL EXAMINER OR CORONER CONTACTED?
DATE PRONOUNCED: MARCH 29, 2019
TIME OF DEATH: 02:38 PM

CERTIFIER: MEDICAL EXAMINER/CORONER
DATE CERTIFIED: APRIL 05, 2019

NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:
PONNI ARUNKUMAR MD, 2121 W HARRISON ST, CHICAGO, IL, 60612
PHYSICIAN'S LICENSE NUMBER: 0935415

Record Amended on: 4/15/2019

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Karen A. Yarbrough
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE