UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Damon Williams v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-01441

## ORDER

This matter having come before this Honorable Court upon Plaintiff's Attorney Kenneth Stern's Motion to Withdraw as Counsel for Plaintiff, and the Court being otherwise fully advised in the premises:

**IT IS ORDERED** that the motion (R. Doc. 10779) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 6th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE