UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Launa Dennis v. Janssen Research & Development, et al.*;<br>Civil Case No.: 2:19-cv-06692 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel,

**IT IS HEREBY ORDERED,** that Morgan & Morgan Complex Litigation Group is withdrawn as Plaintiff's attorney of records.

**IT IS FURTHER ORDERED,** that Reich & Binstock, LLP is substituted as the Plaintiffs' attorney of record.

New Orleans, Louisiana, this **6th** day of _____June_____, 2019.

_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**