UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Toni Diane Navarro v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-016297

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13625, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Blaise Joseph Navarro, Jr., surviving heir and son of Toni Diane Navarro, is substituted for Plaintiff Toni Diane Navarro as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE