UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Barbara Corley v. Janssen Research & Development, LLC, et al;*
*Case No. 2:19-cv-07593-EEF-MBN*

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order dismissing cause number 2:19-cv-07593 without prejudice. In support of this motion, Counsel would show the Court as follows:

1. Barbara Corley filed a products liability lawsuit against Defendants on April 2, 2019.

2. At the time of the filing of this motion none of the Defendants have been served or have filed a responsive pleading to the Plaintiff's Complaint.

3. Pursuant to Rule 41(a)(1), the Plaintiff respectfully requests this Court dismiss this action WITHOUT PREJUDICE which allows the Plaintiff to re-file said action in accordance with law in the future.

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: June 7, 2019                                By: __/s/ Jennifer L. Orendi__
                                                                   Jennifer L. Orendi
                                                                   **DALIMONTE RUEB LLP**

1250 Connecticut Avenue NW  
Suite 200  
Washington, DC 20036  
Telephone: 202-538-2790  
Fax: 202-261-3508  
jorendi@drlawllp.com  
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 7, 2019

By: _/s/ Jennifer L. Orendi_  
Jennifer L. Orendi  
**DALIMONTE RUEB LLP**  
1250 Connecticut Avenue NW  
Suite 200  
Washington, DC 20036  
Telephone: 202-538-2790  
Fax: 202-261-3508  
jorendi@drlawllp.com  
Attorney for Plaintiff