UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| *All Cases Listed on Attached Exhibit A* : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER
TO SHOW CAUSE REGARDING PLAINTIFFS' FAILURE TO COMPLY WITH THE
REGISTRATION REQUIREMENTS OF CASE MANAGEMENT ORDER NO. 10**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants")[1] respectfully request that this Court issue an Order to Show Cause as to why the actions of the Plaintiffs listed on the attached Exhibit A should not be dismissed with prejudice for failure to comply with the registration requirements of Case Management Order ("CMO") No. 10.

This Court entered CMO No. 10 on March 25, 2019. CMO No. 10 includes, *inter alia*, basic registration requirements for all Xarelto cases filed in this MDL. As explained in CMO No. 10, this basic registration information about the cases filed in this MDL is necessary "[i]n order for th[e] Court . . . to cooperatively manage this litigation and to assist the Parties to effectuate the provisions of the private Final Settlement Agreement entered into between, *inter alia*, the MDL Plaintiffs' Steering Committee ("PSC") and Defendants Janssen and Bayer." *See* CMO No. 10 at 1.

---

[1] Defendants file this motion to the extent they have been properly served and preserving all applicable service defenses.

Pursuant to CMO No. 10, counsel for all Plaintiffs with cases filed prior to March 11, 2019 had to provide the following basic information about each case via MDL Centrality:

1. The identity of the case;

2. The identity of the Primary Law Firm, Principal Responsible Attorney, and all Interested Counsel; and

3. The following information regarding the case: (a) the Xarelto user's name, (b) state of residence; (c) the current court, venue, and case number; and (d) unique individual identifying information as required by MDL Centrality, including date of birth and social security number.

*See* CMO No. 10 ¶ 2(B)(2). This information was due for Plaintiffs represented by counsel no later than April 9, 2019 and was due for *pro se* Plaintiffs no later than April 24, 2019. *See id.* ¶¶ 2(B)(2), 3.

Paragraph 6 of CMO No. 10 reiterated that ***all*** counsel and *pro se* plaintiffs are required to comply with the requirements of CMO 10. Paragraph 6 also put all plaintiffs on notice that "[f]ailure to comply with the requirements [of CMO No. 10] will subject the non-complaint plaintiff's action to dismissal with prejudice after adequate due process notice and a show cause hearing as to the reason for such failure to register cases." CMO No. 10 ¶ 6(a).

Plaintiffs on the attached Exhibit A all filed a lawsuit in this MDL prior to March 11, 2019. They were therefore required to provide the registration information outlined above via MDL Centrality no later than April 9, 2019. *See* CMO No. 10 ¶ B(2)(B). However, each of these Plaintiffs has failed to provide any of the requisite registration information. Plaintiffs were notified of this deficiency at least as early as May 1, 2019 via communication from BrownGreer to Plaintiffs' Liaison Counsel, but they still have not provided the basic registration information required by CMO No. 10.

The registration information required by CMO No. 10 is necessary in order to manage the litigation. This information is more than eight weeks overdue for the cases listed on Exhibit A, and the failure to provide this information is inexcusable.

Therefore, the Plaintiffs listed on the attached Exhibit A should be ordered to show cause at **9:00 am CT on June 26, 2019**, before the Court as to why their cases should not be dismissed with prejudice.

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*
   Kim E. Moore
   400 Poydras Street
   Suite 2700
   New Orleans, LA 70130
   Telephone: (504) 310-2100
   Facsimile:  (504) 310-2120
   kmoore@irwinllc.com

   *Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
   John F. Olinde
   1100 Poydras Street
   Suite 2300
   New Orleans, LA 70163
   Telephone: (504) 585-7241
   Facsimile: (504) 544-6084
   olinde@chaffe.com

   *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 7, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kim E. Moore*
**Kim E. Moore**