UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *All Cases Listed on Attached Exhibit A* | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

ORDER TO SHOW CAUSE REGARDING
PLAINTIFFS' FAILURE TO COMPLY WITH THE
REGISTRATION REQUIREMENTS OF CASE MANAGEMENT ORDER NO. 10

Plaintiffs listed on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.  This Court entered CMO No. 10 on March 25, 2019.  CMO No. 10 includes, *inter alia*, basic registration requirements for all Xarelto cases filed in this MDL.  As explained in CMO No. 10, this basic registration information about the cases filed in this MDL is necessary "[i]n order for th[e] Court . . . to cooperatively manage this litigation and to assist the Parties to effectuate the provisions of the private Final Settlement Agreement entered into between, *inter alia*, the MDL Plaintiffs' Steering Committee ("PSC") and Defendants Janssen and Bayer."  *See* CMO No. 10 at 1.

Pursuant to CMO No. 10, counsel for all Plaintiffs with cases filed prior to March 11, 2019 had to provide the following basic information about each case via MDL Centrality:

1. The identity of the case;

2. The identity of the Primary Law Firm, Principal Responsible Attorney, and all Interested Counsel; and

3. The following information regarding the case:  (a) the Xarelto user's name, (b) state of residence; (c) the current court, venue, and case number; and (d) unique individual

identifying information as required by MDL Centrality, including date of birth and social security number.

*See* CMO No. 10 ¶ 2(B)(2). This information was due for Plaintiffs represented by counsel no later than April 9, 2019 and was due for *pro se* Plaintiffs no later than April 24, 2019. *See id*. ¶¶ 2(B)(2), 3.

Paragraph 6 of CMO No. 10 reiterated that *all* counsel and *pro se* plaintiffs are required to comply with the requirements of CMO 10. Paragraph 6 also put all plaintiffs on notice that "[f]ailure to comply with the requirements [of CMO No. 10] will subject the non-complaint plaintiff's action to dismissal with prejudice after adequate due process notice and a show cause hearing as to the reason for such failure to register cases." CMO No. 10 ¶ 6(a).

Plaintiffs on the attached Exhibit A all filed a lawsuit in this MDL prior to March 11, 2019. They were therefore required to provide the registration information outlined above via MDL Centrality no later than April 9, 2019. *See* CMO No. 10 ¶ B(2)(B). However, each of these Plaintiffs has failed to provide any of the requisite registration information. Plaintiffs were notified of this deficiency at least as early as May 1, 2019 via communication from BrownGreer to Plaintiffs' Liaison Counsel, but they still have not provided the basic registration information required by CMO No. 10. The registration information required by CMO No. 10 is necessary in order to manage the litigation and is more than eight weeks overdue for the cases listed on Exhibit A.

Failure to show cause by appearing before this Court at 9:00 am on June 26, 2019, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this ___ day of _____ 2019.

_____
United States District Judge