**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DONNA RANDLE and ALLAN RANDLE

             Plaintiff,

   v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON
COMPANY, BAYER
HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and BAYER AG,

             Defendants.

MDL NO. 2592

SECTION:   L

JUDGE:  ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

Case: 2:19-cv-07124

**NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT**
**PREJUDICE**

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiffs, DONNA RANDLE and ALLAN RANDLE, by and through their undersigned

counsel, and pursuant to F.R.C.P. 41(a) (1)(a)(i), hereby voluntarily dismiss the Complaint, and

any and all claims arising out of the incident complained of as to all Defendants, with each party

bearing their own attorney's fees and costs.

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

Randle v. Janssen Research & Develoment, LLC, et al.
Case No: 2:19-cv-07124
Plaintiff's Notice of Voluntary Dismissal
p. 2

   I HEREBY CERTIFY that a true copy of the foregoing has been e-filed via the Florida

Courts E-Filing Portal this 10th day of June, 2019.

        KOGAN & DiSALVO, P.A.
        Attorneys for Plaintiffs
        3615 W. Boynton Beach Blvd.
        Boynton Beach, FL 33436
        Telephone: (561) 375-9500
        Facsimile: (561) 374-7898


      BY:  /s/ Darryl B. Kogan
        Darryl B. Kogan, Esquire (#380180)
        dbkogan1@koganinjurylaw.com
        Elissa Fitzmartin, Esquire (#98501)
        efitzmartin@koganinjurylaw.com