# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIARRAH SADLER<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>Case: 2:19-cv-08767<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DIARRAH SADLER, by and through her undersigned counsel, and pursuant to F.R.C.P. 41(a)(1)(a)(i), hereby voluntarily dismisses the Complaint, and any and all claims arising out of the incident complained of as to all Defendants, with each party bearing their own attorney's fees and costs.

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

Sadler v. Janssen Research & Development, LLC, et al.
Case No: 2:19-cv-08767
Plaintiff's Notice of Voluntary Dismissal
p. 2

    I HEREBY CERTIFY that a true copy of the foregoing has been e-filed via the Florida Courts E-Filing Portal this 10th day of June, 2019.

                                  KOGAN & DiSALVO, P.A.
                                  Attorneys for Plaintiff
                                  3615 W. Boynton Beach Blvd.
                                  Boynton Beach, FL 33436
                                  Telephone:    (561) 375-9500
                                  Facsimile:    (561) 374-7898


                        BY:    /s/ Darryl B. Kogan
                                  Darryl B. Kogan, Esquire (#380180)
                                  dbkogan1@koganinjurylaw.com
                                  Elissa Fitzmartin, Esquire (#98501)
                                  efitzmartin@koganinjurylaw.com