# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101 2018-31353

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Patricia A Vaughan |
| 2. DATE AND TIME OF DEATH | Aug 1, 2018 0915 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | |
| 5. COUNTY OF DEATH | Jefferson |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Birmingham, 35235 |
| 7. PLACE OF DEATH | St. Vincent's East |
| 8. SEX | Female |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | Brewer |
| 10. SERVED IN ARMED FORCES | No |
| 11. AGE | 65 |
| 12. DATE OF BIRTH | Nov 10, 1952 |
| 13. BIRTHPLACE | New Mexico |
| 14. SOCIAL SECURITY NUMBER | 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 |
| 15. MARITAL STATUS | Married |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | John Vaughan |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Talladega |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Lincoln, 35096 |
| 20. STREET ADDRESS | 160 White Oak Circle |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | John Vaughan, Husband, 160 White Oak Circle, Lincoln, AL 35096 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Robert G Brewer |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Helen Unknown |
| 24. DISPOSITION OF BODY | Cremation |
| 25. CEMETERY OR CREMATORY | Cremation Services of East AL |
| 26. LOCATION | Anniston, Alabama |
| 27. DATE OF DISPOSITION | Aug 6, 2018 |
| 28. FUNERAL DIRECTOR | Dudley Miller Jr |
| 29. LICENSE NUMBER | 04648 |
| 30. DATE SIGNED | Aug 6, 2018 |
| 31. FUNERAL HOME NAME AND ADDRESS | Cremation Services of East Alabama, 733 White Plains Road, Anniston, AL 36207 |
| 32. LICENSE NUMBER | |

33. MEDICAL CERTIFICATION: X CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER ___ CORONER

| Field | Value |
|---|---|
| 34. NAME | Charlotte Menzel MD |
| 35. LICENSE NUMBER | 28906 |
| 36. DATE SIGNED | Aug 13, 2018 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 50 Medical Park East Dr, Birmingham, Alabama 35235 |
| 38. REGISTRAR | Nicole Henderson Rushing |
| 39. DATE FILED | Aug 13, 2018 |

### CAUSE OF DEATH

40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH

| | Cause | Interval |
|---|---|---|
| IMMEDIATE CAUSE | A. acute respiratory failure | weeks |
| DUE TO (OR AS A CONSEQUENCE OF): | B. ARDS | weeks |
| DUE TO (OR AS A CONSEQUENCE OF): | C. | |
| DUE TO (OR AS A CONSEQUENCE OF): | D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH
Cirrhosis, pneumonia, COPD

| Field | Value |
|---|---|
| 42. MANNER OF DEATH | Natural Causes |
| 43. PREGNANT (IF FEMALE) | |
| 44. AUTOPSY | No |
| 45. FINDINGS CONSIDERED | |
| 46. TOXICOLOGY | No |
| 47. FINDINGS CONSIDERED | |
| 48. TOBACCO USE CONTRIBUTED TO DEATH | Unknown |

49. HOW INJURY OCCURRED:
50. DATE AND TIME OF INJURY:
51. INJURY AT WORK:
52. IF TRANSPORTATION INJURY, SPECIFY:
53. PLACE OF INJURY:
54. LOCATION OF INJURY:

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-372-608-8

August 14, 2018

Nicole H. Rushing
Nicole Henderson Rushing
State Registrar of Vital Statistics