UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | JUDGE ELDON E. FALLON | |
| ) | MAG. JUDGE NORTH | |

**THIS DOCUMENT RELATES TO:**

*Patricia A. Vaughan v. Janssen Research & Development, LLC, et al; Case No. 2:18-cv-04491*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiff Patricia A. Vaughan respectfully move this court to substitute John Vaughan, the decedent's next of kin, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Patricia A. Vaughan's case was filed on or about May 1, 2018 (*Patricia A. Vaughan v. Janssen Research & Development, LLC, et al; Case No. 2:18-cv-04491*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

   a. On or about May 2, 2018, Defendant Janssen Ortho was served by certified mail with the Complaint and Summons.

   b. On or about May 2, 2018, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by certified mail with the Complaint and Summons.

1

    c. On or about May 2, 2018, Defendant Janssen Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons.

    d. On or about May 2, 2018, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiff's counsel was informed that Patricia A. Vaughan passed away on or about August 1, 2018.

4. Patricia A. Vaughan's action against Defendants survives her death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 10, 2019 [Doc. 13704].

6. Plaintiff thus moves to substitute John Vaughan, next of kin for Patricia A. Vaughan, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically John Vaughan, as next of kin for Patricia A. Vaughan, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Patricia A. Vaughan is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Patricia A. Vaughan, respectfully request the Court grant Plaintiffs' Motion to Substitute John Vaughan, as next of kin of Patricia A. Vaughan, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated:  June 10, 2019

Respectfully submitted,

By: */s/Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P:  (972) 774-9800
F:  (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/Michael G. Guajardo*