THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101 2018-31353

| | |
|---|---|
| **1. DECEASED LEGAL NAME** | **2. DATE AND TIME OF DEATH** |
| Patricia A Vaughan | Aug 1, 2018  0915 |
| **3. ALIAS NAME (IF ANY)** | **4. DATE AND TIME PRONOUNCED DEAD** |
| None Given | |
| **5. COUNTY OF DEATH** | **6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE** | **7. PLACE OF DEATH** |
| Jefferson | Birmingham, 35235 | St. Vincent's East |
| **8. SEX** | **9. LAST NAME PRIOR TO FIRST MARRIAGE** | **10. SERVED IN ARMED FORCES** |
| Female | Brewer | No |

**11. AGE:** 65 | **12. DATE OF BIRTH:** Nov 10, 1952 | **13. BIRTHPLACE:** New Mexico | **14. SOCIAL SECURITY NUMBER:** 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

**15. MARITAL STATUS:** Married | **16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE:** John Vaughan | **17. RESIDENCE STATE:** Alabama

**18. RESIDENCE COUNTY:** Talladega | **19. CITY, TOWN OR LOCATION AND ZIP CODE:** Lincoln, 35096 | **20. STREET ADDRESS:** 160 White Oak Circle

**21. INFORMANT NAME, RELATIONSHIP AND ADDRESS:** John Vaughan, Husband, 160 White Oak Circle, Lincoln, AL 35096

**22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Robert G Brewer | **23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Helen Unknown

**24. DISPOSITION OF BODY:** Cremation | **25. CEMETERY OR CREMATORY:** Cremation Services of East AL | **26. LOCATION:** Anniston, Alabama

**27. DATE OF DISPOSITION:** Aug 6, 2018 | **28. FUNERAL DIRECTOR:** Dudley Miller Jr | **29. LICENSE NUMBER:** 04648 | **30. DATE SIGNED:** Aug 6, 2018

**31. FUNERAL HOME NAME AND ADDRESS:** Cremation Services of East Alabama, 733 White Plains Road, Anniston, AL 36207

**33. MEDICAL CERTIFICATION:** X CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER ___ CORONER

**34. NAME:** Charlotte Menzel MD | **35. LICENSE NUMBER:** 28906 | **36. DATE SIGNED:** Aug 13, 2018

**37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** 50 Medical Park East Dr, Birmingham, Alabama 35235

**38. REGISTRAR:** Nicole Henderson Rushing | **39. DATE FILED:** Aug 13, 2018

### CAUSE OF DEATH

**40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH**

| | | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE | A. acute respiratory failure | weeks |
| UNDERLYING CAUSE | B. ARDS | weeks |
| | C. | |
| | D. | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH**
Cirrhosis, pneumonia, COPD

**42. MANNER OF DEATH:** Natural Causes | **43. PREGNANT (IF FEMALE):** | **44. AUTOPSY:** | **45. FINDINGS CONSIDERED:** No | **46. TOXICOLOGY:** | **47. FINDINGS CONSIDERED:** No | **48. TOBACCO USE CONTRIBUTED TO DEATH:** Unknown

**49. HOW INJURY OCCURRED:**

**50. DATE AND TIME OF INJURY:** | **51. INJURY AT WORK:** | **52. IF TRANSPORTATION INJURY, SPECIFY:**

**53. PLACE OF INJURY:** | **54. LOCATION OF INJURY:**

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-372-608-8

August 14, 2018

Nicole H. Rushing
Nicole Henderson Rushing
State Registrar of Vital Statistics