**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

THIS DOCUMENT RELATES TO**:**

*SHIRLEY KNOX v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-03433-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Shirley Knox on December 26, 2016.

Dated: June 10, 2019

                                                                                 Respectfully submitted,

                                                                                /s/ Lennie F. Bollinger
                                                                                Lennie F. Bollinger
                                                                                State Bar No. 24076894
                                                                                WORMINGTON & BOLLINGER
                                                                                212 E. Virginia Street
                                                                                McKinney, Texas 75069
                                                                                (972) 569-3930 Phone
                                                                                (972) 547-6440 Facsimile
                                                                                LB@wormingtonlegal.com

                                                                                **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: June 10, 2019

/s/ Lennie F. Bollinger
Lennie F. Bollinger