UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Linda Butler v. Janssen Research & Development LLC, et al.* Case No. 2:15-cv-05799
*Felix Arndt, et al. v. Janssen Research & Development LLC, et al.* Case No. 2:16-cv-12147

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER PHARMA AG**

COME NOW the Plaintiffs in the above-listed actions, by counsel, and respectfully move this Court for an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders # 10, 10A and 10B. A brief memorandum in support of Plaintiffs' motion is filed herewith.

Date:  June 10, 2019

                                                Respectfully submitted,

                                                THE WEST LAW FIRM
                                                ATTORNEYS FOR PLAINTIFFS

                                                */s/ Bradley C. West*
                                                TERRY W. WEST, OBA NO. 9496
                                                BRADLEY C. WEST, OBA NO. 13476
                                                124 W. Highland – P.O. Box 698
                                                Shawnee, Oklahoma 74802-0698
                                                405/275-0040 – Phone /405/275-0052 – Fax

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  */s Bradley C. West*
                                                  Bradley C. West