UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Linda Butler v. Janssen Research & Development LLC, et al. Case No. 2:15-cv-05799*
*Felix Arndt, et al. v. Janssen Research & Development LLC, et al. Case No. 2:16-cv-12147*

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER PHARMA AG**

Now come Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully moves this Court for an Order allowing Plaintiffs an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG ("Bayer Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial order # 10, 10A and 10B.  In support of Plaintiffs' motion, Plaintiffs state as follows:

All of the above foregoing actions were filed and docketed into this consolidated proceeding *In re: Xarelto (Rivaroxaban) Products Liability Litigation,* MDL NO. 2592. However, due to an inadvertent clerical/administrative oversight in the office of the undersigned counsel, service of Plaintiffs' complaints in these actions were not properly affected as set forth in Pre-Trial Order # 10, 10A and 10B as to Bayer Defendants. Undersigned counsel regrets its failure to properly oversee and accomplish the service of

the complaints and summons in the above-listed actions and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Orders.

The MDL, involves thousands of similarly situated plaintiffs who have filed claims alleging facts circumstances and theories of recovery virtually identical to the lawsuits filed by Plaintiffs, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

WHEREFORE, for the above reasons, Plaintiffs respectfully request an Order from the Court allowing them an additional thirty (30) days within which to effect service on the Bayer Defendants, through the streamlined process set forth in Pre-Trial Order #10, 10A and 10B.

Date: June 10, 2019

Respectfully submitted,

THE WEST LAW FIRM
ATTORNEYS FOR PLAINTIFFS
*/s/ Bradley C. West*
TERRY W. WEST, OBA NO. 9496
BRADLEY C. WEST, OBA NO. 13476
124 W. Highland – P.O. Box 698
Shawnee, Oklahoma 74802-0698
405/275-0040 – Phone /405/275-0052 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s Bradley C. West*
Bradley C. West