## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : |
| PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION L |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Linda Butler v. Janssen Research & Development LLC, et al. Case No. 2:15-cv-05799*
*Felix Arndt, et al. v. Janssen Research & Development LLC, et al. Case No. 2:16-cv-12147*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on June 7, 2019 Plaintiffs' Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Date:  June 10, 2019

Respectfully submitted,

THE WEST LAW FIRM
ATTORNEYS FOR PLAINTIFFS

*/s/ Bradley C. West*
TERRY W. WEST, OBA NO. 9496
BRADLEY C. WEST, OBA NO. 13476
124 W. Highland – P.O. Box 698
Shawnee, Oklahoma 74802-0698
405/275-0040 – Phone /405/275-0052 – Fax

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s Bradley C. West
Bradley C. West