# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| This Document Relates To:<br>*JAMES LEE V. Janssen Research & Development, LLC, et al* Civil Action No. 2:15-CV-04779 | |

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Undersigned counsel pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, James Lee on November 18, 2018.

Dated: June 10, 2019.

    Respectfully submitted,

    /s/ R. Brent Cueria
    R. Brent Cueria LA. Bar #18176
    700 Camp Street, Suite 316
    New Orleans, LA 70130
    Telephone No.: (504) 525-5211
    Facsimile No.: (504) 525-3011
    Email: ascuerialaw@gmail.com
    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner

authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 10, 2019

/s/ R. Brent Cueria
R. Brent Cueria (LA Bar #18176)
