UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABIN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Lendon Lewis & Wanda Lewis v Janssen Research & Development, LLC et al*
**Civil Action No. 2:15-cv-01351**

## NOTICE AND SUGGESTION OF DEATH

Undersigned Counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Lendon Lewis, which occurred on November 6, 2018.  Counsel respectfully informs the Court that a Motion to Substitute Party Plaintiff will be filed by Wanda Outland-Lewis, as duly appointed Administrator of the Estate of Lendon Lewis.  A copy of Plaintiff's Death Certificate is attached hereto and incorporated herein as Exhibit 1.

Dated: June 11, 2019        /s/ *Jessica R. Shoulders*
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College St., P.O. Box 770
Bowling Green, KY 42102
Phone: 270-781-6500
Facsimile: 270-782-7782
jshoulders@elpolaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jessica R. Shoulders
JESSICA R. SHOULDERS
jshoulders@elpolaw.com