# COMMONWEALTH OF KENTUCKY

## REGISTRAR OF VITAL STATISTICS
## CERTIFIED COPY

**5461025**



### KENTUCKY CERTIFICATE OF DEATH

116 201839512
Case #: E201811070046

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | LENDON C LEWIS, SR |
| 1b. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE | N/A |
| 2. SEX | MALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | November 06, 2018 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE-LAST BIRTHDAY (Years) | 92 |
| 6. DATE OF BIRTH | 07/03/1926 |
| 7. COUNTY OF DEATH | WARREN |
| 8. PLACE OF DEATH | HOSPITAL: Inpatient [X] |
| 9. FACILITY NAME | THE MEDICAL CENTER AT BOWLING GREEN |
| 10. CITY OR TOWN, STATE AND ZIP CODE | BOWLING GREEN, KY 42101 |
| 11. BIRTHPLACE | TYLERTOWN, MISSISSIPPI |
| 12. MARITAL STATUS | Married [X] |
| 13. SURVIVING SPOUSE | WANDA OUTLAND |
| 14. DECEDENT'S USUAL OCCUPATION | SELF EMPLOYED |
| 15. KIND OF BUSINESS/INDUSTRY | CONSTRUCTION |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No [X] |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | WARREN |
| 17c. CITY OR TOWN | BOWLING GREEN |
| 17d. STREET AND NUMBER | 160 PEACH BLOSSOM LANE |
| 17e. ZIP CODE | 42103 |
| 17f. INSIDE CITY LIMITS? | Yes [X] |
| 18. DECEDENT'S EDUCATION | 8th Grade or Less [X] |
| 19. DECEDENT OF HISPANIC ORIGIN? | No, not Spanish/Hispanic/Latino [X] |
| 20. DECEDENT'S RACE | Black or African American [X] |
| 21. FATHER'S NAME | REED LEWIS |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | JOANNA ROBERTS |
| 23a. INFORMANT'S NAME | WANDA LEWIS |
| 23b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 23c. MAILING ADDRESS | 160 PEACH BLOSSOM LANE, BOWLING GREEN, KY 42103 |
| 24. METHOD OF DISPOSITION | Burial [X] |
| 25. PLACE OF DISPOSITION | GRACELAWN CEMETERY |
| 26. LOCATION | FLINT, MI |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | KLEANOR BURNAM LEE |
| DATE SIGNED | 11/09/2018 |
| 28. KY LICENSE NUMBER | 4487 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | BURNAM & SON MORTUARY, INC. 201 CENTER STREET BOWLING GREEN, KY 42101 |
| 30. DATE PRONOUNCED DEAD | 11/06/2018 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | APPROX. 1620 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | No [X] |

**CAUSE OF DEATH**

33. PART I.
a. IMMEDIATE CAUSE: PERIPHERAL VASCULAR DISEASE — YEAR(S)
b.
c.
d.

PART II. MULTIPLE DECUBITUS ULCERS

| Field | Value |
|---|---|
| 34. MANNER OF DEATH | Natural [X] |
| 35. WAS AN AUTOPSY PERFORMED? | No [X] |
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | Probably [X] |
| 46. TO BE COMPLETED BY CERTIFIER — SIGNATURE | ANDREW M LALLY, MD |
| 47. DATE CERTIFIED | 11/12/2018 |
| 48. LICENSE NUMBER | 49076 |
| 49. TITLE OF CERTIFIER | PHYSICIAN |
| 50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | ANDREW LALLY, HOSPARUS, 3532 EPHRAIM MCDOWELL DR, LOUISVILLE, KY 40205 |
| 51. REGISTRAR'S SIGNATURE | Christina S. Stewart |
| 52. DATE FILED | 11/14/2018 |

This is to certify that this is a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered at the Kentucky Office of Vital Statistics under the file number shown.

DATE ISSUED  11/14/2018

*Christina S. Stewart*
State Registrar

FORM VS NO. 1-A
(REVISED 06/2015)

