UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*DARYL SUMMERS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08435*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, R. Doc. 13664, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Minta Summers, on behalf of the Estate of Daryl Summers, is substituted for Plaintiff Daryl Summers in the above captioned cause.

New Orleans, Louisiana this 6th day of June, 2019.

_____
Hon. Eldon E. Fallon
United States District Court Judge