UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Vernon Ray v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:16-cv-03356

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, finds the motion meritorious.

**THEREFORE, IT IS ORDERED** that Plaintiff William Thomas Ray, surviving son of Vernon Ray, is substituted for Plaintiff Vernon Ray as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE