# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | **MDL No. 2592** |
| PRODUCTS LIABILITY | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

Mildred McCarthy v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:15-cv-06442

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, finds the motion meritorious.

**THEREFORE, IT IS ORDERED** that Plaintiff Donna Farmer, surviving daughter of Mildred McCarthy, is substituted for Plaintiff Mildred McCarthy as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this 6th day of _____June_____, 2019.

_____
UNITED STATES DISTRICT JUDGE