# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*GLADYS S. MINAMI v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-11175*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, R. Doc. 13668, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Faye Nishimura, on behalf of the Estate of Gladys Minami, is substituted for Plaintiff Gladys Minami in the above captioned cause.

New Orleans, Louisiana this 6th day of June, 2019.

_____
Hon. Eldon E. Fallon
United States District Court Judge