UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

---

**THIS DOCUMENT RELATES TO:**
Larry V. Meeks, Individually and on Behalf of Linda S. Meeks, Deceased v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-07408

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Larry V. Meeks and Linda S. Meeks, deceased, respectfully move this court to substitute Kristi Millican and Kelly Williams, Co-Representatives of the Estate of Linda S. Meeks, in the place of Larry V. Meeks, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Linda S. Meeks case was filed on or about April 2, 2019 (*Larry V. Meeks, Individually and on Behalf of Linda S. Meeks, Deceased v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-07408*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about May 29, 2019, Defendant Janssen Ortho was served by certified mail with the Complaint and Summons.

    b. On or about May 29, 2019, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by certified mail with the Complaint and Summons.

    c. On or about May 29, 2019, Defendant Janssen Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons.

    d. On or about May 29, 2019, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiffs' counsel was informed that Kristi Millican and Kelly Williams were appointed Co-Personal Representatives of the Estate of Linda S. Meeks on or about June 12, 2018.

4. Plaintiff thus moves to substitute Kristi Millican and Kelly Williams, Co-Representatives, in the place of Larry V. Meeks, as Co-Plaintiffs in the present action.

5. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs, specifically, Kristi Millican and Kelly Williams, Individually and on Behalf of Linda S. Meeks, Deceased.

6. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

  WHEREFORE, Counsel for Plaintiff Linda S. Meeks, respectfully request the Court grant Plaintiffs Motion to Substitute Kristi Millican and Kelly Williams, as Co-Representatives of Linda S. Meeks, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated:  June 11, 2019

                                        Respectfully submitted,

By: */s/Michael G. Guajardo*
    MICHAEL G. GUAJARDO, ESQ.
    Texas Bar No. 00784183
    J. GREGORY MARKS, ESQ.
    Texas Bar No. 12994900

    Guajardo & Marks, LLP
    Three Forest Plaza
    12221 Merit Drive, Suite 945
    Dallas, Texas 75251
    P:  (972) 774-9800
    F:  (972) 774-9801
    mike@guajardomarks.com
    greg@guajardomarks.com

    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/Michael G. Guajardo