IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
PROBATE DIVISION

IN THE MATTER OF THE ESTATE
OF LINDA SUE MEEKS, DECEASED

NO. 70PR-2018- 128-6

## LETTERS TESTAMENTARY

BE IT KNOWN:

That Kristi Millican, whose address is 136 Wood Dale Dr., Burleson, TX 76028, and Kelly Williams, whose address is 6401 Fairfield Dr., Rowlett, TX 75089, having been duly appointed Co-Personal Representatives of the Estate of Linda Sue Meeks, deceased, who died on March 22, 2018, and having qualified as such Co-Personal Representatives, are hereby authorized to act as such Co-Personal Representatives, for and on behalf of the Estate to take possession of the property thereof as authorized by law.

ISSUED the 12 day of June, 2018.

SHANNON PHILLIPS, County Clerk

_____
Clerk

By _____
Deputy Clerk


(SEAL)