UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**
*Kristi Millican and Kelly Williams, Individually and on Behalf of Linda S. Meeks, Deceased v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. Civil Action No. 2:19-cv-07408*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiffs Kristi Millican and Kelly Williams, Co-Personal Representatives, is substituted for Plaintiff Larry V. Meeks, in the above captioned cause.

Date: _____     _____

Hon. Eldon E. Fallon
United States District Court Judge