UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL 2592
SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**This documents Relates to:**
*DOUGLAS D. SCOTT v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:18-cv-06251*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, R. Doc. 13670, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Elouise Debra Scott-Frye, on behalf of the Estate of Douglas D. Scott, is substituted for Plaintiff Douglas D. Scott in the above captioned cause.

New Orleans, Louisiana this 6th day of June, 2019.

Hon. Eldon E. Fallon
United States District Court Judge