UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*EILEEN PROFETA v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-03221*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, R. Doc. 13673, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Dr. Adrianne Profeta, on behalf of the Estate of Eileen Profeta, is substituted for Plaintiff Eileen Profeta in the above captioned cause.

New Orleans, Louisiana this 6th day of June, 2019.

Hon. Eldon E. Fallon
United States District Court Judge