UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Alois Kocurek v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01977

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13678, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Aaron Kocurek, surviving nephew and assumed Administrator of the Estate of Alois Kocurek, is substituted for Plaintiff Alois Kocurek as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE