# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary Ann Hewald v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-2372-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13683, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Vickie Schomaker and Cheri Riley, co-executors of the estate of Mary Ann Hewald, are substituted for Plaintiff Mary Ann Hewald as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 11th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE