UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*Jennings v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-10210

## ORDER

In view of recent developments in this case,

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc., R. Doc. 12591, is hereby **DENIED AS MOOT**. Plaintiff shall reserve the right to re-file in the future if it becomes necessary.

New Orleans, Louisiana, this 10th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE