UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jamesetta H. Grant v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-04656

## ORDER

This matter came before the court on the Motion to Dismiss Without Prejudice filed by Plaintiff.

**IT IS ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice, R. Doc. 13697, is **DENIED.**

New Orleans, Louisiana this 10th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE