# SAFEWAY FOUNDATION CLINIC & HEARTCARE CENTRE

Plot 9, Ikot Abasi Obori Layout, Ekorinim II, C/o P.O. Box 2815 - GPO, Calabar, Cross River State.

Date: 29/04/2014

## DEATH CERTIFICATE

Name: Mr. Michael, Ejike Nwachukwu
Sex: Male.
Age: 70 years
Address: c/o Miss Nkiru Nwachukwu (Daughter)
No. 11c Akpandem Str. Atimbo.
Calabar, Cross River State.

Date and Time: 29th April 2014. Certified dead by 8:00am

### Causes of Death

- Severe Rt. Hemispheric Hemorrhagic Stroke (CVA) on 30th March 2014. Has been unconscious/semi-conscious since then.

Prof. Clement O. Odigwe
MB. BCh. FMCP. FWACP. FACP.
Director, Safeway Foundation Clinic
Asari Eso Layout, P.O. Box, 2815,
Calabar, Nigeria. +2348037049556

Prof. C.O Odigwe                    Nurse Comfort Ibanga
Attending Physician                 Witness