UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael E. Nwachukwu v. Janssen Research & Development, LLC, et al.*
*Case No. 2:17-cv-02436*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiff Michael E. Nwachukwu respectfully move this court to substitute Ada A. Nwachukwu, the decedent's next of kin, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Michael E. Nwachukwu's case was filed on or about March 23, 2017 (*Michael E. Nwachukwu v. Janssen Research & Development, LLC, et al; Case No. 2:17-cv-02436*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about March 28, 2017, Defendant Janssen Ortho was served by certified mail with the Complaint and Summons.

    b. On or about March 28, 2017, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by certified mail with the Complaint and Summons.

1

    c. On or about March 28, 2017, Defendant Janssen Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons.

    d. On or about March 28, 2017, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiff's counsel was informed that Michael E. Nwachukwu passed away on or about April 29, 2014.

4. Michael E. Nwachukwu's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 12, 2019 [Doc. 13730].

6. Plaintiff thus moves to substitute Ada A. Nwachukwu, next of kin for Michael E. Nwachukwu, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Ada A. Nwachukwu, as next of kin for Michael E. Nwachukwu, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Michael E. Nwachukwu is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Michael E. Nwachukwu, respectfully request the Court grant Plaintiffs' Motion to Substitute Ada A. Nwachukwu, as next of kin of Michael E. Nwachukwu, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated:  June 12, 2019

Respectfully submitted,

By: */s/Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks,
LLP Three Forest
Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P:  (972) 774-9800
F:  (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                                                                                                   */s/Michael G. Guajardo*