UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**
*ROSARIO SANTIAGO v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No.: 2:15-cv- 5262*

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PROPER PARTY**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Eliezer Santiago, on behalf of the Estate of Rosario Santiago, in the above captioned cause.

1. Rosario Santiago filed a products liability lawsuit against defendants on October 9, 2015.

2. Plaintiff Rosario Santiago died on January 31, 2016.

3. Plaintiff's products liability action against defendants survived his death and was not extinguished.

4. Eliezer Santiago surviving son of Rosario Santiago is a proper party to substitute for plaintiff-decedent Rosario Santiago and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 5(a)(1). "If a party died and the claim is not extinguished, the court may order substitution of

the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substation as Plaintiff in this action, Eliezer Santiago.

Dated: 6/12/2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully Submitted,

By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*