UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  MDL: 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE NORTH

**This Document Relates to:**
*ROSARIO SANTIAGO v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
Civil Action No.: 2:15-cv-5262

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED that Plaintiff Eliezer Santiago, on behalf of Rosario Santiago, is substituted for Plaintiff Rosario Santiago in the above captioned cause.

Dated:_____   _____
Hon. Edon E. Fallon
United States District Court Judge