**UNITED STATES DISTRICT COURT**
**EASTER DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL: 2592
PRODUCTS LIABILITY LITIGATION

                                                 SECTION: L

                                                 JUDGE: ELDON E. FALLON

                                                 MAG. JUDGE NORTH

**This Document Relates to:**
*VICTOR SERA v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No.: 2:15-cv-5446*

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Edilma Sera, on behalf of the Estate of Victor Sera, in the above captioned cause.

1.  Victor Sera filed a products liability lawsuit against defendants on October 26, 2015.

2.  Plaintiff Victor Sera died on March 14, 2015.

3.  Plaintiff's products liability action against defendants survived his death and was not extinguished.

4.  Edilma Sera surviving spouse of Victor Sera is a proper party to substitute for plaintiff-decedent Victor Sera and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 5(a)(1). "If a party died and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action, Edilma Sera.

Dated: 6/12/2019

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully Submitted,

By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*