# UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**
*VICTOR SERA v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No.: 2:15-cv-5446*

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED that Plaintiff Edilma Sera, on behalf of Victor Sera, is substituted for Plaintiff Victor Sera in the above captioned cause.

Dated:_____     _____
                                                                         Hon. Edon E. Fallon
                                                                         United States District Court Judge