**UNITED STATES DISTRICT COURT**
**EASTER DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)       MDL: 2592
PRODUCTS LIABILITY LITIGATION

                                                   SECTION: L

                                                   JUDGE: ELDON E. FALLON

                                                   MAG. JUDGE NORTH

**This Document Relates to:**
*VICTOR SERA v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No.: 2:15-cv-5446*

**<u>ORDER</u>**

       The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

       ORDERED that Plaintiff Edilma Sera, on behalf of Victor Sera, is substituted for Plaintiff Victor Sera in the above captioned cause.

Dated:_____       _____
                                                                  Hon. Edon E. Fallon
                                                                  United States District Court Judge