# UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  MDL: 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE NORTH

**This Document Relates to:**
*VICTOR SERA v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No.: 2:15-cv-5446*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED that Plaintiff Edilma Sera, on behalf of Victor Sera, is substituted for Plaintiff Victor Sera in the above captioned cause.

Dated:_____      _____
                                            Hon. Edon E. Fallon
                                            United States District Court Judge