UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　MDL: 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION: L

　　　　　　　　　　　　　　　　　　　　　JUDGE: ELDON E. FALLON

　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

**This Document Relates to:**
*LUZMILA CORNEJO v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No.: 2:15-cv-5230*

## ORDER

　　　The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

　　　ORDERED that Plaintiff Carla Cornejo, on behalf of Luzmila Cornejo, is substituted for Plaintiff Luzmila Cornejo in the above captioned cause.

Dated:_____　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Edon E. Fallon
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge