## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*ALAN NICHOLSON v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-06771-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Alan Nicholson, files this Suggestion of Death upon the Record. Plaintiff Alan Nicholson departed this world on or about March 6, 2019 during the pendency of this civil action.

Dated: June 12, 2019                Respectfully submitted,

**WATTS GUERRA LLP**

 /s/ *Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
Mikal C. Watts
TX State Bar No. 20981820
Paige N. Boldt
TX State Bar No. 24082626
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson