UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*GAILAND RENAE JONES v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:17-cv-01439-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Gailand Renae Jones, files this Suggestion of Death upon the Record. Plaintiff Gailand Renae Jones departed this world on or about December 26, 2017 during the pendency of this civil action.

Dated: June 12, 2019                 Respectfully submitted,

                                            **WATTS GUERRA LLP**
                                            */s/ Ryan L. Thompson*
                                            Ryan L. Thompson
                                            TX State Bar No. 24046969
                                            5726 W. Hausman Rd., Suite 119
                                            San Antonio, TX 78249
                                            rthompson@wattsguerra.com
                                            (210) 448-0500
                                            (210) 448-0501 (Fax)

                                            *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson
