UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*DALE SCHLEICHARDT v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-00647-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Dale Schleichardt, by and through the undersigned counsel of record, moves this Court for an Order substituting Nancy Schleichardt on behalf of decedent Dale Schleichardt. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Dale Schleichardt filed this present action on January 22, 2018.

2. Dale Schleichardt died on July 7, 2018.

3. On June 12, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. Nancy Schleichardt, surviving spouse of Dale Schleichardt, is a proper party to substitute for plaintiff-decedent Dale Schleichardt and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Nancy Schleichardt, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: June 12, 2019            Respectfully submitted,

                           **WATTS GUERRA LLP**
                           /s/ *Ryan L. Thompson*
                           Ryan L. Thompson
                           TX State Bar No. 24046969
                           Mikal C. Watts
                           TX State Bar No. 20981820
                           Paige N. Boldt
                           TX State Bar No. 24082626
                           5726 W. Hausman Rd., Suite 119
                           San Antonio, TX 78249
                           rthompson@wattsguerra.com
                           (210) 448-0500
                           (210) 448-0501 (Fax)

                           *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                           /s/ *Ryan L. Thompson*
                           Ryan L. Thompson