UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN)       ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION       ) | |
| ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Alston, et al. v. Janssen Research & Development, LLC, et al.*
*Case No.: 2:16-cv-3725-EEF-MBN*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Roger Alston, surviving spouse of Plaintiff-Decedent Joyce Alston, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself on behalf of his deceased spouse, Joyce Alston.

1. Plaintiffs Joyce Alston and Roger Alston filed a products liability lawsuit against Defendants on April 27, 2016.

2. Subsequently, Plaintiff's Counsel learned that Joyce Alston died on April 27, 2017.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. On May 17, 2019, a Suggestion of Death was filed, attached hereto as "Exhibit A".

5. Roger Alston, surviving spouse of Joyce Alston, and already a Plaintiff in this action, is a proper party to substitute for Plaintiff-Decedent Joyce Alston and has proper capacity to proceed forward with the surviving products liability on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative".

WHEREFORE, Counsel for Plaintiff respectfully requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: June 12, 2019         Respectfully Submitted


**ASHCRAFT & GEREL LLP**

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2019, a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their counsel in a matter authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                        /s/ Michelle A. Parfitt
                        Michelle A. Parfitt