UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

_____

**THIS DOCUMENT RELATES TO:**
*Alston, et al. v. Janssen Research & Development, LLC, et al.*
*Case No.: 2:16-cv-3725-EEF-MBN*

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any response thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Roger Alston, surviving spouse and anticipated Representative of the Estate of Joyce Alston, is substituted for Plaintiff Joyce Alston as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this _____day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE