UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUSIANA

IN RE: XARELTO (RIVAROXABAN)  )
PRODUCTS LIABILITY LITIGATION )
                              )
BARABRA ALLEN                 )
                              )   MDL No. 2592
            Plaintiff,        )   Case No. 2:16-cv-01697
                              )
      v.                      )   Judge Eldon E. Fallon.
                              )
JANSEN RESEARCH & DEVELOPMENT,)
LLC., ET AL,                  )
                              )
            Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 9.13 of the United States District Court for the Eastern District of Louisiana, Plaintiff Barbara Allen's Counsel respectfully request that this Court grant J. Kyle Bachus of Bachus & Schanker, LLC a leave to withdraw their appearance as the attorneys of record in this matter. In support of this motion, Plaintiff's Counsel state as follows:

1. Since March 12, 2015 Bachus & Schanker, LLC has been the Attorney of record for Plaintiff.

2. On October 25, 2016 Plaintiff Barbara Allen sent correspondence to Bachus & Schanker, LLC via US Mail, notifying the firm of her termination of their representation (Exhibit A).

3. On October 31, 2016 Bachus & Schanker, LLC sent via certified US Mail correspondence notifying that she is no longer represented by the firm and advised to retain new counsel.

1

4. Barbara Allen's last known address 8358 S. Independence Circle, Unit #306, Littleton, CO 80128

5. A Show Cause hearing is scheduled for June 26, 2019 Courtroom C-456 U.S. Federal Building, 500 Payday Street, New Orleans, Louisiana.

WHEREFORE, Plaintiff Counsel respectfully request that the Court grant J. Kyle Bachus leave to withdraw as the attorneys of record in this action. Plaintiff Barbara Allen will be unrepresented until new counsel is retained.

Dated: June 12, 2019

Respectfully submitted,

*/s/ J. Kyle Bachus*
J. Kyle Bachus, Esq.
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
Kyle.bachus@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was filed via this Court's CM/ECF, which will send notice of such filing to all necessary parties of record.

DATED: June 12, 2019.

*/s/ J. Kyle Bachus*
J. Kyle Bachus, Esq.

# EXHIBIT A

October 25, 2016

Attn: Bachus LLC,

Attn: Schanker, LLC

My name is Barbara Allen, I am your client. My case is Xarelto and IVC filter.

<u>You, both of you,</u> have let me down and if you don't believe so, I will start with:

You let my lawyer, Lauren Bronson go without ever notifying me. <u>I consider this negligence on your part without calling me or notifying me.</u>

<u>You ran my statue of limitations out., I am not happy.</u>

You gave my case to C. Elliot, who does not give a good god damn about my case. He sends me a letter saying that "My IVC filter was removed successfully." The Hell it was.

It was not removed successfully.

Lauren Bronson called me as I was being admitted on 12/6/15. She said " Call me when you get out of the hospital." I did call her back in January 2016, just to find out she was no longer employed as my lawyer, and I only had a month for my statue of limitations on my IVC filter.

Do you want me to bend over so you can screw me again on my Xarelto case?

I never asked for nor talked to C. Elliot, he didn't even have the decency to call me. He is not my lawyer, he is not my representation. I do not want him as my lawyer, you forced him on me. Now what do you have to say.

I, Barbara R. Allen request, you appoint, a different lawyer to my Xarelto case, preferable a female attorney. For I shall not accept Bozo "C. Elliot" the clown as my representative.

SCOTT MICHAEL HEDGE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164029341
My Commission Expires August 3, 2020

Truly Dissatisfied,

Barbara Allen

303.589.5835