**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL NO. 2592
PRODUCTS LIABILITY LITIGATION
                                                SECTION L

THIS DOCUMENT RELATES TO ALL CASES              JUDGE ELDON E. FALLON

                                                MAG. JUDGE NORTH

<u>ORDER</u>

Due to an influx of Complaints in advance of the deadline for enrollment in the settlement program, the Clerk's Office is inundated with a large number of recently-filed Complaints into MDL 2592. The quantity of these Complaints has delayed the Clerk's entry of Summons in recently-filed cases. Therefore, to promote the interests of fairness, efficiency, and economy,

**IT IS ORDERED** that plaintiffs whose cases have already been docketed in this MDL shall have an additional 30 days from the entry of this Order to serve the Complaint with a Summons.

New Orleans, Louisiana, this 13th day of June, 2019.

**ELDON E. FALLON**
United States District Judge