UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nicholas Knies v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-01854

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff and Amend Complaint, R. Doc. 13684, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Heather N. Sleeman, next of kin for Nicholas Knies, is substituted for Plaintiff Nicholas Knies as the proper party plaintiff in the above captioned case.

**IT IS ORDERED** that Plaintiff's Motion to file an Amended Complaint to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Nicholas G. Knies is now deceased, only, be granted.

New Orleans, Louisiana, this 13th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE