UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wilsa Ashby v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-06526*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiff Wilsa Ashby respectfully move this court to substitute Ronald Ashby, the decedent's next of kin, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Wilsa Ashby's case was filed on or about May 18, 2016 (*Wilsa Ashby v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-06526*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

   a. On or about June 6, 2016, Defendant Janssen Ortho was served by certified mail with the Complaint and Summons.

   b. On or about June 6, 2016, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by certified mail with the Complaint and Summons.

1

    c. On or about June 6, 2016, Defendant Janssen Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons.

    d. On or about June 6, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiff's counsel was informed that Wilsa Ashby passed away on or about April 12, 2018.

4. Wilsa Ashby's action against Defendants survives her death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 17, 2019 [Doc. 13772].

6. Plaintiff thus moves to substitute Ronald Ashby, next of kin for Wilsa Ashby, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Ronald E. Ashby, as next of kin for Wilsa F. Ashby, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Wilsa Ashby is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Wilsa Ashby, respectfully request the Court grant Plaintiffs' Motion to Substitute Ronald Ashby, as next of kin of Wilsa Ashby, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated:  June 17, 2019

                                            Respectfully submitted,

                                          By: */s/Michael G. Guajardo*
                                                MICHAEL G. GUAJARDO, ESQ.
                                                Texas Bar No. 00784183
                                                J. GREGORY MARKS, ESQ.
                                                Texas Bar No. 12994900

                                                Guajardo & Marks, LLP
                                                Three Forest Plaza
                                                12221 Merit Drive, Suite 945
                                                Dallas, Texas 75251
                                                P:  (972) 774-9800
                                                F:  (972) 774-9801
                                                mike@guajardomarks.com
                                                greg@guajardomarks.com

                                                ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/Michael G. Guajardo*
