# CITY OF CHICAGO HEIGHTS
## CHICAGO HEIGHTS, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2018 0032631  
**DATE ISSUED:** 4/17/2018

**DECEDENT'S LEGAL NAME:** WILSA FRANCIS ASHBY  
**SEX:** FEMALE  
**DATE OF DEATH:** APRIL 12, 2018

**COUNTY OF DEATH:** COOK  
**AGE AT LAST BIRTHDAY:** 73 YEARS  
**DATE OF BIRTH:** JUNE 14, 1944

**CITY OR TOWN:** CHICAGO HEIGHTS  
**HOSPITAL OR OTHER INSTITUTION NAME:** FRANCISCAN HEALTH-CHICAGO HEIGHTS

**PLACE OF DEATH:** EMERGENCY ROOM / OUTPATIENT

**BIRTHPLACE:** NEW ROCHELLE, NY  
**SOCIAL SECURITY NUMBER:** 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  
**STATUS AT TIME OF DEATH:** MARRIED  
**SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME:** RONALD E ASHBY  
**EVER IN U.S. ARMED FORCES?** NO

**RESIDENCE:** 1311 SCHILLING AVENUE  
**APT. NO.:**  
**CITY OR TOWN:** CHICAGO HEIGHTS  
**INSIDE CITY LIMITS?** YES

**COUNTY:** COOK  
**STATE:** IL  
**ZIP CODE:** 60411  
**FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** JAMES ROY OTTO  
**MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** DANA MAE BARTON

**INFORMANT'S NAME:** RONALD E ASHBY  
**RELATIONSHIP:** HUSBAND  
**MAILING ADDRESS:** 1311 SCHILLING AVENUE, CHICAGO HEIGHTS, IL, 60411

**METHOD OF DISPOSITION:** BURIAL  
**PLACE OF DISPOSITION:** SKYLINE MEMORIAL PARK  
**LOCATION - CITY OR TOWN AND STATE:** MONEE, IL  
**DATE OF DISPOSITION:** APRIL 16, 2018

**FUNERAL HOME:** PANOZZO BROS FUNERAL HOME, 530 WEST LINCOLN HIGHWAY, CHICAGO HEIGHTS, IL, 60411

**FUNERAL DIRECTOR'S NAME:** PHILLIP J PANOZZO  
**FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER:** 034014612

**LOCAL REGISTRAR'S NAME:** LORI WILCOX  
**DATE FILED WITH LOCAL REGISTRAR:** APRIL 17, 2018

**CAUSE OF DEATH**  
**PART I.** IMMEDIATE CAUSE (Final disease or condition resulting in death)  
a. CHRONIC OBSTRUCTIVE LUNG DISEASE  
Due to (or as a consequence of):  
b. CARDIAC ARRHYTHMIAS  
Due to (or as a consequence of):  
c. DIABETES  
Due to (or as a consequence of):

**PART II.** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

**WAS AN AUTOPSY PERFORMED?** NO  
**WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?** N/A

**FEMALE PREGNANCY STATUS:** NOT PREGNANT WITHIN LAST YEAR  
**MANNER OF DEATH:** NATURAL

**DATE OF INJURY:**  
**TIME OF INJURY:**  
**PLACE OF INJURY:**  
**INJURY AT WORK?:**

**LOCATION OF INJURY:**

**DESCRIBE HOW INJURY OCCURRED:**  
**IF TRANSPORTATION INJURY, SPECIFY:**

**ATTEND THE DECEASED?** YES  
**DATE LAST SEEN ALIVE:** APRIL 10, 2018  
**WAS MEDICAL EXAMINER OR CORONER CONTACTED?** YES  
**DATE PRONOUNCED:**  
**TIME OF DEATH:** 06:33 AM

**CERTIFIER:** PHYSICIAN  
**DATE CERTIFIED:** APRIL 12, 2018

**NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** KHAJA ASADULLAH, 10181 LINCOLN HIGHWAY, FRANKFORT, ILLINOIS, 60423  
**PHYSICIAN'S LICENSE NUMBER:** 036-099650

38290



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

APR 17 2018  
Date Issued

Lori Wilcox  
City Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE