# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*Ashby v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-06526*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Ronald E. Ashby, next of kin, is substituted for Plaintiff Wilsa F. Ashby, in the above captioned cause.

Date: _____          _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge