# GEORGIA DEATH CERTIFICATE

State File Number: 2018GA000084026

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | JUANITA ELIZABETH SWINDLE |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | PRESTON |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 12/16/2018 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 71 |
| 5. DATE OF BIRTH (Mo., Day, Year) | 10/22/1947 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | PEACH |
| 7c. CITY, TOWN | BYRON |
| 7d. STREET AND NUMBER | 173 PRESTON ROAD |
| 7e. ZIP CODE | 31008 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | HOMEMAKER |
| 8b. KIND OF INDUSTRY OR BUSINESS | DOMESTIC |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | JAMES EDWARD SWINDLE |
| 11. FATHER'S FULL NAME (First, Middle, Last) | LAWRENCE EMMIT PRESTON |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | EMMA AUGUSTA DUNN |
| 13a. INFORMANT'S NAME (First, Middle, Last) | JAMES E. SWINDLE |
| 13b. RELATIONSHIP TO DECEDENT | HUSBAND |
| 13c. MAILING ADDRESS | 173 PRESTON ROAD BYRON GEORGIA 31008 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | WHITE |
| 17a. IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | COLISEUM MEDICAL CENTER |
| 19. CITY, TOWN or LOCATION OF DEATH | MACON |
| 20. COUNTY OF DEATH | BIBB |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | OAKLAWN CEMETERY 720 S CAMELLIA BOULEVARD FORT VALLEY GEORGIA 31030 |
| 23. DISPOSITION DATE | 12/19/2018 |
| 24a. EMBALMER'S NAME | MARIANNE M. ROOKS |
| 24b. EMBALMER LICENSE NO. | 3672 |
| 25. FUNERAL HOME NAME | ROOKS FUNERAL HOME BYRON |
| 25a. FUNERAL HOME ADDRESS | 109 W WHITE ROAD BYRON GEORGIA 31008 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | MARIANNE M ROOKS |
| 26b. FUN. DIR. LICENSE NO | 4074 |
| 27. DATE PRONOUNCED DEAD | 12/16/2018 |
| 28. HOUR PRONOUNCED DEAD | 07:51 AM |
| 29a. PRONOUNCER'S NAME | DEEPAK KADIYALA |
| 29b. LICENSE NUMBER | 073309 |
| 29c. DATE SIGNED | 12/16/2018 |
| 30. TIME OF DEATH | 07:51 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) A. | PERIPHERAL VASCULAR DISEASE | UNKNOWN |
| Due to, or as a consequence of: B. | | |
| Due to, or as a consequence of: C. | | |
| Due to, or as a consequence of: D. | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

LUPUS

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)
DEEPAK KADIYALA, MD, 073309

| 45a. DATE SIGNED | 45b. HOUR OF DEATH |
|---|---|
| 01/11/2019 | 07:51 AM |

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

| 46a. DATE SIGNED | 46b. HOUR OF DEATH |
|---|---|
| | |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
DEEPAK KADIYALA 3990 RIVERSIDE PARK BLVD BOULEVARD MACON GEORGIA 31210

| 48. REGISTRAR (Signature) | /S/ GWENDOLYN DUFFIN |
|---|---|
| 49. DATE FILED - REGISTRAR | 01/18/2019 |

Form 3903 (Rev. 04/2012) GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE