# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Juanita Swindle v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al**  **CA # 2:17-cv-00475** | **MAGISTRATE JUDGE NORTH** |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW James Edward Swindle, rightful spouse of Juanita Swindle, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on the death of Juanita Swindle.

A Notice/Suggestion of Death was filed in the MDL on June 17, 2019 (Doc. #13776).

Dated: June 17, 2019

**RESPECTFULLY SUBMITTED,**

**Nelson Bumgardner Albritton P.C.**

By: */s/ Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
Phone: 708-675-1975
Fax: 708-675-1786
tim@nbafirm.com

**Attorney For Plaintiff**

## CERTIFICATION OF SERVICE

      I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Nelson Bumgardner Albritton P.C.**

By: */s/ Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
Phone: 708-675-1975
Fax: 708-675-1786
tim@nbafirm.com

**Attorney For Plaintiff**