# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **Juanita Swindle v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al** | **MAGISTRATE JUDGE NORTH** |
| **Case No. # 2:17-cv-00475** | |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel

hereby informs this Court of the death of the Plaintiff Juanita Swindle on December 16, 2018.

Dated: June 17, 2019          **RESPECTFULLY SUBMITTED,**

**Nelson Bumgardner Albritton P.C.**

By: */s/ Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
Phone: 708-675-1975
Fax: 708-675-1786
tim@nbafirm.com

**Attorney For Plaintiff**

## CERTIFICATION OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Nelson Bumgardner Albritton P.C.**

By: */s/ Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
Phone: 708-675-1975
Fax: 708-675-1786
tim@nbafirm.com

**Attorney For Plaintiff**