UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO PLAINTIFF: | SECTION "L" <br><br> JUDGE ELDON E. FALLON |
| Juanita Swindle v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, et al <br> CA # 2:16-cv-00475 | MAGISTRATE JUDGE NORTH |

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Juanita Swindle, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff James Edward Swindle, as rightful husband, is substituted for Plaintiff Juanita Swindle as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on June 17, 2019 (Doc. 13776).

New Orleans, Louisiana this ____ day of _____, 2019.

_____
United States District Judge