UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*LARRY V. MEEKS, Individually and on Behalf of LINDA S. MEEKS, Deceased v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al., Civil Action No. 2:19-cv-07408*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Kristi Millican and Kelly Williams, on behalf of Larry V. Meeks, in the above captioned cause.

1. Larry V. Meeks filed a products liability lawsuit against defendants on behalf of Linda S. Meeks on April 2, 2019.

2. Plaintiff's counsel was informed that Kristi Millican and Kelly Williams were appointed Co-Personal Representatives of the Estate of Linda S. Meeks on or about June 12, 2018.

3. Letters Testamentary are attached hereto as "Exhibit A".

4. Kristi Millican and Kelly Williams, Co-Personal Representatives of the Estate of Linda S. Meeks, are proper parties to substitute for plaintiff-decedent Linda S. Meeks and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiffs in this action

Dated: June 17, 2019

                                        Respectfully Submitted,

                                        By: */s/ Michael G. Guajardo*
                                        Michael G. Guajardo
                                        Texas Bar No. 00784183
                                        Guajardo & Marks, LLP
                                        Three Forest Plaza
                                        12221 Merit Drive, Suite 945
                                        Dallas, TX  75251
                                        (972) 774-9800 (Phone)
                                        (972) 774-9801 (Fax)
                                        mike@guajardomarks.com

                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 17, 2019

Respectfully Submitted,

By: */s/ Michael G. Guajardo*
Michael G. Guajardo
Texas Bar No. 00784183
Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, TX  75251
(972) 774-9800 (Phone)
(972) 774-9801 (Fax)
mike@guajardomarks.com

*Attorney for Plaintiff*