# EXHIBIT A

## IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS
## PROBATE DIVISION

IN THE MATTER OF THE ESTATE
OF LINDA SUE MEEKS, DECEASED

NO. 70PR-2018- 128-6

### LETTERS TESTAMENTARY

BE IT KNOWN:

That Kristi Millican, whose address is 136 Wood Dale Dr., Burleson, TX 76028, and Kelly Williams, whose address is 6401 Fairfield Dr., Rowlett, TX 75089, having been duly appointed Co-Personal Representatives of the Estate of Linda Sue Meeks, deceased, who died on March 22, 2018, and having qualified as such Co-Personal Representatives, are hereby authorized to act as such Co-Personal Representatives, for and on behalf of the Estate to take possession of the property thereof as authorized by law.

ISSUED the __12__ day of __June__, 2018.

SHANNON PHILLIPS, County Clerk

_____
Clerk

By __Mandi Fudy__
Deputy Clerk


(SEAL)