UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Larry V. Meeks, Individually and on Behalf of Linda S. Meeks, Deceased v. Janssen Research & Development, LLC, et al.* Civil Action No. 2:19-cv-07408

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motions meritorious. Therefore, **IT IS ORDERED** that Plaintiffs Kristi Millican and Kelly Williams, Co-Personal Representatives of Linda S. Meeks, is substituted for Plaintiff Larry V. Meeks as the proper party plaintiffs in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE