UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This document relates to:**
*Michael E. Nwachukwu v. Janssen Research & Development, LLC, et al.*
*Civil Action No. 2:17-cv-02436*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Ada A. Nwachukwu, on behalf of Michael E. Nwachukwu, in the above captioned cause.

1. Michael E. Nwachukwu filed a products liability lawsuit against defendants on March 23, 2017.

2. Plaintiff Michael E. Nwachukwu died on April 29, 2014.

3. Plaintiff filed a Suggestion of Death on June 12, 2019, attached hereto as "Exhibit A".

4. Ada A. Nwachukwu, surviving spouse of Michael E. Nwachukwu, is a proper party to substitute for plaintiff-decedent and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action.

Dated: June 18, 2019

                                                                  Respectfully Submitted,

                                                                  By: */s/ Michael G. Guajardo*
                                                                  Michael G. Guajardo
                                                                  Texas Bar No. 00784183
                                                                  Guajardo & Marks, LLP
                                                                  Three Forest Plaza
                                                                  12221 Merit Drive, Suite 945
                                                                  Dallas, TX  75251
                                                                  (972) 774-9800 (Phone)
                                                                  (972) 774-9801 (Fax)
                                                                  mike@guajardomarks.com

                                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 18, 2019

Respectfully Submitted,

By: */s/ Michael G. Guajardo*
Michael G. Guajardo
Texas Bar No. 00784183
Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, TX  75251
(972) 774-9800 (Phone)
(972) 774-9801 (Fax)
mike@guajardomarks.com

*Attorney for Plaintiff*