# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*Nwachukwu v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:17-cv-02436*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Michael E. Nwachukwu, on or about April 29, 2014.

Dated: June 12, 2019            Respectfully submitted,

/s/*Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P: (972) 774-9800
F: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: June 12, 2019

                                              Respectfully submitted,

                                              */s/Michael G. Guajardo*
                                              MICHAEL G. GUAJARDO, ESQ.
                                              Texas Bar No. 00784183
                                              J. GREGORY MARKS, ESQ.
                                              Texas Bar No. 12994900

                                              Guajardo & Marks, LLP
                                              Three Forest Plaza
                                              12221 Merit Drive, Suite 945
                                              Dallas, Texas 75251
                                              P: (972) 774-9800
                                              F: (972) 774-9801
                                              mike@guajardomarks.com
                                              greg@guajardomarks.com

                                              ATTORNEYS FOR PLAINTIFF