UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael E. Nwachukwu v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:17-cv-02436

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motions meritorious. Therefore, **IT IS ORDERED** that Plaintiff Ada A. Nwachukwu, surviving spouse of Michael E. Nwachukwu, is substituted for Plaintiff Michael E. Nwachukwu as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE