**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE XARELTO (RIVAROXABAN)     |    **MDL NO. 2592**
PRODUCTS LIABILITY LITIGATION

**SECTION L**

THIS DOCUMENT RELATES TO:      **JUDGE ELDON E. FALLON**

**MAG. JUDGE NORTH**

**Lorelei Hamby,**
**Case No. 2:16-cv-14501**

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs this Honorable Court of the death of the Plaintiff, Lorelei Hamby, on June 15,

2018.

Dated:  June 19, 2019

RESPECTFULLY SUBMITTED,

s/ Jacob A. Flint
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone:  618-205-2017
Fax:  618-288-2864
jflint@flintlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>s/Jacob A. Flint</u>