# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Annie Edwards, Case No. 2:16-cv-06536 | MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of the Plaintiff, Annie Edwards, on June 24, 2017.

Dated:  June 19, 2019

                                        RESPECTFULLY SUBMITTED,

                                        s/ Jacob A. Flint
                                        Jacob A. Flint, IL Bar No. 6299777
                                        Flint Law Firm, LLC.
                                        222 E. Park St., Suite 500
                                        Edwardsville, IL 62025
                                        Phone:  618-205-2017
                                        Fax:  618-288-2864
                                        jflint@flintlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint