IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Betty Ellis, Case No. 2:15-cv-05128 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Betty Ellis with Tammy Ellis, surviving daughter of Betty Ellis, and in support states as follows:

1. Plaintiff Betty Ellis passed away on or about December 4, 2014, as reported to the Court in the attached Suggestion of Death (Ex. 1) and the redacted death certificate (Ex. 2).

2. Tammy Ellis, surviving daughter of Betty Ellis, is a proper party to substitute for plaintiff-decedent Betty Ellis and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Tammy Ellis respectfully requests that she be substituted for the deceased Plaintiff in this cause of action.

Dated:  June 19, 2019

                                                RESPECTFULLY SUBMITTED,

                                                <u>s/ Jacob A. Flint</u>
                                                Jacob A. Flint, IL Bar No. 6299777
                                                Flint Law Firm, LLC.
                                                222 E. Park St., Suite 500
                                                Edwardsville, IL 62025
                                                Phone:  618-205-2017
                                                Fax:  618-288-2864
                                                jflint@flintlaw.com

I hereby certify that on June 19, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint