Case 1:14-md-02502-CLT-MCR   Document 131957-2   Filed 06/10/16   Page 1 of 1




# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## OFFICE of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2014169575
**DATE ISSUED:** December 9, 2014
**STATE FILE DATE:** December 9, 2014

## DECEDENT INFORMATION

NAME: BETTY E ELLIS

DATE OF DEATH: December 4, 2014     SEX: FEMALE   SSN: ▮▮▮    AGE: 080 YEARS
DATE OF BIRTH: ▮▮▮    BIRTHPLACE: ROCHESTER, NEW HAMPSHIRE, UNITED STATES
PLACE OF DEATH: EMERGENCY ROOM/OUTPATIENT
FACILITY NAME OR STREET ADDRESS: VENICE REGIONAL BAYFRONT HEALTH
LOCATION OF DEATH: VENICE, SARASOTA COUNTY, 34285

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: MARRIED
SPOUSE (IF FEMALE, MAIDEN NAME): ROGER  ELLIS
RESIDENCE: 555 OXFORD DRIVE, VENICE, FLORIDA 34293, UNITED STATES     COUNTY: SARASOTA
OCCUPATION, INDUSTRY: HOUSEKEEPER, HOSPITALITY
RACE: __X__ White    ___ Black or African American   ___ Asian Indian   ___ Chinese   ___ Filipino   ___ Native Hawaiian   ___ Japanese   ___ Korean
     ___ American Indian or Alaskan Native—Tribe:      ___ Vietnamese   ___ Other Asian:
     ___ Guamian or Chamorro   ___ Samoan   ___ Other Pacific Isl:      ___ Other:      ___ Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: 9TH THRU 12TH GRADE; NO DIPLOMA     EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION

FATHER: ELMER GERRY
MOTHER: GERTRUDE  WITHAM
INFORMANT: ROGER  ELLIS
RELATIONSHIP TO DECEDENT: HUSBAND
INFORMANT'S ADDRESS: 555 OXFORD DRIVE, VENICE, FLORIDA 34293, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: TOALE BROTHERS CREMATORY
     BRADENTON, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER: RANDAL A. LARSON, F044601
FUNERAL FACILITY:  TOALE BROTHERS INC F080184
     40 NORTH ORANGE AVENUE, SARASOTA, FLORIDA 34236

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN     MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 1951
CERTIFIER'S NAME: DAVID JAMES GOODING
CERTIFIER'S LICENSE NUMBER: OS5556
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH  NATURAL
CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:
   a  INTRACRANIAL HEMORRHAGE

   b

   c

   d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

AUTOPSY PERFORMED? NO     AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:     DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED
REASON FOR SURGERY:
IF FEMALE, NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE     TIME OF INJURY (24 hr):     INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, Status of Decedent:     Type of Vehicle:

*Ken Jones*

,State Registrar        REQ: 2015476362

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (11/11)

CERTIFICATION OF VITAL RECORD

FLORIDA DEPARTMENT OF HEALTH

VOID IF ALTERED OR ERASED