UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION      :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAGISTRATE JUDGE NORTH
_____:
                                       **JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**DEBRA BARGET, Individually and as the Representative of the Estate of LORRAINE BARGET**

**INDIVIDUAL CIVIL ACTION NO. 2:16-cv-3052**

**FIRST AMENDED SHORT FORM COMPLAINT**

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint and First Amended Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is used in the above-captioned action.

2. Plaintiff, Debra Barget, Individually and as the Representative of the Estate of Lorraine Barget, is identified more fully in Paragraph No. 3 of the Plaintiffs' Joint Amended Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 517 Narcissus Avenue Corona del Mar, CA 92625.

4. The Xarelto User resides (or if deceased, resides at the time of death) in the county of Nassau in the state of New York.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6. Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint.

Dated: June 19, 2019                                      Respectfully Submitted,

By: /s/ Danielle Gold
Danielle Gold
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 485-1823
Facsimile: (646) 293-7498
E-mail: dgold@weitzlux.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a complete copy of the foregoing Short Form Complaint has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 19th day of June, 2019.

/s/ Danielle Gold
Danielle Gold