**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Lorraine Barget v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-3052**

### UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT AND FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff Debra Barget, on behalf of the estate of Lorraine Barget, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Joint Complaint and Short Form Complaint and to correct the case caption of the Complaint to reflect that Debra Barget has been duly appointed as the Administrator of Lorraine Barget's estate. Plaintiff provides the following in support of this Motion:

1. A Complaint was filed on behalf of Decedent, Lorraine Barget, on March 29, 2016.
2. Decedent duly served a copy of the Complaint on April 20, 2016.
3. Decedent, Lorraine Barget, passed away on January 22, 2017, as reported to the Court in the Notice of Death filed on April 18, 2019.
4. Lorraine Barget is the daughter of Decedent, Debra Barget.

1

5. On May 8, 2017, the Surrogate's Court of the State of New York, Nassau County, appointed Debra Barget as Executor of the Estate of Lorraine Barget, attached hereto as Exhibit A.
6. Plaintiff's only modifications to the Joint Complaint as set forth in the proposed Amended Joint Complaint, attached hereto, are the following:
    a. In the Caption, substitution to Debra Barget, both individually and as the Representative of the Estate of Lorraine Barget, as the named party in place of Lorraine Barget.
    b. Revision to Paragraph 3 to reflect the appointment of Debra Barget as the Executor of the Estate of Lorraine Barget as follows: "Debra Barget, Individually and as the Representative of the Estate of Lorraine Barget."
    c. Further revision to Paragraph 3 as follows: "Plaintiff, Debra Barget, is the daughter of the Decedent. On May 8, 2017, Plaintiff, Debra Barget, was appointed as the Administratrix of Lorraine Barget's estate by The Surrogate's Court of the State of New York, Nassau County. Decedent, Lorraine Barget, ingested Xarelto from approximately May 22, 2014 to January 23, 2015 and, as a direct result of Xarelto, was hospitalized for sixteen days starting September 30, 2014 for a rectus sheath hematoma, requiring at least two units of packed red blood cells and a CT scan. Decedent was a resident of Nassau County in the state of New York. Decedent is represented herein by Debra Barget as the personal representative of her estate."
    d. No further changes to the Complaint are requested.
7. Plaintiff's only modifications to the Short Form Complaint as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:
    a. Revision to Paragraph 2 by reflecting the appointment of Debra Barget as the Executor of the Estate of Lorraine Barget, which is as follows: "Plaintiff, Debra Barget, Individually and as the Representative of the Estate of Lorraine Barget, is identified more fully in Paragraph No. 3 of the Plaintiffs' Joint Amended Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual Plaintiff."
    b. Revision to Paragraph 3 by reflecting the residential address of Ms. Debra Barget, which is as follows: "Individual Plaintiff herein resides at 517 Narcissus Avenue

Corona del Mar, CA 92625."

    c. No further changes to the Complaint are requested.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

9. On June 14, 2019, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent on June 19, 2019 from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Debra Barget, on behalf of the Decedent, Lorraine Barget, respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaints and directing the Clerk to enter the Amended Complaints into the record of this matter.

Dated: June 19, 2019

Respectfully Submitted,

By: /s/ Danielle Gold
Danielle Gold
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 485-1823
Facsimile: (646) 293-7498
E-mail: dgold@weitzlux.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June 2019, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

/s/ Danielle Gold
Danielle Gold

# EXHIBIT A

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 193628

# Surrogate's Court of the State of New York
# Nassau County

File#: 2017-1332

## Certificate of Appointment of Executor

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** **Lorraine Barget**
aka   Lorraine A Barget

Date of Death:   January 22, 2017

Domicile:   Nassau County

Fiduciary Appointed:   **Debra A Barget**
517 1/2 Narcissus Avenue
Corona Del Mar CA  92625

Letters Issued:   LETTERS TESTAMENTARY

Letters Issued On:   May 8, 2017

and such Letters are unrevoked and in full force as of this date.

Dated: May 8, 2017
Mineola, New York

IN TESTIMONY WHEREOF, the seal of the Nassau County Surrogate's Court has been affixed.

WITNESS, Honorable Margaret C. Reilly, Judge of the Nassau County Surrogate's Court.

*Debra Keller Leimbach*, Chief Clerk
Nassau County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Nassau County Surrogate's Court and expires 6 months from the issue date of this certificate, unless otherwise stated above.*