# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Gerald Swanson, Sr. v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-01656**

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT AND FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff Stuart R. Swanson, on behalf of the estate of Gerald Swanson, Sr., by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Joint Complaint and Short Form Complaint and to correct the case caption of the Complaint to reflect that Stuart R. Swanson has been duly appointed as the Administrator of Gerald Swanson, Sr.'s estate. Plaintiff provides the following in support of this Motion:

1. A Complaint was filed on behalf of Decedent, Gerald Swanson, Sr., on February 19, 2016.
2. Decedent duly served a copy of the Complaint on March 7, 2016.
3. Decedent, Gerald Swanson, Sr., passed away on November 11, 2016, as reported to the Court in the Notice of Death filed on April 18, 2019.
4. Stuart R. Swanson is the son of Decedent, Gerald Swanson, Sr.

1

5. On November 21, 2016, the Putnam County Commission of the State of West Virginia, appointed Stuart R. Swanson as Executor of the Estate of Gerald Swanson, Sr., attached hereto as Exhibit A.

6. Plaintiff's only modifications to the Joint Complaint as set forth in the proposed Amended Joint Complaint, attached hereto, are the following:

   a. In the Caption, substitution to Stuart R. Swanson, both individually and as the Representative of the Estate of Gerald Swanson, Sr., as the named party in place of Gerald Swanson, Sr.

   b. Revision to Paragraph 14 to reflect the appointment of Stuart R. Swanson as the Executor of the Estate of Gerald Swanson, Sr. as follows: "Stuart R. Swanson, Individually and as the Representative of the Estate of Gerald Swanson, Sr."

   c. Further revision to Paragraph 14 as follows: "Plaintiff, Stuart R. Swanson, is the son of the Decedent. On November 21, 2016, Plaintiff, Stuart R. Swanson, was appointed as the Executor of Gerald Swanson, Sr.'s estate by the Putnam County Commission of the State of West Virginia. Decedent, Gerald Swanson, Sr. ingested Xarelto from approximately September 18, 2013 to January 30, 2015 and, as a direct result of Xarelto, was hospitalized twice, for five days starting June 11, 2014 for a gastrointestinal bleed and for two days starting January 30, 2015 for hematuria. The June 2014 hospitalization required at least three units of packed red blood cells, a colonoscopy and an esophagogastroduodenoscopy. The January 2015 hospitalization required a cystoscopy. Decedent Gerald Swanson, Sr. was a resident of Putnam County in the state of West Virginia. Decedent is represented herein by Stuart R. Swanson as the personal representative of his estate."

   d. No further changes to the Complaint are requested.

7. Plaintiff's only modifications to the Short Form Complaint as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:

   a. Revision to Paragraph 2 by reflecting the appointment of Stuart R. Swanson as the Executor of the Estate of Gerald Swanson, Sr. which is as follows: "Plaintiff, Stuart R. Swanson, Individually and as the Representative of the Estate of Gerald Swanson, Sr., is identified more fully in Paragraph No. 14 of the Plaintiffs' Joint Amended

      Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual Plaintiff."

    b. Revision to Paragraph 4 by reflecting the correct county and state of residence for the Decedent/Xarelto User.

    c. No further changes to the Complaint are requested.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

9. On June 14, 2019, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent on June 19, 2019 from opposing counsel to amend the Complaint.

    WHEREFORE, Plaintiff Stuart R. Swanson, on behalf of the Decedent, Gerald Swanson, Sr., respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaints and directing the Clerk to enter the Amended Complaints into the record of this matter.

Dated: June 19, 2019

        Respectfully Submitted,

        By: /s/ Danielle Gold
        Danielle Gold
        WEITZ & LUXENBERG, P.C.
        700 Broadway
        New York, NY 10003
        Telephone: (212) 485-1823
        Facsimile: (646) 293-7498
        E-mail: dgold@weitzlux.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of June 2019, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                  /s/ Danielle Gold
                                                  Danielle Gold

# EXHIBIT A

United States of America

State of West Virginia        County of Putnam, ss:

# Letter of Administration

Estate of GERALD RENNSLER SWANSON

I, JENNIFER SCRAGG KARR, Putnam County Fiduciary Supervisor, in the State of West Virginia, do hereby certify that STUART R. SWANSON was on the 21st day of November, 2016, appointed by the PUTNAM COUNTY COMMISSION as executor(s) of the Estate of GERALD RENNSLER SWANSON, duly qualified as such by taking oath prescribed by law, and by giving approved bond in the sum of $0.00, as required by law.

NOW THEREFORE, be it known that said appointment is now in full force and effect and that full faith and credit are due and should be given to all the acts of the said STUART R. SWANSON as such executor(s) of the Estate of GERALD RENNSLER SWANSON, as well in all jurisdictions, as elsewhere.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the PUTNAM COUNTY COMMISSION at my office in said County on the 21st day of November, 2016.

_Jennifer Scragg Karr_
JENNIFER SCRAGG KARR
Putnam County Fiduciary Supervisor

By _Shelly Keefer_
SHELLY KEEFER
FIDUCIARY DEPUTY