UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Gerald Swanson, Sr. v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:16-cv-01656

## ORDER

**IT IS ORDERED** that the Unopposed Motion To Substitute for Party Plaintiff and For Leave to File First Amended Joint Complaint and First Amended Short Form Complaint filed by Plaintiff Stuart R. Swanson, on behalf of the estate of Gerald Swanson, Sr., is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaints into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2019.

_____
**UNITED STATES DISTRICT JUDGE**