UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Genevieve Veld v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-5700**

### UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT AND FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff Kay Davison, on behalf of the estate of Genevieve Veld, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Joint Complaint and Short Form Complaint and to correct the case caption of the Complaint to reflect that Kay Davison has been duly appointed as the Administrator of Genevieve Veld's estate. Plaintiff provides the following in support of this Motion:

1. A Complaint was filed on behalf of Decedent, Genevieve Veld, on October 28, 2015.
2. Decedent duly served a copy of the Complaint on November 11, 2015.
3. Decedent, Genevieve Veld, passed away on February 4, 2018, as reported to the Court in the Notice of Death filed on April 18, 2019.
4. Kay Davison is the daughter of Decedent, Genevieve Veld.

5. On March 12, 2018, the Iowa District Court for Hardin County, appointed Kay Davison as Executor of the Estate of Genevieve Veld, attached hereto as Exhibit A.
6. Plaintiff's only modifications to the Joint Complaint as set forth in the proposed Amended Joint Complaint, attached hereto, are the following:
    a. In the Caption, substitution to Kay Davison, both individually and as the Representative of the Estate of Genevieve Veld, as the named party in place of Genevieve Veld.
    b. Revision to Paragraph 8 to reflect the appointment of Kay Davison as the Executor of the Estate of Genevieve Veld as follows: "Kay Davison, Individually and as the Representative of the Estate of Genevieve Veld."
    c. Further revision to Paragraph 8 as follows: "Plaintiff, Kay Davison, is the daughter of the Decedent. On March 12, 2018, Plaintiff, Kay Davison, was appointed as the Administratrix of Genevieve Veld's estate by the Iowa District Court for Hardin County. Decedent, Genevieve Veld, ingested Xarelto from approximately November 2013 to May 21, 2015 and, as a direct result of Xarelto, was hospitalized for three days beginning May 21, 2015 for anemia secondary to an upper gastrointestinal bleed, requiring four units of packed red blood cells transfusion, an esophagogastroduodenoscopy, and a dose of intravenous iron. Decedent was a resident of Hardin County in the state of Iowa. Decedent is represented herein by Kay Davison as the personal representative of her estate."
    d. No further changes to the Complaint are requested.
7. Plaintiff's only modifications to the Short Form Complaint as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:
    a. Revision to Paragraph 2 by reflecting the appointment of Kay Davison as the Executor of the Estate of Genevieve Veld, which is as follows: "Plaintiff, Kay Davison, Individually and as the Representative of the Estate of Genevieve Veld, is identified more fully in Paragraph No. 8 of the Plaintiffs' Joint Amended Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual Plaintiff."
    b. Revision to Paragraph 3 by reflecting the residential address of Ms. Kay Davison,

      which is as follows: "Individual Plaintiff herein resides at 1607 18th Ave., Eldora, IA 50627."

    c. No further changes to the Complaint are requested.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

9. On June 14, 2019, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent on June 19, 2019 from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Kay Davison, on behalf of the Decedent, Genevieve Veld, respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaints and directing the Clerk to enter the Amended Complaints into the record of this matter.

Dated: June 19, 2019                                       Respectfully Submitted,

                                                         By: /s/ Danielle Gold
                                                         Danielle Gold
                                                         WEITZ & LUXENBERG, P.C.
                                                         700 Broadway
                                                         New York, NY 10003
                                                         Telephone: (212) 485-1823
                                                         Facsimile: (646) 293-7498
                                                         E-mail: dgold@weitzlux.com

                                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of June 2019, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

/s/ Danielle Gold
Danielle Gold

# EXHIBIT A

E-FILED 2018 MAR 12 8:45 AM HARDIN - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR HARDIN COUNTY

IN THE MATTER OF THE

ESTATE OF GENEVIEVE HELEN VELD

Case No. 02421 ESPR023614

**Letters of Appointment**

Docket Event Code: LEAP

KNOW ALL PERSONS BY THESE PRESENTS:
That having been duly appointed and qualified as Executor of the above entitled matter,

**KAY DAVISON**

is vested with all powers authorized by law in the premises.

Letters issued: MARCH 12, 2018



/s/ CATHERINE BRIGHT
Clerk of Court/Designee
HARDIN County