UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| _____ | MAGISTRATE JUDGE NORTH |
| | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

**KAY DAVISON, Individually and as the Representative of the Estate of GENEVIEVE VELD**

**INDIVIDUAL CIVIL ACTION NO. 2:15-cv-5700**

**FIRST AMENDED SHORT FORM COMPLAINT**

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint First Amended Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is used in the above-captioned action.

2. Plaintiff, Kay Davison, Individually and as the Representative of the Estate of Genevieve Veld, is identified more fully in Paragraph No. 8 of the Plaintiffs' Joint Amended Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 1607 18th Ave., Eldora, IA 50627.

4.  The Xarelto User resides (or if deceased, resides at the time of death) in the county of Hardin in the state of Iowa.

5.  Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6.  Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint.

Dated: June 19, 2019                                          Respectfully Submitted,

By: /s/ Danielle Gold
Danielle Gold
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 485-1823
Facsimile: (646) 293-7498
E-mail: dgold@weitzlux.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of June 2019, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                /s/ Danielle Gold  
                                                Danielle Gold