# EXHIBIT A

| BG ID | Docket No. | Plaintiff Name | Plaintiff's Counsel |
|---|---|---|---|
| 9412 | 2:16-cv-01697 | Allen, Barbara | Bachus & Schanker, LLC |
|  |  |  |  |
| 3899 | 2:15-cv-4278 | Clements, Earl, Jackie Clements, and Pamela Clements Norfleet | Gaidry Law Group |
| 3079 | 2:15-cv-03396 | Cosie, Aquantae, Individually and on Behalf of the Estate of Regina Deceased and as Attorney-in-Fact for Aquendius Landry, Surviving Natural Son and Heir of Regina Nora, Deceased | Pro Se |
| 28895 | 2:19-cv-08036 | Grogan, Rosie | Law Offices of Seaton & Bates, PLLC |
| 28420 | 2:18-cv-08749 | Hulen, William W. | Fears Nachawati |
| 42146 | 2:19-cv-00932 | Patterson, Ella | The Mulligan Law Firm |
| 27329 | 2:18-cv-07262 | Robinson, Savannah | Marc J. Bern & Partners LLP |
| 17099 | 2:16-cv-13857 | Stein, Dale and Maureen Stein | Patberg, Carmody & Ging |
| 6427 | 2:15-cv-05494 | Sterline, Lucille S. | Shockey & Associates |
| 21473 | 2:17-cv-04959 | Stewart, John, Individually, and as Executor of the Estate of Ellen Stewart | Vickery & Shepherd, LLP |