UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carolea Burgess v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03148

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13713, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Thomas Burgess, surviving spouse of Carolea Burgess, is substituted for Plaintiff Carolea Burgess as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE