UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Victor Sera v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-5446

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13736, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Edilma Sera, surviving spouse of Victor Sera, is substituted for Plaintiff Victor Sera as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE