**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Debra Howell,<br>Case No. 2:17-cv-10997 | |

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of the Plaintiff, Debra Howell, on January 15, 2019.

Dated: June 20, 2019

                                                                                                   RESPECTFULLY SUBMITTED,

                                                                                                   s/ Jacob A. Flint
                                                                                                   Jacob A. Flint, IL Bar No. 6299777
                                                                                                   Flint Law Firm, LLC.
                                                                                                   222 E. Park St., Suite 500
                                                                                                   Edwardsville, IL 62025
                                                                                                   Phone: 618-205-2017
                                                                                                   Fax: 618-288-2864
                                                                                                   jflint@flintlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint