## STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

### BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018097180  
**DATE ISSUED:** JUNE 18, 2018  
**DATE FILED:** JUNE 18, 2018

## DECEDENT INFORMATION

NAME: LORELEI  KRISTINE  HAMBY

DATE OF DEATH: **JUNE 15, 2018**     SEX: **FEMALE**     AGE: **063 YEARS**  
DATE OF BIRTH:     SSN:  
BIRTHPLACE: **SAUGERTIES, NEW YORK, UNITED STATES**  
PLACE WHERE DEATH OCCURRED:  **HOSPICE**  
FACILITY NAME OR STREET ADDRESS: **LAKELAND HOSPICE HOUSE**  
LOCATION OF DEATH: **LAKELAND, POLK COUNTY, 33805**  
RESIDENCE:  **8907 GOLDEN GATE BLVD, POLK CITY, FLORIDA  33868, UNITED STATES**  
COUNTY: **POLK**  
OCCUPATION, INDUSTRY: **HOMEMAKER, OWN HOME**  
EDUCATION: **SOME COLLEGE CREDIT, BUT NO DEGREE**     EVER IN U.S. ARMED FORCES? **NO**  
HISPANIC OR HAITIAN ORIGIN? **NO, NOT OF HISPANIC/HAITIAN ORIGIN**  
RACE: **WHITE**

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: **MARRIED**  
SURVIVING SPOUSE NAME:  **TERRELL  PAUL  HAMBY**  
FATHER'S/PARENT'S NAME:  **RICHARD  ALDRICH**  
MOTHER'S/PARENT'S NAME:  **BETTY  ALDRICH**

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME:  **TERRELL  PAUL  HAMBY**  
RELATIONSHIP TO DECEDENT:  **SPOUSE**  
INFORMANT'S ADDRESS:  **8907 GOLDEN GATE BLVD, POLK CITY, FLORIDA  33868, UNITED STATES**  
FUNERAL DIRECTOR/LICENSE NUMBER:  **ERIC R. KERSEY, F058281**  
FUNERAL FACILITY:  **KERSEY FUNERAL HOME F085165**  
  **108 E LAKE STELLA DR, AUBURNDALE, FLORIDA  33823**  
METHOD OF DISPOSITION: **CREMATION**  
PLACE OF DISPOSITION:  **MEMORIAL CREMATORY AUBURNDALE, FLORIDA**

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: **CERTIFYING PHYSICIAN**     MEDICAL EXAMINER CASE NUMBER: **NOT APPLICABLE**  
TIME OF DEATH (24 HOUR):  **0028**     DATE CERTIFIED: **JUNE 18, 2018**  
CERTIFIER'S NAME: **RICHARD W PINE**  
CERTIFIER'S LICENSE NUMBER:  **ME135471**  
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):  **NOT ENTERED**

*Ken Jones*, STATE REGISTRAR

REQ:  2019399526

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)


*37059071*

CERTIFICATION OF VITAL RECORD    Florida HEALTH