IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| **Lorelei Hamby,** **Case No. 2:16-cv-14501** | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Lorelei Hamby with Terrell Hamby, surviving spouse of Lorelei Hamby, and in support states as follows:

1. Plaintiff Lorelei Hamby passed away on or about June 15, 2018, as reported to the Court in the attached Suggestion of Death (Ex. 1) and the redacted death certificate (Ex. 2).

2. Terrell Hamby, surviving spouse of Lorelei Hamby, is a proper party to substitute for plaintiff-decedent Lorelei Hamby and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Terrell Hamby respectfully requests that he be substituted for the deceased Plaintiff in this cause of action.

Dated:  June 20, 2019

                                                RESPECTFULLY SUBMITTED,

                                                s/ Jacob A. Flint
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone:  618-205-2017
Fax:  618-288-2864
jflint@flintlaw.com

I hereby certify that on June 20, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint