## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018097180  
**DATE ISSUED:** JUNE 18, 2018  
**DATE FILED:** JUNE 18, 2018

### DECEDENT INFORMATION

NAME: LORELEI KRISTINE HAMBY  
DATE OF DEATH: JUNE 15, 2018  SEX: FEMALE  AGE: 063 YEARS  
DATE OF BIRTH: [redacted]  SSN: [redacted]  
BIRTHPLACE: SAUGERTIES, NEW YORK, UNITED STATES  
PLACE WHERE DEATH OCCURRED: HOSPICE  
FACILITY NAME OR STREET ADDRESS: LAKELAND HOSPICE HOUSE  
LOCATION OF DEATH: LAKELAND, POLK COUNTY, 33805  
RESIDENCE: 8907 GOLDEN GATE BLVD, POLK CITY, FLORIDA 33868, UNITED STATES  
COUNTY: POLK  
OCCUPATION, INDUSTRY: HOMEMAKER, OWN HOME  
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE    EVER IN U.S. ARMED FORCES? NO  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION

(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)  
MARITAL STATUS: MARRIED  
SURVIVING SPOUSE NAME: TERRELL PAUL HAMBY  
FATHER'S/PARENT'S NAME: RICHARD ALDRICH  
MOTHER'S/PARENT'S NAME: BETTY ALDRICH

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: TERRELL PAUL HAMBY  
RELATIONSHIP TO DECEDENT: SPOUSE  
INFORMANT'S ADDRESS: 8907 GOLDEN GATE BLVD, POLK CITY, FLORIDA 33868, UNITED STATES  
FUNERAL DIRECTOR/LICENSE NUMBER: ERIC R. KERSEY, F058281  
FUNERAL FACILITY: KERSEY FUNERAL HOME F085165  
108 E LAKE STELLA DR, AUBURNDALE, FLORIDA 33823  
METHOD OF DISPOSITION: CREMATION  
PLACE OF DISPOSITION: MEMORIAL CREMATORY  
AUBURNDALE, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  
MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 HOUR): 0028  
DATE CERTIFIED: JUNE 18, 2018  
CERTIFIER'S NAME: RICHARD W PINE  
CERTIFIER'S LICENSE NUMBER: ME135471  
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

*Ken Jones*, STATE REGISTRAR

REQ: 2019399526

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)



CERTIFICATION OF VITAL RECORD

Florida HEALTH

*37059071*