# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

3052017097810
STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11/REV 3/08

3201719021602
LOCAL REGISTRATION NUMBER

| | | |
|---|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) **BERNARD** | 2. MIDDLE **LAWRENCE** | 3. LAST (Family) **GAUS** |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| | | | |
|---|---|---|---|
| 4. DATE OF BIRTH mm/dd/ccyy ▓▓▓ | 5. AGE Yrs. **73** | IF UNDER ONE YEAR / IF UNDER 24 HOURS | 7. SEX **M** |

| | | |
|---|---|---|
| 8. BIRTH STATE/FOREIGN COUNTRY **NY** | 9. SOCIAL SECURITY NUMBER ▓▓▓ | 10. EVER IN U.S. ARMED FORCES? YES [ ] NO [X] UNK [ ] |

| | | |
|---|---|---|
| 11. MARITAL STATUS/SRDP (at time of death) **MARRIED** | 12. DATE OF DEATH mm/dd/ccyy **05/08/2017** | 6. HOUR (24 Hour) **1110** |

| | | |
|---|---|---|
| 13. EDUCATION – Highest Level/Degree (see worksheet on back) **BACHELOR** | 14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH? [ ] YES [X] NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) **WHITE** |

| | | |
|---|---|---|
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED **CIVIL ENGINEER** | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) **ENGINEERING** | 19. YEARS IN OCCUPATION **40** |

**20. DECEDENT'S RESIDENCE** (Street and number, or location)
**65 VICTORIA LANE**

| | | | | |
|---|---|---|---|---|
| 21. CITY **SIERRA MADRE** | 22. COUNTY/PROVINCE **LOS ANGELES** | 23. ZIP CODE **91024** | 24. YEARS IN COUNTY **49** | 25. STATE/FOREIGN COUNTRY **CA** |

| | |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP **CYNTHIA GAUS, WIFE** | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) **65 VICTORIA LANE, SIERRA MADRE, CA 91024** |

| | | |
|---|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST **CYNTHIA** | 29. MIDDLE **G.** | 30. LAST (BIRTH NAME) **GARCIA** |

| | | |
|---|---|---|
| 31. NAME OF FATHER/PARENT—FIRST **HERMAN** | 32. MIDDLE **OTTO** | 33. LAST **GAUS** / 34. BIRTH STATE **NY** |

| | | |
|---|---|---|
| 35. NAME OF MOTHER/PARENT—FIRST **GERTRUDE** | 36. MIDDLE **ROSE** | 37. LAST (BIRTH NAME) **WEBER** / 38. BIRTH STATE **NY** |

| | |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy **05/12/2017** | 40. PLACE OF FINAL DISPOSITION **RESIDENCE OF CYNTHIA GAUS** **65 VICTORIA LANE, SIERRA MADRE, CA 91024** |

| | | |
|---|---|---|
| 41. TYPE OF DISPOSITION(S) **CR/RES** | 42. SIGNATURE OF EMBALMER ▶ **NOT EMBALMED** | 43. LICENSE NUMBER |

| | | | |
|---|---|---|---|
| 44. NAME OF FUNERAL ESTABLISHMENT **CABOT & SONS** | 45. LICENSE NUMBER **FD 341** | 46. SIGNATURE OF LOCAL REGISTRAR ▶ **JEFFREY GUNZENHAUSER, MD** | 47. DATE mm/dd/ccyy **05/12/2017** |

| | |
|---|---|
| 101. PLACE OF DEATH **METHODIST HOSPITAL OF SOUTHERN CALIFORNIA** | 102. IF HOSPITAL, SPECIFY ONE [X] IP [ ] ER/OP [ ] DOA / 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |

| | | |
|---|---|---|
| 104. COUNTY **LOS ANGELES** | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) **300 W. HUNTINGTON DR.** | 106. CITY **ARCADIA** |

**107. CAUSE OF DEATH**

Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Time interval onset to death | 108. DEATH REPORTED TO CORONER |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | **CARDIAC ARREST** | **MINS** | [X] YES / **2017-53246** |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | **ATHEROSCLEROTIC CARDIOVASCULAR DISEASE** | **YRS** | 109. BIOPSY PERFORMED? [ ] YES [X] NO |
| (C) | **CONGESTIVE HEART FAILURE** | **YRS** | 110. AUTOPSY PERFORMED? [ ] YES [ ] NO |
| (D) | | | 111. USED IN DETERMINING CAUSE? [ ] YES [ ] NO |

| |
|---|
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 **ATRIAL FIBRILLATION, SICK SINUS SYNDROME** |

| | |
|---|---|
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) **NO** | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |

| | |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since 02/21/2007 Decedent Last Seen Alive 04/18/2017 | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ **HANI SAMI M.D.** |

| | |
|---|---|
| 116. LICENSE NUMBER **A53754** | 117. DATE mm/dd/ccyy **05/11/2017** |

| |
|---|
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE **HANI SAMI M.D.** **147 W SIERRA MADRE BLVD, SIERRA MADRE, CA 91024** |

| | | |
|---|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. 120. MANNER OF DEATH [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined | 120. INJURED AT WORK? [ ] YES [ ] NO [ ] UNK | 121. INJURY DATE mm/dd/ccyy / 122. HOUR (24 Hours) |

| |
|---|
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |

| |
|---|
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |

| |
|---|
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |

| | |
|---|---|
| 126. SIGNATURE OF CORONER / DEPUTY CORONER ▶ | 127. DATE mm/dd/ccyy / 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |

| | | | | | | |
|---|---|---|---|---|---|---|
| STATE REGISTRAR | A | B | C | D | E | *01001003557673* | FAX AUTH# | CENSUS TRACT |

CALOSANG01

## CERTIFIED COPY OF VITAL RECORD
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles
Department of Public Health if it bears the Registrar's signature in purple ink.

001294996



Health Officer and Registrar

DO 18

DATE ISSUED

MAY 12 2017

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**