IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Linda Robertson, Case No. 2:15-cv-06810 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Linda Robertson with Jeanette Bishop, surviving daughter of Linda Robertson, and in support states as follows:

1. Plaintiff Linda Robertson passed away on or about February 18, 2016, as reported to the Court in the attached Suggestion of Death (Ex. 1) and the redacted death certificate (Ex.2).

2. Jeanette Bishop, surviving daughter of Linda Robertson, is a proper party to substitute for plaintiff-decedent Linda Robertson and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Jeanette Bishop respectfully requests that she be substituted for the deceased Plaintiff in this cause of action.

Dated: June 20, 2019

                                                    RESPECTFULLY SUBMITTED,

                                                    s/ Jacob A. Flint
                                                    Jacob A. Flint, IL Bar No. 6299777
                                                    Flint Law Firm, LLC.
                                                    222 E. Park St., Suite 500
                                                    Edwardsville, IL 62025
                                                    Phone: 618-205-2017
                                                    Fax: 618-288-2864
                                                    jflint@flintlaw.com

I hereby certify that on June 20, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint