# 0561842 COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**STATE FILE NUMBER** 16-006616

| 1. FULL NAME OF DECEDENT (first) | (middle) | (last) | (suffix) |
|---|---|---|---|
| LINDA | WALKER | ROBERTSON | |

| 2. SEX | 3. DATE OF DEATH | | 4. DATE OF BIRTH | 5. AGE Years | IF UNDER 1 YEAR Months / Days | IF UNDER 1 DAY Hours / Minutes |
|---|---|---|---|---|---|---|
| MALE ☐ FEMALE ■ NOT DETERMINED ☐ | FEBRUARY 18, 2016 — ■ ACTUAL ☐ APPROXIMATE / ☐ PRESUMED ☐ FOUND | | [redacted] | 71 | | |

| 6. WAS DECEDENT EVER IN U.S. ARMED FORCES? | 7. BIRTHPLACE (U.S STATE OR FOREIGN COUNTRY) | 8. SOCIAL SECURITY NUMBER | IF NO SSN, CHECK APPROPRIATE BOX |
|---|---|---|---|
| YES ☐ NO ■ UNKNOWN ☐ | VIRGINIA | [redacted] | NONE ☐ / NOT OBTAINABLE ☐ / UNKNOWN ☐ |

| 9. STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.) | 10. CITY OR TOWN OF RESIDENCE | INSIDE CITY OR TOWN LIMITS? |
|---|---|---|
| 115 COLONIAL AVE | WILLIAMSBURG | YES ☐ NO ■ |

| 11. COUNTY OF DECEDENT'S RESIDENCE (if independent city, leave blank) | 12. U.S. STATE (OR FOREIGN COUNTRY) OF DECEDENT'S RESIDENCE | 12a. ZIP CODE |
|---|---|---|
| YORK COUNTY | VIRGINIA | 23185 |

**13. RACE OF DECEDENT (CHECK ONE OR MORE)**

■ WHITE ☐ BLACK OR AFRICAN AMERICAN ☐ FILIPINO ☐ KOREAN
☐ ASIAN INDIAN ☐ CHINESE ☐ SAMOAN ☐ VIETNAMESE
☐ NATIVE HAWAIIAN ☐ GUAMANIAN OR CHAMORRO ☐ JAPANESE ☐ UNKNOWN
☐ AMERICAN INDIAN OR ALASKAN NATIVE(SPECIFY) _____
☐ OTHER PACIFIC ISLANDER(SPECIFY) _____
☐ OTHER ASIAN (SPECIFY) _____
☐ OTHER (SPECIFY) _____

**14. DECEDENT OF HISPANIC ORIGIN?**

■ NON-HISPANIC ☐ CENTRAL OR SOUTH AMERICAN ☐ CUBAN ☐ MEXICAN ☐ PUERTO RICAN ☐ OTHER (SPECIFY) _____ ☐ UNKNOWN

**15. EDUCATION (HIGHEST GRADE COMPLETED)**

☐ ELEMENTARY/SECONDARY (0-12) _____ ■ HIGH SCHOOL DIPLOMA ☐ GED ☐ YEARS OF COLLEGE _____
☐ ASSOCIATE DEGREE ☐ BACHELOR'S DEGREE ☐ MASTER'S DEGREE ☐ DOCTORATE/PROFESSIONAL DEGREE ☐ UNKNOWN

| 16. CITIZEN OF WHAT COUNTRY | 17. USUAL OR LAST OCCUPATION | 18. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| UNITED STATES OF AMERICA | SECRETARY | WEAPONS STATION IN YORKTOWN |

**19. MARITAL STATUS**

☐ NEVER MARRIED ■ MARRIED ☐ WIDOWED ☐ DIVORCED ☐ SEPARATED ☐ UNKNOWN

| 20. IF MARRIED, SEPARATED OR WIDOWED, NAME OF SPOUSE (if divorced leave blank) |
|---|
| HENRY B ROBERTSON II |

| 21. NAME OF DECEDENT'S FATHER (FIRST, MIDDLE, LAST, SUFFIX) | 22. MOTHER'S FULL MAIDEN NAME (FIRST, MIDDLE, LAST) |
|---|---|
| VERNON E WALKER | JEANETTE RILEE |

| 23. INFORMANT'S RELATIONSHIP OR SOURCE OF INFORMATION | 24. FULL NAME OF INFORMANT OR NAME OF SOURCE |
|---|---|
| SPOUSE | HENRY B ROBERTSON II |

| 25. NAME OF HOSPITAL OR INSTITUTION OF DEATH (if none, so state) | 25a. SELECT ONE IF DEATH OCCURRED IN HOSPITAL |
|---|---|
| NONE | DOA ☐ / OUT PAT. EMER RM ☐ / INPATIENT ☐ |

**26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL**

☐ HOSPICE FACILITY ☐ NURSING HOME ☐ LONG TERM CARE FACILITY ■ DECEDENT'S HOME ☐ CORRECTIONAL FACILITY ☐ OTHER (SPECIFY)

| 27. CITY OR TOWN OF DEATH | 28. STREET ADDRESS OR RT, NO OF PLACE OF DEATH | 28a. ZIP CODE | 28b. COUNTY OF DEATH (if independent city, leave blank) |
|---|---|---|---|
| WILLIAMSBURG | 115 COLONIAL AVE | 23185 | YORK COUNTY |

**29. METHOD OF DISPOSITION**

■ BURIAL ☐ ENTOMBMENT / MAUSOLEUM ☐ CREMATION / INCINERATION ☐ BURIAL AT SEA ☐ DONATION ☐ OTHER (SPECIFY) _____
☐ REMOVAL FROM STATE (IF KNOWN, PLEASE ALSO CHECK FINAL METHOD OF DISPOSITION WHEN REMOVING FROM STATE, FROM OPTIONS SHOWN)

| 30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY |
|---|
| WILLIAMSBURG MEMORIAL PARK INC |

| 31. PLACE OF DISPOSITION - STREET ADDRESS OF CEMETERY OR CREMATORY | 31a. CITY / COUNTY | 31b. STATE | 31c. ZIP CODE | 31d. COUNTRY |
|---|---|---|---|---|
| 130 KING WILLIAM DRIVE | WILLIAMSBURG | VIRGINIA | 23188 | |

| 32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE, VSAP OR NEXT OF KIN (ACTUAL SIGNATURE) | 32a. LICENSEE'S NO. | 32b. NAME OF FUNERAL HOME OR FACILITY |
|---|---|---|
| /S/ JEFFREY P FRUCHT | 0502900370 | NELSEN FUNERAL HOME |

| 33. NAME OF FUNERAL DIRECTOR / LICENSEE, VSAP OR NEXT OF KIN | 33a. STREET ADDRESS OF FUNERAL HOME / FACILITY, VSAP OR NEXT OF KIN (include street address, city, state and zip code) |
|---|---|
| JEFFREY P FRUCHT | 3785 STRAWBERRY PLAINS RD, WILLIAMSBURG VIRGINIA 23188 |

**34. TIME OF DEATH:** To the best of my knowledge, death occurred at **07:52** ■ A.M. ☐ P.M. ■ ACTUAL ☐ APPROXIMATE ☐ PRESUMED ☐ FOUND

**35. PART I.** Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

| | | INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| IMMEDIATE CAUSE OF DEATH (Final disease or condition resulting in death) (A) | RESPIRATORY FAILURE | MONTHS |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST (B) DUE TO (OR AS A CONSEQUENCE OF) | BRONCHIECTASIS | YEARS |
| (C) DUE TO (OR AS A CONSEQUENCE OF) | | |
| (D) DUE TO (OR AS A CONSEQUENCE OF) | | |

**PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 36. WAS THE MEDICAL EXAMINER CONTACTED? | 36a. AUTOPSY? | 36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? |
|---|---|---|---|
| YES ☐ NO ■ | YES ☐ NO ■ | YES ☐ NO ☐ | YES ☐ NO ■ POSSIBLY ☐ UNKNOWN ☐ |

**38. IF FEMALE:**

☐ PREGNANT AT TIME OF DEATH ☐ UNKNOWN IF PREGNANT WITHIN THE PAST YEAR ☐ NOT PREGNANT, BUT PREGNANT WITHIN 42 DAYS OF DEATH
■ NOT PREGNANT WITHIN PAST YEAR ☐ NOT PREGNANT, BUT PREGNANT WITHIN 43 DAYS TO 1 YEAR BEFORE DEATH ☐ NOT APPLICABLE ( if decedent's age is 0-5 or 75 years)

| 39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH? | 40. WAS THIS A MILITARY DEATH? | 40a. IF MILITARY DEATH, SELECT MANNER OF DEATH |
|---|---|---|
| ☐ PRIMARY ☐ CONTRIBUTING | YES ☐ NO ■ | NATURAL ☐ / ACCIDENT ☐ / SUICIDE ☐ / HOMICIDE ☐ / UNDETERMINED ☐ / PENDING ☐ |

**ITEMS 41 TO 47 IN THIS SECTION SHOULD ONLY BE COMPLETED FOR MILITARY DEATHS**

| 41. DATE OF INJURY | 42. TIME OF INJURY ☐ A.M. ☐ P.M | 43. INJURY AT WORK? YES ☐ NO ☐ UNKNOWN ☐ | 44. PLACE OF INJURY (home, farm, factory, street, office, bldg, etc.) |
|---|---|---|---|
| | | | |

| 45. LOCATION OF INJURY-STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.) | 45a. CITY / COUNTY | 45b. STATE | 45c. ZIP CODE | 45d. COUNTRY |
|---|---|---|---|---|
| | | | | |

**46. IF TRANSPORTATION INJURY, SPECIFY** ☐ DRIVER/OPERATOR ☐ PASSENGER ☐ PEDESTRIAN ☐ OTHER (SPECIFY) _____

**47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED**

| 48. SIGNATURE OF PERSON COMPLETING THE CAUSE OF DEATH | 48a. TITLE | 48b. DATE SIGNED: |
|---|---|---|
| /S/ RALPH DIMATTIA | ■ MEDICAL DOCTOR ☐ PHYSICIAN ASSISTANT ☐ DOCTOR OF OSTEOPATHY (D.O.) ☐ NURSE PRACTITIONER ☐ OTHER | FEBRUARY 20, 2016 |

| 49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH | 49a. ADDRESS OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH | 49b. MEDICAL LICENSE NO. |
|---|---|---|
| RALPH DIMATTIA | 100 SENTARA CIRCLE WILLIAMSBURG VIRGINIA 23188 | 0101036830 |

| 50. ARE YOU A DESIGNEE? | 51. IF YES, PLEASE PROVIDE THE NAME OF AUTHORIZING OR ABSENT PHYSICIAN | 51a. ADDRESS OF AUTHORIZING PHYSICIAN |
|---|---|---|
| YES ☐ NO ■ | | |

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

**DATE ISSUED** MARCH 3, 2016

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner.
Section 32.1-272, Code of Virginia, as amended.

VS 15C

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED