IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Annie Edwards, Case No. 2:16-cv-06536 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Annie Edwards with Deborah Edwards, surviving daughter of Annie Edwards, and in support states as follows:

1. Plaintiff Annie Edwards passed away on or about June 24, 2017, as reported to the Court in the attached Suggestion of Death (Ex. 1) and the redacted death certificate (Ex. 2).

2. Deborah Edwards, surviving daughter of Annie Edwards, is a proper party to substitute for plaintiff-decedent Annie Edwards and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Deborah Edwards respectfully requests that she be substituted for the deceased Plaintiff in this cause of action.

Dated:  June 20, 2019

                                                  RESPECTFULLY SUBMITTED,

<u>s/ Jacob A. Flint</u>
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC.
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone:  618-205-2017
Fax:  618-288-2864
jflint@flintlaw.com

I hereby certify that on June 20, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint