# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101 2017-24039

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Annie Edwards |
| 2. DATE AND TIME OF DEATH | Jun 24, 2017 1055 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | Jun 24, 2017 1055 |
| 5. COUNTY OF DEATH | Dale |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Ozark, 36360 |
| 7. PLACE OF DEATH | Dale Medical Center |
| 8. SEX | Female |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | Wilson |
| 10. SERVED IN ARMED FORCES | No |
| 11. AGE | 71 |
| 12. DATE OF BIRTH | [redacted] |
| 13. BIRTHPLACE (State or Foreign Country) | Alabama |
| 14. SOCIAL SECURITY NUMBER | [redacted] |
| 15. MARITAL STATUS | Married |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | James E Edwards |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Dale |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Ozark, 36360 |
| 20. STREET ADDRESS | 192 Camilla Avenue |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | James E Edwards, Husband, 192 Camilla Avenue, Ozark, AL 36360 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | John Oliver McLeod |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Essie Culver |
| 24. DISPOSITION OF BODY | Burial |
| 25. CEMETERY OR CREMATORY | Asbury Cemetery |
| 26. LOCATION | Skipperville, Alabama |
| 27. DATE OF DISPOSITION | Jul 1, 2017 |
| 28. FUNERAL DIRECTOR | Johnny D Trawick |
| 29. LICENSE NUMBER | |
| 30. DATE SIGNED | Jun 27, 2017 |
| 31. FUNERAL HOME NAME AND ADDRESS | Trawick Ozark Funeral Home, 1048 Martin Luther King Jr Ave, Ozark, AL 36360 |
| 32. LICENSE NUMBER | |
| 33. MEDICAL CERTIFICATION | X CERTIFYING PHYSICIAN |
| 34. NAME | Timothy Adamcryk MD |
| 35. LICENSE NUMBER | 28945 |
| 36. DATE SIGNED | Jun 26, 2017 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 126 Hospital Avenue, Ozark, Alabama 36360 |
| 38. REGISTRAR | Catherine Molchan Donald |
| 39. DATE FILED | Jun 28, 2017 |

### CAUSE OF DEATH

| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | INTERVAL |
|---|---|
| IMMEDIATE CAUSE A. Cardiopulmonary Respiratory Arrest | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): B. Emphysema | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): C. | |
| DUE TO (OR AS A CONSEQUENCE OF): D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | Unknown |

49. HOW INJURY OCCURRED

50. DATE AND TIME OF INJURY

51. INJURY AT WORK

52. IF TRANSPORTATION INJURY, SPECIFY

53. PLACE OF INJURY

54. LOCATION OF INJURY

ADPH HS E2/REV 01-16

LT JUL 3 1 2017

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2017-309-907-5

June 28, 2017

*Catherine M. Donald*
Catherine Molchan Donald
State Registrar of Vital Statistics