IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Elbert Goff, Case No. 2:16-cv-04186 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), and moves this Court for an order substituting Elbert Goff with Ganey Goff, surviving son of Elbert Goff, and in support states as follows:

1. Plaintiff Elbert Goff passed away on or about December 15, 2017, as reported to the Court in the attached Suggestion of Death (Ex. 1) and the redacted death certificate (Ex. 2).

2. Ganey Goff, surviving son of Elbert Goff, is a proper party to substitute for plaintiff-decedent Elbert Goff and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Ganey Goff respectfully requests that she be substituted for the deceased Plaintiff in this cause of action.

Dated:  June 20, 2019

                                        RESPECTFULLY SUBMITTED,

                                        <u>s/ Jacob A. Flint</u>
                                        Jacob A. Flint, IL Bar No. 6299777
                                        Flint Law Firm, LLC.
                                        222 E. Park St., Suite 500
                                        Edwardsville, IL 62025
                                        Phone:  618-205-2017
                                        Fax:  618-288-2864
                                        jflint@flintlaw.com

I hereby certify that on June 20, 2019. I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Jacob A. Flint