# MISSOURI

## CERTIFICATION OF DEATH

**DATE FILED:** DECEMBER 18, 2017  **STATE FILE NUMBER:** 124-17-038684

**DECEDENT NAME:** ELBERT LEE GOFF  **SEX:** MALE

**DATE OF DEATH:** DECEMBER 15, 2017  **COUNTY OF DEATH:** BOONE

**DATE OF BIRTH:** [REDACTED]  **MARITAL STATUS:** WIDOWED  **EVER IN ARMED FORCES:** YES

**SOCIAL SECURITY NUMBER:** [REDACTED]  **RESIDENCE ADDRESS:** 617 PROMENADE, MOBERLY, MISSOURI

**SURVIVING SPOUSE (IF WIFE, MAIDEN NAME):**

**FUNERAL HOME:** CATER FUNERAL HOME

**UNDERLYING CAUSE (ICD CODE):** METASTATIC RENAL CELL CANCER  **MANNER:** NATURAL

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: RANDOLPH

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

**DATE ISSUED:** DECEMBER 19, 2017

Craig B. Ward
State Registrar of Vital Statistics

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.