IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| **Elbert Goff,** **Case No. 2:16-cv-04186** | |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Ganey Goff, as surviving son of Elbert Goff, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party Plaintiff is GRANTED.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge