PHYSICIANS / MEDICAL EXAMINER'S CERTIFICATE OF DEATH
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

STATE FILE NUMBER: 290274

1. DECEDENT'S LEGAL NAME: Debra Lynn Howell
2. SEX: F
4a. AGE (Last Birthday): 63
5. DATE OF BIRTH: [redacted]
6. BIRTHPLACE: Fort Bragg, NC
7a. RESIDENCE (STATE): WV
7b. COUNTY: Wyoming
7c. CITY OR TOWN: Oceana
7d. STREET AND NUMBER: 100 Elkins Cove
7f. ZIP CODE: 24870
7g. INSIDE CITY LIMITS: No

11. FATHER'S NAME: Erval Hobart
12. MOTHER'S NAME: Nancy Booth

13a. INFORMANT'S NAME: Sabrina Prater
13b. RELATIONSHIP: daughter
13c. MAILING ADDRESS: 6612 Johnny Mercer Blvd, Savannah, GA 31410

14. PLACE OF DEATH: Inpatient
15. FACILITY NAME: Raleigh General Hospital
16. CITY OR TOWN, STATE, ZIP: Beckley, WV 25801
17. COUNTY OF DEATH: Raleigh

19. METHOD OF DISPOSITION: Cremation
19. PLACE OF DISPOSITION: Melton Mortuary
20. DISPOSITION LOCATION: Beckley, WV
21. NAME AND ADDRESS OF FUNERAL FACILITY: Evans-Calfee Funeral Service, PO Box 550, Oceana, WV 24870
22. SIGNATURE OF FUNERAL SERVICE LICENSEE: Michael Knotts
23. LICENSE NUMBER: WV 3884

24. DATE PRONOUNCED DEAD: 01/15/2019
25. TIME PRONOUNCED DEAD: 2:02 AM
27. DATE SIGNED: 01/15/2019
28. ACTUAL OR PRESUMED DATE OF DEATH: 01/15/2019
29. ACTUAL OR PRESUMED TIME OF DEATH: 2:02 AM
30. WAS MEDICAL EXAMINER OR CORONER CONTACTED? No

31. CAUSE OF DEATH:
IMMEDIATE CAUSE: Massive upper GI bleed

Wyoming County
Jewell L Aguilar, Clerk
Instrument 209003
02/06/2019 @ 11:14:35 AM
DEATH RECORD
Book 16 @ Page 536

32a. WAS AN AUTOPSY PERFORMED? No
33. DID TOBACCO USE CONTRIBUTE TO DEATH? No
34. IF FEMALE: Not pregnant within past year
35b. FINAL MANNER OF DEATH: Natural

37a. CERTIFIER: Certifying Physician
Date Certified: 1-15-19
37b. PRINT NAME: Charles Porterfield, PO Box 1307, Beckley, WV 25802
37c. TITLE OF CERTIFIER: DO

39. DATE FILED: JAN 2 6 2019

By: Sarah Adkins, Deputy Clerk
Jewell L Aguilar, Clerk of the Wyoming County Commission

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.