# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| **Debra Howell** **Case No. 2:17-cv-10997** | MAG. JUDGE NORTH |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Tabitha Gilley, as surviving daughter of Debra Howell, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party Plaintiff is GRANTED.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge