# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**MARGARET SEIFERT v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-06577

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

NOW COMES counsel for Plaintiff, **MARGARET SEIFERT,** pursuant to Federal Rule of Civil Procedure 41(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff, **MARGARET SEIFERT**, is being represented in this matter by The Law Office of Attorney John J. Pace, A.P.L.C.

Respectfully submitted this 20th day of June, 2019.

        By: /s/ John Jewell Pace
        **John Jewell Pace (Bar #1115)**
        John Jewell Pace, A.P.L.C
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        Email: jjp@johnjpacelaw.com


        By: /s/ Samuel C. Ward
        **Samuel "Chuck" Ward (Bar # 29508)**
        Samuel C. Ward, Jr., &
        Associates
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330-6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com
       *Attorneys for Margaret Seifert*


        **DRINKER BIDDLE & REATH LLP**
        By: /s/Susan M. Sharko
        Susan Sharko
        600 Campus Dr.
        Florham Park, NJ 07932
        Tel: (973) 549-7000
        Susan.Sharko@dbr.com

        Attorneys for Defendants Janssen
        Pharmaceuticals, Inc., Janssen Research &
        Development, LLC, Janssen Ortho LLC, and
        Johnson & Johnson

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Tel: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**


*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**