UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

MARGARET SEIFERT v. JANSSEN PHARMACEUTICALS, INC., et al

No. 2:16-cv-06577

**JURY TRIAL DEMANDED**

## NOTICE OF SUBMISSION OF MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs Motion for Voluntary Dismissal With Prejudice before the Honorable Eldon E. Fallon.

Respectfully submitted this 20th day of June, 2019.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
 **Samuel "Chuck" Ward (Bar # 29508)**
 Samuel C. Ward, Jr., &
 Associates
 660 Saint Ferdinand Street
 Baton Rouge, LA 70802
 Telephone: (225) 330-6677
 Facsimile: (225) 330-6680
 Email: samuelcward@aol.com
*Attorneys for Margaret Seifert*

## CERTIFICATE OF SERVICE

The foregoing Notice of Submission has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 20th day of June, 2019.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**

*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**