UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

<u>JURY TRIAL DEMANDED</u>

**THIS DOCUMENT RELATES TO:**

**MARGARET SEIFERT v. JANSSEN PHARMACEUTICALS, INC., et al**

**No.  2:16-cv-06577**

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Federal Rule of Civil Procedure 4l(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff, **MARGARET SEIFERT**, is being represented in this matter by The Law Office of Attorney John J. Pace, A.P.L.C.

Plaintiff, by and through her undersigned Counsel, respectfully requests this Honorable Court grant her Motion for Voluntary Dismissal With Prejudice.

Respectfully submitted this 20th day of June, 2019.

                                           By: /s/ John Jewell Pace
                                           **John Jewell Pace (Bar #1115)**
                                           John Jewell Pace, A.P.L.C
                                           P.O. Box 14209
                                           Baton Rouge, LA 707898
                                           Telephone: (225) 686-3000
                                           Facsimile: (866) 912-2008
                                           Email: jjp@johnjpacelaw.com

                                           By: /s/ Samuel C. Ward
                                           **Samuel "Chuck" Ward (Bar # 29508)**
                                           Samuel C. Ward, Jr., &
                                           Associates
                                           660 Saint Ferdinand Street
                                           Baton Rouge, LA 70802
                                           Telephone: (225) 330-6677
                                           Facsimile: (225) 330-6680
                                           Email: samuelcward@aol.com
                                           *Attorneys for Margaret Seifert*

## CERTIFICATE OF SERVICE

The foregoing Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal With Prejudice has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 20th day of June, 2019.

/s/ John Jewell Pace
**JOHN JEWELL PACE (#1115)**

/s/ Samuel C. Ward
**SAMUEL C. WARD (#29508)**