# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**MARGARET SEIFERT v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-06577

## ORDER

This matter came before the Court on Plaintiffs Motion for Voluntary Dismissal With Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, with each party to bear their own costs.

_____                _____
DATE                                                                           JUDGE ELDON E. FALLON