# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**
*LENORA KESSLER , Individually and on behalf of Decedent RAYMOND KESSLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-09072*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Lenora Kessler, on or about April 29, 2019.

Dated: June 20, 2019

Respectfully submitted,

/s/ Monte Bond
Monte Bond, Esq.
Texas Bar No. 02585625
Jessica Glitz
Texas Bar No. 24076095
Tautfest Bond PLLC
5151 Belt Line Rd.
Ste. 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tautfestbond.com
jglitz@tautfestbond.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: June 20, 2019

Respectfully submitted,

/s/ Monte Bond
Monte Bond, Esq.
Texas Bar No. 02585625
Jessica Glitz
Texas Bar No. 24076095
Tautfest Bond PLLC
5151 Belt Line Rd.
Ste. 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tautfestbond.com
jglitz@tautfestbond.com

*Attorneys for the Plaintiffs*