# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**
*Ashby v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-06526*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Wilsa Ashby, on or about April 12, 2018.

Dated: June 17, 2019

Respectfully submitted,

/s/*Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P: (972) 774-9800
F: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: June 17, 2019

                                            Respectfully submitted,

                                            */s/Michael G. Guajardo*
                                            MICHAEL G. GUAJARDO, ESQ.
                                            Texas Bar No. 00784183
                                            J. GREGORY MARKS, ESQ.
                                            Texas Bar No. 12994900

                                            Guajardo & Marks, LLP
                                            Three Forest Plaza
                                            12221 Merit Drive, Suite 945
                                            Dallas, Texas 75251
                                            P: (972) 774-9800
                                            F: (972) 774-9801
                                            mike@guajardomarks.com
                                            greg@guajardomarks.com

                                            ATTORNEYS FOR PLAINTIFF

# CITY OF CHICAGO HEIGHTS
## CHICAGO HEIGHTS, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2018 0032631
**DATE ISSUED:** 4/17/2018

**DECEDENT'S LEGAL NAME:** WILSA FRANCIS ASHBY
**SEX:** FEMALE
**DATE OF DEATH:** APRIL 12, 2018

**COUNTY OF DEATH:** COOK
**AGE AT LAST BIRTHDAY:** 73 YEARS
**DATE OF BIRTH:** JUNE 14, 1944

**CITY OR TOWN:** CHICAGO HEIGHTS
**HOSPITAL OR OTHER INSTITUTION NAME:** FRANCISCAN HEALTH-CHICAGO HEIGHTS

**PLACE OF DEATH:** EMERGENCY ROOM / OUTPATIENT

**BIRTHPLACE:** NEW ROCHELLE, NY
**SOCIAL SECURITY NUMBER:** 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
**STATUS AT TIME OF DEATH:** MARRIED
**SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME:** RONALD E ASHBY
**EVER IN U.S. ARMED FORCES?:** NO

**RESIDENCE:** 1311 SCHILLING AVENUE
**APT. NO.:**
**CITY OR TOWN:** CHICAGO HEIGHTS
**INSIDE CITY LIMITS?:** YES

**COUNTY:** COOK
**STATE:** IL
**ZIP CODE:** 60411
**FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** JAMES ROY OTTO
**MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** DANA MAE BARTON

**INFORMANT'S NAME:** RONALD E ASHBY
**RELATIONSHIP:** HUSBAND
**MAILING ADDRESS:** 1311 SCHILLING AVENUE, CHICAGO HEIGHTS, IL, 60411

**METHOD OF DISPOSITION:** BURIAL
**PLACE OF DISPOSITION:** SKYLINE MEMORIAL PARK
**LOCATION - CITY OR TOWN AND STATE:** MONEE, IL
**DATE OF DISPOSITION:** APRIL 16, 2018

**FUNERAL HOME:** PANOZZO BROS FUNERAL HOME, 530 WEST LINCOLN HIGHWAY, CHICAGO HEIGHTS, IL, 60411
**FUNERAL DIRECTOR'S NAME:** PHILLIP J PANOZZO
**FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER:** 034014612
**LOCAL REGISTRAR'S NAME:** LORI WILCOX
**DATE FILED WITH LOCAL REGISTRAR:** APRIL 17, 2018

**CAUSE OF DEATH**
**PART I.**
a. CHRONIC OBSTRUCTIVE LUNG DISEASE
b. CARDIAC ARRHYTHMIAS
c. DIABETES

**PART II.** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

**WAS AN AUTOPSY PERFORMED?:** NO
**WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?:** N/A

**FEMALE PREGNANCY STATUS:** NOT PREGNANT WITHIN LAST YEAR
**MANNER OF DEATH:** NATURAL

**ATTEND THE DECEASED?:** YES
**DATE LAST SEEN ALIVE:** APRIL 10, 2018
**WAS MEDICAL EXAMINER OR CORONER CONTACTED:** YES
**DATE PRONOUNCED:**
**TIME OF DEATH:** 06:33 AM

**CERTIFIER:** PHYSICIAN
**DATE CERTIFIED:** APRIL 12, 2018

**NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** KHAJA ASADULLAH, 10181 LINCOLN HIGHWAY, FRANKFORT, ILLINOIS, 60423
**PHYSICIAN'S LICENSE NUMBER:** 036-099650

38290

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

APR 17 2018
Date Issued


Lori Wilcox
City Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE