

# CERTIFICATION OF VITAL RECORD

OFFICE OF VITAL STATISTICS

CERTIFICATE OF DEATH

State of Delaware

(107)

DEPARTMENT OF HEALTH AND SOCIAL SERVICES

State File Number

*To Be Completed/ Verified By: FUNERAL DIRECTOR*

| 1. DECEDENT'S LEGAL NAME (Include AKA's if any) (First, Middle, Last) | | 2. SEX | 3. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| **Leonard J. McLean, Jr.** | | **Male** | **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** |

| 4a. AGE-Last Birthday (Years) | 4b. UNDER 1 YEAR | | 4c. UNDER 1 DAY | | 5. DATE OF BIRTH (Mo/Day/Yr) | 6. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|---|
| **85** | Months | Days | Hours | Minutes | **Aug. 1, 1933** | **Philadelphia, Pennsylvania** |

| 7a. RESIDENCE-STATE | 7b. COUNTY | 7c. CITY OR TOWN |
|---|---|---|
| **Delaware** | **Sussex** | **Lewes** |

| 7d. STREET AND NUMBER | 7e. APT. NO. | 7f. ZIP CODE | 7g. INSIDE CITY LIMITS? ☐ Yes ☒ No |
|---|---|---|---|
| **19447 Beaver Dam Road** | | **19958** | |

| 8. EVER IN US ARMED FORCES? ☒ Yes ☐ No | 9. MARITAL STATUS AT TIME OF DEATH ☐ Married ☒ Widowed ☐ Divorced ☐ Never Married ☐ Married but Seperated ☐ Unknown ☐ Civil Union | 10. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|---|

| 11. FATHER'S NAME (First, Middle, Last) | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| **Leonard J. McLean, Sr.** | **Rose Dimezzo** |

| 13a. INFORMANT'S NAME | 13b. RELATIONSHIP TO DECEDENT | 13c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| **Mary Ellen McLean** | **Daughter** | **19447 Beaver Dam Road, Lewes, DE 19958** |

14. PLACE OF DEATH (Check only one; see instructions)

| IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☐ Other (Specify) | |
|---|---|---|

| 15. FACILITY NAME (If not institution, give street & number) | 16. CITY OR TOWN, STATE, AND ZIP CODE | 17. COUNTY OF DEATH |
|---|---|---|
| **Beebe Healthcare** | **Lewes, Delaware 19958** | **Sussex** |

| 18. METHOD OF DISPOSITION: ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify): | 19. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) **Delaware Veterans Memorial Cemetery** |
|---|---|

| 20. LOCATION-CITY, TOWN, AND STATE **Millsboro, Delaware** | 21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY **Melson Funeral Services, Ltd. 32013 Long Neck Road, Millsboro, Delaware 19966** |
|---|---|

| 22. SIGNATURE OF FUNERAL SERVICE LICENSEE OR OTHER AGENT | 23. LICENSE NUMBER (Of Licensee) **KI-0000595** |
|---|---|

*To Be Completed By: MEDICAL CERTIFIER*

ITEMS 24-31 MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH

| 24. DATE PRONOUNCED DEAD (Mo/Day/Yr) **4/18/19** | 25. TIME PRONOUNCED DEAD **1711** |
|---|---|

| 26. SIGNATURE OF PERSON PRONOUNCING DEATH (Only when applicable) *Alex Brueder MD* | 27. LICENSE NUMBER **C1-0012945** | 28. DATE SIGNED (Mo/Day/Yr) **4/18/19** |
|---|---|---|

| 29. ACTUAL OR PRESUMED DATE OF DEATH (Mo/Day/Yr) (Spell Month) **Apr. 18, 2019** | 30. ACTUAL OR PRESUMED TIME OF DEATH **17:11** | 31. WAS MEDICAL EXAMINER CONTACTED? ☐ Yes ☒ No |
|---|---|---|

32. CAUSE OF DEATH (See instructions and examples)

PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

Approximate interval: Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death) a. *Decompensated heart failure from aortic stenosis*    **7 days**

Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST b.

Due to (or as a consequence of):

c.

Due to (or as a consequence of):

d.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

| 33. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No ☐ Unknown |
|---|
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No ☐ Unknown |

| 35. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☐ No ☒ Unknown | 36. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 37. MANNER OF DEATH ☒ Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could not be determined |
|---|---|---|

| 38. DATE OF INJURY (Mo/Day/Yr) (Spell Month) | 39. TIME OF INJURY | 40. PLACE OF INJURY (e.g., Decedent's home; construction site; restaurant; wooded area) | 41. INJURY AT WORK? ☐ Yes ☐ No |
|---|---|---|---|

| 42. LOCATION OF INJURY: State: | City or Town: |
|---|---|
| Street & Number: | Apartment No.: Zip Code: |

| 43. DESCRIBE HOW INJURY OCCURRED: | 44. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) |
|---|---|

45. CERTIFIER (Check only one):
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Pronouncing & Certifying physician-To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner-On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

Signature of certifier: *Alex Brueder*

| 46. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 32) **424 Savannah Rd, 19958** | | **Alex Brueder, M.D.** |
|---|---|---|

| 47. TITLE OF CERTIFIER **MD** | 48. LICENSE NUMBER **C1-0012945** | 49. DATE CERTIFIED (Mo/Day/Yr) **4/18/2019** | 50. FOR REGISTRAR ONLY. DATE FILED (Mo/Day/Yr) **APR 23 2019** |
|---|---|---|---|

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

*T. Rattay MD*

State Registrar

