UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) )MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO:  Don P. Morris Civil Action No. 2:16-cv-17641 | SECTION L ) ) )JUDGE ELDON E. FALLON ) ) )MAGISTRATE JUDGE NORTH ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**GLANCY PRONGAY & MURRAY LLP**

By:/s/Thomas J. Kennedy\_\_\_\_
   Thomas J. Kennedy
   230 Park Avenue, Suite 530
   New York, NY 10169
   Telephone: (212) 682-5340
   tkennedy@glancylaw.com

   Attorneys for Plaintiff

   Dated: June 21, 2019

**DRINKER BIDDLE & REATH LLP**

By:/s/Susan M. Sharko\_\_\_\_\_
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

   Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

   Dated: June 21, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:/s/Andrew K. Solow\_\_\_\_
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, D.C. 20001
   Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
   andrew.solow@arnoldporter.com
   william.hoffman@arnoldporter.com

   Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

   Dated: June 21, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By:/s/Kim E. Moore\_\_\_\_
   Kim E. Moore
   400 Poydras St., Ste. 2700
   New Orleans, LA 70130

Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: June 21, 2019

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Thomas J. Kennedy