# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) )MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: Louise Provo Civil Action No. 2:19-cv-07847 | SECTION L ) ) )JUDGE ELDON E. FALLON ) ) )MAGISTRATE JUDGE NORTH ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **GLANCY PRONGAY & MURRAY LLP**<br><br>By:/s/Thomas J. Kennedy_____<br>　　Thomas J. Kennedy<br>　　230 Park Avenue, Suite 530<br>　　New York, NY 10169<br>　　Telephone: (212) 682-5340<br>　　tkennedy@glancylaw.com<br><br>　　Attorneys for Plaintiff<br><br>　　Dated: June 21, 2019 | **DRINKER BIDDLE & REATH LLP**<br><br>By:/s/Susan M. Sharko_____<br>　　Susan M. Sharko<br>　　600 Campus Dr.<br>　　Florham Park, NJ 07932<br>　　Telephone: (973) 549-7000<br>　　susan.sharko@dbr.com<br><br>　　Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC<br><br>　　Dated: June 21, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By:/s/Andrew K. Solow_____<br>　　Andrew K. Solow<br>　　250 West 55th Street<br>　　New York, New York 10019-9710<br>　　Telephone: (212) 836-8000<br>　　Facsimile: (212) 836-8689<br>　　William Hoffman<br>　　601 Massachusetts Ave., NW<br>　　Washington, D.C. 20001<br>　　Telephone: (202) 942-5000<br>　　Facsimile: (202) 942-5999<br>　　andrew.solow@arnoldporter.com<br>　　william.hoffman@arnoldporter.com<br><br>　　Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>　　Dated: June 21, 2019<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br><br>By:/s/Kim E. Moore_____<br>　　Kim E. Moore<br>　　400 Poydras St., Ste. 2700<br>　　New Orleans, LA 70130 |

                                                  Telephone: (504) 310-2100
                                                  kmoore@irwinllc.com

                                                  Liaison Counsel for Defendants

                                                  Dated: June 21, 2019

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Thomas J. Kennedy