## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  XARELTO (RIVAROXABAN)** | ) |
| **PRODUCTS LIABILITY LITIGATION** | )**MDL No. 2592** |
| | ) |
| | ) |
| _____ | ) |
| THIS DOCUMENT RELATES TO: | |
| | **SECTION L** |
| Daphine Huffman | ) |
| Civil Action No. 2:18-cv-01667 | ) |
| | )**JUDGE ELDON E. FALLON** |
| | ) |
| | ) |
| | )**MAGISTRATE JUDGE NORTH** |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**GLANCY PRONGAY & MURRAY LLP**

By:/s/Thomas J. Kennedy_____
   Thomas J. Kennedy
   230 Park Avenue, Suite 530
   New York, NY 10169
   Telephone: (212) 682-5340
   tkennedy@glancylaw.com

   Attorneys for Plaintiff

   Dated: June 21, 2019

**DRINKER BIDDLE & REATH LLP**

By:/s/Susan M. Sharko_____
   Susan M. Sharko
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   susan.sharko@dbr.com

   Attorneys for Defendants Janssen
   Pharmaceuticals, Inc., Johnson & Johnson,
   Janssen Research & Development, LLC, and
   Janssen Ortho LLC

   Dated: June 21, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:/s/Andrew K. Solow_____
   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   William Hoffman
   601 Massachusetts Ave., NW
   Washington, D.C. 20001
   Telephone: (202) 942-5000
   Facsimile: (202) 942-5999
   andrew.solow@arnoldporter.com
   william.hoffman@arnoldporter.com

   Attorneys for Defendants Bayer HealthCare
   Pharmaceuticals Inc., and Bayer Pharma AG

   Dated: June 21, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By:/s/Kim E. Moore_____
   Kim E. Moore
   400 Poydras St., Ste. 2700
   New Orleans, LA 70130

-2-

Telephone: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: June 21, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Thomas J. Kennedy_____