UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*Leonard McLean, Individually and as Personal Representative of Ruth V. McLean v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:16-cv-01678*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Mary McLean in place of Leonard McLean on behalf of the Estate of Ruth V. McLean, in the above captioned cause.

1. Leonard McLean, on behalf of Ruth McLean, filed a products liability lawsuit against defendants on February 29, 2016.

2. Plaintiff Leonard McLean died on April 18, 2019.

3. Ruth V. McLean's product liability action against defendants survives the death of Leonard McLean and is not extinguished.

4. Plaintiff filed a Suggestion of Death on June 21, 2019, attached hereto as "Exhibit A".

5. Mary McLean, next of kin to Ruth McLean and Leonard McLean, is a proper party to substitute for plaintiff-decedent Leonard McLean and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: June 21, 2019

                                                                        Respectfully Submitted,

                                                                         By: */s/ Michael G. Guajardo*
                                                                          Michael G. Guajardo
                                                                          Texas Bar No. 00784183
                                                                          Guajardo & Marks, LLP
                                                                          Three Forest Plaza
                                                                          12221 Merit Drive, Suite 945
                                                                          Dallas, TX  75251
                                                                          (972) 774-9800 (Phone)
                                                                          (972) 774-9801 (Fax)
                                                                          mike@guajardomarks.com

                                                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 21, 2019

                                        Respectfully Submitted,

                                        By: */s/ Michael G. Guajardo*
                                        Michael G. Guajardo
                                        Texas Bar No. 00784183
                                        Guajardo & Marks, LLP
                                        Three Forest Plaza
                                        12221 Merit Drive, Suite 945
                                        Dallas, TX  75251
                                        (972) 774-9800 (Phone)
                                        (972) 774-9801 (Fax)
                                        mike@guajardomarks.com

                                        *Attorney for Plaintiff*