# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**
*Leonard McLean, Individually and as Personal Representative of Ruth V. McLean v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:16-cv-01678*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Leonard McLean, on or about April 18, 2019.

Dated: June 21, 2019

Respectfully submitted,

/s/*Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P: (972) 774-9800
F: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: June 21, 2019

Respectfully submitted,

*/s/Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P: (972) 774-9800
F: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

# CERTIFICATION OF VITAL RECORD

**OFFICE OF VITAL STATISTICS**

**CERTIFICATE OF DEATH**
**State of Delaware** (107)
**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

State File Number

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL NAME | Leonard J. McLean, Jr. |
| 2 | SEX | Male |
| 3 | SOCIAL SECURITY NUMBER | 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 |
| 4a | AGE-Last Birthday (Years) | 85 |
| 5 | DATE OF BIRTH | Aug. 1, 1933 |
| 6 | BIRTHPLACE | Philadelphia, Pennsylvania |
| 7a | RESIDENCE-STATE | Delaware |
| 7b | COUNTY | Sussex |
| 7c | CITY OR TOWN | Lewes |
| 7d | STREET AND NUMBER | 19447 Beaver Dam Road |
| 7f | ZIP CODE | 19958 |
| 7g | INSIDE CITY LIMITS? | No |
| 8 | EVER IN US ARMED FORCES? | Yes |
| 9 | MARITAL STATUS AT TIME OF DEATH | Widowed |
| 11 | FATHER'S NAME | Leonard J. McLean, Sr. |
| 12 | MOTHER'S NAME PRIOR TO FIRST MARRIAGE | Rose Dimezzo |
| 13a | INFORMANT'S NAME | Mary Ellen McLean |
| 13b | RELATIONSHIP TO DECEDENT | Daughter |
| 13c | MAILING ADDRESS | 19447 Beaver Dam Road, Lewes, DE 19958 |
| 14 | PLACE OF DEATH | Inpatient |
| 15 | FACILITY NAME | Beebe Healthcare |
| 16 | CITY OR TOWN, STATE, AND ZIP CODE | Lewes, Delaware 19958 |
| 17 | COUNTY OF DEATH | Sussex |
| 18 | METHOD OF DISPOSITION | Burial |
| 19 | PLACE OF DISPOSITION | Delaware Veterans Memorial Cemetery |
| 20 | LOCATION-CITY, TOWN, AND STATE | Millsboro, Delaware |
| 21 | NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | Melson Funeral Services, Ltd. 32013 Long Neck Road, Millsboro, Delaware 19966 |
| 23 | LICENSE NUMBER | K1-0000595 |
| 24 | DATE PRONOUNCED DEAD | 4/18/19 |
| 25 | TIME PRONOUNCED DEAD | 1711 |
| 26 | SIGNATURE OF PERSON PRONOUNCING DEATH | Alex Brueder MD |
| 27 | LICENSE NUMBER | C1-0012945 |
| 28 | DATE SIGNED | 4/18/19 |
| 29 | ACTUAL OR PRESUMED DATE OF DEATH | April 18, 2019 |
| 30 | ACTUAL OR PRESUMED TIME OF DEATH | 17:11 |
| 31 | WAS MEDICAL EXAMINER CONTACTED? | No |

**CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE: Decompensated heart failure from aortic stenosis — 7 days

| # | Field | Value |
|---|---|---|
| 33 | WAS AN AUTOPSY PERFORMED? | No |
| 37 | MANNER OF DEATH | Natural |
| 35 | DID TOBACCO USE CONTRIBUTE TO DEATH? | Unknown |
| 45 | CERTIFIER | Pronouncing & Certifying physician |
| 46 | NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | Alex Brueder, M.D., 424 Savannah Rd, 19958 |
| 47 | TITLE OF CERTIFIER | MD |
| 48 | LICENSE NUMBER | C1-0012945 |
| 49 | DATE CERTIFIED | 4/18/2019 |
| 50 | DATE FILED | APR 23 2019 |

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.



State Registrar