UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leonard McLean, Individually and as Personal Representative of Ruth V. McLean v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-01678

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motions meritorious. Therefore, **IT IS ORDERED** that Plaintiff Mary McLean, next of kin to Leonard McLean, is substituted for Plaintiff Leonard McLean as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE