# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Linda Butler v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-05799
*Felix Arndt, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12147

## ORDER

On November 10, 2015, Plaintiff Linda Butler filed a Complaint in this matter and on June 29, 2016, Plaintiff Felix Ardnt filed a Complaint in this matter. It recently came to Plaintiffs' attention that their Complaints were not properly served, and they now seek an extension of time for service of process. Due to the substantial delay between the filing dates and Plaintiffs' Motion for Extension of Time Within Which to Serve Process, R. Doc. 13710,

**IT IS ORDERED** that Plaintiffs will have until July 10, 2019 to show cause as to why the Motion should not be denied and the case dismissed.

**IT IS FURTHER ORDERED** that Defendants may file an opposition, if any, by July 3, 2019.

New Orleans, Louisiana this 21st day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE