UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABIN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Lendon Lewis & Wanda Lewis v Janssen Research & Development, LLC et al*
**Civil Action No. 2:15-cv-01351**

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW counsel for Plaintiff Lendon Lewis, now deceased, and pursuant to Fed. R. Civ. P. 25(a)(1), respectfully moves to substitute Wanda Outland-Lewis, the personal representative and duly appointed Administrator of the Estate of Lendon Lewis, as a named party in place of Lendon Lewis. Plaintiff's counsel would show that Plaintiff Lendon Lewis, died on or about November 6, 2018. On June 11, 2019, the Probate Court for Warren County, Kentucky entered an Order appointing Wanda Outland-Lewis, as personal representative and Administrator of the Estate of Lendon Lewis.

On June 11, 2019, counsel for Plaintiff Lendon Lewis, filed a Notice & Suggestion of Death for the above referenced case. [Dkt. 13715].

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an order permitting the substitution of Wanda Outland-Lewis, as personal representative and Administrator for the Estate of Lendon Lewis as a named party in place of Lendon Lewis.

Dated: June 24, 2019  /s/ *Jessica R. Shoulders*
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College St., P.O. Box 770
Bowling Green, KY 42102
Phone: 270-781-6500
Facsimile: 270-782-7782
jshoulders@elpolaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jessica R. Shoulders
JESSICA R. SHOULDERS
jshoulders@elpolaw.com