UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABIN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Lendon Lewis & Wanda Lewis v Janssen Research & Development, LLC et al*
**Civil Action No. 2:15-cv-01351**

## [PROPOSED] ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party, Doc. [___], as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff, Wanda Outland-Lewis, as personal representative and duly appointed Administrator of the Estate of Lendon Lewis, is substituted for Plaintiff Lendon Lewis as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE