```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3      ****************************************************************

 4      IN RE:  XARELTO (RIVAROXABAN)
        PRODUCTS LIABILITY LITIGATION
 5
                                   CIVIL ACTION NO. 14-MD-2592 "L"
 6                                 NEW ORLEANS, LOUISIANA
                                   MONDAY, JUNE 24, 2019, 9:00 A.M.
 7
        THIS DOCUMENT RELATES TO
 8      ALL CASES

 9      ****************************************************************

10
                TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
11               HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
12

13      APPEARANCES:

14
        FOR THE PLAINTIFFS'
15      LIAISON COUNSEL:         HERMAN HERMAN & KATZ
                                 BY:   LEONARD A. DAVIS, ESQUIRE
16                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA  70113
17

18
                                 GAINSBURGH BENJAMIN DAVID
19                               MEUNIER AND WARSHAUER
                                 BY:   GERALD E. MEUNIER, ESQUIRE
20                               2800 ENERGY CENTRE
                                 1100 POYDRAS STREET, SUITE 2800
21                               NEW ORLEANS, LA  70163

22

23      FOR THE PLAINTIFFS:      LEVIN PAPANTONIO THOMAS MITCHELL
                                 RAFFERTY & PROCTOR
24                               BY:   BRIAN H. BARR, ESQUIRE
                                 316 SOUTH BAYLEN STREET, SUITE 600
25                               PENSACOLA, FL  32502
```

***OFFICIAL TRANSCRIPT***

```
 1    APPEARANCES CONTINUED:

 2

 3                         BEASLEY ALLEN CROW METHVIN
                           PORTIS & MILES
 4                         BY:  ANTHONY BIRCHFIELD JR., ESQUIRE
                           POST OFFICE BOX 4160
 5                         MONTGOMERY, AL  36103

 6

 7    FOR THE DEFENDANTS'
      LIAISON COUNSEL:     IRWIN FRITCHIE URQUHART & MOORE
 8                         BY:  KIM E. MOORE, ESQUIRE
                           TEXACO CENTER
 9                         400 POYDRAS STREET, SUITE 2700
                           NEW ORLEANS, LA  70130
10

11

12    FOR THE DEFENDANTS:  CHAFFE MCCALL
                           BY:  PETER J. ROTOLO, ESQUIRE
                           1100 POYDRAS STREET
13                         NEW ORLEANS, LA  70163

14

15                         DRINKER BIDDLE & REATH
                           BY:  SUSAN M. SHARKO, ESQUIRE
16                         600 CAMPUS DRIVE
                           FLORHAM PARK, NJ  07932
17

18
                           DRINKER BIDDLE & REATH
19                         BY:  CHANDA A. MILLER, ESQUIRE
                           1 LOGAN SQUARE, SUITE 2000
20                         PHILADELPHIA, PA  19103

21

22                         KAYE SCHOLER
                           BY:  STEVEN GLICKSTEIN, ESQUIRE
23                              ANDREW K. SOLOW, ESQUIRE
                           250 WEST 55TH STREET
24                         NEW YORK, NY  10019

25

                         OFFICIAL TRANSCRIPT
```

1

2     OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
3                                  REGISTERED MERIT REPORTER
                                   500 POYDRAS STREET, ROOM HB-275
4                                  NEW ORLEANS, LA  70130
                                   (504) 589-7779
5                                  Cathy_Pepper@laed.uscourts.gov

6     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              *OFFICIAL TRANSCRIPT*

1                            **I N D E X**

2

3      ITEMS                                          PAGE

4

5      SETTLEMENT PROGRAM...................................   6

6      REGISTRATION PROCESS................................   6

7      ENROLLMENT PHASE....................................   6

8      DEADLINE IS AUGUST 5, 2019..........................   7

9      WEBINARS............................................   7

10     CONFERENCES.........................................   7

11     ORDERS TO SHOW CAUSE................................   9

12     STATE INFORMATION...................................   9

13     SERVICE.............................................   9

14     JOINT REPORT NUMBER 38..............................  10

15     NEXT PHONE MEETING WILL BE ON THURSDAY, AUGUST 1,

16     2019 AT 9:00 A.M....................................  10

17

18

19

20

21

22

23

24

25

                         *OFFICIAL TRANSCRIPT*

```
 1                   P-R-O-C-E-E-D-I-N-G-S

 2              M O R N I N G   S E S S I O N

 3                  MONDAY, JUNE 24, 2019

 4                (COURT CALLED TO ORDER)

 5

 6

 7          THE DEPUTY CLERK:  All rise.

 8          THE COURT:  Be seated, please.  Good morning, ladies

 9    and gentlemen.

10               This is our monthly status conference report

11    meeting.  We're doing most of it on the phone.  Let me hear

12    from the people on the phone, from the plaintiff.  Who is

13    representing the plaintiff?

14          MR. BIRCHFIELD:  Good morning, Your Honor.

15    Andy Birchfield.

16          THE COURT:  For the defendant?

17          MS. SHARKO:  Susan Sharko and Chanda Miller for

18    Janssen.

19          THE COURT:  Okay.  Anyone else?

20          MR. SOLOW:  Andy Solow for Bayer.

21          THE COURT:  Okay.

22          MR. GLICKSTEIN:  And Steven Glickstein for Bayer.

23          THE COURT:  Okay.  Fine.  In the courtroom we have

24    liaison counsel.

25          MR. DAVIS:  Good morning, Your Honor.  Leonard Davis,
```

***OFFICIAL TRANSCRIPT***

1    coliaison counsel.

2         MR. MEUNIER:  Jerry Meunier, coliaison for plaintiffs.

3         MS. MOORE:  Kim Moore, coliaison, also for Janssen.

4         MR. ROTOLO:  Peter Rotolo sitting in for John Olinde

5    for Bayer.

6         THE COURT:  Okay.  Let me hear from the phone folks.

7    What's happening, Andy or Susan or Steve?

8         MR. BIRCHFIELD:  Good morning, Andy Birchfield.  The

9    settlement program is well underway now.  We have completed the

10   registration process, and there are just a handful of claimants

11   that will be addressed at a hearing on Wednesday, but we're

12   pleased with how the registration process has unfolded.

13         The registration process, just for those that are

14   listening by phone, that's the census.  That is getting an

15   account.  That is not saying whether they will participate in

16   the settlement program or not.  The registration is just a

17   census data that the Court ordered at the announcement of the

18   settlement program.

19         We are now in the enrollment phase where each

20   claimant will respond by signing an election form indicating

21   their decision whether to participate in the settlement program

22   or not participate in the settlement program.  If they choose

23   to participate, then they would also sign a release and a

24   stipulation of dismissal and submit those papers to BrownGreer

25   through the MDL Centrality portal.

                    *OFFICIAL TRANSCRIPT*

1          That process has just been initiated, but we,

2     though, on the plaintiff's side, the Plaintiffs' Steering

3     Committee, we have been reaching out to law firms as well as to

4     *pro se* claimants to make sure that everyone has an

5     understanding of the settlement program and the deadlines that

6     are in place.

7          We're encouraged by the overwhelming responses,

8     type of responses to the settlement program, and we are working

9     with firms to make sure that they have the necessary

10    information and tools that they need to enroll in the program.

11         It's very early.  The deadline is August 5th, but

12    we have a number of firms, as well as claimants, that are

13    already beginning that enrollment process; so, overall we are

14    pleased with the status of the settlement program at this

15    point.

16         THE COURT:  Andy, would you talk about what's been done

17    to advise or at least inform the lawyers, as well as the

18    clients, about the program, any webinars, or anything of that

19    sort.

20         MR. BIRCHFIELD:  Yes, Your Honor.  We did three

21    conferences.  We're did a conference in Atlanta, one in

22    Houston, and one in Philadelphia where lawyers were encouraged

23    to attend.

24         We walked through the settlement program, had

25    question-and-answer sessions there.  We also have done a

*OFFICIAL TRANSCRIPT*

1    webinar, and we posted a nationwide conference call to address,

2    to walk through the settlement program in that forum as well.

3    As we were doing that, we had an e-mail address where questions

4    could be submitted.  We addressed those questions.

5              We have been working with BrownGreer to formulate

6    frequently asked questions and those answers and have been

7    providing those materials on the portal.

8              We are preparing to have additional conference

9    calls that are available to all plaintiff's counsel as folks

10   move more into the enrollment phase.  We will do those probably

11   on a monthly basis, just depending on the level of inquiries

12   that we are receiving.

13             We continually provide e-mails to all plaintiff's

14   counsel addressing questions that are occurring or recurring,

15   and we have reached out to firms that are in a place where they

16   need assistance, and we've offered assistance to individual

17   firms as well to come in and help them in evaluating the

18   settlement process and the protocol and addressing any issues

19   that they may have with their clients.

20             We are ready to help any firm that needs

21   assistance.  We have offered assistance, we have provided

22   assistance to those who have reached out, and we will continue

23   to do so through the conclusion of the settlement program.

24        THE COURT:  Susan and Steve, how do you see it from

25   your seat in the bus?

*OFFICIAL TRANSCRIPT*

1       MS. SHARKO:  We've talked to Andy regularly, and I

2   think so far so good.  There will probably be another round of

3   orders to show cause for people who haven't completed the

4   census requirements, but we will work with Andy Birchfield to

5   try and make that as efficient as possible because the goal is

6   basically to get everybody into the program.

7       THE COURT:  Steve, do you have any input?

8       MR. GLICKSTEIN:  Nothing.  Andy and Susan have covered

9   it.

10      THE COURT:  All right.  Folks, let's see.  Anything

11  else that we need?

12      MR. DAVIS:  Your Honor, I have provided to the Court a

13  copy of the state information, and that information is

14  available.

15          Other than that, the only thing that has come

16  that hasn't been covered is with respect to some issues and

17  questions regarding service.

18          Your Honor issued several orders to address

19  summons in recently filed cases.  Those questions that have

20  arisen relate to the timing of service and what was intended by

21  the Court's order.  My appreciation is that the Court intended

22  in its most recent order of June 14th to extend that deadline

23  by 30 days.

24      THE COURT:  Yes.  The first deadline was extended by

25  75 days, and then I understood they needed additional time, so

*OFFICIAL TRANSCRIPT*

1    I extend it by 30 days, but I didn't make clear in the order

2    that that's an extension of the time, not to shorten the time

3    in any way.  So the 30 days goes from the day the 75 days are

4    out, and so it's an extension, but we'll clear that up a bit

5    immediately.

6         MR. DAVIS:  As Andy mentioned a few minutes ago, we do

7    continue to get a bunch of e-mails and calls from both *pro se*

8    and from counsel, and we are responding to those as needed.

9         Your Honor, that's really it on the Joint Report

10   Number 38.

11        THE COURT:  Okay.  Kim, do you have any input?

12   Anything else?

13        MS. MOORE:  No, Your Honor.  Thank you.  We'll clarify

14   that.

15        THE COURT:  Well, our next meeting, it looks like from

16   the counsel's suggestion, it would be better to continue with

17   the reports on the phone since we don't have much to do, and I

18   don't want to have people spend money to come to New Orleans,

19   not that we don't want them, but it's just easier doing it on

20   the phone.  The next phone meeting then will be on August 1st,

21   at nine o'clock.  That's a Thursday, I understand, at nine

22   o'clock.

23        Just a change from the Court's standpoint, the

24   clerk assigned to this case was Melissa.  Melissa went on to

25   the Fifth Circuit.  She's going to work with Judge Davis over

*OFFICIAL TRANSCRIPT*

1    there, and our new clerk is Urjita, comes from Harvard via

2    India, and she will be with us for the next period of time.  I

3    look forward to working with her, and I know she'll do as good

4    a job as Melissa has.

5            MR. DAVIS:  We welcome her, Your Honor.

6            THE COURT:  Thank you for being on the phone, and thank

7    you for being in person.  We'll stand in recess.

8            VOICES:  Thank you, Your Honor.

9            (WHEREUPON, at 9:14 a.m., the proceedings were

10   concluded.)

11                            *    *

12

13

14                   REPORTER'S CERTIFICATE

15

16       I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter in and for the State
     of Louisiana, Official Court Reporter for the United States
17   District Court, Eastern District of Louisiana, do hereby
     certify that the foregoing is a true and correct transcript to
18   the best of my ability and understanding from the record of the
     proceedings in the above-entitled and numbered matter.

19

20                           *s/Cathy Pepper*
                             Cathy Pepper, CRR, RMR, CCR
21                           Certified Realtime Reporter
                             Registered Merit Reporter
22                           Official Court Reporter
                             United States District Court
23                           Cathy_Pepper@laed.uscourts.gov

24

25

                         ***OFFICIAL TRANSCRIPT***

**0**

**07932** [1] - 2:16

**1**

**1** [2] - 2:19, 4:15
**10** [2] - 4:14, 4:16
**10019** [1] - 2:24
**1100** [2] - 1:20, 2:12
**14-MD-2592** [1] - 1:5
**14th** [1] - 9:22
**19103** [1] - 2:20
**1st** [1] - 10:20

**2**

**2000** [1] - 2:19
**2019** [3] - 1:6, 4:16, 5:3
**2019...........................** [1] - 4:8
**24** [2] - 1:6, 5:3
**250** [1] - 2:23
**2700** [1] - 2:9
**2800** [2] - 1:20, 1:20

**3**

**30** [3] - 9:23, 10:1, 10:3
**316** [1] - 1:24
**32502** [1] - 1:25
**36103** [1] - 2:5
**38** [1] - 10:10
**38...........................** [1] - 4:14

**4**

**400** [1] - 2:9
**4160** [1] - 2:4

**5**

**5** [1] - 4:8
**500** [1] - 3:3
**504** [1] - 3:4
**55TH** [1] - 2:23
**589-7779** [1] - 3:4
**5th** [1] - 7:11

**6**

**6** [3] - 4:5, 4:6, 4:7

**600** [2] - 1:24, 2:16

**7**

**7** [3] - 4:8, 4:9, 4:10
**70113** [1] - 1:16
**70130** [2] - 2:9, 3:3
**70163** [1] - 1:21, 2:13
**75** [2] - 9:25, 10:3

**8**

**820** [1] - 1:16

**9**

**9** [3] - 4:11, 4:12, 4:13
**9:00** [2] - 1:6, 4:16
**9:14** [1] - 11:9

**A**

**A.M** [1] - 1:6
**a.m** [1] - 11:9
**A.M............................** [1] - 4:16
**ability** [1] - 11:18
**above-entitled** [1] - 11:18
**account** [1] - 6:15
**ACTION** [1] - 1:5
**additional** [2] - 8:8, 9:25
**address** [3] - 8:1, 8:3, 9:18
**addressed** [2] - 6:11, 8:4
**addressing** [2] - 8:14, 8:18
**advise** [1] - 7:17
**ago** [1] - 10:6
**AL** [1] - 2:5
**ALL** [1] - 1:8
**ALLEN** [1] - 2:3
**AND** [1] - 1:19
**ANDREW** [1] - 2:23
**Andy** [9] - 5:15, 5:20, 6:7, 6:8, 7:16, 9:1, 9:4, 9:8, 10:6
**announcement** [1] - 6:17
**answer** [1] - 7:25
**answers** [1] - 8:6
**ANTHONY** [1] - 2:4
**APPEARANCES** [2] - 1:13, 2:1
**appreciation** [1] - 9:21

**arisen** [1] - 9:20
**assigned** [1] - 10:24
**assistance** [5] - 8:16, 8:21, 8:22
**AT** [1] - 4:16
**Atlanta** [1] - 7:21
**attend** [1] - 7:23
**AUGUST** [2] - 4:8, 4:15
**August** [2] - 7:11, 10:20
**available** [2] - 8:9, 9:14
**AVENUE** [1] - 1:16

**B**

**BARR** [1] - 1:24
**basis** [1] - 8:11
**Bayer** [3] - 5:20, 5:22, 6:5
**BAYLEN** [1] - 1:24
**BE** [1] - 4:15
**BEASLEY** [1] - 2:3
**BEFORE** [1] - 1:11
**beginning** [1] - 7:13
**BENJAMIN** [1] - 1:18
**best** [1] - 11:18
**better** [1] - 10:16
**BIDDLE** [2] - 2:15, 2:18
**Birchfield** [3] - 5:15, 6:8, 9:4
**BIRCHFIELD** [4] - 2:4, 5:14, 6:8, 7:20
**bit** [1] - 10:4
**BOX** [1] - 2:4
**BRIAN** [1] - 1:24
**BrownGreer** [2] - 6:24, 8:5
**bunch** [1] - 10:7
**bus** [1] - 8:25
**BY** [11] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:12, 2:15, 2:19, 2:22, 3:6, 3:6

**C**

**CALLED** [1] - 5:4
**CAMPUS** [1] - 2:16
**case** [1] - 10:24
**cases** [1] - 9:19
**CASES** [1] - 1:8
**Cathy** [2] - 11:15, 11:20
**CATHY** [1] - 3:1
**Cathy_Pepper@laed**

**.uscourts.gov** [1] - 11:23
**cathy_Pepper@laed.uscourts.gov** [1] - 3:4
**CAUSE............**
**.........** [1] - 4:11
**CCR** [2] - 3:1, 11:20
**census** [3] - 6:14, 6:17, 9:4
**CENTER** [1] - 2:8
**Centrality** [1] - 6:25
**CENTRE** [1] - 1:20
**CERTIFICATE** [1] - 11:14
**Certified** [3] - 11:15, 11:16, 11:21
**CERTIFIED** [1] - 3:2
**certify** [1] - 11:17
**CHAFFE** [1] - 2:11
**Chanda** [1] - 5:17
**CHANDA** [1] - 2:19
**change** [1] - 10:23
**choose** [1] - 6:22
**Circuit** [1] - 10:25
**CIVIL** [1] - 1:5
**claimant** [1] - 6:20
**claimants** [3] - 6:10, 7:4, 7:12
**clarify** [1] - 10:13
**clear** [2] - 10:1, 10:4
**CLERK** [1] - 5:7
**clerk** [2] - 10:24, 11:1
**clients** [2] - 7:18, 8:19
**coliaison** [3] - 6:1, 6:2, 6:3
**Committee** [1] - 7:3
**completed** [2] - 6:9, 9:3
**COMPUTER** [1] - 3:6
**concluded** [1] - 11:10
**conclusion** [1] - 8:23
**CONFERENCE** [1] - 1:10
**conference** [4] - 5:10, 7:21, 8:1, 8:8
**conferences** [1] - 7:21
**CONFERENCES.......**
**..................................**
**.** [1] - 4:10
**continually** [1] - 8:13
**continue** [3] - 8:22, 10:7, 10:16
**CONTINUED** [1] - 2:1
**copy** [1] - 9:13
**correct** [1] - 11:17
**counsel** [5] - 5:24, 6:1, 8:9, 8:14, 10:8
**COUNSEL** [2] - 1:15,

2:7
**counsel's** [1] - 10:16
**Court** [8] - 6:17, 9:12, 9:21, 11:16, 11:16, 11:17, 11:22, 11:22
**COURT** [17] - 1:1, 3:1, 5:4, 5:8, 5:16, 5:19, 5:21, 5:23, 6:6, 7:16, 8:24, 9:7, 9:10, 9:24, 10:11, 10:15, 11:6
**Court's** [2] - 9:21, 10:23
**courtroom** [1] - 5:23
**covered** [2] - 9:8, 9:16
**CROW** [1] - 2:3
**CRR** [2] - 3:1, 11:20

**D**

**data** [1] - 6:17
**DAVID** [1] - 1:18
**Davis** [2] - 5:25, 10:25
**DAVIS** [5] - 1:15, 5:25, 9:12, 10:6, 11:5
**days** [5] - 9:23, 9:25, 10:1, 10:3
**DEADLINE** [1] - 4:8
**deadline** [3] - 7:11, 9:22, 9:24
**deadlines** [1] - 7:5
**decision** [1] - 6:21
**defendant** [1] - 5:16
**DEFENDANTS** [1] - 2:11
**DEFENDANTS'** [1] - 2:7
**DEPUTY** [1] - 5:7
**dismissal** [1] - 6:24
**District** [3] - 11:17, 11:22
**DISTRICT** [3] - 1:1, 1:1, 1:11
**DOCUMENT** [1] - 1:7
**done** [2] - 7:16, 7:25
**DRINKER** [2] - 2:15, 2:18
**DRIVE** [1] - 2:16

**E**

**e-mail** [1] - 8:3
**e-mails** [2] - 8:13, 10:7
**early** [1] - 7:11
**easier** [1] - 10:19
**EASTERN** [1] - 1:1
**Eastern** [1] - 11:17
**efficient** [1] - 9:5
**ELDON** [1] - 1:11

election [1] - 6:20
encouraged [2] - 7:7, 7:22
ENERGY [1] - 1:20
enroll [1] - 7:10
enrollment [3] - 6:19, 7:13, 8:10
ENROLLMENT [1] - 4:7
entitled [1] - 11:18
ESQUIRE [10] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:12, 2:15, 2:19, 2:22, 2:23
evaluating [1] - 8:17
extend [2] - 9:22, 10:1
extended [1] - 9:24
extension [2] - 10:2, 10:4

**F**

FALLON [1] - 1:11
far [1] - 9:2
few [1] - 10:6
Fifth [1] - 10:25
filed [1] - 9:19
fine [1] - 5:23
firm [1] - 8:20
firms [5] - 7:3, 7:9, 7:12, 8:15, 8:17
first [1] - 9:24
FL [1] - 1:25
FLORHAM [1] - 2:16
folks [3] - 6:6, 8:9, 9:10
FOR [4] - 1:14, 1:23, 2:7, 2:11
foregoing [1] - 11:17
form [1] - 6:20
formulate [1] - 8:5
forum [1] - 8:2
forward [1] - 11:3
frequently [1] - 8:6
FRITCHIE [1] - 2:7

**G**

GAINSBURGH [1] - 1:18
gentlemen [1] - 5:9
GERALD [1] - 1:19
Glickstein [1] - 5:22
GLICKSTEIN [3] - 2:22, 5:22, 9:8
goal [1] - 9:5

**H**

handful [1] - 6:10
Harvard [1] - 11:1
HB-275 [1] - 3:3
hear [2] - 5:11, 6:6
HEARD [1] - 1:11
hearing [1] - 6:11
help [2] - 8:17, 8:20
hereby [1] - 11:17
HERMAN [2] - 1:15
Honor [9] - 5:14, 5:25, 5:20, 9:12, 9:18, 10:9, 10:13, 11:5, 11:8
HONORABLE [1] - 1:11
Houston [1] - 7:22

**I**

immediately [1] - 10:5
IN [1] - 1:14
India [1] - 11:2
indicating [1] - 6:20
individual [1] - 8:16
inform [1] - 7:17
information [3] - 7:10, 9:13
INFORMATION..........
.................... [1] - 4:12
initiated [1] - 7:1
input [2] - 9:7, 10:11
inquiries [1] - 8:11
intended [2] - 9:20, 9:21
IRWIN [1] - 2:7
IS [1] - 4:8
issued [1] - 9:18
issues [2] - 8:18, 9:16
ITEMS [1] - 4:3

**J**

Janssen [2] - 5:18, 6:3
Jerry [1] - 6:2
job [1] - 11:4
John [1] - 6:4
Joint [1] - 10:9
JOINT [1] - 4:14
JR [1] - 2:4
JUDGE [1] - 1:11
Judge [1] - 10:25
June [1] - 9:22
JUNE [2] - 1:6, 5:3

**K**

KATZ [1] - 1:15
KAYE [1] - 2:22
KIM [1] - 2:8
Kim [2] - 6:3, 10:11

**L**

LA [5] - 1:16, 1:21, 2:9, 2:13, 3:3
ladies [1] - 5:8
law [1] - 7:3
lawyers [2] - 7:17, 7:22
least [1] - 7:17
Leonard [1] - 5:25
LEONARD [1] - 1:15
level [1] - 8:11
LEVIN [1] - 1:23
LIABILITY [1] - 1:4
liaison [1] - 5:24
LIAISON [2] - 1:15, 2:7
listening [1] - 6:14
LITIGATION [1] - 1:4
LOGAN [1] - 2:19
look [1] - 11:3
looks [1] - 10:15
LOUISIANA [2] - 1:1, 1:6
Louisiana [2] - 11:16, 11:17

**M**

mail [1] - 8:3
mails [2] - 8:13, 10:7
materials [1] - 8:7
matter [1] - 11:18
MCCALL [1] - 2:11
MDL [1] - 6:25
MECHANICAL [1] - 3:6
MEETING [1] - 4:15
meeting [3] - 5:11, 10:15, 10:20
Melissa [3] - 10:24, 11:4
mentioned [1] - 10:6
Merit [2] - 11:16, 11:21
MERIT [1] - 3:2
METHVIN [1] - 2:3
MEUNIER [3] - 1:19, 1:19, 6:2
Meunier [1] - 6:2
MILES [1] - 2:3

Miller [1] - 5:17
MILLER [1] - 2:19
minutes [1] - 10:6
MITCHELL [1] - 1:23
MONDAY [2] - 1:6, 5:3
money [1] - 10:18
MONTGOMERY [1] - 2:5
MONTHLY [1] - 1:10
monthly [2] - 5:10, 8:11
Moore [1] - 6:3
MOORE [4] - 2:7, 2:8, 6:3, 10:13
morning [4] - 5:8, 5:14, 5:25, 6:8
most [2] - 5:11, 9:22
move [1] - 8:10
MR [12] - 5:14, 5:20, 5:22, 5:25, 6:2, 6:4, 6:8, 7:20, 9:8, 9:12, 10:6, 11:5
MS [4] - 5:17, 6:3, 9:1, 10:13

**N**

nationwide [1] - 8:1
necessary [1] - 7:9
need [3] - 7:10, 8:16, 9:11
needed [2] - 9:25, 10:8
needs [1] - 8:20
NEW [7] - 1:6, 1:16, 1:21, 2:9, 2:13, 2:24, 3:3
New [1] - 10:18
new [1] - 11:1
NEXT [1] - 4:15
next [3] - 10:15, 10:20, 11:2
nine [2] - 10:21
NJ [1] - 2:16
NO [1] - 1:5
nothing [1] - 9:8
NUMBER [1] - 4:14
Number [1] - 10:10
number [1] - 7:12
numbered [1] - 11:18
NY [1] - 2:24

**O**

o'clock [2] - 10:21, 10:22
O'KEEFE [1] - 1:16
occurring [1] - 8:14

OF [2] - 1:1, 1:10
offered [2] - 8:16, 8:21
OFFICE [1] - 2:4
OFFICIAL [1] - 3:1
Official [2] - 11:16, 11:22
Olinde [1] - 6:4
ON [1] - 4:15
one [2] - 7:21, 7:22
order [3] - 9:21, 9:22, 10:1
ORDER [1] - 5:4
ordered [1] - 6:17
ORDERS [1] - 4:11
orders [2] - 9:3, 9:18
ORLEANS [6] - 1:6, 1:16, 1:21, 2:9, 2:13, 3:3
Orleans [1] - 10:18
overall [1] - 7:13
overwhelming [1] - 7:7

**P**

PA [1] - 2:20
PAGE [1] - 4:3
PAPANTONIO [1] - 1:23
papers [1] - 6:24
PARK [1] - 2:16
participate [4] - 6:15, 6:21, 6:22, 6:23
PENSACOLA [1] - 1:25
people [3] - 5:12, 9:3, 10:18
PEPPER [1] - 3:1
Pepper [3] - 11:15, 11:20, 11:20
period [1] - 11:2
person [1] - 11:7
Peter [1] - 6:4
PETER [1] - 2:12
phase [2] - 6:19, 8:10
PHASE........................
............. [1] - 4:7
Philadelphia [1] - 7:22
PHILADELPHIA [1] - 2:20
PHONE [1] - 4:15
phone [8] - 5:11, 5:12, 6:6, 6:14, 10:17, 10:20, 11:6
place [2] - 7:6, 8:15
plaintiff [2] - 5:12, 5:13
plaintiff's [3] - 7:2, 8:9, 8:13

PLAINTIFFS [1] - 1:23
plaintiffs [1] - 6:2
PLAINTIFFS' [1] - 1:14
Plaintiffs' [1] - 7:2
pleased [2] - 6:12, 7:14
point [1] - 7:15
portal [2] - 6:25, 8:7
PORTIS [1] - 2:3
possible [1] - 9:5
POST [1] - 2:4
posted [1] - 8:1
POYDRAS [4] - 1:20, 2:9, 2:12, 3:3
preparing [1] - 8:8
pro [2] - 7:4, 10:7
proceedings [2] - 11:9, 11:18
PROCEEDINGS [3] - 1:10, 3:6, 5:1
process [6] - 6:10, 6:12, 6:13, 7:1, 7:13, 8:18
PROCESS.................. ............... [1] - 4:6
PROCTOR [1] - 1:23
PRODUCED [1] - 3:6
PRODUCTS [1] - 1:4
program [14] - 6:9, 6:16, 6:18, 6:21, 6:22, 7:5, 7:8, 7:10, 7:14, 7:18, 7:24, 8:2, 8:23, 9:6
PROGRAM.............. ................ [1] - 4:5
protocol [1] - 8:18
provide [1] - 8:13
provided [2] - 8:21, 9:12
providing [1] - 8:7

## Q

question-and-answer [1] - 7:25
questions [6] - 8:3, 8:4, 8:6, 8:14, 9:17, 9:19

## R

RAFFERTY [1] - 1:23
RE [1] - 1:4
reached [2] - 8:15, 8:22
reaching [1] - 7:3
ready [1] - 8:20
really [1] - 10:9

Realtime [2] - 11:15, 11:21
REALTIME [1] - 3:2
REATH [2] - 2:15, 2:18
receiving [1] - 8:12
recent [1] - 9:22
recently [1] - 9:19
recess [1] - 11:7
record [1] - 11:18
RECORDED [1] - 3:6
recurring [1] - 8:14
regarding [1] - 9:17
Registered [1] - 11:15
REGISTERED [1] - 3:2
registered [1] - 11:21
REGISTRATION [1] - 4:6
registration [4] - 6:10, 6:12, 6:13, 6:16
regularly [1] - 9:1
relate [1] - 9:20
RELATES [1] - 1:7
release [1] - 6:23
REPORT [1] - 4:14
Report [1] - 10:9
report [1] - 5:10
Reporter [7] - 11:15, 11:16, 11:16, 11:21, 11:21, 11:22
REPORTER [3] - 3:1, 3:2, 3:2
REPORTER'S [1] - 11:14
reports [1] - 10:17
representing [1] - 5:13
requirements [1] - 9:4
respect [1] - 9:16
respond [1] - 6:20
responding [1] - 10:8
responses [2] - 7:7, 7:8
rise [1] - 5:7
RIVAROXABAN [1] - 1:4
RMR [2] - 3:1, 11:20
ROOM [1] - 3:3
Rotolo [1] - 6:4
ROTOLO [2] - 2:12, 6:4
round [1] - 9:2

## S

s/Cathy [1] - 11:20
SCHOLER [1] - 2:22
se [2] - 7:4, 10:7
seat [1] - 8:25
seated [1] - 5:8

see [2] - 8:24, 9:10
service [2] - 9:17, 9:20
SERVICE.................. .......................... [1] - 4:13
sessions [1] - 7:25
SETTLEMENT [1] - 4:5
settlement [12] - 6:9, 6:16, 6:18, 6:21, 6:22, 7:5, 7:8, 7:14, 7:24, 8:2, 8:18, 8:23
several [1] - 9:18
Sharko [1] - 5:17
SHARKO [3] - 2:15, 5:17, 9:1
shorten [1] - 10:2
show [1] - 9:3
SHOW [1] - 4:11
side [1] - 7:2
sign [1] - 6:23
signing [1] - 6:20
sitting [1] - 6:4
Solow [1] - 5:20
SOLOW [2] - 2:23, 5:20
sort [1] - 7:19
SOUTH [1] - 1:24
spend [1] - 10:18
SQUARE [1] - 2:19
stand [1] - 11:7
standpoint [1] - 10:23
State [1] - 11:16
state [1] - 9:13
STATE [1] - 4:12
STATES [2] - 1:1, 1:11
States [2] - 11:16, 11:22
status [2] - 5:10, 7:14
STATUS [1] - 1:10
Steering [1] - 7:2
STENOGRAPHY [1] - 3:6
Steve [3] - 6:7, 8:24, 9:7
STEVEN [1] - 2:22
Steven [1] - 5:22
stipulation [1] - 6:24
STREET [6] - 1:20, 1:24, 2:9, 2:12, 2:23, 3:3
submit [1] - 6:24
submitted [1] - 8:4
suggestion [1] - 10:16
SUITE [4] - 1:20, 1:24, 2:9, 2:19
summons [1] - 9:19
Susan [4] - 5:17, 6:7, 8:24, 9:8

SUSAN [1] - 2:15

## T

TEXACO [1] - 2:8
THE [20] - 1:11, 1:14, 1:23, 2:7, 2:11, 5:7, 5:8, 5:16, 5:19, 5:21, 5:23, 6:6, 7:16, 8:24, 9:7, 9:10, 9:24, 10:11, 10:15, 11:6
THIS [1] - 1:7
THOMAS [1] - 1:23
three [1] - 7:20
Thursday [1] - 10:21
THURSDAY [1] - 4:15
timing [1] - 9:20
TO [3] - 1:7, 4:11, 5:4
tools [1] - 7:10
transcript [1] - 11:17
TRANSCRIPT [2] - 1:10, 3:6
true [1] - 11:17
try [1] - 9:5
type [1] - 7:8

## U

understood [1] - 9:25
underway [1] - 6:9
unfolded [1] - 6:12
United [2] - 11:16, 11:22
UNITED [2] - 1:1, 1:11
up [1] - 10:4
Urjita [1] - 11:1
URQUHART [1] - 2:7

## V

via [1] - 11:1
VOICES [1] - 11:8

## W

walk [1] - 8:2
walked [1] - 9:24
WARSHAUER [1] - 1:19
webinar [1] - 8:1
webinars [1] - 7:18
WEBINARS............... ............................. [1] - 4:9
Wednesday [1] - 6:11
welcome [1] - 11:5
WEST [1] - 2:23

WHEREUPON [1] - 11:9
WILL [1] - 4:15

## X

XARELTO [1] - 1:4

## Y

YORK [1] - 2:24