**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          *          MDL No. 2592
PRODUCTS LIABILITY LITIGATION      *
                                                        *          SECTION L
                                                        *          JUDGE ELDON E. FALLON
                                                        *          MAGISTRATE JUDGE NORTH

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
THIS DOCUMENT RELATES TO**:**

*LARRY HENRY v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-00137-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby

informs this Honorable Court of the Death of Plaintiff, Larry Henry on November 22, 2017. A

copy of the death certificate is attached.

Dated: June 24, 2019

                                                        Respectfully submitted,

                                                        /s/ Lennie F. Bollinger
                                                        Lennie F. Bollinger
                                                        State Bar No. 24076894
                                                        WORMINGTON & BOLLINGER
                                                        212 E. Virginia Street
                                                        McKinney, Texas 75069
                                                        (972) 569-3930 Phone
                                                        (972) 547-6440 Facsimile
                                                        LB@wormingtonlegal.com

                                                        **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: June 24, 2019

/s/ Lennie F. Bollinger
Lennie F. Bollinger

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER:

STATE FILE NUMBER: 2017-041-00051

**5737838**

| DECEDENT | DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|
| | HENRY, LARRY | 04/29/1958 | 11/22/2017 | 05:26 AM |
| | PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | AGE |
| | OAKDALE, LA UNITED STATES | MALE | 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 | 59 YEARS |
| | DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | | | |
| | RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | WITHIN CITY LIMITS? | PARISH/COUNTY |
| | 502 TROY RD , NEW IBERIA, LA 70550 UNITED STATES | | YES | IBERIA |

| PERSONAL | EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION |
|---|---|---|---|
| | NO | WELDER | WELDING |
| | MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) |
| | DIVORCED | | |
| | FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
| | HENRY, IRA | | PINE PRAIRIE, LA UNITED STATES |
| | MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) |
| | FONTENOT, HATTIE | | PINE PRAIRIE, LA UNITED STATES |
| | INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | INFORMANT'S ADDRESS |
| | FOYIL, DIANE | DAUGHTER | 2487 CYPRESS ISLAND HWY., SAINT MARTINVILLE, LA 70582 UNITED STATES |
| | EDUCATION: 8TH GRADE OR LESS | | |
| | OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | |
| | RACE: WHITE | | |

| DEATH INFO | PLACE OF DEATH | FACILITY NAME |
|---|---|---|
| | NURSING HOME/LONG TERM CARE FACILITY | CONSOLATA HOME |
| | FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | PARISH/COUNTY |
| | 2319 E. MAIN ST. , NEW IBERIA, LA 70560 UNITED STATES | IBERIA |

| DISPOSITION | METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
|---|---|---|---|
| | CREMATION | LAFAYETTE CREMATORY INC. | |
| | PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | DATE OF DISPOSITION |
| | LAFAYETTE, LA UNITED STATES | | 11/23/2017 |

| FUNERAL FACILITY | FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
|---|---|---|---|
| | MELANCON FUNERAL HOME, INC. - CARENCRO (#696) | 4615 N. UNIVERSITY AVE. , CARENCRO, LA 70520 UNITED STATES | |
| | NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| | MELANCON, GERALD | E1740 | Y |
| | SIGNATURE OF FUNERAL DIRECTOR | | DATE |
| | *e-sign* | | 12/14/2017 |

| MEDICAL INFO | MANNER OF DEATH | NATURAL |
|---|---|---|
| | IF FEMALE? | NOT APPLICABLE |
| | DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

| CAUSE OF DEATH | PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|---|
| | IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. CIRRHOSIS OF LIVER | UNK |
| | Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| | Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | | d. | |
| | PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | | |
| | CORONARY ARTERY DISEASE | | |
| | WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? | |
| | NO | NOT APPLICABLE | |

| INJURY INFORMATION | PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|---|
| | LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| | DESCRIBE HOW INJURY OCCURED | | | | |

| CERTIFIER | I CERTIFY THAT I ATTENDED THE DECEDENT FROM 11/3/2017 TO 11/22/2017 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED. | | |
|---|---|---|---|
| | SIGNATURE OF CERTIFIER: *e-sign* | DATE | 12/14/2017 |
| | CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MIRE, LOUIS GLEN | |
| | CERTIFIER TITLE: CERTIFYING PHYSICIAN | | |
| | CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | |
| | 2390 W. CONGRESS ST. , LAFAYETTE, LA 70506 UNITED STATES | | |
| | BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
| | 242463 | ORLEANS | 11/22/2017 | 12/14/2017 |

| REGISTRAR | SIGNATURE OF REGISTRAR | DEVIN GEORGE *e-sign* |
|---|---|---|
| | ISSUED BY: Marceaux, Maia | Issued On: 12/28/2017 9:46:32 AM |





005737838

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



**DEVIN GEORGE
STATE REGISTRAR**

AmeriTech, Incorporated

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE