UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Gerald Swanson, Sr. v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01656

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff and Amend Complaint, R. Doc. 13793, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Stuart R. Swanson, surviving son of Gerald Swanson, Sr., is substituted for Plaintiff Gerald Swanson, Sr. as the proper party plaintiff in the above captioned case.

**IT IS ORDERED** that Plaintiff's Motion to file First Amended Complaint and First Amended Short Form Complaint to amend the Complaints to correct the proper Plaintiffs and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Gerald Swanson, Sr. is now deceased, only, be granted.

New Orleans, Louisiana, this 24th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE