UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |
| _____: | |

<u>**JURY TRIAL DEMANDED**</u>

**THIS DOCUMENT RELATES TO:**

**STUART R. SWANSON, both individually and as the Representative of the Estate of GERALD SWANSON, SR.**

**INDIVIDUAL CIVIL ACTION NO. 2:16-cv-1656**

<u>**FIRST AMENDED SHORT FORM COMPLAINT**</u>

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint and Joint Amended Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is used in the above-captioned action.

2. Plaintiff, Stuart R. Swanson, Individually and as the Representative of the Estate of Gerald Swanson, Sr., is identified more fully in Paragraph No. 14 of the Plaintiffs' Joint Amended Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 4433 Brentwood Ct., Roanoke, VA 24018.

4. The Xarelto User resides (or if deceased, resides at the time of death) in the county of Putnam in the state of West Virginia.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6. Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint.

Dated: June 19, 2019

Respectfully Submitted,

By: /s/ Danielle Gold
Danielle Gold
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 485-1823
Facsimile: (646) 293-7498
E-mail: dgold@weitzlux.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of June 2019, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                /s/ Danielle Gold
                                                Danielle Gold