**WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE**
**PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

STATE FILE NUMBER: 000451

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | Kenneth Wayne Love Sr. |
| 2. SEX | M |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 71 |
| 5. DATE OF BIRTH | 10-02-1947 |
| 6. BIRTHPLACE | Pt. Pleasant, WV |
| 7a. RESIDENCE (STATE) | WV |
| 7b. COUNTY | Fayette |
| 7c. CITY OR TOWN | Cannelton |
| 7d. STREET AND NUMBER | 911 Cannelton Hollow Rd. |
| 7f. ZIP CODE | 25036 |
| 7g. INSIDE CITY LIMITS? | No |
| 8. EVER IN US ARMED FORCES? | Yes |
| 9. MARITAL STATUS AT TIME OF DEATH | Widowed |
| 11. FATHER'S NAME | Worthy Love |
| 12. MOTHER'S NAME | Drexel Frost |
| 13a. INFORMANT'S NAME | Valerie Perry |
| 13b. RELATIONSHIP | Daughter |
| 13c. MAILING ADDRESS | 356 Diamond Ave. Belle, WV 25015 |
| 14. PLACE OF DEATH | Inpatient |
| 15. FACILITY NAME | CAMC General Division |
| 16. CITY/STATE/ZIP | Charleston, WV 25301 |
| 17. COUNTY OF DEATH | Kanawha |
| 18. METHOD OF DISPOSITION | Burial, Cremation |
| 19. PLACE OF DISPOSITION | Ward CEmetery |
| 20. DISPOSITION LOCATION | Ward, WV |
| 21. FUNERAL FACILITY | Cooke Funeral Home P.O. Box C Cedar Grove, WV 25039 |
| 23. LICENSE NUMBER | 1419 |
| 24. DATE PRONOUNCED DEAD | 01/20/2019 |
| 25. TIME PRONOUNCED DEAD | 1639 |
| 27. DATE SIGNED | 01/20/2019 |
| 28. ACTUAL OR PRESUMED DATE OF DEATH | 01/20/2019 |
| 29. ACTUAL OR PRESUMED TIME OF DEATH | 1639 |
| 30. WAS MEDICAL EXAMINER CONTACTED? | No |

**CAUSE OF DEATH**

31. PART I.
a. IMMEDIATE CAUSE: Anoxic Brain Injury — Days
b. Due to: Prolonged cardiac arrest — Days
c. Due to: End stage COPD — Years

32a. WAS AN AUTOPSY PERFORMED? No
32b. WERE AUTOPSY FINDINGS AVAILABLE: (blank)

33. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown

35a. CAUSE/MANNER PENDING: (none checked)
35b. FINAL MANNER OF DEATH: Natural

37a. CERTIFIER: Pronouncing & Certifying Physician or Qualified APRN

37b. PRINT NAME: MA Menasa C Bautista, Charleston WV 25301
37c. TITLE OF CERTIFIER: MD

Date Certified: 01/20/2019

DATE FILED: JAN 24 2019

FORM VS-002 (Rev. 9/2017)