## AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

State of West Virginia )
                        ) SS:
County of Kanawha       )
                        )

I Valerie Lynn Perry _____ being duly sworn according to law, declare that I
 *(First, middle, last name)*

reside at 356 Diamond Ave _____, Belle WV 25015 and
          *(Street address)*              *(City, State)*

that on _____, Kenneth Love Sr , who made no will, had
         ( Date )                *(Name of the Deceased)*

permanent legal residence at 911 Cannelton Hollow Rd Cannelton WV 25036

I am the widow, widower, child, father, mother, other and as such am entitled to receive
                      *(Circle relationship)*

the decedent's estate under the laws of West Virginia _____.
                      *(Name of U.S. state where decedent last had legal permanent residence)*


### NAMES OF SURVIVORS, IN ORDER OF KINSHIP
Please insert the names of living relatives in the following order of relationship: surviving spouse,
children, father and/or mother, brothers and/or sisters:

| Name | Date/Place of Birth | Address | Relationship Daughter |
|------|--------------------|---------|-----------------------|
| Valerie Perry | 6/17/75 Charleston WV | 356 D. amond Ave Belle WV 25015 | |
| Kenneth W Love II | 7/11/71 Charleston WV | Box 171 Mammoth WV 25132/500 | |

_____

_____

_____

_____

_Valerie L Pesor_
_____
*(Signature of Affiant)*

Subscribed and sworn (or affirmed to) before me by ___*James E Siders Jr*___ at
___6-18-2019___ on ___18th June 2019___.

(Seal)

OFFICIAL SEAL
Notary Public, State of West Virginia
JAMES E SIDERS JR
PO Box 189
Tad, WV 25201
My commission expires June 8, 2023

_James E Siders Jr_
(Signature of Notary Public)

_James E Siders Jr._
(Name of Notary Public)