# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | **SECTION L** |
| | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**KENNETH LOVE, SR. v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-04670**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **VALERIE PERRY** on behalf of her deceased father, **KENNETH LOVE SR.**, for the following reasons:

I.

On September 5, 2015 **KENNETH LOVE, SR.** filed a Complaint in the above referenced matter.

II

On January 20, 2019, **KENNETH LOVE, SR** died.

III.

The decedent's daughter, **VALERIE PERRY**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **KENNETH LOVE, SR**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 24th day of June, 2019.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com
*Attorneys for Valerie Perry obo*
*Kenneth Love, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**

*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**