# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** : | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** : | |
| : | **SECTION L** |
| : | |
| : | **JUDGE ELDON E. FALLON** |
| : | |
| : | **MAGISTRATE JUDGE NORTH** |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**KENNETH LOVE, SR. v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-04670**

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **VALERIE PERRY**, on behalf of her deceased father, **KENNETH LOVE SR.**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Eldon E. Fallon, United States District Court Judge