# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Linda Robertson v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-06810

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 13807, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jeanette Bishop, surviving daughter of Linda Robertson,

is substituted for Plaintiff Linda Robertson as the proper party plaintiff in the above captioned

case.

New Orleans, Louisiana, this 24th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE