# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This document relates to:**
*Steven G. Ostroff, Individually and on Behalf of Patricia A. Ostroff, Deceased v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:19-cv-07690*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Patrice M. Morales in place of Steven G. Ostroff on behalf of the Estate of Patricia A. Ostroff, in the above captioned cause.

1. Steven G. Ostroff, Individually and on Behalf of Patricia A. Ostroff, filed a products liability lawsuit against defendants on or about April 3, 2019.

2. Plaintiff's Counsel was notified that Patrice M. Morales had been appointed Independent Executrix of the estate of Patricia A. Ostroff on or about July 30, 2018.

3. Attached hereto as "Exhibit A" are Letters Testamentary that were issued to Patrice M. Morales by Probate Court 2 of El Paso County, Texas.

4. Patrice M. Morales, Independent Executrix of the estate of Patricia A. Ostroff, is a proper party to substitute for plaintiff Steven G. Ostroff and has proper capacity to proceed forward with the surviving products liability lawsuit on Patricia A. Ostroff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Dated: June 24, 2019

                                                    Respectfully Submitted,

                                                    By: */s/ Michael G. Guajardo*
                                                    Michael G. Guajardo
                                                    Texas Bar No. 00784183
                                                    Guajardo & Marks, LLP
                                                    Three Forest Plaza
                                                    12221 Merit Drive, Suite 945
                                                    Dallas, TX  75251
                                                    (972) 774-9800 (Phone)
                                                    (972) 774-9801 (Fax)
                                                    mike@guajardomarks.com

                                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 24, 2019

                                        Respectfully Submitted,

                                        By: */s/ Michael G. Guajardo*
                                        Michael G. Guajardo
                                        Texas Bar No. 00784183
                                        Guajardo & Marks, LLP
                                        Three Forest Plaza
                                        12221 Merit Drive, Suite 945
                                        Dallas, TX  75251
                                        (972) 774-9800 (Phone)
                                        (972) 774-9801 (Fax)
                                        mike@guajardomarks.com

                                        *Attorney for Plaintiff*