# EXHIBIT A

**Letters Testamentary/or Administration**

Estate of **Patricia Arlene Ostroff, Deceased**　　　　　　　　　　Cause No. **2018-CPR00870**

**THE STATE OF TEXAS**
**COUNTY OF EL PASO**

I, Delia Briones, Clerk of the **Probate Court 2** of El Paso County, Texas, do hereby certify that on the **30th day of July, 2018 Patrice Michelle Morales** was appointed by said Court **Independent Executrix** of the estate of **Patricia Arlene Ostroff,** Deceased, and that the above named qualified as such on the **30th day of July, 2018** as the law requires; that said appointment has not been revoked and is in full force and effect.

　　　　Given under my hand and seal of said Court and issued at office in El Paso, Texas this **2nd day of August, 2018.**

Delia Briones, El Paso County Clerk
500 East San Antonio, Suite 105
El Paso, Texas 79901

By _____
Deputy **Angela Escarsega**