UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Steven G. Ostroff, Individually and on Behalf of Patricia A. Ostroff, Deceased v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:19-cv-07690

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. Therefore, **IT IS ORDERED** that Plaintiff Patrice M. Morales, Independent Executrix of the estate of Patricia A. Ostroff, is substituted for Plaintiff Steven G. Ostroff as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE