MINUTE ENTRY
FALLON, J.
JUNE 24, 2019

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. At the conference, a representative from Plaintiffs' Liaison Counsel ("PLC"), Andrew Birchfield, and Defendants' Liaison Counsel ("DLC"), Susan Sharko, reported to the Court on the topics set forth in the Proposed Agenda. Other counsel present and participating in the status conference were Leonard Davis and Gerald Meunier for Plaintiffs, and Chanda Miller, Andrew Solow, Steven Glickstein, Kim Moore, and Peter Rotolo for Defendants. This status conference was transcribed by Ms. Mary Thompson, Official Court Reporter. Counsel may contact Ms. Thompson at (504) 589-7783 to request a copy of the transcript. A summary of the status conference follows.

1.  **SETTLEMENT**

On May 6, 2019, the Plaintiffs' Leadership and Defendants entered into a final Master Settlement Agreement for resolution of Xarelto product liability claims covered by the agreement. The Master Settlement Agreement establishes the deadline for Plaintiffs to enroll in the Settlement Program on or before August 5, 2019. Enrollment in the program shall be done via BrownGreer MDL Centrality website at https://www.mdlcentrality.com/mdl2592/, and a copy of the Master

JS10: 00:15

1

Settlement Agreement is available on that website. Additional information regarding the Master Settlement Agreement will be available on the BrownGreer MDL Centrality website.

**2. PRE-TRIAL ORDERS**

Since the filing of Joint Report No. 37 on May 10, 2019, the Court has not issued any additional Pre-Trial Orders.

**3. CASE MANAGEMENT ORDERS:**

On May 24, 2019, the Court issued Case Management Order No. 12 [Rec. Doc. 13608]. The Stay in Case Management Order No. 9 is lifted as to all Plaintiffs who fail to submit a complete and fully executed Enrollment Election Form by August 5, 2019. These Plaintiffs must file and serve a completed Notice of Intent to Proceed through MDL Centrality on or before August 19, 2019. Failure to comply with the Order may result in dismissal of the action with prejudice.

**4. COUNSEL CONTACT INFORMATION FORM**

All counsel in the MDL are required to complete the Counsel Contact Information Form attached to PTO No. 4A, and forward it to the appropriate Liaison Counsel. This information must be kept current by counsel providing the information, and will be relied upon throughout the litigation.

**5. PLAINTIFF AND DEFENDANT FACT SHEETS**

As noted above, on May 24, 2019, the Court issued Case Management Order No. 12 [Rec. Doc. 13608].

6. **SERVICE OF PROCESS ON DEFENDANTS**

On March 16, 2018, the Court entered an Order [Rec. Doc. 8926] vacating and replacing the March 24, 2015 Order [Rec. Doc. 4217] and the February 15, 2018 Order [Rec. Doc. 8628] and relates to service of process, and addresses a filing backlog in the MDL over the last three months. For these backlogged cases, the March 16, 2018 Order extends the deadline for service of process, allowing the plaintiffs, for that defendant to whom the summons was addressed, sixty (60) days from the date on which the Court issues the summons to serve that defendant. This extension only applies when the plaintiff presents or has presented the properly addressed summons to the clerk for signature and seal at the time of the filing of the complaint.

On May 7, 2019, the Court entered an Order [Rec. Doc. 13472] to address a backlog in the entry of Summons for recently filed cases. Cases that were already docketed in the MDL as of May 7, 2019 will have 75 days from that date to serve the Complaint with a Summons.

7. **PRESERVATION ORDER**

On May 4, 2015, the Court issued Pre-Trial Order No. 15 [Rec. Doc. 897], a Consent Order Regarding the Preservation of Documents and Electronically Stored Information. Pre-Trial Order No. 15 modifies paragraph 13 of Pre-Trial Order No. 1 relating to preservation of evidence. Further, the Court issued Pre-Trial Order No. 15B on October 21, 2015 [Rec. Doc. 1477] regarding the obligation of all parties to preserve voicemail, instant messages sent or received on an instant messaging system, or text messages sent or received on a cellular phone, smartphone, tablet or other mobile device. Pre-Trial Order 15B vacated previously entered Pre-Trial Order 15A. [Rec. Doc. 1301]. On March 25, 2019, the Court issued Case Management Order 11 [Rec. Doc. 12902]

which in Section II addresses the obligation of plaintiffs to preserve records relevant to their claims.

**8.     ORDER GOVERNING THE PARTIES' INTERACTIONS WITH MDL PLAINTIFFS' PRESCRIBING AND TREATING PHYSICIANS**

On April 28, 2016, the Court entered Pre-Trial Order No. 28 [Rec. Doc. 3156] Regarding Contact with Physicians.  On January 10, 2017, the Court entered Pre-Trial Order No. 28A [Rec. Doc. 5018] regarding the parties' interactions with MDL Plaintiff's prescribing and treating physicians for the four bellwether cases through end of trial and regarding the maintaining of a record by Plaintiffs' counsel of their contacts *ex parte* with physicians for each of the other 36 discovery pool cases.

On February 27, 2018, the Court entered CMO No. 6, which modifies Pre-Trial Order No. 28 to require, for those Plaintiffs selected in Wave 1 and Wave 2, joint scheduling of physician depositions, i.e. both parties will contact physician's office together for purpose of scheduling a date for deposition.  Pre-Trial Order No. 28's record-keeping and disclosure provisions are extended to all Wave 1 and Wave 2 selected cases.  On September 13, 2018, the Court entered the Joint Stipulated Order Addressing Order of Examination for Certain Prescribing and Treating Physician Depositions Pursuant to Case Management Orders Nos. 6 and 6A.  [Rec. Doc. 10882].

On October 9, 2018, the Court entered Pretrial Order 28B, addressing the application of Pretrial Orders 28 and 28A regarding ex parte physician communication and retention of experts to the cases selected pursuant to Case Management Order 6.

**9.     BELLWETHER CASES**

The following bellwether trials took place in the MDL:

a. ***Joseph J. Boudreaux, Jr., et al. v. Janssen et al.,*** **Case No. 2:14-cv-02720**, which commenced in the Eastern District of Louisiana on April 24, 2017 and concluded on May 3, 2017, resulted in a verdict for the Defendants.  Plaintiffs' Motion for New Trial

4

was denied on September 20, 2017 (Rec. Doc. 7644).  Plaintiffs' filed a Notice of Appeal on October 18, 2017 (Rec. Doc. 7830).  A Notice of Conditional Cross Appeal was filed by the Defendants on November 1, 2017 (Rec. Doc. 7911).

b. ***Joseph Orr, Jr., et al. v. Janssen et al.,*** **Case No.  2:15-cv-03708**, which commenced in the Eastern District of Louisiana on May 30, 2017 and concluded on June 9, 2017, resulted in a verdict for the Defendants.   Plaintiffs' Motion for New Trial was denied on September 20, 2017 (Rec. Doc. 7644).  Plaintiffs' filed a Notice of Appeal on October 18, 2017 (Rec. Doc. 7829).  A Notice of Conditional Cross Appeal was filed by the Defendants on November 1, 2017 (Rec. Doc. 7912).

c. ***Mingo v. Janssen Research & Development, LLC, et al.*,** **Case No. 2:15-cv-03367**, which commenced in the Southern District of Mississippi on August 7, 2017 and concluded on August 18, 2017, resulted in a verdict for the Defendants.  Plaintiff's Motion for New Trial was denied on December 14, 2017 (Rec. Doc. 8145).  Plaintiff filed a Notice of Appeal on January 12, 2018 (Rec. Doc. 8307).  A Notice of Conditional Cross Appeal was filed by the Defendants on January 26, 2018 (Rec. Doc.8502).

On March 14, 2018, the United States Court of Appeals for the Fifth Circuit issued a Briefing Notice. Appellants Cross-Appellees Joseph J. Boudreaux, Jr., Loretta Boudreaux, Kim Deagano, Joseph Orr, III, Joseph Orr, Jr., Kelli Walker and Dora Mingo filed their brief on April 23, 2018. Appellees Cross-Appellants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, Janssen Research & Development LLC, and Janssen Pharmaceuticals, Inc. filed their brief on June 7, 2018.  Appellants Cross-Appellees Joseph J. Boudreaux, Jr., Loretta Boudreaux, Kim Deagano, Joseph Orr, III, Joseph Orr, Jr., Kelli Walker and Dora Mingo's Reply briefing and Response to the contingent Cross-Appeal was initially due July 9, 2018 but they filed a Motion to Suspend Briefing pending the filing of supplements to the record, which was granted by the United States Fifth Circuit Court of Appeals on July 2, 2018. [Document:  00514537474].  The Fifth Circuit directed the parties to notify the court immediately upon completion of the record.  On September 19, 2018, the United States Fifth Circuit Court of Appeals directed the parties to file a motion to supplement the record on appeal and include all documents purported to be missing from the record.  [Document 00514647196].  The record was supplemented and on January 11, 2019,

the Fifth Circuit Court of Appeals advised that briefing had resumed. Appellants/Cross-Appellees' response and reply briefs were filed on January 25, 2019. [Document: 514810489]. Appellees/Cross-Appellants' reply brief was filed on February 22, 2019. [Document: 514847298]. Briefing is now complete for these appeals. The parties have jointly requested the appeals to be stayed in light of the pending settlement. The stay motion remains pending.

The following bellwether case was voluntarily dismissed with prejudice:

> *Henry v. Janssen Research & Development, LLC et al.*, **Case No. 2:15-cv-00224**, Order signed on November 2, 2017 (Rec. Doc. 7943).

10. **STATE/FEDERAL COORDINATION**

Plaintiffs have appealed the judgments in favor of Defendants in *Hartman v. Janssen Pharmaceuticals, Inc., et al.* (Case No. 160503416); *Russell et al. v. Janssen Pharmaceuticals, Inc., et al*. (Case No. 150500362); and *Cooney et al. v. Janssen Pharmaceuticals, Inc., et al.* (Case No. 160602012). All appeals have been stayed.

In accordance with Pre-Trial Orders No. 7 and 7A, as well as Case Management Order No. 1, PLC and DLC have had, and will continue to have, communications regarding the State Liaison Committee, as well as the status of coordination of MDL and state court actions. The parties will report to the Court on recent developments in state court cases.

11. **NEXT STATUS CONFERENCE**

The next monthly status conference is set for August 1, 2019 at 9:00 a.m. This status conference will be a telephone status conference.

12. **CMO 10 REGISTRATION**

CMO 10 set forth the requirements and deadlines for registration for the settlement

program. The Parties will update the Court on the status of registration and the need for any motion practice to enforce compliance with the Court Orders.