UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Larry V. Meeks, Individually and on Behalf of LINDA S. MEEKS, Deceased v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-07408

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13781, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Kristi Millican and Kelly Williams, Co-Personal Representatives of the Estate of Linda S. Meeks, are substituted for Plaintiff Linda S. Meeks as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE