**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS DOCUMENT ONLY RELATES TO:**

*RONALD MACKEY v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-00139-EEF-MBN*

## EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Pamela Radcliffe as Plaintiff on behalf of her deceased father, Ronald Mackey.

1. Ronald Mackey filed a products liability lawsuit against defendants on December 23, 2015 (Joint Complaint) and January 7, 2016 (Short-Form Complaint).

2. Subsequently, Plaintiff's counsel was notified that Ronald Mackey died on February 24, 2018. A copy of the death certificate is attached.

3. Ronald Mackey's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on June 10, 2019.

5. Pamela Radcliffe, daughter of Ronald Mackey, is a proper party to substitute for plaintiff-decedent Ronald Mackey and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's

successor or representative."

WHEREFORE, Pamela Radcliffe requests this Honorable Court grant her request for substitution as Plaintiff in this action.

Dated: June 25, 2019

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: June 25, 2019

/s/ Lennie F. Bollinger
Lennie F. Bollinger

2

# CERTIFICATE OF DEATH

Primary Reg. Dist. No. 3901
Registrar's No. 3900-2018000097
State File No. 2018027050

Type or print in permanent blue or black ink

**DECEDENT**

1. Decedent's Legal Name: **RONALD LEE MACKEY**
2. Sex: **MALE**
3. Date of Death: **FEBRUARY 24, 2018**
4. Social Security Number: **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**
5a. Age (Years): **84**
6. Date of Birth: **MAY 08, 1933**
7. Birthplace: **MONROE, MICHIGAN**
8a. Residence State: **OHIO**
8b. County: **HURON**
8c. City or Town: **NORWALK**
8d. Street and Number: **78 WOOSTER STREET**
8f. Zipcode: **44857**
8g. Inside City Limits: **YES**
9. Ever in US Armed Forces: **YES**
10. Marital Status at Time of Death: **WIDOWED (AND NOT REMARRIED)**
12. Decedent's Education: **9TH THRU 12TH GRADE; NO DIPLOMA**
13. Decedent of Hispanic Origin: **NO**
14. Decedent's Race: **WHITE**
15. Father's Name: **KENNETH L MACKEY**
16. Mother's Name (prior to first marriage): **MARTHA PRIELIPP**
17a. Informant's Name: **PAMELA RADCLIFFE**
17b. Relationship to Decedent: **DAUGHTER**
17c. Mailing Address: **78 WOOSTER STREET NORWALK, OHIO 44857**
18a. Place of Death: **DECEDENT'S HOME**
18b. Facility Name: **78 WOOSTER STREET**
18c. City or Town, State and Zip Code: **NORWALK, OH 44857**
18d. County of Death: **HURON**

**DISPOSITION**

19. Signature of Funeral Service Licensee: **JOHN W. EVANS**
20. License Number: **008137**
21. Name and Complete Address of Funeral Facility: **EVANS FUNERAL HOME**
22a. Method of Disposition: **CREMATION**
22b. Date of Disposition: **FEBRUARY 28, 2018**
22c. Place of Disposition: **EVANS CREMATORY LLC**
22d. Location: **NORWALK, OH**
**314 E MAIN ST NORWALK, OH 44857**

**REGISTRAR**

23. Registrar's Signature: *Margaret Clements*
24. Date Filed: **February 27, 2018**
25a. Name of Person Issuing Disposition Permit: **CLEMENTS, MARGARET**
25b. District No.: **3900**
25c. Date Disposition Permit Issued: **02/27/18**

**CERTIFIER**

26a. Certifier: ☒ Certifying Physician
26b. Time of Death: **1854**
26c. Date Pronounced Dead: **02/24/2018**
26d. Was the Medical Examiner or Coroner Contacted?: **NO**
26e. Signature and Title of Certifier: MD
26f. License Number: **35.065733**
26g. Date Signed: **02/27/2018**

27. Name and Address of Person who Completed Cause of Death: **DR. MARYBETH CRAWFORD, 907 W. STATE STREET SUITE A, FREMONT, OH 43420**

**CAUSE OF DEATH**

28. Part I:
- a. Immediate Cause: **Chronic Obstructive Pulmonary Disease** — Approximate Interval: **>1 year**
- b. Due to: **Neoplasm of the Lung** — **>6 months**
- c. Due to:
- d. Due to:

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:
**Hemiplegia following a CVA**

29a. Was An Autopsy Performed?: ☒ No
29b. Were Autopsy Findings Available Prior To Completion of Cause of Death?: ☐ Not Applicable
30. Did Tobacco Use Contribute to Death?: ☒ Unknown
32. Manner of Death: ☒ Natural

---

Margaret Clements, Registrar

FEB 27 2018

*Margaret Clements*