UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   *   MDL No. 2592
PRODUCTS LIABILITY LITIGATION   *
                                *   SECTION L
                                *   JUDGE ELDON E. FALLON
                                *   MAGISTRATE JUDGE NORTH

************************************
THIS DOCUMENT RELATES TO:

*RONALD MACKEY v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-00139-EEF-MBN*

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff, as well as any response thereto, finds the motion meritorious.

It is therefore ORDERED THAT Plaintiff Pamela Radcliffe, on behalf of Ronald Mackey, is substituted for Plaintiff Ronald Mackey, in the above captioned cause.

New Orleans, Louisiana this _____ day of _____, 2019.

                                                                          _____
                                                                          Honorable Eldon E. Fallon
                                                                          United States District Court Judge