UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592 SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*DONALD JOLLEY CIVIL ACTION. 16-cv-10753*

## NOTICE OF SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Donald Jolley.

Dated: June 24, 2019

                                                                                               Respectfully submitted,

                                                                                               By: /s/ *Jonathan E. Schulman*
                                                                                               **Jonathan E. Schulman, Esq.**
                                                                                               Slater Slater Schulman LLP
                                                                                               445 Broadhollow Road, Ste. 334
                                                                                               Melville, New York 11747
                                                                                               Phone: (631) 420-9300
                                                                                               Fax: (631) 456-7052
                                                                                               Email: jschulman@sssfirm.com
                                                                                               *Counsel for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and in accordance with both the Federal Rules of Civil Procedure and the requirements of MDL 2592. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:	June 24, 2019

/s/ Jonathan E. Schulman
*Counsel for Plaintiff*