UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Elbert Goff v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-04186

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13815, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ganey Goff, surviving son of Elbert Goff, is substituted for Plaintiff Elbert Goff as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE