UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION         :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**MARGARET SEIFERT v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-06577

## ORDER

This matter came before the Court on Plaintiffs Motion for Voluntary Dismissal With Prejudice, R. Doc. 13820.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED**, with each party to bear their own costs.

New Orleans, Louisiana this 24th day of June, 2019.

_____
United States District Judge