**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Virginia Burnham v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-7873*

**MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT**

George Donahue, the decedents son, as the Personal Representative for the Estate of

Virginia Burnham, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

    1.     Plaintiff Virginia Burnham's case was filed on or about April 3, 2019

(Virginia Burnham *v. Janssen Research & Development, LLC, et al*; Case No. *2:19-cv-*
*7873*).

    2.     All active Defendants have been served with process pursuant to Pretrial Order

No. 10 (PTO 10).

        a.   On or about April 3,2019, Defendant Janssen Ortho was served by a process

           server with the Complaint and Summons.

        b.   On or about April 3,2019, Defendants Johnson & Johnson and Janssen

           Research & Development, LLC were served by a process server with the

           Complaint and Summons.

1

    c.   On or about April 3,2019, Defendant Janssen Pharmaceuticals, Inc. was

       served by a process server with the Complaint and Summons

    d.   On or about April 3,2019, Defendant Bayer Pharma AG was served by

       registered mail with the Complaint and Summons pursuant to PTO 10.

3.     Subsequently, Plaintiffs' counsel was informed that Virginia Burnham passed

away on or about April 23, 2019.

4.     Virginia Burnham's action against Defendants survives her death and

is not extinguished.

5.     Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20,

2019 [Doc. 13819].

6.     On or about January 13, 2018, the state of Florida named George

Donahue, Plaintiff's son, as the informant and next of kin of decedent and the Personal

Representative for the Estate of Virginia Burnham.

7.     Plaintiff thus moves to substitute George Donahue, as Personal Representative

for the Estate of Virginia Burnham, Deceased, as Plaintiff in the present action.

8.     Additionally, Counsel seeks to amend the Complaint, as well as the caption of the

Complaint to correct the proper Plaintiffs (specifically George Donahue, as Personal

Representative for the Estate of Virginia Burnham, Deceased) and to update and include

information, allegations and actions within the Complaint to reflect that Plaintiff Virginia

Burnham is now deceased.

9.     Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its

pleading only with the opposing party's written consent or the court's leave. The court should

freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Virginia Burnham, respectfully request the Court grant Plaintiffs' Motion to Substitute George Donahue, as Personal Representative for the Estate of Virginia Burnham, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: June 25, 2019                           Respectfully submitted,

                                               By: */s/ Monte Bond*

                                                    MONTE BOND, Esq.
                                                    Texas Bar No.02585625
                                                    JESSICA GLITZ, Esq.
                                                    Texas Bar No. 24076095
                                                    Tautfest Bond PLLC
                                                    5151 Belt Line Road, Suite 1000
                                                    Dallas, Texas  75254
                                                    214-617-9980 (Phone)
                                                    214-617-9985 (Fax)
                                                    mbond@tautfestbond.com

                                                    **ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.


/s/ Monte Bond

/s/Jessica Glitz