# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018004807     **DATE ISSUED:** January 16, 2018

**DECEDENT INFORMATION**     **STATE FILE DATE:** January 15, 2018

NAME: VIRGINIA ANN BURNHAM

DATE OF DEATH: January 10, 2018     SEX: FEMALE     AGE: 079 YEARS
DATE OF BIRTH: January 23, 1938     SSN:
BIRTHPLACE: HUNTINGTON, WEST VIRGINIA, UNITED STATES
PLACE WHERE DEATH OCCURRED: NURSING HOME
FACILITY NAME OR STREET ADDRESS: BRADENTON HEALTH CARE
LOCATION OF DEATH: BRADENTON, MANATEE COUNTY, 34210

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE
RESIDENCE: BRADENTON, FLORIDA UNITED STATES
COUNTY: MANATEE
OCCUPATION, INDUSTRY: CLERK, AEROSPACE
RACE: _X_ White ___Black or African American ___Asian Indian ___Chinese ___Filipino ___Native Hawaiian
___American Indian or Alaskan Native--Tribe: ___Japanese ___Korean ___Vietnamese
___Guamanian or Chamorro ___Samoan ___Other Pacific Isl:
___Other Asian: ___Other: ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED     EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION

FATHER/PARENT: HERSHELL ELIJAH ESTEP
MOTHER/PARENT: HELEN AMANDA RIGGS
INFORMANT: GEORGE D DONAHUE
RELATIONSHIP TO DECEDENT: SON
INFORMANT'S ADDRESS: ███████████████████████████, FLORIDA 34207, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: THE GOOD EARTH CREMATORY
BRADENTON, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER: WILLIAM R. TOMPKINS, F045074
FUNERAL FACILITY: THE GOOD EARTH CREMATORY F041305
501 17TH AVE W., BRADENTON, FLORIDA 34205

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN     MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 2205     DATE CERTIFIED: January 13, 2018
CERTIFIER'S NAME: RICHARD IRVIN DEIBERT
CERTIFIER'S LICENSE NUMBER: ME109409
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

*Ken Jones*

, State Registrar     REQ: 2018867994

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1946 (03-13)
CERTIFICATION OF VITAL RECORD

Florida HEALTH