ORIGINAL DOCUMENT HAS ARTIFICIAL WATERMARK ON REVERSE. DOCUMENT ALSO HAS A COLORED BACKGROUND ON FACE.

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

Book 102
Page 335

REGISTRATION DISTRICT NO. 086-70   LOCAL NO. 335   COUNTY OF DEATH: Surry   STATE FILE NO. _____

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Carol
- 1b. MIDDLE: Sue
- 1c. LAST: Gilley
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Hawks

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 72
- 4. DATE OF BIRTH: November 19, 1944
- 5. BIRTHPLACE: Henry, VA
- 6. DATE OF DEATH: April 18, 2017

PLACE OF DEATH: Decedent's home
- 7c. FACILITY NAME: 908 Reeves Drive
- 7d. CITY OR TOWN: Mount Airy
- 7e. COUNTY OF DEATH: Surry

- 8. MARITAL STATUS: Widowed
- 9. SURVIVING SPOUSE: _____
- 10a. DECEDENT'S USUAL OCCUPATION: Homemaker
- 10b. KIND OF BUSINESS/INDUSTRY: Own Home

- 11. SOCIAL SECURITY NUMBER: [redacted]
- 12a. RESIDENCE-STATE: North Carolina
- 12b. COUNTY: Surry
- 12c. CITY OR TOWN: Mount Airy
- 12d. STREET AND NUMBER: 908 Reeves Drive
- 12e. INSIDE CITY LIMITS: Yes
- 12f. ZIP CODE: 27030
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES: No

- 15. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: White

- 17. FATHER'S NAME: Carlie Hawks
- 18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Mamie Ann Carpenter

- 19a. INFORMANT'S NAME: Betty Durham
- 19b. RELATIONSHIP TO DECEDENT: Daughter

- 20a. METHOD OF DISPOSITION: Burial
- 20b. PLACE OF DISPOSITION: Peoples Church
- 20c. LOCATION: Mount Airy, North Carolina

- 21b. LICENSE NUMBER: FS 2306
- 21c. NAME OF EMBALMER: Not Embalmed

- 22. NAME AND ADDRESS OF FUNERAL HOME: Moody Funeral Services, Inc., 206 West Pine St., Mount Airy, NC 27030

**23. Part I. Chain of events:**
- a. IMMEDIATE CAUSE: Pancreatic Cancer — Approximate interval: 1 year 8 months

PART II: NA

- 24a. WAS AN AUTOPSY PERFORMED? No
- 25. MANNER OF DEATH: Natural
- 26a. WAS CASE REFERRED TO MEDICAL EXAMINER? No
- 27. TIME OF DEATH: 8:50 PM
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown
- 29. IF FEMALE: Not pregnant within past year

- 32. CERTIFIER: Certifying physician/nurse practitioner/physician assistant
- 33a. SIGNATURE AND TITLE OF CERTIFIER: George Yacoub, MD
- 33b. LICENSE NUMBER: 2009-00672
- 33c. DATE SIGNED: 4/21/2017
- 33d. NAME AND ADDRESS OF CERTIFIER: George Yacoub, MD, 450 Price St., Mount Airy, NC 27030
- 35. DATE FILED: 4-24-2017

668367

SURRY COUNTY, NORTH CAROLINA

I hereby certify that this is a true and accurate copy of a record which appears in the office of the Register of Deeds, Surry County, NC. Witness my hand and official seal, this the 7 day of May 2019.

By: _____
CAROLYN M. COMER, REGISTER OF DEEDS, ASSISTANT DEPUTY