STATE OF SOUTH CAROLINA
CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER :** 139-19-016708

**DECEDENT'S NAME:** *LENORA SPELL KESSLER*
**AKA's:** NA
**ARMED FORCES:** NO
**DATE OF BIRTH:** JULY 10, 1929
**TYPE OF PLACE OF DEATH:** NURSING HOME/LONG TERM CARE FACILITY
**NAME AND ADDRESS OF PLACE OF DEATH:** SANDPIPER REHABILITATION AND NURSING, MOUNT PLEASANT, SC 29464
**PLACE OF DISPOSITION:** ST PHILIP'S CHURCHYARD
**DISPOSITION LOCATION:** CHARLESTON, SOUTH CAROLINA
**METHOD OF DISPOSITION:** BURIAL
**DECEDENT'S RESIDENCE:** CHARLESTON COUNTY, SC, 29401
**PLACE OF BIRTH:** SOUTH CAROLINA

**SEX:** FEMALE
**SOCIAL SECURITY NUMBER:**

**AGE:** 89  YEARS
**COUNTY OF DEATH:** CHARLESTON

**MARITAL STATUS:** WIDOWED (AND NOT REMARRIED)

**SURVIVING SPOUSE'S NAME:** NA
**FATHER'S NAME:** ALEXIOUS OSGOOD SPELL
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** HENRIETTA STEEDLY
**INFORMANT'S NAME:** RAYMOND A KESSLER III
**MAILING ADDRESS:** SC, 29412
**FUNERAL HOME:** J. HENRY STUHR FUNERAL CHAPEL, 232 CALHOUN ST., CHARLESTON, SC, 29401
**FUNERAL DIRECTOR:** JOHN ALBERT STUHR JR
**EMBALMER'S NAME:** DALE SIMENDINGER
**ACTUAL OR PRESUMED DATE OF DEATH :** APRIL 29, 2019
**ACTUAL OR PRESUMED TIME OF DEATH:** 1125
**CAUSE OF DEATH - PART I**
SENILE DEMENTIA
DECUBITI ULCERS

**RELATIONSHIP:** SON

**LICENSE NUMBER:** 1248
**LICENSE NUMBER:** 2580
**MANNER OF DEATH :** NATURAL

**OTHER SIGNIFICANT CONDITIONS - PART II:**
NA

**CORONER CONTACTED?** NO
**DATE OF INJURY:** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?**
NA

**AUTOPSY PERFORMED?** NO
**TIME OF INJURY:** NA

**AUTOPSY AVAILABLE?** NA
**INJURY AT WORK?** NA

**CERTIFIER NAME AND TITLE:** DR. THOMAS A. UPSHAW    **LICENSE NUMBER:** 18101
**CERTIFIER'S ADDRESS:** 1470 BEN SAWYER BLVD 17, MOUNT PLEASANT, SC, 29464
**DATE FILED:** APRIL 30, 2019
**DATE OF ISSUANCE:** MAY 01, 2019
**SPECIAL INSTRUCTIONS :**
NA

SC07662760

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/09/2018



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE