# COUNTY of KERN
## PUBLIC HEALTH SERVICES DEPARTMENT
1800 MT. VERNON AVE., BAKERSFIELD, CALIFORNIA 93306-3302

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052017137562
LOCAL REGISTRATION NUMBER: 3201715002883

1. NAME OF DECEDENT—FIRST (Given): **DIAMANTINA**
2. MIDDLE: -
3. LAST (Family): **SALINAS VILLEGAS**
4. DATE OF BIRTH: 08/07/1950
5. AGE Yrs: 66
6. SEX: F
7. DATE OF DEATH: 07/04/2017
8. HOUR: 2015
9. BIRTH STATE/FOREIGN COUNTRY: MEXICO
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: MARRIED
13. EDUCATION: 08
14/15. WAS DECEDENT HISPANIC: YES — MEXICAN
16. DECEDENT'S RACE: MEXICAN
17. USUAL OCCUPATION: FARM LABORER
18. KIND OF BUSINESS OR INDUSTRY: AGRICULTURE
19. YEARS IN OCCUPATION: 41

20. DECEDENT'S RESIDENCE: [redacted]
21. CITY: WASCO
22. COUNTY/PROVINCE: KERN
23. ZIP CODE: 93280
24. YEARS IN COUNTY: 58
25. STATE/FOREIGN COUNTRY: CA

26. INFORMANT'S NAME, RELATIONSHIP: RAFAEL VILLEGAS JR., SPOUSE

28. NAME OF SURVIVING SPOUSE—FIRST: RAFAEL
30. LAST (BIRTH NAME): VILLEGAS JR.
31. NAME OF FATHER/PARENT—FIRST: ANACLETO
33. LAST: SALINAS
34. BIRTH STATE: MEXICO
35. NAME OF MOTHER/PARENT—FIRST: OLIVIA
37. LAST (BIRTH NAME): TREVINO
38. BIRTH STATE: TX

39. DISPOSITION DATE: 07/10/2017
40. PLACE OF FINAL DISPOSITION: WASCO MEMORIAL PARK, 300 LEONARD AVENUE, WASCO, CA 93280
41. TYPE OF DISPOSITION(S): BU
42. SIGNATURE OF EMBALMER: JAMES KINCHELOE
43. LICENSE NUMBER: EMB8438
44. NAME OF FUNERAL ESTABLISHMENT: PETERS FUNERAL HOME
45. LICENSE NUMBER: FD787
46. SIGNATURE OF LOCAL REGISTRAR: CLAUDIA JONAH, MD
47. DATE: 07/10/2017

101. PLACE OF DEATH: SAN JOAQUIN COMMUNITY HOSPITAL
102. IF HOSPITAL, SPECIFY ONE: IP
104. COUNTY: KERN
105. FACILITY ADDRESS: 2615 CHESTER AVENUE
106. CITY: BAKERSFIELD

107. CAUSE OF DEATH:
- IMMEDIATE CAUSE (A): CARDIOPULMONARY ARREST — MIN
- (B): SEPSIS — DAYS
- (C): PNEUMONIA — DAYS
- (D): METASTATIC NEUROENDOCRINE CARCINOMA OF THE PANCREAS STAGE 4 — MOS

108. DEATH REPORTED TO CORONER?: NO
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO
111. USED IN DETERMINING CAUSE?: NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: DIABETES TYPE 2
113. WAS OPERATION PERFORMED: NO
113A. IF FEMALE, PREGNANT IN LAST YEAR?: NO

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
(A) Decedent Attended Since: 06/30/2017
(B) Decedent Last Seen Alive: 07/04/2017
115. SIGNATURE AND TITLE OF CERTIFIER: GOHAR GEVORGYAN M.D.
116. LICENSE NUMBER: A106174
117. DATE: 07/07/2017
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: GOHAR GEVORGYAN M.D., 2615 CHESTER AVENUE, BAKERSFIELD, CA 93301

119. MANNER OF DEATH: Natural

*010001003605278*

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA
COUNTY OF KERN } ss
DATE ISSUED: JUN 1 2 2017




*000608329*

CLAUDIA JONAH, M.D.
PUBLIC HEALTH OFFICER AND LOCAL REGISTRAR
OF BIRTHS AND DEATHS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION OF THE DEPARTMENT OF PUBLIC HEALTH SERVICES

This copy is not valid unless prepared on engraved border displaying seal and signature of registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE