# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**
*DIAMANTINA SALINAS VILLEGAS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-01351*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Rafael Villegas, Jr. on behalf of the Estate of Diamantina Salinas Villegas, is substituted for Plaintiff Diamantina Salinas Villegas, in the above captioned cause.

Date: _____          _____

                                                                           Hon. Eldon E. Fallon
                                                                           United States District Court Judge