# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:** 6286867
**STATE FILE NUMBER:** 2018-035-00356

**DECEDENT**

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | DEWS SR., JOSEPH EARL |
| DATE OF BIRTH | 02/02/1934 |
| DATE OF DEATH | 10/16/2018 |
| TIME OF DEATH | 10:30 PM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | MT. HOLLY, AR UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | (redacted) |
| AGE | 84 YEARS |
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | (redacted) |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | UNION |

**PERSONAL**

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | STATION MANAGER |
| INDUSTRY OF OCCUPATION | AIRLINE |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | LOE, BETTY |
| FATHER/PARENT NAME | DEWS, JULIUS BEVERYLY |
| FATHER/PARENT PLACE OF BIRTH | MT. HOLLY, AR UNITED STATES |
| MOTHER/PARENT NAME | MILLER, MARY |
| MOTHER/PARENT PLACE OF BIRTH | MT. HOLLY, AR UNITED STATES |
| INFORMANT'S NAME | DEWS, BETTY |
| RELATIONSHIP TO DECEDENT | WIFE |
| INFORMANT'S ADDRESS | (redacted) 71277 UNITED STATES |
| EDUCATION | HIGH SCHOOL GRADUATE, OR GED COMPLETED |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

**DEATH INFO**

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS | 557 HENDERSON HILL RD., SPEARSVILLE, LA 71277 UNITED STATES |
| PARISH/COUNTY | UNION |

**DISPOSITION**

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | MT. HOLLY CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | MOUNT HOLLY, AR UNITED STATES |
| DATE OF DISPOSITION | 10/22/2018 |

**FUNERAL FACILITY**

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | FARRAR FUNERAL HOME, LLC |
| ADDRESS OF FUNERAL FACILITY | 312 SMITH ST., FARMERVILLE, LA 71241 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | KILPATRICK, RICHARD B |
| LICENSE NUMBER | E1843 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | "e-sign" |
| DATE | 10/24/2018 |

**MEDICAL INFO**

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

**CAUSE OF DEATH**

PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. CONGESTIVE HEART FAILURE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a | b. HYPERTENSION | UNK |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. CEREBRAL VASCULAR ACCIDENT | UNK |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

**INJURY INFORMATION**

| Field | Value |
|---|---|
| PLACE OF INJURY | |
| DATE OF INJURY | |
| TIME OF INJURY | |
| INJURY AT WORK | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| LOCATION OF INJURY | |
| PARISH/COUNTY | |
| DESCRIBE HOW INJURY OCCURED | |

**CERTIFIER**

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 10/16/2018 TO 10/16/2018 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | "e-sign" |
| DATE | 10/23/2018 |
| CERTIFIER NAME | MOON, ABBIE E |
| CERTIFIER TITLE | CORONER |
| CERTIFIER ADDRESS | 890 DENTON RD., FARMERVILLE, LA 71241 UNITED STATES |
| BURIAL TRANSIT PERMIT | 286004 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 10/22/2018 |
| DATE FILED WITH REGISTRAR | 10/24/2018 |

**REGISTRAR**

SIGNATURE OF REGISTRAR: DEVIN GEORGE "e-sign"

ISSUED BY: Easterling, Donna Lynn
Issued On: 10/24/2018 2:11:15 PM



006286867

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT.



**DEVIN GEORGE**
**STATE REGISTRAR**

