UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Norman Eugene Ingram and spouse Shirley Ingram v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-16096*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Shirley Ingram, the decedent's spouse, as the Personal Representative for the Estate of Norman Eugene Ingram, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Norman Eugene Ingram's case was filed on or about November 4, 2016 (NORMAN EUGENE INGRAM *v. Janssen Research & Development, LLC, et al*; Case No. *2:16-cv-16096*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about November 4, 2016, Defendant Janssen Ortho was served by a process server with the Complaint and Summons.

    b. On or about November 4, 2016, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

1

   c. On or about November 4, 2016, Defendant Janssen Pharmaceuticals, Inc. was served by a process server with the Complaint and Summons

   d. On or about November 4, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

 3. Subsequently, Plaintiffs' counsel was informed that Norman Eugene Ingram passed away on or about May 14, 2019.

 4. Norman Eugene Ingram's action against Defendants survives his death and is not extinguished.

 5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13825].

 6. On or about November 22, 2017, the state of Alabama named Shirley Ingram, Plaintiff's spouse, as the informant and next of kin of decedent and the Personal Representative for the Estate of Norman Eugene Ingram.

 7. Plaintiff thus moves to substitute Shirley Ingram, as Personal Representative for the Estate of Norman Eugene Ingram, Deceased, as Plaintiff in the present action.

 8. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically *Shirley Ingram, Individually and as the personal representative of the estate of Norman Eugene Ingram*) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Norman Eugene Ingram is now deceased.

 9. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

 WHEREFORE, Counsel for Plaintiffs, Norman Eugene Ingram, respectfully request the Court grant Plaintiffs' Motion to Substitute Shirley Ingram, Individually and as the Personal

3

Representative for the Estate of Norman Eugene Ingram, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: June 25, 2019                                     Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 25076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*

*/s/Jessica Glitz*
