# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: **101  2017-42232**

| # | Field | Value |
|---|---|---|
| 1 | DECEASED LEGAL NAME | Norman Eugene Ingram |
| 2 | DATE AND TIME OF DEATH | Nov 1, 2017  1033 |
| 3 | ALIAS NAME (IF ANY) | None Given |
| 4 | DATE AND TIME PRONOUNCED DEAD | |
| 5 | COUNTY OF DEATH | Madison |
| 6 | CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Huntsville, 35801 |
| 7 | PLACE OF DEATH | Huntsville Hospital |
| 8 | SEX | Male |
| 9 | LAST NAME PRIOR TO FIRST MARRIAGE | |
| 10 | SERVED IN ARMED FORCES | No |
| 11 | AGE | 64 |
| 12 | DATE OF BIRTH | Dec 14, 1952 |
| 13 | BIRTHPLACE | Alabama |
| 14 | SOCIAL SECURITY NUMBER | |
| 15 | MARITAL STATUS | Widowed |
| 16 | SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | |
| 17 | RESIDENCE STATE | Alabama |
| 18 | RESIDENCE COUNTY | Jackson |
| 19 | CITY, TOWN OR LOCATION AND ZIP CODE | Scottsboro, 35768 |
| 20 | STREET ADDRESS | 23328 AL Hwy 79 |
| 21 | INFORMANT NAME, RELATIONSHIP AND ADDRESS | Gene Ingram, Son, pp |
| 22 | FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Perry Ingram |
| 23 | MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Mildred Jordan |
| 24 | DISPOSITION OF BODY | Burial |
| 25 | CEMETERY OR CREMATORY | Skyline Cemetery |
| 26 | LOCATION | Skyline, Alabama |
| 27 | DATE OF DISPOSITION | Nov 4, 2017 |
| 28 | FUNERAL DIRECTOR | David Grider |
| 29 | LICENSE NUMBER | |
| 30 | DATE SIGNED | Nov 8, 2017 |
| 31 | FUNERAL HOME NAME AND ADDRESS | Valley Funeral Home Scottsboro, 674 Snodgrass Rd, Scottsboro, AL 35768 |
| 32 | LICENSE NUMBER | |
| 33 | MEDICAL CERTIFICATION | X CERTIFYING PHYSICIAN |
| 34 | NAME | Ujwala Gunnal MD |
| 35 | LICENSE NUMBER | 34587 |
| 36 | DATE SIGNED | Nov 8, 2017 |
| 37 | ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 201 Sivley Rd Ste 500, Huntsville, Alabama 35801 |
| 38 | REGISTRAR | Catherine Molchan Donald |
| 39 | DATE FILED | Nov 8, 2017 |

## CAUSE OF DEATH

**40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH**

| | Cause | Interval |
|---|---|---|
| IMMEDIATE CAUSE | A. Glioblastoma Multiforme | Unknown |
| UNDERLYING CAUSE | B. Acute encephalopathy | Unknown |
| | C. Coronary Artery Heart Disease | Unknown |
| | D. | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH**

| # | Field | Value |
|---|---|---|
| 42 | MANNER OF DEATH | Natural Causes |
| 43 | PREGNANT (IF FEMALE) | |
| 44 | AUTOPSY | No |
| 45 | FINDINGS CONSIDERED | |
| 46 | TOXICOLOGY | Unk |
| 47 | FINDINGS CONSIDERED | Unk |
| 48 | TOBACCO USE CONTRIBUTED TO DEATH | Unknown |
| 49 | HOW INJURY OCCURRED | |
| 50 | DATE AND TIME OF INJURY | |
| 51 | INJURY AT WORK | |
| 52 | IF TRANSPORTATION INJURY, SPECIFY | |
| 53 | PLACE OF INJURY | |
| 54 | LOCATION OF INJURY | |

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2017-471-021-5

November 22, 2017

*Catherine M. Donald*
Catherine Molchan Donald
State Registrar of Vital Statistics