# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2016-018678

*2016040018678*

1. **DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix):** NOLAN RAYMOND BETTERTON, JR
1a. **LAST NAME PRIOR TO FIRST MARRIAGE:**
2. **SEX:** MALE
3. **SOCIAL SECURITY NUMBER:**
4. **EVER IN US ARMED FORCES?:** NO
5a. **AGE - Last birthday (years):** 72
5b. **UNDER 1 YEAR** - Months / Days
5c. **UNDER 1 DAY** - Hours / Minutes
6. **DATE OF BIRTH (Mo/Day/Yr):** AUGUST 19, 1943
7. **BIRTHPLACE:** JOPLIN, MISSOURI
8a. **RESIDENCE-State:** OKLAHOMA
8b. **RESIDENCE-County:** OSAGE
8c. **RESIDENCE-City or Town:** TULSA
8d. **RESIDENCE-Zip Code:** 74127
8e. **RESIDENCE-Inside City Limits?:** NO
8f. **RESIDENCE-Street and Number:**
8g. **RESIDENCE-Apt. Number:**
9. **MARITAL STATUS AT TIME OF DEATH:** ☒ Divorced
10. **SURVIVING SPOUSE'S NAME:**
11. **FATHER'S NAME:** NOLAN RAYMOND BETTERTON, SR
12. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** BEULAH MARIE DAVIS
13. **DECEDENT OF HISPANIC ORIGIN?:** NO, NOT SPANISH/HISPANIC/LATINO
14. **DECEDENT'S RACE:** WHITE
15. **DECEDENT'S EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED
16. **DECEDENT'S USUAL OCCUPATION:** CARPENTER
17. **KIND OF BUSINESS / INDUSTRY:** CARPENTRY
18a. **INFORMANT'S NAME:** BEULAH COLEMAN
18b. **RELATIONSHIP TO DECEDENT:** MOTHER
18c. **MAILING ADDRESS:** [redacted] W. FAIRVIEW ST., TULSA, O[K]
19. **METHOD OF DISPOSITION:** ☒ Cremation
20. **PLACE OF DISPOSITION:** FUNERAL DIRECTORS CREMATION SERVICE, INC.
21. **LOCATION:** TULSA, OKLAHOMA
22. **NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** DILLON MARLER DIGHTON FUNERAL SERVICE - SAND SPRINGS, 1200 NORTH CLEVELAND, SAND SPRINGS, OKLAHOMA 74063
23. **FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH:** DUSTIN ALLEN NUGENT
24. **FH ESTABLISHMENT LICENSE #:** 1649ES
25. **PLACE OF DEATH:** ☒ Decedent's home
26. **FACILITY NAME (If not institution, give street & number):** [redacted] W. FAIRVIEW ST.
27. **CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH:** TULSA, OKLAHOMA, 74127
28. **COUNTY OF DEATH:** OSAGE
29. **DATE OF DEATH:** JULY 4, 2016
30. **TIME OF DEATH:** 17:27 FOUND
31. **WAS MEDICAL EXAMINER CONTACTED?:** YES
32. **WAS AN AUTOPSY PERFORMED?:** NO
33. **WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?:**

34. **CAUSE OF DEATH - PART I:**
- a. (IMMEDIATE CAUSE) ATHEROSCLEROTIC CARDIOVASCULAR DISEASE — Approximate interval: UNKNOWN
- b.
- c.
- d. 1660300

35. **PART II:**

36. **MANNER OF DEATH:** ☒ Natural
37. **IF FEMALE:**
38. **DID TOBACCO USE CONTRIBUTE TO DEATH?:** ☒ Unknown
39. **DATE OF INJURY:**
40. **TIME OF INJURY:**
41. **PLACE OF INJURY:**
42. **DESCRIBE HOW INJURY OCCURRED:**
43. **INJURY AT WORK?:**
44. **LOCATION OF INJURY:**
45. **IF TRANSPORTATION INJURY, SPECIFY:**
46. **CERTIFIER:** ☒ MEDICAL EXAMINER On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.
47. **NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 34):** JOSHUA LANTER, MD / 1115 WEST 17TH STREET / TULSA, OKLAHOMA 74107
**Certifier:** JOSHUA LANTER, MD
48. **LICENSE NUMBER:** 26295OK
49. **DATE DEATH CERTIFIED:** JULY 8, 2016
50. **REGISTRAR'S SIGNATURE:** Kelly M Baker
52. **DATE RECEIVED BY STATE REGISTRAR:** JULY 11, 2016

REVISION 2013 — VS 154 (08/13)

VOID IF ALTERED OR ERASED

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Friday, July 15, 2016 11:17:58 AM

D02558527

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.

*Kelly M. Baker*
Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health



It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.