# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*Nolan R. Betterton v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-00432*

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Cecil Betterton, on behalf of the Estate of Nolan R. Betterton, is substituted for Plaintiff Nolan R. Betterton, in the above captioned cause.


Date: _____          _____
                                                            Hon. Eldon E. Fallon
                                                            United States District Court Judge