# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

**BIRTH NUMBER:**  
**STATE FILE NUMBER:** 2018-044-00443

**6340439**

### DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DAWSON, BOBBY |
| DATE OF BIRTH | 01/06/1935 |
| DATE OF DEATH | 12/31/2018 |
| TIME OF DEATH | 01:45 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | LANE HART, MS UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | (redacted) |
| AGE | 83 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | |
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | (redacted) BATON ROUGE, LA 70807 UNITED STATES |
| WITHIN CITY LIMITS? | YES |
| PARISH/COUNTY | EAST BATON ROUGE |

### PERSONAL

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | CARPENTER |
| INDUSTRY OF OCCUPATION | CONSTRUCTION |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | RAINEY, ARNETTA |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DAWSON, CHARLIE |
| FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | UNKNOWN, MS UNITED STATES |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | STEWART, IRENE |
| MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | UNKNOWN, MS UNITED STATES |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DAWSON, ARNETTA |
| RELATIONSHIP TO DECEDENT | WIFE |
| INFORMANT'S ADDRESS | (redacted) UNITED STATES |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | BLACK OR AFRICAN AMERICAN |

### DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | (redacted) BATON ROUGE, LA 70807 UNITED STATES |
| PARISH/COUNTY | EAST BATON ROUGE |

### DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | MT. PILGRIM CEMETERY |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | BATON ROUGE, LA UNITED STATES |
| DATE OF DISPOSITION | 01/12/2019 |

### FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | WILSON-WOODDALE FUNERAL HOME, LLC |
| ADDRESS OF FUNERAL FACILITY | 1553 WOODDALE BLVD., BATON ROUGE, LA 70806 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | PATTMAN, CHARLES |
| LICENSE NUMBER | E2693 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | "e-sign" |
| DATE | 1/7/2019 |

### MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

### CAUSE OF DEATH

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. BLADDER CANCER | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

### INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

| Field | Value |
|---|---|
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | |
| PARISH/COUNTY | |
| DESCRIBE HOW INJURY OCCURED | |

### CERTIFIER

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER: | "e-sign" |
| DATE | 1/3/2019 |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | CLARK JR, WILLIAM ROGER |
| CERTIFIER TITLE | CORONER |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 4030 T. B. HERNDON ST., BATON ROUGE, LA 70807 UNITED STATES |
| BURIAL TRANSIT PERMIT | 295566 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 01/03/2019 |
| DATE FILED WITH REGISTRAR | 1/7/2019 |

### REGISTRAR

SIGNATURE OF REGISTRAR: DEVIN GEORGE "e-sign"

ISSUED BY: Grigsby, Alma Y  
Issued On: 3/21/2019 10:53:03 AM




006340439

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.  
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

DEVIN GEORGE  
STATE REGISTRAR



AmeriTech, Incorporated — ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE