# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

**This Document Relates to:**

*Bobby Dawson with spouse Arnetta Dawson v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-11119*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Arnetta Dawson, Individually and on behalf of the Estate of Bobby Dawson, is substituted for Plaintiff Bobby Dawson, in the above captioned cause.

Date: _____   _____

Hon. Eldon E. Fallon
United States District Court Judge