UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lorraine Barget v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-3052

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff and Amend Complaint, R. Doc. 13792, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that the Order Granting 13791 Motion for Leave to File, R. Doc. 13845 be **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff Debra Barget, surviving daughter of Lorraine Barget, is substituted for Plaintiff Lorraine Barget as the proper party plaintiff in the above captioned case.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to file First Amended Complaint and First Amended Short Form Complaint to amend the Complaints to correct the proper Plaintiffs and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Lorraine Barget is now deceased, only, be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Substitute Party Plaintiff and Amend Complaint, R. Doc. 13791, be and hereby is **DENIED AS MOOT**.

New Orleans, Louisiana, this 25th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE