**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS DOCUMENT ONLY RELATES TO:**

*SHIRLEY KNOX v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-03433-EEF-MBN*

## EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Dora Robinson as Plaintiff on behalf of her deceased mother, Shirley Knox.

1. Shirley Knox filed a products liability lawsuit against defendants on April 4, 2016 (Joint Complaint) and April 19, 2016 (Short-Form Complaint).

2. Subsequently, Plaintiff's counsel was notified that Shirley Knox died on December 26, 2016. A copy of the death certificate is attached.

3. Shirley Knox's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on June 10, 2019.

5. Dora Robinson, daughter of Shirley Knox, is a proper party to substitute for plaintiff-decedent Shirley Knox and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or

representative."

WHEREFORE, Dora Robinson requests this Honorable Court grant her request for substitution as Plaintiff in this action.

Dated: June 26, 2019

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: June 26, 2019

/s/ Lennie F. Bollinger
Lennie F. Bollinger

# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION
### PHYSICIAN'S/MEDICAL EXAMINER'S CERTIFICATE OF DEATH

**State File Number:** 021679

ROOM 165, 350 CAPITOL STREET, CHARLESTON, WV 25301

**DECEDENT**
- 1. Decedent's Name: SHIRLEY ANNE KNOX
- 2. Sex: F
- 3. Date of Death: DECEMBER 26, 2016
- 4. Social Security Number: 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
- 5a. Age-Last Birthday: 70
- 6. Date of Birth: 05-15-46
- 7. Birthplace: Canonsburg, PA
- 8. Was Decedent Ever in U.S. Armed Forces?: no
- 9a. Place of Death: Nursing Home / Residence (checked)
- 9b. Facility Name: 525 Cove Road, Apt. 306
- 9c. City: Weirton
- 9d. County of Death: Hancock
- 10. Marital Status: married
- 11. Surviving Spouse: Millard E. Knox
- 12a. Usual Occupation: Caregiver
- 12b. Kind of Business/Industry: Nursing homes
- 13a. Residence State: WV
- 13b. County: Hancock
- 13c. City: Weirton
- 13d. Street and Number: 525 Cove Road, Apt. 306
- 13e. Inside City Limits: yes
- 13f. Zip Code: 26062
- 14. Hispanic Origin: No
- 15. Race: white
- 16. Education: 10th

**PARENTS**
- 17. Father's Name: JOHN ROBERT KRAMER
- 18. Mother's Name: CATHERINE ANN COLEMAN

**INFORMANT**
- 19a. Informant's Name: ROBIN KRAMER-TUCKER (dgtr.)
- 19b. Mailing Address: 1226 Wyoming Avenue, Apt. 2, Exeter, PA 18643

**DISPOSITION**
- 20a. Method of Disposition: Cremation; Removal from State
- 20b. Place of Disposition: Washington Cemetery Crematory
- 20c. Location: Washington, PA
- 22. Name and Address of Facility: CREMATION AND FUNERAL CARE, 3287 Washington Rd., McMurray, PA 15317

**PRONOUNCING PHYSICIAN**
- 24. Time of Death: 06:21 p.m.
- 25. Date Pronounced Dead: 12-26-2016
- 26. Was Case Referred to Medical Examiner/Coroner: no

**CAUSE OF DEATH**
- 27. PART I.
  - a. Immediate Cause: UNKNOWN NATURAL CAUSE
  - b. Due to: CONGESTIVE HEART FAILURE
- PART II. Other significant conditions: TYPE 2 DIABETES MELLITUS
- 28a. Was an Autopsy Performed?: no

**Manner of Death:** Natural

**CERTIFIER**
- 31a. Certifier: Certifying Physician (checked)
- 31b. Signature and Title: Kelli Fournier, MD
- 31c. Date Signed: 12/29/16
- 32. Name and Address: KELLI LYNN FOURNIER, M.D., 3136 West Street, Weirton, WV 26062

**REGISTRAR**
- 33. Registrar's Signature: Ramona Fox
- 34. Date Filed: JAN 12 2017

FORM VS-002 (Rev. 12/2015)

STATE COPY