UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

************************************
THIS DOCUMENT RELATES TO:

*SHIRLEY KNOX v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-03433-EEF-MBN*

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff, as well as any response thereto, finds the motion meritorious.

It is therefore ORDERED THAT Plaintiff Dora Robinson, on behalf of Shirley Knox, is substituted for Plaintiff Shirley Knox, in the above captioned cause.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge