# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Lamar Evans, | ) | CASE NO: 2:16-cv-00653 |
| | ) | |
| Plaintiff | ) | **SUGGESTION OF DEATH** |
| | ) | **ON THE RECORD** |
| v. | ) | |
| | ) | |
| Janssen Research & Development, et al., | ) | |
| Defendant(s) | ) | |

## PLAINTIFF'S SUGGESTION OF DEATH ON THE RECORD

Counsel for Plaintiff in the above-referenced action, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff Lamar Evans, which occurred on or about December 30, 2017.

Dated: June 26, 2019            Respectfully Submitted,

                                s/ *Calle M. Mendenhall*
                                Calle M. Mendenhall
                                Farris, Riley & Pitt, L.L.P.
                                505 20th Street North, Suite 1700
                                Birmingham, AL 35203
                                (205)324-1212
                                Fax: (205)324-1255
                                E-Mail: cmendenhall@frplegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, a copy of the foregoing document was filed electronically using the CM/ECF system which will send notification of each such filing to the parties denoted in the Electronic Mail Notice List.

*/s/ Calle M. Mendenhall*
Calle M. Mendenhall