UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Margaret Doke *v. Janssen Research & Development, LLC et al;***
**Civil Action No. 2:15-cv-3602**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Margaret Doke, which occurred on  12/04/2016.  Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Margaret Doke's estate.

Dated: 06/05/2019                                     Respectfully Submitted,

                                                          /s/ Matthew A. White

                                                          Matthew A. White
                                                          Gray & White
                                                          713 E. Market St. #200
                                                          Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this     5th   day of    June   2019.

                                                          /s/ Matthew A. White
                                                          Gray & White