MINUTE ENTRY
FALLON, J.
JUNE 26, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: VARIOUS CASES | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Sindhu Daniels, Esq. (by phone) on behalf of Plaintiffs
Chanda Miller, Esq. (by phone) on behalf of Defendants
Gerald Meunier, Esq. on behalf of Plaintiffs' Steering Committee
Patrick Follette, Esq. for Plaintiffs Jackie Clements, et al

**Show Cause Hearing:**

A Show Cause hearing was held this date and Ms. Miller appeared on behalf of Defendants and Ms. Daniels, appeared on behalf of Plaintiffs' Liaison Counsel, both via telephone. Mr. Meunier and Mr. Follette appeared in person.   (Rec. Doc. No. 13795)

The Court issued its rulings as stated on the record.  Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:     :05