UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leonard McLean, Individually and as Personal Representative of Ruth V. McLean v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01678

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13834, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mary McLean, next of kin to Ruth McLean and Leonard McLean, is substituted for Plaintiff Leonard McLean as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 26th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE