UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   }   MDL No. 2592
                               }
PRODUCTS LIABILITY LITIGATION  }   SECTION L
                               }   JUDGE FALLON
                               }   MAG. JUDGE NORTH
                               }

This Document relates to:

**Aarah Harlan** *v. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:16-cv-15887**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Aarah Harlan, which occurred on  2/19/2017.  Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Aarah Harlan's estate.

Dated:  6/26/2019

Respectfully Submitted,

/s/ Matthew A. White

Matthew A. White
Gray & White
713 E. Market St. #200
Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this  26th  day of  June  2019.

/s/ Matthew A. White
Gray & White