UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Paul W. Davis, Sr. vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05633-EEF-MBN

## MOTION TO SUBSTITUTE PROPER PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1) undersigned counsel moves this Court for an order substituting Deborah Pettit, surviving daughter, on behalf of the Estate of Paul W. Davis, Sr., as Plaintiff in the above-captioned matter.

1. Paul W. Davis, Sr. filed a product liability action against defendants on October 6, 2015.

2. Plaintiff Paul W. Davis, Sr. died May 22, 2019.

3. Plaintiff filed a Notice / Suggestion of Death on June 25, 2019 [Doc 13884].

4. Deborah Pettit, surviving daughter of Paul W. Davis, Sr., is a proper party to substitute for plaintiff-decedent Paul W. Davis, Sr. and has proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

1

Wherefore, counsel for Plaintiff requests that the Court grant this request for substitution of Deborah Pettit as plaintiff in place of decedent Paul W. Davis, Sr.

Dated: June 26, 2019     Respectfully submitted,

/s/ Margret Lecocke
Margret Lecocke
mlecocke@whlaw.com
John T. Boundas
jboundas@whlaw.com
Williams Hart Boundas Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas  77017-5051
Telephone: (713) 230-2200
Facsimile:  (713) 643-6226

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Margret Lecocke
Margret Lecocke