UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
                               :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Paul W. Davis, Sr. vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05633-EEF-MBN

## ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS ORDERED that Plaintiff Deborah Pettit, surviving daughter of decedent, Paul W. Davis, Sr., substitution as Plaintiff in this action is GRANTED.

Signed this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE