UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**THIS DOCUMENT RELATES TO:**

*Virginia Burnham v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-7873*

## MOTION TO SUBSTITUTE PARTY

George Donahue, the decedents son, as the Personal Representative for the Estate of Virginia Burnham, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Virginia Burnham's case was filed on or about April 3, 2019 (Virginia Burnham *v. Janssen Research & Development, LLC, et al*; Case No. *2:19-cv-7873*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

3. Subsequently, Plaintiffs' counsel was informed that Virginia Burnham passed away on or about April 23, 2019.

4. Virginia Burnham's action against Defendants survives her death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13819].

6. On or about January 13, 2018, the state of Florida named George

3

Donahue, Plaintiff's son, as the informant and next of kin of decedent and the Personal Representative for the Estate of Virginia Burnham.

7.  Plaintiff thus moves to substitute George Donahue, as Personal Representative for the Estate of Virginia Burnham, Deceased, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiffs, Virginia Burnham, respectfully request the Court grant Plaintiffs' Motion to Substitute George Donahue, as Personal Representative for the Estate of Virginia Burnham, Deceased.

Dated: June 27, 2019

Respectfully submitted,

By: /s/ Monte Bond

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 24076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*

*/s/Jessica Glitz*