# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carol Gilley v. Janssen Research & Development, LLC, et al; Case No. 2:19-cv-08372*

## MOTION TO SUBSTITUTE PARTY

Betty Durham, the decedents daughter, as the Personal Representative for the Estate of Carol Gilley, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1.      Plaintiff Carol Gilley's case was filed on or about April 4, 2019 (Carol Gilley *v. Janssen Research & Development, LLC, et al*; Case No. *2:19-cv-08372*).

2.      Subsequently, Plaintiffs' counsel was informed that Carol Gilley passed away on or about May 15, 2019.

3.      Carol Gilley's action against Defendants survives her death and is not extinguished.

4.      Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13821].

5.      On or about April 21, 2017, the state of North Carolina named Betty Durham, Plaintiff's daughter, as the informant and next of kin of decedent and the Personal Representative for the Estate of Carol Gilley.

6.      Plaintiff thus moves to substitute Betty Durham, as Personal Representative for the Estate of Carol Gilley, Deceased, as Plaintiff in the present action.

3

WHEREFORE, Counsel for Plaintiffs, Carol Gilley, respectfully request the Court grant

Plaintiffs' Motion to Substitute Betty Durham, as Personal Representative for the Estate of Carol

Gilley, Deceased.

Dated: June 27, 2019                                Respectfully submitted,

                                                    By: */s/ Monte Bond*_____

                                                        MONTE BOND, Esq.
                                                        Texas Bar No.02585625
                                                        JESSICA GLITZ, Esq.
                                                        Texas Bar No. 24076095
                                                        Tautfest Bond PLLC
                                                        5151 Belt Line Road, Suite 1000
                                                        Dallas, Texas  75254
                                                        214-617-9980 (Phone)
                                                        214-617-9985 (Fax)
                                                        mbond@tautfestbond.com

                                                        **ATTORNEY FOR PLAINTIFF(S)**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*

*/s/Jessica Glitz*