UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**THIS DOCUMENT RELATES TO:**

*LENORA KESSLER, Individually and on behalf of Decedent RAYMOND KESSLER v. Janssen Research & Development, LLC, et al; Case No. 2:17-cv-9072*

## MOTION TO SUBSTITUTE PARTY

Raymond Kessler III, the decedent's son, as the Personal Representative for the Estate of Lenora Kessler, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1.  Plaintiff Lenora Kessler's case was filed on or about September 14, 2017 (LENORA KESSLER, Individually and on behalf of Decedent RAYMOND KESSLER *v. Janssen Research & Development, LLC, et al*; Case No. *2:17-cv-9072*).

2.  Subsequently, Plaintiffs' counsel was informed that Lenora Kessler passed away on or about April 2, 2019.

3.  Lenora and Raymond Kessler's actions against Defendants survives both death and are not extinguished.

4.  Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13822].

5.  On or about March 21, 2019, the state of Louisiana named Raymond Kessler III, Plaintiff's son, as the informant and next of kin of decedent and the Personal

3

Representative for the Estate of Lenora Kessler.

6. Plaintiff thus moves to substitute Raymond Kessler III, as Personal Representative for the Estate of Lenora Kessler and Raymond Kessler, Deceased, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiffs, Lenora Kessler and Raymond Kessler, respectfully request the Court grant Plaintiffs' Motion to Substitute Raymond Kessler III, as Personal Representative for the Estate of Lenora Kessler and Raymond Kessler, Deceased.

Dated: June 27, 2019                              Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 25076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*

*/s/Jessica Glitz*