UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**
*LENORA KESSLER , Individually and on behalf of Decedent RAYMOND KESSLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-9072*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Raymond Kessler III, on behalf of the estates of Kessler et al., is substituted for Plaintiff Lenora Kessler, in the above captioned cause.

Date: _____    _____

Hon. Eldon E. Fallon
United States District Court Judge