UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Diamantina Salinas Villegas v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-01351*

## MOTION TO SUBSTITUTE PARTY

Rafael Villegas, Jr., the decedent's spouse, as the Personal Representative for the Estate of Diamantina Salinas Villegas, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Diamantina Salinas Villegas' case was filed on or about February 18, 2016 (DIAMANTINA SALINAS VILLEGAS *v. Janssen Research & Development, LLC, et al*; Case No. *2:16-cv-01351*).

2. Subsequently, Plaintiffs' counsel was informed that Diamantina Salinas Villegas passed away on or about April 8, 2019.

3. Diamantina Salinas Villegas' action against Defendants survives her death and is not extinguished.

4. Plaintiff's counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13823].

5. On or about July 12, 2017, the state of California named Rafael Villegas, Jr., Plaintiff's spouse, as the informant and next of kin of decedent and the Personal

3

Representative for the Estate of Diamantina Salinas Villegas.

6. Plaintiff thus moves to substitute Rafael Villegas, Jr., as Personal Representative for the Estate of Diamantina Salinas Villegas, Deceased, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiffs, Diamantina Salinas Villegas, respectfully request the Court grant Plaintiffs' Motion to Substitute Rafael Villegas, Jr., Personal Representative for the Estate of Diamantina Salinas Villegas, Deceased.

Dated: June 27, 2019                                                  Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 25076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

> */s/ Monte Bond*
>
> */s/Jessica Glitz*

4