# COUNTY of KERN
## PUBLIC HEALTH SERVICES DEPARTMENT
1800 MT. VERNON AVE., BAKERSFIELD, CALIFORNIA 93306-3302

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052017137562
LOCAL REGISTRATION NUMBER: 3201715002883

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT – FIRST: DIAMANTINA
- 2. MIDDLE: –
- 3. LAST (Family): SALINAS VILLEGAS
- 4. DATE OF BIRTH: 08/07/1950
- 5. AGE: 66
- 6. SEX: F
- 9. BIRTH STATE/FOREIGN COUNTRY: MEXICO
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: MARRIED
- 7. DATE OF DEATH: 07/04/2017
- 8. HOUR: 2015
- 13. EDUCATION: 08
- 14/15. WAS DECEDENT HISPANIC: YES – MEXICAN
- 16. DECEDENT'S RACE: MEXICAN
- 17. USUAL OCCUPATION: FARM LABORER
- 18. KIND OF BUSINESS OR INDUSTRY: AGRICULTURE
- 19. YEARS IN OCCUPATION: 41

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE: [redacted] ROSE AVE
- 21. CITY: WASCO
- 22. COUNTY/PROVINCE: KERN
- 23. ZIP CODE: 93280
- 24. YEARS IN COUNTY: 58
- 25. STATE/FOREIGN COUNTRY: CA

### INFORMANT
- 26. INFORMANT'S NAME, RELATIONSHIP: RAFAEL VILLEGAS JR., SPOUSE
- 27. INFORMANT'S MAILING ADDRESS: [redacted]

### SPOUSE/SRDP AND PARENT INFORMATION
- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: RAFAEL
- 29. MIDDLE: –
- 30. LAST (BIRTH NAME): VILLEGAS JR.
- 31. NAME OF FATHER/PARENT – FIRST: ANACLETO
- 32. MIDDLE: –
- 33. LAST: SALINAS
- 34. BIRTH STATE: MEXICO
- 35. NAME OF MOTHER/PARENT – FIRST: OLIVIA
- 36. MIDDLE: –
- 37. LAST (BIRTH NAME): TREVINO
- 38. BIRTH STATE: TX

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- 39. DISPOSITION DATE: 07/10/2017
- 40. PLACE OF FINAL DISPOSITION: WASCO MEMORIAL PARK, 300 LEONARD AVENUE, WASCO, CA 93280
- 41. TYPE OF DISPOSITION(S): BU
- 42. SIGNATURE OF EMBALMER: JAMES KINCHELOE
- 43. LICENSE NUMBER: EMB8438
- 44. NAME OF FUNERAL ESTABLISHMENT: PETERS FUNERAL HOME
- 45. LICENSE NUMBER: FD787
- 46. SIGNATURE OF LOCAL REGISTRAR: CLAUDIA JONAH, MD
- 47. DATE: 07/10/2017

### PLACE OF DEATH
- 101. PLACE OF DEATH: SAN JOAQUIN COMMUNITY HOSPITAL
- 102. IF HOSPITAL, SPECIFY ONE: IP
- 104. COUNTY: KERN
- 105. FACILITY ADDRESS: 2615 CHESTER AVENUE
- 106. CITY: BAKERSFIELD

### CAUSE OF DEATH
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: CARDIOPULMONARY ARREST — Interval: MIN
  - (B) SEPSIS — Interval: DAYS
  - (C) PNEUMONIA — Interval: DAYS
  - (D) METASTATIC NEUROENDOCRINE CARCINOMA OF THE PANCREAS STAGE 4 — Interval: MOS
- 108. DEATH REPORTED TO CORONER?: NO
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: NO
- 111. USED IN DETERMINING CAUSE?: NO
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: DIABETES TYPE 2
- 113. WAS OPERATION PERFORMED: NO
- 113A. IF FEMALE, PREGNANT IN LAST YEAR?: NO

### PHYSICIAN'S CERTIFICATION
- 114. Decedent Attended Since: 06/30/2017; Last Seen Alive: 07/04/2017
- 115. SIGNATURE AND TITLE OF CERTIFIER: GOHAR GEVORGYAN M.D.
- 116. LICENSE NUMBER: A106174
- 117. DATE: 07/07/2017
- 118. ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: GOHAR GEVORGYAN M.D., 2615 CHESTER AVENUE, BAKERSFIELD, CA 93301

### CORONER'S USE ONLY
- 119. MANNER OF DEATH: (blank)
- 120. INJURED AT WORK?: (blank)
- 121. INJURY DATE: (blank)
- 122. HOUR: (blank)
- 123–128: (blank)

STATE REGISTRAR: *010001003605278*

---

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF KERN

DATE ISSUED: JUN 12 2017

*000608329*



C. Jonah M.D.
CLAUDIA JONAH, M.D.
PUBLIC HEALTH OFFICER AND LOCAL REGISTRAR OF BIRTHS AND DEATHS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION OF THE DEPARTMENT OF PUBLIC HEALTH SERVICES

This copy is not valid unless prepared on engraved border displaying seal and signature of registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

