UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joseph E. Dews and spouse Bettie A. Dews v. Janssen Research & Development, LLC, et al;
Case No. 2:15-cv-05149*

## MOTION TO SUBSTITUTE PARTY

Bettie A. Dews, the decedent's spouse, as the Personal Representative for the Estate of Joseph E. Dews, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Joseph E. Dews' case was filed on or about October 13, 2015 (JOSEPH E. DEWS *v. Janssen Research & Development, LLC, et al*; Case No. *2:15-cv-05149*).

2. Subsequently, Plaintiffs' counsel was informed that Joseph E. Dews passed away on or about May 22, 2019.

3. Joseph E. Dews' action against Defendants survives his death and is not extinguished.

4. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13824].

5. On or about November 24, 2018, the state of Louisiana named Bettie A. Dews, Plaintiff's spouse, as the informant and next of kin of decedent and the Personal Representative for the Estate of Joseph E. Dews.

3

6. Plaintiff thus moves to substitute Bettie A. Dews, as Personal Representative for the Estate of Joseph E. Dews, Deceased, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiffs, Joseph E. Dews, respectfully request the Court grant Plaintiffs' Motion to Substitute Bettie A. Dews, Individually and as the Personal Representative for the Estate of Joseph E. Dews, Deceased.

Dated: June 27, 2019

Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 25076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*

*/s/Jessica Glitz*

4