UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**
*JOSEPH D. DEWS and spouse BETTIE A. DEWS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:15-cv-05149*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Betty Dews, Individually and on behalf of the Estate of Joseph D. Dews, is substituted for Plaintiff Joseph D. Dews, in the above captioned cause.

Date: _____     _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge