UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

_____

**THIS DOCUMENT RELATES TO:**

*Norman Eugene Ingram and spouse Shirley Ingram v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-16096*

## MOTION TO SUBSTITUTE PARTY

Shirley Ingram, the decedent's spouse, as the Personal Representative for the Estate of Norman Eugene Ingram, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Norman Eugene Ingram's case was filed on or about November 4, 2016 (NORMAN EUGENE INGRAM *v. Janssen Research & Development, LLC, et al*; Case No. *2:16-cv-16096*).

2. Subsequently, Plaintiffs' counsel was informed that Norman Eugene Ingram passed away on or about May 14, 2019.

3. Norman Eugene Ingram's action against Defendants survives his death and is not extinguished.

4. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13825].

5. On or about November 22, 2017, the state of Alabama named Shirley Ingram, Plaintiff's spouse, as the informant and next of kin of decedent and the Personal

3

Representative for the Estate of Norman Eugene Ingram.

6. Plaintiff thus moves to substitute Shirley Ingram, as Personal Representative for the Estate of Norman Eugene Ingram, Deceased, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiffs, Norman Eugene Ingram, respectfully request the Court grant Plaintiffs' Motion to Substitute Shirley Ingram, Individually and as the Personal Representative for the Estate of Norman Eugene Ingram, Deceased.

Dated: June 27, 2019                                Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 25076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/ Monte Bond

/s/Jessica Glitz