# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101 2017-42232

| | |
|---|---|
| **1. DECEASED LEGAL NAME:** Norman Eugene Ingram | **2. DATE AND TIME OF DEATH:** Nov 1, 2017  1033 |
| **3. ALIAS NAME (IF ANY):** None Given | **4. DATE AND TIME PRONOUNCED DEAD:** |
| **5. COUNTY OF DEATH:** Madison | **6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE:** Huntsville, 35801 |
| **7. PLACE OF DEATH:** Huntsville Hospital | |
| **8. SEX:** Male | **9. LAST NAME PRIOR TO FIRST MARRIAGE:** |
| **10. SERVED IN ARMED FORCES:** No | |
| **11. AGE:** 64 | **12. DATE OF BIRTH:** Dec 14, 1952 |
| **13. BIRTHPLACE:** Alabama | **14. SOCIAL SECURITY NUMBER:** |
| **15. MARITAL STATUS:** Widowed | **16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE:** |
| **17. RESIDENCE STATE:** Alabama | |
| **18. RESIDENCE COUNTY:** Jackson | **19. CITY, TOWN OR LOCATION AND ZIP CODE:** Scottsboro, 35768 |
| **20. STREET ADDRESS:** 23328 AL Hwy 79 | |
| **21. INFORMANT NAME, RELATIONSHIP AND ADDRESS:** Gene Ingram, Son, pp | |
| **22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Perry Ingram | **23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Mildred Jordan |
| **24. DISPOSITION OF BODY:** Burial | **25. CEMETERY OR CREMATORY:** Skyline Cemetery |
| **26. LOCATION:** Skyline, Alabama | |
| **27. DATE OF DISPOSITION:** Nov 4, 2017 | **28. FUNERAL DIRECTOR:** David Grider |
| **29. LICENSE NUMBER:** | **30. DATE SIGNED:** Nov 8, 2017 |
| **31. FUNERAL HOME NAME AND ADDRESS:** Valley Funeral Home Scottsboro, 674 Snodgrass Rd, Scottsboro, AL 35768 | **32. LICENSE NUMBER:** |

**33. MEDICAL CERTIFICATION:** X CERTIFYING PHYSICIAN  ___ MEDICAL EXAMINER  ___ CORONER

| | |
|---|---|
| **34. NAME:** Ujwala Gunnal MD | **35. LICENSE NUMBER:** 34587 |
| **36. DATE SIGNED:** Nov 8, 2017 | |
| **37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** 201 Sivley Rd Ste 500, Huntsville, Alabama 35801 | |
| **38. REGISTRAR:** Catherine Molchan Donald | **39. DATE FILED:** Nov 8, 2017 |

## CAUSE OF DEATH

**40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH**

| | | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE | A. Glioblastoma Multiforme | Unknown |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| UNDERLYING CAUSE | B. Acute encephalopathy | Unknown |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | C. Coronary Artery Heart Disease | Unknown |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | D. | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH**

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | Unk | Unk | Unknown |

**49. HOW INJURY OCCURRED:**

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|
| | |

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2017-471-021-5

*Catherine M. Donald*
Catherine Molchan Donald
State Registrar of Vital Statistics

November 22, 2017