UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**
*NORMAN EUGENE INGRAM and spouse SHIRLEY INGRAM v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-16096*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Shirley Ingram, Individually and on behalf of the Estate of Norman Eugene Ingram, is substituted for Plaintiff Norman Eugene Ingram, in the above captioned cause.

Date: _____     _____

Hon. Eldon E. Fallon
United States District Court Judge