UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: L |
| ) | | JUDGE ELDON E. FALLON |
| ) | | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nolan R. Betterton v. Janssen Research & Development, LLC, et al; Case No. 2:17-cv-00432*

## MOTION TO SUBSTITUTE PARTY

Cecil Betterton, the decedent's brother, as the Personal Representative for the Estate of Nolan R. Betterton, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Nolan R. Betterton's case was filed on or about January 18, 2017 (NOLAN R. BETTERTON *v. Janssen Research & Development, LLC, et al*; Case No. *2:17-cv-00432*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

3. Subsequently, Plaintiffs' counsel was informed that Nolan R. Betterton passed away on or about March 19, 2019.

4. Nolan R. Betterton's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13826].

6. Cecil Betterton, Plaintiff's brother, is the next of kin of decedent and the

3

Personal Representative for the Estate of Nolan Betterton.

7. Plaintiff thus moves to substitute Cecil Betterton, as Personal Representative for the Estate of Nolan R. Betterton, Deceased, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiffs, Nolan R. Betterton, respectfully request the Court grant Plaintiffs' Motion to Substitute Cecil Betterton, as Personal Representative for the Estate of Nolan R. Betterton, Deceased.

Dated: June 27, 2019                                Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 25076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*

*/s/Jessica Glitz*