# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2016-018678

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | NOLAN RAYMOND BETTERTON, JR |
| 1a. Last Name Prior to First Marriage | |
| 2. Sex | MALE |
| 3. Social Security Number | |
| 4. Ever in US Armed Forces? | NO |
| 5a. Age – Last birthday (years) | 72 |
| 6. Date of Birth | AUGUST 19, 1943 |
| 7. Birthplace | JOPLIN, MISSOURI |
| 8a. Residence – State | OKLAHOMA |
| 8b. Residence – County | OSAGE |
| 8c. Residence – City or Town | TULSA |
| 8d. Residence – Zip Code | 74127 |
| 8e. Residence – Inside City Limits? | NO |
| 9. Marital Status at Time of Death | Divorced |
| 11. Father's Name | NOLAN RAYMOND BETTERTON, SR |
| 12. Mother's Name Prior to First Marriage | BEULAH MARIE DAVIS |
| 13. Decedent of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. Decedent's Race | WHITE |
| 15. Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16. Decedent's Usual Occupation | CARPENTER |
| 17. Kind of Business / Industry | CARPENTRY |
| 18a. Informant's Name | BEULAH COLEMAN |
| 18b. Relationship to Decedent | MOTHER |
| 18c. Mailing Address | 1730 W. FAIRVIEW ST., TULSA, O |
| 19. Method of Disposition | Cremation |
| 20. Place of Disposition | FUNERAL DIRECTORS CREMATION SERVICE, INC. |
| 21. Location – City, Town and State | TULSA, OKLAHOMA |
| 22. Name and Complete Address of Funeral Facility | DILLON MARLER DIGHTON FUNERAL SERVICE - SAND SPRINGS, 1200 NORTH CLEVELAND, SAND SPRINGS, OKLAHOMA 74063 |
| 23. Funeral Home Director | DUSTIN ALLEN NUGENT |
| 24. FH Establishment License # | 1649ES |

### 25. Place of Death
Decedent's home

| Field | Value |
|---|---|
| 26. Facility Name | 1730 W. FAIRVIEW ST. |
| 27. City or Town, State and Zip Code of Location of Death | TULSA, OKLAHOMA, 74127 |
| 28. County of Death | OSAGE |
| 29. Date of Death | JULY 4, 2016 |
| 30. Time of Death | 17:27 FOUND |
| 31. Was Medical Examiner Contacted? | YES |
| 32. Was an Autopsy Performed? | NO |
| 33. Were Autopsy Findings Available to Complete the Cause of Death? | |

### 34. Cause of Death
**PART I:**
a. ATHEROSCLEROTIC CARDIOVASCULAR DISEASE — Approximate interval: UNKNOWN

1660300

| Field | Value |
|---|---|
| 36. Manner of Death | Natural |
| 38. Did Tobacco Use Contribute to Death? | Unknown |
| 46. Certifier | MEDICAL EXAMINER |
| 47. Name, Address of Person Completing Cause of Death | JOSHUA LANTER, MD, 1115 WEST 17TH STREET, TULSA, OKLAHOMA 74107 |
| Certifier | JOSHUA LANTER, MD |
| 48. License Number | 26295OK |
| 49. Date Death Certified | JULY 8, 2016 |
| 50. Registrar's Signature | Kelly M Baker |
| 52. Date Received by State Registrar | JULY 11, 2016 |

REVISION 2013    VS 154 (08/13)

VOID IF ALTERED OR ERASED — VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED — Friday, July 15, 2016 11:17:58 AM

D02558527

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.



Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health



It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.