UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bobby Dawson v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-11119*

## MOTION TO SUBSTITUTE PARTY

Arnetta Dawson, the decedents spouse, as the Personal Representative for the Estate of Bobby Dawson, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Bobby Dawson's case was filed on or about June 21, 2016 (Bobby Dawson *v. Janssen Research & Development, LLC, et al*; Case No. *2:16-cv-11119*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

3. Subsequently, Plaintiffs' counsel was informed that Bobby Dawson passed away on or about December 31, 2018.

4. Bobby Dawson's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 20, 2019 [Doc. 13817].

6. On or about March 21, 2019, the state of Louisiana named Arnetta Dawson, Plaintiff's spouse, as the informant and next of kin of decedent and the

3

Personal Representative for the Estate of Bobby Dawson.

7. Plaintiff thus moves to substitute Arnetta Dawson, as Personal Representative for the Estate of Bobby Dawson, Deceased, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiffs, Bobby Dawson, respectfully request the Court grant Plaintiffs' Motion to Substitute Arnetta Dawson, as Personal Representative for the Estate of Bobby Dawson, Deceased.

Dated: June 27, 2019                    Respectfully submitted,

                                        By: */s/ Monte Bond*

                                        MONTE BOND, Esq.
                                        Texas Bar No.02585625
                                        JESSICA GLITZ, Esq.
                                        Texas Bar No. 25076095
                                        Tautfest Bond PLLC
                                        5151 Belt Line Road, Suite 1000
                                        Dallas, Texas  75254
                                        214-617-9980 (Phone)
                                        214-617-9985 (Fax)
                                        mbond@tautfestbond.com

                                        **ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                                                 */s/ Monte Bond*

                                                 */s/Jessica Glitz*