UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| AUDREY STONE-ADDICKS, | |
| Plaintiff, | |
| v. | JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND FICTITIOUS DEFENDANTS 1-100, | MAGISTRATE JUDGE NORTH  Civil Action No.: 2:17-cv-06509  **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
By:  /s/ Anthony D. Birchfield, Jr.
Anthony D. Birchfield, Jr.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Tel: (334) 269-2343
Andy.Birchfield@beasleyallen.com

Attorneys for Plaintiff
Dated:  June 27, 2019

**DRINKER BIDDLE & REATH LLP**
By:  /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated:  June 27, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By:  /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Tel: (212)836-8000
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel: (202) 942-5000
Andrew.Solow@arnoldporter.com
William.Hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG
Dated:  June 27, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By:  /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Tel: (504) 310-2100
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated:  June 27, 2019

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 27, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          /s/ Andy D. Birchfield, Jr.