UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*GAILAND RENAE JONES v. Janssen Research & Development LLC, et al.;*
Civil Action No.: 2:17-cv-01439-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Gailand Renae Jones, by and through the undersigned counsel of record, moves this Court for an Order substituting Antonia Black on behalf of decedent Gai. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Gailand Renae Jones filed this present action on February 20, 2017.

2. Gailand Renae Jones died on December 26, 2017.

3. On June 12, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

4. Antonia Black, surviving sister of Gailand Renae Jones, is a proper party to substitute for plaintiff-decedent Gailand Renae Jones and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Antonia Black, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: June 27, 2019                                  Respectfully submitted,

                                                      **WATTS GUERRA LLP**

                                                      /s/ *Ryan L. Thompson*
                                                      Ryan L. Thompson
                                                      TX State Bar No. 24046969
                                                      5726 W. Hausman Rd., Suite 119
                                                      San Antonio, TX 78249
                                                      rthompson@wattsguerra.com
                                                      (210) 448-0500
                                                      (210) 448-0501 (Fax)

                                                      *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                      /s/ *Ryan L. Thompson*
                                                      Ryan L. Thompson