# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*CLARENCE JACKSON v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-02119-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Clarence Jackson, files this Suggestion of Death upon the Record. Plaintiff Clarence Jackson departed this world on or about January 4, 2017 during the pendency of this civil action.

Dated: June 27, 2019

Respectfully submitted,

**WATTS GUERRA LLP**
 */s/ Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Ryan L. Thompson*
Ryan L. Thompson