UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Steven G. Ostroff, Individually and on Behalf of Patricia A. Ostroff, Deceased v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-07690

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R.

Doc. 13862, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Patrice M. Morales, Independent Executrix of the estate

of Patricia A. Ostroff, is substituted for Plaintiff Steven G. Ostroff as the proper party plaintiff in

the above captioned case.

New Orleans, Louisiana, this 26th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE