# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*DONNA DAVIES, INDIVIDUALLY AND AS REPRESENTATIVE OF JAMES DAVIES, DECEASED v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-02113-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Donna Davies, files this Suggestion of Death upon the Record. Plaintiff Donna Davies departed this world on or about July 9, 2018 during the pendency of this civil action.

Dated: June 27, 2019

Respectfully submitted,

**WATTS GUERRA LLP**
 */s/ Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

The hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson

SUGGESTION OF DEATH