# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Seymour Birnbaum v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-00525- EEF-MBN*

## EX PARTE MOTION FOR SUBSITUTION

NOW INTO COURT, through undersigned counsel, comes Michael Birnbaum, surviving son of Plaintiff-Decedent Seymour Birnbaum, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself as Plaintiff on behalf of his deceased father, Seymour Birnbaum.

1. Plaintiff Seymour Birnbaum filed a products liability lawsuit against Defendants on January 21, 2016.

2. Subsequently, Plaintiff's Counsel learned that Seymour Birnbaum died on July 10, 2018.

3. Plaintiff-Decedent's product liability action against the Defendants survived his death and was not extinguished.

4. On April 8, 2019, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Michael Birnbaum is a proper party to substitute for Plaintiff-Decedent Seymour Birnbaum and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: June 28, 2019                                    Respectfully submitted,

                                                         /s/ Andrea L. Sapone
                                                        Andrea L. Sapone (ASB-4438-E68S)
                                                        DEGARIS & ROGERS, LLC
                                                        Two North Twentieth Street
                                                        Suite 1030
                                                        Birmingham, AL 35203
                                                        Telephone: (205) 558-9000
                                                        Facsimile: (205) 588-5231
                                                        Email: asapone@degarislaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 28, 2019

                                                                                   **/s/** Andrea L. Sapone
                                                                                     Andrea L. Sapone