UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>IVAN CARDWELL<br>Civil Action No. 2:16-cv-03717 | MDL 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**SHAW COWART, L.L.P.**

By: /s/Ethan L. Shaw_____
    Ethan L. Shaw
    John P. Cowart
    1609 Shoal Creek Boulevard, Suite 100
    Austin, TX 78701
    Telephone: (512) 499-8900
    elshaw@shawcorwart.com
    jcowart@shawcowart.com
    mriley@shawcowart.com

    Attorney for Plaintiff
    Dated:   June 27, 2019

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko_____
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
    Dated: June 27, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow_____

>Andrew K. Solow
>250 West 55th Street
>New York, New York 10019-9710
>Telephone: (212) 836-8000
>Facsimile: (212) 836-8689
>William Hoffman
>601 Massachusetts Ave., NW
>Washington, D.C. 20001
>Telephone: (202) 942-5000
>Facsimile: (202) 942-5999
>andrew.solow@arnoldporter.com
>william.hoffman@arnoldporter.com
>
>Attorneys for Defendants Bayer HealthCare
>Pharmaceuticals Inc., and Bayer Pharma AG
>Dated: June 27, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
>Kim E. Moore
>400 Poydras St., Ste, 2700
>New Orleans, LA 70130
>Telephone: (504) 310-2100
>kmoore@irwinllc.com
>
>Liaison Counsel for Defendants
>Dated: June 27, 2019

-3-

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on June 28, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/Kim E. Moore