*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | **Civil Action No.: 2:16-cv-375-EEF-MBN** |
| | : | **MDL No. 2592** |
| | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | : | **JURY TRIAL DEMANDED** |
| RAYMOND BURLEN | : | |
| | : | |
| | : | |

_____

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF RAYMOND BURLEN

Pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana and Federal Rule of Civil Procedure 7, the undersigned counsel for RAYMOND BURLEN, and all other attorneys of record in this matter, hereby request the Court and counsel allow withdrawal as counsel of record for RAYMOND BURLEN and in support thereof state:

The undersigned have made numerous attempts to contact the client, Plaintiff RAYMOND BURLEN including phone calls and written correspondence. The undersigned have undertaken all reasonable efforts to communicate with client and to be sure that the client's contact information has not changed and is current. Nevertheless, Mr. Burlen, has failed to respond to all of Counsel's numerous communication attempts regarding the upcoming deadlines in this case. Counsel has sent letters via regular US mail, Certified Mail and Federal Express to Plaintiff's last known address of 6322 Willow Place, Erie, MN 48133 and also 4517 Oldenburg Drive, Toledo, OH 43611. Undersigned counsel has also left numerous messages on Plaintiff's answering machine on (419) 944-3851 at least since March 26, 2019, to which there was no response. Copies of said letters are attached as composite Exhibit A.

A copy of this motion has been served upon Plaintiff at his last known address of 4517 Oldenburg Drive, Toledo, OH 43611.

Dated: June  28, 2019

Respectfully submitted,

_/s/ Raymond Valori_____
RAYMOND VALORI
FREEDLAND HARWIN VALORI, PL
110 SE 6th Street, Suite 2300
Ft. Lauderdale, FL 33301
Tel:        954-467-6400
Fax:        954-670-2530

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw As Counsel of Record Without Substitution has been filed electronically on this 28th  day of June, 2019 using the Court's CM/ECF system and sent via USPS Certified Mail to Plaintiff Raymond Burlen at his last known address of:

4517 Oldenburg Drive
Toledo, OH 43611

Dated: June 28, 2019

_/s/ Raymond Valori_____
RAYMOND VALORI
Fla. Bar #: 33200
Ray@FHVLegal.com
DANIEL HARWIN
Fla. Bar #: 682446
Daniel@FHVLegal.com

THE LAW OFFICES OF ROBERT J.
FENSTERSHEIB & ASSOCIATES
520 W Hallandale Beach Blvd.
Hallandale Beach, FL 33009
Tel:        954-456-2488
Fax:        954-456-2588
ROBERT J. FENSTERSHEIB
Fla. Bar #: 307300
rjf@fenstersheib.com

# EXHIBIT A
# (composite)