**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | **JUDGE ELDON E. FALLON** |
| | * | **MAGISTRATE JUDGE NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS DOCUMENT RELATES TO:**

*LARRY HENRY v. Janssen Research & Development, LLC, et al*
*Civil Action No. 2:16-cv-00137-EEF-MBN*

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff, as well as any response thereto, finds the motion meritorious.

It is therefore ORDERED THAT Diane Foyil, on behalf of Larry Henry, is substituted for Plaintiff Larry Henry, in the above captioned cause.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge