UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    *    MDL No. 2592
PRODUCTS LIABILITY LITIGATION   *
                                *
                                *    SECTION L
                                *
                                *    JUDGE ELDON E. FALLON
                                *
                                *    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT ONLY RELATES TO:**
*Lloyd Edwards v. Janssen Research & Development, LLC, et al*
*Civil Action No. 3:15-cv-00413*

### SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(l), hereby informs this

Honorable Court of the Death of Plaintiff, Lloyd Edwards, which occurred on April 29, 2017.  A

redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and incorporated herein by

reference.

Date:  July 1, 2019                     Respectfully submitted,

                                        **FOX & FARLEY**

                                        */s/  Bruce D. Fox*
                                        Bruce D. Fox
                                        Tennessee Bar No.: 008965
                                        310 N. Main Street
                                        Clinton, Tennessee, 37716
                                        Telephone: (865) 457-6440
                                        Facsimile: (865) 457-6322
                                        brucefox@foxandfarleylaw.com

                                        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


Dated: July 1, 2019                     /s/ *Bruce D. Fox*
                                             Bruce D. Fox

3

# EXHIBIT "A"

# STATE OF TENNESSEE
## Office of Vital Records

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**   STATE FILE NUMBER

**DECEDENT**

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|
| Lloyd   Elgie   Edwards | Male | April 29, 2017 |

| 4. TIME OF DEATH (Approx.) | 5a. AGE—Last Birthday (Years) | 5b. UNDER 1 YEAR — Months / Days | 5c. UNDER 1 DAY — Hours / Minutes | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 09:15 AM | 86 | | | ▒▒▒▒ | Harriman, Tennessee |

8a. PLACE OF DEATH (Check only one)

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing Home/Long term care facility ☒ Decedent's home ☐ Other residence ☐ Other (Specify)

| 8b. FACILITY NAME (If not institution, give street and number) | 8c. CITY OR TOWN | 8d. COUNTY OF DEATH |
|---|---|---|
| | Harriman | Roane |

| 9. MARITAL STATUS | 10. SURVIVING SPOUSE (If wife, give name prior to first marriage) | 11a. DECEDENT'S USUAL OCCUPATION | 11b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| ☐ Married ☐ Married, but separated ☒ Widowed ☐ Divorced ☐ Never married ☐ Unknown | None | Chemical Operator | Y-12 |

| 12. SOCIAL SECURITY NUMBER | 13a. RESIDENCE-STATE OR FOREIGN COUNTRY | 13b. COUNTY | 13c. CITY OR TOWN |
|---|---|---|---|
| ▒▒▒▒ | Tennessee | Roane | Harriman |

| 13d. STREET AND NUMBER | 13e. INSIDE CITY LIMITS | 13f. ZIP CODE | 14. WAS DECEDENT EVER IN US ARMED FORCES? |
|---|---|---|---|
| ▒▒▒▒ | ☐ Yes ☒ No | 37748 | ☒ Yes ☐ No |

**15. DECEDENT'S EDUCATION** (Check the box that best describes the highest degree or level of school completed at the time of death).
☐ 8th grade or less
☒ 9th–12th grade; no diploma
☐ High school graduate or GED completed
☐ Some college credit but no degree
☐ Associates degree (e.g., AA, AS)
☐ Bachelor's Degree (e.g., BA, AB, BS)
☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)
☐ Unknown

**16. DECEDENT OF HISPANIC ORIGIN?** (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino.)
☒ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino (Specify) _____
☐ Unknown

**17. DECEDENT'S RACE** (Check one or more races to indicate what the decedent considered himself or herself to be)
☒ White
☐ Black or African American
☐ American Indian or Alaska Native (Name of the enrolled or principal tribe) _____
☐ Asian Indian
☐ Chinese
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian (Specify)
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander (Specify)
☐ Other (Specify)
☐ Unknown

**PARENTS**

| 18. FATHER'S NAME (First, Middle, Last) | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| James Bascom Edwards | Ethel Morris |

| 20a. INFORMANT'S NAME | 20b. RELATIONSHIP TO DECEDENT | 20c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Mary Edwards Wright | Daughter | ▒▒▒▒ |

**DISPOSITION**

| 21a. METHOD OF DISPOSITION | 21b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 21c. Location - City or Town and State |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | Roane Memorial Gardens | Rockwood, Tennessee |

| 22a. SIGNATURE OF FUNERAL DIRECTOR | 22b. LICENSE NUMBER | 22c. SIGNATURE OF EMBALMER | 22d. LICENSE NUMBER |
|---|---|---|---|
| ▶ Mitchell C Kyker | 6498 | ▶ Alan D. Anson | 16224 |

| 23a. NAME AND ADDRESS OF FUNERAL HOME   KYKER FUNERAL HOMES   430 MORGAN ST. P.O. BOX 232, HARRIMAN, TN 37748 | 23b. LICENSE NUMBER OF FUNERAL HOME   176 |
|---|---|

**REGISTRAR**

| 24. REGISTRAR'S SIGNATURE ▶ Charlotte Rainer DR | 25. DATE FILED (Month, Day, Year)   5-1-17 |
|---|---|

**CERTIFIER**

*PHYSICIAN OR MEDICAL EXAMINER EXECUTING CAUSE OF DEATH MUST COMPLETE AND SIGN WITHIN 48 HOURS.*

26. CERTIFIER (Check only one):
☐ 26a. PHYSICIAN - To the best of my knowledge, death occurred at the date and place, and due to the cause(s) and manner stated.
☒ 26b. MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the date, and place, and due to the cause(s) and manner stated.

| 27a. SIGNATURE OF CERTIFIER | 27b. LICENSE NUMBER | 27C. DATE SIGNED (Month, Day, Year) |
|---|---|---|
| ▶ _____ MD | MD14330 | May 1, 2017 |

27d. NAME AND ADDRESS: 314 E. Spring St., Kingston, TN 37763

**MEDICAL CERTIFICATION**

28. PART I. Enter the chain of events (diseases, injuries, or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on each line.

| | | Approximate interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Acute Myocardial Infarction | 45 minutes |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. Atherosclerotic Coronary Artery Disease   Due to (or as a consequence of): | Years |
| | c. ____   Due to (or as a consequence of): | |
| | d. ____ | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
Hypertension, Hypothyroidism, recent Pulmonary Embolus

| 29a. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No |
|---|
| 29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |

| 30. MANNER OF DEATH | 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | 32. IF FEMALE: |
|---|---|---|
| ☒ Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could not be determined | ☐ Yes ☐ Probably ☒ No ☐ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year |

| 33. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) | 34a. DATE OF INJURY (Month, Day, Year) | 34b. TIME OF INJURY | 34c. INJURY AT WORK? ☐ Yes ☐ No | 34d. PLACE OF INJURY - at home, farm, street, factory, office, building, etc. (Specify) |
|---|---|---|---|---|
| | 34e. DESCRIBE HOW INJURY OCCURRED | | | 34f. LOCATION OF INJURY (Street and Number, City or Town, State) |

PH-1659 (Rev. 10/2011)   RDA 1399

09095741

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

*Lori B. Ferranti*
Lori B. Ferranti, PhD, MSN, MBA, RN
State Registrar/Asst. Commissioner

*John J. Dreyzehner*
John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

0 9 0 9 5 7 4 1   Date Issued 5-1-17

## CERTIFICATION OF VITAL RECORD

I, ALAN ANSON, A LICENSED FUNERAL DIRECTOR, EMPLOYED BY KYKER FUNERAL HOME, HARRIMAN, TENNESSEE, DO HEREBY CERTIFY THE ABOVE TO BE A TRUE AND EXACT COPY OF THE CERTIFICATE OF DEATH FILED WITH THE _Roane_ COUNTY HEALTH DEPARTMENT ON THE DEATH OF THE ABOVE DECEDENT.

*Alan Anson*
ALAN ANSON

STATE OF TENNESSEE
COUNTY OF ROANE

SUBSCRIBED AND SWORN TO BEFORE ME MITCHELL KYKER A NOTARY PUBLIC, IN SAID STATE AND COUNTY THIS THE 3rd DAY OF May, 2017.

MY COMMISSION EXPIRES APRIL 16, 2019.

*Mitchell C. Kyker*
NOTARY PUBLIC


MITCHELL C. KYKER
STATE OF TENNESSEE
NOTARY PUBLIC
ROANE COUNTY