UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*ROSA NIETO, INDIVIDUALLY AND AS REPRESENTATIVE OF JOSE NIETO, DECEASED v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:18-cv-06780-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Rosa Nieto, by and through the undersigned counsel of record, moves this Court for an Order substituting Enrique Nieto on behalf of decedent Jose Nieto. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Rosa Nieto filed this present action on July 18, 2018.

2. Jose Nieto died on September 8, 2017.

3. Rosa Nieto also died on February 19, 2019.

4. On May 20, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

5. Enrique Nieto is a surviving child of Jose Nieto's estate and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Enrique Nieto, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: July 1, 2019            Respectfully submitted,

**WATTS GUERRA LLP**

/s/ *Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
Mikal C. Watts
TX State Bar No. 20981820
Paige N. Boldt
TX State Bar No. 24082626
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on July 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Ryan L. Thompson*
Ryan L. Thompson