UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Gabriele Wichary*<br>Civil Action No.: 2:18-cv-13989 | ) MDL NO. 2592<br>) SECTION: L<br>) JUDGE: ELDON E. FALLON<br>) MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Werner Eickmeyer on behalf of his deceased wife, Gabriele Wichary.

1. Werner Eickmeyer filed a products liability lawsuit against the defendants on December 19, 2018.

2. On October 2, 2015, Gabriele Wichary died.

3. Gabriele Wichary's products liability action against defendants survived her death and was not extinguished.

4. Werner Eickmeyer, surviving spouse and representative of Gabriele Wichary's estate, is a proper party to substitute for plaintiff-decedent Gabriele Wichary and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Werner Eickmeyer requests that this Court grant his request for substitution as plaintiff in this action.

This 1st day of July, 2019.

By: /s/ L. Paul Mankin
**L. PAUL MANKIN**
California Bar No. 264038
**THE LAW OFFICE OF L. PAUL MANKIN**
4655 Cass St., Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Fax: (323) 207-3885
E-Mail: pmankin@paulmankin.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 1st, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

/s/ L. Paul Mankin
**L. PAUL MANKIN**