UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br> PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br> *Gabriele Wichary* <br> Civil Action No.: 2:18-cv-13989 | ) MDL NO. 2592 <br> ) <br> ) SECTION:   L <br> ) <br> ) JUDGE:  ELDON E. FALLON <br> ) MAG. JUDGE MICHAEL NORTH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Substitute Party Plaintiff is hereby set for submission before District Judge Eldon E. Fallon on July 24th, 2019 at 9:00 am.

By:    /s/ L. Paul Mankin
**L. PAUL MANKIN**
California Bar No. 264038
**THE LAW OFFICE OF L. PAUL MANKIN**
4655 Cass St., Suite 410
San Diego, CA 92109
Telephone: (800) 219-3577
Fax: (323) 207-3885
E-Mail:  pmankin@paulmankin.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 1st, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

/s/ L. Paul Mankin
**L. PAUL MANKIN**