# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*STEPHEN DYSON v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-17870*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Stephen Dyson, on or about October 12, 2018.

Dated: July 1, 2019                         Respectfully submitted,

                                            /s/ Monte Bond
                                            Monte Bond, Esq.
                                            Texas Bar No. 02585625
                                            Tautfest Bond PLLC
                                            5151 Belt Line Rd.
                                            Ste. 1000
                                            Dallas, Texas 75254
                                            214-617-9980 (Phone)
                                            214-853-4281 (Fax)
                                            mbond@tautfestbond.com
                                            *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: July 1, 2019

                                        Respectfully submitted,

                                      /s/ Monte Bond
                                      Monte Bond, Esq.
                                      Texas Bar No. 02585625
                                      Tautfest Bond PLLC
                                      5151 Belt Line Rd.
                                      Ste. 1000
                                      Dallas, Texas 75254
                                      214-617-9980 (Phone)
                                      214-853-4281 (Fax)
                                      mbond@tautfestbond.com

                                      *Attorney for the Plaintiff*