UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Linda Butler v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-05799
*Felix Arndt, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12147

## ORDER

On June 21, 2019, the Court ordered the aforementioned Plaintiffs to show cause as to why their Motion for Extension of Time Within Which to Serve Process should not be denied, and their cases dismissed. R. Doc. 13837.

**IT IS ORDERED** that Plaintiffs show cause via telephone call on July 10, 2019 at 9:00 AM. The conference dial-in information is as follows:

Phone number: 877-336-1839

Access code: 4227405

Security code: 071019

New Orleans, Louisiana this 28th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE