## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wznis, Sophie v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01841

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Diane Garcia, of behalf of the Estate of SOPHIE WZNIS, in the above captioned cause.

1. Sophie Wznis filed a products liability lawsuit against defendants on 03/02/2017.

2. Plaintiff Sophie Wznis died intestate on 01/30/2018, widowed, with one surviving child, Diane Garcia.

3. Sophie Wznis's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on April 3, 2019, attached hereto as "Exhibit A".

5. Diane Garcia, surviving daughter and only child of Sophie Wznis, is a proper party to substitute for plaintiff-decedent Sophie Wznis and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R.

Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action.

Dated:  July 1, 2019          Respectfully submitted,

By:     */s/ Jim M. Perdue, Jr.*
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
Michael R. Clinton, Texas Bar No. 24087317
PERDUE & KIDD
777 Post Oak Blvd., Suite 450
Houston, TX  77056
Telephone:  713-520-2500
Facsimile:  713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com
Email: mclinton@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: July 1, 2019

Respectfully submitted,

By:  */s/ Jim M. Perdue, Jr.*
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
Michael R. Clinton, Texas Bar No. 24087317
PERDUE & KIDD
777 Post Oak Blvd., Suite 450
Houston, TX  77056
Telephone:  713-520-2500
Facsimile:  713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com
Email: mclinton@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFF**