# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Wznis, Sophie v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01841

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, SOPHIE WZNIS.

Dated: April 3, 2019

Respectfully submitted,

By: /s/ *Jim M. Perdue, Jr.*
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
Michael R. Clinton, Texas Bar No. 24087317
PERDUE & KIDD
777 Post Oak Blvd., Suite 450
Houston, TX 77056
Telephone: 713-520-2500
Facsimile: 713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com
Email: mclinton@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on April 3, 2019.



/s/ Jim M. Perdue, Jr.