UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wznis, Sophie v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:17-cv-01841

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious.

It is therefore ORDERED THAT Diane Garcia, on behalf of Sophie Wznis, is substituted for Plaintiff Sophie Wznis, in the above captioned cause.

Dated: _____  _____
                                                                              Honorable Eldon E. Fallon
                                                                              United States District Court Judge

1