# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| v. | JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lopez v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-cv-08671

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on July 24, 2019, Plaintiffs' Motion for an Extension of Time to Serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: July 1, 2019

> */s/ Ellen A. Presby*
> Ellen A. Presby, Esq.
> VAN WEY, PRESBY & WILLIAMS, P.L.L.C
> 12720 Hillcrest Rd., Suite 600
> Dallas, TX 75230
> (214) 390-3519 Phone
> (800) 582-1042 Fax
> Ellen@vwpwlaw.com
> *Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Ellen A. Presby*
Ellen A. Presby
Attorney for Plaintiff