UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| v. | JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lopez v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-cv-08671

### ORDER

IT IS ORDERED that the Plaintiff's Motion for Extension of Time to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Orders.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge