UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) v. ) ) ) JANSSEN RESEARCH & DEVELOPMENT ) LLC, ET AL. ) | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Helmey v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:18-cv-02555

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS

Plaintiff in the above-listed actions, through undersigned counsel, respectfully requests that this Court grant his Motion for Extension of Time to Serve Process and issue an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG. A brief memorandum in support of Plaintiff's motion is submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated:   July 1, 2019

*/s/ Ellen A. Presby*
Ellen A. Presby, Esq.
VAN WEY, PRESBY &WILLIAMS, P.L.L.C
12720 Hillcrest Rd., Suite 600
Dallas, TX 75230
(214) 390-3519 Phone
(800) 582-1042 Fax
Ellen@vwpwlaw.com
*Attorney for the Plaintiff*

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO SERVE PROCESS ON DEFENDANTS**                                                                 **PAGE 1**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Ellen A. Presby*
    Ellen A. Presby
    Attorney for Plaintiff