UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Linda Butler v. Janssen Research & Development LLC, et al. Case No. 2:15-cv-05799*
*Felix Arndt, et al. v. Janssen Research & Development LLC, et al. Case No. 2:16-cv-12147*

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

PLAINTIFFS, by and through their counsel of record respectfully files the following response to this Court's June 21, 2019 Order to show cause and states as follows:

1. On November 10, 2015 Plaintiff's counsel filed suit on behalf of Linda Butler and on June 29, 2016 Plaintiff's counsel filed suit on behalf Felix Arndt, as Next Kin of the Estate of Janie Arndt, Deceased, against several Defendants including Bayer Defendants. Plaintiffs' counsel failed to serve the Bayer entities with a summons and copy of those complaints.

2. Shortly before these actions were filed the chief legal assistant handling these claims was diagnosed with an illness that was ultimately terminal. She missed much time away from her duties at Plaintiffs' counsel's firm undergoing chemotherapy and other treatment. This issue resulted in the failure to serve the Bayer Defendants. This is

not offered to the court as an excuse but as background information with respect to why service was not obtained.

3. Federal Rule 4(j) is intended to force parties and their attorneys to be diligent in prosecuting their causes of action. See <u>Wei v. Hawaii</u>, 763 F.2d 370, 372 (9th Cir. 1985). Here, Plaintiffs have diligently prosecuted their cases. Despite a lack of service Plaintiffs have complied with every order of this Court since 2016 including the completion of a Plaintiff's Profile Form, Plaintiff's Fact Sheet and most recently all of the documents related to the global settlement which has been reached (Enrollment Election Form, Release of All Claims, Notice of Intent to Proceed, Dismissal With Prejudice, Xarelto Lien Disclosure Form and Release Addendum for Deceased Claimants). These documents were uploaded to the settlement portal on June 20, 2019. Given these facts, Plaintiff counsel's inactions with respect to service constitutes excusable neglect.

4. Prior to this Court's Order Plaintiffs have expressed their intent to remain in the settlement and not pursue individual litigation against Bayer and other Defendants as evidenced by Releases and Dismissals with Prejudice signed by both Plaintiffs attached as Exhibit A.

5. Plaintiffs nor their counsel were acting in bad faith and the delay in obtaining service on the Bayer Defendants was an inadvertent error.

6. Because Plaintiffs have agreed to participate in the settlement and not pursue individual litigation, allowing delayed service upon the Defendants will not prejudice the Defendants or result in any increased expense to these Defendants.

For these reasons, Plaintiffs respectfully request that this Court allow Plaintiffs to continue to the conclusion of this litigation and to serve notice of their actions on the Bayer Defendants in a timely manner.

Date:   July 1, 2019

                                          Respectfully submitted,

                                          THE WEST LAW FIRM
                                          ATTORNEYS FOR PLAINTIFFS

                                          */s/ Bradley C. West*
                                          TERRY W. WEST, OBA NO. 9496
                                          BRADLEY C. WEST, OBA NO. 13476
                                          124 W. Highland – P.O. Box 698
                                          Shawnee, Oklahoma 74802-0698
                                          405/275-0040 – Phone /405/275-0052 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              */s Bradley C. West*
                                              Bradley C. West