UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION L |
| v. | | JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Blackmon v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:16-cv-10129;

*Burroughs v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12121;

*Cuahonte v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-10132;

*Darensbourg v. Janssen Research & Development LLC, et al.;*
LAED USDC No. 2:16-cv-10135;

*Darna v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-10138;

*Dickey v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12124;

*January v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-10140;

*Johnson v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-10142;

*McConnico v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-10144;

*McDowell v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12125.

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME
TO SERVE PROCESS ON DEFENDANTS**                                        **PAGE 1**

*Meer v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-10147;

*Odle v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12129;

*Stevens v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12134;

*Suddreth v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-10149;

*Whiting v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-10153;

*Zhong v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12139; and

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME
## TO SERVE PROCESS ON DEFENDANTS

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time to Serve Process and issue an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson Company.  A brief memorandum in support of Plaintiffs' motion is submitted herewith.

WHEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order granting an extension of time to serve process.

Dated: July 1, 2019

> */s/ Ellen A. Presby*
> Ellen A. Presby, Esq.
> VAN WEY, PRESBY &WILLIAMS, P.L.L.C
> 12720 Hillcrest Rd., Suite 600
> Dallas, TX 75230
> (214) 390-3519 Phone
> (800) 582-1042 Fax
> Ellen@vwpwlaw.com
> *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

> By: */s/ Ellen A. Presby*
> Ellen A. Presby
> Attorney for Plaintiffs