UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

_____

**THIS DOCUMENT RELATES TO:**

SCOTT GAYLOR o/b/o DORTHA M. GAYLOR v. JANSSEN PHARMACEUTICALS, INC., et al

No.  2:16-cv-03379

**NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF**

NOW COMES Counsel for Plaintiff **SCOTT GAYLOR o/b/o DORTHA M. GAYLOR**, and hereby notifies the Court and the parties of the death of Plaintiff, **SCOTT GAYLOR**, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by **DONNA GAYLOR**, who is the widow of now deceased Plaintiff.

**RESPECTFULLY SUBMITTED** this the 1ˢᵗ day of July, 2019.

        JOHN JEWELL PACE, A.P.L.C.

        By: /s/ John Jewell Pace
        John Jewell Pace
        John Jewell Pace, A.P.L.C.
        **(State Bar No. 1115)**
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        E-mail:
        jjp@johnjpacelaw.com

        By: /s/ Samuel C. Ward
        **Samuel "Chuck" Ward**
        Samuel C. Ward, Jr., & Associates
        **(State Bar No. 29508)**
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330-6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com

        Attorneys for Plaintiff,
        *Donna Gaylor obo Dortha M. Gaylor*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 1ˢᵗ day of July, 2019.

By: /s/ John Jewell Pace
John Jewell Pace

John Jewell Pace, A.P.L.C.
**(State Bar No. 1115)**
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
E-mail:
jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
 **Samuel "Chuck" Ward**

Samuel C. Ward, Jr., & Associates
**(State Bar No. 29508)**
 660 Saint Ferdinand Street
 Baton Rouge, LA 70802
 Telephone: (225) 330-6677
 Facsimile: (225) 330-6680
 Email: samuelcward@aol.com

 Attorneys for Plaintiff,
 *Donna Gaylor obo Dortha M. Gaylor*