## GEORGIA DEATH CERTIFICATE

State File Number   **2018GA000033303**

| | | | |
|---|---|---|---|
| **1. DECEDENT'S LEGAL FULL NAME** (First, Middle, Last)<br>SCOTTIE DEJOHN GAYLOR | **1a. IF FEMALE, ENTER LAST NAME AT BIRTH** | **2. SEX**<br>MALE | **2a. DATE OF DEATH** (Mo., Day, Year)<br>ACTUAL DATE OF DEATH 05/08/2018 |

| 3. SOCIAL SECURITY NUMBER<br>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 | 4a. AGE (Years)<br>54 | 4b. UNDER 1 YEAR<br>Mos. / Days | 4c. UNDER 1 DAY<br>Hours / Mins. | 5. DATE OF BIRTH (Mo., Day, Year)<br>04/24/1964 |
|---|---|---|---|---|

| 6. BIRTHPLACE<br>GEORGIA | 7a. RESIDENCE - STATE<br>GEORGIA | 7b. COUNTY<br>BARTOW | 7c. CITY, TOWN<br>CARTERSVILLE |
|---|---|---|---|

| 7d. STREET AND NUMBER<br>32 EUHARLEE DRIVE SW | 7e. ZIP CODE<br>30120 | 7f. INSIDE CITY LIMITS?<br>NO | 8. ARMED FORCES?<br>NO |
|---|---|---|---|

| 8a USUAL OCCUPATION<br>FABRICATOR | 8b. KIND OF INDUSTRY OR BUSINESS<br>FABRICATION |
|---|---|

| 9. MARITAL STATUS<br>MARRIED | 10. SPOUSE NAME<br>DONNA YATES | 11. FATHER'S FULL NAME (First, Middle, Last)<br>QUINTON GAYLOR |
|---|---|---|

| 12. MOTHER'S MAIDEN NAME (First, Middle, Last)<br>MOZELLE HAYGOOD | 13a. INFORMANT'S NAME (First, Middle, Last)<br>DONNA GAYLOR | 13b. RELATIONSHIP TO DECEDENT<br>WIFE |
|---|---|---|

| 13c. MAILING ADDRESS<br>32 EUHARLEE DRIVE SW CARTERSVILLE GEORGIA 30120 | 14. DECEDENT'S EDUCATION<br>HIGH SCHOOL GRADUATE OR GED COMPLETED |
|---|---|

| 15. ORIGIN OF DECEDENT (Italian, Mex., French, English, etc.)<br>NO, NOT SPANISH/HISPANIC/LATINO | 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify)<br>WHITE |
|---|---|

| 17a. IF DEATH OCCURRED IN HOSPITAL<br>INPATIENT | 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) |
|---|---|

| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.)<br>CARTERSVILLE MEDICAL CENTER | 19. CITY, TOWN or LOCATION OF DEATH<br>CARTERSVILLE | 20. COUNTY OF DEATH<br>BARTOW |
|---|---|---|

| 21. METHOD OF DISPOSITION (specify)<br>CREMATION | 22. PLACE OF DISPOSITION<br>PINERIDGE MEMORIAL PARK 2950 N. COBB PARKWAY KENNESAW Georgia 30152 | 23. DISPOSITION DATE (Mo., Day, Year)<br>05/13/2018 |
|---|---|---|

| 24a. EMBALMER'S NAME | 24b. EMBALMER LICENSE NO. | 25. FUNERAL HOME NAME<br>OWEN FUNERAL HOME INC |
|---|---|---|

| 25a. FUNERAL HOME ADDRESS<br>12 COLLINS DRIVE P O BOX 711 CARTERSVILLE GEORGIA 30120 |
|---|

| 26a. SIGNATURE OF FUNERAL DIRECTOR<br>J SHANE DELONG | 26b. FUN. DIR. LICENSE NO<br>5541 | AMENDMENTS |
|---|---|---|

| 27. DATE PRONOUNCED DEAD (Mo., Day, Year)<br>05/08/2018 | 28. HOUR PRONOUNCED DEAD<br>08:42 PM | |
|---|---|---|

| 29a. PRONOUNCER'S NAME<br>MARRISSA LYNN CLARK | 29b. LICENSE NUMBER<br>249699 | 29c. DATE SIGNED<br>05/08/2018 |
|---|---|---|

| 30. TIME OF DEATH<br>08:42 PM | 31. WAS CASE REFERRED TO MEDICAL EXAMINER<br>NO |
|---|---|

**32. Part I. Enter the chain of events--diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, OI ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.**

| | | | Approximate interval between onset and death |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. | CARDIOPULMONARY ARREST | 5 MINUTES |
| | | Due to, or as a consequence of | |
| | B. | SEPTIC SHOCK | 2 HOURS |
| | | Due to, or as a consequence of | |
| | C. | PERFORATED BOWEL | 8 HOURS |
| | | Due to, or as a consequence of | |
| | D. | | |

| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.<br>CORONARY ARTERY DISEASE | 33. WAS AUTOPSY PERFORMED?<br>NO | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|

| 35. TOBACCO USE CONTRIBUTED TO DEATH<br>UNKNOWN | 36. IF FEMALE (range 10-54) PREGNANT<br>NOT APPLICABLE | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify)<br>NATURAL |
|---|---|---|

| 38. DATE OF INJURY (Mo., Day, Year) | 39. TIME OF INJURY | 40. PLACE OF INJURY (Home, Farm, Street, Factory, Offce, Etc.) (Specify) | 41. INJURY AT WORK? (Yes or No) |
|---|---|---|---|

| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) |
|---|

| 43. DESCRIBE HOW INJURY OCCURRED | 44. IF TRANSPORTATION INJURY |
|---|---|

| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)<br>DAVID N KIM, MD, 50306 | 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) |
|---|---|

| 45a. DATE SIGNED (Mo., Day, Year)<br>05/29/2018 | 45b. HOUR OF DEATH<br>08:42 PM | 46a. DATE SIGNED (Mo., Day, Year) | 46b. HOUR OF DEATH |
|---|---|---|---|

| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH<br>DAVID N KIM 610 SHORTERSOUTH COBB DRIVE STE 200 AVENUE SMYRNA GEORGIA 30080 |
|---|

| 48. REGISTRAR (Signature)<br>/S/ DONNA L. MOORE | 49. DATE FILED - REGISTRAR (Mo., Day, Year)<br>05/31/2018 |
|---|---|

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE