# AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

State of Georgia  )
                  ) SS:
County of         )

I, Donna Yates Taylor, being duly sworn according to law, declare that I
(First, middle, last name)

reside at 32 Euharlee Rd. SW, Cartersville, Ga and
          (Street address)              (City, State)

that on 05-08-2018 Scottie Dejohn Taylor who made no will, had
        (Date)      (Name of the Deceased)

permanent legal residence at 32 Euharlee Rd SW Cartersville Ga

I am the (widow), widower, child, father, mother, other and as such am entitled to receive
         (Circle relationship)

the decedent's estate under the laws of Georgia.
(Name of U.S. state where decedent last had legal permanent residence)

## NAMES OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the names of living relatives in the following order of relationship: surviving spouse, children, father and/or mother, brothers and/or sisters:

| Name | Date/Place of Birth | Address | Relationship |
|---|---|---|---|
| Donna Yates Taylor | 2-10-62 | Savannah GA | Wife |
| | | | |
| | | | |

_____

_____

_____

_____
(Signature of Affiant)

Subscribed and sworn (or affirmed to) before me by Angela Elizabeth Kown
Taylor Residence on June 28, 2019.

(Seal)

_____
(Signature of Notary Public)

Angela Elizabeth Kown
(Name of Notary Public)

Notary Public, Bartow County, Georgia
My Commission Expires Jan. 13, 2020