## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   :       **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION  :
                                   :       **SECTION L**
                                   :
                                   :       **JUDGE ELDON E. FALLON**
                                   :
                                   :       **MAGISTRATE JUDGE NORTH**

                                                        **JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

**SCOTT GAYLOR o/b/o DORTHA M. GAYLOR v. JANSSEN
PHARMACEUTICALS, INC., et al**

**No.  2:16-cv-03379**

## NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF

       NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward
for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.
Respectfully submitted this 1st day of July, 2019.

                                       By: /s/ John Jewell Pace
                                       **John Jewell Pace (Bar #1115**)
                                       John Jewell Pace, A.P.L.C
                                       P.O. Box 14209
                                       Baton Rouge, LA 707898
                                       Telephone: (225) 686-3000
                                       Facsimile: (866) 912-2008
                                       Email: jjp@johnjpacelaw.com

                                       By: /s/ Samuel C. Ward
                                       **Samuel "Chuck" Ward (Bar # 29508)**
                                       Samuel C. Ward, Jr., &  Associates
                                       660 Saint Ferdinand Street
                                       Baton Rouge, LA 70802
                                       Telephone: (225) 330-6677
                                       Facsimile: (225) 330-6680
                                       Email: samuelcward@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2019 a true and correct copy of the

foregoing has been submitted to the Clerk of Court for filing and electronic service via

the  Court's CCM/ECF system on all counsel of record.


/s/ John Jewell Pace
**JOHN JEWELL PACE (#1115)**


/s/ Samuel C. Ward
**SAMUEL C. WARD (#29508)**