## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**SCOTT GAYLOR o/b/o DORTHA M. GAYLOR v. JANSSEN PHARMACEUTICALS, INC., et al**

No.  2:16-cv-03379

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **DONNA GAYLOR**, on behalf of the decedent, **DORTHA M. GAYLOR**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Eldon E. Fallon, United States District Court Judge