# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

**COPY**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 09295    LOCAL NO. 1686    COUNTY OF DEATH: Wake    STATE FILE NO. _____

**DECEDENT**

- 1a. FIRST: Carol
- 1b. MIDDLE: Meta
- 1c. LAST: Cummings
- 1d. SUFFIX: _____
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Hren
- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 70
- 4. DATE OF BIRTH: 3/4/1949
- 5. BIRTHPLACE: Suffolk, NY
- 6. DATE OF DEATH: 4-22-19

PLACE OF DEATH: ☒ Inpatient

- 7c. FACILITY NAME: UNC Rex Hospital
- 7d. CITY OR TOWN: Raleigh
- 7e. COUNTY OF DEATH: Wake
- 8. MARITAL STATUS: ☒ Married
- 9. SURVIVING SPOUSE: James Cummings
- 10a. DECEDENT'S USUAL OCCUPATION: Teacher
- 10b. KIND OF BUSINESS/INDUSTRY: Public School
- 11. SOCIAL SECURITY NUMBER: 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
- 12a. RESIDENCE-STATE: NC
- 12b. COUNTY: Wake
- 12c. CITY OR TOWN: Wendell
- 12d. STREET AND NUMBER: 6704 Knightdale-Eagle Rock Road
- 12e. INSIDE CITY LIMITS: ☒ No
- 12f. ZIP CODE: 27591
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: ☒ No
- 14. DECEDENT'S EDUCATION: ☒ Bachelor's degree
- 15. HISPANIC ORIGIN: ☒ No, not Spanish/Hispanic/Latino
- 16. RACE: ☒ White

**PARENTS**

- 17. FATHER/PARENT NAME: William Alexander Hren
- 18. MOTHER/PARENT NAME: Lucille Dertha Kersten
- 19a. INFORMANT'S NAME: James Carl Cummings
- 19b. RELATIONSHIP: Husband
- 19c. MAILING ADDRESS: 6704 Knightdale-Eagle Rock Rd., Wendell, NC 27591

**DISPOSITION**

- 20a. METHOD OF DISPOSITION: ☒ Cremation
- 20b. PLACE OF DISPOSITION: L. Harold Poole Crematory
- 20c. LOCATION: Knightdale, NC
- 21b. LICENSE NUMBER: FSL-723
- 21c. NAME OF EMBALMER: Not Embalmed
- 22. NAME AND ADDRESS OF FUNERAL HOME: L. Harold Poole Funeral Service & Crematory, 944 Old Knight Rd., Knightdale, NC 27545

**MEDICAL CERTIFICATION**

23. IMMEDIATE CAUSE: a. Ruptured Abdominal Aortic Aneurysm — Approximate interval: Hours

- 25. MANNER OF DEATH: ☒ Natural
- 26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: ☒ No
- 27. TIME OF DEATH: 19:05
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ No
- 29. IF FEMALE: ☒ Not pregnant within past year
- 24a. WAS AN AUTOPSY PERFORMED?: ☒ No

**CERTIFIER**

- 32. CERTIFIER: ☒ Certifying physician
- 33b. LICENSE NUMBER: 0010-04055
- 33c. DATE SIGNED: 4-22-19
- 33d. NAME AND ADDRESS OF CERTIFIER: Christopher Kemp, PA, 4420 Lake Boone Tr, Raleigh NC 27607
- 34. FOR LOCAL REGISTRAR: Regina F. Pettaway
- 35. DATE FILED: APR 23 2019

DHHS 1872 (REVISED 11/2017) N.C. VITAL RECORDS

---

## STATE OF NORTH CAROLINA
### WAKE COUNTY
### OFFICE OF REGISTER OF DEEDS

Volume _____ Page _____

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

**Charles P. Gilliam**
Register of Deeds
Wake County

092-617507

Witness my hand and official seal this the 24 day of April 2019

By _____
Deputy/Assistant Register of Deeds

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.

