## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION L |
| ) | |
| CHARLENE GARY ) | JUDGE ELDON E. FALLON |
| ) | |
| 2:15-CV-02762 ) | MAGISTRATE JUDGE NORTH |
| ) | |

## MOTION TO SUBSTITUTE PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Randy Gary on behalf of Charlene Gary, deceased. Counsel hereby informs the Honorable Court of the death of the Plaintiff, Charlene Gary.

1. Charlene Gary filed a products liability suit against Defendants on July 20, 2015.

2. Subsequently, after filing the lawsuit, Plaintiff's counsel was notified that Charlene Gary had died on June 6, 2018.

3. Plaintiff filed a Notice and Suggestion of Death on July 2, 2019.

4. Randy Gary, Co-Plaintiff and Next of Kin to Charlene Gary, is the proper party to substitute for Plaintiff-Decedent Charlene Gary and has proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that the Court Grant this request for substitution of Randy Gary in place of decedent, Charlene Gary.

>Respectfully submitted,
>
>/s/ Brian M. Vines_____
>Brian M. Vines
>Attorney for Plaintiff

OF COUNSEL:

Scott A. Powell
Brian M. Vines
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Phone:  205-328-5330
Fax:  205-324-2165

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via  MDL Centrality, which will send notice of electronic filing in accordance with the procedure  establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

>/s/ Brian M. Vines_____
>Brian M. Vines
>Scott A. Powell
>Hare, Wynn, Newell and Newton, LLP
>2025 3rd Avenue North; Suite 800
>Birmingham, Alabama 35203
>Phone:  205-328-5330
>Fax:  205-324-2165
>*Attorneys for Plaintiff*