# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION L |
| CHARLENE GARY | ) ) | JUDGE ELDON E. FALLON |
| 2:15-CV-02762 | ) ) ) | MAGISTRATE JUDGE NORTH |

## ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS HEREBY ORDERED that RANDY GARY, as Co-Plaintiff and Next of Kin to CHARLENE GARY, Motion for Substitution as Plaintiff in this action is GRANTED.

Signed this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE