## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION L |
| ) | |
| ROSETTA CANNON and BOBBY CANNON ) | JUDGE ELDON E. FALLON |
| ) | |
| 2:16-CV-06847 ) | MAGISTRATE JUDGE NORTH |
| ) | |

## MOTION TO SUBSTITUTE PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Gary Howard on behalf of Rosetta Cannon, deceased. Counsel hereby informs the Honorable Court of the death of the Plaintiff, Rosetta Cannon.

1. Rosetta Cannon filed a products liability suit against Defendants on May 23, 2016.

2. Subsequently, after filing the lawsuit, Plaintiff's counsel was notified that Rosetta Cannon had died on March 19, 2019.

3. Plaintiff filed a Notice and Suggestion of Death on July 2, 2019.

4. Gary Howard, named as executor of The Estate of Rosetta Cannon, is the proper party to substitute for Plaintiff-Decedent Rosetta Cannon and has proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that the Court Grant this request for substitution of Gary Howard in place of decedent, Rosetta Cannon.

        Respectfully submitted,

        /s/ Brian M. Vines_____
        Brian M. Vines
        Attorney for Plaintiff

OF COUNSEL:

Scott A. Powell
Brian M. Vines
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Phone: 205-328-5330
Fax: 205-324-2165

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ Brian M. Vines_____
        Brian M. Vines
        Scott A. Powell
        Hare, Wynn, Newell and Newton, LLP
        2025 3rd Avenue North; Suite 800
        Birmingham, Alabama 35203
        Phone: 205-328-5330
        Fax: 205-324-2165
        *Attorneys for Plaintiff*