UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION L |
| ROSETTA CANNON and BOBBY CANNON | ) ) | JUDGE ELDON E. FALLON |
| 2:16-CV-06847 | ) ) | MAGISTRATE JUDGE NORTH |

### ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS HEREBY ORDERED that GARY HOWARD, named as Executor of the Estate of ROSETTA CANNON, Motion for Substitution as Plaintiff in this action is GRANTED.

Signed this _____ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE