UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

___

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | JUDGE ELDON E. FALLON | |
| ) | MAG. JUDGE NORTH | |

___

**THIS DOCUMENT RELATES TO:**

*Stephen Dyson v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-17870*

## MOTION TO SUBSTITUTE PARTY

Mary B. Dyson, the decedent's mother, as the Personal Representative for the Estate of Stephen Dyson, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1.  Plaintiff Stephen Dyson's case was filed on or about December 29, 2016, (STEPHEN DYSON *v. Janssen Research & Development, LLC, et al*; Case No. *2:16-cv-17870*).

2.  Subsequently, Plaintiffs' counsel was informed that Stephen Dyson passed away on or about June 28, 2019.

3.  Stephen Dyson's action against Defendants survives his death and is not extinguished.

4.  Plaintiffs' counsel filed the Notice and Suggestion of Death on or about July 1, 2019 [Doc. 13970].

5.  On or about October 31, 2018, the state of South Carolina named Mary B. Dyson, Plaintiff's mother, as the informant and next of kin of decedent and the Personal Representative for the Estate of Stephen Dyson.

6.  Plaintiff thus moves to substitute Mary B. Dyson, as Personal Representative

3

for the Estate of Stephen Dyson, Deceased, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiffs, Stephen Dyson, respectfully request the Court grant Plaintiffs' Motion to Substitute Mary B. Dyson, Individually and as the Personal Representative for the Estate of Stephen Dyson, Deceased.

Dated: July 2, 2019 

Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
JESSICA GLITZ, Esq.
Texas Bar No. 25076095
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/ Monte Bond

/s/Jessica Glitz

4