# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER:** 139-18-039014
**DECEDENT'S NAME:** *STEPHEN WAYNE DYSON*
**SEX:** MALE
**AKA's:** NA
**SOCIAL SECURITY NUMBER:** ~~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~~
**ARMED FORCES:** YES
**DATE OF BIRTH:** SEPTEMBER 24, 1957
**AGE:** 61 YEARS
**TYPE OF PLACE OF DEATH:** HOSPICE FACILITY
**COUNTY OF DEATH:** HORRY
**NAME AND ADDRESS OF PLACE OF DEATH:** EMBRACE HOSPICE HOUSE OF THE GRAND STRAND, MYRTLE BEACH, SC 29579
**PLACE OF DISPOSITION:** CAROLINA CREMATIONS
**DISPOSITION LOCATION:** MYRTLE BEACH, SOUTH CAROLINA
**METHOD OF DISPOSITION:** CREMATION
**DECEDENT'S RESIDENCE:** ~~741 RIVER CLIFF DRIVE~~, MYRTLE BEACH, HORRY COUNTY, SC, ~~29588~~
**PLACE OF BIRTH:** SOUTH CAROLINA
**MARITAL STATUS:** NEVER MARRIED
**SURVIVING SPOUSE'S NAME:** NA
**FATHER'S NAME:** STEPHEN JAMES DYSON
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** MARY PEARL BRUTON
**INFORMANT'S NAME:** MARY B DYSON
**RELATIONSHIP:** MOTHER
**MAILING ADDRESS:** ~~9811 PINE LAKE DRIVE, MYRTLE BEACH, SC, 29577~~
**FUNERAL HOME:** MYRTLE BEACH FUNERAL HOME INC, 4505 HWY 17 BYPASS SOUTH, MYRTLE BEACH, SC, 29577
**FUNERAL DIRECTOR:** JAMES B BOWDRE
**LICENSE NUMBER:** 3454
**EMBALMER'S NAME:** NA
**LICENSE NUMBER:** NA
**ACTUAL OR PRESUMED DATE OF DEATH:** OCTOBER 12, 2018
**MANNER OF DEATH:** NATURAL
**ACTUAL OR PRESUMED TIME OF DEATH:** 0208
**CAUSE OF DEATH - PART I**
ASPIRATION PNEUMONIA
CVA
RESPIRATORY FAILURE
NONE
**OTHER SIGNIFICANT CONDITIONS - PART II:**
NONE
**CORONER CONTACTED?** YES   **AUTOPSY PERFORMED?** NO   **AUTOPSY AVAILABLE?** NA
**DATE OF INJURY:** NA   **TIME OF INJURY:** NA   **INJURY AT WORK?** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?**
NA
**CERTIFIER NAME AND TITLE:** DR. KEVIN E. CULLEN MD   **LICENSE NUMBER:** 1118
**CERTIFIER'S ADDRESS:** 300 SINGLETON RIDGE RD, CONWAY, SC, 29526
**DATE FILED:** OCTOBER 16, 2018
**DATE OF ISSUANCE:** OCTOBER 31, 2018
**SPECIAL INSTRUCTIONS:**
NA

SC07194259

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/09/2018



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE