UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Shirley Knox v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03433

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13890, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Dora Robinson, surviving daughter of Shirley Knox, is substituted for Plaintiff Shirley Knox as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE