UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Diamantina Salinas Villegas v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-01351

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13926, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Rafael Villegas, Jr., surviving spouse and Personal Representative for the Estate of Diamantina Salinas Villegas, is substituted for Plaintiff Diamantina Salinas Villegas as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE