UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Norman Eugene Ingram v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-16096

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13928, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Shirley Ingram, surviving spouse and Personal Representative for the Estate of Norman Eugene Ingram, is substituted for Plaintiff Norman Eugene Ingram as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE