# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

**This Document Relates to:**
*Carol M. Cummings v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:17-cv-17414*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Carol M. Cummings, on or about April 22, 2019.

Dated: July 2, 2019

Respectfully submitted,

/s/*Michael G. Guajardo*
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
P: (972) 774-9800
F: (972) 774-9801
mike@guajardomarks.com
greg@guajardomarks.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated:  July 2, 2019

                                        Respectfully submitted,

                                        */s/Michael G. Guajardo*
                                        MICHAEL G. GUAJARDO, ESQ.
                                        Texas Bar No. 00784183
                                        J. GREGORY MARKS, ESQ.
                                        Texas Bar No. 12994900

                                        Guajardo & Marks, LLP
                                        Three Forest Plaza
                                        12221 Merit Drive, Suite 945
                                        Dallas, Texas 75251
                                        P:  (972) 774-9800
                                        F:  (972) 774-9801
                                        mike@guajardomarks.com
                                        greg@guajardomarks.com

                                        ATTORNEYS FOR PLAINTIFF

# CERTIFICATION OF VITAL RECORD

**COPY**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 09295   LOCAL NO. 1686   COUNTY OF DEATH: Wake   STATE FILE NO. _____

**DECEDENT**

- 1a. FIRST: Carol
- 1b. MIDDLE: Meta
- 1c. LAST: Cummings
- 1d. SUFFIX: .
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Hren
- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 70
- 4. DATE OF BIRTH: 3/4/1949
- 5. BIRTHPLACE: Suffolk, NY
- 6. DATE OF DEATH: 4-22-19
- 7a. PLACE OF DEATH: Inpatient (hospital)
- 7c. FACILITY NAME: UNC Rex Hospital
- 7d. CITY OR TOWN: Raleigh
- 7e. COUNTY OF DEATH: Wake
- 8. MARITAL STATUS: Married
- 9. SURVIVING SPOUSE: James Cummings
- 10a. DECEDENT'S USUAL OCCUPATION: Teacher
- 10b. KIND OF BUSINESS/INDUSTRY: Public School
- 11. SOCIAL SECURITY NUMBER: 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
- 12a. RESIDENCE-STATE: NC
- 12b. COUNTY: Wake
- 12c. CITY OR TOWN: Wendell
- 12d. STREET AND NUMBER: 6704 Knightdale-Eagle Rock Road
- 12e. INSIDE CITY LIMITS: No
- 12f. ZIP CODE: 27591
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No
- 14. DECEDENT'S EDUCATION: Bachelor's degree
- 15. HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
- 16. RACE: White

**PARENTS**

- 17. FATHER/PARENT NAME: William Alexander Hren
- 18. MOTHER/PARENT NAME: Lucille Dertha Kersten
- 19a. INFORMANT'S NAME: James Carl Cummings
- 19b. RELATIONSHIP: Husband
- 19c. MAILING ADDRESS: 6704 Knightdale-Eagle Rock Rd., Wendell, NC 27591

**DISPOSITION**

- 20a. METHOD OF DISPOSITION: Cremation
- 20b. PLACE OF DISPOSITION: L. Harold Poole Crematory
- 20c. LOCATION: Knightdale, NC
- 21b. LICENSE NUMBER: FSL-723
- 21c. NAME OF EMBALMER: Not Embalmed
- 22. NAME AND ADDRESS OF FUNERAL HOME: L. Harold Poole Funeral Service & Crematory, 944 Old Knight Rd., Knightdale, NC 27545

**MEDICAL CERTIFICATION**

23. Part I. IMMEDIATE CAUSE:
   a. Ruptured Abdominal Aortic Aneurysm — Approximate interval: Hours

24a. WAS AN AUTOPSY PERFORMED?: No

25. MANNER OF DEATH: Natural
26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: No
27. TIME OF DEATH: 19:05
28. DID TOBACCO USE CONTRIBUTE TO DEATH?: No
29. IF FEMALE: Not pregnant within past year

**CERTIFIER**

32. CERTIFIER: Certifying physician
33b. LICENSE NUMBER: 0010-04055
33c. DATE SIGNED: 4-22-19
33d. NAME AND ADDRESS OF CERTIFIER: Christopher Kemp, PA, 4420 Lake Boone Tr, Raleigh NC 27607

**REGISTRAR**

34. LOCAL REGISTRAR: Regina P. Pettaway
35. DATE FILED: APR 23 2019

DHHS 1872 (REVISED 11/2017) N.C. VITAL RECORDS

---

# STATE OF NORTH CAROLINA
## WAKE COUNTY
### OFFICE OF REGISTER OF DEEDS

Volume _____   Page _____

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

092-617507

**Charles P. Gilliam**
Register of Deeds
Wake County

Witness my hand and official seal this the 24 day of April, 2019

By _____
Deputy/Assistant Register of Deeds

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.



COLONIAL BANKNOTE    ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE