UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Carol M. Cummings v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:17-cv-17414

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as

any responses thereto, finds the motions meritorious. Therefore, **IT IS ORDERED** that Plaintiff

James C. Cummings, surviving spouse of Carol M. Cummings, is substituted for Plaintiff Carol M.

Cummings as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE