# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Lorenzo Madison, on Behalf of Estate of Harriet Myers and on Behalf of Himself and Other Wrongful Death Beneficiaries of Harriet Myers**

**Civil Action No. 2:15-cv-02846**

## PLAINTIFF'S JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys Suzanne Keys, Crystal Wise Martin, Rafael Green, and Retoya Gilmer, of Precious Martin & Associates, and Andy D. Birchfield, Jr. of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and pursuant to the request of the above-referenced Plaintiff, move for the withdrawal of Suzanne Keys, Crystal Wise Martin, Rafael Green, Retoya Gilmer, and Precious Martin & Associates and substitution of Andy D. Birchfield, Jr. of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., in place thereof.

Respectfully submitted,

Date: July 3, 2019

s/ Andy D. Birchfield, Jr._____
Andy D. Birchfield, Jr.
C. Gibson Vance

        David B. Byrne, III
        BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C.
        Post Office Box 4160
        Montgomery, Alabama 36103-4160
        (334) 269-2343
        (334) 954-7555 (facsimile)
        Andy.Birchfield@BeasleyAllen.com
        Gibson.Vance@BeasleyAllen.com
        David.Byrne@BeasleyAllen.com

        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  July 2, 2019                              s/Andy D. Birchfield, Jr.
                                                      Andy D. Birchfield, Jr.