UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

GLADYS FOREMAN,
Civil Action No. 2:16-cv-9671

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a). Denise S. Neal, the daughter of Gladys Foreman, is the Power of Attorney for Gladys Foreman. The Power of Attorney includes the right over claims and litigation. For the foregoing reasons shown, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute "Denise S. Neal, as Power of Attorney for Gladys Foreman", for the current Plaintiff Gladys Foreman.

Dated:  July 5, 2019                      Respectfully submitted,

                                          DOWD & DOWD, P.C.

                                    By:   /s/ Laura G. Lumaghi
                                          Laura G. Lumaghi (MO Bar #50186)
                                          DOWD & DOWD, P.C.
                                          211 N. Broadway, Suite 4050
                                          St. Louis, MO 63102
                                          (314) 621-2500
                                          Fax: (314) 621-2503
                                          laura@dowdlaw.net

                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Substitution has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi