UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

GLADYS FOREMAN,
Civil Action No. 2:16-cv-9671

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Denise S. Neal, as Power of Attorney for Gladys Foreman, is substituted for Plaintiff Gladys Foreman, in the above captioned cause.

Dated: _____     _____
                                                                          Hon. Eldon E. Fallon
                                                                          United States District Court Judge