UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION § § § THIS DOCUMENT RELATES TO: § § The Cases Listed on the attached Exhibit A § § | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of John H. "Trey" Allen, III of the law firm of Allen & Nolte, PLLC as counsel for:

ALL CASES LISTED ON EXHIBIT "A"

Dated this 5th day of July, 2019.

**ALLEN & NOLTE, PLLC**

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III
trey@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III

# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Ira Tunnell, et al. | 2:16-cv-02180 |
| Robert Strickler | 2:16-cv-00494 |
| Gary Hellmer | 2:16-cv-11666 |
| Myra Best | 2:16-cv-13004 |
| Deborah Galvin, et al. | 2:16-cv-03339 |
| Kathleen Skeel, et al. | 2:16-cv-11991 |
| James Weakland | 2:16-cv-12029 |
| Mary Ann Oliver | 2:16-cv-14387 |
| Julie Hixon | 2:15-cv-02992 |
| Amarjit Ghuman | 2:16-cv-03340 |
| Beverly Eads, et al. | 2:16-cv-03331 |
| Arthur Woodworth | 2:16-cv-03500 |
| Bill Crabtree | 2:15-cv-02950 |
| Lorraine Perri, et al. | 2:16-cv-03367 |
| Juliette Petri, et al. | 2:15-cv-03743 |
| Larry Jones | 2:16-cv-11683 |
| Kathleen Pahls, et al. | 2:15-cv-03010 |
| Selenia Ferrell, et al. | 2:18-cv-12116 |
| Betty Thornton | 2:15-cv-03758 |
| Michael Allen | 2:19-cv-02933 |
| Lois Gnade, et al. | 2:16-cv-02689 |
| Dorothy Burroughs | 2:15-cv-02942 |
| Joseph Kocherhans | 2:16-cv-12817 |
| Julius Snyder, et al. | 2:16-cv-00505 |
| Alice Ruth Cloud | 2:16-cv-13021 |
| Thomas Adams | 2:16-cv-03921 |
| Shanda Antle | 2:19-cv-02869 |
| Delbert Opie | 2:16-cv-07028 |
| Bruno Giordano | 2:16-cv-03343 |
| Gloria Arnson | 2:16-cv-03067 |
| Anne Kates | 2:16-cv-12247 |
| Frances Coleman | 2:15-cv-02947 |
| Pauline Tuttle | 2:15-cv-06508 |