# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | | |
| | | MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of John H. "Trey" Allen, III of the law firm of Allen & Nolte, PLLC as counsel for:

ALL CASES LISTED ON EXHIBIT "A"

Dated this 5th day of July, 2019.

**ALLEN & NOLTE, PLLC**

/s/ John H.  "Trey" Allen, III
John H. "Trey" Allen, III
trey@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| John Haggerty, Jr., et al. | 2:16-cv-12687 |
| Nodine Sankowsky | 2:16-cv-13280 |
| Lois Jensen, et al. | 2:16-cv-12805 |
| Karl Addis, et al. | 2:16-cv-12975 |
| Gerald Mackenzie | 2:16-cv-13245 |
| Velta Salter | 2:16-cv-02701 |
| Alfred Minnicozzi | 2:16-cv-03411 |
| Doyce Gilmer | 2:16-c-v03341 |
| Carol Trussell | 2:16-cv-02705 |
| Earl Slone | 2:15-cv-06497 |
| Max Sprinkle, et al. | 2:16-cv-04198 |
| Raymond Pasholk, et al. | 2:16-cv-06765 |
| Anthony Cordileone, et al. | 2:16-cv-09931 |
| James Dougherty | 2:15-cv-02954 |
| Carla Hawkins | 2:15-cv-02986 |
| John Kalker | 2:16-cv-14546 |
| Gail Fitzgerald, et al. | 2:16-cv-03334 |
| Walter Penn Morton | 2:16-cv-00786 |
| David York | 2:15-cv-02562 |
| Jon Rowland | 2:16-cv-03490 |
| James O'Brien | 2:16-cv-03423 |
| Trevor Dudley | 2:16-cv-03327 |
| Edward Boudreaux, et al. | 2:15-cv-02937 |
| John Kinnear | 2:15-cv-06206 |
| Rodney Fama | 2:16-cv-13040 |
| Thomas Woodfin | 2:16-cv-12040 |
| Nancy Alexandrowicz | 2:16-cv-12951 |
| Thomas Lillis | 2:16-cv-02164 |
| Robert Deardorff | 2:15-cv-02953 |
| Gene Mason, et al. | 2:15-cv-03007 |
| Jimmy Niece | 2:15-cv-02559 |
| Ira Boggs | 2:16-cv-13008 |
| Ada Jane Puckett | 2:16-cv-11740 |
| Doris Bradley | 2:16-cv-02611 |
| Joseph Loughney | 2:15-cv-03740 |
| Mary Thompson | 2:16-cv-02704 |

| | |
|---|---|
| Candace Anderson | 2:15-cv-02924 |
| William Bullett | 2:16-cv-02612 |
| Annabelle Arrivo, et al. | 2:16-cv-02422 |
| Patricia Lawlor | 2:15-cv-03004 |
| Edmond Rando | 2:16-cv-11741 |
| Diane Bell, et al. | 2:16-cv-03308 |
| Jeanne Anderson, et al. | 2:16-cv-02682 |