# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re:  XARELTO (RIVAROXABAN) § | |
| PRODUCTS LIABILITY LITIGATION § | MDL No. 2592 |
| § | |
| THIS DOCUMENT RELATES TO: § | SECTION L |
| § | JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A § | |
| § | MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of John H. "Trey" Allen, III of the law firm of Allen & Nolte, PLLC as counsel for:

ALL CASES LISTED ON EXHIBIT "A"

Dated this 5th day of July, 2019.

**ALLEN & NOLTE, PLLC**

/s/ John H.  "Trey" Allen, III
John H. "Trey" Allen, III
trey@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Dennis Banks | 2:16-cv-03395 |
| George Bernzweig | 2:16-cv-05772 |
| William Cook | 2:16-cv-05777 |
| Wayne Craft | 2:16-cv-02614 |
| Robert Craig, et al. | 2:15-cv-00222 |
| George Czinkota | 2:16-cv-03325 |
| Elaine Dzialo | 2:15-cv-02958 |
| Lawrence Ellis | 2:16-cv-03332 |
| Darlene Cress, et al. | 2:15-cv-02951 |
| Janice Foley | 2:16-cv-03335 |
| Charles Forbes, Jr. | 2:16-cv-02684 |
| Jerry Gage | 2:16-cv-13056 |
| Jean Goff | 2:18-cv-05821 |
| Robert Goodman | 2:16-cv-09935 |
| Lawrence Gray | 2:15-cv-02978 |
| John Hamer, et al. | 2:16-cv-12688 |
| Ralph Hester | 2:16-cv-07016 |
| Elizabeth Hoover | 2:16-cv-12800 |
| Mark Knighton | 2:16-cv-11696 |
| Jane Komo | 2:16-cv-11699 |
| Mary Kronberg, et al. | 2:15-cv-02998 |
| Madaline LaVine | 2:15-cv-03003 |
| Edward Montgomery | 2:15-cv-03008 |
| Larry Moore | 2:15-cv-02558 |
| Beverly Palazzolo, et al. | 2:15-cv-03011 |
| Monica Parker, et al. | 2:16-cv-13259 |
| Leonard Powell | 2:16-cv-13260 |
| Barbara Rademaker, et al. | 2:16-cv-06762 |
| Thomas Raes | 2:16-cv-00504 |
| Billy Reid | 2:16-cv-12891 |
| Annette Roesler, et al. | 2:16-cv-13270 |
| Dorothy Schiessl, et al. | 2:16-cv-02174 |
| Huey Seyfarth, Sr. | 2:16-cv-02702 |
| Janet Siglin, et al. | 2:16-cv-06758 |
| Ruby Sparks | 2:16-cv-03495 |
| Mary Ann Spraungel, et al. | 2:15-cv-05686 |

| Thomas Stump, et al. | 2:16-cv-06742 |
| --- | --- |
| Jettia Traylor | 2:16-cv-12002 |
| David Watt | 2:15-cv-03760 |
| Kathryn Plosica, et al. | 2:15-cv-03747 |