110 S.E. 6th Street, Suite 2300  
Fort Lauderdale, FL 33301  

FHVlegal.com



Office (954) 467-6400  
Toll Free (866) 938-9484  
Fax (954) 670-2530

FREEDLAND | HARWIN | VALORI

April 16, 2019

**SENT VIA FEDEX TRACKING: 7749 9159 4512**

Raymond Burlen  
6322 Willow Place  
Erir, MI 48133

RE: XARELTO SETTLEMENT

***IMPORTANT UPDATE: XARELTO CLAIM***

Dear Raymond Burlen

We have been trying to reach you for some time regarding updates on Xarelto claims, which are now leading to settlement. As you already know, your claim was filed and is now one of those cases being reviewed for settlement.

It is extremely important that you contact our firm immediately as there are a few important details we need to discuss. Please contact us immediately and we will explain the next steps we'll be taking in your case.

Thank you for your cooperation in this matter.

Very truly yours,

/s/ *Sharon Roberts*  
Sharon Roberts

SR/dm  
Enclosures





110 S.E. 6th Street, Suite 2300  
Fort Lauderdale, FL 33301  

Office (954) 467-6400  
Toll Free (888) 254-7066  

fhvlegal.com  

FREEDLAND | HARWIN | VALORI

**Michael S. Freedland**  
Michael@fhvlegal.com  

**Daniel Harwin**  
Daniel@fhvlegal.com  

**Raymond Valori**  
Ray@fhvlegal.com  

**Cameron Barnard**  
Cameron@fhvlegal.com  

**Joseph P. Discepola**  
Joseph@fhvlegal.com  

May 30, 2019

<u>**SENT VIA REGULAR AND CERTIFIED MAIL : 7019 0140 0000 4018 9462**</u>

Raymond Burlen  
6322 Willow Place  
Erie, MI 48133  

**Re: Pharmaceutical Xarelto claim for Raymond Burlen**

Dear Mr. Burlen:

As you may know, we have been trying to reach you for quite some time regarding your Xarelto claim; however, we have not received a response from you despite our numerous phone calls and letters.

We cannot effectively represent you under these circumstances and have no choice but to withdraw as counsel regarding your Xarelto claim. At this time we ask that you notify us within 14 days from the date of this letter as to whether you will be obtaining other counsel to represent you or whether you intend to represent yourself. At that time will be filing our Motion to Withdraw with the Court.

Sincerely,

By: *Raymond Valori*  
     Raymond Valori  
     For the firm

RWV/dt



110 S.E. 6th Street, Suite 2300
Fort Lauderdale, FL 33301

Office (954) 467-6400
Toll Free (888) 254-7066

fhvlegal.com

FREEDLAND | HARWIN | VALORI

**Michael S. Freedland**
Michael@fhvlegal.com

**Daniel Harwin**
Daniel@fhvlegal.com

**Raymond Valori**
Ray@fhvlegal.com

**Cameron Barnard**
Cameron@fhvlegal.com

**Joseph P. Discepola**
Joseph@fhvlegal.com

June 6, 2019

**SENT VIA REGULAR AND CERTIFIED MAIL : 7019 0140 0000 4018 7536**

Raymond Burlen
4517 Oldenburg Dr.
Toledo, OH 43611

**Re: Pharmaceutical Xarelto claim for Raymond Burlen**

Dear Mr. Burlen:

As you may know, we have been trying to reach you for quite some time regarding your Xarelto claim; however, we have not received a response from you despite our numerous phone calls and letters.

We cannot effectively represent you under these circumstances and have no choice but to withdraw as counsel regarding your Xarelto claim. At this time we ask that you notify us within 14 days from the date of this letter as to whether you will be obtaining other counsel to represent you or whether you intend to represent yourself. At that time will be filing our Motion to Withdraw with the Court.

Sincerely,

By: *Raymond Valori*
Raymond Valori
For the firm

RWV/dt