UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | Civil Action No.; 2:16-cv-17084-EEF-MBN<br>MDL No. 2592 |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JURY TRIAL DEMANDED |
| MICHAEL SCHARTIGER | : | |
| | : | |
| | : | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF MICHAEL SCHARTIGER**

Pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana and Federal Rule of Civil Procedure 7, the undersigned counsel for MICHAEL SCHARTIGER, and all other attorneys of record in this matter, hereby request the Court and counsel allow withdrawal as counsel of record for MICHAEL SCHARTIGER and in support thereof state:

The undersigned have made numerous attempts to contact the client, Plaintiff MICHAEL SCHARTIGER including phone calls and written correspondence. The undersigned have undertaken all reasonable efforts to communicate with client and to be sure that the client's contact information has not changed and is current. Nevertheless, Mr. Schartiger, has failed to respond to all of Counsel's numerous communication attempts regarding the upcoming deadlines in this case. Counsel has sent letters via regular US mail, Certified Mail and Federal Express to Plaintiff's last known address of 58 Buffington Run Rd., Heaters, WV 26627.

Undersigned counsel has also left numerous messages on Plaintiff's answering machine on (304) 644-1996 at least since March 26, 2019, to which there was no response. Copies of said letters are attached as composite Exhibit A.

A copy of this motion will be served upon Plaintiff at his last known address of 58 Buffington Run Rd., Heaters, WV 26627.

Dated: July 8, 2019

                              Respectfully submitted,

                              __/s/ Raymond Valori_____
                              RAYMOND VALORI
                              FREEDLAND HARWIN VALORI, PL
                              110 SE 6th Street, Suite 2300
                              Ft. Lauderdale, FL 33301
                              Tel:       954-467-6400
                              Fax:      954-670-2530

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw As Counsel of Record Without Substitution has been filed electronically on this 8th day of July, 2019 using the Court's CM/ECF system and sent via USPS Certified Mail to Plaintiff MICHAEL SCHARTIGER at his last known address of:

58 Buffington Run Rd.

Heaters, WV 26627

Dated: July 8, 2019

                              __/s/ Raymond Valori_____
                              RAYMOND VALORI
                              Fla. Bar #: 33200
                              Ray@FHVLegal.com
                              DANIEL HARWIN
                              Fla. Bar #: 682446

Daniel@FHVLegal.com

THE LAW OFFICES OF ROBERT J.
FENSTERSHEIB & ASSOCIATES
520 W Hallandale Beach Blvd.
Hallandale Beach, FL 33009
Tel:	954-456-2488
Fax:	954-456-2588
ROBERT J. FENSTERSHEIB
Fla. Bar #: 307300
rjf@fenstersheib.com

# EXHIBIT A
# (composite)