110 S.E. 6th Street, Suite 2300
Fort Lauderdale, FL 33301

FHVlegal.com



**FHV**

FREEDLAND I HARWIN I VALORI

Office (954) 467-6400
Toll Free (866) 938-9484
Fax (954) 670-2530

April 16, 2019

**SENT VIA FEDEX TRACKING: 7749 9137 3232**

Michael  Schartiger
58 Buffington Run Road
Heaters, WV 26627

RE: XARELTO SETTLEMENT

***IMPORTANT UPDATE: XARELTO CLAIM***

Dear Michael Schartiger:

We have been trying to reach you for some time regarding updates on Xarelto claims, which are now leading to settlement. As you already know, your claim was filed and is now one of those cases being reviewed for settlement.

It is extremely important that you contact our firm immediately as there are a few important details we need to discuss. Please contact us immediately and we will explain the next steps we'll be taking in your case.

Thank you for your cooperation in this matter.

Very truly yours,

/s/ *Sharon Roberts*
Sharon Roberts

SR/dm
Enclosures



EXHIBIT

"A"

COMPOSITE



110 S.E. 6th Street, Suite 2300
Fort Lauderdale, FL 33301

Office (954) 467-6400
Toll Free (888) 254-7066

fhvlegal.com

FREEDLAND I HARWIN I VALORI

**Michael S. Freedland**
Michael@fhvlegal.com

**Daniel Harwin**
Daniel@fhvlegal.com

**Raymond Valori**
Ray@fhvlegal.com

**Cameron Barnard**
Cameron@fhvlegal.com

**Joseph P. Discepola**
Joseph@fhvlegal.com

May 30, 2019

**SENT VIA REGULAR AND CERTIFIED MAIL : 7019 0140 0000 4018 9455**

Michael Schartiger
58 Buffington Run Rd.
Heaters, WV 26627

**Re: Pharmaceutical Xarelto claim for Michael Schartiger**

Dear Schartiger:

As you may know, we have been trying to reach you for quite some time regarding your Xarelto claim; however, we have not received a response from you despite our numerous phone calls and letters.

We cannot effectively represent you under these circumstances and have no choice but to withdraw as counsel regarding your Xarelto claim. At this time we ask that you notify us within 14 days from the date of this letter as to whether you will be obtaining other counsel to represent you or whether you intend to represent yourself. At that time will be filing our Motion to Withdraw with the Court.

Sincerely,

By: *Raymond Valori*
Raymond Valori
For the firm

RWV/dt

110 S.E. 6th Street, Suite 2300, Fort Lauderdale, FL 33301 | Office (954) 467-6400, Toll Free (888) 254-7066, fhvlegal.com