UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | Civil Action No.; 2:16-cv-17084-EEF-MBN<br>MDL No. 2592 |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: : | JURY TRIAL DEMANDED |
| MICHAEL SCHARTIGER | |
| : | |
| : | |

### AFFIDAVIT OF RAYMOND VALORI, ESQ. AS TO CLIENT CONTACT AS IT RELATES TO MOTION FOR LEAVE TO THE WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF MICHAEL SCHARTIGER

STATE OF FLORIDA

COUNTY OF BROWARD

RAYMOND VALORI, ESQ., being first duly sworn, states as follows:

1. I am RAYMOND VALORI, ESQ., I am over the age of 21 and competent to make the statements set forth herein.

2. I am licensed to practice law in the State of Florida.

3. I am familiar with the facts of this case and attempts that have been made to contact our client, Plaintiff, MICHAEL SCHARTIGER.

4. Beginning March 26, 2019, telephone calls from our office to Mr. Schartiger were unsuccessful, despite numerous voicemails left for him.

5. Correspondence dated April 16, 2019 was delivered to Mr. Schartiger via Federal Express advising of the potential settlement and was delivered and not returned.

6. Correspondence dated May 30, 2019 was sent to Mr. Schartiger via regular and certified mail. These letters were not returned and, therefore, believed to have been received. However, Mr. Schartiger did not make any attempts to contact me.

7. All reasonable efforts to contact Mr. Schartiger have been made and we have no further means to contact him.

8. Under penalties of perjury, I declare I have read the foregoing Affidavit and the facts stated therein are true and correct to the best of my knowledge.

_____
RAYMOND VALORI, ESQ.

SWORN TO AND SUBSCRIBED in my presence this 8th day of July, 2019, by Raymond Valori, Esq., who is personally known to me,

_____
Notary Public
State of Florida

My Commission expires:



TATIANA CANCEL
MY COMMISSION # GG182175
EXPIRES: February 04, 2022