**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | MDL No. 2592 |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | |
| **This Document Relates to:** | ) | SECTION: L |
| | ) | |
| *Gary Glacken v. Janssen Research &* | ) | JUDGE FALLON |
| *Development, et al.;* | ) | |
| *Civil Action No. 2:18-cv-08339* | ) | |
| _____ | ) | MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for

an order substituting Terry Glacken on behalf of her deceased husband, Gary Glacken, for the

following reasons:

1. On August 31, 2018, Gary Glacken filed a Complaint in the above referenced matter.

2. On December 27, 2018, Gary Glacken passed away.

3. Plaintiff's wife, Terry Glacken, notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit on his behalf.

4. Terry Glacken is in the process of being appointed as Representative of the Estate of Gary Glacken.

5. Notice of Gary Glacken's death was submitted to this Honorable Court on June 26, 2019 (*See* Exhibit A).

6. The decedent's wife, Terry Glacken, is the Proper Party Plaintiff and wishes to be substituted on behalf of Gary Glacken in this case.

Wherefore, movant prays for said substitution.

Dated: July 8, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

2

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 8, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.

3