**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | MDL No. 2592 |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | |
| **This Document Relates to:** | ) | SECTION: L |
| | ) | |
| *Gary Glacken v. Janssen Research &* | ) | JUDGE FALLON |
| *Development, et al.;* | ) | |
| *Civil Action No. 2:18-cv-08339* | ) | |
| _____ | ) | MAG. JUDGE NORTH |

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED,

and that Terry Glacken, on behalf of her deceased husband, Gary Glacken, be substituted as the

proper party plaintiff, herein.

Signed New Orleans, Louisiana this_____day of_____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge