## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| This Document Relates to: | ) ) | SECTION: L |
| *Edward Dilick v. Janssen Research & Development, et al.;* Civil Action No. 2:18-cv-05050 | ) ) ) ) | JUDGE FALLON |
| _____ | ) | MAG. JUDGE NORTH |

### <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Patricia Dilick on behalf of her deceased husband, Edward Dilick, for the following reasons:

1. On May 18, 2018, Edward Dilick filed a Complaint in the above referenced matter.

2. On February 24, 2019, Edward Dilick passed away.

3. Plaintiff's wife, Patricia Dilick, notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit on his behalf.

4. Patricia Dilick is in the process of being appointed as Representative of the Estate of Edward Dilick.

5. Notice of Edward Dilick's death was submitted to this Honorable Court on June 26, 2019 (*See* Exhibit A).

6. The decedent's wife, Patricia Dilick, is the Proper Party Plaintiff and wishes to be substituted on behalf of Edward Dilick in this case.

Wherefore, movant prays for said substitution.

Dated: July 8, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 8, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.