UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Chrishawn Clark. v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-08968* _____ | ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Christian Clark on behalf of his deceased mother, Chrishawn Clark, for the following reasons:

1. On September 26, 2018, Chrishawn Clark filed a Complaint in the above referenced matter.

2. On February 9, 2019, Chrishawn Clark passed away.

3. Plaintiff's son, Christian Clark, notified Plaintiff's counsel of his mother's passing and his interest in continuing this lawsuit on her behalf.

4. Christian Clark is in the process of being appointed as Representative of the Estate of Chrishawn Clark.

5. Notice of Chrishawn Clark's death was submitted to this Honorable Court on June 26, 2019 (*See* Exhibit A).

6. The decedent's son, Christian Clark, is the Proper Party Plaintiff and wishes to be substituted on behalf of Chrishawn Clark in this case.

Wherefore, movant prays for said substitution.

Dated: July 8, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC

                2925 Richmond Avenue, Suite 1725
                Houston, TX 77098
                (713) 664-4555 Phone
                (713) 664-7543 Fax
                llamacchia@pulaskilawfirm.com
                adam@pulaskilawfirm.com
                *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 8, 2019

                                                    */s/ Leslie LaMacchia*
                                                  Leslie LaMacchia, Esq.