UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Chrishawn Clark v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-08968* _____ | ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Christian Clark, on behalf of his deceased mother, Chrishawn Clark, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge