# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Rebecca Harris v. Janssen Research & Development, et al.;* *Civil Action No. 2:16-cv-16640* | ) JUDGE FALLON ) ) |
| _____ | ) MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Paige Harris on behalf of her deceased mother, Rebecca Harris, for the following reasons:

1. On November 29, 2016, Rebecca Harris filed a Complaint in the above referenced matter.

2. On June 7, 2017, Rebecca Harris passed away.

3. Plaintiff's daughter, Paige Harris, notified Plaintiff's counsel of her mother's passing and her interest in continuing this lawsuit on her behalf.

4. Paige Harris is in the process of being appointed as Representative of the Estate of Rebecca Harris.

5. Notice of Rebecca Harris's death was submitted to this Honorable Court on June 26, 2019 (*See* Exhibit A).

6. The decedent's daughter, Paige Harris, is the Proper Party Plaintiff and wishes to be substituted on behalf of Rebecca Harris in this case.

Wherefore, movant prays for said substitution.

Dated: July 8, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8${}^{th}$ day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 8, 2019

                                            */s/ Leslie LaMacchia*
                                            Leslie LaMacchia, Esq.