# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| **This Document Relates to:** | ) | MAG. JUDGE NORTH |
| *Rebecca Harris v. Janssen Pharmaceuticals, Inc.,* | ) | |
| *et al., Civil Action No. 2:16-cv-16640* | ) | |
| | ) | |
| | ) | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Rebecca Harris.

Dated: June 26, 2019

Respectfully submitted,

By: /s/ Leslie LaMacchia

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


Dated:  June 26, 2019                                              Respectfully submitted,

                                                                                    */s/ Leslie LaMacchia*

                                                                                    Leslie LaMacchia, Esq.
                                                                                    Adam Pulaski, Esq.
                                                                                    PULASKI LAW FIRM, PLLC
                                                                                    2925 Richmond Avenue, Suite 1725
                                                                                    Houston, TX 77098
                                                                                    (713) 664-4555 Phone
                                                                                    (713) 664-7543 Fax
                                                                                    llamacchia@pulaskilawfirm.com
                                                                                    adam@pulaskilawfirm.com

                                                                                    *Attorneys for the Plaintiff*