# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Rebecca Harris v. Janssen Research & Development, et al.;* *Civil Action No. 2:16-cv-16640* | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Dated:   July 8, 2019

                                            Respectfully submitted,

                                            */s/ Leslie LaMacchia*
                                            Leslie LaMacchia, Esq.
                                            Adam Pulaski, Esq.
                                            PULASKI LAW FIRM, PLLC
                                            2925 Richmond Avenue, Suite 1725
                                            Houston, TX 77098
                                            (713) 664-4555 Phone
                                            (713) 664-7543 Fax
                                            llamacchia@pulaskilawfirm.com
                                            adam@pulaskilawfirm.com

                                            *Attorneys for the Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July , 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
