**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) **PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Sabri Xhumallari v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-00783* _____ | ) ) ) ) ) | JUDGE FALLON  MAG. JUDGE NORTH |

## <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Ymer Xhumallari on behalf of his deceased father, Sabri Xhumallari, for the following reasons:

1. On January 25, 2018, Sabri Xhumallari filed a Complaint in the above referenced matter.

2. On March 16, 2019, Sabri Xhumallari passed away.

3. Plaintiff's son, Ymer Xhumallari, notified Plaintiff's counsel of his father's passing and his interest in continuing this lawsuit on his behalf.

4. Ymer Xhumallari is in the process of being appointed as Representative of the Estate of Sabri Xhumallari.

5. Notice of Sabri Xhumallari's death was submitted to this Honorable Court on June 26, 2019 (*See* Exhibit A).

6. The decedent's son, Ymer Xhumallari, is the Proper Party Plaintiff and wishes to be substituted on behalf of Sabri Xhumallari in this case.

Wherefore, movant prays for said substitution.

Dated: July 8, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 8, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
