# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Sabri Xhumallari v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-00783* | ) JUDGE FALLON ) ) |
| | ) MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Sabri Xhumallari.

Dated: June 26, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 26, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Leslie LaMacchia*

　　　　　　　　　　　　　　　　　　　　　　Leslie LaMacchia, Esq.
　　　　　　　　　　　　　　　　　　　　　　Adam Pulaski, Esq.
　　　　　　　　　　　　　　　　　　　　　　PULASKI LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　　　2925 Richmond Avenue, Suite 1725
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　　(713) 664-4555 Phone
　　　　　　　　　　　　　　　　　　　　　　(713) 664-7543 Fax
　　　　　　　　　　　　　　　　　　　　　　llamacchia@pulaskilawfirm.com
　　　　　　　　　　　　　　　　　　　　　　adam@pulaskilawfirm.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*