# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Sabri Xhumallari v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-00783* | ) JUDGE FALLON ) ) |
| | ) MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Dated:   July , 2019

                                              Respectfully submitted,

                                              */s/ Leslie LaMacchia*
                                              Leslie LaMacchia, Esq.
                                              Adam Pulaski, Esq.
                                              PULASKI LAW FIRM, PLLC
                                              2925 Richmond Avenue, Suite 1725
                                              Houston, TX 77098
                                              (713) 664-4555 Phone
                                              (713) 664-7543 Fax
                                              llamacchia@pulaskilawfirm.com
                                              adam@pulaskilawfirm.com

                                              *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July , 2019

>*/s/ Leslie LaMacchia*
>Leslie LaMacchia, Esq.