# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Jessie Moultry v. Janssen Research & Development, et al.;* Civil Action No. 2:18-cv-09996 _____ | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Morel Moultry, on behalf of his deceased wife, Jessie Moultry, for the following reasons:

1. On October 25, 2018, Jessie Moultry filed a Complaint in the above referenced matter.

2. On April 16, 2019, Jessie Moultry passed away.

3. Plaintiff's husband, Morel Moultry, notified Plaintiff's counsel of his wife's passing and his interest in continuing this lawsuit on her behalf.

4. Morel Moultry is in the process of being appointed as Representative of the Estate of Jessie Moultry.

5. Notice of Jessie Moultry's death was submitted to this Honorable Court on June 26, 2019 (*See* Exhibit A).

6. The decedent's husband, Morel Moultry, is the Proper Party Plaintiff and wishes to be substituted on behalf of Jessie Moultry in this case.

Wherefore, movant prays for said substitution.

Dated: July 8, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 8, 2019

/s/ *Leslie LaMacchia*
Leslie LaMacchia, Esq.