# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 )  ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Randall Elam v. Janssen Research & Development, et al.;* *Civil Action No. 2:19-cv-07806* _____ | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Leona Elam on behalf of her deceased husband, Randall Elam, for the following reasons:

1. On April 3, 2019, Randall Elam filed a Complaint in the above referenced matter.

2. On October 4, 2017, Randall Elam passed away.

3. Plaintiff's wife, Leona Elam, notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit on his behalf.

4. Leona Elam is in the process of being appointed as Representative of the Estate of Randall Elam.

5. Notice of Randall Elams's death was submitted to this Honorable Court on July 2, 2019 (*See* Exhibit A).

6. The decedent's wife, Leona Elam, is the Proper Party Plaintiff and wishes to be substituted on behalf of Randall Elam in this case.

Wherefore, movant prays for said substitution.

Dated: July 8, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated:  July 8, 2019

                                                    */s/ Leslie LaMacchia*
                                                  Leslie LaMacchia, Esq.