# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Randall Elam v. Janssen Research & Development, et al.;* *Civil Action No. 2:19-cv-07806* | ) ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Dated:    July 8, 2019

                                                          Respectfully submitted,

                                                        */s/ Leslie LaMacchia*
                                                        Leslie LaMacchia, Esq.
                                                        Adam Pulaski, Esq.
                                                        PULASKI LAW FIRM, PLLC
                                                        2925 Richmond Avenue, Suite 1725
                                                       Houston, TX 77098
                                                       (713) 664-4555 Phone
                                                       (713) 664-7543 Fax
                                                       llamacchia@pulaskilawfirm.com
                                                       adam@pulaskilawfirm.com

                                                       *Attorneys for the Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 8, 2019

                                                 */s/ Leslie LaMacchia*
                                                 Leslie LaMacchia, Esq.