UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Myron Kilgore v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-09847* _____ | ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Rose Kilgore, on behalf of her deceased husband, Myron Kilgore, for the following reasons:

1. On October 23, 2018, Myron Kilgore filed a Complaint in the above referenced matter.

2. On June 10, 2019, Myron Kilgore passed away.

3. Plaintiff's wife, Rose Kilgore, notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit on his behalf.

4. Rose Kilgore was appointed as Executrix of the Estate of Myron Kilgore, by the Probate Court of Hamilton County, Ohio, on June 25, 2019.

5. Notice of Myron Kilgore's death was submitted to this Honorable Court on July 8, 2019 (*See* Exhibit A).

6. The decedent's wife, Rose Kilgore, is the Proper Party Plaintiff and wishes to be substituted on behalf of Myron Kilgore in this case.

Wherefore, movant prays for said substitution.

Dated: July 8 , 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

2

                                      Houston, TX 77098
                                      (713) 664-4555 Phone
                                      (713) 664-7543 Fax
                                      llamacchia@pulaskilawfirm.com
                                      adam@pulaskilawfirm.com

                                      *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 8, 2019

>                              */s/ Leslie LaMacchia*
>                              Leslie LaMacchia, Esq.