UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Myron Kilgore v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-09847* _____ | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Rose Kilgore, on behalf of her deceased husband, Myron Kilgore, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge