UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2592 |
| | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

FAULKNER ET AL v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,

Civil Action No. 2:16-cv-04237

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff CLARENCE FAULKNER.

Dated: July 08, 2019          Respectfully Submitted,

                                               **KAGAN LEGAL GROUP, LLC**

                                               By: */s/ Andrew T. Kagan*
                                               Andrew T. Kagan, Esq.
                                               Kagan Legal Group, LLC
                                               295 Palmas Inn Way, Suite 6
                                               Humacao, PR 00791
                                               Telephone: (939) 220-2424
                                               Facsimile: (939) 220-2477
                                               Email: andrew@kaganlegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via CM/ECF SYSTEM, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: July 8, 2019                     Respectfully Submitted,

                                        **KAGAN LEGAL GROUP, LLC**

                                        By: */s/ Andrew T. Kagan*
                                        Andrew T. Kagan, Esq.
                                        Kagan Legal Group, LLC
                                        295 Palmas Inn Way, Suite 6
                                        Humacao, PR 00791
                                        Telephone: (939) 220-2424
                                        Facsimile: (939) 220-2477
                                        Email: andrew@kaganlegalgroup.com