UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rosa Nieto, Individually and as Representative of Jose Nieto, Deceased v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-06780

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 13968, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Enrique Nieto, surviving child of Jose Nieto, is substituted for Plaintiff Jose Nieto as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 8th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE