UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gladys Foreman v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-9671

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14010, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Denise S. Neal, daughter and Power of Attorney for Gladys Foreman, is substituted for Plaintiff Gladys Foreman as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 8th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE