UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | : | **Civil Action No.: 2:16-cv-375-EEF-MBN** <br> **MDL No. 2592** |
| | : | **JUDGE ELDON E. FALLON** |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | <u>**JURY TRIAL DEMANDED**</u> |
| **THIS DOCUMENT RELATES TO:** | : | |
| RAYMOND BURLEN | : | |
| | : | |

## <u>ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF RAYMOND BURLEN</u>

WHEREAS, this matter having been opened to the Court by the undersigned counsels for Plaintiff, Raymond Burlen, seeking an order permitting counsel to withdraw from representation of Raymond Burlen in this matter, and good cause appearing;

IT IS on this ___ day of _____, 2019,

1. Plaintiff's Counsel's Motion for Leave to Withdraw as Counsel of Record Without Substitution for Plaintiff Raymond Burlen is granted; and

2. Counsel shall mail Plaintiff a complete and accurate copy of his entire file within fourteen (14) days of this Order; and

3. Counsel is relieved of any further responsibility in this case with regard to representation of Plaintiff, Raymond Burlen; and

4. Plaintiff, Raymond Burlen is required to either retain new counsel or inform the Court that he intends to proceed *pro se*.

    a) In the event that he retains new counsel, his new counsel shall make an appearance in this case within forty-five (45) days of this Order; or

    b) In the event Plaintiff elects to proceed *pro se,* he shall notify the Court and the parties in writing and on the record of their intention to do so within forty-five (45) days of this Order; and

5. Failure to comply with this Order may lead to imposition of sanctions, including dismissal of Plaintiff's claim with prejudice; and

6. This case is stayed until after Plaintiff has notified the Court of his intentions regarding representation and the parties have conferred with the Court regarding new discovery deadlines.

_____

Honorable Eldon E. Fallon