UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Benjamin Oatman v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:17-cv-12271 | | JURY TRIAL DEMANDED |

**NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Benjamin Oatman. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Raychel Melton, who is the daughter and surviving heir of Benjamin Oatman.

Dated: July 9, 2019

                                                  Respectfully submitted,

                                                  By: */s/ Ethan L. Shaw*
                                                           Ethan L. Shaw
                                                           John P. Cowart
                                                           SHAW COWART, L.L.P.
                                                           1609 Shoal Creek Boulevard
                                                           Suite 100
                                                           Austin, Texas 78701
                                                           Telephone: (512) 499-8900
                                                           Facsimile: (512) 320-8906
                                                           elshaw@shawcowart.com
                                                           jcowart@shawcowart.com

                                                           *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                    */s/ Ethan L. Shaw*