UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br> JURY TRIAL DEMANDED |
| This Document relates to: Benjamin Oatman v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:17-cv-12271 | | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Raychel Melton on behalf of her deceased father, Benjamin Oatman.

1. Benjamin Oatman filed a products liability lawsuit against Defendants on November 13, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Benjamin Oatman died on November 23, 2018.

3. Benjamin Oatman's products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 9, 2019.

5. Raychel Melton, surviving daughter of Benjamin Oatman, is a proper party to substitute for plaintiff-decedent Benjamin Oatman and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ.

P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Raychel Melton requests that this Court grant her request for substitution as plaintiff in this action.

Dated: July 9, 2019

Respectfully submitted,

By:   */s/ Ethan L. Shaw*
Ethan L. Shaw
John P. Cowart
SHAW COWART, L.L.P.
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas  78701
Telephone:  (512) 499-8900
Facsimile:  (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

*/s/ Ethan L. Shaw*