# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Linda Butler v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-05799
*Felix Arndt, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12147

## ORDER

On June 21, 2019, the Court ordered the aforementioned Plaintiffs to show cause as to why their Motion for Extension of Time Within Which to Serve Process should not be denied, and their cases dismissed. R. Doc. 13837.

**IT IS ORDERED** that the show cause via telephone call scheduled for July 10, 2019 at 9:00 AM is hereby **CANCELLED**.

New Orleans, Louisiana this 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE