**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS    *  MDL NO. 2592
LIABILITY LITIGATION

                                             *  SECTION L
                                             *
                                             *  JUDGE ELDON E. FALLON
                                             *
                                             *  MAG. JUDGE NORTH

 **************************************************** **

**THIS DOCUMENT RELATES TO:**
*Linda Butler v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-05799
*Felix Arndt, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12147

<u>**ORDER**</u>

On June 10, 2019, Plaintiffs filed a Motion for Extension of Time Within Which to Serve

Process. R. Doc. 13710. Accordingly;

**IT IS ORDERED** that the Motion be and hereby is **DENIED** as premature, reserving the

rights of the parties to re-file, if necessary, at a later date.

New Orleans, Louisiana this 9th day of July, 2019.

                                                           UNITED STATES DISTRICT JUDGE