UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                :
                                :   SECTION L
                                :
                                :   JUDGE ELDON E. FALLON
                                :
                                :   MAG. JUDGE MICHAEL NORTH
_____

**THIS DOCUMENT RELATES TO:**

TOMMIE M. VARNADOE,
Civil Action No. 2:15-cv-3977-EEF-MBN

## SUGGESTION OF DEATH AND
## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Tommie Varnadoe. Plaintiff Tommie Varnadoe died on or about May 10, 2017. Candace Varnadoe is the surviving spouse of Plaintiff Tommie Varnadoe.  Plaintiff therefore seeks an Order from the Court substituting Candace Varnadoe, as surviving spouse and Personal Representative of the Estate of Tommie Varnadoe, as the Plaintiff. According to Federal Rule of Civil Procedure 25(a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Counsel filed a Suggestion of Death for Joe Killingsworth, Sr. on March 7, 2016, a copy of which is attached hereto. For the foregoing reasons shown, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Philip Killingsworth, as surviving child of Joe Killingsworth, Sr., for the current Plaintiff Joe Killingsworth, Sr.

Dated:  July 10, 2019

Respectfully submitted,

DOWD & DOWD, P.C.

By: /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
William T. Dowd (MO Bar #39648)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi