UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

TOMMIE M. VARNADOE,
Civil Action No. 2:15-cv-3977-EEF-MBN

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Candace Varnadoe, as surviving spouse of Tommie Varnadoe is substituted for Plaintiff Tommie Varnadoe, in the above captioned cause.

Dated: _____          _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge