UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| **This document relates to:**<br>Virginia Graves v. Janssen Research & Development, LLC et al.<br>E.D. La. No. 2:16-cv-390 | |

## SUGGESTION OF DEATH AND EX PARTE MOTION TO SUBSTITUTE

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Virginia Graves. Counsel respectfully moves this Court for an Order substituting Tammy G. Vincent, as Executor of Estate of Virginia Graves, as the Party-Plaintiff. Movant shows unto the Court as follows:

1. Virginia Graves instituted this product liability action prior to her death.

2. Virginia Graves passed away on June 19, 2019. See Ex. A. (Death Certificate)

3. This products liability claim survives and may be continued by the Executor of the Estate of Tammy Graves as a survival action under North Carolina law. N.C. Gen. Stat. § 28A-18-1.

4. Tammy G. Vincent has been duly qualified as the Executor of the Estate of Virginia Elizabeth Graves. See. Ex. B (Letters Testamentary issued by the Clerk of Superior Court of Guilford County, North Carolina on July 8, 2019)

WHEREFORE, Tammy G. Vincent, the Executor of Estate of Virginia Graves, hereby respectfully requests that this Court entire an Order substituting her as the Party-Plaintiff in this Action, and that this action be continued as a survival action under North Carolina law. A proposed Order is attached hereto as Ex. C.

This the 10th day of July, 2019.

/s/ James R. Faucher
James R. Faucher
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
P: (336) 478-6000
F: (336) 273-5597
E: james@greensborolawcenter.com

CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Plaintiff, certify that the foregoing was filed with the Court and served using the Court's CM/ECF electronic filing system which will send a copy of the filing to all parties or counsel registered with the Court.

This the 10th day of July, 2019.

/s/ James R. Faucher
James R. Faucher
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
P: (336) 478-6000
F: (336) 273-5597
E: james@greensborolawcenter.com