# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

### JEFF L. THIGPEN
### GUILFORD COUNTY REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**



Registration District No: 041-96
County of Death: Guilford
State File No: D 307 917

**Decedent's Legal Name:**
- First: Virginia
- Middle: Elizabeth
- Last: Graves
- Last Name Prior to First Marriage: Peele

**Sex:** Female
**Age Last Birthday:** 82
**Date of Birth:** 11/20/1936
**Birthplace:** Guilford, NC
**Date of Death:** 06/19/2019

**Place of Death:** Decedent's home
**Facility Name / Address:** 3000 Oakcrest Avenue
**City or Town:** High Point
**County of Death:** Guilford

**Marital Status:** Never married
**Surviving Spouse:** —
**Decedent's Usual Occupation:** Assembly Line Worker
**Kind of Business/Industry:** Furniture

**Social Security Number:** 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
**Residence - State:** NC
**County:** Guilford
**City or Town:** High Point
**Street and Number:** 3000 Oakcrest Avenue
**Zip Code:** 27260
**Was Decedent Ever in U.S. Armed Forces?** No

**Decedent's Education:** (not clearly marked)
**Decedent of Hispanic Origin?** No, not Spanish/Hispanic/Latino
**Decedent's Race:** White

**Father/Parent Name:** Guston Peele
**Mother/Parent Name:** Fannie Mae Hodges

**Informant's Name:** Patricia Fehl
**Relationship to Decedent:** Daughter
**Mailing Address:** 1011 Sales Street, High Point, NC 27260

**Method of Disposition:** Cremation / Removal from State
**Place of Disposition:** Guilford Memorial Park Cemetery
**Location:** Greensboro, NC

**Signature of Funeral Director:** (signed)
**License Number:** FS2426
**Name of Embalmer:** Jonathan P. Ritter
**License Number:** F81784

**Name and Address of Funeral Home:** Cumby Family Funeral Service, 209 Trindale Road, Archdale, NC 27263

**Cause of Death:**
- Immediate Cause (a): Systolic Congestive Heart Failure

**Was an Autopsy Performed?** No
**Were Autopsy Findings Available to Complete the Cause of Death?** No

**Manner of Death:** Natural
**Was Case Referred to Medical Examiner?** No
**Time of Death (Approximate):** 0356
**Did Tobacco Use Contribute to Death?** No
**If Female:** Not pregnant within past year

**Certifier Signature:** Sonia Barber, NP
**License Number:** 600054
**Date Signed:** 6/20/19
**Name and Address of Certifier:** Sonia Barber, 1801 Westchester Dr, High Point, NC 27262

**Local Registrar:** Merle C. Green
**Date Filed:** 06/21/2019

---

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, GUILFORD COUNTY, N.C. IN BOOK 307 PAGE 917. WITNESS MY HAND AND SEAL THIS 24th OF JUNE, 2019.

JEFF L. THIGPEN, REGISTER OF DEEDS

BY: (signed)
ASSISTANT/DEPUTY REGISTER OF DEEDS