| STATE OF NORTH CAROLINA | File No. |
| --- | --- |
| GUILFORD County | 2019 E 000711 |
| | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

**IN THE MATTER OF THE ESTATE OF:**

Name: VIRGINIA ELIZABETH GRAVES

## LETTERS
### TESTAMENTARY

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1 | Date Of Qualification |
| --- | --- |
| TAMMY G VINCENT<br>16 HILLSIDE PARK DRIVE<br>THOMASVILLE   NC   27360 | 07/08/2019 |
| | Clerk Of Superior Court |
| | LISA Y JOHNSON-TONKINS |
| Title Of Fiduciary 1: EXECUTOR | EX OFFICIO JUDGE OF PROBATE |
| Name And Address Of Fiduciary 2 | Date Of Issuance: 07/08/2019 |
| | Signature: Carolyn A. Sprouill |
| Title Of Fiduciary 2 | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court |

SEAL

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts