UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| **This document relates to:**<br>**Virginia Graves v. Janssen Research & Development, LLC et al.**<br>**E.D. La. No. 2:16-cv-390** | |

## ORDER ALLOWING EX PARTE MOTION TO SUBSTITUTE

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. _____, as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Tammy G. Vincent, duly qualified Executor of the Estate of Virginia Graves, is substituted for Plaintiff Virginia Graves as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this \_\_\_\_\_ day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE