UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** <br><br> *Donald Borski v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br><br> **No. 2:15-cv-02027** | **MDL No. 2592** <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Donald Borski, and hereby moves to dismiss this cause with prejudice.

WHEREFORE, based on the foregoing, Plaintiff hereby requests that the Court grant the voluntary dismissal of Plaintiff's action with prejudice against all parties.

Respectfully submitted,                    Dated: July 10, 2019

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## **Certificate of Service**

The undersigned hereby certifies the foregoing was filed with the Court on July 10, 2019 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward