UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *David Gaydos v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br><br> No. 2:15-cv-06059 | SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## ORDER OF DISMISSAL

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff David Gaydos' Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, and the above captioned case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

On this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge