UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

This documents Relates to:
*JOYCE BAILEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-05067*

NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(l) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff JOYCE BAILEY.

Date: July 10, 2019        **Respectfully submitted,**

/s/Patrick A. Salvi, II

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 372-1227
Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: July 10, 2019                                             **Respectfully submitted,**


                                                                /s/Patrick A. Salvi, II_____

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone:  (312) 372-1227
Facsimile:  (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**