**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN)**

**PRODUCTS LIABILITY LITIGATION**

**MDL No.: 2592**
**SECTION: L**
**JUDGE: ELDON E. FALLON**
**MAG. JUDGE: MICHAEL NORTH**

**This Document Relates to:**

***Duncan McEachern v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al***

**Case No.: 2:17-cv-05111**

**MOTION TO SUBSTITUTE PARTY**

Counsel for Plaintiff, Duncan McEachern, respectfully moves this court to substitute Heather Whitmire, as the Personal Representative for the Estate of Duncan McEachern, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Duncan McEachern passed away on February 7, 2018 (*see* Exhibit A).
2. Duncan McEachern's action against Defendants survives his death and is not extinguished.
3. Plaintiff's counsel now moves to substitute Heather Whitmire, Administratrix of the Will, pursuant to the Letters of Administration issued on March 22, 2018 (*see* Exhibit B), as Plaintiff in the present action, on behalf of the Estate of Duncan McEachern.

WHEREFORE, Counsel for Plaintiff, Duncan McEachern, respectfully requests the Court grant Plaintiff's Motion to Substitute Heather Whitmire, as Personal Representative for the Estate of Duncan McEachern.

Respectfully submitted,

Dated: July 11, 2019

**GRANT & EISENHOFER P.A.**

By: */s/ Thomas V. Ayala*

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

# Exhibit A

## (Death Certificate)

STATE OF TEXAS

CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
FEB 14 2018

STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-18-023569

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) (Maiden): DUNCAN EUGENE MCEACHERN

2. DATE OF DEATH ACTUAL OR PRESUMED (mm-dd-yyyy): FEBRUARY 7, 2018

3. SEX: MALE

4. DATE OF BIRTH (mm-dd-yyyy): APRIL 20, 1941

5. AGE-Last Birthday (Years): 76 — IF UNDER 1 YR (Mo, Days) — IF UNDER 1 DAY (Hours, Min)

6. BIRTHPLACE (City & State or Foreign Country): TEXAS CITY, TX

7. SOCIAL SECURITY NUMBER: 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

8. MARITAL STATUS AT TIME OF DEATH: ☐ Married ☐ Widowed ☒ Divorced ☐ Never Married ☐ Unknown

9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage):

10a. RESIDENCE STREET ADDRESS: 9515 NORTH HUMBLE CAMP ROAD — 10b. APT. NO. — 10c. CITY OR TOWN: DICKINSON

10d. COUNTY: GALVESTON — 10e. STATE: TEXAS — 10f. ZIP CODE: 77539 — 10g. INSIDE CITY LIMITS? ☐ Yes ☒ No

11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: DUNCAN EUGENE MCEACHERN Sr.

12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: NORMA V. SCHREIBER

13. PLACE OF DEATH (CHECK ONLY ONE)
IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☒ Decedent's Home ☐ Other (Specify)

14. COUNTY OF DEATH: GALVESTON

15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO): DICKINSON, 77539

16. FACILITY NAME (If not institution, give street address): 9515 NORTH HUMBLE CAMP ROAD

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: HEATHER WHITMIRE - DAUGHTER

18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code): 9515 NORTH HUMBLE CAMP ROAD, DICKINSON, TX 77539

19. METHOD OF DISPOSITION: ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (Specify)

20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: KEVIN L BYRON ,BY ELECTRONIC SIGNATURE - 10835

21. ☒ Unknown — Section — Block — Lot — Space

22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): CREMATE TEXAS

23. LOCATION (City/Town, and State): SOUTH HOUSTON, TX

24. NAME OF FUNERAL FACILITY: CARNES FUNERAL HOME

25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code): 3100 GULF FREEWAY, TEXAS CITY, TX 77591

26. CERTIFIER (Check only one)
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

27. SIGNATURE OF CERTIFIER: SRIDEVI PAVULURI , BY ELECTRONIC SIGNATURE

28. DATE CERTIFIED (mm-dd-yyyy): FEBRUARY 13, 2018

29. LICENSE NUMBER: M2749

30. TIME OF DEATH (Actual or presumed): 08:08 AM

31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code): SRIDEVI PAVULURI 3828 HUGHES COURT STE 201, DICKINSON, TX 77539

32. TITLE OF CERTIFIER: MD

CAUSE OF DEATH

33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH. — Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition ------> resulting in death) a. COPD

Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST b.

Due to (or as a consequence of):

c.

Due to (or as a consequence of):

d.

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.: EMPHYSEMA, BENIGN HTN WITH HD AND HF, CHRONIC DIASTOLIC CHF, ATRIAL FIBRILLATION

34. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No

35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

36. MANNER OF DEATH: ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined

37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ No ☒ Probably ☐ Unknown

38. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year

39. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

40a. DATE OF INJURY (mm-dd-yyyy) — 40b. TIME OF INJURY — 40c. INJURY AT WORK? ☐ Yes ☐ No — 40d. PLACE OF INJURY (e.g, Decedent's home, construction site, restaurant, wooded area)

40e. LOCATION (Street and Number, City, State, Zip Code) — 40f. COUNTY OF INJURY

41. DESCRIBE HOW INJURY OCCURRED

42a. REGISTRAR FILE NO.: 02-0276

42b. DATE RECEIVED BY LOCAL REGISTRAR: FEBRUARY 14, 2018

42c. REGISTRAR: REGISTRAR - GALVESTON COUNTY HEALTH DISTRICT, ELECTRONICALLY FILED

JLF

EDR NUMBER 000002256381

VS-112 REV 1/2006

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS UNIT

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195.1989)

QA12233924

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED FEB 15 2018

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

THE STATE OF TEXAS

DEPARTMENT OF STATE HEALTH SERVICES — STATE OF TEXAS — VITAL STATISTICS

# Exhibit B

## (Letters of Administration)

NO. PR-0078516

LETTERS OF INDEPENDENT ADMINISTRATION WITH WILL ANNEXED
*****************

THE STATE OF TEXAS
COUNTY OF GALVESTON

I, DWIGHT D. SULLIVAN, County Clerk and Clerk of Probate Court of Galveston County, Texas do hereby certify that on the 22nd day of March, 2018,

Heather Lee Whitmire

was duly appointed by said Court Independent Administratrix with Will Annexed of the Estate of

DUNCAN E. MCEACHERN, DECEASED

and that she qualified as such on the 22nd day of March, 2018, as the law requires, and that said appointment is in full force and effect at this date.

Witness my hand and seal of office at Galveston, Texas, this 22nd day of March, 2018.

DWIGHT D. SULLIVAN,
County Clerk, Galveston County, Texas

By______________________ Deputy
Errol Jones