# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Lafferty v. Janssen Research & Development LLC, et al.*, No. 2:18-cv-02404

## ORDER

On July 1, 2019, Plaintiff filed a Motion for Extension of Time Within Which to Serve Process. R. Doc. 13973. Accordingly;

**IT IS ORDERED** that the Motion be and hereby is **DENIED** as premature, reserving the rights of the parties to re-file, if necessary, at a later date.

New Orleans, Louisiana this 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE