UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION § § § THIS DOCUMENT RELATES TO: § § § The Cases Listed on the attached Exhibit A § § | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

Attorney Charles G. Orr and attorney John H. "Trey" Allen, III, of Allen & Nolte, PLLC (Attorneys), notify the Court that Patrick J. Mulligan, the principal of The Mulligan Law Firm, recently passed away. Pursuant to the request of the Plaintiffs listed on attached Exhibit "A," Attorneys move for the withdrawal of Charles G. Orr and The Mulligan Law Firm and substitution of John H. "Trey" Allen, III of Allen & Nolte, PLLC in place thereof.

Dated this 11th day of July, 2019.

_____
Charles G. Orr

**ALLEN & NOLTE, PLLC**

_____
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 11, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                /s/ John H. "Trey" Allen, III
                John H. "Trey" Allen, III

# EXHIBIT A

| Plaintiff Name | Civil Action No. |
|---|---|
| Ira Tunnell, et al. | 2:16-cv-02180 |
| Robert Strickler | 2:16-cv-00494 |
| Gary Hellmer | 2:16-cv-11666 |
| Myra Best | 2:16-cv-13004 |
| Deborah Galvin, et al. | 2:16-cv-03339 |
| Kathleen Skeel, et al. | 2:16-cv-11991 |
| James Weakland | 2:16-cv-12029 |
| Mary Ann Oliver | 2:16-cv-14387 |
| Julie Hixon | 2:15-cv-02992 |
| Amarjit Ghuman | 2:16-cv-03340 |
| Beverly Eads, et al. | 2:16-cv-03331 |
| Arthur Woodworth | 2:16-cv-03500 |
| Bill Crabtree | 2:15-cv-02950 |
| Lorraine Perri, et al. | 2:16-cv-03367 |
| Juliette Petri, et al. | 2:15-cv-03743 |
| Larry Jones | 2:16-cv-11683 |
| Kathleen Pahls, et al. | 2:15-cv-03010 |
| Selenia Ferrell, et al. | 2:18-cv-12116 |
| Betty Thornton | 2:15-cv-03758 |
| Michael Allen | 2:19-cv-02933 |
| Lois Gnade, et al. | 2:16-cv-02689 |
| Dorothy Burroughs | 2:15-cv-02942 |
| Joseph Kocherhans | 2:16-cv-12817 |
| Julius Snyder, et al. | 2:16-cv-00505 |
| Alice Ruth Cloud | 2:16-cv-13021 |
| Thomas Adams | 2:16-cv-03921 |
| Shanda Antle | 2:19-cv-02869 |
| Delbert Opie | 2:16-cv-07028 |
| Bruno Giordano | 2:16-cv-03343 |
| Gloria Arnson | 2:16-cv-03067 |
| Anne Kates | 2:16-cv-12247 |
| Frances Coleman | 2:15-cv-02947 |
| Pauline Tuttle | 2:15-cv-06508 |
| John Haggerty, Jr., et al. | 2:16-cv-12687 |
| Nodine Sankowsky | 2:16-cv-13280 |
| Lois Jensen, et al. | 2:16-cv-12805 |

| | |
|---|---|
| Karl Addis, et al. | 2:16-cv-12975 |
| Gerald Mackenzie | 2:16-cv-13245 |
| Velta Salter | 2:16-cv-02701 |
| Alfred Minnicozzi | 2:16-cv-03411 |
| Doyce Gilmer | 2:16-c-v03341 |
| Carol Trussell | 2:16-cv-02705 |
| Earl Slone | 2:15-cv-06497 |
| Max Sprinkle, et al. | 2:16-cv-04198 |
| Raymond Pasholk, et al. | 2:16-cv-06765 |
| Anthony Cordileone, et al. | 2:16-cv-09931 |
| James Dougherty | 2:15-cv-02954 |
| Carla Hawkins | 2:15-cv-02986 |
| John Kalker | 2:16-cv-14546 |
| Gail Fitzgerald, et al. | 2:16-cv-03334 |
| Walter Penn Morton | 2:16-cv-00786 |
| David York | 2:15-cv-02562 |
| Jon Rowland | 2:16-cv-03490 |
| James O'Brien | 2:16-cv-03423 |
| Trevor Dudley | 2:16-cv-03327 |
| Edward Boudreaux, et al. | 2:15-cv-02937 |
| John Kinnear | 2:15-cv-06206 |
| Rodney Fama | 2:16-cv-13040 |
| Thomas Woodfin | 2:16-cv-12040 |
| Nancy Alexandrowicz | 2:16-cv-12951 |
| Thomas Lillis | 2:16-cv-02164 |
| Robert Deardorff | 2:15-cv-02953 |
| Gene Mason, et al. | 2:15-cv-03007 |
| Jimmy Niece | 2:15-cv-02559 |
| Ira Boggs | 2:16-cv-13008 |
| Ada Jane Puckett | 2:16-cv-11740 |
| Doris Bradley | 2:16-cv-02611 |
| Joseph Loughney | 2:15-cv-03740 |
| Mary Thompson | 2:16-cv-02704 |
| Candace Anderson | 2:15-cv-02924 |
| William Bullett | 2:16-cv-02612 |
| Annabelle Arrivo, et al. | 2:16-cv-02422 |
| Patricia Lawlor | 2:15-cv-03004 |
| Edmond Rando | 2:16-cv-11741 |
| Diane Bell, et al. | 2:16-cv-03308 |

| | |
|---|---|
| Jeanne Anderson, et al. | 2:16-cv-02682 |
| Dennis Banks | 2:16-cv-03395 |
| George Bernzweig | 2:16-cv-05772 |
| William Cook | 2:16-cv-05777 |
| Wayne Craft | 2:16-cv-02614 |
| Robert Craig, et al. | 2:15-cv-00222 |
| George Czinkota | 2:16-cv-03325 |
| Elaine Dzialo | 2:15-cv-02958 |
| Lawrence Ellis | 2:16-cv-03332 |
| Darlene Cress, et al. | 2:15-cv-02951 |
| Janice Foley | 2:16-cv-03335 |
| Charles Forbes, Jr. | 2:16-cv-02684 |
| Jerry Gage | 2:16-cv-13056 |
| Jean Goff | 2:18-cv-05821 |
| Robert Goodman | 2:16-cv-09935 |
| Lawrence Gray | 2:15-cv-02978 |
| John Hamer, et al. | 2:16-cv-12688 |
| Ralph Hester | 2:16-cv-07016 |
| Elizabeth Hoover | 2:16-cv-12800 |
| Mark Knighton | 2:16-cv-11696 |
| Jane Komo | 2:16-cv-11699 |
| Mary Kronberg, et al. | 2:15-cv-02998 |
| Madaline LaVine | 2:15-cv-03003 |
| Edward Montgomery | 2:15-cv-03008 |
| Larry Moore | 2:15-cv-02558 |
| Beverly Palazzolo, et al. | 2:15-cv-03011 |
| Monica Parker, et al. | 2:16-cv-13259 |
| Leonard Powell | 2:16-cv-13260 |
| Barbara Rademaker, et al. | 2:16-cv-06762 |
| Thomas Raes | 2:16-cv-00504 |
| Billy Reid | 2:16-cv-12891 |
| Annette Roesler, et al. | 2:16-cv-13270 |
| Dorothy Schiessl, et al. | 2:16-cv-02174 |
| Huey Seyfarth, Sr. | 2:16-cv-02702 |
| Janet Siglin, et al. | 2:16-cv-06758 |
| Ruby Sparks | 2:16-cv-03495 |
| Mary Ann Spraungel, et al. | 2:15-cv-05686 |
| Thomas Stump, et al. | 2:16-cv-06742 |
| Jettia Traylor | 2:16-cv-12002 |

| | |
|---|---|
| David Watt | 2:15-cv-03760 |
| Kathryn Plosica, et al. | 2:15-cv-03747 |
| John Norman Henry | 2:16-cv-04173 |
| Joyce Arceneaux | 2:16-cv-12969 |
| Jose Blatt | 2:16-cv-02609 |
| Marsha Broads | 2:16-cv-13016 |
| Carol Clark | 2:15-cv-02247 |
| Max Clements | 2:16-cv-03519 |
| Walter Coker | 2:16-cv-07011 |
| Margaret Licata, et al. | 2:15-cv-01523 |
| Willis Duhon | 2:16-cv-03328 |
| Paul Fergus, Jr., et al. | 2:16-cv-02616 |
| Peter Hebert, et al. | 2:15-cv-02991 |
| George Marfield, et al. | 2:16-cv-12702 |
| Tabitha Millar | 2:16-cv-12857 |
| Karen Mortensen | 2:15-cv-03009 |
| Maurice Parsons | 2:16-cv-03475 |
| Jeanette Shuck, et al. | 2:16-cv-13594 |
| Marvin Stewart | 2:16-cv-00506 |
| Joyce Valliere | 2:16-cv-05785 |
| Richard Wagner | 2:16-cv-13287 |
| Angel Washington, et al. | 2:16-cv-04199 |
| David Wittan | 2:16-cv-13291 |
| Barry Harrison | 2:16-cv-05779 |
| Michael Garcia | 2:16-cv-13063 |
| Rosalyn Craver, et al. | 2:16-cv-09932 |
| Robert Gagnon | 2:15-cv-02977 |
| George Korb | 2:16-cv-03351 |