# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | § § SECTION L § JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § § MAGISTRATE JUDGE NORTH |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC is substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Ira Tunnell, et al. | 2:16-cv-02180 |
| Robert Strickler | 2:16-cv-00494 |
| Gary Hellmer | 2:16-cv-11666 |
| Myra Best | 2:16-cv-13004 |
| Deborah Galvin, et al. | 2:16-cv-03339 |
| Kathleen Skeel, et al. | 2:16-cv-11991 |
| James Weakland | 2:16-cv-12029 |
| Mary Ann Oliver | 2:16-cv-14387 |
| Julie Hixon | 2:15-cv-02992 |
| Amarjit Ghuman | 2:16-cv-03340 |
| Beverly Eads, et al. | 2:16-cv-03331 |
| Arthur Woodworth | 2:16-cv-03500 |
| Bill Crabtree | 2:15-cv-02950 |
| Lorraine Perri, et al. | 2:16-cv-03367 |
| Juliette Petri, et al. | 2:15-cv-03743 |
| Larry Jones | 2:16-cv-11683 |
| Kathleen Pahls, et al. | 2:15-cv-03010 |
| Selenia Ferrell, et al. | 2:18-cv-12116 |
| Betty Thornton | 2:15-cv-03758 |
| Michael Allen | 2:19-cv-02933 |
| Lois Gnade, et al. | 2:16-cv-02689 |
| Dorothy Burroughs | 2:15-cv-02942 |
| Joseph Kocherhans | 2:16-cv-12817 |
| Julius Snyder, et al. | 2:16-cv-00505 |
| Alice Ruth Cloud | 2:16-cv-13021 |
| Thomas Adams | 2:16-cv-03921 |
| Shanda Antle | 2:19-cv-02869 |
| Delbert Opie | 2:16-cv-07028 |
| Bruno Giordano | 2:16-cv-03343 |
| Gloria Arnson | 2:16-cv-03067 |
| Anne Kates | 2:16-cv-12247 |
| Frances Coleman | 2:15-cv-02947 |
| Pauline Tuttle | 2:15-cv-06508 |
| John Haggerty, Jr., et al. | 2:16-cv-12687 |
| Nodine Sankowsky | 2:16-cv-13280 |
| Lois Jensen, et al. | 2:16-cv-12805 |

| | |
|---|---|
| Karl Addis, et al. | 2:16-cv-12975 |
| Gerald Mackenzie | 2:16-cv-13245 |
| Velta Salter | 2:16-cv-02701 |
| Alfred Minnicozzi | 2:16-cv-03411 |
| Doyce Gilmer | 2:16-c-v03341 |
| Carol Trussell | 2:16-cv-02705 |
| Earl Slone | 2:15-cv-06497 |
| Max Sprinkle, et al. | 2:16-cv-04198 |
| Raymond Pasholk, et al. | 2:16-cv-06765 |
| Anthony Cordileone, et al. | 2:16-cv-09931 |
| James Dougherty | 2:15-cv-02954 |
| Carla Hawkins | 2:15-cv-02986 |
| John Kalker | 2:16-cv-14546 |
| Gail Fitzgerald, et al. | 2:16-cv-03334 |
| Walter Penn Morton | 2:16-cv-00786 |
| David York | 2:15-cv-02562 |
| Jon Rowland | 2:16-cv-03490 |
| James O'Brien | 2:16-cv-03423 |
| Trevor Dudley | 2:16-cv-03327 |
| Edward Boudreaux, et al. | 2:15-cv-02937 |
| John Kinnear | 2:15-cv-06206 |
| Rodney Fama | 2:16-cv-13040 |
| Thomas Woodfin | 2:16-cv-12040 |
| Nancy Alexandrowicz | 2:16-cv-12951 |
| Thomas Lillis | 2:16-cv-02164 |
| Robert Deardorff | 2:15-cv-02953 |
| Gene Mason, et al. | 2:15-cv-03007 |
| Jimmy Niece | 2:15-cv-02559 |
| Ira Boggs | 2:16-cv-13008 |
| Ada Jane Puckett | 2:16-cv-11740 |
| Doris Bradley | 2:16-cv-02611 |
| Joseph Loughney | 2:15-cv-03740 |
| Mary Thompson | 2:16-cv-02704 |
| Candace Anderson | 2:15-cv-02924 |
| William Bullett | 2:16-cv-02612 |
| Annabelle Arrivo, et al. | 2:16-cv-02422 |
| Patricia Lawlor | 2:15-cv-03004 |
| Edmond Rando | 2:16-cv-11741 |
| Diane Bell, et al. | 2:16-cv-03308 |

| | |
|---|---|
| Jeanne Anderson, et al. | 2:16-cv-02682 |
| Dennis Banks | 2:16-cv-03395 |
| George Bernzweig | 2:16-cv-05772 |
| William Cook | 2:16-cv-05777 |
| Wayne Craft | 2:16-cv-02614 |
| Robert Craig, et al. | 2:15-cv-00222 |
| George Czinkota | 2:16-cv-03325 |
| Elaine Dzialo | 2:15-cv-02958 |
| Lawrence Ellis | 2:16-cv-03332 |
| Darlene Cress, et al. | 2:15-cv-02951 |
| Janice Foley | 2:16-cv-03335 |
| Charles Forbes, Jr. | 2:16-cv-02684 |
| Jerry Gage | 2:16-cv-13056 |
| Jean Goff | 2:18-cv-05821 |
| Robert Goodman | 2:16-cv-09935 |
| Lawrence Gray | 2:15-cv-02978 |
| John Hamer, et al. | 2:16-cv-12688 |
| Ralph Hester | 2:16-cv-07016 |
| Elizabeth Hoover | 2:16-cv-12800 |
| Mark Knighton | 2:16-cv-11696 |
| Jane Komo | 2:16-cv-11699 |
| Mary Kronberg, et al. | 2:15-cv-02998 |
| Madaline LaVine | 2:15-cv-03003 |
| Edward Montgomery | 2:15-cv-03008 |
| Larry Moore | 2:15-cv-02558 |
| Beverly Palazzolo, et al. | 2:15-cv-03011 |
| Monica Parker, et al. | 2:16-cv-13259 |
| Leonard Powell | 2:16-cv-13260 |
| Barbara Rademaker, et al. | 2:16-cv-06762 |
| Thomas Raes | 2:16-cv-00504 |
| Billy Reid | 2:16-cv-12891 |
| Annette Roesler, et al. | 2:16-cv-13270 |
| Dorothy Schiessl, et al. | 2:16-cv-02174 |
| Huey Seyfarth, Sr. | 2:16-cv-02702 |
| Janet Siglin, et al. | 2:16-cv-06758 |
| Ruby Sparks | 2:16-cv-03495 |
| Mary Ann Spraungel, et al. | 2:15-cv-05686 |
| Thomas Stump, et al. | 2:16-cv-06742 |
| Jettia Traylor | 2:16-cv-12002 |

| | |
|---|---|
| David Watt | 2:15-cv-03760 |
| Kathryn Plosica, et al. | 2:15-cv-03747 |
| John Norman Henry | 2:16-cv-04173 |
| Joyce Arceneaux | 2:16-cv-12969 |
| Jose Blatt | 2:16-cv-02609 |
| Marsha Broads | 2:16-cv-13016 |
| Carol Clark | 2:15-cv-02247 |
| Max Clements | 2:16-cv-03519 |
| Walter Coker | 2:16-cv-07011 |
| Margaret Licata, et al. | 2:15-cv-01523 |
| Willis Duhon | 2:16-cv-03328 |
| Paul Fergus, Jr., et al. | 2:16-cv-02616 |
| Peter Hebert, et al. | 2:15-cv-02991 |
| George Marfield, et al. | 2:16-cv-12702 |
| Tabitha Millar | 2:16-cv-12857 |
| Karen Mortensen | 2:15-cv-03009 |
| Maurice Parsons | 2:16-cv-03475 |
| Jeanette Shuck, et al. | 2:16-cv-13594 |
| Marvin Stewart | 2:16-cv-00506 |
| Joyce Valliere | 2:16-cv-05785 |
| Richard Wagner | 2:16-cv-13287 |
| Angel Washington, et al. | 2:16-cv-04199 |
| David Wittan | 2:16-cv-13291 |
| Barry Harrison | 2:16-cv-05779 |
| Michael Garcia | 2:16-cv-13063 |
| Rosalyn Craver, et al. | 2:16-cv-09932 |
| Robert Gagnon | 2:15-cv-02977 |
| George Korb | 2:16-cv-03351 |