# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Blackmon v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10129
*Burroughs v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12121
*Cuahonte v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10132
*Darensbourg v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10135
*Darna v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10138
*Dickey v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12124
*January v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10140
*Johnson v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10142
*McConnico v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10144
*McDowell v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12125
*Meer v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10147
*Odle v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12129
*Stevens v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12134
*Suddreth v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10149
*Whiting v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-10153
*Zhong v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-12139

## ORDER

On July 1, 2019, Plaintiffs filed a Motion for Extension of Time Within Which to Serve

Process. R. Doc. 13979. Accordingly;

**IT IS ORDERED** that the Motion be and hereby is **DENIED** as premature, reserving the

rights of the parties to re-file, if necessary, at a later date.

New Orleans, Louisiana this 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE