UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sabri Xhumallari v. Janssen Research & Development, LLC, et al.*
CA# 2:18-cv-00783

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14026, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ymer Xhumallari, surviving son of Sabri Xhumallari, is substituted for Plaintiff Sabri Xhumallari as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 10th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE