UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| This documents Relates to: JOYCE BAILEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:17-cv-05067 | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Christopher N. Keller, on behalf of the Estate of JOYCE BAILEY, in the above captioned cause.

1. Joyce Bailey filed a products liability lawsuit against defendants on May 19, 2017.

2. Plaintiff Joyce Bailey died on February 2, 2018 (see Exhibit A).

3. Joyce Bailey's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on July 10, 2019, attached hereto as "Exhibit B".

5. Christopher N. Keller, surviving son of Joyce Bailey, is a proper party to substitute for plaintiff-decedent Joyce Bailey and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Date: July 11, 2019                                   **Respectfully submitted,**


                                                      /s/Patrick A. Salvi, II

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 372-1227
Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: July 11, 2019                                           **Respectfully submitted,**

/s/Patrick A. Salvi, II

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 372-1227
Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF DEATH

# Certified Death Record

**MADISON COUNTY DEPARTMENT OF HEALTH**
**DIVISION OF VITAL STATISTICS**
**MADISON COUNTY ANNEX**
**ANDERSON, INDIANA**

*This Certifies,*  JOYCE A BAILEY

SSN  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

Died  FEBRUARY 2, 2018

At  4:40 PM

Place  3603 SLOAN AVENUE

Age  63

Sex  FEMALE

Race  WHITE

Marital Status  WIDOWED

*Primary cause of death given was:*

A - PULMONARY EMBOLUS
B - HYPERCOAGUABLE STATE

*Signed by:*  STEPHEN J WRIGHT, MD

*Place of burial or removal:*
SAUNDERS CEMETERY  DALEVILLE, IN

*Funeral Director*
ROZELLE-JOHNSON F.S.  ANDERSON, IN

*Registered No:*  2018 - 0178

Dr. Stephen J. Wright, MD
County Health Officer

DATE ISSUED: FEBRUARY 22, 2018

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS A HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTOCOPIED.

STATE OF INDIANA

EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

This documents Relates to:
*JOYCE BAILEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
Civil Action No. 2:17-cv-05067

<u>NOTICE AND SUGGESTION OF DEATH</u>

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff JOYCE BAILEY.

Date: July 10, 2019                  **Respectfully submitted,**

/s/Patrick A. Salvi, II

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 372-1227
Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**



EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: July 10, 2019                                    **Respectfully submitted,**

/s/Patrick A. Salvi, II

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone: (312) 372-1227
Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**