# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Dr. Frederick Rubin v. Janssen Research & Development, et al.;* *Civil Action No. 2:17-cv-02632* | ) JUDGE FALLON ) ) |
| | ) MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Dr. Frederick Rubin.

Dated: July 12, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Dated: July 12, 2019 | Respectfully submitted, |
| | /s/ Leslie LaMacchia |
| | Leslie LaMacchia, Esq.<br>Adam Pulaski, Esq.<br>PULASKI LAW FIRM, PLLC<br>2925 Richmond Avenue, Suite 1725<br>Houston, TX 77098<br>(713) 664-4555 Phone<br>(713) 664-7543 Fax<br>llamacchia@pulaskilawfirm.com<br>adam@pulaskilawfirm.com |
| | *Attorneys for the Plaintiff* |