UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Norma J. Sims v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 2:16-cv-15063**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Norma J. Sims, respectfully moves this court to substitute Stephen Sims, as the Personal Representative for the Estate of Norma J. Sims, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Norma J. Sims passed away on February 17, 2018 (*see* Exhibit A).

2. Duncan McEachern's action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Stephen Sims, surviving spouse of the deceased Plaintiff Norma J. Sims, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiff, Norma J. Sims, respectfully requests the Court grant Plaintiff's Motion to Substitute Stephen Sims, as Personal Representative for the Estate of Norma J. Sims.

Respectfully submitted,

Dated:  July 12, 2019            **GRANT & EISENHOFER P.A.**

By*:*    */s/ Thomas V. Ayala*
M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

# Exhibit A

**(Death Certificate)**

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No 001968   EDR No 000000628401   State No

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Legal Name (First, Middle, Last) | NORMA JEAN SIMS |
| 1a | Maiden Name (If female) | GEORGE |
| 2 | Sex | FEMALE |
| 3 | Time Of Death | 15:15 |
| 4 | Date Of Death (Month/Day/Year) | 02/17/2018 |
| 5 | Social Security Number | 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 |
| 6a | Age - Yrs | 65 |
| 7 | Date of Birth | 02/20/1952 |
| 8 | Birthplace | JEFFERSONVILLE, IN |
| 9 | Ever in U.S. Armed Forces? | ☒ No |
| 10 | If Death Occurred In A Hospital | |
| 10a | If Death Occurred Somewhere Other Than A Hospital | ☒ Hospice Facility |
| 11 | Facility Name | ST VINCENT HOSPICE |
| 12 | City Or Town, State, And Zip Code | INDIANAPOLIS, IN, 46268 |
| 13 | County Of Death | MARION |
| 14 | Marital Status At Time Of Death | ☒ Married |
| 15 | Surviving Spouse's Name | STEPHEN SIMS |
| 16 | Decedent's Usual Occupation | HOME HEALTHCARE |
| 17 | Kind Of Business/Industry | HEALTHCARE |
| 18 | Residence - State | INDIANA |
| 18a | County | DAVIESS |
| 18b | City Or Town | ODON |
| 18c | Street And Number | 10931 NORTH 900 EAST |
| 18e | Zip Code | 47562 |
| 18f | Inside City Limits? | ☒ No |
| 19 | Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 20 | Decedent Of Hispanic Origin | NOT HISPANIC |
| 21 | Decedent's Race | White |
| 22 | Parent's Name | THOMAS A. GEORGE |
| 23 | Parent's Name | BERNADETTE GEORGE |
| 23a | Parent's Last Name Before First Marriage | DOBSON |
| 24 | Informant's Name | STEPHEN SIMS |
| 24a | Relationship To Decedent | SPOUSE |
| 24b | Mailing Address | 10931 NORTH 900 EAST, ODON, IN 47562 |
| 25a | Method Of Disposition | ☒ Burial |
| 25b | Place Of Disposition | SPRING HILL CEMETERY |
| 25c | Location | SHOALS, IN |
| 26 | Was Coroner Contacted? | ☒ No |
| 27 | Name And Complete Address Of Funeral Facility | GILL FUNERAL HOME, 308 E. WALNUT STREET, WASHINGTON, IN 47501 |
| 27a | Funeral Home License Number | FH11000033 |
| 27b | Signature Of Indiana Funeral Service Licensee | JENNIFER A. WHEELER, BY ELECTRONIC SIGNATURE |
| 27c | License Number (Of Licensee) | FD20800049 |

### 28. Cause Of Death

Part I.
- Immediate Cause (A): DIASTOLIC HEART FAILURE ETIOLOGY UNDETERMINED — Approximate Interval: TWO YEARS

Part II. Other Significant Conditions Contributing to Death: CARDIAC CIRRHOSIS WITH ASCITES AND ENCEPHALOPATHY

| # | Field | Value |
|---|---|---|
| 29 | Was An Autopsy Performed? | ☒ No |
| 30 | Were Autopsy Findings Available To Complete The Cause Of Death? | |
| 31 | Did Tobacco Use Contribute To Death? | ☒ No |
| 32 | If Female | ☒ Not Pregnant Within Past Year |
| 33 | Manner Of Death | ☒ Natural |
| 41 | Signature Of Person Certifying Cause Of Death | MARIAN MCNAMARA, BY ELECTRONIC SIGNATURE |
| 42 | Certifier | ☒ Certifying Physician |
| 43 | Name, Address And Zip Code Of Person Certifying Cause Of Death | MARIAN MCNAMARA, 8450 N. PAYNE RD. STE 100, INDIANAPOLIS, IN 46268 |
| 44 | License Number | 01037832A |
| 45 | Date Certified | 02/26/2018 |
| 48 | Signature of Local Health Officer | VIRGINIA A CAINE, VIA ELECTRONIC SIGNATURE |
| 49 | For Registrar Only - Date Filed | MAR 13 2018 |

State Form 53395   ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS A HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTOCOPIED.

STATE OF INDIANA