UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:      2592<br>SECTION:    L<br>JUDGE:        ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Harold Westmeyer, o/b/o the Estate of Viola Westmeyer v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:16-cv-17563**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Norma J. Sims, respectfully moves this court to substitute Sharri Galster, as Personal Representative for the Estate of Viola Westmeyer, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Viola Westmeyer passed away on January 29, 2017 (*see* Exhibit A).

2. On November 1, 2017, Plaintiff's counsel filed a Motion to Substitute Harold Westmeyer as Personal Representative for the Estate of Viola Westmeyer. Said Motion was granted on November 2, 2017 [*See* Doc. #7936].

3. Harold Westmeyer passed away on January 11, 2018 (*see* Exhibit B).

4. Plaintiff's counsel now moves to substitute Sharri Galster as Plaintiff in the present action, on behalf of the Estate of Viola Westmeyer.

WHEREFORE, Counsel for Plaintiff, Viola Westmeyer, respectfully requests the Court grant Plaintiff's Motion to Substitute Sharri Galster, as Personal Representative for the Estate of Viola Westmeyer.

Respectfully submitted,

Dated:  July 12, 2019          **GRANT & EISENHOFER P.A.**

By:  */s/ Thomas V. Ayala*
M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

# Exhibit A
## (Death Certificate of Viola Westmeyer)



## CERTIFICATION OF VITAL RECORD

# North Dakota Department of Health
### Bismarck, North Dakota
# Certification of Death

THIS IS TO CERTIFY THAT THERE IS ON RECORD IN THE DIVISION OF VITAL RECORDS, NORTH DAKOTA DEPARTMENT OF HEALTH, BISMARCK ND, THE FOLLOWING ENTRY OF DEATH:

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| NAME: | VIOLA VERNA WESTMEYER | SEX: | FEMALE |
| SOCIAL SECURITY NUMBER: | 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 | DATE OF DEATH: | JANUARY 29, 2017 |
| PLACE OF DEATH: | BISMARCK, NORTH DAKOTA | COUNTY OF DEATH: | BURLEIGH |
| MARITAL STATUS: | MARRIED | TIME OF DEATH: | 20:50 |
| SURVIVING SPOUSE'S NAME: | HAROLD WESTMEYER | DATE OF BIRTH: | JULY 09, 1930 |
| FATHER'S NAME: | ARTHUR ZUMBAUM | AGE: | 86 YEARS |
| MOTHER'S MAIDEN NAME: | HULDA BUDDEAU | BIRTHPLACE: | NORTH DAKOTA |
| RESIDENTIAL ADDRESS: | 404 7TH AVENUE NW MANDAN, NORTH DAKOTA 58554 | U.S. ARMED FORCES: | NO |
| PLACE DEATH OCCURRED: | HOSPITAL - INPATIENT | FILING DATE: | JANUARY 30, 2017 |
| FACILITY OR ADDRESS: | ST. ALEXIUS MEDICAL CENTER, BISMARCK BISMARCK, NORTH DAKOTA | DATE ISSUED: | FEBRUARY 03, 2017 |
| | | CERTIFICATE NO: | 133-17-000523 |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| INFORMANT: | HAROLD WESTMEYER | RELATIONSHIP: | SPOUSE |
| INFORMANT'S ADDRESS: | 404 7TH AVENUE NW MANDAN, NORTH DAKOTA 58554 | | |

### DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| FINAL DISPOSITION: | MANDAN UNION CEMETERY MANDAN, NORTH DAKOTA | METHOD: | BURIAL |
| FUNERAL HOME: | DAWISE-PERRY FUNERAL SERVICES MANDAN, ND 58554 | FUNERAL DIRECTOR: | DAVID WISE |
| | | LICENSE NUMBER: | 1209 |

### MEDICAL CAUSE OF DEATH INFORMATION

| | | | |
|---|---|---|---|
| MEDICAL CERTIFIER: | NIDA ZEHRA, | LICENSE NUMBER: | |
| CERTIFIER'S ADDRESS: | ST. ALEXIUS MEDICAL CENTER, BISMARCK BISMARCK, ND 58501 | | |
| IMMEDIATE CAUSE OF DEATH: | RESPIRATORY ACIDOSIS | | |
| as a consequence of > | HEART AND RESPIRATORY FAILURE | | |
| as a consequence of > | | | |
| as a consequence of > | | | |
| CONTRIBUTING FACTORS: | | | |

| | | | |
|---|---|---|---|
| MANNER OF DEATH: | NATURAL | | |
| MEDICAL EXAMINER CONTACTED: | NO | AUTOPSY PERFORMED: NO | AUTOPSY FINDINGS AVAILABLE: |
| TOBACCO CONTRIBUTED TO DEATH: | NO | DECEASED DIABETIC: UNKNOWN | |
| PREGNANT AT TIME OF DEATH: | NOT PREGNANT WITHIN PAST YEAR | | |
| DATE OF INJURY: | | TIME OF INJURY: | |
| PLACE OF INJURY: | | INJURY AT WORK: | |
| LOCATION OF INJURY: | | TRANSPORTATION INJURY: | |

HOW INJURY OCCURRED:

001587777



*Darin J. Meschke*
**State Registrar of Vital Statistics**

This certificate is issued in compliance with the laws of the State of North Dakota
**(NOT VALID without raised impression seal of the North Dakota Department of Health)**

# Exhibit B

## (Death Certificate of Harold Westmeyer)



# CERTIFICATION OF VITAL RECORD

## North Dakota Department of Health
### Bismarck, North Dakota

# Certification of Death

THIS IS TO CERTIFY THAT THERE IS ON RECORD IN THE DIVISION OF VITAL RECORDS, NORTH DAKOTA DEPARTMENT OF HEALTH, BISMARCK ND, THE FOLLOWING ENTRY OF DEATH:

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| NAME: | HAROLD WILLIAM WESTMEYER | SEX: | MALE |
| SOCIAL SECURITY NUMBER: | 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 | DATE OF DEATH: | JANUARY 11, 2018 |
| PLACE OF DEATH: | MANDAN, NORTH DAKOTA | COUNTY OF DEATH: | MORTON |
| MARITAL STATUS: | WIDOWED | TIME OF DEATH: | 00:00 |
| SURVIVING SPOUSE'S NAME: | | DATE OF BIRTH: | JANUARY 25, 1931 |
| FATHER'S NAME: | CARL WESTMEYER | AGE: | 86 YEARS |
| MOTHER'S MAIDEN NAME: | ELLA JOERSZ | BIRTHPLACE: | NORTH DAKOTA |
| RESIDENTIAL ADDRESS: | 404 7TH AVENUE NW MANDAN, NORTH DAKOTA 58554 | U.S. ARMED FORCES: | NO |
| PLACE DEATH OCCURRED: | DECEDENT'S HOME | FILING DATE: | JANUARY 16, 2018 |
| FACILITY OR ADDRESS: | 404 7TH AVENUE NW MANDAN, NORTH DAKOTA 58554 | DATE ISSUED: | JANUARY 17, 2018 |
| | | CERTIFICATE NO: | 133-18-000236 |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| INFORMANT: | SHARRI GALSTER | RELATIONSHIP: | DAUGHTER |
| INFORMANT'S ADDRESS: | 2009 NORTH 23RD ST BISMARCK, NORTH DAKOTA 58501 | | |

### DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| FINAL DISPOSITION: | MANDAN UNION CEMETERY MANDAN, NORTH DAKOTA | METHOD: | BURIAL |
| FUNERAL HOME: | DAWISE-PERRY FUNERAL SERVICES MANDAN, ND 58554 | FUNERAL DIRECTOR: | DAVID WISE |
| | | LICENSE NUMBER: | 1209 |

### MEDICAL CAUSE OF DEATH INFORMATION

| | | | |
|---|---|---|---|
| MEDICAL CERTIFIER: | BOYD ADDY, | LICENSE NUMBER: | |
| CERTIFIER'S ADDRESS: | MORTON COUNTY CORONER MANDAN, ND 58554 | | |

IMMEDIATE CAUSE OF DEATH: ATHEROSCLEROTIC VASCULAR DISEASE
   as a consequence of >
   as a consequence of >
   as a consequence of >
CONTRIBUTING FACTORS: HYPOTHERMIA/EXPOSURE, MILD DEMENTIA. PAST LUN AND BLADDER CANCERS

| | | | | | |
|---|---|---|---|---|---|
| MANNER OF DEATH: | NATURAL | | | | |
| MEDICAL EXAMINER CONTACTED: | YES | AUTOPSY PERFORMED: | NO | AUTOPSY FINDINGS AVAILABLE: | |
| TOBACCO CONTRIBUTED TO DEATH: | YES | DECEASED DIABETIC: | NO | | |
| PREGNANT AT TIME OF DEATH: | | | | | |
| DATE OF INJURY: | | | | TIME OF INJURY: | |
| PLACE OF INJURY: | | | | INJURY AT WORK: | |
| LOCATION OF INJURY: | | | | TRANSPORTATION INJURY: | |

HOW INJURY OCCURRED:

001694897

*Darin J. Meschke*
State Registrar of Vital Statistics

This certificate is issued in compliance with the laws of the State of North Dakota
(NOT VALID without raised impression seal of the North Dakota Department of Health)