UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Amelia Gugliotta v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:17-cv-03817**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Amelia Gugliotta, respectfully moves this court to substitute Saverio Gugliotta, as the Personal Representative for the Estate of Amelia Gugliotta, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Amelia Gugliotta passed away on December 25, 2017 (*see* Exhibit A).

2. Amelia Gugliotta's action against Defendants survives her death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Saverio Gugliotta as Plaintiff in the present action, on behalf of the Estate of Amelia Gugliotta.

WHEREFORE, Counsel for Plaintiff respectfully requests the Court grant Plaintiff's Motion to Substitute Saverio Gugliotta, as Personal Representative for the Estate of Amelia Gugliotta.

                                        Respectfully submitted,

Dated:  July 15, 2019          **GRANT & EISENHOFER P.A.**

                              By*:*   */s/ Thomas V. Ayala*
                                      M. Elizabeth Graham
                                      Thomas V. Ayala
                                      Samantha Mertz
                                      **GRANT & EISENHOFER P.A.**
                                      123 Justison Street
                                      Wilmington, DE 19801
                                      Tel: (302) 622-7000
                                      Fax:  (302) 622-7100
                                      egraham@gelaw.com
                                      tayala@gelaw.com
                                      smertz@gelaw.com