# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL No.:  2592 <br> SECTION:  L <br> JUDGE:  ELDON E. FALLON <br> MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Amelia Gugliotta v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:17-cv-03817**

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Saverio Gugliotta as Personal Representative of the Estate of Amelia Gugliotta, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Date: _____          _____
                                                                                  Hon. Eldon E. Fallon
                                                                                  United States District Court Judge