# Exhibit A

## (Death Certificate)

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

DATE FILED — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

### CERTIFICATE OF DEATH
Certificate No. 156-17-052839

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
DECEMBER 26, 2017 02:55 PM

**1. DECEDENT'S LEGAL NAME:** AMELIA GUGLIOTTA (First, Middle, Last)

**Place of Death**
- 2a. New York City
- 2b. Borough: Bronx
- 2c. Type of Place: ☒ Nursing Home/Long Term Care Facility
- 2d. Any Hospice care in last 30 days: ☒ No
- 2e. Name of hospital or other facility: Kings Harbor Multicare Center

**Date and Time of Death:** December 25, 2017, 06:35 PM
**4. Sex:** Female
**5. Date last attended by a Physician:** 12/20/2017

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

**Name of Physician:** Win Myint MD
**Signature:** Win Myint — Signature Electronically Authenticated
**Address:** 2000 E Gun Hill Road, Bronx, New York 10469
**License No.:** 235900
**Date:** DEC-25-2017

**7a. Usual Residence State:** New York
**7b. County:** Bronx
**7c. City or Town:** New York
**7d. Street and Number:** 2315 Ely Avenue
**ZIP Code:** 10469
**7e. Inside City Limits?** ☒ Yes

**8. Date of Birth:** January 24, 1933
**9. Age at last birthday:** 84
**10. Social Security No.:** 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

**11a. Usual Occupation:** Proprietor
**11b. Kind of business or industry:** Formal Wear
**12. Aliases or AKAs:** Amelia G. Gugliotta

**13. Birthplace:** Santa Teresa, Italy
**14. Education:** ☒ 8th grade or less; none

**15. Ever in U.S. Armed Forces?** ☒ No
**16. Marital/Partnership Status at time of death:** ☒ Married
**17. Surviving Spouse's/Partner's Name:** Saverio Gugliotta

**18. Father's Name:** Santo Fleri
**19. Mother's Maiden Name:** Concetta Moschella

**20a. Informant's Name:** Saverio Gugliotta
**20b. Relationship to Decedent:** Spouse
**20c. Address:** 2315 Ely Avenue, Bronx, New York 10469

**21a. Method of Disposition:** ☒ Entombment
**21b. Place of Disposition:** Ferncliff Cemetery
**21c. Location of Disposition:** Hartsdale, New York
**21d. Date of Disposition:** 12/28/2017

**22a. Funeral Establishment:** John Dormi & Sons Funeral Home
**22b. Address:** 1121 Morris Park Avenue, Bronx, New York 10461

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

December 27, 2017   Order No. 20171220941

VR 15 (Rev. 01/09)


Y00818894

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE