UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Robert Busch v. Janssen Research & Development, et al.;*
*Civil Action No. 2:19-CV-02424*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Robert Busch, on or about April 24, 2019. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Robert Busch.

Dated: July 15, 2019

Respectfully submitted,

**By: */s/ Roger K. Ghai***
Roger K. Ghai, Esq
Law Offices of Roger Ghai, PC
1301 Shiloh Road, Suite 430
Kennesaw, Ga 30144
Tel. 770-792-1000
Fax 678-668-7333
roger@ghailawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  July 15, 2019

**By: /s/  Roger K. Ghai**
Roger K. Ghai, Esq
Law Offices of Roger Ghai, PC
1301 Shiloh Road, Suite 430
Kennesaw, Ga 30144
Tel. 770-792-1000
Fax 678-668-7333
roger@ghailawfirm.com

Attorneys for Plaintiff