**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL No.:     2592**<br>**SECTION:     L**<br>**JUDGE:       ELDON E. FALLON**<br>**MAG. JUDGE: MICHAEL NORTH** |
| **PRODUCTS LIABILITY LITIGATION** | |

**This Document Relates to:**

*Robert Busch v. Janssen Research & Development LLC f/k/a Johnson & Johnson*
*Pharmaceutical Research & Development LLC, et al*

**Case No.: 2:19-CV-02424**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Robert Busch, respectfully moves this court to substitute Elizabeth

Fitts, as the Personal Representative for the Estate of Robert Busch, deceased, pursuant to Rule

25(a)(1) of the Federal Rules of Civil Procedure.

1.  Robert Busch passed away on April 24, 2019 (*see* Exhibit A).

2.  Robert Busch's action against Defendants survives his death and is not

    extinguished.

3.  Plaintiff's counsel now moves to substitute Elizabeth Fitts, surviving daughter of

    the deceased Plaintiff Robert Busch, as Plaintiff in the present action.

WHEREFORE, Counsel for Plaintiff, Robert Busch, respectfully requests the Court

grant Plaintiff's Motion to Substitute Elizabeth Fitts, as Personal Representative for the Estate

of Robert Busch.

Respectfully submitted,

Dated: <u>July 15, 2019</u>                    **Law Offices of Roger Ghai, PC**


By*:*      */s/ Roger K. Ghai*
           Roger K. Ghai
           **Law Offices of Roger Ghai, PC**
           1301 Shiloh Road, Suite 430
           Kennesaw, Ga 30144
           Tel: (770) 792-1000
           Fax: (678) 668-7333
           roger@ghailawfirm.com

# Exhibit A

## (Death Certificate)

**CERTIFICATION OF VITAL RECORD**

# State of New Hampshire
## CERTIFICATE OF DEATH

FILE # 2019004025

| | |
|---|---|
| FULL NAME OF DECEASED | ROBERT DAVID BUSCH |
| DATE OF DEATH | APRIL 24, 2019 |
| DATE OF BIRTH | FEBRUARY 8, 1939 |
| MOTHER'S/PARENT'S NAME | MARGUERITE BUSCH (MARCY) |
| FATHER'S/PARENT'S NAME | GARRETT A BUSCH |
| PLACE OF DEATH | PORTSMOUTH, NEW HAMPSHIRE |
| DOMESTIC STATUS | WIDOWED |
| SPOUSE'S/PARTNER'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ELLEN E MARSHALL |
| SOCIAL SECURITY NUMBER | 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 |
| RESIDENCE | HAMPTON, NEW HAMPSHIRE |
| PLACE OF DISPOSITION | PHOENIX CREMATORY, HAMPTON, NEW HAMPSHIRE |
| DATE OF DISPOSITION | APRIL 27, 2019 |
| MANNER OF DEATH | ACCIDENT |

AGE 80 YRS   SEX MALE

BIRTHPLACE NEW YORK, NEW YORK

FILE DATE APRIL 27, 2019

CAUSE OF DEATH:

APPROX INTERVAL:ONSET TO DEATH

a  BLUNT IMPACT INJURY OF HEAD                    24 hours

b

c

d

OTHER SIGNIFICANT CONDITIONS

Anti-coagulant therapy

DESCRIBE HOW INJURY OCCURRED

FELL WHILE AMBULATING

| | |
|---|---|
| DATE/TIME OF INJURY | APRIL 24, 2019 UNKNOWN |
| PLACE OF INJURY | ROADWAY |
| LOCATION OF INJURY | IFO 26 DRAKES LANDING, HAMPTON, NEW HAMPSHIRE 03842 |

NAME AND ADDRESS OF CERTIFIER

WELLINGTON P BARTELS   IV ADME for CHRISTINE R JAMES DO on 04/24/2019 - 10:30 AM, 246 PLEASANT ST  STE 218, CONCORD, NEW HAMPSHIRE 03301

MARGINAL NOTES

3145400

I HEREBY CERTIFY THIS IS A TRUE COPY ISSUED FROM THE OFFICIAL RECORDS ON FILE AT THIS OFFICE AND SHALL BE RECEIVED AS EVIDENCE WITH THE SAME EFFECT AS THE ORIGINAL.

ATTEST: *Susan Buchanan*          STATE/LOCAL REGISTRAR

*Stephen M. Wurtz*
Stephen M. Wurtz, Acting State Registrar

DATE ISSUED: April 29, 2019          STATE/CITY/TOWN OF: NORTH HAMPTON

This copy not valid without official vital record watermark, holographic seals, and displaying seal and signature of Registrar.
It shall be unlawful for anyone to reproduce this certificate other than local or State Registrar.

PACIFIC BANCNOTE  VERIFY FIRST TECH

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VS-SP1

STATE OF NEW HAMPSHIRE · LIVE FREE OR DIE

NEW HAMPSHIRE DEPARTMENT OF STATE · REGISTRAR OF VITAL RECORDS