UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Robert Busch v. Janssen Research & Development LLC, et al.

Civil Action No. 2:19-CV-02424

**ORDER**

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS ORDERED that Plaintiff Elizabeth Fitts, surviving daughter of decedent, Robert Busch, substitution as Plaintiff in this action is GRANTED.

Signed this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

1