EXHIBIT D-1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES DISTRICT COURT ) <br> EASTERN DISTRICT OF ) <br> LOUISIANA IN RE: XARELTO ) <br> (RIVAROXABAN) ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) | )MDL No. 2592 <br> ) <br> ) <br> )SECTION L <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br> Gene D. Mumford <br> Civil Action No.: 2:17-cv-01192 | )JUDGE ELDON E. FALLON <br> ) <br> ) <br> )MAGISTRATE JUDGE NORTH <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

EXHIBIT D-1

**The Kollin Firm, LLC**
By: /s/ Thomas M. Kollin
THOMAS M. KOLLIN, #0066964
3725 Pentagon Blvd., Ste. 270
Beavercreek, Ohio 45431
TEL: 937-490-4700
FAX: 937-490-4666
kollin@kollinfirm.com
**Attorney for Plaintiff**
Dated: July 15, 2019

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com
Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Johnson & Johnson,
Janssen Research & Development, LLC, and
Janssen Ortho LLC
Dated: July 15, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG
Dated: July 15, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants
Dated: July 15, 2019

EXHIBIT D-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 15, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Thomas M. Kollin*

THOMAS M. KOLLIN, #0066964
3725 Pentagon Blvd., Ste. 270
Beavercreek, Ohio 45431
TEL: 937-490-4700
FAX: 937-490-4666
kollin@kollinfirm.com
**Attorney for Plaintiff**
Dated: July 15, 2019