UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELEATES TO: | MAGISTRATE JUDGE NORTH |
| HENRIETTA GUSTE, BERNARD GUSTE, BERNARD GUSTE, JR., HENRY GUSTE, JULES GUSTE, & JOSEPHINE GUSTE Civil Action No. 2:15-cv-00949 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiffs in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

Respectfully submitted,

     */s/ Jeffrey S. Gennusa*
THOMAS A. GENNUSA, II (6010)
JEFFREY S. GENNUSA (33142)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
Email: jgennusa@gprlawyers.com

--and--

WILLIAM J. GUSTE (6375)
Guste, Barnett, Schlesinger, Henderson & Alpaugh, LLP
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
**Attorneys for Plaintiffs,**
**Henrietta Guste, Bernard**
**Guste, Bernard Guste, Jr.,**

DRINKER BIDDLE & REATH LLP
By: _/s/ Susan M. Sharko_____
   SUSAN M. SHARKO
   600 Campus Dr.
   Florham Park, NJ 07932
   Telephone: (973) 549-7000
   Email: susan.sharko@dbr.com
   Attorneys for Defendants
   Janssen Pharmaceuticals, Inc.,
   Johnson & Johnson, Janssen
   Research & Development, LLC,
   and Janssen Ortho, LLC

   Dated: July 15, 2019

ARNOLD & PORTER KAYE
 SCHOLER LLP
By: _/s/ Andrew K. Solow_____
   ANDREW K. SOLOW
   250 West 55th Street
   New York, New York, 10019
   Telephone: (212) 836-8000
   WILLIAM HOFFMAN
   601 Massachusetts Ave., NW
   Washington D.C. 20001
   Telephone: (202) 942-5000
   Email:
  andrew.solow@arnoldporter.com
 william.hoffman@arnoldporter.com
   Attorneys for Defendant Bayer
   HealthCare Pharmaceuticals Inc.,
   and Bayer Pharma AG

   Dated: July 15, 2019

IRWIN FRITCHIE URQUHART &
MOORE LLC
By: _/s/ Kim E. Moore_____
   KIM E. MOORE
   400 Poydras Street, Ste, 2700
   New Orleans, LA 70130
   Telephone: (504) 310-2100
   Email: kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: July 15, 2019

Certificate of Service

The undersigned hereby certifies that on July 15, 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Jeffrey S. Gennusa*