UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN MDL No. 2592 | ) PRODUCTS LIABILTY LITIGATION ) ) ) SECTION L ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**   Case 2:16-cv-09350

STEVEN ZATEZALO, PERSONAL REPRESENTATIVE     JURY DEMAND
OF THE ESTATE OF GEORGE ZATEZALO,
    Plaintiff,

            v.

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG

        **Defendants**

## NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), here informs this Honorable Court of the death of Steven Zatezalo as Administrator for the Estate of George Zatezalo, which occurred on July 23, 2018.  Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of George Zatezalo's estate.

1

Respectfully submitted,
**Phelan Petty, PLC**

<u>/s/Brielle M. Hunt</u>
Michael G. Phelan, Esq. VSB No. 29725
Brielle M. Hunt, Esq. VSB No. 87652
Phelan Petty, PLC
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com
bhunt@phelanpetty.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was filed with the Court on July 15, 2019 through the Court's CM/ECF system, which will serve all counsel of record.

        Phelan Petty, PLC

        /s/Brielle M. Hunt
        Brielle M. Hunt, Esq.
        VSB No. 87652
        6641 W. Broad St. Suite 406
        Richmond, VA  23230
        Phone:  (804) 980-7100
        Fax:  (804) 767-4601
        E-mail:  bhunt@phelanpetty.com
        *Attorney for Plaintiff*