UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *John P. Kelly v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-06053* _____ | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Justin Kelly on behalf of his deceased father, John P. Kelly, for the following reasons:

1. On June 19, 2018, John P. Kelly filed a Complaint in the above referenced matter.

2. On December 7, 2018, John P. Kelly passed away.

3. Plaintiff's son, Justin Kelly, notified Plaintiff's counsel of his father's passing and his interest in continuing this lawsuit on his behalf.

4. Justin Kelly is in the process of being appointed as Representative of the Estate of John P. Kelly.

5. Notice of John P. Kelly's death was submitted to this Honorable Court on July 12, 2019 (*See* Exhibit A).

6. The decedent's son, Justin Kelly, is the Proper Party Plaintiff and wishes to be substituted on behalf of John P. Kelly in this case.

Wherefore, movant prays for said substitution.

Dated: July 16, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 16, 2019

>  */s/ Leslie LaMacchia*
>  Leslie LaMacchia, Esq.