# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| | ) |
| **This Document Relates to:** | ) SECTION: L |
| | ) |
| *John P. Kelly v. Janssen Research & Development, et al.;* | ) JUDGE FALLON |
| *Civil Action No. 2:18-cv-06053* | ) |
| | ) |
| _____ | ) MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff John Kelly.


Dated: July 12, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.


Dated: July 12, 2019                          Respectfully submitted,

                                              */s/ Leslie LaMacchia*

                                              Leslie LaMacchia, Esq.
                                              Adam Pulaski, Esq.
                                              PULASKI LAW FIRM, PLLC
                                              2925 Richmond Avenue, Suite 1725
                                              Houston, TX 77098
                                              (713) 664-4555 Phone
                                              (713) 664-7543 Fax
                                              llamacchia@pulaskilawfirm.com
                                              adam@pulaskilawfirm.com

                                              *Attorneys for the Plaintiff*