# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *John P. Kelly v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-06053* | ) JUDGE FALLON ) ) |
| | ) MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Dated:    July 16, 2019

    Respectfully submitted,

    */s/ Leslie LaMacchia*
    Leslie LaMacchia, Esq.
    Adam Pulaski, Esq.
    PULASKI LAW FIRM, PLLC
    2925 Richmond Avenue, Suite 1725
    Houston, TX 77098
    (713) 664-4555 Phone
    (713) 664-7543 Fax
    llamacchia@pulaskilawfirm.com
    adam@pulaskilawfirm.com

    *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 16, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.