## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *John P. Kelly v. Janssen Research & Development, et al.;* *Civil Action No. 2:18-cv-06053* | ) ) ) ) | JUDGE FALLON |
| _____ | ) | MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Justin Clark, on behalf of his deceased father, John P. Kelly, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge