## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Dr. Frederick Rubin v. Janssen Research & Development, et al.;* *Civil Action No. 2:17-cv-02632* _____ | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Crystal Rubin on behalf of her deceased husband, Dr. Frederick Rubin, for the following reasons:

1. On March 28, 2017, Dr. Frederick Rubin filed a Complaint in the above referenced matter.

2. On February 9, 2019, Dr. Frederick Rubin passed away.

3. Plaintiff's wife, Crystal Rubin, notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit on his behalf.

4. Crystal Rubin is in the process of being appointed as Representative of the Estate of Dr. Frederick Rubin.

5. Notice of Dr. Frederick Rubin's death was submitted to this Honorable Court on July 12, 2019 (*See* Exhibit A).

6. The decedent's wife, Crystal Rubin, is the Proper Party Plaintiff and wishes to be substituted on behalf of Dr. Frederick Rubin in this case.

Wherefore, movant prays for said substitution.

Dated: July 16, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

        Houston, TX 77098
        (713) 664-4555 Phone
        (713) 664-7543 Fax
        llamacchia@pulaskilawfirm.com
        adam@pulaskilawfirm.com
        *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 16, 2019

                                                  */s/ Leslie LaMacchia*
                                                  Leslie LaMacchia, Esq.