# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Dr. Frederick Rubin v. Janssen Research & Development, et al.;* *Civil Action No. 2:17-cv-02632* | ) ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Dated: July 16, 2019

        Respectfully submitted,

        */s/ Leslie LaMacchia*
        Leslie LaMacchia, Esq.
        Adam Pulaski, Esq.
        PULASKI LAW FIRM, PLLC
        2925 Richmond Avenue, Suite 1725
        Houston, TX 77098
        (713) 664-4555 Phone
        (713) 664-7543 Fax
        llamacchia@pulaskilawfirm.com
        adam@pulaskilawfirm.com

        *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 16, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
