UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Dr. Frederick Rubin v. Janssen Research & Development, et al.;* *Civil Action No. 2:17-cv-02632* _____ | ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Crystal Rubin, on behalf of her deceased husband, Dr. Frederick Rubin , be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ___ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge