# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 )  ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Geneva Maddox v. Janssen Research & Development, et al.;* *Civil Action No. 2:19-cv-08146* _____ | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Geannine Maddox on behalf of her deceased mother, Geneva Maddox, for the following reasons:

1. On April 3, 2019, Geneva Maddox filed a Complaint in the above referenced matter.

2. On May 25, 2019, Geneva Maddox passed away.

3. Plaintiff's daughter, Geannine Maddox, notified Plaintiff's counsel of her mother's passing and her interest in continuing this lawsuit on his behalf.

4. Geannine Maddox is in the process of being appointed as Representative of the Estate of Geneva Maddox.

5. Notice of Geneva Maddox's death was submitted to this Honorable Court on July 12, 2019 (*See* Exhibit A).

6. The decedent's daughter, Geannine Maddox, is the Proper Party Plaintiff and wishes to be substituted on behalf of Geneva Maddox in this case.

Wherefore, movant prays for said substitution.

Dated: July 16, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 16, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
