UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Geneva Maddox v. Janssen Research & Development, et al.;* *Civil Action No. 2:19-cv-08146* _____ | ) ) ) ) | JUDGE FALLON  MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Geannine Maddox, on behalf of her deceased mother, Geneva Maddox, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge