# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Robert Williams v. Janssen Research & Development, et al.;* *Civil Action No. 2:19-cv-08432* _____ | ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Geline Williams on behalf of his deceased husband, Robert Williams, for the following reasons:

1. On April 4, 2019, Robert Williams filed a Complaint in the above referenced matter.

2. On August 17, 2017, Robert Williams passed away.

3. Plaintiff's wife, Geline Williams, notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit on his behalf.

4. Geline Williams is in the process of being appointed as Representative of the Estate of Robert Williams.

5. Notice of Robert Williams' death was submitted to this Honorable Court on July 12, 2019 (*See* Exhibit A).

6. The decedent's wife, Geline Williams, is the Proper Party Plaintiff and wishes to be substituted on behalf of Robert Williams in this case.

Wherefore, movant prays for said substitution.

Dated: July 16, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725

                Houston, TX 77098
                (713) 664-4555 Phone
                (713) 664-7543 Fax
                llamacchia@pulaskilawfirm.com
                adam@pulaskilawfirm.com
                *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 16, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
