# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Robert Williams v. Janssen Research & Development, et al.;* *Civil Action No. 2:19-cv-08432* | ) ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Eldon E. Fallon.

Dated:    July 16, 2019

    Respectfully submitted,

    */s/ Leslie LaMacchia*
    Leslie LaMacchia, Esq.
    Adam Pulaski, Esq.
    PULASKI LAW FIRM, PLLC
    2925 Richmond Avenue, Suite 1725
    Houston, TX 77098
    (713) 664-4555 Phone
    (713) 664-7543 Fax
    llamacchia@pulaskilawfirm.com
    adam@pulaskilawfirm.com

    *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: July 16, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
