**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION :   **MDL No. 2592**
:
:   **SECTION L**
:
:   **JUDGE ELDON E. FALLON**
:
_____ :   **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*John P. Crater vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05628-EEF-MBN

## MOTION TO SUBSTITUTE PROPER PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1) undersigned counsel moves this Court for an order substituting Alice Crater, surviving spouse, on behalf of the Estate of John P. Crater, as Plaintiff in the above-captioned matter.

1. John P. Crater filed a product liability action against defendants on October 6, 2015.

2. Plaintiff John P. Crater died January 3, 2019.

3. Plaintiff filed a Notice / Suggestion of Death on July 16, 2019 [Doc 14129].

4. Alice Crater, surviving spouse of John P. Crater, is a proper party to substitute for plaintiff-decedent John P. Crater and has proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that the Court grant this request for substitution of Alice Crater as plaintiff in place of decedent John P. Crater.

Dated: July 16, 2019                         Respectfully submitted,

<u>/s/ Margret Lecocke</u>
Margret Lecocke
mlecocke@whlaw.com
John T. Boundas
jboundas@whlaw.com
Williams Hart Boundas Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas  77017-5051
Telephone: (713) 230-2200
Facsimile:  (713) 643-6226

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Margret Lecocke
Margret Lecocke