**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

TOMMIE M. VARNADOE,
Civil Action No. 2:15-cv-3977-EEF-MBN

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Tommie Varnadoe on or about May 10, 2017.

Dated:  July 16, 2019                                    Respectfully submitted,

                                                         DOWD & DOWD, P.C.

                                            By:    /s/ Laura G. Lumaghi
                                                   Laura G. Lumaghi (MO Bar #50186)
                                                   William T. Dowd (MO Bar #39648)
                                                   DOWD & DOWD, P.C.
                                                   211 N. Broadway, Suite 4050
                                                   St. Louis, MO 63102
                                                   (314) 621-2500
                                                   Fax: (314) 621-2503
                                                   laura@dowdlaw.net
                                                   bill@dowdlaw.net

                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi