EXHIBIT D-1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) SECTION L |
| CLAIRE VALLERA, as the Surviving Spouse of GUISEPPE VALLERA and As the Anticipated Personal Representative of the Estate of GUISEPPE VALLERA, Deceased | ) ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:19-cv-00817 | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| **ASHCRAFT & GEREL LLP** | **DRINKER BIDDLE & REATH LLP** |
|---|---|
| By: /s Michelle A. Parfitt<br>Michelle A. Parfitt<br>James F. Green<br>1825 K Street N.W., Suite 700<br>Washington, DC 20006<br>Telephone: (703) 931-5500<br>mparfitt@ashcraftlaw.com<br>jgreen@ashcraftlaw.com | By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com |
| Attorneys for Plaintiff | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC |
| Dated: July 16, 2019 | Dated: July 16, 2019 |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
　　Andrew K. Solow
　　250 West 55th Street
　　New York, New York 10019-9710
　　Telephone: (212) 836-8000
　　Facsimile: (212) 836-8689
　　William Hoffman
　　601 Massachusetts Ave., NW
　　Washington, D.C. 20001
　　Telephone: (202) 942-5000
　　Facsimile: (202) 942-5999
　　andrew.solow@arnoldporter.com
　　william.hoffman@arnoldporter.com

　　Attorneys for Defendants Bayer HealthCare
　　Pharmaceuticals Inc., and Bayer Pharma AG

　　Dated: July 16, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
　　Kim E. Moore
　　400 Poydras St., Ste, 2700
　　New Orleans, LA 70130
　　Telephone: (504) 310-2100
　　kmoore@irwinllc.com

　　Liaison Counsel for Defendants

　　Dated: July 16, 2019

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 16, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                            /s/ Michelle A. Parfitt