UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

TOMMIE M. VARNADOE,
Civil Action No. 2:15-cv-3977-EEF-MBN

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW Plaintiff, through undersigned counsel, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby moves this Honorable Court for an order substituting Candace Varnadoe on behalf of her deceased husband Tommie Varnadoe, for the following reasons:

1. On August 6, 2015, Tommie Varnadoe filed a Complaint in the above matter.

2. On or about May 10, 2017, Tommie Varnadoe died.

3. Plaintiff's wife, Candace Varnadoe, recently notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit.

4. A Suggestion of Death was submitted to this Honorable Court on July 16, 2019. [Doc. 14133] *Exhibit 1.*

5. The decedent's wife, Candace Varnadoe, is a proper party to be substituted for plaintiff-decedent Tommie Varnadoe and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1), which states that "If a party dies and the claim is not extinguished, the court may order substitution of

the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Candace Varnadoe, as surviving spouse of Tommie Varnado, for the current Plaintiff Tommie Varnado.

Dated:  July 17, 2019                                      Respectfully submitted,

                                                                         DOWD & DOWD, P.C.

                                  By:    /s/ Laura G. Lumaghi
                                           Laura G. Lumaghi (MO Bar #50186)
                                           William T. Dowd (MO Bar #39648)
                                           DOWD & DOWD, P.C.
                                           211 N. Broadway, Suite 4050
                                           St. Louis, MO 63102
                                           (314) 621-2500
                                           Fax: (314) 621-2503
                                           laura@dowdlaw.net
                                           bill@dowdlaw.net

                                           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                           /s/ Laura G. Lumaghi