UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

TOMMIE M. VARNADOE,
Civil Action No. 2:15-cv-3977-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Candace Varnadoe, as surviving spouse of Tommie Varnadoe is substituted for Plaintiff Tommie Varnadoe, in the above captioned cause.

Dated: _____       _____
Hon. Eldon E. Fallon
United States District Court Judge