UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>Terence D. Williams<br><br>        Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC. BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | Civil Action No: 2:14-md-02592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**COMPLAINT AND**<br>**<u>JURY TRIAL DEMANDED</u>** |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

    Plaintiff, Terence D. Williams, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, hereby seeks to amend Complaint 19-3002, [Exhibit A] filed 3/24/2019 to substitute "Terence D. Williams" as Plaintiff in place of "Joseph Hamby" for reasons that the wrong document was uploaded to ECF during filing. "Joseph Hamby" is also the Plaintiff in docket 19-2999.

1

The proper Plaintiff was filed with ECF and a receipt of payment for Terence D. Williams was received by the Plaintiff. [Exhibit B] However, during the process of filing an incorrect document was submitted to ECF, resulting in duplicate filings for Joseph Hamby [Exhibit C] and no docket number assigned to Terence D. Williams.

This MDL encompasses over 27,000 litigants. The parties have consolidated full litigation to a handful of bellwether cases, thus no discovery has been conducted on the 19-3002 docket. In fact, the only evidence submitted in this specific docket has been through the Brown & Greer portal, all of which relate to Terence D. Williams (PID 41876). Correcting the names of the parties on docket 19-3002 would lessen rather than increase the burden on both parties, since anything other than this proposed correction would require the parties to re-align the Brown & Greer PID filings to comport with this duplicate and mistaken docket assignment.

The proposed Amended Complaint is attached as Exhibit D.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and Order to Amend Complaint.

Date: July 16, 2019                              Respectfully submitted,

/s/ Christopher K. Johnston
Christopher K. Johnston (CA Bar No. 261474)
Law Office of Christopher K. Johnston, LLC
268 Ponce de Leon Ave., Ste. 1020
San Juan, Puerto Rico 00918
Tel: (415) 500-4381; Fax: (415) 202-6264
kyle@masstortslaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Date: July 16, 2019 | Respectfully submitted,<br><br>/s/ Christopher K. Johnston<br>Christopher K. Johnston (CA Bar No. 261474)<br>Law Office of Christopher K. Johnston, LLC<br>268 Ponce de Leon Ave., Ste. 1020<br>San Juan, Puerto Rico 00918<br>Tel: (415) 500-4381; Fax: (415) 202-6264<br>kyle@masstortslaw.com<br><br>Attorney for Plaintiff |