## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>Andrea Pitts<br><br>       Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC. BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>       Defendants. | Civil Action No: 2:14-md-02592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**MOTION TO DISMISS COMPLAINT**

      Plaintiff Andrea Pitts, pursuant to the applicable Federal Rule of Civil Procedure 41(a)(2), by and through the undersigned Counsel, hereby seeks to dismiss her complaint 2:19-cv-01569 filed 2/20/2019 for reasons that:

1

a duplicate filing (2:19-cv-02860) was inadvertently filed on 3/23/2019. This Motion for Dismissal With Prejudice shall not effect docket 02860 filed on 3/23/2019.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and Order to Dismiss the Complaint docketed at 2:19-cv-01569.

Date: July 16, 2019                                        Respectfully submitted,

/s/ Christopher K. Johnston
Christopher K. Johnston (CA Bar No. 261474)
Law Office of Christopher K. Johnston, LLC
268 Ponce de Leon Ave., Ste. 1020
San Juan, Puerto Rico 00918
Tel: (415) 500-4381; Fax: (415) 202-6264
kyle@masstortslaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Date: July 16, 2019 | Respectfully submitted, |
| | /s/ Christopher K. Johnston |
| | Christopher K. Johnston (CA Bar No. 261474) |
| | Law Office of Christopher K. Johnston, LLC |
| | 268 Ponce de Leon Ave., Ste. 1020 |
| | San Juan, Puerto Rico 00918 |
| | Tel: (415) 500-4381; Fax: (415) 202-6264 |
| | kyle@masstortslaw.com |
| | |
| | Attorney for Plaintiff |

# EXHIBIT A

# **EXHIBIT** B

# EXHIBIT C

# EXHIBIT D