UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

GEORGE J. GLEGHORN, AS POWER OF
ATTORNEY FOR BARBARA M. GLEGHORN,
Civil Action No. 2:15-cv-3967-EEF-MBN

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Plaintiff, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a) and states as follows:

1. George J. Gleghorn filed the above action on August 6, 2015 as the Power of Attorney for Barbara Gleghorn.

2. On August 18, 2018, George Gleghorn executed a declination to continue to serve as the Power of Attorney for Barbara Gleghorn.

3. The Successor Agent who is currently the Power of Attorney for Barbara Gleghorn is her son, James Brian Gleghorn.

4. The Power of Attorney includes the right over claims and litigation that involve Barbara Gleghorn.

5. For the foregoing reasons shown, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute "James Brian Gleghorn, as Power of Attorney for Barbara M.

Gleghorn", for the current Plaintiff George J. Gleghorn, as Power of Attorney for Barbara M. Gleghorn.

Dated: July 17, 2019            Respectfully submitted,

                                          DOWD & DOWD, P.C.

By:    /s/ Laura G. Lumaghi
        Laura G. Lumaghi (MO Bar #50186)
        DOWD & DOWD, P.C.
        211 N. Broadway, Suite 4050
        St. Louis, MO 63102
        (314) 621-2500
        Fax: (314) 621-2503
        laura@dowdlaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Substitution has contemporaneously with or before filing been served on all parties or their attorneys this 17th day of July in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            /s/ Laura G. Lumaghi