# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

GEORGE J. GLEGHORN, AS POWER OF
ATTORNEY FOR BARBARA M. GLEGHORN,
Civil Action No. 2:15-cv-3967-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff James Brian Gleghorn, as Power of Attorney for Barbara M. Gleghorn, is substituted for Plaintiff George J. Gleghorn, as Power of Attorney for Barbara M. Gleghorn, in the above captioned cause.

Dated: _____        _____

Hon. Eldon E. Fallon
United States District Court Judge