**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "L"** |
| | : | |
| | : | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | **MAG. JUDGE NORTH** |
| *Gentry Stepp* | : | |
| *Civil Action No. 2:16-cv-06445* | : | |
| | : | |
| -------------------------------------------------------- | : | |

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Gentry Stepp.

July 18, 2019                                    Respectfully submitted,

                                                 */s/ David L. Friend*
                                                 Shamus B. Mulderig, Esq.
                                                 HISSEY, MULDERIG & FRIEND PLLC
                                                 One Arboretum Plaza
                                                 9442 Capital of Texas Highway N, Suite 400
                                                 Austin, TX 78759
                                                 (512) 320-9100
                                                 (512) 320-9101 (fax)
                                                 dfriend@hmf-law.com

                                                 ATTORNEYS FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS