UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2592<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Gentry Stepp*<br>*Civil Action No. 2:16-cv-06445*<br>------------------------------------------------------------ | | |

# ORDER

IT IS ORDERED that the Motion for Substitution of Diana Skaggs, the daughter of Gentry Stepp, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge