# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS ACTION RELATES TO: | ) SECTION: L ) JUDGE ELDON E. FALLON |
| All Plaintiffs Named in Attached Exhibit "A" | ) MAG. JUDGE MICHAEL NORTH ) |
| vs. | ) **MOTION TO SUBSTITUTE** ) **COUNSEL** ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.   Defendants | ) ) ) |

All Plaintiffs listed on Exhibit "A" to this motion, move this Court for an order: (1) substituting the lead counsel for Plaintiffs from Alex Barlow to Saima Khan and Ian P. Cloud in these and the related cases and (2) withdrawing Mr. Barlow's appearance in these and the related cases.

The basis for the substitution of counsel and withdrawal of Mr. Barlow's appearance is that Mr. Barlow is no longer affiliated with Plaintiffs' law firm.

Dated: 07/18/2019

Respectfully submitted,

ROBINS CLOUD LLP

/s/ Saima Khan_____
Saima Khan
Texas SBN: 24076480
Ian P. Cloud
Texas SBN: 00783843
ROBINS CLOUD LLP
2000 West Loop South, Suite 2200
Houston, Texas 77027
E-Mail: skhan@robinscloud.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 18, 2019, the above and foregoing Motion to Substitute Counsel was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

                                          /s/ Saima Khan_____
                                          Saima Khan