# EXHIBIT A

| Plaintiff's Name | Case No. |
|---|---|
| Arcand, James | 16-CV-01642 |
| Davis, Kenneth | 16-CV-01873 |
| DeMarco, Victor | 16-CV-01875 |
| Driggs, Lawrence | 16-CV-02375 |
| Heath, Wanda | 16-CV-01876 |
| Hendrick, James | 16-CV-01878 |
| Ryan, Mary Helen | 16-CV-01882 |
| Whitnauer, Jack | 16-CV-01883 |