# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| THIS ACTION RELATES TO: | ) ) | SECTION: L JUDGE ELDON E. FALLON |
| All Plaintiffs Named in Attached Exhibit "A" | ) ) ) ) ) ) | MAG. JUDGE MICHAEL NORTH  **ORDER re MOTION TO SUBSTITUTE COUNSEL** |
| vs. | ) ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.                         Defendants | ) ) ) | |

Considering the above and foregoing Motion to Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that for Plaintiffs listed on Exhibit "A" to this motion, Saima Khan and Ian P. Cloud be entered as lead counsel for Plaintiffs, and the appearance of Alex Barlow shall be withdrawn from these cases.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States Districut Judge