UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENT RELATES TO:** | MDL No. 2592 |
|---|---|
| *Donald Borski v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br><br> **No. 2:15-cv-02027** | SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## ORDER OF DISMISSAL

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice, R. Doc. 14060;

**IT IS ORDERED AND ADJUDGED** that Plaintiff Donald Borski's Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

On this  16th  day of    July   , 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge