## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *David Gaydos v. Janssen Research & Development LLC f/k/a  Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br><br>**No. 2:15-cv-06059** | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## ORDER OF DISMISSAL

THIS MATTER, came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice, R. Doc. 14061;

**IT IS ORDERED AND ADJUDGED** that Plaintiff David Gaydos' Motion for Voluntary Dismissal With Prejudice is hereby **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE** with each party to bear their own attorney's fees and costs.

On this ___16th___ day of _____July_____, 2019.

Honorable Eldon E. Fallon
United States District Court Judge