UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | § § § | SECTION L JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A | § § | MAGISTRATE JUDGE NORTH |

**ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

**IT IS FURTHER ORDERED** that attorney, John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC are substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this ___17th___ day of _____July_____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Ira Tunnell, et al. | 2:16-cv-02180 |
| Robert Strickler | 2:16-cv-00494 |
| Gary Hellmer | 2:16-cv-11666 |
| Myra Best | 2:16-cv-13004 |
| Deborah Galvin, et al. | 2:16-cv-03339 |
| Kathleen Skeel, et al. | 2:16-cv-11991 |
| James Weakland | 2:16-cv-12029 |
| Mary Ann Oliver | 2:16-cv-14387 |
| Julie Hixon | 2:15-cv-02992 |
| Amarjit Ghuman | 2:16-cv-03340 |
| Beverly Eads, et al. | 2:16-cv-03331 |
| Arthur Woodworth | 2:16-cv-03500 |
| Bill Crabtree | 2:15-cv-02950 |
| Lorraine Perri, et al. | 2:16-cv-03367 |
| Juliette Petri, et al. | 2:15-cv-03743 |
| Larry Jones | 2:16-cv-11683 |
| Kathleen Pahls, et al. | 2:15-cv-03010 |
| Selenia Ferrell, et al. | 2:18-cv-12116 |
| Betty Thornton | 2:15-cv-03758 |
| Michael Allen | 2:19-cv-02933 |
| Lois Gnade, et al. | 2:16-cv-02689 |
| Dorothy Burroughs | 2:15-cv-02942 |
| Joseph Kocherhans | 2:16-cv-12817 |
| Julius Snyder, et al. | 2:16-cv-00505 |
| Alice Ruth Cloud | 2:16-cv-13021 |
| Thomas Adams | 2:16-cv-03921 |
| Shanda Antle | 2:19-cv-02869 |
| Delbert Opie | 2:16-cv-07028 |
| Bruno Giordano | 2:16-cv-03343 |
| Gloria Arnson | 2:16-cv-03067 |
| Anne Kates | 2:16-cv-12247 |
| Frances Coleman | 2:15-cv-02947 |
| Pauline Tuttle | 2:15-cv-06508 |
| John Haggerty, Jr., et al. | 2:16-cv-12687 |
| Nodine Sankowsky | 2:16-cv-13280 |
| Lois Jensen, et al. | 2:16-cv-12805 |

| | |
|---|---|
| Karl Addis, et al. | 2:16-cv-12975 |
| Gerald Mackenzie | 2:16-cv-13245 |
| Velta Salter | 2:16-cv-02701 |
| Alfred Minnicozzi | 2:16-cv-03411 |
| Doyce Gilmer | 2:16-c-v03341 |
| Carol Trussell | 2:16-cv-02705 |
| Earl Slone | 2:15-cv-06497 |
| Max Sprinkle, et al. | 2:16-cv-04198 |
| Raymond Pasholk, et al. | 2:16-cv-06765 |
| Anthony Cordileone, et al. | 2:16-cv-09931 |
| James Dougherty | 2:15-cv-02954 |
| Carla Hawkins | 2:15-cv-02986 |
| John Kalker | 2:16-cv-14546 |
| Gail Fitzgerald, et al. | 2:16-cv-03334 |
| Walter Penn Morton | 2:16-cv-00786 |
| David York | 2:15-cv-02562 |
| Jon Rowland | 2:16-cv-03490 |
| James O'Brien | 2:16-cv-03423 |
| Trevor Dudley | 2:16-cv-03327 |
| Edward Boudreaux, et al. | 2:15-cv-02937 |
| John Kinnear | 2:15-cv-06206 |
| Rodney Fama | 2:16-cv-13040 |
| Thomas Woodfin | 2:16-cv-12040 |
| Nancy Alexandrowicz | 2:16-cv-12951 |
| Thomas Lillis | 2:16-cv-02164 |
| Robert Deardorff | 2:15-cv-02953 |
| Gene Mason, et al. | 2:15-cv-03007 |
| Jimmy Niece | 2:15-cv-02559 |
| Ira Boggs | 2:16-cv-13008 |
| Ada Jane Puckett | 2:16-cv-11740 |
| Doris Bradley | 2:16-cv-02611 |
| Joseph Loughney | 2:15-cv-03740 |
| Mary Thompson | 2:16-cv-02704 |
| Candace Anderson | 2:15-cv-02924 |
| William Bullett | 2:16-cv-02612 |
| Annabelle Arrivo, et al. | 2:16-cv-02422 |
| Patricia Lawlor | 2:15-cv-03004 |
| Edmond Rando | 2:16-cv-11741 |
| Diane Bell, et al. | 2:16-cv-03308 |

| | |
|---|---|
| Jeanne Anderson, et al. | 2:16-cv-02682 |
| Dennis Banks | 2:16-cv-03395 |
| George Bernzweig | 2:16-cv-05772 |
| William Cook | 2:16-cv-05777 |
| Wayne Craft | 2:16-cv-02614 |
| Robert Craig, et al. | 2:15-cv-00222 |
| George Czinkota | 2:16-cv-03325 |
| Elaine Dzialo | 2:15-cv-02958 |
| Lawrence Ellis | 2:16-cv-03332 |
| Darlene Cress, et al. | 2:15-cv-02951 |
| Janice Foley | 2:16-cv-03335 |
| Charles Forbes, Jr. | 2:16-cv-02684 |
| Jerry Gage | 2:16-cv-13056 |
| Jean Goff | 2:18-cv-05821 |
| Robert Goodman | 2:16-cv-09935 |
| Lawrence Gray | 2:15-cv-02978 |
| John Hamer, et al. | 2:16-cv-12688 |
| Ralph Hester | 2:16-cv-07016 |
| Elizabeth Hoover | 2:16-cv-12800 |
| Mark Knighton | 2:16-cv-11696 |
| Jane Komo | 2:16-cv-11699 |
| Mary Kronberg, et al. | 2:15-cv-02998 |
| Madaline LaVine | 2:15-cv-03003 |
| Edward Montgomery | 2:15-cv-03008 |
| Larry Moore | 2:15-cv-02558 |
| Beverly Palazzolo, et al. | 2:15-cv-03011 |
| Monica Parker, et al. | 2:16-cv-13259 |
| Leonard Powell | 2:16-cv-13260 |
| Barbara Rademaker, et al. | 2:16-cv-06762 |
| Thomas Raes | 2:16-cv-00504 |
| Billy Reid | 2:16-cv-12891 |
| Annette Roesler, et al. | 2:16-cv-13270 |
| Dorothy Schiessl, et al. | 2:16-cv-02174 |
| Huey Seyfarth, Sr. | 2:16-cv-02702 |
| Janet Siglin, et al. | 2:16-cv-06758 |
| Ruby Sparks | 2:16-cv-03495 |
| Mary Ann Spraungel, et al. | 2:15-cv-05686 |
| Thomas Stump, et al. | 2:16-cv-06742 |
| Jettia Traylor | 2:16-cv-12002 |

| | |
|---|---|
| David Watt | 2:15-cv-03760 |
| Kathryn Plosica, et al. | 2:15-cv-03747 |
| John Norman Henry | 2:16-cv-04173 |
| Joyce Arceneaux | 2:16-cv-12969 |
| Jose Blatt | 2:16-cv-02609 |
| Marsha Broads | 2:16-cv-13016 |
| Carol Clark | 2:15-cv-02247 |
| Max Clements | 2:16-cv-03519 |
| Walter Coker | 2:16-cv-07011 |
| Margaret Licata, et al. | 2:15-cv-01523 |
| Willis Duhon | 2:16-cv-03328 |
| Paul Fergus, Jr., et al. | 2:16-cv-02616 |
| Peter Hebert, et al. | 2:15-cv-02991 |
| George Marfield, et al. | 2:16-cv-12702 |
| Tabitha Millar | 2:16-cv-12857 |
| Karen Mortensen | 2:15-cv-03009 |
| Maurice Parsons | 2:16-cv-03475 |
| Jeanette Shuck, et al. | 2:16-cv-13594 |
| Marvin Stewart | 2:16-cv-00506 |
| Joyce Valliere | 2:16-cv-05785 |
| Richard Wagner | 2:16-cv-13287 |
| Angel Washington, et al. | 2:16-cv-04199 |
| David Wittan | 2:16-cv-13291 |
| Barry Harrison | 2:16-cv-05779 |
| Michael Garcia | 2:16-cv-13063 |
| Rosalyn Craver, et al. | 2:16-cv-09932 |
| Robert Gagnon | 2:15-cv-02977 |
| George Korb | 2:16-cv-03351 |