UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : MDL No. 2592 |
| **PRODUCTS LIABILITY LITIGATION** | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*GLADYS ALLEN v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
2:16-cv-00357-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Tina Abulhassan, daughter and Power of Attorney for Gladys Allen, is substituted for Plaintiff Gladys Allen, as the proper party plaintiff in the above captioned case.

Dated: _____

                                                                                        Hon. Eldon E. Fallon
                                                                                        United States District Court Judge