UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*NETTA TUDHOPE v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*2:16-cv-16277-EEF-MBN*

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a).  Mary Tudhope, the daughter of Netta Tudhope, is the Power of Attorney for Netta Tudhope.  The Power of Attorney includes the right over claims and litigation.  For the foregoing reasons shown, Plaintiff respectfully requests this Court to grant Plaintiffs' motion and substitute Mary Tudhope as Power of Attorney for Netta Tudhope, who is the current Plaintiff.

Dated:  July 19, 2019

Respectfully submitted,

By: */s/ Andrew S. Williams*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 19, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      ***/s/ Andrew S. Williams, Esq.***
                                      Andrew S. Williams, Esq.
                                      Simmons Hanly Conroy
                                      One Court Street
                                      Alton, IL 62002
                                      Tel. 618-259-2222
                                      Fax 618-259-2251
                                      awilliams@simmonsfirm.com

                                      Attorneys for Plaintiff