# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **: MDL No. 2592**<br>**: SECTION L**<br>**: JUDGE ELDON E. FALLON**<br>**: MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*NETTA TUDHOPE v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*2:16-cv-16277-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mary Tudhope, daughter and Power of Attorney for Netta Tudhope, is substituted for Plaintiff Netta Tudhope, as the proper party plaintiff in the above captioned case.

Dated: _____        _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge