UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*CARLOS SHIELDS v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
2:17-cv-16191 -EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jacqueline Shields, spouse and Power of Attorney for Carlos Shields, is substituted for Plaintiff Carlos Shields, as the proper party plaintiff in the above captioned case.

Dated: _____

                                                                  Hon. Eldon E. Fallon
                                                                  United States District Court Judge