EXHIBIT D-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

<u>JURY TRIAL DEMANDED</u>

THIS DOCUMENT RELATES TO:

JOSEPH BELOT v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:16-cv- 01320

### <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**ATTORNEY JOHN JEWELL PACE A.P.L.C.**
By: /s/ John Jewell Pace
 **John Jewell Pace (Bar #1115)**
 John Jewell Pace, A.P.L.C
 P.O. Box 14209
 Baton Rouge, LA 707898
 Telephone: (225) 686-3000
 Facsimile: (866) 912-2008
 Email: jjp@johnjpacelaw.com

 By: /s/ Samuel C. Ward
 **Samuel "Chuck" Ward (Bar # 29508)**
 Samuel C. Ward, Jr., &
 Associates
 660 Saint Ferdinand Street
 Baton Rouge, LA 70802
 Telephone: (225) 330-6677
 Facsimile: (225) 330-6680
 Email: samuelcward@aol.com

 Attorneys for Plaintiff


**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
 Susan M. Sharko
 600 Campus Dr.
 Florham Park, NJ 07932
 Telephone: (973) 549-7000
 susan.sharko@dbr.com

 Attorneys for Defendants Janssen
 Pharmaceuticals, Inc., Johnson & Johnson,
 Janssen Research & Development, LLC, and
 Janssen Ortho LLC

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@arnoldporter.com
    william.hoffman@arnoldporter.com

    Attorneys for Defendants Bayer HealthCare
    Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    kmoore@irwinllc.com

    Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 19, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**

*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**