EXHIBIT D-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

<u>JURY TRIAL DEMANDED</u>

THIS DOCUMENT RELATES TO:

**RONALD CARUSO v. JANSSEN PHARMACEUTICALS, INC., et al**

   No. 2:16-cv- 03361

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**ATTORNEY JOHN JEWELL PACE A.P.L.C.**
By: /s/ John Jewell Pace
    **John Jewell Pace (Bar #1115)**
    John Jewell Pace, A.P.L.C
    P.O. Box 14209
    Baton Rouge, LA 707898
    Telephone: (225) 686-3000
    Facsimile: (866) 912-2008
    Email: jjp@johnjpacelaw.com

    By: /s/ Samuel C. Ward
    **Samuel "Chuck" Ward (Bar # 29508)**
    Samuel C. Ward, Jr., &
    Associates
    660 Saint Ferdinand Street
    Baton Rouge, LA 70802
    Telephone: (225) 330-6677
    Facsimile: (225) 330-6680
    Email: samuelcward@aol.com

    Attorneys for Plaintiff

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    Telephone: (973) 549-7000
    susan.sharko@dbr.com

    Attorneys for Defendants Janssen
    Pharmaceuticals, Inc., Johnson & Johnson,
    Janssen Research & Development, LLC, and
    Janssen Ortho LLC

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
  Andrew K. Solow
  250 West 55th Street
  New York, New York 10019-9710
  Telephone: (212) 836-8000
  Facsimile: (212) 836-8689
  William Hoffman
  601 Massachusetts Ave., NW
  Washington, D.C. 20001
  Telephone: (202) 942-5000
  Facsimile: (202) 942-5999
  andrew.solow@arnoldporter.com
  william.hoffman@arnoldporter.com

  Attorneys for Defendants Bayer HealthCare
  Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
  Kim E. Moore
  400 Poydras St., Ste, 2700
  New Orleans, LA 70130
  Telephone: (504) 310-2100
  kmoore@irwinllc.com

  Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 19, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      */s/ John Jewell Pace*
      **JOHN JEWELL PACE (#1115)**

      */s/ Samuel C. Ward*
      **SAMUEL C. WARD (#29508)**