| | |
|---|---|
| **From:** | Denise Martin |
| **To:** | Kristen Kiste; Gerald E. Meunier |
| **Cc:** | Brad Morris; Suzsan McGehee |
| **Subject:** | RE: Question Re: Xarelto MDL 2592 |
| **Date:** | Friday, April 5, 2019 7:21:25 AM |
| **Attachments:** | XARELTO - Pretrial Order No. 10C streamlined service on certain Bayer def (00345899xAD72D).pdf |
| | Pretrial Order No. 10 - Waiver of Service on Bayer [Doc. 357] (00236195xAD72D).pdf |

Kristen,

You will be required to serve the defendants.

I've attached Pretrial Order No. 10 and 10c, which provides the addresses for the two defendants that require a summons.

The following defendants will accept a waiver of service of summons (which is a fillable PDF on the Court's website) at the following addresses:

**I send two copies of the Waiver form and a copy of the complaint with a self-addressed, postage pre-paid envelope (for the return of one copy) to the following, via certified mail or overnight mail with signature required to :**

Janssen Ortho LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Janssen Pharmaceuticals, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ  08933

Janssen Research & Development, LLC
f/k/a Johnson & Johnson Pharmaceutical
Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ  08933

Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Let me know if you have any other questions.

Thank you!
Denise



**CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE** This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

---

**From:** Kristen Kiste <kristen@bradmorrislawfirm.com>
**Sent:** Thursday, April 4, 2019 4:31 PM
**To:** Gerald E. Meunier <gmeunier@gainsben.com>
**Cc:** Brad Morris <brad@bradmorrislawfirm.com>; Suzsan McGehee <suzsan@bradmorrislawfirm.com>
**Subject:** Question Re: Xarelto MDL 2592

Mr. Meunier,

We have three Xarelto cases that were filed today. Can you tell us if the defendants have agreed to waive service of process on new lawsuits submitted before the deadline, or whether we need to issue summons and serve each of them?

If we do have to serve the defendants, would it be possible to provide us with service of process contact information for each of the defendants to save us from any potential errors in tracking down

that information?

Thank you,

*Kristen Kiste*
**BRAD MORRIS LAW FIRM PLLC**
OXFORD: 1603 University Avenue | PO Box 2136 | Oxford, Mississippi 38655
TUPELO:  1579 Cliff Gookin Blvd  |  Tupelo, Mississippi  38801
Phone: 662-701-0909 | Fax: 888-636-8701
www.BradMorrisLawFirm.com



CONFIDENTIALITY NOTICE: This e-mail message contains information belonging to Brad Morris Law Firm PLLC, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately at 662-701-0909.