**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2848 74

2. Article Number (Transfer from service label)

7012 2210 0002 3582 1992

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



BMLF
PO BOX 2136
Oxford, MS 38655

**USPS TRACKING#**

9590 9403 0810 8173 8848 174

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933



9590 9403 0510 5173 2847 20

2. Article Number (Transfer from service label)

7012 2210 0002 3582 1985

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

MAY 05 2019

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ ___ Mail Restricted Delivery
☐ ___ on Delivery
☐ ___ on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#



9590 9408 0810 8178 2647 20

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2848 43

2. Article Number (Transfer from service label)

7012 2210 0002 3582 2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2134
Oxford, MS 38655

**USPS TRACKING#**



9590 9403 0510 5173 2848 81



- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2846 83

7016 2710 0000 7330 8434

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

KILMER LOBBY

MAY 05 2010

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Delivery
☐ Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#



9590 9403 0610 8173 2846 63

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2848 36

2. Article Number (Transfer from service label)

7016 2710 0000 7330 8472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS   38655

USPS TRACKING#



9590 9403 0510 5093 2848 36

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2846 90

2. Article Number (Transfer from service label)

7016 2710 0000 7330 8465

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

**USPS TRACKING#**



9590 9403 0500 5173 2846 50

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Janssen Pharmaceuticals, Inc.
One Johnson + Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2848 81

2. Article Number
7012 2210 0002 3582 2029

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4® in this box●

BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#



9590 9403 0510 5173 2848 43

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Pharmaceuticals, Inc.
One Johnson + Johnson Plaza
New Brunswick, NJ 08933

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9403 0510 5173 2848 67

7016 2710 0000 7330 9370

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#



7590 9408 10500 5373 2048 87

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Pharmaceuticals, Inc.
One Johnson + Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2847 37



7016 2710 0000 7330 9363

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ ___ Delivery
☐ ___ Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

WILDWOOD
07 MAY '19
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO BOx 2136
Oxford, MS 38655

USPS TRACKING#



9590 9403 0510 9193 2847 97

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayer Healthcare Pharmaceuticals
SOP Dept.
Corporation service Company
251 Little falls Dr.
Wilmington, DE 19808-1674

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0510 5173 2846 14

2. Article Number


7012 2210 0002 3582 1862

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X **Paul Sisofo**    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ ___ on Delivery
☐ ___ on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Brad Morris Law Firm, PLLC
P.O. Box 2134
Oxford, MS 38655

**USPS TRACKING#**



9590 9403 0510 5173 2846 14

Summons
Civil

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayer HealthCare Pharmaceuticals
90 SOP Dept - Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808-1674

9590 9403 0510 5173 2846 69

2. Article Number (Transfer from service label)

7012 2210 0002 3582 1824

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Paul Sisofo

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



Brad Morris Law Firm, PLLC

P.O. Box 2134

Oxford, MS 38655

**USPS TRACKING#**

9590 9403 0510 5173 2846 69

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayer HealthCare Pharmaceuticals
90 SOP Dept. - Corporation Service Company
251 Little Falls Drive
Wilmington. DE 19808-1674

9590 9403 0510 5173 2846 52

2. Article Number (Transfer from service label)

7012 2210 0002 3582 1817

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Paul Sisofo

☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Brad Morris Law Firm, PLLC
P.O. Box 2134

Oxford, MS 38655

USPS TRACKING#



9590 9403 0510 5173 2846 52

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 70162710000073309394                    Remove ✕

Your item has been delivered to an agent at 7:26 am on May 10, 2019 in WILMINGTON, DE 19801.

## ✓ Delivered

May 10, 2019 at 7:26 am
Delivered, To Agent
WILMINGTON, DE 19801

Feedback

| Tracking History | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

### See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70162710000073309387     Remove ✕

Your item has been delivered to an agent at 7:26 am on May 10, 2019 in WILMINGTON, DE 19801.

## ⊘ Delivered

May 10, 2019 at 7:26 am
Delivered, To Agent
WILMINGTON, DE 19801

Feedback

**Tracking History** ⌄

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70162710000073308427

Remove ✕

Your item has been delivered to an agent at 7:26 am on May 10, 2019 in WILMINGTON, DE 19801.

## ⊘ Delivered

May 10, 2019 at 7:26 am
Delivered, To Agent
WILMINGTON, DE 19801

Feedback

Tracking History ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** RR938410778US

Remove ✕

Your item was delivered in GERMANY at 11:59 pm on July 4, 2019.

## ⊘ Delivered

July 4, 2019 at 11:59 pm
Delivered
GERMANY

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
| --- | --- |

| Tracking History | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



**The easi**est way to ... know.

With Informed Delivery ... ign up to:

- See images* of inc...
- Automatically track...
- Set up email and te...
- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

# USPS Tracking®

**FAQs ❯ (https://www.usps.com/faqs/uspstracking-faqs.htm)**

### Track Another Package ╋

Remove ✕

**Tracking Number:** RR938411393US

Your item was delivered in GERMANY at 11:59 pm on May 28, 2019.

## ✅ Delivered

May 28, 2019 at 11:59 pm
Delivered
GERMANY

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

**Tracking History** ⌄

⌄



| Registered No. RR938411393US | | Date Stamp |
|---|---|---|
| Postage $ $10.72 | Extra Services & Fees (continued) | 0811 06 |
| Extra Services & Fees $16.00 ☐Registered Mail $ | ☐Signature Confirmation $ | |
| ☐Return Receipt (hardcopy) $ $0.00 | ☐Signature Confirmation Restricted Delivery $ | |
| ☐Return Receipt (electronic) $ $0.00 | Total Postage & Fees | |
| ☐Restricted Delivery $ | $ $26.72 | |
| Customer Must Declare Full Value $0.00 $ | Received by 05/13/2019 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE
TUPELO, MS 38801

FROM   Brad Morris Law Firm PLLC
P. O. Box 2136
Oxford, MS 38655

TO   Bayer Pharma AG
Germany   Attn: Eva Gardyan-Eisenlohr
General Counsel - Mullerstrasse 178
13353 Berlin   Germany

**PS Form 3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051     (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com ®*

...ooking for?

...our tracking questions.

...stracking-faqs.htm)

# USPS Tracking®

**FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package +

Remove ✕

**Tracking Number:** RR938411402US

Your item was delivered in GERMANY at 11:59 pm on June 3, 2019.

## ✓ Delivered

June 3, 2019 at 11:59 pm
Delivered
GERMANY

Get Updates ∨

Feedback

### Text & Email Updates ∨

### Tracking History ∨



looking for?

your tracking questions.

spstracking-faqs.htm)