UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAYTON PARKER | * | MDL NO. 2592 |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: cv-19-8713 |
| | * | |
| v. | * | |
| | * | SECTION L |
| JANSSEN RESEARCH & DEVELOPMENT | * | |
| LLC f/k/a JOHNSON AND JOHNSON | * | JUDGE ELDON E. FALLON |
| PHARMACEUTICAL RESEARCH AND | * | |
| DEVELOPMENT LLC, JANSSEN ORTHO | * | MAG. JUDGE MICHAEL NORTH |
| LLC, JANSSEN PHARMACEUTICALS, INC. | * | |
| f/k/a JANSSEN PHARMACEUTICA INC. | * | |
| f/k/a ORTHO-MCNEIL-JANSSEN | * | |
| PHARMACEUTICALS, INC., | * | |
| JOHNSON & JOHNSON COMPANY | * | JURY TRIAL DEMANDED |
| BAYER HEALTHCARE | * | |
| PHARMACEUTICALS, INC., | * | |
| BAYER PHARMA AG, BAYER | * | |
| CORPORATION, BAYER HEALTHCARE | * | |
| LLC, BAYER HEALTHCARE AG, | * | |
| and BAYER AG, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER GRANTING ADDITIONAL TIME TO SERVE

This day this cause came on Plaintiff's *Motion for Additional Time to Serve* and having shown good cause, requested this Court grant her an additional sixty (60) days to serve the following Defendants: Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Johnson & Johnson Company.

**IT IS ORDERED**, that the Plaintiff shall have an additional sixty (60) days to serve the following Defendants: Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research &Development, LLC, and Johnson & Johnson Company.

**SO ORDERED**, this the _____ day of July, 2019.

                                            **HONORABLE ELDON E. FALLON**
                                            **UNITED STATES DISTRICT JUDGE**

**Presented by:**

**Brad Morris, Esq., MSB# 104017**

BRAD MORRIS LAW FIRM PLLC
1603 UNIVERSITY AVE
POST OFFICE BOX 2136
OXFORD, MS 38655-2136
Phone: 662-701-0909
Facsimile: 888-636-8701
Email:  brad@bradmorrislawfirm.com