UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIMMIE KENT | * | MDL NO. 2592 |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: cv-19-8682 |
| | * | |
| | * | |
| v. | * | |
| | * | SECTION L |
| JANSSEN RESEARCH & DEVELOPMENT | * | |
| LLC f/k/a JOHNSON AND JOHNSON | * | JUDGE ELDON E. FALLON |
| PHARMACEUTICAL RESEARCH AND | * | |
| DEVELOPMENT LLC, JANSSEN ORTHO | * | MAG. JUDGE MICHAEL NORTH |
| LLC, JANSSEN PHARMACEUTICALS, INC. | * | |
| f/k/a JANSSEN PHARMACEUTICA INC. | * | |
| f/k/a ORTHO-MCNEIL-JANSSEN | * | |
| PHARMACEUTICALS, INC., | * | |
| JOHNSON & JOHNSON COMPANY | * | JURY TRIAL DEMANDED |
| BAYER HEALTHCARE | * | |
| PHARMACEUTICALS, INC., | * | |
| BAYER PHARMA AG, BAYER | * | |
| CORPORATION, BAYER HEALTHCARE | * | |
| LLC, BAYER HEALTHCARE AG, | * | |
| and BAYER AG, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**MOTION FOR ADDITIONAL TIME TO SERVE PROCESS**

COMES NOW, the Plaintiff, JIMMIE KENT, by and through undersigned counsel, and files this Motion for Additional Time to Serve Process and in support of same would show the following:

1. That Plaintiff currently has a deadline of this Sunday, July 21, 2019, to serve process upon the defendants in this action.

2. That Plaintiff has completed service of process, and filed with the clerk of court proof thereof, upon defendants Bayer AG (Doc #7) and BHCP (Doc #8) pursuant to Pretrial Orders #10 and #10c.

3. That upon instruction from Plaintiffs' Class Counsel as evidenced by the email communication dated April 5, 2019, attached hereto as **Exhibit "A"** and incorporated by reference herein, Plaintiff delivered Waiver of Service of Summons forms on the following Defendants: Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; Janssen Research & Development, LLC; and, Johnson & Johnson pursuant to agreement between the defendants and class counsel.   Scans of the certified mail proofs of delivery for the Waiver of Service of Summons and Complaint sent to each of these defendants (along with postage prepaid return envelopes) are attached hereto as **Exhibit "B"** and incorporated by reference herein.

4. That at this time, Plaintiff has not received the executed Waiver of Service of Summons forms from these defendants, so Plaintiff requests additional time so that Plaintiff may either coordinate completion of the waiver or otherwise serve process on these defendants;

5. In an abundance of caution, Plaintiff is requesting an additional sixty (60) days to serve process in this action;

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests an additional sixty (60) days to serve process in the above numbered action.

**RESPECTFULLY SUBMITTED**, this the18th day of July 2019.

**JIMMIE KENT, PLAINTIFF**

BY:   /s/ BRAD MORRIS
           **BRAD MORRIS, MSB# 104017**
           *Attorney for Plaintiff*

**OF COUNSEL:**

BRAD MORRIS LAW FIRM PLLC
1603 UNIVERSITY AVE
POST OFFICE BOX 2136
OXFORD, MS 38655-2136
Phone: 662-701-0909
Facsimile: 888-636-8701
Email:  brad@bradmorrislawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive services in this MDL.

/s/ BRAD MORRIS
**Brad Morris (MS Bar #104017)**