**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0510 5173 2848 74

2. Article Number *(Transfer from service label)*


7012 2210 0002 3582 1992

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO BOX 2136
Oxford, MS 38655

**USPS TRACKING#**



9590 9403 0810 8173 8848 174

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2847 20

2. Article Number (Transfer...



7012 2210 0002 3582 1985

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
    If YES, enter delivery address below:        ☐ No

MAY 05 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#



9590 9408 0810 8178 2647 20

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2848 43

2. Article Number (Transfer from service label)

7012 2210 0002 3582 2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2134
Oxford, MS  38655

USPS TRACKING#



9590  9403 0510 5173 2848 81



■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2846 83

7016 2710 0000 7330 8434

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

KILMER LOBBY

MAY 05 2010

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Delivery
☐ Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#

9590 9403 0810 8173 2846 83

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2848 36

2. Article Number (Transfer from service label)

7016 2710 0000 7330 8472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS    38655

**USPS TRACKING#**



9590 9403 0510 5073 2848 36

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2846 90

2. Article Number (Transfer from service label)

7016 2710 0000 7330 8465

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#



9590 9403 0500 5173 2846 40

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Pharmaceuticals, Inc.
One Johnson + Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2848 81

2. Article Number

7012 2210 0002 3582 2029

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#



9590 9403 0510 5173 2848 43

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Pharmaceuticals, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

9590 9403 0510 5173 2848 67

7016 2710 0000 7330 9370

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ ____ Delivery
☐ ____ Delivery Restricted Delivery
☐ ____ Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

USPS TRACKING#



9590 9408 10500 5373 2668 87

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Pharmaceuticals, Inc.
One Johnson + Johnson Plaza
New Brunswick, NJ 08933



9590 9403 0510 5173 2847 37

2. Article Number (Transfer from service label)
7016 2710 0000 7330 9363

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

MAILED

08 MAY '19

PM3L

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4® in this box•

BMLF
PO Box 2136
Oxford, MS 38655

**USPS TRACKING#**



9590 9403 0810 8173 2847 97

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayer Healthcare Pharmaceuticals
SOP Dept.
Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808-1674

9590 9403 0510 5173 2846 14

2. Article Number



7012 2210 0002 3582 1862

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

Paul Sisofo

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ ___ on Delivery
☐ ___ on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Brad Morris Law Firm, PLLC
P.O. Box 2134
Oxford, MS  38655

**USPS TRACKING#**



9590 9403 0510 5173 2846 14

Summons
Civil

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayer HealthCare Pharmaceuticals
90 SOP Dept - Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808-1674

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0510 5173 2846 69

2. Article Number (Transfer from service label)

7012 2210 0002 3582 1824

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Paul Sisofo

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Brad Morris Law Firm, PLLC
P.O. Box 2134
Oxford, MS 38655

USPS TRACKING#



9590 9403 0510 5173 2846 69

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bayer HealthCare Pharmaceuticals
90 SOP Dept. - Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808-1674

9590 9403 0510 5173 2846 52

2. Article Number *(Transfer from service label)*

7012 2210 0002 3582 1817

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Paul Sisofo

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

MAY 16 2019
MARSHALL HAMILTON POST
USPS 19800

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Mail
☐ _____ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4® in this box●

Brad Morris Law Firm, PLLC
P.O. Box 2134
Oxford, MS 38655

USPS TRACKING#



9590 9403 0510 5173 2846 52

# USPS Tracking®

FAQs ›  (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70162710000073309394

Remove ✕

Your item has been delivered to an agent at 7:26 am on May 10, 2019 in WILMINGTON, DE 19801.

## ⊘ **Delivered**

May 10, 2019 at 7:26 am
Delivered, To Agent
WILMINGTON, DE 19801

Feedback

**Tracking History**      ⌄

**Product Information**      ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

FAQs  ›  (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70162710000073309387

Remove ✕

Your item has been delivered to an agent at 7:26 am on May 10, 2019 in WILMINGTON, DE 19801.

## ⊘ Delivered

May 10, 2019 at 7:26 am
Delivered, To Agent
WILMINGTON, DE 19801

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

FAQs  ›  (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70162710000073308427

Remove ✕

Your item has been delivered to an agent at 7:26 am on May 10, 2019 in WILMINGTON, DE 19801.

## ⊘ Delivered

May 10, 2019 at 7:26 am
Delivered, To Agent
WILMINGTON, DE 19801

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

### See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** RR938410778US

Remove ✕

Your item was delivered in GERMANY at 11:59 pm on July 4, 2019.

## ⊘ Delivered

July 4, 2019 at 11:59 pm
Delivered
GERMANY

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**



**The easi**                  **know.**

With Informed Delive             ign up to:

- See images* of inc
- Automatically track
- Set up email and te
- Enter USPS Delivery Instructions™ for your mail carrier.


**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

# USPS Tracking®

FAQs **>** (https://www.usps.com/faqs/uspstracking-faqe.htm)

## Track Another Package **+**

Remove ✕

**Tracking Number:** RR938411393US

Your item was delivered in GERMANY at 11:59 pm on May 28, 2019.

## ✅ Delivered

May 28, 2019 at 11:59 pm
Delivered
GERMANY

Get Updates ∨

**Text & Email Updates**                                    ∨

**Tracking History**                                        ∨



| Registered No. RR938411393US | | Date Stamp 0811 06 |
|---|---|---|

Postage $ $10.72

Extra Services & Fees
☐ Registered Mail $ $16.00
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $

Customer Must Declare Full Value $0.00 $

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $26.72

Received by 05/13/2019

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**
TUPELO, MS 38801

FROM: Brad Morris Law Firm PLLC
P.O. Box 2136
Oxford, MS 38655

TO: Bayer Pharma AG
Germany Attn: Eva Gardyan-Eisenlor
General Counsel - Mullerstrasse 178
13353 Berlin Germany

**PS Form 3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*®

...oking for?

...our tracking questions.

...stracking-faqs.htm)

# USPS Tracking®

FAQs ❯ (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** RR938411402US

Remove ✕

Your item was delivered in GERMANY at 11:59 pm on June 3, 2019.

## ✓ Delivered

June 3, 2019 at 11:59 pm
Delivered
GERMANY

Get Updates ⌄

### Text & Email Updates ⌄

### Tracking History ⌄



⌄

**Registered No.** RR938411402US

**Date Stamp** 0811 06

| | | |
|---|---|---|
| Postage $ $10.72 | Extra Services & Fees (continued) | |
| Extra Services & Fees $5.00 | ☐ Signature Confirmation | |
| ☐ Registered Mail $ | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (electronic) $ $0.00 | $ | |
| ☐ Restricted Delivery $ | **Total Postage & Fees** $28.72 | |
| Customer Must Declare Full Value $0.00 $ | Received by 05/13/2019 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE **looking for?**

FROM: Brad Morris Law Firm PLLC
P.O. Box 2136
Oxford MS 38655

TO: Bayer Pharma AG
Germany Attn. Eva Gacyan Eisenlohr
General Counsel Muellerstrasse 178
13353 Berlin Germany

**your tracking questions.**

**spstracking-faqs.htm)**

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051 *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer