UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
                                        :   SECTION L
                                        :
                                        :   JUDGE ELDON E. FALLON
                                        :
                                        :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**ELSIE LOUISE BOOTH  v.**
**JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-1852

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

    NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and files this Notice of Submission of Motion to Substitute Party Plaintiff.

    Respectfully submitted this 19th day of July, 2019.

                                        By: /s/Andre' P. LaPlace
                                        Andre' P. LaPlace(#8039)
                                        *Attorney for the Plaintiff*
                                        2762 Continental Drive, Ste. 103
                                        Baton Rouge, Louisiana  70808
                                        Telephone No. (225)924-6898
                                        Facsimile No. (225)924-6877
                                        alaw@andrelaplace.com

                                        By: /s/Rebecca A. Cunard
                                        Rebecca A. Cunard(#20154)
                                        *Attorney for the Plaintiff*
                                        Cunard Law Firm
                                        9214 Interline Avenue
                                        Baton Rouge, Louisiana  70809
                                        Telephone No. (225)925-2978
                                        Facsimile No. (225)925-8192
                                        Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**
