STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016177539  **DATE ISSUED:** December 1, 2016

**STATE FILE DATE:** November 30, 2016

### DECEDENT INFORMATION

NAME: ELSIE  LOUISE  BOOTH

DATE OF DEATH: November 27, 2016  SEX: FEMALE  AGE: 085 YEARS
DATE OF BIRTH: October 16, 1931  SSN: 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
BIRTHPLACE: MICOLA, MISSOURI, UNITED STATES
PLACE WHERE DEATH OCCURRED:  DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 6834 DOVE LOOP
LOCATION OF DEATH: LAKELAND, POLK COUNTY, 33810

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE
RESIDENCE: 6834 DOVE LOOP , LAKELAND, FLORIDA 33810, UNITED STATES
COUNTY: POLK
OCCUPATION, INDUSTRY: ASSEMBLY LINE WORKER, MANUFACTURING
RACE: _X_ White  ___Black or African American  ___Asian Indian  ___Chinese  ___Filipino  ___Native Hawaiian
___American Indian or Alaskan Native--Tribe:  ___Japanese  ___Korean  ___Vietnamese
___Guamanian or Chamorro  ___Samoan  ___Other Pacific Isl:
___Other Asian:  ___Other:  ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: 9TH THRU 12TH GRADE; NO DIPLOMA  EVER IN U.S. ARMED FORCES? NO

### PARENTS AND INFORMANT INFORMATION

FATHER/PARENT:  WILLIAM  LOUIS  TOMLIN
MOTHER/PARENT:  VERA  BELLE  MOORE
INFORMANT:  DALE  VIED
RELATIONSHIP TO DECEDENT:  SON
INFORMANT'S ADDRESS:  613 N. MATANZAS AVENUE, TAMPA, FLORIDA 33609, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION:  PALM STATE CREMATORY
 CLEARWATER, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER: SCOTT HICKEY, F044604
FUNERAL FACILITY: HOLLOWAY FUNERAL HOME INC F080152
 112 BAYVIEW BLVD, OLDSMAR, FLORIDA 34677

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 0328  DATE CERTIFIED: November 29, 2016
CERTIFIER'S NAME:  WILLIAM PAUL KROCKTA
CERTIFIER'S LICENSE NUMBER:  ME47596
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

_[signature]_

, State Registrar  REQ: 2017607378

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)




CERTIFICATION OF VITAL RECORD