UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Busch v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-02424

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14114, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Elizabeth Fitts, surviving daughter of Robert Busch, is substituted for Plaintiff Robert Busch as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE