# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Geneva Maddox v. Janssen Research & Development, LLC, et al.*
CA# 2:19-cv-08146

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14126, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Geannine Maddox, surviving daughter of Geneva Maddox, is substituted for Plaintiff Geneva Maddox as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE