# CERTIFICATION OF DEATH RECORD

## CITY OF ROCHELLE
## ROCHELLE, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2018 0015240  
**DATE ISSUED:** 2/20/2018

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | GARY ROBERT MERSHON SR |
| SEX | MALE |
| DATE OF DEATH | FEBRUARY 18, 2018 |
| COUNTY OF DEATH | OGLE |
| AGE AT LAST BIRTHDAY | 74 YEARS |
| DATE OF BIRTH | APRIL 07, 1943 |
| CITY OR TOWN | OREGON |
| HOSPITAL OR OTHER INSTITUTION NAME | SERENITY HOSPICE AND HOME |
| PLACE OF DEATH | HOSPICE FACILITY |
| BIRTHPLACE | IOWA CITY, IA |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | BEVERLY HARTMAN |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 16201 E HOLCOMB RD |
| APT. NO. | |
| CITY OR TOWN | LINDENWOOD |
| INSIDE CITY LIMITS? | NO |
| COUNTY | OGLE |
| STATE | IL |
| ZIP CODE | 61049 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | EARL MERSHON |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | JEAN GOULD |
| INFORMANT'S NAME | BEVERLY MERSHON |
| RELATIONSHIP | WIFE |
| MAILING ADDRESS | 16201 E HOLCOMB RD, LINDENWOOD, IL, 61049 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | ARBOR POINTE CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | WEST CHICAGO, IL |
| DATE OF DISPOSITION | FEBRUARY 22, 2018 |
| FUNERAL HOME | BEVERAGE-LYONS FAMILY FUNERAL HOMES, 704 N. 6TH STREET, ROCHELLE, IL, 61068 |
| FUNERAL DIRECTOR'S NAME | JEFFREY BLAINE BEVERAGE |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034014971 |
| LOCAL REGISTRAR'S NAME | BRUCE W MCKINNEY |
| DATE FILED WITH LOCAL REGISTRAR | FEBRUARY 20, 2018 |

**CAUSE OF DEATH**  
PART I.  
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): SQUAMOUS CELL CARCINOMA METASTATIC — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: MONTHS  
b. Due to (or as a consequence of):  
c. Due to (or as a consequence of):  
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.  
DEMENTIA CONGESTIVE HEART FAILURE

**WAS AN AUTOPSY PERFORMED?** NO  
**WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?** N/A  
**FEMALE PREGNANCY STATUS:** NOT APPLICABLE  
**MANNER OF DEATH:** NATURAL

DATE OF INJURY:  
TIME OF INJURY:  
PLACE OF INJURY:  
INJURY AT WORK:  
LOCATION OF INJURY:  
DESCRIBE HOW INJURY OCCURRED:  
IF TRANSPORTATION INJURY, SPECIFY:

**ATTEND THE DECEASED?** YES  
**DATE LAST SEEN ALIVE:** FEBRUARY 15, 2018  
**WAS MEDICAL EXAMINER OR CORONER CONTACTED?** YES  
**DATE PRONOUNCED:**  
**TIME OF DEATH:** 09:00 AM  
**CERTIFIER:** PHYSICIAN  
**DATE CERTIFIED:** FEBRUARY 19, 2018  
**NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** ALPHEUS APPENHEIMER MD, 1658 ILLINOIS RT 2, OREGON, ILLINOIS, 61061  
**PHYSICIAN'S LICENSE NUMBER:** 036058868

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Bruce W. McKinney*  
Bruce W. McKinney  
Rochelle City Clerk and Local Registrar



EXHIBIT A

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE