UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL 2592
SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

This documents Relates to:
*GARY MERSHON, individually, & BEVERLY MERSHON, individually, v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:15-cv-06200*

ORDER

The Court, after considering the Plaintiff s Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff BEVERLY MERSHON, on behalf of the Estate of GARY MERSHON, SR., deceased, is substituted for Plaintiffs GARY MERSHON, individually, in the above captioned cause.

Dated: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge