# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**PLAINTIFF'S v. JANSSEN PHARMACEUTICALS, INC., et al**

| | | | |
|---|---|---|---|
| 2:15-cv- 05759 | 2:15-cv-04670 | 2:16-cv-03070 | 2:16-cv- 03376 |
| 2:15-cv-03128 | 2:15-cv- 04334 | 2:16-cv- 03348 | 2:16-cv- 03379 |
| 2:15-cv-03381 | 2:15-cv-04740 | 2:15-cv- 06072 | |
| 2:15-cv-03373 | 2:15-cv- 04739 | 2:16-cv- 03353 | |
| 2:15-cv-04737 | 2:15-cv- 03376 | 2:16-cv- 01320 | |
| 2:15-cv-03374 | 2:15-cv- 03377 | 2:16-cv- 01449 | |
| 2:15-cv-04741 | 2:15-cv- 03378 | 2:16-cv- 03357 | |
| 2:15-cv-03375 | 2:15-cv- 04733 | 2:16-cv- 03361 | |
| 2:15-cv-04667 | 2:15-cv- 03379 | 2:16-cv- 01451 | |
| 2:15-cv-06076 | 2:15-cv- 03380 | 2:16-cv- 03365 | |
| 2:15-cv-04735 | 2:15-cv- 04731 | 2:16-cv- 03370 | |
| 2:15-cv-04168 | 2:15-cv- 01578 | 2:16-cv- 01452 | |

## NOTICE OF MOTION TO WITHDRAW DOCUMENTS

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and file this Notice of Motion to Withdraw Documents.

Respectfully submitted this 19th day of July, 2019.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., & Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com
*Attorney for Plaintiffs*

Date: July 19, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of July, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

      */s/ John Jewell Pace*
      **JOHN JEWELL PACE (#1115)**

      */s/ Samuel C. Ward*
      **SAMUEL C. WARD (#29508)**