Attachment for MOTION TO WITHDRAW DOCUMENTS

STIPULATION OF DISMISSAL WITH PREJUDICE

1. David APPLEGATE 2:15-cv-05759 **(Document No.: 14200)**
2. Fatima BARRETO 2:15-cv-03128   **(Document No.: 14201)**
3. Anna CLARK obo Mary Lou Clark  2:15-cv-03381 **(Document No.: 14202)**
4. Karol DEBOER 2:15-cv-03373   **(Document No.: 14203)**
5. Carol Belgum obo Anthony EGRIE 2:15-cv-04737  **(Document No.: 14204)**
6. June HARPER obo Albert Harper  2:15-cv-03374  **(Document No.:  14205)**
7. Cassandra HARRY obo LaBaroness Harry 2:15-cv-04741 **(Document No.:  14175)**
8. Lauraumae HEARD 2:15-cv-03375 **(Document No.: 14176)**
9. Roechell ISOM 2:15-cv-04667   **(Document No.: 14178)**
10. Lanita JACOBS  2:15-cv-06076  **(Document No.:  14179)**
11. Eloisa JARAMILLO  obo Gabriel Jaramillo, Sr 2:15-cv-04735   **(Document No.: 14180)**
12. Jackie LITTLE obo Carolyn Sue Little   2:15-cv-04168   **(Document No.: 14206)**
13. Valerie Perry obo Kenneth LOVE   2:15-cv-04670   **(Document No.: 14181)**
14. Rosie Bueno obo Fernando MALDONADO  2:15-cv-04334  **(Document No.: 14207)**
15. Hovik MINASYAN  2:15-cv-04740   **(Document No.: 14183)**
16. Cynthia MOORE obo Eric Moore  2:15-cv- 04739   **(Document No.: 14184)**
17. Rosalind MUNGRO obo Ruby L. Mungro  2:15-cv- 03376   **(Document No.: 14185)**
18. Joseph ORSENE   2:15-cv- 03377   **(Document No.: 14187)**
19. Belinda PERKINS   2:15-cv- 03378   **(Document No.:  14189)**
20. Eileen PINNETTI obo Joseph Pinnetti  2:15-cv-04733   **(Document No.:  14190)**
21. Colin TOWNER   2:15-cv- 03379  **(Document No.: 14208)**
22. Chad VALE  2:15-cv- 03380   **(Document No.: 14191)**
23. Melodie WHITE obo Jennifer Lehrke   2:15-cv- 04731  **(Document No.: 14192)**
24. Catherine ZURICK   2:15-cv- 01578  **(Document No.: 14209)**
25. Michael ANTHON  2:16-cv-03070  **(Document No.: 14228)**
26. Charlene AVENT obo MD Avent  2:16-cv- 03348  **(Document No.: 14229)**
27. David BASS   2:15-cv- 06072  **(Document No.: 14230)**
28. Fran C. BELL  2:16-cv- 03353  **(Document No.:  14231)**
29. Joseph BELOT  2:16-cv- 01320  **(Document No.: 14232)**
30. Mary BRANCATO  2:16-cv- 01449   **(Document No.: 14233)**
31. Richard CARRINGTON    2:16-cv- 03357   **(Document No.: 14234)**
32. Ronald CARUSO  2:16-cv- 03361  **(Document No.:  14235)**
33. James CLAY  2:16-cv- 01451   **(Document No.: 14236)**
34. Alma Rogers- DAWKINS   2:16-cv- 03365   **(Document No.:  14237)**
35. Miguel DIP-LAQUIS, Sr   2:16-cv- 03370   **(Document No.:  14238)**
36. Thomas ECK   2:16-cv- 01452   **(Document No.: 14239)**
37. Michael FOY  2:16-cv- 03376  **(Document No.:  14240)**
38. Donna GAYLOR obo Dortha M. Gaylor  2:16-cv- 03379   **(Document No.: 14241)**