**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| This Document Relates To: ) | |
| *Gail Francati v. Janssen Research &* ) | |
| *Development LLC, et al.,* ) | |
| *Civil Action No. 17-CV-7968* ) | |
| ) | |

## SUGGESTION OF DEATH

PLEASE TAKE NOTICE that the Plaintiff in the above-captioned matter, Gail Francati, is believed to have died on April 2, 2019. A copy of her redacted death certificate is attached herein as Exhibit A.

Counsel has been in contact with Ms. Francati's surviving adult daughter, Susan Francati, who is in the process of making arrangements for appointment as personal representative or other person authorized to file a motion pursuant to Fed. R. Civ. P. 25(a)(l), following which the undersigned counsel will seek an Order substituting Susan Francati as Plaintiff in the above-captioned matter in the place and stead of her mother, Gail Francati.

Dated: July 19, 2019.

By: /s/ Wes S. Larsen_____
Wes S. Larsen (Idaho State Bar #9134)
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL 2592 member cases.

Date: July 19, 2019

Respectfully submitted,

<u>/s/ Wes S. Larsen</u>