UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

This documents Relates to:
*SHERRY BAHM, as Administratrix of the Estate of STANLEY RICHARD BAHM, deceased v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
Civil Action No. 2:16-cv-15684

## MOTION FOR SUBSTITUTION OF PROPER PARTY

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(l) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Richard M. Bahm, on behalf of the Estate of STANLEY RICHARD BAHM, in the above captioned cause.

1. Sherry Bahm, as Administratrix of the Estate of Stanley Richard Bahm, deceased, filed a products liability lawsuit against defendants on October 19, 2016.

2. Plaintiff, Sherry Bahm died on February 10, 2018 (see Exhibit A).

3. Sherry Bahm's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on July 18, 2019, attached hereto as "Exhibit B".

5. Richard M. Bahm, surviving son of Sherry Bahm, is a proper party to substitute for plaintiff-decedent Sherry Bahm and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(l). "If a party dies and the claim is not extinguished, the court may order substitution of the

proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action

Date: July 19, 2019               **Respectfully submitted,**

/s/Patrick A. Salvi, II

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone: (312) 372-1227
Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: July 19, 2019                                **Respectfully submitted,**

/s/Patrick A. Salvi, II_____

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
22 West Washington Street, Suite 1600
Chicago, IL 60602
Telephone:  (312) 372-1227
Facsimile:  (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**