# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
### VITAL RECORDS

12899933

### CERTIFICATE OF DEATH
STATE OF MISSISSIPPI

FILING DATE: 02/19/2018
STATE FILE NUMBER: 123-2018-002031

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | SHERRY LOUISE BAHM |
| 2. Gender | FEMALE |
| 3a. Hour of Death | 10:09 |
| 3b. Date of Death | 02/10/2018 |
| 4. Race | White |
| 5a. Age at Last Birthday | 64 Years |
| 6. Date of Birth | 08/10/1953 |
| 7. Birth Place | MISSISSIPPI |
| 8. Place of Death | ER/Outpatient |
| 9a. Facility Name | MEMORIAL HOSPITAL AT GULFPORT (24M) |
| 9b. City of Death | GULFPORT |
| 9c. Zip Code | 39501 |
| 9d. County of Death | HARRISON |
| 10. Decedent's Education | Some college, no degree |
| 11. Marital Status | Widowed |
| 13. Was Decedent Ever in US Armed Forces | NO |
| 14. Decedent of Hispanic Origin | No |
| 15. Social Security Number | 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 |
| 16a. Usual Occupation | HOMEMAKER |
| 16b. Kind of Business or Industry | HOME |
| 17a. Residence - State | MISSISSIPPI |
| 17b. County | STONE |
| 17c. City or Town | PERKINSTON |
| 17d. Zip Code | 39573 |
| 17e. Street and Number | 53 SWAMP ROAD |
| 17f. Inside City Limits | NO |
| 18. Father's Name | JAMES BLANTON |
| 19. Mother's Name Prior to First Marriage | THELMA LYONS |
| 20a. Informant Name | RICK M BAHM |
| 20b. Relationship | SON |
| 20c. Mailing Address | 11099 SWEETGUM ST, GULFPORT, MS 39503 |
| 21a. Disposition of Body | BURIAL |
| 21b. Cemetery/Crematory Name | BILOXI NATIONAL |
| 21c. Location | BILOXI, MS |
| 22a. Funeral Director | ELECTRONICALLY SIGNED BY WILLIAM B. METCALF, FD-1446 |
| 22b. Funeral Home | BRADFORD - O'KEEFE FUNERAL HOME (240) |
| 22c. Funeral Home License Number | FE-0611 |
| 22d. Mailing Address | PO BOX 1106, GULFPORT, MS 39502 |
| 23a. Person who Pronounced Death | DR EAKES |
| 23b. Pronounced Dead On | 02/10/2018 |
| 23c. Pronounced Dead Time | 10:09 |
| 24a. Name of Certifying Physician or Coroner | WAYNE FLURRY |
| 24b. Mailing Address | PO DRAWER 7, WIGGINS, MS 39577 |
| Signature | ELECTRONICALLY SIGNED BY WAYNE FLURRY, CMEI |
| 25d. Title | STONE COUNTY CORONER |
| 25e. Date Signed | 02/10/2018 |

**26. Cause of Death Part I:**
- Immediate Cause: ACUTE MYOCARDIAL INFARCT
- Due to: ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE
- Interval: UNKNOWN

**27. Part II Other Significant Conditions:** (blank)

| 28a. Autopsy | 28b. Autopsy Findings Available | 29. Was Case Referred to Medical Examiner |
|---|---|---|
| NO | NO | YES |

30. Did Tobacco Use Contribute to Death? Unknown
31. If Female: NOT pregnant within the past year

---

2/20/2018

Judy Moulder
STATE REGISTRAR

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

EXHIBIT A

WARNING: A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO