UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

This documents Relates to:
*SHERRY BAHM, as Administratrix of the Estate of STANLEY RICHARD BAHM, deceased v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-15684*

ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff RICHARD M. BAHM, on behalf of the Estate of STANLEY RICHARD BAHM, is substituted for Plaintiff SHERRY BAHM in the above captioned cause.

Dated: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge