# WISCONSIN CERTIFICATE OF VITAL RECORD

**STATE OF WISCONSIN**
**DEPARTMENT OF HEALTH SERVICES**
**ORIGINAL CERTIFICATE OF DEATH**
**FACT OF DEATH**

STATE FILE DATE: APRIL 27, 2018
STATE FILE NUMBER: 2018017381



| Field | Value |
|---|---|
| 1. DECEDENT'S NAME First / Middle / Last | STEPHEN H KIDD |
| 2. SOCIAL SECURITY NUMBER | 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 |
| 3. DATE PRONOUNCED DEAD | APRIL 24, 2018 |
| 4. TIME PRONOUNCED DEAD (24hr) | 05:40 |
| 5. AGE | 72 YEARS |
| 6. DATE OF BIRTH | JUNE 16, 1945 |
| 7. SEX | MALE |
| 8. CITY, VILLAGE OR TOWNSHIP OF DEATH | GREEN BAY (CITY) |
| 9. COUNTY OF DEATH | BROWN |
| 10. PLACE OF DEATH | HOSPITAL-INPATIENT |
| 11. FACILITY NAME AND ADDRESS OF DEATH | ST MARYS HOSPITAL MEDICAL CENTER, 1726 SHAWANO AVE |
| 12. RESIDENCE ADDRESS | 1574 W MARHILL ROAD |
| 13. RESIDENCE CITY, VILLAGE, OR TOWNSHIP | ASHWAUBENON (VILLAGE) |
| 14. RESIDENCE COUNTY | BROWN |
| 15. RESIDENCE STATE | WISCONSIN |
| 16. MARITAL STATUS | MARRIED |
| 17. WI DOMESTIC PARTNERSHIP | NO |
| 18. SURVIVING SPOUSE'S BIRTH NAME | MARY ENGELS |
| 19. STATE OF BIRTH | WISCONSIN |
| 20. DECEDENT'S BIRTH LAST NAME | KIDD |
| 21. FATHER'S BIRTH NAME | HOWARD KIDD |
| 22. MOTHER'S BIRTH NAME | MARJORIE WARDLOW |
| 23. INFORMANT'S NAME | MARY KIDD |
| 24. INFORMANT'S MAILING ADDRESS | 1574 W MARHILL ROAD, ASHWAUBENON, WI 54313 |
| 25. NAME AND ADDRESS OF FUNERAL FACILITY | BLANEY FUNERAL HOME AND CREMATION SERVICES, 1521 SHAWANO AVE, GREEN BAY, WI 54303 |
| 26. FUNERAL DIRECTOR'S NAME | GILLIS, CHARLOTTE M |
| 27. DATE SIGNED | APRIL 27, 2018 |
| 28. MANNER OF DEATH | NATURAL |
| 29. TYPE OF MEDICAL CERTIFIER | CORONER/MEDICAL EXAMINER |
| 30. MEDICAL CERTIFIER'S NAME AND TITLE | VINCENT TRANCHIDA, MEDICAL EXAMINER |
| 31. DATE SIGNED | APRIL 24, 2018 |
| 32. DATE OF DEATH | APRIL 24, 2018 |
| 33. TIME OF DEATH (24hr) | 05:40 |
| 34. MEDICAL CERTIFIER'S MAILING ADDRESS | 3111 LUDS LANE, MCFARLAND, WI 53558 |
| 35. USUAL OCCUPATION | MACHINE OPERATOR |
| 36. KIND OF BUSINESS/INDUSTRY | PAPERMILL |
| 37. EVER IN US ARMED FORCES | YES |
| 38. DECEDENT TRIBAL MEMBER | NO |
| 39. METHOD OF DISPOSITION | BURIAL |
| 40. PLACE AND LOCATION OF DISPOSITION | ALLOUEZ CATHOLIC CEMETERY, ALLOUEZ, WISCONSIN |

**EXTENDED FACT OF DEATH**

41. PART I. The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause and the underlying cause are listed sequentially and the underlying cause is listed last.

| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause: (a) | CHRONIC OBSTRUCTIVE PULMONARY DISEASE (PULMONARY EMPHYSEMA) | YEARS |
| Due to or as a consequence of: (b) | | |
| Due to or as a consequence of: (c) | | |
| Due to or as a consequence of: (d) | | |

41. PART II OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I: HYPERTENSIVE AND ATHEROSCLEROTIC CARDIOVASCULAR DISEASE WITH CONGESTIVE HEART FAILURE

| Field | Value |
|---|---|
| 42. AUTOPSY PERFORMED | NO |
| 43. DATE OF INJURY | |
| 44. TIME OF INJURY (24hr) | |
| 45. INJURY AT WORK | |
| 46. PLACE OF INJURY | |
| 47. LOCATION OF INJURY | |
| 48. COUNTY OF INJURY | |
| 49. IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED | |

NO AMENDMENTS PRESENT

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

2489728
1802333
Date Issued: APRIL 27, 2018

*Cheryl Berken*
CHERYL BERKEN
BROWN COUNTY REGISTER OF DEEDS

EXHIBIT A

WARNING: IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24(1)
THIS CERTIFICATE HAS A BLUE/PINK/BLUE BACKGROUND ON THE FACE AND TWO RAISED SEALS. THE PAPER CONTAINS A VISIBLE CHAIN LINK WATERMARK. HOLD TO LIGHT TO VERIFY PRESENCE.