UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

The case below was raised by Defendants as having not complied with the basic registration requirements in CMO 10 and had been ordered to show cause as to why the case should not be dismissed with prejudice. Rec. Doc. 13699, 13795. Prior to a Show Cause Hearing on these issues, the Plaintiff agreed to dismiss the case with prejudice:

| BG ID | Docket No. | Plaintiff Name | Plaintiff's Counsel |
|---|---|---|---|
| 28420 | 2:18-cv-08749 | Hulen, William W. | Fears Nachawati |

New Orleans, Louisiana, on this 17th day of July, 2019.

Judge Eldon E. Fallon
United States District Court Judge