UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

The cases below were raised by Defendants as having not complied with the basic registration requirements in CMO 10 and had been ordered to show cause as to why the cases should not be dismissed with prejudice. R. Doc. 13699, 13795. For the reasons stated on the record at the June 26, 2019 Show Cause Hearing and with the consent of the Xarelto Plaintiffs' Counsel Leadership, Defendants have asked to withdraw without prejudice their Motion for an Order to Show Cause as to these Plaintiffs. Defendants' request is granted and the Show Cause Order is withdrawn without prejudice as to the Plaintiffs listed below.

| BG ID | Docket No. | Plaintiff Name | Plaintiff's Counsel |
|---|---|---|---|
| 9412 | 2:16-cv-01697 | Allen, Barbara | Bachus & Schanker, LLC |
| 3899 | 2:15-cv-4278 | Clements, Earl, Jackie Clements, and Pamela Clements Norfleet | Gaidry Law Group |
| 3079 | 2:15-cv-03396 | Cosie, Aquantae, Individually and on Behalf of the Estate of Regina Nora, Decease, and as Attorney-in Fact for Aquendius Landry, Surviving Natural Son and Heir of Regina Nora, Decease | Pro Se |
| 28895 | 2:19-cv-08036 | Grogan, Rosie | Law Offices of Seaton & Bates, PLLC |

| BG ID | Docket No. | Plaintiff Name | Plaintiff's Counsel |
|---|---|---|---|
| 42146 | 2:19-cv-00932 | Patterson, Ella | The Mulligan Law Firm |
| 27329 | 2:18-cv-07262 | Robinson, Savannah | Marc J. Bern & Partners LLP |
| 17099 | 2:16-cv-13857 | Stein, Dale and Maureen Stein | Patberg, Carmody & Ging |
| 6427 | 2:15-cv-05494 | Sterline, Lucille S. | Shockey & Associates |
| 21473 | 2:17-cv-04959 | Stewart, John, Individually, and as Executor of the Estate of Ellen Steward | Vickery & Shepherd, LLP |

New Orleans, Louisiana, on this 17th day of July, 2019.

_____
Judge Eldon E. Fallon
United States District Court Judge