UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tommie M. Varnadoe v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-3977

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14173, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Candace Varnadoe, surviving spouse of Tommie Varnadoe, is substituted for Plaintiff Tommie Varnadoe as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE