UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**MIGUEL DIP-LAQUIS, SR. v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:16-cv-03370**

# NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff **MIGUEL DIP-LAQUIS, SR.**, and hereby notifies the Court and the parties of the death of Plaintiff, **MIGUEL DIP-LAQUIS, SR.**, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by **MIGUEL DIP, JR**, who is the son of now deceased **MIGUEL DIP-LAQUIS, SR**.

**RESPECTFULLY SUBMITTED** this the 19th day of July, 2019.

                              JOHN JEWELL PACE, A.P.L.C.

                              By: /s/ John Jewell Pace
                              John Jewell Pace
                              John Jewell Pace, A.P.L.C.
                              **(State Bar No. 1115)**
                              P.O. Box 14209
                              Baton Rouge, LA 707898
                              Telephone: (225) 686-3000
                              Facsimile: (866) 912-2008
                              E-mail:jjp@johnjpacelaw.com

                              By: /s/ Samuel C. Ward
                              **Samuel "Chuck" Ward**
                              Samuel C. Ward, Jr., & Associates
                              **(State Bar No. 29508)**
                              660 Saint Ferdinand Street
                              Baton Rouge, LA 70802
                              Telephone: (225) 330-6677
                              Facsimile: (225) 330-6680
                              Email: samuelcward@aol.com

                              Attorneys for Plaintiff,
                              *Miguel Dip, Jr obo Miguel Dip-Laquis, Sr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 19th day of July, 2019.

JOHN JEWELL PACE, A.P.L.C.

By: /s/ John Jewell Pace
John Jewell Pace
John Jewell Pace, A.P.L.C.
**(State Bar No. 1115)**
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
E-mail: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward**
Samuel C. Ward, Jr., & Associates
**(State Bar No. 29508)**
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

Attorneys for Plaintiff,

*Miguel Dip, Jr obo Miguel Dip-Laquis, Sr.*