# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018075578   **DATE ISSUED:** MAY 9, 2018
**DATE FILED:** MAY 9, 2018

### DECEDENT INFORMATION
NAME: MIGUEL DIP LAQUIS

DATE OF DEATH: MAY 4, 2018   SEX: MALE   SSN: 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   AGE: 088 YEARS
DATE OF BIRTH: APRIL 6, 1930   BIRTHPLACE: CUBA
PLACE OF DEATH: HOSPICE
FACILITY NAME OR STREET ADDRESS: VITAS HEALTH CARE
LOCATION OF DEATH: SUNRISE, BROWARD COUNTY, 33351
RESIDENCE: 8560 NW 17TH STREET, PLANTATION, FLORIDA 33322, UNITED STATES   COUNTY: BROWARD
OCCUPATION, INDUSTRY: OWNER/OPERATOR, CAFETERIA
EDUCATION: 8TH GRADE OR LESS   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? YES, CUBAN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE

FATHER'S/PARENT'S NAME: FELIPE DIP
MOTHER'S/PARENT'S NAME: FAJIMA LAQUIS

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: MIGUEL A DIP
RELATIONSHIP TO DECEDENT: SON
INFORMANT'S ADDRESS: 2300 SW 87TH AVENUE, DAVIE, FLORIDA 33324, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: CATHY C. HARRISON, F043386
FUNERAL FACILITY: VISTA FUNERAL HOME F086269
14200 NW 57TH AVENUE, MIAMI LAKES, FLORIDA 33014
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: VISTA MEMORIAL GARDENS
MIAMI LAKES, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 1130   DATE CERTIFIED: MAY 9, 2018
CERTIFIER'S NAME: ABED ALHOMSI
CERTIFIER'S LICENSE NUMBER: ME104190
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. ATHEROSCLEROTIC HEART DISEASE

b.

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:


AUTOPSY PERFORMED? NO   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 HOUR):   INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:


PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:   TYPE OF VEHICLE:


STATE REGISTRAR

REQ: 2019278489

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)



CERTIFICATION OF VITAL RECORD  Florida HEALTH

* 5 5 5 9 6 5 4 3 -*