# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**MIGUEL DIP-LAQUIS, SR. v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:16-cv-03370**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **MIGUEL DIP, JR.,** on behalf of his deceased father, **MIGUEL DIP-LAQUIS, SR.**, for the following reasons:

I.

On April 19, 2016 **MIGUEL DIP-LAQUIS, SR.** filed a Complaint in the above referenced matter.

II

On January 20, 2019, **MIGUEL DIP-LAQUIS, SR** passed away.

III.

The decedent's son, **MIGUEL DIP, JR**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **MIGUEL DIP-LAQUIS, SR**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 19th day of July, 2019.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

*Attorneys for Miguel Dip, Jr. obo*
*Miguel Dip-Laquis, Sr.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of July, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

      */s/ John Jewell Pace*
      **JOHN JEWELL PACE (#1115)**

      */s/ Samuel C. Ward*
      **SAMUEL C. WARD (#29508)**