# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | MDL No. 2592 |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**MIGUEL DIP-LAQUIS, SR. v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:16-cv-03370**

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **MIGUEL DIP JR.**, on behalf of his deceased father, **MIGUEL DIP-LAQUIS, SR.**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____
Eldon E. Fallon, United States District Court Judge