# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )<br>)  MDL No. 2592<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>Bertha L. Beck<br>Civil Action No. 2:16-cv-13960 | )<br>)  SECTION L<br>)<br>)<br>)  JUDGE ELDON E. FALLON<br>)<br>)<br>)  MAGISTRATE JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **SCHLICHTER, BOGARD & DENTON, LLP**<br><br>By: /s/ *Roger C. Denton*<br><br>Roger C. Denton<br>100 South 4th Street, Suite 1200<br>Saint Louis, Missouri 63102<br>(314) 621-6115<br>rdenton@uselaws.com<br><br>*Attorneys for Plaintiffs*<br><br>Dated: July 19, 2019 | **DRINKER BIDDLE & REATH LLP**<br><br>By: /s/ *Susan M. Sharko*<br><br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>(973) 549-7000<br>susan.sharko@dbr.com<br><br>*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC* |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/*Andrew K. Solow*

   Andrew K. Solow
   250 West 55th Street
   New York, New York 10019-9710
   (212) 836-8000
   Facsimile: (212) 836-8689
   andrew.solow@arnoldporter.com

   William Hoffman
   601 Massachusetts Avenue, NW
   Washington, D.C. 20001
   (202) 942-5000
   Facsimile: (202) 942-5999
   william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*

   Kim E. Moore
   400 Poydras Street, Suite 2700
   New Orleans, Louisiana 70130
   (504) 310-2100
   kmoore@irwinllc.com

*Liaison Counsel for Defendants*

Dated: July 19, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 19, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/ *Scott H. Morgan*