UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:    2592<br>SECTION:    L<br>JUDGE:      ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Susan Chounard v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 2:16-cv-15369**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Susan Chounard, respectfully moves this court to substitute Edward Chounard, as the Personal Representative for the Estate of Susan Chounard, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Susan Chounard passed away on June 21, 2018 (*see* Exhibit A).

2. Susan Chounard's action against Defendants survives her death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Edward Chounard as Plaintiff in the present action, on behalf of the Estate of Susan Chounard.

WHEREFORE, Counsel for Plaintiff, Susan Chounard, respectfully requests the Court grant Plaintiff's Motion to Substitute Edward Chounard as Personal Representative for the Estate of Susan Chounard.

Respectfully submitted,

Dated: July 20, 2019         **GRANT & EISENHOFER P.A.**

By:    */s/ Thomas V. Ayala*
       M. Elizabeth Graham
       Thomas V. Ayala
       Samantha Mertz
       **GRANT & EISENHOFER P.A.**
       123 Justison Street
       Wilmington, DE 19801
       Tel: (302) 622-7000
       Fax: (302) 622-7100
       egraham@gelaw.com
       tayala@gelaw.com
       smertz@gelaw.com

# Exhibit A

**(Death Certificate)**

UNITED STATES OF AMERICA

## STATE OF MICHIGAN
### DEPARTMENT OF COMMUNITY HEALTH
### CERTIFICATE OF DEATH

LF: 
CF: E-2110
STATE FILE NUMBER: 243856

**1. DECEDENT'S NAME** (First, Middle, Last): Susan Dolores Chounard
**2. DATE OF BIRTH:** September 20, 1951
**3. SEX:** Female
**4. DATE OF DEATH:** June 21, 2018

**5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS:** Susan Dolores Boddington
**6a. AGE - Last Birthday (Years):** 66
**6b. UNDER 1 YEAR** — MONTHS / DAYS:
**6c. UNDER 1 DAY** — HOURS / MINUTES:

**7a. LOCATION OF DEATH:** Henry Ford Macomb Hospital Clinton Township
**7b. CITY, VILLAGE OR TOWNSHIP OF DEATH:** Clinton Twp
**7c. COUNTY OF DEATH:** Macomb

**8a. CURRENT RESIDENCE - STATE:** Michigan
**8b. COUNTY:** Macomb
**8c. LOCALITY:** Sterling Heights
**8d. STREET AND NUMBER:** 13641 Breezy Drive
**8e. ZIP CODE:** 48313
**9. BIRTH PLACE:** Detroit, Michigan
**10. SOCIAL SECURITY NUMBER:** 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
**11. DECEDENT'S EDUCATION:** High school graduate

**12. RACE:** White
**13a. ANCESTRY:** English, German
**13b. HISPANIC ORIGIN:** No
**14. EVER IN THE U.S. ARMED FORCES?:** No

**15. USUAL OCCUPATION:** Homemaker
**16. KIND OF BUSINESS OR INDUSTRY:** Own Home
**17. MARITAL STATUS:** Married
**18. NAME OF SURVIVING SPOUSE** (If wife, give name before first married): Edward Alexander Chounard

**19. FATHER'S NAME** (First, Middle, Last): William Tabner Boddington
**20. MOTHER'S NAME BEFORE FIRST MARRIED** (First, Middle, Last): Shirley Jean Manthei

**21a. INFORMANT'S NAME:** Edward Alexander Chounard
**21b. RELATIONSHIP TO DECEDENT:** Spouse
**21c. MAILING ADDRESS:** 13641 Breezy Drive, Sterling Heights, Michigan 48313

**22. METHOD OF DISPOSITION:** Cremation
**23a. PLACE OF DISPOSITION:** Lincoln Memorial Park Crematory
**23b. LOCATION** - City or Village, State: Clinton Twp, Michigan

**24. SIGNATURE OF MORTUARY SCIENCE LICENSEE:** David G. Temrowski
**25. LICENSE NUMBER:** 4501006571
**26. NAME AND ADDRESS OF FUNERAL FACILITY:** Cremation Source, 32200 Groesbeck Highway, Fraser, Michigan 48026

**27a. CERTIFIER:** ☒ Certifying Physician — To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☐ Medical Examiner — On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. Signature and Title: Joyanta K. Saha, MD
**28a. ACTUAL OR PRESUMED TIME OF DEATH:** 08:20 AM
**28b. PRONOUNCED DEAD ON:** June 21, 2018
**28c. TIME PRONOUNCED DEAD:** 08:20 AM
**29. MEDICAL EXAMINER CONTACTED:** Yes
**30. PLACE OF DEATH:** Hospital
**31. IF HOSPITAL:** Inpatient

**27b. DATE SIGNED:** June 22, 2018
**27c. LICENSE NUMBER:** 4301058457
**32. MEDICAL EXAMINER'S CASE NUMBER:** 1334/2018
**33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:**

**34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN:** Joyanta K. Saha, MD, 43211 Dalcoma Drive, Clinton Twp, Michigan 48038

**35a. REGISTRAR'S SIGNATURE:** [signed]
**35b. DATE FILED:** June 26, 2018

**36. PART I.** ENTER the chain of events- diseases, injuries or complications - that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on line.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. IMMEDIATE CAUSE | Metabolic Encephalopathy | ~ 3 Weeks |
| b. DUE TO (OR AS A CONSEQUENCE OF) | Sepsis with Shock | ~ 3 Weeks |
| c. DUE TO (OR AS A CONSEQUENCE OF) | Acute Hypercapnic Respiratory Failure | ~ 3 Weeks |
| d. DUE TO (OR AS A CONSEQUENCE OF) UNDERLYING CAUSE | Acute Kidney Injury | ~ 3 Weeks |

**PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I:

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?:** ☐ Yes ☐ Probably ☐ No ☒ Unknown

**38. IF FEMALE:** ☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Unknown if pregnant within the past year ☐ Not pregnant, but pregnant 43 days to 1 year before death

**39. MANNER OF DEATH:** Natural
**40a. WAS AN AUTOPSY PERFORMED?:** No
**40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?:** Not Applicable

**41a. DATE OF INJURY:**
**41b. TIME OF INJURY:**
**41c. DESCRIBE HOW INJURY OCCURRED:**
**41d. INJURY AT WORK:**
**41e. PLACE OF INJURY:**
**41f. IF TRANSPORTATION INJURY:**
**41g. LOCATION:**

Printed On 06-26-2018 at 09:35:39

"THIS CERTIFIES THAT the above is a true copy of the facts recorded on the certificate of the person named hereon, as filed in the MACOMB COUNTY CLERK'S OFFICE."

Karen A. Spranger
County Clerk and Register of Deeds

00990103

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THIS DOCUMENT CONTAINS A SECURITY BACKGROUND, EMBOSSED SEALS AND THERMOCHROMIC INK.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

