UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL No.:      2592 <br> SECTION:    L <br> JUDGE:         ELDON E. FALLON <br> MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Shirley Jenkins v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:15-cv-03722**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Duncan McEachern, respectfully moves this court to substitute Sharon Thames, as the Personal Representative for the Estate of Shirley Jenkins, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Shirley jenkins passed away on December 4, 2015 (*see* Exhibit A).

2. Shirley Jenkins' action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Sharon Thames as Plaintiff in the present action, on behalf of the Estate of Shirey Jenkins.

WHEREFORE, Counsel for Plaintiff, Shirley Jenkins, respectfully requests the Court grant Plaintiff's Motion to Substitute Sharon Thames, as Personal Representative for the Estate of Shirley Jenkins.

Respectfully submitted,

Dated:  <u>July 20, 2019</u>               **GRANT & EISENHOFER P.A.**

By*:*     <u>*/s/ Thomas V. Ayala*     </u>
M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

# Exhibit A

**(Death Certificate)**

# ALABAMA CERTIFICATE OF DEATH

State File Number: 101

**1. DECEASED – NAME:** Shirley Xenea JENKINS
**2. DATE OF DEATH:** December 4, 2015
**3. COUNTY OF DEATH:** Houston
**4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE:** Dothan-36305
**5. INSIDE CITY LIMITS:** Yes
**6. PLACE OF DEATH:** Flowers Hospital
**7. IF HOSPITAL:** Inpatient
**8. OF HISPANIC ORIGIN:** No
**9. RACE:** White
**10. SEX:** Female
**11. AGE:** 79 YRS
**13. DATE OF BIRTH:** 09/09/1936
**14. DECEASED'S SOCIAL SECURITY NUMBER:** 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
**15. EDUCATION:** 6
**16. MARITAL STATUS:** Married
**17. SURVIVING SPOUSE:** Murray B. Jenkins
**18. Was Decedent ever in Armed Forces:** No
**19. STATE OF BIRTH:** Alabama
**20. RESIDENCE – STATE:** Florida
**21. COUNTY:** Holmes
**22. CITY, TOWN, OR LOCATION AND ZIP CODE:** Westville 32464
**23. INSIDE CITY LIMITS:** No
**24. STREET AND NUMBER:** 1348 Reedy Road
**25. INFORMANT:** Murray B. Jenkins, 1348 Reedy Rd, Westville, FL 32464
**26. USUAL OCCUPATION:** Presser
**27. KIND OF BUSINESS OR INDUSTRY:** Textile
**28. FATHER – NAME:** Charlie David Tate
**29. MAIDEN NAME OF MOTHER:** Barbara Mae Averett
**30. DISPOSITION OF BODY:** Burial
**31. DATE OF DISPOSITION:** 12/07/2015
**32. CEMETERY OR CREMATORY:** Reedy AOG Ch Cem
**33. LOCATION:** Westville, FL
**34. FUNERAL HOME:** Pittman Funeral Home 203 S Commerce St Geneva, AL
**35. FUNERAL DIRECTOR – Signature:** 5701
**36. DATE SIGNED BY FUNERAL DIRECTOR:** 12/11/2015
**37.** ✓ Certifying Physician
**38. DATE SIGNED:** 12/8/15
**39. TIME AND DATE OF DEATH:** 8:50 am December 4, 2015
**41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH:** Thomas D Crews, MD
**42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** 4370 West Main Street Dothan, AL 36305
**43. CERTIFIER LICENSE NUMBER:** 27816
**45. DATE FILED:** December 11, 2015

## MEDICAL CERTIFICATION

**46. PART I.**
a. IMMEDIATE CAUSE: stroke

**49. MANNER OF DEATH:** Natural Cause
**50. AUTOPSY:** No

---

*I certify this is a true and exact copy of the record on file with the Geneva County Health Department*

Signature of Local or Deputy Registrar

December 11, 2015
Date