UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO:<br><br>Edward L. Bushmeyer<br>Civil Action No. 2:19-cv-04896 | SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **SCHLICHTER, BOGARD & DENTON, LLP** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/ *Roger C. Denton* | By: /s/ *Susan M. Sharko* |
| Roger C. Denton<br>100 South 4th Street, Suite 1200<br>Saint Louis, Missouri 63102<br>(314) 621-6115<br>rdenton@uselaws.com | Susan M. Sharko<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>(973) 549-7000<br>susan.sharko@dbr.com |
| *Attorneys for Plaintiffs*<br><br>Dated: July 20, 2019 | *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC* |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/*Andrew K. Solow*

Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
(212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@arnoldporter.com

William Hoffman
601 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *Kim E. Moore*

Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 310-2100
kmoore@irwinllc.com

*Liaison Counsel for Defendants*

Dated: July 20, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Scott H. Morgan*