UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION:  L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Nellie Faye Carter v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-03071 | | JURY TRIAL DEMANDED |

**NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff Representative, Gerald Asa Carter.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff Representative will be filed by Anna Paschall, who is the surviving heir of Nellie Faye Carter and Gerald Asa Carter.

Dated: July 22, 2019

                                          Respectfully submitted,

                                          By:  */s/ Ethan L. Shaw*
                                                   Ethan L. Shaw
                                                   John P. Cowart
                                                   SHAW COWART, L.L.P.
                                                   1609 Shoal Creek Boulevard
                                                   Suite 100
                                                   Austin, Texas  78701
                                                   Telephone:  (512) 499-8900
                                                   Facsimile:  (512) 320-8906
                                                   elshaw@shawcowart.com
                                                   jcowart@shawcowart.com

                                                   *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                  */s/ Ethan L. Shaw*