UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Nellie Faye Carter v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-03071 | | JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Anna Paschall on behalf of her deceased mother, Nellie Faye Carter and on behalf of her deceased father, Gerald Asa Carter, Plaintiff Representative.

1. Nellie Faye Carter filed a products liability lawsuit against Defendants on April 14, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Nellie Faye Carter died on March 22, 2018.

3. Nellie Faye Carter's products liability action against Defendants survived her death and was not extinguished.

4. On February 26, 2019, Plaintiff Representative and surviving spouse, Gerald Asa Carter died.

5.	Plaintiff filed a Notice and Suggestion of Death for Plaintiff Representative on July 22, 2019.

6.	Anna Paschall, surviving heir of Nellie Faye Carter, is a proper party to substitute for plaintiff-decedent Nellie Faye Carter and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Anna Paschall requests that this Court grant her request for substitution as plaintiff in this action.

Dated: July 22, 2019

Respectfully submitted,

By:	*/s/ Ethan L. Shaw*
Ethan L. Shaw
John P. Cowart
SHAW COWART, L.L.P.
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

*/s/ Ethan L. Shaw*