**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| This Document relates to: | ) | |
| Nellie Faye Carter v. Janssen Research | ) | |
| & Development, LLC, et al. | ) | JURY TRIAL DEMANDED |
| E.D. La. No. 2:16-cv-03071 | ) | |

---

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Anna Paschall's

Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises,

hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1.      Motion is GRANTED

2.      Anna Paschall, as surviving heir of Nellie Faye Carter, is substituted as

Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2019.


_____
HONORABLE ELDON E. FALLON
United States District Court Judge


cc:     All counsel of record