UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

| | | |
|---|---|---|
| Ralph Heineman<br>**Case No.: 2:16-cv-13962** | Howard M. Tarr<br>**Case No.: 2:16-cv-14640** | Livia Kurtz<br>**Case No.: 2:16-cv-11839** |
| Manuel Loli<br>**Case No.: 2:15-cv-06894** | Vicky Lowell<br>**Case No.: 2:15-cv-02458** | Vernon Adams<br>**Case No.: 2:17-cv-11386** |
| Margaret Allen<br>**Case No.: 2:17-cv-4796** | Margaret Armstrong<br>**Case No.: 2:17-cv-02866** | Edward J. Averbach<br>**Case No.: 2:19-cv-04835** |
| Johnsie Bardo<br>**Case No.: 2:16-cv-16247** | Bertha L. Beck<br>**Case No.: 2:16-cv-13960** | Doris M. Benedict<br>**Case No.: 2:16-cv-2451** |
| Howard Bernstein<br>**Case No.: 2:15-cv-01055** | Jacqueline Boston<br>**Case No.: 2:16-cv-13970** | Christopher Braswell<br>**Case No.: 2:14-cv-02258** |
| Beatrice E. Brown<br>**Case No.: 2:15-cv-3887** | Betty J. Brown<br>**Case No.: 2:17-cv-4798** | Teddy J. Burdick<br>**Case No.: 2:16-cv-01059** |
| Bart Bunce<br>**Case No.: 2:15-cv-02446** | Garry Bumgarner<br>**Case No.: 2:16-cv-01251** | Edward L. Bushmeyer<br>**Case No.: 2:19-cv-04896** |

## **EX PARTE MOTION TO WITHDRAW DOCUMENTS**

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel mistakenly believed that file-stamped

copies of the plaintiffs' stipulations for dismissal were required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

| | | |
|---|---|---|
| Docket No. **14219** | *filed July 18, 2019* | Ralph Heineman<br>Case No.: 2:16-cv-13962 |
| Docket No. **14245** | *filed July 19, 2019* | Howard M. Tarr<br>Case No.: 2:16-cv-14640 |
| Docket No. **14246** | *filed July 19, 2019* | Livia Kurtz<br>Case No.: 2:16-cv-11839 |
| Docket No. **14247** | *filed July 19, 2019* | Manuel Loli<br>Case No.: 2:15-cv-06894 |
| Docket No. **14248** | *filed July 19, 2019* | Vicky Lowell<br>Case No.: 2:15-cv-02458 |
| Docket No. **14265** | *filed July 19, 2019* | Vernon Adams<br>Case No.: 2:17-cv-11386 |
| Docket No. **14271** | *filed July 19, 2019* | Margaret Allen<br>Case No.: 2:17-cv-4796 |
| Docket No. **14272** | *filed July 19, 2019* | Margaret Armstrong<br>Case No.: 2:17-cv-02866 |
| Docket No. **14273** | *filed July 19, 2019* | Edward J. Averbach<br>Case No.: 2:19-cv-04835 |
| Docket No. **14274** | *filed July 19, 2019* | Johnsie Bardo<br>Case No.: 2:16-cv-16247 |
| Docket No. **14275** | *filed July 19, 2019* | Bertha L. Beck<br>Case No.: 2:16-cv-13960 |
| Docket No. **14276** | *filed July 19, 2019* | Doris M. Benedict<br>Case No.: 2:16-cv-2451 |
| Docket No. **14277** | *filed July 19, 2019* | Howard Bernstein<br>Case No.: 2:15-cv-01055 |
| Docket No. **14281** | *filed July 20, 2019* | Jacqueline Boston<br>Case No.: 2:16-cv-13970 |
| Docket No. **14282** | *filed July 20, 2019* | Christopher Braswell<br>Case No.: 2:14-cv-02258 |
| Docket No. **14283** | *filed July 20, 2019* | Beatrice E. Brown<br>Case No.: 2:15-cv-3887 |
| Docket No. **14284** | *filed July 20, 2019* | Betty J. Brown<br>Case No.: 2:17-cv-4798 |
| Docket No. **14287** | *filed July 20, 2019* | Teddy J. Burdick<br>Case No.: 2:16-cv-01059 |
| Docket No. **14288** | *filed July 20, 2019* | Bart Bunce<br>Case No.: 2:15-cv-02446 |

| Docket No. **14289** | *filed July 20, 2019* | Garry Bumgarner<br>Case No.: 2:16-cv-01251 |
|---|---|---|
| Docket No. **14291** | *filed July 20, 2019* | Edward L. Bushmeyer<br>Case No.: 2:19-cv-04896 |

WHEREFORE, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: July 22, 2019                         **SCHLICHTER, BOGARD & DENTON, LLP**

                                             By: /s/ *Roger C. Denton*

                                             Roger C. Denton
                                             100 South 4th Street, Suite 1200
                                             Saint Louis, Missouri 63102
                                             (314) 621-6115
                                             rdenton@uselaws.com

                                             *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 22, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiffS' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                             /s/ *Scott H. Morgan*