UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  MDL: 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE NORTH

**This Document Relates to:**
*MARIA OLIVA v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No.: 2:15-cv-5237*

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), Carlos R. Diez-Arguelles, Esquire, who is the attorney of the deceased party, notes the death during the pendency of this action of ROSARIO SANTIAGO, Plaintiff in this action, on or about July 4, 2019.

Dated this the 22nd of July, 2019.

Respectfully Submitted,

By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully Submitted,

By: */s/ Carlos Diez-Arguelles, Esq.*
**Carlos Diez-Arguelles, Esq.**
Florida Bar No. 0500569
Diez-Arguelles Tejedor
505 North Mills Avenue
Orlando, FL 32803
407-705-2880
Email: mail@theorlandolawyers.com
*Attorney for Plaintiff*