UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592 SECTION "L" JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Gentry Stepp* *Civil Action No. 2:16-cv-06445* ---------------------------------------------------------- | | |

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiff hereby moves the Court for an order substituting Diana Skaggs, on behalf of deceased Plaintiff Gentry Stepp.

Gentry Stepp filed a products liability action against Defendants on May 17, 2016, captioned *Gentry Stepp v, Janssen Research & Development, LLC, et. al., Civil Action No. 2:16-cv-06445*. Counsel was thereafter informed that Gentry Stepp had passed away.  Diana Skaggs is deceased Plaintiff's daughter.  There is no surviving spouse.  A Notice and Suggestion of Death was filed July 18, 2019.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party.  A Motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).  Gentry Stepp's products liability action against Defendants survived his death and was not extinguished.  Diana Skaggs, the decedent's daughter, is the proper party to substitute for Gentry Stepp, and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an Order granting this Motion to Substitute.

July 22, 2019                              Respectfully submitted,

/s/ *Shamus B. Mulderig*
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member case.

      /s/ Shamus B. Mulderig
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS