# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2592 |
| | : | |
| | : | SECTION "L" |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | |
| | : | MAG. JUDGE NORTH |
| *Gentry Stepp* *Civil Action No. 2:16-cv-06445* | : | |

## ORDER

IT IS ORDERED that the Motion for Substitution of Diana Skaggs, the daughter of Gentry Stepp, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
United States District Judge