UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL No.:    2592 <br> SECTION:   L <br> JUDGE:      ELDON E. FALLON <br> MAG. JUDGE: MICHAEL NORTH |

This Document Relates to:

*Shirley Barnard v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

Case No.: 2:16-cv-15689

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Shirley Barnard, respectfully moves this court to substitute Charles Barnard, as the Personal Representative for the Estate of Shirley Barnard, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Shirley Barnard passed away on March 31, 2019 (*see* Exhibit A).

2. Shirley Barnard's action against Defendants survives her death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Charles Barnard as Plaintiff in the present action, on behalf of the Estate of Shirley Barnard.

WHEREFORE, Counsel for Plaintiff, Shirley Barnard, respectfully requests the Court grant Plaintiff's Motion to Substitute Charles Barnard, as Personal Representative for the Estate of Shirley Barnard.

Respectfully submitted,

Dated: July 22, 2019          **GRANT & EISENHOFER P.A.**

By:    /s/ *Thomas V. Ayala*
       M. Elizabeth Graham
       Thomas V. Ayala
       Samantha Mertz
       **GRANT & EISENHOFER P.A.**
       123 Justison Street
       Wilmington, DE 19801
       Tel: (302) 622-7000
       Fax: (302) 622-7100
       egraham@gelaw.com
       tayala@gelaw.com
       smertz@gelaw.com