# Exhibit A
## (Death Certificate)

LF 2019-0069

CF 3834



**STATE OF MICHIGAN**
DEPARTMENT OF COMMUNITY HEALTH
**CERTIFICATE OF DEATH**
AMENDED: 04/15/2019

STATE FILE NUMBER
**535857**

| 1. DECEDENT'S NAME *(First, Middle, Last)* | 2. DATE OF BIRTH | 3. SEX | 4. DATE OF DEATH |
|---|---|---|---|
| Shirley M. Barnard | June 02, 1934 | Female | March 31, 2019 |

| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | 6a. AGE- Last Birthday (Years) | 6b. UNDER 1 YEAR | | 6c. UNDER 1 DAY | |
|---|---|---|---|---|---|
| | | MONTHS | DAYS | HOURS | MINUTES |
| Shirley M. Barnard | 84 | | | | |

| 7a. LOCATION OF DEATH | 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|
| 5660 Weddell Street  48125 | Dearborn Heights | Wayne |

| 8a. CURRENT RESIDENCE - STATE | 8b. COUNTY | 8c. LOCALITY | 8d. STREET AND NUMBER |
|---|---|---|---|
| Michigan | Wayne | Dearborn Heights | 5660 Weddell Street |

| 8e. ZIP CODE | 9. BIRTH PLACE | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION |
|---|---|---|---|
| 48125 | River Rouge, Michigan | -7588 | High school graduate |

| 12. RACE | 13a. ANCESTRY | 13b. HISPANIC ORIGIN | 14. EVER IN THE U.S. ARMED FORCES? |
|---|---|---|---|
| White | French, Irish | No | No |

| 15. USUAL OCCUPATION | 16. KIND OF BUSINESS OR INDUSTRY | 17. MARITAL STATUS | 18. NAME OF SURVIVING SPOUSE *(if wife, give name before first married)* |
|---|---|---|---|
| Loan Officer | Banking | Never married | |

| 19. FATHER'S NAME *(First, Middle, Last)* | 20. MOTHER'S NAME BEFORE FIRST MARRIED *(First, Middle, Last)* |
|---|---|
| Percy Barnard | Charlotte Abbott |

| 21a. INFORMANT'S NAME | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS |
|---|---|---|
| Charles Barnard | Nephew | *7142 Winona Avenue, Allen Park, Michigan 48101 |

| 22. METHOD OF DISPOSITION | 23a. PLACE OF DISPOSITION | 23b. LOCATION  - City or Village, State |
|---|---|---|
| Burial | Michigan Memorial Park Cemetery | Flat Rock, Michigan |

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER | 26. NAME AND ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| Jeffrey A. Lamparski | 4501007055 | Howe-Peterson Funeral Homes & Cremation Services, LLC, 9800 South Telegraph Road, Taylor, Michigan |

| 27a. CERTIFIER | 28a. ACTUAL OR PRESUMED TIME OF DEATH | 28b. PRONOUNCED DEAD ON | 28c. TIME PRONOUNCED DEAD |
|---|---|---|---|
| ☒ Certifying Physician - To the best of my knowledge, death occured due to the (cause)s and manner stated.  ☐ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occured at the time, date, and place, and due to the cause(s) and manner stated.  John H. Cooke, DO  Signature and | 11:30 AM | March 31, 2019 | 12:50  PM |

| | 29. MEDICAL EXAMINER CONTACTED | 30. PLACE OF DEATH | 31. IF HOSPITAL |
|---|---|---|---|
| | Yes | Home under Hospice | |

| 27b. DATE SIGNED | 27c. LICENSE NUMBER | 32. MEDICAL EXAMINER'S CASE NUMBER | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER |
|---|---|---|---|
| April 02, 2019 | 5101020908 | 19-4079 | |

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN
John H. Cooke, DO, Beaumont Hospice, 1410 East 14 Mile Road, Madison Heights, Michigan 48071

| 35a. REGISTRAR'S SIGNATURE | 35b. DATE FILED |
|---|---|
| *Walter J. Pri...* | April 03, 2019 |

36. PART I. ENTER the chain of events- diseases, injuries or complications - that directly caused the death, DO NOT enter terminal events such as cardiac arrest, fibrillation without showing the etiology. Enter only one cause on line.

If diabetes was an underlying or contributing cause of death be sure to record diabetes in either Part I or Part II of the cause of

IMMEDIATE CAUSE (Final disease or condition resulting in death)

Sequentially list IF ANY, leading to the listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting LAST

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| a. | Protein Calorie Malnutrition | Weeks |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| b. | Dysphasia | Weeks |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| c. | Cerebrovascular Accident | Weeks |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| d. | | |

| PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE |
|---|---|---|
| | ☐ Yes  ☐ Probably  ☒ No  ☐ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Unknown if pregnant within the past year ☐ Not pregnant, but pregnant 43 days to 1 year before death |

| 39. MANNER OF DEATH | 40a. WAS AN AUTOPSY PERFORMED? | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? | |
|---|---|---|---|
| Natural | No | Not Applicable | |

| 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| | | |

| 41d. INJURY AT WORK | 41e. PLACE OF INJURY | 41f. IF TRANSPORTATION INJURY | 41g. LOCATION |
|---|---|---|---|
| | | | |

VRHDSS11 (12/12) Authority: MCL 333.2882