UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:      2592<br>SECTION:     L<br>JUDGE:         ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Esequiel A. Caballero, Jr. v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:16-cv-02099**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Esequiel A. Caballero, Jr., respectfully moves this court to substitute Amy M. Pombo, as the Personal Representative for the Estate of Esequiel A. Caballero, Jr., deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Esequiel A. Caballero, Jr. passed away on December 31, 2016 (*see* Exhibit A).

2. Esequiel A. Caballero, Jr.'s action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Amy M. Pombo as Plaintiff in the present action, on behalf of the Estate of Esequiel A. Caballero, Jr..

WHEREFORE, Counsel for Plaintiff, Esequiel A. Caballero, Jr., respectfully requests the Court grant Plaintiff's Motion to Substitute Amy B. Pombo, as Personal Representative for the Estate of Esequiel A. Caballero, Jr..

                                                  Respectfully submitted,

Dated: July 23, 2019               **GRANT & EISENHOFER P.A.**

                                    By:    */s/ Thomas V. Ayala*
                                              M. Elizabeth Graham
                                              Thomas V. Ayala
                                              Samantha Mertz
                                              **GRANT & EISENHOFER P.A.**
                                              123 Justison Street
                                              Wilmington, DE 19801
                                              Tel: (302) 622-7000
                                              Fax: (302) 622-7100
                                              egraham@gelaw.com
                                              tayala@gelaw.com
                                              smertz@gelaw.com