# Exhibit A

**(Death Certificate)**

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
JAN 10 2017

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-16-192162**

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) (Maiden) | EZEQUIEL A. CABALLERO JR |
| 2. DATE OF DEATH ACTUAL OR PRESUMED (mm-dd-yyyy) | DECEMBER 31, 2016 |
| 3. SEX | MALE |
| 4. DATE OF BIRTH (mm-dd-yyyy) | OCTOBER 3, 1946 |
| 5. AGE-Last Birthday (Years) | 70 |
| 6. BIRTHPLACE (City & State or Foreign Country) | ROBSTOWN, TX |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8. MARITAL STATUS AT TIME OF DEATH | ☒ Divorced |
| 9. SURVIVING SPOUSE'S NAME | |
| 10a. RESIDENCE STREET ADDRESS | 217 OSAGE |
| 10c. CITY OR TOWN | CORPUS CHRISTI |
| 10d. COUNTY | NUECES |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 78405 |
| 10g. INSIDE CITY LIMITS? | ☒ Yes |
| 11. FATHER'S NAME PRIOR TO FIRST MARRIAGE | EZEQUIEL CABALLERO SR |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | ANTONIA AGUUILAR |
| 13. PLACE OF DEATH | ☒ Inpatient |
| 14. COUNTY OF DEATH | NUECES |
| 15. CITY/TOWN, ZIP | CORPUS CHRISTI, 78405 |
| 16. FACILITY NAME | CHRISTUS SPOHN MEMORIAL HOSPITAL |
| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | SALLY RODRIGUEZ - SISTER |
| 18. MAILING ADDRESS OF INFORMANT | 2933 WATER LILY, CORPUS CHRISTI, TX-78415 |
| 19. METHOD OF DISPOSITION | ☒ Cremation |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | BOBBY TREVINO, BY ELECTRONIC SIGNATURE - 9128 |
| 21. | ☒ Unknown |
| 22. PLACE OF DISPOSITION | SOUTH TEXAS CREMATION SERVICES |
| 23. LOCATION | ROCKPORT, TX |
| 24. NAME OF FUNERAL FACILITY | TREVINO FUNERAL HOME - CORPUS CHRISTI |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 3006 NIAGARA, CORPUS CHRISTI, TX 78405 |
| 26. CERTIFIER | ☒ Certifying physician |
| 27. SIGNATURE OF CERTIFIER | GUILLERMO RAMIREZ, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED | JANUARY 10, 2017 |
| 29. LICENSE NUMBER | L9861 |
| 30. TIME OF DEATH | 00:42 |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | GUILLERMO RAMIREZ, 1101 S. 19TH STREET, CORPUS CHRISTI, TX 78405 |
| 32. TITLE OF CERTIFIER | MD |

**33. PART 1. CHAIN OF EVENTS**

| | Cause | Approximate Interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | PULMONARY EDEMA | 1 HOUR TO MINUTES |
| b. | MYOCARDIAL INFARCTION | 1 DAY TO HOURS |
| c. | ACUTE ON CHRONIC CONGESTIVE HEART FAILURE | DAYS |
| d. | CARDYOMIOPATHY | YEARS |

**PART 2. SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:** PULMONARY HEART DISEASE

34. WAS AN AUTOPSY PERFORMED? ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Yes

42a. REGISTRAR FILE NO.: 023269
42b. DATE RECEIVED BY LOCAL REGISTRAR: JANUARY 10, 2017
42c. REGISTRAR - CITY OF CORPUS CHRISTI, ELECTRONICALLY FILED

EDR NUMBER 000002028971

VS-112 REV 1/2006
QA100759114

The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec.195, 1989)

This is a true and correct reproduction of the original record as recorded in this office, issued under authority of Section 191.051, Health and Safety Code.

ISSUED JAN 10 2017

VICTOR A. FARINELLI
ACTING STATE REGISTRAR

JLF

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE