UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:   2592<br>SECTION:   L<br>JUDGE:   ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Esequiel A. Caballero, Jr. v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:16-cv-02099**

**<u>ORDER</u>**

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Amy M. Pombo as Personal Representative of the Estate of Esequiel A. Caballero, Jr., as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Date: _____        _____
                                                                            Hon. Eldon E. Fallon
                                                                            United States District Court Judge