UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

<u>JURY TRIAL DEMANDED</u>

THIS DOCUMENT RELATES TO:

**BARBARA ANN GEDDIE v. JANSSEN
PHARMACEUTICALS, INC., et al**

**No.  2:16-cv-08952**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Robin Geddie  on behalf of his  deceased mother, Barbara Ann Geddie, for the following reasons:

I.

On July 25, 2016 Barbara Ann Geddie filed a Complaint in the above referenced matter.

II

On May 4, 2017 Barbara Ann Geddie died.

III.

The decedents son, Robin Geddie, is the Proper Party Plaintiff and wishes to be substituted on behalf of Barbara Ann Geddie, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 23rd day of July, 2019.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No.  (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this  23rd  day of July, 2019  a true and correct copy of

the  foregoing has been submitted to the Clerk of Court for filing and electronic service

via the  Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**