# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
**CERTIFICATE OF DEATH**

I.D. TAG NO: 789458
STATE FILE NUMBER: 136-2017-012054

| Field | Value |
|---|---|
| Legal Name (First) | Barbara |
| Middle | F. |
| Last | Geddie |
| Suffix | |
| Death Date | May 04, 2017 |
| Sex | Female |
| Age | 85 years |
| Social Security Number | 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 |
| County of Death | Douglas |
| Birthdate | February 23, 1932 |
| Birthplace | New Orleans, Louisiana |
| Was Decedent Ever in U.S. Armed Forces? | No |
| Residence | 1121 Arthur Drive |
| City/Town | Reedsport |
| State or Foreign Country | Oregon |
| Zip Code + 4 | 97467 |
| Inside City Limits? | Yes |
| Residence County | Douglas |
| Marital Status at Time of Death | Widowed |
| Spouse's Name Prior to First Marriage | Alexander Reid Geddie |
| Father's Name | Harvey M. Fellon Sr. |
| Mother's Name Prior to First Marriage | Anna B. Catalanotto |
| Informant's Name | Robin Geddie |
| Telephone Number | Not Available |
| Relationship to Decedent | Son |
| Mailing Address | PO Box 794, Myrtle Creek, OR 97457 |
| Place of Death | Other - Adult Foster Care-Hospice |
| Facility Name | |
| Location of Death | 2210 Arthur Drive |
| City/Town or Location of Death | Reedsport |
| State | Oregon |
| Zip Code + 4 | 97467 |
| Method of Disposition | Donation and cremation |
| Place of Disposition | Portland Cremation Center, LLC |
| Location (City/Town and State) | Portland, Oregon |
| Name and Complete Address of Funeral Facility | Nelson's Bay Area Mortuary, 405 Elrod Avenue, Coos Bay, Oregon 97420 |
| Date of Disposition | TBD |
| Funeral Director's Signature | *Electronically Signed* John A Nelson |
| OR License Number | CO-3530 |
| Registrar's Signature | *Jennifer A. Woodward* |
| Date Received | May 08, 2017 |
| Local File Number | |
| Amendment | |

| Field | Value |
|---|---|
| Was case referred to Medical Examiner? | No |
| Autopsy? | No |
| Were autopsy findings available to complete the cause of death? | |
| Time of Death | 11:00 AM |

**CAUSE OF DEATH** — Approximate Interval: Onset to Death

| | Cause | Interval |
|---|---|---|
| a. IMMEDIATE CAUSE | acute on chronic hypoxic hypercapnic respiratory failure | 1/month |
| b. Due to (or as a consequence of) | lung cancer | 1 year |
| c. Due to (or as a consequence of) | chronic obstructive pulmonary disease | 20 years |
| d. Due to (or as a consequence of) | tobacco use | 70 years |

Other significant conditions contributing to death: congestive heart failure, atrial fibrillation, chronic kidney disease

Did tobacco use contribute to death? Yes
Manner of Death: Natural
If Female: Not Applicable
Date of Injury:
Time of Injury:
Place of Injury:
Injury at Work?:
Location of Injury:
Describe how injury occurred:
If transportation injury, specify:

Name and Address of Certifier: Stephanie R Casey, 620 Ranch Road, Reedsport, Oregon 97467
Name and Title of Attending Physician if Other than Certifier:
Date Signed: May 08, 2017
Medical Certifier: *Stephanie R Casey* — *Electronically Signed*
Title of Certifier: D.O.
License Number: D0162682
Amendment:

45-2CC (01/06)

*20170511075*

I CERTIFY THAT THIS IS A TRUE, FULL AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORD FACTS ON FILE IN THE VITAL RECORDS UNIT OF THE OREGON CENTER FOR HEALTH STATISTICS.

*Jennifer A. Woodward*
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

DATE ISSUED: May 10, 2017

THIS COPY IS NOT VALID WITHOUT OFFICIAL VITAL RECORD FLAG WATERMARK AND HOLOGRAPHIC SEALS.


