

U. S. Department of State
CONSULAR OFFICES OF THE UNITED STATES OF AMERICA
**AFFIDAVIT FOR THE SURVIVING SPOUSE OR NEXT OF KIN**
*Provide information below to the extent that it is available.*

**VENUE**

__Oregon__
State

ss.

__Reedsport__
City

I, __Robin F Geddie__, being duly sworn according to law, declare that I reside at
Your Name

__1042 Scott Terrace Reedsport OR 97467__ and that on __05-04-2017__
Street Address *(Including City, State/or Country)*        Date of Death *(mm-dd-yyyy)*

__Barbara Ann Geddie__ had permanent legal residence at
Name of Deceased

__1042 Scott Terrace Reedsport OR 97467__. I am the __Child__
Complete Address of the Deceased     Specify: widow, widower, child, father, mother, sibling, other

and as such am entitled to receive the decedent's estate under the laws of __Oregon__. To the best of my knowledge,
Name of state/foreign state in the United States or foreign country where the deceased last had a permanent legal residence

__Barbara Ann Geddie__ did/did not have a will or trust specifying the disposition of his or her estate.
Name of Deceased

**NAME(S) OF SURVIVORS, IN ORDER OF KINSHIP**

Please insert the name of living relatives in the following order of relationship: surviving spouse, children, father and/or mother, brothers and/or sisters, other:

| Name | Date of Birth (mm-dd-yyyy) | Address | Telephone Number | Relationship |
|---|---|---|---|---|
| Robin F. Geddie | 07-07-1955 | 1042 Scott Terrace Reedsport OR 97467 | (541) 361-0561 | Son |
| | | | | |
| | | | | |
| | | | | |

DS-5511
10-2008

Page 1 of 3

| Name | Date of Birth | Address | Telephone Number | Relationship |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Subscribed and sworn to before me by _Robin F. Geddie_
Signature of Affiant

_Robin F. Geddie_     _06/19/19_
Type Name of Affiant     Date (mm-dd-yyyy)

_451 Winchester Avenue, Reedsport OR 97467_
Address of Notary Public

_Kelly B._     _Kelly Powers_
Signature of Notary Public     Type Name of Notary Public



OFFICIAL STAMP
KELLY LEE POWERS
NOTARY PUBLIC-OREGON
COMMISSION NO. 974964
MY COMMISSION EXPIRES MAY 20, 2022