UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*GERARDO RIOS*
*2:16-cv-00626-EEF-MN*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Gerardo Rios, on or about June 19, 2019. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Gerardo Rios.

Dated:  July 24, 2019            Respectfully submitted,

                                                                     ***By: /s/ Andrew S. Williams***
                                                                     Andrew S. Williams, Esq.
                                                                     Simmons Hanly Conroy
                                                                     One Court Street
                                                                     Alton, IL 62002
                                                                     Tel. 618-259-2222
                                                                     Fax 618-259-2251
                                                                     awilliams@simmonsfirm.com

                                                                   Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    */s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff