UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kathryn Adrean and William Adrean*                                                    2:16-cv-06767

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiffs, **WILLIAM ADREAN** on April 21, 2015 and **KATHRYN ADREAN** on April 12, 2018.

Dated: July 24, 2019

                                                Respectfully submitted,

                                                MURPHY LAW FIRM, LLC

                                                s/*Peyton P. Murphy*
                                                PEYTON P. MURPHY (LA # 22125)
                                                2354 S. Acadian Thruway
                                                Baton Rouge, LA  70808
                                                Telephone: (225) 928-8800
                                                Facsimile: (225) 246-8780
                                                Email: peyton@murphylawfirm.com

                                                s/*Todd C. Comeaux*
                                                TODD C. COMEAUX (LA # 23453)
                                                2354 S. Acadian Thruway, Suite C
                                                Baton Rouge, LA  70808
                                                Telephone: (225) 706-9000
                                                Facsimile: (225) 706-9001
                                                Email: tc@comeauxlawfirm.com

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

*/s/ Peyton P. Murphy*
**PEYTON P. MURPHY**
