UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kathryn Adrean and William Adrean*                                                          *2:16-cv-06767*

### ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by William Adrean Jr., surviving son of Kathryn and William Adrean, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 24, 2019

                          Respectfully submitted,

                          MURPHY LAW FIRM, LLC

                          s/*Peyton P. Murphy*
                          PEYTON P. MURPHY (LA # 22125)
                          2354 S. Acadian Thruway
                          Baton Rouge, LA  70808
                          Telephone: (225) 928-8800
                          Facsimile: (225) 246-8780
                          Email: peyton@murphylawfirm.com

                          s/*Todd C. Comeaux*
                          TODD C. COMEAUX (LA # 23453)
                          2354 S. Acadian Thruway, Suite C
                          Baton Rouge, LA  70808
                          Telephone: (225) 706-9000
                          Facsimile: (225) 706-9001
                          Email: tc@comeauxlawfirm.com

                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                          /s/ *Peyton P. Murphy*
                          **PEYTON P. MURPHY**