# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kathryn Adrean and William Adrean*                                                                 2:16-cv-06767

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiffs, **WILLIAM ADREAN** on April 21, 2015 and **KATHRYN ADREAN** on April 12, 2018.

Dated: July 24, 2019

    Respectfully submitted,

    MURPHY LAW FIRM, LLC

    s/*Peyton P. Murphy*
    PEYTON P. MURPHY (LA # 22125)
    2354 S. Acadian Thruway
    Baton Rouge, LA  70808
    Telephone: (225) 928-8800
    Facsimile: (225) 246-8780
    Email: peyton@murphylawfirm.com

    s/*Todd C. Comeaux*
    TODD C. COMEAUX (LA # 23453)
    2354 S. Acadian Thruway, Suite C
    Baton Rouge, LA  70808
    Telephone: (225) 706-9000
    Facsimile: (225) 706-9001
    Email: tc@comeauxlawfirm.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**