**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Howard Helms and Mamie Helms*                                                              2:15-cv-06164

**SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiffs, **MAMIE HELMS** on October 2, 2015 and **HOWARD HELMS** on September 9, 2015.

Dated: July 24, 2019

                                                                    Respectfully submitted,

                                                                    MURPHY LAW FIRM, LLC

                                                                    s/*Peyton P. Murphy*
                                                                    PEYTON P. MURPHY (LA # 22125)
                                                                    2354 S. Acadian Thruway
                                                                    Baton Rouge, LA  70808
                                                                    Telephone: (225) 928-8800
                                                                    Facsimile: (225) 246-8780
                                                                    Email: peyton@murphylawfirm.com

                                                                    s/*Todd C. Comeaux*
                                                                    TODD C. COMEAUX (LA # 23453)
                                                                    2354 S. Acadian Thruway, Suite C
                                                                    Baton Rouge, LA  70808
                                                                    Telephone: (225) 706-9000
                                                                    Facsimile: (225) 706-9001
                                                                    Email: tc@comeauxlawfirm.com

                                                                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**