UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

*Kay Ledbetter and Edward Ledbetter*                                                              2:17-cv-02741

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiffs, **EDWARD LEDBETTER** on June 9, 2015 and **KAY LEDBETTER** on March 1, 2019.

Dated: July 24, 2019

                                                          Respectfully submitted,

                                                          MURPHY LAW FIRM, LLC

                                                          s/*Peyton P. Murphy*
                                                          PEYTON P. MURPHY (LA # 22125)
                                                          2354 S. Acadian Thruway
                                                          Baton Rouge, LA  70808
                                                          Telephone: (225) 928-8800
                                                          Facsimile: (225) 246-8780
                                                          Email: peyton@murphylawfirm.com

                                                          s/*Todd C. Comeaux*
                                                          TODD C. COMEAUX (LA # 23453)
                                                          2354 S. Acadian Thruway, Suite C
                                                          Baton Rouge, LA  70808
                                                          Telephone: (225) 706-9000
                                                          Facsimile: (225) 706-9001
                                                          Email: tc@comeauxlawfirm.com

                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**