# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kay Ledbetter and Edward Ledbetter*                                        2:17-cv-02741

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **DAVID LEDBETTER**, surviving son of Plaintiff-Decedent **KAY** and **EDWARD LEDBETTER**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself as Plaintiff on behalf of his deceased mother and father, **KAY** and **EDWARD LEDBETTER**.

1. Plaintiffs, **KAY** and **EDWARD LEDBETTER**, filed a products liability lawsuit against Defendants on March 31, 2017.

2. Subsequently, Plaintiff's Counsel learned that **KAY LEDBETTER** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on July 24, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: July 24, 2019

                                              Respectfully submitted,

                                              MURPHY LAW FIRM, LLC

                                              s/*Peyton P. Murphy*
                                              PEYTON P. MURPHY (LA # 22125)
                                              2354 S. Acadian Thruway
                                              Baton Rouge, LA  70808
                                              Telephone: (225) 928-8800
                                              Facsimile: (225) 246-8780
                                              Email: peyton@murphylawfirm.com

                                              s/*Todd C. Comeaux*
                                              TODD C. COMEAUX (LA # 23453)
                                              2354 S. Acadian Thruway, Suite C
                                              Baton Rouge, LA  70808
                                              Telephone: (225) 706-9000
                                              Facsimile: (225) 706-9001
                                              Email: tc@comeauxlawfirm.com

                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                                              /s/ *Peyton P. Murphy*
                                            **PEYTON P. MURPHY**