## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John McLaurin and Marlene McLaurin*                                                            *2:16-cv-09167*

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **LUKE MCLAURIN**, surviving son of Plaintiff-Decedent **MARLENE** and **JOHN MCLAURIN**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself as Plaintiff on behalf of his deceased mother and father, **MARLENE** and **JOHN MCLAURIN**.

1. Plaintiffs, **MARLENE** and **JOHN MCLAURIN**, filed a products liability lawsuit against Defendants on June 9, 2016.

2. Subsequently, Plaintiff's Counsel learned that **MARLENE MCLAURIN** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on July 24, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: July 24, 2019

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Peyton P. Murphy*
PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thruway
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
2354 S. Acadian Thruway, Suite C
Baton Rouge, LA  70808
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**