UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John McLaurin and Marlene McLaurin*                                                      *2:16-cv-09167*

### ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Luke McLaurin, surviving son of Marlene and John McLaurin, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 24, 2019

                                      Respectfully submitted,

                                      MURPHY LAW FIRM, LLC

                                      s/*Peyton P. Murphy*
                                      PEYTON P. MURPHY (LA # 22125)
                                      2354 S. Acadian Thruway
                                      Baton Rouge, LA  70808
                                      Telephone: (225) 928-8800
                                      Facsimile: (225) 246-8780
                                      Email: peyton@murphylawfirm.com

                                      s/*Todd C. Comeaux*
                                      TODD C. COMEAUX (LA # 23453)
                                      2354 S. Acadian Thruway, Suite C
                                      Baton Rouge, LA  70808
                                      Telephone: (225) 706-9000
                                      Facsimile: (225) 706-9001
                                      Email: tc@comeauxlawfirm.com

                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                                      /s/ *Peyton P. Murphy*
                                     **PEYTON P. MURPHY**