UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

*Donald Taylor and Sheila Taylor*                                                                                      2:16-cv-09228

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiffs, **SHEILA TAYLOR** on March 16, 2017.

Dated:  July 24, 2019

                                                              Respectfully submitted,

                                                              MURPHY LAW FIRM, LLC

                                                              s/*Peyton P. Murphy*
                                                              PEYTON P. MURPHY (LA # 22125)
                                                              2354 S. Acadian Thruway
                                                               Baton Rouge, LA  70808
                                                              Telephone: (225) 928-8800
                                                              Facsimile: (225) 246-8780
                                                              Email: peyton@murphylawfirm.com

                                                              s/*Todd C. Comeaux*
                                                              TODD C. COMEAUX (LA # 23453)
                                                              2354 S. Acadian Thruway, Suite C
                                                              Baton Rouge, LA  70808
                                                              Telephone: (225) 706-9000
                                                              Facsimile: (225) 706-9001
                                                              Email: tc@comeauxlawfirm.com

                                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**