## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Donald Taylor and Sheila Taylor*                                                                 2:16-cv-09228

### MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **DONALD TAYLOR**, surviving spouse of Plaintiff-Decedent **SHEILA TAYLOR**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself as Plaintiff on behalf of his deceased wife, **SHEILA TAYLOR**.

1. Plaintiffs, **DONALD** and **SHEILA TAYLOR**, filed a products liability lawsuit against Defendants on June 9, 2016.

2. Subsequently, Plaintiff's Counsel learned that **SHEILA TAYLOR** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on July 24, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: July 24, 2019

        Respectfully submitted,

        MURPHY LAW FIRM, LLC

        s/*Peyton P. Murphy*
        PEYTON P. MURPHY (LA # 22125)
        2354 S. Acadian Thruway
        Baton Rouge, LA  70808
        Telephone: (225) 928-8800
        Facsimile: (225) 246-8780
        Email: peyton@murphylawfirm.com

        s/*Todd C. Comeaux*
        TODD C. COMEAUX (LA # 23453)
        2354 S. Acadian Thruway, Suite C
        Baton Rouge, LA  70808
        Telephone: (225) 706-9000
        Facsimile: (225) 706-9001
        Email: tc@comeauxlawfirm.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

        /s/ *Peyton P. Murphy*
        **PEYTON P. MURPHY**