# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

BRUCE WEBB,
Civil Action No. 1:15-cv-192

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Bruce Webb on or about September 29, 2017.

Dated: July 24, 2019

Respectfully submitted,

DOWD & DOWD, P.C.

By: /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
William T. Dowd (MO Bar #39648)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi