UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :
                                     :    JUDGE ELDON E. FALLON
                                     :
                                     :    MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

BRUCE WEBB,
Civil Action No. 1:15-cv-192

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

COMES NOW Plaintiff, through undersigned counsel, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby moves this Honorable Court for an order substituting Carol Webb on behalf of her deceased husband Bruce Webb, for the following reasons:

1.  On March 18, 2015, Bruce Webb filed a Complaint in the United States District Court for the Southern District of Ohio, which was subsequently transferred to this Court by the JPML.

2.  On or about September 29, 2017, Bruce Webb died.

3.  Plaintiff's wife, Carol Webb, recently notified Plaintiff's counsel of her husband's passing and her interest in continuing this lawsuit.

4.  A Suggestion of Death was submitted to this Honorable Court on July 24, 2019. Doc. 14329, *Exhibit 1*.

5.  The decedent's wife, Carol Webb, is a proper party to be substituted for plaintiff-decedent Bruce Webb and has proper capacity to proceed forward with the surviving products

liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1), which states that "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Carol Webb, as surviving spouse of Bruce Webb, for the current Plaintiff Bruce Webb.

Dated: July 24, 2019

Respectfully submitted,

DOWD & DOWD, P.C.

By: /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
William T. Dowd (MO Bar #39648)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 24, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi