# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

BRUCE WEBB,
Civil Action No. 1:15-cv-192

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Carol Webb, as surviving spouse of Bruce Webb is substituted for Plaintiff Bruce Webb, in the above captioned cause.

Dated: _____       _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge