UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>Lisa Brant, Aaran Grundler, Andrea Pitts<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC. BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | Civil Action No: 2:14-md-02592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**MOTION TO VACATE PREVIOUS MOTION TO DISMISS**

NOW COMES Plaintiffs Lisa Brant, Aaran Grundler and Andrea Pitts and move this Honorable Court to vacate their previous motion to dismiss their complaints, specifically: Lisa Brant 2:19-cv-03128 filed 3/24/2019, Aaron Grundler 2:19-cv-03642 filed 3/26/2019, Andrea Pitts 2:19-cv-01569 filed 2/20/2019.

1

These previous motions were filed July 18, 2019. The Plaintiffs request that these motions be vacated for reasons that:

- these dockets are duplicate dockets of other identical Complaints filed on behalf of the Plaintiffs;
- the Defendants have agreed to a Joint Stipulation of Dismissal
- the Defendants have filed a similar motion to the same effect, rendering the Plaintiffs' previous Motions to Dismiss redundant and mute.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and Order to Amend Complaint.

Date: July 24, 2019

Respectfully submitted,

/s/ Christopher K. Johnston
Christopher K. Johnston (CA Bar No. 261474)
Law Office of Christopher K. Johnston, LLC
268 Ponce de Leon Ave., Ste. 1020
San Juan, Puerto Rico 00918
Tel: (415) 500-4381; Fax: (415) 202-6264
kyle@masstortslaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: July 24, 2019                          Respectfully submitted,

/s/ Christopher K. Johnston
Christopher K. Johnston (CA Bar No. 261474)
Law Office of Christopher K. Johnston, LLC
268 Ponce de Leon Ave., Ste. 1020
San Juan, Puerto Rico 00918
Tel: (415) 500-4381; Fax: (415) 202-6264
kyle@masstortslaw.com

Attorney for Plaintiff