UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| Joann Banks, et al **Case No.: 2:15-cv-00041** | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| William M. Lea, et al **Case No.: 2:17-cv-03362** | * * | |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel mistakenly believed that file-stamped copies of the plaintiffs' stipulations for dismissal were required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

Doc. No. **14171**     *filed July 18, 2019*     Joann Banks, Case No. 2:15-cv-00041

Doc. No. **14172**     *filed July 18, 2019*     William M. Lea, Case No. 2:17-cv-03362

WHEREFORE, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: July 24, 2019                    Respectfully submitted,

**JIM S. HALL & ASSOCIATES, LLC**

/s/*Matthew B. Moreland*
Jim S. Hall (LA Bar No. 21644)

1

Matthew B. Moreland (LA Bar No. 24567)
Jennifer L. Crose (LA Bar No. 32116)
800 N. Causeway Blvd, Ste 100
Metairie, LA 70001
mmoreland@jimshall.com
jcrose@jimshall.com
(504) 832-3000
Fax: (504) 832-1799

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This hereby certifies that on July 24, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 7.

/s/ *Matthew B. Moreland*
Matthew B. Moreland