UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| Joann Banks, et al **Case No.: 2:15-cv-00041** | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| William M. Lea, et al **Case No.: 2:17-cv-03362** | * * | |

# ORDER

These matters come before the Court on the plaintiffs' Ex Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket.**

Doc. No. **14171**   *filed July 18, 2019*   Joann Banks, Case No. 2:15-cv-00041

Doc. No. **14172**   *filed July 18, 2019*   William M. Lea, Case No. 2:17-cv-03362


Dated: _____, 2019   _____
                                      Eldon E. Fallon
                                      United States District Judge

1