UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>Terence D. Williams<br><br>        Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC. BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | Civil Action No: 2:14-md-02592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**COMPLAINT AND**<br>**JURY TRIAL DEMANDED** |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Divinity, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), by and through the undersigned Counsel, hereby seeks to amend Complaint 2:19-cv-02906-EEF-MBN to substitute "Brenda Divinity" as Plaintiff in place of "Bobbie Bailey" for reasons that the wrong document was uploaded to ECF during filing. "Bobbie Bailey" is also the Plaintiff in docket 2:19-cv-02901-EEF-MBN

1

2

As demonstrated in the attachment, the attorney listed Brenda Divinity as the Plaintiff, but inadvertently uploaded the complaint belonging to Bobbie Bailey.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and Order to Amend Complaint.

Date: July 24, 2019

Respectfully submitted,

/s/ Christopher K. Johnston
Christopher K. Johnston (CA Bar No. 261474)
Law Office of Christopher K. Johnston, LLC
268 Ponce de Leon Ave., Ste. 1020
San Juan, Puerto Rico 00918
Tel: (415) 500-4381; Fax: (415) 202-6264
kyle@masstortslaw.com

Attorney for Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: July 24, 2019

Respectfully submitted,

/s/ Christopher K. Johnston
Christopher K. Johnston (CA Bar No. 261474)
Law Office of Christopher K. Johnston, LLC
268 Ponce de Leon Ave., Ste. 1020
San Juan, Puerto Rico 00918
Tel: (415) 500-4381; Fax: (415) 202-6264
kyle@masstortslaw.com

Attorney for Plaintiff