UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

This Document Relates to:

*Bonnie Ahring v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

Case No.: 2:16-cv-14969

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Bonnie Ahring, respectfully moves this court to substitute Lorene Stillwell, as the Personal Representative for the Estate of Bonnie Ahring, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Bonnie Ahring passed away on January 10, 2017 (*see* Exhibit A).

2. Bonnie Ahring's action against Defendants survives her death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Lorene Stillwell as Plaintiff in the present action, on behalf of the Estate of Bonnie Ahring.

WHEREFORE, Counsel for Plaintiff, Bonnie Ahring, respectfully requests the Court grant Plaintiff's Motion to Substitute Lorene Stillwell, as Personal Representative for the Estate of Bonnie Ahring.

                      Respectfully submitted,

Dated: July 24, 2019          **GRANT & EISENHOFER P.A.**

                     By:    */s/ Thomas V. Ayala*
                              M. Elizabeth Graham
                              Thomas V. Ayala
                              Samantha Mertz
                              **GRANT & EISENHOFER P.A.**
                              123 Justison Street
                              Wilmington, DE 19801
                              Tel: (302) 622-7000
                              Fax: (302) 622-7100
                              egraham@gelaw.com
                              tayala@gelaw.com
                              smertz@gelaw.com