# Exhibit A

## (Death Certificate)

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No. 000012   EDR No. 000000554158   State No. 001436

**1. Decedent's Legal Name (First, Middle, Last):** BONNIE MARIE AHRING
**1a. Maiden Name (If female):** COLESON
**2. Sex:** FEMALE
**3. Time Of Death:** 05:50 PM
**4. Date Of Death (Month/Day/Year):** 01/10/2017

**5. Social Security Number:** 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
**6a. Age - Yrs:** 65
**7. Date of Birth (Month/Day/Year):** 04/08/1951
**8. Birthplace (City and State or Foreign Country):** EAST ST LOUIS, IL

**9. Ever in U.S. Armed Forces?** ☒ No
**10. If Death Occurred In A Hospital:** (none checked)
**10a. If Death Occurred Somewhere Other Than A Hospital:** ☒ Hospice Facility  ☒ Decedent's Home

**11. Facility Name:** GOOD SAMARITAN HOSPICE
**12. City Or Town, State, And Zip Code:** VINCENNES, IN, 47591
**13. County Of Death:** KNOX
**14. Marital Status At Time Of Death:** ☒ Widowed

**15. Surviving Spouse's Name:** (blank)
**15a. Last Name Before First Marriage:** (blank)
**16. Decedent's Usual Occupation:** WAITRESS
**17. Kind Of Business/Industry:** RESTAURANT FOOD SERVICE

**18. Residence - State:** INDIANA
**18a. County:** KNOX
**18b. City Or Town:** VINCENNES
**18c. Street And Number:** 217 NORTH 10TH STREET
**18e. Zip Code:** 47591
**18f. Inside City Limits?** ☒ Yes

**19. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED COMPLETED
**20. Decedent Of Hispanic Origin:** NOT HISPANIC
**21. Decedent's Race:** White

**22. Parent's Name (First, Middle, Last):** FRANK COLESON
**23. Parent's Name (First, Middle, Last):** MARIE COLESON
**23a. Parent's Last Name Before First Marriage:** HOOKER

**24. Informant's Name:** DIANA STONE
**24a. Relationship To Decedent:** DAUGHTER
**24b. Mailing Address:** 217 NORTH 10TH STREET, VINCENNES, IN 47591

**25a. Method Of Disposition:** ☒ Burial
**25b. Place Of Disposition:** CLEAR SPRINGS CEMETERY
**25c. Location:** HILLSBORO, IL

**26. Was Coroner Contacted?** ☒ No
**27. Name And Complete Address Of Funeral Facility:** GOODWIN FAMILY FUNERAL HOME INC, 524 BROADWAY, VINCENNES, IN 47591
**27a. Funeral Home License Number:** FH83006910
**27b. Signature Of Indiana Funeral Service Licensee:** L. CHRISTOPHER SIEVERS, BY ELECTRONIC SIGNATURE
**27c. License Number:** FD09000039

### Cause Of Death

| Line | Cause | Approximate Interval: Onset To Death |
|---|---|---|
| A. Immediate Cause | PNEUMONIA | 1 WEEK |
| B. Due to | ACUTE RESPIRATORY FAILURE | 1 WEEK |
| C. Due to | ATRIAL FIBRILLATION | LENGTHY |
| D. Due to | COPD | LENGTHY |

**Part II. Other Significant Conditions Contributing to Death:** MORBID OBESITY

**29. Was An Autopsy Performed?** ☒ No
**30. Were Autopsy Findings Available To Complete The Cause Of Death?** (blank)

**31. Did Tobacco Use Contribute To Death?** ☒ No
**32. If Female:** ☒ Not Pregnant Within Past Year
**33. Manner Of Death:** ☒ Natural

**34. Date Of Injury:** (blank)
**35. Time Of Injury:** (blank)
**36. Place Of Injury:** (blank)
**37. Injury At Work?** (blank)

**38. Location Of Injury - State:** (blank)
**39. Describe How Injury Occurred:** (blank)

**41. Signature Of Person Certifying Cause Of Death:** GERRY M. HIPPENSTEEL, BY ELECTRONIC SIGNATURE
**42. Certifier:** ☒ Certifying Physician
**43. Name, Address And Zip Code Of Person Certifying Cause Of Death:** GERRY M. HIPPENSTEEL, 406 NORTH FIRST STREET, VINCENNES, IN 47591
**44. License Number:** 01025674A
**45. Date Certified:** 01/13/2017

**46. Additional Funeral Service Provider:** BASS PATTON DEAN FUNERAL HOME

**48. Signature of Local Health Officer:** RALPH JACQMAIN, VIA ELECTRONIC SIGNATURE
**49. For Registrar Only - Date Filed:** JAN 13 2017

AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)

State Form 53395. ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.