UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:   2592<br>SECTION:   L<br>JUDGE:     ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

This Document Relates to:

*Bonnie Ahring v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

Case No.: 2:16-cv-14969

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Lorene Stillwell as Personal Representative of the Estate of Bonnie Ahring, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge