UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Carl Johnston v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:15-cv-06262**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Carl Johnston, respectfully moves this court to substitute Cynthia O'Rourke, as the Personal Representative for the Estate of Carl Johnston, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Carl Johnston passed away on February 22, 2019 (*see* Exhibit A).

2. Carl Johnston's action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Cynthia O'Rourke as Plaintiff in the present action, on behalf of the Estate of Carl Johnston.

WHEREFORE, Counsel for Plaintiff, Carl Johnston, respectfully requests the Court grant Plaintiff's Motion to Substitute Cynthia O'Rourke, as Personal Representative for the Estate of Carl Johnston.

Respectfully submitted,

Dated: July 24, 2019          **GRANT & EISENHOFER P.A.**

By:    */s/ Thomas V. Ayala*
       M. Elizabeth Graham
       Thomas V. Ayala
       Samantha Mertz
       **GRANT & EISENHOFER P.A.**
       123 Justison Street
       Wilmington, DE 19801
       Tel: (302) 622-7000
       Fax: (302) 622-7100
       egraham@gelaw.com
       tayala@gelaw.com
       smertz@gelaw.com