# Exhibit A

**(Death Certificate)**

D03954592

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.



Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health





It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.

# CERTIFICATE OF VITAL RECORD

## STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2019-005452

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | CARL GORDON JOHNSTON |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | |
| 2. SEX | MALE |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4. EVER IN US ARMED FORCES? | YES |
| 5a. AGE - Last birthday (years) | 84 |
| 6. DATE OF BIRTH | JULY 23, 1934 |
| 7. BIRTHPLACE | ADA, OKLAHOMA |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | OKLAHOMA |
| 8c. RESIDENCE-City or Town | OKLAHOMA CITY |
| 8d. RESIDENCE-Zip Code | 73127 |
| 8e. RESIDENCE-Inside City Limits? | YES |
| 8f. RESIDENCE-Street and Number | 6846 NW 16 |
| 9. MARITAL STATUS AT TIME OF DEATH | Divorced |
| 11a. FATHER'S NAME | CARL MERL JOHNSTON |
| 11b. FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE | JOHNSTON |
| 12a. MOTHER'S NAME | ANNA CATHERINE JOHNSTON |
| 12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE | GRIGSBY |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | AMERICAN INDIAN OR ALASKA NATIVE (CHICKASAW NATION) |
| 15. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16. DECEDENT'S USUAL OCCUPATION | OWNER/OPERATOR |
| 17. KIND OF BUSINESS / INDUSTRY | INSURANCE |
| 18a. INFORMANT'S NAME | BRAD FRISBIE |
| 18b. RELATIONSHIP TO DECEDENT | NEPHEW |
| 18c. MAILING ADDRESS | 4105 NW 45, OKLAHOMA CITY, OKLAHOMA 73112 |
| 19. METHOD OF DISPOSITION | Cremation |
| 20. PLACE OF DISPOSITION | ADVANCED CREMATION CARE CENTER |
| 21. LOCATION | CHOCTAW, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | BUCHANAN FUNERAL SERVICE - OKLAHOMA CITY, 8712 N. COUNCIL RD, OKLAHOMA CITY, OKLAHOMA 73132 |
| 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH | KENNETH R. BUCHANAN, II |
| 24. FH ESTABLISHMENT LICENSE # | 1665ES |
| 25. PLACE OF DEATH | Hospice Facility |
| 26. FACILITY NAME | INTEGRIS HOSPICE HOUSE |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | OKLAHOMA CITY, OKLAHOMA, 73134-1718 |
| 28. COUNTY OF DEATH | OKLAHOMA |
| 29. DATE OF DEATH | FEBRUARY 22, 2019 |
| 30. TIME OF DEATH | 01:35 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | YES |
| 32. WAS AN AUTOPSY PERFORMED? | NO |

### CAUSE OF DEATH

**34. PART I.**

| Line | Cause | Approximate interval: Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | ISCHEMIC CARDIOMYOPATHY | UNKNOWN |
| b. | ATHEROSCLEROTIC HEART DISEASE | UNKNOWN |
| c. | | |
| d. | | |

**35. PART II.** Enter other significant conditions contributing to death, but not resulting in the underlying cause given in PART I: CONGESTIVE HEART FAILURE, CHRONIC KIDNEY DISEASE STAGE III

1953634

| Field | Value |
|---|---|
| 36. MANNER OF DEATH | Natural |
| 38. DID TOBACCO USE CONTRIBUTE TO DEATH? | Unknown |
| 46. CERTIFIER | MEDICAL EXAMINER |
| 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | ERIC J. DUVAL, DO, 921 NE 23RD STREET, OKLAHOMA CITY, OKLAHOMA 73105 |
| Certifier | ERIC J DUVAL, DO |
| 48. LICENSE NUMBER | 4399OK |
| 49. DATE DEATH CERTIFIED | FEBRUARY 25, 2019 |
| 50. REGISTRAR'S SIGNATURE | Kelly M Baker |
| 52. DATE RECEIVED BY STATE REGISTRAR | FEBRUARY 28, 2019 |

REVISION 2016   VS 154 (12/16)

Thursday, February 28, 2019 11:29:10 AM

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED