# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO PLAINTIFF: | SECTION "L" |
| | JUDGE ELDON E. FALLON |
| Lamar Evans<br>Civil Action No.: 2:16-cv-00653 | MAGISTRATE JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Katherine Evans surviving spouse of Lamar Evans, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action based on the death of Lamar Evans

A Notice/Suggestion of Death was filed in the MDL on June 26, 2019 (Doc. # 13896).

Dated: July 24, 2019　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　s/ *Calle M. Mendenhall*
　　　　　　　　　　　　　　　　　　Calle M. Mendenhall
　　　　　　　　　　　　　　　　　　Farris, Riley & Pitt, L.L.P.
　　　　　　　　　　　　　　　　　　505 20th Street North, Suite 1700
　　　　　　　　　　　　　　　　　　Birmingham, AL 35203
　　　　　　　　　　　　　　　　　　(205)324-1212
　　　　　　　　　　　　　　　　　　Fax: (205)324-1255
　　　　　　　　　　　　　　　　　　E-Mail: cmendenhall@frplegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, a copy of the foregoing document was filed electronically using the CM/ECF system which will send notification of each such filing to the parties denoted in the Electronic Mail Notice List.

*/s/ Calle M. Mendenhall*
Calle M. Mendenhall