## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO PLAINTIFF:** **Lamar Evans Civil Action No.: 2:16-cv-00653** | **MDL NO. 2592** **SECTION "L"** **JUDGE ELDON E. FALLON** **MAGISTRATE JUDGE NORTH** |

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Lamar Evans, finds the motions meritorious.

Therefore, IT IS ORDERED, that Katherine Evans, as surviving spouse, is substituted for Plaintiff Lamar Evans as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on June 26, 2019 (Doc. # 13896).

New Orleans, Louisiana this _____ day of _____, 2019.