UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Alejandro Lopez v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:17-cv-03711**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Alejandro Lopez, respectfully moves this court to substitute Lillian Abeyta, as the Personal Representative for the Estate of Alejandro Lopez, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Alejandro Lopez passed away on September 27, 2017 (*see* Exhibit A).

2. Alejandro Lopez's action against Defendants survives his death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Lillian Abeyta as Plaintiff in the present action, on behalf of the Estate of Alejandro Lopez.

WHEREFORE, Counsel for Plaintiff, Alejandro Lopez, respectfully requests the Court grant Plaintiff's Motion to Substitute Lillian Abeyta, as Personal Representative of the Estate of Alejandro Lopez.

                                        Respectfully submitted,

Dated: <u>July 25, 2019</u>          **GRANT & EISENHOFER P.A.**

                                  By*:*    <u>*/s/ Thomas V. Ayala*</u>
                                                 M. Elizabeth Graham
                                                 Thomas V. Ayala
                                                 Samantha Mertz
                                                 **GRANT & EISENHOFER P.A.**
                                                 123 Justison Street
                                                 Wilmington, DE 19801
                                                 Tel: (302) 622-7000
                                                 Fax: (302) 622-7100
                                                 egraham@gelaw.com
                                                 tayala@gelaw.com
                                                 smertz@gelaw.com

# Exhibit A

**(Death Certificate)**

# CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BERNARDINO

### DEPARTMENT OF PUBLIC HEALTH
351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

State File Number: 3201736010588

**DECEDENT'S PERSONAL DATA**
- 1. Name of Decedent – First (Given): ALEJANDRO
- 2. Middle: -
- 3. Last (Family): LOPEZ
- 4. Date of Birth: 07/30/1960
- 5. Age: 57 Yrs
- 6. Sex: M
- 9. Birth State/Foreign Country: MEXICO
- 10. Social Security Number: 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
- 11. Ever in U.S. Armed Forces?: NO
- 12. Marital Status: WIDOWED
- 7. Date of Death: 09/27/2017
- 8. Hour (24 Hours): 1006
- 13. Education: HS GRADUATE
- 14/15. Was Decedent Hispanic/Latino(a)/Spanish?: YES – MEXICAN
- 16. Decedent's Race: MEXICAN
- 17. Usual Occupation: ENGINEER ASSISTANT
- 18. Kind of Business or Industry: US GOVERNMENT
- 19. Years in Occupation: 5

**USUAL RESIDENCE**
- 20. Decedent's Residence: 1109 W. YALE ST.
- 21. City: ONTARIO
- 22. County/Province: SAN BERNARDINO
- 23. Zip Code: 91762
- 24. Years in County: 6
- 25. State/Foreign Country: CA

**INFORMANT**
- 26. Informant's Name, Relationship: LILLIAN ABEYTA, SISTER
- 27. Informant's Mailing Address: 1109 W. YALE ST., ONTARIO, CA 91762

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. Name of Surviving Spouse/SRDP – First: -
- 29. Middle: -
- 30. Last (Birth Name): -
- 31. Name of Father/Parent – First: FELIPE
- 32. Middle: -
- 33. Last: PADILLA
- 34. Birth State: MEXICO
- 35. Name of Mother/Parent – First: MARIA
- 36. Middle: LUISA
- 37. Last (Birth Name): ALONSO
- 38. Birth State: MEXICO

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. Disposition Date: 10/02/2017
- 40. Place of Final Disposition: GLEN ABBEY MEMORIAL PARK, 3838 BONITA RD., BONITA, CA 91902
- 41. Type of Disposition(s): BU
- 42. Signature of Embalmer: DAVID SESSION
- 43. License Number: EMB7653
- 44. Name of Funeral Establishment: TODD MEMORIAL CHAPEL
- 25. License Number: FD110
- 46. Signature of Local Registrar: MAXWELL OHIKHUARE, MD
- 47. Date: 09/29/2017

**PLACE OF DEATH**
- 101. Place of Death: SAN ANTONIO REGIONAL HOSPITAL
- 102. If Hospital, Specify One: IP
- 104. County: SAN BERNARDINO
- 105. Facility Address: 999 SAN BERNARDINO RD.
- 106. City: UPLAND

**CAUSE OF DEATH**
- 107. Immediate Cause: (A) SEPTIC SHOCK — DAYS
- (B) ACUTE RESPIRATORY FAILURE — DAYS
- (C) CONGESTIVE HEART FAILURE — DAYS
- (D) LIVER CIRRHOSIS ALCOHOL RELATED — YRS
- 108. Death Reported to Coroner?: YES — 701606691
- 109. Biopsy Performed?: NO
- 110. Autopsy Performed?: NO
- 111. Used in Determining Cause?: -
- 112. Other Significant Conditions: ACUTE RENAL FAILURE
- 113. Was Operation Performed: NO
- 113A. If Female, Pregnant in Last Year?: -

**PHYSICIAN'S CERTIFICATION**
- 114. Decedent Attended Since: 09/25/2017; Last Seen Alive: 09/27/2017
- 115. Signature and Title of Certifier: KRISHI CHANDURI M.D.
- 116. License Number: A106301
- 117. Date: 09/28/2017
- 118. Attending Physician's Name: KRISHI CHANDURI M.D., 138 HARVARD AVE., CLAREMONT, CA 91711

**CORONER'S USE ONLY**
- 119. Manner of Death: -
- 120. Injured at Work?: -
- 121. Injury Date: -
- 122. Hour: -

## CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO } SS

DATE ISSUED: OCT 0 6 2017

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

MAXWELL OHIKHUARE, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

*002590851*

This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.
PBNCO (Rev.) 06/17