# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS     *  MDL NO. 2592
LIABILITY LITIGATION

                                                       *  SECTION L
                                                       *
                                                       *  JUDGE ELDON E. FALLON
                                                       *
                                                       *  MAG. JUDGE NORTH

**************************************************  *

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## ORDER

For the August 1, 2019 monthly status conference,

**IT IS ORDERED** that all parties are to dial into the conference call with the dial-in

information on the Xarelto website, except for liaison counsel, who will be present in the

Courtroom of Judge Eldon E. Fallon, Room C-468.

New Orleans, Louisiana this 22nd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE