UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*George J. Gleghorn, as Power of Attorney for Barbara M. Gleghorn, v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-3967

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14197, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff James Brian Gleghorn, successor agent and Power of Attorney for Barbara Gleghorn, is substituted for Plaintiff George J. Gleghorn, as Power of Attorney for Barbara M. Gleghorn as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE