# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| THIS ACTION RELATES TO: | ) SECTION: L ) JUDGE ELDON E. FALLON |
| All Plaintiffs Named in Attached Exhibit "A" | ) MAG. JUDGE MICHAEL NORTH ) |
| vs. | ) ) ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.         Defendants | ) ) ) |

## ORDER

Considering the above and foregoing Motion to Substitute Counsel, R. Doc. 14215;

**IT IS ORDERED, ADJUDGED AND DECREED** that for Plaintiffs listed on Exhibit "A" to this motion, Saima Khan and Ian P. Cloud be entered as lead counsel for Plaintiffs, and the appearance of Alex Barlow shall be withdrawn from these cases.

New Orleans, Louisiana this 23rd day of July, 2019.

_____
Hon. Eldon E. Fallon
United States Districut Judge