UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Gladys Allen v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-00357

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14225, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Tina Abulhassan, surviving daughter of and Power of Attorney for Gladys Allen, is substituted for Plaintiff Gladys Allen as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE