UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Netta Tudhope v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-16277

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14226, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mary Tudhope, surviving daughter of and Power of Attorney for Netta Tudhope, is substituted for Plaintiff Netta Tudhope as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of July, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT COURT JUDGE