UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carlos Shields v. Janssen Research & Development, LLC, et al.*
CA# 2:17-cv-16191

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14227, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jacqueline Shields, surviving spouse of and Power of Attorney for Carlos Shields, is substituted for Plaintiff Carlos Shields as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 22nd day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE