UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| _____ | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*ALLINE MAYNARD*
*2:16-cv-15381-EEF-MN*

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Alline Maynard hereby informs the Honorable Court of the death of the Plaintiff, Alline Maynard, on or about October 23, 2018 during the pendency of this civil action. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Alline Maynard.

Respectfully submitted this 25th day of July, 2019.

*/s/ David K. May*
David K. May
Georgia Bar No. 478948

PRINCENTHAL & MAY, LLC
750 Hammond Dr
Bldg 12, Ste 200
Sandy Springs, Georgia 30328
Tel: 678-534-1980
Fax: 404-806-0624        Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

     I hereby that on 25th day of July, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by F.R.C.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and vial MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                    */s/ David K. May*
                                                                                     David K. May
                                                                                     Georgia Bar No. 478948

PRINCENTHAL & MAY, LLC
750 Hammond Dr
Bldg 12, Ste 200
Sandy Springs, Georgia 30328
Tel:     678-534-1980
Fax:    404-806-0624                        Attorneys for Plaintiff