# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**PLAINTIFF'S v. JANSSEN PHARMACEUTICALS, INC., et al**

| | | | |
|---|---|---|---|
| 2:15-cv- 05759 | 2:15-cv-04670 | 2:16-cv-03070 | 2:16-cv- 03376 |
| 2:15-cv-03128 | 2:15-cv- 04334 | 2:16-cv- 03348 | 2:16-cv- 03379 |
| 2:15-cv-03381 | 2:15-cv-04740 | 2:15-cv- 06072 | |
| 2:15-cv-03373 | 2:15-cv- 04739 | 2:16-cv- 03353 | |
| 2:15-cv-04737 | 2:15-cv- 03376 | 2:16-cv- 01320 | |
| 2:15-cv-03374 | 2:15-cv- 03377 | 2:16-cv- 01449 | |
| 2:15-cv-04741 | 2:15-cv- 03378 | 2:16-cv- 03357 | |
| 2:15-cv-03375 | 2:15-cv- 04733 | 2:16-cv- 03361 | |
| 2:15-cv-04667 | 2:15-cv- 03379 | 2:16-cv- 01451 | |
| 2:15-cv-06076 | 2:15-cv- 03380 | 2:16-cv- 03365 | |
| 2:15-cv-04735 | 2:15-cv- 04731 | 2:16-cv- 03370 | |
| 2:15-cv-04168 | 2:15-cv- 01578 | 2:16-cv- 01452 | |

## ORDER

Considering the foregoing Motion to Withdraw Documents, R. Doc. 14259;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that documents be withdrawn, herein.

New Orleans, Louisiana this 23rd day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE