UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sherry Bahm, as Administratrix of the Estate of Stanley Richard Bahm, deceased v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-15684

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14261, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Richard M. Bahm, surviving son of Sherry Bahm, is substituted for Plaintiff Sherry Bahm as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE