UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Miguel Dip-Laquis, Sr. v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03370

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14270, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Miguel Dip, Jr., surviving son of Miguel Dip-Laquis, Sr., is substituted for Plaintiff Miguel Dip-Laquis, Sr. as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE