UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nellie Faye Carter v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-03071

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14293, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Anna Paschall, surviving heir of Nellie Faye Carter, is substituted for Plaintiff Nellie Faye Carter as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 24th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE