UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2592 |
| ) ) | SECTION L |
| ) ) | JUDGE ELDON E. FALLON |
| ) THIS DOCUMENT RELATES TO: ) | MAGISTRATE JUDGE NORTH |

| | | |
|---|---|---|
| Ralph Heineman<br>**Case No.: 2:16-cv-13962** | Howard M. Tarr<br>**Case No.: 2:16-cv-14640** | Livia Kurtz<br>**Case No.: 2:16-cv-11839** |
| Manuel Loli<br>**Case No.: 2:15-cv-06894** | Vicky Lowell<br>**Case No.: 2:15-cv-02458** | Vernon Adams<br>**Case No.: 2:17-cv-11386** |
| Margaret Allen<br>**Case No.: 2:17-cv-4796** | Margaret Armstrong<br>**Case No.: 2:17-cv-02866** | Edward J. Averbach<br>**Case No.: 2:19-cv-04835** |
| Johnsie Bardo<br>**Case No.: 2:16-cv-16247** | Bertha L. Beck<br>**Case No.: 2:16-cv-13960** | Doris M. Benedict<br>**Case No.: 2:16-cv-2451** |
| Howard Bernstein<br>**Case No.: 2:15-cv-01055** | Jacqueline Boston<br>**Case No.: 2:16-cv-13970** | Christopher Braswell<br>**Case No.: 2:14-cv-02258** |
| Beatrice E. Brown<br>**Case No.: 2:15-cv-3887** | Betty J. Brown<br>**Case No.: 2:17-cv-4798** | Teddy J. Burdick<br>**Case No.: 2:16-cv-01059** |
| Bart Bunce<br>**Case No.: 2:15-cv-02446** | Garry Bumgarner<br>**Case No.: 2:16-cv-01251** | Edward L. Bushmeyer<br>**Case No.: 2:19-cv-04896** |

## **ORDER**

These matters come before the Court on the plaintiffs' Ex Parte Motion to Withdraw

Documents, R. Doc. 14294. Being sufficiently advised, and for good cause,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the following documents shall be withdrawn from the docket.

| | | |
|---|---|---|
| Docket No. **14219** | *filed July 18, 2019* | Ralph Heineman<br>Case No.: 2:16-cv-13962 |
| Docket No. **14245** | *filed July 19, 2019* | Howard M. Tarr<br>Case No.: 2:16-cv-14640 |
| Docket No. **14246** | *filed July 19, 2019* | Livia Kurtz<br>Case No.: 2:16-cv-11839 |
| Docket No. **14247** | *filed July 19, 2019* | Manuel Loli<br>Case No.: 2:15-cv-06894 |
| Docket No. **14248** | *filed July 19, 2019* | Vicky Lowell<br>Case No.: 2:15-cv-02458 |
| Docket No. **14265** | *filed July 19, 2019* | Vernon Adams<br>Case No.: 2:17-cv-11386 |
| Docket No. **14271** | *filed July 19, 2019* | Margaret Allen<br>Case No.: 2:17-cv-4796 |
| Docket No. **14272** | *filed July 19, 2019* | Margaret Armstrong<br>Case No.: 2:17-cv-02866 |
| Docket No. **14273** | *filed July 19, 2019* | Edward J. Averbach<br>Case No.: 2:19-cv-04835 |
| Docket No. **14274** | *filed July 19, 2019* | Johnsie Bardo<br>Case No.: 2:16-cv-16247 |
| Docket No. **14275** | *filed July 19, 2019* | Bertha L. Beck<br>Case No.: 2:16-cv-13960 |
| Docket No. **14276** | *filed July 19, 2019* | Doris M. Benedict<br>Case No.: 2:16-cv-2451 |
| Docket No. **14277** | *filed July 19, 2019* | Howard Bernstein<br>Case No.: 2:15-cv-01055 |
| Docket No. **14281** | *filed July 20, 2019* | Jacqueline Boston<br>Case No.: 2:16-cv-13970 |
| Docket No. **14282** | *filed July 20, 2019* | Christopher Braswell<br>Case No.: 2:14-cv-02258 |
| Docket No. **14283** | *filed July 20, 2019* | Beatrice E. Brown<br>Case No.: 2:15-cv-3887 |
| Docket No. **14284** | *filed July 20, 2019* | Betty J. Brown<br>Case No.: 2:17-cv-4798 |
| Docket No. **14287** | *filed July 20, 2019* | Teddy J. Burdick<br>Case No.: 2:16-cv-01059 |

3

| Docket No. **14288** | *filed July 20, 2019* | Bart Bunce<br>Case No.: 2:15-cv-02446 |
|---|---|---|
| Docket No. **14289** | *filed July 20, 2019* | Garry Bumgarner<br>Case No.: 2:16-cv-01251 |
| Docket No. **14291** | *filed July 20, 2019* | Edward L. Bushmeyer<br>Case No.: 2:19-cv-04896 |

New Orleans, Louisiana this 23rd day of July, 2019.

*[signature: Eldon E. Fallon]*

Eldon E. Fallon
United States District Judge