# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> LOIS ANN ROWE GASKIN DAVIDSON, ) <br> INDIVIDUALLY AND AS INDEPENDENT ) <br> EXECUTOR OF THE ESTAE OF BOBBY ) <br> GENE DAVIDSON ) <br> **Civil Action No. 2:16-cv-10954** ) <br> ) <br> STEPHANIE DAWN SMOOT, AS ) <br> ADMINISTRATOR OF THE ESTATE OF ) <br> WILMA ALLENE GLOSSBRENNER ) <br> **Civil Action No. 2:15-cv-3872** ) <br> ) <br> JESSIE JAMES HILTON, AS ) <br> INDEPENDENT EXECUTOR OF THE ) <br> ESTATE OF SHIRLEY MAY HILTON ) <br> **Civil Action No. 2:15-cv-6950** ) <br> ) <br> CARMEN MACKEY ) <br> **Civil Action No. 2:17-cv-0388** ) <br> ) <br> RHONDA MELTON, INDIVIDUALLY AND ) <br> AS INDEPENDENT EXECUTRIX OF THE ) <br> ESTATE OF JIMMY R. MELTON, SR. FOR ) <br> THE BENEFIT OF ALL SURVIVING ) <br> STATUTORY BENEFICIARIES ) <br> **Civil Action No. 2:18-cv-8346** ) <br> ) <br> GLEN SHEPPARD ) <br> **Civil Action No. 2:15-cv-5992** ) | MDL 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above-referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents identified below. Counsel believed in error that file-stamped copies

1

of these Plaintiffs' stipulations for dismissal were required to be submitted with these Plaintiffs' Enrollment Packages for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

| | | |
|---|---|---|
| Doc. No. 13806 | *filed June 20, 2019* | Civil Action No. 2:18-cv-8346 |
| Doc No. 13809 | *filed June 20, 2019* | Civil Action No. 2:17-cv-0388 |
| Doc No. 14076 | *filed July 11, 2019* | Civil Action No. 2:15-cv-3872 |
| Doc No. 14077 | *filed July 11, 2019* | Civil Action No. 2:15-cv-6950 |
| Doc No. 14110 | *filed July 12, 2019* | Civil Action No. 2:16-cv-10954 |
| Doc No. 14111 | *filed July 12, 2019* | Civil Action No. 2:15-cv-5992 |

Wherefore, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated July 25, 2019

Respectfully submitted,

**ROBERTS & ROBERTS**

By: */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email:justin@robertslawfirm.com
RANDELL C. ROBERTS
Texas Bar No. 17076490
Email: randy@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, TX 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600

***Attorneys for Plaintiffs***