UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE ELDON E. FALLON |
| LOIS ANN ROWE GASKIN DAVIDSON, ) | |
| INDIVIDUALLY AND AS INDEPENDENT ) | MAGISTRATE JUDGE NORTH |
| EXECUTOR OF THE ESTAE OF BOBBY ) | |
| GENE DAVIDSON ) | |
| **Civil Action No. 2:16-cv-10954** ) | |
| ) | |
| STEPHANIE DAWN SMOOT, AS ) | |
| ADMINISTRATOR OF THE ESTATE OF ) | |
| WILMA ALLENE GLOSSBRENNER ) | |
| **Civil Action No. 2:15-cv-3872** ) | |
| ) | |
| JESSIE JAMES HILTON, AS ) | |
| INDEPENDENT EXECUTOR OF THE ) | |
| ESTATE OF SHIRLEY MAY HILTON ) | |
| **Civil Action No. 2:15-cv-6950** ) | |
| ) | |
| CARMEN MACKEY ) | |
| **Civil Action No. 2:17-cv-0388** ) | |
| ) | |
| RHONDA MELTON, INDIVIDUALLY AND ) | |
| AS INDEPENDENT EXECUTRIX OF THE ) | |
| ESTATE OF JIMMY R. MELTON, SR. FOR ) | |
| THE BENEFIT OF ALL SURVIVING ) | |
| STATUTORY BENEFICIARIES ) | |
| **Civil Action No. 2:18-cv-8346** ) | |
| ) | |
| GLEN SHEPPARD ) | |
| **Civil Action No. 2:15-cv-5992** ) | |

**ORDER**

These matters come before the Court on the plaintiffs' Ex Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket.**

1

| | | |
|---|---|---|
| Doc. No. 13806 | *filed June 20, 2019* | Civil Action No. 2:18-cv-8346 |
| Doc No. 13809 | *filed June 20, 2019* | Civil Action No. 2:17-cv-0388 |
| Doc No. 14076 | *filed July 11, 2019* | Civil Action No. 2:15-cv-3872 |
| Doc No. 14077 | *filed July 11, 2019* | Civil Action No. 2:15-cv-6950 |
| Doc No. 14110 | *filed July 12, 2019* | Civil Action No. 2:16-cv-10954 |
| Doc No. 14111 | *filed July 12, 2019* | Civil Action No. 2:15-cv-5992 |

Dated: _____, 2019

_____
Eldon E. Fallon
United States District Judge