UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) MDL No. 2592
PRODUCTS LIABILITY LITIGATION )
) SECTION L
)
) JUDGE ELDON E. FALLON
)
) MAGISTRATE JUDGE NORTH

<u>JURY TRIAL DEMANDED</u>

THIS DOCUMENT RELATES TO:

PLAINTIFFS v. JANSSEN
PHARMACEUTICALS, INC., et al.

| | |
|---|---|
| **MARJORIE PALECEK** <br> Civil Action No. **2:19-cv-06240** | **MARY OSTROM** <br> Civil Action No. **2:19-cv-04808** |
| **CHARLES BRUCE** <br> Civil Action No. **2:19-cv-07081** | **EVELYN RUSH** <br> Civil Action No. **2:19-cv-04517** |
| **CONRAD CARPENTER** <br> Civil Action No. **2:19-cv-07180** | **CARROLL THOMAS** <br> Civil Action No. **2:19-cv-00738** |
| **IDA FORD** <br> Civil Action No. **2:19-cv-04616** | **JAMES WEBB** <br> Civil Action No. **2:19-cv-00720** |
| **JAMES KELLY** <br> Civil Action No. **2:19-cv-05046** | **RITA WILCOX** <br> Civil Action No. **2:19-cv-07140** |
| **HOSEA KING** <br> Civil Action No. **2:19-cv-04592** | **DEBORAH ANDERSEN** <br> Civil Action No. **2:19-cv-05000** |
| **TIMOTHY LAIDLAW** <br> Civil Action No. **2:19-cv-04581** | **DONALD BAILEY** <br> Civil Action No. **2:19-cv-00739** |
| **CLARENCE LUMPKINS** <br> Civil Action No. **2:19-cv-04783** | **MARTHA BENJAMIN** <br> Civil Action No. **2:19-cv-00718** |
| **JOSEPH MARION** <br> Civil Action No. **2:19-cv-05041** | **JOSEPH BLANCHARD** <br> Civil Action No. **2:19-cv-04319** |
| **PAUL MENDES** <br> Civil Action No. **2:19-cv-04448** | **NORBERT BOSKEN** <br> Civil Action No. **2:19-cv-05019** |
| **SUSAN NAYLOR** <br> Civil Action No. **2:19-cv-04490** | **JUDITH BROWN** <br> Civil Action No. **2:19-cv-07264** |
| **ROSETTA OLDHAM** <br> Civil Action No. **2:19-cv-04476** | **ADAM DAVIS** <br> Civil Action No. **2:19-cv-04784** |

1

## MOTION TO WITHDRAW DOCUMENTS

NOW INTO COURT, comes Bruce D. Fox for the Plaintiffs and moves this Honorable Court for an Order to withdraw documents: 13960, 13961, 13962, 13963, 13964, 13965, 13966, 13899, 13898, 13905, 13904, 13903, 13902, 13901, 13900, 13909, 13908, 13907, 13906, 13861, 13860, 13859, 13864, 13863.

Respectfully submitted this 25th day of July, 2019.

By: /s/ Bruce D. Fox
**FOX & FARLEY**
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
Email: brucefox@foxandfarleylaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Bruce D. Fox
**Bruce D. Fox (TN Bar No. 008965)**

2