Attachment for MOTION TO WITHDRAW DOCUMENTS

STIPULATION OF DISMISSAL WITH PREJUDICE

1. Marjorie Palecek 2:19-cv-06240 ---- Document No. 13961
2. Rosetta Oldham 2:19-cv-04476 ------ Document No. 13960
3. Donald Bailey 2:19-cv-00739 ------- Document No. 13962
4. Charles Bruce 2:19-cv-07081 -------- Document No. 13963
5. Rita Wilcox 2:19-cv-07140 ---------- Document No. 13966
6. James Webb 2:19-cv-00720 ---------- Document No. 13965
7. Clarence Lumpkins 2:19-cv-04783 - Document No. 13964
8. Ida Ford 2:19-cv-04616 ---------------- Document No. 13899
9. Mary Ostrom 2:19-cv-04808 --------- Document No. 13898
10. Evelyn Rush 2:19-cv-04517 ---------- Document No. 13905
11. James Kelly 2:19-cv-05046 ----------- Document No. 13904
12. Conrad Carpenter 2:19-cv-07180 ---- Document No. 13903
13. Martha Benjamin 2:19-cv-00718 ---- Document No. 13902
14. Timothy Laidlaw 2:19-cv-04581 ---- Document No. 13901
15. Hosea King 2:19-cv-04592 ----------- Document No. 13900
16. Paul Mendes 2:19-CV-04448--------- Document No. 13909
17. Joseph Marion 2:19-cv-05041 -------- Document No. 13908
18. Deborah Anderson 2:19-cv-05000--- Document No. 13907
19. Carroll Thomas 2:19-cv-00738 ------ Document No. 13906
20. Judith Brown 2:19-cv-07264 -------- Document No. 13861
21. Norbert Bosken 2:19-cv-05019 ------ Document No. 13860

1

22. Joseph Blanchard 2:19-cv-04319  --- Document No. 13859

23. Susan Naylor 2:19-cv-04490 --------- Document No. 13864

24. Adam Davis 2:19-cv-04784 ----------- Document No. 13863