UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

PLAINTIFFS v. JANSSEN
PHARMACEUTICALS, INC., et al.

MARJORIE PALECEK
   Civil Action No. **2:19-cv-06240**
CHARLES BRUCE
   Civil Action No. **2:19-cv-07081**
CONRAD CARPENTER
   Civil Action No. **2:19-cv-07180**
IDA FORD
   Civil Action No. **2:19-cv-04616**
JAMES KELLY
   Civil Action No. **2:19-cv-05046**
HOSEA KING
   Civil Action No. **2:19-cv-04592**
TIMOTHY LAIDLAW
   Civil Action No. **2:19-cv-04581**
CLARENCE LUMPKINS
   Civil Action No. **2:19-cv-04783**
JOSEPH MARION
   Civil Action No. **2:19-cv-05041**
PAUL MENDES
   Civil Action No. **2:19-cv-04448**
SUSAN NAYLOR
   Civil Action No. **2:19-cv-04490**
ROSETTA OLDHAM
   Civil Action No. **2:19-cv-04476**

MARY OSTROM
   Civil Action No. **2:19-cv-04808**
EVELYN RUSH
   Civil Action No. **2:19-cv-04517**
CARROLL THOMAS
   Civil Action No. **2:19-cv-00738**
JAMES WEBB
   Civil Action No. **2:19-cv-00720**
RITA WILCOX
   Civil Action No. **2:19-cv-07140**
DEBORAH ANDERSEN
   Civil Action No. **2:19-cv-05000**
DONALD BAILEY
   Civil Action No. **2:19-cv-00739**
MARTHA BENJAMIN
   Civil Action No. **2:19-cv-00718**
JOSEPH BLANCHARD
   Civil Action No. **2:19-cv-04319**
NORBERT BOSKEN
   Civil Action No. **2:19-cv-05019**
JUDITH BROWN
   Civil Action No. **2:19-cv-07264**
ADAM DAVIS
   Civil Action No. **2:19-cv-04784**

1

## NOTICE OF MOTION TO WITHDRAW DOCUMENTS

NOW INTO COURT, comes Bruce D. Fox for the Plaintiffs and files this Notice of Motion to Withdraw Documents.

Respectfully submitted this 25th day of July, 2019.

By: */s/ Bruce D. Fox*
**FOX & FARLEY**
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
Email: brucefox@foxandfarleylaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Bruce D. Fox*
**Bruce D. Fox (TN Bar No. 008965)**