UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

<u>JURY TRIAL DEMANDED</u>

THIS DOCUMENT RELATES TO:

PLAINTIFFS v. JANSSEN
PHARMACEUTICALS, INC., et al.

MARJORIE PALECEK
   Civil Action No. **2:19-cv-06240**
CHARLES BRUCE
   Civil Action No. **2:19-cv-07081**
CONRAD CARPENTER
   Civil Action No. **2:19-cv-07180**
IDA FORD
   Civil Action No. **2:19-cv-04616**
JAMES KELLY
   Civil Action No. **2:19-cv-05046**
HOSEA KING
   Civil Action No. **2:19-cv-04592**
TIMOTHY LAIDLAW
   Civil Action No. **2:19-cv-04581**
CLARENCE LUMPKINS
   Civil Action No. **2:19-cv-04783**
JOSEPH MARION
   Civil Action No. **2:19-cv-05041**
PAUL MENDES
   Civil Action No. **2:19-cv-04448**
SUSAN NAYLOR
   Civil Action No. **2:19-cv-04490**
ROSETTA OLDHAM
   Civil Action No. **2:19-cv-04476**

MARY OSTROM
   Civil Action No. **2:19-cv-04808**
EVELYN RUSH
   Civil Action No. **2:19-cv-04517**
CARROLL THOMAS
   Civil Action No. **2:19-cv-00738**
JAMES WEBB
   Civil Action No. **2:19-cv-00720**
RITA WILCOX
   Civil Action No. **2:19-cv-07140**
DEBORAH ANDERSEN
   Civil Action No. **2:19-cv-05000**
DONALD BAILEY
   Civil Action No. **2:19-cv-00739**
MARTHA BENJAMIN
   Civil Action No. **2:19-cv-00718**
JOSEPH BLANCHARD
   Civil Action No. **2:19-cv-04319**
NORBERT BOSKEN
   Civil Action No. **2:19-cv-05019**
JUDITH BROWN
   Civil Action No. **2:19-cv-07264**
ADAM DAVIS
   Civil Action No. **2:19-cv-04784**

1

## ORDER

Considering the foregoing Motion to Withdraw Documents:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that documents be

withdrawn herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

_____

Eldon E. Fallon, United States District Court Judge