UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Roger Alston, et al.<br>**Case No.: 2:16-cv-03725** | * * * | |
| Lora L. Rodriguez, et al.<br>**Case No.: 2:18-cv-09107** | * * * | |
| James Chapman, et al.<br>**Case No.: 2:17-cv-07834** | * * * | |
| David Carey, et al.<br>**Case No.: 2:19-cv-03773** | * * * | |
| Mark Curtiss<br>**Case No. 2:18-cv-01737** | * * * | |
| Barbara Day<br>**Case No.: 2:19-cv-00427** | * * * | |
| Tracy L. Ely<br>**Case No.: 2:15-cv-4529** | * * * | |
| Janet Ender, et al.<br>**Case No.: 2:18-cv-04077** | * * * | |
| Patrick Frizzell, et al.<br>**Case No.: 2:18-cv-10225** | * * * | |
| Anthony Garbarczyk<br>**Case No.: 2:18-cv-10221** | * * * | |
| Erica L. Gibson-Moreno<br>**Case No.: 2:19-cv-07033** | * * * | |
| Donald Godwin, et al.<br>**Case No. 2:19-cv-08177** | * * | |

|  |  |
|---|---|
| Donald Graff, et al. | * |
| **Case No.: 2:19-cv-06881** | * |
|  | * |
| Yvonne Groves | * |
| **Case No.:2:19-cv- 05734** | * |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel mistakenly believed that file-stamped copies of the plaintiffs' stipulations for dismissal were required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

Doc. No. **13939**   *filed June 27, 2019*   Roger Alston, Case No. 2:16-cv-03725

Doc. No. **13940**   *filed June 27, 2019*   Lora L. Rodriguez, Case No. 2:18-cv-09107

Doc. No. **13941**   *filed June 27, 2019*   James Chapman, Case No.: 2:17-cv-07834

Doc. No. **13942**   *filed June 27, 2019*   David Carey, Case No.: 2:19-cv-03773

Doc. No. **13943**   *filed June 27, 2019*   Mark Curtiss, Case No.: 2:18-cv-01737

Doc. No. **13944**   *filed June 27, 2019*   Barbara Day, Case No.: 2:19-cv-00427

Doc No. **13945**   *filed June 27, 2019*   Tracy L. Ely, Case No.: 2:15-cv-4529

Doc. No. **13946**   *filed June 27, 2019*   Janet Ender, Case No.: 2:18-cv-04077

Doc. No. **13947**   *filed June 27, 2019*   Patrick Frizzell, Case No.: 2:18-cv-10225

Doc. No. **13948**   *filed June 27, 2019*   Anthony Garbarczyk, Case No.: 2:18-cv-10221

Doc. No. **13949**   *filed June 27, 2019*   Erica L. Gibson-Moreno, Case No.: 2:19-cv-07033

Doc. No. **13950**   *filed June 27, 2019*   Donald Godwin, Case No.: 2:19-cv-08177

Doc. No. **13951**   *filed June 27, 2019*   Donald Graff, Case No.: 2:19-cv-06861

Doc. No. **13952**     *filed June 27, 2019*     Yvonne Groves, Case No.: 2:17-cv-05734

WHEREFORE, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: July 25, 2019        Respectfully submitted

**ASHCRAFT & GEREL, LLP**

By:    /s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/Michelle A. Parfitt
      Michelle A. Parfitt