UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * * * | SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| Roger Alston, et al. **Case No.: 2:16-cv-03725** | * * * | |
| Lora L. Rodriguez, et al. **Case No.: 2:18-cv-09107** | * * * | |
| James Chapman, et al. **Case No.: 2:17-cv-07834** | * * * | |
| David Carey, et al. **Case No.: 2:19-cv-03773** | * * * | |
| Mark Curtiss **Case No. 2:18-cv-01737** | * * * | |
| Barbara Day **Case No.: 2:19-cv-00427** | * * * | |
| Tracy L. Ely **Case No.: 2:15-cv-4529** | * * * | |
| Janet Ender, et al. **Case No.: 2:18-cv-04077** | * * * | |
| Patrick Frizzell, et al. **Case No.: 2:18-cv-10225** | * * * | |
| Anthony Garbarczyk **Case No.: 2:18-cv-10221** | * * * | |
| Erica L. Gibson-Moreno **Case No.: 2:19-cv-07033** | * * * | |
| Donald Godwin, et al. **Case No. 2:19-cv-08177** | * * | |

| | |
|---|---|
| Donald Graff, et al. | * |
| **Case No.: 2:19-cv-06881** | * |
| | * |
| Yvonne Groves | * |
| **Case No.:2:19-cv- 05734** | * |

## ORDER

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket**.

| | | |
|---|---|---|
| Doc. No. **13939** | *filed June 27, 2019* | Roger Alston, Case No. 2:16-cv-03725 |
| Doc. No. **13940** | *filed June 27, 2019* | Lora L. Rodriguez, Case No. 2:18-cv-09107 |
| Doc. No. **13941** | *filed June 27, 2019* | James Chapman, Case No.: 2:17-cv-07834 |
| Doc. No. **13942** | *filed June 27, 2019* | David Carey, Case No.: 2:19-cv-03773 |
| Doc. No. **13943** | *filed June 27, 2019* | Mark Curtiss, Case No.: 2:18-cv-01737 |
| Doc. No. **13944** | *filed June 27, 2019* | Barbara Day, Case No.: 2:19-cv-00427 |
| Doc No. **13945** | *filed June 27, 2019* | Tracy L. Ely, Case No.: 2:15-cv-4529 |
| Doc. No. **13946** | *filed June 27, 2019* | Janet Ender, Case No.: 2:18-cv-04077 |
| Doc. No. **13947** | *filed June 27, 2019* | Patrick Frizzell, Case No.: 2:18-cv-10225 |
| Doc. No. **13948** | *filed June 27, 2019* | Anthony Garbarczyk, Case No.: 2:18-cv-10221 |
| Doc. No. **13949** | *filed June 27, 2019* | Erica L. Gibson-Moreno, Case No.: 2:19-cv-07033 |
| Doc. No. **13950** | *filed June 27, 2019* | Donald Godwin, Case No.: 2:19-cv-08177 |
| Doc. No. **13951** | *filed June 27, 2019* | Donald Graff, Case No.: 2:19-cv-06861 |
| Doc. No. **13952** | *filed June 27, 2019* | Yvonne Groves, Case No.: 2:17-cv-05734 |

Dated:_____, 2019         _____
                                                                    Eldon E. Fallon
                                                                    United States District Judge