UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Susan Boone, et al. <br> **Case No.: 2:18-cv-1736** | * * * | |
| Marvin Hensley <br> **Case No.: 2:15-cv-7138** | * * * | |
| Vicky Euler, et al. <br> **Case No.: 2:15-cv-03073** | * * | |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel mistakenly believed that file-stamped copies of the plaintiffs' stipulations for dismissal were required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

Doc. No. **13976**   *filed July 1, 2019*   Susan Boone, Case No. 2:18-cv-1736

Doc. No. **13980**   *filed July 1, 2019*   Marvin Hensley, Case No. 2:15-cv-7138

Doc. No. **13978**   *filed July 1, 2019*   Vicky Euler, et al. Case No.: 2:15-cv-03073

WHEREFORE, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: July 25, 2019        Respectfully submitted

**ASHCRAFT & GEREL, LLP**

By:    /s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

 /s/Michelle A. Parfitt
Michelle A. Parfitt