UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Susan Boone, et al. <br> **Case No.: 2:18-cv-1736** | * * * | |
| Marvin Hensley <br> **Case No.: 2:15-cv-7138** | * * * | |
| Vicky Euler, et al. <br> **Case No.: 2:15-cv-03073** | * * | |

# **ORDER**

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket**.

Doc. No. **13976**   *filed July 1, 2019*   Susan Boone, Case No. 2:18-cv-1736

Doc. No. **13980**   *filed July 1, 2019*   Marvin Hensley, Case No. 2:15-cv-7138

Doc. No. **13978**   *filed July 1, 2019*   Vicky Euler, et al. Case No.: 2:15-cv-7138

Dated:_____, 2019   _____
                                Eldon E. Fallon
                                United States District Judge