UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Mark Lawson, et al.<br>**Case No.: 2:19-cv-00640** | * * * | |
| Judith Lecklider, et al.<br>**Case No.: 2:18-cv-09761** | * * * | |
| Alma A. Lopez<br>**Case No.: 2:16-cv-1254** | * * * | |
| Frank Macolini, et al.<br>**Case No.: 2:18-cv-11028** | * * * | |
| Maria Cavalieri, et al.<br>**Case No. 2:19-cv-03889** | * * * | |
| Napoleon McCormick, et al.<br>**Case No.: 2:19-cv-05278** | * * * | |
| Janet M. Middelton<br>**Case No.: 2:19-cv-6462** | * * * | |
| Barbara Morgan, et al.<br>**Case No.: 2:19-cv-5184** | * * * | |
| Christina Jensen, et al.<br>**Case No.: 2:18-cv-02979** | * * | |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel mistakenly believed that file-stamped copies of the plaintiffs' stipulations for dismissal were required to submit with the Enrollment

Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

| Doc. No. | Filed | Plaintiff / Case No. |
|---|---|---|
| Doc. No. **14042** | *filed July 8, 2019* | Mark Lawson, Case No. 2:19-cv-00640 |
| Doc. No. **14043** | *filed July 8, 2019* | Judith Lecklider, Case No. 2:18-cv-09761 |
| Doc. No. **14044** | *filed July 8, 2019* | Alma A. Lopez, Case No.: 2:16-cv-1254 |
| Doc. No. **14046** | *filed July 8, 2019* | Frank Macolini, Case No.: 2:18-cv-11028 |
| Doc. No. **14047** | *filed July8, 2019* | Maria Cavalieri, Case No.: 2:19-cv-03889 |
| Doc. No. **14048** | *filed July 8, 2019* | Napoleon McCormick, Case No.: 2:19-cv-05278 |
| Doc No. **14049** | *filed July 8, 2019* | Janet M. Middleton, Case No.: 2:19-cv-4529 |
| Doc. No. **14050** | *filed July 8, 2019* | Barbara Morgan, Case No.: 2:19-cv-5184 |
| Doc. No. **14051** | *filed July 8, 2019* | Christina Jensen, Case No.: 2:18-cv-02979 |

WHEREFORE, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: July 25, 2019         Respectfully submitted

**ASHCRAFT & GEREL, LLP**

By:   /s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/Michelle A. Parfitt
      Michelle A. Parfitt