UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   )
                               )   MDL No. 2592
                               )   SECTION L
                               )   JUDGE ELDON E. FALLON
_____)   MAGISTRAITE JUDGE NORTH

THIS DOCUMENT RELATES TO:

LORETTA KURCIN                 )
Civil Action No. 2:16-cv-06829 )
                               )

## SUGGESTION OF DEATH

Pursuant to rule 25 (a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of the Plaintiff, Loretta Kurcin on 12/17/2017.

                                                                         STEWART & STEWART

                                                                         By:    /s/Michael J. Sobieray
                                                                               Michael J. Sobieray
                                                                               STEWART & STEWART
                                                                               931 S. Rangeline Road
                                                                               Carmel, Indiana 46032
                                                                               Tel: 317.846.8999
                                                                               E-mail: mike@getstewart.com

                                                                               Attorneys for Plaintiffs
                                                                               Dated: 7/25/2019

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com
Attorneys for Defendants Janssen Pharmaceuticals, Inc.,
Johnson & Johnson, Janssen Research & Development, LLC,
and Janssen Ortho LLC
Dated: _____, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc.,
and Bayer Pharma AG
Dated: _____, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants
Dated: _____, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**/s/Michael J. Sobieray**