UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| Robin Webster, et al. | * | |
| **Case No.: 2:18-cv-12725** | * | |
| | * | |
| Lisa Buze, et al. | * | |
| **Case No.: 2:19-cv-01552** | * | |
| | * | |
| Harvey Heiman, et al. | * | |
| **Case No.: 2:17-cv-07853** | * | |
| | * | |
| Stephen Iker, et al. | * | |
| **Case No.: 2:19-cv-00237** | * | |
| | * | |
| John Oliverio, et al. | * | |
| **Case No. 2:19-cv-05069** | * | |
| | * | |
| Randy Reifsteck | * | |
| **Case No.: 2:18-cv-9766** | * | |
| | * | |
| Johnnie B. Rice | * | |
| **Case No.: 2:19-cv-06013** | * | |
| | * | |
| Alice Senior | * | |
| **Case No.: 2:18-cv-12731** | * | |
| | * | |
| Nancy Smith, et al. | * | |
| **Case No.: 2:17-cv-8873** | * | |
| | * | |
| Adn Spencer | * | |
| **Case No.: 2:17-cv-05729** | * | |
| | * | |
| Charles Steffler | * | |
| **Case No.: 2:18-cv-3461** | * | |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel mistakenly believed that file-stamped copies of the plaintiffs' stipulations for dismissal were required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

Doc. No. **14063**    *filed July 8, 2019*    Robin Webster, Case No. 2:18-cv-12725

Doc. No. **14064**    *filed July 8, 2019*    Lisa Buze, Case No. 2:19-cv-01552

Doc. No. **14065**    *filed July 8, 2019*    Harvey Heiman, Case No.: 2:17-cv-07853

Doc. No. **14066**    *filed July 8, 2019*    Stephen Iker, Case No.: 2:19-cv-00237

Doc. No. **14067**    *filed July 8, 2019*    John Oliverio, Case No.: 2:19-cv-05069

Doc. No. **14068**    *filed July 8, 2019*    Randy Reifsteck, Case No.: 2:18-cv-9766

Doc No. **14069**    *filed July 8, 2019*    Johnnie B. Rice, Case No.: 2:19-cv-06013

Doc. No. **14070**    *filed July 8, 2019*    Alice Senior, Case No.: 2:18-cv-12731

Doc. No. **14071**    *filed July 8, 2019*    Nancy Smith, Case No.: 2:17-cv-8873

Doc. No. **14072**    *filed July 8, 2019*    Adn Spencer, Case No.: 2:17-cv-05729

Doc. No. **14073**    *filed July 8, 2019*    Charles Steffler, Case No.: 2:18-cv-3461

WHEREFORE, Plaintiffs  move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: July 25, 2019         Respectfully submitted

**ASHCRAFT & GEREL, LLP**

By:     /s/ Michelle A. Parfitt

Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Michelle A. Parfitt
Michelle A. Parfitt