UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Robin Webster, et al. **Case No.: 2:18-cv-12725** | * * * | |
| Lisa Buze, et al. **Case No.: 2:19-cv-01552** | * * * | |
| Harvey Heiman, et al. **Case No.: 2:17-cv-07853** | * * * | |
| Stephen Iker, et al. **Case No.: 2:19-cv-00237** | * * * | |
| John Oliverio, et al. **Case No. 2:19-cv-05069** | * * * | |
| Randy Reifsteck **Case No.: 2:18-cv-9766** | * * * | |
| Johnnie B. Rice **Case No.: 2:19-cv-06013** | * * * | |
| Alice Senior **Case No.: 2:18-cv-12731** | * * * | |
| Nancy Smith, et al. **Case No. 2:17-cv-8873** | * * * | |
| Adn Spencer **Case No.: 2:17-cv-05729** | * * * | |
| Charles Steffler **Case No.: 2:18-cv-3461** | * * | |

## **ORDER**

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket**.

| | | |
|---|---|---|
| Doc. No. **14063** | *filed July 8, 2019* | Robin Webster, Case No. 2:18-cv-12725 |
| Doc. No. **14064** | *filed July 8, 2019* | Lisa Buze, Case No. 2:19-cv-01552 |
| Doc. No. **14065** | *filed July 8, 2019* | Harvey Heiman, Case No.: 2:17-cv-07853 |
| Doc. No. **14066** | *filed July 8, 2019* | Stephen Iker, Case No.: 2:19-cv-00237 |
| Doc. No. **14067** | *filed July 8, 2019* | John Oliverio, Case No.: 2:19-cv-05069 |
| Doc. No. **14068** | *filed July 8, 2019* | Randy Reifsteck, Case No.: 2:18-cv-9766 |
| Doc No. **14069** | *filed July 8, 2019* | Johnnie B. Rice, Case No.: 2:19-cv-06013 |
| Doc. No. **14070** | *filed July 8, 2019* | Alice Senior, Case No.: 2:18-cv-12731 |
| Doc. No. **14071** | filed July 8, 2019 | Nancy Smith, Case No.: 2:17-cv-8873 |
| Doc. No. **14072** | *filed July 8, 2019* | Adn Spencer, Case No.: 2:17-cv-05729 |
| Doc. No. **14073** | *filed July 8, 2019* | Charles Steffler, Case No.: 2:18-cv-3461 |

Dated:_____, 2019      _____
                                    Eldon E. Fallon
                                    United States District Judge