UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |
| **This Document relates to:** Peter Bautista, Jr. v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:17-cv-09856 | | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Peter Bautista, Jr. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Claudia Bautista, who is the surviving heir and spouse of Peter Bautista, Jr.

Dated: July 25, 2019

                                          Respectfully submitted,

                                          By: */s/ Ethan L. Shaw*
                                                 Ethan L. Shaw
                                                 John P. Cowart
                                                 SHAW COWART, L.L.P.
                                                 1609 Shoal Creek Boulevard
                                                 Suite 100
                                                 Austin, Texas 78701
                                                 Telephone: (512) 499-8900
                                                 Facsimile: (512) 320-8906
                                                 elshaw@shawcowart.com
                                                 jcowart@shawcowart.com

                                               *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                 */s/ Ethan L. Shaw*