UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Peter Bautista, Jr. v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:17-cv-09856 | | JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Claudia Bautista on behalf of her deceased spouse, Peter Bautista, Jr.

1.  Peter Bautista, Jr. filed a products liability lawsuit against Defendants on September 29, 2017.

2.  Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Peter Bautista, Jr. died on July 19, 2019.

3.  Peter Bautista, Jr.'s products liability action against Defendants survived his death and was not extinguished.

4.  Plaintiff filed a Notice and Suggestion of Death on July 25, 2019.

5.  Claudia Bautista, surviving heir and spouse of Peter Bautista, Jr., is a proper party to substitute for plaintiff-decedent Peter Bautista, Jr. and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed.

R. Civ. P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Claudia Bautista requests that this Court grant her request for substitution as plaintiff in this action.

Dated: July 25, 2019

                                                Respectfully submitted,

                                       By:   */s/ Ethan L. Shaw*
                                              Ethan L. Shaw
                                              John P. Cowart
                                              SHAW COWART, L.L.P.
                                              1609 Shoal Creek Boulevard
                                              Suite 100
                                              Austin, Texas  78701
                                              Telephone:  (512) 499-8900
                                              Facsimile:  (512) 320-8906
                                              elshaw@shawcowart.com
                                              jcowart@shawcowart.com

                                              **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

*/s/ Ethan L. Shaw*