UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Jean Anderson, et al. **Case No.: 2:17-cv-8915** | * * * | |
| Geoffrey Cohen        . **Case No.: 2:17-cv-07954** | * * * | |
| Vickie Cox **Case No.: 2:17-cv-08045** | * * * | |
| Victoria Gooderl **Case No.: 2:19-cv-05228** | * * * | |
| Ronald Hamm **Case No. 2:18-cv-06792** | * * * | |
| William J. Taylor, et al. **Case No.: 2:17-cv-12479** | * * * | |
| Donna Younes, et al. **Case No.: 2:18-cv-08913** | * * * | |
| Cynthia Tochtrop, et al. **Case No.: 2:18-cv-06772** | * * * | |
| James Turner, et al. **Case No.: 2:19-cv-04716** | * * * | |
| Claire Vallera, et al. **Case No.: 2:19-cv-00817** | * * * | |
| John Walker **Case No. 2:19-cv-04958** | * * * | |
| Ella Webb **Case No.: 2:19-cv-04031** | * | |

|                    |   | * |
|--------------------|---|---|
| Juck Chio Tan Yap  |   | * |
| **Case No.:2:18-cv-14133** |   | * |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel mistakenly believed that file-stamped copies of the plaintiffs' stipulations for dismissal were required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

Doc. No. **14134**    *filed July 16, 2019*    Jean Anderson, Case No. 2:17-cv-8915

Doc. No. **14135**    *filed July 16, 2019*    Geoffrey Cohen, Case No.: 2:17-cv-07954

Doc. No. **14136**    *filed July 16, 2019*    Vickie Cox, Case No.: 2:17-cv-08045

Doc. No. **14137**    *filed July 16, 2019*    Victoria Gooderl, Case No.: 2:19-cv-05228

Doc. No. **14138**    *filed July16, 2019*    Ronald Hamm, Case No.: 2:18-cv-06792

Doc No. **14139**    *filed July 16, 2019*    William J. Taylor, Case No.: 2:17-cv-12479

Doc. No. **14140**    *filed July 16, 2019*    Donna Younes, Case No.: 2:18-cv-08913

Doc. No. **14141**    *filed July 16, 2019*    Cynthia Tochtrop, Case No.: 2:18-cv-06772

Doc. No. **14142**    *filed July 16, 2019*    James Turner, Case No.: 2:19-cv-04716

Doc. No. **14143**    *filed July 16, 2019*    Claire Vallera, Case No.: 2:19-cv-00817

Doc. No. **14144**    *filed July 16, 2019*    John Walker, Case No.: 2:19-cv-04958

Doc. No. **14145**    *filed July 16, 2019*    Ella Webb, Case No.: 2:19-cv-04031

Doc. No. **14146**    *filed July 16, 2019*    Juck Chio Tan Yap, Case No.: 2:18-cv-14133

WHEREFORE, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: July 25, 2019          Respectfully submitted


**ASHCRAFT & GEREL, LLP**


By:      /s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax:  (202) 416-6392

*Attorneys for Plaintiffs*


**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on July 25, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


/s/Michelle A. Parfitt
Michelle A. Parfitt