UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Jean Anderson, et al.<br>**Case No.: 2:17-cv-8915** | * * * | |
| Geoffrey Cohen      .<br>**Case No.: 2:17-cv-07954** | * * * | |
| Vickie Cox<br>**Case No.: 2:17-cv-08045** | * * * | |
| Victoria Gooderl<br>**Case No.: 2:19-cv-05228** | * * * | |
| Ronald Hamm<br>**Case No. 2:18-cv-06792** | * * * | |
| William J. Taylor, et al.<br>**Case No.: 2:17-cv-12479** | * * * | |
| Donna Younes, et al.<br>**Case No.: 2:18-cv-08913** | * * * | |
| Cynthia Tochtrop, et al.<br>**Case No.: 2:18-cv-06772** | * * * | |
| James Turner, et al.<br>**Case No.: 2:19-cv-04716** | * * * | |
| Claire Vallera, et al.<br>**Case No.: 2:19-cv-00817** | * * * | |
| John Walker<br>**Case No. 2:19-cv-04958** | * * * | |
| Ella Webb<br>**Case No.: 2:19-cv-04031** | * * | |

Juck Chio Tan Yap                                \*
**Case No.:2:18-cv-14133**                   \*

# **ORDER**

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket**.

| Doc. No. | Filed | Plaintiff, Case No. |
|---|---|---|
| Doc. No. **14134** | *filed July 16, 2019* | Jean Anderson, Case No. 2:17-cv-8915 |
| Doc. No. **14135** | *filed July 16, 2019* | Geoffrey Cohen, Case No.: 2:17-cv-07954 |
| Doc. No. **14136** | *filed July 16, 2019* | Vickie Cox, Case No.: 2:17-cv-08045 |
| Doc. No. **14137** | *filed July 16, 2019* | Victoria Gooderl, Case No.: 2:19-cv-05228 |
| Doc. No. **14138** | *filed July16, 2019* | Ronald Hamm, Case No.: 2:18-cv-06792 |
| Doc No. **14139** | *filed July 16, 2019* | William J. Taylor, Case No.: 2:17-cv-12479 |
| Doc. No. **14140** | *filed July 16, 2019* | Donna Younes, Case No.: 2:18-cv-08913 |
| Doc. No. **14141** | *filed July 16, 2019* | Cynthia Tochtrop, Case No.: 2:18-cv-06772 |
| Doc. No. **14142** | *filed July 16, 2019* | James Turner, Case No.: 2:19-cv-04716 |
| Doc. No. **14143** | *filed July 16, 2019* | Claire Vallera, Case No.: 2:19-cv-00817 |
| Doc. No. **14144** | *filed July 16, 2019* | John Walker, Case No.: 2:19-cv-04958 |
| Doc. No. **14145** | *filed July 16, 2019* | Ella Webb, Case No.: 2:19-cv-04031 |
| Doc. No. **14146** | *filed July 16, 2019* | Juck Chio Tan Yap, Case No.: 2:18-cv-14133 |

Dated:_____, 2019      _____
                                                Eldon E. Fallon
                                                United States District Judge