# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Luisa Morettini v. Janssen Research & Development, LLC, et al;*
*Civil Action No.: 2:16-cv-01990*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED THAT** that Plaintiff Gregory Morettini, on behalf of the Estate of his deceased mother, Luisa Morettini, is substituted for the Plaintiff Luisa Morettini, as the proper party plaintiff in the above captioned case.

This _____ day of _____, 2019.

                                                                                                                                                          _____
                                                                                                                                                          Honorable Eldon E. Fallon
                                                                                                                                                          United States District Court Judge