# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) ) SECTION: L ) ) JUDGE ELDON E. FALLON ) |
| THIS ACTION RELATES TO: | ) MAG. JUDGE MICHAEL NORTH |

| | |
|---|---|
| James Arcand<br>**Case No.: 2:16-cv-01870** | Victor DeMarco<br>**Case No.: 2:16-cv-01875** |
| Lawrence Driggs<br>**Case No.: 2:16-cv-02375** | Cynthia Fox<br>**Case No.: 2:19-cv-05960** |
| Wanda Jean Heath<br>**Case No.: 2:16-cv-01876** | James Hendrick<br>**Case No.: 2:16-cv-01878** |
| Mary Helen Ryan<br>**Case No.: 2:16-cv-01882** | Jack Whitnauer<br>**Case No.: 2:16-cv-01883** |

## **EX PARTE MOTION TO WITHDRAW DOCUMENTS**

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel mistakenly believed that file-stamped copies of the Plaintiffs' stipulations for dismissal were required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

| | | |
|---|---|---|
| Document No. **14177** | *filed July 17, 2019* | James Arcand<br>Case No.: 2:16-cv-01870 |
| Document No. **14182** | *filed July 17, 2019* | Victor DeMarco<br>Case No.: 2:16-cv-01875 |
| Document No. **14186** | *filed July 17, 2019* | Lawrence Driggs<br>Case No.: 2:16-cv-02375 |
| Document No. **14128** | *filed July 16, 2019* | Cynthia Fox<br>Case No.: 2:19-cv-05960 |
| Document No. **13990** | *filed July 02, 2019* | Wanda Jean Heath<br>Case No.: 2:16-cv-01876 |
| Document No. **13991** | *filed July 02, 2019* | James Hendrick<br>Case No.: 2:16-cv-01878 |
| Document No. **13992** | *filed July 02, 2019* | Mary Helen Ryan<br>Case No.: 2:16-cv-01882 |
| Document No. **14188** | *filed July 17, 2019* | Jack Whitnauer<br>Case No.: 2:16-cv-01883 |

WHEREFORE, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: 07/25/2019

Respectfully submitted,

ROBINS CLOUD LLP

/s/ Saima Khan_____
Saima Khan
Texas SBN: 24076480
Ian P. Cloud
Texas SBN: 00783843
ROBINS CLOUD LLP
2000 West Loop South, Suite 2200
Houston, Texas 77027
E-Mail: skhan@robinscloud.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019, the above and foregoing Ex Parte Motion to Withdraw Documents was filed electronically and is available for viewing through this Court's ECF system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

/s/ Saima Khan_____
Saima Khan