UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Charlie T. Collins v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:15-cv-06438

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Jason Collins on behalf of his deceased father, Charlie T. Collins.

1. Charlie T. Collins filed a products liability lawsuit against Defendants on November 4, 2015.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Charlie T. Collins died on March 22, 2018.

3. Charlie T. Collins' products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 26, 2019.

5. Jason Collins, surviving son of Charlie T. Collins, is a proper party to substitute for plaintiff-decedent Charlie T. Collins and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Jason Collins requests that this Court grant his request for substitution as plaintiff in this action.

Dated: July 26, 2019.

                                                              MARTIN & JONES, PLLC

                                                              /s/ *Carrie R. Guest*
                                                              Carrie R. Guest, NCSB# 36451
                                                              H. Forest Horne, NCSB# 16678
                                                              410 Glenwood Avenue, Suite 200
                                                              Raleigh, NC 27603
                                                              Telephone: (919) 821-0005
                                                              Facsimile: (919) 863-6084
                                                              hfh@m-j.com
                                                              crg@m-j.com

                                                              ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ <u>*Carrie R. Guest*</u>