UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Charlie T. Collins v. Janssen Research & Development, LLC, et al.,
Civil Action No.: 2:15-cv-06438

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, finds the motion meritorious.

**THEREFORE, IT IS ORDERED** that Plaintiff Jason Collins, surviving son of Charlie T. Collins, is substituted for Plaintiff Charlie T. Collins as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE