

ECF

| Civil | ▼ | Criminal | ▼ | Query | Reports | ▼ | Utilities | ▼ | Search | Logout |

Bayer Corporation

Defendant

Bayer HealthCare LLC

Defendant

Bayer HealthCare AG

Defendant

Bayer AG

Defendant

Janssen Research & Development LLC
formerly known as
Johnson & Johnson Pharmaceutical Research and Development, LLC

Defendant

Janssen Pharmaceuticals Inc.
formerly known as
Janssen Pharmaceutica Inc.
formerly known as
Ortho-McNeil-Janssen Pharmaceuticals, Inc.

Defendant

Bayer Pharma AG

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2019 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-7500481) filed by Brenda Divinity. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)Attorney Hillarey A. McCall added to party Brenda Divinity(pty:dft).(McCall, Hillarey) (Entered: 03/23/2019) |
| 03/25/2019 | 2 | Initial Case Assignment to Judge Eldon E. Fallon and Magistrate Judge Michael North. (ess) (Entered: 03/25/2019) |
| 04/01/2019 | 3 | Summons Issued as to Bayer Healthcare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Ortho LLC, Janssen Pharmaceuticals Inc., Janssen Research & Development LLC, Johnson & Johnson Company. (aj) (Entered: 04/01/2019) |
| 04/01/2019 | 4 | PRETRIAL ORDERS #1 - #31. Signed by Judge Eldon E. Fallon.(adiGutierrez, ) (Entered: 04/01/2019) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/24/2019 15:28:27 | | |
| PACER Login: | CKJPACER:4921296:5619027 | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:19-cv-02906-EEF-MBN |
| Billable Pages: | 2 | Cost: | 0.20 |