# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>Terence D. Williams<br><br>   Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC,<br><br>JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY,<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and<br>BAYER AG,<br><br>   Defendants. | Civil Action No: 2:14-md-02592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>**COMPLAINT AND**<br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER

Upon consideration of Plaintiff Brenda Divinity's Motion to Amend Complaint, and the entire record herein, it is

**HEREBY ORDERED** that the CFTC's Motion for Leave is **GRANTED**.

**SO ORDERED.**
Date: _____

                       _____
                       MAG. JUDGE MICHAEL NORTH
                       Eastern District Court of Louisiana