## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | |

*Frances Douglas and Harry Douglas*                                                      2:16-cv-08840

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiffs, **FRANCES DOUGLAS** on December 28, 2018 and **HARRY DOUGLAS** on June 2, 2017.

Dated: July 26, 2019

                                             Respectfully submitted,

                                             MURPHY LAW FIRM, LLC

                                             s/*Peyton P. Murphy*
                                             PEYTON P. MURPHY (LA # 22125)
                                             2354 S. Acadian Thruway
                                             Baton Rouge, LA 70808
                                             Telephone: (225) 928-8800
                                             Facsimile: (225) 246-8780
                                             Email: peyton@murphylawfirm.com

                                             s/*Todd C. Comeaux*
                                             TODD C. COMEAUX (LA # 23453)
                                             2354 S. Acadian Thruway, Suite C
                                             Baton Rouge, LA 70808
                                             Telephone: (225) 706-9000
                                             Facsimile: (225) 706-9001
                                             Email: tc@comeauxlawfirm.com

                                             *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 26, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**