UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) )MDL No. 2592 ) ) ) )SECTION L ) |
| THIS DOCUMENT RELATES TO: <u>Gene D. Mumford</u> <u>Civil Action No.: 2:17-cv-01192</u> | ) )JUDGE ELDON E. FALLON ) ) )MAGISTRATE JUDGE NORTH ) |

## <u>*EX PARTE* MOTION TO WITHDRAW STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER</u>

Now comes Plaintiff, Gene D. Mumford, by and through counsel, and hereby moves this Honorable Court for an Order granting Plaintiff's *Ex Parte* Motion to Withdraw the Stipulation of Dismissal regarding the above-captioned matter.

Filed before this Honorable Court on July 15, 2019 was a Stipulation of Dismissal with Prejudice. On July 23, 2019, Plaintiff's counsel was informed the above-mentioned case was closed. In light of further information and developments since this document was filed, most notably a conference call providing updates about the settlement program on Wednesday, July 24 with settlement administrators, Plaintiff respectfully moves the Court to permit withdrawal of the Stipulation of Dismissal with Prejudice. As part of the Xarelto Settlement Program, Plaintiff mistakenly uploaded the document at issue through both the CM/ECF electronic filing system and MDL Centrality website. The Stipulation of Dismissal with Prejudice will remain uploaded to the MDL Centrality website.

THE KOLLIN FIRM, LLC

3725 Pentagon Blvd., Ste 270
Beavercreek, Ohio 45431
TEL:  937-490-4700
FAX:  937-490-4666
www.kollinfirm.com
kollin@kollinfirm.com
boone@kollinfirm.com

In the event the Court does not permit withdrawal of the Stipulation of Dismissal with Prejudice, Plaintiff respectfully requests the opportunity to file supplemental briefs to address the effect of subsequent information and events on the arguments made in the Stipulation.

Respectfully submitted,
/s/ *Thomas M. Kollin*

Thomas M. Kollin   (0066964)
THE KOLLIN FIRM, LLC
3725 Pentagon Blvd., Ste. 270
Beavercreek, Ohio 45431
Tel: 937-490-4700
Fax: 937-490-4666
kollin@kollinfirm.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26th, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Thomas M. Kollin*
THOMAS M. KOLLIN,  #0066964
3725 Pentagon Blvd., Ste. 270
Beavercreek, Ohio 45431
TEL: 937-490-4700
FAX: 937-490-4666
kollin@kollinfirm.com
**ATTORNEY FOR PLAINTIFF**
Dated: July 26, 2019

THE KOLLIN FIRM, LLC
3725 Pentagon Blvd., Ste 270
Beavercreek, Ohio 45431
TEL: 937-490-4700
FAX: 937-490-4666
www.kollinfirm.com
kollin@kollinfirm.com
boone@kollinfirm.com