UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF<br>LOUISIANA IN RE: XARELTO<br>(RIVAROXABAN)<br>PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)MDL No. 2592<br>)<br>)<br>)<br>)SECTION L<br>) |
| THIS DOCUMENT RELATES TO:<br>Gene D. Mumford<br>Civil Action No.: 2:17-cv-01192 | )<br>)JUDGE ELDON E. FALLON<br>)<br>)<br>)MAGISTRATE JUDGE NORTH<br>) |

**ENTRY AND ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW
STIPULATION OF DISMISSAL WITH PREJUDICE**

UPON Motion of Counsel for Plaintiff and for good cause shown, Plaintiff's *Ex Parte* Motion to Withdraw Stipulation of Dismissal with Prejudice shall be **GRANTED**.

**IT IS SO ORDERED**

APPROVED:

_____
**JUDGE**

Prepared by:

/s/ *Thomas M. Kollin, Esq.*
The Kollin Firm, LLC
3725 Pentagon Blvd., Ste. 270
Beavercreek, Ohio 45431
TEL: 937-490-4700
FAX: 937-490-4666
kollin@kollinfirm.com
Attorney for Plaintiff

THE KOLLIN FIRM, LLC

3725 Pentagon Blvd., Ste 270
Beavercreek, Ohio 45431
TEL: 937-490-4700
FAX: 937-490-4666
www.kollinfirm.com
kollin@kollinfirm.com
boone@kollinfirm.com

cc:    Thomas M. Kollin, 3725 Pentagon Blvd., Ste. 270, Beavercreek, Ohio 45431
Susan M. Sharko, 600 Campus Dr., Florham Park, NJ 07932
Andrew K. Solow, 250 West 55th Street, New York, New York 10019-9710
William Hoffman, 601 Massachusetts Ave., NW, Washington, D.C. 20001
Kim E. Moore, 400 Poydras St., Ste., 2700, New Orleans, LA, 70130