# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN      ) | PRODUCTS LIABILTY LITIGATION |
| MDL No. 2592                                         ) | |
|                                                                  ) | |
|                                                                  ) |  SECTION L |
|                                                                  ) | |
|                                                                  ) |  JUDGE ELDON E. FALLON |
|                                                                  ) | |
|                                                                  ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**              Case 2:16-cv-09350

STEVEN ZATEZALO, PERSONAL REPRESENTATIVE         JURY DEMAND
OF THE ESTATE OF GEORGE ZATEZALO,
         **Plaintiff,**

                          **v.**

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a  JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG

         **Defendants**

## CONSENT MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Plaintiff, Steven Zatezalo, Personal Representative of the Estate of George Zatezalo, died on July 23, 2018.  The Plaintiff filed a Notice of and Suggestion of Death of Plaintiff with this Court on July 15, 2019.  On July 8, 2019, the Plaintiff's decedent's sister, Mikelyn Demory, was duly appointed by the Clerk of the Superior Court of Maricopa County Arizona as Successor

Personal Representative of the Estate of George Zatezalo. A copy of the Letters of Appointment is attached as <u>Exhibit 1.</u>

Steven Zatezalo's claims on behalf of his brother George Zatezalo's estate survive his death and the successor personal representative, Mikelyn Demory, is entitled to continue his causes of action for the benefit of the beneficiaries of his estate. Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the Court may order the substitution of parties.

Counsel for Plaintiff received email correspondence from counsel for Defendants on July 19, 2019 and July 23, 2019 indicating that they do not oppose this Motion.

## **CONCLUSION**

The Plaintiff respectfully requests that Mikelyn Demory, Personal Representative of the Estate of George Zatezalo, deceased, be substituted as the Plaintiff in this action.

| | |
|---|---|
| **Signed: July 26, 2019** | Respectfully submitted,<br>**Phelan Petty, PLC**<br><br>/s/Brielle M. Hunt<br>Michael G. Phelan, Esq. VSB No. 29725<br>Brielle M. Hunt, Esq. VSB No. 87652<br>Phelan Petty, PLC<br>6641 W. Broad St. Suite 406<br>Richmond, VA  23230<br>Phone:  (804) 980-7100<br>Fax:  (804) 767-4601<br>E-mail:  mphelan@phelanpetty.com<br>bhunt@phelanpetty.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was filed with the Court on July 26, 2019 through the Court's CM/ECF system, which will serve all counsel of record.

        Phelan Petty, PLC

        /s/Brielle M. Hunt
        Brielle M. Hunt, Esq.
        VSB No. 87652
        6641 W. Broad St. Suite 406
        Richmond, VA  23230
        Phone:  (804) 980-7100
        Fax:  (804) 767-4601
        E-mail:  bhunt@phelanpetty.com
        *Attorney for Plaintiff*