# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN  MDL No. 2592 | ) PRODUCTS LIABILTY LITIGATION )  ) ) SECTION L ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**       Case 2:16-cv-09350

STEVEN ZATEZALO, PERSONAL REPRESENTATIVE       JURY DEMAND
OF THE ESTATE OF GEORGE ZATEZALO,
    Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE, AG, and BAYER AG

    **Defendants**

## ORDER

    IT APPEARING THAT Plaintiff's counsel has moved to substitute a party; and

    IT APPEARING THAT counsel for Defendants do not oppose this motion;

    IT IS HEREBY ORDERED:

1

THAT Mikelyn Demory shall be and is hereby substituted as the party plaintiff for the deceased Steven Zatezalo and permitted to continue to pursue this claim on behalf of Plaintiff's decedent, George Zatezalo; and

THAT this cause shall hereafter be styled "Mikelyn Demory, Personal Representative of the Estate of George Zatezalo, Plaintiff, v. Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG, Defendants."

ENTERED this_____day of_____2019.

_____

Judge