**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| This Document Relates To: ) | |
| *Gail Francati v. Janssen Research &* ) | |
| *Development LLC, et al.,* ) | |
| *Civil Action No. 17-CV-7968* ) | |
| ) | |

**MOTION TO SUBSTITUTE PARTY-PLAINTIFF**

Pursuant to Fed. R. Civ. P. 25(a)(l), the undersigned counsel respectfully moves this Court for an Order substituting Susan Francati, the court-appointed Personal Representative of the Estate of Gail Francati, as the Party-Plaintiff. Movant shows unto the Court as follows:

1. Plaintiff Gail Francati initiated this products liability action via direct filing into MDL 2592 on August 17, 2017, prior to her death.

2. Gail Francati passed away on April 2, 2019. A Notice of Suggestion of Death was previously filed in this matter on July 19, 2019 (*see* Docket No. 14260, also attached hereto as ***Exhibit 1***).

3. On July 25, 2019, the Decedent's adult daughter, Susan Francati, was duly appointed by Judge Sherwood Coleman of the Circuit Court for Pinellas County, Florida as Personal Representative of the Estate of Gail Francati. A copy of the Letters of Administration is attached hereto as ***Exhibit 2***.

4. Susan Francati's claims on behalf of her mother Gail Francati's Estate survive Decedent's death, and the successor personal representative, Susan Francati, is entitled

to continue her causes of action for the benefit of the beneficiaries of the Estate. Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the Court may order the substitution of parties.

5.  Personal Representative Susan Francati is the Proper Party-Plaintiff and wishes to be substituted on behalf of Gail Francati in this case.

6.  WHEREFORE, Susan Francati, the Personal Representative of the Estate of Gail Francati, hereby respectfully requests that this Court enter an Order substituting her as the Party-Plaintiff in this Action. A proposed Order is attached hereto as ***Exhibit 3***.

Dated: July 29, 2019.

By: /s/ Wes S. Larsen
Wes S. Larsen (Idaho State Bar #9134)
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL 2592 member cases.

Date: July 29, 2019

Respectfully submitted,

/s/ Wes S. Larsen_____