# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2592  SECTION: L  JUDGE FALLON  MAG. JUDGE NORTH |
| This Document Relates To: *Gail Francati v. Janssen Research & Development LLC, et al.,* Civil Action No. 17-CV-7968 | | |

## SUGGESTION OF DEATH

PLEASE TAKE NOTICE that the Plaintiff in the above-captioned matter, Gail Francati, is believed to have died on April 2, 2019. A copy of her redacted death certificate is attached herein as Exhibit A.

Counsel has been in contact with Ms. Francati's surviving adult daughter, Susan Francati, who is in the process of making arrangements for appointment as personal representative or other person authorized to file a motion pursuant to Fed. R. Civ. P. 25(a)(l), following which the undersigned counsel will seek an Order substituting Susan Francati as Plaintiff in the above-captioned matter in the place and stead of her mother, Gail Francati.

Dated: July 19, 2019.

By: /s/ Wes S. Larsen
Wes S. Larsen (Idaho State Bar #9134)
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net
Attorneys for Plaintiff

SUGGESTION OF DEATH - 1

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL 2592 member cases.

Date: July 19, 2019

                                        Respectfully submitted,

                                        /s/ Wes S. Larsen_____

# EXHIBIT A

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2019052871              **DATE ISSUED:** APRIL 4, 2019

**DECEDENT INFORMATION**                       **DATE FILED:** APRIL 4, 2019

NAME: GAIL  FRANCATI

DATE OF DEATH: APRIL 2, 2019           SEX: FEMALE           AGE: 083 YEARS
DATE OF BIRTH: [REDACTED]              SSN: [REDACTED]
BIRTHPLACE: ROCHESTER, NEW YORK, UNITED STATES
PLACE WHERE DEATH OCCURRED:    INPATIENT
FACILITY NAME OR STREET ADDRESS: ST ANTHONYS HOSPITAL
LOCATION OF DEATH: ST PETERSBURG, PINELLAS COUNTY, 33705
RESIDENCE: [REDACTED] ST PETERSBURG, FLORIDA  33715, UNITED STATES
COUNTY: PINELLAS
OCCUPATION, INDUSTRY:  REAL ESTATE AGENT, REAL ESTATE
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE     EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: DIVORCED
SURVIVING SPOUSE NAME:  NONE
FATHER'S/PARENT'S NAME:    FREDERICK  LESLIE  GATES
MOTHER'S/PARENT'S NAME:    KATHERINE  ANNA  SMITH

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME:    SUSAN  FRANCATI
RELATIONSHIP TO DECEDENT:    DAUGHTER
INFORMANT'S ADDRESS:  436 7TH AVENUE NORTH, ST PETERSBURG, FLORIDA  33715, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER:  DAVID J. CHAMBERS, F044982
FUNERAL FACILITY:    SORENSEN FUNERAL HOME LLC F086802
                     3180 30TH AVE N, ST PETERSBURG, FLORIDA  33713
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION:  CREMATION CARE CENTER
                       ST PETERSBURG, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN      MEDICAL EXAMINER CASE NUMBER:  NOT APPLICABLE
TIME OF DEATH (24 HOUR):   0114              DATE CERTIFIED: APRIL 3, 2019
CERTIFIER'S NAME:    DAVID MATTHEW SWENSON
CERTIFIER'S LICENSE NUMBER:   OS10630
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER):   NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

, STATE REGISTRAR

REQ:  2020321832

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1940 (03-13)



CERTIFICATION OF VITAL RECORD       Florida HEALTH

*38497558*