# EXHIBIT 2

I#: 2019235762 BK: 20628   PG: 1526, 07/25/2019 at 04:59 PM, RECORDING 1   KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, BY DEPUTY CLERK: CLKDU10

Case 2:14-cv-02592-EFB-MBN  Document 14406-2  Filed 07/29/19  Page 2 of 2

Case Number:19-006513-ES

Filing # 92617387 E-Filed 07/16/2019 11:44:59 AM

FILED 07/25/2019 16:53:37 KEN BURKE, CLERK OF THE CIRCUIT COURT AND COMPTROLLER, PINELLAS COUNTY FLORIDA

IN THE CIRCUIT COURT FOR PINELLAS COUNTY,
FLORIDA                         PROBATE DIVISION
IN RE: ESTATE OF

GAIL FRANCATI

        Deceased.

File No.

Division

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, GAIL FRANCATI, a resident of Pinellas County, Florida, died on April 2, 2019, owning assets in the State of Florida, and

WHEREAS, SUSAN FRANCATI has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare SUSAN FRANCATI duly qualified under the laws of the State of Florida to act as personal representative of the estate of GAIL FRANCATI, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED in Chambers at Pinellas County, Florida.

07/25/2019 03:07:27 PM

Sherwood Coleman, Circuit Judge
07/25/2019 15:07:26 522019CP006513XXESXX

***ELECTRONICALLY FILED 07/16/2019 11:44:58 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***