# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2592  SECTION: L  JUDGE FALLON  MAG. JUDGE NORTH |
| This Document Relates To: *Gail Francati v. Janssen Research & Development LLC, et al.,* Civil Action No. 17-CV-7968 | | |

## **ORDER**

Considering the foregoing Motion to Substitute Party-Plaintiff and exhibits:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party-Plaintiff is hereby GRANTED, and that Susan Francati, as Personal Representative of the Estate of her deceased mother, Gail Francati, be substituted as the proper Party-Plaintiff herein.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
UNITED STATES DISTRICT COURT JUDGE

ORDER - 1