UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Selina Jackson and James Jackson*                                                              2:15-cv-06166

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **SELINA JACKSON**, surviving spouse of Plaintiff-Decedent **JAMES JACKSON**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased husband, **JAMES JACKSON**.

1. Plaintiffs, **SELINA** and **JAMES JACKSON**, filed a products liability lawsuit against Defendants on November 20, 2015.

2. Subsequently, Plaintiff's Counsel learned that **JAMES JACKSON** died.

3. Plaintiff-Decedent's product liability action against Defendants survived his death and was not extinguished.

4. Counsel filed a Suggestion of Death on July 29, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: July 29, 2019

                                       Respectfully submitted,

                                       MURPHY LAW FIRM, LLC

                                       s/*Peyton P. Murphy*
                                       PEYTON P. MURPHY (LA # 22125)
                                       2354 S. Acadian Thruway
                                       Baton Rouge, LA 70808
                                       Telephone: (225) 928-8800
                                       Facsimile: (225) 246-8780
                                       Email: peyton@murphylawfirm.com

                                       s/*Todd C. Comeaux*
                                       TODD C. COMEAUX (LA # 23453)
                                       2354 S. Acadian Thruway, Suite C
                                       Baton Rouge, LA 70808
                                       Telephone: (225) 706-9000
                                       Facsimile: (225) 706-9001
                                       Email: tc@comeauxlawfirm.com

                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 29, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                                       /s/ *Peyton P. Murphy*
                                       **PEYTON P. MURPHY**