**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Selina Jackson and James Jackson*                                                                           2:15-cv-06166

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Selina Jackson, surviving spouse of James Jackson, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2019

                                            Respectfully submitted,

                                            MURPHY LAW FIRM, LLC

                                            s/*Peyton P. Murphy*
                                            PEYTON P. MURPHY (LA # 22125)
                                            2354 S. Acadian Thruway
                                            Baton Rouge, LA  70808
                                            Telephone: (225) 928-8800
                                            Facsimile: (225) 246-8780
                                            Email: peyton@murphylawfirm.com

                                            s/*Todd C. Comeaux*
                                            TODD C. COMEAUX (LA # 23453)
                                            2354 S. Acadian Thruway, Suite C
                                            Baton Rouge, LA  70808
                                            Telephone: (225) 706-9000
                                            Facsimile: (225) 706-9001
                                            Email: tc@comeauxlawfirm.com

                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

      I HEREBY CERTIFY that on July 29, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                                         /s/ *Peyton P. Murphy*
                                       **PEYTON P. MURPHY**