UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| **This Document relates to:** Yvonne Scott v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:17-cv-07752 | ) ) ) ) | |

## **NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Yvonne Scott. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Patrick Scott, who is the surviving heir and son of Yvonne Scott.

Dated: July 29, 2019

                                                Respectfully submitted,

                                                By: _*/s/ Ethan L. Shaw*_
                                                      Ethan L. Shaw
                                                      John P. Cowart
                                                      SHAW COWART, L.L.P.
                                                      1609 Shoal Creek Boulevard
                                                      Suite 100
                                                      Austin, Texas 78701
                                                      Telephone: (512) 499-8900
                                                      Facsimile: (512) 320-8906
                                                      elshaw@shawcowart.com
                                                      jcowart@shawcowart.com

                                                   *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                            */s/ Ethan L. Shaw*