UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Yvonne Scott v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:17-cv-07752 | | JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Patrick Scott on behalf of his deceased mother, Yvonne Scott.

1. Yvonne Scott filed a products liability lawsuit against Defendants on August 11, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Yvonne Scott died on October 2, 2018.

3. Yvonne Scott's products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 29, 2019.

5. Patrick Scott, surviving heir and son of Yvonne Scott, is a proper party to substitute for plaintiff-decedent Yvonne Scott and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P.

25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Patrick Scott requests that this Court grant his request for substitution as plaintiff in this action.

Dated: July 29, 2019

                                        Respectfully submitted,

                                        By:   */s/ Ethan L. Shaw*
                                                   Ethan L. Shaw
                                                   John P. Cowart
                                                   SHAW COWART, L.L.P.
                                                   1609 Shoal Creek Boulevard
                                                   Suite 100
                                                   Austin, Texas  78701
                                                   Telephone:  (512) 499-8900
                                                   Facsimile:  (512) 320-8906
                                                   elshaw@shawcowart.com
                                                   jcowart@shawcowart.com

                                                 **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

      */s/ Ethan L. Shaw*