UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: | ) <br> ) SECTION L <br> ) |
| Don P. Morris <br> Civil Action No. 2:16-cv-17641 | ) <br> ) <br> ) JUDGE ELDON E. FALLON |
| Louise Provo <br> Civil Action No. 2:19-cv-07847 | ) <br> ) <br> ) MAGISTRATE JUDGE NORTH |
| Daphine Huffman <br> Civil Action No. 2:18-cv-01667 | ) <br> ) <br> ) |
| Diane Bowen <br> Civil Action No. 2:17-cv-04901 | ) <br> ) |

## *EX PARTE* MOTION TO WITHDRAW DOCUMENTS

Counsel for the above-referenced Plaintiffs move *ex parte* for this Court's order withdrawing the documents set forth below. Counsel erroneously believed that file-stamped copies of the Plaintiffs' stipulations for dismissal were required to submit with the Enrollment Package for the Xarelto Settlement Program. Therefore, Plaintiffs respectfully request that the following documents be withdrawn from the Court's docket:

| | | |
|---|---|---|
| Doc. No. 13830 | Filed June 21, 2019 | Don P. Morris, Civil Action No. 2:16-cv-17641 |
| Doc. No. 13831 | Filed June 21, 2019 | Louise Provo, Civil Action No. 2:19-cv-07847 |
| Doc. No. 13832 | Filed June 21, 2019 | Daphine Huffman, Civil Action No. 2:18-cv-01667 |
| Doc. No. 13833 | Filed June 21, 2019 | Diane Bowen, Civil Action No. 2:17-cv-04901 |

WHEREFORE, Plaintiffs move for the issuance of this Court's Order withdrawing the documents identified above from the Court's docket.

Dated: July 29, 2019

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: /s/Thomas J. Kennedy\_\_\_\_
    Thomas J. Kennedy
    230 Park Avenue, Suite 530
    New York, NY 10169
    Telephone: (212) 682-5340
    Fax: (212) 884-0988
    tkennedy@glancylaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 29, 2019, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Thomas J. Kennedy
Thomas J. Kennedy