UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) |
| THIS DOCUMENT RELATES TO: | ) <br> ) SECTION L |
| Don P. Morris <br> Civil Action No. 2:16-cv-17641 | ) <br> ) <br> ) JUDGE ELDON E. FALLON |
| Louise Provo <br> Civil Action No. 2:19-cv-07847 | ) <br> ) <br> ) MAGISTRATE JUDGE NORTH |
| Daphine Huffman <br> Civil Action No. 2:18-cv-01667 | ) <br> ) <br> ) |
| Diane Bowen <br> Civil Action No. 2:17-cv-04901 | ) <br> ) |

## ORDER

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Documents. Being adequately advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following documents shall be withdrawn from the docket.**

Doc. No. 13830   Filed June 21, 2019   Don P. Morris, Civil Action No. 2:16-cv-17641

Doc. No. 13831   Filed June 21, 2019   Louise Provo, Civil Action No. 2:19-cv-07847

Doc. No. 13832   Filed June 21, 2019   Daphine Huffman, Civil Action No. 2:18-cv-01667

Doc. No. 13833   Filed June 21, 2019   Diane Bowen, Civil Action No. 2:17-cv-04901

Dated: _____, 2019   _____
　　　　　　　　　　　　　　　　　　Eldon E. Fallon
　　　　　　　　　　　　　　　　　　United States District Judge