```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
----------------------------------------X
IN RE:XARALTO (RIVAROXABAN)              MDL No.292
PRODUCTS LIABILITY LITIGATION
```

```
_____
THIS DOCUMENT RELATES TO:                SECTION L
ORLANDO RAMOS as Administrator of the
ESTATE OF FRANCISCA MARQUEZ
                                         JUDGE ELDON E. FALLON

                   Plaintiff,            MAGISTRATE JUDGE NORTH

Civil Action No.2:15-cv 06128  L(5)



----------------------------------------X
```

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action , each party to bear its own fees and costs.

| | |
|---|---|
| **[PLAINTIFF'S COUNSEL'S FIRM]**<br>By: /s [signature]<br>[SIGNATURE BLOCK]<br><br>Attorneys for Plaintiffs<br><br>Dated: 7-15, 2019 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>   Susan M. Sharko<br>   600 Campus Dr.<br>   Florham Park, NJ 07932<br>   Telephone: (973) 549-7000<br>   susan.sharko@dbr.com<br><br>   Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC<br><br>   Dated: _____, 2019<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: /s/Andrew K. Solow<br>   Andrew K. Solow<br>   250 West 55th Street<br>   New York, New York 10019-9710<br>   Telephone: (212) 836-8000<br>   Facsimile: (212) 836-8689<br>   William Hoffman<br>   601 Massachusetts Ave., NW<br>   Washington, D.C. 20001<br>   Telephone: (202) 942-5000<br>   Facsimile: (202) 942-5999<br>   andrew.solow@arnoldporter.com<br>   william.hoffman@arnoldporter.com<br><br>   Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>   Dated: _____, 2019<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/ Kim E. Moore<br>   Kim E. Moore<br>   400 Poydras St., Ste, 2700<br>   New Orleans, LA 70130<br>   Telephone: (504) 310-2100<br>   kmoore@irwinllc.com<br><br>   Liaison Counsel for Defendants<br><br>   Dated: _____, 2019 |