UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**CATHERINE ZURICK v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv- 01578**

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff **CATHERINE ZURICK**, and hereby notifies the Court and the parties of the death of Plaintiff, **CATHERINE ZURICK**, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by **DEBORAH STEVENS**, who is the daughter of now deceased **CATHERINE ZURICK**.

**RESPECTFULLY SUBMITTED** this the 29th day of July, 2019.

                                    JOHN JEWELL PACE, A.P.L.C.

                                    By: /s/ John Jewell Pace
                                    John Jewell Pace
                                    John Jewell Pace, A.P.L.C.
                                    **(State Bar No. 1115)**
                                    P.O. Box 14209
                                    Baton Rouge, LA 707898
                                    Telephone: (225) 686-3000
                                    Facsimile: (866) 912-2008
                                    E-mail:jjp@johnjpacelaw.com

                                    By: /s/ Samuel C. Ward
                                    **Samuel "Chuck" Ward**
                                    Samuel C. Ward, Jr., & Associates
                                    **(State Bar No. 29508)**
                                    660 Saint Ferdinand Street
                                    Baton Rouge, LA 70802
                                    Telephone: (225) 330-6677
                                    Facsimile: (225) 330-6680
                                    Email: samuelcward@aol.com

                                    Attorneys for Plaintiff,
                                    *Deborah Stevens obo Catherine Zurick*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 29th day of July, 2019.

        JOHN JEWELL PACE, A.P.L.C.

        By: /s/ John Jewell Pace
        John Jewell Pace
        John Jewell Pace, A.P.L.C.
        **(State Bar No. 1115)**
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        E-mail: jjp@johnjpacelaw.com

        By: /s/ Samuel C. Ward
        **Samuel "Chuck" Ward**
        Samuel C. Ward, Jr., & Associates
        **(State Bar No. 29508)**
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330-6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com

        Attorneys for Plaintiff,

        *Deborah Stevens obo Catherine Zurick*