Fee for this certificate, $6.00

P 25890222
Certification Number



This is to certify that the information here give correctly copied from an original Certificate of D duly filed with me as Local Registrar. The ori certificate will be forwarded to the State Records Office for permanent filing.

Georgia Brosko   2/23/1
Local Registrar   Date Issued

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
**CERTIFICATE OF DEATH**

1. Decedent's Legal Name: Catherine C. Jones Zurick
2. Sex: Female
3. Social Security Number: 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
4. Date of Death: February 15, 2019
5a. Age Last Birthday: 79
6. Date of Birth: May 16, 1939
7a. Birthplace: Coperilla Mills, PA
7b. Birthstate (County): Clearfield
8a. Residence (State): Pennsylvania
8b. Residence (Street and Number): 1234 5th Street
8d. Residence (County): Westmoreland
8e. Residence (Zip Code): 15954
8c. Did Decedent Live in a Township? No, decedent lived in limits of Seward

9. Ever in US Armed Forces? No
10. Marital Status at Time of Death: Widowed
12. Father's Name: Ralph Jones
13. Mother's Name Prior to First Marriage: Frances Frontino
14a. Informant's Name: Deborah Stevens
14b. Relationship to Decedent: daughter
14c. Informant's Mailing Address: 504 Oneida Ave, Lower City, PA 15748

15a. Place of Death: Decedent's Home
15b. Facility Name: 1234 5th Street
15c. City or Town, State, and Zip Code: Seward, PA 15954
15d. County of Death: Westmoreland

16a. Method of Disposition: Cremation
16b. Date of Disposition: 2/18/2019
16c. Place of Disposition: Keystone Cremation Alliance LLC
16d. Location of Disposition: North Apollo, PA 15673
17b. License Number: FD010772-L

17c. Name and Complete Address of Funeral Facility: Kelly L. Cook Jones Funeral Home LTD, 1914 Moore Ave, North Apollo, PA 15673

18. Decedent's Education: High school graduate or GED completed
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
21. Decedent's Sing/d Race Sel/Designation: White
22a. Decedent's Usual Occupation: homemaker
22b. Kind of Business/Industry: own home

23a. Date Pronounced Dead: 02/15/2019
24. Time of Death: 10:00 AM
25. Was Medical Examiner or Coroner Contacted? No

**CAUSE OF DEATH**
26. Part I.
Immediate Cause: a. Congestive heart failure    Interval: 5 yr

39c. Name, Address and Zip Code of Person Completing Cause of Death: 119 Professional Center, Suite 102, Wayne Avenue
39d. Date Signed: 2-18-19

40. Registrar's File Number: 32-298
41. Registrar's Signature: Georgia Brosko
42. Registrar Rec'd Date: 2-23-19

Disposition Permit No. 1554711