UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**ERIC MERRITT. v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-06078**

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff **ERIC MERRITT**, and hereby notifies the Court and the parties of the death of Plaintiff, **ERIC MERRITT**, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by **RICHARD MERRITT**, who is the father of now deceased **ERIC MERRITT**.

**RESPECTFULLY SUBMITTED** this the 29th day of July, 2019.

                                              JOHN JEWELL PACE, A.P.L.C.

                                   By: /s/ John Jewell Pace
                                   John Jewell Pace
                                   John Jewell Pace, A.P.L.C.
                                   **(State Bar No. 1115)**
                                   P.O. Box 14209
                                   Baton Rouge, LA 707898
                                   Telephone: (225) 686-3000
                                   Facsimile: (866) 912-2008
                                   E-mail:jjp@johnjpacelaw.com

                                   By: /s/ Samuel C. Ward
                                   **Samuel "Chuck" Ward**
                                   Samuel C. Ward, Jr., & Associates
                                   **(State Bar No. 29508)**
                                   660 Saint Ferdinand Street
                                   Baton Rouge, LA 70802
                                   Telephone: (225) 330-6677
                                   Facsimile: (225) 330-6680
                                   Email: samuelcward@aol.com

                                   Attorneys for Plaintiff,
                                   *Richard Merritt obo Eric Merritt*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 29th day of July, 2019.

JOHN JEWELL PACE, A.P.L.C.

By: /s/ John Jewell Pace
John Jewell Pace
John Jewell Pace, A.P.L.C.
**(State Bar No. 1115)**
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
E-mail: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward**
Samuel C. Ward, Jr., & Associates
**(State Bar No. 29508)**
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

Attorneys for Plaintiff,

*Richard Merritt obo Eric Merritt*