# WISCONSIN CERTIFICATE OF VITAL RECORD

## STATE OF WISCONSIN
## DEPARTMENT OF HEALTH SERVICES
### ORIGINAL CERTIFICATE OF DEATH
FACT OF DEATH

**STATE FILE DATE:** FEBRUARY 14, 2018
**STATE FILE NUMBER:** 2018006369

| 1. DECEDENT'S NAME | | | 2. SOCIAL SECURITY NUMBER | 3. DATE PRONOUNCED DEAD |
|---|---|---|---|---|
| First: ERIC | Middle: JAMES | Last: MERRITT | 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 | FEBRUARY 11, 2018 |

| 4. TIME PRONOUNCED DEAD (24hr) | 5. AGE | 6. DATE OF BIRTH | 7. SEX | 8. CITY, VILLAGE, OR TOWNSHIP OF DEATH | 9. COUNTY OF DEATH |
|---|---|---|---|---|---|
| 13:35 | 39 YEARS | JULY 20, 1978 | MALE | APPLETON (CITY) | OUTAGAMIE |

| 10. PLACE OF DEATH | 11. FACILITY NAME AND ADDRESS OF DEATH |
|---|---|
| HOSPITAL-INPATIENT | THEDACARE REGIONAL MEDICAL CENTER-APPLETON, 1818 N MEADE ST |

| 12. RESIDENCE ADDRESS | 13. RESIDENCE CITY, VILLAGE, OR TOWNSHIP | 14. RESIDENCE COUNTY | 15. RESIDENCE STATE |
|---|---|---|---|
| 808 N ONEIDA STREET | APPLETON (CITY) | OUTAGAMIE | WISCONSIN |

| 16. MARITAL STATUS | 17. WI DOMESTIC PARTNERSHIP | 18. SURVIVING SPOUSE'S BIRTH NAME | 19. STATE OF BIRTH | 20. DECEDENT'S BIRTH LAST NAME |
|---|---|---|---|---|
| DIVORCED | NO | | WISCONSIN | MERRITT |

| 21. FATHER'S BIRTH NAME | 22. MOTHER'S BIRTH NAME |
|---|---|
| RICHARD F MERRITT | JULIE VAN EPEREN |

| 23. INFORMANT'S NAME | 24. INFORMANT'S MAILING ADDRESS |
|---|---|
| JULIE MERRITT | E7831 PETERS ROAD, FREMONT, WI 54940 |

| 25. NAME AND ADDRESS OF FUNERAL FACILITY | 26. FUNERAL DIRECTOR'S NAME | 27. DATE SIGNED |
|---|---|---|
| WICHMANN FUNERAL HOME & CREMATORY, 537 N SUPERIOR ST, APPLETON, WI 54911 | WOLFRATH, TERRYL M | FEBRUARY 14, 2018 |

| 28. TYPE OF MEDICAL CERTIFIER | 29. MEDICAL CERTIFIER'S NAME AND TITLE | 30. DATE SIGNED |
|---|---|---|
| PHYSICIAN | LAURIN BELLG, MD | FEBRUARY 13, 2018 |

| 31. DATE OF DEATH | 32. TIME OF DEATH (24hr) | 33. MEDICAL CERTIFIER'S MAILING ADDRESS |
|---|---|---|
| FEBRUARY 11, 2018 | 13:35 | 2500 E CAPITOL DRIVE, APPLETON, WI 54911 |

## EXTENDED FACT OF DEATH

| 34. USUAL OCCUPATION | 35. KIND OF BUSINESS/INDUSTRY | 36. EVER IN US ARMED FORCES | 37. DECEDENT TRIBAL MEMBER |
|---|---|---|---|
| MACHINE OPERATOR | PAPER/PAPER PROD WHOLESLRS | NO | NO   TRIBE NAME(S): |

| 38. MANNER OF DEATH | 39. METHOD OF DISPOSITION | 40. PLACE AND LOCATION OF DISPOSITION |
|---|---|---|
| NATURAL | ENTOMBMENT | HIGHLAND MEMORIAL PARK, APPLETON, WISCONSIN |

**41. PART I.** The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.

Interval Between Onset and Death

| | Condition | Interval |
|---|---|---|
| Immediate Cause: (a) | BRAIN INJURY DUE TO SEVERE HYPOGLYCEMIA | DAYS |
| Due to or as a consequence of: (b) | INTRACTABLE SEIZURES DUE TO BRAIN INJURY ON LINE A | DAYS |
| Due to or as a consequence of: (c) | | |
| Due to or as a consequence of: (d) | | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I.

| 42. AUTOPSY PERFORMED | 43. DATE OF INJURY | 44. TIME OF INJURY (24hr) | 45. INJURY AT WORK | 46. PLACE OF INJURY |
|---|---|---|---|---|
| NO | | | | |

| 47. LOCATION OF INJURY | 48. COUNTY OF INJURY |
|---|---|
| | |

49. IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED.

SEE REVERSE SIDE FOR AMENDMENTS

2932465

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.



*Sarah R. Van Camp*
SARAH R. VAN CAMP
OUTAGAMIE COUNTY REGISTER OF DEEDS

18666485   Date Issued: JUNE 24, 2019



THIS CERTIFICATE HAS A BLUE/PINK/BLUE BACKGROUND ON THE FACE AND TWO RAISED SEALS - THE PAPER CONTAINS A VISIBLE CHAIN LINK WATERMARK - HOLD TO LIGHT TO VERIFY PRESENCE

WARNING: IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24(1)