UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION  :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
                               :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**ERIC MERRITT. v. JANSSEN PHARMACEUTICALS, INC., et al**

**2:15-cv-06078**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **RICHARD MERRITT,** on behalf of his deceased son, **ERIC MERRITT**, for the following reasons:

I.

On November 19, 2015 **ERIC MERRITT** filed a Complaint in the above referenced matter.

II

On February 11, 2018, **ERIC MERRITT** passed away.

III.

The decedent's father **RICHARD MERRIT**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **ERIC MERRITT**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 29th day of July, 2019.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

*Attorneys for Richard Merritt obo Eric Merritt.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**

*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**