UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR
AUGUST 1, 2019 STATUS CONFERENCE**

1. Settlement

2. Pre-Trial Orders

3. Case Management Orders

4. Counsel Contact Information Form

5. Preservation Order

6. Bellwether Cases

7. State/Federal Coordination

8. Next Status Conference

9. CMO 10 Registration