**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN Re:  XARELTO (RIVAROXABAN)　　　§
PRODUCTS LIABILITY LITIGATION　　§　　　MDL No. 2592
　　　　　　　　　　　　　　　　§
THIS DOCUMENT RELATES TO:　　　　§　　　SECTION L
　　　　　　　　　　　　　　　　§　　　JUDGE ELDON E. FALLON
The Cases Listed on the attached Exhibit A　§
　　　　　　　　　　　　　　　　§　　　MAGISTRATE JUDGE NORTH

---

**PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL**

Attorney Charles G. Orr and attorney John H. "Trey" Allen, III, of Allen & Nolte, PLLC

(Attorneys), notify the Court that Patrick J. Mulligan, the principal of The Mulligan Law Firm,

recently passed away.  Pursuant to the request of the Plaintiffs listed on attached Exhibit "A,"

Attorneys move for the withdrawal of Charles G. Orr and The Mulligan Law Firm and

substitution of John H. "Trey" Allen, III of Allen & Nolte, PLLC in place thereof.


Dated this 30th day of July, 2019.


/s/ Charles G. Orr
Charles G. Orr


**ALLEN & NOLTE, PLLC**

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on July 30th, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ John H. "Trey" Allen, III      

John H. "Trey" Allen, III

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
|---|---|
| Edward Allen Hagan | 2:18-cv-06030 |
| Barbara Swanson, et al. | 2:16-cv-12921 |
| Matthew Eckles, et al. | 2:16-cv-12680 |
| Jason Park | 2:16-cv-12873 |
| Florence Ellis | 2:15-cv-02959 |
| Cheryl Poole | 2:15-cv-03752 |
| Kent Clampitt | 2:15-cv-02943 |
| Angela Greenwood | 2:16-cv-13212 |
| Peggy Heal | 2:15-cv-02988 |
| Ronald Spinelli | 2:18-cv-07111 |
| James Downing | 2:16-cv-13036 |
| Anna Bellom | 2:16-cv-03398 |
| Judith McEntire | 2:15-cv-05684 |
| Clarence Palmer | 2:16-cv-02167 |
| John Battaglia | 2:16-cv-02150 |
| Bettye Drummond | 2:16-cv-13037 |
| Richard Dummer, et al. | 2:16-cv-02615 |
| Robert Feltz | 2:15-cv-02833 |
| Lois Garner | 2:16-cv-13070 |
| Thomas McDuffie | 2:16-cv-02692 |
| George Moench | 2:16-cv-03416 |
| Rebecca Baker, et al. | 2:19-cv-02780 |
| Carrie Stoots, et al. | 2:18-cv-12077 |
| Bonnie Teeter | 2:15-cv-06496 |
| Frank Bennett | 2:18-cv-09181 |
| Jack Burrows | 2:19-cv-02911 |
| Holden Paulhamus | 2:19-cv-02894 |
| Herbert Phillips, et al. | 2:16-cv-14386 |
| William Stewart | 2:16-cv-05784 |
| Lilijana Dukic | 2:16-cv-13209 |
| Diana Coyle | 2:15-cv-02949 |
| Melica Jones | 2:19-cv-03125 |
| David Lang | 2:15-cv-03002 |
| Henry Merkousko | 2:16-cv-04195 |
| Angela Schott | 2:15-cv-03757 |
| Dewey Dupree | 2:15-cv-02956 |

| | |
|---|---|
| Dawn Dyer | 2:16-cv-03329 |
| Jimmie Evans, et al. | 2:15-cv-02431 |
| Henry Harte | 2:16-cv-11470 |
| Carl Johnson | 2:19-cv-02840 |
| Carolyn Lathum, et al. | 2:18-cv-05820 |
| Margie Partin | 2:15-cv-01623 |
| Roger Stien | 2:16-cv-03499 |
| Shriff Abdur-Rasheed | 2:16-cv-01930 |
| Melvin Austin | 2:16-cv-12983 |
| Gladys Baker | 2:16-cv-12989 |
| Dolores Berner | 2:16-cv-12994 |
| Phrondale Clark, et al. | 2:16-cv-05885 |
| Jean Brewer | 2:16-cv-06737 |
| Gertrude Clifford | 2:16-cv-07009 |
| Benjamin Edmonds | 2:18-cv-07108 |
| Denise Martin, et al. | 2:16-cv-12703 |
| Lindon Hooper | 2:16-cv-11672 |
| Nicholas Keehbler | 2:16-cv-12809 |
| Barry Kelly | 2:16-cv-11693 |
| Raymond Kilby | 2:18-cv-09186 |
| Randolph Limerick | 2:16-cv-11708 |
| Robert McDougal | 2:16-cv-12705 |
| Diana Modin | 2:16-cv-03414 |
| Robert Picciotti | 2:16-cv-03374 |
| Arlene Ruelaz-Hernandez | 2:16-cv-13273 |
| Janet Senzel, et al. | 2:16-cv-06760 |
| Linda Slater, et al. | 2:16-cv-05783 |
| Robert Thornton | 2:16-cv-12926 |
| Salvador Vazquez | 2:16-cv-12015 |
| Andrea Wooten | 2:16-cv-04205 |
| Donna Pongratz, et al. | 2:16-cv-11739 |
| Richard Anderson | 2:15-cv-02942 |
| Thomas Beam | 2:15-cv-02936 |
| Stephanie Beasley, et al. | 2:16-cv-02586 |
| Sally Bowlby, et al. | 2:16-cv-02610 |
| Elmer Braden | 2:15-cv-02939 |
| Jodi Sando, et al. | 2:16-cv-11985 |
| Ruth Cobbs | 2:15-cv-02945 |
| Judy Crawford | 2:19-cv-02876 |

| | |
|---|---|
| Larry Ferguson | 2:16-cv-03333 |
| Susan Gracia, et al. | 2:16-cv-12683 |
| Nelli Kurbanova, et al. | 2:16-cv-03355 |
| Barry Harrison | 2:16-cv-05779 |
| Lorie Heacock | 2:16-cv-11524 |
| Robert Jefferson | 2:16-cv-13219 |
| Thomas Kane, et al. | 2:16-cv-07018 |
| Shirley Katz | 2:16-cv-13234 |
| Patricia Lambrakis | 2:16-cv-11703 |
| Winifred Lee | 2:16-cv-03359 |
| Edwin Lowe | 2:15-cv-06498 |
| Francis McGreevy | 2:16-cv-12820 |
| Terry Michels | 2:16-cv-12827 |
| Joseph Panetta | 2:18-cv-08287 |
| Stanley Porter | 2:16-cv-12875 |
| Brian Vrshek, et al. | 2:16-cv-12850 |
| Mary Ellen Reimers | 2:16-cv-12892 |
| Rick Roach | 2:16-cv-02172 |
| Susie Salinas | 2:16-cv-03491 |
| Anna Snively, et al. | 2:16-cv-12848 |
| Richard Stein | 2:19-cv-03093 |
| Ralph Viola | 2:15-cv-02560 |
| Gordon Wunn | 2:16-cv-03503 |
| Milton Yancey | 2:16-cv-02707 |
| David Malin | 2:19-cv-02842 |
| Rita Nelson | 2:16-cv-00490 |
| Samuel Gustafson | 2:16-cv-11462 |
| Sandra Berry, et al. | 2:16-cv-14545 |
| Daniel Ferguson | 2:16-cv-13105 |
| Jimmy Brush | 2:16-cv-03401 |
| Janice Warner, et al. | 2:16-cv-12021 |
| Wanda McDaniel | 2:16-cv-11723 |
| Elmer Radvansky | 2:16-cv-03483 |
| Edward Allen Hagan | 2:18-cv-06030 |
| Kevin Garcia | 2:16-cv-13061 |
| Paula Mandravellos | 2:16-cv-12698 |
| Atena Istudor, et al. | 2:16-cv-03349 |
| Wallace Young | 2:16-cv-12044 |
| Robert Martin | 2:16-cv-03410 |

| | |
|---|---|
| Dorothy Ramirez, et al. | 2:16-cv-12885 |
| Garrett Glennon | 2:16-cv-09934 |
| Barry Jensen | 2:15-cv-02995 |
| Donald DeVarco | 2:15-cv-05687 |
| William Groth | 2:15-cv-02984 |
| Carolyn Jennings | 2:16-cv-11678 |
| Linda Tackett, et al. | 2:16-cv-12925 |
| Kittie Robinson, et al. | 2:16-cv-12904 |