## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re:  XARELTO (RIVAROXABAN) § | |
| PRODUCTS LIABILITY LITIGATION § | MDL No. 2592 |
| § | |
| THIS DOCUMENT RELATES TO: § | SECTION L |
| § | JUDGE ELDON E. FALLON |
| The Cases Listed on the attached Exhibit A § | |
| § | MAGISTRATE JUDGE NORTH |

## ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that attorney, Charles G. Orr, and the law firm of The Mulligan Law Firm are withdrawn as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

IT IS FURTHER ORDERED that attorney, John H. "Trey" Allen, III, and the law firm of Allen & Nolte, PLLC is substituted as attorneys of record for the Plaintiffs identified on Exhibit "A" attached hereto.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon
United States District Court Judge

**EXHIBIT A**

| Plaintiff Name | Civil Action No. |
| --- | --- |
| Edward Allen Hagan | 2:18-cv-06030 |
| Barbara Swanson, et al. | 2:16-cv-12921 |
| Matthew Eckles, et al. | 2:16-cv-12680 |
| Jason Park | 2:16-cv-12873 |
| Florence Ellis | 2:15-cv-02959 |
| Cheryl Poole | 2:15-cv-03752 |
| Kent Clampitt | 2:15-cv-02943 |
| Angela Greenwood | 2:16-cv-13212 |
| Peggy Heal | 2:15-cv-02988 |
| Ronald Spinelli | 2:18-cv-07111 |
| James Downing | 2:16-cv-13036 |
| Anna Bellom | 2:16-cv-03398 |
| Judith McEntire | 2:15-cv-05684 |
| Clarence Palmer | 2:16-cv-02167 |
| John Battaglia | 2:16-cv-02150 |
| Bettye Drummond | 2:16-cv-13037 |
| Richard Dummer, et al. | 2:16-cv-02615 |
| Robert Feltz | 2:15-cv-02833 |
| Lois Garner | 2:16-cv-13070 |
| Thomas McDuffie | 2:16-cv-02692 |
| George Moench | 2:16-cv-03416 |
| Rebecca Baker, et al. | 2:19-cv-02780 |
| Carrie Stoots, et al. | 2:18-cv-12077 |
| Bonnie Teeter | 2:15-cv-06496 |
| Frank Bennett | 2:18-cv-09181 |
| Jack Burrows | 2:19-cv-02911 |
| Holden Paulhamus | 2:19-cv-02894 |
| Herbert Phillips, et al. | 2:16-cv-14386 |
| William Stewart | 2:16-cv-05784 |
| Lilijana Dukic | 2:16-cv-13209 |
| Diana Coyle | 2:15-cv-02949 |
| Melica Jones | 2:19-cv-03125 |
| David Lang | 2:15-cv-03002 |
| Henry Merkousko | 2:16-cv-04195 |
| Angela Schott | 2:15-cv-03757 |
| Dewey Dupree | 2:15-cv-02956 |

| | |
|---|---|
| Dawn Dyer | 2:16-cv-03329 |
| Jimmie Evans, et al. | 2:15-cv-02431 |
| Henry Harte | 2:16-cv-11470 |
| Carl Johnson | 2:19-cv-02840 |
| Carolyn Lathum, et al. | 2:18-cv-05820 |
| Margie Partin | 2:15-cv-01623 |
| Roger Stien | 2:16-cv-03499 |
| Shriff Abdur-Rasheed | 2:16-cv-01930 |
| Melvin Austin | 2:16-cv-12983 |
| Gladys Baker | 2:16-cv-12989 |
| Dolores Berner | 2:16-cv-12994 |
| Phrondale Clark, et al. | 2:16-cv-05885 |
| Jean Brewer | 2:16-cv-06737 |
| Gertrude Clifford | 2:16-cv-07009 |
| Benjamin Edmonds | 2:18-cv-07108 |
| Denise Martin, et al. | 2:16-cv-12703 |
| Lindon Hooper | 2:16-cv-11672 |
| Nicholas Keehbler | 2:16-cv-12809 |
| Barry Kelly | 2:16-cv-11693 |
| Raymond Kilby | 2:18-cv-09186 |
| Randolph Limerick | 2:16-cv-11708 |
| Robert McDougal | 2:16-cv-12705 |
| Diana Modin | 2:16-cv-03414 |
| Robert Picciotti | 2:16-cv-03374 |
| Arlene Ruelaz-Hernandez | 2:16-cv-13273 |
| Janet Senzel, et al. | 2:16-cv-06760 |
| Linda Slater, et al. | 2:16-cv-05783 |
| Robert Thornton | 2:16-cv-12926 |
| Salvador Vazquez | 2:16-cv-12015 |
| Andrea Wooten | 2:16-cv-04205 |
| Donna Pongratz, et al. | 2:16-cv-11739 |
| Richard Anderson | 2:15-cv-02942 |
| Thomas Beam | 2:15-cv-02936 |
| Stephanie Beasley, et al. | 2:16-cv-02586 |
| Sally Bowlby, et al. | 2:16-cv-02610 |
| Elmer Braden | 2:15-cv-02939 |
| Jodi Sando, et al. | 2:16-cv-11985 |
| Ruth Cobbs | 2:15-cv-02945 |
| Judy Crawford | 2:19-cv-02876 |

| | |
|---|---|
| Larry Ferguson | 2:16-cv-03333 |
| Susan Gracia, et al. | 2:16-cv-12683 |
| Nelli Kurbanova, et al. | 2:16-cv-03355 |
| Barry Harrison | 2:16-cv-05779 |
| Lorie Heacock | 2:16-cv-11524 |
| Robert Jefferson | 2:16-cv-13219 |
| Thomas Kane, et al. | 2:16-cv-07018 |
| Shirley Katz | 2:16-cv-13234 |
| Patricia Lambrakis | 2:16-cv-11703 |
| Winifred Lee | 2:16-cv-03359 |
| Edwin Lowe | 2:15-cv-06498 |
| Francis McGreevy | 2:16-cv-12820 |
| Terry Michels | 2:16-cv-12827 |
| Joseph Panetta | 2:18-cv-08287 |
| Stanley Porter | 2:16-cv-12875 |
| Brian Vrshek, et al. | 2:16-cv-12850 |
| Mary Ellen Reimers | 2:16-cv-12892 |
| Rick Roach | 2:16-cv-02172 |
| Susie Salinas | 2:16-cv-03491 |
| Anna Snively, et al. | 2:16-cv-12848 |
| Richard Stein | 2:19-cv-03093 |
| Ralph Viola | 2:15-cv-02560 |
| Gordon Wunn | 2:16-cv-03503 |
| Milton Yancey | 2:16-cv-02707 |
| David Malin | 2:19-cv-02842 |
| Rita Nelson | 2:16-cv-00490 |
| Samuel Gustafson | 2:16-cv-11462 |
| Sandra Berry, et al. | 2:16-cv-14545 |
| Daniel Ferguson | 2:16-cv-13105 |
| Jimmy Brush | 2:16-cv-03401 |
| Janice Warner, et al. | 2:16-cv-12021 |
| Wanda McDaniel | 2:16-cv-11723 |
| Elmer Radvansky | 2:16-cv-03483 |
| Edward Allen Hagan | 2:18-cv-06030 |
| Kevin Garcia | 2:16-cv-13061 |
| Paula Mandravellos | 2:16-cv-12698 |
| Atena Istudor, et al. | 2:16-cv-03349 |
| Wallace Young | 2:16-cv-12044 |
| Robert Martin | 2:16-cv-03410 |

| | |
|---|---|
| Dorothy Ramirez, et al. | 2:16-cv-12885 |
| Garrett Glennon | 2:16-cv-09934 |
| Barry Jensen | 2:15-cv-02995 |
| Donald DeVarco | 2:15-cv-05687 |
| William Groth | 2:15-cv-02984 |
| Carolyn Jennings | 2:16-cv-11678 |
| Linda Tackett, et al. | 2:16-cv-12925 |
| Kittie Robinson, et al. | 2:16-cv-12904 |