# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

*Carol Baird*                                                                                                                      2:15-cv-05753

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **CAROL BAIRD** on March 8, 2019.

Dated: July 30, 2019

                                                               Respectfully submitted,

                                                               MURPHY LAW FIRM, LLC

                                                               s/*Peyton P. Murphy*
                                                               PEYTON P. MURPHY (LA # 22125)
                                                               2354 S. Acadian Thruway
                                                               Baton Rouge, LA  70808
                                                               Telephone: (225) 928-8800
                                                               Facsimile: (225) 246-8780
                                                               Email: peyton@murphylawfirm.com

                                                               s/*Todd C. Comeaux*
                                                               TODD C. COMEAUX (LA # 23453)
                                                               2354 S. Acadian Thruway, Suite C
                                                               Baton Rouge, LA  70808
                                                               Telephone: (225) 706-9000
                                                               Facsimile: (225) 706-9001
                                                               Email: tc@comeauxlawfirm.com

                                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**