# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gracie Brown*                                                                                                          *2:16-cv-07206*

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **MARY HOWELL**, surviving daughter of Plaintiff-Decedent **GRACIE BROWN**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased mother, **GRACIE BROWN**.

1. Plaintiff, **GRACIE BROWN**, filed a products liability lawsuit against Defendants on May 27, 2016.

2. Subsequently, Plaintiff's Counsel learned that **GRACIE BROWN** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on July 30, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: July 30, 2019

          Respectfully submitted,

          MURPHY LAW FIRM, LLC

          s/*Peyton P. Murphy*
          PEYTON P. MURPHY (LA # 22125)
          2354 S. Acadian Thruway
          Baton Rouge, LA  70808
          Telephone: (225) 928-8800
          Facsimile: (225) 246-8780
          Email: peyton@murphylawfirm.com

          s/*Todd C. Comeaux*
          TODD C. COMEAUX (LA # 23453)
          2354 S. Acadian Thruway, Suite C
          Baton Rouge, LA  70808
          Telephone: (225) 706-9000
          Facsimile: (225) 706-9001
          Email: tc@comeauxlawfirm.com

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

          /s/ *Peyton P. Murphy*
          **PEYTON P. MURPHY**