# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gracie Brown*                                                                                                        *2:16-cv-07206*

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Mary Howell, surviving daughter of Gracie Brown, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2019

>Respectfully submitted,
>
>MURPHY LAW FIRM, LLC
>
>s/*Peyton P. Murphy*
>PEYTON P. MURPHY (LA # 22125)
>2354 S. Acadian Thruway
>Baton Rouge, LA  70808
>Telephone: (225) 928-8800
>Facsimile: (225) 246-8780
>Email: peyton@murphylawfirm.com
>
>s/*Todd C. Comeaux*
>TODD C. COMEAUX (LA # 23453)
>2354 S. Acadian Thruway, Suite C
>Baton Rouge, LA  70808
>Telephone: (225) 706-9000
>Facsimile: (225) 706-9001
>Email: tc@comeauxlawfirm.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

>*/s/ Peyton P. Murphy*
>**PEYTON P. MURPHY**