# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

*Gracie Brown*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:16-cv-07206

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **GRACIE BROWN** on August 6, 2016.

Dated: July 30, 2019

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MURPHY LAW FIRM, LLC

　　　　　　　　　　　　　　　　　　　　　s/*Peyton P. Murphy*
　　　　　　　　　　　　　　　　　　　　　PEYTON P. MURPHY (LA # 22125)
　　　　　　　　　　　　　　　　　　　　　2354 S. Acadian Thruway
　　　　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70808
　　　　　　　　　　　　　　　　　　　　　Telephone: (225) 928-8800
　　　　　　　　　　　　　　　　　　　　　Facsimile: (225) 246-8780
　　　　　　　　　　　　　　　　　　　　　Email: peyton@murphylawfirm.com

　　　　　　　　　　　　　　　　　　　　　s/*Todd C. Comeaux*
　　　　　　　　　　　　　　　　　　　　　TODD C. COMEAUX (LA # 23453)
　　　　　　　　　　　　　　　　　　　　　2354 S. Acadian Thruway, Suite C
　　　　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70808
　　　　　　　　　　　　　　　　　　　　　Telephone: (225) 706-9000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (225) 706-9001
　　　　　　　　　　　　　　　　　　　　　Email: tc@comeauxlawfirm.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**