UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Janie Harrison*                                                                                      *2:16-cv-09005*

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **NAKEISHA STEVENS**, surviving daughter of Plaintiff-Decedent **JANIE HARRISON**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased mother, **JANIE HARRISON**.

1. Plaintiff, **JANIE HARRISON**, filed a products liability lawsuit against Defendants on June 9, 2016.

2. Subsequently, Plaintiff's Counsel learned that **JANIE HARRISON** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on July 30, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: July 30, 2019

                Respectfully submitted,

                MURPHY LAW FIRM, LLC

                s/*Peyton P. Murphy*
                PEYTON P. MURPHY (LA # 22125)
                2354 S. Acadian Thruway
                Baton Rouge, LA  70808
                Telephone: (225) 928-8800
                Facsimile: (225) 246-8780
                Email: peyton@murphylawfirm.com

                s/*Todd C. Comeaux*
                TODD C. COMEAUX (LA # 23453)
                2354 S. Acadian Thruway, Suite C
                Baton Rouge, LA  70808
                Telephone: (225) 706-9000
                Facsimile: (225) 706-9001
                Email: tc@comeauxlawfirm.com

                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                /s/ *Peyton P. Murphy*
                **PEYTON P. MURPHY**