# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Janie Harrison*                                                                                           *2:16-cv-09005*

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Nakeisha Stevens, surviving daughter of Janie Harrison, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.

UNITED STATES DISTRICT JUDGE

Dated: July 30, 2019

                Respectfully submitted,

                MURPHY LAW FIRM, LLC

                s/*Peyton P. Murphy*
                PEYTON P. MURPHY (LA # 22125)
                2354 S. Acadian Thruway
                Baton Rouge, LA  70808
                Telephone: (225) 928-8800
                Facsimile: (225) 246-8780
                Email: peyton@murphylawfirm.com

                s/*Todd C. Comeaux*
                TODD C. COMEAUX (LA # 23453)
                2354 S. Acadian Thruway, Suite C
                Baton Rouge, LA  70808
                Telephone: (225) 706-9000
                Facsimile: (225) 706-9001
                Email: tc@comeauxlawfirm.com

                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                /s/ *Peyton P. Murphy*
              **PEYTON P. MURPHY**