# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Janie Harrison*                                                                                                       2:16-cv-09005

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **JANIE HARRISON** on June 15, 2019.

Dated: July 30, 2019

                                                            Respectfully submitted,

                                                            MURPHY LAW FIRM, LLC

                                                             s/*Peyton P. Murphy*
                                                             PEYTON P. MURPHY (LA # 22125)
                                                             2354 S. Acadian Thruway
                                                             Baton Rouge, LA  70808
                                                             Telephone: (225) 928-8800
                                                             Facsimile: (225) 246-8780
                                                             Email: peyton@murphylawfirm.com

                                                             s/*Todd C. Comeaux*
                                                             TODD C. COMEAUX (LA # 23453)
                                                             2354 S. Acadian Thruway, Suite C
                                                             Baton Rouge, LA  70808
                                                             Telephone: (225) 706-9000
                                                             Facsimile: (225) 706-9001
                                                             Email: tc@comeauxlawfirm.com

                                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**