**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Olin Howard*                                                                                                                   *2:16-cv-09011*

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Marianna Howard, surviving daughter of Olin Howard, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.


_____
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2019

        Respectfully submitted,

        MURPHY LAW FIRM, LLC

        s/*Peyton P. Murphy*
        PEYTON P. MURPHY (LA # 22125)
        2354 S. Acadian Thruway
        Baton Rouge, LA 70808
        Telephone: (225) 928-8800
        Facsimile: (225) 246-8780
        Email: peyton@murphylawfirm.com

        s/*Todd C. Comeaux*
        TODD C. COMEAUX (LA # 23453)
        2354 S. Acadian Thruway, Suite C
        Baton Rouge, LA 70808
        Telephone: (225) 706-9000
        Facsimile: (225) 706-9001
        Email: tc@comeauxlawfirm.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

        */s/ Peyton P. Murphy*
        **PEYTON P. MURPHY**