UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gailya Katschke*                                                                                   2:16-cv-14908

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **PAULA POTTER**, surviving daughter of Plaintiff-Decedent **GAILYA KATSCHKE**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased mother, **GAILYA KATSCHKE**.

1. Plaintiff, **GAILYA KATSCHKE**, filed a products liability lawsuit against Defendants on September 23, 2016.

2. Subsequently, Plaintiff's Counsel learned that **GAILYA KATSCHKE** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on July 30, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: July 30, 2019

                              Respectfully submitted,

                              MURPHY LAW FIRM, LLC

                              s/*Peyton P. Murphy*
                              PEYTON P. MURPHY (LA # 22125)
                              2354 S. Acadian Thruway
                              Baton Rouge, LA  70808
                              Telephone: (225) 928-8800
                              Facsimile: (225) 246-8780
                              Email: peyton@murphylawfirm.com

                              s/*Todd C. Comeaux*
                              TODD C. COMEAUX (LA # 23453)
                              2354 S. Acadian Thruway, Suite C
                              Baton Rouge, LA  70808
                              Telephone: (225) 706-9000
                              Facsimile: (225) 706-9001
                              Email: tc@comeauxlawfirm.com

                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                              /s/ *Peyton P. Murphy*
                             **PEYTON P. MURPHY**