# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |

*Lillian Ludwig*                                          *2:16-cv-16496*

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **LILLIAN LUDWIG** on February 17, 2019.

Dated: July 30, 2019

                                       Respectfully submitted,

                                       MURPHY LAW FIRM, LLC

                                       s/*Peyton P. Murphy*
                                       PEYTON P. MURPHY (LA # 22125)
                                       2354 S. Acadian Thruway
                                       Baton Rouge, LA 70808
                                       Telephone: (225) 928-8800
                                       Facsimile: (225) 246-8780
                                       Email: peyton@murphylawfirm.com

                                       s/*Todd C. Comeaux*
                                       TODD C. COMEAUX (LA # 23453)
                                       2354 S. Acadian Thruway, Suite C
                                       Baton Rouge, LA 70808
                                       Telephone: (225) 706-9000
                                       Facsimile: (225) 706-9001
                                       Email: tc@comeauxlawfirm.com

                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**
