UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nancy Zimmerman*                                                                                                     *2:16-cv-09248*

## ORDER

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Cathy Alford, surviving daughter of Nancy Zimmerman, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201\_\_\_.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2019

          Respectfully submitted,

          MURPHY LAW FIRM, LLC

          s/*Peyton P. Murphy*
          PEYTON P. MURPHY (LA # 22125)
          2354 S. Acadian Thruway
          Baton Rouge, LA  70808
          Telephone: (225) 928-8800
          Facsimile: (225) 246-8780
          Email: peyton@murphylawfirm.com

          s/*Todd C. Comeaux*
          TODD C. COMEAUX (LA # 23453)
          2354 S. Acadian Thruway, Suite C
          Baton Rouge, LA  70808
          Telephone: (225) 706-9000
          Facsimile: (225) 706-9001
          Email: tc@comeauxlawfirm.com

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on July 30, 2019, I electronically filed the foregoing *Motion to Substitute Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

          /s/ *Peyton P. Murphy*
          **PEYTON P. MURPHY**