UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: __Joanna Braida__ Civil Action No: __2:17-cv-06207__ | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## STIPULTION OF DIMISSSAL WITH PREJUDICE

IT IS HEREBY SITPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff(s) in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **O'CONNOR, ACCIANI & LEVY, LPA** | **DRINKER BIDDLE & REATH LLP** |
| By: */s/ Barry D. Levy* | By: */s/ Susan M. Sharko* |
| Barry D. Levy - OH Reg: 0018986 | Susan M. Sharko |
| 600 Vine Street, Ste 1600 | 600 Campus Dr |
| Cincinnati, OH 45202 | Florham Park, NJ 07932 |
| Telephone: 513-241-7111 | Telephone: 973-549-7000 |
| BDL@OAL-LAW.COM | Susan.sharko@dbr.com |
| *Attorney for Plaintiff(s)* | *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC* |
| Dated: July 30, 2019 | |
| | Dated: July 30, 2019 |
| | **ARNOLD & PORTER KAYE SCHOLER LLP \\** |
| | By: */s/Andrew K. Solow* |
| | Andrew K. Solow |
| | 250 West 55th Street |
| | New York, New York 10019-9710 |
| | Telephone: (212) 836-8000 |
| | William Hoffman |
| | 601 Massachusetts Ave. |

        NW Washington, D.C. 20001
Telephone: (202) 942-5000
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

Dated: July 30, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ Kim E. Moore*
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

Dated: July 30, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ Barry D. Levy*
        *Attorney for Plaintiff(s)*