# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 |
| | | SECTION:  L |
| THIS DOCUMENT RELATES TO: | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |
| *Emily Craft  v. Janssen Research & Development, LLC, et al.,* 2:16-CV-14708 (ED. La.) | | SUGGESTION OF DEATH |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of Plaintiff Emily Craft on May 8, 2018.  Counsel respectfully informs this Honorable Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Emily Craft.

Dated: July 30, 2019               Respectfully submitted,

            */s/ Gregory Zarzaur*
            Gregory Zarzaur (ASB-0759-E45Z)
            ZARZAUR
            2332 2nd Avenue North
            Birmingham, Alabama 35203
            T: 205.983.7985
            F: 888.505.0523
            E: gregory@zarzaur.com

            *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2019, a copy of the foregoing Plaintiff's Notice and Suggestion of Death was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Gregory Zarzaur*
OF COUNSEL