UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | | |
| | | MAGISTRATE JUDGE NORTH |
| *Emily Craft v. Janssen Research & Development, LLC, et al.*, 2:16-CV-14708 (E.D. La.) | | MOTION TO SUBSTITUTE |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Pursuant to Fed. R. Civ. P. 25(a)(1) the undersigned counsel moves this Honorable Court to enter an order substituting Isaiah Craft on behalf of his deceased wife, Plaintiff Emily Craft. As grounds in support of this motion, the undersigned states the following:

1. Emily Craft filed her lawsuit on September 15, 2016, which presently is administered via MDL No. 2592.

2. On or about May 8, 2018, Plaintiff Emily Craft died.

3. Plaintiff's counsel was recently notified of her death and of her court appointed representative's interest in continuing this lawsuit.

4. A Suggestion of Death was submitted to this Honorable Court on July 30th, 2019. *See* Ex. 1, ECF No. 14442, Notice and Suggestion of Death.

5. Emily Craft's lawsuit, presently being adjudicated through this Court survived her death and her claims were not extinguished by her death.

6. The decedent's husband, Isaiah Craft, is the proper party to substitute for Decedent-Plaintiff Emily Craft and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1), which states: "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

7. Plaintiff's counsel has conferred with defense counsel in this case and this Motion for Substitution of Plaintiff is unopposed.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant the Plaintiff's Motion to Substitute Party Plaintiff and substitute Isaiah Craft, as surviving spouse and the Executor of the Estate of Emily Craft, for the current Plaintiff Emily Craft.

Dated: July 30, 2019       Respectfully submitted,

*/s/ Gregory Zarzaur*
Gregory Zarzaur (ASB-0759-E45Z)
ZARZAUR
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205.983.7985
F: 888.505.0523
E: gregory@zarzaur.com

*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 30, 2019, a copy of the foregoing Plaintiffs' Motion to Substitute Party Plaintiff was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel for the parties listed on the Court's electronic filing receipt. Parties may access this filing through the Court's electronic case management system.

        */s/ Gregory Zarzaur*
        OF COUNSEL