## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Emily Craft v. Janssen Research & Development, LLC, et al.,* 2:16-CV-14708 (ED. La.) | | |

## [PROPOSED] ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Isaiah Craft's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDERED THAT:

1. Motion is GRANTED

2. Isaiah Craft, as surviving heir of Emily Craft, is substituted as the Plaintiff in this action.

New Orleans, Louisiana this the _____ day of _____, 2019.

_____
HONORABLE JUDGE FALLON
United States District Court Judge