UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION : SECTION L
:
: JUDGE: ELDON E. FALLON
: MAG. JUDGE MICHAEL NORTH
:

THIS DOCUMENT RELATES TO:  NOTICE AND SUGGESTION OF DEATH

LEROY LASHER,
Civil Action No. 2:17-cv-917

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Leroy Lasher on or about October 19, 2017.

Dated: July 30, 2019

Respectfully submitted,

BERTRAM & GRAF, L.L.C.

By: /s/ Benjamin A. Bertram
J. Scott Bertram (MO #23715)
Benjamin A. Bertram (MO #56945)
Blair Bertram Matyszczyk (MO #66067)

Bertram & Graf, L.L.C.
2345 Grand Blvd. Suite 1925
Kansas City, MO 64108
Phone: (816) 523-2205
Fax: (816) 523-8258
jsbertram@bertramgraf.com
benbertram@bertramgraf.com
blair@bertramgraf.com

*Attorneys for Plaintiff Leroy Lasher*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 30, 2019, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ Benjamin A. Bertram