UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>RUBY MCCLAIN | MDL No. 2592<br><br>**2:15-cv-01683**<br><br>SECTION L<br><br>JUDGE ELDON FALLON<br>MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Ruby McClain on or about November 12, 2017.

DATED: July 30, 2019.

Respectfully submitted,
ROBERT J. DEBRY & ASSOCIATES


By: /s/ Nancy A. Mismash
Nancy A. Mismash
Utah State Bar No. 6615
4252 South 700 East
Salt Lake City, UT 84107
Telephone: 801-262-8915
Facsimile: 801-262-8995
nmismsash@robertdebry.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


　　　　　　　　　　　　　　　　　/s/ Nancy A. Mismash