UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| THIS DOCUMENT RELATES TO: | **2:15-cv-04983** |
| | SECTION L |
| LEILANI K. SADLER, Individually and as the Personal Representative of the Estate of WILLIAM H. SADLER, | JUDGE ELDON FALLON MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** David Corisis, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 25 (a)(1), and with consent of all parties, hereby files this Motion to Substitute Plaintiff to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Leilani Sadler, passed away on May 14, 2018, as reported to the Court in the Suggestion of Death filed on May 10, 2019. On October 7, 2014 Lani K. Sadler created the Lani K Sadler Living Trust designating David Corisis as the successor Trustee, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute "David Corisis, Executor of the Estate of Leilani Sadler" as the named party in place of Leilani Sadler.

**WHEREFORE,** Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

DATED: July 30, 2019          Respectfully submitted,

By: /s/ Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
Nancy A. Mismash

Utah State Bar No. 6615
4252 South 700 East
Salt Lake City, UT  84107
Telephone: 801-262-8915
Facsimile: 801-262-8995
nmismsash@robertdebry.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2019, a complete copy of the foregoing has been

electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send

notification of such filing to all counsel of record.

 /s/ Nancy A. Mismash
Nancy A. Mismash
nmismsash@robertdebry.com