UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | 2:15-cv-04983 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION L |
| | ) | |
| LEILANI K. SADLER, | ) | JUDGE ELDON E. FALLON |
| Individually and as the Personal | ) | |
| Representative of the Estate of | ) | MAG. JUDGE NORTH |
| WILLIAM H. SADLER, | ) | |

**SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this

Court of the death of the Plaintiff **Leilani Sadler,** on May 14, 2018.

DATED: May 10, 2019

Respectfully submitted,

ROBERT J. DEBRY & ASSOCIATES

ATTORNEY FOR PLAINTIFF

By: /s/ Nancy A. Mismash
Nancy A. Mismash
Utah State Bar No. 6615
4252 South 700 East
Salt Lake City, UT  84107
Telephone: 801-262-8915
Facsimile: 801-262-8995
nmismsash@robertdebry.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically with the United

States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 10th

day of May, 2019, by way of the Court's CM/ECF System.

     /s/ Nancy A. Mismash

     Nancy A. Mismash

     nmismsash@robertdebry.com