UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | **2:15-cv-04983** |
| THIS DOCUMENT RELATES TO: | |
| | SECTION L |
| LEILANI K. SADLER, Individually and as the Personal Representative of the Estate of WILLIAM H. SADLER, | JUDGE ELDON FALLON MAG. JUDGE NORTH |

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED that the Plaintiff's Motion to Substitute Plaintiff is hereby

GRANTED, and that David Corisis, on behalf of his deceased mother-in-law, Lelaini Sadler, be

substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.


_____
Honorable Eldon E. Fallon
United States District Judge