EXHIBIT D-1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) )**MDL No. 2592** ) ) ) |
| THIS DOCUMENT RELATES TO: KENNETH ROWELL Civil Action No. 2:17-cv-10009 | **SECTION L** ) ) )**JUDGE ELDON E. FALLON** ) ) )**MAGISTRATE JUDGE NORTH** ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **ANASTOPOULO LAW FIRM** | **DRINKER BIDDLE & REATH LLP** |
| *s/ Matthew Nall* | By: /s/Susan M. Sharko |
| Matthew L. Nall, Esq. | Susan M. Sharko |
| 32 Ann Street | 600 Campus Dr. |
| Charleston SC 29403 | Florham Park, NJ 07932 |
| (843) 614-8888 | Telephone: (973) 549-7000 |
| matt@akimlawfirm.com | susan.sharko@dbr.com |

Attorneys for Plaintiff

July 30, 2019

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: __July 30__, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
  Andrew K. Solow
  250 West 55th Street
  New York, New York 10019-9710
  Telephone: (212) 836-8000
  Facsimile: (212) 836-8689
  William Hoffman
  601 Massachusetts Ave., NW
  Washington, D.C. 20001
  Telephone: (202) 942-5000
  Facsimile: (202) 942-5999
  andrew.solow@arnoldporter.com
  william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: __July 30__, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
  Kim E. Moore
  400 Poydras St., Ste, 2700
  New Orleans, LA 70130
  Telephone: (504) 310-2100
  kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: __July 30__, 2019

EXHIBIT D-1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on ___July 30___, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/   *Matthew Nall*