EXHIBIT D-1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) **MDL No. 2592** ) ) ) |
| THIS DOCUMENT RELATES TO: MARTHA JOHNSON, Personal Representative for the Estate of Robert Johnson Civil Action No. 2:17-cv-10010 | **SECTION L** ) ) ) **JUDGE ELDON E. FALLON** ) ) ) **MAGISTRATE JUDGE NORTH** ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **ANASTOPOULO LAW FIRM** | **DRINKER BIDDLE & REATH LLP** |
| *s/ Matthew Nall* | By: /s/Susan M. Sharko |
| Matthew L. Nall, Esq. | Susan M. Sharko |
| 32 Ann Street | 600 Campus Dr. |
| Charleston SC 29403 | Florham Park, NJ 07932 |
| (843) 614-8888 | Telephone: (973) 549-7000 |
| matt@akimlawfirm.com | susan.sharko@dbr.com |

Attorneys for Plaintiff

July 30, 2019

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: __July 30__, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew K. Solow
　Andrew K. Solow
　250 West 55th Street
　New York, New York 10019-9710
　Telephone: (212) 836-8000
　Facsimile: (212) 836-8689
　William Hoffman
　601 Massachusetts Ave., NW
　Washington, D.C. 20001
　Telephone: (202) 942-5000
　Facsimile: (202) 942-5999
　andrew.solow@arnoldporter.com
　william.hoffman@arnoldporter.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: __July 30__, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ Kim E. Moore
　Kim E. Moore
　400 Poydras St., Ste, 2700
　New Orleans, LA 70130
　Telephone: (504) 310-2100
　kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: __July 30__, 2019

-2-

EXHIBIT D-1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on    July 30   , 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/   *Matthew Nall*