UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John Hofer, Individually and as the Personal Representative of the Estate of Jo Ann Hofer v. Janssen Research & Development, LLC. et al.*

INDIVIDUAL CIVIL ACTION: 2:16-cv-16428

## MOTION FOR SUBSTITUTION OF THE PROPERTY PARTY

Plaintiff, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rules of Civil Procedure 25(a)(1). Theresa Grejdus, the daughter of John Hofer, is the Power of Attorney for John Hofer. The Power of Attorney includes the right over claims and litigation. For the foregoing reasons shown, Plaintiff respectfully requests this Court to grant Plaintiff's motion and substitute Theresa Grejdus as Power of Attorney for John Hofer, who is the current Plaintiff

DATED: July 30, 2019    Respectfully submitted,

    By: /s/ Nancy A. Mismash
    ROBERT J. DEBRY & ASSOCIATES
    Nancy A. Mismash
    Utah State Bar No. 6615
    4252 South 700 East
    Salt Lake City, UT  84107
    Telephone: 801-262-8915
    Facsimile: 801-262-8995
    nmismsash@robertdebry.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ Nancy A. Mismash
Nancy A. Mismash
Utah State Bar No. 6615
4252 South 700 East
Salt Lake City, UT  84107
Telephone: 801-262-8915
Facsimile: 801-262-8995
nmismsash@robertdebry.com
*Attorney for Plaintiff*

2