# EXHIBIT A

## DURABLE GENERAL POWER OF ATTORNEY

### NOTICE

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

THIS POWER OF ATTORNEY DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS, BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THESE POWERS OR YOU REVOKE THESE POWERS OR A COURT ACTING ON YOUR BEHALF TERMINATES YOUR AGENT'S AUTHORITY.

YOUR AGENT MUST KEEP YOUR FUNDS SEPARATE FROM YOUR AGENT'S FUNDS.

A COURT CAN TAKE AWAY THE POWERS OF YOUR AGENT IF IT FINDS YOUR AGENT IS NOT ACTING PROPERLY.

THE POWERS AND DUTIES OF AN AGENT UNDER A POWER OF ATTORNEY ARE EXPLAINED MORE FULLY IN 20 PA.C.S. CH. 56.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER OF YOUR OWN CHOOSING TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.

Date: April 12, 2011     _____
(JOHN W. HOFER)

By this durable general power of attorney, I, JOHN W. HOFER, of 940 Limekiln Road, Limekiln, Exeter Township, Berks County, Pennsylvania, revoke any earlier powers of attorney relating to my property interests and financial affairs, and make, constitute and appoint my wife, JoANN E. HOFER, and my daughter, THERESA L. GREJDUS, of Exeter, Berks County, Pennsylvania, individually and not jointly, so either one of them may act alone, on one signature only, as my true and lawful agent, for me and in my name and on my behalf to do everything that I could do if personally present and able, including but not limited to the powers:

To take custody of and control all my assets, real and personal, wherever situated;
To collect any principal, income, payments, or debts due me;
To engage in real property transactions;
To engage in tangible personal property transactions;

- To pay over income and principal to me from time to time, or to apply them for my benefit;
- To engage in stock, bond, and other securities transactions;
- To engage in commodity and option transactions;
- To engage in banking and financial transactions;
- To borrow money;
- To engage in insurance transactions;
- To engage in retirement plan transactions;
- To handle interests in estates and trusts;
- To pursue claims and litigation;
- To receive government benefits;
- To pursue tax matters;
- To enter safe deposit boxes;
- To make additions to an existing trust for my benefit;
- To claim an elective share of the estate of my deceased spouse;
- To disclaim any interest in property;
- To renounce fiduciary positions;
- To withdraw and receive the income or corpus of a trust;
- To make limited gifts;
- To create a trust for my benefit;
- To authorize my admission to a medical, nursing, residential or similar facility and to enter into agreements for my care;
- To authorize medical and surgical procedures;
- To follow my instructions set forth in a declaration concerning medical treatment if I should be in a terminal condition or in a state of permanent unconsciousness; and
- To serve as my personal representative for all purposes of the Health Insurance Portability and Accountability Act of 1996 (Pub. L. 104-91), 45 CFR Section 160 through 164. Unless I have expressly provided otherwise, I consent to and direct covered entities to provide my protected health information to my agent and my successor agents as designated in this Power Attorney. The authorization and consent to disclosure set forth in this paragraph shall apply whether or not I have or lack the capacity to make or communicate health-care decisions for myself.

THIS POWER OF ATTORNEY SHALL BECOME EFFECTIVE IMMEDIATELY AND SHALL NOT BE AFFECTED BY MY SUBSEQUENT DISABILITY OR INCAPACITY OR BY LAPSE OF TIME.

This power of attorney shall be governed by and construed according to the laws of Pennsylvania, including Chapter 56 of the Probate, Estates and Fiduciaries Code of Pennsylvania.

IN WITNESS WHEREOF, I have signed this instrument on this date: _April 12_, 2011.

Witness: _[signature]_

_[signature]_ (JOHN W. HOFER)

317289.1/WFC/3/23/2011

2

COMMONWEALTH OF PENNSYLVANIA    )
                                ) SS:
COUNTY OF BERKS                 )

On this, the 12th day of April, 2011, before me, a Notary Public in and for the Commonwealth and County aforesaid, the undersigned officer, personally appeared William F. Colby, Jr., Esquire, Attorney I.D. #46880 known to me (or satisfactorily proven) to be a member of the bar of the highest Court of said Commonwealth and a subscribing witness to the within instrument, and certified that he was personally present when JOHN W. HOFER, whose name is subscribed to the within instrument, executed the same, and that said person acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY C. KURTZ, NOTARY PUBLIC
CITY OF READING, BERKS COUNTY
MY COMMISSION EXPIRES JULY 14, 2011

317289.1/WFC/3/23/2011

3

## ACKNOWLEDGMENT OF AGENT

I, JoANN E. HOFER, have read the attached power of attorney signed by JOHN W. HOFER (the "principal") and dated _April 12_, 2011, and am the person identified as the agent for the principal. I hereby acknowledge that in the absence of a specific provision to the contrary in the power of attorney or in 20 Pa.C.S. when I act as agent:

    I shall exercise the powers for the benefit of the principal.

    I shall keep the assets of the principal separate from my assets.

    I shall exercise reasonable caution and prudence.

    I shall keep a full and accurate record of all actions, receipts and disbursements on behalf of the principal.

Date: _April 12_, 2011        _/s/ JoAnn E. Hofer_
                                                  JoANN E. HOFER

## ACKNOWLEDGMENT OF AGENT

I, THERESA L. GREJDUS, have read the attached power of attorney signed by JOHN W. HOFER (the "principal") and dated April 12, 2011, and am the person identified as the agent for the principal. I hereby acknowledge that in the absence of a specific provision to the contrary in the power of attorney or in 20 Pa.C.S. when I act as agent:

I shall exercise the powers for the benefit of the principal.

I shall keep the assets of the principal separate from my assets.

I shall exercise reasonable caution and prudence.

I shall keep a full and accurate record of all actions, receipts and disbursements on behalf of the principal.

Date: April 12, 2011          _____
                              THERESA L. GREJDUS