UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )  MDL No. 2592 )  )  2:16-cv-16428 ) |
| THIS DOCUMENT RELATES TO: | )  SECTION L ) |
| JOHN HOFER, Individually and as the Personal Representative of the Estate of JO ANN HOFER | )  )  )  JUDGE ELDON E. FALLON )  MAG. JUDGE NORTH ) |

## **ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of the Proper Party as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Theresa Grejdus, daughter and Power of Attorney for John Hofer, is substituted for Plaintiff John Hofer, as the proper party plaintiff in the above captioned case.

Dated: _____

                                                                                            Honorable Eldon E. Fallon
                                                                                            United States District Judge