UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION:  L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | JUDGE ELDON E. FALLON |
| Robert O. Lopez      2:18-cv-08671 | ) | |
| _____ | ) | MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel

hereby informs this Court of the death of the Plaintiff, **Robert O. Lopez** on March

13, 2017.


        Dated: July 30, 2019

                                        Respectfully submitted,

                                        VAN WEY, PRESBY & WILLIAMS, PLLC

                                        ATTORNEY FOR PLAINTIFF

                                        By: /s/ Ellen A. Presby
                                              Ellen A. Presby
                                              Texas State Bar No. 16249600

                                        12720 Hillcrest Road, Suite 600
                                        Dallas, Texas 75230
                                        214-329-1350 Telephone
                                        800-582-1042 Facsimile
                                        ellen@vwpwlaw.com


**SUGGESTION OF DEATH**                                        **PAGE 1**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 30th day of July, 2019, by way of the Court's CM/ECF System.


/s/ Ellen A. Presby
Ellen A. Presby
ellen@vwpwlaw.com