UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION:  L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | JUDGE ELDON E. FALLON |
| Robert O. Lopez    2:18-cv-08671 | ) | |
| _____ | ) | MAG. JUDGE NORTH |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **JOSEPH LOPEZ**, surviving Son of Plaintiff-Decedent **ROBERT O. LOPEZ**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself as Plaintiff on behalf of his deceased father, **ROBERT O. LOPEZ**.

1. Plaintiffs, **ROBERT O. LOPEZ**, filed a products liability lawsuit against Defendants on September 17, 2018.

2. Subsequently, Plaintiff's Counsel learned that **ROBERT O. LOPEZ** died.

3. Plaintiff-Decedent's product liability action against Defendants survived his death and was not extinguished.

4. Counsel filed a Suggestion of Death on July 30, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action

**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**                    **PAGE 1**

Dated: July 30, 2019

Respectfully submitted,

VAN WEY, PRESBY & WILLIAMS, PLLC

ATTORNEY FOR PLAINTIFF

By: /s/ Ellen A. Presby
      Ellen A. Presby
      Texas State Bar No. 16249600

12720 Hillcrest Road, Suite 600
Dallas, Texas 75230
214-329-1350 Telephone
800-582-1042 Facsimile
ellen@vwpwlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 30th day of July, 2019, by way of the Court's CM/ECF System.

/s/ Ellen A. Presby
Ellen A. Presby
ellen@vwpwlaw.com

**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**            **PAGE 2**