UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE ELDON E. FALLON |
| Robert O. Lopez    2:18-cv-08671 _____ | ) ) | MAG. JUDGE NORTH |

### SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **Robert O. Lopez** on March 13, 2017.

Dated: July 30, 2019

Respectfully submitted,

VAN WEY, PRESBY & WILLIAMS, PLLC

ATTORNEY FOR PLAINTIFF

By: /s/ Ellen A. Presby
    Ellen A. Presby
    Texas State Bar No. 16249600

12720 Hillcrest Road, Suite 600
Dallas, Texas 75230
214-329-1350 Telephone
800-582-1042 Facsimile
ellen@vwpwlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 30th day of July, 2019, by way of the Court's CM/ECF System.

                            /s/ Ellen A. Presby
                            Ellen A. Presby
                            ellen@vwpwlaw.com