UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | |
| Robert O. Lopez        2:18-cv-08671 | ) ) | JUDGE ELDON E. FALLON |
| _____ | ) | MAG. JUDGE NORTH |

**<u>ORDER</u>**

IT IS ORDERED that the Motion to Substitute Party Plaintiff, filed by Joseph Lopez, surviving son of Robert O. Lopez, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this _____ day of _____, 201___.


_____
UNITED STATES DISTRICT JUDGE


**ORDER ON MOTION TO SUBSTITUE PARTY PLAINTIFF**                    **SOLO PAGE**