# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| JESSIE JAMES HILTON, AS INDEPENDENT EXECUTOR OF THE ESTATE OF SHIRLEY MAY HILTON | ) ) ) ) | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| **Civil Action No. 2:15-cv-6950** | ) ) | |

## EX PARTE MOTION TO WITHDRAW DOCUMENTS

Counsel for the above-referenced Plaintiff move *ex parte* for this Court's order withdrawing the document identified below. Counsel believed in error that a file-stamped copy of this Plaintiff's stipulation for dismissal was required to be submitted with this Plaintiff's Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiff respectfully requests that the following document be withdrawn from the Court's docket:

Doc No. 13782    *filed June 18, 2019*    Civil Action No. 2:15-cv-6950

Wherefore, Plaintiff moves for the issuance of this Court's Order withdrawing the document identified above from the Court's docket.

Dated July 30, 2019

1

Respectfully submitted,

**ROBERTS & ROBERTS**

By: */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email:justin@robertslawfirm.com
RANDELL C. ROBERTS
Texas Bar No. 17076490
Email: randy@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, TX 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600

***Attorneys for Plaintiffs***