# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| JESSIE JAMES HILTON, AS INDEPENDENT EXECUTOR OF THE ESTATE OF SHIRLEY MAY HILTON | ) ) ) ) | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| **Civil Action No. 2:15-cv-6950** | ) | |

## ORDER

This matter comes before the Court on the plaintiff's Ex Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following document shall be withdrawn from the docket.**

Doc No. 13782     *filed June 18, 2019*          Civil Action No. 2:15-cv-6950

Dated: _____, 2019          _____
                                                                                Eldon E. Fallon
                                                                                United States District Judge

1