UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>RUBY MCCLAIN | MDL No. 2592<br><br>**2:15-cv-01683**<br><br>SECTION L<br><br>JUDGE ELDON FALLON<br>MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** Charles McClain, the surviving spouse of deceased Plaintiff, Ruby McClain, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 25(a)(1), for an order substituting himself as Plaintiff on behalf of his deceased wife, Ruby McClain.

1. Plaintiff Ruby McClain filed a products liability lawsuit against Defendants on May 19, 2015.

2. Subsequently, Plaintiff's Counsel learned Ruby McClain died.

3. Deceased Plaintiff product liability action against Defendant survived her death and was not extinguished;

4. Counsel filed a Suggestion of Death on July 30, 2019.

**WHEREFORE,** counsel for Plaintiff requests that this Court Substitute Charles McClain for deceased Plaintiff Ruby McClain in this action.

DATED: July 30, 2019        Respectfully submitted,

By: /s/ Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
Nancy A. Mismash
Utah State Bar No. 6615
4252 South 700 East

Salt Lake City, UT  84107
Telephone: 801-262-8915
Facsimile: 801-262-8995
nmismsash@robertdebry.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

 /s/ Nancy A. Mismash
Nancy A. Mismash
nmismsash@robertdebry.com