UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>2:15-cv-01683<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| RUBY MCCLAIN, | | |

## **ORDER**

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Charles McClain, on behalf of his deceased wife, Ruby McClain, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2019.

 

Honorable Eldon E. Fallon
United States District Judge

1