UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          JURY TRIAL DEMANDED

ANNA ARNDT, SURVIVING SPOUSE OF BRUCE J. ARNDT
CA# 2:16-cv-05886

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Anna Arndt, Surviving Spouse of Bruce J. Arndt, and hereby moves to dismiss this cause with prejudice.

WHEREFORE, based on the foregoing, Plaintiff requests that the Court grant the voluntary dismissal of Plaintiff's actions with prejudice against all parties.

Dated: July 30 , 2019

Respectfully submitted,

VAN WEY LAW, PLLC

ATTORNEY FOR PLAINTIFFS

By: /s/ Kay L. Van Wey
Kay L. Van Wey
Texas State Bar No. 20461950

12720 Hillcrest Road, Suite 600
Dallas, Texas 75230
214-329-1350 Telephone
800-582-1042 Facsimile

courtfilings@vanweylaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 30th day of July, 2019, by way of the Court's CM/ECF System.

/s/ Kay L. Van Wey
Kay L. Van Wey

AGREED:

Anna Arndt
Surviving Spouse of Bruce Arndt