UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| **KELLI ICKES**, | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No: 19-CV-6541 |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, KELLI ICKES, by and through her undersigned counsel, and pursuant to **F.R.C.P. 41(a)(1)(a)(i)**, hereby voluntarily dismisses her Complaint and any and all claims arising out of the incident complained of as to all Defendants in this matter without prejudice and without costs or fees to any party. Plaintiff filed her individual member lawsuit on April 1, 2019, **but has not yet served process on any of the Defendants**, although Plaintiff is still within the deadline to serve process pursuant to MDL 2592 Pre-Trial Order No. 32. The

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1

Defendants have consequently not served an answer to Plaintiff's Complaint or otherwise appeared in her individual member action. Plaintiff is therefore entitled to voluntarily dismiss her Complaint under the established provisions of F.R.C.P. 41(a)(1)(a)(i), and respectfully requests such relief from the Court. A proposed order of dismissal is attached herewith.

Dated: July 30, 2019.

By: /s/ Wes S. Larsen
Wes S. Larsen (Idaho State Bar #9134)
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net
Attorneys for Plaintiff Kelli Ickes

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL 2592 member cases.

Date: July 30, 2019

Respectfully submitted,

/s/ Wes S. Larsen