# IN THE
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| **KELLI ICKES**, | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No: 19-CV-6541 |
| Defendants. | |

THIS MATTER having come before this Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice (MDL 2592 Docket No. _____), the Court having reviewed the Notice, Court records, and files, and being otherwise fully advised;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above matter be dismissed without prejudice and that all parties shall be solely and separately responsible for their own respective attorney's fees and costs.

Dated this \_\_\_\_ day of _____, 2019.

_____
United States District Judge