UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

This documents Relates to:
*MARILYN PLUMMER, individually, v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-17644*

NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff MARILYN PLUMMER.

.

Date: July 31, 2019                                    **Respectfully submitted,**


                                                       /s/Patrick A. Salvi, II_____


Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone: (312) 372-1227
Facsimile: (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE  OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: July 31, 2019                                    **Respectfully submitted,**


                                                       /s/Patrick A. Salvi, II_____

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone:  (312) 372-1227
Facsimile:  (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**