## STATE OF MINNESOTA
### CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH

STATE FILE NUMBER          2018-MN-024147

| | |
|---|---|
| DECEDENT | MARILYN JEANNE PLUMMER |
| LAST NAME BEFORE FIRST MARRIAGE | BEATTY |
| ALSO KNOWN AS | |
| SOCIAL SECURITY NUMBER | 474 - 26 - 7397 |
| SEX | FEMALE |
| BORN | JULY 02, 1931 |
| PLACE OF BIRTH | COOK          MINNESOTA |

| | |
|---|---|
| DATE OF DEATH | JULY 15, 2018 |
| PLACE OF DEATH | FAIRVIEW - SOUTHDALE HOSPITAL |
| | EDINA     HENNEPIN     MINNESOTA |
| MARITAL STATUS | MARRIED |
| SPOUSE | RICHARD |
| LAST NAME BEFORE FIRST MARRIAGE | PLUMMER |
| RESIDENCE | BURNSVILLE     DAKOTA     MINNESOTA |
| PARENT | SADIE ANDERSON |
| PARENT | FRED BEATTY |
| FUNERAL HOME | CRESCENT TIDE LLC |
| DISPOSITION | CREMATION |

| | |
|---|---|
| CAUSE OF DEATH IMMEDIATE | ACUTE ON CHRONIC SYSTOLIC CHF EXACERBATION. |
| UNDERLYING | COMMUNITY ACQUIRE PNEUMONIA |
| | ACUTE HYPOXIC RESPIRATORY FAILURE. |
| | BIVENTRICULAR HEART FAILURE WITH EF 30% |
| OTHER CONTRIBUTING CONDITIONS | AVR, CAD WITH CABG X 2V, HTN, PERNICIOUS ANEMIA. |
| MANNER | NATURAL |
| MEDICAL CERTIFIER | AHMED A OMAR, M.D. |
| | 10042 HONEYSUCKLE AVE N, BROOKLYN PARK, MINNESOTA, 55443 |

THIS RECORD HAS NOT BEEN AMENDED

THIS IS A TRUE AND CORRECT RECORD OF DEATH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
11370988

FILED:  JULY 17, 2018

*Molly Mulcahy Crawford*
Molly Mulcahy Crawford
STATE REGISTRAR



27A-001396888

ISSUED: JULY 19, 2018          HENNEPIN COUNTY SERVICE CENTER-GC

THIS CERTIFICATE IS VALID ONLY WHEN PRINTED ON OFFICIAL WATERMARKED SECURITY PAPER WITH A SECURITY THREAD AND STATE SEAL OF MINNESOTA.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

EXHIBIT

A

tabbies