UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

This documents Relates to:
*MARILYN PLUMMER, individually, v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-17644*

ORDER

The Court, after considering the Plaintiff s Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff JAMES PLUMMER, on behalf of the Estate of MARILYN PLUMMER, deceased, is substituted for Plaintiff MARILYN PLUMMER, individually, in the above captioned cause.

Dated: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge