## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| This Document relates to: Melody Ann Schmidt v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-00278 | | JURY TRIAL DEMANDED |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Melody Ann Schmidt.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Tina Stephan, who is the daughter and surviving heir of Melody Ann Schmidt.

Dated:  July 31, 2019

                                          Respectfully submitted,

                                          By:  */s/ Ethan L. Shaw*
                                                  Ethan L. Shaw
                                                  John P. Cowart
                                                  SHAW COWART, L.L.P.
                                                  1609 Shoal Creek Boulevard
                                                  Suite 100
                                                  Austin, Texas  78701
                                                  Telephone:  (512) 499-8900
                                                  Facsimile:  (512) 320-8906
                                                  elshaw@shawcowart.com
                                                  jcowart@shawcowart.com

                                                  *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Ethan L. Shaw*