UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE: MICHAEL NORTH |
| *Claudia Hensley v. Janssen Research and Development, LLC et al. 2:17-cv-00604* | |

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Claudia Hensley.

Dated: July 31, 2019.

        Respectfully submitted,

        **REICH & BINSTOCK, LLP**

        By: /s/ Robert J. Binstock
        Robert J. Binstock
        State Bar No. 02328350
        E-mail: bbinstock@reichandbinstock.com
        4265 San Felipe, Suite 1000
        Houston, Texas 77027
        Telephone: (713) 622-7271
        Facsimile: (713) 623-8724

        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on July 31, 2019.

                                               By: /s/ Robert J. Binstock
                                                    Robert J. Binstock