**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br>*Claudia Hensley v. Janssen Research and Development, LLC et al. 2:17-cv-00604* | |

## MOTION TO SUBSTITUE PARTY PLAINTIFF

COMES NOW counsel for Plaintiff Claudia Hensley, now deceased, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Claudia Hensley and as grounds therefore shows unto the court as follows:

1. Plaintiff Claudia Hensley, died on September 24, 2015.

2. A Notice and Suggestion of Death was filed with the Court on July 31, 2019.

3. On January 12, 2016, the Probate Court for Dona Ana County, New Mexico entered an Order appointing Thomas Hensley, Sr. as personal representative of her estate. A copy of the appointment is attached hereto and incorporated herein by reference as "Exhibit A."

4. Thomas Hensley, Sr., is authorized to pursue the claims of Claudia Hensley's estate and has agreed to be substituted as a party plaintiff in this action.

WHEREFORE, Thomas Hensley, Sr. respectfully requests that he be substituted as Plaintiff in the cause of action.

DATED: July 31, 2019.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: July 31, 2019.                                   /s/ Robert J. Binstock
                                                        Robert J. Binstock