**4B-107. Letters testamentary (will).**

STATE OF NEW MEXICO
IN THE PROBATE COURT
Dona Ana COUNTY

2016 JAN 12 AM 11:17
PROBATE COURT

No. 16-0005

IN THE MATTER OF THE ESTATE OF
Claudia M. Hewsley, DECEASED.
AKA Claudia Hewsley

### LETTERS TESTAMENTARY (WILL)[1]

TO WHOM IT MAY CONCERN:

Notice is now given that Thomas N. Hewsley SR (name of personal representative), has been appointed to serve as the personal representative of the estate of Claudia M. Hewsley AKA Claudia Hewsley and has qualified as the decedent's personal representative by filing with the court a statement of acceptance of the duties of that office.

The personal representative has all of the powers and authorities provided by law and specifically, by Section 45-3-715 NMSA 1978.

Issued this 12 day of January, 2016

_____
Clerk of the Probate Court

By: _____
Deputy Clerk

(Seal)

2016 JAN 12 AM 11: 17

Telephone number

PROBATE COURT

SIGNED AND SWORN TO before me this 12th day of JANUARY, 2016 by

THOMAS N HENSLEY SR


Notary Public

(Seal)

OFFICIAL SEAL
ANDREW OSTIC
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 3/23/18

My commission expires:

3/23/18

## USE NOTE

1. See Section 45-3-307 NMSA 1978 and Section 45-3-601 NMSA 1978 for acceptance of appointment of personal representative.

[Approved, effective September 15, 2000; as amended by Supreme Court Order No. 07-8300-05, effective March 1, 2007.]

2

ENDORSED COPY

Probate Judge

2016 JAN 12 AM 11: 17
PROBATE COURT

Submitted by:

*Thomas N Hensley*
Signature of applicant

Thomas N. Hensley SR
Printed name

2108 So. Copper ST.
Street address

Deming N.M. 88030
City, state and zip code

575-546-3010 (h)
575-544-7080 (c)
Telephone number

## USE NOTE

1. *See* Section 45-3-308 NMSA 1978 for proof and findings required prior to appointment of personal representative and Section 45-3-307 NMSA 1978 for informal appointment of personal representative.

[Approved, effective September 15, 2000; as amended by Supreme Court Order No. 07-8300-05, effective March 1, 2007.]

3



4B-105. Acceptance of appointment as personal representative (will) (no will).

STATE OF NEW MEXICO
IN THE PROBATE COURT
DONA ANA COUNTY

2016 JAN 12 AM 11: 17
PROBATE COURT

IN THE MATTER OF THE ESTATE OF
Claudia M Hensley, DECEASED.
AKA Claudia Hensley

No. 16-0005

## ACCEPTANCE OF APPOINTMENT AS PERSONAL REPRESENTATIVE (WILL) (NO WILL)[1]

STATE OF NEW MEXICO )
COUNTY OF Dona Ana )ss.
 )

I, Thomas N Hensley SR, accept the duties of personal representative of the Estate of Claudia M Hensley AKA Claudia Hensley (name of decedent), and agree to perform the duties of the office to the best of my abilities according to the law.

*Thomas N Hensley*
Signature of applicant

Thomas N. Hensley SR
Printed name

2108 So. Copper
Street address

Deming NM 88030
City, state and zip code
575-546-3010 (h)
575 544 7080 (c)



2016 JAN 12 AM 11: 17

PROBATE COURT  filing of the application to each person demanding notice, if any;

7. It appears from the application that this proceeding was commenced within the limitations prescribed by the laws of the State of New Mexico;

8. The applicant is an interested person as defined by law, and is not disqualified to serve as personal representative of the estate of the decedent;

9. From the statements in the application and from the contents of the will, the applicant has priority entitling applicant to be appointed as personal representative of the estate of the decedent;

10. According to the application, no other personal representative has been appointed in New Mexico or in any other state.

THEREFORE, THIS COURT ORDERS that:

A. The application is granted;

B. The will of the decedent is informally probated;

C. The applicant __Thomas N. Hensley SR__ (name of applicant) is informally appointed as the personal representative of the estate of the decedent, without bond, in an unsupervised administration;

D. Letters Testamentary shall be issued to applicant upon applicant's acceptance of the office of personal representative.

*[signature]*

2 Diana A. Bustamante, Ph.D.
Doña Ana County Probate Judge