UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ardell Willis v. Janssen Research & Development LLC et al.,
CA# 2:19-cv-00276-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Deja Smith on behalf of her deceased father, Ardell Willis.

1. Ardell Willis filed a products liability lawsuit against defendants on January 14, 2019.

2. Subsequently, plaintiff's counsel learned that Ardell Willis died.

3. Ardell Willis's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on July 31, 2019, attached hereto as Exhibit A.

5. Deja Smith, surviving daughter and next of kin of Ardell Willis, is a proper party to substitute for plaintiff-decedent Ardell Willis and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed.R.Civ.P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: July 31, 2019                     Respectfully submitted,

                                        /s/ Amanda K. Klevorn
                                        Korey A. Nelson (LA #30002)
                                        Amanda K. Klevorn (LA #35193)
                                        **BURNS CHAREST LLP**
                                        365 Canal Street, Suite 1170
                                        New Orleans, Louisiana 70130
                                        T: 504.799.2845
                                        F: 504.881.1765
                                        E: aklevorn@burnscharest.com
                                           knelson@burnscharest.com

                                        **AND**

                                        Warren T. Burns (TX #24053119)
                                        Daniel H. Charest (TX #24057803)
                                        **BURNS CHAREST LLP**
                                        500 North Akard Street, Suite 2810
                                        Dallas, Texas 75201
                                        T: 469.904.4551
                                        F: 469.444.5002
                                        E: wburns@burnscharest.com
                                           dcharest@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ Amanda K. Klevorn
                                        Amanda K. Klevorn (LA #35193)