UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ardell Willis v. Janssen Research & Development LLC et al.,
CA# 2:19-cv-00276-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Deja Smith, as the surviving daughter and next of kin of Ardell Willis, is substituted for Plaintiff Ardell Willis in the above captioned cause.

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge