UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

James O. Taylor v. Janssen Research & Development LLC et al.,
CA# 2:18-cv-04618-EEF-MBN

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned Counsel for Plaintiff, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff James O. Taylor.

Date: July 31, 2019                         Respectfully submitted,

                                                                 */s/ Amanda K. Klevorn*
                                                                 Korey A. Nelson (LA #30002)
                                                                 Amanda K. Klevorn (LA #35193)
                                                                 **BURNS CHAREST LLP**
                                                                 365 Canal Street, Suite 1170
                                                                 New Orleans, Louisiana 70130
                                                                 T: 504.799.2845
                                                                 F: 504.881.1765
                                                                 E: aklevorn@burnscharest.com
                                                                    knelson@burnscharest.com

                                                                 **AND**

                                                                 Warren T. Burns (TX #24053119)
                                                                 Daniel H. Charest (TX #24057803)
                                                                 **BURNS CHAREST LLP**
                                                                 500 North Akard Street, Suite 2810
                                                                 Dallas, Texas 75201

T: 469.904.4551<br>
F: 469.444.5002<br>
E: wburns@burnscharest.com<br>
dcharest@burnscharest.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Amanda K. Klevorn*
Amanda K. Klevorn (LA #35193)