## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

James O. Taylor v. Janssen Research & Development
LLC et al.,
CA# 2:18-cv-04618-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Melanie Taylor, as the surviving spouse of James O. Taylor, is substituted for Plaintiff James O. Taylor in the above captioned cause.

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge