UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION
L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Richard Mandrake v. Janssen Research &
Development LLC et al.,
CA# 2:18-cv-02393-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this

Court for an order substituting Carolyn Mandrake on behalf of her deceased husband, Richard

Mandrake.

1. Richard Mandrake filed a products liability lawsuit against defendants on March 6, 2018.

2. Subsequently, plaintiff's counsel learned that Richard Mandrake died.

3. Richard Mandrake's products liability action against defendants survived his death and was
   not extinguished.

4. Plaintiff filed a Suggestion of Death on July 31, 2019, attached hereto as Exhibit A.

5. Carolyn Mandrake, surviving spouse of Richard Mandrake, is a proper party to substitute
   for plaintiff-decedent Richard Mandrake and has proper capacity to proceed forward with
   the surviving products liability lawsuit on his behalf, pursuant to Fed.R.Civ.P. 25(a)(1). "If
   a party dies and the claim is not extinguished, the court may order substitution of the proper
   party." A motion for substitution may be made by any party or by the decedent's successor

or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute

party plaintiff in this action.

Date: July 31, 2019                      Respectfully submitted,

                                         /s/ Amanda K. Klevorn
                                         Korey A. Nelson (LA #30002)
                                         Amanda K. Klevorn (LA #35193)
                                         **BURNS CHAREST LLP**
                                         365 Canal Street, Suite 1170
                                         New Orleans, Louisiana 70130
                                         T: 504.799.2845
                                         F: 504.881.1765
                                         E: aklevorn@burnscharest.com
                                             knelson@burnscharest.com

                                         **AND**

                                         Warren T. Burns (TX #24053119)
                                         Daniel H. Charest (TX #24057803)
                                         **BURNS CHAREST LLP**
                                         500 North Akard Street, Suite 2810
                                         Dallas, Texas 75201
                                         T: 469.904.4551
                                         F: 469.444.5002
                                         E: wburns@burnscharest.com
                                             dcharest@burnscharest.com

## CERTIFICATE OF SERVICE

        I hereby certify that on July 31, 2019, the foregoing document was filed with the clerk via

CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send

notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant

to Pre-Trial Order No. 17.

                                          /s/ Amanda K. Klevorn
                                         Amanda K. Klevorn (LA #35193)