UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Steve Ufie v. Janssen Research & Development LLC
et al.,
CA# 2:18-cv-04160-EEF-MBN

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Sally Miller on behalf of her deceased father, Steve Ufie.

1. Steve Ufie filed a products liability lawsuit against defendants on April 23, 2018.

2. Subsequently, plaintiff's counsel learned that Steve Ufie died.

3. Steve Ufie's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on July 31, 2019, attached hereto as Exhibit A.

5. Sally Miller, surviving daughter and next of kin of Steve Ufie, is a proper party to substitute for plaintiff-decedent Steve Ufie and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed.R.Civ.P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: July 31, 2019                     Respectfully submitted,

*/s/ Amanda K. Klevorn*
Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
    knelson@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
**BURNS CHAREST LLP**
500 North Akard Street, Suite 2810
Dallas, Texas 75201
T: 469.904.4551
F: 469.444.5002
E: wburns@burnscharest.com
    dcharest@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

 */s/ Amanda K. Klevorn*
Amanda K. Klevorn (LA #35193)
