UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Steve Ufie v. Janssen Research & Development LLC et al.,
CA# 2:18-cv-04160-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Sally Miller, as the surviving daughter and next of kin of Steve Ufie, is substituted for Plaintiff Steve Ufie in the above captioned cause.

Date: _____

                                                      Hon. Eldon E. Fallon
                                                      United States District Court Judge