UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Steve Ufie v. Janssen Research & Development LLC
et al.,
CA# 2:18-cv-04160-EEF-MBN

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned Counsel for Plaintiff, pursuant to Rule 25(a)(1) of the Federal Rules of Civil

Procedure hereby informs the Honorable Court of the death of Plaintiff Steve Ufie.


Date: July 31, 2019                          Respectfully submitted,

                                             */s/ Amanda K. Klevorn*
                                             Korey A. Nelson (LA #30002)
                                             Amanda K. Klevorn (LA #35193)
                                             **BURNS CHAREST LLP**
                                             365 Canal Street, Suite 1170
                                             New Orleans, Louisiana 70130
                                             T: 504.799.2845
                                             F: 504.881.1765
                                             E: aklevorn@burnscharest.com
                                                knelson@burnscharest.com


                                             **AND**

                                             Warren T. Burns (TX #24053119)
                                             Daniel H. Charest (TX #24057803)
                                             **BURNS CHAREST LLP**
                                             500 North Akard Street, Suite 2810
                                             Dallas, Texas 75201

T: 469.904.4551
F: 469.444.5002
E: wburns@burnscharest.com
   dcharest@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Amanda K. Klevorn*

Amanda K. Klevorn (LA #35193)