**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

Deedra Ann Jordan v. Janssen Research & Development LLC et al.,
CA# 2:18-cv-02411-EEF-MBN

<u>**ORDER**</u>

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Anthony Jordan, as the surviving son and next of kin of Deedra Ann Jordan, is substituted for Plaintiff Deedra Ann Jordan in the above captioned cause.

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge