UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Beatrice O'Connell v. Janssen Research & Development LLC et al.,
CA# 2:16-cv-10356-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Fia Lavatai, as the nominated Executor and designated beneficiary of the Estate of Beatrice O'Connell, deceased, is substituted for Plaintiff Beatrice O'Connell in the above captioned cause.

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge