**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

Jerry Bartley v. Janssen Research & Development LLC et al.,
CA# 2:16-cv-09482-EEF-MBN

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Emma R. Bartley, as the surviving spouse of Jerry Bartley, deceased, is substituted for Plaintiff Jerry Bartley in the above captioned cause.

Date: _____          _____
                                                            Hon. Eldon E. Fallon
                                                            United States District Court Judge