UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Jerry Bartley v. Janssen Research & Development LLC et al.,
CA# 2:16-cv-09482-EEF-MBN

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned Counsel for Plaintiff, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Jerry Bartley.

| | |
|---|---|
| Date: July 31, 2019 | Respectfully submitted,<br><br>*/s/ Amanda K. Klevorn*<br>Korey A. Nelson (LA #30002)<br>Amanda K. Klevorn (LA #35193)<br>**BURNS CHAREST LLP**<br>365 Canal Street, Suite 1170<br>New Orleans, Louisiana 70130<br>T: 504.799.2845<br>F: 504.881.1765<br>E: aklevorn@burnscharest.com<br>   knelson@burnscharest.com<br><br>**AND**<br><br>Warren T. Burns (TX #24053119)<br>Daniel H. Charest (TX #24057803)<br>**BURNS CHAREST LLP**<br>500 North Akard Street, Suite 2810<br>Dallas, Texas 75201 |

T: 469.904.4551
F: 469.444.5002
E: wburns@burnscharest.com
    dcharest@burnscharest.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2019, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Amanda K. Klevorn*
Amanda K. Klevorn (LA #35193)