UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Barbara J. Brown v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:16-cv-4754**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Barbara J. Brown, respectfully moves this court to substitute Karol Tebbe, as the Personal Representative for the Estate of Barbara J. Brown, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Barbara J. Brown passed away on March 15, 2019 (*see* Exhibit A).

2. Barbara J. Brown's action against Defendants survives her death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Karol Tebbe as Plaintiff in the present action, on behalf of the Estate of Barbara J. Brown.

WHEREFORE, Counsel for Plaintiff, Barbara J. Brown, respectfully requests the Court grant Plaintiff's Motion to Substitute Karol Tebbe, as Personal Representative for the Estate of Barbara J. Brown.

          Respectfully submitted,

Dated: July 31, 2019    **GRANT & EISENHOFER P.A.**

         By: */s/ Thomas V. Ayala*
            M. Elizabeth Graham
            Thomas V. Ayala
            Samantha Mertz
            **GRANT & EISENHOFER P.A.**
            123 Justison Street
            Wilmington, DE 19801
            Tel: (302) 622-7000
            Fax: (302) 622-7100
            egraham@gelaw.com
            tayala@gelaw.com
            smertz@gelaw.com