# Exhibit A

## (Death Certificate)

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

**ORIGINAL STATE COPY**

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS
**CERTIFICATE OF DEATH**

State File Number: 102-2019-012442

1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX): **BARBARA, JEAN, BROWN**
2. AKA'S (IF ANY):
3. DATE OF DEATH: **03/15/2019**
4. SEX: **FEMALE**
5. SOCIAL SECURITY NUMBER: **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**
6. DATE OF BIRTH: **04/06/1933**
7. AGE: **85 YEARS**
8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH: **MESA, MARICOPA, 85208**
9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS): **BROADWAY MESA VILLAGE - 7231 E BROADWAY ROAD**
10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): **NORTHFIELD, MINNESOTA**
11. MARITAL STATUS: **WIDOWED**
12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX): **NOT LISTED**
13. DECEDENT'S USUAL RESIDENCE ADDRESS (STREET, CITY, COUNTY, STATE, ZIP): **7231 E BROADWAY ROAD #204, MESA, MARICOPA, AZ, 85208**
14. DECEDENT'S HISPANIC ORIGIN(S): **NO, NOT SPANISH/HISPANIC/LATINO**
15. DECEDENT'S RACE(S): **WHITE**
16. EVER IN ARMED FORCES: **NO**
17. OCCUPATION: **REGISTERED NURSE**
18. FATHER'S NAME (FIRST, MIDDLE, LAST, SUFFIX): **HERMAN, NELSEN, OLESEN**
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX): **FRIDA, THEORORA, ROSENGREN**
20. INFORMANT'S NAME (FIRST, MIDDLE, LAST, SUFFIX): **J, BRADLEY, BROWN**
21. RELATIONSHIP: **SON**
22. INFORMANT'S MAILING ADDRESS: **10404 BROOKMOOR DRIVE, SILVER SPRING, MD, 20901**
23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON: **CREMATION SOCIETY OF ARIZONA, LLC / 12525 W GRAND AVENUE, EL MIRAGE, AZ, 85335**
24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON: **DEANE, , SENN**
25. LICENSE NUMBER: **F1145**
26. METHOD OF DISPOSITION: **CREMATION**
27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY: **HERITAGE CREMATORY, EL MIRAGE, AZ, US**
28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY:

## MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

29. A. IMMEDIATE CAUSE OF DEATH: **END STAGE CARDIOMYOPATHY** — 30. APPROXIMATE INTERVAL: **UNKNOWN**
31. B. DUE TO OR AS A CONSEQUENCE OF: **CORONARY ARTERY DISEASE** — 32. APPROXIMATE INTERVAL: **UNKNOWN**
33. C. DUE TO OR AS A CONSEQUENCE OF:
35. D. DUE TO OR AS A CONSEQUENCE OF:

## CAUSE OF DEATH PART II

37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I: **END STAGE RENAL DISEASE**
38. INJURY?: **NO**
39. INJURY AT WORK?:
40. MANNER OF DEATH: **NATURAL DEATH**
41. TIME OF DEATH: **06:10**
42. WAS AN AUTOPSY PERFORMED?: **NO**
43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?:

## CAUSE AND MANNER CERTIFICATION

44. NAME OF PERSON COMPLETING CAUSE OF DEATH: **BRIAN, DEDINSKY**
45. DATE CERTIFIED: **03/15/2019**
46. CERTIFIER'S ADDRESS: **1311 W CHANDLER BOULEVARD #SUITE 200, CHANDLER, AZ, 85224**

Date Registered: 03/18/2019
Date Issued: 03/19/2019
VS-49 Rev 12/2017



J1336580

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT OF HEALTH SERVICES