UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 <br> * <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Earlie Swanson as Wrongful Death Beneficiary of Lenora Swanson, Deceased v. Janssen Research & Development LLC, et al*, **2:19-cv-8744**

## ORDER

Considering Plaintiff's Motion for Additional Time to Serve Process, R. Doc. 14242;

**IT IS ORDERED** that the Motion for Additional Time to Serve Process be and hereby is

**DENIED AS MOOT** pursuant to Pretrial Order No. 32, R. Doc. 14268.

New Orleans, Louisiana this 30th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE