# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Jimmie Kent v. Janssen Research & Development LLC, et al*, **2:19-cv-8682**

## ORDER

Considering Plaintiff's Motion for Additional Time to Serve Process, R. Doc. 14244;

**IT IS ORDERED** that the Motion for Additional Time to Serve Process be and hereby is

**DENIED AS MOOT** pursuant to Pretrial Order No. 32, R. Doc. 14268.

New Orleans, Louisiana this 30th day of July, 2019.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE