UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Howard Helms and Mamie Helms v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-06164

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14322, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Peggy Ballard, surviving daughter of Howard Helms and Mamie Helms, is substituted for Plaintiffs Howard Helms and Mamie Helms as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE