UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*John McLaurin and Marlene McLaurin v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-09167

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14326, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Luke McLaurin, surviving son of John McLaurin and Marlene McLaurin, is substituted for Plaintiffs John McLaurin and Marlene McLaurin as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 30th day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE