UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bruce Webb v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-1073

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14330, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Carol Webb, surviving spouse of Bruce Webb, is substituted for Plaintiff Bruce Webb as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 31st day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE