## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ********************************************** | * | |

**THIS DOCUMENT RELATES TO:**
*Lisa Brant v. Janssen Research & Development LLC, et al*, 2:19-cv-03128
*Aaron Grundler v. Janssen Research & Development LLC, et al*, 2:19-cv-03642
*Andrea Pitts v. Janssen Research & Development LLC, et al*, 2:19-cv-01569

### ORDER

Plaintiffs Lisa Brant, Aaron Grundler, and Andrea Pitts filed a motion to vacate their previous motions to dismiss, as these Plaintiffs and the Defendants have agreed to a Joint Stipulation of Dismissal. R. Doc. 14331. Accordingly,

**IT IS ORDERED** that the Motion to Vacate Previous Motions to Dismiss, R. Doc. 14331, be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Lisa Brant's Motion to Dismiss Complaint, R. Doc. 14194, Plaintiff Aaron Grundler's Motion to Dismiss Complaint, R. Doc. 14195, and Plaintiff Andrea Pitts' Motion to Dismiss Complaint, R. Doc. 14196, are hereby **DENIED AS MOOT**.

New Orleans, Louisiana this 30th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE