UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Costa, et al. v. Janssen Research & Development, LLC, et al.*
*CA#: 2:17-cv-13378-EEF-MBN*

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Suzie Costa, surviving spouse of Plaintiff-Decedent Robert Costa, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself on behalf of her deceased spouse, Robert Costa.

1. Plaintiffs Robert Costa and Suzie Costa filed a products liability lawsuit against Defendants on November 27, 2017.

2. Subsequently, Plaintiffs' Counsel learned that Robert Costa died on January 25, 2019.

3. Plaintiff-Decedent's action against Defendants survived his death and was not extinguished.

4. On July 30, 2019, a Suggestion of Death was filed, attached hereto as "Exhibit A".

5. Suzie Costa, surviving spouse of Robert Costa, and already a Plaintiff in this action, is a proper party to substitute for Plaintiff-Decedent Robert Costa and has proper capacity to proceed forward with the surviving products liability on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative".

WHEREFORE, Counsel for Plaintiffs respectfully requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: July 31, 2019          Respectfully Submitted

**ASHCRAFT & GEREL LLP**

/s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW
Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax: (202) 416-6392

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2019, a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their counsel in a matter authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michelle A. Parfitt
Michelle A. Parfitt