UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Costa, et al. v. Janssen Research & Development, LLC, et al.*
*CA#: 2:17-cv-13378-EEF-MBN*

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any response thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Suzie Costa, surviving spouse and Executrix of the Estate of Robert Costa, is substituted for Plaintiff Robert Costa as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE