UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 <br> SECTION: <br> L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

This documents Relates to:
*ANDREW NABUTOVSKY, Individually, v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-08735*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Bella Nabutovsky, on behalf of the Estate of Andrew Nabutovsky (a.k.a. Andrey Nabutovsky), in the above captioned cause.

1. Andrew Nabutovsky, filed a products liability lawsuit against defendants on September 7, 2017.

2. Plaintiff, Andrew Nabutovsky (a.k.a. Andrey Nabutovsky), died on April 11, 2018 (see Exhibit A).

3. Andrew Nabutovsky's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on July 31, 2019, attached hereto as "Exhibit B".

5. Bella Nabutovsky, on behalf of the Estate of Andrew Nabutovsky (a.k.a. Andrey Nabutovsky), deceased, is a proper party to substitute for plaintiff-decedent Andrew Nabutovsky and has proper capacity to proceed forward with the surviving products

liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as Plaintiff in this action.

Date: July 31, 2019                                **Respectfully submitted,**


                                                        /s/Patrick A. Salvi, II

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone:  (312) 372-1227
Facsimile:  (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Substitution of Proper Party has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: July 31, 2019               **Respectfully submitted,**

/s/Patrick A. Salvi, II_____

Patrick A. Salvi II
IL Bar Number: 6293686
Andrew J. Burkavage
IL Bar Number: 6308669
**SALVI, SCHOSTOK & PRITCHARD P.C.**
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone:  (312) 372-1227
Facsimile:  (312) 372-3720
psalvi2@salvilaw.com
aburkavage@salvilaw.com
**ATTORNEYS FOR PLAINTIFF**