VIEW PRESENCE OF WATERMARK · HOLD TO LIGHT TO VIEW

# STATE OF MARYLAND
## Department of Health and Mental Hygiene
### Division of Vital Records

*320180145840000*   **Certificate of Death**   File Number *32018MD014566*

**1. Decedent's Name, AKA Name (if any):** ANDREY NABUTOVSKY
**2. Date of Death:** 04/11/2018
**3. Time of Death:** 0254

**4a. Facility Name:** UNIV OF MARYLAND MEDICAL CENTER
**4b. City, Town or Location of Death:** BALTIMORE
**4c. County of Death:** BALTIMORE CITY

**5. Social Security Number:** 212270991
**6. Sex:** M
**7. Age:** 66 YR
**8. Date of Birth:** 09/29/1951
**9. Birthplace:** RUSSIA

**Usual Residence of Decedent**
**10a. State:** MARYLAND
**10b. County:** BALTIMORE
**10c. City, Town or Location:** BALTIMORE
**10d. Inside City Limits?** NO
**10e. Address:** 23 PENNY LANE
**10f. Zip Code:** 21209

**11. Marital Status:** MARRIED
**12. Ever in U.S. Armed Forces?** NO
**13. Hispanic Origin?** NO
**14. Race:** WHITE

**15. Decedent's Education:** MASTERS
**16a. Decedent's Usual Occupation:** INTERPRETER
**16b. Business/Industry:** BOOK PUBLISHING

**17. Father's Name:** RION NABUTOVSKY
**18. Mother's Name Prior to First Marriage:** ADEL RABKIN

**19. Surviving Spouse's Name:** BELLA NABUTOVSKY

**20a. Informant's Name:** BELLA NABUTOVSKY
**20b. Informant's Relationship:** WIFE
**20c. Informant's Mailing Address:** 23 PENNY LANE, BALTIMORE, MARYLAND 21209

**21a. Method of Disposition:** CREMATION
**21b. Place of Disposition:** CENTRAL MARYLAND CREMATION SERVICES
**21c. Date of Disposition:** 04/13/2018
**21d. Location:** WESTMINSTER, MARYLAND

**22a. Signature of Funeral Service Licensee:** SCOTT M CUTTLER
**22b. License No:** M00991
**22c. Name and Address of Funeral Facility:** SOL LEVINSON & BROS., INC. 8900 REISTERSTOWN RD, PIKESVILLE, MD 21208

**23a. Part I.** Disease, injuries, or complications that directly caused the death

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (final disease or condition resulting in death) a. | CARDIOGENIC SHOCK | 1 WEEK |
| Conditions, if any, leading to immediate cause b. Due to (or as a consequence of): | ACUTE DECOMPENSATED SYSTOLIC HEART FAILURE | UNK |
| c. Due to (or as a consequence of): | CORONARY ARTERY DISEASE | UNK |
| d. Due to (or as a consequence of): | | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause in Part I
CLOSTRIDIUM DIFFICILE INFECTION, ACUTE ON CHRONIC KIDNEY FAILURE

**23b. Did tobacco use contribute to the cause of death?** PROBABLY

**24a. Was an autopsy performed?** NO
**24b. Were autopsy findings available prior to completion of cause of death?** NO
**25a. Was case referred to medical examiner?** NO
**25b. Medical Examiner Countersignature:**

**26. Place of Death:** INPATIENT
**27. Manner of Death:** NATURAL
**28a. Date of Injury:**
**28b. Time of Injury:**

**28c. How injury occurred:**
**28d. Injury at work?**
**28e. Transportation injury?**
**28f. Place of Injury:**

**28g. Location of Injury:**

**29a. Certifier Type:** CERTIFYING PHYSICIAN
**29b. Signature and Title of Certifier:** COLIN CRAFT, MD
**29c. License No:** P33313
**29d. Date signed:** 04/11/2018

**30a. Name of person who completed cause of death:** COLIN ALEXANDER CRAFT
**30b. Address of person who completed cause of death:** 22 SOUTH GREENE STREET, BALTIMORE, MARYLAND 21201

**For Office Use Only:**

**31. Date Filed:** 04/13/2018
**32. Registrar at Filing:** GENEVA G. SPARKS
**33. Date Issued:** 04/17/2018

**34.** This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records.

Registrar's Signature: *Geneva G. Sparks*

3277676

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





EXHIBIT A