UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

This documents Relates to:
*ANDREW NABUTOVSKY, Individually, v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-08735*

ORDER

The Court, after considering the Plaintiff s Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff BELLA NABUTOVSKY, on behalf of the Estate of ANDREW NABUTOVSKY (a..k.a. Andrey Nabutovsky), deceased, is substituted for Plaintiff ANDREW NABUTOVSKY, Individually, in the above captioned cause.

Dated: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge