**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | **MDL NO. 2592** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "L"** |
| | : | |
| | : | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | **MAG. JUDGE NORTH** |
| *Phyllis Harvey* | : | |
| *Civil Action No. 2:16-cv-07670* | : | |
| | : | |
| ----------------------------------------------------------- | : | |

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

hereby informs the Honorable Court of the death of Plaintiff Phyllis Harvey.

August 1, 2019                              Respectfully submitted,

                                           */s/ Shamus B. Mulderig*
                                           Shamus B. Mulderig, Esq.
                                           HISSEY, MULDERIG & FRIEND PLLC
                                           One Arboretum Plaza
                                           9442 Capital of Texas Highway N, Suite 400
                                           Austin, TX 78759
                                           (512) 320-9100
                                           (512) 320-9101 (fax)
                                           smulderig@hmf-law.com

                                           ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ Shamus B. Mulderig
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS