UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2592 SECTION "L" JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Phyllis Harvey* *Civil Action No. 2:16-cv-07670* ----------------------------------------------------------- | | |

## MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiff hereby moves the Court for an order substituting Jeannie Mann, on behalf of deceased Plaintiff Phyllis Harvey.

Phyllis Harvey filed a products liability action against Defendants on June 1, 2016, captioned *Phyllis Harvey v, Janssen Research & Development, LLC, et. al., Civil Action No. 2:16-cv-07670.* Counsel was thereafter informed that Phyllis Harvey had passed away.  Jeannie Mann was then issued Letters Testamentary by the Register of Wills of York County, Pennsylvania, as the Personal Representative of the Estate of Phyllis Harvey.  A Notice and Suggestion of Death was filed August 1, 2019.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party.  A Motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).  Phyllis Harvey's products liability action against Defendants survived her death and was not extinguished.  Jeannie Mann, the Personal Representative of the Estate of Phyllis Harvey, is the proper party to substitute for Phyllis harvey, and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an Order granting this Motion to Substitute.

August 1, 2019                                    Respectfully submitted,

/s/ *Shamus B. Mulderig*
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member case.

/s/ Shamus B. Mulderig
Shamus B. Mulderig, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
smulderig@hmf-law.com

ATTORNEYS FOR PLAINTIFFS