**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2592 SECTION "L" JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE NORTH |
| *Phyllis Harvey* *Civil Action No. 2:16-cv-07670* ------------------------------------------------------- | : : : : | |

**<u>ORDER</u>**

    IT IS ORDERED that the Motion for Substitution of Jeannie Mann, the Personal Representative of the Estate of Phyllis Harvey, as the Plaintiff in this action is HEREBY GRANTED.

    New Orleans, Louisiana this _____ day of _____, 2019.

                                                              _____
                                                             United States District Judge