# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Myrtis Walker v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-12679-EEF-MBN*

## EX PARTE MOTION FOR SUBSTITUTION

Counsel, pursuant to rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Darrell Walker on behalf of decedent, Myrtis Walker . In support of this motion, Counsel would show the Court as follows:

1. Myrtis Walker filed a products liability lawsuit against Defendants on May 19, 2016.

2. Plaintiff Myrtis Walker died on April 24, 2017.

3. Myrtis Walker's products liability action against Defendants survived her death and was not extinguished.

4. On August 1, 2019, a Notice and Suggestion of Death was filed.

5. Darrell Walker, son of Myrtis Walker, was appointed Personal Representative of her Estate on April 3, 2018 by the Chancery Court of the First Judicial District of Hinds County, State of Mississippi.

6. Darrell Walker is a proper party to substitute for Plaintiff-Decedent Myrtis Walker and has proper capacity to proceed forward with the surviving products liability lawsuit on

his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: August 1, 2019

                                          Respectfully Submitted,

                                          /s/ Sarah Graziano
                                          Sarah Graziano, Indiana Bar #21650-49
                                          Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 1, 2019

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com