UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :    MDL No. 2592
PRODUCTS LIABILITY LITIGATION   :
                                :    SECTION L
                                :
                                :    JUDGE ELDON E. FALLON
                                :
                                :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                **JURY TRIAL DEMANDED**

SUSAN FORSYTH, individually and on behalf
Of her deceased mother, MARY KAZER
v. JANSSEN PHARMACEUTICALS, INC., et al

No. 2:16-cv-03641

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting David Forsyth on behalf of his deceased mother in law, Mary Kazer, for the following reasons:

I.

On April 29, 2016 a complaint was filed in the above referenced matter.

II.

Susan Forsyth was improperly listed as the Proper Party Plaintiff.

III.

The decedents son in law, David Forsyth, is the Proper Party Plaintiff and wishes to be substituted on behalf of Susan Forsyth in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 1st day of August, 2019.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone No. (225)924-6898
Facsimile No. (225)924-6877
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**