# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)    :      MDL No. 2592
PRODUCTS LIABILITY LITIGATION    :
                                 :      SECTION L
                                 :
                                 :      JUDGE ELDON E. FALLON
                                 :
                                 :      MAGISTRATE JUDGE NORTH

_____

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**SUSAN FORSYTH, individually and on behalf**
**Of her deceased mother, MARY KAZER**
**v. JANSSEN  PHARMACEUTICALS, INC., et al**

No.  2:16-cv-03641

### ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that David Forsyth, on behalf of his deceased mother in law, Mary Kazer, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ___ day of _____, 2019.

_____
Eldon K. Fallon, United States District Court Judge