| (TYPE OR PRINT IN BLACK INK) | File No. |
|---|---|
| STATE OF NORTH CAROLINA | |
| _____ County | In The General Court Of Justice<br>Superior Court Division<br>Before The Clerk |

| IN THE MATTER OF THE ESTATE OF: | AFFIDAVIT FOR COLLECTION OF<br>PERSONAL PROPERTY OF DECEDENT<br>(For Decedents Dying On Or After Jan. 1, 2012)<br>☐ INTESTATE  ☒ TESTATE<br>G.S. 28A-25-1; 28A-25-1.1 |
|---|---|

Name, Street Address, City, State And Zip Code Of Decedent
MARY KATHLEEN KAZER
361 W. BROWN ST.
SOUTHPORT NC 28461

Social Security No. (Last Four Digits): 6948
County Of Domicile At Time Of Death: BRUNSWICK

Date Of Death: OCT. 12, 2013
Date Of Will: JAN. 15, 2010
Place Of Death (If Different From County Of Domicile): WILMINGTON NC  NEW HANOVER COUNTY

Name, Street Address, PO Box, City, State And Zip Code Of Affiant 1
DAVID B. FORSYTH
201 RIVER DR.
SOUTHPORT NC 28461

Telephone No.: 910 368 7502

Legal Residence (County, State): BRUNSWICK COUNTY NC

I, the undersigned affiant, being first duly sworn, say that:
1. I am ☐ an heir. ☒ an executor named in the will. ☐ a devisee named in the will. ☐ the public administrator ☐ a creditor of the decedent. I am not disqualified under G.S. 28A-4-2.
2. At least thirty (30) days have passed since the date of the decedent's death.
3. The decedent died ☐ intestate. ☒ testate.
4. ☐ (a) The decedent died on or after 10/1/09 and the value of all personal property owned by the decedent less liens and emcumbrances thereon, and less the spousal allowance under G.S. 30-15, does not exceed $20,000.
   ☐ (b) I am the surviving spouse and sole heir devisee of the decedent, the decedent died on or after 10/1/09, and the value of all personal property, less liens and encumbrances thereon, and less the spousal allowance under G.S. 30-15, does not exceed $30,000.
☒ 5. (Check if decedent died testate.) Decedent's will dated as shown above has been probated in each county in which is located any real property owned by the decedent as of the date of death; and a certified copy of the decedent's will is attached to this Affidavit.
6. No application or petition for appointment of a personal representative is pending or has been granted in any jurisdiction.
7. After diligent inquiry, I have determined that the persons listed below are all the persons entitled to share in the decedent's estate. (If there is a court-appointed guardian for any such person(s), list the guardian's name and address on an attachment.)

| NAME | AGE | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|---|
| SUSAN K. FORSYTH | 57 | DAUGHTER | 201 RIVER DR. |
| | | | |
| | | | |
| | | | |
| | | | |

Original - File  Copy - Fiduciary  Copy - Clerk Mails Copy To Each Person Listed In Item No. 7
(Over)

AOC-E-203B, Rev. 5/12
© 2012 Administrative Office of the Courts

## PRELIMINARY INVENTORY
*(Give values as of date of decedent's death. Continue on separate attachment if necessary.)*

### PART I. PROPERTY OF THE ESTATE

| | Est. Market Value |
|---|---|
| 1. Accounts in sole name of decedent *(List bank, etc., each account no. and balance.)* | $ |
| 2. Joint accounts **without** right of survivorship *(List bank, etc., each account no., balance and joint owners.)* % Owned By Dec. | |
| 3. Stocks/bonds/securities in sole name of decedent or jointly owned **without** right of survivorship... 29 shares of Met. Life 11/12/13   % Owned By Dec. | 1429.00 |
| 4. Cash and undeposited checks on hand... | 0 |
| 5. Household furnishings... | 9400.00 |
| 6. Farm products, livestock, equipment and tools... | 0 |
| 7. Vehicles (include or attach descriptions) 2001 Nissan Sentra | 2,000.00 |
| 8. Interest in partnership or sole proprietor businesses... | 0 |
| 9. Insurance, Retirement Plan, I.R.A., etc., payable to Estate. CNA Life Ins / Lorillard → Susan Forsyth | 25000.00 |
| 10. Notes, judgments, and other debts due decedent... | 0 |
| 11. Miscellaneous personal property... | 5082.00 |
| 12. Real estate willed to the Estate... 929 Rock Springs Dr. TV   $ 90,500.00 | |
| 13. Estimated annual income of Estate... | 0 |
| *(Base bond on this amount, if applicable.)* **TOTAL PART I.** | $ 42911.00 |

### PART II. PROPERTY WHICH CAN BE ADDED TO ESTATE IF NEEDED TO PAY CLAIMS

1. Joint accounts with right of survivorship *(List bank, etc., each account no., balance and joint owners.)*
   BB+T 5105174634  Mary Kazer + Susan Forsyth — $ 1087.68
   BB+T 5199855001  Est. of Mary K Kazer, Exc. David B. Forsyth — $ 23277.79
2. Stocks/bonds/securities registered in beneficiary form and immediately transferred on death or jointly owned with right of survivorship ... 0
3. Other personal property recoverable G.S. 28A-15-10 ... 0
4. Real estate owned by decedent and not listed elsewhere *(attach description)* ... 0

**TOTAL PART II.** $ 24365.41

### PART III. OTHER PROPERTY

1. There ☐ is ☒ is not entireties real estate owned by decedent and spouse
2. There ☐ are ☒ are not Insurance, Retirement Plan, I.R.A., accounts, etc., payable to named beneficiaries...

Signature Of Collector By Affidavit 1: *David B Forsyth*
Name (Type Or Print): DAVID B FORSYTH, EXC.

SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME
Date: 2-23
Signature Of Person Authorized To Administer Oaths: *Jaimee M Carson*
☒ Notary
Date Commission Expires: 12-120-2020
County Where Notarized: Brunswick County, NC

[Notary Seal: JAIMEE M CARSON NOTARY PUBLIC BRUNSWICK COUNTY NC]

### CERTIFICATION

I certify that the foregoing is a true and accurate copy as taken from and compared with the original on record in this office.

Date ___ Signature ___   ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court   SEAL

**NOTE:** *This Affidavit for Collection of Personal Property of Decedent authorizes the named collector by affidavit to receive and administer ALL of the personal property belonging to the named decedent pursuant to G.S. Chapter 28A, Article 25.*

AOC-E-203B, Side Two, Rev. 5/12
© 2012 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No. |
|---|---|
| | 13E-1010 |
| Brunswick County     FILED | In The General Court Of Justice Superior Court Division Before the Clerk |

2013 OCT 28  P 3 20

BRUNSWICK COUNTY, C.S.C.

BY _____

IN THE MATTER OF THE ESTATE OF

**Name**
Mary Kathleen Kazer AKA Mary K. Kazer AKA Mary Weldy-Kazer

**LETTERS**
of Testamentary

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1 | Date Of Qualification |
|---|---|
| David B. Forsyth 201 River Dr. Southport, NC 28461 | 10/28/2013 |
| | Clerk Of Superior Court |
| | James J. MacCallum |
| Title Of Fiduciary 1    Executor | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date Of Issuance |
| | 10/28/2013 |
| | Signature |
| Title Of Fiduciary 2 | [X] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court |

**SEAL**

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts