# **EXHIBIT A**

# STATE OF MARYLAND
## Department of Health and Mental Hygiene
## Division of Vital Records

**CERTIFICATION OF VITAL RECORD**
VIEW PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

### Certificate of Death

*320190028530000*  File Number *32019MD002852*

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Name, AKA Name (if any) | DARCUS JANE MARTIN |
| 2 | Date of Death | 01/16/2019 |
| 3 | Time of Death | 1142 |
| 4a | Facility Name | DECEDENT'S HOME, |
| 4b | City, Town or Location of Death | EDGEWOOD |
| 4c | County of Death | HARFORD |
| 5 | Social Security Number | |
| 6 | Sex | F |
| 7 | Age | 75 YR |
| 8 | Date of Birth | |
| 9 | Birthplace | SOUTH CAROLINA |
| | Usual Residence of Decedent | |
| 10a | State | MARYLAND |
| 10b | County | HARFORD |
| 10c | City, Town or Location | EDGEWOOD |
| 10d | Inside City Limits? | UNK |
| 10e | Address | |
| 10f | Zip Code | 21040 |
| 11 | Marital Status | WIDOWED (AND NOT REMARRIED) |
| 12 | Ever in U.S. Armed Forces? | NO |
| 13 | Hispanic Origin? | NO |
| 14 | Race | WHITE |
| 15 | Decedent's Education | HS OR GED |
| 16a | Decedent's Usual Occupation | RETAIL AND WAREHOUSE |
| 16b | Business/Industry | SALES AND DISTRIBUTION |
| 17 | Father's Name | FORD LYNCH |
| 18 | Mother's Name Prior to First Marriage | MARGARET WOODWARD |
| 19 | Surviving Spouse's Name | |
| 20a | Informant's Name | STEPHANIE EHRLICH |
| 20b | Informant's Relationship | DAUGHTER |
| 20c | Informant's Mailing Address | 2205 BYTON COURT, FOREST HILL, MARYLAND 21050 |
| 21a | Method of Disposition | CREMATION |
| 21b | Place of Disposition | MARYLAND CREMATORY |
| 21c | Date of Disposition | 01/25/2019 |
| 21d | Location | 408 HEADQUARTERS DR. STE. 10, MILLERSVILLE, MARYLAND 21108 |
| 22a | Signature of Funeral Service Licensee | ALYSON KIRA TAYLOR |
| 22b | License No | M01575 |
| 22c | Name and Address of Funeral Facility | MARYLAND CREMATION SERVICES, 408 HEADQUARTERS DR. STE. 10, MILLERSVILLE, MD 21108 |

**23a. Part I.** Disease, injuries, or complications that directly caused the death: **PENDING**

Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I:

23b. Did tobacco use contribute to the cause of death? **UNK**

| # | Field | Value |
|---|---|---|
| 24a | Was an autopsy performed? | YES |
| 24b | Were autopsy findings available prior to completion of cause of death? | YES |
| 25a | Was case referred to medical examiner? | YES |
| 25b | Medical Examiner Countersignature | |
| 26 | Place of Death | HOME |
| 27 | Manner of Death | PENDING INVESTIGATION |
| 28a | Date of Injury | |
| 28b | Time of Injury | |
| 28c | How Injury occurred | |
| 28d | Injury at work? | |
| 28e | Transportation Injury? | |
| 28f | Place of Injury | |
| 28g | Location of Injury | |
| 29a | Certifier Type | MEDICAL EXAMINER |
| 29b | Signature and Title of Certifier | LING LI, M.D. |
| 29c | License No | O.C.M.E. |
| 29d | Date signed | 01/17/2019 |
| 30a | Name of person who completed cause of death | LING LI |
| 30b | Address of person who completed cause of death | 900 W. BALTIMORE STREET, BALTIMORE, MARYLAND 21223 |
| 31 | Date Filed | 01/25/2019 |
| 32 | Registrar at Filing | GENEVA G. SPARKS |
| 33 | Date Issued | 01/29/2019 |

34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records.

Registrar's Signature: *Geneva P. Sparks*

3572973

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

