IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON |
| *Francisco v. Janssen Research &* ) | |
| *Development, LLC, et al* ) | |
| Civil Action No. 17-cv-05618 ) | MAGISTRATE JUDGE NORTH |
| ) | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Barbara Francisco, now deceased, moves this Honorable Court for an order to substitute Maria Caldwell on behalf of her deceased mother Barbara Francisco, in the above captioned matter and in support thereof, states the following.

1,	Barbara Francisco filed a Xarelto product liability case against the Defendants on May 2, 2017.

2.	On October 14, 2017, Barbara Francisco died.  Counsel for Ms. Francisco recently learned of her passing.

3.	Barbara Francisco's product liability action against Defendants survived her death and was not extinguished.

4.	The Decedent's daughter, Maria Caldwell, is the Proper Plaintiff and wishes to be substituted on behalf of Barbara Francisco in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Maria Caldwell as the Plaintiff in this action.


Dated:  <u>August 1, 2019</u>         <u>/s/ *Joanne E. Matusko*         </u>
                              NASTLAW LLC
                              1101 Market Street, Suite 2801
                              Philadelphia, Pennsylvania 19107
                              Telephone: (215) 923-9300
                              Facsimile: (215) 923-9302
                              Email:  jmatusko@nastlaw.com

                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 1, 2019            /s/ Joanne E. Matusko