UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Armour v. Janssen Research & Development, LLC* 17-cv-06334 | * * * * * | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: <u>August 1, 2019</u>               Respectfully Submitted:

<u>/s/ Joanne E. Matusko</u>
Pennsylvania Bar No. 91059
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone:   (215) 923-9300
Facsimile:   (215) 923-9302
Email:  jmatusko@nastlaw.com

Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 1, 2019 a true and correct copy of the foregoing *Entry of Appearance* was caused to be served on counsel of record through the court's electronic filing system.

<u>/s/ Joanne E. Matusko</u>
Joanne E. Matusko