IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *Armour v. Janssen Research & Development, LLC, et al* ) ) Civil Action No. 17-cv-06334 ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Lottie Armour, now deceased, moves this Honorable Court for an order to substitute Christa Lynn Piatt on behalf of her deceased mother Lottie Armour, in the above captioned matter and in support thereof, states the following.

1,      Lottie Armour filed a Xarelto product liability case against the Defendants on May 24, 2017.

2.      On December 25, 2018, Lottie Armour died.  Counsel for Ms. Armour recently learned of her passing.

3.      Lottie Armour's product liability action against Defendants survived her death and was not extinguished.

4.      The Decedent's daughter, Christa Lynn Piatt, is the Proper Plaintiff and wishes to be substituted on behalf of Lottie Armour in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Christa Lynn Piatt as the Plaintiff in this action.


Dated:  August 1, 2019          /s/ *Joanne E. Matusko*
                                **NASTLAW LLC**
                                1101 Market Street, Suite 2801
                                Philadelphia, Pennsylvania 19107
                                Telephone: (215) 923-9300
                                Facsimile: (215) 923-9302
                                Email:  jmatusko@nastlaw.com

                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 1, 2019                              /s/ Joanne E. Matusko