IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Mallory v. Janssen Research & Development, LLC, et al* Civil Action No. 17-cv-02320 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Patricia S. Mallory, now deceased, moves this Honorable Court for an order to substitute Harold D. Mallory on behalf of his deceased mother Patricia S. Mallory, in the above captioned matter and in support thereof, states the following.

1,  Patricia S. Mallory filed a Xarelto product liability case against the Defendants on February 27, 2017.

2.  On May 4, 2019, Patricia S. Mallory died. Counsel for Ms. Mallory recently learned of her passing.

3.  Patricia S. Mallory's product liability action against Defendants survived her death and was not extinguished.

4.  The Decedent's son, Harold D. Mallory, is the Proper Plaintiff and wishes to be substituted on behalf of Patricia S. Mallory in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Harold D. Mallory as the Plaintiff in this action.


Dated:  <u>August 1, 2019</u>          <u>/s/ *Joanne E. Matusko*          </u>
                                NAST LAW LLC
                                1101 Market Street, Suite 2801
                                Philadelphia, Pennsylvania 19107
                                Telephone: (215) 923-9300
                                Facsimile: (215) 923-9302
                                Email:  jmatusko@nastlaw.com

                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 1, 2019          /s/ Joanne E. Matusko