UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Vanderhoof, et al v. Janssen Research & Development, LLC* 16-cv-13967 | * * * * * | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: <u>August 1, 2019</u>

Respectfully Submitted:

<u>/s/ Joanne E. Matusko</u>
Pennsylvania Bar No. 91059
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: jmatusko@nastlaw.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2019 a true and correct copy of the foregoing *Entry of Appearance* was caused to be served on counsel of record through the court's electronic filing system.

                                        */s/ Joanne E. Matusko*
                                        Joanne E. Matusko