IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: *Vanderhoof, et al v. Janssen Research & Development, LLC, et al* Civil Action No. 16-cv-13967 | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Robert Vanderhoof, now deceased, moves this Honorable Court for an order to substitute Roslyn Vanderhoof on behalf of her deceased husband Robert Vanderhoof, in the above captioned matter and in support thereof, states the following.

1, Robert Vanderhoof filed a Xarelto product liability case against the Defendants on July 28, 2016.

2. On April 24, 2019, Robert Vanderhoof died. Counsel for Mr. Vanderhoof recently learned of his passing.

3. Robert Vanderhoof's product liability action against Defendants survived his death and was not extinguished.

4. The Decedent's wife, Roslyn Vanderhoof, is the Proper Plaintiff and wishes to be substituted on behalf of Robert Vanderhoof in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Roslyn Vanderhoof as the Plaintiff in this action.


Dated:  <u>August 1, 2019</u>  <u>/s/ *Joanne E. Matusko*           </u>
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email:  jmatusko@nastlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 1, 2019     /s/ Joanne E. Matusko