UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Rodriguez v. Janssen Research & Development, LLC, et al* 16-cv-03611 | * * * * * | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: <u>August 1, 2019</u>                       Respectfully Submitted:

                                                     */s/ Joanne E. Matusko*
                                                     Pennsylvania Bar No. 91059
                                                     NASTLAW LLC
                                                     1101 Market Street, Suite 2801
                                                     Philadelphia, Pennsylvania 19107
                                                     Telephone:  (215) 923-9300
                                                     Facsimile:   (215) 923-9302
                                                     Email:  jmatusko@nastlaw.com

                                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019 a true and correct copy of the foregoing *Entry of Appearance* was caused to be served on counsel of record through the court's electronic filing system.

/s/ Joanne E. Matusko
Joanne E. Matusko