# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) **PRODUCTS LIABILITY LITIGATION** | ) <br> ) **MDL No. 2592** <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br> Roxy Walsh, Individually and as personal representative for the Estate of Barbara Walsh <br><br> Civil Action No. 17-cv-03720 | ) <br> ) **SECTION L** <br> ) <br> ) <br> ) **JUDGE ELDON E. FALLON** <br> ) <br> ) **MAGISTRATE JUDGE NORTH** <br> ) |

## NOTICE OF SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take note that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Roxy Walsh.

Date: August 1, 2019

Respectfully submitted,

s/*Stuart E. Scott*
Stuart E. Scott
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Ave. E., Ste. 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
sscott@spanglaw.com

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: August 1, 2019                                              *s/Stuart E. Scott*_____