UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**SAMUEL MYERS**
Civil Action No. **2:19-cv-04802**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OR RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Samuel Myers**,** which occurred on May 11, 2019. A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and is incorporated herein by reference.

Dated: August 1, 2019          Respectfully submitted,

                               **FOX & FARLEY**

                               By: /s/ *Bruce D. Fox*
                               Bruce D. Fox
                               Tennessee Bar No.: 008965
                               310 N. Main Street
                               Clinton, Tennessee, 37716
                               Telephone: (865) 457-6440
                               Facsimile: (865) 457-6322
                               brucefox@foxandfarleylaw.com
                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)