# **<u>EXHIBIT A</u>**

# Ohio Department of Health - Vital Statistics
## CERTIFICATE OF DEATH

Primary Reg. Dist. No. 2501
Registrar's No. 2019004903
State File No. 2019046297

**1. Decedent's Legal Name:** SAMUEL W. MYERS
**2. Sex:** MALE
**3. Date of Death:** MAY 11, 2019
**5a. Age (Years):** 66
**7. Birthplace:** COLUMBUS, OHIO
**6a. Residence State:** OHIO
**6b. County:** FRANKLIN
**6c. City or Town:** GALLOWAY
**9. Ever in US Armed Forces?** YES - AIR FORCE
**10. Marital Status:** MARRIED
**11. Surviving Spouse's Name:** LORETTA IACOBONI
**12. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** DALE MYERS
**16. Mother's Name (prior to first marriage):** RITA STEPHEN
**17a. Informant's Name:** LORETTA MYERS
**17b. Relationship to Decedent:** SPOUSE
**18a. Place of Death:** HOSPITAL - INPATIENT
**18b. Facility Name:** OHIO STATE UNIVERSITY HOSPITALS
**18c. City or Town, State and Zip Code:** COLUMBUS, OH 43210
**18d. County of Death:** FRANKLIN
**19. Funeral Service Licensee or Other Agent:** JOSEPH A TIBERI
**20. License Number:** 008113
**21. Name and Complete Address of Funeral Facility:** MAEDER-QUINT-TIBERI FUNERAL HOME INC, 1068 S HIGH ST, COLUMBUS, OH 43206
**22. Method and Place of Disposition:** BURIAL - SAINT JOSEPH CEMETERY, LOCKBOURNE, OH
**23. Local Registrar:** Sandra Taylor
**24. Date Filed:** MAY 15 2019

**26a. Certifier:** Certifying Physician
**26b. Time of Death:** 10:10 am
**26c. Date Pronounced Dead:** 5-11-2019
**26d. Was Case Referred to Medical Examiner or Coroner?** NO
**26f. License Number:** 34.005752
**26g. Date Signed:** 5-15-2019

**27. Name and Address of Person who Completed Cause of Death:** LISA ANNE MAURER, 2269 CHERRY VALLEY RD SE, NEWARK, OH 43055

**28. Part I**
a. Immediate Cause: Ischemic Cardiomyopathy — Approximate Interval: Yes.

**30. Did Tobacco Use Contribute to Death?** Yes
**32. Manner of Death:** Natural

Sandra Taylor, Franklin County Registrar
MAY 15 2019

HEA 2726 Rev. 08-10

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEA[LTH]
REV. 7/2015