IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Rodriguez v. Janssen Research &* ) <br> *Development, LLC, et al* ) <br> Civil Action No. 16-cv-03611 ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br><br><br> JUDGE ELDON E. FALLON <br><br><br> MAGISTRATE JUDGE NORTH |

MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Angela M. Rodriguez, now deceased, moves this Honorable Court for an order to substitute Elizabeth (Stelle) DeHart on behalf of her deceased mother Angela M. Rodriguez, in the above captioned matter and in support thereof, states the following.

1,   Angela M. Rodriguez filed a Xarelto product liability case against the Defendants on April 8, 2016.

2.   On June 11, 2017, Angela M. Rodriguez died.  Counsel for Ms. Rodriguez recently learned of her passing.

3.   Angela M. Rodriguez's product liability action against Defendants survived her death and was not extinguished.

4.   The Decedent's daughter, Elizabeth (Stella) DeHart, is the Proper Plaintiff and wishes to be substituted on behalf of Angela M. Rodriguez in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Angela M. Rodriguez as the Plaintiff in this action.


Dated:  August 1, 2019                    /s/ *Joanne E. Matusko*
                                          N**AST**L**AW** LLC
                                          1101 Market Street, Suite 2801
                                          Philadelphia, Pennsylvania 19107
                                          Telephone: (215) 923-9300
                                          Facsimile: (215) 923-9302
                                          Email:  jmatusko@nastlaw.com

                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  August 1, 2019          */s/ Joanne E. Matusko*