IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *Rodriguez v. Janssen Research & Development, LLC, et al* Civil Action No. 16-cv-03611 | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Elizabeth (Stella) DeHart, as well as any responses thereto, finds the motions meritorious. Therefore,

IT IS ORDERED that Plaintiff Elizabeth (Stella) DeHart, surviving daughter of Angela M. Rodriguez, is substituted for Plaintiff Angela M. Rodriguez as the proper Plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____. 2019.

_____
UNITED STATES DISTRICT COURT JUDGE