UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| Joann Banks, et al **Case No.: 2:15-cv-00041** | * * * | MAGISTRATE JUDGE NORTH |
| William M. Lea, et al **Case No.: 2:17-cv-03362** | * * | |

## ORDER

These matters come before the Court on the plaintiffs' Ex Parte Motion to Withdraw Documents. Being sufficiently advised, and for good cause,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the following documents shall be withdrawn from the docket.

Doc. No. **14171**   *filed July 18, 2019*   Joann Banks, Case No. 2:15-cv-00041

Doc. No. **14172**   *filed July 18, 2019*   William M. Lea, Case No. 2:17-cv-03362

New Orleans, Louisiana this   1st   day of   August  ,  2019  .

Eldon E. Fallon
United States District Judge

1