UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2592 <br> ) |
| _____ | ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: <br> Roxy Walsh, Individually and as personal representatives for the Estate of Barbara Walsh <br> <br> Civil Action No. 17-cv-03720 | ) <br> ) SECTION L <br> ) <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) |

**MOTION FOR SUBSTITUTE OF PROPER PARTY**

TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take note that:

Undersigned counsel, pursuant to Rule 25(a) (1) of the Federal Rules of Civil Procedure, MOVES THIS Court for an order substituting Thomas Walsh, on behalf of the Estate of Roxy Walsh, in the above captioned cause.

1. Roxy Walsh filed a products liability lawsuit individually and as personal representative for the Estate of Barbara Walsh against defendants on April 20, 2017.
2. Plaintiff, Roxy Walsh, died on December 20, 2017.
3. Roxy Walsh's products liability action against defendants survived his death and was not extinguished.
4. A Suggestion of Death was filed on August 1, 2019, attached hereto as "Exhibit A".
5. Thomas Walsh, on behalf of the Estates of Roxy Walsh and Barbara Walsh, deceased, is a proper party to substitute for plaintiff's-decedents Roxy Walsh and Barbara Walsh and has

proper capacity to proceed forward with the surviving products liability lawsuit on their behalf, pursuant to Federal Rues of Civil Procedure 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Date: August 1, 2019                                  Respectfully submitted,

                                                                                        s/*Stuart E. Scott*

                                                                                        Stuart E. Scott
                                                                                        **SPANGENBERG SHIBLEY & LIBER LLP**
                                                                                        1001 Lakeside Ave. E., Ste. 1700
                                                                                        Cleveland, OH 44114
                                                                                        Telephone: (216) 696-3232
                                                                                        Facsimile: (216) 696-3924
                                                                                        sscott@spanglaw.com

                                                                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: August 1, 2019                                             *s/Stuart E. Scott*