# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** ) <br> ) MDL No. 2592 <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Roxy Walsh, Individually and as personal ) SECTION L <br> representative for the Estate of ) <br> Barbara Walsh ) <br> ) JUDGE ELDON E. FALLON <br> Civil Action No. 17-cv-03720 ) <br> ) <br> ) MAGISTRATE JUDGE NORTH <br> ) | |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff THOMAS WALSH, on behalf of the Estates of ROXY WALSH and BARBARA WALSH, deceased, is substituted for Plaintiff Roxy Walsh, Individually and as personal representative for the Estate of Barbara Walsh, in the above captioned case.

Date: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge