UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bonnie Ahring v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-14969

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14336, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lorene Stillwell, as Personal Representative for the Estate of Bonnie Ahring, is substituted for Plaintiff Bonnie Ahring as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE