UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert Matheson v. Janssen Research & Development, LLC, et al.*
CA# 2:16-cv-08636

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14338, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Janice Elbert, surviving daughter of and Personal Representative for the Estate of Robert Matheson, is substituted for Plaintiff Robert Matheson as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE