UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carl Johnston v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-06262

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 14339, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Cynthia O'Rourke, Personal Representative for the Estate of Carl Johnston, is substituted for Plaintiff Carl Johnston as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 1st day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE