UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

This Document Relates to:

*William J. Nehl v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

Case No.: 2:16-cv-16488

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, William J. Nehl, respectfully moves this court to substitute Mary Nehl, as the Personal Representative for the Estate of William J. Nehl, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. William J. Nehl passed away on July 25, 2017 (*see* Exhibit A).
2. William J. Nehl's action against Defendants survives her death and is not extinguished.
3. Plaintiff's counsel now moves to substitute Mary Nehl as Plaintiff in the present action, on behalf of the Estate of William J. Nehl.

WHEREFORE, Counsel for Plaintiff, William J. Nehl, respectfully requests the Court grant Plaintiff's Motion to Substitute Mary Nehl, as Personal Representative for the Estate of William J. Nehl.

Respectfully submitted,

Dated: August 1, 2019

**GRANT & EISENHOFER P.A.**

By:  /s/ Thomas V. Ayala
M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com