# Exhibit A

## (Death Certificate)



# STATE OF IOWA
## IOWA DEPARTMENT OF PUBLIC HEALTH
### CERTIFICATION OF VITAL RECORD
### CERTIFICATE OF DEATH

**114-2017-017344**

'17 OCT 19 AM 9

**BIRTH NUMBER:** Not Available

#### DECEDENT INFORMATION

**NAME:** William James Nehl
**DATE FILED:** 08/04/2017
**SSN:** 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
**PLACE OF BIRTH:** Iowa
**SEX:** Male
**ARMED FORCES:** Yes
**DATE OF BIRTH/AGE:** 06/19/1937   80 Years

**NAMES (PRIOR TO ANY MARRIAGE):**
**DECEDENT LAST:** Nehl
**CITIZENSHIP:** United States
**FATHER'S NAME:** Clarence Nehl
**MARITAL STATUS:** Married
**MOTHER'S NAME:** Elizabeth Elenz
**SURVIVING SPOUSE:** Mary Smith
**RESIDENTIAL ADDRESS:** 208 South Street West
**RESIDENCE COUNTY:** Buchanan
Hazleton, Iowa 50641
**COUNTY OF DEATH:** Buchanan
**INFORMANT NAME:** Mary Nehl
**INFORMANT ADDRESS:** 208 South Street West
**INFORMANT RELATIONSHIP:** Wife
Hazleton, Iowa 50641
**DATE/TIME OF DEATH:** 07/25/2017 (Actual)
**PLACE OF DEATH:** Decedent's Home
05:00 PM (Actual)
**FACILITY/ADDRESS:** 208 South Street West
Hazleton, Iowa 50641

**M.E. CONTACTED:** Yes

#### MEDICAL CAUSE OF DEATH INFORMATION

| | INTERVAL | UNITS |
|---|---|---|
| **IMMEDIATE CAUSE OF DEATH:** Myocardial Infarction | | Immediate |
| **DUE TO OR AS A CONSEQUENCE OF:** Coronary Artery Disease | | Years |
| **DUE TO OR AS A CONSEQUENCE OF:** | | |
| **UNDERLYING CAUSE, IF ANY:** | | |
| **OTHER SIGNIFICANT CONDITIONS:** | | |

**MANNER OF DEATH:** Natural
**TOBACCO CONTRIBUTED TO DEATH:** Unknown
**AUTOPSY PERFORMED/FINDINGS:** No
**ME CASE #:** 017-10-014

**TRANSPORTATION INJURY:** No

**LOCATION OF INJURY:**
99999
**DESCRIPTION OF INJURY:** None

**CERTIFIER/TITLE:** Duane D Jasper       MD
**CERTIFIER ADDRESS:** Not Available
**DATE CERTIFIED:** 08/03/2017
Iowa

#### DISPOSITION

**FUNERAL HOME:** Geilenfeld Funeral Home, Inc.
Oelwein, Iowa 50662
**FUNERAL DIRECTOR:** Charles H. Geilenfeld
**METHOD:** Cremation & Burial
**PLACE:** Saint Marys Cemetery-Hazleton
**LOCATION:** Hazleton, Iowa

This is to certify that this is a true and correct reproduction of the original record as recorded in this state, issued under the authority of Chapter 144, Code of Iowa. This copy is not valid unless prepared on engraved border displaying state seal and signature of the Registrar.
**THIS COPY NOT VALID UNLESS UNALTERED AND PREPARED ON CERTIFIED SECURITY PAPER**

Fayette
County of Issuance

*Karen K. Ford*
County Registrar

08/07/2017
DATE ISSUED

Kim Reynolds
GOVERNOR, STATE OF IOWA
Adam Gregg, Lt. Governor

*Melissa R. Bird*
DEPUTY STATE REGISTRAR

S272268

FORM #588-0328S (Revised 01/2016)

