# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Jimmy Vaden v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-12671-EEF-MBN*

## EX PARTE MOTION FOR SUBSTITUTION

Counsel, pursuant to rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Linda Linker on behalf of decedent, Jimmy Vaden. In support of this motion, Counsel would show the Court as follows:

1. Jimmy Vaden filed a products liability lawsuit against Defendants on May 19, 2016.

2. Plaintiff Jimmy Vaden died on April 12, 2019.

3. Jimmy Vaden's products liability action against Defendants survived his death and was not extinguished.

4. On August 1, 2019, a Notice and Suggestion of Death was filed.

5. Linda Linker, sister and next of kin of Jimmy Vaden wishes to continue the claims of Jimmy Vaden on his behalf.

6. Linda Linker is a proper party to substitute for Plaintiff-Decedent Jimmy Vaden and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not

extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: August 1, 2019

Respectfully Submitted,

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP

5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 1, 2019

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com