UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:     2592<br>SECTION:    L<br>JUDGE:        ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Sharon Thames, o/b/o the Estate of Shirley Jenkins v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al.*

**Case No.: 2:15-cv-03722**

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Murray Jenkins as Personal Representative of the Estate of Shirley Jenkins, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**


Date: _____         _____
                                                               Hon. Eldon E. Fallon
                                                               United States District Court Judge