**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "L" |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | |
| | : | MAG. JUDGE NORTH |
| *Violet Kellam* | : | |
| *Civil Action No. 2:18-cv-06882* | : | |
| | : | |
| -------------------------------------------------------- | : | |

**MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel for Plaintiff hereby moves the Court for an order substituting Corrina Kellam, on behalf of deceased Plaintiff Violet Kellam.

Violet Kellm filed a products liability action against Defendants on July 20, 2018, captioned *Violet Kellam v, Janssen Research & Development, LLC, et. al., Civil Action No. 2:18-cv-06882.* Counsel was thereafter informed that Violet Kellam passed away.  Corrina Kellam is deceased Plaintiff's daughter.  A Notice and Suggestion of Death was filed August 2, 2019.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party.  A Motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).  Violet Kellam's products liability action against Defendants survived her death and was not extinguished.  Corrina Kellam, deceased Plaintiff's daughter, is the proper party to substitute for Violet Kellam, and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court enter an Order granting this Motion to Substitute.

August 2, 2019                                    Respectfully submitted,

                                                 */s/ David L. Friend*
                                                 David L. Friend, Esq.
                                                 Attorney ID No. 7-5942
                                                 HISSEY, MULDERIG & FRIEND PLLC
                                                 One Arboretum Plaza
                                                 9442 Capital of Texas Highway N, Suite 400
                                                 Austin, TX 78759
                                                 (512) 320-9100
                                                 (512) 320-9101 (fax)
                                                 dfriend@hmf-law.com

                                                 ATTORNEYS FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member case.

*/s/ David L. Friend*
David L. Friend, Esq.
Attorney ID No. 7-5942
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS
