UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
 :
 : SECTION L
 :
 : JUDGE ELDON E. FALLON
 :
 : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Sharon L. Roberts vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05655-EEF-MBN

## NOTICE / SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1) undersigned counsel hereby informs this Court of the death of Plaintiff Sharon L. Roberts.

Dated: August 2, 2019

Respectfully submitted,

/s/ Margret Lecocke
Margret Lecocke
mlecocke@whlaw.com
John T. Boundas
jboundas@whlaw.com
Williams Hart Boundas Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas  77017-5051
Telephone: (713) 230-2200
Facsimile:  (713) 643-6226

**ATTORNEYS FOR PLAINTIFFS**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Margret Lecocke
Margret Lecocke