UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sharon L. Roberts vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05655-EEF-MBN

## ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS ORDERED that Plaintiff Xann Roberts Hunter, daughter of decedent, Sharon L. Roberts, substitution as Plaintiff in this action is GRANTED.

Signed this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

1