UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Billie Kale*                                                  2:16-cv-09018

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, **BILLIE KALE** on May 25, 2017.

Dated: August 2, 2019

                                                   Respectfully submitted,

                                                   MURPHY LAW FIRM, LLC

                                                   s/*Peyton P. Murphy*
                                                   PEYTON P. MURPHY (LA # 22125)
                                                   2354 S. Acadian Thruway
                                                   Baton Rouge, LA 70808
                                                   Telephone: (225) 928-8800
                                                   Facsimile: (225) 246-8780
                                                   Email: peyton@murphylawfirm.com

                                                   s/*Todd C. Comeaux*
                                                   TODD C. COMEAUX (LA # 23453)
                                                   2354 S. Acadian Thruway, Suite C
                                                   Baton Rouge, LA 70808
                                                   Telephone: (225) 706-9000
                                                   Facsimile: (225) 706-9001
                                                   Email: tc@comeauxlawfirm.com

                                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on August 2, 2019, I electronically filed the foregoing *Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ *Peyton P. Murphy*
**PEYTON P. MURPHY**