# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Billie Kale*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*2:16-cv-09018*

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **JODY LOPEZ**, surviving daughter of Plaintiff-Decedent **BILLIE KALE**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased mother, **BILLIE KALE**.

1. Plaintiff, **BILLIE KALE**, filed a products liability lawsuit against Defendants on June 9, 2016.

2. Subsequently, Plaintiff's Counsel learned that **BILLIE KALE** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on August 2, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: August 2, 2019

    Respectfully submitted,

    MURPHY LAW FIRM, LLC

    s/*Peyton P. Murphy*
    PEYTON P. MURPHY (LA # 22125)
    2354 S. Acadian Thruway
    Baton Rouge, LA 70808
    Telephone: (225) 928-8800
    Facsimile: (225) 246-8780
    Email: peyton@murphylawfirm.com

    s/*Todd C. Comeaux*
    TODD C. COMEAUX (LA # 23453)
    2354 S. Acadian Thruway, Suite C
    Baton Rouge, LA 70808
    Telephone: (225) 706-9000
    Facsimile: (225) 706-9001
    Email: tc@comeauxlawfirm.com

    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on August 2, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

    /s/ *Peyton P. Murphy*
    **PEYTON P. MURPHY**