# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL No. 2592 |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION: L |
| ) | | |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| ) | | MAG. JUDGE NORTH |
| ) | | |

**THIS DOCUMENT RELATES TO:**
*Dorothea E. Neigut, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:15-cv-06515- EEF-MBN*

## EX PARTE MOTION FOR SUBSITUTION

NOW INTO COURT, through undersigned counsel, comes Stanley Neigut, surviving spouse of Plaintiff-Decedent Dorothea E. Neigut, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself as Plaintiff on behalf of his deceased wife, Dorothea E. Neigut.

1. Plaintiff Dorothea E. Neigut filed a products liability lawsuit against Defendants on December 04, 2015.

2. Subsequently, Plaintiff's Counsel learned that Dorothea E. Neigut died on June 7, 2019.

3. Plaintiff-Decedent's product liability action against the Defendants survived her death and was not extinguished.

4. On August 2, 2019, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Stanley Neigut is a proper party to substitute for Plaintiff-Decedent Dorothea E. Neigut and has proper capacity to proceed forward with the surviving products liability lawsuit

on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: August 2, 2019                                    Respectfully submitted,

                                                                                /s/ Andrea L. Sapone
Andrea L. Sapone (ASB-4438-E68S)
DEGARIS & ROGERS, LLC
Two North Twentieth Street
Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000
Facsimile: (205) 588-5231
Email: asapone@degarislaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 2, 2019

                                                                                                                                **/s/** Andrea L. Sapone
                                                                                                                                Andrea L. Sapone