# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Dorothea E. Neigut, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:15-cv-06515- EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Stanley Neigut, as surviving spouse of Dorothea E. Neigut, is substituted for Plaintiff in the above captioned cause.

Dated: _____          _____
                                      Hon. Eldon E. Fallon
                                      United Stated District Court Judge