UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>_____) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON D. FALLON <br><br> MAG JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joe W. Collins and Shirley Collins v. Janssen Research
& Development, LLC, et al.*
Case No. 2:17-cv-06597

## UNOPPOSED MOTION TO DISMISS CONSORTIUM PLAINTIFF SHIRLEY COLLINS' CLAIMS WITH PREJUDICE

COME NOW, Plaintiffs in the above-styled action, and by and through the undersigned counsel of record, hereby dismiss with prejudice all claims of Consortium Plaintiff, Shirley Collins, against all named Defendants.  Plaintiff Joe W. Collins remains in this action, and he will continue to prosecute this action against all named Defendants.

Respectfully submitted, this the 2nd day of August, 2016.

MARTIN & JONES, PLLC

*/s/ Carrie R. Guest*
H. Forest Horne, NCSB# 16678
Carrie R. Guest, NCSB# 36451
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone:  (919) 821-0005
Facsimile:  (919) 863-6084
hfh@m-j.com
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

MARTIN & JONES, PLLC

/s/ *Carrie R. Guest*
H. Forest Horne, NCSB# 16678
Carrie R. Guest, NCSB# 36451
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
hfh@m-j.com
crg@m-j.com

ATTORNEYS FOR PLAINTIFFS
