# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) |

MDL No. 2592

SECTION: L

JUDGE ELDON D. FALLON

MAG JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Joe W. Collins and Shirley Collins v. Janssen Research & Development, LLC, et al.*
Case No. 2:17-cv-06597

## ORDER

Plaintiff Joe W. Collins' Unopposed Motion to Dismiss with Prejudice claims against all named Defendants having been read and considered,

IT IS HEREBY ORDERED AND ADJUDGED that consortium Plaintiff Shirley Collins' claims against all named Defendants are dismissed with prejudice. Plaintiff Joe W. Collins remains in this action and will continue to prosecute claims against all named Defendants.

This ___ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE