UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2592 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION L |
| LOIS ANN ROWE GASKIN DAVIDSON, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTAE OF BOBBY GENE DAVIDSON<br>**Civil Action No. 2:16-cv-10954** | ) ) ) ) ) ) ) | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| STEPHANIE DAWN SMOOT, AS ADMINISTRATOR OF THE ESTATE OF WILMA ALLENE GLOSSBRENNER<br>**Civil Action No. 2:15-cv-3872** | ) ) ) ) ) | |
| JESSIE JAMES HILTON, AS INDEPENDENT EXECUTOR OF THE ESTATE OF SHIRLEY MAY HILTON<br>**Civil Action No. 2:15-cv-6950** | ) ) ) ) ) | |
| CARMEN MACKEY<br>**Civil Action No. 2:17-cv-0388** | ) ) ) | |
| RHONDA MELTON, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF JIMMY R. MELTON, SR. FOR THE BENEFIT OF ALL SURVIVING STATUTORY BENEFICIARIES<br>**Civil Action No. 2:18-cv-8346** | ) ) ) ) ) ) ) ) | |
| GLEN SHEPPARD<br>**Civil Action No. 2:15-cv-5992** | ) ) ) | |

## ORDER

These matters come before the Court on Plaintiffs' Ex Parte Motion to Withdraw Documents, R. Doc. 14363;

**IT IS HEREBY ORDERED** that the following documents shall be withdrawn from the docket:

1

| | | |
|---|---|---|
| Doc. No. 13806 | *filed June 20, 2019* | Civil Action No. 2:18-cv-8346 |
| Doc No. 13809 | *filed June 20, 2019* | Civil Action No. 2:17-cv-0388 |
| Doc No. 14076 | *filed July 11, 2019* | Civil Action No. 2:15-cv-3872 |
| Doc No. 14077 | *filed July 11, 2019* | Civil Action No. 2:15-cv-6950 |
| Doc No. 14110 | *filed July 12, 2019* | Civil Action No. 2:16-cv-10954 |
| Doc No. 14111 | *filed July 12, 2019* | Civil Action No. 2:15-cv-5992 |

New Orleans, Louisiana this  1st  day of   August  ,  2019  .

_____
United States District Judge