UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

PLAINTIFFS v. JANSSEN
PHARMACEUTICALS, INC., et al.

**MARJORIE PALECEK**
   Civil Action No. **2:19-cv-06240**
**CHARLES BRUCE**
   Civil Action No. **2:19-cv-07081**
**CONRAD CARPENTER**
   Civil Action No. **2:19-cv-07180**
**IDA FORD**
   Civil Action No. **2:19-cv-04616**
**JAMES KELLY**
   Civil Action No. **2:19-cv-05046**
**HOSEA KING**
   Civil Action No. **2:19-cv-04592**
**TIMOTHY LAIDLAW**
   Civil Action No. **2:19-cv-04581**
**CLARENCE LUMPKINS**
   Civil Action No. **2:19-cv-04783**
**JOSEPH MARION**
   Civil Action No. **2:19-cv-05041**
**PAUL MENDES**
   Civil Action No. **2:19-cv-04448**
**SUSAN NAYLOR**
   Civil Action No. **2:19-cv-04490**
**ROSETTA OLDHAM**
   Civil Action No. **2:19-cv-04476**

**MARY OSTROM**
   Civil Action No. **2:19-cv-04808**
**EVELYN RUSH**
   Civil Action No. **2:19-cv-04517**
**CARROLL THOMAS**
   Civil Action No. **2:19-cv-00738**
**JAMES WEBB**
   Civil Action No. **2:19-cv-00720**
**RITA WILCOX**
   Civil Action No. **2:19-cv-07140**
**DEBORAH ANDERSEN**
   Civil Action No. **2:19-cv-05000**
**DONALD BAILEY**
   Civil Action No. **2:19-cv-00739**
**MARTHA BENJAMIN**
   Civil Action No. **2:19-cv-00718**
**JOSEPH BLANCHARD**
   Civil Action No. **2:19-cv-04319**
**NORBERT BOSKEN**
   Civil Action No. **2:19-cv-05019**
**JUDITH BROWN**
   Civil Action No. **2:19-cv-07264**
**ADAM DAVIS**
   Civil Action No. **2:19-cv-04784**

## **ORDER**

Considering the foregoing Motion to Withdraw Documents:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that documents be withdrawn herein.

Signed New Orleans, Louisiana this __1st__ day of _____August_____, 2019.

_____
Eldon E. Fallon, United States District Court Judge

2