UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * * | SECTION L |
| | * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| Roger Alston, et al.<br>**Case No.: 2:16-cv-03725** | * * * | |
| Lora L. Rodriguez, et al.<br>**Case No.: 2:18-cv-09107** | * * * | |
| James Chapman, et al.<br>**Case No.: 2:17-cv-07834** | * * * | |
| David Carey, et al.<br>**Case No.: 2:19-cv-03773** | * * * | |
| Mark Curtiss<br>**Case No. 2:18-cv-01737** | * * * | |
| Barbara Day<br>**Case No.: 2:19-cv-00427** | * * * | |
| Tracy L. Ely<br>**Case No.: 2:15-cv-4529** | * * * | |
| Janet Ender, et al.<br>**Case No.: 2:18-cv-04077** | * * * | |
| Patrick Frizzell, et al.<br>**Case No.: 2:18-cv-10225** | * * * | |
| Anthony Garbarczyk<br>**Case No.: 2:18-cv-10221** | * * * | |
| Erica L. Gibson-Moreno<br>**Case No.: 2:19-cv-07033** | * * * | |
| Donald Godwin, et al.<br>**Case No. 2:19-cv-08177** | * * | |

| | |
|---|---|
| Donald Graff, et al. | * |
| **Case No.: 2:19-cv-06881** | * |
| | * |
| Yvonne Groves | * |
| **Case No.:2:19-cv- 05734** | * |

## ORDER

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Documents, R Doc. 14366. Accordingly;

**IT IS ORDERED** that the following documents shall be withdrawn from the docket.

| | | |
|---|---|---|
| Doc. No. **13939** | *filed June 27, 2019* | Roger Alston, Case No. 2:16-cv-03725 |
| Doc. No. **13940** | *filed June 27, 2019* | Lora L. Rodriguez, Case No. 2:18-cv-09107 James |
| Doc. No. **13941** | *filed June 27, 2019* | Chapman, Case No.: 2:17-cv-07834 |
| Doc. No. **13942** | *filed June 27, 2019* | David Carey, Case No.: 2:19-cv-03773 |
| Doc. No. **13943** | *filed June 27, 2019* | Mark Curtiss, Case No.: 2:18-cv-01737 |
| Doc. No. **13944** | *filed June 27, 2019* | Barbara Day, Case No.: 2:19-cv-00427 |
| Doc No. **13945** | *filed June 27, 2019* | Tracy L. Ely, Case No.: 2:15-cv-4529 |
| Doc. No. **13946** | *filed June 27, 2019* | Janet Ender, Case No.: 2:18-cv-04077 |
| Doc. No. **13947** | *filed June 27, 2019* | Patrick Frizzell, Case No.: 2:18-cv-10225 |
| Doc. No. **13948** | *filed June 27, 2019* | Anthony Garbarczyk, Case No.: 2:18-cv-10221 |
| Doc. No. **13949** | *filed June 27, 2019* | Erica L. Gibson-Moreno, Case No.: 2:19-cv-07033 |
| Doc. No. **13950** | *filed June 27, 2019* | Donald Godwin, Case No.: 2:19-cv-08177 Donald |
| Doc. No. **13951** | *filed June 27, 2019* | Graff, Case No.: 2:19-cv-06861 |
| Doc. No. **13952** | *filed June 27, 2019* | Yvonne Groves, Case No.: 2:17-cv-05734 |

New Orleans, Louisiana this 1st day of August, 2019.

_____
United States District Judge