UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Susan Boone, et al.<br>**Case No.: 2:18-cv-1736** | * * * | |
| Marvin Hensley<br>**Case No.: 2:15-cv-7138** | * * * | |
| Vicky Euler, et al.<br>**Case No.: 2:15-cv-03073** | * * | |

## ORDER

Considering Plaintiffs' Ex Parte Motion to Withdraw Documents, R. Doc. 14367;

**IT IS ORDERED** that the following documents shall be withdrawn from the docket.

Doc. No. **13976**     *filed July 1, 2019*     Susan Boone, Case No. 2:18-cv-1736

Doc. No. **13980**     *filed July 1, 2019*     Marvin Hensley, Case No. 2:15-cv-7138

Doc. No. **13978**     *filed July 1, 2019*     Vicky Euler, et al. Case No.: 2:15-cv-7138

New Orleans, Louisiana this 1st day of August, 2019.

_____
United States District Judge