UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | * * | |
| Mark Lawson, et al.<br>**Case No.: 2:19-cv-00640** | * * * | |
| Judith Lecklider, et al.<br>**Case No.: 2:18-cv-09761** | * * * | |
| Alma A. Lopez<br>**Case No.: 2:16-cv-1254** | * * * | |
| Frank Macolini, et al.<br>**Case No.: 2:18-cv-11028** | * * * | |
| Mark Curtis<br>**Case No. 2:18-cv-01737** | * * * | |
| Maria Cavalieri, et al.<br>**Case No.: 2:19-cv-03889** | * * * | |
| Napoleon McCormick, et al.<br>**Case No.: 2:19-cv-05278** | * * * | |
| Janet M. Middleton<br>**Case No.: 2:19-cv-6462** | * * * | |
| Christina Jensen, et al.<br>**Case No.: 2:18-cv-02979** | * | |

## ORDER

Considering Plaintiffs' Ex Parte Motion to Withdraw Documents, R. Doc. 14368;

**IT IS ORDERED** that the following documents shall be withdrawn from the docket.

| | | |
|---|---|---|
| Doc. No. **14042** | *filed July 8,, 2019* | Mark Lawson, Case No. 2:19-cv-00640 |
| Doc. No. **14043** | *filed July 8, 2019* | Judith Lecklider, Case No. 2:18-cv-09761 |
| Doc. No. **14044** | *filed July 8, 2019* | Alma A. Lopez, Case No.: 2:16-cv-1254 |
| Doc. No. **14046** | *filed July 8, 2019* | Frank Macolini, Case No.: 2:18-cv-11028 |
| Doc. No. **14047** | *filed July 8, 2019* | Maria Cavalieri, Case No.: 2:19-cv-03889 |
| Doc. No. **14048** | *filed July 8, 2019* | Napoleon McCormick, Case No.: 2:19-cv-05278 |
| Doc No. **14048** | *filed July 8, 2019* | Janet M. Middleton, Case No.: 2:19-cv-4529 |
| Doc. No. **14049** | *filed July 8, 2019* | Barbara Morgan, Case No.: 2:19-cv-5184 |
| Doc. No. **14050** | *filed July 8, 2019* | Christina Jensen, Case No.: 2:18-cv-02979 |

New Orleans, Louisiana this 1st day of August, 2019.

_____
United States District Judge