UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT ONLY RELATES TO:**
*Lloyd Edwards v. Janssen Research & Development, LLC, et al*
*Civil Action No. 3:15-cv-00413*

## EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Mary E. Wright as Plaintiff on behalf of her deceased father, Lloyd Edwards.

1. Lloyd Edwards filed a products liability lawsuit against defendants on September 15, 2015.

2. Subsequently, Plaintiff's counsel was notified that Lloyd Edwards died on April 29, 2017. A redacted copy of the death certificate is attached.

3. Mary E. Wright was duly appointed executor of the estate of Lloyd (aka Loyd) Edwards by the Probate Court of Roane County, Tennessee.

4. Lloyd Edwards' products liability action against defendants survived his death and was not extinguished.

5. Plaintiff filed a Suggestion of Death on July 1, 2019.

6. Mary E. Wright, executor of the estate of Lloyd (aka Loyd) Edwards, is a proper

party to substitute for plaintiff-decedent Lloyd Edwards and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Mary E. Wright requests this Honorable Court grant her request for substitution as Plaintiff in this action.

Dated:   August 2, 2019             Respectfully submitted,

/s/     *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
brucefox@foxandfarleylaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  August 2, 2019            /s/     *Bruce D. Fox*
                                   Bruce D. Fox