UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT ONLY RELATES TO:**
*Lloyd Edwards v. Janssen Research & Development, LLC, et al*
*Civil Action No. 3:15-cv-00413*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(l), hereby informs this Honorable Court of the Death of Plaintiff, Lloyd Edwards, which occurred on April 29, 2017. A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and incorporated herein by reference.

Date: July 1, 2019                                    Respectfully submitted,

                                                                                                                      **FOX & FARLEY**

                                                                                                                       */s/ Bruce D. Fox*
                                                                                                                       Bruce D. Fox
                                                                                                                       Tennessee Bar No.: 008965
                                                                                                                       310 N. Main Street
                                                                                                                       Clinton, Tennessee, 37716
                                                                                                                       Telephone: (865) 457-6440
                                                                                                                       Facsimile: (865) 457-6322
                                                                                                                       brucefox@foxandfarleylaw.com

                                                                                            **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


Dated: July 1, 2019                /s/ *Bruce D. Fox*
                                                    Bruce D. Fox

Case 2:14-md-02592-EEF-MBN Document 14586-1 Filed 08/02/19 Page 3 of 4
Case 2:14-md-02592-EEF-MBN Document 13967 Filed 07/01/19 Page 3 of 4

3

# EXHIBIT "A"

# STATE OF TENNESSEE
## Office of Vital Records

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH** — STATE FILE NUMBER

| | | |
|---|---|---|
| 1. DECEDENT'S LEGAL NAME: Lloyd Elgie Edwards | 2. SEX: Male | 3. DATE OF DEATH: April 29, 2017 |
| 4. TIME OF DEATH: 09:15 AM | 5a. AGE: 86 | 6. DATE OF BIRTH: [redacted] |
| | | 7. BIRTHPLACE: Harriman, Tennessee |

8a. PLACE OF DEATH: [X] Decedent's home
8c. CITY OR TOWN: Harriman
8d. COUNTY OF DEATH: Roane

9. MARITAL STATUS: [X] Widowed
10. SURVIVING SPOUSE: None
11a. DECEDENT'S USUAL OCCUPATION: Chemical Operator
11b. KIND OF BUSINESS/INDUSTRY: Y-12

13a. RESIDENCE-STATE: Tennessee
13b. COUNTY: Roane
13c. CITY OR TOWN: Harriman
13e. INSIDE CITY LIMITS: [X] No
13f. ZIP CODE: 37748
14. WAS DECEDENT EVER IN US ARMED FORCES: [X] Yes

15. DECEDENT'S EDUCATION: [X] 9th-12th grade; no diploma
16. DECEDENT OF HISPANIC ORIGIN: [X] No, not Spanish/Hispanic/Latino
17. DECEDENT'S RACE: [X] White

18. FATHER'S NAME: James Bascom Edwards
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Ethel Morris

20a. INFORMANT'S NAME: Mary Edwards Wright
20b. RELATIONSHIP TO DECEDENT: Daughter

21a. METHOD OF DISPOSITION: [X] Burial
21b. PLACE OF DISPOSITION: Roane Memorial Gardens
21c. LOCATION: Rockwood, Tennessee

22a. SIGNATURE OF FUNERAL DIRECTOR: Mitchell C Kyker
22b. LICENSE NUMBER: 6498
22c. SIGNATURE OF EMBALMER: Alan D. Anson
22d. LICENSE NUMBER: 16224

23a. NAME AND ADDRESS OF FUNERAL HOME: KYKER FUNERAL HOMES, 430 MORGAN ST. P.O. BOX 232, HARRIMAN, TN 37748
23b. LICENSE NUMBER OF FUNERAL HOME: 176

24. REGISTRAR'S SIGNATURE: Charlotte Rainer DR
25. DATE FILED: 5-1-17

26. CERTIFIER: [X] 26b. MEDICAL EXAMINER
27b. LICENSE NUMBER: MD14330
27c. DATE SIGNED: May 1, 2017
27d. NAME AND ADDRESS: 314 E. Spring St., Kingston, TN 37763

**28. PART I.**
- IMMEDIATE CAUSE: Acute Myocardial Infarction — 45 minutes
- b. Atherosclerotic Coronary Artery Disease — Years

**PART II.** Other significant conditions: Hypertension, Hypothyroidism, recent Pulmonary Embolus

29a. AUTOPSY PERFORMED: [X] No

30. MANNER OF DEATH: [X] Natural
31. DID TOBACCO USE CONTRIBUTE TO DEATH: [X] No

PH-1659 (Rev. 10/2011) — RDA 1399

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

09095741

Lori B. Ferranti, PhD, MSN, MBA, RN — State Registrar/Asst. Commissioner
John J. Dreyzehner, MD, MPH, FACOEM — COMMISSIONER
Date Issued: 5-1-17

**CERTIFICATION OF VITAL RECORD**

---

I, ALAN ANSON, A LICENSED FUNERAL DIRECTOR, EMPLOYED BY KYKER FUNERAL HOME, HARRIMAN, TENNESSEE, DO HEREBY CERTIFY THE ABOVE TO BE A TRUE AND EXACT COPY OF THE CERTIFICATE OF DEATH FILED WITH THE __Roane__ COUNTY HEALTH DEPARTMENT ON THE DEATH OF THE ABOVE DECEDENT.

ALAN ANSON

STATE OF TENNESSEE
COUNTY OF ROANE

SUBSCRIBED AND SWORN TO BEFORE ME MITCHELL KYKER A NOTARY PUBLIC, IN SAID STATE AND COUNTY, THIS THE __3rd__ DAY OF __May__, 2017.

MY COMMISSION EXPIRES APRIL 16, 2019.

NOTARY PUBLIC

