LETTERS TESTAMENTARY - PROBATE COURT

STATE OF TENNESSEE

PROBATE COURT OF ROANE COUNTY AT KINGSTON

PROBATE COURT TERM **AUGUST, 2017**

TO: **MARY E. WRIGHT,** A CITIZEN OF **ROANE** COUNTY

IT APPEARING TO THE COURT THAT **LOYD E. EDWARDS** HAS DIED, LEAVING A WRITTEN WILL, IN WHICH YOU ARE APPOINTED EXECUTOR, WHICH HAS BEEN DULY APPROVED IN OPEN COURT; AND YOU HAVING BEEN QUALIFIED ACCORDING TO LAW, AND IT HAVING BEEN ORDERED BY SAID COURT THAT LETTERS TESTAMENTARY ISSUE TO YOU.

THESE ARE, THEREFORE, TO EMPOWER YOU, THE SAID **MARY E. WRIGHT,** TO ENTER UPON THE EXECUTION OF SAID WILL, AND TAKE INTO YOUR POSSESSION ALL OF THE PROPERTY, AND TO MAKE, WITHIN SIXTY DAYS FROM THIS DATE, A PERFECT INVENTORY THEREOF, AND MAKE DUE COLLECTION OF ALL DEBTS, AND AFTER PAYING ALL THE JUST DEMANDS AGAINST THE TESTATOR, AND SETTLING UP THE BUSINESS ACCORDING TO LAW, YOU WILL PAY OVER AND DELIVER THE PROPERTY AND EFFECTS THAT MAY REMAIN IN YOUR HANDS, AND DO ALL OTHER THINGS THAT MAY BE REQUIRED, ACCORDING TO THE PROVISION OF THE SAID WILL AND THE LAWS OF THE LAND.

WITNESS **SHANNON CONLEY** CLERK OF SAID COURT, AT OFFICE, THIS **8TH** DAY OF **AUGUST, 2017** AND **241ST** YEAR OF AMERICAN INDEPENDENCE.

SHANNON CONLEY, PROBATE CLERK

BY _____, D.C.

STATE OF TENNESSEE, ROANE COUNTY

**I** DO SOLEMNLY SWEAR THAT **I** WILL HONESTLY AND FAITHFULLY DISCHARGE THE DUTIES OF EXECUTOR OF THE LAST WILL AND TESTAMENT OF **LOYD E. EDWARD,** LATELY DECEASED, IN ACCORDANCE WITH ITS TERMS AND PROVISIONS, TO THE BEST OF MY KNOWLEDGE AND ABILITY, SO HELP ME GOD.

_Mary E. Wright_

SUBSCRIBED AND SWORN TO BEFORE ME THIS, THE **8TH** DAY OF **AUGUST, 2017**.

SHANNON CONLEY, PROBATE CLERK

BY _____, D.C.

STATE OF TENNESSEE, ROANE COUNTY

I, **SHANNON CONLEY** CLERK OF THE PROBATE COURT OF SAID COUNTY, DO HEREBY CERTIFY THAT THE FOREGOING IS A FULL, TRUE, AND PERFECT COPY OF LETTERS TESTAMENTARY, ISSUED TO **MARY E. WRIGHT,** EXECUTOR OF THE ESTATE OF **LOYD E. EDWARDS,** DECEASED, AND I DO CERTIFY THAT **SHE** IS STILL ACTING EXECUTOR OF THE ESTATE OF **LOYD E. EDWARDS** AND **HER** ACTS AS SUCH ARE ENTITLED TO FULL FAITH AND CREDIT, AS APPEARS FROM THE RECORDS IN MY OFFICE AT KINGSTON, TENNESSEE.

WITNESS MY HAND AND OFFICIAL SEAL, AT THIS OFFICE, THIS ____8____ DAY OF ___August___, 20_17_.

SHANNON CONLEY, PROBATE CLERK

_____, D.C.