UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**DARCUS MARTIN**
Civil Action No. **2:19-cv-04429**

## EX PARTE MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, John Martin, by and through the undersigned counsel of record, and moves this Court for an Order substituting John Martin on behalf of decedent Darcus Martin. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. At the request of our client Darcus Martin to act on her behalf, this present action was filed on March 28, 2019.

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10.

3. Plaintiff's counsel was notified on April 8, 2019, by John Martin, heir and next of kin that Darcus Martin died on January 16, 2019.

4. Darcus Martin's product liability action against defendants survived her death and was not extinguished.

5. Plaintiff's Counsel filed a Notice and Suggestion of Death on or about August 1, 2019 [Doc. 14518 and Doc 14518-1].

6. John Martin, is the surviving son of plaintiff-decedent, is a proper party to substitute

for plaintiff-decedent Darcus Martin and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, John Martin respectfully requests that he be substituted as Plaintiff in this cause of action.

Dated: August 2, 2019

Respectfully submitted,

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
brucefox@foxandfarleylaw.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)