# **EXHIBIT A**

# STATE OF MARYLAND
## Department of Health and Mental Hygiene
## Division of Vital Records

**CERTIFICATION OF VITAL RECORD**
VIEW PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

### Certificate of Death

File Number *32019MD002852*

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name (if any) | DARCUS JANE MARTIN |
| 2. Date of Death | 01/16/2019 |
| 3. Time of Death | 1142 |
| 4a. Facility Name | DECEDENT'S HOME, |
| 4b. City, Town or Location of Death | EDGEWOOD |
| 4c. County of Death | HARFORD |
| 5. Social Security Number | |
| 6. Sex | F |
| 7. Age | 75 YR |
| 8. Date of Birth | |
| 9. Birthplace | SOUTH CAROLINA |
| 10a. State | MARYLAND |
| 10b. County | HARFORD |
| 10c. City, Town or Location | EDGEWOOD |
| 10d. Inside City Limits? | UNK |
| 10e. Address | |
| 10f. Zip Code | 21040 |
| 11. Marital Status | WIDOWED (AND NOT REMARRIED) |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | WHITE |
| 15. Decedent's Education | HS OR GED |
| 16a. Decedent's Usual Occupation | RETAIL AND WAREHOUSE |
| 16b. Business/Industry | SALES AND DISTRIBUTION |
| 17. Father's Name | FORD LYNCH |
| 18. Mother's Name Prior to First Marriage | MARGARET WOODWARD |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | STEPHANIE EHRLICH |
| 20b. Informant's Relationship | DAUGHTER |
| 20c. Informant's Mailing Address | 2205 BYTON COURT, FOREST HILL, MARYLAND 21050 |
| 21a. Method of Disposition | CREMATION |
| 21b. Place of Disposition | MARYLAND CREMATORY |
| 21c. Date of Disposition | 01/25/2019 |
| 21d. Location | 408 HEADQUARTERS DR. STE. 10, MILLERSVILLE, MARYLAND 21108 |
| 22a. Signature of Funeral Service Licensee | ALYSON KIRA TAYLOR |
| 22b. License No | M01575 |
| 22c. Name and Address of Funeral Facility | MARYLAND CREMATION SERVICES 408 HEADQUARTERS DR. STE. 10, MILLERSVILLE, MD 21108 |

23a. Part I. Disease, Injuries, or complications that directly caused the death: **PENDING**

Immediate Cause (final disease or condition resulting in death) a. _____ Due to (or as a consequence of): _____

Conditions, if any, leading to immediate cause b. _____ Due to (or as a consequence of): _____

c. _____ Due to (or as a consequence of): _____

d. _____

Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I:

23b. Did tobacco use contribute to the cause of death? UNK

| Field | Value |
|---|---|
| 24a. Was an autopsy performed? | YES |
| 24b. Were autopsy findings available prior to completion of cause of death? | YES |
| 25a. Was case referred to medical examiner? | YES |
| 25b. Medical Examiner Countersignature | |
| 26. Place of Death | HOME |
| 27. Manner of Death | PENDING INVESTIGATION |
| 28a. Date of Injury | |
| 28b. Time of Injury | |
| 28c. How Injury occurred | |
| 28d. Injury at work? | |
| 28e. Transportation Injury? | |
| 28f. Place of Injury | |
| 28g. Location of Injury | |
| 29a. Certifier Type | MEDICAL EXAMINER |
| 29b. Signature and Title of Certifier | LING LI, M.D. |
| 29c. License No | O.C.M.E. |
| 29d. Date signed | 01/17/2019 |
| 30a. Name of person who completed cause of death | LING LI |
| 30b. Address of person who completed cause of death | 900 W. BALTIMORE STREET, BALTIMORE, MARYLAND 21223 |
| 31. Date Filed | 01/25/2019 |
| 32. Registrar at Filing | GENEVA G. SPARKS |
| 33. Date Issued | 01/29/2019 |

34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records.

Registrar's Signature

3572973

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

