# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION L ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**DARCUS MARTIN**
Civil Action No. **2:19-cv-04429**

## ORDER ON *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS MATTER, having come before the Court on Plaintiff's *Ex Parte* Motion to Substitute Party Plaintiff, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, John Martin, as surviving son of Darcus Martin, deceased, is substituted as Plaintiff in this action and the *Ex Parte* Motion to Substitute Party is GRANTED.

Signed, this _____ day of _____, 2019.

_____
Honorable Eldon E. Fallon, United States District Court Judge