**CERTIFIED COPY**

Person Filing: Mikelyn Demory
Address (if not protected): 7254 W. Paradise Lane
City, State, Zip Code: Peoria, Arizona 85382
Telephone: 602-380-3412
Email Address: mlpeachy@aol.com
Lawyer's Bar Number: _____
Licensed Fiduciary Number: _____

CLERK OF THE SUPERIOR COURT
FILED
JUL 08 2019   1:44 pm
A. Aviña, Deputy
FOR CLERK'S USE ONLY

Representing [X] Self, without a Lawyer  or  [ ] Attorney for  [ ] Petitioner  OR  [ ] Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

In the Matter of the Estate of:

George E. Zatezalo
[X] an Adult  OR  [ ] a Minor, deceased

Case No.: PB 2016-002622

LETTERS OF APPOINTMENT OF ˌSuccessor Personal Representative
PERSONAL REPRESENTATIVE AND
ACCEPTANCE OF APPOINTMENT AS
PERSONAL REPRESENTATIVE

## LETTERS OF PERSONAL REPRESENTATIVE

Mikelyn Demory _____ (name) is appointed as Personal Representative of this Estate without restriction except as follows:

_____
_____
_____

JUL 08 2019 (date)

JEFF FINE, CLERK
_____, Clerk of the Superior Court
By _A. Aviña_  A. Aviña
Deputy Clerk

## ACCEPTANCE OF APPOINTMENT

I accept the duties of Personal Representative of the Estate of the above-named person who has died and do solemnly swear or affirm that I will perform the duties as Personal Representative according to law.

DATED: June 27, 2019

_Mikelyn M. Demory_
Signature of Personal Representative

STATE OF Arizona
COUNTY OF Maricopa

Subscribed and sworn to or affirmed before me this: JUN 27 2019 (date) _____ by

_Mikelyn Mary Demory_

(notary seal)

_A. Steley_
Deputy Clerk or Notary Public
JEFF FINE, CLERK

© Superior Court of Arizona in Maricopa County         Page 1 of 1         PBIP17f - 041618
ALL RIGHTS RESERVED