UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**SAMUEL MYERS**
Civil Action No. **2:19-cv-04802**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OR RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Samuel Myers, which occurred on May 11, 2019. A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and is incorporated herein by reference.

Dated: August 1, 2019            Respectfully submitted,

                                                  **FOX & FARLEY**

                                                  By: /s/ *Bruce D. Fox*
                                                  Bruce D. Fox
                                                  Tennessee Bar No.: 008965
                                                  310 N. Main Street
                                                  Clinton, Tennessee, 37716
                                                  Telephone: (865) 457-6440
                                                  Facsimile: (865) 457-6322
                                                  brucefox@foxandfarleylaw.com
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    /s/ *Bruce D. Fox*
                                                    Bruce D. Fox (TN Bar No. 008965)