# **<u>EXHIBIT A</u>**

Case 2:14-md-02592-EEF-MBN   Document 14590-2   Filed 08/02/19   Page 1 of 2

# CERTIFICATE OF DEATH

**Ohio Department of Health - Vital Statistics**

Primary Reg. Dist. No. 2501
Registrar's No. 2019004903
State File No. 2019046297

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | SAMUEL W. MYERS |
| 2. Sex | MALE |
| 3. Date of Death | MAY 11, 2019 |
| 5a. Age (Years) | 66 |
| 7. Birthplace | COLUMBUS, OHIO |
| 8a. Residence State | OHIO |
| 8b. County | FRANKLIN |
| 8c. City or Town | GALLOWAY |
| 9. Ever in US Armed Forces? | YES - AIR FORCE |
| 10. Marital Status at Time of Death | MARRIED |
| 11. Surviving Spouse's Name | LORETTA IACOBONI |
| 12. Decedent's Education | HIGH SCHOOL GRADUATE OR GED |
| 13. Decedent of Hispanic Origin | NO |
| 14. Decedent's Race | WHITE |
| 15. Father's Name | DALE MYERS |
| 16. Mother's Name (prior to first marriage) | RITA STEPHEN |
| 17a. Informant's Name | LORETTA MYERS |
| 17b. Relationship to Decedent | SPOUSE |
| 18a. Place of Death | HOSPITAL - INPATIENT |
| 18b. Facility Name | OHIO STATE UNIVERSITY HOSPITALS |
| 18c. City or Town, State and Zip Code | COLUMBUS, OH 43210 |
| 18d. County of Death | FRANKLIN |
| 19. Funeral Service Licensee | JOSEPH A TIBERI |
| 20. License Number | 008113 |
| 21. Name and Complete Address of Funeral Facility | MAEDER-QUINT-TIBERI FUNERAL HOME INC, 1068 S HIGH ST, COLUMBUS, OH 43206 |
| 22. Method and Place of Disposition | BURIAL - SAINT JOSEPH CEMETERY, LOCKBOURNE, OH |
| 23. Local Registrar | Sandra Taylor |
| 24. Date Filed | MAY 15 2019 |
| 26b. Time of Death | 10:10 am |
| 26c. Date Pronounced Dead | 5-11-2019 |
| 26d. Was Case Referred to Medical Examiner or Coroner? | NO |
| 26f. License number | 34.005752 |
| 26g. Date Signed | 5-15-2019 |
| 27. Name and Address of Person who Completed Cause of Death | LISA ANNE MAURER, 2269 CHERRY VALLEY RD SE, NEWARK, OH 43055 |

**28. Part I. Cause of Death**

| | Cause | Approximate Interval: Onset and Death |
|---|---|---|
| a. Immediate Cause | Ischemic Cardiomyopathy | Yrs. |
| b. Due to | | |
| c. Due to | | |
| d. Due to | | |

29a. Was An Autopsy Performed? ☒ No
30. Did Tobacco Use Contribute to Death? ☒ Yes
32. Manner of Death: ☒ Natural

Sandra Taylor, Franklin County Registrar

MAY 15 2019

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEAL[TH]