UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            )<br>_____)  | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**WILLIAM (BILL) WENERSTROM**
Civil Action No. **2:19-cv-04533**

## *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, William Scott Wenerstrom, by and through the undersigned counsel of record, and moves this Court for an Order substituting William Scott Wenerstrom on behalf of decedent William (Bill) Wenerstrom. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. At the request of our client William (Bill) Wenerstrom to act on his behalf, this present action was filed on March 28, 2019.

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10.

3. Plaintiff's counsel was notified on July 2, 2019, by William Scott Wenerstrom, heir and next of kin, that William (Bill) Wenerstrom died on April 17, 2019.

4. William (Bill) Wenerstrom's product liability action against defendants survived his death and was not extinguished.

5. Plaintiff's Counsel filed a Notice and Suggestion of Death on or about August 1, 2019 [Doc. 14519 and 14519-1].

6.      William Scott Wenerstrom, surviving son of plaintiff-decedent, is a proper party to substitute for plaintiff-decedent William (Bill) Wenerstrom and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, William Scott Wenerstrom, respectfully requests that he be substituted as Plaintiff in this cause of action.

Dated: August 2, 2019                    Respectfully submitted,

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
brucefox@foxandfarleylaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)