# **EXHIBIT A**

Case 2:14-md-02592-EEF-MBN   Document 14591-2   Filed 08/02/19   Page 1 of 3

CERTIFICATION OF VITAL RECORD

# CERTIFICATE OF DEATH
State File Number: 2019005927

## William Shirl Wenerstrom

**DECEDENT INFORMATION**

| | | | |
|---|---|---|---|
| Date of Death: | April 17, 2019 | Time of Death: | 10:15 |
| City of Death: | Payson | County of Death: | Utah |
| Age: | 75 | Date of Birth: | |
| Place of Birth: | Salt Lake City, Utah | Sex: | Male |
| Armed Services: | Yes | Marital Status: | Widowed |
| Spouse's Name: | Bonnie Bennett (Deceased) | Usual Occupation: | Automotive Mechanic |
| Industry/Business: | Automotive | Education: | High School or GED |
| Residence: | Sandy, Utah | Parent or Father: | William Rex Wenerstrom |
| Parent or Mother: | Shirley Blanche Eskelsen | Facility Type: | Nursing Home/Assisted Living |
| Facility or Address: | Mervyn Sharp Bennion Home | | |

**INFORMANT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | Scott Wenerstrom | Relationship: | Son |
| Mailing Address: | | | |

**DISPOSITION INFORMATION**

- Method of Disposition: Burial
- Place of Disposition: Redwood Memorial Estates, West Jordan, Utah
- Date of Disposition: April 24, 2019

**FUNERAL HOME INFORMATION**

- Funeral Home: Redwood Memorial Mortuary
- Address: 6500 South Redwood Road, , West Jordan, Utah 84123
- Funeral Director: Elizabeth V Vasquez

**MEDICAL CERTIFICATION**

- Medical Professional: Wesley S Bott DO, 94 West Main, Santaquin, Utah 84655

**CAUSE OF DEATH**

- Sepsis [Onset: 1 Week]
- Due to (or as a consequence of): Cutaneo Rectal Fistulas
- Due to (or as a consequence of): Ulcerative Colitis
- Other significant conditions: Decubitus Ulcers, Clostridium Difficile Colitis
- Tobacco Use: Non-user
- Medical Examiner Contacted: No   Autopsy Performed: No   Manner of Death: Natural

Date Registered: April 29, 2019
Date Issued: April 30, 2019

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: High Resolution Border, V & R images in top cycloids, and microtext. This document displays the date, seal, and signature of the Utah State Registrar of Vital Records and Statistics.

Richard J. Oborn, MPA
State Registrar
Rev. 1/16


065845222

Gary L. Edwards
Director/Health Officer
County/District Health Department


SALT LAKE COUNTY HEALTH DEPARTMENT

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF UTAH - DEPARTMENT OF HEALTH - OFFICE OF VITAL RECORDS AND STATISTICS
## AFFIDAVIT TO AMEND A RECORD

Corrections to a vital record must be made by affidavit but an item on a birth record may be corrected by affidavit only once. A court order is required for subsequent changes. A court order is necessary to make any corrections to a Delayed Birth Certificate. This affidavit cannot be used to correct medical information. Please return any copies of the certificate with this affidavit completed. If corrected certificates are reissued within 90 days of issuance, the new certificate fee will be waived but affidavit fees may still apply. This affidavit may be mailed or hand delivered.

**Mailing Address**
Office of Vital Records and Statistics
PO Box 141012
Salt Lake City, UT 84114-1012

**Physical Address**
Office of Vital Records and Statistics
288 North 1460 West
Salt Lake City, UT 84116

**Affidavit Instructions**
Please print or type in black ink.
Items 1-6: Enter the facts as reported on the current vital record.
Item 7: Enter Item number from items 1-6 that will be changed, if applicable.
Item 8a: Enter the information as stated on the original record.
Item 8b: Enter the correct information as it should be stated on the record.
Item 9: Enter the reason the change is necessary.
Item 10: Enter the proofs used to support the change, if applicable. The proofs must match the asserted fact(s) exactly.
Items 11-22: Enter witness information.

**Witness Instructions**
Witnesses for Birth Certificate: If the person listed on the record is under 18 years of age, both parents of record MUST sign the affidavit. If only one parent is listed, the second witness MUST be an immediate family member of the listed parent. If the person listed on the record is 18 years of age or older, he/she MUST sign as one of the witnesses. The second witness MUST be their immediate family member.
Witnesses for Death Certificate: The informant must sign as a witness along with an immediate member of the decedent's family, or a person who is knowledgeable of the facts.

☐ BIRTH  ☐ DEATH  ☐ STILLBIRTH   STATE FILE NUMBER _____

**NAME AS REPORTED ON REVERSE**
- 1a. FIRST NAME
- 1b. MIDDLE NAME
- 1c. LAST NAME
- 2. SEX
- 3. DATE OF EVENT
- 4. PLACE OF OCCURRENCE (City and County)
- 5. NAME OF PARENT 1 (Maiden name if Applicable)
- 6. NAME OF PARENT 2 (Maiden name if Applicable)

**STATEMENT OF AMENDMENTS**
- 7. ITEM NO.
- 8a. FACTS EXACTLY AS STATED ON THE ORIGINAL RECORD
- 8b. CORRECT INFORMATION

**WHY IS CHANGE NECESSARY?**
- 9a.
- 9b.

**DOCUMENTS USED TO AMEND RECORD**
- 10a.
- 10b.

**OATH OF FIRST WITNESS (MUST BE 18 OR OLDER)**
I hereby certify, under penalty of perjury, that I have personal knowledge of the above facts and that the information given is true and correct.
- 11a. SIGNATURE OF WITNESS (Must be signed in front of a Notary)
- 11b. PRINTED NAME OF WITNESS
- 12. DATE SIGNED
- 13. AGE OF WITNESS
- 14. DAYTIME TELEPHONE OF WITNESS ( )
- 15. RELATIONSHIP OF WITNESS
- 16. ADDRESS OF WITNESS (Street, City, State, Zip)

Subscribed & Sworn to before me this ____ day of _____ 20 ____
Notary Signature _____
State _____
County _____
SEAL

**OATH OF SECOND WITNESS (MUST BE 18 OR OLDER)**
I hereby certify, under penalty of perjury, that I have personal knowledge of the above facts and that the information given is true and correct.
- 17a. SIGNATURE OF WITNESS (Must be signed in front of a Notary)
- 17b. PRINTED NAME OF WITNESS
- 18. DATE SIGNED
- 19. AGE OF WITNESS
- 20. DAYTIME TELEPHONE OF WITNESS ( )
- 21. RELATIONSHIP OF WITNESS
- 22. ADDRESS OF WITNESS (Street, City, State, Zip)

Subscribed & Sworn to before me this ____ day of _____ 20 ____
Notary Signature _____
State _____
County _____
SEAL

UDOH-OVRS-901
Rev. 01/16