UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Paul M. Markham and Cathy Markham <br> **Case No.: 2:19-cv-00762** | * * * * * | |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above referenced Plaintiffs move *ex parte* for this Court's order withdrawing the document set forth below. Counsel mistakenly believed that file-stamped copy of the plaintiffs' stipulation for dismissal was required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiffs respectfully request that the following document be withdrawn from the Court's docket:

Doc. No. **14045**     *filed July 8, 2019*     Paul M. Markham, et al., Case No. 2:19-cv-00762

WHEREFORE, Plaintiffs  move for the issuance of this Court's Order withdrawing the document identified above from the Court's docket.

Dated: August 2, 2019         Respectfully submitted

**ASHCRAFT & GEREL, LLP**

By:     /s/ Michelle A. Parfitt
Michelle A. Parfitt (Va. Bar No.: 33650; D.C. Bar No.: 358592)
mparfitt@ashcraftlaw.com
James F. Green (Va. Bar No.: 24915; D.C. Bar No.: 214965)
jgreen@ashcraftlaw.com
1825 K Street, NW

Suite # 700
Washington, DC 20006
Phone: (202) 729-9833
Fax: (202) 416-6392

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2019, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/Michelle A. Parfitt
    Michelle A. Parfitt