UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Paul M. Markham and Cathy Markham <br> **Case No.: 2:19-cv-00762** | * * * * | |

# **ORDER**

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges, and decrees that the following document shall be withdrawn from the docket**.

Doc. No. **14045**     *filed July 8, 2019*     Paul Markham, et al. Case No. 2:19-cv-00762

Dated:_____, 2019     _____
                                    Eldon E. Fallon
                                    United States District Judge