UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| **This Document Relates to:** | ) ) | SECTION: L |
| *Dennis Logan v. Janssen Research & Development, et al.;* *Civil Action No. 2:19-cv-08111* _____ | ) ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Vickie Barrett, on behalf of her deceased brother, Dennis Logan, for the following reasons:

1. On April 3, 2019, Dennis Logan filed a Complaint in the above referenced matter.

2. On August 13, 2018, Dennis Logan passed away.

3. Plaintiff's sister, Vickie Barrett, notified Plaintiff's counsel of her brother's passing and her interest in continuing this lawsuit on his behalf.

4. Vickie Barrett is in the process of being appointed as Representative of the Estate of Dennis Logan.

5. Notice of Dennis Logan's death was submitted to this Honorable Court on August 2, 2019 (*See* Exhibit A).

6. The decedent's sister, Vickie Barrett, is the Proper Party Plaintiff and wishes to be substituted on behalf of Dennis Logan in this case.

Wherefore, movant prays for said substitution.

Dated: August 2, 2019　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Leslie LaMacchia*
　　　　　　　　　　　　　　　　　　　　　　　Leslie LaMacchia, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Adam Pulaski, Esq.
　　　　　　　　　　　　　　　　　　　　　　　PULASKI LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　　　　2925 Richmond Avenue, Suite 1725

Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for the Plaintiff*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2019, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

Dated: August 2, 2019

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
