# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) |
| **This Document Relates to:** | ) SECTION: L ) |
| *Dennis Logan v. Janssen Research & Development, et al.;* *Civil Action No. 2:19-cv-08111* | ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Dennis Logan.

Dated: August 2, 2019

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 2, 2019               Respectfully submitted,

                                    */s/ Leslie LaMacchia*

                                    Leslie LaMacchia, Esq.
                                    Adam Pulaski, Esq.
                                    PULASKI LAW FIRM, PLLC
                                    2925 Richmond Avenue, Suite 1725
                                    Houston, TX 77098
                                    (713) 664-4555 Phone
                                    (713) 664-7543 Fax
                                    llamacchia@pulaskilawfirm.com
                                    adam@pulaskilawfirm.com

                                    *Attorneys for the Plaintiff*