# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) | MDL No. 2592 |
| | ) | |
| **This Document Relates to:** | ) | SECTION: L |
| | ) | |
| *Dennis Logan v. Janssen Research & Development, et al.;* | ) | JUDGE FALLON |
| *Civil Action No. 2:19-cv-08111* | ) | |
| _____ | ) | MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Vickie Barrett, on behalf of her deceased brother, Dennis Logan, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2019.

_____
Hon. Eldon E. Fallon
United States District Judge