# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| _____ | **SECTION L** |
| THIS DOCUMENT RELATES TO: WALLACE MARTIN | **JUDGE ELDON E. FALLON** |
| Civil Action No. 2:18-cv-08754 | **MAGISTRATE JUDGE NORTH** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**CAREY DANIS & LOWE**

By: /s/*Jeffrey J. Lowe*
Jeffrey J. Lowe, #35114
8235 Forsyth, Ste. 1100
St. Louis, MO 63105
Ph: (314) 725-7700
Fax: (314) 678-3401
jlowe@careydanis.com
*Attorneys for Plaintiffs*

**DRINKER BIDDLE & REACH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Ph: (973) 549-7000
susan.sharko@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC and Jansssen Ortho LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ *Andrew K. Solow*
      Andrew K. Solow
      250 West 55th Street
      New York, NY 10019
      Ph: (212) 836-8000
      William Hoffman
      601 Massachusetts Ave., NW
      Washington, D.C. 20001
      Ph: (202) 942-5000
      andrew.solow@arnoldporter.com
      william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

IRWIN FRITCHIE URQUHART & MOORE

By:   /s/ *Kim E. Moore*
      Kim E. Moore
      400 Poydras St., Ste. 2700
      New Orleans, LA 70130
      Ph: (504) 310-2100
      kmoore@irwinllc.com

*Liaison Counsel for Defendants*

## Certificate of Service

The undersigned hereby certifies that on August 2, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liason Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/Jeffrey J. Lowe