# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| _____ | **SECTION L** |
| THIS DOCUMENT RELATES TO: WALLACE MARTIN | **JUDGE ELDON E. FALLON** |
| Civil Action No. 2:17-cv-06095 | **MAGISTRATE JUDGE NORTH** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants in this action, each party to bear its own fees and costs.

| | |
|---|---|
| **CAREY DANIS & LOWE** | **DRINKER BIDDLE & REACH LLP** |
| By: /s/*Jeffrey J. Lowe* | By: /s/ *Susan M. Sharko* |
| Jeffrey J. Lowe, #35114 | Susan M. Sharko |
| 8235 Forsyth, Ste. 1100 | 600 Campus Drive |
| St. Louis, MO 63105 | Florham Park, NJ 07932 |
| Ph: (314) 725-7700 | Ph: (973) 549-7000 |
| Fax: (314) 678-3401 | susan.sharko@dbr.com |
| jlowe@careydanis.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Research & Development, LLC and Jansssen Ortho LLC* |

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:   /s/ *Andrew K. Solow*
     Andrew K. Solow
     250 West 55th Street
     New York, NY 10019
     Ph: (212) 836-8000
     William Hoffman
     601 Massachusetts Ave., NW
     Washington, D.C. 20001
     Ph: (202) 942-5000
     andrew.solow@arnoldporter.com
     william.hoffman@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

**IRWIN FRITCHIE URQUHART & MOORE**

By:   /s/ *Kim E. Moore*
     Kim E. Moore
     400 Poydras St., Ste. 2700
     New Orleans, LA 70130
     Ph: (504) 310-2100
     kmoore@irwinllc.com

*Liaison Counsel for Defendants*

## Certificate of Service

The undersigned hereby certifies that on August 2, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liason Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/Jeffrey J. Lowe