## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| KARA HENRY,<br><br>      Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;<br><br>      Defendants. | MDL 2592<br>SECTION:  L<br><br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>**STIPULATION OF DIMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:19-cv-09044 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**<br>By: /s/Neil D. Overholtz<br>Neil D. Overholtz<br>Noverholtz@awkolaw.com<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502-5998 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan M. Sharko<br>susan.sharko@dbr.com<br>600 Campus Drive<br>Florham Park, NJ 07932<br>(973) 549-7000 |

Telephone: (850) 202-1010
Fax: (850) 916-7449
*Attorneys for Plaintiff*
Dated: August 2, 2019

*Attorneys for Defendants Janssen*
*Pharmaceuticals, Inc., Janssen Research &*
*Development, LLC, Janssen Ortho LLC and*
*Johnson & Johnson Company*
Dated: August 2, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
Andrew K. Solow
Andrew.solow@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Fax: (212) 836-8689
William Hoffman
william.hoffman@arnoldporter.com
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
*Attorneys for Defendants Bayer Healthcare*
*Pharmaceuticals Inc. and Bayer Pharma AG*
Dated: August 2, 2019

**Chaffe McCall L.L.P.**
By: /s/John F. Olinde
John F. Olinde
olinde@chaffe.com
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Fax: (504) 544-6084
*Attorneys for Defendants Bayer Healthcare*
*Pharmaceuticals Inc. and Bayer Pharma AG*
Dated: August 2, 2019

**Irwin Fritchie Urquhart & Moore, LLC**
By: /s/Kim E. Moore
Kim E. Moore
kmoore@irwinllc.com
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
*Liaison Counsel For Defendants*
Dated: August 2, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Neil D. Overholtz