**UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA**

|  |  |  |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) |  |
|  | ) |  |
|  | ) |  |
| THIS DOCUMENT RELATES TO: | ) |  |
|  | ) | **SECTION L** |
| **BRUCE BOWLING** | ) |  |
| Civil Action No. **2:19-cv-05010** | ) |  |
|  | ) | **JUDGE ELDON E. FALLON** |
|  | ) |  |
|  | ) |  |
|  | ) | **MAGISTRATE JUDGE NORTH** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed

with prejudice against all Defendants in this action, each party to bear its own fees and costs.

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
    Bruce D. Fox
    Tennessee Bar No.: 008965
    310 N. Main Street
    Clinton, Tennessee, 37716
    Telephone: (865) 457-6440
    Facsimile: (865) 457-6322
    brucefox@foxandfarleylaw.com

    Attorneys for Plaintiff

    Dated: August 2, 2019

**DRINKER BIDDLE & REATH LLP**

    By: /s/ *Susan M. Sharko*
        Susan M. Sharko
        600 Campus Dr.
        Florham Park, NJ 07932
        Telephone: (973) 549-7000
        susan.sharko@dbr.com

        Attorneys for Defendants Janssen
        Pharmaceuticals, Inc., Johnson & Johnson,
        Janssen Research & Development, LLC, and
        Janssen Ortho LLC

        Dated:  August 2, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**

    By: /s/*Andrew K. Solow*
        Andrew K. Solow
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689
        William Hoffman
        601 Massachusetts Ave., NW
        Washington, D.C. 20001
        Telephone: (202) 942-5000
        Facsimile: (202) 942-5999
        andrew.solow@arnoldporter.com
        william.hoffman@arnoldporter.com

        Attorneys for Defendants Bayer HealthCare
        Pharmaceuticals Inc., and Bayer Pharma AG

        Dated:  August 2, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**

    By: /s/ *Kim E. Moore*
        Kim E. Moore
        400 Poydras St., Ste, 2700
        New Orleans, LA 70130
        Telephone: (504) 310-2100
        kmoore@irwinllc.com

        Liaison Counsel for Defendants

        Dated: August 2, 2019

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 2, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)