**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  )
                                                 )     **MDL No. 2592**
                                                 )     **SECTION L**
                                                 )     **JUDGE ELDON E. FALLON**
_____  )     **MAGISTRAITE JUDGE NORTH**
THIS DOCUMENT RELATES TO:

GERALD STILES  )
Civil Action No.: 2:16-cv-01192  )
                                                 )

## MOTION TO SUBSTITUTE PLAINTIFF

Counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this

Court for an order substituting Sandra K. Stiles, on behalf of her deceased husband, Gerald

Stiles.

1. Gerald Stiles filed a products liability lawsuit against defendants on February 10,

   2016.

2. Subsequently, plaintiff's counsel learned that Gerald Stiles died.

3. Gerald Stiles' products liability action against defendants survived his death and was

   not extinguished.

4. Plaintiff filed a Suggestion of Death notice on July 25, 2019, attached hereto as

   Exhibit A.

5. Sandra K. Stiles, surviving spouse of Gerald Stiles, is a proper party to substitute for

   plaintiff-decedent Gerald Stiles and has proper capacity to proceed forward with the

   surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25

   9a)(1). "If a party dies and the claim is not extinguished, the court may order

substitution of the proper party." A motion for substitution may be made by any party

or by the decedent's successor or representative."

**WHEREFORE**, counsel for Plaintiff requests that this Court grant this request to substitute

party plaintiff in this action.

Date: August 2, 2019

Respectfully Submitted:

**STEWART & STEWART**

**By:**  **/s/Michael J. Sobieray**
Michael J. Sobieray
STEWART & STEWART
931 S. Rangeline Road
Carmel, Indiana 46032
Tel:  317.846.8999
E-mail:  mike@getstewart.com

Attorneys for Plaintiffs
Dated: 7/25/2019

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: (973) 549-7000
susan.sharko@dbr.com
Attorneys for Defendants Janssen Pharmaceuticals, Inc.,
Johnson & Johnson, Janssen Research & Development, LLC,
and Janssen Ortho LLC
Dated: _____, 2019

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/Andrew K. Solow
Andrew K. Solow

250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@arnoldporter.com
william.hoffman@arnoldporter.com
Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc.,
and Bayer Pharma AG
Dated: _____, 2019

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/ Kim E. Moore
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
kmoore@irwinllc.com
Liaison Counsel for Defendants
Dated: _____, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**/s/Michael J. Sobieray**