UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| | ) | **MDL No. 2592** |
| | ) | **SECTION L** |
| | ) | **JUDGE ELDON E. FALLON** |
| _____ | ) | **MAGISTRAITE JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | | |
| **GERALD STILES** | ) | |
| **Civil Action No.: 2:16-cv-01192** | ) | |
| | ) | |

## **ORDER**

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any response thereto, finds the motion meritorious.

It is therefore ORDERED that Plaintiff, Sandra K. Stiles,, as the surviving spouse of Gerald Stiles, deceased, is substituted for the Plaintiff, Gerald Stiles in the above captioned cause.

Date: _____                                          _____
                                                                    Hon. Eldon E. Fallon
                                                                    United States District Court Judge