UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *Schneider v. Janssen Research &* | * | |
| *Development, LLC, et al* | * | |
| 15-cv-04237 | * | |
| | * | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Plaintiff in the above captioned

matter.

Date:  August 2, 2019                                   Respectfully Submitted:

*/s/ Joanne E. Matusko*
Pennsylvania Bar No. 91059
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone:   (215) 923-9300
Facsimile:   (215) 923-9302
Email:  jmatusko@nastlaw.com

Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2, 2019 a true and correct copy of the foregoing *Entry of Appearance* was caused to be served on counsel of record through the court's electronic filing system.


*/s/ Joanne E. Matusko*
Joanne E. Matusko