**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | |
| ) | **MDL No. 2592** |
| ) | **SECTION L** |
| ) | **JUDGE ELDON E. FALLON** |
| _____   ) | **MAGISTRAITE JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | |
| | |
| **LORETTA KURCIN**                       ) | |
| **Civil Action No. 2:16-cv-06829**    ) | |
| ) | |

**MOTION TO SUBSTITUTE PLAINTIFF**

Counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Margaret Johnson on behalf of her deceased Mother, Loretta Kurcin.

1. Loretta Kurcin filed a products liability lawsuit against defendants on May 23, 2016.

2. Subsequently, plaintiff's counsel learned that Loretta Kurcin died.

3. Loretta Kurcin's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death notice on July 25, 2019, attached hereto as Exhibit A.

5. Margaret Johnson, surviving heir and Representative of the Estate of Loretta Kurcin, is a proper party to substitute for plaintiff-decedent Loretta Kurcin and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25 9a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." A motion for

substitution may be made by any party or by the decedent's successor or representative."

**WHEREFORE**, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: August 2, 2019

        **STEWART & STEWART**

    **By:**   **/s/Michael J. Sobieray**
        Michael J. Sobieray
        STEWART & STEWART
        931 S. Rangeline Road
        Carmel, Indiana 46032
        Tel: 317.846.8999
        E-mail: mike@getstewart.com

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        **/s/Michael J. Sobieray**