UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| | ) | **MDL No. 2592** |
| | ) | **SECTION L** |
| | ) | **JUDGE ELDON E. FALLON** |
| _____ | ) | **MAGISTRAITE JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | | |
| | | |
| **LORETTA KURCIN** | ) | |
| **Civil Action No. 2:16-cv-06829** | ) | |
| | ) | |

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any response thereto, finds the motion meritorious.

It is therefore ORDERED that Plaintiff, Margaret Johnson, as the surviving adult child of Loretta Kurcin, and representative of the Estate of Loretta Kurcin, deceased, is substituted for the Plaintiff, Loretta Kurcin in the above captioned cause.

Date: _____                                    _____
                                                 Hon. Eldon E. Fallon
                                                 United States District Court Judge