IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Schneider v. Janssen Research & Development, LLC, et al*<br>Civil Action No. 15-cv-04237 ) ) ) ) ) ) | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Charles Schneider on behalf of the estate of Thelma Schneider, now deceased, moves this Honorable Court for an order to substitute Jodi Schneider Leit on behalf of her deceased parents, Charles and Thelma Schneider, in the above captioned matter and in support thereof, states the following.

1,      Charles Schneider filed a Xarelto product liability case against the Defendants on July 31, 2015 on behalf of this deceased wife, Thelma Schneider, related to injuries she suffered from the use of Xarelto.  .

2.      On June 1, 2017, Charles Schneider died.  Counsel for Mr. Schneider recently learned of his passing.

3.      Charles and Thelma Schneider's product liability action against Defendants survived their deaths and was not extinguished.

4.      The Decedents' daughter, Jodi Schneider Leit, is the Proper Plaintiff and wishes to be substituted on behalf of Charles Schneider in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute Jodi Schneider Liet as the Plaintiff in this action.

Dated: <u>August 2, 2019</u>     /s/ *Joanne E. Matusko*
                                                         N<small>AST</small>L<small>AW</small> LLC
                                                         1101 Market Street, Suite 2801
                                                         Philadelphia, Pennsylvania 19107
                                                         Telephone: (215) 923-9300
                                                         Facsimile: (215) 923-9302
                                                         Email: jmatusko@nastlaw.com

                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: <u>August 2, 2019</u>             <u>*/s/ Joanne E. Matusko*</u>