IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *Schneider v. Janssen Research & Development, LLC, et al* ) Civil Action No. 15-cv-04237 ) ) | MDL NO. 2592  SECTION: L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Jodi Schneider Leit, as well as any responses thereto, finds the motions meritorious. Therefore,

IT IS ORDERED that Plaintiff Jodi Schneider Leit, surviving daughter of Charles and Thelma Schneider, is substituted for Plaintiff Charles Schneider as the proper Plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____. 2019.

_____
UNITED STATES DISTRICT COURT JUDGE