IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Varney v. Janssen Research &* ) <br> *Development, LLC, et al* ) <br> Civil Action No. 15-cv-04235 ) <br> _____ ) | MDL NO. 2592 <br><br> SECTION: L <br><br><br> JUDGE ELDON E. FALLON <br><br><br> MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Connie L. Varney, now deceased, moves this Honorable Court for an order to substitute Tamilia Elkins on behalf of her deceased mother Connie L. Varney, in the above captioned matter and in support thereof, states the following.

1,    Connie L. Varney filed a Xarelto product liability case against the Defendants on July 31, 2015.

2.    On December 11, 2017, Connie L. Varney died. Counsel for Ms. Varney recently learned of her passing.

3.    Connie L. Varney's product liability action against Defendants survived her death and was not extinguished.

4.    The Decedent's daughter, Tamilia Elkins, is the Proper Plaintiff and wishes to be substituted on behalf of Connie L. Varney in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Tamilia Elkins as the Plaintiff in this action.


Dated:  August 2, 2019         /s/ *Joanne E. Matusko*
                               **NASTLAW LLC**
                               1101 Market Street, Suite 2801
                               Philadelphia, Pennsylvania 19107
                               Telephone: (215) 923-9300
                               Facsimile: (215) 923-9302
                               Email:  jmatusko@nastlaw.com

                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 2, 2019                             /s/ Joanne E. Matusko