IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Carlson v. Janssen Research & Development, LLC, et al* Civil Action No. 15-cv-02600 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## SUGGESTION OF DEATH

Per Federal Rule of Civil Procedure 25(a)(1), Phyllis Carlson, wife of Plaintiff Curtis Carlson, suggests upon the record that Curtis Carlson died on December 17, 2017. Mr. Carlson died during the pendency of this action. Phyllis Carlson will file the appropriate pleadings to appear as the substituted Plaintiff in this matter.

Dated: August 2, 2019        /s/ *Joanne E. Matusko*
　　　　　　　　　　　　　　NASTLAW LLC
　　　　　　　　　　　　　　1101 Market Street, Suite 2801
　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19107
　　　　　　　　　　　　　　Telephone: (215) 923-9300
　　　　　　　　　　　　　　Facsimile: (215) 923-9302
　　　　　　　　　　　　　　Email: dnast@nastlaw.com

　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: <u>August 2, 2019</u>     */s/ Joanne E. Matusko*