IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: *Carlson v. Janssen Research & Development, LLC, et al* Civil Action No. 15-cv-2600 | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Curtis Carlson, now deceased, moves this Honorable Court for an order to substitute Phyllis Carlson on behalf of her deceased husband, Curtis Carlson, in the above captioned matter and in support thereof, states the following.

1,     Curtis Carlson filed a Xarelto product liability case against the Defendants on June 15, 2015.

2.     On December 17, 2017, Curtis Carlson died. Counsel for Mr. Carlson recently learned of his passing.

3.     Curtis Carlson's product liability action against Defendants survived his death and was not extinguished.

4.     The Decedent's wife, Phyllis Carlson, is the Proper Plaintiff and wishes to be substituted on behalf of Curtis Carlson in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Phyllis Carlson as the Plaintiff in this action.


Dated:  <u>August 2, 2019</u>　　　　　　　<u> /s/ *Joanne E. Matusko*　　　　　　</u>
　　　　　　　　　　　　　　　　　　NASTLAW LLC
　　　　　　　　　　　　　　　　　　1101 Market Street, Suite 2801
　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19107
　　　　　　　　　　　　　　　　　　Telephone: (215) 923-9300
　　　　　　　　　　　　　　　　　　Facsimile: (215) 923-9302
　　　　　　　　　　　　　　　　　　Email:  jmatusko@nastlaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 2, 2019                         */s/ Joanne E. Matusko*