IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Carlson v. Janssen Research & Development, LLC, et al* Civil Action No. 15-cv-02600 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Phyllis Carlson, as well as any responses thereto, finds the motions meritorious. Therefore,

IT IS ORDERED that Plaintiff Phyllis Carlson, surviving wife of Curtis Carlson, is substituted for Plaintiff Curtis Carlson as the proper Plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____. 2019.

_____
UNITED STATES DISTRICT COURT JUDGE