UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * * * | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Finkenbinder v. Janssen Research & Development, LLC et al* 15-cv-02601 | | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: <u>August 2, 2019</u>        Respectfully Submitted:

                                                        */s/ Joanne E. Matusko*
                                                      Pennsylvania Bar No. 91059
                                                      NASTLAW LLC
                                                      1101 Market Street, Suite 2801
                                                      Philadelphia, Pennsylvania 19107
                                                      Telephone:   (215) 923-9300
                                                      Facsimile:   (215) 923-9302
                                                      Email:  jmatusko@nastlaw.com

                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2019 a true and correct copy of the foregoing *Entry of Appearance* was caused to be served on counsel of record through the court's electronic filing system.

                                                  */s/ Joanne E. Matusko*
                                                  Joanne E. Matusko