IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Finkenbinder v. Janssen Research & Development, LLC, et al* Civil Action No. 15-cv-02601 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Frances Finkenbinder, as well as any responses thereto, finds the motions meritorious. Therefore,

IT IS ORDERED that Plaintiff Frances Finkenbinder, surviving wife of Kermit Finkenbinder, is substituted for Plaintiff Kermit Finkenbinder as the proper Plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____. 2019.

_____
UNITED STATES DISTRICT COURT JUDGE