UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * * * * | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Francisco v. Janssen Research & Development, LLC et al*<br>17-cv-02321 | | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date: <u>August 2, 2019</u>    Respectfully Submitted:

                                                              */s/ Joanne E. Matusko*
                                                              Pennsylvania Bar No. 91059
                                                              NASTLAW LLC
                                                              1101 Market Street, Suite 2801
                                                              Philadelphia, Pennsylvania 19107
                                                              Telephone:  (215) 923-9300
                                                              Facsimile:   (215) 923-9302
                                                              Email:  jmatusko@nastlaw.com

                                                              Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019 a true and correct copy of the foregoing *Entry of Appearance* was caused to be served on counsel of record through the court's electronic filing system.

/s/ Joanne E. Matusko
Joanne E. Matusko