IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Crouch v. Janssen Research & Development, LLC, et al* Civil Action No. 17-cv-02321 | ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## SUGGESTION OF DEATH

Per Federal Rule of Civil Procedure 25(a)(1), Lissa M. Crouch, daughter of Plaintiff John D. Crouch, suggests upon the record that John D. Crouch died on June 16, 2018. Mr. Crouch died during the pendency of this action. Lissa M. Crouch will file the appropriate pleadings to appear as the substituted Plaintiff in this matter.


Dated: August 2, 2019        /s/ *Joanne E. Matusko*
                             NASTLAW LLC
                             1101 Market Street, Suite 2801
                             Philadelphia, Pennsylvania 19107
                             Telephone: (215) 923-9300
                             Facsimile: (215) 923-9302
                             Email: dnast@nastlaw.com

                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: August 2, 2019                                     /s/ Joanne E. Matusko