IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) ) |
| THIS DOCUMENT RELATES TO: *Crouch v. Janssen Research & Development, LLC, et al* Civil Action No. 17-cv-02321 | ) ) JUDGE ELDON E. FALLON ) ) ) MAGISTRATE JUDGE NORTH ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for John D. Crouch, now deceased, moves this Honorable Court for an order to substitute Lissa M. Crouch on behalf of her deceased father John D. Crouch, in the above captioned matter and in support thereof, states the following.

1,  John D. Crouch filed a Xarelto product liability case against the Defendants on February 27, 2017.

2.  On June 16, 2018, John D. Crouch died. Counsel for Mr. Crouch recently learned of his passing.

3.  John D. Crouch's product liability action against Defendants survived his death and was not extinguished.

4.  The Decedent's daughter, Lissa M. Crouch, is the Proper Plaintiff and wishes to be substituted on behalf of John D. Crouch in this case.

WHEREFORE, counsel requests that the Court grant this motion and

substitute Lissa M. Crouch as the Plaintiff in this action.


Dated: August 2, 2019 /s/ *Joanne E. Matusko*
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email: jmatusko@nastlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  August 2, 2019                                      /s/ Joanne E. Matusko