IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION )<br>)<br>) | MDL NO. 2592 |
| ) | SECTION: L |
| )<br>) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE ELDON E. FALLON |
| *Crouch v. Janssen Research & Development, LLC, et al* )<br>) | |
| Civil Action No. 17-cv-02321 ) | MAGISTRATE JUDGE NORTH |
| ) | |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff Lissa M. Crouch, as well as any responses thereto, finds the motions meritorious. Therefore,

IT IS ORDERED that Plaintiff Lissa M. Crouch, surviving daughter of John D. Crouch, is substituted for Plaintiff John D. Crouch as the proper Plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____. 2019.

_____
UNITED STATES DISTRICT COURT JUDGE