IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *Smith v. Janssen Research & Development, LLC, et al* ) ) Civil Action No. 15-cv-06769 ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

MOTION TO SUBSTITUTE PARTY PLAINTIFF

Joanne E. Matusko, Counsel for Terry Smith and Decedent Barbara Jean Smith Howard, moves this Honorable Court for an order to substitute L.B. Lominic, Esquire on behalf of Decedent Barbara Jean Smith Howard, in the above captioned matter and in support thereof, states the following.

1,    Terry Smith, surviving son and Executor of the Estate of Barbara Jean Smith Howard, filed a Xarelto product liability case against the Defendants on December 22, 2015.

2.    On April 12, 2017, L.B. Lominic, Esquire was appointed as the Public Administrator of the Estate of Barbara Jean Smith Howard.

3.    Barbara Jean Smith Howard's product liability action against Defendants survived her death and was not extinguished.

4.    The court-appointed Public Administrator of the Estate of Barbara Jean Smith Howard, L.B. Lominic, Esquire, is the Proper Plaintiff and wishes to be substituted on behalf of Barbara Jean Smith Howard in this case.

WHEREFORE, counsel requests that the Court grant this motion and substitute L.B. Lominic, Esquire as the Plaintiff in this action.

Dated:  August 2, 2019         /s/ *Joanne E. Matusko*
                                                NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
Email:  jmatusko@nastlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Motion to Substitute Party Plaintiff and Motion to Substitute Party Plaintiff were electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated:  August 2, 2019                  */s/ Joanne E. Matusko*