# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Frankie Russell*                                                                                                       2:16-cv-09201

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes **FRANCIS KEADY**, surviving daughter of Plaintiff-Decedent **FRANKIE RUSSELL**, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting herself as Plaintiff on behalf of her deceased mother, **FRANKIE RUSSELL**.

1. Plaintiff, **FRANKIE RUSSELL**, filed a products liability lawsuit against Defendants on June 9, 2016.

2. Subsequently, Plaintiff's Counsel learned that **FRANKIE RUSSELL** died.

3. Plaintiff-Decedent's product liability action against Defendants survived her death and was not extinguished.

4. Counsel filed a Suggestion of Death on August 3, 2019, attached hereto.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Dated: August 3, 2019

               Respectfully submitted,

               MURPHY LAW FIRM, LLC

               s/*Peyton P. Murphy*
               PEYTON P. MURPHY (LA # 22125)
               2354 S. Acadian Thruway
               Baton Rouge, LA  70808
               Telephone: (225) 928-8800
               Facsimile: (225) 246-8780
               Email: peyton@murphylawfirm.com

               s/*Todd C. Comeaux*
               TODD C. COMEAUX (LA # 23453)
               2354 S. Acadian Thruway, Suite C
               Baton Rouge, LA  70808
               Telephone: (225) 706-9000
               Facsimile: (225) 706-9001
               Email: tc@comeauxlawfirm.com

               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that on August 3, 2019, I electronically filed the foregoing *Motion for Substitution of Party Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

            */s/ Peyton P. Murphy*
            **PEYTON P. MURPHY**