UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

**MILDRED BRITT v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-06728

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Linda Britt on behalf of her deceased mother, Mildred Britt for the following reasons:

I.

On November 3, 2016 Mildred Britt filed a Complaint in the above referenced matter.

II

On May 1, 2019 Mildred Britt died.

III.

The decedents daughter, Linda Britt, is the Proper Party Plaintiff and wishes to be substituted on behalf of Mildred Britt, in this case.

WHEREFORE, movant prays for said substitution.


Respectfully submitted this 3rd day of August, 2019.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone No. (225)924-6898
Facsimile No. (225)924-6877
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**