# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

**COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH**
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

REGISTRATION AREA NUMBER: 220
CERTIFICATE NUMBER: 19-220-00207
STATE FILE NUMBER: 2220041

1. FULL NAME OF DECEDENT: MILDRED ... BRITT
2. SEX: FEMALE
3. DATE OF DEATH: MAY 1, 2019
4. DATE OF BIRTH: FEBRUARY 5, 1940
5. AGE: 79
6. SOCIAL SECURITY NUMBER: XXX-60-8858
7. BIRTHPLACE: NORTH CAROLINA
9. STREET ADDRESS: 14 PARKVIEW AVENUE
10. CITY OR TOWN OF RESIDENCE: PORTSMOUTH
11. COUNTY: PORTSMOUTH
12. STATE: VIRGINIA
12a. ZIP CODE: 23704
13. RACE: BLACK OR AFRICAN AMERICAN
15. EDUCATION: ASSOCIATE DEGREE / BACHELOR'S DEGREE
16. CITIZEN OF: UNITED STATES OF AMERICA
17. USUAL OCCUPATION: REGISTERED NURSE
18. KIND OF BUSINESS OR INDUSTRY: HOSPITAL
19. MARITAL STATUS: WIDOWED
21a. GENDER: MALE
21. FULL NAME OF DECEDENT'S FATHER: PLUMMER LEE WILLIAMS
22. FULL NAME OF DECEDENT'S MOTHER: ELSON T. BRITT / FANNIE TERRY
23. INFORMANT: LINDA BRITT — DAUGHTER
25. NAME OF HOSPITAL: MARYVIEW MEDICAL CENTER
26. PLACE OF DEATH: HOSPITAL INPATIENT
27. CITY OR TOWN OF DEATH: PORTSMOUTH
28. ZIP CODE: 23707
29. COUNTY OF DEATH: PORTSMOUTH
21. STREET ADDRESS OF PLACE OF DEATH: 3636 HIGH STREET
20. METHOD OF DISPOSITION: BURIAL
30. PLACE OF DISPOSITION: OLIVE BRANCH CEMETERY
31. LOCATION: 2 CPL J.M. WILLIAMS AVE, PORTSMOUTH, VIRGINIA 23701
32. NAME OF FUNERAL HOME: FISHER FUNERAL HOME
32a. LICENSEE NO: 0502900797
33. ADDRESS OF FUNERAL FACILITY: 1520 EFFINGHAM STREET, PORTSMOUTH VIRGINIA 23704
32. SIGNATURE OF FUNERAL DIRECTOR: /S/ GLENN ERIC DAVIS
33. NAME OF FUNERAL DIRECTOR: GLENN ERIC DAVIS
34. TIME OF DEATH: 01:30 A.M.
35. AUTOPSY: NO

CAUSE OF DEATH:
(a) Anoxic Brain Injury — 5 days
(b) Status Epilepticus

36. MEDICAL EXAMINER CONTACTED: NO
37. MANNER OF DEATH: NATURAL
38. DID TOBACCO USE CONTRIBUTE TO DEATH: UNKNOWN

SIGNATURE: Christopher Nzeng, MD
TITLE: MEDICAL DOCTOR
ADDRESS: 3636 High Street, Suite 3B, Portsmouth, VA 23703
MEDICAL LICENSE NO: 169812726
DATE SIGNED: 5/2/2019

REGISTRAR: Sarah Wright
DATE FILED: MAY 07 2019
DATE ISSUED: MAY 13 2019

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia.

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C