fUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION   :
                                :   SECTION L
                                :
                                :   JUDGE ELDON E. FALLON
                                :
                                :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

JOHN JOYCE v. JANSSEN
PHARMACEUTICALS, INC., et al

No.  2:16-cv-8934

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 3rd day of August, 2019.

> By:  /s/Andre' P. LaPlace
> Andre' P. LaPlace(#8039)
> *Attorney for the Plaintiff*
> 2762 Continental Drive, Ste. 103
> Baton Rouge, Louisiana  70808
> Telephone No. (225)924-6898
> Facsimile No.  (225)924-6877
> alaw@andrelaplace.com
>
> By:  /s/Rebecca A. Cunard
> Rebecca A. Cunard(#20154)
> *Attorney for the Plaintiff*
> Cunard Law Firm
> 9214 Interline Avenue
> Baton Rouge, Louisiana  70809
> Telephone No. (225)925-2978
> Facsimile No.  (225)925-8192
> Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2019 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**