UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      : MDL No. 2592
PRODUCTS LIABILITY LITIGATION    : SECTION L
                                                     : JUDGE ELDON E. FALLON
                                                     : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*EDNA FRANKLIN v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*2:16-cv-16165-EEF-MBN*

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a). Wilbur Franklin, Jr., the son of Edna Franklin, is the Power of Attorney for Edna Franklin. The Power of Attorney includes the right over claims and litigation. For the foregoing reasons shown, Plaintiff respectfully requests this Court to grant Plaintiffs' motion and substitute Wilbur Franklin, Jr. as Power of Attorney for Edna Franklin, who is the current Plaintiff.

Dated: August 3, 2019                    Respectfully submitted,

                                                     By: */s/ Andrew S. Williams*
                                                     Andrew S. Williams, Esq.
                                                     Simmons Hanly Conroy
                                                     One Court Street
                                                     Alton, IL 62002
                                                     Tel. 618-259-2222
                                                     Fax 618-259-2251
                                                     awilliams@simmonsfirm.com

                                                     Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                 ***/s/ Andrew S. Williams, Esq.***
                                                                 Andrew S. Williams, Esq.
                                                                 Simmons Hanly Conroy
                                                                 One Court Street
                                                                 Alton, IL 62002
                                                                 Tel. 618-259-2222
                                                                 Fax 618-259-2251
                                                                 awilliams@simmonsfirm.com

                                                                 Attorneys for Plaintiff