UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **: MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **: SECTION L** |
| | **: JUDGE ELDON E. FALLON** |
| | **: MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*EDNA FRANLKIN v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*2:16-cv-16165-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Wilbur Franklin, Jr., son and Power of Attorney for Edna Franklin, is substituted for Plaintiff Edna Franklin, as the proper party plaintiff in the above captioned case.

Dated: _____ _____

Hon. Eldon E. Fallon
United States District Court Judge