UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*ARTHALETA NELSON v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*2:17-cv-01118 -EEF-MBN*

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a). Jannett Skrydlak, the daughter of Arthaleta Nelson, is the Power of Attorney for Arthaleta Nelson. The Power of Attorney includes the right over claims and litigation. For the foregoing reasons shown, Plaintiff respectfully requests this Court to grant Plaintiffs' motion and substitute Jannett Skrydlak as Power of Attorney for Arthaleta Nelson, who is the current Plaintiff.

Dated: August 3, 2019                     Respectfully submitted,

                                          By: */s/ Andrew S. Williams*
                                          Andrew S. Williams, Esq.
                                          Simmons Hanly Conroy
                                          One Court Street
                                          Alton, IL 62002
                                          Tel. 618-259-2222
                                          Fax 618-259-2251
                                          awilliams@simmonsfirm.com

                                          Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2019, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Andrew S. Williams, Esq.*
>Andrew S. Williams, Esq.
>Simmons Hanly Conroy
>One Court Street
>Alton, IL 62002
>Tel. 618-259-2222
>Fax 618-259-2251
>awilliams@simmonsfirm.com
>
>Attorneys for Plaintiff