UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **: MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **: SECTION L** |
| | **: JUDGE ELDON E. FALLON** |
| | **: MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*ARTHALETA NELSON v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.*
*2:17-cv-01118 -EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jannett Skrydlak, daughter and Power of Attorney for Arthaleta Nelson, is substituted for Plaintiff Arthaleta Nelson, as the proper party plaintiff in the above captioned case.

Dated: _____

                                                                            Hon. Eldon E. Fallon
                                                                            United States District Court Judge