UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592<br>SECTION:  L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This documents Relates to:**
*JOSEPH F. RUZICKA III v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08399*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious.  It is therefore:

ORDERED THAT Plaintiff Gail Ruzicka, on behalf of the Estate of Joseph F. Ruzicka III, is substituted for Plaintiff Joseph F. Ruzicka III in the above captioned cause.


Dated: _____        _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge