# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Kathleen Wainwright v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-12675-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Tyler Wainwright as personal representative of Kathleen Wainwright, Deceased, is substituted for Plaintiff Kathleen Wainwright, in the above captioned cause.

Dated: _____   _____
                                       Hon. Eldon E. Fallon
                                       United States District Court Judge