# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Matt Smith Jr. v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-8642-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

    Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Matt Smith Jr., which occurred May 16, 2016.

Dated:  August 4, 2019

                                            Respectfully Submitted,

                                            /s/ Sarah Graziano
                                            Sarah Graziano, Indiana Bar #21650-49
                                            Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 4, 2019

                                                        /s/ Sarah Graziano
                                                        Sarah Graziano, Indiana Bar #21650-49
                                                        Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com