# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Pattie Casper v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-12205-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Linda Brown as personal representative of the estate of Pattie Casper, is substituted for Plaintiff Pattie Casper, in the above captioned cause.


Dated: _____          _____
                                        Hon. Eldon E. Fallon
                                        United States District Court Judge