UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Deborah Rontey, as Representative of the Wrongful Death Estate of Curt Rontey v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:18-cv-6784-EEF-MBN*

## EX PARTE MOTION FOR SUBSTITUTION

Counsel, pursuant to rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Chris Rontey on behalf of Deborah Rontey as Representative of the Wrongful Death Estate of Curt Rontey. In support of this motion, Counsel would show the Court as follows:

1. Deborah Rontey as Representative of the Wrongful Death Estate of Curt Rontey filed a products liability lawsuit against Defendants on July 18, 2018.

2. Deborah Rontey died on February 23, 2019.

3. Curt Rontey's products liability action against Defendants survived the death of Deborah and was not extinguished.

4. Chris Rontey, son of Deborah Rontey and Curt Rontey is being appointed as Personal Representative of the Wrongful Death Estate of Curt Rontey.

5. Chris Rontey is a proper party to substitute for Plaintiff and has proper capacity to proceed forward with the surviving products liability lawsuit on behalf of Curt Rontey,

pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated:  April 8, 2019

Respectfully Submitted,

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: April 8, 2019

/s/ Sarah Graziano
Sarah Graziano, Indiana Bar #21650-49
Attorney for Plaintiff

**Hensley Legal Group, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
317-472-3333 (Phone)
317-472-3340 (Facsimile)
sgraziano@hensleylegal.com