# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Deborah Rontey as Representative of the Wrongful Death Estate of Curt Rontey v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:18-cv-6784-EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Chris Rontey as Personal Representative of the Wrongful Death Estate of Curt Rontey, is substituted for Plaintiff Deborah Rontey as Representative of the Wrongful Death Estate of Curt Rontey, in the above captioned cause.

Dated: _____       _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge