# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Carol Gregan as Representative of the Wrongful Death Estate of Thomas E. Gregan v. Janssen Research & Development, LLC, et al;*
*Case. No. 2:16-cv-15426-EEF-MBN*

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Darren Gregan as Representative of the Wrongful Death Estate of Thomas E. Gregan, is substituted for Plaintiff Carol Gregan as Representative of the Wrongful Death Estate of Thomas E. Gregan, in the above captioned cause.


Dated: _____        _____
                                      Hon. Eldon E. Fallon
                                      United States District Court Judge