UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Vennie Harris v. Janssen Research and Development, LLC et al. 2:16-cv-17480* | MAG. JUDGE: MICHAEL NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc._____, as well as any responses hereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Brenda Mangrum, Executor of the Estate of Vennie Harris, is substituted for Plaintiff Vennie Harris as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISCTRICT JUDGE