# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| _____ | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: WALLACE MARTIN | MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:18-cv-08754 | |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above referenced Plaintiff moves *ex parte* for this Court's Order withdrawing the document set forth below. Counsel for Plaintiff believed that the file-stamped copy of the Plaintiff's stipulation for dismissal was required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiff requests that the following document be withdrawn from the Court's docket:

Doc. No. 14597, filed August 2, 2019, Wallace Martin, Case No. 2:18-cv-08754

 

                                              **CAREY DANIS & LOWE**

                                              By:  /s/*Jeffrey J. Lowe*
                                                   Jeffrey J. Lowe, #35114
                                                   8235 Forsyth, Ste. 1100
                                                   St. Louis, MO  63105
                                                   Ph:  (314) 725-7700
                                                   Fax:  (314) 678-3401
                                                   jlowe@careydanis.com
                                                   *Attorneys for Plaintiffs*

## **Certificate of Service**

  The undersigned hereby certifies that on August 5, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liason Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          */s/Jeffrey J. Lowe*