UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  _____  THIS DOCUMENT RELATES TO: WALLACE MARTIN  Civil Action No. 2:18-cv-08754 | **MDL No. 2592**  **SECTION L**  **JUDGE ELDON E. FALLON**  **MAGISTRATE JUDGE NORTH** |

**PROPOSED ORDER**

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges and decrees that the following document shall be withdrawn from the docket.**

Dated: _____    _____
                                                                Eldon E. Fallon
                                                                United States District Judge