# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| _____ | **SECTION L** |
| THIS DOCUMENT RELATES TO: OTILIA NUNEZ, as surviving spouse of LUPE NUNEZ | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| Civil Action No. 2:17-cv-01033 | |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above referenced Plaintiff moves *ex parte* for this Court's Order withdrawing the document set forth below. Counsel for Plaintiff believed that the file-stamped copy of the Plaintiff's stipulation for dismissal was required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiff requests that the following document be withdrawn from the Court's docket:

Doc. No. 14595, filed August 2, 2019, Otilia Nunez, Case No. 2:17-cv-01033

**CAREY DANIS & LOWE**

By: /s/*Jeffrey J. Lowe*
Jeffrey J. Lowe, #35114
8235 Forsyth, Ste. 1100
St. Louis, MO 63105
Ph: (314) 725-7700
Fax: (314) 678-3401
jlowe@careydanis.com
*Attorneys for Plaintiffs*

**Certificate of Service**

  The undersigned hereby certifies that on August 5, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liason Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

           */s/Jeffrey J. Lowe*