UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| _____ | **SECTION L** |
| THIS DOCUMENT RELATES TO: OTILIA NUNEZ, as surviving spouse of LUPE NUNEZ | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| Civil Action No. 2:17-cv-01033 | |

## PROPOSED ORDER

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges and decrees that the following document shall be withdrawn from the docket.**

Dated: _____     _____
                                   Eldon E. Fallon
                                   United States District Judge