UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br> KAREN SMALLEY <br><br> Civil Action No. 2:17-cv-06095 | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## EX PARTE MOTION TO WITHDRAW DOCUMENT

Counsel for the above referenced Plaintiff moves *ex parte* for this Court's Order withdrawing the document set forth below. Counsel for Plaintiff believed that the file-stamped copy of the Plaintiff's stipulation for dismissal was required to submit with the Enrollment Package for the Xarelto Settlement Program. Accordingly, Plaintiff requests that the following document be withdrawn from the Court's docket:

Doc. No. 14598, filed August 2, 2019, Karen Smalley, Case No. 2:17-cv-06095

                                                  **CAREY DANIS & LOWE**

                                                  By:    /s/*Jeffrey J. Lowe*
                                                            Jeffrey J. Lowe, #35114
                                                           8235 Forsyth, Ste. 1100
                                                           St. Louis, MO 63105
                                                            Ph: (314) 725-7700
                                                            Fax: (314) 678-3401
                                                            jlowe@careydanis.com
                                                            *Attorneys for Plaintiffs*

## Certificate of Service

      The undersigned hereby certifies that on August 5, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liason Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   */s/Jeffrey J. Lowe*