# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| _____ | **SECTION L** |
| THIS DOCUMENT RELATES TO: KAREN SMALLEY | **JUDGE ELDON E. FALLON** |
| Civil Action No. 2:17-cv-06095 | **MAGISTRATE JUDGE NORTH** |

## PROPOSED ORDER

These matters come before the Court on the Plaintiffs' Ex Parte Motion to Withdraw Document. Being sufficiently advised, and for good cause, **the Court hereby orders, adjudges and decrees that the following document shall be withdrawn from the docket.**

Dated: _____    _____
                                  Eldon E. Fallon
                                  United States District Judge