# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*EDGAR PARKS v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-07078-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Edgar Parks, files this Suggestion of Death upon the Record. Plaintiff Edgar Parks departed this world on or about January 16, 2017 during the pendency of this civil action.

Dated: August 5, 2019              Respectfully submitted,

                                                        **WATTS GUERRA LLP**
                                                         /s/ *Ryan L. Thompson*
                                                        Ryan L. Thompson
                                                        TX State Bar No. 24046969
                                                        5726 W. Hausman Rd., Suite 119
                                                        San Antonio, TX 78249
                                                        rthompson@wattsguerra.com
                                                        (210) 448-0500
                                                        (210) 448-0501 (Fax)

                                                        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on August 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em>/s/ Ryan L. Thompson</em><br>Ryan L. Thompson