# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*EDGAR PARKS v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-07078-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Edgar Parks, by and through the undersigned counsel of record, moves this Court for an Order substituting Paulette Morris on behalf of decedent Edgar Parks. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Plaintiff Edgar Parks filed this present action on December 23, 2015.
2. Edgar Parks died on January 16, 2017.
3. On August 5, 2019, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.
4. Paulette Morris, surviving child of Edgar Parks, is a proper party to substitute for plaintiff-decedent Edgar Parks and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Paulette Morris, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: August 5, 2019                     Respectfully submitted,

                                            **WATTS GUERRA LLP**
                                            */s/ Ryan L. Thompson*
                                            Ryan L. Thompson
                                            TX State Bar No. 24046969
                                            5726 W. Hausman Rd., Suite 119
                                            San Antonio, TX 78249
                                            rthompson@wattsguerra.com
                                            (210) 448-0500
                                            (210) 448-0501 (Fax)

                                            *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on August 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ Ryan L. Thompson*
                                            Ryan L. Thompson