UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| BEATRICE NEISSER, EXECUTOR OF THE ESTATE OF VICTOR RAYMOND NEISSER, SR., DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDTE NORTH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil Action No. 16-CV-12948 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Beatrice Neisser, Executor of the Estate of Victor Raymond Neisser, Sr., Deceased, by and through her undersigned counsel, and pursuant to F.R.C.P. 41(a)(1)(a)(i), hereby voluntarily dismisses her Complaint and any and all claims arising out of the incident complained of as to all Defendants in this matter with prejudice and without costs or fees to any party.

Dated: August 5, 2019.

Respectfully submitted,

By: /s/ David Cates
David Cates, #6289198
CATES MAHONEY, LLC
216 West Pointe Drive, Suite A
Swansea, IL 62226
Telephone: 618-277-3644
Facsimile: 618-277-7882
Email: dcates@cateslaw.com
***Attorneys for Plaintiff***