UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Joseph Breaux v. Janssen Research and Development, LLC et al. 2:17-cv-12154* | MAG. JUDGE: MICHAEL NORTH |

## MOTION TO SUBSTITUE PARTY PLAINTIFF

COMES NOW counsel for Plaintiff Joseph Breaux and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Joseph Breaux and as grounds therefore shows unto the court as follows:

1. Plaintiff Joseph Breaux, died on December 25, 2016.

2. A Notice and Suggestion of Death was filed with the Court on August 5, 2019.

3. Barbara Breaux, surviving spouse, is proper party to substitute for plaintiff-decedent Joseph Breaux and proceed forward with the surviving products liability claim on his behalf.

WHEREFORE, Barbara Breaux respectfully requests that she be substituted as Plaintiff in the cause of action.

DATED: August 5, 2019.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: August 5, 2019              /s/ Robert J. Binstock
                                  Robert J. Binstock