# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br>*Joseph Breaux v. Janssen Research and Development, LLC et al. 2:17-cv-12154* | |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc._____, as well as any responses hereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Barbara Breaux, surviving spouse of Joseph Breaux, is substituted for Plaintiff Joseph Breaux as the proper party Plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISCTRICT JUDGE