## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Florence Rasmussen and Ronald Rasmussen v. Janssen Research and Development, LLC et al.* 2:17-cv-02705 | MAG. JUDGE: MICHAEL NORTH |

## MOTION TO SUBSTITUE PARTY PLAINTIFF

COMES NOW counsel for Plaintiffs Florence Rasmussen and Ronald Rasmussen, and respectfully submits to this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), this Motion for Substitution of Party regarding Florence Rasmussen and as grounds therefore shows unto the court as follows:

1. Plaintiff Florence Rasmussen, died on December 5, 2017.

2. A Notice and Suggestion of Death was filed with the Court on August 5, 2019.

3. Ronald Rasmussen, surviving spouse and representative of Florence Rasmussen's Estate, already a Plaintiff in this action, is proper party to substitute for plaintiff-decedent Florence Rasmussen and proceed forward with the surviving products liability claim on her behalf.

WHEREFORE, Ronald Rasmussen respectfully requests that he be substituted as Plaintiff in the cause of action.

DATED: August 5, 2019

                                              Respectfully submitted,

                                              **REICH & BINSTOCK, LLP**

                                              By: /s/ Robert J. Binstock
                                              Robert J. Binstock
                                              State Bar No. 02328350
                                              E-mail: bbinstock@reichandbinstock.com
                                              4265 San Felipe, Suite 1000
                                              Houston, Texas 77027
                                              Telephone: (713) 622-7271
                                              Facsimile: (713) 623-8724

                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: August 5, 2019                                            /s/ Robert J. Binstock
                                                                                Robert J. Binstock