UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   MDL No. 2592
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:   SECTION: L
                            JUDGE FALLON
                            MAG. JUDGE NORTH

JOHN T. CONWAY, et al,

2:19-cv-8788

## MOTION TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs' file this motion requesting that the Court issue an Order permitting Plaintiffs to amend Plaintiffs' Complaint both correcting representative party and amending to add necessary defendant for settlement program.

WHEREFORE, Plaintiffs' request the Court issue an Order granting Plaintiffs' Motion to Amend Plaintiffs' Complaint as set forth hereto as and grant such other and further relief as the Court deems just and proper.

Respectfully submitted:

*/s/ Matthew B. Moreland*
MATTHEW B. MORELAND, T. A. (#24567)
mmoreland@jimshall.com
JENNIFER L. CROSE (#32116)
jcrose@jimshall.com
Jim S. Hall and Associates, L.L.C.
800 North Causeway Blvd., Ste 100
Metairie, Louisiana  70001
Telephone:   (504) 832-3000
Facsimile:   (504) 832-1799