# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

JOHN T. CONWAY, et al,

2:19-cv-8788

_____

## **ORDER**

**IT IS ORDERED** that the Plaintiffs' Motion to Amend Plaintiffs' Complaint substituting plaintiff representative and adding necessary parties for settlement program filed by Plaintiffs is hereby _____, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

ORDERED AND SIGNED this _____ day of _____, 2019.

Respectfully submitted:

*/s/ Matthew B. Moreland*
MATTHEW B. MORELAND, T. A. (#24567)
mmoreland@jimshall.com
JENNIFER L. CROSE (#32116)
jcrose@jimshall.com
Jim S. Hall and Associates, L.L.C.
800 North Causeway Blvd., Ste 100
Metairie, Louisiana  70001
Telephone:    (504) 832-3000